UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to:<br>*Estes*, 7:20cv137<br>*Hacker*, 7:20cv131<br>*Keefer*, 7:20cv104 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## DEPOSITION DESIGNATIONS ORDER NO. 1

This Order addresses the Defendants' objections and counter-designations to Plaintiffs' affirmative deposition designations and Plaintiffs' objections to Defendants' counter-designations thereto for the following witness depositions:

1. Cynthia Crossley
2. Emily Keefer
3. Robert Klun (June 24, 2020)
4. Taurin Mosby
5. Andy Toyoma (November 14, 2020)

This Order also addresses the Plaintiffs' objections and counter-designations to Defendants' affirmative deposition designations and Defendants' objections to Plaintiffs' counter-designations thereto for the following witness depositions:

1. Lorraine Babeu

2. Jeffrey Hamer

3. Jesus Medina

4. William Murphy

5. Benjamin Whiteman

The Court's rulings with respect to the above depositions are set forth in the attached Exhibit 1.

**SO ORDERED**, on this 16th day of March, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**