# EXHIBIT 1

# PLAINTIFFS' AFFIRMATIVE DESIGNATIONS

# Crossley, Cynthia

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Rulings |
|---|---|---|
| 11:7 - 11:9   Crossley, Cynthia<br>  11 7     Can you please state your full<br>  11 8     name for the Record?<br>  11 9     A.   Cynthia Melissa Crossley. | | |
| 11:10 - 11:12   Crossley, Cynthia<br>  11 10     Q.   And where do you live, Ms.<br>  11 11     Crossley?<br>  11 12     A.   I live in Southside, Alabama. | **Re: [11:10-11:12]**<br>**Pltf Obj** No objection | **COUNTER DESIGNATIONS WITHDRAWN, 3/12/2021** |
| 22:16 - 22:18   Crossley, Cynthia<br>  22 16     Q.   Are you familiar with the<br>  22 17     dual-ended version of the Combat Arms Earplugs?<br>  22 18     A.   Yes. | | |
| 22:19 - 23:1   Crossley, Cynthia<br>  22 19     Q.   Okay.  When did you first become<br>  22 20     aware of the dual-ended versions of the Combat<br>  22 21     Arms Earplugs?<br>  22 22     A.   Many years ago.<br>  22 23     Q.   Would you say -- Can you ballpark<br>  22 24     when that was?  Was it prior to 2005, prior to<br>  22 25     2010?<br>  23 1     A.   It was prior to 2005. | **Re: [22:19-23:1]**<br>**Pltf Obj** No objection | **COUNTER DESIGNATIONS WITHDRAWN, 3/12/2021** |
| 24:17 - 24:22   Crossley, Cynthia<br>  24 17     Q.   Did you ever receive any training<br>  24 18     or instructions on how to use the Combat Arms<br>  24 19     Earplugs?<br>  24 20     A.   Yeah.  I would think I received<br>  24 21     specific training regarding those just as a<br>  24 22     matter of knowing how they worked. | | |
| 25:3 - 25:8   Crossley, Cynthia<br>  25 3     Q.   And who would have provided that<br>  25 4     training?<br>  25 5     A.   In the general chain of command<br>  25 6     in the military, that would have come down from<br>  25 7     the hearing conservation officer within the --<br>  25 8     at the post I was working at. | **Re: [25:3-25:8]**<br>**Pltf Obj** Improper Clarification Direct â  Violates PTO # 64; 602 | **COUNTER DESIGNATIONS WITHDRAWN, 3/12/2021** |
| 25:10 - 25:13   Crossley, Cynthia<br>  25 10     And would that person have been a<br>  25 11     -- an employee of the Department of Defense? | | |

| | | |
|---|---|---|
| 25 12    A.    That person would have been an<br>25 13    active duty hearing conservation officer. | | |
| 25:20 - 25:23   Crossley, Cynthia | | |
| 25 20    The dual-ended version of the<br>25 21    Combat Arms Earplug is the only earplug you<br>25 22    recall having received special instructions for<br>25 23    how to use? | | |
| 25:25 - 26:9   Crossley, Cynthia | | |
| 25 25    A.    I -- I received specific training<br>26 1    on each type of earplug that we issued.  And<br>26 2    that was -- I was trained -- I was certified<br>26 3    every five years within the Hearing<br>26 4    Conservation Program on what the aspects of<br>26 5    fitting earplugs were, and that included all<br>26 6    the -- all the OSHA-approved earplugs for the<br>26 7    military.  So about every four or five years,<br>26 8    and on a daily basis, practically, as far as<br>26 9    fitting. | | |
| 26:11 - 26:13   Crossley, Cynthia<br>26 11    Would you agree that you received<br>26 12    considerable instruction and training on how to<br>26 13    use hearing protection devices? | **Re: [26:11-26:13]**<br>**Pltf Obj** Plaintiffs'  propose withdrawing 26:2-26:9; if Defendants withdraw counter. | **COUNTER DESIGNATIONS WITHDRAWN, 3/12/2021** |
| 26:15 - 26:19   Crossley, Cynthia<br>26 15    A.    Yes.<br>26 16    Q.    And you were recertified in the<br>26 17    use of the hearing protection devices every<br>26 18    five years; is that correct?<br>26 19    A.    Yes.  Yes. | **Re: [26:15-26:19]**<br>**Pltf Obj** Improper Clarification Direct –  Violates PTO # 64; 602; Â 611; leading; vague; 402; misstates | **COUNTER DESIGNATIONS WITHDRAWN, 3/12/2021** |
| 27:5 - 27:14   Crossley, Cynthia<br>27 5    Q.    And during the course of your<br>27 6    medical practice, you don't recall having<br>27 7    discussed the Combat Arms much with soldiers?<br>27 8    A.    Not much.  And I don't recall<br>27 9    issuing Combat Arms Ear -- because we worked in<br>27 10    concert with the people who were oversighting<br>27 11    the Hearing Conservation Program at Fort<br>27 12    Benning.  But we -- you know, we -- We worked<br>27 13    in concert with them, but we didn't necessarily<br>27 14    see them every day. | **Re: [27:5-27:14]**<br>**Pltf Obj** Improper Clarification Direct –  Violates PTO # 64; 602; Â 611; leading "..you don't recall having discussed the Combat Arms much with soldiers?", Strike Nonresponsive - after "Not much." | **COUNTER DESIGNATIONS WITHDRAWN, 3/12/2021** |

| | | |
|---|---|---|
| 27:15 - 27:18   Crossley, Cynthia | | |
| 27 15   Q.   Are you familiar with the other | | |
| 27 16   versions of the Combat Arms Earplugs, the other | | |
| 27 17   versions that aren't the dual-ended? | | |
| 27 18   A.   No. | | |
| 34:13 - 34:15   Crossley, Cynthia | | |
| 34 13   Q.   And approximately what year did | | |
| 34 14   you start at Fort Benning? | | |
| 34 15   A.   May 13, 1991. | | |
| 34:24 - 35:1   Crossley, Cynthia | | |
| 34 24   Q.   How long did you work at Fort | | |
| 34 25   Benning? | | |
| 35 1   A.   Twenty-eight years. | | |
| 35:2 - 35:4   Crossley, Cynthia | **Re: [35:2-35:4]** | **COUNTER DESIGNATIONS** |
| 35 2   Q.   Okay.  And you recently retired? | **Pltf Obj** No objection | **WITHDRAWN, 3/12/2021** |
| 35 3   A.   Yes. | | |
| 35 4   Q.   And what year did you retire? | | |
| 35:10 - 36:1   Crossley, Cynthia | | |
| 35 10   Q.   During the course of your | | |
| 35 11   twenty-eight years at Fort Benning, you served | | |
| 35 12   as an occupational health nurse during that | | |
| 35 13   time? | | |
| 35 14   A.   Yes. | | |
| 35 15   Q.   During those twenty-eight years, | | |
| 35 16   did you work within the Hearing Conservation | | |
| 35 17   Program? | | |
| 35 18   A.   Yes. | | |
| 35 19   Q.   And during those twenty-eight | | |
| 35 20   years, did you review audiological testing for | | |
| 35 21   soldiers? | | |
| 35 22   A.   Yes. | | |
| 35 23   Q.   And during those twenty-eight | | |
| 35 24   years, did you conduct audiological testing on | | |
| 35 25   soldiers? | | |
| 36 1   A.   Yes. | | |
| 107:7 - 107:13   Crossley, Cynthia | | |
| 107 7   (Whereupon, Exhibit 8 was | | |
| 107 8   marked for identification | | |
| 107 9   purposes.) | | |

| | | |
|---|---|---|
| 107 10 Q. I'm going to mark as Exhibit 8. | | |
| 107 11 This is a medical record dated October 27, | | |
| 107 12 2008.  Did you author this medical record? | | |
| 107 13 A. Yes. | | |
| 112:13 - 112:14 Crossley, Cynthia | | |
| 112 13 Q. And so what would you have | | |
| 112 14 reviewed to arrive at that disposition? | | |
| 112:16 - 113:5 Crossley, Cynthia | | |
| 112 16 A. The hearing test that was done | | |
| 112 17 that day. | | |
| 112 18 Q. So you would have reviewed the | | |
| 112 19 audiogram? | | |
| 112 20 A. Yes. | | |
| 112 21 Q. And then under discussed, it | | |
| 112 22 says:  Diagnosis:  Medication, treatments, | | |
| 112 23 alternatives, potential side effects with | | |
| 112 24 patient who indicated understanding. | | |
| 112 25 A. Yes. | | |
| 113 1 Q. Was this stock language that you | | |
| 113 2 used or is this something you sort of had to | | |
| 113 3 select based on your actual conversation with | | |
| 113 4 Mr. Keefer? | | |
| 113 5 A. That's -- I think that's stock. | | |
| 113:9 - 113:22 Crossley, Cynthia | | |
| 113 9 Q. And would that be fifteen minutes | | |
| 113 10 you spent with Mr. Keefer? | | |
| 113 11 A. Fifteen minutes total between all | | |
| 113 12 the providers, face-to-face time. | | |
| 113 13 Q. And in a situation like this | | |
| 113 14 where Mr. Tubbs was involved, would you have | | |
| 113 15 seen Mr. Keefer at all, or is it possible that | | |
| 113 16 you never would have talked to Mr. Keefer at | | |
| 113 17 all during this visit? | | |
| 113 18 A. It's possible I might not have | | |
| 113 19 seen him at all; just note that, you know, I | | |
| 113 20 would have to look -- I would have to look at | | |
| 113 21 everything that concerned that.  But it's | | |
| 113 22 possible that I would not have seen him. | | |
| 147:18 - 147:22 Crossley, Cynthia | Re: [147:18-147:22] | |

Crossley, Cynthia

| | | |
|---|---|---|
| 147 18    Q.    Good afternoon, Ms. Crossley.  My<br>147 19    name is Brian Barr, I'm the attorney<br>147 20    representing Mr. Keefer in this matter.<br>147 21    How are you this afternoon?<br>147 22    A.    I'm well, and I hope you are. | **Def Obj** Relevance (401, 402);<br>Foundation (602) | **OVERRULED** |
| 151:5 - 151:21    Crossley, Cynthia<br>151 5    Q.    Now, there's also been<br>151 6    significant testimony about in these audiology<br>151 7    tests where it indicated that there was, you<br>151 8    know, use of a blue Quattros flange.  Do you<br>151 9    recall all that?<br>151 10    A.    Yes, sir.<br>151 11    Q.    You would agree with me that you<br>151 12    don't personally have any knowledge of the<br>151 13    earplug that Mr. Keefer used while on duty?<br>151 14    A.    No.<br>151 15    Q.    You don't know what earplug he<br>151 16    was wearing at the firing range, do you?<br>151 17    A.    No.<br>151 18    Q.    You don't know what earplug he<br>151 19    was wearing when he was deployed in Iraq, do<br>151 20    you?<br>151 21    A.    No. | | |
| 151:22 - 152:1    Crossley, Cynthia<br>151 22    Q.    You wouldn't have any basis to<br>151 23    disagree with Mr. Keefer's testimony that he<br>151 24    wore the Combat Arms Version 2 Earplug, would<br>151 25    you?<br>152 1    A.    No. | **Re: [151:22-152:1]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 163:14 - 163:16    Crossley, Cynthia<br>163 14    Q.    Okay.  Let me show you -- I'm<br>163 15    going to show you the deposition testimony of<br>163 16    Lieutenant Commander John Merkley. | **Re: [163:14-163:16]**<br>**Def Obj** Relevance (401, 402); 403;<br>Foundation (602) | **OVERRULED** |
| 163:20 - 163:22    Crossley, Cynthia<br>163 20    (Whereupon, Exhibit 14 was<br>163 21    marked for identification<br>163 22    purposes.) | **Re: [163:20-163:22]**<br>**Def Obj** Relevance (401, 402); 403;<br>Foundation (602) | **OVERRULED** |
| 164:4 - 164:18    Crossley, Cynthia<br>164 4    Q.    You see I'm looking at page | **Re: [164:4-164:18]**<br>**Def Obj** Relevance (401, 402); 403; | |

| | | |
|---|---|---|
| 164 5 | eight, line 7. Okay? Are you with me? | Foundation (602) |
| 164 6 | A.    Where he says:  Good morning, | |
| 164 7 | Lieutenant Colonel Merkley? | |
| 164 8 | Q.    Yes, ma'am. | |
| 164 9 | A.    I'm there. | |
| 164 10 | Q.    Good morning, Lieutenant Colonel | **OVERRULED** |
| 164 11 | Merkley.  My name is Nick Wasden, and I | |
| 164 12 | represent the 3M Company in this case.  You | |
| 164 13 | serve as the Army Hearing Division chief at the | |
| 164 14 | Army Public Health Center in Aberdeen, | |
| 164 15 | Maryland; is that right?  Answer:  I'm the Army | |
| 164 16 | Hearing Program manager. | |
| 164 17 | Did I read that right? | |
| 164 18 | A.    Yes. | |
| 164:19 - 164:23 | Crossley, Cynthia | Re: [164:19-164:23] |
| 164 19 | Q.    And you accept that that is | **Def Obj** Relevance (401, 402); 403; |
| 164 20 | Lieutenant Colonel Merkley's deposition; | Foundation (602) |
| 164 21 | correct? | |
| 164 22 | MR. GUNDERSON:  Objection. | **OVERRULED** |
| 164 23 | A.    According to this. | |
| 164:23 - 165:8 | Crossley, Cynthia | Re: [164:23-165:8] |
| 164 23 | A.    According to this. | **Def Obj** Relevance (401, 402); 403; |
| 164 24 | MR. BARR:  Let's go to page 206. | Foundation (602) |
| 164 25 | Okay.  206.  That's 7. | |
| 165 1 | Q.    Okay.  Do you see the little -- | |
| 165 2 | It starts, whereupon Merkley Deposition Exhibit | |
| 165 3 | 18, DD2216.  Do you see that? | **OVERRULED** |
| 165 4 | A.    Yes. | |
| 165 5 | Q.    The DD2216 form is the same form | |
| 165 6 | we've been talking about -- we've looked at | |
| 165 7 | several of those for Mr. Keefer today; right? | |
| 165 8 | A.    Yes. | |
| 165:9 - 165:21 | Crossley, Cynthia | Re: [165:9-165:21] |
| 165 9 | Q.    And it says:  I just want to | **Def Obj** Relevance (401, 402); 403; |
| 165 10 | basically understand what the box is used for. | Foundation (602) |
| 165 11 | But do you see the box on this particular | |
| 165 12 | DD2216 that lists the type of hearing | **OVERRULED** |
| 165 13 | protection used?  Answer:  Yes. | |
| 165 14 | There are a variety of options | |

| | |
|---|---|
| 165 15    that could be filled in; right?  And he nods | |
| 165 16    his head yes. | |
| 165 17    Who fills in that box?  Continue. | |
| 165 18    Generally, it's the technician that completes | |
| 165 19    the test. | |
| 165 20    You agree with that; correct? | |
| 165 21    A.   Yes. | |

**165:22 - 166:13   Crossley, Cynthia**

**Re: [165:22-166:13]**
**Def Obj** Relevance (401, 402); 403; Foundation (602); 701; Argumentative; Leading (611, 403)

165 22    Q.   Where do they get the information
165 23    on the type of hearing protector that was used?
165 24    Well, there's an intake form.  If -- Depending
165 25    on the clinic, the clinics have their own
166 1    versions of an intake form, and the soldier,
166 2    whoever is coming in for the hearing test, fill
166 3    out all the demographic information.  And so
166 4    they'll -- and answer questions about the
166 5    hearing protection.  Now, they may fill it out
166 6    based on what type of hearing protector they
166 7    fitted that day if the individual was fitted
166 8    with a hearing protector on the date of the
166 9    exam -- okay.  -- then that may be what's
166 10    reflected in that box.
166 11    Did I read that right?
166 12    MR. GUNDERSON:  Objection.
166 13    A.   Yes

**OVERRULED**

**166:14 - 166:19   Crossley, Cynthia**

**Re: [166:14-166:19]**
**Def Obj** Relevance (401, 402); 403; Foundation (602); 701; Argumentative; Leading; Vague (611, 403)

166 14    Q.   So according to Lieutenant
166 15    Colonel Merkley, it could be -- what's in that
166 16    box is what -- the hearing protector that was
166 17    fitted at the clinic that day; right?
166 18    MR. GUNDERSON:  Objection.
166 19    A.   Yes.

**OVERRULED**

**166:20 - 166:25   Crossley, Cynthia**

**Re: [166:20-166:25]**
**Def Obj** Relevance (401, 402); 403; Foundation (602); Argumentative; Leading (611, 403)

166 20    Q.   And that would be consistent with
166 21    Mr. Keefer's testimony that he was actually
166 22    provided a blue Quattro flange plug at the
166 23    clinic; right?
166 24    MR. GUNDERSON:  Objection.
166 25    A.   Yes.

**OVERRULED**

193:3 - 193:4   Crossley, Cynthia

| | |
|---|---|
| 193 3 | Q.    Okay.  Let me show you what I'm |
| 193 4 | going to mark as Exhibit 18. |

**Re: [193:3-193:4]**
**Def Obj** Relevance (401, 402); 403;
Foundation (602)

**OVERRULED**

193:10 - 194:8   Crossley, Cynthia

| | |
|---|---|
| 193 10 | Q.    I will represent to you that this |
| 193 11 | is an internal report at Aearo, who ultimately |
| 193 12 | became 3M.  Okay? |
| 193 13 | A.    Okay. |
| 193 14 | Q.    And you see that this is dated |
| 193 15 | July 10, 2000; correct? |
| 193 16 | A.    Show me the date.  I can't see it |
| 193 17 | from here, I'm not finding it. |
| 193 18 | Q.    Do you see that, highlighted on |
| 193 19 | the screen? |
| 193 20 | A.    Yeah.  I see it, yeah.  I had to |
| 193 21 | move you around, but I found it. |
| 193 22 | Q.    Okay.  And so that July 10, 2000, |
| 193 23 | this is roughly seven years before your first |
| 193 24 | visit with Mr. Keefer; correct? |
| 193 25 | A.    Yes. |
| 194 1 | Q.    Okay.  And it says -- The title |
| 194 2 | of this is:  How folding the flanges back |
| 194 3 | affects REAT results of the Ultrafit Earplug |
| 194 4 | end of the Combat Arms Plug. |
| 194 5 | Did I read that correctly? |
| 194 6 | A.    Yes. |
| 194 7 | Q.    Let's go to the next page of |
| 194 8 | this. |

**Re: [193:10-194:8]**
**Def Obj** Relevance (401, 402); 403;
Foundation (602); 701

**OVERRULED**

194:9 - 194:22   Crossley, Cynthia

| | |
|---|---|
| 194 9 | I want to look at the |
| 194 10 | introduction.  The Combat Arms Earplug was |
| 194 11 | shortened, at the request of the Army, so that |
| 194 12 | it would fit into a carrying case.  Because of |
| 194 13 | this, the plug is shorter than any other |
| 194 14 | Ultrafit plug design.  The purpose of this |
| 194 15 | report is to document that the current length |
| 194 16 | of the Ultrafit earplug and the Combat Arms |
| 194 17 | plug is too short for proper insertion, and how |
| 194 18 | changing the fitting technique affected the |

**Re: [194:9-194:22]**
**Def Obj** Relevance (401, 402); 403;
Foundation (602); 701; Argumentative;
Leading (611, 403)

**OVERRULED**

| | |
|---|---|
| 194 19    result of real-ear tests of this plug. | |
| 194 20    Did I read that correctly? | |
| 194 21    MR. GUNDERSON:  Objection. | |
| 194 22    A.   Yes. | |

194:23 - 195:3   Crossley, Cynthia

**Re: [194:23-195:3]**

| | |
|---|---|
| 194 23    Q.   Prior to seeing this document | **Def Obj** Relevance (401, 402); 403; |
| 194 24    today, have you ever heard that the Combat Arms | Foundation (602); 701; Argumentative; |
| 194 25    Earplug was too short for proper insertion into | Misstates; Leading (611, 403) |
| 195 1    the ear? | **OVERRULED** |
| 195 2    MR. GUNDERSON:  Objection. | |
| 195 3    A.   No. | |

195:4 - 196:2   Crossley, Cynthia

**Re: [195:4-196:2]**

| | |
|---|---|
| 195 4    Q.   That's something that as a person | **Def Obj** Relevance (401, 402); 403; |
| 195 5    that trains soldiers on how to use an earplug | Foundation (602); 701; Argumentative; |
| 195 6    would be important to you, wouldn't it? | Misstates; Leading (611, 403) |
| 195 7    A.   Yes. | |
| 195 8    Q.   You'd want to know if a plug | |
| 195 9    you're training people how to use is actually | |
| 195 10    too short for proper insertion, wouldn't you? | |
| 195 11    MR. GUNDERSON:  Objection. | |
| 195 12    A.   Yes. | |
| 195 13    Q.   You'd want to know if some | |
| 195 14    special technique needed to be changed for the | |
| 195 15    plug to be properly fitted; correct? | **OVERRULED** |
| 195 16    MR. GUNDERSON:  Objection. | |
| 195 17    A.   Yes. | |
| 195 18    Q.   In your years of being around the | |
| 195 19    Combat Arms plug, were you ever aware that | |
| 195 20    there was some special fitting technique that | |
| 195 21    needed to be used for the plug to be fitted | |
| 195 22    correctly? | |
| 195 23    MR. GUNDERSON:  Objection. | |
| 195 24    A.   You have to understand, I was not | |
| 195 25    around the Combat Arms Earplugs that much. | |
| 196 1    But, yes, that's something I would want to | |
| 196 2    know. | |

196:3 - 197:3   Crossley, Cynthia

**Re: [196:3-197:3]**

| | |
|---|---|
| 196 3    Q.   And you did not know that, did | **Def Obj** Relevance (401, 402); 403; |
| 196 4    you? | Foundation (602); 701; Argumentative; |
| | **OVERRULED** |

| | | |
|---|---|---|
| 196 5 | A.    I did not. | Misstates; Leading (611, 403) |
| 196 6 | Q.    Okay.  So you weren't aware that | |
| 196 7 | the only way that the plug passed the tests | |
| 196 8 | that were done on it was to roll back the | |
| 196 9 | flanges of the third flange, that's not | |
| 196 10 | something you were aware? | |
| 196 11 | MR. GUNDERSON:  Objection. | |
| 196 12 | A.    No. | |
| 196 13 | Q.    You were never instructed to tell | |
| 196 14 | soldiers that to properly insert the plug, they | |
| 196 15 | needed to roll back the flanges to be able to | |
| 196 16 | insert the plug into their ear, did they? | |
| 196 17 | MR. GUNDERSON:  Objection. | |
| 196 18 | A.    No. | |
| 196 19 | Q.    These -- This instruction to roll | |
| 196 20 | back the flange, that was never in any of the | |
| 196 21 | instructions provided to you by 3M or the Army, | |
| 196 22 | was it? | |
| 196 23 | MR. GUNDERSON:  Objection. | |
| 196 24 | A.    No. | |
| 196 25 | Q.    And that's the type of thing you | |
| 197 1 | would want to know, wouldn't you? | |
| 197 2 | MR. GUNDERSON:  Objection. | |
| 197 3 | A.    Yes. | |

| | | |
|---|---|---|
| 197:4 - 197:17 | Crossley, Cynthia | **Re: [197:4-197:17]** |
| 197 4 | Q.    Now, are you aware that the only | **Def Obj** Relevance (401, 402); 403; |
| 197 5 | reason this flange report came to light was | Foundation (602); 701; 3M MIL 6 |
| 197 6 | because the Department of Justice conducted a | |
| 197 7 | civil investigation into 3M because of | |
| 197 8 | allegations of false statements made to the | |
| 197 9 | Army? | |
| 197 10 | A.    No. | **SUSTAINED** |
| 197 11 | Q.    You're not aware that this | |
| 197 12 | document, when it was written in July of 2000, | |
| 197 13 | was not produced to the Army or to the United | |
| 197 14 | States government? | |
| 197 15 | A.    I'm not aware -- | |
| 197 16 | MR. GUNDERSON:  Objection. | |
| 197 17 | A.    -- of any of that. | |

| | | |
|---|---|---|
| **197:18 - 197:23**  Crossley, Cynthia<br>197 18     Q.    Would it surprise you to find out<br>197 19     that this document was only produced in 2015,<br>197 20     and the plug was immediately withdrawn once<br>197 21     that document became publicly available?<br>197 22     MR. GUNDERSON:  Objection.<br>197 23     A.    Ask me that again. | **Re: [197:18-197:23]**<br>**Def Obj** Relevance (401, 402); 403;<br>Foundation (602); 701; 3M MIL 6; 3M<br>MIL 16; Argumentative; Misstates;<br>Leading (611, 403) | **SUSTAINED** |
| **197:24 - 198:7**  Crossley, Cynthia<br>197 24     Q.    Would it surprise you to find out<br>197 25     that this document sat in a file cabinet at 3M<br>198 1     for fifteen years before the Army became aware<br>198 2     of it?<br>198 3     MR. GUNDERSON:  Objection.<br>198 4     A.    I would be surprised, yeah.<br>198 5     Q.    It's -- That would be very<br>198 6     disappointing, wouldn't it?<br>198 7     A.    It would. | **Re: [197:24-198:7]**<br>**Def Obj** Relevance (401, 402); 403;<br>Foundation (602); 701; Argumentative;<br>Leading; Misstates (611, 403) | **SUSTAINED** |
| **217:9 - 217:12**  Crossley, Cynthia<br>217 9     Q.    And given your practice as an<br>217 10     occupational health nurse, were you familiar<br>217 11     with how your clinic recorded information in<br>217 12     those forms? | **Re: [217:9-217:12]**<br>**Pltf Obj** Improper Clarification Direct -<br>Violates PTO # 64 | **OVERRULED** |
| **218:15 - 218:19**  Crossley, Cynthia<br>218 15     Do you know who retired Colonel<br>218 16     Merkley is?<br>218 17     A.    According to that documentation,<br>218 18     he was head of the Army Hearing Conservation<br>218 19     Program. | **Re: [218:15-218:19]**<br>**Pltf Obj** Improper Clarification Direct -<br>Violates PTO # 64 | **COUNTER DESIGNATIONS**<br>**WITHDRAWN, 3/12/2021** |
| **219:2 - 219:4**  Crossley, Cynthia<br>219 2     Q.    Has Lieutenant Colonel Merkley<br>219 3     ever told you how technicians should fill out a<br>219 4     2216 form? | **Re: [219:2-219:4]**<br>**Pltf Obj** Improper Clarification Direct -<br>Violates PTO # 64 | **COUNTER DESIGNATIONS**<br>**WITHDRAWN, 3/12/2021** |
| **219:6 - 219:6**  Crossley, Cynthia<br>219 6     A.    No, sir. | **Re: [219:6-219:6]**<br>**Pltf Obj** Improper Clarification Direct -<br>Violates PTO # 64 | **COUNTER DESIGNATIONS**<br>**WITHDRAWN, 3/12/2021** |
| **219:12 - 219:17**  Crossley, Cynthia<br>219 12     Q.    If Lieutenant Colonel Merkley had<br>219 13     suggested the recording of hearing protection<br>219 14     device uses may not be reliable, that would not | **Re: [219:12-219:17]**<br>**Pltf Obj** Improper Clarification Direct -<br>Violates PTO # 64 | **COUNTER DESIGNATIONS**<br>**WITHDRAWN, 3/12/2021** |

| | | |
|---|---|---|
| 219 15    have been consistent with your clinic's<br>219 16    practice for recording which hearing protection<br>219 17    devices soldiers actually used? | | |
| 219:23 - 220:7   Crossley, Cynthia<br>219 23    A.    Okay.  To my -- To my knowledge,<br>219 24    and -- we recorded what the soldier used, based<br>219 25    on what he told us.  And that's what went in<br>220 1    the -- that's what I understood went in the<br>220 2    DD2216 data.<br>220 3    Q.    And regardless of anything else<br>220 4    that was being done elsewhere in the Army, that<br>220 5    was the practice of your clinic; correct?<br>220 6    A.    That was the practice at our<br>220 7    clinic. | **Re: [219:23-220:7]**<br>**Pltf Obj** Improper Clarification Direct -<br>Violates PTO # 64 | **COUNTER DESIGNATIONS**<br>**WITHDRAWN, 3/12/2021** |

# Keefer, Emily

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Notes |
|---|---|---|
| 6:10 - 6:10   Keefer, Emily | | |
| 6 10      Q.  Good morning, Ms. Keefer. | | |
| 6:14 - 6:15   Keefer, Emily | | |
| 6 14      Q.  Could you please state your full | | |
| 6 15      name for the record? | | |
| 6:18 - 7:3   Keefer, Emily | | |
| 6 18      A.  Emily Ila Keefer. | | |
| 6 19      Q.  And have you ever gone by any | | |
| 6 20      other names? | | |
| 6 21      A.  Maiden name, Emily Ila | | |
| 6 22      Karnowski.  I was married before Lewis. | | |
| 6 23      Emily Ila Yeager. | | |
| 7 1      Q.  Okay.  And is that Yeager, | | |
| 7 2      Y-E-A-G-E-R? | | |
| 7 3      A.  Correct. | | |
| 9:1 - 9:3   Keefer, Emily | | |
| 9 1      Q.  Okay.  So, where were you born, | | |
| 9 2      Ms. Keefer? | | |
| 9 3      A.  In Toledo, Ohio. | | |
| 9:4 - 9:6   Keefer, Emily | **Re: [9:4-9:6]** | **COUNTER DESIGNATION &** |
| 9 4      Q.  Okay.  And what is your date of | **Pltf Obj** Improper Clarification Direct | **OBJECTIONS WITHDRAWN** |
| 9 5      birth? | â☐☐ Violates PTO # 64; 402 | |
| 9 6      A.  2/22 of '82. | | |
| 9:7 - 9:23   Keefer, Emily | | |
| 9 7      Q.  Okay.  And were you raised in | | |
| 9 8      Toledo? | | |
| 9 9      A.  I was raised in Swanton, Ohio, | | |
| 9 10      about twenty miles west of Toledo. | | |
| 9 11      Q.  And that's -- that's where you | | |
| 9 12      attended elementary school, middle | | |
| 9 13      school, high school? | | |
| 9 14      A.  Correct. | | |
| 9 15      Q.  And how long did you live in | | |
| 9 16      Swanton? | | |
| 9 17      A.  Oh, until I was twenty -- well, | | |
| 9 18      I'm sorry.  Moved to Illinois when I was | | |
| 9 19      nineteen, eighteen, right after high | | |
| 9 20      school.  I was there for a very short | | |

| | | |
|---|---|---|
| 9 21    time, came back to Swanton, and then<br>9 22    moved out of state to Georgia when I was<br>9 23    26-ish, 26. | | |
| 10:15 - 11:1   Keefer, Emily<br>10 15    Q.  Fair enough.  So, when did you<br>10 16    first meet Lewis Keefer?<br>10 17    A.  We actually grew up down the<br>10 18    road from each other as kids, so<br>10 19    elementary school.  Probably five, six<br>10 20    years old maybe.  Maybe even before that.<br>10 21    Q.  And when did your relationship,<br>10 22    or romantic relationship with Mr. Keefer<br>10 23    begin?<br>11 1    A.  Not until 2007.  About 2007. | | |
| 11:6 - 11:13   Keefer, Emily<br>11 6    Q.  Were you and Mr. Keefer -- did<br>11 7    you spend a lot of time together as<br>11 8    children growing up?<br>11 9    A.  Not a ton, no.<br>11 10    Q.  So you wouldn't say you were<br>11 11    close friends at any point before -- you<br>11 12    know, while you were in school together?<br>11 13    A.  No. | | |
| 13:1 - 13:6   Keefer, Emily<br>13 1    Q.  That's fine.  So, when did<br>13 2    you -- was your acquaintance with Mr.<br>13 3    Keefer continuous from school through<br>13 4    when you began your romantic<br>13 5    relationship, or did -- go ahead.<br>13 6    A.  No, sir. | | |
| 13:7 - 13:9   Keefer, Emily<br>13 7    Q.  So you fell out of touch for a<br>13 8    while?<br>13 9    A.  For quite a while, yes. | **Re: [13:7-13:9]**<br>**Pltf Obj** No objection | **COUNTER DESIGNATION**<br>**WITHDRAWN, 3/12/2021** |
| 13:10 - 13:12   Keefer, Emily<br>13 10    Q.  And how did you get back in<br>13 11    touch?<br>13 12    A.  A mutual friend. | | |
| 14:5 - 14:21   Keefer, Emily | | |

Keefer, Emily                                                                                                                                     3

| | | | |
|---|---|---|---|
| 14 5 | Q.  Thank you.  So Mr. Keefer was -- | | |
| 14 6 | you said you -- said that Mr. Keefer was | | |
| 14 7 | living in Georgia when you became | | |
| 14 8 | reacquainted? | | |
| 14 9 | A.  Correct. | | |
| 14 10 | Q.  And was he in the military at | | |
| 14 11 | that time? | | |
| 14 12 | A.  Yes. | | |
| 14 13 | Q.  And did you know how long he had | | |
| 14 14 | been in the military? | | |
| 14 15 | A.  I couldn't give you an exact | | |
| 14 16 | date when -- maybe six months.  But I | | |
| 14 17 | can't -- I can't, you know, give you an | | |
| 14 18 | exact date.  I'm not certain. | | |
| 14 19 | Q.  It hadn't been long? | | |
| 14 20 | A.  No.  Not -- not terribly long, | | |
| 14 21 | no. | | |
| **14:22 - 15:7** | **Keefer, Emily** | **Re: [14:22-15:7]** | **COUNTER DESIGNATION &** |
| 14 22 | Q.  Okay.  And had Mr. Keefer been | **Pltf Obj** Improper Clarification Direct - | **OBJECTIONS WITHDRAWN** |
| 14 23 | married before your relationship began? | Violates PTO # 64; Also FRE's 402, 403, | |
| 15 1 | A.  He had, yes. | 602 | |
| 15 2 | Q.  Had that marriage ended by the | | |
| 15 3 | time you were in contact? | | |
| 15 4 | A.  That, I am not certain. | | |
| 15 5 | Q.  Had he separated from his first | | |
| 15 6 | wife? | | |
| 15 7 | A.  Oh, yes. | | |
| **16:12 - 17:8** | **Keefer, Emily** | | |
| 16 12 | Q.  So, how long were you in touch | | |
| 16 13 | with Mr. Keefer before you got married? | | |
| 16 14 | A.  Between four and six months.  I | | |
| 16 15 | couldn't tell you.  It was long distance | | |
| 16 16 | and, like I said, timelines, everything | | |
| 16 17 | runs together. | | |
| 16 18 | Q.  Did you visit him in Georgia? | | |
| 16 19 | A.  I did. | | |
| 16 20 | Q.  How many times did you do that? | | |
| 16 21 | A.  Once. | | |
| 16 22 | Q.  And how long were you there? | | |

| | |
|---|---|
| 16 23 | A.  Approximately a week. |
| 17 1 | Approximately a week.  Again, I'm not |
| 17 2 | certain on the exact dates or how many |
| 17 3 | days. |
| 17 4 | Q.  Understood.  Did he ever come |
| 17 5 | back to Ohio? |
| 17 6 | A.  He did. |
| 17 7 | Q.  How many times did he do that? |
| 17 8 | A.  I want to say twice. |

**17:13 - 17:15   Keefer, Emily**

| | |
|---|---|
| 17 13 | Q.  Okay.  Do you remember the date |
| 17 14 | of your wedding? |
| 17 15 | A.  March 1st, 2008. |

**20:8 - 20:10   Keefer, Emily**

| | |
|---|---|
| 20 8 | Q.  After your marriage to Mr. |
| 20 9 | Keefer, is that when you moved to |
| 20 10 | Georgia? |

**20:16 - 21:7   Keefer, Emily**

| | |
|---|---|
| 20 16 | Yes.  I -- I moved to Georgia |
| 20 17 | after we were married. |
| 20 18 | Q.  Was that immediate, or was there |
| 20 19 | a delay? |
| 20 20 | A.  There was an approximate lapse |
| 20 21 | of time of about a month just to get |
| 20 22 | things situated and, you know, taken care |
| 20 23 | of.  It wasn't a knee-jerk move.  It -- |
| 21 1 | everything was laid out and taken care of |
| 21 2 | before I moved. |
| 21 3 | Q.  And where were you living when |
| 21 4 | you moved to -- when you moved in with |
| 21 5 | Mr. Keefer in Georgia? |
| 21 6 | A.  On base.  Base housing, Fort |
| 21 7 | Benning. |

**21:8 - 21:16   Keefer, Emily**

| | | |
|---|---|---|
| 21 8 | Q.  And was that an apartment? | **Re: [21:8-21:16]** |
| 21 9 | A.  If you're familiar with base | **Pltf Obj** Improper Clarification Direct - |
| 21 10 | housing, it was an older -- okay.  Well, | Violates PTO # 64; FRE's 402, 403 |
| 21 11 | it was an older section.  It was like a | |
| 21 12 | multifamily kind of -- almost like a | |

**COUNTER DESIGNATION & OBJECTIONS WITHDRAWN**

| | | |
|---|---|---|
| 21 13    townhouse.  But it was probably six -- | | |
| 21 14    six families in one building, but we all | | |
| 21 15    had our own space.  Does that make sense? | | |
| 21 16    I don't even know how to describe it. | | |

22:3 - 23:10   Keefer, Emily

22 3    Q.   Okay.  Did you stay -- at some
22 4    point Mr. Keefer was deployed to Iraq.
22 5    Is that correct?
22 6    A.   Correct.
22 7    Q.   And you stayed in Georgia while
22 8    he was in Iraq?
22 9    A.   I did not.
22 10    Q.   Where did you go during that
22 11    time?
22 12    A.   I go -- I went back to my mom
22 13    and dad's house in Ohio.
22 14    Q.   Okay.  Do you remember the
22 15    approximate dates that you returned to --
22 16    that you were back in Ohio?
22 17    A.   That I went back to Ohio after
22 18    he deployed?
22 19    Q.   That's right.
22 20    A.   That's five -- it was
22 21    probably -- it was probably October.  I
22 22    came back in early May.  So October of --
22 23    bear with me because, again, dates, there
23 1    are so many.  So probably October 2009,
23 2    and I came back in May, I believe May of
23 3    2010.  So I moved back to Georgia in May
23 4    of 2010 before he returned from
23 5    deployment to set up housing.
23 6    Q.   And how much longer were you in
23 7    Georgia after you returned in May of
23 8    2010?
23 9    A.   We moved to Hawaii in 2011, so
23 10    approximately eighteen months.

27:11 - 27:13   Keefer, Emily

27 11    What was your understanding of
27 12    Mr. Keefer's role in the military when he

| | | | |
|---|---|---|---|
| 27 13 | was serving in the United States? | | |
| 27:15 - 27:15 | Keefer, Emily | | |
| 27 15 | A.  He was a medic. | | |
| 27:16 - 27:17 | Keefer, Emily | **Re: [27:16-27:17]** | **COUNTER DESIGNATION** |
| 27 16 | Q.  And what did you understand his | **Pltf Obj** No objection | **WITHDRAWN, 3/12/2021** |
| 27 17 | sort of daily responsibilities to be? | | |
| 27:19 - 27:19 | Keefer, Emily | **Re: [27:19-27:19]** | **COUNTER DESIGNATION** |
| 27 19 | A.  I have no idea. | **Pltf Obj** No objection | **WITHDRAWN, 3/12/2021** |
| 31:17 - 31:19 | Keefer, Emily | **Re: [31:17-31:19]** | |
| 31 17 | Q.  Did he mention wearing any | **Pltf Obj** Improper Clarification Direct - | **COUNTER DESIGNATION &** |
| 31 18 | particular hearing -- hearing protection | Violates PTO # 64; | **OBJECTIONS WITHDRAWN** |
| 31 19 | devices when he served in Iraq? | | |
| 31:21 - 32:1 | Keefer, Emily | **Re: [31:21-32:1]** | |
| 31 21 | A.  Again, there wasn't very much | **Pltf Obj** Improper Clarification Direct - | |
| 31 22 | information shared about what he did or | Violates PTO # 64; | |
| 31 23 | what his responsibilities were while he | | |
| 32 1 | was there. | | |
| 32:2 - 32:18 | Keefer, Emily | | |
| 32 2 | Q.  Did you notice any change in Mr. | | |
| 32 3 | Keefer's hearing during the course of his | | |
| 32 4 | military service? | | |
| 32 5 | A.  I did.  You know, eventually, it | | |
| 32 6 | got to the point where I couldn't -- if | | |
| 32 7 | we didn't have sight on each other, he | | |
| 32 8 | wouldn't see me and he wouldn't see me | | |
| 32 9 | say something, so he didn't hear, or if | | |
| 32 10 | he did hear, I couldn't tell you what he | | |
| 32 11 | did hear.  Response wasn't -- or response | | |
| 32 12 | time, rather, was not quick.  He could | | |
| 32 13 | sit -- he could sit with people, a group | | |
| 32 14 | of people, and he would just kind of sit | | |
| 32 15 | with a dumb stare.  I don't think that he | | |
| 32 16 | really knew what was going on.  Or maybe | | |
| 32 17 | he didn't hear what was going on.  But | | |
| 32 18 | yes, there was definitely a change. | | |
| 33:2 - 33:16 | Keefer, Emily | | |
| 33 2 | When in particular would you | | |
| 33 3 | note -- sort of date this change?  When | | |
| 33 4 | did you first notice a decline in Mr. | | |

| | |
|---|---|
| 33 5 | Keefer's hearing? |
| 33 6 | A.   There weren't a lot of -- well, |
| 33 7 | I mean, there was training -- it was -- I |
| 33 8 | mean, it was gradual.  It -- it wasn't |
| 33 9 | like a night-and-day difference one day. |
| 33 10 | You know, there were a lot of training |
| 33 11 | exercises.  There was TDYs.  So it was |
| 33 12 | just -- it -- it was a gradual change.  I |
| 33 13 | would say -- you know, I couldn't give |
| 33 14 | you a specific date or even a specific |
| 33 15 | year.  I just know that over the years it |
| 33 16 | got worse. |
| 33:23 - 34:2 | Keefer, Emily |
| 33 23 | Q.   Yeah.  Do you recall if in 2008 |
| 34 1 | you noticed any decline in Mr. Keefer's |
| 34 2 | hearing? |
| 34:4 - 34:9 | Keefer, Emily |
| 34 4 | A.   In 2008?  That -- that was right |
| 34 5 | at the beginning.  So that would have |
| 34 6 | kind of been more of my -- I guess more |
| 34 7 | of the better baseline for me because |
| 34 8 | that was the beginning for us, the |
| 34 9 | beginning of every day for us. |
| 34:18 - 34:22 | Keefer, Emily |
| 34 18 | During that first year of living |
| 34 19 | together in Georgia, you did not notice |
| 34 20 | any change in Mr. Keefer's hearing from |
| 34 21 | when you had first gotten back in |
| 34 22 | contact.  Is that correct? |
| 35:1 - 35:22 | Keefer, Emily |
| 35 1 | A.   There was a slight difference. |
| 35 2 | You know, like I said, it -- it was |
| 35 3 | gradual throughout the time.  It -- it |
| 35 4 | gradually got worse.  But yes, there was |
| 35 5 | a slight difference.  Each year it was -- |
| 35 6 | it was different.  Back in 2007, you |
| 35 7 | know, you're using a Razr flip phone, and |
| 35 8 | there wasn't options for much else.  And |
| 35 9 | yes, I noticed a difference.  Was it a |

35 10    huge difference?  Probably not.  Was
35 11    there a difference?  Yes.
35 12    Q.  And what was the main -- sort of
35 13    the first thing that tipped you off as to
35 14    a decline in Mr. Keefer's hearing?
35 15    A.  When you have to say something
35 16    more than once.  I mean, that was pretty
35 17    self-explanatory.  I would hope that my
35 18    husband wasn't ignoring me, but you and I
35 19    both know that that happens sometimes.
35 20    Q.  Did that ever happen early on in
35 21    your -- when you became reacquainted with
35 22    Mr. Keefer?

**36:1 - 36:4**    Keefer, Emily
36 1    A.  When I had to repeat myself?
36 2    Q.  Yes.
36 3    A.  Early on?  Not nearly as much as
36 4    later on.

**36:12 - 37:8**    Keefer, Emily
36 12    Q.  It's fair enough.  But you
36 13    noticed -- you first noticed having to
36 14    repeat yourself more often in 2008.  Is
36 15    that your testimony?
36 16    A.  More often?  I -- I wouldn't --
36 17    I'm not going to say that's my testimony.
36 18    I told you that there was gradual -- it
36 19    gradually got worse.  It gradually got to
36 20    the point where I was repeating myself
36 21    more often.  From day one to day 365,
36 22    yes.  I mean, I repeated myself more.
36 23    Was I repeating myself as much as the
37 1    end?  No.
37 2    Q.  And you also mentioned that Mr.
37 3    Keefer -- well, did -- did you notice Mr.
37 4    Keefer having trouble understanding
37 5    conversation in groups of people?
37 6    A.  Yes.
37 7    Q.  And when -- when did you first
37 8    notice that?

37:11 - 38:10   Keefer, Emily
    37 11      A.  Now, I can't speak for him.  I
    37 12      just noticed the -- his body language,
    37 13      his facial expressions.  And yes, it was
    37 14      a dumbfounded look, like he wasn't sure
    37 15      what exactly was going on or what was
    37 16      being said.
    37 17      Q.  And when did you first notice
    37 18      that?
    37 19      A.  Probably -- probably later in
    37 20      that year.  Early on in the marriage, we
    37 21      spent more time with like groups.  Once
    37 22      we had our family, it wasn't so much
    37 23      groups.  So younger years, early on in
    38 1       our marriage, I noticed that.  But it --
    38 2       it continued and, you know, even through
    38 3       his service, I did notice if we went to
    38 4       events or whatnot -- when I say "events,"
    38 5       I mean like battalion events or unit
    38 6       events where he was with his coworkers --
    38 7       it would be the same thing.  Standing in
    38 8       a group of, you know, four or six people
    38 9       even close, you could almost see the
    38 10      struggle.
38:18 - 39:2   Keefer, Emily
    38 18      Q.  So, before Mr. Keefer deployed
    38 19      to Iraq, had you already noticed having
    38 20      to repeat yourself more often?
    38 21      A.  In the beginning, yes.
    38 22      Q.  And had you noticed Mr. Keefer
    38 23      having trouble interacting in social
    39 1       settings?
    39 2       A.  Some.
39:8 - 39:12   Keefer, Emily
    39 8       Before Mr. Keefer, deployed to
    39 9       Iraq in late 2009, had you noticed him
    39 10      having more difficulty interacting in
    39 11      social settings?
    39 12      A.  Yes.

| 39:14 - 39:15 | Keefer, Emily | **Re: [39:14-39:15]** | **COUNTER DESIGNATION** |
|---|---|---|---|
| 39 14 | A.   But it still wasn't as much as | **Pltf Obj** No objection | **WITHDRAWN, 3/12/2021** |
| 39 15 | the end. | | |

# Klun

## Colors

<span style="color:blue">Plaintiff Affirmative Deposition Testimony</span>
<span style="color:red">Defense Objection to Plaintiff Affirmative</span>
<span style="color:red">Defense Counter Deposition Testimony</span>
<span style="color:blue">Plaintiff Objection to Defense Counter</span>

| Designation | Objection | Notes |
|---|---|---|
| **1:9 - 1:15   Klun** | | |
| 1 9    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER | | |
| 1 10    ◆ ◆ ◆ | | |
| 1 11    Remote videotaped deposition of | | |
| 1 12    Robert Klun held at the location of the | | |
| 1 13    witness commencing at 9:01 a.m. Central, on | | |
| 1 14    the above date, before Carrie A. Campbell, | | |
| 1 15    Registered Diplomate Reporter, Certified | | |
| **11:9 - 11:15   Klun** | | |
| 11 9    Q.   Good morning, Mr. Klun. | | |
| 11 10    A.   Good morning. | | |
| 11 11    Q.   How's the sound quality? | | |
| 11 12    A.   I think it's pretty good. | | |
| 11 13    Q.   All right.  Would you please | | |
| 11 14    state your name for the record? | | |
| 11 15    A.   Robert Klun. | | |
| **11:16 - 11:25   Klun** | **Re: [11:16-11:25]** | **SUSTAINED** |
| 11 16    Q.   Mr. Klun, my name is Tom | **Def Obj** Prejudice (403); Relevance | |
| 11 17    Pirtle.  I'm a lawyer.  I'm actually from | (401, 402) | |
| 11 18    Houston, Texas.  I've been charged with | | |
| 11 19    representing about 160,000 US servicemen and | | |
| 11 20    women in this deposition who are suing your | | |
| 11 21    former employer, 3M, over the 3M Combat Arms | | |
| 11 22    version 2 earplugs. | | |
| 11 23    You understand I'm on the | | |
| 11 24    opposite of the lawsuit from 3M? | | |
| 11 25    A.   Yes. | | |
| **17:1 - 17:8   Klun** | | |
| 17 1    When you retired from 3M at the | | |
| 17 2    end of 2015, what was your title? | | |
| 17 3    A.   At that point in time with 3M, | | |
| 17 4    it would have been quality manager. | | |
| 17 5    Q.   What does a quality manager do? | | |
| 17 6    A.   In my role, I worked on quality | | |
| 17 7    systems and any other special issues that may | | |
| 17 8    have arisen or may arise. | | |
| **17:9 - 17:10   Klun** | **Re: [17:9-17:10]** | **SUSTAINED** |
| 17 9    Q.   Well, I might explore that a | **Def Obj** Relevance (401, 402) | |

Klun                                                                                                                                2

| | |
|---|---|
| 17 10 | little bit further because I don't speak 3M. |

**17:11 - 17:16   Klun**

| | |
|---|---|
| 17 11 | What is quality systems? |
| 17 12 | A.    It would be the processes that |
| 17 13 | we used.  If there's -- if there's a process |
| 17 14 | for filing or addressing customer complaints |
| 17 15 | or if there's any -- any type of work |
| 17 16 | process. |

**17:17 - 17:20   Klun**

| | |
|---|---|
| 17 17 | Q.    So this is work processes |
| 17 18 | regarding multiple products in multiple areas |
| 17 19 | that you're working on? |
| 17 20 | A.    Yes. |

**21:3 - 21:10   Klun**

| | |
|---|---|
| 21 3 | Q.    All right.  I want to go |
| 21 4 | through a little bit of this work history. |
| 21 5 | When did you start with Aearo? |
| 21 6 | A.    In November 1998. |
| 21 7 | Q.    And then you were continuously |
| 21 8 | employed between November of 1998 and |
| 21 9 | December of 2015 by either Aearo or 3M, fair? |
| 21 10 | A.    Yes. |

**21:11 - 21:17   Klun**

| | |
|---|---|
| 21 11 | Q.    Now, prior to your work with |
| 21 12 | 3M, and I'll go back to it in a second, it |
| 21 13 | looks like you worked for Dow Chemical? |
| 21 14 | A.    Yes. |
| 21 15 | Q.    And where did you work for Dow |
| 21 16 | Chemical? |
| 21 17 | A.    In Midland, Michigan. |

**23:24 - 24:2   Klun**

| | |
|---|---|
| 23 24 | When you were hired on at |
| 23 25 | Aearo, what were you tasked with doing? |
| 24 1 | A.    I hired on as a quality |
| 24 2 | manager. |

**25:18 - 26:24   Klun**

| | |
|---|---|
| 25 18 | Q.    All right.  What I have on the |
| 25 19 | screen is page 8 of this document, and I have |
| 25 20 | your name highlighted down at the bottom. |

Klun                                                                                                                    3

| | | | |
|---|---|---|---|
| 25 21 | A.   Uh-huh. | | |
| 25 22 | Q.   Do you see it? | | |
| 25 23 | A.   Yes. | | |
| 25 24 | Q.   It's called Aearo Technologies, | | |
| 25 25 | LLC, operating board. | | |
| 26 1 | What was that? | | |
| 26 2 | A.   That was the leadership at | | |
| 26 3 | Aearo. | | |
| 26 4 | Q.   And were you a member -- | | |
| 26 5 | A.   After the 3M acquisition of | | |
| 26 6 | Aearo Technologies. | | |
| 26 7 | Q.   Okay.  So this would have been | | |
| 26 8 | post-2008? | | |
| 26 9 | A.   Yes. | | |
| 26 10 | Q.   All right.  And you're listed, | | |
| 26 11 | Bob Klun -- | | |
| 26 12 | A.   Uh-huh. | | |
| 26 13 | Q.   -- at R&D.  Research and | | |
| 26 14 | development? | | |
| 26 15 | A.   Yes. | | |
| 26 16 | Q.   What did you do in that -- in | | |
| 26 17 | that regard? | | |
| 26 18 | A.   I headed up research and | | |
| 26 19 | development for the Aearo Technologies, LLC. | | |
| 26 20 | Q.   What would that entail, sir? | | |
| 26 21 | A.   It would entail the various | | |
| 26 22 | product lines that were handled by Aearo, | | |
| 26 23 | which included hearing, eyewear, prescription | | |
| 26 24 | eyewear, respiratory, those kind of things. | | |
| 26:25 - 27:2 | Klun | **Re: [26:25-27:2]**<br>**Pltf Obj** cumulative | **OVERRULED** |
| 26 25 | Q.   Okay. | | |
| 27 1 | A.   Various -- the various product | | |
| 27 2 | lines. | | |
| 28:9 - 29:2 | Klun | **Re: [28:9-29:2]**<br>**Pltf Obj** cumulative; improper counter<br>per PTO 64 | **OVERRULED** |
| 28 9 | Q.   Okay.  So were you the manager | | |
| 28 10 | of the Aearo laboratories lab -- for what | | |
| 28 11 | years? | | |
| 28 12 | A.   They reorganized a couple | | |
| 28 13 | times, but I would say at this point in time | | |

| | | |
|---|---|---|
| 28 14　it would have been 2000 -- around 2012 to -- | | |
| 28 15　or '10, 2010, to somewhere 2012, 2013. | | |
| 28 16　Q.　Is that the only time you were | | |
| 28 17　the manager of the Aearo laboratories, or | | |
| 28 18　were you manager before the acquisition by | | |
| 28 19　3M? | | |
| 28 20　A.　As the R&D manager for Aearo, I | | |
| 28 21　was -- managed R&D before the acquisition. | | |
| 28 22　Q.　And how long did that -- how | | |
| 28 23　far back did that go?  To November of '98 or | | |
| 28 24　was it later? | | |
| 28 25　A.　It was later.  It would have | | |
| 29 1　been in the range of late 2002, 2001, | | |
| 29 2　somewhere in that time frame. | | |
| 29:3 - 29:8　Klun | Re: [29:3-29:8] | OVERRULED |
| 29 3　Q.　So from 2001, 2002, through, | Def Obj Misstates; Vague (611, 403) | |
| 29 4　say 2012, you were the manager of the Aearo | | |
| 29 5　laboratories? | | |
| 29 6　MR. FIELDS:  Objection to form. | | |
| 29 7　THE WITNESS:  Yeah, that's | | |
| 29 8　correct. | | |
| 29:9 - 30:15　Klun | | |
| 29 9　QUESTIONS BY MR. PIRTLE: | | |
| 29 10　Q.　And the people underneath your | | |
| 29 11　name, did they report to you? | | |
| 29 12　A.　Yes. | | |
| 29 13　Q.　So this J. Hamer was Jeffrey | | |
| 29 14　Hamer? | | |
| 29 15　A.　Yes. | | |
| 29 16　Q.　He was a direct report to you? | | |
| 29 17　A.　Yes. | | |
| 29 18　Q.　I see an E. Berger, Elliott | | |
| 29 19　Berger; he reported to you? | | |
| 29 20　A.　He reported to Jeff Hamer. | | |
| 29 21　Q.　Okay.  And Mr. Hamer reported | | |
| 29 22　to you? | | |
| 29 23　A.　Yes. | | |
| 29 24　Q.　All right.  And you reported to | | |
| 29 25　a Robert Anderson at this point in time? | | |

| | | | |
|---|---|---|---|
| | 30 1 | A.    Yes. | | |
| | 30 2 | Q.    Was this your whole job during | | |
| | 30 3 | this entire time period or did you have other | | |
| | 30 4 | titles or other roles?  Because I see your | | |
| | 30 5 | name a couple different places. | | |
| | 30 6 | A.    At this point in time with this | | |
| | 30 7 | organizational chart, those were my | | |
| | 30 8 | responsibilities at 3M. | | |
| | 30 9 | Q.    And you were over the | | |
| | 30 10 | laboratory that did, for example, the NRR | | |
| | 30 11 | testing on earplugs? | | |
| | 30 12 | A.    That was under my | | |
| | 30 13 | responsibility through -- reporting | | |
| | 30 14 | through Jeff -- you know, Jeff Hamer | | |
| | 30 15 | reporting through me -- to me. | | |
| 31:8 - 31:18 | Klun | | Re: [31:8-31:18] | OVERRULED |
| | 31 8 | Q.    All right.  How did you become | Pltf Obj improper counter per PTO 64 | |
| | 31 9 | familiar with the Combat Arms Earplug | | |
| | 31 10 | version 2? | | |
| | 31 11 | A.    As I recall, very peripherally | | |
| | 31 12 | from the standpoint of -- that we sold the | | |
| | 31 13 | product at Aearo and also at 3M. | | |
| | 31 14 | Q.    Well, the laboratory also | | |
| | 31 15 | tested the product, didn't it? | | |
| | 31 16 | A.    I would say -- I can't recall | | |
| | 31 17 | who tested the product, but I would say -- I | | |
| | 31 18 | would say, yes, they probably tested it. | | |
| 31:19 - 32:5 | Klun | | Re: [31:19-32:5] | OVERRULED |
| | 31 19 | Q.    All right.  One more of these | Pltf Obj improper counter per PTO 64 | |
| | 31 20 | on -- go to page 20.  Aearo Technologies, | | |
| | 31 21 | LLC, research and development organization. | | |
| | 31 22 | Now, it's got you listed as the | | |
| | 31 23 | manager of R&D. | | |
| | 31 24 | Was that -- it was a | | |
| | 31 25 | simultaneous role with being the manager of | | |
| | 32 1 | the Aearo laboratories? | | |
| | 32 2 | A.    No, the 3M organization -- 3M | | |
| | 32 3 | reorganized the -- Aearo many times as they | | |
| | 32 4 | tried to integrate Aearo into the 3M | | |

| | | |
|---|---|---|
| 32 5    structure. | | |
| 32:6 - 32:16    Klun | **Re: [32:6-32:16]** | **OVERRULED** |
| 32 6    Q.    Okay. So this is a | **Pltf Obj** improper counter per PTO 64 | |
| 32 7    reorganization. You're still -- it looks | | |
| 32 8    like you're still over the laboratory. It | | |
| 32 9    just looks like it's split between hearing | | |
| 32 10    and E-A-RCAL laboratory. On the far left | | |
| 32 11    side under Jeff Hamer. | | |
| 32 12    A.    Under Jeff would be the passive | | |
| 32 13    hearing or earplug business in general. | | |
| 32 14    Under Sigge Nilsson would be | | |
| 32 15    the Peltor products, which would be earmuffs | | |
| 32 16    and communication headsets. | | |
| 32:17 - 32:20    Klun | **Re: [32:17-32:20]** | **OVERRULED** |
| 32 17    Q.    Go ahead. | **Pltf Obj** improper counter per PTO 64 | |
| 32 18    A.    Indianapolis headed up -- was | | |
| 32 19    the center for earplug research. Peltor was | | |
| 32 20    for earmuffs. | | |
| 33:22 - 33:24    Klun | | |
| 33 22    Q.    Okay. Underneath Hearing, I | | |
| 33 23    see there's a list of names, right? | | |
| 33 24    A.    Yes. | | |
| 34:4 - 34:17    Klun | | |
| 34 4    Did you know Marc Doty? | | |
| 34 5    A.    Yes, as a -- I knew who he was | | |
| 34 6    when I saw him, yes. | | |
| 34 7    Q.    Well, it doesn't sound like you | | |
| 34 8    knew him too well. | | |
| 34 9    A.    That's correct. | | |
| 34 10    Q.    What is your understanding of | | |
| 34 11    what he did in your organization? | | |
| 34 12    A.    As I recall, he would be a | | |
| 34 13    product -- in product design. | | |
| 34 14    Q.    What aspect of product design? | | |
| 34 15    A.    As I recall, would have been as | | |
| 34 16    a mechanical -- or engineer, mechanical | | |
| 34 17    engineer. | | |
| 34:18 - 34:19    Klun | **Re: [34:18-34:19]** | **SUSTAINED** |
| 34 18    Q.    I see a lot of drawings with | **Def Obj** Relevance (401, 402); Prejudice | |

Klun

7

| | | |
|---|---|---|
| 34 19    his name on it. | (403) | |
| 34:20 - 34:21    Klun | | |
| 34 20    Did he draw various products? | | |
| 34 21    A.   That's my understanding, yes. | | |
| 34:25 - 35:4    Klun | | |
| 34 25    Q.   Drafting of blueprints or | | |
| 35 1    whatever you want, technical specifications | | |
| 35 2    for products? | | |
| 35 3    A.   As I recall it, it would be | | |
| 35 4    yes. | | |
| 35:5 - 35:10    Klun | | |
| 35 5    Q.   All right.  I see an R. Falco. | | |
| 35 6    Is that Bob Falco? | | |
| 35 7    A.   Yes. | | |
| 35 8    Q.   What'd he do? | | |
| 35 9    A.   He also designed and developed | | |
| 35 10    hearing protection products. | | |
| 47:1 - 47:6    Klun | Re: [47:1-47:6] | OVERRULED |
| 47 1    Q.   Did you have a T number? | Pltf Obj 403; improper counter per PTO | |
| 47 2    A.   No.  He is on the technical | 64 | |
| 47 3    ladder.  I was a manager, so had a -- and I | | |
| 47 4    can't recall my -- what the terminology was | | |
| 47 5    within 3M on the managerial ladder.  T is for | | |
| 47 6    technical. | | |
| 47:7 - 47:22    Klun | | |
| 47 7    Q.   Okay.  Let's turn on the next | | |
| 47 8    page, and it looks like you're -- either you | | |
| 47 9    or Elliott Berger is going in to some of his | | |
| 47 10    contributions for this consideration of T6 | | |
| 47 11    division staff scientist; am I correct? | | |
| 47 12    A.   Summary of contributions. | | |
| 47 13    That's what the document says, yes. | | |
| 47 14    Q.   Financial impact, products | | |
| 47 15    currently or formerly marketed, the first | | |
| 47 16    one's Combat -- the product name was Combat | | |
| 47 17    Arms? | | |
| 47 18    A.   Yes, that's what the document | | |
| 47 19    says. | | |
| 47 20    Q.   And then on the right-hand | | |

| | | |
|---|---|---|
| 47 21 | side, contributing role, it's got PI. | |
| 47 22 | What does that stand for? | |

47:25 - 47:25   Klun

| | | |
|---|---|---|
| 47 25 | A.   PI.  I don't recall the term. | |

48:3 - 48:6   Klun

| | | |
|---|---|---|
| 48 3 | Q.   It's highlighted at the bottom | |
| 48 4 | of the page, Mr. Klun. | |
| 48 5 | A.   Okay.  There you go.  That's | |
| 48 6 | what the document says, "primary inventor." | |

48:15 - 48:18   Klun

| | | |
|---|---|---|
| 48 15 | Q.   Is this a document you would | |
| 48 16 | have filled out or filled out with Mr. Berger | |
| 48 17 | for this T6 promotion? | |
| 48 18 | A.   Yes, or with others. | |

50:9 - 50:25   Klun

| | | |
|---|---|---|
| 50 9 | Q.   If you look down to one, two, | |
| 50 10 | three, fourth paragraph, about in the middle | |
| 50 11 | it starts, "He also is the inventor of the | |
| 50 12 | Combat Arms Earplug." | |
| 50 13 | I've highlighted it.  Did I | |
| 50 14 | read it correctly? | |
| 50 15 | A.   Uh-huh. | |
| 50 16 | Q.   I'm sorry, is that a yes? | |
| 50 17 | A.   Yes, that's what the document | |
| 50 18 | says. | |
| 50 19 | Q.   Turn over to page 17 of this | |
| 50 20 | document.  This is to whom it may concern for | |
| 50 21 | Richard E. Knauer. | |
| 50 22 | Who is that? | |
| 50 23 | A.   Dick Knauer was the -- would | |
| 50 24 | have been Elliott's supervisor prior to Jeff | |
| 50 25 | Hamer. | |

51:1 - 51:3   Klun

| | | |
|---|---|---|
| 51 1 | Q.   Okay.  So it went Richard, or | |
| 51 2 | Dick, Knauer to Jeff Hamer? | |
| 51 3 | A.   Yes. | |

51:18 - 52:3   Klun

| | | |
|---|---|---|
| 51 18 | Q.   Skipping on down, it says, "A | |
| 51 19 | prime example is the Combat Arms platform. | |

Klun

| | | |
|---|---|---|
| 51 20    Elliott was responsible for leading the | | |
| 51 21    development of these products, which has | | |
| 51 22    brought significant revenue with an extremely | | |
| 51 23    high margin to Aearo over the last several | | |
| 51 24    years." | | |
| 51 25    Did I read that reasonably | | |
| 52 1     correct? | | |
| 52 2     A.   Yes, that's what the document | | |
| 52 3     says. | | |

53:17 - 53:24   Klun

**52:16 - 53:3**   Klun

| 52 16    Q.   And what I'm saying is, you |
|---|
| 52 17    don't take issue with that.  You believe that |
| 52 18    to be true and accurate. |
| 52 19    Fair? |
| 52 20    A.   I believe that to be true now, |
| 52 21    yeah.  I believe it is. |
| 52 22    Q.   "The basic initial concept of |
| 52 23    which was brought to Aearo by an individual |
| 52 24    from German -- from a German/French |
| 52 25    laboratory." |
| 53 1     Did I read that in parentheses |
| 53 2     correctly? |
| 53 3     A.   Yes.  Yep, that's correct. |

**53:17 - 53:24**   Klun

| 53 17    Q.   And does it go by the acronym |
|---|
| 53 18    ISL? |
| 53 19    A.   As I recall, that would have |
| 53 20    been the laboratory, yes. |
| 53 21    Q.   And it's a German/French |
| 53 22    laboratory? |
| 53 23    A.   Yeah, that's what the document |
| 53 24    says. |

**53:25 - 54:2**   Klun

| 53 25    Q.   Is that what you remember? |
|---|
| 54 1     A.   I don't really recall, but |
| 54 2     that's what the document says, sure. |

| **54:3 - 54:5**   Klun | | |
|---|---|---|
| 54 3     Q.   Okay.  Do you remember a | **Re: [54:3-54:5]** | **OVERRULED** |
| 54 4     scientist there named Pascal? | **Pltf Obj** improper counter per PTO 64 | |

Klun                                                                                                          10

| | | |
|---|---|---|
| 54 5      A.   I don't recall. | | |
| 54:19 - 54:22   Klun | **Re: [54:19-54:22]** | **OVERRULED** |
| 54 19     Q.   Now, you were involved with the | **Pltf Obj** improper counter per PTO 64 | |
| 54 20     Combat Arms version 2 fairly early in your | | |
| 54 21     career at Aearo? | | |
| 54 22     A.   No, I don't agree with that. | | |
| 65:22 - 66:1   Klun | | |
| 65 22     Q.   Do you remember -- do you | | |
| 65 23     remember how NRRs are related to the EPA and | | |
| 65 24     their regulations? | | |
| 65 25     A.   I do not recall. | | |
| 66 1      Q.   All products that were sold had | | |
| 66:1 - 66:9   Klun | **Re: [66:1-66:9]** | **OVERRULED** |
| 66 1      Q.   All products that were sold had | **Def Obj** Vague (611, 403); Foundation | |
| 66 2      to have an NRR affixed to them? | 602 | |
| 66 3      MR. FIELDS:  Objection.  Form. | | |
| 66 4      QUESTIONS BY MR. PIRTLE: | | |
| 66 5      Q.   I'm talking about hearing | | |
| 66 6      protection now. | | |
| 66 7      MR. FIELDS:  Same objection. | | |
| 66 8      THE WITNESS:  That is my | | |
| 66 9      understanding. | | |
| 66:10 - 66:11   Klun | | |
| 66 10     QUESTIONS BY MR. PIRTLE: | | |
| 66 11     Q.   Fair enough. | | |
| 66:12 - 66:16   Klun | **Re: [66:12-66:16]** | **OVERRULED** |
| 66 12     So all hearing protection | **Def Obj** Foundation (602) | |
| 66 13     products that were sold had an NRR affixed to | | |
| 66 14     them. | | |
| 66 15     Fair enough? | | |
| 66 16     A.   Fair enough. | | |
| 66:17 - 66:25   Klun | **Re: [66:17-66:25]** | **OVERRULED** |
| 66 17     Q.   And is it fair to say that an | **Def Obj** Foundation (602) | |
| 66 18     NRR could affect whether or not a certain | | |
| 66 19     customer would buy a certain type of implant | | |
| 66 20     for an application? | | |
| 66 21     MR. FIELDS:  Objection.  Form. | | |
| 66 22     MR. PIRTLE:  You can answer. | | |
| 66 23     THE WITNESS:  NRR would not be | | |

| | | |
|---|---|---|
| 66 24     the only factor, but NRR would be a | | |
| 66 25      factor. | | |
| **67:6 - 67:12**   Klun | **Re: [67:6-67:12]** | **OVERRULED** |
| 67 6     Q.    And generally the higher the | **Def Obj** Foundation (602) | |
| 67 7      number, the better attenuation the plug in | | |
| 67 8      REAT testing has, if I understand correctly? | | |
| 67 9      MR. FIELDS:  Objection.  Form. | | |
| 67 10      THE WITNESS:  My understanding | | |
| 67 11      is the higher the NRR number, the more | | |
| 67 12      noise reduction. | | |
| **67:17 - 67:20**   Klun | | |
| 67 17      What was your involvement with | | |
| 67 18      the NRR testing while you were at 3M, Aearo? | | |
| 67 19      A.    As I recall, I was not involved | | |
| 67 20      in any testing. | | |
| **67:21 - 68:8**   Klun | | |
| 67 21      (Klun Exhibit 6 marked for | | |
| 67 22      identification.) | | |
| 67 23      QUESTIONS BY MR. PIRTLE: | | |
| 67 24      Q.    Let me show you what I'm going | | |
| 67 25      to mark as Exhibit 6 to your deposition. | | |
| 68 1      This is control number 56.  I'll let you look | | |
| 68 2      at the first page. | | |
| 68 3      And the first page is important | | |
| 68 4      because it's from Jeffrey Hamer to you, dated | | |
| 68 5      2014, and it's -- I'm sorry, 2012, and it | | |
| 68 6      says, "FYI, Jeff Hamer." | | |
| 68 7      You with me? | | |
| 68 8      A.    Yeah, I can see that part.  I'm | | |
| **69:12 - 69:22**   Klun | | |
| 69 12      Q.    Okay.  Well, this looks to be | | |
| 69 13      something that -- a document or a group of | | |
| 69 14      documents that was sent to you for your | | |
| 69 15      information by your employee -- or your | | |
| 69 16      report, Jeff Hamer.  Fair? | | |
| 69 17      A.    Based on the document, but I do | | |
| 69 18      not recall. | | |
| 69 19      Q.    You don't remember seeing this | | |
| 69 20      document? | | |

| 69 21 | A.   I do not recall.  I do not |
| 69 22 | recall the document. |

69:23 - 70:11   Klun

| 69 23 | Q.   Let's turn over to the second |
| 69 24 | page of the document, see if reading this |
| 69 25 | will not -- might help refresh your |
| 70 1 | recollection. |
| 70 2 | Down at the bottom below the |
| 70 3 | line -- and I'll bring it up -- it says, |
| 70 4 | "While this is somewhat vague, it is clear |
| 70 5 | that if we make any modifications to a |
| 70 6 | product which we suspect might impact, in |
| 70 7 | parentheses, decrease, attenuation, we are |
| 70 8 | obligated to retest according to the current |
| 70 9 | EPA labeling requirements." |
| 70 10 | Did I read that reasonably |
| 70 11 | correct? |

71:1 - 71:4   Klun

| 71 1 | MR. FIELDS:  Okay.  Do you see |
| 71 2 | it highlighted? |
| 71 3 | THE WITNESS:  Yes, I see |
| 71 4 | highlighted now, yes. |

71:8 - 71:11   Klun

| 71 8 | QUESTIONS BY MR. PIRTLE: |
| 71 9 | Q.   Are you following with me, |
| 71 10 | Mr. Klun? |
| 71 11 | A.   Yes. |

71:12 - 73:19   Klun

| 71 12 | Q.   "The requirements for retest in |
| 71 13 | other countries are even more stringent.  For |
| 71 14 | CE, any product change must be reported to |
| 71 15 | the notified body." |
| 71 16 | Did I read that correctly? |
| 71 17 | A.   Yes, that's what the document |
| 71 18 | says. |
| 71 19 | Q.   It says, "As a result, back in |
| 71 20 | 2003, Dick Knauer and Bob Klun created the |
| 71 21 | attached document which stipulates what we |
| 71 22 | consider a significant change." |

71 23    Did I read that correctly?
71 24    A.   Yes, you read what the document
71 25    says.
72 1     Q.   It says, "For molded products,
72 2     this document clearly indicates a dimensional
72 3     change greater than approximately 5 percent
72 4     is unacceptable.  We also document the actual
72 5     dimensions of the product produced and used
72 6     for our label test evaluations so that we
72 7     have a reference to go back to in the event
72 8     we want to alter a tool or process."
72 9     You with me?
72 10    A.   I'm with you.
72 11    Q.   All right.  Said, "If we decide
72 12    to make a, quote/unquote, change to a
72 13    product, we must then retest per the EPA
72 14    regulations using the subjective rear" -- I
72 15    mean "real-ear attenuation at threshold,
72 16    REAT, methodology stipulated by EPA and
72 17    considered the gold standard for hearing
72 18    protector attenuation measurement."
72 19    Is that reasonably correct?
72 20    A.   Yes, that's what the document
72 21    says.
72 22    Q.   It goes on to say, "As a
72 23    result, we try very hard to not make any
72 24    changes to any" -- oh, "to existing products
72 25    that would result in a retest."
73 1     Did you follow me there?
73 2     A.   I follow you there.  That's
73 3     what the document says.
73 4     Q.   I skipped a sentence.
73 5     "As this is a subject test
73 6     using 10 to 20 human subjects, depending on
73 7     the situation, there is considerable
73 8     variability in results.  Easy plus or minus
73 9     3 dB NRR without any change to the product,
73 10     and changes up to 5 dB have been documented."
73 11     Does that fill it in?

Klun                                                                    14

| | |
|---|---|
| 73 12 | A.   That's what the document says. |
| 73 13 | Q.   It says, "If we are forced to |
| 73 14 | retest, it could easily result in a rating |
| 73 15 | number change which could directly impact |
| 73 16 | sales of the product and cause considerable |
| 73 17 | money to change all of our literature and |
| 73 18 | packaging to reflect the new test result. |
| 73 19 | Sincerely, Hamer." |
| 74:4 - 75:11 | Klun |
| 74 4 | Q.   All right.  Now, if I get the |
| 74 5 | gist of this, Mr. Hamer is informing you that |
| 74 6 | he is -- well, he's actually supplying you |
| 74 7 | with a standard or a procedure that you and |
| 74 8 | Mr. Dick Knauer wrote in '03 which addresses |
| 74 9 | whether or not an NRR test has to be |
| 74 10 | reperformed. |
| 74 11 | Are you with me? |
| 74 12 | A.   I'm with you, but what did |
| 74 13 | you -- can you say what you said again, just |
| 74 14 | so I'm clear? |
| 74 15 | Q.   Sure. |
| 74 16 | It looks like he is |
| 74 17 | transmitting, along with this FYI, a test |
| 74 18 | protocol that you and Mr. Knauer put together |
| 74 19 | in August of 2003 which defines what a |
| 74 20 | substantial change in a product would be |
| 74 21 | which would require retesting under the REAT |
| 74 22 | protocol. |
| 74 23 | Is that fair? |
| 74 24 | A.   Yeah, that's what the document |
| 74 25 | says, yes. |
| 75 1 | Q.   All right.  And did you in |
| 75 2 | fact, together with Mr. Knauer, put together |
| 75 3 | a document in August of 2003, or in 2003, |
| 75 4 | which describes what a substantial change in |
| 75 5 | a document -- in a product would be? |
| 75 6 | A.   Yes, I recall that Dick and I |
| 75 7 | pulled together a document. |
| 75 8 | Q.   And what was the purpose behind |

Klun

15

| | | | |
|---|---|---|---|
| 75 9 | you and Dick pulling together that document? | | |
| 75 10 | A.   Basically to document what we | | |
| 75 11 | had been doing to comply. | | |
| 75:12 - 75:18 | Klun | Re: [75:12-75:18] | **OVERRULED** |
| 75 12 | Q.   It looks like from reading the | **Def Obj** (Relevance; 401, 402); | |
| 75 13 | e-mail that there is variability in NRR | Foundation (602) | |
| 75 14 | testing. | | |
| 75 15 | Am I right in picking that up? | | |
| 75 16 | MR. FIELDS:  Objection.  Form. | | |
| 75 17 | THE WITNESS:  That's what the | | |
| 75 18 | document says. | | |
| 84:2 - 84:4 | Klun | | |
| 84 2 | (Klun Exhibit 7 marked for | | |
| 84 3 | identification.) | | |
| 84 4 | QUESTIONS BY MR. PIRTLE: | | |
| 84:6 - 84:21 | Klun | | |
| 84 6 | I want to show you another | | |
| 84 7 | document that I'm going to mark as Exhibit 7 | | |
| 84 8 | to your deposition, document control number | | |
| 84 9 | is P0389.1. | | |
| 84 10 | Can you see the document which | | |
| 84 11 | is Exhibit 7, Mr. Klun? | | |
| 84 12 | A.   What's the document say? | | |
| 84 13 | Q.   "How folding the flanges back | | |
| 84 14 | affects REAT results of the UltraFit earplug | | |
| 84 15 | end of the Combat Arms plug." | | |
| 84 16 | A.   I see it now on the screen, | | |
| 84 17 | yes. | | |
| 84 18 | Q.   Sir, do you recognize this | | |
| 84 19 | document? | | |
| 84 20 | A.   I don't recall ever seeing this | | |
| 84 21 | document. | | |
| 85:4 - 85:8 | Klun | | |
| 85 4 | Q.   While you were at 3M, Aearo, do | | |
| 85 5 | you ever have memory of this document being | | |
| 85 6 | supplied to you or there being conversations | | |
| 85 7 | about it? | | |
| 85 8 | A.   I do not recall. | | |
| 86:12 - 86:14 | Klun | Re: [86:12-86:14] | **OVERRULED** |

| | | |
|---|---|---|
| 86 12    I was showing you the front<br>86 13    page of Exhibit 7 by Kieper and Berger,<br>86 14    July 10, 2000. | **Def Obj** Cumulative (403) | |
| 86:19 - 86:22    Klun<br>86 19    And it's my understanding that<br>86 20    you have testified that you've not seen this<br>86 21    document to your memory before?<br>86 22    A.    That's correct. | **Re: [86:19-86:22]**<br>**Def Obj** Cumulative (403) | **OVERRULED** |
| 92:5 - 92:16    Klun<br>92 5    Here is what I'm interested in.<br>92 6    "The initial test, 213015, was<br>92 7    stopped after eight subjects because the<br>92 8    individual results were variable and the NRR<br>92 9    was quite low, 11."<br>92 10    Did I read that reasonably<br>92 11    correct?<br>92 12    A.    That's what the document says.<br>92 13    Q.    The document characterized<br>92 14    as -- an NRR of 11 as being quite low.<br>92 15    Is that true to your knowledge?<br>92 16    A.    To my knowledge, yes. | **Re: [92:5-92:16]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 93:4 - 93:6    Klun<br>93 4    Q.    An NRR of 22 is much better<br>93 5    than an NRR of 11; can we agree on that?<br>93 6    A.    Yes, I agree. | | |
| 121:25 - 122:16    Klun<br>121 25    Q.    My question is, stopping it at<br>122 1    nine makes the test results not reportable as<br>122 2    the NRR under the EPA regs that you wrote<br>122 3    about earlier, correct?  10 or 20?<br>122 4    A.    Whatever the regs say.<br>122 5    Q.    Couldn't hear you.<br>122 6    A.    Whatever the regs say for an<br>122 7    official test.<br>122 8    Q.    Well, the regulations say that<br>122 9    the test is either a 20-person test or a<br>122 10    10-person test to be a complete REAT test.<br>122 11    If it's stopped after nine<br>122 12    subjects, it's not a complete REAT test. | **Re: [121:25-122:16]**<br>**Def Obj** 3M MIL No. 18; Foundation (602) | **OVERRULED** |

| | | | |
|---|---|---|---|
| 122 13 | Do we agree on that under those | | |
| 122 14 | definitions? | | |
| 122 15 | A.   Yes. | | |
| 122 16 | MR. FIELDS:  Objection.  Form. | | |
| 122:8 - 122:16 | Klun | **Re: [122:8-122:16]** | **OVERRULED** |
| 122 8 | Q.   Well, the regulations say that | **Def Obj** Vague (611, 403); Foundation | |
| 122 9 | the test is either a 20-person test or a | (602); 701 | |
| 122 10 | 10-person test to be a complete REAT test. | | |
| 122 11 | If it's stopped after nine | | |
| 122 12 | subjects, it's not a complete REAT test. | | |
| 122 13 | Do we agree on that under those | | |
| 122 14 | definitions? | | |
| 122 15 | A.   Yes. | | |
| 122 16 | MR. FIELDS:  Objection.  Form. | | |
| 122:21 - 122:24 | Klun | | |
| 122 21 | Q.   And my question to you is:  It | | |
| 122 22 | was common at Aearo, 3M, to stop REAT testing | | |
| 122 23 | when bad results were coming in short of the | | |
| 122 24 | 10 or 20 subject threshold, correct? | | |
| 123:1 - 123:2 | Klun | | |
| 123 1 | THE WITNESS:  I don't agree | | |
| 123 2 | with that. | | |
| 146:13 - 146:17 | Klun | **Re: [146:13-146:17]** | **SUSTAINED** |
| 146 13 | Q.   Do you know what type of | **Pltf Obj** improper counter per PTO 64 | |
| 146 14 | support 3M gave the Armed Forces in trying to | | |
| 146 15 | inform the Armed Forces as to how to fit the | | |
| 146 16 | Combat Arms version 2? | | |
| 146 17 | A.   I do not know. | | |
| 146:22 - 147:4 | Klun | **Re: [146:22-147:4]** | **OVERRULED** |
| 146 22 | Q.   In 2004, what was your job? | **Pltf Obj** improper counter per PTO 64 | |
| 146 23 | A.   In 2004, if I recall correctly, | | |
| 146 24 | it would have been R&D. | | |
| 146 25 | Q.   And what all did that entail? | | |
| 147 1 | A.   It would have been R&D for the | | |
| 147 2 | products that Aearo offered, including | | |
| 147 3 | eyewear, respiratory, all protection, the | | |
| 147 4 | entire portfolio. | | |
| 147:5 - 147:14 | Klun | | |
| 147 5 | Q.   What was TJR? | | |

147 6     A.    A contract manufacturer used by
147 7     Aearo.
147 8     Q.    What did TJR stand for?
147 9     A.    That, I do not recall.
147 10    Q.    Where was TJR?
147 11    A.    If I remember correctly, it
147 12    would have been Tijuana.
147 13    Q.    Tijuana, Mexico?
147 14    A.    I can't recall.

147:19 - 147:20   Klun
147 19    And what did TJR do for Aearo
147 20    in terms of contract manufacturing products?

147:22 - 147:25   Klun
147 22    THE WITNESS:  All they did, I
147 23    cannot recall.  I don't know what
147 24    products were made -- all the products
147 25    made at TJR.

148:2 - 148:8   Klun
148 2     Q.    Well, they had some involvement
148 3     with the Combat Arms, didn't they?
148 4     A.    Yes, that I can remember.
148 5     Q.    Okay.  What did they do for the
148 6     Combat Arms Earplugs?
148 7     A.    If I recall correctly,
148 8     assembly.

150:13 - 150:24   Klun
150 13    Q.    Was there a place where Aearo
150 14    manufactured the UltraFit tips, is what I'm
150 15    getting at.
150 16    A.    At Aearo?
150 17    Q.    At Aearo.
150 18    A.    I would recall manufacturing
150 19    the tips at Southbridge.
150 20    Q.    At where?
150 21    A.    Southbridge.
150 22    Q.    And what is that?
150 23    A.    It would have been an Aearo
150 24    plant in Southbridge, Massachusetts.

150:25 - 151:2   Klun

Klun                                                                    19

| | | |
|---|---|---|
| 150 25    Q.   And where did the stems and<br>151 1    filter come from?<br>151 2    A.   That, I do not recall. | | |
| **151:3 - 151:5  Klun**<br>151 3    Q.   And what was the -- to the best<br>151 4    of your recollection, what was TJR's job?<br>151 5    A.   To assemble product. | | |
| **151:6 - 151:10  Klun**<br>151 6    Q.   How would they go about<br>151 7    assembling it, putting tips on and putting<br>151 8    the filters in the stem or in the straw?<br>151 9    A.   That was not my responsibility,<br>151 10   so I don't know what TJR did. | | |
| **151:14 - 159:25  Klun**<br>151 14   Q.   Let me show you what I've<br>151 15   marked as Exhibit 16 to your depo, which is<br>151 16   control number P2066A.  It's got an agenda on<br>151 17   it, but this is the first page of it.<br>151 18   Let me know when you've<br>151 19   reviewed it.  We'll blow it up large for you<br>151 20   to look at.<br>151 21   A.   Okay.  I've seen it.<br>151 22   Q.   Okay.  This is an e-mail from<br>151 23   you, correct?<br>151 24   A.   That's what the document says.<br>151 25   Q.   And it's dated November<br>152 1    the 19th of 2004, correct?<br>152 2    A.   Correct.<br>152 3    Q.   Do you remember reviewing this<br>152 4    document?<br>152 5    A.   I do not recall this document.<br>152 6    Q.   All right.  It looks like you<br>152 7    cc'd yourself, right?<br>152 8    A.   That's what the document says.<br>152 9    Q.   It says, "TJR quality, please<br>152 10   review attached.  Plans are for Bob and Ron<br>152 11   to travel to TJR next week."<br>152 12   Did you go down to Tijuana to<br>152 13   TJR? | **Re: [151:14-159:25]**<br>**Def Obj** 3M MIL No. 26; Relevance<br>(401, 402) | **OVERRULED** |

152 14    A.    I never went to TJR.
152 15    Q.    Did Ron go to TJR?
152 16    A.    I don't recall, but I assume
152 17    so.
152 18    Q.    Was Ron working for you at the
152 19    time?  Sorry?
152 20    A.    Worked for Elliott, who worked
152 21    for Dick.
152 22    Q.    All right.
152 23    A.    Elliott Berger --
152 24    Q.    Sure.
152 25    A.    -- and Dick Knauer.
153 1     Q.    And then you?
153 2     A.    Correct.
153 3     Q.    We'll turn over to the third
153 4     page of the document.  It looks like this is
153 5     the outline.  It says, "Quality problems at
153 6     TJR; action plans to address quality
153 7     problems."
153 8     Did I read that reasonably
153 9     correct?
153 10    A.    Yeah, that's what the document
153 11    says.
153 12    Q.    Did you write this document?
153 13    A.    I do not recall, but I had it
153 14    in an e-mail.  That's what that e-mail says.
153 15    Q.    Sir --
153 16    A.    Attached.
153 17    Q.    Sir, you transmitted it as an
153 18    attachment to the e-mail.  It says number 1,
153 19    "There have been continual problems with test
153 20    equipment and calibration procedures not
153 21    being followed at TJR."
153 22    Did I read that correctly?
153 23    A.    Yes.
153 24    Q.    And the word that is used by
153 25    the author of this is "continual" problems,
154 1     correct?
154 2     A.    That's what the document says.

154 3    Q.    "Test equipment.  The machines
154 4    were due for calibration in May '03 as
154 5    stipulated in the specified operating
154 6    procedure, but even a year later were not
154 7    calibrated."
154 8    Did I read that correctly?
154 9    A.    Yes.  That's what the document
154 10   says.
154 11   Q.    Test equipment.  Equipment used
154 12   to test the earplugs?
154 13   A.    Based on the document.
154 14   Q.    Do you remember that the
154 15   machines were out of calibration for a number
154 16   of years?
154 17   MR. FIELDS:  Objection.  Form.
154 18   THE WITNESS:  No, I do not
154 19   recall.
154 20   QUESTIONS BY MR. PIRTLE:
154 21   Q.    "Procedures.  Calibration
154 22   procedure not followed."
154 23   That's what it says here?
154 24   A.    That's what the document says.
154 25   Q.    And it says, "We operated under
155 1    a waiver for over six months because we
155 2    needed to address the back -- to address
155 3    backorder issues."
155 4    What is a waiver?
155 5    A.    It's a release of product, is a
155 6    waiver.
155 7    Q.    It's a release of product?
155 8    A.    No, not -- it could -- it
155 9    depends on what the waiver is.  You'd have to
155 10   look at the waiver.
155 11   Q.    Okay.  Well, I'm reading this,
155 12   and you can correct me if I'm wrong, but the
155 13   waiver is a waiver of the fact that the
155 14   product wasn't tested because the testing
155 15   machines are not calibrated.
155 16   You got another read of this?

Klun

155 17     MR. FIELDS:  Objection.  Form.
155 18     THE WITNESS:  I don't recall.
155 19     QUESTIONS BY MR. PIRTLE:
155 20     Q.    Now, do you recall finding out
155 21     as a result it took approximately six months
155 22     for TJR to get all the machines calibrated?
155 23     A.    Please repeat the question.
155 24     Q.    Yes.
155 25     Do you recall that as a result,
156 1     it took approximately six months for TJR to
156 2     get all the machines calibrated?
156 3     A.    No, I do not recall.
156 4     Q.    It says, "We need to put a test
156 5     equipment maintenance program in place to
156 6     avoid this situation."
156 7     Do you know if that was ever
156 8     done?
156 9     A.    I do not recall.
156 10     Q.    Let me ask you the affirmative.
156 11     Do you affirmatively remember
156 12     that being done, putting a maintenance --
156 13     putting a test equipment maintenance program
156 14     in place at TJR?
156 15     A.    I do not recall.
156 16     Q.    You were a manager at Aearo,
156 17     weren't you?
156 18     A.    Yes.
156 19     Q.    You can agree with me that
156 20     having testing equipment calibrated is
156 21     important, isn't it?
156 22     A.    I would agree that having test
156 23     equipment is important.
156 24     Q.    Having test equipment that
156 25     works properly is important, too, correct?
157 1     A.    Correct.
157 2     Q.    It says, "Because of equipment
157 3     measurement problems, TJR continues to
157 4     operate with a quality waiver."
157 5     What's a quality waiver?

Klun                                                             23

157 6      A.    It means if something is not
157 7      measured -- there's a problem with the
157 8      measurements but the product is okay, you can
157 9      release on waiver.
157 10     Q.    Well, give me an example of a
157 11     problem with a measurement.
157 12     A.    Give you an example of what?
157 13     Say it again, sir?
157 14     Q.    Give me an example of a problem
157 15     with a measurement.  Measurement.
157 16     A.    Can you rephrase the question?
157 17     Q.    Sure.
157 18     All I'm trying to get from you
157 19     is an example of a problem with the
157 20     measurement of a product that might be
157 21     released on waiver because of that.
157 22     A.    Maybe a product has to weigh
157 23     something so you -- somebody's balance or
157 24     scales aren't working correctly.
157 25     Q.    Could it mean that the product
158 1      is out of spec?
158 2      A.    It could or it couldn't.
158 3      Q.    Maybe?  Maybe not?
158 4      A.    Correct.
158 5      Q.    All right.  "With rapidly
158 6      growing Combat Arms volume, do we have enough
158 7      equipment available in order to meet the
158 8      testing demands?"
158 9      And that's a question, correct?
158 10     A.    That's a question.
158 11     Q.    Do you remember ever finding
158 12     out the answer to the question?
158 13     A.    I do not recall.
158 14     Q.    "Equipment returned to hearing
158 15     R&D has shown signs of significant wear and
158 16     tear.  We have sent the equipment out to the
158 17     vendor for repair.  Are operators properly
158 18     trained and/or is refresher training done?"
158 19     That's another question, right?

| | | |
|---|---|---|
| 158 20   A.   That's the question.  That's | | |
| 158 21   what the document says. | | |
| 158 22   Q.   Now, if I'm understanding what | | |
| 158 23   it's saying here, the equipment is talking | | |
| 158 24   about -- or is either like testing or | | |
| 158 25    measurement equipment that is used to -- in | | |
| 159 1   the assembly of these Combat Arms Earplugs. | | |
| 159 2   Am I right? | | |
| 159 3   MR. FIELDS:  Objection.  Form. | | |
| 159 4   THE WITNESS:  That's what the | | |
| 159 5   document says. | | |
| 159 6   QUESTIONS BY MR. PIRTLE: | | |
| 159 7   Q.   All right.  Do you know what | | |
| 159 8   the signs of significant wear and tear were? | | |
| 159 9   A.   I do not know. | | |
| 159 10   Q.   As far as corrective actions in | | |
| 159 11   response to this e-mail, did you find out | | |
| 159 12   whether operators were properly trained? | | |
| 159 13   A.   I do not recall. | | |
| 159 14   Q.   Do you recall whether or not | | |
| 159 15   you found out whether refresher training was | | |
| 159 16   done? | | |
| 159 17   A.   I do not recall. | | |
| 159 18   Q.   You can agree with me as a | | |
| 159 19   manager at 3M it is important to have | | |
| 159 20   operators properly trained on equipment, | | |
| 159 21   correct? | | |
| 159 22   A.   Agreed. | | |
| 159 23   Q.   Who is Bob Zielinski? | | |
| 159 24   A.   He is a contract manufacturing | | |
| 159 25   manager. | | |
| 154:14 - 154:19   Klun | **Re: [154:14-154:19]** | **SUSTAINED** |
| 154 14   Q.   Do you remember that the | **Def Obj** Foundation (602) | |
| 154 15   machines were out of calibration for a number | | |
| 154 16   of years? | | |
| 154 17   MR. FIELDS:  Objection.  Form. | | |
| 154 18   THE WITNESS:  No, I do not | | |
| 154 19   recall. | | |
| 155:11 - 155:18   Klun | **Re: [155:11-155:18]** | **SUSTAINED** |

| | | |
|---|---|---|
| 155 11   Q.   Okay.  Well, I'm reading this, | **Def Obj** Vague (611, 403); Foundation | |
| 155 12     and you can correct me if I'm wrong, but the | (602) | |
| 155 13     waiver is a waiver of the fact that the | | |
| 155 14     product wasn't tested because the testing | | |
| 155 15     machines are not calibrated. | | |
| 155 16     You got another read of this? | | |
| 155 17     MR. FIELDS:  Objection.  Form. | | |
| 155 18     THE WITNESS:  I don't recall. | | |
| 158:22 - 159:5   Klun | **Re: [158:22-159:5]** | **SUSTAINED** |
| 158 22   Q.   Now, if I'm understanding what | **Def Obj** Vague (611, 403); Foundation | |
| 158 23     it's saying here, the equipment is talking | (602) | |
| 158 24     about -- or is either like testing or | | |
| 158 25     measurement equipment that is used to -- in | | |
| 159 1     the assembly of these Combat Arms Earplugs. | | |
| 159 2     Am I right? | | |
| 159 3     MR. FIELDS:  Objection.  Form. | | |
| 159 4     THE WITNESS:  That's what the | | |
| 159 5     document says. | | |
| 160:13 - 160:14   Klun | | |
| 160 13   Q.   Did he work for you? | | |
| 160 14   A.   No. | | |
| 161:1 - 161:7   Klun | | |
| 161 1     By the way, you have a Ph.D., | | |
| 161 2     don't you? | | |
| 161 3   A.   That's correct. | | |
| 161 4   Q.   In what? | | |
| 161 5   A.   Chemistry. | | |
| 161 6   Q.   What kind of chemistry? | | |
| 161 7   A.   Organic chemistry. | | |
| 162:9 - 162:21   Klun | | |
| 162 9   Q.   Now, Ron Kieper worked for you, | | |
| 162 10     didn't he? | | |
| 162 11   A.   Ron Kieper worked for Elliott | | |
| 162 12     Berger. | | |
| 162 13   Q.   Who worked for Mr. Hamer, who | | |
| 162 14     worked for you? | | |
| 162 15   A.   Or at this time, Dick Knauer. | | |
| 162 16   Q.   Oh, I'm sorry, who worked for | | |
| 162 17     Dick Knauer, who worked for you, right? | | |

| | | | |
|---|---|---|---|
| 162 18 | A.   Right. | | |
| 162 19 | Q.   You were above Mr. Kieper? | | |
| 162 20 | A.   In the organizational chart, | | |
| 162 21 | yes. | | |
| 162:22 - 164:3 | Klun | Re: [162:22-164:3] | OVERRULED |
| 162 22 | Q.   "Bob Z to evaluate each | Def Obj 3M MIL No. 26 | |
| 162 23 | operator to assure the operator knows and is | | |
| 162 24 | following the procedure and use equipment | | |
| 162 25 | properly." | | |
| 163 1 | It says, "Bob Z to evaluate | | |
| 163 2 | testing load on existing equipment and | | |
| 163 3 | whether or not more equipment is needed." | | |
| 163 4 | And "Bob Z to evaluate and set | | |
| 163 5 | up a rotational plan to assure equipment is | | |
| 163 6 | calibrated on a rotating basis to assure at | | |
| 163 7 | least one -- to assure at least two of the | | |
| 163 8 | three current test devices are operational | | |
| 163 9 | and get the third device recalibrated and/or | | |
| 163 10 | repaired, quotation marks, testing equipment | | |
| 163 11 | maintenance program." | | |
| 163 12 | Did I read that reasonably | | |
| 163 13 | correct? | | |
| 163 14 | A.   Yes, that's what the document | | |
| 163 15 | says. | | |
| 163 16 | Q.   Do you know if any of that was | | |
| 163 17 | ever done? | | |
| 163 18 | A.   I do not recall. | | |
| 163 19 | Q.   It says, "R&D/quality position. | | |
| 163 20 | For many reasons, it has taken over six | | |
| 163 21 | months to address equipment calibration | | |
| 163 22 | problems for the Combat Arms product." | | |
| 163 23 | Now, we're talking about Combat | | |
| 163 24 | Arms version 2, aren't we? | | |
| 163 25 | A.   The document doesn't state it. | | |
| 164 1 | Q.   But the fact -- | | |
| 164 2 | A.   It says "for the Combat Arms | | |
| 164 3 | product." | | |
| 164:4 - 164:8 | Klun | Re: [164:4-164:8] | OVERRULED |
| 164 4 | Q.   Looking at the date of your | Pltf Obj improper counter per PTO 64 | |

| | | |
|---|---|---|
| 164 5    e-mail, November the 19th of 2004, the only | | |
| 164 6    Combat Arms product that was being made was | | |
| 164 7    version 2, wasn't it? | | |
| 164 8    A.   That, I can't recall. | | |
| 164:13 - 164:13   Klun | | |
| 164 13    QUESTIONS BY MR. PIRTLE: | | |
| 164:14 - 166:14   Klun | Re: [164:14-166:14] | SUSTAINED |
| 164 14    Q.   What it says here is | Def Obj 3M MIL No. 26 | |
| 164 15    "calibration problems for the Combat Arms | | |
| 164 16    product," right? | | |
| 164 17    A.   That's what the document says, | | |
| 164 18    yes. | | |
| 164 19    Q.   "Now we have more quality | | |
| 164 20    testing problems and releasing product under | | |
| 164 21    waiver.  We believe this is not an acute | | |
| 164 22    problem but rather a chronic problem that | | |
| 164 23    needs to be fixed now." | | |
| 164 24    Did I read that reasonably | | |
| 164 25    correct? | | |
| 165 1    A.   You read that -- you read | | |
| 165 2    correctly what the document says. | | |
| 165 3    Q.   All right.  Whoever wrote this | | |
| 165 4    document underlined the word "acute" and the | | |
| 165 5    word "chronic," correct? | | |
| 165 6    A.   That's what the document says. | | |
| 165 7    Q.   And of course, your reading of | | |
| 165 8    the document comports with mine that acute | | |
| 165 9    would mean a single or a limited instrument, | | |
| 165 10    and chronic meaning a long-term problem, | | |
| 165 11    correct? | | |
| 165 12    MR. FIELDS:  Objection.  Form. | | |
| 165 13    THE WITNESS:  I'd agree with | | |
| 165 14    chronic versus acute. | | |
| 165 15    QUESTIONS BY MR. PIRTLE: | | |
| 165 16    Q.   "We need team perspective to | | |
| 165 17    take a holistic look at the Combat Arms | | |
| 165 18    quality program at TJR." | | |
| 165 19    That means the whole team needs | | |
| 165 20    to look at it? | | |

| | | |
|---|---|---|
| 165 21    A.    That's what the document says.<br>165 22    Q.    "We need to fix the equipment,<br>165 23    ensure people are properly trained and<br>165 24    procedures are being followed and/or<br>165 25    modified.  A joint visit by Bob and Ron to<br>166 1    make a big improvement in our quality program<br>166 2    is needed."<br>166 3    Did I read that reasonably<br>166 4    correct?<br>166 5    A.    Yes, you read that correctly.<br>166 6    It's what the document says.<br>166 7    Q.    Do you know when or if the<br>166 8    problems were ever fixed?<br>166 9    A.    I do not recall.<br>166 10    Q.    Do you know how long the<br>166 11    problems persisted at TJR?<br>166 12    MR. FIELDS:  Objection.  Form.<br>166 13    Sorry, objection.  Form.<br>166 14    THE WITNESS:  I do not recall. | | |
| 165:7 - 165:14    Klun<br>165 7    Q.    And of course, your reading of<br>165 8    the document comports with mine that acute<br>165 9    would mean a single or a limited instrument,<br>165 10    and chronic meaning a long-term problem,<br>165 11    correct?<br>165 12    MR. FIELDS:  Objection.  Form.<br>165 13    THE WITNESS:  I'd agree with<br>165 14    chronic versus acute. | **Re: [165:7-165:14]**<br>**Def Obj** Misstates; Argumentative (611, 403); Foundation (602) | **SUSTAINED** |
| 166:10 - 166:14    Klun<br>166 10    Q.    Do you know how long the<br>166 11    problems persisted at TJR?<br>166 12    MR. FIELDS:  Objection.  Form.<br>166 13    Sorry, objection.  Form.<br>166 14    THE WITNESS:  I do not recall. | **Re: [166:10-166:14]**<br>**Def Obj** Vague (611, 403); Foundation (602) | **SUSTAINED** |
| 186:19 - 186:23    Klun<br>186 19    Q.    Now, this is pretty late in<br>186 20    your career.  You don't remember dealing with<br>186 21    something that the company called -- 3M at<br>186 22    the time -- called Cash for Ears? | | |

| | | |
|---|---|---|
| 186 23      A.   Do not recall. | | |
| 186:24 - 186:25   Klun | | |
| 186 24      (Klun Exhibit 19 marked for | | |
| 186 25      identification.) | | |
| 187:11 - 187:14   Klun | | |
| 187 11      This is the first page of it. | | |
| 187 12      Take a look at that and see if it helps your | | |
| 187 13      recollection. | | |
| 187 14      A.   I don't recall it. | | |
| 187:17 - 187:23   Klun | | |
| 187 17      This looks to be an e-mail that | | |
| 187 18      you're the author of, correct?  Robert T. | | |
| 187 19      Klun? | | |
| 187 20      A.   Yes, that's what the document | | |
| 187 21      says. | | |
| 187 22      Q.   Looks like it was sent out 7/12 | | |
| 187 23      of 2013? | | |
| 188:3 - 188:8   Klun | | |
| 188 3      Q.   The subject is "E-A-RCAL Cash | | |
| 188 4      for Ears, IRB, Bob's office." | | |
| 188 5      Did I read that reasonably | | |
| 188 6      correct? | | |
| 188 7      A.   Yes, that's what the document | | |
| 188 8      says. | | |
| 188:9 - 188:10   Klun | **Re: [188:9-188:10]** | **SUSTAINED** |
| 188 9      Q.   What does IRB stand for? | **Pltf Obj** improper counter per PTO 64 | |
| 188 10      A.   That, I don't recall. | | |
| 189:1 - 189:8   Klun | | |
| 189 1      3, Klun, check with Ron Reed on | | |
| 189 2      how we buy/pay for merchandise for 3M | | |
| 189 3      employees. | | |
| 189 4      Who is Ron Reed? | | |
| 189 5      A.   You're reading what the | | |
| 189 6      document says. | | |
| 189 7      Q.   I said, "Who is Ron Reed?" | | |
| 189 8      A.   He was in finance. | | |
| 190:11 - 190:18   Klun | **Re: [190:11-190:18]** | **OVERRULED** |
| 190 11      Q.   And were y'all in the -- when | **Def Obj** 3M MIL No. 23 | |
| 190 12      you were doing these -- this REAT testing in | | |

| | | |
|---|---|---|
| 190 13 the E-A-RCAL lab, did you use employees and | | |
| 190 14 relations of employees as panel members to | | |
| 190 15 test hearing protective devices? | | |
| 190 16 A.   As I recall, the panel members | | |
| 190 17 could come from anywhere. | | |
| 190 18 Q.   I understand that. | | |

190:19 - 190:23   Klun

190 19 You take them from anywhere,
190 20 but there was a lot of employees and
190 21 relatives of employees used, too, weren't
190 22 there?
190 23 A.   I don't recall.

190:24 - 191:5   Klun

190 24 Q.   Well, do you remember that
190 25 having looked at this document you were
191 1 trying to come up with a recruitment
191 2 mechanism whereby you could get 3M employees
191 3 to agree to be test panel members?
191 4 A.   I'm trying to remember what the
191 5 program was, but I'm not recalling it.

191:10 - 192:12   Klun

191 10 This is on E-A-RCAL laboratory
191 11 letterhead and it says, to 3M and Aearo
191 12 Technologies employees; from Elliott Berger,
191 13 Ron Kieper and Bob Klun.  Date's July 13.
191 14 Search -- or subject, a search for a few good
191 15 ears.  Cash for Ears, subject referral
191 16 policy.
191 17 Did I read that correctly?
191 18 A.   Yes, that's what the document
191 19 says.
191 20 Q.   "As you know, the E-A-RCAL
191 21 laboratory is responsible for product
191 22 development of 3M's E-A-R and Peltor brand
191 23 hearing protection products and NRR labeling
191 24 for all hearing protection products sold in
191 25 North America."
192 1 Did I read that correctly?
192 2 A.   Yes, it's what the document

| | | | |
|---|---|---|---|
| 192 3 | says. | | |
| 192 4 | Q.    Do you agree with it? | | |
| 192 5 | A.    That's what the document says, | | |
| 192 6 | yes. | | |
| 192 7 | Q.    So the E-A-RCAL laboratory that | | |
| 192 8 | Mr. Berger worked at and Mr. Kieper worked at | | |
| 192 9 | was responsible for product development as | | |
| 192 10 | well as NRR labeling for all hearing | | |
| 192 11 | protection sold in North America, true? | | |
| 192 12 | A.    That's what the document says. | | |
| **192:13 - 192:18   Klun** | | | |
| 192 13 | Q.    Well, you wrote -- or were an | | |
| 192 14 | author listed on the document. | | |
| 192 15 | You don't have any memory of | | |
| 192 16 | that? | | |
| 192 17 | A.    I don't recall writing the | | |
| 192 18 | document myself. | | |
| **192:19 - 193:6   Klun** | | **Re: [192:19-193:6]** | **OVERRULED** |
| 192 19 | Q.    "So our panel members consist | **Def Obj** Foundation (602) | |
| 192 20 | of First Call employees and/or full-time 3M, | | |
| 192 21 | Aearo Technologies employees in the | | |
| 192 22 | Indianapolis area who test either during work | | |
| 192 23 | or after hours.  New panel members often may | | |
| 192 24 | be friends or relative of current test | | |
| 192 25 | subjects.  We also recruit through | | |
| 193 1 | independent advertising." | | |
| 193 2 | That's what we talked about | | |
| 193 3 | earlier, right? | | |
| 193 4 | MR. FIELDS:  Objection.  Form. | | |
| 193 5 | THE WITNESS:  That's what -- | | |
| 193 6 | this is what the document says. | | |
| **193:17 - 195:7   Klun** | | | |
| 193 17 | Q.    You go on to explain, "All 3M, | | |
| 193 18 | Aearo Technologies employees are invited to | | |
| 193 19 | seek out and refer internal candidates for | | |
| 193 20 | our test panels.  You may nominate yourself. | | |
| 193 21 | The candidates are paid for the first visit | | |
| 193 22 | and training visits." | | |
| 193 23 | I'm sorry, I skipped one. | | |

193 24      "Potential candidates must
193 25      undergo an initial audiometric evaluation,
194 1      which, if passed, will then allow them to
194 2      enter a training program consisting of 13
194 3      additional visits."
194 4      Did I read that correctly?
194 5      A.   Yes, that's what the document
194 6      says.
194 7      Q.   What in the world was done in
194 8      13 additional visits?
194 9      A.   I don't know.
194 10      Q.   "The candidate are paid for the
194 11      first visit and the training visits.  At the
194 12      end of the training process, candidates are
194 13      evaluated for participation in one or more
194 14      panels.  Every candidate you refer who
194 15      possesses the initial audiometric
194 16      evaluation -- who passes the initial
194 17      audiometric evaluation, completes the
194 18      training and becomes a panel member, you will
194 19      receive a $40 award of 3M merchandise.  You
194 20      have the potential to get an award of $40 of
194 21      3M merchandise for every 3M/Aearo
194 22      Technologies employee that you refer who
194 23      successfully completes the training program
194 24      and joins the panel."
194 25      Did I read that correctly?
195 1      A.   Yes, that's what the document
195 2      says.
195 3      Q.   All right.  So Cash for Ears, a
195 4      few good ears, is referring to at this time
195 5      3M paying employees to be on test panels,
195 6      right?
195 7      A.   Whatever the document says.

| 195:8 - 195:9    Klun | Re: [195:8-195:9] | OVERRULED |
|---|---|---|
| 195 8     Q.   How was the response? | Pltf Obj improper counter per PTO 64 | |
| 195 9     A.   I do not recall. | | |

196:24 - 197:4    Klun
196 24     Q.   All right.  I'm just wondering,

| | | | |
|---|---|---|---|
| 196 25 | going back to the subjectivity of the test, | | |
| 197 1 | did it ever occur to you that some of these | | |
| 197 2 | 3M employees might actually be working on | | |
| 197 3 | products that they're testing? | | |
| 197 4 | A.   I do not recall.  Do not know. | | |
| 197:5 - 197:19   Klun | | **Re: [197:5-197:19]** | **OVERRULED** |
| 197 5 | Q.   Do you know if people who were | **Def Obj** 3M MIL No. 23 | |
| 197 6 | actually working on the earplugs that they're | | |
| 197 7 | testing were excluded from the panel? | | |
| 197 8 | A.   I do not know nor recall. | | |
| 197 9 | Q.   Do you know if the family of | | |
| 197 10 | employees who worked on earplugs were | | |
| 197 11 | excluded from the panel for those earplugs? | | |
| 197 12 | A.   Do not recall. | | |
| 197 13 | Q.   Can you see how there might be | | |
| 197 14 | some biased injected into the study? | | |
| 197 15 | MR. FIELDS:  Objection.  Form. | | |
| 197 16 | QUESTIONS BY MR. PIRTLE: | | |
| 197 17 | Q.   You can answer. | | |
| 197 18 | A.   It's not my area, so I have no | | |
| 197 19 | comment. | | |
| 197:13 - 197:19   Klun | | **Re: [197:13-197:19]** | **SUSTAINED** |
| 197 13 | Q.   Can you see how there might be | **Def Obj** Foundation (602); | |
| 197 14 | some biased injected into the study? | Argumentative; Vague (611, 403) | |
| 197 15 | MR. FIELDS:  Objection.  Form. | | |
| 197 16 | QUESTIONS BY MR. PIRTLE: | | |
| 197 17 | Q.   You can answer. | | |
| 197 18 | A.   It's not my area, so I have no | | |
| 197 19 | comment. | | |
| 198:14 - 198:23   Klun | | **Re: [198:14-198:23]** | **SUSTAINED** |
| 198 14 | Q.   Mr. Klun, my name is Neil | **Def Obj** Relevance (401, 402); Prejudice | |
| 198 15 | Overholtz, and like Mr. Pirtle told you at | (403); 3M MIL No. 30 | |
| 198 16 | the beginning of this deposition, I also | | |
| 198 17 | represent the men and women who serve in the | | |
| 198 18 | United States military that have brought | | |
| 198 19 | claim against 3M and Aearo, your former | | |
| 198 20 | employers, regarding the Combat Arms | | |
| 198 21 | version 2. | | |
| 198 22 | Do you understand that? | | |

| | | |
|---|---|---|
| 198 23    A.    Yes. | | |
| 200:8 - 200:11    Klun | **Re: [200:8-200:11]** | **SUSTAINED** |
| 200 8      You recall being involved early | **Pltf Obj** improper counter per PTO 64 | |
| 200 9      on in design meetings related to the Combat | | |
| 200 10      Arms version 2, right? | | |
| 200 11      A.   I do not recall. | | |
| 200:12 - 200:16    Klun | **Re: [200:12-200:16]** | **SUSTAINED** |
| 200 12      Q.   Okay.  Well, you've worked on | **Pltf Obj** improper counter per PTO 64 | |
| 200 13      design and development plans throughout your | | |
| 200 14      career at Aearo and 3M; is that right? | | |
| 200 15      A.   I wouldn't say I did design and | | |
| 200 16      development plans. | | |
| 201:4 - 201:8    Klun | | |
| 201 4      Q.   This is a slide that I made, | | |
| 201 5      and I'm asking you:  Do you agree that part | | |
| 201 6      of developing a product includes developing a | | |
| 201 7      quality plan? | | |
| 201 8      A.   Yes. | | |
| 201:9 - 201:16    Klun | **Re: [201:9-201:16]** | **SUSTAINED** |
| 201 9      Q.   Is it important that the | **Def Obj** Vague; Compound (611, 403); | |
| 201 10      products that Aearo and 3M are going to sell, | Foundation (602) | |
| 201 11      especially to our fine men and women that | | |
| 201 12      serve in the United States military, that | | |
| 201 13      those products are of good quality? | | |
| 201 14      MR. FIELDS:  Objection.  Form. | | |
| 201 15      THE WITNESS:  I have no | | |
| 201 16      comment. | | |
| 201:20 - 202:2    Klun | **Re: [201:20-202:2]** | **OVERRULED** |
| 201 20      Was it important at Aearo and | **Def Obj** Vague (611, 403); Foundation | |
| 201 21      3M that the products that you were developing | (602) | |
| 201 22      and selling to the United States military to | | |
| 201 23      be used by the service people defending our | | |
| 201 24      country, that those products be of good | | |
| 201 25      quality? | | |
| 202 1      MR. FIELDS:  Same objection. | | |
| 202 2      THE WITNESS:  Yes. | | |
| 202:3 - 202:8    Klun | | |
| 202 3      QUESTIONS BY MR. OVERHOLTZ: | | |
| 202 4      Q.   Okay.  And then part of the | | |

| | | |
|---|---|---|
| 202 5     program, when you design a product and you<br>202 6     get it developed, is you want to sell the<br>202 7     plugs, right?<br>202 8     A.   Yes. | | |
| 202:9 - 202:14   Klun<br>202 9     Q.   Okay.  Now, as part of<br>202 10    designing a product like a Combat Arms<br>202 11    Earplug and selling those earplugs, is it<br>202 12    important that you have quality assurance<br>202 13    testing of the product?<br>202 14    A.   Quality control testing. | **Re: [202:9-202:14]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 202:19 - 202:22   Klun<br>202 19    Q.   And you want to make sure the<br>202 20    product's assembled right, manufactured right<br>202 21    and that it works; is that fair?<br>202 22    A.   That would be fair. | **Re: [202:19-202:22]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 204:6 - 204:12   Klun<br>204 6    Q.   Okay.  So Kaizen was a quality<br>204 7    improvement tool so that the products that<br>204 8    you were selling could be assured to be of<br>204 9    good quality; is that right?<br>204 10    A.   I don't agree completely.  It's<br>204 11    more than just the product.  It could be your<br>204 12    work process, simple things like materials. | **Re: [204:6-204:12]**<br>**Pltf Obj** improper counter per PTO 64 | **SUSTAINED** |
| 206:10 - 206:21   Klun<br>206 10    So when the Combat Arms was<br>206 11    being developed in 1999 when you had begun<br>206 12    working at Aearo in the laboratory<br>206 13    department, was one of the goals for the<br>206 14    Combat Arms version 2 to avoid any --<br>206 15    A.   In the -- I would -- I wasn't<br>206 16    involved in the lab until 2000, 2001,<br>206 17    somewhere in that time frame.<br>206 18    Q.   Okay.  You were involved with<br>206 19    the Combat Arms, though, back as early as<br>206 20    1999, right?<br>206 21    A.   I disagree. | | |
| 206:22 - 207:9   Klun<br>206 22    Q.   Okay.  Well, let me ask you | | |

Klun                                                                                    36

206 23      this:  Do you remember that one of the goals
206 24      of the development plan for the Combat Arms
206 25      version 2 in 1999 was to avoid any incorrect
207 1      assembly and to have zero defects?
207 2      A.    I do not recall that.
207 3      Q.    All right.  You think that
207 4      would be a good goal to have for an earplug
207 5      that's going to be used by servicemen and
207 6      women in the field?
207 7      A.    Yes.
207 8      (Klun Exhibit 20 marked for
207 9      identification.)

207:15 - 207:18   Klun
207 15      this is a May 20, 1999 meeting memorandum
207 16      that lists yourself from an A. Shaver, and
207 17      the subject being the Combat Arms project.
207 18      Do you see that?

207:25 - 208:1   Klun
207 25      THE WITNESS:  Yes, I see the
208 1      document.

208:3 - 208:20   Klun
208 3      Q.    Okay.  And A. Shaver, was that
208 4      Annette Shaver?
208 5      A.    Yes.
208 6      Q.    And she worked in quality over
208 7      at Aearo?
208 8      A.    Yes.
208 9      Q.    And you were sent this memo,
208 10      B. Klun, right?
208 11      A.    That's what the document says.
208 12      Q.    And we talked about B. Myers.
208 13      That would be Brian Myers from marketing,
208 14      right?
208 15      A.    Yes.
208 16      Q.    How about S. Todor?  Is that
208 17      Steve Todor?
208 18      A.    Yes.
208 19      Q.    What was his role?
208 20      A.    Quality.

209:22 - 210:19   Klun

| | |
|---|---|
| 209 22 | Q.   All right.  And you'd expect |
| 209 23 | these memorandum from 1999 that were written |
| 209 24 | by people like Annette Shaver to you to |
| 209 25 | accurately reflect what was going on at the |
| 210 1 | time, right? |
| 210 2 | A.   I go with what the document |
| 210 3 | says. |
| 210 4 | Q.   I mean, you didn't have any |
| 210 5 | reason to believe that Annette Shaver would |
| 210 6 | have misrepresented what was happening at the |
| 210 7 | time, right? |
| 210 8 | A.   No, I agree with what the |
| 210 9 | document says. |
| 210 10 | Q.   Okay.  And so seeing this memo, |
| 210 11 | you can see that you were involved in early |
| 210 12 | meetings in May of 1999 regarding assembly |
| 210 13 | and avoiding any defects with the Combat Arms |
| 210 14 | assembly, right? |
| 210 15 | A.   It doesn't say anything about |
| 210 16 | meetings.  The document says, "technical and |
| 210 17 | manufacturing will address assembly to avoid |
| 210 18 | incorrect assembly, with the goal being zero |
| 210 19 | defects." |

211:19 - 211:25   Klun

| | |
|---|---|
| 211 19 | Q.   You recall -- you recall |
| 211 20 | learning that Aearo was going to get the |
| 211 21 | filters from the ISL in France? |
| 211 22 | A.   I do not recall that. |
| 211 23 | Q.   Did you learn that at some |
| 211 24 | point in time? |
| 211 25 | A.   No, I -- I don't recall that. |

**Re: [211:19-211:25]**
**Pltf Obj** improper counter per PTO 64

**SUSTAINED**

212:10 - 214:24   Klun

| | |
|---|---|
| 212 10 | MR. OVERHOLTZ:  It's a |
| 212 11 | different document.  I'm going to mark |
| 212 12 | BK-151 as Exhibit 21. |
| 212 13 | (Klun Exhibit 21 marked for |
| 212 14 | identification.) |
| 212 15 | QUESTIONS BY MR. OVERHOLTZ: |

212 16    Q.   And this is another meeting
212 17    memorandum from Annette Shaver from July 21,
212 18    1999.
212 19    Do you see that, Mr. Klun?
212 20    A.   Yes, I see that's what the
212 21    document says.
212 22    Q.   Right.  And it says that a
212 23    meeting was held on July 14th of 1999, right?
212 24    A.   That's what the document says.
212 25    Q.   And the attending were
213 1    K. Teeters, S. Todor, A. Shaver and yourself,
213 2    right?
213 3    A.   Yes.
213 4    Q.   Along with an --
213 5    A.   Plus a few others.
213 6    Q.   Right.  Along with a few
213 7    others, including Brian Myers from marketing,
213 8    right?
213 9    A.   Correct.
213 10    Q.   Okay.  And if you can look with
213 11    me at the -- further down in this document on
213 12    the next slide, there's a section called
213 13    Product Design, Preliminary.
213 14    And it says, "The diameter of
213 15    the filter versus the diameter of the stem
213 16    was discussed.  According to currently
213 17    available drawings, some filter could be too
213 18    large for the stem if the maximum tolerance
213 19    is allowed."
213 20    Do you see that?
213 21    A.   Yeah, I see what the document
213 22    says.
213 23    Q.   And so at this meeting that you
213 24    were at back in July of 1999, it was
213 25    discussed that the filter being too large for
214 1    the stem could mean the inability to assembly
214 2    {sic} or cracking the stem, right?
214 3    A.   That's what the document says,
214 4    "could mean," "could mean."

214 5     Q.    Do you know if the drawings
214 6     were ever changed or these tolerances were
214 7     ever changed to make sure that this didn't
214 8     happen?
214 9     A.    I do not know nor recall.
214 10    Q.    I mean, who would have been in
214 11    charge of these drawings back in 1999?
214 12    A.    The R&D department.
214 13    Q.    Would that have been Bob Falco
214 14    and Doty?
214 15    A.    Whoever was in Dick Knauer's
214 16    shop --
214 17    Q.    Okay.
214 18    A.    -- working on it.
214 19    Q.    And do you believe that Bob
214 20    Falco or Doty ever changed any of these
214 21    drawings that changed the tolerances for
214 22    these filters and these plastic stems so that
214 23    this stem cracking wouldn't be a problem?
214 24    A.    I do not know nor recall.

214:25 - 215:8   Klun
214 25    Q.    Okay.  Now, if we can go
215 1     forward in time -- this is still summer
215 2     of 1999.  By this point in time, by summer
215 3     of 1999, the Combat Arms project had become
215 4     very important for you; is that right?
215 5     A.    I have no -- I don't recall how
215 6     important or not important it was.
215 7     Q.    Well, let's look and see what
215 8     you wrote.

215:14 - 215:19   Klun
215 14    Q.    We'll mark as Exhibit Number 23
215 15    {sic}, and this is BK-152.  This is an e-mail
215 16    from July 23, 1999.
215 17    Do you see that?
215 18    A.    Yes, I see the e-mail on the
215 19    screen.

216:14 - 217:10   Klun
216 14    Q.    So two days after receiving

Klun                                                                        40

216 15    those meeting minutes, you write an e-mail to
216 16    Brian Myers over in marketing regarding the
216 17    Combat Arms review meeting, right?
216 18    A.    That's what this document says.
216 19    Q.    And you say, "Attached is an
216 20    agenda for our Combat Arms meeting on
216 21    July 30.  Please work hard to complete the
216 22    action items from our last meeting.  We need
216 23    to make progress toward project
216 24    implementation."
216 25    Right?
217 1    A.    That's what the document says.
217 2    Q.    And that's because you had
217 3    learned that this project, through these
217 4    design meeting minutes, was going to be
217 5    extremely profitable for Aearo, right?
217 6    A.    I don't agree with that.
217 7    Q.    And sales orders were already
217 8    coming in, right?
217 9    A.    I have no recall or knowledge
217 10    of that.

| 217:11 - 217:15   Klun | Re: [217:11-217:15] | SUSTAINED |
|---|---|---|
| 217 11    (Klun Exhibit 23 marked for | **Def Obj** Relevance (401, 402); | |
| 217 12    identification.) | Argumentative (611, 403) | |
| 217 13    QUESTIONS BY MR. OVERHOLTZ: | | |
| 217 14    Q.    All right.  Well, let's see | | |
| 217 15    what we can find out about that. | | |

218:5 - 218:10   Klun
218 5    Q.    If we go to page 6, you see
218 6    that there is a list of who the project
218 7    manager is, and that's Brian Myers from
218 8    marketing, right?
218 9    A.    Yes, that's what the document
218 10    says.  He's the project manager.

219:2 - 219:17   Klun
219 2    Q.    Bob Klun, right?
219 3    A.    In quality.
219 4    Q.    So you were in quality then,
219 5    right?

| | | |
|---|---|---|
| 219 6    A.   Correct. | | |
| 219 7    Q.   Okay.  So just so -- we can go | | |
| 219 8   up -- go back up to page -- the top of the | | |
| 219 9   page there, the slide before. | | |
| 219 10   The project we're talking about | | |
| 219 11   here is the Combat Arms plug, right? | | |
| 219 12   A.   That's what the document says. | | |
| 219 13   Q.   And under Description and | | |
| 219 14   Positioning, it said this was going to be a | | |
| 219 15   nonlinear plug sold to the military and as a | | |
| 219 16   shooter's plug, right? | | |
| 219 17   A.   That's what the document says. | | |
| 219:18 - 219:25   Klun | **Re: [219:18-219:25]** | **OVERRULED** |
| 219 18   Q.   And so you guys knew back in | **Def Obj** Misstates; Vague (611, 403); | |
| 219 19   July of '99 that you were going to sell this | Foundation (602); Prejudice (403); | |
| 219 20   both to the military and on the commercial | Relevance (401, 402) | |
| 219 21   shelves for people that could use on shooting | | |
| 219 22   ranges, right? | | |
| 219 23   MR. FIELDS:  Objection to form. | | |
| 219 24   THE WITNESS:  I personally | | |
| 219 25   don't recall. | | |
| 220:2 - 220:3   Klun | **Re: [220:2-220:3]** | **OVERRULED** |
| 220 2   Q.   You don't remember that? | **Pltf Obj** cumulative | |
| 220 3   A.   No. | | |
| 220:4 - 220:7   Klun | | |
| 220 4   Q.   But you'd expect the documents | | |
| 220 5   to be accurate that were being circulated | | |
| 220 6   among your team back in '99, right? | | |
| 220 7   A.   That's what the document says. | | |
| 221:15 - 221:22   Klun | | |
| 221 15   Q.   You were a VP at 3M and Aearo | | |
| 221 16   selling hearing protection, right? | | |
| 221 17   A.   That's correct.  Not in 1999, | | |
| 221 18   that's all.  I thought I was answering that | | |
| 221 19   question. | | |
| 221 20   Q.   Okay.  But later on you were, | | |
| 221 21   right? | | |
| 221 22   A.   That's correct. | | |
| 222:3 - 222:15   Klun | **Re: [222:3-222:15]** | **OVERRULED** |

| | | |
|---|---|---|
| 222 3 Q.   And forecast, that's what<br>222 4 you're predicting of how much money you're<br>222 5 going to make, right?<br>222 6 A.   That's what the document says.<br>222 7 Q.   So in year one, it looks like<br>222 8 you were hoping to sell 300 -- is that<br>222 9 million or thousand units?  300,000 units?<br>222 10 A.   I'm just reading what the<br>222 11 document said.<br>222 12 Q.   We can do the math, because if<br>222 13 you're selling 300,000 at $5 a piece, that'd<br>222 14 be 1.5 million, right?<br>222 15 A.   Yeah, that math adds up. | **Def Obj** 3M MIL No. 7 | |
| 222:16 - 222:23   Klun<br>222 16 Q.   Okay.  So you were going to<br>222 17 sell these things for $5 apiece, and then it<br>222 18 lists how much it actually cost you to make<br>222 19 them.<br>222 20 Do you see that?<br>222 21 MR. FIELDS:  Objection.  Form.<br>222 22 THE WITNESS:  That's what the<br>222 23 document says. | **Re: [222:16-222:23]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 222:24 - 222:24   Klun<br>222 24 QUESTIONS BY MR. OVERHOLTZ: | | |
| 222:25 - 223:2   Klun<br>222 25 Q.   And for average cost, it says<br>223 1 1.10, right?<br>223 2 A.   That's what the document says. | **Re: [222:25-223:2]**<br>**Def Obj** 3M MIL No. 7 | **OVERRULED** |
| 223:3 - 223:6   Klun<br>223 3 Q.   That's $3.90 profit on every<br>223 4 plug, right?<br>223 5 MR. FIELDS:  Objection.  Form.<br>223 6 THE WITNESS:  I don't know. | **Re: [223:3-223:6]**<br>**Def Obj** Foundation (602) | **SUSTAINED** |
| 223:8 - 223:13   Klun<br>223 8 Q.   You were forecasting in July<br>223 9 of '99 when you were having these design and<br>223 10 development meetings and you told Brian<br>223 11 Myers, hey, we need to get this project<br>223 12 going, that you were going to make $3.90 | | |

| | | |
|---|---|---|
| 223 13      profit per pair of plugs, right? | | |
| 223:15 - 223:18   Klun | | |
| 223 15      THE WITNESS:  Right.  I don't | | |
| 223 16      agree with what you said that I told | | |
| 223 17      Brian Myers.  The words you're using, | | |
| 223 18      I don't agree with that. | | |
| 223:20 - 224:6   Klun | | |
| 223 20      Q.    Yeah, let's just look -- just | | |
| 223 21      go back, just refresh ourselves what you | | |
| 223 22      said. | | |
| 223 23      You told Brian on slide 21 | | |
| 223 24      that, "Please" -- one more slide up, Zach. | | |
| 223 25      "Please work hard to complete | | |
| 224 1      the action items from our last meeting.  We | | |
| 224 2      need to make progress toward project | | |
| 224 3      implementation." | | |
| 224 4      That's what you told Brian, | | |
| 224 5      right? | | |
| 224 6      A.    Right. | | |
| 224:23 - 225:7   Klun | Re: [224:23-225:7] | **OVERRULED** |
| 224 23      Q.    And here this shows that the | **Def Obj** 3M MIL No. 7 | |
| 224 24       percent margin that you were forecasting for | | |
| 224 25       these Combat Arms Earplugs was 78 percent, | | |
| 225 1      right? | | |
| 225 2      A.    That's what the document says. | | |
| 225 3      Q.    And so in year one, you're | | |
| 225 4      forecasting 1.2 million in profits; year two, | | |
| 225 5      1.6 million in profits; and year three, 2 | | |
| 225 6      million in profits, right? | | |
| 225 7      A.    That's what the document says. | | |
| 227:2 - 227:5   Klun | Re: [227:2-227:5] | **SUSTAINED** |
| 227 2      Q.    But you told me earlier that | **Pltf Obj** improper counter per PTO 64 | |
| 227 3      part of the process is you got to do quality | | |
| 227 4      checks on these devices, right, before you | | |
| 227 5      sell them? | | |
| 227:7 - 227:9   Klun | Re: [227:7-227:9] | **SUSTAINED** |
| 227 7      THE WITNESS:  I'm focusing on | **Pltf Obj** improper counter per PTO 64 | |
| 227 8      specifying purchase tools.  That's not | | |
| 227 9      a quality function, purchasing tools. | | |

227:24 - 228:2   Klun
    227 24    And if you can look with me,
    227 25    this is Friday, July 30, 1999 meeting agenda.
    228 1    Do you see that?
    228 2    A.   Yes.

228:8 - 228:18   Klun
    228 8    Q.   All right.  And Topic Number 1,
    228 9    you were the facilitator of that topic,
    228 10    right?
    228 11    A.   Review agenda?  That's what
    228 12    the -- that's what -- review progress -- I
    228 13    reviewed the agenda.
    228 14    Q.   Yeah.
    228 15    And it says, "Review agenda,
    228 16    purpose/process/payoff."
    228 17    Right?
    228 18    A.   Right.

230:3 - 230:8   Klun
    230 3    (Klun Exhibit 24 marked for
    230 4    identification.)
    230 5    QUESTIONS BY MR. OVERHOLTZ:
    230 6    Q.   So we'll mark exhibit BK-153 as
    230 7    Exhibit 24.  It's an August 3, 1999
    230 8    memorandum to several people.

230:12 - 231:9   Klun
    230 12    Q.   Okay.  So at the top, you see
    230 13    that Annette Shaver in quality e-mails -- or
    230 14    sends this memo to yourself as well as
    230 15    several other people, including Brian Myers
    230 16    and Steve Todor and Dick Knauer, and the
    230 17    subject is the Combat Arms plugs.
    230 18    Do you see that?
    230 19    A.   Yes.
    230 20    Q.   And it says, "A design review
    230 21    meeting was held on July 30, 1999, to discuss
    230 22    the progress towards the manufacture and
    230 23    delivery of Combat Arms Earplugs," right?
    230 24    A.   Yes.
    230 25    Q.   And July 30th of '99, is the

231 1      date of the agenda that you had sent Brian
231 2      Myers that we looked at at the last exhibit,
231 3      right?
231 4      A.   Yes.
231 5      Q.   Okay.  So I want to turn over
231 6      to the second page, if we can, and there's a
231 7      section called Design Acceptance Criteria.
231 8      Do you see that?
231 9      A.   Yes.

231:10 - 234:14   Klun                              Re: [231:10-234:14]          OVERRULED
                                                    Def Obj 3M MIL No. 26
231 10     Q.   Okay.  And it says, "The test
231 11     to be utilized has been identified as an
231 12     acoustic resistance test."
231 13     Do you see that?
231 14     A.   Yes.
231 15     Q.   Acoustic resistance test.
231 16     That's talking about those ARC machines that
231 17     Mr. Pirtle showed you that memo that you sent
231 18     about Ron Kieper and Rob Zielinski going down
231 19     to Mexico to check on them.
231 20     Do you recall that?
231 21     A.   Yes.
231 22     Q.   Okay.  So the acoustic
231 23     resistance test was also known as the ARC
231 24     machine, right?
231 25     A.   Yes.
232 1      Q.   It says, "The equipment is
232 2      currently in the lab at E-A-R.  This
232 3      equipment will be used for the first order."
232 4      Right?
232 5      A.   Yes.
232 6      Q.   "New test equipment will cost
232 7      approximately $700."
232 8      Right?
232 9      A.   Yeah, that's what it says.
232 10     Q.   That's not very expensive for a
232 11     quality control test device, right?
232 12     MR. FIELDS:  Objection to form.
232 13     THE WITNESS:  I have no idea.

232 14  QUESTIONS BY MR. OVERHOLTZ:
232 15  Q.   I mean, you feel like Aearo
232 16  could afford that back then in '99 since we
232 17  saw you-all were projecting you guys were
232 18  going to make about $5 million in three years
232 19  in profits on the Combat Arms?
232 20  MR. FIELDS:  Objection to form.
232 21  THE WITNESS:  It says, the
232 22  "test equipment will cost $700."
232 23  QUESTIONS BY MR. OVERHOLTZ:
232 24  Q.   Right.
232 25  So back in '99 when you were in
233 1   quality, you think Aearo would have had no
233 2   problem affording however many new machines
233 3   they might need to make sure these earplugs
233 4   were assembled and manufactured to good
233 5   quality standards?
233 6   A.   Can you repeat -- rephrase the
233 7   question?
233 8   Q.   Sure.
233 9   You worked at Aearo back in
233 10  1999, right, and you're running this meeting,
233 11  right?
233 12  A.   Am I running it, or is Annette
233 13  running it?
233 14  Q.   Well, Annette sends the memo,
233 15  but you sent the agenda, and it said you were
233 16  going to facilitate going through the agenda.
233 17  Remember?
233 18  A.   All right.  Okay.  Yes.
233 19  Q.   Okay.  And so back then when
233 20  you were doing this and having these meetings
233 21  about the Combat Arms plugs, you think that
233 22  Aearo could have afforded $700 per test
233 23  equipment to buy however many new machines
233 24  they needed to make sure that these Combat
233 25  Arms plugs for the soldiers would be
234 1   manufactured and assembled to good quality
234 2   standards?

Klun                                                              47

| | | | |
|---|---|---|---|
| 234 3 | MR. FIELDS:  Objection.  Form. | | |
| 234 4 | THE WITNESS:  $700 for the | | |
| 234 5 | equipment. | | |
| 234 6 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 234 7 | Q.    So that's a yes? | | |
| 234 8 | A.    I would assume, yes. | | |
| 234 9 | Q.    Okay.  Action items. | | |
| 234 10 | "R. Knauer," Dick Knauer, "will get | | |
| 234 11 | information about where to obtain the test | | |
| 234 12 | equipment to J. Jurney by this afternoon." | | |
| 234 13 | Do you see that? | | |
| 234 14 | A.    Yes. | | |
| 232:10 - 232:13   Klun | | **Re: [232:10-232:13]** | **SUSTAINED** |
| 232 10 | Q.    That's not very expensive for a | **Def Obj** Foundation (602); Vague (611, | |
| 232 11 | quality control test device, right? | 403) | |
| 232 12 | MR. FIELDS:  Objection to form. | | |
| 232 13 | THE WITNESS:  I have no idea. | | |
| 232:13 - 232:22   Klun | | **Re: [232:13-232:22]** | **SUSTAINED** |
| 232 13 | THE WITNESS:  I have no idea. | **Def Obj** Vague (611, 403); Foundation | |
| 232 14 | QUESTIONS BY MR. OVERHOLTZ: | (602) | |
| 232 15 | Q.    I mean, you feel like Aearo | | |
| 232 16 | could afford that back then in '99 since we | | |
| 232 17 | saw you-all were projecting you guys were | | |
| 232 18 | going to make about $5 million in three years | | |
| 232 19 | in profits on the Combat Arms? | | |
| 232 20 | MR. FIELDS:  Objection to form. | | |
| 232 21 | THE WITNESS:  It says, the | | |
| 232 22 | "test equipment will cost $700." | | |
| 232:15 - 232:22   Klun | | **Re: [232:15-232:22]** | **SUSTAINED** |
| 232 15 | Q.    I mean, you feel like Aearo | **Def Obj** 3M MIL No. 7; 3M MIL No. 26 | |
| 232 16 | could afford that back then in '99 since we | | |
| 232 17 | saw you-all were projecting you guys were | | |
| 232 18 | going to make about $5 million in three years | | |
| 232 19 | in profits on the Combat Arms? | | |
| 232 20 | MR. FIELDS:  Objection to form. | | |
| 232 21 | THE WITNESS:  It says, the | | |
| 232 22 | "test equipment will cost $700." | | |
| 233:19 - 234:5   Klun | | **Re: [233:19-234:5]** | **SUSTAINED** |
| 233 19 | Q.    Okay.  And so back then when | **Def Obj** Vague; Compound (611, 403) | |

| | | | |
|---|---|---|---|
| 233 20 | you were doing this and having these meetings | | |
| 233 21 | about the Combat Arms plugs, you think that | | |
| 233 22 | Aearo could have afforded $700 per test | | |
| 233 23 | equipment to buy however many new machines | | |
| 233 24 | they needed to make sure that these Combat | | |
| 233 25 | Arms plugs for the soldiers would be | | |
| 234 1 | manufactured and assembled to good quality | | |
| 234 2 | standards? | | |
| 234 3 | MR. FIELDS:  Objection.  Form. | | |
| 234 4 | THE WITNESS:  $700 for the | | |
| 234 5 | equipment. | | |
| 235:1 - 236:14   Klun | | Re: [235:1-236:14] | OVERRULED |
| | | Def Obj 3M MIL No. 26 | |
| 235 1 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 235 2 | Q.    All right.  And these quality | | |
| 235 3 | assurance test machines, they were important, | | |
| 235 4 | right? | | |
| 235 5 | A.    It was part of the test | | |
| 235 6 | equipment. | | |
| 235 7 | Q.    These ARC boxes, they were | | |
| 235 8 | important test equipment for the company that | | |
| 235 9 | was going to assemble and make these plugs, | | |
| 235 10 | right? | | |
| 235 11 | A.    Test equipment is important. | | |
| 235 12 | Q.    Okay.  And because one of the | | |
| 235 13 | things -- Zach, if we can bring up slide 28. | | |
| 235 14 | And again, Mr. Klun, this is a | | |
| 235 15 | slide that I made.  Okay?  It's going to be | | |
| 235 16 | up on your screen. | | |
| 235 17 | One of the things that you knew | | |
| 235 18 | is that without proper calibration and | | |
| 235 19 | working ARC boxes, Aearo cannot confirm that | | |
| 235 20 | the Combat Arms version 2 meets quality | | |
| 235 21 | standards, right? | | |
| 235 22 | A.    This is a slide you created? | | |
| 235 23 | Q.    It is.  And I'm asking:  Is | | |
| 235 24 | that something you knew? | | |
| 235 25 | A.    I would say that's more | | |
| 236 1 | specific. | | |
| 236 2 | Q.    Okay.  But do you agree that if | | |

| | | |
|---|---|---|
| 236 3 | these ARC boxes weren't working or weren't | |
| 236 4 | calibrated, then Aearo can't confirm that the | |
| 236 5 | Combat Arms version 2s met quality standards? | |
| 236 6 | Right? | |
| 236 7 | MR. FIELDS:  Object to form. | |
| 236 8 | THE WITNESS:  I'll agree. | |
| 236 9 | QUESTIONS BY MR. OVERHOLTZ: | |
| 236 10 | Q.   Okay.  And that's why -- and | |
| 236 11 | Mr. Pirtle showed you this.  I think it was | |
| 236 12 | exhibit -- was it Exhibit 17, your e-mail | |
| 236 13 | from November 19th of 2004, to Ron Kieper | |
| 236 14 | regarding Bob and Ron traveling down to TJR? | |

| 236:2 - 236:8   Klun | **Re: [236:2-236:8]** | **OVERRULED** |
|---|---|---|
| 236 2 | Q.   Okay.  But do you agree that if | **Def Obj** Vague (611, 403); Foundation |
| 236 3 | these ARC boxes weren't working or weren't | (602); 702 |
| 236 4 | calibrated, then Aearo can't confirm that the | |
| 236 5 | Combat Arms version 2s met quality standards? | |
| 236 6 | Right? | |
| 236 7 | MR. FIELDS:  Object to form. | |
| 236 8 | THE WITNESS:  I'll agree. | |

| 236:18 - 240:9   Klun | **Re: [236:18-240:9]** | **OVERRULED** |
|---|---|---|
| 236 18 | QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26 |
| 236 19 | Q.   You send that memo, along with | |
| 236 20 | the plans for Bob and Ron to go down to TJR | |
| 236 21 | in Mexico to check on these ARC machines in | |
| 236 22 | 2004, right? | |
| 236 23 | A.   Yes. | |
| 236 24 | Q.   And because -- if we go to | |
| 236 25 | slide 31, Zach. | |
| 237 1 | You, in that memo that you | |
| 237 2 | sent, the quality problems that TJR said | |
| 237 3 | that -- that under the test equipment, the | |
| 237 4 | machines were due for calibration in May | |
| 237 5 | of '03, as stipulated in the specified | |
| 237 6 | operating procedure, but even a year later | |
| 237 7 | were not calibrated. | |
| 237 8 | That's a problem, right? | |
| 237 9 | A.   At TJR, not calibrated. | |
| 237 10 | Q.   Right. | |

237 11   They weren't calibrated at TJR,
237 12   and that was a quality problem, right?
237 13   A.    So equipment -- test equipment
237 14   and calibration issue.
237 15   Q.    Okay.  And Mr. Pirtle asked you
237 16   about the waiver that had been operated under
237 17   for six months to address backorder issues
237 18   under number 2.
237 19   Do you recall those questions?
237 20   A.    Yes.
237 21   Q.    And number 3, because of the
237 22   equipment measurement problems with those ARC
237 23   machines, TJR continues to operate with a
237 24   quality waiver.
237 25   Do you remember Mr. Pirtle
238 1    asking you about that?
238 2    A.    Yes.
238 3    Q.    Those waivers, you approved
238 4    those waivers, right?
238 5    MR. FIELDS:  Objection to form.
238 6    THE WITNESS:  A team approves a
238 7    waiver of various functions.
238 8    QUESTIONS BY MR. OVERHOLTZ:
238 9    Q.    Okay.  And those waivers would
238 10   have been approved under your direction,
238 11   right?
238 12   MR. FIELDS:  Objection to form.
238 13   THE WITNESS:  I approve for
238 14   quality.
238 15   QUESTIONS BY MR. OVERHOLTZ:
238 16   Q.    Okay.  So if we can go now to
238 17   slide 35, I want to see what was happening
238 18   regarding these ARC machines back in the
238 19   summer of '99, five years before you sent
238 20   that memo about the problems down in Mexico.
238 21   Okay?
238 22   MR. FIELDS:  Objection to form.
238 23   (Klun Exhibit 25 marked for
238 24   identification.)

Klun                                                                                      51

| | | |
|---|---|---|
| 238 25 | | |
| 239 1 | QUESTIONS BY MR. OVERHOLTZ: | |
| 239 2 | Q.    So I'm going to mark as | |
| 239 3 | Exhibit 25, P6023.  This is a memo from Ron | |
| 239 4 | Kieper to Dick Knauer from June 1st of 1999. | |
| 239 5 | And let me know when you can | |
| 239 6 | see that, Mr. Klun. | |
| 239 7 | A.    Yes, I see. | |
| 239 8 | Q.    Okay.  And so in June 1st of | |
| 239 9 | '99, Ron Kieper tells Dick Knauer regarding | |
| 239 10 | acoustics measures on the Combat Arms plugs | |
| 239 11 | that "20 Combat Arms plugs were given to me | |
| 239 12 | so their acoustic resistance could be | |
| 239 13 | checked." | |
| 239 14 | Do you see that? | |
| 239 15 | A.    Yes. | |
| 239 16 | Q.    And he goes on, "After setting | |
| 239 17 | up the Etymotic Research acoustic resistance | |
| 239 18 | measuring module, ARMM, per its instructions, | |
| 239 19 | each of the 20 plugs were measured," and he | |
| 239 20 | gives the measurement values. | |
| 239 21 | Do you see that? | |
| 239 22 | A.    Yes. | |
| 239 23 | (Klun Exhibit 26 marked for | |
| 239 24 | identification.) | |
| 239 25 | | |
| 240 1 | QUESTIONS BY MR. OVERHOLTZ: | |
| 240 2 | Q.    And then if we can go to the | |
| 240 3 | next exhibit, the next slide, Zach, this is | |
| 240 4 | Exhibit Number 26.  This is P1138. | |
| 240 5 | This is a monthly report from | |
| 240 6 | Elliott Berger to Brian Myers on July 1st of | |
| 240 7 | 1999. | |
| 240 8 | Do you see that? | |
| 240 9 | A.    Yes. | |
| 237:15 - 238:2 | Klun | Re: [237:15-238:2] | OVERRULED |
| 237 15 | Q.    Okay.  And Mr. Pirtle asked you | Def Obj Cumulative (403) | |
| 237 16 | about the waiver that had been operated under | |
| 237 17 | for six months to address backorder issues | |

| | | |
|---|---|---|
| 237 18    under number 2. | | |
| 237 19    Do you recall those questions? | | |
| 237 20    A.    Yes. | | |
| 237 21    Q.    And number 3, because of the | | |
| 237 22    equipment measurement problems with those ARC | | |
| 237 23    machines, TJR continues to operate with a | | |
| 237 24    quality waiver. | | |
| 237 25    Do you remember Mr. Pirtle | | |
| 238 1    asking you about that? | | |
| 238 2    A.    Yes. | | |
| 238:3 - 238:7    Klun | **Re: [238:3-238:7]** | **OVERRULED** |
| 238 3    Q.    Those waivers, you approved | **Def Obj** Vague; Misstates (611, 403) | |
| 238 4    those waivers, right? | | |
| 238 5    MR. FIELDS:  Objection to form. | | |
| 238 6    THE WITNESS:  A team approves a | | |
| 238 7    waiver of various functions. | | |
| 238:9 - 238:14    Klun | **Re: [238:9-238:14]** | **OVERRULED** |
| 238 9    Q.    Okay.  And those waivers would | **Def Obj** Vague; Misstates (611, 403) | |
| 238 10    have been approved under your direction, | | |
| 238 11    right? | | |
| 238 12    MR. FIELDS:  Objection to form. | | |
| 238 13    THE WITNESS:  I approve for | | |
| 238 14    quality. | | |
| 238:16 - 238:24    Klun | **Re: [238:16-238:24]** | **OVERRULED** |
| 238 16    Q.    Okay.  So if we can go now to | **Def Obj** Relevance (401, 402) | |
| 238 17    slide 35, I want to see what was happening | | |
| 238 18    regarding these ARC machines back in the | | |
| 238 19    summer of '99, five years before you sent | | |
| 238 20    that memo about the problems down in Mexico. | | |
| 238 21    Okay? | | |
| 238 22    MR. FIELDS:  Objection to form. | | |
| 238 23    (Klun Exhibit 25 marked for | | |
| 238 24    identification.) | | |
| 240:10 - 240:18    Klun | **Re: [240:10-240:18]** | **SUSTAINED** |
| 240 10    MR. FIELDS:  This is a slide | **Pltf Obj** attorney colloquy; 403 | |
| 240 11    that contains a representation of the | | |
| 240 12    document, right? | | |
| 240 13    MR. OVERHOLTZ:  We've blown up | | |
| 240 14    part of the document, part of Exhibit | | |

| | | |
|---|---|---|
| 240 15    Number 26. | | |
| 240 16    MR. FIELDS:  Right.  But that | | |
| 240 17    heading is not from the document, so | | |
| 240 18    I'm just being clear. | | |
| 240:19 - 240:24    Klun | **Re: [240:19-240:24]** | **SUSTAINED** |
| 240 19    MR. OVERHOLTZ:  That heading | **Pltf Obj** attorney colloquy; 403 | |
| 240 20    there, July 1, '99, Berger reports to | | |
| 240 21    marketing about ARC testing -- | | |
| 240 22    MR. FIELDS:  Yeah. | | |
| 240 23    MR. OVERHOLTZ:  -- that's my | | |
| 240 24    heading. | | |
| 241:2 - 241:2    Klun | | |
| 241 2    QUESTIONS BY MR. OVERHOLTZ: | | |
| 241:3 - 241:13    Klun | **Re: [241:3-241:13]** | **OVERRULED** |
| 241 3    Q.    But there's a section on the | **Def Obj** 3M MIL No. 26 | |
| 241 4    bottom of the document called Product | | |
| 241 5    Development, and there's a sentence that | | |
| 241 6    begins, "Per REK's request." | | |
| 241 7    Do you see that? | | |
| 241 8    A.    Yes. | | |
| 241 9    Q.    And it says, "Per REK's | | |
| 241 10    request" -- | | |
| 241 11    REK, did you know that to be | | |
| 241 12    Dick Knauer? | | |
| 241 13    A.    Yes. | | |
| 241:14 - 241:22    Klun | **Re: [241:14-241:22]** | **OVERRULED** |
| 241 14    Q.    -- "a memo was written to | **Def Obj** 3M MIL No. 26 | |
| 241 15    document the acoustic resistance measurements | | |
| 241 16    made on 20 Combat Arms plugs in April 1999. | | |
| 241 17    Five production plugs were measured this | | |
| 241 18    month.  The acceptable" -- "the, quote, | | |
| 241 19    'acceptable' range of values was set from the | | |
| 241 20    results of the measurements." | | |
| 241 21    Do you see that? | | |
| 241 22    A.    Yes. | | |
| 241:23 - 242:4    Klun | **Re: [241:23-242:4]** | **OVERRULED** |
| 241 23    Q.    And those -- having an | **Def Obj** Foundation (602); 702; Vague | |
| 241 24    acceptable range of values was important to | (611, 403) | |
| 241 25    make sure those plugs fell within those | | |

Klun                                                                                                                   54

| | | |
|---|---|---|
| 242 1      acceptable ranges, correct? | | |
| 242 2      MR. FIELDS:  Object to form. | | |
| 242 3      THE WITNESS:  That's what Ron | | |
| 242 4      Kieper wrote. | | |
| 242:5 - 242:11   Klun | | |
| 242 5      QUESTIONS BY MR. OVERHOLTZ: | | |
| 242 6      Q.    That was Kieper's role, to | | |
| 242 7      figure out those acceptable values to make | | |
| 242 8      sure the plugs that were being manufactured | | |
| 242 9      and assembly {sic} would fall within the | | |
| 242 10     acceptable range, right? | | |
| 242 11     A.    Yes. | | |
| 243:11 - 244:10   Klun | Re: [243:11-244:10] | OVERRULED |
| 243 11     (Klun Exhibit 27 marked for | Def Obj 3M MIL No. 26 | |
| 243 12     identification.) | | |
| 243 13     QUESTIONS BY MR. OVERHOLTZ: | | |
| 243 14     Q.    Okay.  And so if we can go to | | |
| 243 15     the next slide, we'll mark this as Exhibit | | |
| 243 16     Number 27 then, which is RZ-5050A.  This is | | |
| 243 17     just a picture of an ARC box. | | |
| 243 18     Have you ever seen one of these | | |
| 243 19     before? | | |
| 243 20     A.    No. | | |
| 243 21     Q.    So you had never seen one of | | |
| 243 22     these ARC boxes whenever you sent Ron Kieper | | |
| 243 23     and Rob Zielinski down to Mexico to see what | | |
| 243 24     was going on, right? | | |
| 243 25     A.    That's correct. | | |
| 244 1      Q.    Okay.  And you see that little | | |
| 244 2      plug sitting on top of the ARC machine there? | | |
| 244 3      Is that a Combat Arms version 2 dual-ended | | |
| 244 4      plug? | | |
| 244 5      A.    It appears to be. | | |
| 244 6      Q.    And you see on the top of that | | |
| 244 7      machine it says "ARC number 4," and then | | |
| 244 8      there's an upper and lower limit. | | |
| 244 9      Do you see that? | | |
| 244 10     A.    Yes. | | |
| 245:13 - 245:21   Klun | Re: [245:13-245:21] | SUSTAINED |

| | | |
|---|---|---|
| 245 13    Q.    And it was your understanding, | **Def Obj** Foundation (602); 702; | |
| 245 14    Mr. Klun, that when you checked the plug, you | Compound (611, 403) | |
| 245 15    checked it by sticking the Combat Arms on top | | |
| 245 16    of the ARC machine like that, and it was | | |
| 245 17    supposed to fall within the range, right? | | |
| 245 18    MR. FIELDS:  Objection to form. | | |
| 245 19    THE WITNESS:  I don't recall. | | |
| 245 20    I never saw or did -- saw an ARC | | |
| 245 21    machine, nor did a test. | | |
| 245:13 - 249:3    Klun | **Re: [245:13-249:3]** | **SUSTAINED** |
| 245 13    Q.    And it was your understanding, | **Def Obj** 3M MIL No. 26 | |
| 245 14    Mr. Klun, that when you checked the plug, you | | |
| 245 15    checked it by sticking the Combat Arms on top | | |
| 245 16    of the ARC machine like that, and it was | | |
| 245 17    supposed to fall within the range, right? | | |
| 245 18    MR. FIELDS:  Objection to form. | | |
| 245 19    THE WITNESS:  I don't recall. | | |
| 245 20    I never saw or did -- saw an ARC | | |
| 245 21    machine, nor did a test. | | |
| 245 22    QUESTIONS BY MR. OVERHOLTZ: | | |
| 245 23    Q.    Okay.  So if we can look -- if | | |
| 245 24    we can move forward to slide 42, Zach. | | |
| 245 25    What we now know is that by the | | |
| 246 1    summer of 1999, Aearo had decided that the | | |
| 246 2    quality assurance testing that would be done | | |
| 246 3    on the Combat Arms version 2 plug would be | | |
| 246 4    this acoustic resistance checker, right? | | |
| 246 5    A.    So can you rephrase or repeat? | | |
| 246 6    Q.    Sure. | | |
| 246 7    A.    Is this a question? | | |
| 246 8    Q.    Yeah. | | |
| 246 9    By the summer of '99 -- you can | | |
| 246 10    see I added under Quality Assurance Testing, | | |
| 246 11    "acoustic resistance checker" there in | | |
| 246 12    yellow.  And I'm just asking you:  By summer | | |
| 246 13    of '99, you guys had decided that these | | |
| 246 14    acoustic resistance checkers, that was going | | |
| 246 15    to be how you tested quality control, quality | | |
| 246 16    assurance testing, right? | | |

246 17    A.    I don't recall the entire test
246 18    program.
246 19    Q.    That was certainly what we read
246 20    in those memos from the summer of '99, right?
246 21    A.    I'd have to see the memo again.
246 22    This is your slide.  It says --
246 23    Q.    It is.
246 24    A.    And what I thought I heard you
246 25    say is that this is -- is this the only test?
247 1    Is that what you said?
247 2    Q.    The acoustic resistance checker
247 3    was a quality control test that was being
247 4    done on the Combat Arms Earplug.
247 5    A.    I agree.  I agree.
247 6    (Klun Exhibit 28 marked for
247 7    identification.)
247 8    QUESTIONS BY MR. OVERHOLTZ:
247 9    Q.    Okay.  I may have asked the
247 10    question bad.  I'm sorry.
247 11    So we're looking at an
247 12    August 3rd memo.  If we can go to slide 48.
247 13    This would be Exhibit Number 28.  It's
247 14    BK-154.
247 15    This is an August 16, 1999
247 16    Combat Arms plug memorandum from Annette
247 17    Shaver.
247 18    Do you see that?
247 19    A.    Yes.
247 20    Q.    And so by August of '99, this
247 21    says that "a design review meeting was held
247 22    on August 9, '99, to discuss progress toward
247 23    the manufacture and the delivery of the
247 24    Combat Arms Earplugs.  Attending were Bob
247 25    Klun, Dick Knauer, A. Aufmann, R. Bomke and
248 1    J. Jurney."
248 2    Right?
248 3    A.    Yes.
248 4    Q.    And there was no changes to the
248 5    design at this time, right?

Klun                                                          57

| | | |
|---|---|---|
| 248 6   A.   That's what -- what the | | |
| 248 7   document says. | | |
| 248 8   Q.   Now, do you remember by this | | |
| 248 9   time you guys had already started having a | | |
| 248 10   problem with those ARC quality control | | |
| 248 11   machines? | | |
| 248 12   MR. FIELDS:  Objection.  Form. | | |
| 248 13   THE WITNESS:  I do not recall. | | |
| 248 14   QUESTIONS BY MR. OVERHOLTZ: | | |
| 248 15   Q.   Let's turn over to page 3 of | | |
| 248 16   this exhibit, which is on the next slide, the | | |
| 248 17   section under Design Acceptance Criteria. | | |
| 248 18   Do you see that? | | |
| 248 19   A.   Yes. | | |
| 248 20   Q.   It says, "Apparently one test | | |
| 248 21   unit is in need of repair by the supplier." | | |
| 248 22   Do you see that? | | |
| 248 23   A.   Yes. | | |
| 248 24   Q.   Okay.  So you don't remember | | |
| 248 25   there being just one problem or another with | | |
| 249 1   these ARC machines back in the early design | | |
| 249 2   phase of these earplugs and development? | | |
| 249 3   A.   I don't recall. | | |
| 248:8 - 248:13   Klun | Re: [248:8-248:13] | SUSTAINED |
| 248 8   Q.   Now, do you remember by this | Def Obj Foundation (602); Vague (611, | |
| 248 9   time you guys had already started having a | 403) | |
| 248 10   problem with those ARC quality control | | |
| 248 11   machines? | | |
| 248 12   MR. FIELDS:  Objection.  Form. | | |
| 248 13   THE WITNESS:  I do not recall. | | |
| 248:24 - 249:5   Klun | Re: [248:24-249:5] | SUSTAINED |
| 248 24   Q.   Okay.  So you don't remember | Def Obj Foundation (602); Vague (611, | |
| 248 25   there being just one problem or another with | 403) | |
| 249 1   these ARC machines back in the early design | | |
| 249 2   phase of these earplugs and development? | | |
| 249 3   A.   I don't recall. | | |
| 249 4   MR. FIELDS:  Sorry.  Objection. | | |
| 249 5   Form. | | |
| 249:7 - 249:11   Klun | | |

| | | |
|---|---|---|
| 249 7      Q.   All right.  Now, you recall you | | |
| 249 8      and I talked about those Kaizen circles. | | |
| 249 9      Do you remember that?  Plan, | | |
| 249 10     do, check and act? | | |
| 249 11     A.   Yes. | | |
| 249:12 - 250:16   Klun | **Re: [249:12-250:16]** | **SUSTAINED** |
| 249 12     Q.   I mean, when you have a problem | **Def Obj** Foundation (602); | |
| 249 13     and you're operating under those plan, do, | Argumentative; Compound; Vague (611, | |
| 249 14     check and act, when you figure out the | 403) | |
| 249 15     problem, is one of the things you're supposed | | |
| 249 16     to do is write a secret report and stick it | | |
| 249 17     in your files and keep it there so nobody | | |
| 249 18     knows about it? | | |
| 249 19     MR. FIELDS:  Objection to form. | | |
| 249 20     Argumentative. | | |
| 249 21     THE WITNESS:  Can you rephrase | | |
| 249 22     that question? | | |
| 249 23     QUESTIONS BY MR. OVERHOLTZ: | | |
| 249 24     Q.   Sure. | | |
| 249 25     I mean, part of the plan, do, | | |
| 250 1      check and act management strategy that you | | |
| 250 2      guys applied to quality wouldn't include | | |
| 250 3      writing secret reports and keeping them in | | |
| 250 4      your files, not sharing them with anyone | | |
| 250 5      about the problems you had found with the | | |
| 250 6      products, right? | | |
| 250 7      MR. FIELDS:  Objection to form. | | |
| 250 8      THE WITNESS:  I'm having a | | |
| 250 9      hard -- did you say would or would | | |
| 250 10     not? | | |
| 250 11     QUESTIONS BY MR. OVERHOLTZ: | | |
| 250 12     Q.   That's something you would not | | |
| 250 13     do, right? | | |
| 250 14     MR. FIELDS:  Same objection. | | |
| 250 15     THE WITNESS:  That's correct. | | |
| 250 16     We wouldn't do that. | | |
| 250:17 - 250:23   Klun | | |
| 250 17     QUESTIONS BY MR. OVERHOLTZ: | | |
| 250 18     Q.   That's not part of those Kaizen | | |

| | | |
|---|---|---|
| 250 19    principles to help improve the process of<br>250 20    quality control for your products, right?<br>250 21    A.   Kaizen is more than that.  It's<br>250 22    a process.  Kaizen was bigger than what<br>250 23    you're talking about. | | |
| 250:24 - 251:2   Klun<br>250 24    Q.   Well, it didn't include writing<br>250 25    secret reports, did it?<br>251 1    MR. FIELDS:  Objection to form.<br>251 2    THE WITNESS:  No, it did not. | Re: [250:24-251:2]<br>Def Obj Argumentative; Vague (611, 403) | SUSTAINED |
| 251:3 - 251:12   Klun<br>251 3    QUESTIONS BY MR. OVERHOLTZ:<br>251 4    Q.   Like that flange report that<br>251 5    Mr. Pirtle showed you?<br>251 6    MR. FIELDS:  Objection.  Form.<br>251 7    QUESTIONS BY MR. OVERHOLTZ:<br>251 8    Q.   That's not what you'd expect,<br>251 9    right?<br>251 10    MR. FIELDS:  Object to form.<br>251 11    THE WITNESS:  We would not do<br>251 12    anything like that. | Re: [251:3-251:12]<br>Def Obj Foundation (602);<br>Argumentative; Vague (611, 403) | SUSTAINED |
| 251:13 - 254:20   Klun<br>251 13    (Klun Exhibit 29 marked for<br>251 14    identification.)<br>251 15    QUESTIONS BY MR. OVERHOLTZ:<br>251 16    Q.   All right.  Let's look at, if<br>251 17    we can -- if we can pull up as exhibit -- is<br>251 18    it 29 now?  29, RZ-014, Zach.<br>251 19    You see this report at the<br>251 20    front page, it says, it says,<br>251 21    "Development of a procedure to set up and<br>251 22    utilize the Etymotic Research acoustic<br>251 23    resistance checker, ER-ARC, and determining<br>251 24    the QC acceptance range for the Combat Arms<br>251 25    plug."<br>252 1    Do you see that?<br>252 2    A.   Yes.<br>252 3    Q.   And the authors listed there<br>252 4    are Ron Kieper and Elliott Berger, right? | Re: [251:13-254:20]<br>Def Obj Foundation (602); 3M MIL No. 26 | OVERRULED |

252 5    A.   Yes.
252 6    Q.   Okay.  And the report's got a
252 7    date of February of 2000.
252 8    Do you see that?
252 9    A.   Yes.
252 10   Q.   Do you remember ever seeing
252 11   this report?
252 12   A.   No, I do not recall.
252 13   Q.   Okay.  So if you can look with
252 14   me on page 4, there's a section called
252 15   "Determining the Combat Arms Plugs Acceptance
252 16   Range."
252 17   Do you see that?
252 18   A.   Yes.
252 19   Q.   And this describes the filter
252 20   that was used in the plug, and then there's a
252 21   chart of measurements made on either the
252 22   European nonlinear plug or the Combat Arms
252 23   plug and the range that was found in the
252 24   measurements.
252 25   Do you see that chart?
253 1    A.   Yes, I see the chart in the
253 2    document.
253 3    Q.   All right.  And it says at the
253 4    bottom of that paragraph, "Based on these
253 5    measurements, the acceptable range for the
253 6    Combat Arms plug was 4.5 to 6.5 millivolts
253 7    measured on ARC number 1."
253 8    Do you see that?
253 9    A.   That's what the document says.
253 10   I'm not a subject matter expert.  That's what
253 11   the document says.
253 12   Q.   Okay.  You would have relied in
253 13   your role in quality on Mr. Kieper's
253 14   expertise on this, right?
253 15   A.   Correct.
253 16   Q.   But you don't know whether he
253 17   ever showed you that memo, right?
253 18   A.   I don't recall.

| | | |
|---|---|---|
| 253 19   Q.    So if we can look over -- I | | |
| 253 20    want to go back to page 2.  You see that it | | |
| 253 21    says -- there's a second paragraph, and it | | |
| 253 22    says, "The initial attempt by the first | | |
| 253 23    author," that was Mr. Kieper, "to devise a | | |
| 253 24    setup procedure which would yield similar | | |
| 253 25    measured values from all four units failed." | | |
| 254 1    Do you see that? | | |
| 254 2    A.    Yes. | | |
| 254 3    Q.    He goes on a little bit further | | |
| 254 4    down, "Both setup procedures produced | | |
| 254 5    disparate values from the four ARCs." | | |
| 254 6    Do you see that? | | |
| 254 7    A.    Yes. | | |
| 254 8    Q.    And then if we look at the next | | |
| 254 9    paragraph it says, "The data obtained on the | | |
| 254 10    four ARCs, three reference plugs and units | | |
| 254 11    number 1 and 2, were sent to Andy Haapapuro | | |
| 254 12    of Etymotic Research, the technician who | | |
| 254 13    built units number 2 and number 3." | | |
| 254 14    Do you see that? | | |
| 254 15    A.    Yes. | | |
| 254 16    Q.    Etymotic, is that the company | | |
| 254 17    you bought the ARC machines from to test | | |
| 254 18    these earplugs? | | |
| 254 19    MR. FIELDS:  Objection. | | |
| 254 20    THE WITNESS:  I don't recall. | | |
| 254:3 - 254:20   Klun | Re: [254:3-254:20] | OVERRULED |
| 254 3    Q.    He goes on a little bit further | Def Obj Foundation (602) | |
| 254 4    down, "Both setup procedures produced | | |
| 254 5    disparate values from the four ARCs." | | |
| 254 6    Do you see that? | | |
| 254 7    A.    Yes. | | |
| 254 8    Q.    And then if we look at the next | | |
| 254 9    paragraph it says, "The data obtained on the | | |
| 254 10    four ARCs, three reference plugs and units | | |
| 254 11    number 1 and 2, were sent to Andy Haapapuro | | |
| 254 12    of Etymotic Research, the technician who | | |
| 254 13    built units number 2 and number 3." | | |

| | | |
|---|---|---|
| 254 14     Do you see that? | | |
| 254 15     A.   Yes. | | |
| 254 16     Q.   Etymotic, is that the company | | |
| 254 17     you bought the ARC machines from to test | | |
| 254 18     these earplugs? | | |
| 254 19     MR. FIELDS:  Objection. | | |
| 254 20     THE WITNESS:  I don't recall. | | |
| 255:17 - 255:17   Klun | | |
| 255 17     QUESTIONS BY MR. OVERHOLTZ: | | |
| 255:18 - 256:20   Klun | Re: [255:18-256:20]<br>Def Obj 3M MIL No. 26 | OVERRULED |
| 255 18     Q.   Okay.  So this is a technical | | |
| 255 19     report, and it says, "Comparison of ER," | | |
| 255 20     which is Etymotic Research, "and E-A-R, | | |
| 255 21     Aearo, Z boxes, November 15, '99." | | |
| 255 22     Do you see that? | | |
| 255 23     A.   Yes. | | |
| 255 24     Q.   And this was from Andrew | | |
| 255 25     Haapapuro, right? | | |
| 256 1     A.   That's what it says. | | |
| 256 2     Q.   And it said, "Based on test | | |
| 256 3     results that I have collected on the two | | |
| 256 4     Aearo Z boxes and one of ER's boxes, I have | | |
| 256 5     concluded the large difference between boxes | | |
| 256 6     at Aearo is that they have no means to | | |
| 256 7     properly calibrate the boxes." | | |
| 256 8     Do you see that? | | |
| 256 9     A.   Yes. | | |
| 256 10     Q.   "Particularly, sharing cal | | |
| 256 11     cavity information between different boxes | | |
| 256 12     invites large errors and is likely to be the | | |
| 256 13     source of the problem." | | |
| 256 14     Do you see that? | | |
| 256 15     A.   Yes. | | |
| 256 16     Q.   "I've demonstrated that the | | |
| 256 17     three boxes properly calibrated will | | |
| 256 18     correlate quite nicely." | | |
| 256 19     Right? | | |
| 256 20     A.   That's what the document says. | | |
| 255:18 - 258:17   Klun | Re: [255:18-258:17] | OVERRULED |

| | |
|---|---|
| 255 18    Q.   Okay.  So this is a technical | **Def Obj** Foundation (602); Hearsay |
| 255 19    report, and it says, "Comparison of ER," | (801, 802) |
| 255 20    which is Etymotic Research, "and E-A-R, | |
| 255 21    Aearo, Z boxes, November 15, '99." | |
| 255 22    Do you see that? | |
| 255 23    A.   Yes. | |
| 255 24    Q.   And this was from Andrew | |
| 255 25    Haapapuro, right? | |

Q.    Okay.  So this is a technical
report, and it says, "Comparison of ER,"
which is Etymotic Research, "and E-A-R,
Aearo, Z boxes, November 15, '99."
Do you see that?
A.    Yes.
Q.    And this was from Andrew
Haapapuro, right?
A.    That's what it says.
Q.    And it said, "Based on test
results that I have collected on the two
Aearo Z boxes and one of ER's boxes, I have
concluded the large difference between boxes
at Aearo is that they have no means to
properly calibrate the boxes."
Do you see that?
A.    Yes.
Q.    "Particularly, sharing cal
cavity information between different boxes
invites large errors and is likely to be the
source of the problem."
Do you see that?
A.    Yes.
Q.    "I've demonstrated that the
three boxes properly calibrated will
correlate quite nicely."
Right?
A.    That's what the document says.
Q.    Right.  That's what your guys's
internal memo said about the information they
got from Etymotic, the people that made these
ARC machines, in November of 1999, right?
MR. FIELDS:  Objection to form.
THE WITNESS:  I don't recall.
QUESTIONS BY MR. OVERHOLTZ:
Q.    Did you know that by this time
you guys at Aearo were already selling and
delivering Combat Arms Earplugs to the United
States military?

| | | | |
|---|---|---|---|
| 257 7 | A.    I do not recall. | | |
| 257 8 | Q.    Without any way of calibrating | | |
| 257 9 | the machines; you don't recall that? | | |
| 257 10 | MR. FIELDS:  Objection to form. | | |
| 257 11 | THE WITNESS:  I do not recall. | | |
| 257 12 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 257 13 | Q.    But based on what Mr. Haapapuro | | |
| 257 14 | said, I mean, it's pretty clear that without | | |
| 257 15 | proper calibration, Aearo can't be sure that | | |
| 257 16 | these earplugs are going to meet quality | | |
| 257 17 | standards, right? | | |
| 257 18 | MR. FIELDS:  Objection to form. | | |
| 257 19 | THE WITNESS:  I am not a | | |
| 257 20 | subject matter expert, so I | | |
| 257 21 | cannot comment.  I do not recall this. | | |
| 257 22 | Never seen it. | | |
| 257 23 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 257 24 | Q.    Mr. Haapapuro has told you that | | |
| 257 25 | the reason why you're getting different | | |
| 258 1 | results on different boxes is because you had | | |
| 258 2 | no way of calibrating them, right? | | |
| 258 3 | MR. FIELDS:  Objection to form. | | |
| 258 4 | That's a misstatement.  It doesn't say | | |
| 258 5 | that he told Dr. Klun that. | | |
| 258 6 | THE WITNESS:  I agree.  Nobody | | |
| 258 7 | told me.  I don't recall. | | |
| 258 8 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 258 9 | Q.    This memo that Mr. Haapapuro | | |
| 258 10 | wrote to Elliott Berger, who ran the lab, and | | |
| 258 11 | Ron Kieper, who did all the testing, told | | |
| 258 12 | them, and they put in this technical report | | |
| 258 13 | that the reason why there were differences | | |
| 258 14 | between the ARC boxes at Aearo is there were | | |
| 258 15 | no means to properly calibrate them, right? | | |
| 258 16 | A.    Well, by what the document | | |
| 258 17 | says. | | |
| 256:21 - 257:1 | Klun | **Re: [256:21-257:1]** | **OVERRULED** |
| 256 21 | Q.    Right.  That's what your guys's | **Def Obj** Foundation (602); Vague (611, | |
| 256 22 | internal memo said about the information they | 403); 3M MIL No. 26 | |

| | | |
|---|---|---|
| 256 23    got from Etymotic, the people that made these<br>256 24    ARC machines, in November of 1999, right?<br>256 25    MR. FIELDS:  Objection to form.<br>257 1     THE WITNESS:  I don't recall. | | |
| 257:2 - 257:7   Klun<br>257 2     QUESTIONS BY MR. OVERHOLTZ:<br>257 3     Q.   Did you know that by this time<br>257 4     you guys at Aearo were already selling and<br>257 5     delivering Combat Arms Earplugs to the United<br>257 6     States military?<br>257 7     A.   I do not recall. | **Re: [257:2-257:7]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 257:8 - 257:11   Klun<br>257 8     Q.   Without any way of calibrating<br>257 9     the machines; you don't recall that?<br>257 10    MR. FIELDS:  Objection to form.<br>257 11    THE WITNESS:  I do not recall. | **Re: [257:8-257:11]**<br>**Def Obj** Vague (611, 403); Foundation<br>(602); 3M MIL No. 26 | **OVERRULED** |
| 257:12 - 257:12   Klun<br>257 12    QUESTIONS BY MR. OVERHOLTZ: | **Re: [257:12-257:12]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 257:13 - 257:22   Klun<br>257 13    Q.   But based on what Mr. Haapapuro<br>257 14    said, I mean, it's pretty clear that without<br>257 15    proper calibration, Aearo can't be sure that<br>257 16    these earplugs are going to meet quality<br>257 17    standards, right?<br>257 18    MR. FIELDS:  Objection to form.<br>257 19    THE WITNESS:  I am not a<br>257 20    subject matter expert, so I<br>257 21    cannot comment.  I do not recall this.<br>257 22    Never seen it. | **Re: [257:13-257:22]**<br>**Def Obj** Foundation (602); Vague (611,<br>403); 702; 3M MIL No. 26 | **OVERRULED** |
| 257:23 - 257:23   Klun<br>257 23    QUESTIONS BY MR. OVERHOLTZ: | **Re: [257:23-257:23]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 257:24 - 258:7   Klun<br>257 24    Q.   Mr. Haapapuro has told you that<br>257 25    the reason why you're getting different<br>258 1     results on different boxes is because you had<br>258 2     no way of calibrating them, right?<br>258 3     MR. FIELDS:  Objection to form.<br>258 4     That's a misstatement.  It doesn't say<br>258 5     that he told Dr. Klun that. | **Re: [257:24-258:7]**<br>**Def Obj** Foundation (602); Vague;<br>Misstates (611, 403); 702; Hearsay (801,<br>802); 3M MIL No. 26 | **OVERRULED** |

| | | |
|---|---|---|
| 258 6　　THE WITNESS: I agree. Nobody<br>258 7　　told me. I don't recall. | | |
| 258:8 - 258:17　Klun<br>258 8　　QUESTIONS BY MR. OVERHOLTZ:<br>258 9　　Q.　This memo that Mr. Haapapuro<br>258 10　　wrote to Elliott Berger, who ran the lab, and<br>258 11　　Ron Kieper, who did all the testing, told<br>258 12　　them, and they put in this technical report<br>258 13　　that the reason why there were differences<br>258 14　　between the ARC boxes at Aearo is there were<br>258 15　　no means to properly calibrate them, right?<br>258 16　　A.　Well, by what the document<br>258 17　　says. | Re: [258:8-258:17]<br>Def Obj 3M MIL No. 26 | OVERRULED |
| 258:18 - 259:12　Klun<br>258 18　　(Klun Exhibit 30 marked for<br>258 19　　identification.)<br>258 20　　QUESTIONS BY MR. OVERHOLTZ:<br>258 21　　Q.　Well, let's look and see what<br>258 22　　happened about four days after that. If we<br>258 23　　can pull up slide 55, Zach, and I'll<br>258 24　　introduce as Exhibit Number 30 plaintiff 9 --<br>258 25　　P0922.<br>259 1　　And again, I've got a<br>259 2　　picture -- a blowup from the e-mail there.<br>259 3　　And the writing at the top with the date is,<br>259 4　　"Berger says there is no test data for the<br>259 5　　CAEv2 even though Aearo was selling the<br>259 6　　plugs."<br>259 7　　Can you see the e-mail there on<br>259 8　　the screen, Mr. Klun?<br>259 9　　A.　I'm seeing part of it.<br>259 10　　Q.　All right. And Elliott Berger<br>259 11　　e-mails on November 19th of '99, right?<br>259 12　　A.　Uh-huh. | Re: [258:18-259:12]<br>Def Obj Foundation (602); 3M MIL No.<br>26 | OVERRULED |
| 259:20 - 262:17　Klun<br>259 20　　QUESTIONS BY MR. OVERHOLTZ:<br>259 21　　Q.　You see the subject is "Combat<br>259 22　　Arms plug," Mr. Klun?<br>259 23　　A.　Yes. | Re: [259:20-262:17]<br>Def Obj 3M MIL No. 26 | OVERRULED |

| | |
|---|---|
| 259 24 | Q.    And Mr. Berger writes, "It |
| 259 25 | recently occurred to us that we have no data |
| 260 1 | on the actual version of the nonlinear |
| 260 2 | earplug that we are now selling in the US, |
| 260 3 | namely, the dual-ended Combat Arms plug." |
| 260 4 | Do you see that? |
| 260 5 | A.    Yes. |
| 260 6 | Q.    So four days after the people |
| 260 7 | at Etymotic told Mr. Berger and Mr. Kieper |
| 260 8 | that there was no way for them to test the |
| 260 9 | plugs with the ARC machines and get |
| 260 10 | consistent results because they had no way of |
| 260 11 | calibrating them, Berger e-mails that they |
| 260 12 | have no data on the plug that they are now |
| 260 13 | selling, right? |
| 260 14 | MR. FIELDS:  Objection to form. |
| 260 15 | THE WITNESS:  I don't recall |
| 260 16 | ever seeing this document. |
| 260 17 | QUESTIONS BY MR. OVERHOLTZ: |
| 260 18 | Q.    I mean, if you would have -- if |
| 260 19 | you would have known that you were selling |
| 260 20 | plugs that you didn't have data on regarding |
| 260 21 | their nonlinear function and that the quality |
| 260 22 | control machines that you use couldn't be |
| 260 23 | calibrated, would the right thing to have |
| 260 24 | done is, hey, we've got to quit selling these |
| 260 25 | until we get this problem fixed? |
| 261 1 | MR. FIELDS:  Objection.  Form. |
| 261 2 | THE WITNESS:  I don't recall |
| 261 3 | this. |
| 261 4 | QUESTIONS BY MR. OVERHOLTZ: |
| 261 5 | Q.    So you don't recall this, so |
| 261 6 | you didn't have the chance to stand up and |
| 261 7 | say, hey, we need to stop; is that what |
| 261 8 | you're saying? |
| 261 9 | MR. FIELDS:  Objection to form. |
| 261 10 | Mischaracterization. |
| 261 11 | THE WITNESS:  I'm saying I have |
| 261 12 | no recall or did not see the document. |

Klun                                                                                                                    68

| | | |
|---|---|---|
| 261 13    QUESTIONS BY MR. OVERHOLTZ: | | |
| 261 14    Q.    I mean, if you had heard that | | |
| 261 15    your quality control machines couldn't be | | |
| 261 16    calibrated and that you didn't have nonlinear | | |
| 261 17    data on the earplugs that you were selling to | | |
| 261 18    the US military, would you have taken some | | |
| 261 19    action? | | |
| 261 20    MR. FIELDS:  Objection.  Form. | | |
| 261 21    THE WITNESS:  As I say, I'm not | | |
| 261 22    aware of it.  I'm not aware of this | | |
| 261 23    document nor recall it. | | |
| 261 24    QUESTIONS BY MR. OVERHOLTZ: | | |
| 261 25    Q.    Would you have expected that | | |
| 262 1    someone that did know this fact to take some | | |
| 262 2    action over at Aearo and say, hold up, we've | | |
| 262 3    got to get these ARC machines fixed.  We've | | |
| 262 4    got to get some real data before we keep | | |
| 262 5    selling these plugs to the US military? | | |
| 262 6    MR. FIELDS:  Objection to form. | | |
| 262 7    THE WITNESS:  Again, I have no | | |
| 262 8    recall of this. | | |
| 262 9    QUESTIONS BY MR. OVERHOLTZ: | | |
| 262 10    Q.    So at this point in time in | | |
| 262 11    late '99, you're still in quality, right? | | |
| 262 12    A.    Correct. | | |
| 262 13    Q.    Along with Annette Shaver and | | |
| 262 14    Steve Todor, right? | | |
| 262 15    A.    Yes. | | |
| 262 16    (Klun Exhibit 31 marked for | | |
| 262 17    identification.) | | |
| 260:6 - 260:16    Klun | Re: [260:6-260:16] | OVERRULED |
| 260 6    Q.    So four days after the people | Def Obj Hearsay (801, 802); Foundation | |
| 260 7    at Etymotic told Mr. Berger and Mr. Kieper | (602); 702; Compound; Vague (611, | |
| 260 8    that there was no way for them to test the | 403) | |
| 260 9    plugs with the ARC machines and get | | |
| 260 10    consistent results because they had no way of | | |
| 260 11    calibrating them, Berger e-mails that they | | |
| 260 12    have no data on the plug that they are now | | |
| 260 13    selling, right? | | |

Klun                                                                                                              69

| | | |
|---|---|---|
| 260 14    MR. FIELDS: Objection to form.<br>260 15    THE WITNESS: I don't recall<br>260 16    ever seeing this document. | | |
| 260:18 - 261:3   Klun<br>260 18    Q.   I mean, if you would have -- if<br>260 19    you would have known that you were selling<br>260 20    plugs that you didn't have data on regarding<br>260 21    their nonlinear function and that the quality<br>260 22    control machines that you use couldn't be<br>260 23    calibrated, would the right thing to have<br>260 24    done is, hey, we've got to quit selling these<br>260 25    until we get this problem fixed?<br>261 1    MR. FIELDS: Objection. Form.<br>261 2    THE WITNESS: I don't recall<br>261 3    this. | Re: [260:18-261:3]<br>Def Obj Foundation (602); 702; 701;<br>Vague; Argumentative (611, 403) | OVERRULED |
| 261:5 - 261:12   Klun<br>261 5    Q.   So you don't recall this, so<br>261 6    you didn't have the chance to stand up and<br>261 7    say, hey, we need to stop; is that what<br>261 8    you're saying?<br>261 9    MR. FIELDS: Objection to form.<br>261 10    Mischaracterization.<br>261 11    THE WITNESS: I'm saying I have<br>261 12    no recall or did not see the document. | Re: [261:5-261:12]<br>Def Obj Foundation (602);<br>Argumentative; Vague; Misstates (611,<br>403) | OVERRULED |
| 261:14 - 261:23   Klun<br>261 14    Q.   I mean, if you had heard that<br>261 15    your quality control machines couldn't be<br>261 16    calibrated and that you didn't have nonlinear<br>261 17    data on the earplugs that you were selling to<br>261 18    the US military, would you have taken some<br>261 19    action?<br>261 20    MR. FIELDS: Objection. Form.<br>261 21    THE WITNESS: As I say, I'm not<br>261 22    aware of it. I'm not aware of this<br>261 23    document nor recall it. | Re: [261:14-261:23]<br>Def Obj 701; Foundation (602);<br>Argumentative; Vague (611, 403) | OVERRULED |
| 261:25 - 262:8   Klun<br>261 25    Q.   Would you have expected that<br>262 1    someone that did know this fact to take some<br>262 2    action over at Aearo and say, hold up, we've | Re: [261:25-262:8]<br>Def Obj Foundation (602); 701; Vague;<br>Argumentative (611, 403) | OVERRULED |

Klun

| | | |
|---|---|---|
| 262 3   got to get these ARC machines fixed.  We've | | |
| 262 4   got to get some real data before we keep | | |
| 262 5   selling these plugs to the US military? | | |
| 262 6   MR. FIELDS:  Objection to form. | | |
| 262 7   THE WITNESS:  Again, I have no | | |
| 262 8   recall of this. | | |
| 263:5 - 264:5   Klun | Re: [263:5-264:5] <br> **Def Obj** 3M MIL No. 26; Foundation (602) | **OVERRULED** |
| 263 5   Q.    And if we can look at the | | |
| 263 6   e-mail, Dick Knauer writes to Steve and says, | | |
| 263 7   "Steve, I've reviewed the progress for the | | |
| 263 8   Combat Arms test fixture with Berger and | | |
| 263 9   Kieper." | | |
| 263 10   Do you see that? | | |
| 263 11   A.    Yes. | | |
| 263 12   Q.    I mean, Berger and Kieper are | | |
| 263 13   the ones who got the memo from the guys at | | |
| 263 14   Etymotic that said they couldn't calibrate | | |
| 263 15   the plugs, right? | | |
| 263 16   MR. FIELDS:  Objection to form. | | |
| 263 17   THE WITNESS:  Like I say, I | | |
| 263 18   don't recall. | | |
| 263 19   QUESTIONS BY MR. OVERHOLTZ: | | |
| 263 20   Q.    Okay.  Well, that's what the | | |
| 263 21   Haapapuro memo said, right? | | |
| 263 22   A.    If that's what the document | | |
| 263 23   says. | | |
| 263 24   Q.    And he goes on and says, "I | | |
| 263 25   would like to provide a brief update.  The | | |
| 264 1   specification that is important for the | | |
| 264 2   product is the acoustic resistance of the | | |
| 264 3   finished plug which is determined in ohms." | | |
| 264 4   Do you see that? | | |
| 264 5   A.    Yes. | | |
| 266:14 - 266:24   Klun | Re: [266:14-266:24] <br> **Def Obj** 3M MIL No. 26; Foundation (602) | **OVERRULED** |
| 266 14   Q.    Okay.  So what Dick Knauer | | |
| 266 15   e-mails on December 10th of '99, he tells | | |
| 266 16   Steve Todor and Annette Shaver in quality | | |
| 266 17   that -- | | |
| 266 18   A.    Yes. | | |

| | | |
|---|---|---|
| 266 19    Q.   -- with respect to the Combat<br>266 20    Arms test picture, the ARC machine, after<br>266 21    talking to Berger and Kieper, that the<br>266 22    important specification is the acoustic<br>266 23    resistance of the finished plug, right?<br>266 24    A.   Yes. | | |
| 273:13 - 273:16  Klun<br>273 13    Q.   Now, do you know how those<br>273 14    plugs got back from San Luis Potos&#9670;, Mexico,<br>273 15    to Indianapolis to be sold?<br>273 16    A.  I do not know. | **Re: [273:13-273:16]**<br>**Pltf Obj** improper counter per PTO 64;<br>402 | **OVERRULED** |
| 273:17 - 273:23  Klun<br>273 17    (Klun Exhibit 33 marked for<br>273 18    identification.)<br>273 19    QUESTIONS BY MR. OVERHOLTZ:<br>273 20    Q.   Okay.  All right.  So if we can<br>273 21    look at the next exhibit, we'll mark this as<br>273 22    Exhibit 33, which is BK-164.  This is a<br>273 23    quotation document from August 5th of 2000. | | |
| 274:7 - 274:16  Klun<br>274 7    Q.   Okay.  So this shows -- this<br>274 8    is -- this indicated -- this document we<br>274 9    found in Aearo's files says that this is a<br>274 10    labor quotation type.<br>274 11    Do you see that?<br>274 12    A.   Yes.<br>274 13    Q.   And it models the Combat Arms<br>274 14    part number 370-1000.<br>274 15    Do you see that?<br>274 16    A.   Yes. | | |
| 274:21 - 275:1  Klun<br>274 21    Q.   And it looks like -- that TJR<br>274 22    was saying that they could put these earplugs<br>274 23    together for 30 and a half cents each, right?<br>274 24    MR. FIELDS:  Objection to form.<br>274 25    THE WITNESS:  That's what the<br>275 1    document says. | **Re: [274:21-275:1]**<br>**Def Obj** Foundation (602); Relevance<br>(401, 402); Prejudice (403); 3M MIL<br>No. 7 | **OVERRULED** |
| 275:22 - 276:1  Klun<br>275 22    Q.   All right.  You know -- did you | **Re: [275:22-276:1]**<br>**Pltf Obj** improper counter per PTO 64; | **OVERRULED** |

Klun

| | | |
|---|---|---|
| 275 23    become aware at some point that TJR merged | 402 | |
| 275 24    into Aearo, became Aearo Technologies de | | |
| 275 25    Mexico, or ATM? | | |
| 276 1    A.   Do not recall that. | | |
| 277:1 - 277:1   Klun | | |
| 277 1    QUESTIONS BY MR. OVERHOLTZ: | | |
| 277:2 - 281:20   Klun | **Re: [277:2-281:20]** | **OVERRULED** |
| 277 2    Q.   All right.  Let's look at | **Def Obj** Foundation (602) | |
| 277 3    slide 78, if we can.  And we'll mark this as | | |
| 277 4    Exhibit 34, which is P1364A. | | |
| 277 5    And this is -- we're going to | | |
| 277 6    look at page 3, which is an April 9, 2003 | | |
| 277 7    Medical Procurement Item Description. | | |
| 277 8    Can you see that, Mr. Klun? | | |
| 277 9    A.   Yes. | | |
| 277 10    Q.   And so for this Medical | | |
| 277 11    Procurement Item Description dated April 9, | | |
| 277 12    2003, there's a section under 4.3.2 called | | |
| 277 13    Sound Attenuation. | | |
| 277 14    Do you see that? | | |
| 277 15    A.   Yes. | | |
| 277 16    Q.   And it says, "Sampling for | | |
| 277 17    inspection of sound attenuation." | | |
| 277 18    You know what sound attenuation | | |
| 277 19    is, right, since you were working on hearing | | |
| 277 20    protection? | | |
| 277 21    A.   Yeah.  Yes, I do. | | |
| 277 22    Q.   That's the protective effect of | | |
| 277 23    the earplug, right? | | |
| 277 24    A.   Yes. | | |
| 277 25    Q.   It says, "Sampling for | | |
| 278 1    inspection of sound attenuation of the | | |
| 278 2    level-dependent yellow end shall be | | |
| 278 3    100 percent and shall be verified using an | | |
| 278 4    acoustical impedance test." | | |
| 278 5    Do you see that? | | |
| 278 6    A.   Yes. | | |
| 278 7    Q.   So for this Medical Procurement | | |
| 278 8    Item Description, for the military to be able | | |

Klun

278 9      to order these plugs, Aearo told the military
278 10     they were going to test 100 percent of them
278 11     and verify with an ARC machine, right?
278 12     MR. FIELDS:  Objection.  Form.
278 13     THE WITNESS:  That's what this
278 14     document says.
278 15     QUESTIONS BY MR. OVERHOLTZ:
278 16     Q.    It doesn't say anywhere on here
278 17     in April of 2003 that sometimes our machines
278 18     may not be calibrated and may not work right,
278 19     does it?
278 20     MR. FIELDS:  Objection to form.
278 21     Argumentative.
278 22     QUESTIONS BY MR. OVERHOLTZ:
278 23     Q.    It doesn't say that, right,
278 24     Mr. Klun?
278 25     MR. FIELDS:  Same objection.
279 1      THE WITNESS:  Say it again?
279 2      QUESTIONS BY MR. OVERHOLTZ:
279 3      Q.    It doesn't say anywhere on here
279 4      that if the ARC machines aren't calibrated,
279 5      they may not work right, and we can't verify
279 6      that the plugs are going to work for the
279 7      soldiers, does it?
279 8      A.    I go by what the document says.
279 9      Q.    Do you know if anyone at Aearo
279 10     ever told the United States military that if
279 11     those ARC machines weren't calibrated, that
279 12     they'd have no way of verifying that the
279 13     plugs would attenuate sound for the yellow
279 14     end for the soldiers wearing them?
279 15     MR. FIELDS:  Objection.  Form.
279 16     THE WITNESS:  I do not know nor
279 17     recall.
279 18     QUESTIONS BY MR. OVERHOLTZ:
279 19     Q.    And do you know if anyone at
279 20     Aearo ever told the United States military
279 21     that they were having problems with the
279 22     plug -- with the ARC machines being

279 23   calibrated right?
279 24   A.   Do not know nor recall.
279 25   Q.   Do you think the US military
280 1    and the soldiers that were going to wear
280 2    these plugs deserved to know about that
280 3    issue?
280 4    MR. FIELDS:  Objection to form.
280 5    THE WITNESS:  I do not know nor
280 6    recall.
280 7    QUESTIONS BY MR. OVERHOLTZ:
280 8    Q.   So do you believe that the
280 9    United States military should have been told
280 10   if there was a problem with the calibration
280 11   of the ARC machines and that Aearo couldn't
280 12   verify that the yellow end of the earplug was
280 13   going to attenuate sound and protect the
280 14   soldiers?
280 15   MR. FIELDS:  Objection.  Form.
280 16   THE WITNESS:  Can you --
280 17   QUESTIONS BY MR. OVERHOLTZ:
280 18   Q.   Sure.
280 19   A.   Can you repeat?
280 20   Q.   Do you believe the United
280 21   States military should have been told that if
280 22   there was a problem with the calibration of
280 23   the ARC machines and that Aearo couldn't
280 24   verify that the yellow end of the earplug was
280 25   going to attenuate sound and protect the
281 1    soldiers?
281 2    MR. FIELDS:  Same objection.
281 3    THE WITNESS:  Do not know nor
281 4    recall.
281 5    QUESTIONS BY MR. OVERHOLTZ:
281 6    Q.   If you would have known, would
281 7    you have told them?
281 8    MR. FIELDS:  Object to form.
281 9    THE WITNESS:  I do not know nor
281 10   recall.
281 11   QUESTIONS BY MR. OVERHOLTZ:

| | | |
|---|---|---|
| 281 12    Q.    So when you sent Kieper and | | |
| 281 13    Zielinski down to Mexico in November 2004 and | | |
| 281 14    you found -- and you wrote out that memo | | |
| 281 15    about all the problems, did you pick up the | | |
| 281 16    phone and call anyone over at the Army and | | |
| 281 17    say, hey, we've got a problems, fellows? | | |
| 281 18    MR. FIELDS:  Objection.  Form. | | |
| 281 19    THE WITNESS:  Do not know nor | | |
| 281 20    recall. | | |
| 278:7 - 278:14   Klun | Re: [278:7-278:14] | OVERRULED |
| 278 7    Q.    So for this Medical Procurement | Def Obj Hearsay (801, 802); Foundation | |
| 278 8    Item Description, for the military to be able | (602); Vague (611, 403) | |
| 278 9    to order these plugs, Aearo told the military | | |
| 278 10    they were going to test 100 percent of them | | |
| 278 11    and verify with an ARC machine, right? | | |
| 278 12    MR. FIELDS:  Objection.  Form. | | |
| 278 13    THE WITNESS:  That's what this | | |
| 278 14    document says. | | |
| 278:15 - 278:19   Klun | Re: [278:15-278:19] | OVERRULED |
| 278 15    QUESTIONS BY MR. OVERHOLTZ: | Def Obj Argumentative (611, 403); 3M | |
| 278 16    Q.    It doesn't say anywhere on here | MIL No. 26 | |
| 278 17    in April of 2003 that sometimes our machines | | |
| 278 18    may not be calibrated and may not work right, | | |
| 278 19    does it? | | |
| 279:1 - 279:8   Klun | Re: [279:1-279:8] | OVERRULED |
| 279 1    THE WITNESS:  Say it again? | Def Obj 3M MIL No. 26 | |
| 279 2    QUESTIONS BY MR. OVERHOLTZ: | | |
| 279 3    Q.    It doesn't say anywhere on here | | |
| 279 4    that if the ARC machines aren't calibrated, | | |
| 279 5    they may not work right, and we can't verify | | |
| 279 6    that the plugs are going to work for the | | |
| 279 7    soldiers, does it? | | |
| 279 8    A.    I go by what the document says. | | |
| 279:9 - 281:20   Klun | Re: [279:9-281:20] | OVERRULED |
| 279 9    Q.    Do you know if anyone at Aearo | Def Obj 3M MIL No. 26 | |
| 279 10    ever told the United States military that if | | |
| 279 11    those ARC machines weren't calibrated, that | | |
| 279 12    they'd have no way of verifying that the | | |
| 279 13    plugs would attenuate sound for the yellow | | |

279 14     end for the soldiers wearing them?
279 15     MR. FIELDS:  Objection.  Form.
279 16     THE WITNESS:  I do not know nor
279 17     recall.
279 18     QUESTIONS BY MR. OVERHOLTZ:
279 19     Q.    And do you know if anyone at
279 20     Aearo ever told the United States military
279 21     that they were having problems with the
279 22     plug -- with the ARC machines being
279 23     calibrated right?
279 24     A.    Do not know nor recall.
279 25     Q.    Do you think the US military
280 1      and the soldiers that were going to wear
280 2      these plugs deserved to know about that
280 3      issue?
280 4      MR. FIELDS:  Objection to form.
280 5      THE WITNESS:  I do not know nor
280 6      recall.
280 7      QUESTIONS BY MR. OVERHOLTZ:
280 8      Q.    So do you believe that the
280 9      United States military should have been told
280 10     if there was a problem with the calibration
280 11     of the ARC machines and that Aearo couldn't
280 12     verify that the yellow end of the earplug was
280 13     going to attenuate sound and protect the
280 14     soldiers?
280 15     MR. FIELDS:  Objection.  Form.
280 16     THE WITNESS:  Can you --
280 17     QUESTIONS BY MR. OVERHOLTZ:
280 18     Q.    Sure.
280 19     A.    Can you repeat?
280 20     Q.    Do you believe the United
280 21     States military should have been told that if
280 22     there was a problem with the calibration of
280 23     the ARC machines and that Aearo couldn't
280 24     verify that the yellow end of the earplug was
280 25     going to attenuate sound and protect the
281 1      soldiers?
281 2      MR. FIELDS:  Same objection.

| | | |
|---|---|---|
| 281 3  THE WITNESS:  Do not know nor | | |
| 281 4  recall. | | |
| 281 5  QUESTIONS BY MR. OVERHOLTZ: | | |
| 281 6  Q.    If you would have known, would | | |
| 281 7  you have told them? | | |
| 281 8  MR. FIELDS:  Object to form. | | |
| 281 9  THE WITNESS:  I do not know nor | | |
| 281 10  recall. | | |
| 281 11  QUESTIONS BY MR. OVERHOLTZ: | | |
| 281 12  Q.    So when you sent Kieper and | | |
| 281 13  Zielinski down to Mexico in November 2004 and | | |
| 281 14  you found -- and you wrote out that memo | | |
| 281 15  about all the problems, did you pick up the | | |
| 281 16  phone and call anyone over at the Army and | | |
| 281 17  say, hey, we've got a problems, fellows? | | |
| 281 18  MR. FIELDS:  Objection.  Form. | | |
| 281 19  THE WITNESS:  Do not know nor | | |
| 281 20  recall. | | |
| 279:25 - 280:6   Klun | Re: [279:25-280:6] | SUSTAINED |
| 279 25  Q.    Do you think the US military | Def Obj 701; Foundation (602); | |
| 280 1  and the soldiers that were going to wear | Argumentative (611, 403) | |
| 280 2  these plugs deserved to know about that | | |
| 280 3  issue? | | |
| 280 4  MR. FIELDS:  Objection to form. | | |
| 280 5  THE WITNESS:  I do not know nor | | |
| 280 6  recall. | | |
| 280:20 - 281:4   Klun | Re: [280:20-281:4] | OVERRULED |
| 280 20  Q.    Do you believe the United | Def Obj 701; Argumentative (611, 403) | |
| 280 21  States military should have been told that if | | |
| 280 22  there was a problem with the calibration of | | |
| 280 23  the ARC machines and that Aearo couldn't | | |
| 280 24  verify that the yellow end of the earplug was | | |
| 280 25  going to attenuate sound and protect the | | |
| 281 1  soldiers? | | |
| 281 2  MR. FIELDS:  Same objection. | | |
| 281 3  THE WITNESS:  Do not know nor | | |
| 281 4  recall. | | |
| 281:6 - 281:10   Klun | Re: [281:6-281:10] | OVERRULED |
| 281 6  Q.    If you would have known, would | Def Obj 701; Foundation (602) | |

| | | |
|---|---|---|
| 281 7    you have told them? | | |
| 281 8    MR. FIELDS:  Object to form. | | |
| 281 9    THE WITNESS:  I do not know nor | | |
| 281 10   recall. | | |

| | | |
|---|---|---|
| 281:12 - 281:20   Klun | **Re: [281:12-281:20]** | **OVERRULED** |
| 281 12   Q.   So when you sent Kieper and | **Def Obj** Argumentative; Vague (611, | |
| 281 13   Zielinski down to Mexico in November 2004 and | 403) | |
| 281 14   you found -- and you wrote out that memo | | |
| 281 15   about all the problems, did you pick up the | | |
| 281 16   phone and call anyone over at the Army and | | |
| 281 17   say, hey, we've got a problems, fellows? | | |
| 281 18   MR. FIELDS:  Objection.  Form. | | |
| 281 19   THE WITNESS:  Do not know nor | | |
| 281 20   recall. | | |

| | | |
|---|---|---|
| 282:11 - 283:6   Klun | **Re: [282:11-283:6]** | **OVERRULED** |
| 282 11   Q.   Okay.  Let's ask you a question | **Def Obj** 3M MIL No. 26 | |
| 282 12   here, Mr. Klun. | | |
| 282 13   You told Mr. Pirtle that when | | |
| 282 14   it comes to testing, quality testing, | | |
| 282 15   machines, that it's important that they're | | |
| 282 16   calibrated right. | | |
| 282 17   Do you recall that? | | |
| 282 18   A.   Yes. | | |
| 282 19   Q.   And is it -- would you agree | | |
| 282 20   that if you lose the calibration plugs or | | |
| 282 21   pins for the machine, it's going to be hard | | |
| 282 22   to make sure they're calibrated correctly? | | |
| 282 23   MR. FIELDS:  Object to form. | | |
| 282 24   THE WITNESS:  I'm not a subject | | |
| 282 25   matter expert.  Don't know or recall. | | |
| 283 1    QUESTIONS BY MR. OVERHOLTZ: | | |
| 283 2    Q.   But if you don't have the tools | | |
| 283 3    you need to calibrate the machine, you can't | | |
| 283 4    make sure it's calibrated the right way; is | | |
| 283 5    that fair? | | |
| 283 6    A.   That's fair. | | |

| | | |
|---|---|---|
| 282:19 - 282:25   Klun | **Re: [282:19-282:25]** | **SUSTAINED** |
| 282 19   Q.   And is it -- would you agree | **Def Obj** 701; 702; Foundation (602); | |
| 282 20   that if you lose the calibration plugs or | Vague (611, 403) | |

| | | |
|---|---|---|
| 282 21    pins for the machine, it's going to be hard | | |
| 282 22    to make sure they're calibrated correctly? | | |
| 282 23    MR. FIELDS:  Object to form. | | |
| 282 24    THE WITNESS:  I'm not a subject | | |
| 282 25    matter expert.  Don't know or recall. | | |
| 283:7 - 283:12   Klun | **Re: [283:7-283:12]** | **OVERRULED** |
| 283 7    (Klun Exhibit 35 marked for | **Def Obj** Foundation (602) | |
| 283 8    identification.) | | |
| 283 9    QUESTIONS BY MR. OVERHOLTZ: | | |
| 283 10    Q.   Okay.  Let me show you what | | |
| 283 11    we'll mark as Exhibit Number 35, which is | | |
| 283 12    P2270.  And I want to start with -- | | |
| 283:24 - 285:14   Klun | **Re: [283:24-285:14]** | **OVERRULED** |
| 283 24    Q.   So if we can go to the last | **Def Obj** 3M MIL No. 26; Foundation | |
| 283 25    page, Mr. Klun, and I'll have it blown up for | (602) | |
| 284 1    you, there's an e-mail from -- there's an | | |
| 284 2    e-mail from a Roberto Ramirez Blanco down at | | |
| 284 3    the bottom.  And you see the signature line | | |
| 284 4    is RobertoRamirez@TJR-mex.com. | | |
| 284 5    Do you see that? | | |
| 284 6    A.   Yes. | | |
| 284 7    Q.   Okay.  And this e-mail is from | | |
| 284 8    August 1st of 2002.  Okay? | | |
| 284 9    It says, "Hi, Don, I'm sending | | |
| 284 10    you two photos where you can see the | | |
| 284 11    equipment I am talking about, and another of | | |
| 284 12    an ARC box where we test earplugs and where | | |
| 284 13    we put the calibration plug, which are lost." | | |
| 284 14    Do you see that? | | |
| 284 15    A.   Yes. | | |
| 284 16    Q.    Okay.  So in August of 2002, | | |
| 284 17    the guys down at TJR Mexico are saying that | | |
| 284 18    they've lost the calibration plugs, right? | | |
| 284 19    MR. FIELDS:  Objection.  Form. | | |
| 284 20    THE WITNESS:  All I can see is | | |
| 284 21    what the document is saying.  The | | |
| 284 22    calibration -- what the individual | | |
| 284 23    said, "the calibration plug, which are | | |
| 284 24    lost." | | |

| | | |
|---|---|---|
| 284 25 | | |
| 285 1 | QUESTIONS BY MR. OVERHOLTZ: | |
| 285 2 | Q.    Okay.  And that's not a good | |
| 285 3 | thing, right? | |
| 285 4 | MR. FIELDS:  Objection.  Form. | |
| 285 5 | THE WITNESS:  Was there a | |
| 285 6 | question? | |
| 285 7 | QUESTIONS BY MR. OVERHOLTZ: | |
| 285 8 | Q.    Sure. | |
| 285 9 | It's not a good thing to have | |
| 285 10 | lost the calibration plugs for your quality | |
| 285 11 | control machines down in Mexico where you're | |
| 285 12 | assembling and testing the plugs, right? | |
| 285 13 | A.    I would say it's not a good | |
| 285 14 | thing. | |

| 284:16 - 284:24   Klun | Re: [284:16-284:24] | OVERRULED |
|---|---|---|
| 284 16    Q.    Okay.  So in August of 2002, | Def Obj Hearsay (801, 802); Foundation | |
| 284 17    the guys down at TJR Mexico are saying that | (602) | |
| 284 18    they've lost the calibration plugs, right? | | |
| 284 19    MR. FIELDS:  Objection.  Form. | | |
| 284 20    THE WITNESS:  All I can see is | | |
| 284 21    what the document is saying.  The | | |
| 284 22    calibration -- what the individual | | |
| 284 23    said, "the calibration plug, which are | | |
| 284 24    lost." | | |

| 289:7 - 289:14   Klun | Re: [289:7-289:14] | OVERRULED |
|---|---|---|
| 289 7    In your role at quality at | Def Obj Argumentative (611, 403); | |
| 289 8    Aearo, do you believe it would be good | Foundation (602); 702; 3M MIL No. 26 | |
| 289 9    quality control procedure for the calibration | | |
| 289 10    plugs for the quality control machine for the | | |
| 289 11    yellow end of the Combat Arms Earplug to be | | |
| 289 12    lost for months and months when you're | | |
| 289 13    selling those plugs to the United States | | |
| 289 14    military? | | |

| 289:16 - 289:20   Klun | Re: [289:16-289:20] | OVERRULED |
|---|---|---|
| 289 16    THE WITNESS:  I don't know | Def Obj 3M MIL No. 26 | |
| 289 17    whether nor recall whether these plugs | | |
| 289 18    were really lost.  I don't know any of | | |
| 289 19    this. | | |

Klun                                                                                                                    81

| | | |
|---|---|---|
| 289 20      QUESTIONS BY MR. OVERHOLTZ: | | |
| 289:21 - 289:23   Klun<br>289 21      Q.   I mean, you don't think Ron<br>289 22      Kieper was lying about them being lost,<br>289 23      right? | **Re: [289:21-289:23]**<br>**Def Obj** Argumentative (611, 403);<br>Foundation (602) | **SUSTAINED** |
| 289:25 - 290:1   Klun<br>289 25      THE WITNESS:  Go by what the<br>290 1      document says, what Ron said. | **Re: [289:25-290:1]**<br>**Def Obj** Argumentative (611, 403);<br>Foundation (602) | **SUSTAINED** |
| 290:2 - 290:2   Klun<br>290 2      QUESTIONS BY MR. OVERHOLTZ: | **Re: [290:2-290:2]**<br>**Def Obj** 3M MIL No. 26 | |
| 290:3 - 290:6   Klun<br>290 3      Q.   Did you have any reason to<br>290 4      believe Mr. Ramirez from TJR Mexico was lying<br>290 5      when he said, hey, we've lost the plugs and<br>290 6      we need some more? | **Re: [290:3-290:6]**<br>**Def Obj** Foundation (602) | **SUSTAINED** |
| 290:8 - 290:9   Klun<br>290 8      THE WITNESS:  I don't know<br>290 9      Mr. Ramirez. | **Re: [290:8-290:9]**<br>**Def Obj** Foundation (602) | **SUSTAINED** |
| 290:21 - 290:21   Klun<br>290 21      QUESTIONS BY MR. OVERHOLTZ: | | |
| 290:22 - 291:3   Klun<br>290 22      Q.   You didn't know him, but you<br>290 23      guys were relying on the people at TJR Mexico<br>290 24      to put these Combat Arms Earplugs together<br>290 25      and test them to make sure that that filter<br>291 1      in that yellow end of the plug would work<br>291 2      when a soldier needed it when they were<br>291 3      defending our country, right? | **Re: [290:22-291:3]**<br>**Def Obj** 3M MIL No. 26 | **SUSTAINED** |
| 291:5 - 291:7   Klun<br>291 5      THE WITNESS:  Can you state a<br>291 6      question that I can understand?<br>291 7      QUESTIONS BY MR. OVERHOLTZ: | | |
| 291:8 - 291:18   Klun<br>291 8      Q.   Isn't it true that you guys at<br>291 9      Aearo were relying on the folks at TJR Mexico<br>291 10      to put these Combat Arms Earplugs together<br>291 11      and test them with those ARC machines that<br>291 12      were properly calibrated to make sure that<br>291 13      that yellow end of that earplug would work | **Re: [291:8-291:18]**<br>**Def Obj** Argumentative; Vague (611,<br>403); Foundation (602) | **OVERRULED; however, the<br>following portion must be removed:<br>"and protect a soldier's hearing when<br>they were out defending our country"** |

Klun                                                                                                    82

| | | |
|---|---|---|
| 291 14    and protect a soldier's hearing when they<br>291 15    were out defending our country?<br>291 16    MR. FIELDS:  Same objection.<br>291 17    THE WITNESS:  I don't know or<br>291 18    recall the situation. | | |
| 291:8 - 291:18   Klun<br>291 8    Q.   Isn't it true that you guys at<br>291 9    Aearo were relying on the folks at TJR Mexico<br>291 10    to put these Combat Arms Earplugs together<br>291 11    and test them with those ARC machines that<br>291 12    were properly calibrated to make sure that<br>291 13    that yellow end of that earplug would work<br>291 14    and protect a soldier's hearing when they<br>291 15    were out defending our country?<br>291 16    MR. FIELDS:  Same objection.<br>291 17    THE WITNESS:  I don't know or<br>291 18    recall the situation. | Re: [291:8-291:18]<br>Def Obj 3M MIL No. 26 | SUSTAINED (asked and answered) |
| 292:1 - 292:1   Klun<br>292 1    QUESTIONS BY MR. OVERHOLTZ: | | |
| 292:2 - 292:10   Klun<br>292 2    Q.   But you guys at Aearo couldn't<br>292 3    do anything to rectify the problem with these<br>292 4    ARC machines that weren't calibrated right<br>292 5    down in Mexico, that only cost $700, for<br>292 6    months and months between 2002 and 2003 to<br>292 7    make sure those plugs could be tested<br>292 8    appropriately; isn't that true?<br>292 9    MR. FIELDS:  Objection.  Form.<br>292 10    THE WITNESS:  I don't know. | Re: [292:2-292:10]<br>Def Obj Argumentative; Vague (611,<br>403); Foundation (602); 702; 3M MIL<br>No. 26 | SUSTAINED |
| 293:2 - 293:16   Klun<br>293 2    So for the Combat Arms<br>293 3    version 2 dual-ended plug, okay, that's the<br>293 4    plug we've been talking about, right?<br>293 5    A.   Yes.<br>293 6    Q.   And that's this plug right<br>293 7    there, right?<br>293 8    A.   Yes.<br>293 9    Q.   Okay.  So what we know, what we<br>293 10    learned through these documents, is that | Re: [293:2-293:16]<br>Def Obj 3M MIL No. 26 | OVERRULED |

Klun

| | | |
|---|---|---|
| 293 11   there was a QC machine, and that machine is<br>293 12   called the ARC, right?<br>293 13   A.   Yes.<br>293 14   Q.   The acoustic resistance<br>293 15   checker, correct?<br>293 16   A.   Yes. | | |
| 293:23 - 294:1   Klun<br>293 23   Q.   Okay.  And the other thing we<br>293 24   learned about them is that they need to be<br>293 25   calibrated, right?<br>294 1   A.   Yes. | | |
| 294:2 - 294:4   Klun<br>294 2   Q.   Okay.  And the ARC machines,<br>294 3   they test the yellow end of the plug, right?<br>294 4   A.   Yes. | Re: [294:2-294:4]<br>Def Obj 3M MIL No. 26 | OVERRULED |
| 294:5 - 294:11   Klun<br>294 5   Q.   And the yellow end, that's the<br>294 6   end with the filter in it that protects you<br>294 7   from loud noise, like an impulse noise; is<br>294 8   that right?<br>294 9   MR. FIELDS:  Objection to form.<br>294 10   THE WITNESS:  I assume that to<br>294 11   be true. | Re: [294:5-294:11]<br>Def Obj Foundation (602) | OVERRULED |
| 298:5 - 298:16   Klun<br>298 5   Q.   Okay.  So, Mr. Klun, you see<br>298 6   this is an e-mail from Brian Myers on May 7,<br>298 7   2003, to John Komada at DSCP.<br>298 8   Do you see that?<br>298 9   A.   Yes.<br>298 10   Q.   Okay.  And Brian is writing --<br>298 11   do you know who Mr. Komada is?<br>298 12   A.   No, I do not know.<br>298 13   Q.   You know who the Defense<br>298 14   Logistics Agency is that handles purchasing<br>298 15   for the US military, right?<br>298 16   A.   No.  I don't know nor recall. | Re: [298:5-298:16]<br>Def Obj Foundation (602) | OVERRULED |
| 298:17 - 301:20   Klun<br>298 17   Q.   Let's see what Mr. Myers, who<br>298 18   you worked with, told Mr. Komada back in | Re: [298:17-301:20]<br>Def Obj 3M MIL No. 26; Foundation (602) | OVERRULED |

298 19     2003.
298 20     He says, "John, I had to
298 21     consult with a few other folks, but these
298 22     changes are warranted.  Two notes for you:
298 23     Number 1, we consider the acoustical
298 24     impedance test under sampling for inspection
298 25     paragraph to be proprietary."
299 1     Do you see that?
299 2     A.    Yes.
299 3     Q.    Did you remember that the ARC
299 4     testing that Aearo put into this -- this
299 5     medical procurement description document,
299 6     that Aearo considered that to be a
299 7     proprietary test?
299 8     A.    Do not know nor recall.
299 9     Q.    And the acoustical impedance
299 10     test that Aearo was putting into that medical
299 11     procurement item description document, that
299 12     was the ARC testing, right?  That's what ARC
299 13     tested?
299 14     MR. FIELDS:  Sorry.  Objection.
299 15     Form.
299 16     THE WITNESS:  That's what the
299 17     documents say, yes.
299 18     QUESTIONS BY MR. OVERHOLTZ:
299 19     Q.    Because if we look back at
299 20     slide 78, which is already an exhibit, under
299 21     Sound Attenuation, this Medical Procurement
299 22     Item Description said, "Sampling for
299 23     inspection of sound attenuation of the
299 24     level-dependent yellow end shall be
299 25     100 percent."
300 1     Right?
300 2     A.    Yes.
300 3     Q.    "And shall be verified using an
300 4     acoustical impedance test."
300 5     Right?
300 6     A.    Yes, I see that now.
300 7     Q.    Okay.  So, Zach, if you can let

Klun                                                                                    85

| | |
|---|---|
| 300 8 | me have back the ELMO real quick. |
| 300 9 | So from what we saw from Brian |
| 300 10 | Myers' e-mail to John Komada is that Aearo |
| 300 11 | said that the ARC test was a proprietary |
| 300 12 | test, and under that sampling paragraph, they |
| 300 13 | were going to test 100 percent of the plugs |
| 300 14 | for sound attenuation of the yellow end using |
| 300 15 | that acoustical resistance test, right? |
| 300 16 | MR. FIELDS:  Object to form. |
| 300 17 | THE WITNESS:  That's what the |
| 300 18 | document says. |
| 300 19 | QUESTIONS BY MR. OVERHOLTZ: |
| 300 20 | Q.    And then the other thing we |
| 300 21 | learned was that at least by August of '02 |
| 300 22 | through May of '03, when Brian Myers sent |
| 300 23 | that e-mail, that TJR Mexico had lost the |
| 300 24 | calibration plugs, right? |
| 300 25 | MR. FIELDS:  Objection.  Form. |
| 301 1 | THE WITNESS:  I personally |
| 301 2 | don't know and don't recall. |
| 301 3 | QUESTIONS BY MR. OVERHOLTZ: |
| 301 4 | Q.    That's what those documents |
| 301 5 | said, right, between Kieper -- |
| 301 6 | A.    That's what the document says. |
| 301 7 | Q.    Okay.  And the other thing that |
| 301 8 | we know is that Aearo had TJR Mexico assemble |
| 301 9 | and QC test the plugs, right? |
| 301 10 | A.    Yes. |
| 301 11 | Q.    All right.  So, now -- so in |
| 301 12 | 2003 then -- this is about a year before you |
| 301 13 | sent Kieper and Zielinski down to San Luis |
| 301 14 | Potos� to check on the situation -- things |
| 301 15 | had gotten a lot worse with respect to the |
| 301 16 | assembly and testing of the plugs at TJR. |
| 301 17 | Do you remember that? |
| 301 18 | MR. FIELDS:  Objection. |
| 301 19 | THE WITNESS:  I do not know nor |
| 301 20 | recall. |

| 299:9 - 299:17 | Klun | Re: [299:9-299:17] | OVERRULED |

| | | |
|---|---|---|
| 299 9    Q.    And the acoustical impedance<br>299 10    test that Aearo was putting into that medical<br>299 11    procurement item description document, that<br>299 12    was the ARC testing, right?  That's what ARC<br>299 13    tested?<br>299 14    MR. FIELDS:  Sorry.  Objection.<br>299 15    Form.<br>299 16    THE WITNESS:  That's what the<br>299 17    documents say, yes. | **Def Obj** Foundation (602); 702 | |
| 300:7 - 300:18   Klun<br>300 7    Q.    Okay.  So, Zach, if you can let<br>300 8    me have back the ELMO real quick.<br>300 9    So from what we saw from Brian<br>300 10    Myers' e-mail to John Komada is that Aearo<br>300 11    said that the ARC test was a proprietary<br>300 12    test, and under that sampling paragraph, they<br>300 13    were going to test 100 percent of the plugs<br>300 14    for sound attenuation of the yellow end using<br>300 15    that acoustical resistance test, right?<br>300 16    MR. FIELDS:  Object to form.<br>300 17    THE WITNESS:  That's what the<br>300 18    document says. | **Re: [300:7-300:18]**<br>**Def Obj** Hearsay (801, 802); Foundation (602); Compound (611, 403) | **OVERRULED** |
| 301:11 - 301:20   Klun<br>301 11    Q.    All right.  So, now -- so in<br>301 12    2003 then -- this is about a year before you<br>301 13    sent Kieper and Zielinski down to San Luis<br>301 14    Potos◆ to check on the situation -- things<br>301 15    had gotten a lot worse with respect to the<br>301 16    assembly and testing of the plugs at TJR.<br>301 17    Do you remember that?<br>301 18    MR. FIELDS:  Objection.<br>301 19    THE WITNESS:  I do not know nor<br>301 20    recall. | **Re: [301:11-301:20]**<br>**Def Obj** Foundation (602) | **SUSTAINED** |
| 301:21 - 302:1   Klun<br>301 21    (Klun Exhibit 37 marked for<br>301 22    identification.)<br>301 23    QUESTIONS BY MR. OVERHOLTZ:<br>301 24    Q.    All right.  Let's look at -- if<br>301 25    we could go to slide 83, Zach, and we'll mark | **Re: [301:21-302:1]**<br>**Def Obj** Foundation (602) | **OVERRULED** |

| | | | |
|---|---|---|---|
| 302 1 | as Exhibit Number 37 P2269. | | |
| 302:8 - 302:8 | Klun | | |
| 302 8 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 302:9 - 303:23 | Klun | Re: [302:9-303:23] | OVERRULED |
| 302 9 | Q.   So this is Exhibit 37, which is | Def Obj 3M MIL No. 26; Foundation (602) | |
| 302 10 | P2269.  This is a February 28, 2003 monthly | | |
| 302 11 | report from Elliott Berger to Dick Knauer. | | |
| 302 12 | Do you see that, Mr. Klun? | | |
| 302 13 | A.   Yes.  Yes. | | |
| 302 14 | Q.   On February 28th, Elliott | | |
| 302 15 | Berger, who ran the lab, writes to Dick | | |
| 302 16 | Knauer, his boss, and if you can look with me | | |
| 302 17 | at the bottom, says, "RWK" -- that would be | | |
| 302 18 | Ron Kieper, right? | | |
| 302 19 | A.   Yes. | | |
| 302 20 | Q.   "RWK assisted Gordon Grogan and | | |
| 302 21 | spoke with Bob Zielinski about the problems | | |
| 302 22 | with the Combat Arms plugs in Mexico.  He | | |
| 302 23 | recommended that one of the ARCs be sent to | | |
| 302 24 | Indianapolis so the plugs could be measured | | |
| 302 25 | in the lab to help determine why Mexico's | | |
| 303 1 | measurements had an 80 percent reject rate." | | |
| 303 2 | Do you see that? | | |
| 303 3 | A.   Yes, I see that. | | |
| 303 4 | Q.   And that was on February 28th | | |
| 303 5 | of 2003 that Mr. Berger put that in his | | |
| 303 6 | monthly report. | | |
| 303 7 | Do you see that? | | |
| 303 8 | A.   Yes. | | |
| 303 9 | Q.   And that had caused a big | | |
| 303 10 | problem, because the plugs down in Mexico | | |
| 303 11 | were coming in out of spec, right? | | |
| 303 12 | MR. FIELDS:  Objection to form. | | |
| 303 13 | THE WITNESS:  That, I do not | | |
| 303 14 | know or recall. | | |
| 303 15 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 303 16 | Q.   Okay.  Because just a day | | |
| 303 17 | earlier, you had approved a waiver to sell | | |
| 303 18 | the plugs as-is out of spec, right? | | |

| | | | |
|---|---|---|---|
| 303 19 | MR. FIELDS:  Objection to form. | | |
| 303 20 | THE WITNESS:  I approved a | | |
| 303 21 | quality waiver. | | |
| 303 22 | (Klun Exhibit 38 marked for | | |
| 303 23 | identification.) | | |
| 303:9 - 303:14   Klun | | **Re: [303:9-303:14]** | **OVERRULED** |
| 303 9 | Q.    And that had caused a big | **Def Obj** Foundation (602); Vague (611, | |
| 303 10 | problem, because the plugs down in Mexico | 403); 702 | |
| 303 11 | were coming in out of spec, right? | | |
| 303 12 | MR. FIELDS:  Objection to form. | | |
| 303 13 | THE WITNESS:  That, I do not | | |
| 303 14 | know or recall. | | |
| 303:16 - 303:21   Klun | | **Re: [303:16-303:21]** | **OVERRULED** |
| 303 16 | Q.    Okay.  Because just a day | **Def Obj** Misstates; Argumentative (611, | |
| 303 17 | earlier, you had approved a waiver to sell | 403) | |
| 303 18 | the plugs as-is out of spec, right? | | |
| 303 19 | MR. FIELDS:  Objection to form. | | |
| 303 20 | THE WITNESS:  I approved a | | |
| 303 21 | quality waiver. | | |
| 304:21 - 307:16   Klun | | **Re: [304:21-307:16]** | **OVERRULED** |
| 304 21 | Q.    So if we can look up at the top | **Def Obj** 3M MIL No. 26 | |
| 304 22 | there, you see that there is a type of | | |
| 304 23 | request, and the number is 351. | | |
| 304 24 | Do you see that? | | |
| 304 25 | A.    Yes. | | |
| 305 1 | Q.    And it says, "Waiver, | | |
| 305 2 | permission to accept as-is." | | |
| 305 3 | Do you see that? | | |
| 305 4 | A.    Yes. | | |
| 305 5 | Q.    And as-is means you're just | | |
| 305 6 | going to sell it with whatever defects it | | |
| 305 7 | has.  As-is, right? | | |
| 305 8 | MR. FIELDS:  Objection to form. | | |
| 305 9 | THE WITNESS:  I don't agree. | | |
| 305 10 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 305 11 | Q.    I mean, as -- | | |
| 305 12 | A.    Waiver is -- a waiver doesn't | | |
| 305 13 | mean it's out of spec. | | |
| 305 14 | Q.    The waiver says, "permission to | | |

Klun

305 15    accept, quote, 'as-is.'"
305 16    That's what it says on the
305 17    document, right?
305 18    A.    That's what it says, "as-is."
305 19    Q.    Right.
305 20    And so if we can look down --
305 21    and we just saw where Ron Kieper -- if we
305 22    could just --
305 23    Yeah, just blow up that test
305 24    number/process paragraph and through
305 25    discrepancy, Zach.
306 1    We saw where Mr. Kieper had
306 2    reported that there was an 80 percent failure
306 3    rate of the plugs being out of spec.
306 4    MR. FIELDS:  Objection to form.
306 5    QUESTIONS BY MR. OVERHOLTZ:
306 6    Q.    Right?
306 7    A.    That's what the document says.
306 8    Q.    Right.
306 9    And so if we see here it says,
306 10    "test number/process," and then it has a
306 11    section called Percent Defective.
306 12    Do you see that?
306 13    A.    Yes.
306 14    Q.    And the number is 80 percent,
306 15    isn't it?
306 16    A.    That's what the document says.
306 17    Q.    Just like Mr. Berger wrote in
306 18    his monthly report, right?
306 19    A.    I'd have to see the report of
306 20    what he wrote to me in the report.
306 21    Q.    I mean, it's the one we just
306 22    looked at.
306 23    Do you see the paragraph that
306 24    says, "discrepancy, explanation of need to
306 25    waive this product"?
307 1    A.    Yes.
307 2    Q.    Reason for deviating from the
307 3    process?

| | | |
|---|---|---|
| 307 4   A.   Uh-huh. | | |
| 307 5   Q.   It says, "Request that the spec | | |
| 307 6   range for the Mexico test equipment be | | |
| 307 7   increased, both upper and lower limits, by | | |
| 307 8   .6 MVs for a temporary time until the test | | |
| 307 9   equipment can be tested/calibrated by E-A-R | | |
| 307 10   Specialty Composites." | | |
| 307 11   Do you see that? | | |
| 307 12   A.   Yes. | | |
| 307 13   And then it says, "By | | |
| 307 14   increasing the range, the test equipment will | | |
| 307 15   be comparable to equipment at ER -- ERA | | |
| 307 16   Specialty Composites." | | |
| 305:5 - 305:9   Klun | Re: [305:5-305:9] | OVERRULED |
| 305 5   Q.   And as-is means you're just | Def Obj Argumentative; Misstates (611, | |
| 305 6   going to sell it with whatever defects it | 403) | |
| 305 7   has.  As-is, right? | | |
| 305 8   MR. FIELDS:  Objection to form. | | |
| 305 9   THE WITNESS:  I don't agree. | | |
| 306:1 - 306:7   Klun | Re: [306:1-306:7] | OVERRULED |
| 306 1   We saw where Mr. Kieper had | Def Obj Foundation (602); 702 | |
| 306 2   reported that there was an 80 percent failure | | |
| 306 3   rate of the plugs being out of spec. | | |
| 306 4   MR. FIELDS:  Objection to form. | | |
| 306 5   QUESTIONS BY MR. OVERHOLTZ: | | |
| 306 6   Q.   Right? | | |
| 306 7   A.   That's what the document says. | | |
| 308:2 - 308:6   Klun | | |
| 308 2   (Klun Exhibit 39 marked for | | |
| 308 3   identification.) | | |
| 308 4   QUESTIONS BY MR. OVERHOLTZ: | | |
| 308 5   Q.   So if we then look at what | | |
| 308 6   happened next -- if we can bring up slide 87, | | |
| 308:9 - 311:12   Klun | Re: [308:9-311:12] | OVERRULED |
| 308 9   You see this is an e-mail at | Def Obj 3M MIL No. 26 | |
| 308 10   the top of the page from you on May 7, 2003, | | |
| 308 11   with the subject line being "the waiver 351 | | |
| 308 12   on the Combat Arms filter." | | |
| 308 13   Do you see that? | | |

Klun

308 14      A.    Uh-huh.  Yes.
308 15      Q.    Okay.  So on May 7, 2003, you
308 16      wrote to Greg Grogan, Steve Todor, Bob
308 17      Zielinski, Dick Knauer, Bill Bogdan and said,
308 18      "Gordon, I have talked to Dick Knauer and
308 19      Steve Todor.  Based on their input, I approve
308 20      this waiver."
308 21      Right?
308 22      A.    I approved my section of the
308 23      waiver --
308 24      Q.    From the quality department you
308 25      approved the waiver; is that right?
309 1       A.    No, I don't agree.  Quality
309 2       would have been Steve Todor.
309 3       Q.    Okay.  What would have been --
309 4       by 2003 then, you would have been a technical
309 5       approval, right?
309 6       A.    Correct, along with Dick
309 7       Knauer.
309 8       Q.    Yeah.  Dick Knauer was Elliott
309 9       Berger's boss and Kieper's boss, and he
309 10      reported up the chain to you in technical,
309 11      right?
309 12      A.    Dick's -- Dick's the subject
309 13      matter expert.
309 14      Q.    Yeah.
309 15      And so you talked to him, and
309 16      you approved this waiver to sell those
309 17      earplugs and accept the ones, the 80 percent,
309 18      that were out of spec, right?
309 19      MR. FIELDS:  Objection to form.
309 20      THE WITNESS:  As a technical --
309 21      as a technical representative, I
309 22      approved my portion of the label.
309 23      QUESTIONS BY MR. OVERHOLTZ:
309 24      Q.    And that meant that those
309 25      80 percent plugs that were out of spec
310 1       originally could now be accepted as-is by
310 2       increasing the spec range, right?

Klun                                                                                          92

| | | |
|---|---|---|
| 310 3    MR. FIELDS:  Objection to form. | | |
| 310 4    THE WITNESS:  I'm not a subject | | |
| 310 5    matter expert. | | |
| 310 6    QUESTIONS BY MR. OVERHOLTZ: | | |
| 310 7    Q.    But we know -- | | |
| 310 8    A.    I -- | | |
| 310 9    Q.    Go ahead. | | |
| 310 10    A.    Go ahead.  Go ahead. | | |
| 310 11    Q.    When you approved this waiver | | |
| 310 12    in May of '03, Mr. Kieper knew that the | | |
| 310 13    people down in Mexico had lost the | | |
| 310 14    calibration plugs.  The machines weren't even | | |
| 310 15    calibrated. | | |
| 310 16    MR. FIELDS:  Objection to form. | | |
| 310 17    THE WITNESS:  I did not know. | | |
| 310 18    QUESTIONS BY MR. OVERHOLTZ: | | |
| 310 19    Q.    So the specs that you were -- | | |
| 310 20    A.    Nor -- that situation. | | |
| 310 21    Q.    I mean, the spec range that | | |
| 310 22    gets increased on this waiver, it's going to | | |
| 310 23    be applied by machines where the calibration | | |
| 310 24    plugs have been lost. | | |
| 310 25    That was the situation, right? | | |
| 311 1    MR. FIELDS:  Objection to form. | | |
| 311 2    THE WITNESS:  I don't know nor | | |
| 311 3    recall. | | |
| 311 4    QUESTIONS BY MR. OVERHOLTZ: | | |
| 311 5    Q.    I mean, and this testing | | |
| 311 6    problem was causing problems for 3M to meet | | |
| 311 7    orders, right, and that's why you had to | | |
| 311 8    grant the waivers? | | |
| 311 9    A.    That, I can't recall. | | |
| 311 10    (Klun Exhibits 40 and 41 marked | | |
| 311 11    for identification.) | | |
| 311 12    QUESTIONS BY MR. OVERHOLTZ: | | |
| 309:15 - 309:22    Klun | Re: [309:15-309:22] | **OVERRULED** |
| 309 15    And so you talked to him, and | **Def Obj** Hearsay (801, 802); | |
| 309 16    you approved this waiver to sell those | Argumentative; Misstates (611, 403) | |
| 309 17    earplugs and accept the ones, the 80 percent, | | |

| | | |
|---|---|---|
| 309 18    that were out of spec, right?<br>309 19    MR. FIELDS:  Objection to form.<br>309 20    THE WITNESS:  As a technical --<br>309 21    as a technical representative, I<br>309 22    approved my portion of the label. | | |
| 309:24 - 310:5   Klun<br>309 24    Q.    And that meant that those<br>309 25    80 percent plugs that were out of spec<br>310 1    originally could now be accepted as-is by<br>310 2    increasing the spec range, right?<br>310 3    MR. FIELDS:  Objection to form.<br>310 4    THE WITNESS:  I'm not a subject<br>310 5    matter expert. | **Re: [309:24-310:5]**<br>**Def Obj** Foundation (602); 702 | **OVERRULED** |
| 310:11 - 310:17   Klun<br>310 11    Q.    When you approved this waiver<br>310 12    in May of '03, Mr. Kieper knew that the<br>310 13    people down in Mexico had lost the<br>310 14    calibration plugs.  The machines weren't even<br>310 15    calibrated.<br>310 16    MR. FIELDS:  Objection to form.<br>310 17    THE WITNESS:  I did not know. | **Re: [310:11-310:17]**<br>**Def Obj** Argumentative; Misstates (611, 403); Foundation (602) | **SUSTAINED** |
| 310:21 - 311:3   Klun<br>310 21    Q.    I mean, the spec range that<br>310 22    gets increased on this waiver, it's going to<br>310 23    be applied by machines where the calibration<br>310 24    plugs have been lost.<br>310 25    That was the situation, right?<br>311 1    MR. FIELDS:  Objection to form.<br>311 2    THE WITNESS:  I don't know nor<br>311 3    recall. | **Re: [310:21-311:3]**<br>**Def Obj** Foundation (602); 702 | **OVERRULED** |
| 311:16 - 311:20   Klun<br>311 16    And if you can see, there's an<br>311 17    e-mail from Bob Zielinski to Dick Knauer at<br>311 18    the bottom of the screen there.<br>311 19    Can you see that, Mr. Klun?<br>311 20    A.    Yes. | | |
| 312:1 - 312:1   Klun<br>312 1    QUESTIONS BY MR. OVERHOLTZ: | | |
| 312:2 - 313:24   Klun | **Re: [312:2-313:24]** | **OVERRULED** |

| | | |
|---|---|---|
| 312 2    Q.   It says, "Dick, as you can see | **Def Obj** Foundation (602) | |
| 312 3    from these messages, they are continuing to | | |
| 312 4    increase the forecast on the Combat Arms | | |
| 312 5    plugs.  We have word that we might get an | | |
| 312 6    order for over 300,000 pair.  If we do, we | | |
| 312 7    will not be able to fill that order | | |
| 312 8    completely until sometime in September | | |
| 312 9    because of constraint at the tester." | | |
| 312 10    Do you see that? | | |
| 312 11    A.   Yes. | | |
| 312 12    Q.   And so Dick Knauer, who | | |
| 312 13    reported to you, e-mails Elliott Berger and | | |
| 312 14    says, "Berger, please see attached," on July | | |
| 312 15    26, 2004. | | |
| 312 16    Do you see that? | | |
| 312 17    A.   Not yet, I don't see this. | | |
| 312 18    Q.   It's up at the top of the | | |
| 312 19    screen there.  That's the response e-mail. | | |
| 312 20    A.   Okay.  All right. | | |
| 312 21    MR. FIELDS:  I'm sorry, | | |
| 312 22    Mr. Overholtz -- | | |
| 312 23    MR. OVERHOLTZ:  This will be | | |
| 312 24    Exhibit 41. | | |
| 312 25 | | |
| 313 1    QUESTIONS BY MR. OVERHOLTZ: | | |
| 313 2    Q.   So if we look at Exhibit 41, | | |
| 313 3    and I've got it blown up there on the left | | |
| 313 4    there of the screen, your report, Dick | | |
| 313 5    Knauer, e-mails Elliott Berger and says, | | |
| 313 6    "Berger, based on this request, please check | | |
| 313 7    on the timing and cost of both one new and | | |
| 313 8    two new test units." | | |
| 313 9    Do you see that? | | |
| 313 10    A.   Yes, I see it. | | |
| 313 11    Q.   Did Mr. Knauer tell you, hey, | | |
| 313 12    hey, Mr. Klun, they're having problems and | | |
| 313 13    constraints at the tester.  We need to try to | | |
| 313 14    get some new test units? | | |
| 313 15    A.   No, I do not know nor recall. | | |

Klun                                                                                                  95

| | | |
|---|---|---|
| 313 16   Q.   I mean, you're having problems, | | |
| 313 17   you're selling as-is plugs under waiver, and | | |
| 313 18   you're talking about buying one, maybe two, | | |
| 313 19   $700 machines to test the plugs? | | |
| 313 20   MR. FIELDS:  Objection. | | |
| 313 21   Argumentative. | | |
| 313 22   THE WITNESS:  That's what I | | |
| 313 23   said.  I don't know nor recall this | | |
| 313 24   document. | | |
| 312:2 - 319:8   Klun | Re: [312:2-319:8]<br>Def Obj 3M MIL No. 26 | **NEEDS TO BE REMOVED—**<br>**DUPLICATIVE** |
| 312 2    Q.   It says, "Dick, as you can see | | |
| 312 3    from these messages, they are continuing to | | |
| 312 4    increase the forecast on the Combat Arms | | |
| 312 5    plugs.  We have word that we might get an | | |
| 312 6    order for over 300,000 pair.  If we do, we | | |
| 312 7    will not be able to fill that order | | |
| 312 8    completely until sometime in September | | |
| 312 9    because of constraint at the tester." | | |
| 312 10   Do you see that? | | |
| 312 11   A.   Yes. | | |
| 312 12   Q.   And so Dick Knauer, who | | |
| 312 13   reported to you, e-mails Elliott Berger and | | |
| 312 14   says, "Berger, please see attached," on July | | |
| 312 15   26, 2004. | | |
| 312 16   Do you see that? | | |
| 312 17   A.   Not yet, I don't see this. | | |
| 312 18   Q.   It's up at the top of the | | |
| 312 19   screen there.  That's the response e-mail. | | |
| 312 20   A.   Okay.  All right. | | |
| 312 21   MR. FIELDS:  I'm sorry, | | |
| 312 22   Mr. Overholtz -- | | |
| 312 23   MR. OVERHOLTZ:  This will be | | |
| 312 24   Exhibit 41. | | |
| 312 25 | | |
| 313 1    QUESTIONS BY MR. OVERHOLTZ: | | |
| 313 2    Q.   So if we look at Exhibit 41, | | |
| 313 3    and I've got it blown up there on the left | | |
| 313 4    there of the screen, your report, Dick | | |
| 313 5    Knauer, e-mails Elliott Berger and says, | | |

313 6      "Berger, based on this request, please check
313 7      on the timing and cost of both one new and
313 8      two new test units."
313 9      Do you see that?
313 10     A.   Yes, I see it.
313 11     Q.   Did Mr. Knauer tell you, hey,
313 12     hey, Mr. Klun, they're having problems and
313 13     constraints at the tester.  We need to try to
313 14     get some new test units?
313 15     A.   No, I do not know nor recall.
313 16     Q.   I mean, you're having problems,
313 17     you're selling as-is plugs under waiver, and
313 18     you're talking about buying one, maybe two,
313 19     $700 machines to test the plugs?
313 20     MR. FIELDS:  Objection.
313 21     Argumentative.
313 22     THE WITNESS:  That's what I
313 23     said.  I don't know nor recall this
313 24     document.
313 25
314 1      QUESTIONS BY MR. OVERHOLTZ:
314 2      Q.   Okay.  So in light of this,
314 3      instead of -- instead of getting the machines
314 4      fixed, you guys just grant another quality
314 5      waiver down in Mexico, right?
314 6      A.   I don't know nor recall.
314 7      (Klun Exhibit 42 marked for
314 8      identification.)
314 9      QUESTIONS BY MR. OVERHOLTZ:
314 10     Q.   All right.  Let's look at
314 11     slide 92, if we can, Zach, and we'll mark
314 12     this as Exhibit 42, which is BK-408.
314 13     And I've written on the right
314 14     there that October 11th, Aearo issues a
314 15     second quality waiver for the ARC testing in
314 16     Mexico.
314 17     Do you remember the second
314 18     waiver that got approved?
314 19     A.   No, I do not recall.

314 20      Q.    And if we look at this waiver,
314 21      it's number 416, dated October 11, 2004,
314 22      there on the top right.
314 23      Do you see that?
314 24      A.    Yes.
314 25      Q.    And then it says -- this time
315 1      it's marked "deviation, permission in advance
315 2      of manufacture," right?
315 3      A.    Yes.
315 4      Q.    Okay.  And so the -- and the
315 5      finished product is the Combat Arms, right?
315 6      A.    Yes.
315 7      Q.    Okay.  And it has a
315 8      specification value of the original result,
315 9      and then it has an actual value.
315 10      Do you see that?
315 11      A.    Yes.
315 12      Q.    It says "Discrepancy" in the
315 13      next paragraph.
315 14      Can you read that?
315 15      A.    There we go.
315 16      Q.    It says, "Discrepancy:  Request
315 17      that the test range for the Mexico test
315 18      equipment be increased, raising the upper
315 19      limit to 6.1.  This will be in effect for
315 20      35 days.  At that time, TJR agrees to send
315 21      their test unit to Indianapolis to have it
315 22      calibrated -- recalibrated by E-A-RCAL."
315 23      Do you see that?
315 24      A.    Yes.
315 25      Q.    So for 35 days they're going to
316 1      keep putting Combat Arms plugs together and
316 2      testing them on the machines that haven't
316 3      been calibrated, to sell to the US military,
316 4      right?
316 5      MR. FIELDS:  Objection to form.
316 6      THE WITNESS:  Go with what the
316 7      document says.
316 8      QUESTIONS BY MR. OVERHOLTZ:

Klun                                                                                          98

316 9      Q.    All right.  And then under
316 10     Material Disposition below it says, "Use,
316 11     quote, 'as-is.'"
316 12     Right?
316 13     And it's approved by quality,
316 14     technical and contract manufacturing.
316 15     Do you see that?
316 16     A.    Yes.
316 17     Is my name on there?
316 18     Q.    No, I didn't see your name.  I
316 19     saw Dick Knauer, who reported to you, on
316 20     there.
316 21     A.    Okay.
316 22     Q.    He was technical, right?
316 23     A.    Correct.  So then I'll just say
316 24     I don't know nor recall this document.
316 25     Q.    Well, let me ask you this:
317 1      When these plugs that were assembled and
317 2      tested and accepted as-is that were made
317 3      under waiver, did you guys send a copy of
317 4      this waiver information to the military with
317 5      the boxes of plugs so they'd know about it?
317 6      MR. FIELDS:  Objection to form.
317 7      THE WITNESS:  I do not know nor
317 8      recall.
317 9      QUESTIONS BY MR. OVERHOLTZ:
317 10     Q.    Do you think they deserved to
317 11     know that the plugs they were buying, that
317 12     Aearo was letting the people in Mexico sell
317 13     plugs that were out of spec, on uncalibrated
317 14     machines?
317 15     MR. FIELDS:  Objection.  Form.
317 16     THE WITNESS:  Again, I don't
317 17     know nor recall this.
317 18     QUESTIONS BY MR. OVERHOLTZ:
317 19     Q.    Yeah, but what do you think is
317 20     right or wrong?  Do you have an idea as to
317 21     whether or not it's wrong to sell plugs that
317 22     are out of spec, on uncalibrated machines, to

Klun

| | | |
|---|---|---|
| 317 23    the United States military for the soldiers | | |
| 317 24     to rely on when they were being deployed over | | |
| 317 25     to Afghanistan and Iraq in 2004? | | |
| 318 1     MR. FIELDS:  Objection.  Form. | | |
| 318 2     THE WITNESS:  This is a waiver | | |
| 318 3     of the test equipment, not the | | |
| 318 4     product. | | |
| 318 5     QUESTIONS BY MR. OVERHOLTZ: | | |
| 318 6     Q.    Yeah, they -- and without | | |
| 318 7     calibration and without proper testing, you | | |
| 318 8     can't verify the quality of the product, | | |
| 318 9     right? | | |
| 318 10     MR. FIELDS:  Objection.  Form. | | |
| 318 11     THE WITNESS:  Not being a | | |
| 318 12     subject matter expert, I don't know | | |
| 318 13     nor can I recall this. | | |
| 318 14     QUESTIONS BY MR. OVERHOLTZ: | | |
| 318 15     Q.    So in November of 2004, as we | | |
| 318 16     saw previously in Exhibit 16, you sent Ron | | |
| 318 17     and Bob down to Mexico to check on the | | |
| 318 18     situation, right? | | |
| 318 19     A.    The company sent Ron and Bob | | |
| 318 20     down, yes. | | |
| 318 21     Q.    All right.  And if we can look | | |
| 318 22     at slide 100 again, Zach. | | |
| 318 23     You sent this e-mail -- or this | | |
| 318 24     is fine.  You sent this e-mail on | | |
| 318 25     November 19, '04, to Kieper and Knauer, Todor | | |
| 319 1     and Power and Zielinski regarding TJR | | |
| 319 2     quality, and you attach an action plan -- | | |
| 319 3     A.    Yes, that's what the document | | |
| 319 4     says. | | |
| 319 5     Q.    Right. | | |
| 319 6     And then it said the plans are | | |
| 319 7     for Bob and Ron to travel to Mexico, right? | | |
| 319 8     A.    Yes. | | |
| 313:16 - 313:24   Klun | **Re: [313:16-313:24]** | **OVERRULED** |
| 313 16     Q.    I mean, you're having problems, | **Def Obj** Hearsay (801, 802); | |
| 313 17     you're selling as-is plugs under waiver, and | Argumentative (611, 403); Foundation | |

Klun                                                                                                          100

| | | |
|---|---|---|
| 313 18 you're talking about buying one, maybe two, | (602); 702 | |
| 313 19 $700 machines to test the plugs? | | |
| 313 20 MR. FIELDS:  Objection. | | |
| 313 21 Argumentative. | | |
| 313 22 THE WITNESS:  That's what I | | |
| 313 23 said.  I don't know nor recall this | | |
| 313 24 document. | | |
| 314:2 - 319:8 Klun | **Re: [314:2-319:8]** | **OVERRULED** |
| 314 2 Q.    Okay.  So in light of this, | **Def Obj** 3M MIL No. 26 | |
| 314 3 instead of -- instead of getting the machines | | |
| 314 4 fixed, you guys just grant another quality | | |
| 314 5 waiver down in Mexico, right? | | |
| 314 6 A.    I don't know nor recall. | | |
| 314 7 (Klun Exhibit 42 marked for | | |
| 314 8 identification.) | | |
| 314 9 QUESTIONS BY MR. OVERHOLTZ: | | |
| 314 10 Q.    All right.  Let's look at | | |
| 314 11 slide 92, if we can, Zach, and we'll mark | | |
| 314 12 this as Exhibit 42, which is BK-408. | | |
| 314 13 And I've written on the right | | |
| 314 14 there that October 11th, Aearo issues a | | |
| 314 15 second quality waiver for the ARC testing in | | |
| 314 16 Mexico. | | |
| 314 17 Do you remember the second | | |
| 314 18 waiver that got approved? | | |
| 314 19 A.    No, I do not recall. | | |
| 314 20 Q.    And if we look at this waiver, | | |
| 314 21 it's number 416, dated October 11, 2004, | | |
| 314 22 there on the top right. | | |
| 314 23 Do you see that? | | |
| 314 24 A.    Yes. | | |
| 314 25 Q.    And then it says -- this time | | |
| 315 1 it's marked "deviation, permission in advance | | |
| 315 2 of manufacture," right? | | |
| 315 3 A.    Yes. | | |
| 315 4 Q.    Okay.  And so the -- and the | | |
| 315 5 finished product is the Combat Arms, right? | | |
| 315 6 A.    Yes. | | |
| 315 7 Q.    Okay.  And it has a | | |

315 8     specification value of the original result,
315 9     and then it has an actual value.
315 10    Do you see that?
315 11    A.   Yes.
315 12    Q.   It says "Discrepancy" in the
315 13    next paragraph.
315 14    Can you read that?
315 15    A.   There we go.
315 16    Q.   It says, "Discrepancy:  Request
315 17    that the test range for the Mexico test
315 18    equipment be increased, raising the upper
315 19    limit to 6.1.  This will be in effect for
315 20    35 days.  At that time, TJR agrees to send
315 21    their test unit to Indianapolis to have it
315 22    calibrated -- recalibrated by E-A-RCAL."
315 23    Do you see that?
315 24    A.   Yes.
315 25    Q.   So for 35 days they're going to
316 1     keep putting Combat Arms plugs together and
316 2     testing them on the machines that haven't
316 3     been calibrated, to sell to the US military,
316 4     right?
316 5     MR. FIELDS:  Objection to form.
316 6     THE WITNESS:  Go with what the
316 7     document says.
316 8     QUESTIONS BY MR. OVERHOLTZ:
316 9     Q.   All right.  And then under
316 10    Material Disposition below it says, "Use,
316 11    quote, 'as-is.'"
316 12    Right?
316 13    And it's approved by quality,
316 14    technical and contract manufacturing.
316 15    Do you see that?
316 16    A.   Yes.
316 17    Is my name on there?
316 18    Q.   No, I didn't see your name.  I
316 19    saw Dick Knauer, who reported to you, on
316 20    there.
316 21    A.   Okay.

316 22   Q.  He was technical, right?
316 23   A.  Correct.  So then I'll just say
316 24   I don't know nor recall this document.
316 25   Q.  Well, let me ask you this:
317 1   When these plugs that were assembled and
317 2   tested and accepted as-is that were made
317 3   under waiver, did you guys send a copy of
317 4   this waiver information to the military with
317 5   the boxes of plugs so they'd know about it?
317 6   MR. FIELDS:  Objection to form.
317 7   THE WITNESS:  I do not know nor
317 8   recall.
317 9   QUESTIONS BY MR. OVERHOLTZ:
317 10   Q.  Do you think they deserved to
317 11   know that the plugs they were buying, that
317 12   Aearo was letting the people in Mexico sell
317 13   plugs that were out of spec, on uncalibrated
317 14   machines?
317 15   MR. FIELDS:  Objection.  Form.
317 16   THE WITNESS:  Again, I don't
317 17   know nor recall this.
317 18   QUESTIONS BY MR. OVERHOLTZ:
317 19   Q.  Yeah, but what do you think is
317 20   right or wrong?  Do you have an idea as to
317 21   whether or not it's wrong to sell plugs that
317 22   are out of spec, on uncalibrated machines, to
317 23   the United States military for the soldiers
317 24   to rely on when they were being deployed over
317 25   to Afghanistan and Iraq in 2004?
318 1   MR. FIELDS:  Objection.  Form.
318 2   THE WITNESS:  This is a waiver
318 3   of the test equipment, not the
318 4   product.
318 5   QUESTIONS BY MR. OVERHOLTZ:
318 6   Q.  Yeah, they -- and without
318 7   calibration and without proper testing, you
318 8   can't verify the quality of the product,
318 9   right?
318 10   MR. FIELDS:  Objection.  Form.

| | | |
|---|---|---|
| 318 11     THE WITNESS: Not being a | | |
| 318 12     subject matter expert, I don't know | | |
| 318 13     nor can I recall this. | | |
| 318 14     QUESTIONS BY MR. OVERHOLTZ: | | |
| 318 15     Q.    So in November of 2004, as we | | |
| 318 16     saw previously in Exhibit 16, you sent Ron | | |
| 318 17     and Bob down to Mexico to check on the | | |
| 318 18     situation, right? | | |
| 318 19     A.    The company sent Ron and Bob | | |
| 318 20     down, yes. | | |
| 318 21     Q.    All right.  And if we can look | | |
| 318 22     at slide 100 again, Zach. | | |
| 318 23     You sent this e-mail -- or this | | |
| 318 24     is fine.  You sent this e-mail on | | |
| 318 25     November 19, '04, to Kieper and Knauer, Todor | | |
| 319 1     and Power and Zielinski regarding TJR | | |
| 319 2     quality, and you attach an action plan -- | | |
| 319 3     A.    Yes, that's what the document | | |
| 319 4     says. | | |
| 319 5     Q.    Right. | | |
| 319 6     And then it said the plans are | | |
| 319 7     for Bob and Ron to travel to Mexico, right? | | |
| 319 8     A.    Yes. | | |
| 314:10 - 316:24   Klun | Re: [314:10-316:24] | OVERRULED |
| 314 10     Q.    All right.  Let's look at | Def Obj Foundation (602) | |
| 314 11     slide 92, if we can, Zach, and we'll mark | | |
| 314 12     this as Exhibit 42, which is BK-408. | | |
| 314 13     And I've written on the right | | |
| 314 14     there that October 11th, Aearo issues a | | |
| 314 15     second quality waiver for the ARC testing in | | |
| 314 16     Mexico. | | |
| 314 17     Do you remember the second | | |
| 314 18     waiver that got approved? | | |
| 314 19     A.    No, I do not recall. | | |
| 314 20     Q.    And if we look at this waiver, | | |
| 314 21     it's number 416, dated October 11, 2004, | | |
| 314 22     there on the top right. | | |
| 314 23     Do you see that? | | |
| 314 24     A.    Yes. | | |

314 25    Q.    And then it says -- this time
315 1     it's marked "deviation, permission in advance
315 2     of manufacture," right?
315 3     A.    Yes.
315 4     Q.    Okay.  And so the -- and the
315 5     finished product is the Combat Arms, right?
315 6     A.    Yes.
315 7     Q.    Okay.  And it has a
315 8     specification value of the original result,
315 9     and then it has an actual value.
315 10    Do you see that?
315 11    A.    Yes.
315 12    Q.    It says "Discrepancy" in the
315 13    next paragraph.
315 14    Can you read that?
315 15    A.    There we go.
315 16    Q.    It says, "Discrepancy:  Request
315 17    that the test range for the Mexico test
315 18    equipment be increased, raising the upper
315 19    limit to 6.1.  This will be in effect for
315 20    35 days.  At that time, TJR agrees to send
315 21    their test unit to Indianapolis to have it
315 22    calibrated -- recalibrated by E-A-RCAL."
315 23    Do you see that?
315 24    A.    Yes.
315 25    Q.    So for 35 days they're going to
316 1     keep putting Combat Arms plugs together and
316 2     testing them on the machines that haven't
316 3     been calibrated, to sell to the US military,
316 4     right?
316 5     MR. FIELDS:  Objection to form.
316 6     THE WITNESS:  Go with what the
316 7     document says.
316 8     QUESTIONS BY MR. OVERHOLTZ:
316 9     Q.    All right.  And then under
316 10    Material Disposition below it says, "Use,
316 11    quote, 'as-is.'"
316 12    Right?
316 13    And it's approved by quality,

| | | |
|---|---|---|
| 316 14   technical and contract manufacturing. | | |
| 316 15   Do you see that? | | |
| 316 16   A.   Yes. | | |
| 316 17   Is my name on there? | | |
| 316 18   Q.   No, I didn't see your name.  I | | |
| 316 19   saw Dick Knauer, who reported to you, on | | |
| 316 20   there. | | |
| 316 21   A.   Okay. | | |
| 316 22   Q.   He was technical, right? | | |
| 316 23   A.   Correct.  So then I'll just say | | |
| 316 24   I don't know nor recall this document. | | |
| 315:25 - 316:7   Klun | Re: [315:25-316:7] | OVERRULED |
| 315 25   Q.   So for 35 days they're going to | Def Obj Foundation (602); | |
| 316 1   keep putting Combat Arms plugs together and | Argumentative; Misstates (611, 403); | |
| 316 2   testing them on the machines that haven't | Hearsay (801, 802) | |
| 316 3   been calibrated, to sell to the US military, | | |
| 316 4   right? | | |
| 316 5   MR. FIELDS:  Objection to form. | | |
| 316 6   THE WITNESS:  Go with what the | | |
| 316 7   document says. | | |
| 316:25 - 317:8   Klun | Re: [316:25-317:8] | OVERRULED |
| 316 25   Q.   Well, let me ask you this: | Def Obj Foundation (602); Compound | |
| 317 1   When these plugs that were assembled and | (611, 403) | |
| 317 2   tested and accepted as-is that were made | | |
| 317 3   under waiver, did you guys send a copy of | | |
| 317 4   this waiver information to the military with | | |
| 317 5   the boxes of plugs so they'd know about it? | | |
| 317 6   MR. FIELDS:  Objection to form. | | |
| 317 7   THE WITNESS:  I do not know nor | | |
| 317 8   recall. | | |
| 317:10 - 317:17   Klun | Re: [317:10-317:17] | SUSTAINED |
| 317 10   Q.   Do you think they deserved to | Def Obj Foundation (602); Misstates; | |
| 317 11   know that the plugs they were buying, that | Argumentative (611, 403); 701 | |
| 317 12   Aearo was letting the people in Mexico sell | | |
| 317 13   plugs that were out of spec, on uncalibrated | | |
| 317 14   machines? | | |
| 317 15   MR. FIELDS:  Objection.  Form. | | |
| 317 16   THE WITNESS:  Again, I don't | | |
| 317 17   know nor recall this. | | |

| | | | |
|---|---|---|---|
| 317:19 - 318:4 | Klun | **Re: [317:19-318:4]** | **OVERRULED; however, the** |
| 317 19 | Q.   Yeah, but what do you think is | **Def Obj** 701; Foundation (602); | **following lines must be deleted:  "for** |
| 317 20 | right or wrong?  Do you have an idea as to | Misstates; Argumentative (611, 403) | **the soldiers to rely on when they were** |
| 317 21 | whether or not it's wrong to sell plugs that | | **being deployed over to Afghanistan** |
| 317 22 | are out of spec, on uncalibrated machines, to | | **and Iraq in 2004"** |
| 317 23 | the United States military for the soldiers | | |
| 317 24 | to rely on when they were being deployed over | | |
| 317 25 | to Afghanistan and Iraq in 2004? | | |
| 318 1 | MR. FIELDS:  Objection.  Form. | | |
| 318 2 | THE WITNESS:  This is a waiver | | |
| 318 3 | of the test equipment, not the | | |
| 318 4 | product. | | |
| 318:6 - 318:13 | Klun | **Re: [318:6-318:13]** | **OVERRULED** |
| 318 6 | Q.   Yeah, they -- and without | **Def Obj** Foundation (602); 702 | |
| 318 7 | calibration and without proper testing, you | | |
| 318 8 | can't verify the quality of the product, | | |
| 318 9 | right? | | |
| 318 10 | MR. FIELDS:  Objection.  Form. | | |
| 318 11 | THE WITNESS:  Not being a | | |
| 318 12 | subject matter expert, I don't know | | |
| 318 13 | nor can I recall this. | | |
| 319:23 - 320:2 | Klun | **Re: [319:23-320:2]** | **OVERRULED** |
| 319 23 | Q.   That's the one on number 3 that | **Def Obj** 3M MIL No. 26 | |
| 319 24 | said, "because of equipment measurement | | |
| 319 25 | problems, TJR continues to operate with a | | |
| 320 1 | quality waiver," right? | | |
| 320 2 | A.   Yes. | | |
| 320:11 - 323:2 | Klun | **Re: [320:11-323:2]** | **OVERRULED** |
| 320 11 | Q.   I mean, this action plan on the | **Def Obj** 3M MIL No. 26 | |
| 320 12 | slide 104, the third page, it said, "R&D | | |
| 320 13 | quality problem for many reasons has taken | | |
| 320 14 | over six months to address equipment | | |
| 320 15 | calibration problems for the Combat Arms | | |
| 320 16 | product." | | |
| 320 17 | Do you see that? | | |
| 320 18 | A.   It says, "R&D quality | | |
| 320 19 | position," not problem. | | |
| 320 20 | Q.   Oh.  Let's do it again. | | |
| 320 21 | "R&D quality position," right? | | |

320 22   A.   Right.
320 23   Q.   "For many reasons has taken
320 24   over six months to address equipment
320 25   calibration problems for the Combat Arms
321 1   product," right?
321 2   A.   That's what the document says.
321 3   Q.   But we know from the documents
321 4   that the plugs had been lost since at least
321 5   August of '02, right?
321 6   MR. FIELDS:  Objection.  Form.
321 7   THE WITNESS:  That, I do not
321 8   know.
321 9   QUESTIONS BY MR. OVERHOLTZ:
321 10   Q.   I mean, this is two years
321 11   later --
321 12   A.   Nor recall.
321 13   Q.   This is two years later from
321 14   Mr. Ramirez e-mailing "we've lost the
321 15   calibration plugs," right?
321 16   MR. FIELDS:  Objection.  Form.
321 17   THE WITNESS:  I do not know nor
321 18   recall that e-mail.
321 19   QUESTIONS BY MR. OVERHOLTZ:
321 20   Q.   Yeah, but that's what the
321 21   e-mail said, right?
321 22   A.   That's what the documents say.
321 23   Q.   So you didn't -- you don't
321 24   remember getting a call from Bob or Ron while
321 25   they were down in Mexico, right?
322 1   A.   Correct.  I do not recall.
322 2   (Klun Exhibit 43 marked for
322 3   identification.)
322 4   QUESTIONS BY MR. OVERHOLTZ:
322 5   Q.   Let's see what Mr. Kieper said
322 6   while he was down in Mexico.  Can we pull up
322 7   what we'll mark as Exhibit 43, which is
322 8   BK-460.
322 9   Okay.  So if you see -- if we
322 10   can pull up that e-mail from Andy Haapapuro

| | | |
|---|---|---|
| 322 11    at Etymotic, he was the guy at Etymotic that | | |
| 322 12    had written that technical report about the | | |
| 322 13    calibration being necessary. | | |
| 322 14    You see Ron Kieper, on | | |
| 322 15    November 19, 2004, receives an e-mail from | | |
| 322 16    Mr. Haapapuro.  It says, "Greetings." | | |
| 322 17    Do you see that? | | |
| 322 18    A.    Yes. | | |
| 322 19    Q.    And then he says, "Ron," and he | | |
| 322 20    tells him he hopes he has safe travels. | | |
| 322 21    Do you see that? | | |
| 322 22    A.    Yes. | | |
| 322 23    Q.    Okay.  So then if we can look, | | |
| 322 24    Ron -- he's responding to an e-mail from | | |
| 322 25    Kieper, who's sending an e-mail on | | |
| 323 1    November 19th, and he starts on the next | | |
| 323 2    page. | | |
| 321:3 - 321:8    Klun | **Re: [321:3-321:8]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 321 3    Q.    But we know from the documents | | |
| 321 4    that the plugs had been lost since at least | | |
| 321 5    August of '02, right? | | |
| 321 6    MR. FIELDS:  Objection.  Form. | | |
| 321 7    THE WITNESS:  That, I do not | | |
| 321 8    know. | | |
| 321:13 - 321:18    Klun | **Re: [321:13-321:18]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 321 13    Q.    This is two years later from | | |
| 321 14    Mr. Ramirez e-mailing "we've lost the | | |
| 321 15    calibration plugs," right? | | |
| 321 16    MR. FIELDS:  Objection.  Form. | | |
| 321 17    THE WITNESS:  I do not know nor | | |
| 321 18    recall that e-mail. | | |
| 322:2 - 323:2    Klun | **Re: [322:2-323:2]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 322 2    (Klun Exhibit 43 marked for | | |
| 322 3    identification.) | | |
| 322 4    QUESTIONS BY MR. OVERHOLTZ: | | |
| 322 5    Q.    Let's see what Mr. Kieper said | | |
| 322 6    while he was down in Mexico.  Can we pull up | | |
| 322 7    what we'll mark as Exhibit 43, which is | | |
| 322 8    BK-460. | | |

| | |
|---|---|
| 322 9 | Okay.  So if you see -- if we |
| 322 10 | can pull up that e-mail from Andy Haapapuro |
| 322 11 | at Etymotic, he was the guy at Etymotic that |
| 322 12 | had written that technical report about the |
| 322 13 | calibration being necessary. |
| 322 14 | You see Ron Kieper, on |
| 322 15 | November 19, 2004, receives an e-mail from |
| 322 16 | Mr. Haapapuro.  It says, "Greetings." |
| 322 17 | Do you see that? |
| 322 18 | A.    Yes. |
| 322 19 | Q.    And then he says, "Ron," and he |
| 322 20 | tells him he hopes he has safe travels. |
| 322 21 | Do you see that? |
| 322 22 | A.    Yes. |
| 322 23 | Q.    Okay.  So then if we can look, |
| 322 24 | Ron -- he's responding to an e-mail from |
| 322 25 | Kieper, who's sending an e-mail on |
| 323 1 | November 19th, and he starts on the next |
| 323 2 | page. |

| | | |
|---|---|---|
| 323:9 - 328:3 | Klun | Re: [323:9-328:3]    OVERRULED |
| 323 9 | So you see where it says | Def Obj 3M MIL No. 26 |
| 323 10 | "Andy"? | |
| 323 11 | A.    Yes. | |
| 323 12 | Q.    And Mr. Kieper says, "Due to | |
| 323 13 | problems in San Luis, Mexico, I'm flying down | |
| 323 14 | there on Monday a.m. and returning Tuesday | |
| 323 15 | p.m." | |
| 323 16 | Do you see that? | |
| 323 17 | A.    Yes. | |
| 323 18 | Q.    So that's less than a two-day | |
| 323 19 | trip to figure out all those problems down | |
| 323 20 | there, right? | |
| 323 21 | MR. FIELDS:  Objection.  Form. | |
| 323 22 | THE WITNESS:  That's what the | |
| 323 23 | document says. | |
| 323 24 | QUESTIONS BY MR. OVERHOLTZ: | |
| 323 25 | Q.    And he says, "I will verify | |
| 324 1 | they are setting measurements up correctly | |
| 324 2 | and try to determine why their recent | |

324 3    measurements have been .1 to .5 higher than
324 4    the upper end of the spec for the Combat Arms
324 5    plugs.  Reject rates this week have been from
324 6    70 to 90 percent, depending on the unit."
324 7    Did I read that right?
324 8    A.    That's what the document says.
324 9    Q.    So you're operating under
324 10   waivers by making the spec -- moving the
324 11   goalpost for these plugs, and 90 percent are
324 12   testing out of the original spec.
324 13   MR. FIELDS:  Objection to form.
324 14   QUESTIONS BY MR. OVERHOLTZ:
324 15   Q.    Right?
324 16   A.    I don't know nor recall this
324 17   document.
324 18   Q.    Okay.  He says, "The most
324 19   baffling problem they have described, one
324 20   which I am really worried about, is that the
324 21   output of the Z boxes tends to drift upward
324 22   over a fairly short time period."
324 23   Right?
324 24   A.    That's what the document says.
324 25   Q.    He says, "So anyway, that's my
325 1    situation," in the next paragraph.
325 2    He says, "When I return, if you
325 3    reply positively, I will send Z Box Number 2
325 4    to you for repair."
325 5    Right?
325 6    A.    Yes.
325 7    Q.    He says, "Whatever happens,
325 8    I'll probably have some interesting stories
325 9    to tell you on my return."
325 10   A.    Yes.
325 11   Q.    Okay.  So let's find out what
325 12   happened when Kieper and Zielinski got back
325 13   from Mexico.
325 14   We can go to slide 115, Zach.
325 15   The map slide.
325 16   All right.  So if you can look

325 17   with me here, we see San Luis Potos�, Mexico,
325 18   down at the bottom left of the screen, right?
325 19   A.   Yes.
325 20   Q.   And then Mr. Kieper flew all
325 21   the way back to Indianapolis, right?
325 22   MR. FIELDS:  Objection.  Form.
325 23   THE WITNESS:  According to the
325 24   document, that's what it says he did.
325 25

326 1   QUESTIONS BY MR. OVERHOLTZ:
326 2   Q.   All right.  And even though he
326 3   went down there believing that maybe they
326 4   just had a problem in Mexico with their test
326 5   machines, he made an interesting finding.
326 6   Do you remember that?
326 7   MR. FIELDS:  Objection to form.
326 8   THE WITNESS:  I do not know nor
326 9   recall.
326 10   QUESTIONS BY MR. OVERHOLTZ:
326 11   Q.   You don't remember him telling
326 12   either you or Berger or Dick Knauer that
326 13   almost half of the plugs that he tested
326 14   failed the testing in Mexico and also failed
326 15   the testing in Indianapolis?
326 16   MR. FIELDS:  Objection.  Form.
326 17   THE WITNESS:  I do not know nor
326 18   recall.
326 19   QUESTIONS BY MR. OVERHOLTZ:
326 20   Q.   I mean, if half the plugs are
326 21   failing in the machines in Mexico and
326 22   Indianapolis, that doesn't sound like a
326 23   Mexican testing problem; that sounds like an
326 24   earplug problem, doesn't it?
326 25   MR. FIELDS:  Objection to form.
327 1   THE WITNESS:  Again, I do not
327 2   know nor recall this.
327 3   QUESTIONS BY MR. OVERHOLTZ:
327 4   Q.   Being Dick Knauer and Kieper's
327 5   boss, you didn't find out about any of this?

| | | |
|---|---|---|
| 327 6   A.   I don't recall. | | |
| 327 7   Q.   You're the one -- you're the | | |
| 327 8   one that e-mailed around the plan to get | | |
| 327 9   things fixed, right? | | |
| 327 10   A.   I didn't e-mail the plan.  I | | |
| 327 11   called a meeting. | | |
| 327 12   Q.   And you attached -- you -- | | |
| 327 13   A.   What we wanted to have occur. | | |
| 327 14   You saw -- you have the document. | | |
| 327 15   (Klun Exhibit 44 marked for | | |
| 327 16   identification.) | | |
| 327 17   QUESTIONS BY MR. OVERHOLTZ: | | |
| 327 18   Q.   Right. | | |
| 327 19   So let's see what Mr. Kieper | | |
| 327 20   wrote when he got back. | | |
| 327 21   And we'll mark -- this is the | | |
| 327 22   slide next slide, Zach, and it's RK-407, and | | |
| 327 23   this will be Exhibit 44. | | |
| 327 24   A.   Am I copied on that? | | |
| 327 25   Q.   Well, I'm about to tell you. | | |
| 328 1   A.   Okay. | | |
| 328 2   Q.   All right.  So if we look at | | |
| 328 3   this e-mail -- | | |
| 323:9 - 330:7   Klun | Re: [323:9-330:7] | OVERRULED |
|    | Def Obj Foundation (602) | |
| 323 9   So you see where it says | | |
| 323 10   "Andy"? | | |
| 323 11   A.   Yes. | | |
| 323 12   Q.   And Mr. Kieper says, "Due to | | |
| 323 13   problems in San Luis, Mexico, I'm flying down | | |
| 323 14   there on Monday a.m. and returning Tuesday | | |
| 323 15   p.m." | | |
| 323 16   Do you see that? | | |
| 323 17   A.   Yes. | | |
| 323 18   Q.   So that's less than a two-day | | |
| 323 19   trip to figure out all those problems down | | |
| 323 20   there, right? | | |
| 323 21   MR. FIELDS:  Objection.  Form. | | |
| 323 22   THE WITNESS:  That's what the | | |
| 323 23   document says. | | |

Klun

323 24    QUESTIONS BY MR. OVERHOLTZ:
323 25    Q.    And he says, "I will verify
324 1    they are setting measurements up correctly
324 2    and try to determine why their recent
324 3    measurements have been .1 to .5 higher than
324 4    the upper end of the spec for the Combat Arms
324 5    plugs.  Reject rates this week have been from
324 6    70 to 90 percent, depending on the unit."
324 7    Did I read that right?
324 8    A.    That's what the document says.
324 9    Q.    So you're operating under
324 10    waivers by making the spec -- moving the
324 11    goalpost for these plugs, and 90 percent are
324 12    testing out of the original spec.
324 13    MR. FIELDS:  Objection to form.
324 14    QUESTIONS BY MR. OVERHOLTZ:
324 15    Q.    Right?
324 16    A.    I don't know nor recall this
324 17    document.
324 18    Q.    Okay.  He says, "The most
324 19    baffling problem they have described, one
324 20    which I am really worried about, is that the
324 21    output of the Z boxes tends to drift upward
324 22    over a fairly short time period."
324 23    Right?
324 24    A.    That's what the document says.
324 25    Q.    He says, "So anyway, that's my
325 1    situation," in the next paragraph.
325 2    He says, "When I return, if you
325 3    reply positively, I will send Z Box Number 2
325 4    to you for repair."
325 5    Right?
325 6    A.    Yes.
325 7    Q.    He says, "Whatever happens,
325 8    I'll probably have some interesting stories
325 9    to tell you on my return."
325 10    A.    Yes.
325 11    Q.    Okay.  So let's find out what
325 12    happened when Kieper and Zielinski got back

Klun                                                                                      114

325 13     from Mexico.
325 14     We can go to slide 115, Zach.
325 15     The map slide.
325 16     All right.  So if you can look
325 17     with me here, we see San Luis Potos�, Mexico,
325 18     down at the bottom left of the screen, right?
325 19     A.    Yes.
325 20     Q.    And then Mr. Kieper flew all
325 21     the way back to Indianapolis, right?
325 22     MR. FIELDS:  Objection.  Form.
325 23     THE WITNESS:  According to the
325 24     document, that's what it says he did.
325 25
326 1     QUESTIONS BY MR. OVERHOLTZ:
326 2     Q.    All right.  And even though he
326 3     went down there believing that maybe they
326 4     just had a problem in Mexico with their test
326 5     machines, he made an interesting finding.
326 6     Do you remember that?
326 7     MR. FIELDS:  Objection to form.
326 8     THE WITNESS:  I do not know nor
326 9     recall.
326 10     QUESTIONS BY MR. OVERHOLTZ:
326 11     Q.    You don't remember him telling
326 12     either you or Berger or Dick Knauer that
326 13     almost half of the plugs that he tested
326 14     failed the testing in Mexico and also failed
326 15     the testing in Indianapolis?
326 16     MR. FIELDS:  Objection.  Form.
326 17     THE WITNESS:  I do not know nor
326 18     recall.
326 19     QUESTIONS BY MR. OVERHOLTZ:
326 20     Q.    I mean, if half the plugs are
326 21     failing in the machines in Mexico and
326 22     Indianapolis, that doesn't sound like a
326 23     Mexican testing problem; that sounds like an
326 24     earplug problem, doesn't it?
326 25     MR. FIELDS:  Objection to form.
327 1     THE WITNESS:  Again, I do not

327 2      know nor recall this.
327 3      QUESTIONS BY MR. OVERHOLTZ:
327 4      Q.    Being Dick Knauer and Kieper's
327 5      boss, you didn't find out about any of this?
327 6      A.    I don't recall.
327 7      Q.    You're the one -- you're the
327 8      one that e-mailed around the plan to get
327 9      things fixed, right?
327 10     A.    I didn't e-mail the plan.  I
327 11     called a meeting.
327 12     Q.    And you attached -- you --
327 13     A.    What we wanted to have occur.
327 14     You saw -- you have the document.
327 15     (Klun Exhibit 44 marked for
327 16     identification.)
327 17     QUESTIONS BY MR. OVERHOLTZ:
327 18     Q.    Right.
327 19     So let's see what Mr. Kieper
327 20     wrote when he got back.
327 21     And we'll mark -- this is the
327 22     slide next slide, Zach, and its RK-407, and
327 23     this will be Exhibit 44.
327 24     A.    Am I copied on that?
327 25     Q.    Well, I'm about to tell you.
328 1      A.    Okay.
328 2      Q.    All right.  So if we look at
328 3      this e-mail --
328 4      MR. FIELDS:  Hang on one second
328 5      here.  It's downloading.
328 6      MR. OVERHOLTZ:  Sure.
328 7      MR. FIELDS:  Okay.
328 8      QUESTIONS BY MR. OVERHOLTZ:
328 9      Q.    So you see Mr. Kieper e-mails
328 10     on November 30 of 2004, and he copies Dick
328 11     Knauer in your department, copies Bob
328 12     Zielinski, copies Elliott Berger and a Selina
328 13     Ramirez regarding the Combat Arms comparative
328 14     measures.
328 15     Do you see that?

328 16    A.    Yes.
328 17    Q.    Did you know who Selina Ramirez
328 18    was?
328 19    A.    No.
328 20    Q.    Okay.  Okay.  Mr. Zielinski
328 21    said she was one of the quality people down
328 22    at TJR in Mexico.
328 23    So he says, "Greetings.  I
328 24    received 31 Combat Arms plugs today.  11 were
328 25    measured on equipment number 3 and 20 on
329 1    equipment number 4 at TJR."
329 2    Do you see that?
329 3    A.    Yes.
329 4    Q.    So 20 plugs on number 4 and 11
329 5    on number 3 in Mexico, right?
329 6    A.    Yes.
329 7    Q.    That's where they thought they
329 8    were having the problems with the calibration
329 9    of the machines, right?
329 10    MR. FIELDS:  Objection to form.
329 11    THE WITNESS:  That's where I go
329 12    back to the document.  That's why Ron
329 13    went to Mexico.
329 14    QUESTIONS BY MR. OVERHOLTZ:
329 15    Q.    Okay.  He says, "I measured
329 16    them on the E-A-RCAL equipment.  The attached
329 17    Excel document contains all measurements."
329 18    Do you see?
329 19    A.    Yes.
329 20    Q.    It says, "As you can see from
329 21    the spreadsheet, one plug from equipment
329 22    number 3 and five plugs from equipment
329 23    number 4 which measured out of spec, measured
329 24    in spec on my equipment."
329 25    Do you see that?
330 1    A.    Yes.
330 2    Q.    So that doesn't tell the whole
330 3    story, right, about how many measured out of
330 4    spec in Mexico and Indianapolis, right?

| | | |
|---|---|---|
| 330 5    MR. FIELDS:  Objection.  Form.<br>330 6    THE WITNESS:  That, I don't<br>330 7    know nor recall. | | |
| 323:18 - 323:23   Klun<br>  323 18    Q.   So that's less than a two-day<br>  323 19    trip to figure out all those problems down<br>  323 20    there, right?<br>  323 21    MR. FIELDS:  Objection.  Form.<br>  323 22    THE WITNESS:  That's what the<br>  323 23    document says. | Re: [323:18-323:23]<br>Def Obj Argumentative; Vague (611,<br>403); Foundation (602) | SUSTAINED |
| 324:9 - 324:17   Klun<br>  324 9    Q.   So you're operating under<br>  324 10    waivers by making the spec -- moving the<br>  324 11    goalpost for these plugs, and 90 percent are<br>  324 12    testing out of the original spec.<br>  324 13    MR. FIELDS:  Objection to form.<br>  324 14    QUESTIONS BY MR. OVERHOLTZ:<br>  324 15    Q.   Right?<br>  324 16    A.   I don't know nor recall this<br>  324 17    document. | Re: [324:9-324:17]<br>Def Obj Foundation (602);<br>Argumentative; Misstates (611, 403) | SUSTAINED |
| 325:20 - 325:24   Klun<br>  325 20    Q.   And then Mr. Kieper flew all<br>  325 21    the way back to Indianapolis, right?<br>  325 22    MR. FIELDS:  Objection.  Form.<br>  325 23    THE WITNESS:  According to the<br>  325 24    document, that's what it says he did. | Re: [325:20-325:24]<br>Def Obj Foundation (602) | SUSTAINED |
| 326:2 - 326:9   Klun<br>  326 2    Q.   All right.  And even though he<br>  326 3    went down there believing that maybe they<br>  326 4    just had a problem in Mexico with their test<br>  326 5    machines, he made an interesting finding.<br>  326 6    Do you remember that?<br>  326 7    MR. FIELDS:  Objection to form.<br>  326 8    THE WITNESS:  I do not know nor<br>  326 9    recall. | Re: [326:2-326:9]<br>Def Obj Vague (611, 403); Foundation<br>(602) | SUSTAINED |
| 326:11 - 326:18   Klun<br>  326 11    Q.   You don't remember him telling<br>  326 12    either you or Berger or Dick Knauer that<br>  326 13    almost half of the plugs that he tested | Re: [326:11-326:18]<br>Def Obj Hearsay (801, 802); Vague<br>(611, 403); Foundation (602) | OVERRULED |

| | | |
|---|---|---|
| 326 14 failed the testing in Mexico and also failed | | |
| 326 15 the testing in Indianapolis? | | |
| 326 16 MR. FIELDS:  Objection.  Form. | | |
| 326 17 THE WITNESS:  I do not know nor | | |
| 326 18 recall. | | |
| 326:20 - 327:2   Klun | Re: [326:20-327:2]<br>Def Obj Argumentative; Vague (611, 403) Foundation (602); 702 | OVERRULED |
| 326 20 Q.   I mean, if half the plugs are | | |
| 326 21 failing in the machines in Mexico and | | |
| 326 22 Indianapolis, that doesn't sound like a | | |
| 326 23 Mexican testing problem; that sounds like an | | |
| 326 24 earplug problem, doesn't it? | | |
| 326 25 MR. FIELDS:  Objection to form. | | |
| 327 1 THE WITNESS:  Again, I do not | | |
| 327 2 know nor recall this. | | |
| 327:3 - 336:22   Klun | Re: [327:3-336:22]<br>Def Obj 3M MIL No. 26 | OVERRULED |
| 327 3 QUESTIONS BY MR. OVERHOLTZ: | | |
| 327 4 Q.   Being Dick Knauer and Kieper's | | |
| 327 5 boss, you didn't find out about any of this? | | |
| 327 6 A.   I don't recall. | | |
| 327 7 Q.   You're the one -- you're the | | |
| 327 8 one that e-mailed around the plan to get | | |
| 327 9 things fixed, right? | | |
| 327 10 A.   I didn't e-mail the plan.  I | | |
| 327 11 called a meeting. | | |
| 327 12 Q.   And you attached -- you -- | | |
| 327 13 A.   What we wanted to have occur. | | |
| 327 14 You saw -- you have the document. | | |
| 327 15 (Klun Exhibit 44 marked for | | |
| 327 16 identification.) | | |
| 327 17 QUESTIONS BY MR. OVERHOLTZ: | | |
| 327 18 Q.   Right. | | |
| 327 19 So let's see what Mr. Kieper | | |
| 327 20 wrote when he got back. | | |
| 327 21 And we'll mark -- this is the | | |
| 327 22 slide next slide, Zach, and it's RK-407, and | | |
| 327 23 this will be Exhibit 44. | | |
| 327 24 A.   Am I copied on that? | | |
| 327 25 Q.   Well, I'm about to tell you. | | |
| 328 1 A.   Okay. | | |

328 2      Q.    All right.  So if we look at
328 3      this e-mail --
328 4      MR. FIELDS:  Hang on one second
328 5      here.  It's downloading.
328 6      MR. OVERHOLTZ:  Sure.
328 7      MR. FIELDS:  Okay.
328 8      QUESTIONS BY MR. OVERHOLTZ:
328 9      Q.    So you see Mr. Kieper e-mails
328 10     on November 30 of 2004, and he copies Dick
328 11     Knauer in your department, copies Bob
328 12     Zielinski, copies Elliott Berger and a Selina
328 13     Ramirez regarding the Combat Arms comparative
328 14     measures.
328 15     Do you see that?
328 16     A.    Yes.
328 17     Q.    Did you know who Selina Ramirez
328 18     was?
328 19     A.    No.
328 20     Q.    Okay.  Okay.  Mr. Zielinski
328 21     said she was one of the quality people down
328 22     at TJR in Mexico.
328 23     So he says, "Greetings.  I
328 24     received 31 Combat Arms plugs today.  11 were
328 25     measured on equipment number 3 and 20 on
329 1      equipment number 4 at TJR."
329 2      Do you see that?
329 3      A.    Yes.
329 4      Q.    So 20 plugs on number 4 and 11
329 5      on number 3 in Mexico, right?
329 6      A.    Yes.
329 7      Q.    That's where they thought they
329 8      were having the problems with the calibration
329 9      of the machines, right?
329 10     MR. FIELDS:  Objection to form.
329 11     THE WITNESS:  That's where I go
329 12     back to the document.  That's why Ron
329 13     went to Mexico.
329 14     QUESTIONS BY MR. OVERHOLTZ:
329 15     Q.    Okay.  He says, "I measured

329 16    them on the E-A-RCAL equipment.  The attached
329 17    Excel document contains all measurements."
329 18    Do you see?
329 19    A.    Yes.
329 20    Q.    It says, "As you can see from
329 21    the spreadsheet, one plug from equipment
329 22    number 3 and five plugs from equipment
329 23    number 4 which measured out of spec, measured
329 24    in spec on my equipment."
329 25    Do you see that?
330 1     A.    Yes.
330 2     Q.    So that doesn't tell the whole
330 3     story, right, about how many measured out of
330 4     spec in Mexico and Indianapolis, right?
330 5     MR. FIELDS:  Objection.  Form.
330 6     THE WITNESS:  That, I don't
330 7     know nor recall.
330 8     (Klun Exhibit 45 marked for
330 9     identification.)
330 10    QUESTIONS BY MR. OVERHOLTZ:
330 11    Q.    All right.  Well, let's look at
330 12    the attached spreadsheet, which we'll mark as
330 13    Exhibit 45.
330 14    It's the next slide, Zach, 117.
330 15    This is RK-408, which is the
330 16    spreadsheet that Mr. Kieper sent.
330 17    Let me know when you have it on
330 18    the screen.
330 19    A.    I see it.
330 20    Q.    Okay.  And this says at the
330 21    top, "TJR measurements made 16 to 21
330 22    November '04, and E-A-RCAL measurements made
330 23    30 November '04."
330 24    Right?
330 25    A.    Yes, I see that.
331 1     Q.    And on the left it gives a good
331 2     range, right?
331 3     A.    Yes.
331 4     Q.    Okay.  And then it lists the

| | |
|---|---|
| 331 5 | equipment number for TJR, 3 and 4, right? |
| 331 6 | There's 11 number 3s and 20 number 4s.  I |
| 331 7 | counted them.  You can trust me. |
| 331 8 | A.    Yes. |
| 331 9 | Q.    Okay.  And then if you look, he |
| 331 10 | then provides two columns, which is the value |
| 331 11 | at TJR and the value at E-A-RCAL in |
| 331 12 | Indianapolis, right? |
| 331 13 | A.    Yeah, that's what the document |
| 331 14 | shows. |
| 331 15 | Q.    And then he wrote, and this is |
| 331 16 | his highlighting, "shaded equals out of |
| 331 17 | spec." |
| 331 18 | Do you see that? |
| 331 19 | A.    Yes. |
| 331 20 | Q.    So I've done the counting for |
| 331 21 | us, and if we can go to the next slide, Zach, |
| 331 22 | I've put it out to the right so we can follow |
| 331 23 | along with each other. |
| 331 24 | Do you see that? |
| 331 25 | A.    Yeah, I see what you have on |
| 332 1 | your slide. |
| 332 2 | Q.    Okay.  So for the ARC Box |
| 332 3 | Number 3, 10 out of 11 were out of spec in |
| 332 4 | Mexico, right? |
| 332 5 | A.    Yes. |
| 332 6 | Q.    And 9 out of 11 were out of |
| 332 7 | spec in Indianapolis. |
| 332 8 | MR. FIELDS:  Objection to form. |
| 332 9 | QUESTIONS BY MR. OVERHOLTZ: |
| 332 10 | Q.    That's what the -- if you count |
| 332 11 | them, that's what it says for the number 3, |
| 332 12 | right? |
| 332 13 | A.    That's what the document says. |
| 332 14 | Q.    And you agree that I counted |
| 332 15 | them right, right?  9 out of 11 were out of |
| 332 16 | spec in Indianapolis? |
| 332 17 | A.    I'll assume you counted them |
| 332 18 | right. |

| | |
|---|---|
| 332 19 | Q.   Okay.  And then if we look down |
| 332 20 | at the results for Box Number 4 at TJR, 11 |
| 332 21 | out of the 20 were out of spec in Mexico. |
| 332 22 | Do you see that? |
| 332 23 | A.   Yeah.  Yes. |
| 332 24 | Q.   And then 6 out of 20 were out |
| 332 25 | of spec in Indianapolis, right? |
| 333 1 | A.   Yes. |
| 333 2 | Q.   So if we total those up, 21 of |
| 333 3 | 31 plugs that Kieper tested when he got back |
| 333 4 | that had been out of spec in Mexico were |
| 333 5 | reported in his spreadsheet, right? |
| 333 6 | MR. FIELDS:  Objection to form. |
| 333 7 | THE WITNESS:  This was what -- |
| 333 8 | this was what the document shows. |
| 333 9 | QUESTIONS BY MR. OVERHOLTZ: |
| 333 10 | Q.   Right. |
| 333 11 | Mr. Kieper reported in this |
| 333 12 | spreadsheet that 21 out of 31 plugs had been |
| 333 13 | out of spec in Mexico that were tested on the |
| 333 14 | number 3 and number 4 machines, correct? |
| 333 15 | A.   Which is your doc -- is this |
| 333 16 | all his document or your -- you put some |
| 333 17 | document -- |
| 333 18 | Q.   His spreadsheet is on the left, |
| 333 19 | and my counting is on the right where it says |
| 333 20 | "total results." |
| 333 21 | A.   Total results.  The three on |
| 333 22 | the right of the screen are your comments? |
| 333 23 | Q.   They are. |
| 333 24 | And I'm asking you:  Did I |
| 333 25 | count it right, 21 out of 31 were out of spec |
| 334 1 | in Mexico? |
| 334 2 | A.   I'll assume you've counted |
| 334 3 | right. |
| 334 4 | Q.   Okay. |
| 334 5 | A.   This is not Kieper's document. |
| 334 6 | That's your -- Kieper's document's to the |
| 334 7 | left and you're to the right, correct? |

Klun

334 8      Q.    That's correct.
334 9      A.    Okay.
334 10     Q.    And I'm just trying to count
334 11     how many were out of spec when Kieper did his
334 12     analysis.
334 13     Okay?  You follow me?
334 14     A.    I follow you.
334 15     Q.    Okay.  So then if we count them
334 16     up on that column for the ones tested in
334 17     Indianapolis, 15 out of 31 that Kieper
334 18     tested when he got back from Mexico were also
334 19     out of spec at Indianapolis, right?
334 20     MR. FIELDS:  Objection to form.
334 21     THE WITNESS:  By what Kieper's
334 22     document says.
334 23     QUESTIONS BY MR. OVERHOLTZ:
334 24     Q.    Kieper's reporting in this
334 25     spreadsheet, if you count the ones that are
335 1      shaded, that 15 out of 31, 48 percent, are
335 2      out of spec in Indianapolis.
335 3      A.    I assume you counted right
335 4      then.
335 5      Q.    I mean, does that sound like
335 6      that this was a testing problem with the
335 7      machines in Mexico and those plugs you were
335 8      selling by waiver were okay, or does this
335 9      sound like that there was an earplug problem?
335 10     MR. FIELDS:  Objection to form.
335 11     THE WITNESS:  I'm not a subject
335 12     matter expert, so I would not know or
335 13     recall -- nor do I recall this
335 14     document.
335 15     QUESTIONS BY MR. OVERHOLTZ:
335 16     Q.    It doesn't take a rocket
335 17     scientist to know that when half your plugs
335 18     are failing all of the quality testing, that
335 19     that's not a good thing, right?
335 20     MR. FIELDS:  Objection.
335 21     Argumentative.

Klun                                                                    124

| | |
|---|---|
| 335 22 | THE WITNESS:  All the quality |
| 335 23 | testing? |
| 335 24 | QUESTIONS BY MR. OVERHOLTZ: |
| 335 25 | Q.    Well, this is the quality -- |
| 336 1 | this is the only quality testing they were |
| 336 2 | doing down in Mexico, right? |
| 336 3 | A.    That, I do not know nor recall. |
| 336 4 | Q.    So when they tested these -- |
| 336 5 | when half -- almost half the plugs, when they |
| 336 6 | test the yellow end on the ARC machine, are |
| 336 7 | out of spec, whether you test them in Mexico |
| 336 8 | or Indianapolis, that's not a good thing if |
| 336 9 | you're selling them to the United States |
| 336 10 | military, right? |
| 336 11 | MR. FIELDS:  Objection.  Form. |
| 336 12 | THE WITNESS:  I do not know nor |
| 336 13 | recall the document.  Not being a |
| 336 14 | subject matter expert -- |
| 336 15 | QUESTIONS BY MR. OVERHOLTZ: |
| 336 16 | Q.    All right.  I've got one more |
| 336 17 | document -- |
| 336 18 | A.    -- to interpret the data, not |
| 336 19 | being a subject matter expert to interpret |
| 336 20 | the data, I don't know. |
| 336 21 | (Klun Exhibit 46 marked for |
| 336 22 | identification.) |

| 329:7 - 329:13 | Klun | **Re: [329:7-329:13]** | **OVERRULED** |
|---|---|---|---|
| 329 7 | Q.    That's where they thought they | **Def Obj** Hearsay (801, 802); Foundation | |
| 329 8 | were having the problems with the calibration | (602); Vague (611, 403) | |
| 329 9 | of the machines, right? | | |
| 329 10 | MR. FIELDS:  Objection to form. | | |
| 329 11 | THE WITNESS:  That's where I go | | |
| 329 12 | back to the document.  That's why Ron | | |
| 329 13 | went to Mexico. | | |

| 330:2 - 330:7 | Klun | **Re: [330:2-330:7]** | **OVERRULED** |
|---|---|---|---|
| 330 2 | Q.    So that doesn't tell the whole | **Def Obj** Argumentative; Vague (611, | |
| 330 3 | story, right, about how many measured out of | 403); Foundation (602) | |
| 330 4 | spec in Mexico and Indianapolis, right? | | |
| 330 5 | MR. FIELDS:  Objection.  Form. | | |

Klun                                                                                          125

| | | |
|---|---|---|
| 330 6    THE WITNESS:  That, I don't | | |
| 330 7    know nor recall. | | |
| 330:11 - 336:20   Klun | Re: [330:11-336:20] | OVERRULED |
| 330 11    Q.    All right.  Well, let's look at | Def Obj Foundation (602) | |
| 330 12    the attached spreadsheet, which we'll mark as | | |
| 330 13    Exhibit 45. | | |
| 330 14    It's the next slide, Zach, 117. | | |
| 330 15    This is RK-408, which is the | | |
| 330 16    spreadsheet that Mr. Kieper sent. | | |
| 330 17    Let me know when you have it on | | |
| 330 18    the screen. | | |
| 330 19    A.    I see it. | | |
| 330 20    Q.    Okay.  And this says at the | | |
| 330 21    top, "TJR measurements made 16 to 21 | | |
| 330 22    November '04, and E-A-RCAL measurements made | | |
| 330 23    30 November '04." | | |
| 330 24    Right? | | |
| 330 25    A.    Yes, I see that. | | |
| 331 1    Q.    And on the left it gives a good | | |
| 331 2    range, right? | | |
| 331 3    A.    Yes. | | |
| 331 4    Q.    Okay.  And then it lists the | | |
| 331 5    equipment number for TJR, 3 and 4, right? | | |
| 331 6    There's 11 number 3s and 20 number 4s.  I | | |
| 331 7    counted them.  You can trust me. | | |
| 331 8    A.    Yes. | | |
| 331 9    Q.    Okay.  And then if you look, he | | |
| 331 10    then provides two columns, which is the value | | |
| 331 11    at TJR and the value at E-A-RCAL in | | |
| 331 12    Indianapolis, right? | | |
| 331 13    A.    Yeah, that's what the document | | |
| 331 14    shows. | | |
| 331 15    Q.    And then he wrote, and this is | | |
| 331 16    his highlighting, "shaded equals out of | | |
| 331 17    spec." | | |
| 331 18    Do you see that? | | |
| 331 19    A.    Yes. | | |
| 331 20    Q.    So I've done the counting for | | |
| 331 21    us, and if we can go to the next slide, Zach, | | |

331 22    I've put it out to the right so we can follow
331 23     along with each other.
331 24    Do you see that?
331 25    A.    Yeah, I see what you have on
332 1     your slide.
332 2     Q.    Okay.  So for the ARC Box
332 3     Number 3, 10 out of 11 were out of spec in
332 4     Mexico, right?
332 5     A.    Yes.
332 6     Q.    And 9 out of 11 were out of
332 7     spec in Indianapolis.
332 8     MR. FIELDS:  Objection to form.
332 9     QUESTIONS BY MR. OVERHOLTZ:
332 10    Q.    That's what the -- if you count
332 11    them, that's what it says for the number 3,
332 12    right?
332 13    A.    That's what the document says.
332 14    Q.    And you agree that I counted
332 15    them right, right?  9 out of 11 were out of
332 16    spec in Indianapolis?
332 17    A.    I'll assume you counted them
332 18    right.
332 19    Q.    Okay.  And then if we look down
332 20    at the results for Box Number 4 at TJR, 11
332 21    out of the 20 were out of spec in Mexico.
332 22    Do you see that?
332 23    A.    Yeah.  Yes.
332 24    Q.    And then 6 out of 20 were out
332 25    of spec in Indianapolis, right?
333 1     A.    Yes.
333 2     Q.    So if we total those up, 21 of
333 3     31 plugs that Kieper tested when he got back
333 4     that had been out of spec Mexico were
333 5     reported in his spreadsheet, right?
333 6     MR. FIELDS:  Objection to form.
333 7     THE WITNESS:  This was what --
333 8     this was what the document shows.
333 9     QUESTIONS BY MR. OVERHOLTZ:
333 10    Q.    Right.

333 11    Mr. Kieper reported in this
333 12    spreadsheet that 21 out of 31 plugs had been
333 13    out of spec in Mexico that were tested on the
333 14    number 3 and number 4 machines, correct?
333 15    A.    Which is your doc -- is this
333 16    all his document or your -- you put some
333 17    document --
333 18    Q.    His spreadsheet is on the left,
333 19    and my counting is on the right where it says
333 20    "total results."
333 21    A.    Total results.  The three on
333 22    the right of the screen are your comments?
333 23    Q.    They are.
333 24    And I'm asking you:  Did I
333 25    count it right, 21 out of 31 were out of spec
334 1    in Mexico?
334 2    A.    I'll assume you've counted
334 3    right.
334 4    Q.    Okay.
334 5    A.    This is not Kieper's document.
334 6    That's your -- Kieper's document's to the
334 7    left and you're to the right, correct?
334 8    Q.    That's correct.
334 9    A.    Okay.
334 10    Q.    And I'm just trying to count
334 11    how many were out of spec when Kieper did his
334 12    analysis.
334 13    Okay?  You follow me?
334 14    A.    I follow you.
334 15    Q.    Okay.  So then if we count them
334 16    up on that column for the ones tested in
334 17    Indianapolis, 15 out of 31 plugs that Kieper
334 18    tested when he got back from Mexico were also
334 19    out of spec at Indianapolis, right?
334 20    MR. FIELDS:  Objection to form.
334 21    THE WITNESS:  By what Kieper's
334 22    document says.
334 23    QUESTIONS BY MR. OVERHOLTZ:
334 24    Q.    Kieper's reporting in this

Klun                                                                128

334 25    spreadsheet, if you count the ones that are
335 1     shaded, that 15 out of 31, 48 percent, are
335 2     out of spec in Indianapolis.
335 3     A.    I assume you counted right
335 4     then.
335 5     Q.    I mean, does that sound like
335 6     that this was a testing problem with the
335 7     machines in Mexico and those plugs you were
335 8     selling by waiver were okay, or does this
335 9     sound like that there was an earplug problem?
335 10    MR. FIELDS:  Objection to form.
335 11    THE WITNESS:  I'm not a subject
335 12    matter expert, so I would not know or
335 13    recall -- nor do I recall this
335 14    document.
335 15    QUESTIONS BY MR. OVERHOLTZ:
335 16    Q.    It doesn't take a rocket
335 17    scientist to know that when half your plugs
335 18    are failing all of the quality testing, that
335 19    that's not a good thing, right?
335 20    MR. FIELDS:  Objection.
335 21    Argumentative.
335 22    THE WITNESS:  All the quality
335 23    testing?
335 24    QUESTIONS BY MR. OVERHOLTZ:
335 25    Q.    Well, this is the quality --
336 1     this is the only quality testing they were
336 2     doing down in Mexico, right?
336 3     A.    That, I do not know nor recall.
336 4     Q.    So when they tested these --
336 5     when half -- almost half the plugs, when they
336 6     test the yellow end on the ARC machine, are
336 7     out of spec, whether you test them in Mexico
336 8     or Indianapolis, that's not a good thing if
336 9     you're selling them to the United States
336 10    military, right?
336 11    MR. FIELDS:  Objection.  Form.
336 12    THE WITNESS:  I do not know nor
336 13    recall the document.  Not being a

| | | |
|---|---|---|
| 336 14     subject matter expert -- | | |
| 336 15     QUESTIONS BY MR. OVERHOLTZ: | | |
| 336 16     Q.   All right.  I've got one more | | |
| 336 17     document -- | | |
| 336 18     A.   -- to interpret the data, not | | |
| 336 19     being a subject matter expert to interpret | | |
| 336 20     the data, I don't know. | | |
| 333:2 - 333:8   Klun | **Re: [333:2-333:8]** | **OVERRULED** |
| 333 2     Q.   So if we total those up, 21 of | **Def Obj** Foundation (602); 702 | |
| 333 3     31 plugs that Kieper tested when he got back | | |
| 333 4     that had been out of spec in Mexico were | | |
| 333 5     reported in his spreadsheet, right? | | |
| 333 6     MR. FIELDS:  Objection to form. | | |
| 333 7     THE WITNESS:  This was what -- | | |
| 333 8     this was what the document shows. | | |
| 334:15 - 334:22   Klun | **Re: [334:15-334:22]** | **OVERRULED** |
| 334 15     Q.   Okay.  So then if we count them | **Def Obj** 702; Foundation (602) | |
| 334 16     up on that column for the ones tested in | | |
| 334 17     Indianapolis, 15 out of 31 plugs that Kieper | | |
| 334 18     tested when he got back from Mexico were also | | |
| 334 19     out of spec at Indianapolis, right? | | |
| 334 20     MR. FIELDS:  Objection to form. | | |
| 334 21     THE WITNESS:  By what Kieper's | | |
| 334 22     document says. | | |
| 335:5 - 335:14   Klun | **Re: [335:5-335:14]** | **OVERRULED** |
| 335 5     Q.   I mean, does that sound like | **Def Obj** Foundation (602); 702; | |
| 335 6     that this was a testing problem with the | Argumentative (611, 403) | |
| 335 7     machines in Mexico and those plugs you were | | |
| 335 8     selling by waiver were okay, or does this | | |
| 335 9     sound like that there was an earplug problem? | | |
| 335 10     MR. FIELDS:  Objection to form. | | |
| 335 11     THE WITNESS:  I'm not a subject | | |
| 335 12     matter expert, so I would not know or | | |
| 335 13     recall -- nor do I recall this | | |
| 335 14     document. | | |
| 335:16 - 335:23   Klun | **Re: [335:16-335:23]** | **SUSTAINED** |
| 335 16     Q.   It doesn't take a rocket | **Def Obj** Argumentative (611, 403); | |
| 335 17     scientist to know that when half your plugs | Foundation (602); 702 | |
| 335 18     are failing all of the quality testing, that | | |

Klun                                                                       130

| | | |
|---|---|---|
| 335 19    that's not a good thing, right?<br>335 20    MR. FIELDS:  Objection.<br>335 21    Argumentative.<br>335 22    THE WITNESS:  All the quality<br>335 23    testing? | | |
| 336:4 - 336:14   Klun<br>336 4    Q.    So when they tested these --<br>336 5    when half -- almost half the plugs, when they<br>336 6    test the yellow end on the ARC machine, are<br>336 7    out of spec, whether you test them in Mexico<br>336 8    or Indianapolis, that's not a good thing if<br>336 9    you're selling them to the United States<br>336 10    military, right?<br>336 11    MR. FIELDS:  Objection.  Form.<br>336 12    THE WITNESS:  I do not know nor<br>336 13    recall the document.  Not being a<br>336 14    subject matter expert -- | **Re: [336:4-336:14]**<br>**Def Obj** Foundation (602); 702; Vague<br>(611, 403) | OVERRULED |
| 337:2 - 337:5    Klun<br>337 2    Do you know if you ever got<br>337 3    this problem fixed?<br>337 4    MR. FIELDS:  Objection to form.<br>337 5    THE WITNESS:  I do not recall. | **Re: [337:2-337:5]**<br>**Def Obj** Vague (611, 403); Foundation<br>(602) | OVERRULED |
| 337:2 - 337:5    Klun<br>337 2    Do you know if you ever got<br>337 3    this problem fixed?<br>337 4    MR. FIELDS:  Objection to form.<br>337 5    THE WITNESS:  I do not recall. | **Re: [337:2-337:5]**<br>**Def Obj** 3M MIL No. 26; Vague (611,<br>403); Foundation (602) | OVERRULED |
| 337:6 - 337:9    Klun<br>337 6    QUESTIONS BY MR. OVERHOLTZ:<br>337 7    Q.    All right.  Let's look at<br>337 8    slide 138, Zach.  This is -- we'll mark this<br>337 9    as Exhibit 46, which is RZ-5051. | | |
| 337:14 - 337:18    Klun<br>337 14    QUESTIONS BY MR. OVERHOLTZ:<br>337 15    Q.    And I want to direct your<br>337 16    attention to the e-mail that's about<br>337 17    three-quarters down the page of the e-mail<br>337 18    string.  It's -- | | |
| 340:7 - 344:17    Klun | **Re: [340:7-344:17]** | OVERRULED |

| | |
|---|---|
| 340 7    QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26 |
| 340 8    Q.   Do you think the sergeants that | |
| 340 9    were training soldiers and giving them these | |
| 340 10    earplugs to use on the firing range would | |
| 340 11    have liked to have known that the plugs that | |
| 340 12    the military had been buying from Aearo for | |
| 340 13    years and years, that Aearo had no way of | |
| 340 14    confirming the quality control testing on | |
| 340 15    those earplugs? | |
| 340 16    MR. FIELDS:  Objection to form. | |
| 340 17    THE WITNESS:  I don't know nor | |
| 340 18    recall.  Not the subject matter expert | |
| 340 19    on these plugs. | |
| 340 20    QUESTIONS BY MR. OVERHOLTZ: | |
| 340 21    Q.   You think maybe someone in | |
| 340 22    marketing over at Aearo or 3M would have been | |
| 340 23    the one to make that call whether the | |
| 340 24    military deserved to know? | |
| 340 25    MR. FIELDS:  Objection.  Form. | |
| 341 1    THE WITNESS:  You're asking my | |
| 341 2    opinion? | |
| 341 3    QUESTIONS BY MR. OVERHOLTZ: | |
| 341 4    Q.   Sure. | |
| 341 5    A.   I do not have an opinion on | |
| 341 6    this issue without knowing or recalling the | |
| 341 7    information. | |
| 341 8    Q.   You think anyone at Aearo or 3M | |
| 341 9    would have an opinion on whether or not the | |
| 341 10    military deserves to know if the quality | |
| 341 11    control testing that's supposed to be done on | |
| 341 12    the yellow end of the plug to prove that the | |
| 341 13    filter would work and protect a soldier, that | |
| 341 14    the quality machines were never calibrated | |
| 341 15    right and always broken? | |
| 341 16    MR. FIELDS:  Objection to form. | |
| 341 17    THE WITNESS:  I don't know nor | |
| 341 18    recall anything that resembled your | |
| 341 19    statement. | |
| 341 20    QUESTIONS BY MR. OVERHOLTZ: | |

341 21    Q.    If there was a problem with the
341 22    ability to verify the quality of the assembly
341 23    of those plugs that would affect whether or
341 24    not that filter would provide sound
341 25    attenuation for soldiers, do you believe that
342 1     your company, Aearo or 3M, had a duty to tell
342 2     the United States military, we can't verify
342 3     the quality of those filters in those plugs?
342 4     A.    Not being a subject matter
342 5     expert nor knowing the significance of the
342 6     data, I can't answer that question.
342 7     Q.    So instead, you just sell them
342 8     as-is, right?
342 9     MR. FIELDS:  Objection to form.
342 10    THE WITNESS:  Subject matter
342 11    experts will know whether or not we've
342 12    got a good product.
342 13    QUESTIONS BY MR. OVERHOLTZ:
342 14    Q.    And if they knew it wasn't able
342 15    to be confirmed because the calibration of
342 16    the machines couldn't be verified, would you
342 17    have expected them to raise their hand and
342 18    say, "We have a problem"?
342 19    MR. FIELDS:  Objection.  Form.
342 20    THE WITNESS:  I don't recall.
342 21    If there was a problem, they would
342 22    have contacted me.
342 23    QUESTIONS BY MR. OVERHOLTZ:
342 24    Q.    That's what they're supposed to
342 25    do, right?
343 1     A.    If there was a problem.
343 2     Q.    That memo that you sent
343 3     regarding the TJR quality issues before
343 4     Zielinski and Kieper went down to Mexico,
343 5     that memo, did you circulate that outside of
343 6     Aearo to the US military so they would know
343 7     what was going on?
343 8     A.    I don't know or recall.
343 9     Q.    So it's kind of just like the

| | | |
|---|---|---|
| 343 10    flange report, right?  You have no way -- | | |
| 343 11    A.    What -- what flange?  Excuse | | |
| 343 12    me, I missed your -- what did you say?  What | | |
| 343 13    kind of report? | | |
| 343 14    Q.    I said it's just like the | | |
| 343 15    flange report, the one that Kieper wrote | | |
| 343 16    about having to stop the 015 test after eight | | |
| 343 17    subjects because the plug was pulling out of | | |
| 343 18    people's ears. | | |
| 343 19    MR. FIELDS:  Objection.  Form. | | |
| 343 20    THE WITNESS:  I'm not a subject | | |
| 343 21    matter expert nor recall the | | |
| 343 22    documents. | | |
| 343 23    QUESTIONS BY MR. OVERHOLTZ: | | |
| 343 24    Q.    And so just like Aearo can't | | |
| 343 25    show that they ever shared that information | | |
| 344 1    from the flange report to the US military, | | |
| 344 2    you, as you sit here today, can't tell me or | | |
| 344 3    show me in any way that you ever shared the | | |
| 344 4    information in that TJR quality memo with | | |
| 344 5    anyone in the United States military; is that | | |
| 344 6    right? | | |
| 344 7    MR. FIELDS:  Objection to form. | | |
| 344 8    THE WITNESS:  I don't know or | | |
| 344 9    recall. | | |
| 344 10    QUESTIONS BY MR. OVERHOLTZ: | | |
| 344 11    Q.    And so you have no way of | | |
| 344 12    showing me any documentary evidence or any | | |
| 344 13    evidence that the information regarding the | | |
| 344 14    TJR quality issues with the ARC calibration | | |
| 344 15    machines was ever shared with the US | | |
| 344 16    military, right? | | |
| 344 17    A.    I don't know or recall. | | |
| 340:8 - 340:19    Klun | Re: [340:8-340:19] | SUSTAINED |
| 340 8    Q.    Do you think the sergeants that | Def Obj Foundation (602); 701; 702; | |
| 340 9    were training soldiers and giving them these | Argumentative; Vague (611, 403) | |
| 340 10    earplugs to use on the firing range would | | |
| 340 11    have liked to have known that the plugs that | | |
| 340 12    the military had been buying from Aearo for | | |

| | | |
|---|---|---|
| 340 13      years and years, that Aearo had no way of<br>340 14      confirming the quality control testing on<br>340 15      those earplugs?<br>340 16      MR. FIELDS:  Objection to form.<br>340 17      THE WITNESS:  I don't know nor<br>340 18      recall.  Not the subject matter expert<br>340 19      on these plugs. | | |
| 340:21 - 341:2   Klun<br>340 21      Q.    You think maybe someone in<br>340 22      marketing over at Aearo or 3M would have been<br>340 23      the one to make that call whether the<br>340 24      military deserved to know?<br>340 25      MR. FIELDS:  Objection.  Form.<br>341 1      THE WITNESS:  You're asking my<br>341 2      opinion? | **Re: [340:21-341:2]**<br>**Def Obj** Argumentative (611, 403);<br>Foundation (602); 701 | **SUSTAINED** |
| 341:8 - 341:19   Klun<br>341 8      Q.    You think anyone at Aearo or 3M<br>341 9      would have an opinion on whether or not the<br>341 10      military deserves to know if the quality<br>341 11      control testing that's supposed to be done on<br>341 12      the yellow end of the plug to prove that the<br>341 13      filter would work and protect a soldier, that<br>341 14      the quality machines were never calibrated<br>341 15      right and always broken?<br>341 16      MR. FIELDS:  Objection to form.<br>341 17      THE WITNESS:  I don't know nor<br>341 18      recall anything that resembled your<br>341 19      statement. | **Re: [341:8-341:19]**<br>**Def Obj** Foundation (602); 701; 702;<br>Argumentative; Vague (611, 403) | **OVERRULED** |
| 342:7 - 342:12   Klun<br>342 7      Q.    So instead, you just sell them<br>342 8      as-is, right?<br>342 9      MR. FIELDS:  Objection to form.<br>342 10      THE WITNESS:  Subject matter<br>342 11      experts will know whether or not we've<br>342 12      got a good product. | **Re: [342:7-342:12]**<br>**Def Obj** Foundation (602); 701; 702;<br>Vague; Argumentative (611, 403) | **OVERRULED** |
| 342:14 - 342:22   Klun<br>342 14      Q.    And if they knew it wasn't able<br>342 15      to be confirmed because the calibration of<br>342 16      the machines couldn't be verified, would you | **Re: [342:14-342:22]**<br>**Def Obj** Foundation (602); 701; 702;<br>Vague; Argumentative (611, 403) | **OVERRULED** |

Klun                                                                                                        135

| | | |
|---|---|---|
| 342 17   have expected them to raise their hand and | | |
| 342 18   say, "We have a problem"? | | |
| 342 19   MR. FIELDS:  Objection.  Form. | | |
| 342 20   THE WITNESS:  I don't recall. | | |
| 342 21   If there was a problem, they would | | |
| 342 22   have contacted me. | | |
| 343:14 - 343:22   Klun | Re: [343:14-343:22] | **SUSTAINED** |
| 343 14   Q.   I said it's just like the | **Def Obj** Foundation (602); | |
| 343 15   flange report, the one that Kieper wrote | Argumentative (611, 403) | |
| 343 16   about having to stop the 015 test after eight | | |
| 343 17   subjects because the plug was pulling out of | | |
| 343 18   people's ears. | | |
| 343 19   MR. FIELDS:  Objection.  Form. | | |
| 343 20   THE WITNESS:  I'm not a subject | | |
| 343 21   matter expert nor recall the | | |
| 343 22   documents. | | |
| 343:24 - 344:9   Klun | Re: [343:24-344:9] | **SUSTAINED** |
| 343 24   Q.   And so just like Aearo can't | **Def Obj** Foundation (602); | |
| 343 25   show that they ever shared that information | Argumentative (611, 403); 701 | |
| 344 1   from the flange report to the US military, | | |
| 344 2   you, as you sit here today, can't tell me or | | |
| 344 3   show me in any way that you ever shared the | | |
| 344 4   information in that TJR quality memo with | | |
| 344 5   anyone in the United States military; is that | | |
| 344 6   right? | | |
| 344 7   MR. FIELDS:  Objection to form. | | |
| 344 8   THE WITNESS:  I don't know or | | |
| 344 9   recall. | | |

Klun

# Mosby, Taurin

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Notes |
|---|---|---|
| 12:20 - 12:22   Mosby, Taurin | | |
| 12 20      Q.    Good morning, sir.  Can you tell | | |
| 12 21      me your name? | | |
| 12 22      A.    Taurin Mosby. | | |
| 22:19 - 22:23   Mosby, Taurin | **Re: [22:19-22:23]** | **OVERRULED** |
| 22 19      Q.    Okay.  And have you -- have you | **Def Obj** Relevance (401, 402); 403 | |
| 22 20      made a claim yourself related to the earplugs? | | |
| 22 21      A.    No, sir. | | |
| 22 22      Q.    Do you have any plans to do so? | | |
| 22 23      A.    No, sir. | | |
| 23:9 - 23:20   Mosby, Taurin | **Re: [23:9-23:20]** | **SUSTAINED** |
| 23 9       Q.    Okay.  And we'll get into a | **Def Obj** Relevance (401, 402) | |
| 23 10      little bit of this in a second, but do you -- | | |
| 23 11      you have some medical training, I understand; | | |
| 23 12      is that correct? | | |
| 23 13      A.    Yes, sir. | | |
| 23 14      Q.    Okay.  Does your medical training | | |
| 23 15      include reading and understanding audiograms? | | |
| 23 16      A.    To an extent, yes, it does, sir. | | |
| 23 17      I've -- I've had these in -- I've conducted | | |
| 23 18      these in the past.  It was a long time ago.  I | | |
| 23 19      am not an expert, but I can understand what I'm | | |
| 23 20      looking at. | | |
| 31:9 - 31:20   Mosby, Taurin | | |
| 31 9       Q.    All right.  And what branch were | | |
| 31 10      you in? | | |
| 31 11      A.    Army. | | |
| 31 12      Q.    Always Army? | | |
| 31 13      A.    Always Army. | | |
| 31 14      Q.    And were you continuously in the | | |
| 31 15      Army from 1993 until you retired? | | |
| 31 16      A.    Yes.  Twenty-five years. | | |
| 31 17      Q.    Congratulations.  And what was | | |
| 31 18      your retirement date, or at least year and | | |
| 31 19      month, maybe? | | |
| 31 20      A.    August of 2018. | | |
| 33:14 - 33:20   Mosby, Taurin | | |
| 33 14      Q.    I did.  What was your rank when | | |

| | | | |
|---|---|---|---|
| 33 15 | you entered the military? | | |
| 33 16 | A.    When I entered the military?  I | | |
| 33 17 | was E-1; Private, E-I. | | |
| 33 18 | Q.    What was your rank when you | | |
| 33 19 | retired? | | |
| 33 20 | A.    Sergeant First Class, E-7. | | |
| 33:21 - 33:22 | Mosby, Taurin | **Re: [33:21-33:22]** | **COUNTER DESIGNATION** |
| 33 21 | Q.    What was your job in the | **Pltf Obj** Improper Clarification Direct | **WITHDRAWN, 3/12/2021** |
| 33 22 | military? | â□□ Violates PTO # 64; Cumulative | |
| 33:23 - 34:24 | Mosby, Taurin | | |
| 33 23 | I'm sure they may have changed | | |
| 33 24 | over time, but generally speaking, what was | | |
| 33 25 | your job or jobs in the military? | | |
| 34 1 | A.    I had one job.  I was a combat | | |
| 34 2 | medic the entire time.  68 Whiskey, combat | | |
| 34 3 | medical specialist. | | |
| 34 4 | Q.    What does a combat medical | | |
| 34 5 | specialist do? | | |
| 34 6 | A.    Prehospital care, trauma, | | |
| 34 7 | clinical work, just about anything to do with | | |
| 34 8 | the medical field. | | |
| 34 9 | Q.    Okay.  And what sort of training | | |
| 34 10 | do you have to undertake to become a combat | | |
| 34 11 | medical specialist? | | |
| 34 12 | A.    One, you have to be a licensed | | |
| 34 13 | EMT, emergency medical technician; you have to | | |
| 34 14 | graduate your AIT, your individual training | | |
| 34 15 | once you come in the military; and as you | | |
| 34 16 | progress along the course of your rank-wise and | | |
| 34 17 | career, you take more courses, as far as like, | | |
| 34 18 | noncommissioned officer courses, like the | | |
| 34 19 | Primary Leadership Development Course, the -- | | |
| 34 20 | they call it something different now, the | | |
| 34 21 | Advanced Leaders Course.  They've changed over | | |
| 34 22 | the years, but you have to take a couple of | | |
| 34 23 | leadership courses over the time you're in the | | |
| 34 24 | military, to sustain your skills. | | |
| 42:13 - 42:15 | Mosby, Taurin | | |
| 42 13 | Q.    Were you ever -- Well, did you | | |

| | | | |
|---|---|---|---|
| 42 14 | wear hearing protection when you were deployed? | | |
| 42 15 | A.   Yes. | | |
| 42:16 - 42:22 | Mosby, Taurin | Re: [42:16-42:22] | COUNTER DESIGNATION |
| 42 16 | Q.   Do you recall what type or types | Pltf Obj Improper Clarification Direct | WITHDRAWN, 3/12/2021 |
| 42 17 | of hearing protection you wore? | â□□ Violates PTO # 64 | |
| 42 18 | A.   It was various types.  We had | | |
| 42 19 | over-the-ear hearing protection, we had -- It | | |
| 42 20 | was -- It was a lot of types of hearing.  I | | |
| 42 21 | can't really state exactly which brands or | | |
| 42 22 | models anywhere.  We wore a lot of stuff. | | |
| 42:23 - 43:1 | Mosby, Taurin | | |
| 42 23 | Q.   Do you know, off the top of your | | |
| 42 24 | head, if you ever wore the Combat Arms Earplug | | |
| 42 25 | that we're talking about today with the 3M -- | | |
| 43 1 | A.   I did. | | |
| 43:3 - 43:17 | Mosby, Taurin | | |
| 43 3 | And do you recall what sort of | | |
| 43 4 | training you had about how to wear that | | |
| 43 5 | earplug? | | |
| 43 6 | A.   Actually, no.  I will say that -- | | |
| 43 7 | that we -- It was just one of those things, | | |
| 43 8 | like you go to the -- When you get your | | |
| 43 9 | audiology exam done, you have a bunch of | | |
| 43 10 | hearing aids -- not hearing aids, sorry -- | | |
| 43 11 | hearing earplugs there, and they hand them out. | | |
| 43 12 | At some point saying -- At some points in my | | |
| 43 13 | military career, it was usual for us to wear | | |
| 43 14 | our little hearing plug attachments on our | | |
| 43 15 | uniform, and they have various hearing plugs in | | |
| 43 16 | there.  So it was really, they just gave them | | |
| 43 17 | out to us, and we just used them. | | |
| 43:18 - 44:1 | Mosby, Taurin | Re: [43:18-44:1] | COUNTER DESIGNATION |
| 43 18 | Q.   Okay.  And as far as when you | Pltf Obj Improper Clarification Direct | WITHDRAWN, 3/12/2021 |
| 43 19 | wore the Combat Arms Earplug, do you know when | â□□ Violates PTO # 64 | |
| 43 20 | that was, compared to when you wore other | | |
| 43 21 | hearing protection? | | |
| 43 22 | A.   No, sir.  It was sporadic.  Me, | | |
| 43 23 | personally, I preferred the over-the-ear | | |
| 43 24 | hearing protection, because I didn't like stuff | | |

| | | | |
|---|---|---|---|
| 43 25 | in my ears, so I usually -- I wore a lot of | | |
| 44 1 | over-the-ear hearing protection. | | |
| 44:2 - 44:12 | Mosby, Taurin | | |
| 44 2 | Q.    All right.  As part of your | | |
| 44 3 | medical training, were you ever trained how to | | |
| 44 4 | fit an earplug into a soldier's ear? | | |
| 44 5 | A.    Yes.  Briefly.  But that would be | | |
| 44 6 | more reserved for like the audiology techs, | | |
| 44 7 | which I am not.  But I was given brief | | |
| 44 8 | instructions, yes, on how to fit earplugs. | | |
| 44 9 | Q.    And were you specifically given | | |
| 44 10 | any training on how to fit the Combat Arms | | |
| 44 11 | Earplugs into anyone's ear? | | |
| 44 12 | A.    No, sir. | | |
| 50:23 - 50:25 | Mosby, Taurin | | |
| 50 23 | Q.    I'd asked you a second ago about | | |
| 50 24 | the Combat Arms Earplugs.  Can you, off the top | | |
| 50 25 | of your head, describe what those look like? | | |
| 50:23 - 51:14 | Mosby, Taurin | | |
| 50 23 | Q.    I'd asked you a second ago about | | |
| 50 24 | the Combat Arms Earplugs.  Can you, off the top | | |
| 50 25 | of your head, describe what those look like? | | |
| 51 1 | A.    Yes, they are -- Combat Arms | | |
| 51 2 | Earplugs, they're the ones with the yellow end | | |
| 51 3 | and the green end; and the yellow end has a | | |
| 51 4 | little hole in it. | | |
| 51 5 | Q.    And do you understand that the | | |
| 51 6 | purpose between -- the difference between the | | |
| 51 7 | yellow end and the green end, what it was | | |
| 51 8 | assigned for? | | |
| 51 9 | A.    The yellow end is for -- I would | | |
| 51 10 | ascertain with my training, because it has a | | |
| 51 11 | little hole in it, so it will cut off certain | | |
| 51 12 | ranges of the noise; but if you had the green | | |
| 51 13 | end out, that was for combat and it cut off a | | |
| 51 14 | lot more of the noise. | | |
| 51:15 - 52:3 | Mosby, Taurin | **Re: [51:15-52:3]** | **COUNTER DESIGNATION** |
| 51 15 | Does that make sense? | **Pltf Obj** Improper Clarification Direct | **WITHDRAWN, 3/12/2021** |
| 51 16 | Q.    Yes. | â□□ Violates PTO # 64 | |

| | | |
|---|---|---|
| 51 17    A.    All right. | | |
| 51 18    Q.    Where did you obtain that | | |
| 51 19    understanding as to the difference between the | | |
| 51 20    yellow and the green end? | | |
| 51 21    A.    I would just -- General -- Just | | |
| 51 22    general knowledge in the military. | | |
| 51 23    Q.    All right. | | |
| 51 24    A.    Well, I -- I can't -- I don't | | |
| 51 25    want to say that. It's general -- It's | | |
| 52 1    knowledge that most NCOs would be familiar | | |
| 52 2    with. I'm not going to say that everybody in | | |
| 52 3    the military would automatically know that. | | |
| **55:16 - 56:6**    Mosby, Taurin | | |
| 55 16    Q.    Okay. We talked about the Combat | | |
| 55 17    Arms Earplugs Version 2 before the break. Is | | |
| 55 18    this the Version 2 you remember that we | | |
| 55 19    discussed earlier? | | |
| 55 20    A.    Yes. | | |
| 55 21    Q.    With the different ends meaning | | |
| 55 22    different things as you put them into your ear? | | |
| 55 23    A.    Yes, sir. Yes. | | |
| 55 24    Q.    Okay. And were those used, by | | |
| 55 25    some soldiers at least, on -- at Schofield | | |
| 56 1    Barracks while you were there between 2013 and | | |
| 56 2    2017? | | |
| 56 3    A.    Yes. | | |
| 56 4    Q.    Okay. And did you use those | | |
| 56 5    yourself during that time period? | | |
| 56 6    A.    Yes, I'm sure I did. | | |
| **56:7 - 56:10**    Mosby, Taurin | **Re: [56:7-56:10]** <br> **Pltf Obj** Need to add 55:6-55:15 to clarify item being discussed. | **SUSTAINED (add earlier lines)** |
| 56 7    Q.    Do you have an estimate as to the | | |
| 56 8    percentage of time you would have used those, | | |
| 56 9    versus other hearing protection devices while | | |
| 56 10    you were on Schofield Barracks? | | |
| **56:12 - 56:12**    Mosby, Taurin | **Re: [56:12-56:12]** <br> **Pltf Obj** Need to add 55:6-55:15 to clarify item being discussed. | **SUSTAINED (add earlier lines)** |
| 56 12    A.    No. | | |
| **57:22 - 57:24**    Mosby, Taurin | | |
| 57 22    Q.    All right. Got it. So what I | | |

| | |
|---|---|
| 57 23 | want to do, I'm going to have you scroll down |
| 57 24 | to the second page of Exhibit Number 2. |

58:1 - 58:13    Mosby, Taurin

| | |
|---|---|
| 58 1 | Q.    And that's another series of |
| 58 2 | hearing protection devices.  Do you recognize |
| 58 3 | those hearing protection devices? |
| 58 4 | A.    Actually, no, I do not. |
| 58 5 | Q.    Okay.  And let me go to the third |
| 58 6 | page.  Do you -- Have you ever seen that |
| 58 7 | before? |
| 58 8 | A.    I have seen these, yes. |
| 58 9 | Q.    Okay.  Do you know what this is? |
| 58 10 | A.    No, I don't know what it is by |
| 58 11 | name.  No, I don't, sir.  But I have -- |
| 58 12 | Actually, I might have -- I don't know if I've |
| 58 13 | used them or not, but I have seen them before. |

58:14 - 58:15    Mosby, Taurin

| | |
|---|---|
| 58 14 | I don't know what they're called |
| 58 15 | specifically, though. |

58:16 - 59:2    Mosby, Taurin

| | |
|---|---|
| 58 16 | Q.    And do you know if any soldiers |
| 58 17 | under your supervision at Schofield Barracks |
| 58 18 | would have worn this particular type of hearing |
| 58 19 | protection? |
| 58 20 | A.    No.  Not under my -- Not -- No. |
| 58 21 | No.  Not while I was there, no. |
| 58 22 | Q.    All right.  Then if you go to the |
| 58 23 | final page of Exhibit Number 2, do you |
| 58 24 | recognize that? |
| 58 25 | A.    No, I do not.  Those look like |
| 59 1 | some I've never worn.  I've never seen those |
| 59 2 | before. |

59:11 - 59:14    Mosby, Taurin

| | |
|---|---|
| 59 11 | Q.    What I want to do is mark as |
| 59 12 | Exhibit Number 3 another document.  This is |
| 59 13 | going to be called triple flange in your email, |
| 59 14 | I think. |

59:25 - 60:16    Mosby, Taurin

| | |
|---|---|
| 59 25 | Q.    Okay.  Do you recognize any of |

Mosby, Taurin                                                                                                    7

| | |
|---|---|
| 60 1 | those three hearing protection devices? |
| 60 2 | A.    Yes.  These would be the ones |
| 60 3 | that were most common during my time at -- when |
| 60 4 | I was stationed at Schofield Barracks.  These |
| 60 5 | are the most common ones, when you got your |
| 60 6 | audiogram done -- I think -- I'm not going to |
| 60 7 | think.  I know that once you get an audiogram |
| 60 8 | done, they usually, if they have them, they'll |
| 60 9 | issue you some type of earplugs.  It was |
| 60 10 | usually these ones. |
| 60 11 | Q.    Okay.  And that's the one that |
| 60 12 | you have a blue and a green and a red on the |
| 60 13 | screen, do you know if there's any difference |
| 60 14 | between that other than color? |
| 60 15 | A.    Yes.  It's a small, medium, |
| 60 16 | large. |

62:2 - 62:5   Mosby, Taurin

| | |
|---|---|
| 62 2 | Q.    Okay.  But somebody at the health |
| 62 3 | clinic would be the one to hand out these |
| 62 4 | earplugs? |
| 62 5 | A.    Yes. |

63:3 - 63:9   Mosby, Taurin

| | |
|---|---|
| 63 3 | Q.    I'm going to now try to |
| 63 4 | introduce.  This will be Exhibit Number 4.  And |
| 63 5 | it's going to be called quad flange in the |
| 63 6 | name.  Do you see that? |
| 63 7 | A.    Give me one second. |
| 63 8 | Q.    It's a blue -- Two-page document? |
| 63 9 | A.    I see it. |

63:15 - 64:1   Mosby, Taurin

| | |
|---|---|
| 63 15 | Q.    Mr. Mosby, do you recognize the |
| 63 16 | device that's been marked as Exhibit Number 4, |
| 63 17 | or the photograph Number 4? |
| 63 18 | A.    No.  I was never really familiar |
| 63 19 | with the quad flange, no. |
| 63 20 | Q.    All right.  Then if you go to the |
| 63 21 | second page of Exhibit Number 4, it's another |
| 63 22 | picture of a quad flange, different color.  Do |
| 63 23 | you recognize the second page of Exhibit Number |

| | | |
|---|---|---|
| 63 24      4? | | |
| 63 25      A.    No.  I have not seen it before. | | |
| 64 1      Q.    And do you know whether the quad | | |
| 64:1 - 64:3   Mosby, Taurin | **Re: [64:1-64:3]** | **SUSTAINED** |
| 64 1      Q.    And do you know whether the quad | **Def Obj** Foundation (602); Vague; | |
| 64 2      flange was ever used by soldiers at Schofield | Leading (611, 403) | |
| 64 3      Barracks while you were there? | | |
| 64:7 - 64:7   Mosby, Taurin | **Re: [64:7-64:7]** | **SUSTAINED** |
| 64 7      A.    Answer?  Oh, no, I don't know. | **Def Obj** Foundation (602) | |
| 65:1 - 65:9   Mosby, Taurin | | |
| 65 1      Q.    All right.  Let's basically turn | | |
| 65 2      to Mr. Keefer.  I asked earlier if you know who | | |
| 65 3      Lewis Keefer is.  How do you know Lewis Keefer? | | |
| 65 4      A.    Okay.  I know him, he was in my | | |
| 65 5      platoon.  As I arrived at that platoon, he was | | |
| 65 6      -- How can I say this?  He was in the platoon. | | |
| 65 7      I did not see him that much, but he was there, | | |
| 65 8      if that makes any sense to you guys.  He was in | | |
| 65 9      the platoon, and I did not see him much. | | |
| 66:13 - 66:16   Mosby, Taurin | | |
| 66 13      Q.    And how long were you the platoon | | |
| 66 14      sergeant of the 1/21 Infantry Battalion? | | |
| 66 15      A.    I was there from 2014 for -- | | |
| 66 16      About three years, 2014 to 2017. | | |
| 67:1 - 67:4   Mosby, Taurin | | |
| 67 1      Let me put it this way:  Did you and Mr. Keefer | | |
| 67 2      arrive at the same time at that platoon or he | | |
| 67 3      was there first? | | |
| 67 4      A.    He was there first. | | |
| 67:15 - 67:20   Mosby, Taurin | | |
| 67 15      Q.    And how long after you arrived at | | |
| 67 16      the platoon did Mr. Keefer leave that 1/21 | | |
| 67 17      Infantry Battalion? | | |
| 67 18      A.    I would say less than -- max two | | |
| 67 19      months.  Max of two months.  After I got there, | | |
| 67 20      two months later he was gone. | | |
| 67:21 - 68:5   Mosby, Taurin | **Re: [67:21-68:5]** | **COUNTER DESIGNATION** |
| 67 21      And, really, as far as my memory | **Pltf Obj** Improper Clarification Direct | **WITHDRAWN, 3/12/2021** |
| 67 22      -- as far as I recollect, he was not a integral | â□□ Violates PTO # 64, 402, 403, | |

Mosby, Taurin                                                                                                    9

| | | |
|---|---|---|
| 67 23   part of the platoon at all.  I really didn't | Strike as nonresponsive, MIL Article 15, | |
| 67 24   have a lot of interaction with him.  So that | | |
| 67 25   timeline could be off a little bit, but that's | | |
| 68 1    as far as I can remember, yes. | | |
| 68 2    Q.    Okay.  And when he left the | | |
| 68 3    platoon, do you know where he went? | | |
| 68 4    A.    As far as I was understood, he | | |
| 68 5    transitioned out of the military. | | |
| **68:6 - 68:11   Mosby, Taurin** | | |
| 68 6    Q.    Okay.  Do you think you would | | |
| 68 7    have been his final sergeant?  In other words, | | |
| 68 8    were you basically in charge of him maybe the | | |
| 68 9    last two months he was in the military, to your | | |
| 68 10   recollection at least? | | |
| 68 11   A.    To my recollection, yes. | | |
| **87:11 - 88:23   Mosby, Taurin** | | |
| 87 11   Q.    How often would soldiers in your | | |
| 87 12   platoon go through weapons training during the | | |
| 87 13   -- this period of time you were Mr. Keefer's | | |
| 87 14   supervisor? | | |
| 87 15   A.    All right.  So a general soldier | | |
| 87 16   in the military goes to the range to qualify on | | |
| 87 17   his individual weapon at least twice a year. | | |
| 87 18   But medics in our platoon, we had to provide | | |
| 87 19   coverage at the ranges, medical coverage, so we | | |
| 87 20   would send medics out to machine gun ranges, | | |
| 87 21   whatever range they have in our battalion, | | |
| 87 22   because the medic has to -- they have to have a | | |
| 87 23   medic in case somebody got hurt, of course.  So | | |
| 87 24   the medics will be at various ranges a lot, | | |
| 87 25   actually. | | |
| 88 1    Q.    Okay.  Is this something that | | |
| 88 2    would occur on a weekly basis? | | |
| 88 3    A.    Yeah.  Somebody is always at the | | |
| 88 4    range.  I wouldn't say weekly, but it was -- it | | |
| 88 5    was a lot.  Somebody is usually covering a | | |
| 88 6    range somewhere. | | |
| 88 7    Q.    And if you're covering the range, | | |
| 88 8    are you there for the entire day, or do you go | | |

| | | | |
|---|---|---|---|
| 88 9 | out for an hour and somebody else relieves you? | | |
| 88 10 | How does that work from a time standpoint? | | |
| 88 11 | A.    From a time standpoint, if -- | | |
| 88 12 | Yes, sometimes you could be there the entire | | |
| 88 13 | time.  Sometimes if we could -- If we could | | |
| 88 14 | allocate another individual to -- so we could | | |
| 88 15 | break up the time, of course we would; we don't | | |
| 88 16 | want to keep anybody out there all day if we | | |
| 88 17 | don't have to.  On average, yes, if you were | | |
| 88 18 | covering the range, you were there the whole | | |
| 88 19 | time. | | |
| 88 20 | Q.    And -- All right.  What about | | |
| 88 21 | hearing protection, would that be required when | | |
| 88 22 | you were at the range? | | |
| 88 23 | A.    Yes.  Yes. | | |
| **88:25 - 89:12**   Mosby, Taurin | | **Re: [88:25-89:12]** | **COUNTER DESIGNATION** |
| 88 25 | was used -- I'm sorry.  What type of hearing | **Pltf Obj** Improper Clarification Direct - | **WITHDRAWN, 3/12/2021** |
| 89 1 | protection was used on the range? | Violates PTO # 64 | |
| 89 2 | A.    It would be -- From my | | |
| 89 3 | experience, I saw a lot of the triple-flanged | | |
| 89 4 | ones a lot.  The combat hearing protection, I | | |
| 89 5 | didn't really see those a lot.  Those were -- | | |
| 89 6 | You saw those a lot in combat, in Iraq, they | | |
| 89 7 | were pretty much everywhere. | | |
| 89 8 | But as far as at training, when I | | |
| 89 9 | was there, we just had the triple-flanged ones. | | |
| 89 10 | Q.    And that was the triple flange -- | | |
| 89 11 | the green, the blue, and the red that were | | |
| 89 12 | Exhibit 3? | | |
| **89:14 - 89:14**   Mosby, Taurin | | **Re: [89:14-89:14]** | **SUSTAINED** |
| 89 14 | A.    Yes, sir. | **Pltf Obj** Improper Clarification Direct - | |
| | | Violates PTO # 64 | |
| **89:15 - 90:7**   Mosby, Taurin | | **Re: [89:15-90:7]** | **OVERRULED** |
| 89 15 | Q.    When you were at Schofield | **Def Obj** Relevance (401, 402) | |
| 89 16 | Barracks, again, during the same 2014 time | | |
| 89 17 | frame we're talking about, were there -- was | | |
| 89 18 | there significant exposure to helicopters? | | |
| 89 19 | A.    Yes. | | |
| 89 20 | Q.    Was that a constant or daily | | |

| | |
|---|---|
| 89 21   occurrence? | |
| 89 22       A.    Not daily.  But most training | |
| 89 23       that we dealt with, there was a helicopter | |
| 89 24       somewhere. | |
| 89 25       Q.    All right.  Did you have to ride | |
| 90 1        in helicopters in your position? | |
| 90 2        A.    Yes.  Of course. | |
| 90 3        Q.    Okay.  When you were around | |
| 90 4        helicopters -- When your soldiers were around | |
| 90 5        helicopters, were they required to wear hearing | |
| 90 6        protection devices? | |
| 90 7        A.    Yes. | |

| | | |
|---|---|---|
| 90:8 - 90:10   Mosby, Taurin | **Re: [90:8-90:10]** | |
| 90 8        Q.    Okay.  And was there a specific | **Pltf Obj** No objection | |
| 90 9        type they were required to wear? | | |
| 90 10       A.    No.  Not specific type. | | |
| 90:11 - 90:16   Mosby, Taurin | **Re: [90:11-90:16]** | **OVERRULED** |
| 90 11       Q.    All right.  I've asked about sort | **Def Obj** Relevance (401, 402); | |
| 90 12       of your vehicles, your Stryker, your Humvees, | Foundation (602) | |
| 90 13       your cargo; I've asked about helicopters; and | | |
| 90 14       we talked a little bit about being at the | | |
| 90 15       range, either to qualify yourself or as the | | |
| 90 16       medic to sort of be on duty there. | | |
| 90:17 - 91:2   Mosby, Taurin | | |
| 90 17       What other types of noise | | |
| 90 18       exposures would Mr. Keefer have encountered at | | |
| 90 19       Schofield Barracks during the time that you | | |
| 90 20       were a supervisor? | | |
| 90 21       A.    That's about -- Well, the | | |
| 90 22       instances you've already outlined, those are | | |
| 90 23       about the gist of it.  I mean, of course it's | | |
| 90 24       the military, it could be anything.  But from | | |
| 90 25       what I understand, ranges, vehicles, | | |
| 91 1        helicopters, aircraft, that type of stuff, is | | |
| 91 2        the type of noise exposures you would have. | | |
| 92:22 - 92:24   Mosby, Taurin | | |
| 92 22       Q.    Was it up to the individual | | |
| 92 23       soldier to determine which type of hearing | | |
| 92 24       device, hearing protection device to use? | | |

Mosby, Taurin                                                                                          12

| 93:1 - 93:11 | Mosby, Taurin | | |
|---|---|---|---|
| 93 1 | A.     Yes.  There wasn't a -- To my | | |
| 93 2 | knowledge, there was not no -- there weren't | | |
| 93 3 | any, this is the one, the set earplug that | | |
| 93 4 | you're going to use.  Like I indicated before, | | |
| 93 5 | at the audiology clinic, when you got your | | |
| 93 6 | hearing test done, they usually issued you one | | |
| 93 7 | of those triple-flanged ones, and those are the | | |
| 93 8 | ones you had.  Sometimes you went to the | | |
| 93 9 | audiology clinic, and they would have other | | |
| 93 10 | brands, but usually it was the triple-flanged | | |
| 93 11 | ones.  But it wasn't a set one. | | |
| 93:12 - 94:4 | Mosby, Taurin | **Re: [93:12-94:4]** | **COUNTER DESIGNATION** |
| 93 12 | Q.     All right.  Are you familiar with | **Pltf Obj** Clarification Direct â | **WITHDRAWN, 3/12/2021** |
| 93 13 | the concept of double hearing protection -- | Violates PTO # 64, 602, 402, Vague, | |
| 93 14 | A.     Yes. | Improper | |
| 93 15 | Q.     -- like using more than one? | | |
| 93 16 | A.     Yes. | | |
| 93 17 | Q.     Did you ever see soldiers using | | |
| 93 18 | double hearing protection at Schofield | | |
| 93 19 | Barracks? | | |
| 93 20 | A.     Did I see them?  That would be | | |
| 93 21 | the -- Kind of an oxymoron, because if you | | |
| 93 22 | can't see it if you have headphones over your | | |
| 93 23 | hearing protection.  No, I didn't see it.  I | | |
| 93 24 | personally did sometimes.  So I would wear | | |
| 93 25 | over-the-ear hearing protection and the | | |
| 94 1 | earplugs -- and some form of earplug. | | |
| 94 2 | Q.     And do you know how common that | | |
| 94 3 | was with the soldiers under your supervision, | | |
| 94 4 | to do that? | | |
| 94:6 - 94:13 | Mosby, Taurin | **Re: [94:6-94:13]** | **COUNTER DESIGNATION** |
| 94 6 | A.     I don't think -- I don't think it | **Pltf Obj** Clarification Direct â | **WITHDRAWN, 3/12/2021** |
| 94 7 | was very common.  To my knowledge, I was the | Violates PTO # 64, 602, 402, Vague, | |
| 94 8 | only one that was doing it.  Because, of | Improper | |
| 94 9 | course, I had -- I was in the Army -- I was in | | |
| 94 10 | the military for over twenty years, and I do | | |
| 94 11 | have hearing loss and -- But at latter -- | | |

94 12    latter points in my career, I started to try to
94 13    defend against hearing loss.

# Revised 3/3/2021
# Toyoma 2020-11-24

NOTE: Defendants have objected to affirmative designations included in this report as untimely under PTO 66.

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | | Objection | Notes |
|---|---|---|---|
| 13:7 - 13:10 | Revised Toyoma 2020-11-24 | | |
| 13 7 | Q.    Will you please state your name | | |
| 13 8 | and address for the Record. | | |
| 13 9 | A.    Andy Toyama, 1392 Kaweloka | | |
| 13 10 | Street, Pearl City, Hawaii 96782. | | |
| 27:19 - 28:10 | Revised Toyoma 2020-11-24 | | |
| 27 19 | Q.    Do you work in the Hearing | | |
| 27 20 | Conservation Clinic at Schofield Barracks? | | |
| 27 21 | A.    I do not. | | |
| 27 22 | Q.    Okay.  Where do you work now? | | |
| 27 23 | A.    I work at Navy Health Clinic | | |
| 27 24 | Hawaii, audiology department. | | |
| 27 25 | Q.    And how long did you work at the | | |
| 28 1 | Schofield Barracks Hearing Conservation Clinic? | | |
| 28 2 | A.    I would say for about, roughly, | | |
| 28 3 | two -- two years and seven months. | | |
| 28 4 | Q.    Okay.  So did you work at the | | |
| 28 5 | Schofield Barracks Hearing Conservation Clinic | | |
| 28 6 | in 2012, '13, and 2014? | | |
| 28 7 | A.    Yes. | | |
| 28 8 | Q.    Okay.  And during that time, did | | |
| 28 9 | you work with hearing protection devices? | | |
| 28 10 | A.    Yes. | | |
| 107:23 - 108:1 | Revised Toyoma 2020-11-24 | | |
| 107 23 | Q.    I have marked as Exhibit 12 a | | |
| 107 24 | medical record from Mr. Keefer, dated October | | |
| 107 25 | 21, 2013.  Do you see that, Mr. Toyama? | | |
| 108 1 | A.    Yes. | | |
| 116:23 - 117:7 | Revised Toyoma 2020-11-24 | | |
| 116 23 | Q.    And at the end of this remarks | | |
| 116 24 | section, it says:  HPD, PREV fit.  Do you know | | |
| 116 25 | what that notation is in reference to? | | |
| 117 1 | A.    That he was previously fit with | | |
| 117 2 | hearing protection devices. | | |
| 117 3 | Q.    And based on how this remarks | | |
| 117 4 | section is -- sort of the totality of this | | |
| 117 5 | remarks section, would that suggest to you that | | |

| | |
|---|---|
| 117 6 | he had been previously fit with the quad-flange |
| 117 7 | earplugs? |

**117:9 - 117:24   Revised Toyoma 2020-11-24**

| | |
|---|---|
| 117 9 | A.    No.  It just states that he was |
| 117 10 | previously fit with earplugs in general. |
| 117 11 | Q.    Would he have been fitted with |
| 117 12 | earplugs again during this October 2013 visit? |
| 117 13 | A.    If he didn't have his earplugs |
| 117 14 | with him. |
| 117 15 | Q.    And if he had brought his |
| 117 16 | earplugs with him, would it have noted HPD |
| 117 17 | previously fit? |
| 117 18 | A.    Like I mentioned earlier, the HPD |
| 117 19 | previously fit meant that he previously got |
| 117 20 | hearing protection devices fitted. |
| 117 21 | Q.    But it doesn't necessarily say |
| 117 22 | anything about whether he was fit with hearing |
| 117 23 | protection devices during this visit? |
| 117 24 | A.    It does not. |

**131:5 - 131:13   Revised Toyoma 2020-11-24**

| | |
|---|---|
| 131 5 | Now, you understand, don't you, |
| 131 6 | that soldiers have a choice of hearing |
| 131 7 | protection; right? |
| 131 8 | A.    Oh.  I did not know they had a |
| 131 9 | choice, as to which hearing protection devices |
| 131 10 | they use.  Because they're issued them, so I |
| 131 11 | don't know if they have a choice.  Because if |
| 131 12 | they're issued by the Army, then they should be |
| 131 13 | using what is issued, to my knowledge. |

**131:14 - 131:17   Revised Toyoma 2020-11-24**

| | | |
|---|---|---|
| 131 14 | Q.    Well, let me show you a few | **Re: [131:14-131:17]** |
| 131 15 | things on this issue.  Maybe we can reflect | **Def Obj** Relevance (401, 402); |
| 131 16 | your memory or help with your understanding. | Foundation (602) |
| 131 17 | Let's start with this one. | **OVERRULED** |

**132:11 - 134:5   Revised Toyoma 2020-11-24**

| | | |
|---|---|---|
| 132 11 | (Whereupon, Exhibit 14 was | **Re: [132:11-134:5]** |
| 132 12 | marked for identification | **Def Obj** Relevance (401, 402); |
| 132 13 | purposes.) | Foundation (602); 701 |
| 132 14 | Q.    I've marked it 13 but we'll mark | **OVERRULED** |

132 15    it 14 and correct that label Department of
132 16    Defense, Number 6055.12.  This one is dated
132 17    March 5, 2004.
132 18    Have you seen that before, Mr.
132 19    Toyama?
132 20    A.    It does not look familiar.
132 21    Q.    Are you aware that the Department
132 22    of Defense would issue instructions pertaining
132 23    to the Hearing Conservation Program?
132 24    A.    Yeah.  Yes.
132 25    Q.    So you were aware that
133 1     instructions like this existed that would
133 2     provide the guidance for persons like yourself
133 3     that operated within the Hearing Conservation
133 4     Program; correct?
133 5     A.    Yes.
133 6     Q.    Okay.  So what I want to do is, I
133 7     want to look at Section 6.6.5 of this document.
133 8     Do you see Section 6.6.5 there,
133 9     sir?
133 10    A.    Yes, I do.
133 11    Q.    And it says:  Personnel shall be
133 12    allowed to choose personal hearing protectors
133 13    among those approved devices available through
133 14    supply channels unless medically
133 15    contraindicated or inappropriate for a
133 16    particular hazardous noise exposure.  Did I
133 17    read that correctly?
133 18    A.    Yes.
133 19    Q.    Okay.  So this Department of
133 20    Defense Instruction would indicate that
133 21    military personnel have a choice in their
133 22    hearing protection; correct?
133 23    A.    Yes.
133 24    Q.    They aren't required to use the
133 25    earplugs that you may have issued; correct?
134 1     A.    Doesn't look like it.
134 2     Q.    As long as the device is on the
134 3     approved list, it can be used by the soldiers;

| | | |
|---|---|---|
| 134 4 | correct? | |
| 134 5 | A.    Based off of this section, yes. | |
| 134:6 - 134:9   Revised Toyoma 2020-11-24 | | |
| 134 6 | Q.    Okay.  And are you aware that the | |
| 134 7 | Combat Arms Version 2 was an approved device | |
| 134 8 | between 2012 and 2014? | |
| 134 9 | A.    I was not aware. | |
| 134:10 - 134:15   Revised Toyoma 2020-11-24 | Re: [134:10-134:15] | OVERRULED |
| 134 10 | Q.    If it was an approved device, | Def Obj Foundation (602); 701; Vague; |
| 134 11 | there would be nothing inappropriate about Mr. | Compound; Misstates (611, 403) |
| 134 12 | Keefer choosing to use that hearing protection, | |
| 134 13 | would there? | |
| 134 15 | A.    Correct. | |
| 134:16 - 134:20   Revised Toyoma 2020-11-24 | Re: [134:16-134:20] | OVERRULED |
| 134 16 | Q.    Since this is 2004, let me show | Def Obj Relevance (401, 402); |
| 134 17 | you one -- Now, this one, I will represent to | Foundation (602); 701 |
| 134 18 | you, postdates your time in the military, but | |
| 134 19 | I'm showing it to you so you can see that this | |
| 134 20 | requirement continued, this choice.  Hold on. | |
| 134:24 - 136:17   Revised Toyoma 2020-11-24 | Re: [134:24-136:17] | |
| 134 24 | All right.  You can see that this | Def Obj Relevance (401, 402); |
| 134 25 | is a -- it's a pamphlet from Department of Army | Foundation (602); 701 |
| 135 1 | -- Department of the Army.  Do you see that? | |
| 135 2 | A.    Uh-huh. | |
| 135 3 | (Whereupon, Exhibit 15 was | |
| 135 4 | marked for identification | |
| 135 5 | purposes.) | |
| 135 6 | Q.    And Exhibit 15 is labeled as the | |
| 135 7 | Army Hearing Program, are you familiar with | OVERRULED |
| 135 8 | this? | |
| 135 9 | A.    Yes. | |
| 135 10 | Q.    As part of your work in the Army, | |
| 135 11 | working in Schofield Barracks, were you | |
| 135 12 | familiar with a pamphlet like this? | |
| 135 13 | I understand this one post-dated | |
| 135 14 | your time, but were you aware of pamphlets like | |
| 135 15 | this that provided guidance to you in how you | |
| 135 16 | conducted your practices? | |
| 135 17 | A.    I'm not too sure if it provided | |

| | | |
|---|---|---|
| 135 18   guidance on my guidance and practice.  But I do | | |
| 135 19   know that we referenced this DA Pamp 40-501 | | |
| 135 20   several times. | | |
| 135 21   Q.    Okay.  So you're familiar with | | |
| 135 22   this document; true? | | |
| 135 23   A.    Yes. | | |
| 135 25   Q.    I want to go in here and I want | | |
| 136 1   to show you in section 7-14.  There are. | | |
| 136 2   Do you see the section labeled | | |
| 136 3   hearing protection? | | |
| 136 4   A.    Yes. | | |
| 136 5   Q.    And then on 7-14, sub E, it says: | | |
| 136 6   Personnel may select a hearing protector from | | |
| 136 7   an approved list unless contraindicated for | | |
| 136 8   medical and/or environmental reasons.  Did I | | |
| 136 9   read that correctly? | | |
| 136 10   A.    Yes. | | |
| 136 11   Q.    So based upon the 2004 document I | | |
| 136 12   showed you, and this 2015 document, you would | | |
| 136 13   agree with me that throughout your time at | | |
| 136 14   Schofield Barracks, soldiers had a choice in | | |
| 136 15   their hearing protection? | | |
| 136 17   A.    Yes. | | |
| 136:18 - 137:7   Revised Toyoma 2020-11-24 | Re: [136:18-137:7]     Def Obj Untimely per PTO 66 | SUSTAINED |
| 136 18   Q.    Okay.  Now, we talked about that | | |
| 136 19   you don't remember Lewis Keefer; correct? | | |
| 136 20   A.    Correct. | | |
| 136 21   Q.    You don't remember treating him, | | |
| 136 22   you don't remember interacting with him.  If he | | |
| 136 23   walked into that room right there, you wouldn't | | |
| 136 24   know who he was; right? | | |
| 136 25   A.    Correct. | | |
| 137 1   Q.    Okay.  So you can't testify under | | |
| 137 2   oath that you know what type of hearing | | |
| 137 3   protection he used, can you? | | |
| 137 4   A.    I cannot. | | |
| 137 5   Q.    The most you can do is testify as | | |
| 137 6   to hearing protection you may have issued him; | | |
| 137 7   correct? | | |

| | | |
|---|---|---|
| 137:9 - 137:12   Revised Toyoma 2020-11-24<br>137 9      A.     Correct.<br>137 10     Q.     You don't know what hearing<br>137 11     protection he wore on the firing ranges, do<br>137 12     you? | **Re: [137:9-137:12]**<br>**Def Obj** Untimely per PTO 66 | **SUSTAINED** |
| 137:14 - 137:17   Revised Toyoma 2020-11-24<br>137 14     A.     I do not.<br>137 15     Q.     You don't know what hearing<br>137 16     protection he wore when he was deployed, do<br>137 17     you? | **Re: [137:14-137:17]**<br>**Def Obj** Untimely per PTO 66 | **SUSTAINED** |
| 137:19 - 138:2   Revised Toyoma 2020-11-24<br>137 19     A.     I do not.<br>137 20     Q.     You don't know what hearing<br>137 21     protection he was issued at basic training, do<br>137 22     you?<br>137 23     A.     I do not.<br>137 24     Q.     And if Mr. Keefer testified that<br>137 25     he was issued the Combat Arms Version 2 at<br>138 1      basic, you have no basis to disagree with that,<br>138 2      do you? | **Re: [137:19-138:2]**<br>**Def Obj** Untimely per PTO 66 | **SUSTAINED** |
| 138:4 - 138:8   Revised Toyoma 2020-11-24<br>138 4      A.     I do not.<br>138 5      Q.     If he testified that he was<br>138 6      fitted with the Combat Arms Version 2 at basic<br>138 7      training, you have no basis to dispute that, do<br>138 8      you? | **Re: [138:4-138:8]**<br>**Def Obj** Untimely per PTO 66 | **SUSTAINED** |
| 138:10 - 138:14   Revised Toyoma 2020-11-24<br>138 10     A.     I do not.<br>138 11     Q.     If he testified that it was his<br>138 12     choice to use the Combat Arms Version 2<br>138 13     throughout his military career, you've got no<br>138 14     reason to disagree with that, do you? | **Re: [138:10-138:14]**<br>**Def Obj** Untimely per PTO 66 | **SUSTAINED** |
| 138:16 - 139:6   Revised Toyoma 2020-11-24<br>138 16     A.     I do not.<br>138 17     Q.     If he testified that he received<br>138 18     Combat Arms Version 2 Earplugs while in Hawaii,<br>138 19     at Schofield Barracks, you can't disagree with<br>138 20     that, can you?<br>138 21     A.     I can't say because I don't know | **Re: [138:16-139:6]**<br>**Def Obj** Untimely per PTO 66 | **SUSTAINED** |

| | | |
|---|---|---|
| 138 22   how -- when he got to Hawaii, and also when he | | |
| 138 23   left Hawaii. | | |
| 138 24   Q.    Yeah.  But the only thing you | | |
| 138 25    could say about Hawaii is in the 2012 to 2014 | | |
| 139 1    time frame, the Combat Arms Version 2 was not | | |
| 139 2    available at the clinic; right? | | |
| 139 3    A.    Yes. | | |
| 139 4    Q.    You don't know if it was | | |
| 139 5    available in other places, do you? | | |
| 139 6    A.    I do not. | | |

| | | |
|---|---|---|
| 143:6 - 145:11   Revised Toyoma 2020-11-24 | **Re: [143:6-145:11]** | **SUSTAINED** |
| 143 6    Q.    The next document I want to show | **Def Obj** Untimely per PTO 66 | |
| 143 7    you, let me stop this.  One second to find it. | | |
| 143 8    It's just loading.  It takes a minute. | | |
| 143 9    Okay.  I'm showing you what I've | | |
| 143 10    marked as Exhibit 17.  And this is a different | | |
| 143 11    Army Hearing Program pamphlet labeled | | |
| 143 12    ST 4-02.501 from February 1, 2008.  Do you see | | |
| 143 13    that? | | |
| 143 14    A.    Yes. | | |
| 143 15    Q.    Okay.  Are you familiar with this | | |
| 143 16    document? | | |
| 143 17    A.    No. | | |
| 143 18    Q.    Are you familiar with this | | |
| 143 19    designation ST 4-02.501? | | |
| 143 20    A.    No. | | |
| 143 21    Q.    Okay.  Okay.  I'm going to take | | |
| 143 22    you into this document, to Section IV -- | | |
| 143 23    Section VI of the document that has a reference | | |
| 143 24    point of earplugs.  All right?  Do you see | | |
| 143 25    that? | | |
| 144 1    A.    Yes. | | |
| 144 2    Q.    Okay.  And what this says, it | | |
| 144 3    says:  Preformed earplugs; correct? | | |
| 144 4    A.    Yes. | | |
| 144 5    Q.    And a plug like the triple flange | | |
| 144 6    we looked at earlier and the blue Quattro, | | |
| 144 7    those are preformed earplugs; correct? | | |
| 144 8    A.    Yes. | | |

| | | |
|---|---|---|
| 144 9 | Q.    It says, under 4-42, it says: | |
| 144 10 | These earplugs requiring an initial annual | |
| 144 11 | fitting by medically trained personnel.  Did I | |
| 144 12 | read that correctly? | |
| 144 13 | A.    Yes. | |
| 144 14 | Q.    And it says:  Both ears need to | |
| 144 15 | be fitted individually since some users may | |
| 144 16 | have different sized ear canals and ear canals | |
| 144 17 | change as one ages.  Did I read that correctly? | |
| 144 18 | A.    Yes. | |
| 144 19 | Q.    And was that your general | |
| 144 20 | understanding of preformed earplugs, that they | |
| 144 21 | required an initial and annual fitting? | |
| 144 22 | A.    Yes. | |
| 144 23 | Q.    And I want to go in one page on | |
| 144 24 | this, and do you see that there's a section on | |
| 144 25 | the Combat Arms Earplug?  Do you see that? | |
| 145 1 | A.    Yes. | |
| 145 2 | Q.    Okay.  And it says -- If you go | |
| 145 3 | down -- I don't know if you can see my mouse, | |
| 145 4 | but you see it says:  The CAE began to be | |
| 145 5 | issued to all deploying soldiers in 2004.  Did | |
| 145 6 | I read that correctly? | |
| 145 7 | A.    Yes. | |
| 145 8 | Q.    Okay.  And so according to this | |
| 145 9 | Army document, as of 2004, any soldier deployed | |
| 145 10 | was issued the CAE, the Combat Arms Earplug; | |
| 145 11 | correct? | |

| 145:14 - 147:7 | Revised Toyoma 2020-11-24 | **Re: [145:14-147:7]** | **SUSTAINED** |
|---|---|---|---|
| 145 14 | A.    Based off of this, yes. | **Def Obj** Untimely per PTO 66 | |
| 145 15 | Q.    Okay.  And were you aware that | | |
| 145 16 | Mr. Keefer was deployed to Iraq? | | |
| 145 17 | A.    I was not. | | |
| 145 18 | Q.    According to this document, Mr. | | |
| 145 19 | Keefer would have been issued the Combat Arms | | |
| 145 20 | Earplug; correct? | | |
| 145 22 | A.    If he was deployed in 2004, yes. | | |
| 145 23 | Q.    Okay.  And it says, if you look | | |
| 145 24 | at 4-50:  With the double-sided CAE, that's the | | |

| | |
|---|---|
| 145 25 | old Combat Arms Earplug, correct, the double |
| 146 1 | sided? |
| 146 2 | A.    Yes. |
| 146 3 | Q.    It says:  The green side of the |
| 146 4 | earplug serves the same purpose as the |
| 146 5 | triple-flange earplug because it protects |
| 146 6 | against a variety of noise hazards.  The yellow |
| 146 7 | side minimally softens speech, but will protect |
| 146 8 | against impulse noise hazards, such as weapon |
| 146 9 | fire and blasts.  The yellow side will not |
| 146 10 | provide protection against steady-state noise |
| 146 11 | such as generator, vehicle, and aircraft noise. |
| 146 12 | This earplug is the best passive protection for |
| 146 13 | soldiers who need to hear softer level sounds |
| 146 14 | when exposed to unexpected weapons noise.  Did |
| 146 15 | I read that correctly? |
| 146 16 | A.    Yes. |
| 146 17 | Q.    And then it says:  To insert the |
| 146 18 | double-sided CAE, follow the directions for |
| 146 19 | inserting the triple-flange earplug.  However, |
| 146 20 | the insertion tool is not used.  One size fits |
| 146 21 | most.  Did I read that correctly? |
| 146 22 | A.    Yes. |
| 146 23 | Q.    Does either section, 4-50 or |
| 146 24 | 4-51, say that the double-sided CAE needs to be |
| 146 25 | medically fitted? |
| 147 1 | A.    It does not. |
| 147 2 | Q.    It says, actually, one size fits |
| 147 3 | most, doesn't it? |
| 147 4 | A.    Yes. |
| 147 5 | Q.    And that's the purpose of the |
| 147 6 | fitting, is to figure out the correct sizing; |
| 147 7 | right? |

| | | | |
|---|---|---|---|
| 147:9 - 148:3 | Revised Toyoma 2020-11-24 | **Re: [147:9-148:3]** | **SUSTAINED** |
| 147 9 | A.    Yes. | **Def Obj** Untimely per PTO 66 | |
| 147 10 | Q.    Okay.  And if you go to 4-52, it | | |
| 147 11 | says:  The dual mode single-sided CAE offers | | |
| 147 12 | all of the protection of the double-sided CAE | | |
| 147 13 | in a single-sided device, with the added | | |

Revised Toyoma 2020-11-24                                                                                    10

147 14    benefit of multiple sizes.  Did I read that
147 15    correctly?
147 16    A.    Yes.
147 17    Q.    That's the Combat Arms version
147 18    that you're familiar with; correct?
147 19    A.    Yes.
147 20    Q.    Okay.  It says:  This earplug
147 21    requires fitting by medically trained personnel
147 22    with training in fitting hearing protection.
147 23    Did I read that correctly?
147 24    A.    Yes.
147 25    Q.    So at least according to this
148 1     document, there's a difference in the newer CAE
148 2     and the older CAE in that the older CAE does
148 3     not require medical fitting; correct?

| 148:5 - 149:4 | Revised Toyoma 2020-11-24 | Re: [148:5-149:4] | SUSTAINED |
|---|---|---|---|
| | | Def Obj Untimely per PTO 66 | |

148 5     A.    Well, it's confusing.  To me it
148 6     looks contradicting to what it's saying in
148 7     this.
148 8     Q.    Please explain.
148 9     A.    4-51, bullet two, one size fits
148 10    most.
148 11    Q.    Uh-huh.
148 12    A.    It's referring to the
148 13    double-sided Combat Arms Earplugs.
148 14    Q.    That's correct.
148 15    A.    But in section 4-52, they're
148 16    talking about the --
148 17    Q.    The dual-ended single-sided?
148 18    A.    Dual mode single-sided of the
148 19    double-sided CAE required --
148 20    Q.    Now the --
148 21    A.    -- requires fitting by medical --
148 22    Q.    If you don't mind, it's comparing
148 23    the protection offered by the dual mode
148 24    single-sided to the protection offered by the
148 25    double-sided CAE.  Do you see that?
149 1     A.    Okay.  Yes, I see that.
149 2     Q.    And then it gives -- And then it

Revised Toyoma 2020-11-24                                    11

| | | |
|---|---|---|
| 149 3    says:  And it gives this added benefit of | | |
| 149 4    multiple sizes; correct? | | |
| 149:6 - 149:7   Revised Toyoma 2020-11-24 | **Re: [149:6-149:7]** | **SUSTAINED** |
| 149 6    A.    Yes.  For the single-sided | **Def Obj** Untimely per PTO 66 | |
| 149 7    device. | | |
| 149:16 - 149:19   Revised Toyoma 2020-11-24 | **Re: [149:16-149:19]** | **SUSTAINED** |
| 149 16    Q.    Yes, sir.  The single-sided CAE, | **Def Obj** Untimely per PTO 66 | |
| 149 17    according to this document, requires fitting by | | |
| 149 18    medically trained personnel; and the dual-sided | | |
| 149 19    does not; correct? | | |
| 149:21 - 150:3   Revised Toyoma 2020-11-24 | **Re: [149:21-150:3]** | **SUSTAINED** |
| 149 21    A.    Yes.  It states that the -- to my | **Def Obj** Untimely per PTO 66 | |
| 149 22    understanding, that the dual mode single-sided | | |
| 149 23    requires fitting by medically trained | | |
| 149 24    personnel. | | |
| 149 25    Q.    So if Mr. Keefer were wearing the | | |
| 150 1    Combat Arms Version 2, the dual-sided, that | | |
| 150 2    does not require medical fitting by trained | | |
| 150 3    personnel; correct? | | |
| 150:5 - 150:25   Revised Toyoma 2020-11-24 | **Re: [150:5-150:25]** | **SUSTAINED** |
| 150 5    A.    Not that I see that it's stated. | **Def Obj** Untimely per PTO 66 | |
| 150 6    (Whereupon, Exhibit 18 was | | |
| 150 7    marked for identification | | |
| 150 8    purposes.) | | |
| 150 9    Q.    Okay.  The next document I want | | |
| 150 10    to show you is a Department of Defense | | |
| 150 11    Instruction from 2010. | | |
| 150 12    All right.  Can you see that, Mr. | | |
| 150 13    Toyoma? | | |
| 150 14    A.    Yes. | | |
| 150 15    Q.    Okay.  You see that this is a | | |
| 150 16    Department of Defense Instruction, Number | | |
| 150 17    6055.12.  This one is dated December 3, 2010; | | |
| 150 18    correct? | | |
| 150 19    A.    Yes. | | |
| 150 20    Q.    Okay.  I may have pulled up the | | |
| 150 21    wrong one.  Okay.  There we are. | | |
| 150 22    So this would be an update to one | | |
| 150 23    of the ones we showed you earlier.  Remember | | |

| | | |
|---|---|---|
| 150 24      that one was from 2004? | | |
| 150 25      A.    Yes. | | |
| 151:2 - 151:18   Revised Toyoma 2020-11-24 | **Re: [151:2-151:18]** | **SUSTAINED** |
| 151 2      Q.    Okay.  So let's go to page 12 of | **Def Obj** Untimely per PTO 66 | |
| 151 3      this document.  And you see, again, this is | | |
| 151 4      Section 7, Personnel Hearing Protectors.  Do | | |
| 151 5      you see that? | | |
| 151 6      A.    Yes. | | |
| 151 7      Q.    Okay.  I want to go down to 7-g, | | |
| 151 8      do you see that, down at the bottom of the | | |
| 151 9      page? | | |
| 151 10      A.    Yes. | | |
| 151 11      Q.    And it says:  Preformed sized | | |
| 151 12      earplugs shall be fitted and issued only under | | |
| 151 13      the supervision of personnel specifically | | |
| 151 14      trained to fit earplugs.  Did I read that | | |
| 151 15      correctly? | | |
| 151 16      A.    Yes. | | |
| 151 17      Q.    The Combat Arms Version 2 was not | | |
| 151 18      a sized earplug, was it? | | |
| 151:20 - 151:23   Revised Toyoma 2020-11-24 | **Re: [151:20-151:23]** | **SUSTAINED** |
| 151 20      A.    It's -- It was -- I guess, based | **Def Obj** Untimely per PTO 66 | |
| 151 21      on the document, it was a one-size-fits-most. | | |
| 151 22      Q.    Right.  That's not a sized -- It | | |
| 151 23      didn't come in multiple sizes; right? | | |
| 151:25 - 152:14   Revised Toyoma 2020-11-24 | **Re: [151:25-152:14]** | **SUSTAINED** |
| 151 25      A.    Not that I was aware. | **Def Obj** Untimely per PTO 66 | |
| 152 1      Q.    Okay.  This goes on to say:  For | | |
| 152 2      recruits likely to be assigned to occupational | | |
| 152 3      noise hazardous duties, the ideal time to | | |
| 152 4      initially fit appropriate hearing protection | | |
| 152 5      and provide education on the prevention of | | |
| 152 6      hearing loss is during basic training and prior | | |
| 152 7      to any exposures to hazardous noise.  Did I | | |
| 152 8      read that correctly? | | |
| 152 9      A.    Yes. | | |
| 152 10      Q.    If Mr. Keefer testified that he | | |
| 152 11      was taught how to use the Combat Arms Version 2 | | |
| 152 12      at basic training, his use of the Combat Arms | | |

| | | |
|---|---|---|
| 152 13    Version 2 would be in compliance with this<br>152 14    Department of Defense Instruction; correct? | | |
| 152:16 - 152:18   Revised Toyoma 2020-11-24<br>152 16    A.   Based off of this instruction,<br>152 17    yes.  For prior to exposure to noise, it could<br>152 18    have been after basic training. | **Re: [152:16-152:18]**<br>**Def Obj** Untimely per PTO 66 | **SUSTAINED** |
| 168:25 - 169:7   Revised Toyoma 2020-11-24<br>168 25    Q.   Now, the other thing we talked a<br>169 1    bit about with you this morning was this --<br>169 2    this box that's marked other, and then it goes<br>169 3    on; and in Mr. Keefer's case it described<br>169 4    either -- like one described Combat Arms<br>169 5    Earplug and another described quad flange;<br>169 6    correct?<br>169 7    A.   Yes. | | |
| 169:8 - 169:11   Revised Toyoma 2020-11-24<br>169 8    Q.   And you were starting to say, I<br>169 9    thought, that it could be that the plug<br>169 10    referenced in this remarks box is the plug that<br>169 11    was fitted that day; correct? | **Re: [169:8-169:11]**<br>**Def Obj** Misstates; Leading; Vague<br>(611, 403) | **OVERRULED** |
| 169:13 - 169:15   Revised Toyoma 2020-11-24<br>169 13    A.   It could have been either the<br>169 14    earplugs that were fitted that day or the<br>169 15    earplugs that were used. | **Re: [169:13-169:15]**<br>**Def Obj** Misstates; Leading; Vague<br>(611, 403) | **OVERRULED** |
| 169:16 - 170:3   Revised Toyoma 2020-11-24<br>169 16    Q.   Okay.  So it's not -- It's not<br>169 17    just 100 percent fact, that if you wrote<br>169 18    quad-flange plug in that remark, that that<br>169 19    means Mr. Keefer told you:  I was using a<br>169 20    quad-flange plug; correct?<br>169 21    A.   Correct.<br>169 22    Q.   Just as well could have been that<br>169 23    that's what you fitted him for that day;<br>169 24    correct?<br>169 25    A.   Yes.<br>170 1    Q.   And you didn't have a Combat Arms<br>170 2    Version 2 to fit him with; right?<br>170 3    A.   Correct. | | |

170:4 - 170:6    Revised Toyoma 2020-11-24

170 4     Q.    And if he testified that he used
170 5     the Combat Arms Version 2, again, you've got no
170 6     reason to disagree with that; right?

**Re: [170:4-170:6]**
**Def Obj** Foundation (602);
Argumentative; Leading; Misstates;
Vague (611, 403)

**OVERRULED**

170:8 - 170:8    Revised Toyoma 2020-11-24

170 8     A.    Correct.

**Re: [170:8-170:8]**
**Def Obj** Foundation (602);
Argumentative; Leading; Misstates;
Vague (611, 403)

**OVERRULED**

170:9 - 170:12    Revised Toyoma 2020-11-24

170 9     Q.    If he testified that he never
170 10    actually wore the blue Quattro because he
170 11    viewed it as cheap, you've got no reason to
170 12    disagree with that, do you?

**Re: [170:9-170:12]**
**Def Obj** Foundation (602);
Argumentative; Leading; Misstates;
Vague (611, 403)

**OVERRULED**

170:14 - 170:19    Revised Toyoma 2020-11-24

170 14    A.    Well, we did issue out those blue
170 15    quad flanges; and, you know, the Combat Arms,
170 16    both versions, were only triple flange.  And
170 17    because this blue quad flange had an additional
170 18    flange, despite the material, it still would
170 19    have provided more protection because of the --

**Re: [170:14-170:19]**
**Def Obj** Foundation (602); 701; 702;
Leading; Misstates; Vague;
Argumentative (611, 403)

**OVERRULED**

170:20 - 170:25    Revised Toyoma 2020-11-24

170 20    Q.    It's your testimony -- It's your
170 21    testimony that the quad-flange plug would
170 22    provide more protection than the Combat Arms
170 23    Version 2?
170 24    A.    In my opinion, based off the
170 25    number of flanges, yes.

**Re: [170:20-170:25]**
**Def Obj** 701; 702

**OVERRULED**

# DEFENDANTS' AFFIRMATIVE DESIGNATIONS

| 3M Affirmatives | Pltf Objections | Pltf Counters | 3M Objections | Ruling |
|---|---|---|---|---|

**8:03 - 8:09**   Babeu, Lorraine 2020-03-10   0:08

| | |
|---|---|
| 8:03 | Q. Good morning, ma'am. |
| 8:04 | Could you state your full name |
| 8:05 | for the record, please? |
| 8:06 | A. Lorraine Angela Babeu. |
| 8:07 | Q. And I understand you're a |
| 8:08 | retired lieutenant colonel? |
| 8:09 | A. Yep. |

**18:01 - 19:06**   Babeu, Lorraine 2020-03-10   1:21

| | |
|---|---|
| 18:01 | Q. So I understand you got a Ph.D. |
| 18:02 | in 2000 or 2001 from UF? |
| 18:03 | A. 2001, yeah, University of |
| 18:04 | Florida. |
| 18:05 | Q. And how about undergrad, where |
| 18:06 | did you go? |
| 18:07 | A. I started undergrad at Norfolk |
| 18:08 | State University in Virginia. |
| 18:09 | Q. Uh-huh. |
| 18:10 | A. Then I did my master's at |
| 18:11 | Florida State in Tallahassee, Florida, and |
| 18:12 | from there I went on active duty. |
| 18:13 | And some point in active duty I |
| 18:14 | got the -- it's the Army version of a |
| 18:15 | scholarship to go get your Ph.D., and I did |
| 18:16 | that at University of Florida. |
| 18:17 | Q. And when did you go on active |
| 18:18 | duty? |
| 18:19 | A. What year?  '88. |
| 18:20 | Q. And did you perform functions |
| 18:21 | on bases as an audiologist or an audiology |
| 18:22 | technician? |
| 18:23 | A. As an audiologist. |
| 18:24 | Q. Okay.  And what years did you |
| 18:25 | do that, ma'am? |
| 19:01 | A. Pretty much my entire career, |
| 19:02 | from '88 to 2011. |
| 19:03 | Q. Okay. |
| 19:04 | A. Oh, wait.  Yeah, my last |
| 19:05 | assignment I wasn't working in audiology, so |
| 19:06 | that would have been 2005 until 2011. |

**19:19 - 20:09**   Babeu, Lorraine 2020-03-10   1:52

| | |
|---|---|
| 19:19 | And at what bases were you |
| 19:20 | serving on? |
| 19:21 | A. I started at Fort Devens, then |

| | | |
|---|---|---|
| 19:22 | I went to Fort Knox, then I went to Fort Sam, | |
| 19:23 | Fort Sam, Houston, for a course. | |
| 19:24 | Where did I go after that?  No, | |
| 19:25 | wait, sorry.  It was -- I started at Fort | |
| 20:01 | Devens, went to Fort Sam for a course, then | |
| 20:02 | went to Fort Knox.  And after Fort Knox, I | |
| 20:03 | went to Fort Hood in Texas, and then from | |
| 20:04 | Fort Hood I went to the University of | |
| 20:05 | Florida. | |
| 20:06 | From there I went to Aberdeen | |
| 20:07 | Proving Ground, and after Aberdeen I went to | |
| 20:08 | Northern Virginia Tricare, and I retired from | |
| 20:09 | there. | |

| 20:14 - 20:21 | Babeu, Lorraine 2020-03-10 | 0:18 |
|---|---|---|
| 20:14 | Q. Okay.  And if we could just | |
| 20:15 | kind of get a sense of your window of time | |
| 20:16 | when you were at Aberdeen Proving Ground. | |
| 20:17 | When was that? | |
| 20:18 | A. '01 to '05. | |
| 20:19 | Q. And what group -- you were in | |
| 20:20 | the Army Research Lab there? | |
| 20:21 | A. Correct. | |

| 35:09 - 35:14 | Babeu, Lorraine 2020-03-10 | 0:10 |
|---|---|---|
| 35:09 | Q. Do you recall that the | |
| 35:10 | double-ended Combat Arms, which -- what I've | |
| 35:11 | called the version 2, had an end that was for | |
| 35:12 | steady-state noise and another end that was | |
| 35:13 | for impulse noise? | |
| 35:14 | A. Yep.  Yes. | |

| 35:15 - 35:18 | Babeu, Lorraine 2020-03-10 | 0:07 |
|---|---|---|
| 35:15 | Q. Okay.  And for the benefit of | |
| 35:16 | the jury, steady-state noise might be noise | |
| 35:17 | from a generator or a truck or a plane, fair? | |
| 35:18 | A. Correct, uh-huh. | |

| 35:19 - 36:02 | Babeu, Lorraine 2020-03-10 | 0:16 |
|---|---|---|
| 35:19 | Q. Okay.  Impulse noise could | |
| 35:20 | be -- I guess it could be something dropping | |
| 35:21 | that's real loud, just instantaneously, or a | |
| 35:22 | gun? | |
| 35:23 | A. A gun. | |
| 35:24 | Q. That's -- in your field, | |
| 35:25 | impulse noise was basically gun noise? | |
| 36:01 | A. Right.  Impact is dropping | |

36:02    something.

48:15 - 48:15    Babeu, Lorraine 2020-03-10    0:01

48:15    Passing you, ma'am, P2017, I

54:21 - 56:09    Babeu, Lorraine 2020-03-10    1:22

54:21    Q. I think you told us based on
54:22    how things were structured in the Army,
54:23    Dr. Ohlin would have been under the medical
54:24    command --
54:25    A. Correct.
55:01    Q. -- and you would have been
55:02    under the research and engineering command?
55:03    A. Correct.
55:04    Q. Okay.  But you had some
55:05    occasion to deal with one another as it
55:06    related to hearing protection devices, fair?
55:07    A. Okay.  So Doug was in charge of
55:08    hearing conservation for the Army.  So when
55:09    we did our work, he was our counsel, you
55:10    know.  He would be the guy if we had a
55:11    question, there was something, he would help
55:12    make that decision and then tell us, this is
55:13    what you're going to do.
55:14    So...
55:15    Q. And now just so I have the time
55:16    frame right, would that -- when you said he
55:17    would tell you what you were going to do,
55:18    that would have been when you were at Army
55:19    Research Lab?  Is that the window of time
55:20    you're referring to?
55:21    A. Well, no.
55:22    Q. In earlier times.
55:23    A. Yeah.  It's just -- but he and
55:24    I also communicated about the Combat Arms
55:25    Earplug.
56:01    Q. Uh-huh.
56:02    A. He was the one that -- when I
56:03    arrived at the lab, he said, hey, we don't
56:04    know a lot about this plug.  Maybe you want
56:05    to consider doing some research on it.
56:06    Q. Okay.  And this is when you
56:07    were at Army Research Lab in Aberdeen; is
56:08    that right?
56:09    A. Correct.

57:03 - 57:06    Babeu, Lorraine 2020-03-10    0:05

| | | |
|---|---|---|
| 57:03 | Q. Okay.  So you said Dr. Ohlin | |
| 57:04 | was involved with the Combat Arms version 2 | |
| 57:05 | at the time when you got there? | |
| 57:06 | A. Yes. | |
| | | |
| 78:14 - 79:12 | Babeu, Lorraine 2020-03-10 | 1:02 |
| 78:14 | Q. Oh, and there's a -- there's a | |
| 78:15 | note at the bottom that says, "NHCA Spectrum, | |
| 78:16 | volume 21, supplement 1, 2004," and it looks | |
| 78:17 | like it's got a page number. | |
| 78:18 | Do you see that? | |
| 78:19 | A. Uh-huh. | |
| 78:20 | Q. Okay.  And would the first page | |
| 78:21 | be fairly characterized as an abstract? | |
| 78:22 | Study abstract? | |
| 78:23 | A. Yes. | |
| 78:24 | Q. Okay.  And the NHCA stands for | |
| 78:25 | what, ma'am? | |
| 79:01 | A. NHCA.  Where is that? | |
| 79:02 | Oh, I have no idea.  Oh, it may | |
| 79:03 | have been the National Hearing Conservation | |
| 79:04 | Association.  May have been their brochure | |
| 79:05 | because I did a presentation there. | |
| 79:06 | Q. Okay. | |
| 79:07 | A. But NHCA, that's -- if you ask | |
| 79:08 | an audiologist what's NHCA, that's what we're | |
| 79:09 | going to say. | |
| 79:10 | Q. National Hearing Conservation | |
| 79:11 | Association? | |
| 79:12 | A. Conservation association. | |
| | | |
| 79:21 - 79:25 | Babeu, Lorraine 2020-03-10 | 0:05 |
| 79:21 | Q. And did you give a presentation | |
| 79:22 | on one of your studies, ma'am -- | |
| 79:23 | A. Yeah. | |
| 79:24 | Q. -- at the NHCA? | |
| 79:25 | A. Sure.  Sure did. | |
| | | |
| 81:11 - 81:18 | Babeu, Lorraine 2020-03-10 | 0:17 |
| 81:11 | Q. Okay.  So the abstract here | |
| 81:12 | says in the middle, "The US Army recently | |
| 81:13 | approved the use of the Combat Arms Earplug, | |
| 81:14 | which is an expanded French version of the | |
| 81:15 | level-dependent earplug developed at the | |
| 81:16 | French-German Institute." | |
| 81:17 | Do you see that? | |
| 81:18 | A. Correct, uh-huh. | |

81:24 - 82:01   Babeu, Lorraine 2020-03-10                    0:03
  81:24   It says, "The purpose of this
  81:25   project was to determine the effects of
  82:01   CAE" --

82:02 - 82:03   Babeu, Lorraine 2020-03-10                    0:02
  82:02   Is that Combat Arms Earplug?
  82:03   A. Correct, uh-huh.

82:04 - 82:04   Babeu, Lorraine 2020-03-10                    0:00
  82:04   Q. Okay.

82:05 - 82:10   Babeu, Lorraine 2020-03-10                    0:11
  82:05   -- "on the soldier's ability to
  82:06   localize sound sources in various listening
  82:07   conditions.  The participants were seated in
  82:08   the center of an array of 37 loud speakers
  82:09   distributed over three circular rings."
  82:10   A. Right.

82:11 - 82:14   Babeu, Lorraine 2020-03-10                    0:05
  82:11   Q. Okay.  You remember that test
  82:12   environment?
  82:13   A. I remember the test
  82:14   environment, okay?

82:15 - 82:23   Babeu, Lorraine 2020-03-10                    0:18
  82:15   Q. I'm sorry, you say you do
  82:16   remember the test environment?
  82:17   A. I remember the test
  82:18   environment, but, again, when I saw this, I
  82:19   was like, oh, I did that.  Okay?  So I just
  82:20   want you to know.
  82:21   But I remember because of the
  82:22   hostile environment, so-so-so, whatever they
  82:23   called it, yeah.

83:01 - 84:06   Babeu, Lorraine 2020-03-10                    1:49
  83:01   Q. And then there's a short
  83:02   summary on the first page.  It says, "Three
  83:03   groups of 12 listeners each were used as
  83:04   participants."
  83:05   It says, "Group 1 used the
  83:06   yellow side of the Combat Arms Earplug,
  83:07   Group 2 used the green side, and Group 3 used
  83:08   the E-A-R foam plug."

| | | |
|---|---|---|
| 83:09 | Do you see that? | |
| 83:10 | A. Uh-huh. | |
| 83:11 | Q. And then it talks about within | |
| 83:12 | each group there were four listening | |
| 83:13 | conditions and quiet noise and protected and | |
| 83:14 | unprotected, right? | |
| 83:15 | A. Yeah. | |
| 83:16 | Q. Okay.  And then is the purpose | |
| 83:17 | of this study, if I understand it, I mean, | |
| 83:18 | there's a person sitting -- let me just see | |
| 83:19 | if I can set it up, and maybe you can | |
| 83:20 | elaborate for us. | |
| 83:21 | A. person is sitting in a | |
| 83:22 | chair -- | |
| 83:23 | A. Uh-huh. | |
| 83:24 | Q. -- and there's speakers kind of | |
| 83:25 | arranged around them -- | |
| 84:01 | A. Correct. | |
| 84:02 | Q. -- and pointing at them. | |
| 84:03 | A. Uh-huh. | |
| 84:04 | Q. And sounds are played at that | |
| 84:05 | person from different speakers -- | |
| 84:06 | A. Correct. | |

| 84:07 - 84:20 | Babeu, Lorraine 2020-03-10 | 1:41 |
|---|---|---|
| 84:07 | Q. -- and the person is to | |
| 84:08 | identify where they think the sound came | |
| 84:09 | from? | |
| 84:10 | A. Right. | |
| 84:11 | Q. And so what you were doing was | |
| 84:12 | you were measuring the success rate of people | |
| 84:13 | figuring out where the sound came from with | |
| 84:14 | open ears or with closed ears, with different | |
| 84:15 | hearing protection devices, fair? | |
| 84:16 | A. Right, uh-huh. | |
| 84:17 | Q. Okay.  You know, we have a, I | |
| 84:18 | think, a color version of your presentation | |
| 84:19 | that might be easier to work with than that | |
| 84:20 | one.  It's P1510. | |

| 84:25 - 85:07 | Babeu, Lorraine 2020-03-10 | 0:10 |
|---|---|---|
| 84:25 | You see before you now P1510. | |
| 85:01 | If you go to .2, there's a cover page that | |
| 85:02 | says, "Sound localization with the Combat | |
| 85:03 | Arms Earplug." | |
| 85:04 | A. Correct. | |
| 85:05 | Q. Does that look familiar to you | |

85:06    now?
85:07    A. Uh-huh.

85:15 - 86:09    Babeu, Lorraine 2020-03-10                    0:27
85:15    .5 is showing that double-ended
85:16    design, right?
85:17    A. Correct.
85:18    Q. And we didn't really talk about
85:19    it before, but on the left it looks like the
85:20    yellow -- the yellow tips has been pulled off
85:21    so you can see the stem, right?
85:22    A. Right, uh-huh.
85:23    Q. And there's a little hole in
85:24    that stem --
85:25    A. Right.
86:01    Q. -- where sound would go
86:02    through?
86:03    A. Right, uh-huh.
86:04    Q. And it would go up the stem to
86:05    come out a hole on the tip of the yellow end,
86:06    right?
86:07    A. Correct.
86:08    Q. Okay.  And that's the so-called
86:09    level-dependent end?

86:10 - 86:22    Babeu, Lorraine 2020-03-10                    0:24
86:10    A. Yeah.
86:11    Q. Okay.  Meaning you get
86:12    attenuation when there's an impulse noise,
86:13    but you shouldn't have much when there's not
86:14    an impulse noise, fair?
86:15    A. Right, uh-huh.
86:16    Q. Okay.  And so on the next page
86:17    it says, "The purpose of your research here
86:18    was to assess the effect of level-dependent
86:19    hearing protection on the user's ability to
86:20    localize sounds in quiet noise."
86:21    Right?
86:22    A. Right.

87:10 - 88:10    Babeu, Lorraine 2020-03-10                    1:43
87:10    Q. It looks like for this
87:11    particular test, though, if you go to .8,
87:12    this was a test using the female voice saying
87:13    "Joe."
87:14    A. Correct.
87:15    Q. And I won't do a very good

87:16    female voice, but if I'm understanding this,
87:17    you know, on cue or by a program, it's saying
87:18    "Joe," "Joe," "Joe," and it's coming out of
87:19    different speakers --
87:20    A. Right.
87:21    Q. -- and the listener is to do
87:22    their best to estimate where --
87:23    A. Right.
87:24    Q. -- the sound was coming from?
87:25    A. Uh-huh.
88:01    Q. Is that fair?
88:02    A. Uh-huh.
88:03    Q. Okay.  If you go to the next
88:04    page, we see that the Combat Arms was not
88:05    alone in this study.  There was a -- there
88:06    were so-called foamies or E-A-R foam?
88:07    A. Right.
88:08    Q. Okay.  Those are the bottom,
88:09    right?
88:10    A. Correct.

88:11 - 88:14    Babeu, Lorraine 2020-03-10      0:04
88:11    Q. And then there was the
88:12    single-side French.
88:13    Do you see that?
88:14    A. Yes.

93:04 - 93:06    Babeu, Lorraine 2020-03-10      0:04
93:04    And so were you an experimenter
93:05    on this study, ma'am?
93:06    A. Yes.

93:10 - 93:17    Babeu, Lorraine 2020-03-10      0:16
93:10    It says, "Method:  Earplug
93:11    fitting, treatment order randomized; prior to
93:12    an earplug-use treatment, proper earplug
93:13    insertion demonstrated; unless grossly wrong,
93:14    experimenter did not tamper with the fit of
93:15    the earplug."
93:16    Do you see that?
93:17    A. Uh-huh.

93:18 - 93:22    Babeu, Lorraine 2020-03-10      0:24
93:18    Q. Okay.  Could I have P1166A?
93:19    We'll come back to this
93:20    document in a moment.
93:21    And, Zach, could you pull up on

93:22      the screen P1166A?

93:23 - 93:23    Babeu, Lorraine 2020-03-10    0:01
93:23      P1166A.  And I'm just going to

93:24 - 93:25    Babeu, Lorraine 2020-03-10    0:02
93:24      pause before we get into a more detailed
93:25      description of it --

94:08 - 95:01    Babeu, Lorraine 2020-03-10    1:34
94:08      Q. It says USACHPPM, TG 41, March
94:09      2006.
94:10      TG is your technical guys?
94:11      A. Yeah.
94:12      Q. Okay.  Can we scroll down?
94:13      It says, "Personal hearing
94:14      protection devices, their fitting, care and
94:15      use."
94:16      Do you see that?
94:17      A.    (Witness nods head.)
94:18      Q. And this one's dated March
94:19      of 2006, which I guess would have been a
94:20      point in time after you'd gone to Tricare.
94:21      But it says, "Supercedes" -- bottom left,
94:22      Mike.
94:23      "Supersedes USAEHA TG 41,
94:24      October 1975."
94:25      Do you see that?
95:01      A. Yeah.

95:19 - 96:14    Babeu, Lorraine 2020-03-10    1:50
95:19      And then when we go to .36, we
95:20      see Combat Arms Earplugs.  And these are the
95:21      double-ended Combat Arms Earplug insertion
95:22      technique in the technical guide of the
95:23      USACHPPM, right?
95:24      A. Yes.
95:25      Q. Okay.  And so in this technical
96:01      guide for the Combat Arms Earplugs, under
96:02      double-ended Combat Arms Earplug insertion
96:03      technique, it says, "The double-ended Combat
96:04      Arms Earplug is properly fitted and provides
96:05      the best attenuation when all three flanges,
96:06      olive drab or yellow, snugly contact all
96:07      sides of the ear canal.  Insert this item by
96:08      positioning one arm behind the head and
96:09      pulling the ear gently up and away from the

96:10   head, using the free hand to fit the
96:11   earplug."  And then it shows the two
96:12   pictures.
96:13   Do you see that?
96:14   A. Right.

96:15 - 96:22   Babeu, Lorraine 2020-03-10   0:22
96:15   Q. Okay.  And those are the
96:16   techniques that are described for fitting
96:17   within the technical guide of CHPPM, correct?
96:18   A. Correct.
96:19   Q. Okay.  And then on the next
96:20   page it shows proper and improper fit of the
96:21   double-ended Combat Arms Earplug.
96:22   Do you see that, 53 and 54?

96:23 - 97:04   Babeu, Lorraine 2020-03-10   0:05
96:23   A.    (Witness nods head.)
96:24   Q. Do you see that, ma'am?
96:25   A. Uh-huh.
97:01   Q. Okay.
97:02   A. Oh, sorry, yes.
97:03   Q. Yeah, that's fine.  You're
97:04   probably looking at the pictures.

97:05 - 97:13   Babeu, Lorraine 2020-03-10   0:15
97:05   And so when you were running
97:06   studies and you were fitting people or
97:07   evaluating fit, you would have done it
97:08   consistent with the CHPPM guides?
97:09   A. Right.
97:10   Q. Okay.  And you would have
97:11   followed these insertion techniques and
97:12   evaluations for proper and improper fit?
97:13   A. Correct.

97:14 - 98:24   Babeu, Lorraine 2020-03-10   1:22
97:14   Q. Okay.  And if we go to .85,
97:15   there's a -- yeah, that's great, Mike, thank
97:16   you, so we can see the DA poster.
97:17   It says, "DA poster 40-501 O,
97:18   March 2006."
97:19   Do you see that?
97:20   A. Yes.
97:21   Q. Okay.  DA, is that Department
97:22   of Army?
97:23   A. Correct.

97:24   Q. Okay.  And they provide posters
97:25   for audiologists on bases to have available
98:01   to them in their use?
98:02   A. Yeah.  It's not just for us.
98:03   It's -- we disseminate it to the units.
98:04   Q. Oh, okay.  Okay.
98:05   So these are materials that are
98:06   generally available, and I guess they have a
98:07   number in the bottom so if you want more, you
98:08   can order them?
98:09   A. Correct.
98:10   Q. Okay.  And it talks about "For
98:11   maximum protection and comfort, insert the
98:12   Combat Arms Earplug, double-ended, as
98:13   follows."
98:14   And these would be for -- made
98:15   available in a prominent place so service
98:16   members could see them as well?
98:17   A. Right.  Like in the motor pool
98:18   or anyplace that they would be -- and they
98:19   have a wall to put it up on, yeah.
98:20   Q. Okay.  Okay.  And from your
98:21   experience being on bases, you would see
98:22   things like this in an area where it was
98:23   prominent?
98:24   A. Correct.

98:25 - 100:02   Babeu, Lorraine 2020-03-10                     1:47
98:25   Q. Okay.  Again, "For maximum
99:01   protection and comfort, insert the Combat
99:02   Arms Earplug, double-ended, as follows.  A
99:03   one-size-only earplug with a double-tree
99:04   design:  When the olive -- when the solid,
99:05   olive-colored tip of the plug is properly
99:06   inserted in the ear canal, it protects
99:07   against steady-state noise, e.g., helicopters
99:08   or armored personnel carriers."
99:09   Did I read that correctly?
99:10   A. Yes.
99:11   Q. That's consistent with that --
99:12   that kind of sell sheet we were looking at
99:13   from Aearo earlier.
99:14   Remember that?
99:15   A. Right.  Uh-huh.
99:16   Q. Okay.  On 3 it says, "When the
99:17   open, yellow-colored tip of the plug is
99:18   properly inserted into the ear canal, it

99:19   protects against impulse noise, e.g., weapons
99:20   fire."
99:21   Right?
99:22   A. Yes.
99:23   Q. Okay.  "In this latter
99:24   configuration, the hearing protector allows
99:25   speech communication and detection, as well
100:01  as localization of acoustic sources."
100:02  A. Correct.

100:03 - 100:04   Babeu, Lorraine 2020-03-10          0:02
100:03   Q. Did I read that correct?
100:04   A. Correct.

100:22 - 101:01   Babeu, Lorraine 2020-03-10          0:09
100:22   Q. Okay.  In that PowerPoint.
100:23   And so when you were fitting --
100:24   training people how to fit, you would have
100:25   trained them consistent with that TG 41 we
101:01   just looked at?

101:03 - 101:03   Babeu, Lorraine 2020-03-10          0:00
101:03   THE WITNESS:  Yes.

101:05 - 101:07   Babeu, Lorraine 2020-03-10          0:04
101:05   Q. And when you were evaluating
101:06   proper or improper fit, you would have used
101:07   the same guide?

101:09 - 101:12   Babeu, Lorraine 2020-03-10          1:35
101:09   THE WITNESS:  Correct.
101:10   QUESTIONS BY MR. BUCHANAN:
101:11   Q. Okay.  Now -- okay.  So let me
101:12   go forward here -- actually, it's kind of

101:13 - 102:02   Babeu, Lorraine 2020-03-10          0:26
101:13   interesting to look at.  If you go to .13,
101:14   there's this kind of program where you -- I
101:15   guess that the user sitting in the chair --
101:16   A. Right.
101:17   Q. -- would try and identify where
101:18   the sound was coming and the elevation it was
101:19   coming from, fair?
101:20   A. Yes.
101:21   Q. Okay.  And it looks like there
101:22   was an option to use different sounds --
101:23   A. Right.  Right.

101:24    Q. -- at the bottom.
101:25    On the bottom left, we see "F
102:01    Joe."  Is that female voice Joe?
102:02    A. Yes.

102:03 - 102:12    Babeu, Lorraine 2020-03-10                    0:28
102:03    Q. Okay.  So the experimenter, I
102:04    guess in this case you, could pick the sound
102:05    that you were going to use, and the person
102:06    was sitting in the chair, whether it was 12
102:07    or 36, open or closed, and you would evaluate
102:08    the extent to which they were able to
102:09    properly localize the sound, right?
102:10    A. Right.  Uh-huh.
102:11    Q. Okay.  Let's go to -- if we go
102:12    to .15.

102:13 - 102:16    Babeu, Lorraine 2020-03-10                    0:12
102:13    You graphed out your results
102:14    and the average errors for each of the angles
102:15    that people were presented, right?
102:16    A. Right.

102:17 - 103:18    Babeu, Lorraine 2020-03-10                    1:44
102:17    Q. Okay.  And so across the bottom
102:18    we have the presentation angles.  Going up
102:19    and down, it's the degrees of error from --
102:20    versus the presentation angle, right?
102:21    A. Right.
102:22    Q. Okay.  And it goes from zero to
102:23    180 going up and zero to 180 across, right?
102:24    A. Yes.
102:25    Q. Thank you.
103:01    And so the legend on the bottom
103:02    says, "No earplug, single side, CAE Y."
103:03    Is that the Combat Arms, the
103:04    yellow end?
103:05    A. Yes.
103:06    Q. And CAE G, that would be the
103:07    green end?
103:08    A. Correct.
103:09    Q. And then the E-A-R Classic
103:10    foam, it looks like, is black.  That would be
103:11    that spongy one that --
103:12    A. Yes.
103:13    Q. Okay.
103:14    -- people sometimes called

103:15    foamies?
103:16    A. Yes.
103:17    Q. Okay.
103:18    A. Sure do.

103:19 - 103:21    Babeu, Lorraine 2020-03-10    0:05
103:19    Q. And you graphed them with
103:20    colors that actually make us easy to follow
103:21    this, yellow ends versus green ends, right?

103:22 - 104:03    Babeu, Lorraine 2020-03-10    0:23
103:22    A. Right.
103:23    Q. Okay.  And we can see that the
103:24    results for the errors for F Joe -- we see,
103:25    for example, at zero degrees, looks like the
104:01    green end has more error than the yellow end,
104:02    right?  Zero degree presentation angle?
104:03    A. Right.

104:04 - 104:05    Babeu, Lorraine 2020-03-10    0:04
104:04    Q. We see more error with the
104:05    yellow end than the green end, right?

**Re: [104:04 to 104:05]**
**Def Obj** Argumentative (611, 403)

**OBJECTION WITHDRAWN, 3/11/2021**

104:07 - 104:15    Babeu, Lorraine 2020-03-10    0:15
104:07    THE WITNESS:  More error?  No.
104:08    Are you talking about -- zero,
104:09    zero, correct?
104:10    QUESTIONS BY MR. BUCHANAN:
104:11    Q. I'm at zero, zero, yes, and on
104:12    the left side it says "average error"?
104:13    A. Right.  And so the -- which one
104:14    did you say -- so now repeat your question,
104:15    please.

**Re: [104:07 to 104:09]**
**Def Obj** Argumentative (611, 403)

**OBJECTION WITHDRAWN, 3/11/2021**

104:16 - 104:22    Babeu, Lorraine 2020-03-10    0:07
104:16    Q. Yes.  At zero --
104:17    A. Uh-huh.
104:18    Q. -- for a presentation angle of
104:19    zero --
104:20    A. Right.
104:21    Q. -- there was more error with
104:22    the green end than the yellow end?

104:24 - 104:24    Babeu, Lorraine 2020-03-10    0:00
104:24    THE WITNESS:  Yes.

105:02 - 106:03   Babeu, Lorraine 2020-03-10                    1:51
105:02   Q. Okay.  When you go to
105:03   30 degrees as the presentation angle, you see
105:04   more error with the yellow end than the green
105:05   end, right?
105:06   A. Yes.
105:07   Q. You go to 60 degrees with the
105:08   presentation angle, you see more error with
105:09   the yellow end than the green ends, right?
105:10   A. Correct.
105:11   Q. 90 degrees, more error with the
105:12   yellow than green, right?
105:13   A. Right.
105:14   Q. We'll call it close to even or
105:15   maybe a little more error with the green on
105:16   120, right?
105:17   A. Right.
105:18   Q. More error, the yellow end at
105:19   150, right?
105:20   A. Right.
105:21   Q. And then more error with the
105:22   yellow -- the green end at 180, right?
105:23   A. Green end at 180, yeah, uh-huh.
105:24   Q. Okay.  And then you did the
105:25   same type of presentation for the -- did the
106:01   same type of presentation for the female
106:02   voice Joe with a noisier environment, right?
106:03   A. Right.

106:04 - 107:15   Babeu, Lorraine 2020-03-10                    1:01
106:04   Q. So you're evaluating it in a
106:05   quiet environment and then you actually
106:06   turned up the background noise a little and
106:07   saw were there changes, right?
106:08   A. Uh-huh.
106:09   Q. Is that right?
106:10   A. Yes.
106:11   Q. Okay.  And then for female Joe
106:12   voice, in a noise environment -- this would
106:13   be .17, Mike -- and if we go through this
106:14   again, we see more error at zero degrees
106:15   presentation angle in the yellow end versus
106:16   the green end, right?
106:17   A. Yes.
106:18   Q. Okay.  You go to 30 degrees,
106:19   you have more with the yellow end versus the
106:20   green end?

106:21     A. Yes.
106:22     MR. FIELDS:  Objection.  Form.
106:23     QUESTIONS BY MR. BUCHANAN:
106:24     Q. You go to 60 degrees
106:25     presentation angle, and what has more error,
107:01     the green or the yellow?
107:02     A. The green.
107:03     Q. Okay.  You go to 90 degrees,
107:04     the yellow end's got more error, right?
107:05     A. Right.
107:06     Q. You go to 120 degrees, I think
107:07     it's close, but I think green's got more
107:08     error, right?
107:09     A. Right.
107:10     Q. Okay.  You get 150 degrees, the
107:11     yellow end's got more error?
107:12     A. Right.
107:13     Q. And you get to 180 degrees, it
107:14     looks like the green end's got more error,
107:15     correct?

107:16 - 107:19   Babeu, Lorraine 2020-03-10                    0:10
107:16     A. Right, uh-huh.
107:17     Q. Okay.  So, really, depending
107:18     on, you know, which presentation angle, what
107:19     was winning out, green versus yellow, fair?

107:22 - 108:06   Babeu, Lorraine 2020-03-10                    0:24
107:22     Q. Is that fair?
107:23     A. Uh-huh.
107:24     Q. And I guess you tabulated these
107:25     results on .18 and said -- I'm sorry, yeah.
108:01     Results, noise, the listening condition, no
108:02     earplug versus single-sided versus CAE-yellow
108:03     versus CAE-green versus E-A-R Classic foam,
108:04     and then you have the average errors off to
108:05     the right, right?
108:06     A. Right.

108:07 - 108:10   Babeu, Lorraine 2020-03-10                    0:20
108:07     Q. Okay.  And so we see the yellow
108:08     end's got about 27 as its average error, and
108:09     the green end's got about 25; is that right?
108:10     A. Correct, uh-huh.

108:11 - 108:15   Babeu, Lorraine 2020-03-10                    0:07
108:11     Q. Okay.  And those are -- if you

108:12   will, those were the observations from your
108:13   study, like the -- these are the calculations
108:14   and the data that you put forward, right?
108:15   A. Uh-huh, right.

108:16 - 108:25   Babeu, Lorraine 2020-03-10                1:31
108:16   Q. Okay.  And then at .19, you
108:17   summarized and said, "Overall, the
108:18   level-dependent earplugs performed better
108:19   than the standard earplug."
108:20   Right?
108:21   A. Right.
108:22   Q. And you said with background
108:23   noise, overall performance better with all
108:24   earplugs, right?
108:25   A. Right.

109:02 - 109:06   Babeu, Lorraine 2020-03-10                1:30
109:02   You did another study that I
109:03   believe you presented also at the NHCA on
109:04   DPOEs; is that right?
109:05   A. Yeah, uh-huh.
109:06   Q. Okay.  Let's see, 1560.  I'm

109:07 - 109:09   Babeu, Lorraine 2020-03-10                0:11
109:07   passing you, ma'am, a copy of P1560.
109:08   Oh, I should -- you know,
109:09   before we start talking about a new study,

109:10 - 109:14   Babeu, Lorraine 2020-03-10                0:10
109:10   the last study that we looked at, that
109:11   localization study, apart from the
109:12   presentation at NHCA, did you publish that in
109:13   a journal?
109:14   A. No.

109:25 - 110:03   Babeu, Lorraine 2020-03-10                0:08
109:25   Q. Okay.  And to your knowledge,
110:01   did any of the other authors of that study
110:02   with you ever publish it?
110:03   A. No, not that I'm aware.

110:04 - 110:13   Babeu, Lorraine 2020-03-10                0:11
110:04   Q. Right.
110:05   A. No.
110:06   Q. Before coming in today, did you
110:07   just do like a Google Scholar search to see

110:08 - 111:15   Babeu, Lorraine 2020-03-10

110:08   whether it had been published or --
110:09   A. No, I didn't know you could do
110:10   that.
110:11   Q. We gave it a look.  We didn't
110:12   see it.
110:13   A. Okay.  All right.

110:14 - 110:16   Babeu, Lorraine 2020-03-10                    0:04

110:14   Q. Yeah.  But you're not aware of
110:15   it having been published in peer review?
110:16   A. No, right.

110:17 - 111:07   Babeu, Lorraine 2020-03-10                    1:19

110:17   Q. Okay.  Getting to P1560, ma'am,
110:18   this is a document that was produced to us by
110:19   the defendants in this case.  Just give it a
110:20   quick review, ma'am, and satisfy yourself
110:21   that this is a study that you were actually
110:22   involved in, if you could.
110:23   A. Yeah.
110:24   Q. You've read enough to satisfy
110:25   yourself, ma'am?
111:01   A. Yeah.  Yeah, I remember this
111:02   one.
111:03   Q. Okay.  And I used a phrase,
111:04   DPOE.
111:05   Is that distortion product
111:06   otoacoustic emissions?
111:07   A. Correct.

111:08 - 111:15   Babeu, Lorraine 2020-03-10                    0:22

111:08   Q. Something you had actually done
111:09   some research with in connection with your
111:10   Ph.D.?
111:11   A. I think so.  I don't remember
111:12   my dissertation.  Oh, my God, I can't believe
111:13   that.  Okay.  I'm -- I'm not -- I don't
111:14   remember.  Jesus.  Oh, God.
111:15   Q. That's okay, ma'am.  It's --

111:16 - 111:19   Babeu, Lorraine 2020-03-10                    0:05

111:16   A. My memory's shot.
111:17   Q. We're coming to you many years
111:18   after the fact.
111:19   A. Yeah.  A lot of years.

112:03 - 112:07   Babeu, Lorraine 2020-03-10                    0:14

112:03    Q. Distortion product otoacoustic
112:04    emissions is a tool commonly used in newborns
112:05    to measure whether they have hearing, because
112:06    they can't do threshold testing, right?
112:07    A. Right.  On newborns, correct.

112:08 - 112:12    Babeu, Lorraine 2020-03-10                0:05
112:08    Q. And then it's been explored, I
112:09    guess, in other research avenues --
112:10    A. Right.
112:11    Q. -- since then, fair?
112:12    A. Right, uh-huh.

112:15 - 112:20    Babeu, Lorraine 2020-03-10                0:18
112:15    Q. And so you conducted a study
112:16    looking at distortion product otoacoustic
112:17    emissions following -- or with use of
112:18    different hearing protection devices before
112:19    and after being on the range, fair?
112:20    A. Right.

112:21 - 112:21    Babeu, Lorraine 2020-03-10                0:02
112:21    Q. Okay.  And if we could, let's

112:22 - 113:20    Babeu, Lorraine 2020-03-10                1:42
112:22    just turn a few pages.  Actually, stop at .5
112:23    if we could.
112:24    There's a chart in the middle
112:25    here.  It says "octave band attenuation."
113:01    Do you see that?
113:02    A. Right.  Right.
113:03    Q. We see "octave band
113:04    attenuation."  We looked at a chart earlier
113:05    from that sell sheet --
113:06    A. Right.
113:07    Q. -- on the Combat Arms.  You
113:08    remember that?
113:09    A. Correct, uh-huh.
113:10    Q. And it says at the bottom here,
113:11    "Octave band attenuation of the hearing
113:12    protectors used in the studies -- study
113:13    values provided by manufacturer, Aearo
113:14    Company, Inc."
113:15    Do you see that?
113:16    A. Yes.
113:17    Q. Okay.  Is that consistent with
113:18    your memory, ma'am?  You reached out to the

113:19    company for information on attenuation data?
113:20    A. Right, uh-huh.

114:03 - 115:07    Babeu, Lorraine 2020-03-10        1:10
114:03    Q. Okay.  Just some general
114:04    questions on DPOEs.
114:05    How did you account for
114:06    background noise when you did the study; do
114:07    you remember?
114:08    A. What do you mean, "how did you
114:09    account for" it?
114:10    Q. How did you, you know,
114:11    calibrate the machine you were using to
114:12    measure DPOEs to adjust for background noise?
114:13    A. Still not tracking.
114:14    Q. Okay.  To your understanding,
114:15    ma'am, are DPOE measurements sensitive to
114:16    background noise?
114:17    A. Okay.  So once you insert the
114:18    probe in the ear canal, it's measuring what's
114:19    in the ear canal.  So unless there is
114:20    extensive, like -- the most I would have done
114:21    would have done it in the booth.  Okay?  And
114:22    we had a booth out -- for this particular
114:23    test, we had a booth on site.
114:24    Q. When you say "on site," like
114:25    what does that mean?  Is that like -- you
115:01    were -- it was -- there was a range?
115:02    A. We were at a range, right.
115:03    Q. And you had a booth off to the
115:04    side?
115:05    A. Yeah, there was a building
115:06    there, and we had a booth moved to that
115:07    building.

115:13 - 115:16    Babeu, Lorraine 2020-03-10        0:04
115:13    Q. You had, what was it, about
115:14    nine subjects, I think, that you tested in
115:15    this one?
115:16    A. Yeah, something like that --

115:17 - 115:20    Babeu, Lorraine 2020-03-10        0:03
115:17    Q. Okay.
115:18    A. -- I think it said.
115:19    Q. And then --
115:20    A. Yeah, nine.

115:21 - 116:01   Babeu, Lorraine 2020-03-10                     0:09
   115:21   Q. -- you would test -- you would
   115:22   test before firing and then after firing?
   115:23   A. Right.
   115:24   Q. But you tested in consecutive
   115:25   days, right?
   116:01   A. Right.

116:02 - 116:10   Babeu, Lorraine 2020-03-10                     0:24
   116:02   Q. Okay.  So a person might be --
   116:03   you might test somebody with the green end
   116:04   day one, two, three, then test the yellow end
   116:05   day four, five, six, then test another
   116:06   headset that's in those graphs.  I think the
   116:07   Peltor ComTac was one?
   116:08   A. Yeah.  For that, I would really
   116:09   have to dig into exactly how I did it,
   116:10   because that kind of stuff matters.

116:15 - 116:24   Babeu, Lorraine 2020-03-10                     0:15
   116:15   Q. Yeah.  As I understand it,
   116:16   ma'am, there were three hearing protectors
   116:17   that were being studied?
   116:18   A. Right.
   116:19   Q. There was an open end, there
   116:20   was a closed end, and then you also studied
   116:21   the ComTac.
   116:22   A. Yeah.
   116:23   Q. Right?
   116:24   A. Peltor, uh-huh.

120:21 - 120:24   Babeu, Lorraine 2020-03-10                     0:10
   120:21   Q. Okay.  If we could go to just
   120:22   the discussion, and then maybe we can further
   120:23   elaborate on this.
   120:24   A. Okay.

121:22 - 122:10   Babeu, Lorraine 2020-03-10                     0:25
   121:22   It says, "As expected and
   121:23   consistent with the literature, in most
   121:24   instances the DPOAE amplitude values were
   121:25   higher before firing and lower after firing."
   122:01   Did I read that correctly?
   122:02   A. Right.  Uh-huh.
   122:03   Q. And that means there was a
   122:04   decline as measured by these DPOEs after
   122:05   firing?

122:06     A. Correct.
122:07     Q. Okay.  DPOEs are measuring, you
122:08     know, hair cell function in the inner ear; is
122:09     that fair?
122:10     A. Yeah, okay.

122:17 - 123:08   Babeu, Lorraine 2020-03-10                    0:29
122:17     says, "However, it's important to note there
122:18     appeared to be a trend between DPOE amplitude
122:19     for level-dependent and non-level-dependent
122:20     hearing protection."
122:21     Did I read that correctly?
122:22     A. Yes.
122:23     Q. And then you note, I guess --
122:24     it's the bottom third of the paragraph.  It
122:25     says, "There was initial concern that these
123:01     findings were a reflection of the averaging
123:02     of results."
123:03     Do you see that?
123:04     A. Yeah.
123:05     Q. Because what you did, I guess,
123:06     was you averaged before and after across your
123:07     full subject population --
123:08     A. Right.

123:09 - 123:10   Babeu, Lorraine 2020-03-10                    0:00
123:09     Q. -- right?
123:10     A. Uh-huh.

123:11 - 123:14   Babeu, Lorraine 2020-03-10                    0:05
123:11     Q. But then you said when you
123:12     looked at the individual results, you saw the
123:13     same pattern.
123:14     A. Right.

124:08 - 125:17   Babeu, Lorraine 2020-03-10                    1:12
124:08     Q. "The amplitude values for the
124:09     level-dependent Combat Arms Earplug and
124:10     ComTac noise muffs for DPOAE frequencies 500

124:11     to 2000 hertz were stronger, higher, before
124:12     weapons fire and lower after weapons fire."
124:13     Let's pause.  Okay?
124:14     That's an indication to you of
124:15     what?
124:16     A. At some point what you would
124:17     normally -- what would normally be inferred

124:18    from that is that there was some evidence of
124:19    decreased ability by the ear.
124:20    Q. Okay.  And then you continue in
124:21    the sentence.  It says, "This could be an
124:22    indication that although hearing protection
124:23    was in place, the outer hair cells were
124:24    affected in some way by the exposure to the
124:25    impulse noise."
125:01    Did I read that correctly?
125:02    A. Right.
125:03    Q. And then you have a summary at
125:04    the bottom.
125:05    Do you see that?
125:06    Oh, I should read that last
125:07    sentence.  I'm sorry.
125:08    "At this juncture" -- you
125:09    continued in the discussion.  "At this
125:10    juncture, this is speculation.  It is not
125:11    clear what the pattern is indicative of, but
125:12    it is certainly was worth noting."
125:13    Right?
125:14    A. Uh-huh.
125:15    Q. Correct?
125:16    A. Yes.
125:17    Q. Okay.  And then the summary,

---

125:18 - 125:23    Babeu, Lorraine 2020-03-10      0:13

125:18    you said, "The question of whether frequency
125:19    response which provides less attenuation in
125:20    the low frequencies affects the amplitude
125:21    values of the DPOAE during small arms weapons
125:22    fire, according to these results, were not
125:23    statistically significant."

125:24 - 125:25    Babeu, Lorraine 2020-03-10      0:01

125:24    Do you see that?
125:25    A. Yes.

126:01 - 126:06    Babeu, Lorraine 2020-03-10      0:11

126:01    Q. "However, there was a trend
126:02    that appears to indicate that there is an
126:03    effect of the level-dependent hearing
126:04    protection on DPOE amplitude.  This trend
126:05    warrants continued study."
126:06    A. Correct.  Uh-huh.

141:13 - 141:23    Babeu, Lorraine 2020-03-10      0:28

141:13   Passing you, ma'am, P1557.
141:14   A. Okay.
141:15   Q. So this is about a month later.
141:16   "Decibels in the desert."  Clever name.
141:17   DoubleTree Hotel in Tucson, Arizona.
141:18   Do you remember going out to a
141:19   conference in Tucson, the 30th Annual NHCA
141:20   Hearing Conservation Conference?
141:21   A. Right, uh-huh.
141:22   Q. Do you remember going to that?
141:23   A. Yeah, uh-huh.

141:25 - 142:05   Babeu, Lorraine 2020-03-10          0:26
141:25   And if we go to .21, we see
142:01   there's a heading, "Observation of the DPOAE
142:02   after exposure to small arms fire."
142:03   Do you see that?
142:04   A. Yeah.  Okay.
142:05   Q. And that's your name?

142:06 - 142:06   Babeu, Lorraine 2020-03-10          0:00
142:06        A. Yeah.

142:12 - 143:07   Babeu, Lorraine 2020-03-10          1:56
142:12   Q. Okay.  And then it talks about
142:13   a description of your study.  And as you get
142:14   to the end, you see discussion and
142:15   conclusions from your study?
142:16   A. Uh-huh.
142:17   Q. Do you see that?
142:18   A. Uh-huh, yes.
142:19   Q. Okay.  And it says, "There were
142:20   no significant main effects for the type of
142:21   hearing protection and before and after
142:22   firing of DPOAE amplitude."
142:23   Do you see that?
142:24   A. Okay.
142:25   Q. Do you recall when we were
143:01   looking at your paper before Mr. Berger's
143:02   comments, your findings about the declines in
143:03   DPOAE amplitude?
143:04   A. Right, uh-huh.
143:05   Q. Do you recall Mr. Berger
143:06   counseling you to take out those conclusions?
143:07   A. I don't recall that.  You know,

**Re: [142:12 to 143:07]**
**Pltf Obj** Incomplete
designation, 403 prejudicial
and misleading and prohibited
by Touhy (see page 136-137)

OVERRULED

143:08 - 144:11   Babeu, Lorraine 2020-03-10          1:11

| | | |
|---|---|---|
| 143:08 | that -- you'd have to show me where he said | **Re: [143:10 to 143:16]** |
| 143:09 | that. | **Def Obj** Relevance (401, 402); |
| 143:10 | Q. Yeah, I don't think I can do | Prejudice (403) |
| 143:11 | that, unfortunately. | |
| 143:12 | A. Okay. | |
| 143:13 | Q. Okay.  By -- | |
| 143:14 | A. Uh-huh. | |
| 143:15 | Q. By the guidance of counsel. | |
| 143:16 | A. Right. | |
| 143:17 | Q. Fair to say, though, you don't | |
| 143:18 | see that characterized in your discussion | |
| 143:19 | here? | |
| 143:20 | A. Right, uh-huh. | |
| 143:21 | Q. That there was a decline in | |
| 143:22 | DPOAE amplitude from the before and after | |
| 143:23 | firing with the Combat Arms Earplugs? | |
| 143:24 | A. Right. | |
| 143:25 | Q. You don't see that in the | |
| 144:01 | presentation abstract, fair? | |
| 144:02 | A. Right. | |
| 144:03 | Do you have the presentation? | |
| 144:04 | Q. We do.  We have the PowerPoint | |
| 144:05 | as well. | |
| 144:06 | A. Uh-huh. | |
| 144:07 | Q. With regard to the abstract | |
| 144:08 | that we're looking at right now, we'd agree | |
| 144:09 | that we don't see the discussion about the | |
| 144:10 | decline -- | |
| 144:11 | A. Right.  Right. | |

**OVERRULED**

144:16 - 144:16   Babeu, Lorraine 2020-03-10                0:19

144:16      Q. Okay.  Passing you P124.

145:02 - 145:12   Babeu, Lorraine 2020-03-10                0:14

| | |
|---|---|
| 145:02 | Q. "Field study.  Study of the |
| 145:03 | effects of encapsulation on the performance |
| 145:04 | of soldiers during various tasks." |
| 145:05 | Were there broader studies |
| 145:06 | going on at this time? |
| 145:07 | A. Right.  Uh-huh. |
| 145:08 | Q. Was this part of that future |
| 145:09 | force -- |
| 145:10 | A. Right. |
| 145:11 | Q. -- warrior study? |
| 145:12 | A. Right.  Uh-huh. |

146:03 - 146:09   Babeu, Lorraine 2020-03-10                0:07

146:03    Q. And again, it's been a long
146:04    time, ma'am. I don't want you to infer what
146:05    must have been done versus what you recall
146:06    happening.
146:07    A. Okay.
146:08    Q. Okay?
146:09    A. Uh-huh.

146:10 - 147:14  Babeu, Lorraine 2020-03-10                    1:55
146:10    Q. But then there's a description
146:11    specifically about your DPOE study on the .9.
146:12    It says "method."
146:13    Do you see those?
146:14    A. Yes.
146:15    Q. "Infantry soldiers over the
146:16    course of nine days wore the Combat Arms
146:17    yellow and green side and the Peltor ComTac
146:18    earmuff while firing the M4 rifle."
146:19    Right?
146:20    A. Uh-huh.
146:21    Q. "Each day they had pre and
146:22    post-distortion product otoacoustic
146:23    emissions, DPOAE, measurements recorded
146:24    during the weapons firing task."
146:25    Do you see that?
147:01    A. Right.
147:02    Q. And it says, "Soldiers fired 54
147:03    each day. Noise level at the ear was as
147:04    quoted."
147:05    A. Uh-huh.
147:06    Q. And then you talk about the
147:07    folks who were involved in this.
147:08    14 infantry soldiers from
147:09    Fort Wainwright, right?
147:10    A. Right.
147:11    Q. Started with 14. Three didn't
147:12    meet the hearing sensitivity criteria for
147:13    inclusion.
147:14    A. Right.

147:15 - 147:15  Babeu, Lorraine 2020-03-10                    0:00
147:15    Q. Right?

147:16 - 148:01  Babeu, Lorraine 2020-03-10                    0:18
147:16    What were the hearing
147:17    sensitivity inclusion criteria?
147:18    A. I'd have to go back and look,

147:19   but, you know, most likely would have -- most
147:20   likely it would have been they had to have
147:21   normal hearing.
147:22   Q. Okay.
147:23   A. From 250 to 8K.
147:24   Q. It says, "Two were injured
147:25   during the course of the study."
148:01   A. Right.

148:02 - 148:19   Babeu, Lorraine 2020-03-10                    1:03
148:02   Q. And do you know whether any of
148:03   that was noise-related, not noise-related?
148:04   A. One was.  We had a soldier who
148:05   had sudden hearing loss or -- we don't know
148:06   what to attribute it on.  Okay?  Because when
148:07   I ran an after study on him, he had
148:08   significant hearing loss.
148:09   I sent him down to Walter Reed
148:10   to get reevaluated because we were doing --
148:11   we were in the field, so I wanted to make
148:12   sure that these thresholds that I was getting
148:13   in the field were actually what was going on.
148:14   So I sent him to Walter Reed.
148:15   Walter Reed did the test, and
148:16   they confirmed that, yes, the hearing loss is
148:17   there.  So he could not participate in the
148:18   hearing part of the study anymore because I
148:19   didn't know what was going on.

150:23 - 151:11   Babeu, Lorraine 2020-03-10                    1:30
150:23   Q. And you didn't see when you
150:24   reviewed this, ma'am, obviously, that you
150:25   observed what would be expected, a decline in
151:01   DPOAEs from before and after firing, fair?
151:02   MR. FIELDS:  Objection.  Form.
151:03   THE WITNESS:  Okay.  So when we
151:04   talk about significant, statistical
151:05   significance.  So in the research,
151:06   when you were using that word, that's
151:07   what that meant.
151:08   It doesn't mean that there
151:09   wasn't a change.  It just means the
151:10   change didn't meet statistical
151:11   significance.

151:12 - 151:25   Babeu, Lorraine 2020-03-10                    0:20
151:12   QUESTIONS BY MR. BUCHANAN:

151:13 - 151:25   151:13   Q. I understand.
151:14   Researchers, obviously they do
151:15   statistical calculations to try and satisfy
151:16   themselves to a certain level of confidence
151:17   in the connection between things.
151:18   In your paper, you identify the
151:19   trend --
151:20   A. Right.
151:21   Q. -- and you also talked about
151:22   a -- the decline in DPOE amplitudes --
151:23   A. Right.
151:24   Q. -- from before and after.
151:25   A. Right.

171:04 - 171:08   Babeu, Lorraine 2020-03-10   0:12
171:04   Fair, ma'am, based on your
171:05   review of at least Mr. Berger's call logs,
171:06   that you reached out over the years when you
171:07   had questions about things like NRRs, right?
171:08   A. Right.  Uh-huh.

174:01 - 174:18   Babeu, Lorraine 2020-03-10   0:28
174:01   Q. Did he ever tell you that in
174:02   order to get good results you had to fold
174:03   back the flanges on everybody who was using
174:04   it?
174:05   MR. FIELDS:  Objection to form.
174:06   THE WITNESS:  I don't think so.
174:07   QUESTIONS BY MR. BUCHANAN:
174:08   Q. And that's not the way you
174:09   tested it in people, right?
174:10   A. I inserted it the way we
174:11   normally insert earplugs.  I didn't do any
174:12   special thing.
174:13   Q. Right.
174:14   The way we saw those pictures
174:15   earlier today --
174:16   A. Right.
174:17   Q. -- that's the way you did it?
174:18   A. Right.

179:22 - 181:17   Babeu, Lorraine 2020-03-10   2:43
179:22   You indicated that you have a
179:23   Ph.D. from the University of Florida?
179:24   A. Correct.
179:25   Q. And you received that Ph.D. in
180:01   2001?

180:02    A. Correct.
180:03    Q. What was your topic or the
180:04    subject matter in which you received your
180:05    Ph.D.?
180:06    A. Audiology.
180:07    Q. You also have a bachelor's
180:08    degree from Norfolk State University?
180:09    A. Correct.
180:10    Q. When did you receive your
180:11    bachelor's degree from Norfolk State?
180:12    A. '81.  Let's go there.  Let's
180:13    bring it all out.
180:14    Q. All right.  And when you
180:15    received your bachelor's degree from Norfolk
180:16    State in 1981, what was your major?
180:17    A. It was speech pathology,
180:18    audiology.
180:19    Q. You also have a master's degree
180:20    from Florida State University?
180:21    A. Yep.
180:22    Q. When did you receive your
180:23    master's degree from Florida State
180:24    University?
180:25    A. '88.
181:01    Q. And when you received your
181:02    master's degree from Florida State University
181:03    in 1988, what was your major or specialty?
181:04    A. Audiology.
181:05    Q. I seem to recall in some of the
181:06    materials there are some initials behind your
181:07    name besides Ph.D., and that is CCC-A?
181:08    A. Okay.
181:09    Q. And that is a certificate in
181:10    clinical competency for audiology?
181:11    A. Correct.
181:12    Q. And when did you receive your
181:13    CCC-A?
181:14    A. In '89.
181:15    Q. You indicated that you retired
181:16    from active duty in 2011?
181:17    A. Correct.

182:04 - 182:08   Babeu, Lorraine 2020-03-10                    0:11
182:04    Q. You testified earlier that the
182:05    only time period in which you would have
182:06    performed research on the Combat Arms Earplug
182:07    version 2 was in the 2001-2005 time period?

182:08    A. Correct.

189:11 - 189:25    Babeu, Lorraine 2020-03-10    1:32
189:11    Q. Do you recall when you first
189:12    became aware of the Combat Arms Earplug
189:13    version 2?
189:14    A. When I first became aware of
189:15    the -- when I got to the lab.
189:16    Q. Okay.  And you got to the lab
189:17    in 2001?
189:18    A. Correct.
189:19    Q. And do you recall how you
189:20    became aware of the Combat Arms Earplug
189:21    version 2 when you first got to the lab in
189:22    2001?
189:23    A. The other investigators there
189:24    were talking about it.  Doug was talking
189:25    about it.  We talked about it.

194:07 - 195:04    Babeu, Lorraine 2020-03-10    1:10
194:07    Q. As part of your work at the          **Re: [194:07 to 195:04]**          **OVERRULED**
194:08    Army Research Laboratory or in the US     **Pltf Obj** 402; 403
194:09    military in general, have you ever worn the
194:10    Combat Arms Earplug version 2?
194:11    A. Have I worn them?  Yep.  Yes.
194:12    Q. Have you ever worn them in any
194:13    type of combat training?
194:14    A. No.
194:15    Q. What were the facts and
194:16    circumstances in which you were wearing the
194:17    Combat Arms Earplug version 2?
194:18    A. Just personally trying them on,
194:19    seeing how they worked, you know.  I'm not a
194:20    shooter, so I wasn't really using the yellow
194:21    side.  I'd try on the yellow side just to see
194:22    how it feels, but I would use the green side
194:23    if I were going to a concert or something
194:24    like that.
194:25    Q. So with respect to the Combat
195:01    Arms Earplug, the green end, did you wear
195:02    that earplug in instances that involved
195:03    something other than the military?
195:04    A. Yeah.  Going to a concert.

195:09 - 195:15    Babeu, Lorraine 2020-03-10    0:24
195:09    Q. Do you know roughly in what          **Re: [195:09 to 195:15]**          **OVERRULED**
195:10    time period you were using the Combat Arms    **Pltf Obj** 402; 403

195:11    Earplug version 2 for your own use?
195:12    A. It would have been the
195:13    2001-2005. I mean, the thing is is that it
195:14    was just accessible. So once I left, it
195:15    wasn't that accessible.

195:23 - 196:19    Babeu, Lorraine 2020-03-10                    1:20

195:23    Q. You indicated earlier that              Re: [196:11 to 196:19]        OVERRULED
195:24    you're not a shooter. Were there any       Def Obj Relevance (401, 402)
195:25    circumstances where you wore the yellow end
196:01    of the Combat Arms Earplug on the firing
196:02    range?
196:03    A. No, huh-uh.
196:04    Q. Do you know on how many
196:05    occasions approximately you've worn the green

196:06    end of the Combat Arms Earplug?
196:07    A. Outside of -- outside of work?
196:08    Q. Outside of work.
196:09    A. Probably at the best, one or
196:10    two, you know. Just --
196:11    Q. Do you recall how many times
196:12    you've worn the Combat Arms Earplug version 2

196:13    as part of work when it's a noisy
196:14    environment?
196:15    A. I don't. I mean, I don't
196:16    recall because, again, if I were using it and
196:17    I'm in the research, I'm not necessarily
196:18    downrange where the noise is. So I don't
196:19    think I can answer that question really well.

197:21 - 197:24    Babeu, Lorraine 2020-03-10                    0:08

197:21    Q. When you wore the green end of        Re: [197:21 to 197:24]        OVERRULED
197:22    the Combat Arms Earplug to concerts, did it   Pltf Obj 402; 403; Expert
197:23    provide the level of sound attenuation you    opinion from non-expert
197:24    were expecting?                               witness; Beyond the scope of
                                                         Touhy Designation

198:02 - 198:07    Babeu, Lorraine 2020-03-10                    0:14

198:02    THE WITNESS: Okay. Yes, in               Re: [198:02 to 198:07]        OVERRULED
198:03    the sense that when I left the            Pltf Obj 402; 403; Expert
198:04    concert, my ears weren't ringing and      opinion from non-expert
198:05    they didn't feel full. So for me, as      witness; Beyond the scope of
198:06    an audiologist, that tells you, okay,     Touhy Designation
198:07    the earplugs were working.

| | | | |
|---|---|---|---|
| **198:21 - 198:25** Babeu, Lorraine 2020-03-10 | 0:15 | | |
| 198:21   Q. Okay. And when you were | | **Re: [198:21 to 198:25]** | **OVERRULED** |
| 198:22   wearing the Combat Arms Earplug version 2, | | **Pltf Obj** 402; 403; Expert | |
| 198:23   did you have to roll back the flanges in | | opinion from non-expert | |
| 198:24   order to obtain an acceptable fit? | | witness; Beyond the scope of | |
| 198:25   A. No, huh-uh. | | Touhy Designation | |
| | | | |
| **199:04 - 199:09** Babeu, Lorraine 2020-03-10 | 1:50 | | |
| 199:04   Q. Were there any instances where | | **Re: [199:04 to 199:09]** | **OVERRULED** |
| 199:05   you were wearing the Combat Arms Earplug, | | **Pltf Obj** 402; 403; Expert | |
| 199:06   either in your work at the laboratory or | | opinion from non-expert | |
| 199:07   outside of work, where you were not able to | | witness; Beyond the scope of | |
| 199:08   obtain an acceptable fit? | | Touhy Designation | |
| 199:09   A. No. | | | |
| | | | |
| **204:01 - 204:05** Babeu, Lorraine 2020-03-10 | 0:09 | | |
| 204:01   Q. Okay. So let's take a look at | | **Re: [204:01 to 204:05]** | |
| 204:02   the document that's been marked as Exhibit | | **Pltf Obj** 602; 802; Lack of | |
| 204:03   Number 1 to your deposition. | | foundation; 805; Expert | |
| 204:04   Do you see that? | | Opinion without foundation or | |
| 204:05   A. Uh-huh. | | expert sponsor of the | |
| | | document; 403 | |
| | | | |
| **204:21 - 205:16** Babeu, Lorraine 2020-03-10 | 1:49 | | |
| 204:21   Q. The first sentence talks about | | **Re: [204:21 to 205:16]** | |
| 204:22   the small -- it says, "The Small Arms Weapons | | **Pltf Obj** 602; 802; Lack of | |
| 204:23   Branch of the Ordnance Center and School was | | foundation; 805; Expert | |
| 204:24   experiencing problems using the Combat Arms | | Opinion without foundation or | |
| 204:25   Earplug." | | expert sponsor of the | |
| 205:01   Do you see that? | | document; 403 | |
| 205:02   A. Yes. | | | |
| 205:03   Q. Are you familiar with the Small | | | **SUSTAINED - 701 (Improper expert** |
| 205:04   Arms Weapons Branch of the Ordnance Center | | | **testimony from lay witness); 602;** |
| 205:05   and School? | | | **802** |
| 205:06   A. I believe I am. | | | |
| 205:07   Q. Okay. Do you know where that | | | |
| 205:08   particular branch or school is located? | | | |
| 205:09   A. At Aberdeen. | | | |
| 205:10   Q. Okay. It says, "When they used | | | |
| 205:11   the earplug in the small arms weapon -- small | | | |
| 205:12   arms weapons firing room, the users felt the | | | |
| 205:13   earplug was not providing adequate | | | |
| 205:14   protection." | | | |
| 205:15   Do you see that? | | | |
| 205:16   A. Yeah. | | | |
| | | | |
| **206:22 - 208:09** Babeu, Lorraine 2020-03-10 | 1:24 | | |

| | | |
|---|---|---|
| 206:22 | Q. It goes on to say, "If the | **Re: [206:22 to 208:09]** |
| 206:23 | individual is exposed to impulse noise such | **Pltf Obj** 602; 802; Lack of |
| 206:24 | as that of weapons fire, the yellow side of | foundation; 805; Expert |
| 206:25 | the earplug provides protection during the | Opinion without foundation or |
| 207:01 | firing, but when noise levels are low, there | expert sponsor of the |
| 207:02 | is limited attenuation, which allows for | document; 403 |
| 207:03 | voice communication." | |
| 207:04 | Did I read that correctly? | |
| 207:05 | A. Yes. | **SUSTAINED - 701 (Improper expert** |
| 207:06 | Q. And is that consistent with | **testimony from lay witness); 602;** |
| 207:07 | your understanding on the operation of the | **803.  If Babeu performed a study,** |
| 207:08 | yellow end of the Combat Arms Earplug? | **she may talk about that study from** |
| 207:09 | A. Yes. | **personal knowledge, as a lay** |
| 207:10 | Q. "The green side of the earplug | **witness (i.e., describe the study** |
| 207:11 | is similar to standard earplugs and is | **and the conclusions).  However,** |
| 207:12 | designed to protect soldiers from | **she may not apply the conclusions** |
| 207:13 | continuous-type noise exposures -- noise | **of the study to the facts of this** |
| 207:14 | exposure such as that of an engine running in | **case.** |
| 207:15 | the motor pool." | |
| 207:16 | Did I read that correctly? | |
| 207:17 | A. Correct, uh-huh. | |
| 207:18 | Q. And was that also consistent | |
| 207:19 | with your understanding of how the green side | |
| 207:20 | performed? | |
| 207:21 | A. Correct. | |
| 207:22 | Q. It says, "The auditory research | |
| 207:23 | team, Dr. Letowski, Lieutenant Colonel Babeu, | |
| 207:24 | Mary Binseel, and Francis Breitenbach from | |
| 207:25 | HRED evaluated the problem, conducted noise | |
| 208:01 | measurements." | |
| 208:02 | Do you see that? | |
| 208:03 | A. Uh-huh. | |
| 208:04 | Q. You do? | |
| 208:05 | A. Yes. | |
| 208:06 | Q. Okay.  Do you recall being | |
| 208:07 | brought in by someone to evaluate this | |
| 208:08 | problem at the small arms weapons branch? | **SUSTAINED - 701 (Improper expert** |
| 208:09 | A. Yes. | **testimony from lay witness); 602;** |
| | | **803.  If Babeu performed a study,** |
| 208:13 - 210:15  Babeu, Lorraine 2020-03-10            2:18 | | **she may talk about that study from** |
| 208:13 | Q. And just for some acronyms | **personal knowledge, as a lay** |
| 208:14 | here, we have the HRED. | **Re: [208:13 to 210:15]** · **witness (i.e., describe the study** |
| 208:15 | A. Right. | **Pltf Obj** 602; 802; Lack of · **and the conclusions).  However,** |
| 208:16 | Q. That stands for Human Research | foundation; 805; Expert · **she may not apply the conclusions** |
| 208:17 | and Engineering Directorate? | Opinion without foundation or · **of the study to the facts of this** |
| 208:18 | A. Correct, uh-huh. | expert sponsor of the · **case.** |
| 208:19 | Q. What was the role of the | document; 403 |

208:20   auditory research team from HRED at this
208:21   time?
208:22   A. For this?
208:23   Q. Yes.
208:24   A. Okay. So based on this,
208:25   it's -- they've got a complaint about using
209:01   the Combat Arms Earplug. And then we went in
209:02   and we looked, we did some noise
209:03   measurements, and we found that -- well, the
209:04   noise measurements didn't tell us that, but
209:05   it was that the room -- you can't use the
209:06   yellow side of the Combat Arms Earplug in
209:07   indoors. It has to be an outdoor use.
209:08   Q. And do you recall being brought
209:09   in to assist the small arms weapon branch in
209:10   the problems that they were experiencing in
209:11   the small arms weapons firing room?
209:12   A. I remember Tom and I went over,
209:13   and we were talking to the guys -- this is
209:14   what I remember. I went -- we were talking
209:15   to the guys that were doing testing on small
209:16   arms, and it's -- it's a -- like a padded
209:17   room, but they're inside the padded room.
209:18   They're not outside of it. They're inside
209:19   the padded room. And then they're testing
209:20   different properties of the weapon.
209:21   So they're firing in there, and
209:22   when they're firing, the whole room goes
209:23   reverberant.
209:24   Q. It says in this document,
209:25   continuing, "It was recommended that due to
210:01   the highly reverberant firing environment,
210:02   that soldiers should use the green end of the
210:03   earplug rather than the yellow side."
210:04   Do you see that?
210:05   A. Yep.
210:06   Q. And this document uses a term
210:07   that you also just used, which is
210:08   "reverberant."
210:09   A. Uh-huh.
210:10   Q. What does it mean to say that
210:11   the environment is reverberant?
210:12   A. The sound is bouncing off the
210:13   walls, and it kind of defeats the mechanism
210:14   for the yellow side of the Combat Arms
210:15   Earplug.

**SUSTAINED - 701 (Improper expert testimony from lay witness); 602; 803. If Babeu performed a study, she may talk about that study from personal knowledge, as a lay witness (i.e., describe the study and the conclusions). However, she may not apply the conclusions of the study to the facts of this case.**

| | | |
|---|---|---|
| 210:19 - 210:24   Babeu, Lorraine 2020-03-10 | 0:11 | |
| 210:19   Q. And so how does the firing | | **Re: [210:19 to 210:24]** |
| 210:20   environment affect the conclusion regarding | | **Pltf Obj** 602; 802; Lack of |
| 210:21   which end should be inserted during training? | | foundation; 805; Expert |
| 210:22   A. How does -- | | Opinion without foundation or |
| 210:23   Q. The firing environment, inside | | expert sponsor of the |
| 210:24   versus outside? | | document; 403 |

| | | |
|---|---|---|
| 211:03 - 211:22   Babeu, Lorraine 2020-03-10 | 1:01 | |
| 211:03   THE WITNESS:  If you -- what | | **Re: [211:03 to 211:22]** |
| 211:04   happened if they used the yellow side | | **Pltf Obj** 602; 802; Lack of |
| 211:05   inside?  That's what happens.  The | | foundation; 805; Expert |
| 211:06   yellow -- the mechanism that makes the | | Opinion without foundation or |
| 211:07   yellow side of the Combat Arms | | expert sponsor of the document |
| 211:08   Earplug, the physics, just doesn't | | |
| 211:09   work anymore.  Okay? | | |
| 211:10   And so you have to use it only | | |
| 211:11   outside where it's not subject to -- | | |
| 211:12   like you couldn't use that earplug in | | |
| 211:13   a room like this and fire a weapon. | | |
| 211:14   QUESTIONS BY MR. FIELDS: | | |
| 211:15   Q. Now, it uses the term "small | | |
| 211:16   arms." | | |
| 211:17   For someone who is not in the | | |
| 211:18   military, what's small arms? | | |
| 211:19   A. Pistol, M16 rifle, M14 rifle. | | |
| 211:20   There's debate about the machine gun, but -- | | |
| 211:21   Q. So it's not just handguns? | | |
| 211:22   A. Right, uh-huh. | | |

| | | |
|---|---|---|
| 213:06 - 213:10   Babeu, Lorraine 2020-03-10 | 0:14 | |
| 213:06   Q. Why did your team decide that | | **Re: [213:06 to 213:10]** |
| 213:07   for indoor gun range such as the one at the | | **Pltf Obj** 602; 802; Lack of |
| 213:08   small weapons -- small arms weapons branch | | foundation; 805; Expert |
| 213:09   that the soldiers should use the green end | | Opinion without foundation or |
| 213:10   instead of the yellow end? | | expert sponsor of the document |

| | | |
|---|---|---|
| 213:13 - 214:01   Babeu, Lorraine 2020-03-10 | 0:26 | |
| 213:13   THE WITNESS:  Because of the | | **Re: [213:13 to 214:01]** |
| 213:14   reverberant room. | | **Pltf Obj** 602; 802; Lack of |
| 213:15   QUESTIONS BY MR. FIELDS: | | foundation; 805; Expert |
| 213:16   Q. And would that be true for any | | Opinion without foundation or |
| 213:17   indoor firing range -- | | expert sponsor of the document |
| 213:18   A. Yeah. | | |
| 213:19   Q. -- or would you have to | | |
| 213:20   evaluate it on a case-by-case basis? | | |
| 213:21   A. No, huh-uh, no.  That's -- just | | |

**SUSTAINED - 701 (Improper expert testimony from lay witness); 602; 803.  If Babeu performed a study, she may talk about that study from personal knowledge, as a lay witness (i.e., describe the study and the conclusions).  However, she may not apply the conclusions of the study to the facts of this case.**

| | | | | |
|---|---|---|---|---|
| 213:22 | as an audiologist, knowing what I know about | | | |
| 213:23 | the Combat Arms Earplug and what it's | | | |
| 213:24 | supposed to do and the mechanisms of how it's | | | **SUSTAINED - 701 (Improper expert testimony from lay witness); 602; 803.  If Babeu performed a study, she may talk about that study from personal knowledge, as a lay witness (i.e., describe the study and the conclusions).  However, she may not apply the conclusions of the study to the facts of this case.** |
| 213:25 | supposed to work, no, you do not fire using | | | |
| 214:01 | the yellow side in, in indoors. | | | |

**214:08 - 214:21   Babeu, Lorraine 2020-03-10**   1:30

| | | | | |
|---|---|---|---|---|
| 214:08 | Q. The next line says, "The | | **Re: [214:08 to 214:15]** | |
| 214:09 | soldiers were instructed on how to insert the | | **Pltf Obj** 602; 802; Lack of | |
| 214:10 | earplug.  The earplug requires a deep fit, | | foundation; 805; Expert | |
| 214:11 | which is not something that would necessarily | | Opinion without foundation or | |
| 214:12 | be intuitive for soldiers accustomed to using | | expert sponsor of the | |
| 214:13 | other types of earplugs." | | document; 403 | |
| 214:14 | Do you see that? | | | |
| 214:15 | A. Uh-huh. | | | |
| 214:16 | Q. Was it your view that the | | | |
| 214:17 | Combat Arms Earplug version 2 required a deep | | | |
| 214:18 | fit, and that was different than other types | | | |
| 214:19 | of earplugs that had been used by the | | | |
| 214:20 | military? | | | |
| 214:21 | A. Yes. | | | |

**214:25 - 216:15   Babeu, Lorraine 2020-03-10**   2:40

| | | | | |
|---|---|---|---|---|
| 214:25 | Q. And as part of your work on the | | **Re: [216:03 to 216:15]** | |
| 215:01 | auditory research team, did you provide | | **Pltf Obj** 602; 802; Lack of | |
| 215:02 | instructions to the soldiers at the small | | foundation; 805; Expert | |
| 215:03 | arms weapons branch about how to properly | | Opinion without foundation or | |
| 215:04 | insert the Combat Arms Earplug version 2 into | | expert sponsor of the | |
| 215:05 | their ears? | | document; 403 | |
| 215:06 | A. For what? | | | |
| 215:07 | Q. Yeah.  Let me ask the question | | | |
| 215:08 | again, which is, as part of your work back in | | | |
| 215:09 | the early 2000s, did you provide the soldiers | | | |
| 215:10 | at the small arms weapons branch with | | | |
| 215:11 | instructions on how to properly insert the | | | |
| 215:12 | Combat Arms Earplug version 2? | | | |
| 215:13 | A. Okay.  Yeah.  This -- yeah. | | | |
| 215:14 | Yeah. | | | |
| 215:15 | Q. Okay.  And with respect to the | | | **SUSTAINED - 701 (Improper expert testimony from lay witness); 602; 803.  If Babeu performed a study, she may talk about that study from personal knowledge, as a lay witness (i.e., describe the study and the conclusions).  However,** |
| 215:16 | instructions that you provided to the | | | |
| 215:17 | soldiers, did you advise the soldiers that | | | |
| 215:18 | they would need to roll back the flanges in | | | |
| 215:19 | any way? | | | |
| 215:20 | A. No, huh-uh. | | | |
| 215:21 | Q. With respect to the | | | |
| 215:22 | instructions that you gave to the soldiers at | | | |
| 215:23 | the small arms weapons branch, was that | | | |

| | | | |
|---|---|---|---|
| 215:24 | instruction based on information that had | | **she may not apply the conclusions of the study to the facts of this case.** |
| 215:25 | been provided to you by Aearo? | | |
| 216:01 | A. On how to insert the earplug, | | |
| 216:02 | yeah. | | |
| 216:03 | Q. Okay.  Now, it says, "With the | | |
| 216:04 | guidance of the research team, the soldiers | | |
| 216:05 | were able to use the earplug and obtain the | | |
| 216:06 | results that satisfied them." | | |
| 216:07 | Do you see that? | | |
| 216:08 | A. Yes. | | |
| 216:09 | Q. At any point in time, did you | | |
| 216:10 | receive any follow-up feedback from the | | |
| 216:11 | soldiers at the small arms weapons branch in | | |
| 216:12 | which they expressed dissatisfaction with the | | |
| 216:13 | performance of the Combat Arms Earplug | | |
| 216:14 | version 2? | | |
| 216:15 | A. No. | | |

| | | | |
|---|---|---|---|
| 219:13 - 219:17 | Babeu, Lorraine 2020-03-10 | 0:09 | |
| 219:13 | Q. Do you recall reaching the | **Re: [219:13 to 219:17]** | **SUSTAINED - 611** |
| 219:14 | conclusion in the early 2000s that soldiers, | **Pltf Obj** 611; expert opinion | |
| 219:15 | when firing small arms in indoor gun ranges, | from non-expert; 403 | |
| 219:16 | should use the green end of the Combat Arms | | |
| 219:17 | Earplug version 2? | | |

| | | | |
|---|---|---|---|
| 219:20 - 220:10 | Babeu, Lorraine 2020-03-10 | 1:48 | |
| 219:20 | THE WITNESS:  Okay.  So | **Re: [219:20 to 219:24]** | **SUSTAINED** |
| 219:21 | reaching that conclusion, yeah, but it | **Pltf Obj** Strike as | |
| 219:22 | was well-known that you should use the | nonresponsive, lack of | |
| 219:23 | green side in indoors, that the yellow | foundation for answer; 403 | |
| 219:24 | side was only for outdoors. | | |
| 219:25 | | **Re: [220:02 to 220:04]** | **SUSTAINED - 701; 802** |
| 220:01 | QUESTIONS BY MR. FIELDS: | **Pltf Obj** 802: lack of | |
| 220:02 | Q. And when you say it was | foundation; expert opinion | |
| 220:03 | well-known, how did you become aware it was | from non expert; 403 | |
| 220:04 | well-known? | | |
| 220:05 | A. It's in the literature.  The | **Re: [220:05 to 220:10]** | **SUSTAINED - 602; 802** |
| 220:06 | French folks put it out.  I think Aearo did | **Pltf Obj** 802; lack of | |
| 220:07 | as well, or 3M did as well. | foundation; expert testimony | |
| 220:08 | And just in discussions with | from non expert; 403 | |
| 220:09 | the -- our research team, you know, it was | | |
| 220:10 | always the yellow side outdoors. | | |

| | | | |
|---|---|---|---|
| 220:22 - 221:02 | Babeu, Lorraine 2020-03-10 | 0:15 | |
| 220:22 | Q. And did you ever change your | | |
| 220:23 | view that the green end should be used when | | |
| 220:24 | firing small arms, indoor gun ranges? | | |

220:25    A. Did I change my view on that,
221:01    that you should use the green?
221:02    Q. Yeah.

221:05 - 221:12    Babeu, Lorraine 2020-03-10          0:22
221:05    THE WITNESS:  When you fire the
221:06    weapon indoors, you should use the
221:07    green side.
221:08    QUESTIONS BY MR. FIELDS:
221:09    Q. And that was your view in 2002,
221:10    and that is your view today?
221:11    A. Oh, well, yeah.  I mean, I have
221:12    no reason to change it.

221:16 - 221:20    Babeu, Lorraine 2020-03-10          0:17
221:16    Q. I'm going to hand you what             **Re: [221:16 to 221:20]**
221:17    we're going to mark as Exhibit 2 to your  **Pltf Obj** 802; lack of
221:18    deposition, which is a February -- a      foundation; 602
221:19    February 2003 publication entitled "Fast
221:20    Tracks."

221:23 - 222:01    Babeu, Lorraine 2020-03-10          0:08
221:23    Q. And our internal document             **Re: [221:23 to 222:01]**
221:24    reference number is DOD00011494.         **Pltf Obj** 802; lack of
221:25    Do you see that?                          foundation; 602
222:01    A. Uh-huh.

222:18 - 222:24    Babeu, Lorraine 2020-03-10          0:21
222:18    Q. Oh, that reminds me.  When we
222:19    were talking about Exhibit 1 and I asked you
222:20    about the location of the Small Arms Weapons
222:21    Branch of the Ordnance Center and School, and
222:22    you said it was in Aberdeen, was that
222:23    Aberdeen Proving Grounds?
222:24    A. Correct.

222:25 - 223:06    Babeu, Lorraine 2020-03-10          0:14
222:25    Q. And I'd like to focus your            **Re: [222:25 to 223:06]**
223:01    attention, first of all, in the article that  **Pltf Obj** 802; lack of
223:02    says, "Former science advisor needs device  foundation; 602
223:03    which he introduced into the Army, Combat
223:04    Arms Earplugs."
223:05    Do you see that?
223:06    A. Yes.

224:01 - 224:07    Babeu, Lorraine 2020-03-10          0:16
224:01    Q. It says, "Mr. Mike Golden, who        **Re: [224:01 to 224:07]**

| | | | | | |
|---|---|---|---|---|---|
| 224:02<br>224:03<br>224:04<br>224:05<br>224:06<br>224:07 | followed John as our SETAF science advisors,<br>obtained 150 pairs of the earplugs for<br>evaluation by SETAF soldiers during static<br>target shooting."<br>Do you see that?<br>A. Yes. | **Pltf Obj** 802; lack of<br>foundation; 602 | | | |
| 225:04 - 225:18  Babeu, Lorraine 2020-03-10<br>225:04<br>225:05<br>225:06<br>225:07<br>225:08<br>225:09<br>225:10<br>225:11<br>225:12<br>225:13<br>225:14<br>225:15<br>225:16<br>225:17<br>225:18 | Q. If you turn to page 2 of the<br>document, first column, it says, "Currently,<br>Lieutenant Colonel Lorraine A. Babeu, Ph.D.,<br>a military audiologist at the US Army<br>Research Laboratory, human research and<br>engineering director, its visual and auditory<br>processes branch, is working on a project to<br>determine the impact the Combat Arms Earplug<br>has on performance."<br>Do you see that?<br>A. Yes.<br>Q. And with respect to what is<br>being referenced here, at this time were you<br>actually performing the localization study?<br>A. Yes. | 1:45<br><br>**Re: [225:04 to 225:18]**<br>**Pltf Obj** 802; lack of<br>foundation; 602 | | | **602 OBJECTIONS WITHDRAWN,<br>3/11/2021**<br><br>**REMAINING OBJECTIONS<br>SUSTAINED - 701; 802** |
| 226:12 - 227:06  Babeu, Lorraine 2020-03-10<br>226:12<br>226:13<br>226:14<br>226:15<br>226:16<br>226:17<br>226:18<br>226:19<br>226:20<br>226:21<br>226:22<br>226:23<br>226:24<br>226:25<br>227:01<br>227:02<br>227:03<br>227:04<br>227:05<br>227:06 | Q. It continues on.  It says,<br>"AMC-FAST then contacted Bruce Amrein" --<br>A. Amrein, uh-huh.<br>Q. -- "our quick reaction<br>coordinator at the US Army Research<br>Laboratory, Human Research and Engineering<br>Directorate, where Bruce is also the chief,<br>visual and auditory processes branch."<br>Do you see that?<br>A. Yep.<br>Q. So was Bruce Amrein your<br>supervisor?<br>A. Yes.<br>Q. It says, "Working with<br>Lieutenant Colonel Lorraine A. Babeu, Ph.D.,<br>who was assigned to Bruce's branch, they<br>obtained 50 pair and made arrangements for<br>their shipment on 6 February."<br>Do you see that?<br>A. Yes. | 1:36<br><br>**Re: [226:12 to 227:06]**<br>**Pltf Obj** 802; lack of<br>foundation; 602 | | | |
| 227:11 - 227:15  Babeu, Lorraine 2020-03-10 | | 0:07 | | | |

227:11    Q. The next sentence says, "The
227:12    reaction to using the earplugs was that they
227:13    were worth their weight in gold."
227:14    Do you see that?
227:15    A. Yes.

Re: [227:11 to 227:15]
Pltf Obj 802; lack of
foundation; 602

228:23 - 229:02   Babeu, Lorraine 2020-03-10    0:13
228:23    Q. While you were at the Army
228:24    Research Laboratory, do you recall receiving
228:25    feedback from any soldiers suggesting that
229:01    the Combat Arms Earplug version 2 were not
229:02    reducing sound as intended?

229:05 - 229:15   Babeu, Lorraine 2020-03-10    0:23
229:05    THE WITNESS:  While at the lab?
229:06    QUESTIONS BY MR. FIELDS:
229:07    Q. Yes.
229:08    A. Okay.  I don't recall that.
229:09    Q. Okay.  As an audiologist
229:10    working at the Army Research Laboratory,
229:11    would you have been interested in
229:12    understanding whether or not a particular
229:13    hearing protection device was performing as
229:14    expected?
229:15    A. Yes.

230:19 - 231:06   Babeu, Lorraine 2020-03-10    1:32
230:19    When you were at the Army
230:20    Research Laboratory --
230:21    A. Right.
230:22    Q. -- would it be of interest to
230:23    you to learn if there was a hearing
230:24    protection device being used by soldiers that
230:25    did not adequately attenuate sound?
231:01    A. Correct.  Yes.
231:02    Q. While you were at the Army
231:03    Research Laboratory, did you learn of any
231:04    hearing protection device being used by
231:05    soldiers that did not adequately protect the
231:06    soldiers' hearing?

231:09 - 231:09   Babeu, Lorraine 2020-03-10    0:00
231:09    THE WITNESS:  No, huh-uh.

231:14 - 232:19   Babeu, Lorraine 2020-03-10    1:12
231:14    Q. Here you are on page 3 --
231:15    A. I know.  I should know better,

| | |
|---|---|
| 231:16 | right? |
| 231:17 | Q. -- of the document. |
| 231:18 | It is entitled "The Combat Arms |
| 231:19 | Nonlinear Earplug." |
| 231:20 | Do you see that? |
| 231:21 | A. Yes. |
| 231:22 | Q. And as a matter of fact, if you |
| 231:23 | go to the prior page, there's a reference |
| 231:24 | that says, "As a follow-up to this action, |
| 231:25 | Lieutenant Colonel Babeu prepared a fact |
| 232:01 | paper which provides the background and |
| 232:02 | description of the Combat earplugs as well as |
| 232:03 | the role played by the US Army Center for |
| 232:04 | Health Promotion and Preventive Medicine, |
| 232:05 | CHPPM.  Her paper is provided on page 3." |
| 232:06 | Do you see that? |
| 232:07 | A. Uh-huh. |
| 232:08 | Q. I read that correctly? |
| 232:09 | A. Yes. |
| 232:10 | Q. And on page 3, this is the fact |
| 232:11 | paper that you prepared and that was |
| 232:12 | published in the Fast Tracks digest? |
| 232:13 | A. Right. |
| 232:14 | Q. Do you recall preparing this |
| 232:15 | fact paper relating to the Combat Arms |
| 232:16 | Earplug? |
| 232:17 | A. I don't recall this one, but -- |
| 232:18 | I don't recall this one, but it would not |
| 232:19 | have been uncommon for me to do it. |

| | | |
|---|---|---|
| 232:24 - 233:20 | Babeu, Lorraine 2020-03-10 | 1:58 |

| | |
|---|---|
| 232:24 | Q. So what was your purpose of |
| 232:25 | preparing fact papers like this regarding a |
| 233:01 | hearing protection device? |
| 233:02 | A. It would be just to describe |
| 233:03 | the product and how it's supposed to be used |
| 233:04 | and what it's supposed to do, and maybe |
| 233:05 | somewhere in here, how it stacks up against |
| 233:06 | what's currently in there. |
| 233:07 | Q. Okay. |
| 233:08 | A. Currently in our inventory. |
| 233:09 | Q. The first paragraph of this |
| 233:10 | fact paper says, "For the dismounted soldier |
| 233:11 | or Marine, conventional hearing protection |
| 233:12 | can interfere with the communication |
| 233:13 | requirements of a mission when hearing |
| 233:14 | protection is needed the most, i.e., firing |

233:15   weapons from dismounted positions."
233:16   Do you see that?
233:17   A. Yes.
233:18   Q. First of all, what is a
233:19   dismounted position?
233:20   A. They're out of their vehicles.

234:09 - 234:25   Babeu, Lorraine 2020-03-10                    0:28
234:09   In the second paragraph, last
234:10   sentence --
234:11   A. Okay.
234:12   Q. -- you say, "In relative quiet,
234:13   however" --
234:14   A. Okay.  Yes.
234:15   Q. -- "conventional linear hearing
234:16   protectors interfere with both speech
234:17   communication and the detection of
234:18   environmental combat sounds."
234:19   Do you see that?
234:20   A. Uh-huh.
234:21   Q. What was your basis for making
234:22   that statement?
234:23   A. It's looking at the attenuation
234:24   characteristics of earplugs in quiet.  Okay?
234:25   I mean, it is what it is.

235:01 - 235:12   Babeu, Lorraine 2020-03-10                    1:36
235:01   In a quiet environment -- the
235:02   complaint from the field was always:  When I
235:03   put the earplugs in, I can't hear anything.
235:04   And the -- in the quiet
235:05   environment, that's correct, because it's
235:06   just the nature -- it's a quiet environment,
235:07   and then you're bringing the person's hearing
235:08   thresholds down more.  Okay?  So they can't
235:09   hear.
235:10   But in a noisy environment, you
235:11   want it because you want to reduce that
235:12   stimulation.

235:13 - 236:05   Babeu, Lorraine 2020-03-10                    1:43
235:13   Q. In the next sentence you say,
235:14   "The solution for the dismounted soldier or
235:15   Marine is a nonlinear hearing protector that
235:16   mitigates the hazard from weapons fire over a
235:17   desired range but marginally interferes with
235:18   required communications and detection of

235:19　combat sounds such as vehicle noise, steps in
235:20　leaves, closing of a rifle bolt, et cetera."
235:21　Do you see that?
235:22　A. Yes.
235:23　Q. Did I read that correctly?
235:24　A. Yes.
235:25　Q. And how did you come to learn
236:01　that a nonlinear hearing protector might
236:02　mitigate the hazards from weapons fire over a
236:03　desired range but marginally interfere with
236:04　required communications and detection of
236:05　combat sounds?

236:08 - 236:16　Babeu, Lorraine 2020-03-10　　　0:21
236:08　THE WITNESS:  It would have
236:09　been the information that we got from
236:10　3M.
236:11　QUESTIONS BY MR. FIELDS:
236:12　Q. Prior to you joining the Army
236:13　Research Lab in approximately 2001, were you
236:14　familiar with the concept of a nonlinear
236:15　hearing protector?
236:16　A. No.

236:17 - 236:20　Babeu, Lorraine 2020-03-10　　　0:12
236:17　Q. Was the first nonlinear hearing
236:18　protector that you became aware of the Combat

236:19　Arms version 2?
236:20　A. Was what?

236:21 - 238:08　Babeu, Lorraine 2020-03-10　　　2:35
236:21　Q. Was the first nonlinear hearing
236:22　protector that you became aware of the Combat
236:23　Arms version 2?
236:24　A. Yes.  Yes.  Yes.
236:25　Q. If you skip down to the fifth
237:01　paragraph, you write, "The US Army Center for
237:02　Health Promotion and Preventive Medicine,
237:03　C-H-P-P-M, CHPPM, contributed to this
237:04　development effort by recommending an
237:05　American-made earplug, the UltraFit, to house
237:06　the French filter, creating the color-coded
237:07　scheme, and by performing blast
237:08　overpressure -- overpressure testing."
237:09　Do you see that?
237:10　A. Yes.

237:11   Q. Now, the US Army Center for
237:12   Health Promotion and Preventive Medicine,
237:13   CHPPM, that's where Doug Ohlin was?
237:14   A. Yes.
237:15   Q. With respect to this sentence
237:16   about CHPPM's contribution, what was the
237:17   source of this information?
237:18   A. It would have been from Doug,
237:19   CHPPM.
237:20   Q. It says the -- continuing on,
237:21   "The single-size UltraFit should accommodate
237:22   most of our Combat Arms users."
237:23   Do you see that?
237:24   A. Yes.
237:25   Q. And why did you reach the
238:01   conclusion that the single-size UltraFit
238:02   should accommodate most of our Combat Arms
238:03   users?
238:04   A. That would have been just what
238:05   they told us.
238:06   Q. And when you say "they," who
238:07   are you referring to?
238:08   A. Either 3M or Doug.

241:03 - 241:04   Babeu, Lorraine 2020-03-10                      0:02
241:03   Q. Yeah.  So when you were writing
241:04   this fact paper --

241:06 - 241:11   Babeu, Lorraine 2020-03-10                      0:12
241:06   Q. -- had you reached a conclusion
241:07   that you thought it was better for users to
241:08   be able to carry one earplug that provided
241:09   impulse and steady-state noise protection as
241:10   opposed to having two separate earplugs?
241:11   A. Yes.

241:15 - 241:25   Babeu, Lorraine 2020-03-10                      0:27
241:15   Q. And why did you reach that
241:16   conclusion?
241:17   A. It was just -- that was the
241:18   whole thing about the Combat Arms Earplug.
241:19   You're going to get the single-sided, the
241:20   impulse noise protection, and you get the
241:21   steady state, and you get it all one -- you
241:22   know, one bang for your buck.
241:23   Q. Okay.  And why was that more
241:24   beneficial in your view versus having to

241:25    carry two earplugs?

242:03 - 242:10  Babeu, Lorraine 2020-03-10    0:18
242:03    THE WITNESS:  Reduction of
242:04    loss.
242:05    QUESTIONS BY MR. FIELDS:
242:06    Q. What's reduction of loss?
242:07    A. You're out in the woods.
242:08    You're out in the woods, and, you know,
242:09    things get lost.  So maybe it's just less --
242:10    less cumbersome for the soldier.  That's all.

246:14 - 247:05  Babeu, Lorraine 2020-03-10    1:33
246:14    Q. In the last sentence, you -- of
246:15    the document, you say, "In the Combat Arms
246:16    Earplug, we finally have a hearing protector
246:17    that protects without impairing military
246:18    effectiveness."
246:19    Do you see that?
246:20    A. Uh-huh.
246:21    Q. You do see that?
246:22    A. Yeah.
246:23    Q. Okay.  At the time that you
246:24    wrote that, did you believe that to be a true
246:25    statement?
247:01    A. Yes.
247:02    Q. And during the entire time that
247:03    you were at the Army Research Laboratory, did
247:04    you believe that to be a true statement?
247:05    A. Yeah.

247:06 - 247:07  Babeu, Lorraine 2020-03-10    0:01
247:06    Q. Do you still believe that is a
247:07    true statement?

**Re: [247:06 to 247:07]**
**Def Obj** Hearsay (801, 802);
Relevance (401, 402)Prejudice
(403)

OVERRULED - Defendants opened
the door

247:10 - 247:23  Babeu, Lorraine 2020-03-10    0:17
247:10    THE WITNESS:  I don't know.  I
247:11    mean, you got everybody saying that
247:12    it's defective, so it wouldn't be
247:13    true.
247:14    QUESTIONS BY MR. FIELDS:
247:15    Q. Do you know one way or the
247:16    other whether it's true now?
247:17    A. Well, you've got these people
247:18    that say it's not true, so...

**Re: [247:10 to 247:13]**
**Def Obj** Hearsay (801,802);
Relevance (401, 402);
Prejudice (403)

OVERRULED - Defendants opened
the door; Not hearsay because not
offered for truth

247:19    I haven't done any research
247:20    with it, but --
247:21    Q. So you don't know one way or
247:22    another?
247:23    A. Right.

248:15 - 249:03   Babeu, Lorraine 2020-03-10                                    1:07
248:15    While you were at the research
248:16    laboratory --
248:17    A. Right.
248:18    Q. -- did you see or hear any data
248:19    that caused you to question whether the
248:20    statements you wrote --
248:21    A. No, huh-uh.
248:22    Q. -- on page 3 --
248:23    A. Right.
248:24    Q. -- which is, "In the Combat
248:25    Arms Earplug, we finally have a hearing
249:01    protector that protects without impairing
249:02    military effectiveness"?
249:03    A. Right.

249:06 - 249:06   Babeu, Lorraine 2020-03-10                                    0:00
249:06    THE WITNESS:  No.

256:06 - 257:05   Babeu, Lorraine 2020-03-10                                    2:35
256:06    Q. Dr. Babeu, I'm handing you what
256:07    has been marked as Exhibit 4, which is a
256:08    document that bears 3M's internal control
256:09    number DOD1314.  It starts with -004 and ends
256:10    with DOD00001314-19.
256:11    Do you see that?
256:12    A. Yes.
256:13    Q. Okay.  Now, we talked a little
256:14    bit earlier in this deposition about some
256:15    research that you were performing at the Army
256:16    Research Laboratory regarding sound
256:17    localization.
256:18    A. Uh-huh, yes.
256:19    Q. Now, can you tell us what this
256:20    document, which says its protocol
256:21    ARL 20098-02005 -- it says, "Project title,
256:22    detection, recognition and sound localization
256:23    abilities of human listener wearing various
256:24    headgear and earplugs."
256:25    Do you see that?
257:01    A. Yes.

257:02    Q. And was that the research
257:03    project that you were performing in early
257:04    2000s at the Army Research Laboratory?
257:05    A. Correct, uh-huh.

257:15 - 258:10    Babeu, Lorraine 2020-03-10    1:59
257:15    Q. As part of your research for
257:16    the Army Research Laboratory, did you
257:17    typically have to submit a written protocol?
257:18    A. Yes.
257:19    Q. Okay.  What was the purpose of
257:20    submitting a written protocol prior to
257:21    performing the research?
257:22    A. Well, you have to go through
257:23    the human use committee to make sure that
257:24    whatever you were going to do was in
257:25    compliance with human protection rules and
258:01    regulations.
258:02    You get approval from, like,
258:03    your lead.  Like that would be Tom, okay, Tom
258:04    Letowski.  We get approval from him.  And --
258:05    because everybody wants it to make sense,
258:06    what you're doing, and that your hypothesis
258:07    makes sense and all of that stuff.
258:08    So that would be the purpose of
258:09    writing everything out, is to get the
258:10    appropriate approvals.

259:12 - 260:08    Babeu, Lorraine 2020-03-10    1:54
259:12    guess the question is:  At some point in
259:13    time, was there a final written protocol that
259:14    was approved for your project?
259:15    A. Yes, and this is it.
259:16    Q. Okay.  You actually have on
259:17    this document you as the principal
259:18    investigator?
259:19    A. Yes.
259:20    Q. What was -- what is -- and
259:21    there's also a listing of associate
259:22    investigator.
259:23    Do you see that?
259:24    A. Yes.
259:25    Q. And the associate
260:01    investigators, there are two listed:
260:02    Dr. Letowski --
260:03    A. Uh-huh.
260:04    Q. -- and Timothy Mermagen?

260:05   A. Mermagen, uh-huh.
260:06   Q. So what's the difference
260:07   between the principal investigator and the
260:08   associate investigator on this project?

260:09 - 260:25   Babeu, Lorraine 2020-03-10    1:47
260:09   A. I developed the idea.  I wrote
260:10   the protocol for it.  Tom would -- okay.  So
260:11   as the principal investigator, you're the
260:12   person that came up with the idea, wrote the
260:13   protocol for the idea, and you'll be in
260:14   charge of the study itself as it goes
260:15   through.  And then you're responsible for
260:16   writing up the results and eventually getting
260:17   it published.
260:18   Q. And so you came up with the
260:19   idea to perform this project, which was
260:20   "Detection, recognition and sound
260:21   localization abilities of human listener
260:22   wearing various headgear and earplugs"?
260:23   A. Right.
260:24   Q. And why was this -- why was
260:25   this a topic you were interested in?

261:01 - 261:16   Babeu, Lorraine 2020-03-10    1:55
261:01   A. Well, it was a localization
261:02   lab, okay, so your study was going to deal
261:03   with that.  And this -- the Combat Arms
261:04   Earplug was very different than what was
261:05   already in the system, and so we wanted to
261:06   make sure -- because at that time, the
261:07   developers were coming up with new helmets,
261:08   new gear for the soldiers, so we just wanted
261:09   to make sure that if we used this Combat Arms
261:10   Earplug, how does it work when you have it --
261:11   having to function in real life.  In real
261:12   life it's -- you got the helmet on, you've
261:13   got gear on and things of that nature.
261:14   Q. And when you're talking about
261:15   the developers, you're talking about
261:16   developers at the US Army?

261:19 - 261:25   Babeu, Lorraine 2020-03-10    0:19
261:19   THE WITNESS:  Yeah.  I mean,
261:20   developers for the lab.  You know,
261:21   because you've got ARL, Army Research
261:22   Lab, and they're developers who are

261:23 developing products, all types, okay?
261:24 And HRED was just a directorate within
261:25 the Army Research Lab.

263:09 - 264:09 Babeu, Lorraine 2020-03-10  1:03
263:09 So it says, "Since the Combat
263:10 Arms Earplug is new to the Army's inventory
263:11 of personal protective equipment, there has
263:12 been little research done by the US Army to
263:13 determine the effect of the plug on human
263:14 performance."
263:15 Do you see that?
263:16 A. Yes.
263:17 Q. What did you mean by "effect on
263:18 human performance"?
263:19 A. Well, what I said earlier,
263:20 okay?  So a good example is Mr. Hickey's
263:21 letter, okay?
263:22 If you've got the earplug in
263:23 and you're working in head movements, it
263:24 gets caught up on clothing and things of that
263:25 nature, that's an effect on human
264:01 performance.  Because you don't want to have
264:02 to stop and keep putting the earplug in, and
264:03 you don't want to go without the earplug.
264:04 Okay?
264:05 So for us at the lab at that
264:06 time, that would have been our focus.  It's
264:07 like, great, we've got this new earplug, but
264:08 how does it work when you put it with
264:09 everything else that the soldiers use.

264:18 - 265:13 Babeu, Lorraine 2020-03-10  1:56
264:18 paragraph under there.  It says, "The project
264:19 consists of two listening tasks.  The first
264:20 task involves sound source detection,
264:21 recognition and localization."
264:22 Do you see that?
264:23 A. Yes.
264:24 Q. "The second task is a speech
264:25 recognition task using two types of stimuli."
265:01 Do you see that?
265:02 A. Yes.
265:03 Q. Now, first of all, let's focus
265:04 on the first task that you have listed here,
265:05 which is the sound source detection,
265:06 recognition and localization.

265:07   Okay?
265:08   A. Right.
265:09   Q. At this point in time in the
265:10   early 2000s, did your lab have the expertise
265:11   to perform tests to evaluate products -- the
265:12   Combat Arms Earplugs' effect on sound source
265:13   detection, recognition and localization?

265:16 - 265:23   Babeu, Lorraine 2020-03-10                    0:13
265:16   THE WITNESS:  Yeah.
265:17   QUESTIONS BY MR. FIELDS:
265:18   Q. Did the lab have the equipment
265:19   that you needed in order to evaluate the
265:20   Combat Arms Earplug version 2's effect on
265:21   sound source detection, recognition and
265:22   localization?
265:23   A. Yes.

266:02 - 266:18   Babeu, Lorraine 2020-03-10                    1:43
266:02   Q. Do you know whether or not the
266:03   lab had performed similar type testing in the
266:04   past, before this project?
266:05   A. Similar type testing of other
266:06   things.  But the localization, that's the
266:07   whole -- that's what localization is all
266:08   about.  That's what they do.
266:09   Q. Now, the second task that is
266:10   listed here is a speech recognition task
266:11   using two types of stimuli.
266:12   Do you see that?
266:13   A. Yeah.
266:14   Q. At the time that you submitted
266:15   this protocol, did your lab have the
266:16   expertise to perform tests on -- to evaluate
266:17   the Combat Arms Earplug version 2's effect on
266:18   speech recognition?

266:21 - 267:08   Babeu, Lorraine 2020-03-10                    1:44
266:21   THE WITNESS:  Yes.
266:22   QUESTIONS BY MR. FIELDS:
266:23   Q. Did it have the equipment to
266:24   perform tests to evaluate the Combat Arms
266:25   Earplug's effect on speech recognition?
267:01   A. Yes.
267:02   Q. We talked a little bit earlier
267:03   about some of the results of the localization
267:04   research.

267:05    Do you recall completing the
267:06    research involving speech recognition?
267:07    A. Do I recall completing this
267:08    project?  Yeah.

269:09 - 269:16    Babeu, Lorraine 2020-03-10                    0:15
269:09    Q. And it says that this project
269:10    will include three different experiments.
269:11    Do you see that?
269:12    A. Yes.
269:13    Q. And this is for the -- this is
269:14    actually for the sound source detection and
269:15    recognition localization study?
269:16    A. Yes.

270:03 - 270:09    Babeu, Lorraine 2020-03-10                    0:15
270:03    Q. And it lists various conditions
270:04    for each of the experiments?
270:05    A. Uh-huh.
270:06    Q. Now, do you recall as you sit
270:07    here today actually performing the experiment
270:08    using all of these different conditions?
270:09    A. Yes.

270:10 - 270:25    Babeu, Lorraine 2020-03-10                    1:46
270:10    Q. Okay.  And do you recall
270:11    writing up a report that provided the results
270:12    and conclusions of your research using these
270:13    various project conditions?
270:14    A. I don't recall this one.  I
270:15    mean, if you have it...
270:16    Q. We don't, yeah.
270:17    A. Because if you have it, then
270:18    you know I did.
270:19    Q. Okay.
270:20    Do you recall what conclusions,
270:21    if any, you reached regarding the Combat Arms
270:22    Earplug's version 2's effect on speech
270:23    recognition?
270:24    A. For this study, I don't recall.
270:25    I don't recall the results of this at all.

271:05 - 271:22    Babeu, Lorraine 2020-03-10                    1:42
271:05    Q. So if we go to page 6 of the
271:06    document, and I want to look at -- under the
271:07    speech recognition task.
271:08    Do you see that?

271:09    A. Uh-huh.
271:10    Q. And it talks about "In the
271:11    speech recognition task, a target word,
271:12    Modified Rhyme Test, and phrase, Callsign
271:13    Acquisition Test, will be presented through a
271:14    loud speaker, and the soldier's task will be
271:15    to identify the word or a phrase from a list
271:16    of possibilities presented on the computer
271:17    screen and provide a response using a numeric
271:18    keypad."
271:19    Do you see that?
271:20    A. Uh-huh.
271:21    Q. Yes or no?
271:22    A. Yes, uh-huh.

272:11 - 272:15    Babeu, Lorraine 2020-03-10    0:12
272:11    Q. And do you recall performing
272:12    this speech recognition task with the Combat
272:13    Arms Earplug where you used the Modified
272:14    Rhyme Test and the Callsign Acquisition Test?
272:15    A. Yes.

273:24 - 274:03    Babeu, Lorraine 2020-03-10    1:45
273:24    Q. All right.  Just for the sake
273:25    of convenience, I'm going to refer back to a
274:01    document that you were examined on earlier --
274:02    A. Uh-huh.
274:03    Q. -- which is P1553.

274:15 - 275:03    Babeu, Lorraine 2020-03-10    1:54
274:15    First of all, with respect to
274:16    page number 1 of P1553.1, this is an abstract
274:17    entitled "Sound localization wearing
274:18    level-dependent HPD, Combat Arms Earplug."
274:19    A. Correct.
274:20    Q. Now, at the bottom of this, it
274:21    indicates -- it has a reference to NHCA
274:22    Spectrum, volume 21, supplement 1, 2004.
274:23    Do you see that?
274:24    A. Uh-huh, yes.
274:25    Q. It also indicates that the
275:01    authors are you, Ms. Binseel, Dr. Letowski.
275:02    Those are the three authors?
275:03    A. Correct.

275:15 - 275:23    Babeu, Lorraine 2020-03-10    0:28
275:15    Q. Okay.  Do you recall submitting

| | | |
|---|---|---|
| 275:16 | an abstract to the NHCA Spectrum regarding | |
| 275:17 | the research you had performed on sound | |
| 275:18 | localization? | |
| 275:19 | A. Yes. | |
| 275:20 | Q. And what was the purpose of | |
| 275:21 | providing the abstract to the NHCA Spectrum? | |
| 275:22 | A. I wanted to be able to present | |
| 275:23 | at the conference. | |

276:10 - 276:22   Babeu, Lorraine 2020-03-10                    1:31

| | |
|---|---|
| 276:10 | Q. With respect to the |
| 276:11 | conference -- and we'll talk a little bit |
| 276:12 | about the conference later. |
| 276:13 | But was this a conference that |
| 276:14 | was attended by other personnel from the US |
| 276:15 | military? |
| 276:16 | A. Yes. |
| 276:17 | Q. So was one of your purposes to |
| 276:18 | make sure that the fellow members of the US |
| 276:19 | military received information on the testing |
| 276:20 | that you were doing as far as sound |
| 276:21 | localization testing on the earplug? |
| 276:22 | A. Yes. |

277:07 - 277:19   Babeu, Lorraine 2020-03-10                    0:26

| | |
|---|---|
| 277:07 | Q. Okay.  In the -- near the end |
| 277:08 | of the first paragraph, it says, "The purpose |
| 277:09 | of this project was to determine the effects |
| 277:10 | of the CAE on the soldier's ability to |
| 277:11 | localize sound sources in various listening |
| 277:12 | conditions." |
| 277:13 | Do you see that? |
| 277:14 | A. Yes. |
| 277:15 | Q. Why did you deem it important |
| 277:16 | to understand or determine the effects of the |
| 277:17 | CAE on the soldier's ability to localize |
| 277:18 | sound sources in various listening |
| 277:19 | conditions? |

277:22 - 278:06   Babeu, Lorraine 2020-03-10                    0:20

| | |
|---|---|
| 277:22 | THE WITNESS:  Well, that was |
| 277:23 | the claim to fame of the |
| 277:24 | single-sided -- you know, the yellow |
| 277:25 | side of the Combat Arms Earplug.  The |
| 278:01 | claim to fame was, hey, you wear this, |
| 278:02 | and you'll be able to hear like |
| 278:03 | normal. |

278:04     Well, "like normal" involves
278:05     localization.  So that's why we would
278:06     do it, do the research.

278:08 - 279:08    Babeu, Lorraine 2020-03-10        1:00
278:08     Q. And it outlines in general
278:09     terms that you had the -- the abstract says
278:10     you had three groups of 12 listeners, each
278:11     were used as participants.  Group 1 used the
278:12     yellow side of the Combat Arms Earplug,
278:13     Group 2 used the green side of the earplug,
278:14     and Group 3 used the E-A-R foam plug.
278:15     Do you see that?
278:16     A. Yes.
278:17     Q. And is that consistent with the
278:18     design of the experiment?
278:19     A. Yes.
278:20     Q. It continues on.  "Within each
278:21     group, there were four listening conditions:
278:22     open ears in quiet and noise, and protected
278:23     ears in quiet and noise."
278:24     Do you see that?
278:25     A. Yes.
279:01     Q. What does it mean when you say
279:02     "open ears in quiet and noise"?
279:03     A. No earplug.
279:04     Q. So open ears in quiet and noise
279:05     means that the listeners would not be wearing
279:06     earplugs in a quiet environment and then also
279:07     in a noisy environment?
279:08     A. Correct.

279:09 - 280:01    Babeu, Lorraine 2020-03-10        1:44
279:09     Q. You also say there's going to
279:10     be a setup with protected ears in quiet and
279:11     noise.
279:12     Do you see that?  Same
279:13     sentence?
279:14     A. Yes, uh-huh.
279:15     Q. And the protected ears were
279:16     when the individuals were wearing some type
279:17     of hearing protection device?
279:18     A. Right, yes.
279:19     Q. And then you go on to say that
279:20     "participants were asked to localize various
279:21     speech and environmental stimuli."
279:22     Do you see that?

279:23    A. Yes.
279:24    Q. In your view, was it important
279:25    that soldiers be able to localize various
280:01    speech and environmental stimuli?

280:04 - 280:19    Babeu, Lorraine 2020-03-10    0:29
280:04    THE WITNESS:  For the earplug
280:05    to -- when I was doing this research,
280:06    that was important.
280:07    QUESTIONS BY MR. FIELDS:
280:08    Q. Okay.  It says, "Data
280:09    comparisons for all three earplugs has not
280:10    revealed any significant differences in
280:11    soldier performance, although the yellow,
280:12    level-dependent earplug resulted in slightly
280:13    better performance than two others."
280:14    Do you see that?
280:15    A. Yes.
280:16    Q. And why did you reach that
280:17    conclusion?
280:18    A. Why?  I mean, the statistics
280:19    probably said that.

280:23 - 281:06    Babeu, Lorraine 2020-03-10    0:26
280:23    Q. Now, if we'll continue on, I'm
280:24    just going to use the black and white
280:25    versions that are a part of this
281:01    Exhibit P1553.
281:02    A. Okay.
281:03    Q. And that's continuing on on
281:04    pages 2 through 5.
281:05    Do you see that?
281:06    A. Yes.

281:07 - 281:13    Babeu, Lorraine 2020-03-10    0:23
281:07    Q. Okay.  And these were the
281:08    slides that you presented at the 2004 NHCA
281:09    annual meeting?
281:10    A. Correct.
281:11    Q. With respect to your
281:12    presentation, were there members of the US
281:13    military that attended?

281:16 - 281:18    Babeu, Lorraine 2020-03-10    0:03
281:16    THE WITNESS:  This is a
281:17    conference that military people
281:18    attend.

282:04 - 282:14   Babeu, Lorraine 2020-03-10                                    0:29
    282:04    Q. If you look on page 2, the
    282:05    third slide says "Level-Dependent HPD" on it?
    282:06    A. Yes.
    282:07    Q. And it says, "Little
    282:08    attenuation at low noise levels."
    282:09    Do you see that?
    282:10    A. Yes.
    282:11    Q. And did you come to learn that
    282:12    the Combat Arms Earplug version 2 had some
    282:13    amount of attenuation even at low noise
    282:14    levels?

282:17 - 283:02   Babeu, Lorraine 2020-03-10                                    0:22
    282:17    THE WITNESS:  That would have
    282:18    been information that would have come
    282:19    from the REAT.
    282:20    QUESTIONS BY MR. FIELDS:
    282:21    Q. Okay.  And you reviewed that
    282:22    information?
    282:23    A. Yep.
    282:24    Q. And based on reviewing that
    282:25    information, you reached the conclusion that
    283:01    the Combat Arms Earplug had little
    283:02    attenuation at low noise levels?

283:05 - 283:05   Babeu, Lorraine 2020-03-10                                    0:00
    283:05    THE WITNESS:  Right.

283:18 - 284:07   Babeu, Lorraine 2020-03-10                                    1:50
    283:18    Q. If you go to the next page, so
    283:19    page 3, and there's a slide that says
    283:20    "Experimental Factors."
    283:21    Do you see that?
    283:22    A. Yes.
    283:23    Q. And the slide that has
    283:24    experimental factors lists whether -- the
    283:25    types of earplugs or no earplug that was used
    284:01    in your experiment?
    284:02    A. Correct.

281:22 - 281:25   Babeu, Lorraine 2020-03-10                                    0:09
    281:22    Q. Do you know whether anyone from
    281:23    the US military attended your presentation?
    281:24    A. I would -- I don't know, but I
    281:25    would highly suspect that they did.

284:03   Q. And so in this experiment you
284:04   compared the four different earplugs, and
284:05   also no earplug, and the effect on the
284:06   subject's localization of sound?
284:07   A. Correct.

284:08 - 284:14   Babeu, Lorraine 2020-03-10                0:22
284:08   Q. If you move over to the next
284:09   page, Mr. Buchanan asked you some questions
284:10   about this, but I want to ask you about this
284:11   slide.  There's a slide that says, "Method
284:12   Earplug Fitting."
284:13   Do you see that?
284:14   A. Oh, okay.  Yeah.

284:22 - 285:17   Babeu, Lorraine 2020-03-10                1:43
284:22   Q. And there's a slide that says,
284:23   "Earplug Fitting."
284:24   A. Uh-huh.
284:25   Q. And it says, "Prior to an
285:01   earplug use treatment, proper earplug
285:02   insertion demonstrated."
285:03   Do you see that?
285:04   A. Yes.
285:05   Q. Who provided the demonstration
285:06   to the subjects?
285:07   A. It would have been me.
285:08   Q. And then it says -- the next
285:09   dash says, "Unless grossly wrong,
285:10   experimenter did not tamper with fit of
285:11   earplug."
285:12   Do you see that?
285:13   A. Yes.
285:14   Q. Do you recall any instances
285:15   where any of the experimenters had to tamper
285:16   with the fit of the earplugs?
285:17   A. I don't recall, huh-uh.

285:18 - 286:13   Babeu, Lorraine 2020-03-10                1:18
285:18   Q. And I think you indicated
285:19   earlier that the experimenters did not
285:20   instruct the subjects to fold over the
285:21   opposite flange of the earplugs before -- the
285:22   Combat Arms Earplugs before inserting them?
285:23   A. Okay.  So let's clarify.
285:24   Q. Okay.
285:25   A. What do you mean by "fold

286:01   over"?
286:02   Q. Okay.  I don't have a set of
286:03   the earplugs, but if you look at the
286:04   picture...
286:05   So if you look at P0715.2.
286:06   When -- I think -- and
286:07   Mr. Buchanan can correct me if I'm wrong, but
286:08   when either of us are talking about folding
286:09   over the opposite end, it means that if you
286:10   were going to insert the yellow end into your
286:11   ear, you would fold over the flange backwards
286:12   of the --
286:13   A. Oh, no, huh-uh.

286:14 - 286:18   Babeu, Lorraine 2020-03-10      0:10
286:14   Q. Okay.  Are you aware of any of
286:15   the subjects folding over the opposite flange
286:16   when inserting the Combat Arms Earplug
286:17   version 2?
286:18   A. No.

287:21 - 288:23   Babeu, Lorraine 2020-03-10      1:21
287:21   And specifically I want to look
287:22   at the slide on P1553.5 that has the heading,
287:23   "Results, No Noise."
287:24   Do you see that?
287:25   A. Correct, uh-huh.
288:01   Q. And that's the -- your
288:02   experimental results when there was quiet?
288:03   A. Correct.
288:04   Q. And one of the things that you
288:05   did in this slide is you have a column that
288:06   has your listening condition, and then you
288:07   have a column that says your average error.
288:08   Do you see that?
288:09   A. Yes.
288:10   Q. And what do you mean by the
288:11   average error column?  What's in the average
288:12   error column?
288:13   A. The number of errors.  The
288:14   average of the number of errors.
288:15   Q. Okay.  And with respect to this
288:16   slide, which is on P1553.5, when there was no
288:17   noise, the subjects with no earplug had the
288:18   best ability to localize?
288:19   A. Right.
288:20   Q. And then the users that were

288:21   wearing the Combat Arms Earplug yellow end
288:22   had the next best ability to localize sound?
288:23   A. Correct.

289:08 - 290:12   Babeu, Lorraine 2020-03-10                                   2:40
289:08   Q. Now, if we go over to page
289:09   P11 -- 1553.6, there is a slide that says,
289:10   "Results, Noise."
289:11   Do you see that?
289:12   A. Yes.
289:13   Q. And that is the results of your
289:14   experiments when the users were subjected to
289:15   some level of noise?
289:16   A. Correct.
289:17   Q. And in the experimental setup
289:18   with noise, the subjects that were not
289:19   wearing an earplug were better able to
289:20   localize the sound?
289:21   A. Yes.
289:22   Q. And then the users wearing the
289:23   Combat Arms Earplug green had the next lowest
289:24   level at 25?
289:25   A. Yes.
290:01   Q. And then the single-ended --
290:02   those were in the single-ended --
290:03   single-sided earplug and the Combat Arms
290:04   yellow were tied for the next lowest?
290:05   A. Correct.
290:06   Q. And the single-sided is what is
290:07   commonly called the French plug?
290:08   A. Right.
290:09   Q. And the earplug -- the subjects
290:10   who were wearing the Classic foam earplug had
290:11   the lowest ability to localize sounds?
290:12   A. Correct.

290:13 - 291:11   Babeu, Lorraine 2020-03-10                                   1:01
290:13   Q. And the last slide that is on
290:14   page P1553.6 is the summary slide.
290:15   Do you see that?
290:16   A. Right, uh-huh.
290:17   Q. And it says, "With background
290:18   noise, overall performance better with all
290:19   earplugs."
290:20   Do you see that?
290:21   A. Correct, uh-huh.
290:22   Q. And what did you mean by that?

290:23   A. If you compared the noise
290:24   versus no noise, or no noise versus noise, it
290:25   turns out there were less errors in the noise
291:01   condition than in quiet.
291:02   Q. And then you say, "Overall, the
291:03   level-dependent earplugs performed better
291:04   than the standard earplug."
291:05   Do you see that?
291:06   A. Yes.
291:07   Q. And what was the standard
291:08   earplug?  What's that reference to?
291:09   A. The E-A-R.
291:10   Q. The E-A-R Classic foam?
291:11   A. Correct.

291:12 - 291:16   Babeu, Lorraine 2020-03-10                    0:13
291:12   Q. And the level-dependent
291:13   earplugs would be the single-sided French
291:14   plug and the yellow end of the Combat Arms
291:15   Earplug?
291:16   A. Yes.

293:02 - 293:06   Babeu, Lorraine 2020-03-10                    0:17
293:02   Q. Okay.  So based on your
293:03   research, are you able to determine whether
293:04   or not users of Combat Arm version 2 earplugs
293:05   would be able to adequately localize sounds
293:06   in either a quiet or noisy environment?

293:09 - 293:15   Babeu, Lorraine 2020-03-10                    0:13
293:09   THE WITNESS:  On this?
293:10   QUESTIONS BY MR. FIELDS:
293:11   Q. Yeah.
293:12   A. Okay.  They had less errors in
293:13   noise.
293:14   Q. As compared to --
293:15   A. To in quiet.

293:16 - 293:21   Babeu, Lorraine 2020-03-10                    0:11
293:16   Q. Okay.  So was one of the things
293:17   you were trying to do was to figure out
293:18   whether or not users of the Combat Arms
293:19   Earplug version 2 could adequately localize
293:20   sounds in the field?
293:21   A. Yes.

293:25 - 294:05   Babeu, Lorraine 2020-03-10                    0:16

293:25   Q. And did this research allow you
294:01   to research a conclusion on that particular
294:02   issue?
294:03   A. Not for the fields, because it
294:04   wasn't a field study.  It was a controlled
294:05   environment like this.

294:06 - 294:10   Babeu, Lorraine 2020-03-10                     0:15
294:06   Q. Okay.  Were you able to reach
294:07   any conclusions based on the laboratory
294:08   research regarding the ability of the Combat
294:09   Arms Earplug version 2 to permit users to
294:10   localize sounds?

294:13 - 294:25   Babeu, Lorraine 2020-03-10                     0:29
294:13   THE WITNESS:  They had less
294:14   errors.
294:15   QUESTIONS BY MR. FIELDS:
294:16   Q. And what does it mean, "they
294:17   had less errors"?
294:18   A. Okay.  So less errors in a
294:19   quiet environment.
294:20   To -- just coming from an
294:21   audiology standpoint, to say that this would
294:22   allow you to localize better, I just -- we
294:23   didn't get there from this.  It just kind of
294:24   helped us -- you'd need more research to
294:25   actually come up and make that claim.

295:17 - 295:21   Babeu, Lorraine 2020-03-10                     0:28
295:17   Q. Okay.  Dr. Babeu, we're going
295:18   to hand you what we have marked as Exhibit
295:19   Number 5.  And Exhibit Number 5 is a -- is
295:20   entitled "Sail the Sound, 29th Annual NHCA
295:21   Hearing Conservation Conference."

296:14 - 296:19   Babeu, Lorraine 2020-03-10                     0:17
296:14   Q. And the abstract that is on
296:15   page 24 is a conference abstract that you
296:16   provided to the NHCA in the hopes that they
296:17   would accept the abstract and allow you to
296:18   present your results at the conference?
296:19   A. Correct.

296:23 - 297:02   Babeu, Lorraine 2020-03-10                     0:09
296:23   Q. And eventually the NHCA did
296:24   accept your abstract --

| | | |
|---|---|---|
| 296:25 | A. Yes. | |
| 297:01 | Q. -- and permit you to give a | |
| 297:02 | presentation at the annual conference? | |

| 297:05 - 297:22 | Babeu, Lorraine 2020-03-10 | 1:48 |
|---|---|---|
| 297:05 | THE WITNESS:  Yes. | |
| 297:06 | QUESTIONS BY MR. FIELDS: | |
| 297:07 | Q. And if you turn to page 18 of | |
| 297:08 | the document, you'll see sort of an agenda or | |
| 297:09 | timetable. | |
| 297:10 | Do you see that? | |
| 297:11 | A. Yes. | |
| 297:12 | Q. And you see that on Saturday, | |
| 297:13 | February 21st, from 11:50 to 12:10 p.m., you | |
| 297:14 | were scheduled to give the talk "Sound | |
| 297:15 | Localization Wearing Level-Dependent HPD | |
| 297:16 | Combat Arms Earplugs." | |
| 297:17 | Do you see that? | |
| 297:18 | A. Yes. | |
| 297:19 | Q. And do you recall giving the | |
| 297:20 | presentation that is outlined in the abstract | |
| 297:21 | that is included in Exhibit 5? | |
| 297:22 | A. Yes. | |

| 297:23 - 298:03 | Babeu, Lorraine 2020-03-10 | 0:14 |
|---|---|---|
| 297:23 | Q. One of the things in the sound | |
| 297:24 | localization study, one of the types of | |
| 297:25 | earplugs that you used was the foam earplug, | |
| 298:01 | the E-A-R Classic foam earplug. | |
| 298:02 | Do you recall that? | |
| 298:03 | A. Yes. | |

| 298:18 - 299:05 | Babeu, Lorraine 2020-03-10 | 1:47 |
|---|---|---|
| 298:18 | Q. Was the E-A-R foam plug a plug | |
| 298:19 | that was made available to members of the US | |
| 298:20 | military at the time? | |
| 298:21 | A. Yes. | |
| 298:22 | Q. And when you were at the Army | |
| 298:23 | Research Laboratory in the 2001 to 2005 time | |
| 298:24 | period, did you have experience wearing the | |
| 298:25 | E-A-R Classic foam plug? | |
| 299:01 | A. Yes. | |
| 299:02 | Q. Okay.  And were you aware of | |
| 299:03 | other members of the US military using the | |
| 299:04 | E-A-R Classic foam plug? | |
| 299:05 | A. Yes. | |

307:02 - 307:13   Babeu, Lorraine 2020-03-10                                    1:39

307:02   Q. I want to talk with you now
307:03   about your research on the -- involving
307:04   DPOAE.
307:05   Okay?
307:06   A. Okeydoke.
307:07   Q. And we talked about that a
307:08   little earlier --
307:09   A. Okay.
307:10   Q. -- and that was -- was that a
307:11   separate research project versus the sound
307:12   localization project?
307:13   A. Yes.

308:18 - 310:07   Babeu, Lorraine 2020-03-10                                    2:28

308:18   Now, with respect to the DPOAE
308:19   project, who came up with the idea?
308:20   A. Of using DPOAEs?
308:21   Q. Uh-huh.
308:22   A. I probably did.
308:23   Q. Okay.  And why did you want to
308:24   evaluate DPOAE after small arms fire when
308:25   using level-dependent hearing protection?
309:01   A. The whole thing about DPOAEs,
309:02   or otoacoustic measures, is that they're a
309:03   little bit more sensitive than the
309:04   traditional pure tone audiogram.
309:05   Q. And what do you mean, they're
309:06   more sensitive than the pure tone audiogram?
309:07   A. You would just start to see
309:08   changes in hearing that the -- the
309:09   sensitivity of the typical audiogram is not
309:10   going to pick up.
309:11   Q. If you go to .2 -- first of
309:12   all, again, these were slides that you
309:13   presented at a meeting of the National
309:14   Hearing Conservation Association?
309:15   A. Yes.
309:16   Q. I wanted to look at some of
309:17   the slides that you used.
309:18   I mean, one, I wanted to focus
309:19   on the background slide, which is on .2.
309:20   A. Oh, background.  Okay.  Yes.
309:21   Q. And what it says is, "The ideal
309:22   HPD would be adaptive to different
309:23   environments."
309:24   Do you see that?

309:25   A. Yes.
310:01   Q. And what did you mean by that
310:02   statement?
310:03   A. The big environment for the
310:04   Army was going from relative quiet to a fire
310:05   fight, and so you would want an earplug that
310:06   could function under both listening
310:07   conditions.

311:24 - 312:01   Babeu, Lorraine 2020-03-10     0:12
311:24   Q. And as an audiologist, were you
311:25   familiar with the importance of otoacoustic
312:01   emissions?

312:02 - 312:02   Babeu, Lorraine 2020-03-10     0:00
312:02   A. Yes.

312:08 - 312:19   Babeu, Lorraine 2020-03-10     0:24
312:08   Q. I'm sorry, let's go back to the
312:09   exhibit, which is P --
312:10   A. 0124.
312:11   Q. -- 124.
312:12   A. Okeydoke.
312:13   Q. .1.
312:14   You're getting good.
312:15   There are some -- there's a
312:16   slide on here that has peak pressure and
312:17   insertion loss.
312:18   Do you see that?
312:19   A. Oh, yes, uh-huh.

313:08 - 313:20   Babeu, Lorraine 2020-03-10     0:27
313:08   Q. As you sit here today, do you
313:09   know where the peak pressure measurements
313:10   came from?
313:11   A. No, huh-uh.
313:12   Q. And you say you would have
313:13   determined the insertion loss?
313:14   A. Right.
313:15   Q. And did you have the equipment
313:16   at the Army Research Laboratory at Aberdeen
313:17   Proving Ground to determine insertion loss
313:18   from earplugs?
313:19   A. Yes.
313:20   It's a hearing test.

316:14 - 317:11   Babeu, Lorraine 2020-03-10     1:55

316:14    Q. Eight subjects had normal
316:15    hearing sensitivity in both ears?
316:16    A. Right.
316:17    Q. One subject had moderate to
316:18    moderately severe high frequency loss at 6 to
316:19    8 kilohertz in the left ear.
316:20    Do you see that?
316:21    A. Yes.
316:22    Q. And with respect to this
316:23    individual that had moderate to moderately
316:24    severe high frequency loss at 6 to
316:25    8 kilohertz in the left ear, he was -- he or
317:01    she was included in the study?
317:02    A. Yes.
317:03    Q. And why did you include that
317:04    individual in the study, even if the
317:05    individual had moderate to moderately severe
317:06    high frequency loss in one ear?
317:07    A. Because the noise, if it's
317:08    going to affect a person's hearing, it's
317:09    usually at 3 to 4 K.  So if I had normal
317:10    hearing up to that point, I felt confident
317:11    that I could keep the person in the study.

317:14 - 318:19    Babeu, Lorraine 2020-03-10                      1:19
317:14    Q. There is a slide that says
317:15    "Results."
317:16    Do you see that?
317:17    A. Yes.
317:18    Q. And it says, "Test of within
317:19    subjects' effects measure."
317:20    A. Uh-huh.
317:21    Q. And the first setting says, "No
317:22    significant main effects or interaction for
317:23    the following factors, DPOAE measurement
317:24    hearing protection."
317:25    A. Correct.
318:01    Q. What does that mean?
318:02    A. So when I'm looking at the main
318:03    effects of hearing protection and distortion
318:04    products, when you run the statistical
318:05    analysis -- and it's been a long time, but
318:06    when you run it, you're looking to see, when
318:07    you made this change, did this happen or did
318:08    something happen.  You did this; did
318:09    something else happen.  So when you run your
318:10    statistics, you're looking for your main

| | | |
|---|---|---|
| 318:11 | effects. | |
| 318:12 | So that's what I was | |
| 318:13 | indicating, that there were no main effects | |
| 318:14 | on DPOAE measurement and hearing protection. | |
| 318:15 | Q. So does that mean that it did | |
| 318:16 | not appear from a statistical standpoint that | |
| 318:17 | hearing protection -- that the type of | |
| 318:18 | hearing protection had a statistically | |
| 318:19 | significant effect on DPOAE measurements? | |

| 318:22 - 319:03 | Babeu, Lorraine 2020-03-10 | 0:19 |
|---|---|---|
| 318:22 | THE WITNESS: Okay. So it's no | |
| 318:23 | significant effect on frequency. So | |
| 318:24 | we measured along different | |
| 318:25 | frequencies. And no interaction | |
| 319:01 | between three factors: hearing | |
| 319:02 | protection, distortion product or | |
| 319:03 | frequency. | |

| 319:24 - 320:02 | Babeu, Lorraine 2020-03-10 | 0:15 |
|---|---|---|
| 319:24 | Q. As part of your research on | |
| 319:25 | DPOAEs, in the study you also were running | |
| 320:01 | pure tone audiogram on the subjects? | |
| 320:02 | A. Yes. | |

| 320:15 - 321:10 | Babeu, Lorraine 2020-03-10 | 1:34 |
|---|---|---|
| 320:15 | So when they came and they were | |
| 320:16 | getting ready to participate in the | |
| 320:17 | experiment -- | |
| 320:18 | A. Right. | |
| 320:19 | Q. -- before they would fire the | |
| 320:20 | gun -- | |
| 320:21 | A. Right. | |
| 320:22 | Q. -- you would -- you or your | |
| 320:23 | team would perform DPOAE measurements? | |
| 320:24 | A. Correct. | |
| 320:25 | Q. And then after the individuals | |
| 321:01 | had fired the weapons -- | |
| 321:02 | A. Correct. | |
| 321:03 | Q. -- you would perform another | |
| 321:04 | DPOAE measurement? | |
| 321:05 | A. Correct. | |
| 321:06 | Q. And you indicated earlier that | |
| 321:07 | you were performing the DPOAE measurements in | |
| 321:08 | a sound booth in a building located next to | |
| 321:09 | the firing range? | |
| 321:10 | A. Correct. | |

321:11 - 322:04   Babeu, Lorraine 2020-03-10                              1:58

   321:11    Q. And what was your purpose of
   321:12    performing DPOAE measurements before the
   321:13    firing and then after the firing?
   321:14    A. The whole point of the DPOAE is
   321:15    to look at the amplitude.  So you look at the
   321:16    amplitude before they fire and then the
   321:17    amplitude of the DPOAE after they fire.
   321:18    And what I'm looking for, is
   321:19    there a statistically significant change
   321:20    before and after firing, in the DPOAE.
   321:21    Q. And does that -- when you say
   321:22    whether there's a statistically different --
   321:23    statistically significant difference --
   321:24    A. Uh-huh.
   321:25    Q. -- was your hypothesis that
   322:01    gunfire could cause a decrease in the
   322:02    amplitude of the DPOAE?
   322:03    A. Right.  I mean, that's the
   322:04    whole thing.

322:17 - 323:23   Babeu, Lorraine 2020-03-10                              2:38

   322:17    Q. And so, for example, on 124.12,
   322:18    on the bottom slide, you have a comparison of
   322:19    DPOE amplitudes for wearers of Combat Arms
   322:20    Earplug, level-dependent side, before and
   322:21    after small arms fire?
   322:22    A. Correct.
   322:23    Q. And the level-dependent end of
   322:24    the Combat Arms Earplug would be the yellow
   322:25    end?
   323:01    A. Yes.
   323:02    Q. Okay.  With respect to -- and
   323:03    you have -- for each of the frequencies, you
   323:04    have measurements of DPOAE amplitudes?
   323:05    A. Yes.
   323:06    Q. With respect to the data that
   323:07    is presented here, is this a combination or
   323:08    the average amplitudes of the subjects?
   323:09    A. Yes.
   323:10    Q. Okay.  So if you look, for
   323:11    example, at 500, the amplitude of the DPOAE
   323:12    emissions is higher than after firing.
   323:13    Do you see that?
   323:14    A. Yes, uh-huh.
   323:15    Q. And that's true for several

323:16    other frequencies as well.
323:17    Do you see that?
323:18    A. Yes.
323:19    Q. And then when you get up to
323:20    around 2000 and higher, the DPOAE amplitudes
323:21    are higher after firing than before firing.
323:22    Do you see that?
323:23    A. Yes.

323:24 - 324:19    Babeu, Lorraine 2020-03-10        2:33
323:24    Q. And did you reach a hypothesis
323:25    as to why -- or develop a hypothesis as to
324:01    why, at frequencies at 2000 or above, the
324:02    DPOAE amplitudes are higher after firing than
324:03    before firing for the Combat Arms yellow end?
324:04    A. No.
324:05    Q. If you look at the slide on
324:06    P124.13, the top slide, this is a slide that
324:07    actually compares the DPO -- the average
324:08    DPOAE amplitudes of the subjects wearing the
324:09    green end of the Combat Arms Earplug before
324:10    and after small arms fire?
324:11    A. Right.
324:12    Q. And with respect to the
324:13    amplitudes for the subjects, for example, at
324:14    500 hertz, the average amplitude was lower
324:15    before firing than after firing?
324:16    A. Right.
324:17    Q. Okay.  And that was true for
324:18    several frequencies.  That was true,
324:19    actually, on all the frequencies, wasn't it?

324:22 - 325:09    Babeu, Lorraine 2020-03-10        1:58
324:22    THE WITNESS:  Yeah.
324:23    QUESTIONS BY MR. FIELDS:
324:24    Q. And did you reach a conclusion
324:25    why the DPOAE amplitudes of the subjects
325:01    wearing the green end of the Combat Arm
325:02    Earplugs had higher DPOAE amplitudes after
325:03    firing than before firing?
325:04    A. No, huh-uh.
325:05    Q. And in the slide on the bottom
325:06    of P0124.1 -- .13 is a comparison of DPOAE
325:07    amplitudes of users wearing the ComTac
325:08    earmuff before and after small arms fire?
325:09    A. Yes.

325:10 - 325:17   Babeu, Lorraine 2020-03-10          0:25

325:10   Q. If you turn to 0124.14, in the
325:11   summary slide you say, "Type of hearing
325:12   protection did not have significant impact on
325:13   DPOAE."
325:14   Do you see that?
325:15   A. Yes.
325:16   Q. And what did you mean by that?
325:17   A. Statistically significant.

325:22 - 325:25   Babeu, Lorraine 2020-03-10          0:09

325:22   As a researcher, were you
325:23   trying to determine whether the type of
325:24   hearing protection had a statistically
325:25   significant impact on DPOAE measurements --

326:04 - 326:25   Babeu, Lorraine 2020-03-10          2:54

326:04   Q. -- or amplitudes?
326:05   A. Yes, that was the whole point
326:06   of the study.
326:07   Q. If you would find
326:08   Exhibit P1560.  It's the article.  Yeah,
326:09   without comments.
326:10   Now, I know you mentioned
326:11   earlier that you had some communications with
326:12   Mr. Berger about your DPOAE experiment?
326:13   A. Yes.
326:14   Q. Did Mr. Berger or Aearo play
326:15   any role in the design of your DPOAE
326:16   experiment?
326:17   A. No, huh-uh.
326:18   Q. Did either Mr. Berger or anyone
326:19   at Aearo participate in the process of
326:20   collecting the data for the experiment?
326:21   A. No.
326:22   Q. Based on your dissertation, you
326:23   had previous experience performing
326:24   experiments using DPOAE measurements?
326:25   A. Yes.

328:22 - 329:23   Babeu, Lorraine 2020-03-10          2:34

328:22   Q. Now, at the time that you sent
328:23   a -- and I'm not going to get into the
328:24   substance of the draft.
328:25   But at the time you sent the
329:01   document, a draft of the DPOAE article to
329:02   Mr. Berger --

329:03   A. Uh-huh.
329:04   Q. -- you were aware that
329:05   Mr. Berger worked for Aearo?
329:06   A. Yeah.
329:07   Q. And you were aware that Aearo
329:08   was the company that marketed and sold the
329:09   Combat Arms Earplug?
329:10   A. Correct.
329:11   Q. Okay.  And even though Aearo
329:12   was the company that sold the Combat Arms
329:13   Earplug and Mr. Berger worked for the
329:14   company, why did you feel comfortable seeking
329:15   his comments?
329:16   A. Because in the audiology field,
329:17   especially noise field, he is one of our
329:18   leading experts.  So, you know, if he were
329:19   somebody that we shouldn't use in terms of
329:20   him not being -- not having the expertise,
329:21   Tom wouldn't have let me send it to him.
329:22   It's like, oh, wow, yeah, Elliott, ask him,
329:23   yeah.

335:07 - 336:01   Babeu, Lorraine 2020-03-10          1:57
335:07   Q. If you go to page 3 of the
335:08   document --
335:09   A. Of this?
335:10   MAJOR EVANS:  Yes.
335:11   QUESTIONS BY MR. FIELDS:
335:12   Q. Yes, of the article, or of the
335:13   report.
335:14   I'm sorry.  If you go back to
335:15   page 2, the second full paragraph, first
335:16   sentence, you say, "Studies have demonstrated
335:17   that the otoacoustic emission provides a
335:18   vehicle for observing the effects of noise on
335:19   the cochlear."
335:20   Do you see that?
335:21   A. Yes.
335:22   Q. And why was it important to
335:23   you, if it was, that there were studies
335:24   showing that otoacoustic emissions could
335:25   provide a vehicle for observing the effects
336:01   of noise on the cochlear?

336:19 - 337:04   Babeu, Lorraine 2020-03-10          1:50
336:19   If you go to page 7 of the
336:20   document under Results.

336:21   Under Results, you're outlining
336:22   the results of your research, correct?
336:23   A. Right.
336:24   Q. And one of the things that you
336:25   say in the second paragraph is, "There were
337:01   no significant, P less than .05, main effects
337:02   for the type of hearing protection in before
337:03   and after firing DPOAE amplitudes."
337:04   Correct?

337:11 - 339:12   Babeu, Lorraine 2020-03-10     2:14
337:11   There's a sentence here that
337:12   says, "There was no interaction between the
337:13   type of hearing protection, frequency of the
337:14   DPOAE amplitudes, or the before or after
337:15   weapons fire DPOAE measurement."
337:16   Correct?
337:17   A. Correct.
337:18   Q. And finally it says, "The daily
337:19   post-weapons fire hearing test results were
337:20   negative for significant increase in hearing
337:21   threshold for frequencies 500 to
337:22   800 hertz" --
337:23   A. 8000.
337:24   Q. Oh, "8000 hertz" -- let me read
337:25   that over.
338:01   "The daily post-weapons fire
338:02   hearing test results were negative for
338:03   significant decrease in hearing threshold for
338:04   frequencies 500 to 8000 hertz, 10 decibel
338:05   shift or greater."
338:06   Do you see that?
338:07   A. Uh-huh.
338:08   Q. Yes, you do?
338:09   A. Yes, I do.  I'm sorry.  I'm
338:10   sorry.
338:11   Q. You're familiar with the term
338:12   "temporary threshold shift"?
338:13   A. Correct.
338:14   Q. And what is a temporary
338:15   threshold shift?
338:16   A. It's a change in hearing that
338:17   after noise exposure, let's say, you will
338:18   have a temporary decrease in your hearing
338:19   thresholds.  So your hearing will get a
338:20   little worse.
338:21   And then over time, it

338:22   recovers.  So because it recovers, we call it
338:23   a temporary threshold shift.
338:24   Q. And then what is a permanent
338:25   threshold shift?
339:01   A. The threshold change does not
339:02   go back to baseline.  It doesn't go back.  It
339:03   just stays.  You now have a decrease at that
339:04   frequency.
339:05   Q. And can you use audiograms to
339:06   determine whether or not an individual has
339:07   sustained a temporary threshold shift?
339:08   A. Yeah, uh-huh.
339:09   Q. And can you also use audiograms
339:10   to determine whether an individual has
339:11   sustained a permanent threshold shift?
339:12   A. Yes.

339:16 - 339:24   Babeu, Lorraine 2020-03-10                    0:27
339:16   Q. In this particular experiment,
339:17   one of the things that you were doing is
339:18   after -- each day after weapons fire, you
339:19   were running a pure tone audiogram on the
339:20   subjects?
339:21   A. Yes.
339:22   Q. Okay.  Based on your research,
339:23   did any of the subjects in the experiment
339:24   sustain a temporary threshold shift?

340:02 - 340:02   Babeu, Lorraine 2020-03-10                    0:02
340:02   THE WITNESS:  Yeah.  No.

340:04 - 340:06   Babeu, Lorraine 2020-03-10                    0:06
340:04   Q. Okay.  Did any of the
340:05   individuals in the experiment sustain a
340:06   permanent threshold shift?

340:08 - 340:10   Babeu, Lorraine 2020-03-10                    0:05
340:08   THE WITNESS:  No.  Well, there
340:09   was the one guy that had the injury,
340:10   but it wasn't permanent.  It resolved.

340:12 - 340:19   Babeu, Lorraine 2020-03-10                    0:11
340:12   Q. So other than the one
340:13   individual that was -- eventually was removed
340:14   from the study --
340:15   A. Right.
340:16   Q. -- did anyone -- well, you said

340:20 - 340:23   Babeu, Lorraine 2020-03-10                                    0:12
  340:20   Q. So during your study, did any
  340:21   of the subjects sustain a permanent threshold
  340:22   shift?
  340:23   A. No.  Not based on this.

  340:17   that wasn't permanent.  So let me ask about
  340:18   permanent again.
  340:19   A. Uh-huh.

340:24 - 341:04   Babeu, Lorraine 2020-03-10                                    0:09
  340:24   Q. And with respect to the one
  340:25   individual you indicated earlier where you
  341:01   removed him from the study --
  341:02   A. Right.
  341:03   Q. -- that individual, you don't
  341:04   know the cause of the threshold shift?

341:07 - 341:07   Babeu, Lorraine 2020-03-10                                    0:02
  341:07   THE WITNESS:  Right.

341:09 - 341:25   Babeu, Lorraine 2020-03-10                                    1:53
  341:09   Q. And if you go to page 4, under
  341:10   Methodology, Subjects, you say at the very
  341:11   end of that paragraph, "Post-firing
  341:12   audiograms were recorded after each firing
  341:13   event to ensure that no significant decrease
  341:14   in hearing sensitivity had occurred during
  341:15   the firing event."
  341:16   A. Correct.
  341:17   Q. So for each of these subjects,
  341:18   were you actually performing multiple
  341:19   audiograms --
  341:20   A. Yes.
  341:21   Q. -- during the course of the
  341:22   study?
  341:23   A. Uh-huh.
  341:24   Q. Yes?
  341:25   A. Yes.

342:21 - 343:15   Babeu, Lorraine 2020-03-10                                    1:12
  342:21   Q. On page 4 of this article, you
  342:22   write, "In order to make the desired
  342:23   observation, the DPOAE is the ideal vehicle
  342:24   because it provides the DPOE is more
  342:25   sensitive to outer hair cell disturbance than
  343:01   traditional audiograms."

343:02    Do you see that?
343:03    A. Correct.  Yes.
343:04    Q. And what did you mean by that?
343:05    A. Well, that was the whole --
343:06    that's the whole point of otoacoustic
343:07    emissions, is that it's a way for us to get a
343:08    measurement that there's possibly some change
343:09    in the cochlea that would not show up on an
343:10    audiogram.
343:11    Q. And as a result of your study,
343:12    did you see a statistically significant
343:13    effect on the cochlear as a result of being
343:14    exposed to gunfire with hearing protection
343:15    devices used in the study?

343:18 - 345:18    Babeu, Lorraine 2020-03-10                    2:23
343:18    THE WITNESS:  Yeah, there was
343:19    no significant effect.
343:20    QUESTIONS BY MR. FIELDS:
343:21    Q. Okay.  And we talked earlier
343:22    about the fitting instructions for the
343:23    localization study.  I wanted to briefly
343:24    touch on the fitting instructions that were
343:25    given as part of this study, if they were.
344:01    A. Okay.
344:02    Q. First of all, let me ask you:
344:03    Did you provide the subjects with
344:04    instructions on how to fit the device?
344:05    A. Yes.
344:06    Q. Okay.  And if you -- as a
344:07    matter of fact, if you go to the bottom of
344:08    page 4, under Hearing Protectors it says,
344:09    "The hearing protectors used in the study
344:10    were the following:  Combat Arms Earplug,
344:11    level-dependent, yellow; Combat Arms Earplug,
344:12    non-level-dependent, olive drab; and the
344:13    Peltor ComTac noise muff."
344:14    Do you see that?
344:15    A. Yes, uh-huh.
344:16    Q. And then you say, "The subject
344:17    received instruction on how to insert the
344:18    earplugs."
344:19    Do you see that?
344:20    A. Yes.
344:21    Q. And then you say, "The actual
344:22    insertion or placement of the hearing
344:23    protection was conducted by the experimenter

344:24    team."
344:25    Do you see that?
345:01    A. Correct. Yes.
345:02    Q. With respect to the
345:03    instructions on how to insert the earplugs,
345:04    did you and the experimenter team tell any of
345:05    the subjects to fold over the flanges of the
345:06    earplug before inserting it in his or her
345:07    ear?
345:08    A. From what I remember, no,
345:09    because this fold-over stuff is new.
345:10    Q. As you sit here today, do you
345:11    recall any of the subjects who participated
345:12    in the study rolling over the flanges of the
345:13    earplug prior to inserting it in his or her
345:14    ears?
345:15    A. When you say "rolling over,"
345:16    are you talking about that pull back --
345:17    Q. The flanges over, yeah.
345:18    A. Right. No.

345:19 - 345:22   Babeu, Lorraine 2020-03-10          0:18
345:19    Q. Based on the experiment that
345:20    you performed that's outlined in P1560, were
345:21    any of the subjects who participated, did any
345:22    of them sustain any type of hearing loss?

345:25 - 346:01   Babeu, Lorraine 2020-03-10          0:01
345:25    THE WITNESS: The only person
346:01    was that one person.

346:07 - 346:11   Babeu, Lorraine 2020-03-10          0:17
346:07    Q. Other than the one person who
346:08    did not participate in the study, did any of
346:09    the other subjects who participated in the
346:10    study, did they sustain any hearing loss
346:11    based on the data that you collected?

346:14 - 346:14   Babeu, Lorraine 2020-03-10          0:00
346:14    THE WITNESS: No.

348:21 - 348:25   Babeu, Lorraine 2020-03-10          0:24
348:21    Q. If you would go to P1560.3, and
348:22    I want to look at the last paragraph on that
348:23    page.
348:24    And the first sentence of that
348:25    says, "The use of DPOAE as an early detector

348:24 - 349:24   Babeu, Lorraine 2020-03-10                                2:32

349:00   And the first sentence of that
348:25   says, "The use of DPOAE as an early detector
349:01   of cochlear damage was borne out by Shi and
349:02   Martin 1997 who compared the effectiveness of
349:03   the click auditory brainstem response, ABR,
349:04   and DPOAE in detecting cochlear damage caused
349:05   by gentamicin treatment in the guinea pig."
349:06   Do you see that?
349:07   A. Uh-huh, yes.
349:08   Q. And then you go down a little
349:09   bit further, about three sentences further
349:10   down, you write, "DPOAEs have also been used
349:11   to determine the effects of noise on cochlea
349:12   response."
349:13   Do you see that?
349:14   A. Correct.
349:15   Q. At the time that you wrote this
349:16   document, did you believe that DPOAE testing
349:17   could serve as an early detector of damage to
349:18   the cochlea caused by noise?
349:19   A. Caused by noise, yes.
349:20   Q. Okay.  And if you go back to
349:21   page 5 of the article, there's a section that
349:22   talks about the small arms weapons.
349:23   Do you see that?
349:24   A. Yes.

349:25 - 351:05   Babeu, Lorraine 2020-03-10                                2:36

349:25   Q. And the small arm weapons that
350:01   were used by the test subjects in your study
350:02   were either an M16 rifle or an M4 carbine
350:03   rifle?
350:04   A. Correct.
350:05   Q. And as part of your study, the
350:06   subjects fired 54 rounds each time that --
350:07   each day.  The total rounds fired over the
350:08   nine-day period was 486.
350:09   Do you see that?
350:10   A. Correct.
350:11   Q. So if I'm interpreting that
350:12   correctly, that means each of the subjects
350:13   would have fired 486 rounds as part of your
350:14   study?
350:15   A. Correct.
350:16   Q. And are you saying that the

350:17    subjects would have fired 54 rounds each day?
350:18    A. Yes.
350:19    Q. And what you would do is you
350:20    would perform a DPOAE measurement of the
350:21    subjects before they fired any rounds on a
350:22    given day?
350:23    A. Right.
350:24    Q. Then they would fire the 54
350:25    rounds, and then you would perform another
351:01    DPOAE measurement?
351:02    A. Correct.
351:03    Q. And then also that same day,
351:04    you would perform an audiogram?
351:05    A. Yes.

351:06 - 352:01   Babeu, Lorraine 2020-03-10                    1:21
351:06    Q. And if you go back to page 7,
351:07    under Results it says, "By the end of the
351:08    study, each subject had worn each type of
351:09    hearing protection three times during the
351:10    course of the study."
351:11    Is that correct?
351:12    A. Yes.
351:13    Q. And the three hearing
351:14    protection devices were the Combat Arms
351:15    yellow end, the Combat Arms green end, and
351:16    the Peltor ComTac earmuff?
351:17    A.    (Witness nods head.)
351:18    Q. So as a result of the study,
351:19    each subject would have -- during the study
351:20    would have worn the Combat Arms Earplug three
351:21    times, the Combat Arms green three times, and
351:22    the Peltor ComTac earmuff three times?
351:23    A. Yes.
351:24    Q. And would they -- for example,
351:25    on a given day, would they only wear one type
352:01    of hearing protection device?

352:05 - 353:01   Babeu, Lorraine 2020-03-10                    1:53
352:05    Q. During your study?
352:06    A. Yes, because they only fired
352:07    once.  Live fire is what we're talking about.
352:08    Q. Okay.  So just so that I
352:09    understand, for one of the subjects -- let's
352:10    do one subject.
352:11    A. Uh-huh.
352:12    Q. Would it be -- the setup be for

352:13    one hypothetical subject that you would have
352:14    that -- you would bring the subject in, you
352:15    would measure the DPOAE amplitudes, the
352:16    subject would put on a Combat Arms yellow
352:17    earplug, they would fire 54 rounds, then you
352:18    would perform a DPOAE amplitude measurement
352:19    after that?
352:20    A. Correct.
352:21    Q. And so for each day, they were
352:22    firing 56 rounds with a given hearing
352:23    protector?
352:24    A. Yeah, 56 or 54.  I'm not sure
352:25    which.
353:01    Q. 54.

353:02 - 353:04    Babeu, Lorraine 2020-03-10    0:13
353:02    A. Okay.
353:03    Q. On page 5.
353:04    A. Okay.

353:08 - 353:08    Babeu, Lorraine 2020-03-10    0:17
353:08    Q. I'm going to hand you what has

353:08 - 353:11    Babeu, Lorraine 2020-03-10    1:34
353:08    Q. I'm going to hand you what has
353:09    been marked as Exhibit Number 9 to your
353:10    deposition, which is an e-mail exchange back
353:11    in 2004 plus an attachment.

353:11 - 353:13    Babeu, Lorraine 2020-03-10    0:23
353:11    in 2004 plus an attachment.
353:12    It bears Bate Stamp
353:13    Number 3M_MDL13301 through 13305.

355:24 - 356:09    Babeu, Lorraine 2020-03-10    0:28
355:24    Q. So my question is:  Do you
355:25    recall in 2004 receiving feedback from
356:01    soldiers stating or suggesting that they
356:02    needed better instructions for using the
356:03    Combat Arms Earplug version 2?
356:04    A. I don't recall.
356:05    Q. Okay.  Do you remember at any
356:06    time receiving any feedback from soldiers
356:07    that there needed to be better instructions
356:08    for inserting or using the Combat Arms
356:09    Earplug version 2?

| | | |
|---|---|---|
| 356:12 - 356:13 | Babeu, Lorraine 2020-03-10 | 0:08 |
| 356:12 | THE WITNESS:  No, I don't | |
| 356:13 | recall. | |
| | | |
| 357:06 - 357:06 | Babeu, Lorraine 2020-03-10 | 0:06 |
| 357:06 | Do you see that?  So page 5. | |
| | | |
| 358:06 - 358:09 | Babeu, Lorraine 2020-03-10 | 0:16 |
| 358:06 | Q. Okay.  While you were at the | |
| 358:07 | Army Research Laboratory, did you ever advise | |
| 358:08 | any of your superiors that you believe the | |
| 358:09 | Combat Arms Earplug version 2 was defective? | |
| | | |
| 358:12 - 359:01 | Babeu, Lorraine 2020-03-10 | 1:38 |
| 358:12 | THE WITNESS:  I don't think so. | |
| 358:13 | QUESTIONS BY MR. FIELDS: | |
| 358:14 | Q. Okay.  Did you ever tell any of | |
| 358:15 | your superiors at the Army Research | |
| 358:16 | Laboratory that you believed that the Combat | |
| 358:17 | Arms Earplug version 2 did not perform | |
| 358:18 | satisfactorily? | |
| 358:19 | A. No, I don't think so. | |
| 358:20 | Q. While you were with the Army | |
| 358:21 | Research Laboratory, did you ever tell anyone | |
| 358:22 | in the US government or the US military that | |
| 358:23 | you believed the Combat Arms Earplug | |
| 358:24 | version 2 did not satisfactorily attenuate | |
| 358:25 | sound for soldiers? | |
| 359:01 | A. No. | |
| | | |
| 394:09 - 395:12 | Babeu, Lorraine 2020-03-10 | 1:04 |
| 394:09 | Q. One of the statements that you | |
| 394:10 | were asked about is at the bottom of the | |
| 394:11 | discussion section.  It says, "This could be | |
| 394:12 | an indication that although hearing | |
| 394:13 | protection was in place, the outer hair cells | |
| 394:14 | were affected in some way by the exposure to | |
| 394:15 | impulse noise." | |
| 394:16 | A. Correct. | |
| 394:17 | Q. "At this juncture, this is | |
| 394:18 | speculation, and it is not clear what the | |
| 394:19 | pattern is indicative of, but it is certainly | |
| 394:20 | worth noting." | |
| 394:21 | Do you see that? | |
| 394:22 | A. Yes. | |
| 394:23 | Q. At any point in time did you | |
| 394:24 | perform any additional research to determine | |

394:25    whether or not the conclusions that I just
395:01    read were anything more than speculation?
395:02    A. No.
395:03    Q. In the summary section on the
395:04    bottom of -- near the middle of page 10, last
395:05    sentence, it says, "However, there was a
395:06    trend that appears to indicate there is an
395:07    effect of the level-dependent hearing
395:08    protection on the DPOAE amplitude.  This
395:09    trend warrants continued study."
395:10    Do you see that?
395:11    A. Yes.
395:12    Q. After this study, did you

395:13 - 395:16   Babeu, Lorraine 2020-03-10                    0:10
395:13    continue studying DPOAE amplitudes to
395:14    determine whether or not this was a real
395:15    trend?
395:16    A. No.

| 3M Affirmatives | Pltf Objections | Pltf Counters | 3M Objections | Rulings |
|---|---|---|---|---|

**8:03 - 9:01** Hamer, Jeffrey 2019-12-18    1:42

8:03   Q. Mr. Hamer, could you please
8:04   state your name for the record?
8:05   A. Jeffrey Lee Hamer.
8:06   Q. And where do you work?
8:07   A. 3M.
8:08   Q. What do you do for 3M?
8:09   A. I'm the laboratory manager for
8:10   hearing protection.
8:11   Q. Is that your title?
8:12   A. Global laboratory manager.
8:13   Q. You're the global laboratory
8:14   manager?
8:15   A. That's correct.
8:16   Q. Does that mean that you manage
8:17   all of the laboratories at 3M as worldwide?
8:18   A. For hearing solutions.
8:19   Q. For hearing solutions.
8:20   How many labs do you have?
8:21   A. Two labs; one in Värnamo,
8:22   Sweden, one in Indianapolis.
8:23   Q. One in where?
8:24   A. Indianapolis.
8:25   Q. And Sweden?
9:01   A. And Sweden, correct.

**10:05 - 10:09** Hamer, Jeffrey 2019-12-18    0:15

10:05   Q. Okay. So as far as you know,
10:06   all of the testing that's been done of all of
10:07   the versions of the Combat Arms has been done

10:08   in Indianapolis?
10:09   A. 3M testing, yes.

**10:10 - 10:11** Hamer, Jeffrey 2019-12-18    0:02

10:10    Q. 3M testing. 3M or Aearo?
10:11    A. Right.

**10:17 - 11:08** Hamer, Jeffrey 2019-12-18    1:34

10:17   Q. Now, there has been outside
10:18   testing of the Combat Arms done?
10:19   A. Correct.

| | | |
|---|---|---|
| 10:20 | Q. And who has done the outside | |
| 10:21 | testing of the Combat Arms? | |
| 10:22 | A. I have seen testing both from | |
| 10:23 | an independent lab called Michaels & | |
| 10:24 | Associates as well from the Army Research | |
| 10:25 | Lab and the Army in general.  I'm not sure | |
| 11:01 | specifically which labs, but they've tested | |
| 11:02 | the product. | |
| 11:03 | Q. Okay.  Tell me how many labs | |
| 11:04 | did NRR testing. | |
| 11:05 | A. NRR testing, complete label | |
| 11:06 | testing, I believe that Indianapolis and I | |
| 11:07 | believe Michaels & Associates did a complete | |
| 11:08 | test on it. | |

| | | |
|---|---|---|
| 11:12 - 11:19 | Hamer, Jeffrey 2019-12-18 | 0:10 |
| 11:12 | Q. Now, speaking of litigation, | |
| 11:13 | this is not your first deposition, is it? | |
| 11:14 | A. It is not. | |
| 11:15 | Q. You were deposed at least one | |
| 11:16 | other time that I know of in the Moldex | |
| 11:17 | litigation. | |
| 11:18 | Do you recall that? | |
| 11:19 | A. I do. | |

| | | |
|---|---|---|
| 14:11 - 15:05 | Hamer, Jeffrey 2019-12-18 | 1:50 |
| 14:11 | Q. And you didn't make any | |
| 14:12 | corrections to that deposition, did you? | |
| 14:13 | A. I disagree. | |
| 14:14 | Q. Oh, you did? | |
| 14:15 | What did you correct? | |
| 14:16 | A. I made a statement, I believe. | |
| 14:17 | When I reread the transcript, I found some | |
| 14:18 | typographical errors in it as well as tried | |
| 14:19 | to clarify a statement I made about stopping | |
| 14:20 | the test. | |
| 14:21 | Q. Okay.  Tell me what you | |
| 14:22 | clarified when you did the read-and-sign | |
| 14:23 | process on stopping the test. | |
| 14:24 | A. So when you're performing a | |
| 14:25 | label test, you have subjects that are | |
| 15:01 | undergoing that test.  And I believe at the | |
| 15:02 | time I was interpreting the question as, do | |

| | | |
|---|---|---|
| 15:03 | you stop a test during a subject's particular | |
| 15:04 | test, and my answer was no.  And so that's | |
| 15:05 | what I was trying to clarify. | |

| 16:01 - 16:15 | Hamer, Jeffrey 2019-12-18 | 0:27 |
|---|---|---|
| 16:01 | Q. And how did you -- did you | |
| 16:02 | recast the context in some way? | |
| 16:03 | A. I tried to, yes. | |
| 16:04 | Q. And how did you do that?  Like | |
| 16:05 | you made one statement in the deposition; you | |
| 16:06 | corrected it. | |
| 16:07 | Tell me -- explain to me what | |
| 16:08 | you corrected. | |
| 16:09 | A. I was trying to correct my | |
| 16:10 | statement, as I did in further testimony | |
| 16:11 | during that same deposition, to try to | |
| 16:12 | correct the interpretation that I had about | |
| 16:13 | whether it was a subject -- stopping a | |
| 16:14 | particular subject or stopping the test in | |
| 16:15 | general. | |

| 21:10 - 21:20 | Hamer, Jeffrey 2019-12-18 | 0:11 |
|---|---|---|
| 21:10 | You went to Monroe Catholic | |
| 21:11 | High School? | |
| 21:12 | A. Monroe Catholic Central, that's | |
| 21:13 | correct. | |
| 21:14 | Q. Monroe Catholic Central. | |
| 21:15 | Are you from Monroe? | |
| 21:16 | A. That's where I would say I grew | |
| 21:17 | up. | |
| 21:18 | Q. Okay. | |
| 21:19 | A. Oh, from the time I was about | |
| 21:20 | 12 years old. | |

| 22:04 - 22:11 | Hamer, Jeffrey 2019-12-18 | 0:07 |
|---|---|---|
| 22:04 | Q. And then you went to Michigan | |
| 22:05 | Tech? | |
| 22:06 | A. I did. | |
| 22:07 | Q. And you got a degree in | |
| 22:08 | engineering? | |
| 22:09 | A. I did. | |
| 22:10 | Q. Mechanical engineering? | |
| 22:11 | A. Correct. | |

45:24 - 46:01   Hamer, Jeffrey 2019-12-18      0:04

45:24   Have you ever worked for a
45:25   company that sold a product it had never
46:01   tested?

Re: [45:24 to 46:01]
Pltf Obj 802, lack of
foundation, 403

**FOUNDATION OBJECTION WITHDRAWN, 3/11/2021; REMAINING OBJECTIONS SUSTAINED**

46:03 - 46:06   Hamer, Jeffrey 2019-12-18      0:06

46:03   THE WITNESS:  I believe that we
46:04   sold this product in here with the
46:05   military, so we were selling it to the
46:06   military, who tested the product.

Re: [46:03 to 46:06]
Pltf Obj 802, lack of
foundation, 403

**FOUNDATION OBJECTION WITHDRAWN, 3/11/2021; REMAINING OBJECTIONS SUSTAINED**

62:05 - 63:23   Hamer, Jeffrey 2019-12-18      2:52

62:05   Q. And Exhibit 7 is the one where
62:06   they're folding back the flanges to get -- to
62:07   allow a deeper insertion of the green end of
62:08   the plug, right?
62:09   A. Correct.
62:10   Q. And so three days later,
62:11   Elliott Berger sends to Brian Myers the
62:12   following e-mail, and it says, "Here are the
62:13   data on the UltraFit end of the Combat Arms.
62:14   Note the original study was stopped with
62:15   eight subjects.  The second study was with
62:16   folded-back flanges on the end sticking out
62:17   of the ear."  He asked the question, "Should
62:18   I share this with Ohlin?  It looks like the
62:19   existing product has problems unless the user
62:20   instructions are revised."
62:21   Did I read that right?
62:22   A. You did.
62:23   Q. Okay.  You know Ohlin to
62:24   be at the time one of the company contacts
62:25   with CHPPM, the hearing protection outfit for
63:01   the department of the Army, right?
63:02   A. I believe that's correct.
63:03   Q. Doug Ohlin actually ended his
63:04   career with 3M, didn't he?
63:05   A. He was a consultant.
63:06   Q. Yeah.
63:07   Did you work with Doug Ohlin
63:08   when he worked with 3M?
63:09   A. Yes, he was there when I joined

63:10    the company for a short period of time.
63:11    Q. What Elliott is pointing out
63:12    three days after 017 is completed is that the
63:13    existing product, the Combat Arms version 2,
63:14    has problems, right?
63:15    A. He's pointing out that the test
63:16    method that was used differed in two
63:17    different tests.
63:18    Q. Where is he doing that?
63:19    A. He said, "Here are the data.
63:20    Note the original study was stopped with
63:21    eight subjects.  Second study was with
63:22    folded-back flanges," implying the first
63:23    study was not with folded-back flanges.

64:12 - 66:02   Hamer, Jeffrey 2019-12-18                    1:29

64:12    Q. Okay.  And so you're pointing
64:13    out that Elliott is informing Brian in
64:14    marketing, among other things, that the
64:15    product was tested two different ways?
64:16    A. I believe so.
64:17    Q. All right.  And after he says,
64:18    "Should I share this with Ohlin," this is the
64:19    part I was focusing on, it says, "The
64:20    existing product has problems."
64:21    Right?
64:22    A. Depending on what instructions
64:23    he used.
64:24    Q. Yes.  No, I wasn't -- I was
64:25    going finish that, but then I look at the
65:01    sort of two clauses.  It says, "It looks like
65:02    the existing product has problems," and then
65:03    there's an "unless," right?
65:04    A. That's correct.
65:05    Q. So as existed, as it exists
65:06    without changing the instructions, the
65:07    product has a problem, right?
65:08    A. The instructions have a problem
65:09    in the use of the product, that's correct.
65:10    Q. What's that?
65:11    A. I don't believe the product has
65:12    a problem.  I think the instructions for use
65:13    had a problem.

**Re: [65:05 to 66:02]**
**Pltf Obj** unresponsive, lacks
foundation, 702 expert opinion
from a non expert; 403

**SUSTAINED - Lack of personal**
**knowledge/foundation**

65:14    Q. You mean the existing
65:15    instructions for use?
65:16    A. The instructions that were used
65:17    in the first test.
65:18    Q. Okay.  So then he says, "We
65:19    have to" -- "unless the user instructions are
65:20    revised," right?
65:21    A. Correct.
65:22    Q. So he seems to imply that we
65:23    can cure the problem with the product by
65:24    revising instructions?
65:25    A. We can -- we can optimize the
66:01    performance of the product by changing the
66:02    instructions.

77:01 - 77:08    Hamer, Jeffrey 2019-12-18              0:19
77:01    Q. Do you know whether there's any
77:02    version of your instructions for use that
77:03    tell the user that the plug is too short for
77:04    proper insertion if you don't roll back the
77:05    flanges?
77:06    A. Not to my knowledge.
77:07    Q. That's exactly what they should
77:08    have been told, isn't it?

77:10 - 77:10    Hamer, Jeffrey 2019-12-18              0:01
77:10    THE WITNESS:  I don't agree.

77:12 - 77:18    Hamer, Jeffrey 2019-12-18              0:14
77:12    Q. Well, how come?  How come
77:13    they're not entitled to know that?
77:14    A. Well, I believe that they were
77:15    entitled to know that if they couldn't get
77:16    the proper fit of the earplug, that they
77:17    could roll back a flange to get --
77:18    potentially get better insertion.

83:02 - 83:05    Hamer, Jeffrey 2019-12-18              0:10
83:02    Does anywhere in your                  **Re: [83:02 to 83:05]**
83:03    instructions do you -- do you tell the user   **Pltf Obj** nonresponsive answer   **OBJECTION WITHDRAWN,**
83:04    that the only way we got an NRR of 22 is by                                        **3/12/2021**
83:05    folding back the flanges?

| | | | |
|---|---|---|---|
| 83:07 - 83:10 Hamer, Jeffrey 2019-12-18 | 0:06 | | |
| 83:07 THE WITNESS: I believe the | | **Re: [83:07 to 83:10]** | **OBJECTION WITHDRAWN,** |
| 83:08 instructions tell the user to get -- | | **Pltf Obj** nonresponsive | **3/12/2021** |
| 83:09 potentially to get a better fit, they | | | |
| 83:10 could fold back the flanges. | | | |

| | | | |
|---|---|---|---|
| 83:17 - 84:13 Hamer, Jeffrey 2019-12-18 | 1:43 | | |
| 83:17 Anywhere in your instructions | | **Re: [83:17 to 84:13]** | **SUSTAINED** |
| 83:18 do you tell the user, "The only way that we | | **Pltf Obj** nonresponsive, | |
| 83:19 obtained an NRR of 22 is by folding back the | | foundation | |
| 83:20 flanges"? | | | |
| 83:21 A. I don't agree that that's the | | | |
| 83:22 only way. | | | |
| 83:23 Q. In this test? | | | |
| 83:24 A. Yeah. I don't know that they | | | |
| 83:25 folded back the flanges on every subject. | | | |
| 84:01 Q. How many did they fold them | | | |
| 84:02 back on? | | | |
| 84:03 A. I don't know the answer. | | | |
| 84:04 Q. What do they say? | | | |
| 84:05 A. They said they folded back the | | | |
| 84:06 flanges. | | | |
| 84:07 Q. On the subjects, right? | | | |
| 84:08 Subjects plural? | | | |
| 84:09 A. Right. | | | |
| 84:10 When I look at the test data | | | |
| 84:11 that I've seen before this, the notes of that | | | |
| 84:12 suggest that every subject's -- every subject | | | |
| 84:13 was not necessarily folded back. | | | |

| | | | |
|---|---|---|---|
| 100:09 - 100:13 Hamer, Jeffrey 2019-12-18 | 0:15 | | |
| 100:09 Q. Okay. Now, just as a threshold | | **Re: [100:09 to 100:13]** | **SUSTAINED - Improper lay** |
| 100:10 matter, is that a proper way to do an NRR | | **Pltf Obj** 701, foundation, | **opinion testimony** |
| 100:11 test, that is, to watch the variability as it | | | |
| 100:12 comes across in realtime and then fold | | | |
| 100:13 flanges back if it happens? | | | |

| | | | |
|---|---|---|---|
| 100:15 - 100:18 Hamer, Jeffrey 2019-12-18 | 0:09 | | |
| 100:15 THE WITNESS: If the | | **Re: [100:15 to 100:18]** | **SUSTAINED - Improper lay** |
| 100:16 instructions indicate a tip that could | | **Pltf Obj** 701, foundation, | **opinion testimony** |
| 100:17 get better seal, that would be | | speculation, 403 | |
| 100:18 appropriate. | | | |

106:13 - 106:2 Hamer, Jeffrey 2019-12-18                    0:10

106:13    Q. Yeah.
106:14    On a break we pulled your
106:15    errata sheet.
106:16    A. Okay.
106:17    Q. Do you have the errata sheet in
106:18    front of you that you reviewed in
          preparation
106:19    for your deposition?
106:20    A. I do not.

106:23 - 106:24 Hamer, Jeffrey 2019-12-18                   0:00

106:23    (Hamer Exhibit 11 marked for
106:24    identification.)

107:02 - 107:15 Hamer, Jeffrey 2019-12-18                   1:38

107:02    Q. Is this Exhibit 11?
107:03    Exhibit 11 is the errata sheet
107:04    from your deposition.  The first page is your
107:05    signature page where you say, "I, Jeffrey Lee
107:06    Hamer, state that I have read the foregoing
107:07    transcript of the testimony given by me at my
107:08    videotaped deposition on October 7, 2015, and
107:09    that said transcript constitutes a true and
107:10    correct record of the testimony given by me
107:11    at said videotaped deposition except as I
107:12    have so indicated on the errata sheets
107:13    provided herein," and then you sign Jeffrey
107:14    Lee Hamer, don't you?
107:15    A. Correct.

107:16 - 108:0 Hamer, Jeffrey 2019-12-18                    1:42

107:16    Q. And then if you flip over,
107:17    we'll see the things that you changed.  And
107:18    as you described to me in your testimony, it

107:19    was mostly typos, but there's a couple of
107:20    things I want to bring to your attention.
107:21    The first one is 13.
107:22    A. Okay.
107:23    Q. Do you see your 13th errata
107:24    sheet change?
107:25    A. I do.

108:01  Q. Maybe the best way to do this
108:02  is to look at the original page.
108:03  Can we queue that up?  Do we
108:04  have a videotape of that clip?  Let's queue
108:05  that up.
108:06  And for the record, it's
108:07  page 89 of your deposition.

109:14 - 109:1! Hamer, Jeffrey 2019-12-18                    0:18
109:14  So page 89, lines 8 and 9.
109:15  Just put the whole page up.  Actually,
109:16  the top of page 88 and 89 is what we
109:17  need to put up there.  There we go.
109:18  Much easier.

109:20 - 110:16  Hamer, Jeffrey 2019-12-18                 1:46
109:20  Q. So at the bottom of page 88 the
109:21  question starts, Mr. Hamer.  It says:  "Okay.
109:22  And is it your practice, if you either change
109:23  a product or change the way it's being, for
109:24  example, fitted, then you would do a retest?"
109:25  And you asked the question:
110:01  "Fitted?"
110:02  Question:  "Yeah.
110:03  "Explain 'fitted' to me."
110:04  He says:  "Well, how the
110:05  person's being instructed to put it in."
110:06  You answer:  "No."
110:07  He says:  "No, what?
110:08  "We would not redo a label test
110:09  due to a new fitting instruction."
110:10  Is that statement true?
110:11  A. I believe I corrected that in
110:12  my errata.
110:13  Q. Okay.
110:14  A. That I didn't recollect an
110:15  instance where we had done that, but indeed
110:16  we have.

110:17 - 111:2! Hamer, Jeffrey 2019-12-18                   2:35
110:17  Q. Okay.  And let's see what your
110:18  errata sheet actually said.  And can we go to

110:19 the ELMO?  Because I've got it here.
110:20 Here under 13 it says, "I
110:21 didn't" -- your correction was, 88, 8 and 9:
110:22 "I did not recollect an instance where we had
110:23 changed fitting instructions resulting in a
110:24 retest, as this was a historical event from
110:25 my perspective."
111:01 Right?
111:02 A. That's what I wrote, yes.
111:03 Q. So how does that change your
111:04 answer?
111:05 A. It doesn't change my answer.  I
111:06 mean, it does -- I'm sorry, it does change my

111:07 answer in that I, at the time, did not
111:08 recollect an instance that we did that, so my

111:09 answer was incorrect.
111:10 Q. Okay.  But you said this was
111:11 a -- retest was a historical event.
111:12 What does that mean?
111:13 A. That I was thinking about this
111:14 particular test, not future -- not current or
111:15 future tests that I was aware of.
111:16 Q. I'm not following you.  It may
111:17 be me.
111:18 A. I mean, when I said "a
111:19 historical event," it was a event that was
111:20 history to me, not realtime, so that I wasn't

111:21 there when it happened.
111:22 Q. Okay.  But I don't understand
111:23 the question to be asking what you're
111:24 answering, but I want to make sure I'm
111:25 understanding you.

112:01 - 112:12   Hamer, Jeffrey 2019-12-18                    0:28
112:01 You say, "We would not redo a
112:02 label test due to new fitting instructions,"
112:03 right?  That's your testimony?
112:04 A. That's how I answered that
112:05 question, yes.

| | |
|---|---|
| 112:06 | Q. Yes. |
| 112:07 | And is that not true? |
| 112:08 | A. I was incorrect. |
| 112:09 | Q. Okay. So your company will |
| 112:10 | redo label tests due to new fitting |
| 112:11 | instructions? |
| 112:12 | A. Yes, we will. |

112:13 - 112:1! Hamer, Jeffrey 2019-12-18                    0:12

| | |
|---|---|
| 112:13 | Q. Okay. Where is that in your |
| 112:14 | policy and procedure manual? |
| 112:15 | A. I'd have to go through it. I |
| 112:16 | don't know if it's there or not, to be sure. |
| 112:17 | Q. You know actually it's not |
| 112:18 | there, don't you? |
| 112:19 | A. I do not. |

112:23 - 113:0! Hamer, Jeffrey 2019-12-18                    1:48

| | |
|---|---|
| 112:23 | Q. Okay. Well, let's do just |
| 112:24 | that. I'm going to mark this as the next |
| 112:25 | exhibit. This is your company policy and |
| 113:01 | procedure manual. This was attached to |
| 113:02 | Elliott Berger's deposition as Exhibit 5206. |
| 113:03 | It'll be Exhibit 12 -- 13, 13 to this |
| 113:04 | deposition. |
| 113:05 | (Hamer Exhibit 13 marked for |
| 113:06 | identification.) |

114:24 - 115:0! Hamer, Jeffrey 2019-12-18                    0:15

| | |
|---|---|
| 114:24 | Q. That all may be true. My |
| 114:25 | question is related to your policy and |
| 115:01 | procedure manual and why it's not in there, |
| 115:02 | why the last part about doing a retest due to |
| 115:03 | changing fitting instructions is not in your |
| 115:04 | manual. |
| 115:05 | A. I do not know the answer. |

118:02 - 118:04   Hamer, Jeffrey 2019-12-18                    0:03

| | |
|---|---|
| 118:02 | Q. Is that the industry standard |
| 118:03 | with hearing protection devices; do you know |
| 118:04 | that? |

**Re: [118:02 to 118:04]**
**Pltf Obj** unresponsive,
foundation, speculation

**OVERRULED**

118:06 - 118:10   Hamer, Jeffrey 2019-12-18                                           0:23

   118:06   THE WITNESS:  I don't believe
   118:07   there is a standard on that.  I don't
   118:08   believe any of the guidance documents
   118:09   from EPA or ANSI indicate reasons for
   118:10   retest.

**Re: [118:06 to 118:10]**
**Pltf Obj** unresponsive,
foundation, speculation

**OVERRULED**

122:10 - 123:01   Hamer, Jeffrey 2019-12-18                                           1:33

   122:10   It is true that you are not
   122:11   supposed to stop a labeling test in the
   122:12   middle just because you're getting low
   122:13   numbers or variability?
   122:14   A. I would say that's not true.
   122:15   Q. Okay.  Do you remember being
   122:16   asked that question in your previous
   122:17   deposition?
   122:18   A. I do.
   122:19   Q. Do you remember what your
   122:20   answer was?
   122:21   A. I believe I answered in an
   122:22   opposite way because I believe that I was --
   122:23   my recollection of my understanding of the
   122:24   question at that time was that it was
   122:25   associated with stopping a particular
   123:01   subject's test in the middle of it.

123:02 - 123:1:   Hamer, Jeffrey 2019-12-18                                           0:24

   123:02   Q. And when did you come to that
   123:03   understanding that you just gave us?
   123:04   A. When I did the errata sheet.
   123:05   Q. Where on the errata sheet do
   123:06   you change that testimony from what it was,
   123:07   yes, to no?
   123:08   A. Where was that in my deposition
   123:09   in terms of the --
   123:10   Q. Yeah, let me set the table for
   123:11   you.
   123:12   Can we have the -- the ELMO,
   123:13   please?

123:14 - 124:09   Hamer, Jeffrey 2019-12-18                                           1:39

123:14   This is page 173 of your
123:15   deposition.  It says:  "And isn't it your
123:16   testimony that you're not supposed to stop a
123:17   labeling test in the middle just because
123:18   you're getting low numbers or variability?"
123:19   And you answered "yes," didn't
123:20   you?
123:21   A. Right.
123:22   And "labeling test" in the
123:23   middle, in my interpretation when I made that
123:24   statement, was during the middle of a
123:25   subject's test.  That was my interpretation.
124:01   That's what I answered yes to.
124:02   Q. Oh, okay.
124:03   So, but I'm -- before we get to
124:04   that, I heard you say that you changed it on
124:05   the errata sheet.
124:06   Now, I have the errata sheet --
124:07   A. I didn't, because I didn't
124:08   believe it was wrong.  I was wrong -- I was
124:09   incorrect.

**Re: [123:14 to 124:01]**
**Pltf Obj** non responsive

**OVERRULED**

124:10 - 125:0l Hamer, Jeffrey 2019-12-18                    1:55

124:10   Q. Okay.  So at the time, and even
124:11   after you read your deposition and you
         signed
124:12   it as being true and correct, you believed
124:13   your answer there was true, that it would
124:14   have been -- that you're not supposed to
         stop
124:15   a labeling test in the middle just because
124:16   you're getting low numbers or variability?
124:17   A. That it was true.  And my
124:18   context of that was during a subject test.
124:19   That was the context I answered the
         question
124:20   under.
124:21   Q. Well, I want to make sure I
124:22   understand this.
124:23   The question is, you're not
124:24   supposed to stop a labeling test in the
124:25   middle just because you're getting low
125:01   numbers or variability?

125:02   A. A labeling test is -- a subject
125:03   is undergoing a test, okay?  And so that
125:04   subject is responding, taking a test, and
125:05   you're not supposed to stop that in the
125:06   middle of it.

124:23 - 125:12  Hamer, Jeffrey 2019-12-18      1:30

124:23   The question is, you're not
124:24   supposed to stop a labeling test in the
124:25   middle just because you're getting low
125:01   numbers or variability?
125:02   A. A labeling test is -- a subject
125:03   is undergoing a test, okay?  And so that
125:04   subject is responding, taking a test, and
125:05   you're not supposed to stop that in the
125:06   middle of it.
125:07   Q. When are you allowed to stop
125:08   it?
125:09   A. At any point in time.
125:10   Q. Why not that time?
125:11   A. Because it's during the middle
125:12   of a subject evaluation.

125:13 - 126:1  Hamer, Jeffrey 2019-12-18      1:45

125:13   Q. Why does that make any
125:14   difference?
125:15   A. It's just our policy, is not to
125:16   stop at that point.
125:17   Q. What point is your policy you
125:18   can stop?
125:19   A. At any point in time when --
125:20   after -- after subjects are completely
125:21   tested.
125:22   Q. What does "completely tested"
125:23   mean?
125:24   A. They've gone through the whole
125:25   test sequence for that subject for that
126:01   product.
126:02   Q. Okay.  I'm having trouble
126:03   understanding you.
126:04   A. There's ten subjects.
126:05   Q. Yes.
126:06   A. Each subject has multiple fits

126:07   and tests.
126:08   Q. Three.
126:09   A. And you're not -- my -- the
126:10   policy, as I understood it, was that while a
126:11   subject is under test, you should not stop
126:12   the test at that point during that testing
126:13   sequence.

126:14 - 126:19   Hamer, Jeffrey 2019-12-18                0:10
126:14   Q. Okay.  This question doesn't
126:15   say anything about subjects, though, right?
126:16   A. It says "during the test."  My
126:17   interpretation was while the test was
126:18   occurring, while a particular data was being
126:19   collected.

127:19 - 127:21   Hamer, Jeffrey 2019-12-18                0:06
127:19   Q. When did you come to the
127:20   realization that the answer you gave here
127:21   needed clarification?

**Re: [127:19 to 127:21]**
**Pltf Obj** Vague, incomplete
designation, 402/403,

OVERRULED

127:23 - 128:08   Hamer, Jeffrey 2019-12-18                0:29
127:23   THE WITNESS:  Upon -- upon -- I
127:24   mean, I think there's other places in
127:25   this -- in this -- in this deposition
128:01   where this line of questioning came
128:02   up, and I think even -- even further
128:03   into this document, this question
128:04   comes up again.  And I tried to
128:05   correct it by saying we could -- we
128:06   could change the fitting instructions
128:07   to do a retest.  Or to start a new
128:08   test.

128:10 - 129:02   Hamer, Jeffrey 2019-12-18                1:46
128:10   Q. Okay.  Fitting instructions
128:11   issue is different than this to me.
128:12   Is it different to you?
128:13   A. To me this is, when can you
128:14   stop a label test, and the answer is, you can
128:15   stop a label test at any point in time that
128:16   you wish to.  You don't have to complete any
128:17   test, but -- any complete labeling test, but

128:18   that you shouldn't stop during the testing of
128:19   an individual subject.
128:20   Q. Okay.  Okay.  Why not?  If you
128:21   can stop a test at any time, at any time, why
128:22   does it matter whether you stop it in the
128:23   middle of one?
128:24   A. Okay.  So you might pick this
128:25   test back up after you stop it, and if you do
129:01   that, you need to have completed every
129:02   subject or you can't start it over.

129:03 - 130:0: Hamer, Jeffrey 2019-12-18    1:21

129:03   Q. So let me understand this.
129:04   Are you saying that you need to
129:05   have completed all three tests for that
129:06   subject?
129:07   A. Yes.
129:08   Q. Okay.  So if I'm subject
129:09   number 1, right, I'm the first person tested,
129:10   you're saying that I cannot stop a labeling
129:11   test until I have had all three done on
129:12   a label test?
129:13   MR. MORRISS:  Object to form.
129:14   THE WITNESS:  Our policy was
129:15   not to stop a test in the middle for a
129:16   given subject.
129:17   QUESTIONS BY MR. TRACEY:
129:18   Q. Okay.  Does that mean you can't
129:19   stop a test, change the instructions and
129:20   start again?
129:21   A. You can't stop the test, change
129:22   the instructions and not redo this -- the
129:23   test from the beginning.
129:24   Q. Okay.  Is it fair to say that
129:25   everybody who is undergoing a label test
130:01   ought to use the same instructions?
130:02   MR. MORRISS:  Object to form.
130:03   THE WITNESS:  Yes.

**Re: [129:08 to 129:16]**
**Def Obj** Foundation (602); 701     **OVERRULED**

**Re: [129:24 to 130:03]**
**Def Obj** Foundation (602);
vague, misstates (611, 403)     **OVERRULED**

130:15 - 130:17  Hamer, Jeffrey 2019-12-18    0:05

130:15   Okay.  Mr. Hamer, it's your
130:16   opinion that testing this product with the
130:17   flanges folded back is improper, isn't it?

130:19 - 130:19   Hamer, Jeffrey 2019-12-18                          0:02
    130:19      THE WITNESS:  It is not.

130:21 - 130:25   Hamer, Jeffrey 2019-12-18                          0:06
    130:21      Q. It is not improper?
    130:22      A. That's correct.
    130:23      Q. Do you remember making a
    130:24      statement to the contrary in your previous
    130:25      deposition?

131:02 - 131:05   Hamer, Jeffrey 2019-12-18                          0:07
    131:02      THE WITNESS:  I remember a line
    131:03      of questioning that was revolving
    131:04      around the instruction set that was
    131:05      handed to me at that time.

                                                    131:06 - 131:0!  Hamer, Jeffrey 2019-12-18                    0:06
                                                        131:06      QUESTIONS BY MR. TRACEY:
                                                        131:07      Q. Okay.  And let me just -- let
                                                        131:08      me put this on the ELMO so we can make
                                                                    sure
                                                        131:09      we're clear.

132:11 - 133:10   Hamer, Jeffrey 2019-12-18                          1:28
    132:11      Q. Okay.  Go ahead.  Play it.
    132:12      (Video played.)
    132:13      Q. Is that statement true?
    132:14      A. Based on the instruction set
    132:15      that I was looking at at the time of the
    132:16      product they provided, it did not indicate a
    132:17      tip or an instruction to roll back the
    132:18      flange.
    132:19      Q. I don't see a question about
    132:20      instructions in this question.  This question
    132:21      appears to be --
    132:22      A. There was an exhibit that was
    132:23      handed to me prior to this --
    132:24      Q. I see.
    132:25      A. -- that had instructions and
    133:01      NRR label on the back of the panel, and an
    133:02      insert for it that had the user instructions
    133:03      for the product that did not include rolling

| | |
|---|---|
| 133:04 | back the flanges. |
| 133:05 | Q. And tell me the importance of |
| 133:06 | that. |
| 133:07 | A. That if you want to apply the |
| 133:08 | NRR label test that was being used, that that |
| 133:09 | tip or that instruction should have been |
| 133:10 | included. |

**140:15 - 140:19  Hamer, Jeffrey 2019-12-18          0:21**

| | |
|---|---|
| 140:15 | Q. Okay.  Do you believe that when |
| 140:16 | Aearo found out in 2000 that this plug was |
| 140:17 | pulling out, they should have stopped selling |
| 140:18 | the product until they figured out the |
| 140:19 | problem? |

**140:21 - 140:22  Hamer, Jeffrey 2019-12-18          0:02**

| | |
|---|---|
| 140:21 | THE WITNESS:  No, not |
| 140:22 | necessarily. |

**140:24 - 141:0  Hamer, Jeffrey 2019-12-18          0:05**

| | |
|---|---|
| 140:24 | Q. Do you remember making a |
| 140:25 | statement to the contrary in your deposition |
| 141:01 | in 2015? |

**Re: [140:24 to 141:05]**

**Def Obj** vague, misstates, argumentative (611, 403); 403

OVERRULED

**141:03 - 141:0  Hamer, Jeffrey 2019-12-18          0:04**

| | |
|---|---|
| 141:03 | THE WITNESS:  I do not, but |
| 141:04 | I'm -- we'd have to go through it and |
| 141:05 | look at it. |

**141:07 - 141:12  Hamer, Jeffrey 2019-12-18          1:39**

| | |
|---|---|
| 141:07 | Q. Let's do just that.  This is |
| 141:08 | page 175. |
| 141:09 | We have the cut.  Okay.  Let me |
| 141:10 | give him -- 175, starting where, Kenny. |
| 141:11 | Line 22, Mr. Hamer. |
| 141:12 | Let's play that. |

**Re: [141:07 to 141:12]**

**Pltf Obj** Foundation, arguementative, misstates, 802

**141:13 - 141:1  Hamer, Jeffrey 2019-12-18          0:00**

| | |
|---|---|
| 141:13 | (Video played.) |

**Re: [141:13 to 141:13]**

**Def Obj** vague, misstates,

OVERRULED

141:17 - 142:0' Hamer, Jeffrey 2019-12-18          1:30

141:17    QUESTIONS BY MR. TRACEY:
141:18    Q. Is that statement true?
141:19    A. Yes, I agree.
141:20    Q. That they should have stopped
141:21    selling the plug?
141:22    A. Oh, no, I'm sorry.  I'm
141:23    responding to the wrong lawyer.
141:24    I said:  "I don't know that
141:25    they didn't."
142:01    And then:  "If they didn't,
142:02    don't you think that would have been
         wrong?"
142:03    And I said:  "If they didn't,
142:04    if they did not, yes, it would have been
142:05    wrong."
142:06    Q. Let's go to the ELMO so we can
142:07    see where he's reading along -- with him.

argumentative (611, 403);
foundation (602); 403                    OVERRULED

Re: [141:17 to 142:05]
Def Obj vague, misstates,
argumentative (611, 403);
foundation (602); 403                    OVERRULED

Re: [142:06 to 142:07]
Def Obj Relevance (401, 402)             OVERRULED

142:08 - 143:04  Hamer, Jeffrey 2019-12-18          1:54

142:08    So starting at the bottom here:
142:09    "Don't you think in 2000 when 3M found this
142:10    problem with this plug pulling out, they
142:11    should have stopped" -- and then at the top
142:12    of page 176 -- "figured out what it was and
142:13    stopped selling it until they solved it?"
142:14    Your answer was:  "I don't know
142:15    that you didn't."
142:16    And then the question is:
142:17    "Even if they didn't, don't you think that
142:18    would have been wrong?"
142:19    And you said:  "If they did
142:20    not, yes."
142:21    That's what you testified to in
142:22    your previous deposition.
142:23    A. That's correct.
142:24    Q. Is that statement still true?
142:25    A. I'm just trying to understand
143:01    the context of this questioning, because I

Re: [142:24 to 143:04]
Pltf Obj nonresponsive                   SUSTAINED - Nonresponsive

| | | | | |
|---|---|---|---|---|
| 143:02 | believe we did stop the test, and we learned | | | |
| 143:03 | how to fit the product better and provided | | | |
| 143:04 | that information to the military. | | | |
| | | | | |
| 196:19 - 197:05 | Hamer, Jeffrey 2019-12-18 | 0:28 | | |
| 196:19 | Q. How long have you been with the | | | |
| 196:20 | company? | | | |
| 196:21 | A. Since I rejoined the company in | | | |
| 196:22 | 2008 in this position. | | | |
| 196:23 | Q. Were you with them before? | | | |
| 196:24 | A. I was with what -- at the -- | | | |
| 196:25 | what at the time was E-A-R division of Cabot | | | |
| 197:01 | Corporation, which became Aearo, which 3M | | | |
| 197:02 | bought, from 1984 to 1997. | | | |
| 197:03 | Q. '97 to 2007 you were gone? | | | |
| 197:04 | A. In a different company, | | | |
| 197:05 | correct. | | | |

| | | | | |
|---|---|---|---|---|
| 278:07 - 278:18 | Hamer, Jeffrey 2019-12-18 | 0:28 | | |
| 278:07 | Q. And is it your belief that the | **Re: [278:07 to 278:18]** | | |
| 278:08 | regulatory authorities know that you guys do | **Pltf Obj** 602, speculation, 701 | | **SUSTAINED - 402; 701** |
| 278:09 | this and there's no problem with it? | , 403, nonresponsive | | |
| 278:10 | A. I don't -- I don't understand | | | |
| 278:11 | why that would matter to them, because we | | | |
| 278:12 | would not market a product that we stopped | | | |
| 278:13 | and didn't change something on. | | | |
| 278:14 | Q. Either the instructions or the | | | |
| 278:15 | product? | | | |
| 278:16 | A. Or the design or the | | | |
| 278:17 | manufacturing.  It's not the same at that | | | |
| 278:18 | point. | | | |

| | | | | |
|---|---|---|---|---|
| 328:10 - 328:22 | Hamer, Jeffrey 2019-12-18 | 1:33 | | |
| 328:10 | Q. And as we sit here today, | **Re: [328:10 to 328:22]** | | |
| 328:11 | 20 years later, you have seen not one shred | **Pltf Obj** non responsive, | | **SUSTAINED** |
| 328:12 | of evidence in the form of anybody from your | foundation, speculation, 802 | | |
| 328:13 | company communicating the results of the | hearsay, 403 | | |
| 328:14 | flange report to the American military, have | | | |
| 328:15 | you? | | | |
| 328:16 | A. I believe that our fitting | | | |
| 328:17 | instructions indicate a way to get better | | | |
| 328:18 | seal on the product, and I believe that Doug | | | |

328:19   Ohlin was involved in the development of this
328:20   product and the training of the soldiers that
328:21   were using this product and that he was --
328:22   that he had knowledge of that.

335:01 - 335:1  Hamer, Jeffrey 2019-12-18                    0:17

335:01   Q. Your company is in the best
335:02   position to train people how to use their
335:03   product, aren't they?
335:04   MR. MORRISS:  Object to form.
335:05   THE WITNESS:  I believe we have
335:06   a good position.
335:07   QUESTIONS BY MR. TRACEY:
335:08   Q. Well, you're the only -- you're
335:09   the only people that have access to the data

335:10   found in the flange report, right?
335:11   A. Yes.

**Re: [335:01 to 335:11]**
**Def Obj** foundation (602); 701;
vague (611, 403)

**MOOT**

335:12 - 335:15  Hamer, Jeffrey 2019-12-18                    0:06

335:12   Q. And if we were going to train
335:13   soldiers on how to properly use your product,
335:14   we would want to use the data in the flange
335:15   report, wouldn't we?

**Re: [335:12 to 335:15]**
**Pltf Obj** nonresponsive,
foundation, speculation, 802
hearsay, 403

**SUSTAINED - Irrelevant;
Speculative; Nonresponsive**

335:17 - 335:19  Hamer, Jeffrey 2019-12-18                    0:04

335:17   THE WITNESS:  Yeah, I believe
335:18   that Doug Ohlin and the military was
335:19   aware of that situation.

**Re: [335:17 to 335:19]**
**Pltf Obj** nonresponsive,
foundation, speculation, 802
hearsay, 404

**SUSTAINED**

| 3M Affirmatives | | | Pltf Objections | Pltf Counters | 3M Objections | Rulings |
|---|---|---|---|---|---|---|
| 5:23 - 6:05 | Medina, Jesus 2020-10-09 | 0:14 | | | | |
| 5:23 | Q. Good morning, Mr. Medina.  My name is | | | | | |
| 5:24 | Craig Castiglia, and I represent the defendants in | | | | | |
| 5:25 | this case, which are 3M and some of the various | | | | | |
| 6:01 | Aearo entities that were sued by people like | | | | | |
| 6:02 | Mr. Hacker. | | | | | |
| 6:03 | Would you please state your name for the | | | | | |
| 6:04 | record. | | | | | |
| 6:05 | A. Jesus Medina. | | | | | |
| | | | | | | |
| 6:08 - 6:10 | Medina, Jesus 2020-10-09 | 0:09 | | | | |
| 6:08 | Q. Where are you currently employed? | | | | | |
| 6:09 | A. For Boyd Gaming, and I'm at the location | | | | | |
| 6:10 | of Suncoast Hotel and Casino right now. | | | | | |
| | | | | | | |
| 7:24 - 8:05 | Medina, Jesus 2020-10-09 | 0:12 | | | | |
| 7:24 | Q. All right.  And do you understand that we | | | | | |
| 7:25 | are here today because of a lawsuit that Mr. Hacker | | | | | |
| | | | | | | |
| 8:01 | filed against 3M? | | | | | |
| 8:02 | A. Yes. | | | | | |
| 8:03 | Q. Have you ever communicated with | | | | | |
| 8:04 | Mr. Hacker before? | | | | | |
| 8:05 | A. No, I have not. | | | | | |
| | | | | | | |
| 9:04 - 9:07 | Medina, Jesus 2020-10-09 | 0:08 | | | | |
| 9:04 | Q. And you understand that your testimony | | | | | |
| 9:05 | today is on behalf of Boyd Gaming as if Boyd Gaming | | | | | |
| | | | | | | |
| 9:06 | was testifying today? | | | | | |
| 9:07 | A. Yes. | | | | | |
| | | | | | | |
| 12:03 - 12:06 | Medina, Jesus 2020-10-09 | 0:10 | | | | |
| 12:03 | Q. Okay.  You said you're employed by the | | | | | |
| 12:04 | Boyd Gaming Corporation.  How long have you worked | | | | | |
| 12:05 | there? | | | | | |
| 12:06 | A. I worked with Boyd Gaming for 21 years. | | | | | |
| | | | | | | |
| 12:12 - 15:03 | Medina, Jesus 2020-10-09 | 4:44 | | | | |
| 12:12 | Q. What positions have you held at the Boyd | | | | | |
| 12:13 | Gaming Corporation and what position do you hold | | | | | |
| 12:14 | today? | | | | | |
| 12:15 | A. I've held kitchen helper, food runner, | | | | | |
| 12:16 | line cook, banquet porter, human resources | | | | | |

12:17   representative, human resources coordinator, human

12:18   resources team member relations manager, human
12:19   resources HR manager, and my current position of
12:20   human resources director.
12:21   Q. And what are your responsibilities in
12:22   your current position as human resources director?
12:23   A. To oversee the daily operations of the HR
12:24   department, to make sure that departments are
12:25   following established policies and procedures,
13:01   guidelines, things of that nature.
13:02   Q. And what is the relationship between the
13:03   Boyd Gaming Corporation and the Suncoast Hotel and

13:04   Casino?
13:05   A. Suncoast is a property of Boyd Gaming
13:06   Corporation.
13:07   Q. Okay.  And you're aware that the
13:08   plaintiff in this case, Stephen Hacker, worked for
13:09   Boyd Gaming at the Suncoast Hotel and Casino;
13:10   right?
13:11   A. Yes.
13:12   Q. Do you know when Mr. Hacker worked at the
13:13   casino?
13:14   A. I believe he was hired last year in 2019.
13:15   Q. And does he still work at the casino?
13:16   A. No, he does not.
13:17   Q. When did he stop working at the casino?
13:18   A. So the closure's due to the pandemic, the
13:19   property closed on March 17th and no employee was

13:20   working on property since then.  Mr. Hacker's date
13:21   of separation was on July 14 of 2020.
13:22   Q. And where -- you already told me where
13:23   the Suncoast Hotel and Casino is.
13:24   How big is the casino?
13:25   A. What do you mean by "how big"?
14:01   Q. Well, size.  You don't have to give me
14:02   the square footage, but what -- what services are
14:03   offered at the Suncoast Hotel and Casino?
14:04   A. There is 400-room hotel room.  There is
14:05   close to 1800 slot machines, seven restaurants, you
14:06   know, the -- the pit area.  What we call is the
14:07   table games area.  There is close to 29 live games
14:08   on the pit floor so, I mean, it's pretty large, I
14:09   would say.
14:10   Q. Okay.  And how many patrons can the

14:11   casino hold at one time?
14:12   A. That I would not be able to answer.
14:13   Q. Based on your experience working there,
14:14   could you give a rough estimate?
14:15   A. I mean, a full casino with full -- with
14:16   the hotel full.  We also have a showroom, if the
14:17   showroom is full, all the restaurants full.  I
14:18   mean, you are talking about thousands of people.
14:19   Q. Okay.  I think you mentioned dining at
14:20   the casino.  Are there bars in the casino?
14:21   A. Yes, there are three bars.
14:22   Q. And they serve alcohol in the casino?
14:23   A. Yes.
14:24   Q. Is there dining in the casino; is that
14:25   right?
15:01   A. Yes, there is dining in the casino.
15:02   Q. How many restaurants are in the casino?
15:03   A. Seven.

15:04 - 15:13  Medina, Jesus 2020-10-09   1:34
15:04   Q. Could you describe the layout of the
15:05   casino where the restaurants are in relation to the
15:06   gaming tables?
15:07   A. The restaurants are mostly located
15:08   towards the north end of the property.  The table
15:09   games area is in the middle of the casino.  So they
15:10   are not relatively close, I would say.  There is --
15:11   you know, there is slot machines, there is a bar in
15:12   between -- in between the restaurants and the table
15:13   games area, I would say.

15:24 - 15:24  Medina, Jesus 2020-10-09   0:02
15:24   Q. Okay.  How loud is the casino?

16:01 - 16:06  Medina, Jesus 2020-10-09   0:14
16:01   THE WITNESS:  It would depend on what day
16:02   of the week, time, how many people are in the
16:03   casino and it varies.
16:04   BY MR. CASTIGLIA:
16:05   Q. At the peak hours of the casino, how loud
16:06   can it be?

16:08 - 16:17  Medina, Jesus 2020-10-09   0:25
16:08   THE WITNESS:  I would say it gets pretty
16:09   loud.  I mean, you are talking about a full casino.
16:10   The patrons can get pretty loud, I would say.
16:11   BY MR. CASTIGLIA:

16:12   Q. Does it get louder than your average
16:13   restaurant?
16:14   A. If the casino is full, is that what you
16:15   are asking?
16:16   Q. Yes.
16:17   A. Yes.

16:18 - 17:12   Medina, Jesus 2020-10-09                    1:18
16:18   Q. And you mentioned that one of the largest
16:19   bars is near the table games, but I think you said
16:20   it was near the dice games.  Is the largest bar
16:21   also near the blackjack table?
16:22   A. No.
16:23   Q. Are there any bars near the blackjack
16:24   table?
16:25   A. No.
17:01   Q. Where are the blackjack tables located in
17:02   relation to the slot machines and the bar?
17:03   A. So the blackjack tables are located on
17:04   the north -- northwest.  No, they're west --
17:05   southwest part of the pit so they are -- there is
17:06   no bar near it, so the blackjack tables have -- to
17:07   the left of them, will have slot machines.  To the
17:08   right of them, there is a walkway.  And then on the
17:09   other side of that walkway is our Pai Gow tables,
17:10   which are sitdown table games and then the -- yeah,
17:11   the bar is not close by.  You would have to still
17:12   get across the dice table games to get to the bar.

17:13 - 18:05   Medina, Jesus 2020-10-09                    1:50
17:13   Q. Does the casino play any music?
17:14   A. Yes.
17:15   Q. What type of music?
17:16   A. It depends on the time of day.  It can go
17:17   anywhere from, you know, 60s -- 50s and 60s music
17:18   to, you know, early morning and then late at night,
17:19   it can go into more pop modern music.
17:20   Q. Do they play music through speakers?
17:21   A. Yes, there is overhead speakers.
17:22   Q. Where are the speakers located?
17:23   A. On the ceiling of the casino.
17:24   Q. Are the speakers -- are there multiple
17:25   speakers throughout the casino floor?
18:01   A. Yes.
18:02   Q. Are there speakers near the blackjack
18:03   tables?
18:04   A. I mean, they are overhead in the ceiling,

18:05          yes.

19:22 - 21:02     Medina, Jesus 2020-10-09                          2:38
19:22          Q. Do the slot machines that are near the
19:23          blackjack tables makes any noises?
19:24          A. Yes.
19:25          Q. What types of noises do they make?
20:01          A. Depending on which type of slot machine
20:02          is located, it could be an ongoing noise. If there
20:03          are guests playing the slot machines, you know,
20:04          noises will vary depending on the type of slot
20:05          machine and if someone is playing it or not.
20:06          Q. Do they make sounds like a bell or an
20:07          alarm?
20:08          A. Yes.
20:09          Q. And can you hear them when you are by the
20:10          table games?
20:11          A. If there is -- it all depends on who is
20:12          on the table game. You know, sometimes you have
20:13          table games that have several guests on them and
20:14          they can get the conversation -- their conversation
20:15          you -- you would block out or drown out any slot
20:16          noise. If it is an empty table game, I would say,
20:17          yes, you would be able to hear the slot noise.
20:18          Q. And why would conversation block or drown
20:19          out the slot machine noise?
20:20          A. Some table game players get very -- are
20:21          very loud; some are very quiet. So it just
20:22          depends.
20:23          Q. So is it fair to say that some people
20:24          raise their voices at the casino?
20:25          A. Yes.
21:01          Q. Are people ever yelling?
21:02          A. Yes.

23:07 - 23:08     Medina, Jesus 2020-10-09                          0:08
23:07          Q. Could we take a look at Tab 3 which we'll
23:08          mark as Exhibit 54.

23:09 - 26:01     Medina, Jesus 2020-10-09                          3:16
23:09          (Exhibit 54 was marked for
23:10          identification.)
23:11          BY MR. CASTIGLIA:
23:12          Q. Mr. Medina, do you recognize this
23:13          document?
23:14          A. Yes.
23:15          Q. And what is this document?

23:16   A. It is the job description for a 21
23:17   dealer.
23:18   Q. And let's take a quick look at the second
23:19   page, it is Boyd_Gaming_00003.  Do you recognize
23:20   this document?
23:21   A. Yes.
23:22   Q. And what is this document?
23:23   A. These are the physical requirements
23:24   assessment for the position.
23:25   Q. And is it Boyd Gaming's regular practice
24:01   to make documents such as this outlining job
24:02   description and physical assessments?
24:03   A. Yes.
24:04   Q. And do you keep these type of records in
24:05   the ordinary course of your business?
24:06   A. Yes.
24:07   Q. And would Boyd Gaming make this record at
24:08   or near the time that they may have offered this
24:09   job position?
24:10   A. There is one made.  They are revised and
24:11   audited periodically.  For me to tell you that they
24:12   are done at the time of offer of employment, I
24:13   mean, we are constantly hiring and offering
24:14   employment for these type of positions.  So it is
24:15   not -- it is not one that's reviewed every time
24:16   there is a job offer made.
24:17   Q. Okay.  But so it's fair to say that you
24:18   periodically update this.  This is the latest 21
24:19   dealer job description and physical requirement
24:20   form?
24:21   A. Correct.
24:22   Q. And is this the form that applied when
24:23   Mr. Hacker worked at the casino?
24:24   A. Yes.
24:25   Q. Okay.  Let's look at the second page,
25:01   which we are on.  It's Boyd_Gaming_00002.  Do you

25:02   see the section where it says "communications"?
25:03   A. Yes.
25:04   Q. And do you see the section where it says
25:05   "verbal communications" under the subsection of
25:06   communication?
25:07   A. Yes.
25:08   Q. What is the number next to the verbal
25:09   communications?
25:10   A. So that's the number of what they would
25:11   call a -- what the rating scale is.  So a Number 1

| | | |
|---|---|---|
| 25:12 | is normal conditions. | |
| 25:13 | Q. And for verbal communications, there's a | **Re: [25:13 to 25:17]** |
| 25:14 | Number 1 next to that physical requirement.  So is | **Pltf Obj** 611, misstates |
| 25:15 | it fair to say that a 21 dealer needs a normal | |
| 25:16 | level of verbal communication abilities? | |
| 25:17 | A. Yes. | |
| 25:18 | Q. And do you see the section for sensory | |
| 25:19 | abilities? | |
| 25:20 | A. Yes. | |
| 25:21 | Q. What are the requirements for a 21 dealer | |
| 25:22 | relating to the ability to hear? | |
| 25:23 | A. It's normal, normal conditions. | |
| 25:24 | Q. So fair to say that a 21 dealer needs a | **Re: [25:24 to 26:01]** |
| 25:25 | normal level of hearing? | **Pltf Obj** 611, misstates |
| 26:01 | A. Yes. | |

<mark>OBJECTION WITHDRAWN, 3/12/2021</mark> (re: 25:13 to 25:17)

<mark>OBJECTION WITHDRAWN, 3/12/2021</mark> (re: 25:24 to 26:01)

| | | |
|---|---|---|
| 26:12 - 26:24 | Medina, Jesus 2020-10-09 | 1:39 |
| 26:12 | Q. If a dealer can't hear ordinary | |
| 26:13 | conversation, would that affect their ability to | |
| 26:14 | perform their job responsibilities? | |
| 26:15 | A. Yes. | |
| 26:16 | Q. Why is that? | |
| 26:17 | A. Because there is some form of | |
| 26:18 | communication involved with our guest and the game | |
| | | |
| 26:19 | if there needs to be payouts, what type of bets | |
| 26:20 | they are taking in on the game. | |
| 26:21 | Q. Okay.  And if an employee like a dealer | |
| 26:22 | at a 21 table had a hearing impairment, they | |
| 26:23 | struggle to hear patrons, would the casino offer | |
| 26:24 | any types of accommodations to the employee? | |

| | | |
|---|---|---|
| 27:03 - 27:03 | Medina, Jesus 2020-10-09 | 0:02 |
| 27:03 | THE WITNESS:  Yes. | |

| | | |
|---|---|---|
| 27:05 - 27:06 | Medina, Jesus 2020-10-09 | 0:08 |
| 27:05 | Q. What type of accommodations would a | |
| 27:06 | dealer be able to obtain at the casino? | |

| | | |
|---|---|---|
| 27:15 - 28:01 | Medina, Jesus 2020-10-09 | 1:35 |
| 27:15 | THE WITNESS:  So if a team member makes | |
| 27:16 | us aware that they require an accommodation, HR | |
| 27:17 | would reach out to the team member, get more | |
| 27:18 | information from them as to what the condition is | |
| 27:19 | or what is going on, and then we would refer them | |
| 27:20 | to our team member services department to apply for | |

27:21  an accommodation.
27:22  BY MR. CASTIGLIA:
27:23  Q. Do you know whether Mr. Hacker ever
27:24  applied for an accommodation relating to hearing
27:25  loss?
28:01  A. He did not.

28:03 - 28:12  Medina, Jesus 2020-10-09                    1:45
28:03  As a table games dealer, could you just
28:04  describe a little more for me what Mr. Hacker's job
28:05  responsibilities included?
28:06  A. So he would -- depending on the type of
28:07  game, 21 game that he is on, he would deal that
28:08  game according to the standards set.  He would
28:09  deal -- shuffle cards, deal them to the guests,
28:10  interact with the guests, payout any bets, pick up
28:11  any bets, make change.  Those are the type of
28:12  things that he would do as a 21 dealer.

28:13 - 28:16  Medina, Jesus 2020-10-09                    0:20
28:13  Q. I am going to ask that we bring up Tab 3
28:14  again, but this time let's look at the first page
28:15  of Boyd_Gaming_00001 and we've marked that as
28:16  Exhibit 54.

28:17 - 29:20  Medina, Jesus 2020-10-09                    1:25
28:17  There is a row that's titled work                    **Re: [29:18 to 29:20]**                    **OBJECTION WITHDRAWN, 3/16/2021**
28:18  environment.  Do you see that?                       **Pltf Obj** 611, misstates
28:19  A. Yes.
28:20  Q. And what does it say under job related
28:21  environmental factors for Boyd Gaming 21 dealer?
28:22  A. Excessive noise second hand spoke job is
28:23  performed outside, possible weather extremes
28:24  et cetera.
28:25  Q. Is the description of exposure to noise
29:01  an accurate description of job-related
29:02  environmental factors for a Boyd Gaming 21 dealer?

29:03  A. It says casino environment which may
29:04  include exposure to noise and secondhand smoke.
29:05  Q. Is that an accurate description of a 21
29:06  dealer's workplace environment?
29:07  A. Yes.
29:08  Q. Let's look at the second page again which
29:09  ends in 002.  Under the first section of the
29:10  physical requirements assessment, do you see the
29:11  section titled, Work Environment?

| | | |
|---|---|---|
| 29:12 | A. Yes. | |
| 29:13 | Q. And do you see the subsection titled, | |
| 29:14 | Exposure to Loud Noises? | |
| 29:15 | A. Yes. | |
| 29:16 | Q. It has a rating scale of one? | |
| 29:17 | A. Yes. | |
| 29:18 | Q. And does that mean a 21 dealer would | |
| 29:19 | experience loud noises as much as a normal person | |
| 29:20 | would? | |

| 29:22 - 29:22 | Medina, Jesus 2020-10-09 | 0:00 |
|---|---|---|
| 29:22 | THE WITNESS:  Yes. | |

**Re: [29:22 to 29:22]**
**Pltf Obj** 611, misstates

<mark>OBJECTION WITHDRAWN, 3/16/2021</mark>

| 30:22 - 32:17 | Medina, Jesus 2020-10-09 | 2:50 |
|---|---|---|
| 30:22 | Q. Mr. Medina, do you recognize this | |
| 30:23 | document? | |
| 30:24 | A. Yes. | |
| 30:25 | Q. And what is this document? | |
| 31:01 | A. It is service standards forms tables | |
| 31:02 | games dealers. | |
| 31:03 | Q. And is it the casino's regular practice | |
| 31:04 | to make documents such as this establishing service | |
| 31:05 | standards for employees? | |
| 31:06 | A. Yes. | |
| 31:07 | Q. And is it fair to say that this is the | |
| 31:08 | type of document that the casino keeps in its | |
| 31:09 | regular and ordinary course of business? | |
| 31:10 | A. Yes. | |
| 31:11 | Q. And would the casino make this document | |
| 31:12 | at or near the time that they established these | |
| 31:13 | standards? | |
| 31:14 | A. Yes. | |
| 31:15 | Q. Would you describe Number 2 on the | |
| 31:16 | service standards for guest interactions? | |
| 31:17 | A. Demonstrate the 10-5 rule.  So when a | |
| 31:18 | guest is within 10 feet of a team member the team | |
| 31:19 | member should make eye contact and acknowledge | |
| 31:20 | oncoming guests.  At 5 feet, the team member should | |
| 31:21 | greet the guest with a warm hello. | |
| 31:22 | Q. So is it fair to say that conversations | |
| 31:23 | between employees and patrons might start at five | |
| 31:24 | to 10 feet away from each other? | |
| 31:25 | A. Yes. | |
| 32:01 | Q. And would you describe Number 5 on the | |
| 32:02 | service standard for guest's interactions? | |

| | |
|---|---|
| 32:03 | A. Engage guest in conversation. |
| 32:04 | Q. Why is it important that employees at the |
| 32:05 | casino engage guests in conversations? |
| 32:06 | A. To make them feel welcome, acknowledging |
| 32:07 | them. |
| 32:08 | Q. And would you describe Number 12 on the |
| 32:09 | service standards for the guest interactions for |
| 32:10 | me? |
| 32:11 | A. Give guests and fellow team members your |
| 32:12 | full attention while using active listening. |
| 32:13 | Q. And why is it important that the casino |
| 32:14 | employees actively listen to their guests and |
| 32:15 | fellow team members? |
| 32:16 | A. So they don't provide poor customer |
| 32:17 | service. |

33:25 - 34:03   Medina, Jesus 2020-10-09          0:12

| | |
|---|---|
| 33:25 | Q. Let's talk about Mr. Hacker's job |
| 34:01 | performance specifically.  Based on your review of |
| 34:02 | the records and experience as the director of HR, |
| 34:03 | how would you describe Mr. Hacker as an employee? |

34:06 - 35:16   Medina, Jesus 2020-10-09          2:12

| | |
|---|---|
| 34:06 | THE WITNESS:  Based on his record, good. |
| 34:07 | BY MR. CASTIGLIA: |
| 34:08 | Q. Let's look at Tab 2 again, which we |
| 34:09 | marked as Exhibit 55, and this time let's look at |
| 34:10 | the Bates number ending in 008.  I wish you had |
| 34:11 | this document in person so that you didn't have to |
| 34:12 | look at it sideways, but what is this document? |
| 34:13 | A. This is our IView certificate form, so it |
| 34:14 | is a certificate acknowledging our team members for |
| 34:15 | good customer service.  All of our leaders issue |
| 34:16 | these to team members whenever they observe a |
| | team |
| 34:17 | member providing good customer service. |
| 34:18 | Q. And is it fair to say that it is Boyd |
| 34:19 | Gaming's regular practice to make documents such as |
| 34:20 | this award for Mr. Hacker? |
| 34:21 | A. Yes. |
| 34:22 | Q. And is it fair to say that this is a |
| 34:23 | document kept by Boyd Gaming in the regular course |
| 34:24 | of its business? |

| | | |
|---|---|---|
| 34:25 | A. Yes. | |
| 35:01 | Q. And would that award be made at or near | |
| 35:02 | the time that Mr. Hacker created a positive | |
| 35:03 | customer experience? | |
| 35:04 | A. Yes. | |
| 35:05 | Q. There are two boxes checked on | |
| 35:06 | Mr. Hacker's award.  What are these boxes? | |
| 35:07 | A. Those are the company's core values; | |
| 35:08 | relationships, integrity, exceed expectations and | |
| 35:09 | work smart, so the reason why those two are checked | |
| 35:10 | off is because the leader, which is Lucy Thoma saw | |
| 35:11 | that Mr. Hacker exceeded expectations and worked | |
| 35:12 | smart. | |
| 35:13 | Q. Okay.  So it's fair to say that | |
| 35:14 | Mr. Hacker was not only performing his job duties | |
| 35:15 | but actually exceeding expectations? | |
| 35:16 | A. Correct. | |

**35:17 - 35:23   Medina, Jesus 2020-10-09                               0:12**

| | |
|---|---|
| 35:17 | Q. And based on your review of the records, |
| 35:18 | have you ever received complaints about Mr. Hacker |
| 35:19 | from patrons? |
| 35:20 | A. No, I have not. |
| 35:21 | Q. No complaints that he was |
| 35:22 | misunderstanding patrons? |
| 35:23 | A. I have not. |

**36:03 - 36:07   Medina, Jesus 2020-10-09                               0:09**

| | |
|---|---|
| 36:03 | Q. Mr. Medina, if you received a complaint |
| 36:04 | about Mr. Hacker's job performance for any |
| 36:05 | hearing-related issues, is that something that |
| 36:06 | would be related in his job file? |
| 36:07 | A. Yes. |

**36:17 - 36:19   Medina, Jesus 2020-10-09                               0:11**

| | | |
|---|---|---|
| 36:17 | Q. Have patrons ever complained about Mr. | **Re: [36:17 to 36:19]** |
| 36:18 | Hacker having trouble communicating with them? | **Pltf Obj** cumulative (asked & |
| 36:19 | A. No. | answered) |

==OBJECTION WITHDRAWN, 3/12/2021==

**36:22 - 36:23   Medina, Jesus 2020-10-09                               0:04**

| | | |
|---|---|---|
| 36:22 | Q. Have patrons ever complained about | **Re: [36:22 to 36:23]** |
| 36:23 | Mr. Hacker having trouble hearing them? | **Pltf Obj** cumulative (asked & |
| | | answered) |

==SUSTAINED==

**37:02 - 37:24   Medina, Jesus 2020-10-09                               1:57**

| | | | |
|---|---|---|---|
| 37:02  Q. Was the answer no? | Re: [37:02 to 37:08] | | SUSTAINED |
| 37:03  A. No. | Pltf Obj cumulative (asked & | | |
| 37:04  Q. Does Boyd Gaming have a single record | answered) | | |
| 37:05  that indicates that a single customer ever | | | |
| 37:06  complained about Mr. Hacker not being able to hear | | | |
| 37:07  something? | | | |
| 37:08  A. Not that I'm aware of, we don't. | | | |
| 37:09  Q. And you mentioned that Mr. Hacker no | | | |
| 37:10  longer works at the Suncoast Hotel and Casino; | | | |
| 37:11  right? | | | |
| 37:12  A. Correct. | | | |
| 37:13  Q. And you mentioned that his termination | | | |
| 37:14  was related to the Covid 19 pandemic? | | | |
| 37:15  A. Correct. | | | |
| 37:16  Q. Was his termination related in any way to | | | |
| 37:17  issues with his hearing capabilities? | | | |
| 37:18  A. No. | | | |
| 37:19  Q. Was his termination in any way related to | | | |
| 37:20  his tinnitus? | | | |
| 37:21  A. I'm sorry.  What was this? | | | |
| 37:22  Q. Was his termination in any way related to | | | |
| 37:23  an ear condition called tinnitus? | | | |
| 37:24  A. No. | | | |

| | | | |
|---|---|---|---|
| 40:02 - 40:05  Medina, Jesus 2020-10-09 | | 0:15 | |
| 40:02  Q. I want to talk to you a little bit about | Re: [40:02 to 40:07] | | SUSTAINED |
| 40:03  how the game of 21 or blackjack is played.  Isn't | Def Obj Foundation (602) | | |
| 40:04  it true that primarily hand signals are used in | | | |
| 40:05  order to play the game? | | | |
| 40:07 - 40:07  Medina, Jesus 2020-10-09 | | 0:00 | |
| 40:07  THE WITNESS:  I could not answer that. | Re: [40:02 to 40:07] | | SUSTAINED |
| | Def Obj Foundation (602) | | |
| 40:09 - 40:17  Medina, Jesus 2020-10-09 | | 0:20 | |
| 40:09  Q. Well, I guess, are you a blackjack player | Re: [40:14 to 40:19] | | OVERRULED |
| 40:10  yourself? | Def Obj Foundation (602) | | |
| 40:11  A. No, I am not. | | | |
| 40:12  Q. Have you ever played blackjack? | | | |
| 40:13  A. No, I have not. | | | |
| 40:14  Q. Okay.  Are you familiar with the use | | | |
| 40:15  of -- well, whenever you are making a bet, for | | | |
| 40:16  instance, you simply put the chips that you want to | | | |
| 40:17  bet on the table; correct? | | | |
| 40:19 - 40:19  Medina, Jesus 2020-10-09 | | 0:00 | |

| | | |
|---|---|---|
| 40:19 | THE WITNESS: Correct. | Re: [40:14 to 40:19]<br>Def Obj Foundation (602) | **OVERRULED** |

**40:24 - 41:01** Medina, Jesus 2020-10-09     0:08

| | | |
|---|---|---|
| 40:24 | Q. You just put them on the table and there | |
| 40:25 | is a spot where you put them in order to pony up | Re: [40:24 to 41:23]<br>Def Obj Foundation (602) | **OVERRULED** |
| 41:01 | your bet; is that fair? | |

**41:03 - 41:03** Medina, Jesus 2020-10-09     0:00

| | | |
|---|---|---|
| 41:03 | THE WITNESS: Yes. | Re: [40:24 to 41:23]<br>Def Obj Foundation (602) | **OVERRULED** |

**41:05 - 41:08** Medina, Jesus 2020-10-09     0:09

| | | |
|---|---|---|
| 41:05 | Q. And whenever you are asking me for | |
| 41:06 | another card, you actually take the two cards and | Re: [40:24 to 41:23]<br>Def Obj Foundation (602) | **OVERRULED** |
| 41:07 | brush them towards you or you knock on the table | |
| 41:08 | asking for another card; is that fair? | |

**41:10 - 41:10** Medina, Jesus 2020-10-09     0:00

| | | |
|---|---|---|
| 41:10 | THE WITNESS: Yes. | Re: [40:24 to 41:23]<br>Def Obj Foundation (602) | **OVERRULED** |

**41:12 - 41:16** Medina, Jesus 2020-10-09     0:14

| | | |
|---|---|---|
| 41:12 | Q. And if you don't want another card, you | |
| 41:13 | slide your two cards under the, or however many | Re: [40:24 to 41:23]<br>Def Obj Foundation (602) | **OVERRULED** |
| 41:14 | cards you have, under the actual bet that you have | |
| 41:15 | made, put the corners under it to signal you don't | |
| 41:16 | want another hit; is that true? | |

**41:18 - 41:23** Medina, Jesus 2020-10-09     0:08

| | | |
|---|---|---|
| 41:18 | THE WITNESS: Yes. | |
| 41:19 | BY MR. BLAIR: | Re: [40:24 to 41:23]<br>Def Obj Foundation (602) | **OVERRULED** |
| 41:20 | Q. And, for instance, if you are going to | |
| 41:21 | double down, you simply put double your bet next to | |
| 41:22 | your original bet; is that correct? | |
| 41:23 | A. Yes. | |

**42:02 - 42:06** Medina, Jesus 2020-10-09     0:17

| | | |
|---|---|---|
| 42:02 | Q. And if you are wanting to split cards, | |
| 42:03 | you do another hand signal where you're actually | Re: [42:02 to 42:08]<br>Def Obj Foundation (602) | **OVERRULED** |
| 42:04 | splitting two fingers so the dealer knows that you | |
| 42:05 | want to split those two cards or those two cards | |
| 42:06 | for additional cards; right? | |

**42:08 - 42:17** Medina, Jesus 2020-10-09     0:19

| | | |
|---|---|---|
| 42:08 | THE WITNESS: I am not aware of that. | Re: [42:02 to 42:08]<br>Def Obj Foundation (602) | **OVERRULED** |
| 42:09 | BY MR. BLAIR: | |

42:10   Q. But you were generally aware of the
42:11   signals that I talked about?
42:12   A. Yes.
42:13   Q. And you don't have to be a blackjack
42:14   player yourself to know that's how it is done?  You
42:15   have had a lot of experience being around
42:16   blackjack; correct?
42:17   A. Correct.

44:13 - 44:25  Medina, Jesus 2020-10-09                                    1:44

44:13   Q. And we talked earlier today about what's
44:14   been Bates numbered Boyd_Gaming_0002 where
44:15   Mr. Hacker's working conditions as far as exposure
44:16   to noises was normal based upon the Number 1
44:17   designation; is that true?
44:18   A. Yes.
44:19   Q. So he was working within a normal noise
44:20   level in his everyday job?
44:21   A. Yes.
44:22   Q. And you mentioned that there is music
44:23   that's piped in over the speakers.  I presume
44:24   that's not blaring music, is it?
44:25   A. No, it is not.

45:03 - 45:07  Medina, Jesus 2020-10-09                                    0:14

45:03   Q. And the -- you mentioned that
45:04   occasionally you will have bands in, but those
45:05   bands are far across the casino from where
45:06   Mr. Hacker would have been working at the blackjack
45:07   tables; is that true?

45:09 - 45:09  Medina, Jesus 2020-10-09                                    0:00

45:09   THE WITNESS:  Correct.

| 3M Affirmatives | | Pltf Objections | Pltf Counters | 3M Objections | Rulings |
|---|---|---|---|---|---|
| 7:18 - 9:23 | Murphy, William 2021-01-15    3:50 | | | | |
| 7:18 | Q. Good afternoon, Dr. Murphy.  My | | | | |
| 7:19 | name is Nick Wasdin, and I represent 3M in this | | | | |
| 7:20 | litigation.  Can you start by introducing | | | | |
| 7:21 | yourself, tell us who you are and where you | | | | |
| 7:22 | work? | | | | |
| 7:23 | A. My name is William Murphy, and I | | | | |
| 8:01 | work for the National Institute for | | | | |
| 8:02 | Occupational Safety and Health.  I'm in the | | | | |
| 8:03 | division of field studies and engineering.  And | | | | |
| 8:04 | I'm in the engineering physical hazards branch | | | | |
| 8:05 | and in the noise and bioacoustics team.  I've | | | | |
| 8:06 | been working at NIOSH since December of 1992. | | | | |
| 8:07 | And my current position is as the coordinator | | | | |
| 8:08 | for the hearing loss prevention research | | | | |
| 8:09 | program within the National Institute for | | | | |
| 8:10 | Occupational Safety and Health.  And I've been | | | | |
| 8:11 | doing that job for the last five years. | | | | |
| 8:12 | Q. Can you give us an overview of | | | | |
| 8:13 | your education prior to joining NIOSH? | | | | |
| 8:14 | A. Sure.  I completed a bachelor's | | | | |
| 8:15 | degree in 1982 in physics at Iowa State | | | | |
| 8:16 | University.  I continued at Iowa State | | | | |
| 8:17 | completed a master's degree in physics -- in | | | | |
| 8:18 | solid state physics at Iowa State University in | | | | |
| 8:19 | 1984.  I then applied for and went to | | | | |
| 8:20 | Purdue University to study for my doctorate in | | | | |
| 8:21 | physics.  That was completed in 1992. | | | | |
| 8:22 | The emphasis area in my research was -- | | | | |
| 8:23 | well, specialized in hearing science, cochlear | | | | |
| 9:01 | modeling, and measurement of otoacoustic | | | | |
| 9:02 | emissions, which are sounds produced by the | | | | |
| 9:03 | inner ear and measured in the ear canal.  And | | | | |
| 9:04 | then I was hired by National Institute for | | | | |
| 9:05 | Occupational Safety and Health in -- June 26 of | | | | |
| 9:06 | 1992 is when I was offered my job.  And then I | | | | |
| 9:07 | was told I needed to show up there by | | | | |
| 9:08 | December 14 of 1992.  So December 14 is when I | | | | |
| 9:09 | started with NIOSH after I had finished and | | | | |
| 9:10 | defended my dissertation work at Purdue.  And I | | | | |
| 9:11 | have been with NIOSH ever since. | | | | |
| 9:12 | Q. Okay. | | | | |
| 9:13 | A. I've -- in 2012 -- well, starting | | | | |

9:14   in 2000 and finishing in 2012, I completed a
9:15   master's degree -- master's of engineering
9:16   degree in acoustics at Penn State University in
9:17   the graduate program for acoustics.
9:18   Q. Has your work as NIOSH included
9:19   researching and testing hearing protection
9:20   devices?
9:21   A. Yes.
9:22   Q. What type of testing have you done
9:23   on hearing protection devices?

10:08 - 11:10   Murphy, William 2021-01-15                    2:53
10:08   A. The work that we've done has been
10:09   both physical acoustics measurements and with
10:10   human subject measurements.  And -- I'm sorry.
10:11   I'm trying to finish one thing that somebody is
10:12   asking me about and I need to get back to her.
10:13   It should be -- all right.  So there is -- at
10:14   NIOSH we have a testing laboratory for human
10:15   subjects to conduct what's called real ear
10:16   attenuation and threshold measurements, which
10:17   are the standard type measurements that are --
10:18   that are done for determining the noise
10:19   reduction rating for hearing protection
10:20   devices.
10:21   We also have the facilities to do physical
10:22   acoustic measurements of attenuation of hearing
10:23   protection devices, both with continuous noise
11:01   sounds and with impulsive noise sounds.  And
11:02   that -- I think that answers your question.
11:03   Q. When did you first become aware of
11:04   the Combat Arms Earplug?
11:05   A. Let me think.  I -- I think when I
11:06   first became aware of it was around 2001.  We
11:07   purchased an acoustic test fixture in 2000, I
11:08   think.  And it was delivered in September of
11:09   2001.  And we did our first tests with that
11:10   fixture with earplugs in 2001.

12:15 - 13:09   Murphy, William 2021-01-15                    1:57
12:15   Q. (Mr. Wasdin) Dr. Murphy, I heard
12:16   your last answer cut out on me.  But I asked
12:17   when you first became aware of the Combat Arms,
12:18   and I think you were describing your purchase

12:19   of an acoustical test fixture.
12:20   A. Yes.  The reason I -- I can't peg
12:21   or pin down exactly when I became aware of the
12:22   Combat Arms Earplug was that the company or the

13:23   organization that we purchased the acoustical
13:01   test fixture from was the French German
13:02   Research Institute of Saint Louis.  And they
13:03   are also the ones who invented the filter that
13:04   is used in the Combat Arms Earplug.  So we
13:05   became aware of that.  The first time that I
13:06   ever did any measurements with the Combat Arms

13:07   Earplug with that filter was in 2001.
13:08   Q. Okay.  And what type of acoustical
13:09   test fixture did NIOSH have at that time?

13:11 - 13:15   Murphy, William 2021-01-15                    0:12
13:11   A. It's the one that we purchased --
13:12   we purchased it from the French German Research

13:13   Institute of Saint Louis.
13:14   Q. Is it a mannequin of some sort?
13:15   A. Yes.

14:08 - 14:16   Murphy, William 2021-01-15                    0:22
14:08   Q. All right.  Dr. Murphy, this, I
14:09   believe, will take the number Exhibit 1 to your
14:10   deposition.  And it is an e-mail from you to
14:11   some other folks dated 10/23/2001 with the
14:12   subject line of impulse peak levels.  Do you
14:13   see that?
14:14   (Defendant's Exhibit Number 1
14:15   is marked for identification.)
14:16   A. Yes.

14:17 - 15:22   Murphy, William 2021-01-15                    2:39
14:17   Q. What is the -- what does this
14:18   e-mail contain within itself?
14:19   A. It contains -- well, the data
14:20   columns that are there are describing the
14:21   firearm that was used, whether it was a nine
14:22   millimeter pistol.  I'd have to go back and
14:23   look to see exactly what pistol it was.  But I

| | | |
|---|---|---|
| 15:01 | want to say it was a Sig Sauer pistol and a | |
| 15:02 | Colt AR-15 which is a surrogate for the M-16 | |
| 15:03 | rifle. | |
| 15:04 | And it describes in the second column of the | |
| 15:05 | dataset there the different types of hearing | |
| 15:06 | protection devices that were tested.  There are | |
| 15:07 | a variety of earplugs.  There are a variety of | |
| 15:08 | electronic hearing protectors.  It describes | |
| 15:09 | whether the hearing protector was electronic or | |
| 15:10 | whether it was just turned off.  It describes | |
| 15:11 | whether the protector was nonlinear.  And then | |
| 15:12 | it tells us the peak level, the sound pressure | |
| 15:13 | level of the impulse that was measured close to | |
| 15:14 | the mannequin, about four inches from the right | |
| 15:15 | ear of the mannequin, which was about six feet | |
| 15:16 | of the left of the person who was doing the | |
| 15:17 | shooting.  It describes the peak level inside | |
| 15:18 | of the mannequin's ear canal, so measured | |
| 15:19 | approximately at the location of the tympanic | |
| 15:20 | membrane.  And it describes the difference, the | |
| 15:21 | attenuation, between the outside and inside | |
| 15:22 | measurement. | |

| 16:13 - 17:20 | Murphy, William 2021-01-15 | 2:55 |
|---|---|---|
| 16:13 | Q. One of the earplugs or hearing | |
| 16:14 | protection devices that was tested included the | |
| 16:15 | Combat Arms Version II.  Is that right? | |
| 16:16 | A. Yes.  Yes.  There are eight lines | |
| 16:17 | in this that have CAELin, CAELin2, CAENLin and | |
| 16:18 | CAENLin2.  There are four lines for the nine | |
| 16:19 | millimeter, and there are four lines for the | |
| 16:20 | M-16. | |
| 16:21 | Q. What was the purpose of this | |
| 16:22 | testing?  Why was it done? | |
| 16:23 | A. Well, the question that was of | |
| 17:01 | interest to me as a researcher in hearing, in | |
| 17:02 | hearing science, is whether or not the impulse | |
| 17:03 | would be attenuated sufficiently fast to, you | |
| 17:04 | know, not prevent or not present a damage risk | |
| 17:05 | to the persons who were wearing these hearing | |
| 17:06 | protection devices. | |
| 17:07 | In particular I was concerned about the | |
| 17:08 | electronic devices, whether or not they would | |
| 17:09 | be cutting out sound quickly enough and -- and | |

17:10   just trying to understand what it is that we
17:11   can know about the hearing protection devices.
17:12   The Combat Arms Earplugs -- and then there's
17:13   another one that's listed in there called
17:14   ISLNLin and ISLNLin2.  Those are using the same
17:15   filter that's in the Combat Arms Earplug.  And
17:16   the way that those filters operate is based on
17:17   physical acoustic principles where the acoustic
17:18   resistance of -- the pressure -- the resistance
17:19   to sound going through that small orifice acts
17:20   almost immediately.

18:03 - 19:04   Murphy, William 2021-01-15                          1:27
18:03   Q. Okay.  Was this testing performed
18:04   on the ISL mannequin that you described
18:05   earlier?
18:06   A. It was performed on an ISL
18:07   mannequin that was built in the year 2000.
18:08   Q. Can you describe for us what the
18:09   ear and ear canal anatomy is on that mannequin?
18:10   A. The ear canal on this particular
18:11   mannequin, I want to say it was about eight
18:12   millimeters or -- I'd have to go back and look
18:13   at my records.  But I think it was around eight
18:14   to nine millimeters in length.  It was a rubber
18:15   ear canal insert that attaches to the lateral
18:16   end of the middle ear simulator.  In this case
18:17   it was one that was built by Bruel and Kjaer
18:18   Corporation.
18:19   And that ear canal simulator is mounted
18:20   inside of a solid acrylic head.  And it is
18:21   isolated in two different ways.  There's a
18:22   casing inside of this acrylic head in which the
18:23   preamplifier and the ear simulator are mounted.
19:01   And those provide shock isolation for the
19:02   purpose of being able to use these with very
19:03   high level impulses such as blast noise from
19:04   explosions and the like.

19:05 - 24:17   Murphy, William 2021-01-15                          7:59
19:05   Q. How was the Combat Arms Version II
19:06   plug that you tested inserted into the ear
19:07   canal on the mannequin?
19:08   A. Well, the ear canal is a straight

Re: [19:05 to 24:17]
Pltf Obj 402, 403, cumulative

OVERRULED

19:09   cylinder.  So as you insert the earplug,
19:10   because this ear canal had only about eight or
19:11   nine millimeters, if I recall correctly, of
19:12   length, you could only be assured that you were
19:13   getting full contact of the first flange and
19:14   the second flange of the Combat Arms Earplug
19:15   with the walls of the ear canal.  The third
19:16   flange of the earplug makes contact with the
19:17   lateralmost edge of the ear canal.  But it
19:18   isn't inserted fully like you would have on
19:19   a -- if you were to insert it in a -- in a real
19:20   human ear or in -- there's another ear canal
19:21   that we -- or another acoustic test fixture
19:22   that we did.
19:23   And I guess we'll get to it in the other --
20:01   other documents that were submitted.  But it's
20:02   a longer ear canal.  And it's more conformal to
20:03   the shape of a -- a regular human ear canal.
20:04   Q. What steps were you able to take
20:05   on this first mannequin in 2001 to ensure that
20:06   you were getting a good fit or seal with the
20:07   earplug?
20:08   A. In the case of the Combat Arms
20:09   Earplug as well as in the other earplug that
20:10   is -- well, the other earplugs that are in
20:11   these measurements, we inserted them to the
20:12   full depth of the mannequin's ear canal.  The
20:13   ear simulator -- the middle ear simulator has a
20:14   grid that is about four millimeters in front of
20:15   the diaphragm of the microphone that's doing
20:16   the sensing of the sound.  And so you can push
20:17   the ear canal -- you can push the earplug all
20:18   the way into the ear canal and not worry about
20:19   contacting the diaphragm of the microphone and
20:20   destroying the microphone.
20:21   Q. Did you need to fold back the
20:22   flanges --
20:23   A. No.
21:01   Q. -- on the opposite end of the plug
21:02   to get a good fit?
21:03   A. No.
21:04   Q. So all of this testing, at least
21:05   in 2001, was done without folding the flanges
21:06   back?

21:07    A. Correct.
21:08    Q. Can you tell looking at Exhibit 1
21:09    here what type of attenuation -- let's start
21:10    with the green end of the Combat Arms, was
21:11    providing?
21:12    A. Sure.  The green end of the Combat
21:13    Arms is the CAELin and the CAELin2.  And as we
21:14    look at this, it is lines three and four of the
21:15    data.  And the last number in those lines is
21:16    28.78 and 28.83.  And if you go down a little
21:17    further to where the M16 has the same CAELin
21:18    and CAELin2, we find that the values there are
21:19    28.28 and 28.86.
21:20    So it's -- it's providing -- and there needs
21:21    to be perhaps a distinction between what I'm
21:22    calling attenuation, at least in this e-mail at
21:23    that time, and making a comparison to something
22:01    like noise reduction rating.  Noise reduction
22:02    rating is measured with the subject's ear.
22:03    You're making a measurement of -- of detecting
22:04    sound with the ear open and then with the ear
22:05    occluded with an earplug.  And in this case
22:06    we're making a measurement between the
22:07    microphone that is outside of the ear and the
22:08    microphone that is at the location of the --
22:09    the tympanic membrane or nominally surrogate
22:10    for the tympanic membrane.  And the difference
22:11    between the outside microphone and the inside
22:12    microphone is going to be slightly different
22:13    and slightly affected due to resonance effects
22:14    of the outer and middle ear that a human would
22:15    experience.
22:16    Q. So I think to sort of try to
22:17    summarize this as best I understand it, for
22:18    both the nine millimeter handgun that was fired
22:19    as well as the M16 surrogate rifle, the green
22:20    end of the Combat Arms was providing
22:21    approximately 28 dB of attenuation from the --
22:22    A. Correct.
22:23    Q. -- outside inside of the earplug?
23:01    A. Correct.
23:02    Q. Okay.  And then what about the
23:03    yellow end, how did that side perform?
23:04    A. The yellow end are the next two

23:05    lines, so lines 5 and 6.  And we see there
23:06    28.18 and 26.68 for the nine millimeter rounds.
23:07    And for the M16 we're seeing 25.07 and 25.73
23:08    for the -- I'm going to call this the impulse
23:09    noise reduction or the peak noise reduction
23:10    that we're seeing.  In the e-mail I called it
23:11    attenuation.  But I think the correct term to
23:12    use is noise reduction.
23:13    Q. Okay.  You mentioned earlier that
23:14    one of these other hearing protection devices
23:15    that are listed in this -- these rows of data
23:16    also used the same ISL nonlinear filter.  Is
23:17    that right?
23:18    A. Yes.
23:19    Q. Which -- sorry, sir.
23:20    A. There's -- well, there's the
23:21    ISLNLin and the ISLNLin2.
23:22    Q. What plug was that?
23:23    A. It is -- so when -- I'm trying to
24:01    remember who it is.  I think it was Aearo at
24:02    the time, that they made a -- they licensed the
24:03    product, this filter from the French German
24:04    Research Institute de Saint Louis.  But the
24:05    French Army was using -- and you'll see it up
24:06    here in the -- in the body of the e-mail.  It
24:07    describes here ISLNLin and NLin2 are the Bilsom
24:08    656/ISL nonlinear plug.  And the French Army
24:09    had access to this filter.  And they use it in
24:10    the French Army.  I don't know if Bilsom still
24:11    makes this product.  I don't think that they
24:12    do.  Well, Bilsom is no longer -- they're now a
24:13    part of Honeywell.
24:14    Q. Is Bilsom, or at least were they
24:15    at the time, a different manufacturer of
24:16    hearing protection?
24:17    A. Yes.

29:14 - 29:20    Murphy, William 2021-01-15                    0:24
29:14    Q. Okay.  Going back to Exhibit 1,                    **Re: [29:14 to 29:20]**        **OVERRULED**
29:15    the October 2001 testing that we were just            **Pltf Obj** cumulative
29:16    talking about, I was asking you how did the
29:17    results that you achieved with the Combat Arms
29:18    Version II Earplug compare to the results that
29:19    you achieved with the Bilsom earplug that had

| 29:20 | the ISL filter in it? | | |
|---|---|---|---|
| 30:05 - 30:18 | Murphy, William 2021-01-15 | 1:53 | |
| 30:05 | A. I'm hearing nothing from the | **Re: [30:05 to 30:18]** | **OVERRULED** |
| 30:06 | attorney.  As you look at this measurement of | **Pltf Obj** cumulative, G7 | |
| 30:07 | attenuation, what you'll note is for the | | |
| 30:08 | ISLNLin and NLin2, the attenuation was | | |
| 30:09 | approximately 16.41 and 17.34.  And for the M16 | | |
| 30:10 | rifle, it was 15.9 and 17.81.  So approximately | | |
| 30:11 | ten decibels less. | | |
| 30:12 | Now, the reason, I think, is that the flange | | |
| 30:13 | structure of the ISL or what is the Bilsom 656 | | |
| 30:14 | earplug, the third flange does not make contact | | |
| 30:15 | at all with the ear canal.  So when you insert | | |
| 30:16 | it, you only have contact with the first two | | |
| 30:17 | flanges of that earplug and not the third | | |
| 30:18 | flange. | | |
| 31:01 - 33:09 | Murphy, William 2021-01-15 | 3:48 | |
| 31:01 | Q. Dr. Murphy, turning your attention | | |
| 31:02 | from the results of your testing to the | | |
| 31:03 | distribution on the e-mail, can you tell me who | | |
| 31:04 | it was by looking at the to and CC lines that | | |
| 31:05 | you were sharing this data with? | | |
| 31:06 | A. What do you mean who?  Do you want | | |
| 31:07 | me to tell you who all the persons are? | | |
| 31:08 | Q. Yes, sir. | | |
| 31:09 | A. Okay.  Elliott Berger at that time | | |
| 31:10 | was worker for Aearo EAR.  Vern Larson was an | | |
| 31:11 | employee of Bacou-Dalloz.  At that particular | | |
| 31:12 | time, Bacou-Dalloz had purchased Bilsom | | |
| 31:13 | Corporation.  They were still selling product | | |
| 31:14 | as Bilsom.  Per -- Vern Larson worked in | | |
| 31:15 | San Diego at what is now the Honeywell | | |
| 31:16 | headquarters -- well, their hearing protection | | |
| 31:17 | labs in the U.S.  Per Hiselius was working in | | |
| 31:18 | Billesholm, Sweden, and he was an employee of | | |
| 31:19 | Dalloz Safety. | | |
| 31:20 | Armand Dancer is a research physiologist and | | |
| 31:21 | medical physician with the French German | | |
| 31:22 | Research Institute de Saint Louis.  Dr. Douglas | | |
| 31:23 | Ohlin was at that time part of the Centers for | | |
| 32:01 | Health Promotion and Preventive Medicine at | | |

| | | |
|---|---|---|
| 32:02 | Aberdeen Proving Grounds Edgewood Campus. And | |
| 32:03 | Dr. John Franks is -- at that time he was my | |
| 32:04 | supervisor.  And Mark Little -- Major Mark | |
| 32:05 | Little was a -- what would you call it?  I | |
| 32:06 | guess it was an intern or he was assigned to | |
| 32:07 | work at NIOSH for a year.  And he was, I think, | |
| 32:08 | towards the beginning of his tenure with us at | |
| 32:09 | NIOSH. | |
| 32:10 | Q. Do you recall why you were sending | |
| 32:11 | this test data to that particular group of | |
| 32:12 | people? | |
| 32:13 | A. Because all of the products that | |
| 32:14 | are listed there are manufactured by persons | |
| 32:15 | from those companies with the exception of one | |
| 32:16 | of the products that's there. | |
| 32:17 | Q. And what about Mr. Doug Ohlin? | |
| 32:18 | A. Doug Ohlin was in the Army's role | |
| 32:19 | at the Center for -- CHPPM, Center for Health | |
| 32:20 | Promotion and Preventive Medicine.  And Mark | |
| 32:21 | Little had been working with Dr. Ohlin.  And | |
| 32:22 | that's as much as I know.  So I figured that | |
| 32:23 | Doug would be interested.  Armand Dancer is a | |
| 33:01 | researcher at ISL.  And since they invented the | |
| 33:02 | earplug filter, I thought it was interesting to | |
| 33:03 | share these data with him. | |
| 33:04 | Q. Okay.  After the 2001 testing | |
| 33:05 | that's described in this e-mail, do you recall | |
| 33:06 | when the next time was that you had an occasion | |
| 33:07 | to test the Combat Arms Version II? | |
| 33:08 | MS. SASLAW:  And I'm -- | |
| 33:09 | A. May of 2002. | |

| | | |
|---|---|---|
| 33:11 - 33:12 | Murphy, William 2021-01-15 | 0:04 |
| 33:11 | A. It's part of a health hazard | |
| 33:12 | evaluation that NIOSH did. | |

| | | |
|---|---|---|
| 33:20 - 35:14 | Murphy, William 2021-01-15 | 2:11 |
| 33:20 | Q. Okay.  Dr. Murphy, can you tell us | |
| 33:21 | if you recognize Exhibit 2, and if so, what it | |
| 33:22 | is? | |
| 33:23 | A. Let's see here.  Yes.  I recognize | |
| 34:01 | it.  It is a presentation that I wrote in | |
| 34:02 | collaboration with my colleague, Chucri Kardous | |

34:03   at NIOSH.  And it -- as the title says, it
34:04   describes measurements of attenuation of
34:05   nonlinear and linear hearing protection devices
34:06   and impulse noise.
34:07   Q. Is this the testing that you just
34:08   described would have been done in 2002?
34:09   A. Yes.
34:10   Q. Okay.  If we turn to the -- well,
34:11   let me ask you before I turn into it, what was
34:12   the occasion for this testing?  Why did you do
34:13   it?
34:14   A. The Fort Collins Police Services
34:15   Department contacted NIOSH to request their
34:16   assistance with the evaluation of impulse noise
34:17   and hearing sensitivity, hearing loss --
34:18   actually hyperacusis is the term that -- that
34:19   should be used, for their special weapons and
34:20   assault team, I guess is the proper expanded
34:21   abbreviation for SWAT.  They had issued an
34:22   electronic earplug to their officers on the
34:23   SWAT team.  And they were concerned that
35:01   several of their officers had developed
35:02   sensitivity to impulse noise and to using that
35:03   particular product.  And they asked NIOSH to
35:04   come out and do an evaluation of the noise
35:05   levels and to evaluate that particular earplug
35:06   that they were using.  And at the time that we
35:07   did this, I wanted to take and get as many of
35:08   our products that -- many of which you saw in
35:09   the -- in the previous Exhibit 1 or tab one, I
35:10   guess you called it.  We wanted to evaluate as
35:11   many of those products as we could in
35:12   collaboration with going out and doing these
35:13   measurements at an indoor as well as an outdoor
35:14   firing range.

35:17 - 39:03   Murphy, William 2021-01-15                    4:07
35:17   Q. And Dr. Murphy, I would ask you
35:18   whether you can tell us what products were
35:19   tested during this 2002 NIOSH testing?
35:20   A. Okay.  So there are -- in this
35:21   case the -- there are linear products that are
35:22   described here.  And there are nonlinear
35:23   products that are described here.  The

36:01 Bilsom 555 is a solid core linear earplug.  The
36:02 Bilsom 655 NST -- stands for natural sound
36:03 technology -- is akin to a flat attenuation
36:04 earplug designed for musicians of sorts.  The
36:05 EAR Combat Arms Earplug is the CAE Version II.
36:06 The linear side of that is the green side.
36:07 The next two EAR products are the same
36:08 product.  One of them is called HiFi.  The
36:09 other is called Ultratech.  And they are built
36:10 with a Knowles -- I believe it's a Knowles
36:11 acoustic filter.  And they're meant to provide
36:12 a flat attenuation, a uniform attenuation
36:13 across the frequency spectra.  The EAR classic
36:14 earplug is a polyvinyl foam earplug, and it is
36:15 formable.  You can roll it down and make it
36:16 insert into a fixture and whatnot.
36:17 The nonlinear earplugs that were looked at
36:18 were the Bilsom 655 using the ISL cartridge.
36:19 So it's essentially the -- it's the same
36:20 flanges as the 655 NST earplug.  But instead of
36:21 having the NST filter, it uses the ISL
36:22 cartridge.  The EAR Combat Arms Version II with
36:23 the ISL cartridge, we all know what that is.
37:01 And then there's another product here, the
37:02 North Sonic ear valve, which is -- essentially
37:03 it's a flap inside of a metal cylinder with
37:04 openings on either end.  And the assumption is
37:05 that the sound pressure level will cause that
37:06 flap to close and increase the attenuation.
37:07 And then the last product that's on that is an
37:08 earmuff called the EAR Ultra 9000.  I don't
37:09 know if that's sold anymore.  I don't believe
37:10 that it is.  And it is also based on a
37:11 nonlinear acoustic process like the ISL
37:12 cartridge except instead of a cylinder with two
37:13 holes on either end, you know, inserted into an
37:14 ear canal cartridge, it's a larger slit orifice
37:15 that relies on the same principles that as the
37:16 sound pressure differential across the orifice
37:17 is increasing, the acoustic resistance
37:18 increases and provides more attenuation as the
37:19 sound pressure level outside goes up.
37:20 Q. Okay.  Was this testing also done
37:21 on a mannequin?

| | |
|---|---|
| 37:22 | A. Yes.  It was done on the ISL |
| 37:23 | mannequin that was done on the previous |
| 38:01 | discussion -- |
| 38:02 | Q. And -- |
| 38:03 | A. -- so circa 2000. |
| 38:04 | Q. -- would the Combat Arms |
| 38:05 | Version II have been fitted into that mannequin |
| 38:06 | in the manner that you described earlier? |
| 38:07 | A. Yes. |
| 38:08 | Q. Did you need to fold back the |
| 38:09 | flanges on the -- |
| 38:10 | A. No. |
| 38:11 | Q. -- opposite on this test? |
| 38:12 | A. No. |
| 38:13 | Q. You were able to get a good fit |
| 38:14 | with the Combat Arms Version II without folding |
| 38:15 | the flanges back? |
| 38:16 | A. Correct. |
| 38:17 | Q. Did you have any problems during |
| 38:18 | this testing achieving or maintaining a good |
| 38:19 | fit with the Combat Arms Version II? |
| 38:20 | A. No.  You know, it's -- it's the |
| 38:21 | same earplug.  It's the same ear canal.  And |
| 38:22 | it's the same issues that I mentioned earlier, |
| 38:23 | which is the first two flanges would have solid |
| 39:01 | contact with the ear canal wall.  And the third |
| 39:02 | flange was in contact with the outer edge of |
| 39:03 | the ear canal wall. |

| | | |
|---|---|---|
| 39:06 - 41:01 | Murphy, William 2021-01-15 | 3:31 |
| 39:06 | Q. And Dr. Murphy, could you tell us | |
| 39:07 | what you did during this 2002 testing? | |
| 39:08 | A. So this is describing the | |
| 39:09 | measurements at the indoor firing range.  There | |
| 39:10 | are ten weapons that are indicated here, five | |
| 39:11 | different calibers, and the weapons had | |
| 39:12 | different length barrels.  So there are four | |
| 39:13 | pistols.  The 357 Smith and Wesson 586 and 686. | |
| 39:14 | I don't remember which one is the longer one. | |
| 39:15 | Same thing for the Para-Ordnance and the | |
| 39:16 | Colt 991, 45 caliber, the Glock 22 and 27, and | |
| 39:17 | the pocket nine and Sig Sauer nine millimeter | |
| 39:18 | pistols. | |
| 39:19 | The Remington 870 and 1187 also had slightly | |

39:20    different lengths in the shotgun barrel.  We
39:21    set the mannequin up so that it was six feet to
39:22    the left of the shooter.  The shooter had a
39:23    tripod in which they were to rest their hand
40:01    and basically provide a gun rest so that we
40:02    maintained a consistent positioning of the
40:03    weapon and not having issues of the weapon
40:04    barrel being, you know -- moving around
40:05    significantly.
40:06    For each hearing protector condition,
40:07    whether that was the device with the nonlinear
40:08    insertion or the linear insertion, every one of
40:09    them we -- we measured five shots for each of
40:10    these ten weapons at the indoor range.  And if
40:11    I remember the -- the study was something like
40:12    there were 33 different conditions.  And we had
40:13    ten weapons.  And so that resulted in a couple
40:14    thousand shots that we had in this study.
40:15    At the outdoor range -- which is not
40:16    described here.  At the outdoor range we
40:17    selected five of these weapons and two other
40:18    weapons that we couldn't use at the indoor
40:19    range, the Colt AR-15 and a Heckler and Koch.
40:20    I want to say it was a 36 rifle.  And those
40:21    fire a .223 ammunition round or a .556
40:22    ammunition round.  And they don't fire those at
40:23    the indoor range because their bullet traps are
41:01    not designed to accept that much energy.

41:05 - 44:01   Murphy, William 2021-01-15                    4:32
41:05    Q. Dr. Murphy, take a look at this.
41:06    And can you tell us at least at a high level
41:07    what the results were for the green end, the
41:08    linear end of the Combat Arms Version II?
41:09    A. Yeah.  As you look at that, it's
41:10    the greenish squares that are indicated in
41:11    this.  And you can see that the -- these are
41:12    third octave band estimates of the noise
41:13    reduction.  So this is the measurement between
41:14    the external microphone.  So if we're putting a
41:15    microphone about four inches or so from the
41:16    right ear of the mannequin, then the mannequin
41:17    is -- has either a hearing protector or no
41:18    hearing -- actually it always had a hearing

41:19    protector on.  And the reason it had a hearing
41:20    protector on is that initial purchase of the
41:21    mannequin had a half-inch microphone.  So we
41:22    couldn't do an unoccluded measurement, a
41:23    measurement without a hearing protector on it,
42:01    without fear of overloading the microphone.  So
42:02    that's why all of our measurements were done
42:03    with the earplugs in place.
42:04    So we're taking a measurement between the
42:05    external microphone and the internal microphone
42:06    and calculating the third octave band noise
42:07    reduction values.
42:08    Q. I know this is in graphical form,
42:09    so it may be a little bit difficult to do just
42:10    visually.  But can you tell us sort of the
42:11    range or typical attenuation provided by the
42:12    CAEv2 green end during the testing?
42:13    A. Yeah.  As we look at this, it --
42:14    it changes from starting at the left of the
42:15    graph at 25 hertz.  Although knowing what I
42:16    know now in the publications that we did on
42:17    these kinds of products or these kinds of
42:18    measurements from this study, I would start at
42:19    around 100 hertz because we don't have a long
42:20    enough time sample to really get a good solid
42:21    measurement for the very low frequency that is
42:22    between 25 and 100 hertz.
42:23    But starting at a hundred hertz, we're
43:01    around 32 decibels.  And as you go up around it
43:02    looks like about 400 hertz, it's decreased a
43:03    little bit to 28 or 23 -- 26 decibels.  And
43:04    then it increases up to around 30-something
43:05    decibels, almost 40 decibels at 8,000 -- or 800
43:06    hertz.
43:07    And it reduces a little bit again.  And by
43:08    the time we get out to 5,000 hertz and above,
43:09    it is more than 50 decibels.  And there's a
43:10    dark -- well, not dark.  A teal colored line in
43:11    this bold line.  And that indicates the bone
43:12    conduction limit for the attenuation
43:13    measurement.
43:14    In other words, at some point the amount of
43:15    energy that would potentially be transmitted to
43:16    a person wearing the earplug to their --

43:17   through their skull -- not through the ear, but
43:18   through their skull, through the brain tissue
43:19   and potentially to the cochlea, it's what we
43:20   call the bone conduction limit.  And so when
43:21   those two green values are below in this graph,
43:22   that line, we would want to limit what we say
43:23   about the amount of attenuation that it might
44:01   provide.

44:23 - 46:07   Murphy, William 2021-01-15                          2:45
44:23   Q. Dr. Murphy, can you tell us how
45:01   the Bilsom product performed that had the ISL
45:02   filter in it?
45:03   A. In this case again, again, we
45:04   started around 100 hertz.  The -- these are the
45:05   linear earplug filters.  These are not the
45:06   nonlinear earplug filters.  So it's not a
45:07   comparison -- well, wait.  Wait.  Wait.  Wait.
45:08   I'm sorry.  We are talking about the
45:09   Combat Arms linear earplug.
45:10   Okay.  So the one that is to be compared
45:11   with the Combat Arms Version II would be the
45:12   blue symbols that are in this, the blue circles
45:13   and symbols.  And we see attenuation ranging
45:14   from about 28 at 100 hertz.  It decreases to
45:15   about 15 or so at 400 hertz and then increases
45:16   upwards of almost 40 decibels and such as you
45:17   move out into higher frequencies.
45:18   Q. Okay.  So I'm sorry, Dr. Murphy.
45:19   Did I interrupt you?
45:20   A. The one thing I was going to point
45:21   out is that, you know, relative to the noises
45:22   that we're -- we're looking at, these are going
45:23   to be gunshots.  And they're going to have peak
46:01   levels or a spectral peak around a thousand
46:02   hertz -- five hundred to a thousand hertz.  So
46:03   the portion that matters in terms of the
46:04   attenuation that we're dealing with is going to
46:05   be affected perhaps more strongly by the
46:06   decrease in attenuation you see at 400, 500
46:07   hertz.

46:10 - 47:15   Murphy, William 2021-01-15                          2:45
46:10   Q. Dr. Murphy, I believe this -- this

| | |
|---|---|
| 46:11 | slide contains the yellow end. |
| 46:12 | A. Yes. |
| 46:13 | Q. The nonlinear end of the |
| 46:14 | Combat Arms and the other products.  Can you |
| 46:15 | tell us what attenuation or noise reduction was |
| 46:16 | achieved with the yellow end of the Combat Arms |
| 46:17 | Version II on your testing? |
| 46:18 | A. Yeah.  I'm just trying to think |
| 46:19 | about what's here.  I'm -- I'm going to confess |
| 46:20 | that there may be an error in the legend.  I'm |
| 46:21 | not positive about that.  I'd have to go back |
| 46:22 | and check my -- my data.  But if I believe the |
| 46:23 | legend as it is, the black symbols -- and well, |
| 47:01 | let me describe what I think the error is.  The |
| 47:02 | EAR Combat Arms nonlinear earplug is yellow. |
| 47:03 | The EAR Ultra 9000 earmuff is black.  And I |
| 47:04 | thought that these would be -- the yellow would |
| 47:05 | be the Combat Arms and the black would be the |
| 47:06 | Ultra 9000.  That said, if we look at these, we |
| 47:07 | see a change in attenuation from almost no |
| 47:08 | attenuation at low levels or low frequencies. |
| 47:09 | And it increases as one goes up in frequency to |
| 47:10 | about 20 dB.  This is -- I'm following the |
| 47:11 | black squares that are in this graph, to about |
| 47:12 | 20 dB.  Starting around a hundred hertz there's |
| 47:13 | a slight dip.  It looks to be about 100 hertz. |
| 47:14 | And then it tends to increase from there on |
| 47:15 | out. |

| | | |
|---|---|---|
| 48:05 - 51:07 | Murphy, William 2021-01-15 | 4:57 |
| 48:05 | MR. WASDIN:  If we go to slide 20, | |
| 48:06 | Simon, there is a -- a chart that's called | |
| 48:07 | summary of attenuation growth. | |
| 48:08 | Q. Dr. Murphy, do you see that? | |
| 48:09 | A. Yes, I do. | |
| 48:10 | Q. What is this depicting? | |
| 48:11 | A. Well, I think you need to go back | |
| 48:12 | two -- one side.  Let's go back one slide, | |
| 48:13 | please, and I can describe what -- what we're | |
| 48:14 | talking about here.  Because the different | |
| 48:15 | weapons that we used, this is data from the | |
| 48:16 | indoor firing range because there are ten | |
| 48:17 | symbols in blue, ten symbols in black, and ten | |
| 48:18 | symbols in yellow.  The different weapons have | |

48:19  different peak levels.  And the performance of
48:20  a nonlinear earplug changes as a function of
48:21  the external and internal pressure difference.
48:22  So what I was trying to look at is what is the
48:23  growth or what is the change, what's the
49:01  variability in the nonlinear, you know, peak
49:02  reduction that we're seeing.  Not the nonlinear
49:03  peak reduction.  What is the change in the peak
49:04  reduction and what's the uncertainty in the
49:05  peak reduction as a function of the various
49:06  weapons that were used.
49:07  And what we see here are three different
49:08  hearing protection devices, the EAR nonlinear
49:09  earplug.  That's in yellow.  And the Ultra 9000
49:10  in black and the Bilsom ISL earplug in blue.
49:11  And what I did was take the average of all of
49:12  these quantities, so roughly the averages kind
49:13  of in the middle of each of those lines.  Let's
49:14  just say right around 162.
49:15  So if we look at the Bilsom, we're seeing
49:16  around 17.  If we look at the Ultra 9000, we're
49:17  seeing about 21 or 22.  And if we're looking at
49:18  the EAR Combat Arms Earplug, we're looking at
49:19  about 23 in terms of the average of all of
49:20  those symbols.  Then the other quantity that I
49:21  was trying to capture was the slope of those
49:22  lines.
49:23  And when you take a look at the slopes of
50:01  those lines, it's listed there 0.88 -- I'm
50:02  sorry, 0.088 decibels per decibel for the blue
50:03  line.  0.13 decibels per decibel for the yellow
50:04  line.  And 0.53 decibels per decibel for the
50:05  black line.
50:06  Now, the earmuff is the Ultra 9000.  And
50:07  earmuffs tend to change more.  At least in my
50:08  experience with this, they change more as a
50:09  function of the peak level.  And it has to do
50:10  just with the fact that you've got this large
50:11  volume that is being affected differently as
50:12  the -- as the impulse levels increase.
50:13  Now if we go to the next slide, what I've
50:14  done is try to summarize all of the products
50:15  that were tested and plotted them by their
50:16  average level and plotting them with the slope,

| | |
|---|---|
| 50:17 | the attenuation of those lines.  And so if we |
| 50:18 | look at the EAR Combat Arms, it's a 23 with a |
| 50:19 | slope of about .13 or .15.  I forget what the |
| 50:20 | number was.  Yes, that's the right symbol. |
| 50:21 | The Bilsom ISL is the dark blue symbol, and |
| 50:22 | it's around 17.  And the slope is in the other |
| 50:23 | graph.  It's at 0.088.  And the EAR Ultra 9000 |
| 51:01 | is up there at the top of the page.  And it has |
| 51:02 | an attenuation of about 21 or 22 dB and a large |
| 51:03 | slope on this. |
| 51:04 | Q. So is the way this chart works is |
| 51:05 | that the further to the right you are, the |
| 51:06 | higher the noise reduction was? |
| 51:07 | A. The higher peak reduction, yes. |

| 51:22 - 54:13 | Murphy, William 2021-01-15 | 3:56 |
|---|---|---|
| 51:22 | Q. And Dr. Murphy, this is the, I | |
| 51:23 | believe -- | |
| 52:01 | A. The poster. | |
| 52:02 | Q. The poster, yeah. | |
| 52:03 | A. Yeah. | |
| 52:04 | Q. Okay.  Can you -- after the 2002 | |
| 52:05 | testing that we just described, when was the | |
| 52:06 | next time you tested the Combat Arms | |
| 52:07 | Version II? | |
| 52:08 | A. This was conducted in 2015. | |
| 52:09 | Q. Okay.  And what was this testing? | |
| 52:10 | A. In the left photograph in the | |
| 52:11 | poster, you see a very large horn.  And in | |
| 52:12 | front of the horn are two of the GRAS Sound and | |
| 52:13 | Vibration 45 CB acoustic test fixtures.  One of | |
| 52:14 | those fixtures was owned by NIOSH.  The other | |
| 52:15 | of those fixtures was owned by Western Michigan | |
| 52:16 | University.  And in between those two fixtures | |
| 52:17 | is a pencil or a cylinder that you see there | |
| 52:18 | with kind of a pointy end.  And that is the | |
| 52:19 | GRAS Sound and Vibration 67 SB probe | |
| 52:20 | microphone. | |
| 52:21 | Q. And these -- these heads, these | |
| 52:22 | mannequin heads that we can see in the photo, | |
| 52:23 | is that a sort of new test fixture that was | |
| 53:01 | used -- | |
| 53:02 | A. Correct. | |
| 53:03 | Q. -- for this testing? | |

53:04  A. Correct.  In 2010, you see it
53:05  listed right there at the top there, the ANSI
53:06  12.42-2010 standard was issued.  And one of the
53:07  things we identified was a need to have longer
53:08  ear canals.  These fixtures were manufactured
53:09  with approximately an 18 millimeter ear canal,
53:10  which would allow one to fit a typical foam
53:11  earplug or other earplug fully into the ear
53:12  canal and not bottom out at the -- at the grid
53:13  of the microphone in the middle ear simulator.
53:14  Q. It also looks from the photo like
53:15  these mannequins have a -- a pinna, like a --
53:16  A. Yes.  They have a pinna that's
53:17  based on a human shaped pinna.  You see the
53:18  flesh-shaped color ring around that.  That's so
53:19  that when you put an earmuff or something on
53:20  it, you're making contact with something that
53:21  has the -- the typical Shore resistance as what
53:22  you might see with skin.  Inside of the ear
53:23  canal of those mannequins, it's a steel tube.
54:01  Lining this steel tube is the same kind of
54:02  material that you see on the outside there, the
54:03  -- the flesh colored silicone material.
54:04  Q. How -- how were the Combat Arms
54:05  plugs, the Version II plugs, fit on this
54:06  mannequin during this testing?
54:07  A. They were fitted so that you could
54:08  get the entire earplug in -- well, the entire
54:09  three flanges inserted into the mannequin's
54:10  ear.  And the flanges were not folded back.
54:11  Q. When you say the flanges were not
54:12  folded back, you mean on the opposite end?
54:13  A. Correct.

54:14 - 54:19 Murphy, William 2021-01-15                    0:11
54:14  Q. Did you have any problems
54:15  achieving or maintaining a good fit with the
54:16  Combat Arms Version II during this testing?
54:17  A. No.  The mannequins didn't move.
54:18  Q. Okay.  And can you --
54:19  A. They didn't complain.

54:20 - 56:18  Murphy, William 2021-01-15                   3:35
54:20  Q. I think I'm probably running

54:21   pretty short on time.  But can you give us a
54:22   sort of a high level overview of the results
54:23   of --
55:01   A. Right.  So there are -- if you can
55:02   slide over a little bit.  Yeah.  Blow up the
55:03   panel on your -- the panel in the middle there,
55:04   blow it up a little bit more.  There is a CAEv4
55:05   and a CAEv2.  And the CAEv2, there are two sets
55:06   of three bars.  And I would have to look
55:07   closely at it to remember which ones are the
55:08   Western Michigan -- oh, it says it right there.
55:09   Western Michigan are the three bars to the
55:10   right.  And the NIOSH fixture are the three
55:11   bars to the left.  If you can zoom it in a
55:12   little bit more, please, that would be helpful.
55:13   There we go.
55:14   So we're looking at the Combat Arms
55:15   Version II.  You'll see that there are a
55:16   blue -- a dark blue, a light -- a lighter blue,
55:17   and sort of a teal colored, and then a green,
55:18   orange, and yellow colored bar.  These
55:19   represent three different peak levels that were
55:20   generated by the acoustic shock tube at 132,
55:21   150, and 168 decibel peak sound pressure level.
55:22   And we have different amounts of attenuation
55:23   that are observed on these devices.  And this
56:01   is the impulse peak insertion loss.
56:02   And what it is, is we use calculation to
56:03   compensate for the fact that the person or that
56:04   the fixture is occluded versus unoccluded.  And
56:05   we impute what the -- estimate what the peak
56:06   level would have been for a shot based on the
56:07   acoustic transfer function between that
56:08   pressure probe that you saw in the middle of
56:09   the two mannequins and the ear canal of the
56:10   unoccluded fixture.
56:11   And so we're seeing levels of attenuation at
56:12   132 of about ten decibels.  At 150 dB we're
56:13   seeing attenuation levels of around 17 or 18
56:14   decibels.  And at 168 dB we're seeing
56:15   attenuation levels of 32 to 35 decibels.  The
56:16   little blips that you see on the tops of those
56:17   bars are the standard deviation -- one standard
56:18   deviation.

61:13 - 62:09   Murphy, William 2021-01-15                                      1:58

61:13   Q. (Mr. Monsour) You were talking
61:14   with regard -- you mentioned before how
61:15   mannequins don't move.  Correct, Dr. Murphy?
61:16   A. They usually don't.
61:17   Q. Right.  They -- I agree.  They
61:18   usually don't.  And one of the points that you
61:19   made with regard to fit was that the mannequins
61:20   don't move.  Correct?
61:21   A. Correct.
61:22   Q. And why is it important to
61:23   calculate that or factor that in, in a study
62:01   that is going to be potentially used to
62:02   attribute study response from a mannequin into
62:03   its application for humans?
62:04   A. The reason we use a mannequin for
62:05   the testing is because it would be unethical to
62:06   expose a human to these noise levels.
62:07   Q. Do you --
62:08   A. We could produce hearing loss in
62:09   our human subjects.

62:10 - 63:12   Murphy, William 2021-01-15                                      2:37

62:10   Q. Okay.  Do you -- do you
62:11   necessarily assume that because testing on a
62:12   mannequin that doesn't move reaches a certain
62:13   level of protection that an actual human user
62:14   that does move will get the same protection?
62:15   A. Just one moment.  I'm making sure
62:16   that there's nobody knocking on the door.  I
62:17   heard something.  Do we assume that the person
62:18   who's using the earplug has the same protection
62:19   as what we measure?  That, of course, is an
62:20   assumption in any hearing protector
62:21   measurement.  If you look at the regulation
62:22   that governs the creation of the noise
62:23   reduction rating for a hearing protection
63:01   device, it is designed to provide one with an
63:02   indication of the potential for the noise
63:03   reduction capabilities of that hearing
63:04   protection device.  And so there's no
63:05   regulation in the United States for describing
63:06   the performance of these protection devices in

| | | |
|---|---|---|
| 63:07 regards to impulse noise.  There is a | | |
| 63:08 regulation that governs -- and it's 40 CFR 211 | | |
| 63:09 subpart B that describes and regulates how a | | |
| 63:10 manufacturer is required to measure and report | | |
| 63:11 the attenuation of a hearing protection device | | |
| 63:12 for sale in the United States. | | |

**63:23 - 65:04   Murphy, William 2021-01-15                     2:38**

| | | |
|---|---|---|
| 63:23 Q. The first two exhibits that you | **Re: [63:23 to 65:04]** | SUSTAINED |
| 64:01 looked at, Dr. Murphy, detailed some early | **Pltf Obj** cumulative | |
| 64:02 testing that you had done on the product in | | |
| 64:03 2001 and 2002.  Is that correct? | | |
| 64:04 A. Yes. | | |
| 64:05 Q. And in both of those studies or | | |
| 64:06 both of those tests that you performed, you | | |
| 64:07 mentioned that the third flange of the inserted | | |
| 64:08 portion of the Combat Arms Version II Earplug | | |
| 64:09 was just barely touching the outside of the | | |
| 64:10 artificial canal.  Is that correct? | | |
| 64:11 A. Correct. | | |
| 64:12 Q. Is it a fair statement to say, | | |
| 64:13 sir, that because the part that was being | | |
| 64:14 inserted was barely touching the outside of the | | |
| 64:15 canal, that the opposing outer flange was not | | |
| 64:16 pressing upon the artificial ear canal? | | |
| 64:17 A. It wouldn't have been pressing on | | |
| 64:18 the ear canal.  It may have been in contact | | |
| 64:19 with the concha, which is the -- if you look at | | |
| 64:20 your ear, this portion where I'm sticking my | | |
| 64:21 finger is the concha.  It could have been | | |
| 64:22 contacting the -- the anterior portion of the | | |
| 64:23 concha.  Whether that would provide a force -- | | |
| 65:01 an outward force, you know, a lateral force, | | |
| 65:02 that would not be the case because if it's just | | |
| 65:03 a side friction force, it's not going to do | | |
| 65:04 anything. | | |

**69:02 - 69:14   Murphy, William 2021-01-15                     1:49**

| | | |
|---|---|---|
| 69:02 Q. Right. | **Re: [69:02 to 69:14]** | SUSTAINED-Nonresponsive |
| 69:03 A. If you have -- if you have not | **Pltf Obj** incomplete, | |
| 69:04 fitted the earplug properly in your ear, you | nonresponsive | |
| 69:05 can have very poor attenuation.  If you have an | | |
| 69:06 earmuff that gets moved in the course of firing | | |
| 69:07 a weapon or something like that, you can end up | | |

69:08    with a threshold shift as a result of that.
69:09    The -- the reason that we did this research is
69:10    because when you fire a weapon that's 150, 160,
69:11    170 decibels at the ear canal -- and I'm only
69:12    talking about small arms fire -- those levels
69:13    are enough to cause immediate threshold shifts.
69:14    And they can be permanent threshold shifts.

70:20 - 72:05    Murphy, William 2021-01-15      2:34

70:20    Q. (Ms. Monsour) Isn't it a fair
70:21    statement, sir, that when you're performing
70:22    acoustic tests on an acoustic test fixture,
70:23    that because it is not a real ear, the data
71:01    from it is not necessarily representative of
71:02    what will happen in a real ear?  Is that a
71:03    fair --
71:04    MS. SASLAW:  And again, I'm going
71:05    to -- sorry to cut you off.  I'm going to
71:06    object on the basis that it's outside the scope
71:07    of the authorization.
71:08    MR. MONSOUR:  Jesus.
71:09    THE WITNESS:  Well, I'm -- I'm
71:10    going to answer this question against your --
71:11    over your objection.
71:12    A. And that is that this presentation
71:13    was done in 2002.  And we had not conducted any

71:14    analysis of the attenuation as a function of
71:15    frequency and done comparisons with real ear
71:16    attenuation and threshold testing, which really
71:17    is at the heart of this whole -- some of this
71:18    lawsuit that we're dealing with here.  And in
71:19    the testing that we did, we were able to
71:20    demonstrate that the attenuations that we were
71:21    seeing for the products was representative of
71:22    real ears in terms of what we were seeing.
71:23    We had measurements of the acoustic test
72:01    fixture in continuous noise.  We had
72:02    measurements of the acoustic test fixture in
72:03    impulse noise.  And we had real ear attenuation
72:04    and threshold testing with human subjects.  And
72:05    the results agree.

**Re: [70:20 to 72:05]**
**Pltf Obj** nonresponsive

**SUSTAINED-Nonresponsive**

| 3M Affirmatives | | Pltf Objections | Plft Counters | 3M Objections | Rulings |
|---|---|---|---|---|---|
| 6:16 - 6:18 | Whiteman, Benjamin 2020-10-23          0:07 | | | | |
| 6:16 | Q. I'm doing well.  Could you please | | | | |
| 6:17 | state your name for the record? | | | | |
| 6:18 | A. Benjamin Whiteman. | | | | |
| | | | | | |
| 11:18 - 11:23 | Whiteman, Benjamin 2020-10-23          0:10 | | | | |
| 11:18 | Q. Okay.  Do you know Mr. Luke Estes? | | | | |
| 11:19 | A. Yes. | | | | |
| 11:20 | Q. Okay.  How do you -- how do you | | | | |
| 11:21 | know him? | | | | |
| 11:22 | A. We served together.  I was his | | | | |
| 11:23 | gunner on a tank. | | | | |
| | | | | | |
| 12:01 - 12:12 | Whiteman, Benjamin 2020-10-23          1:37 | | | | |
| 12:01 | Q. Okay.  And what does it mean to be | | | | |
| 12:02 | his gunner on a tank? | | | | |
| 12:03 | A. So he was an officer.  He's the | | | | |
| 12:04 | tank commander, which means that he makes the | | | | |
| 12:05 | decisions on the tank and maneuvers the tank. | | | | |
| 12:06 | And I scan for targets and pull triggers. | | | | |
| 12:07 | Q. Okay.  How familiar would you say | | | | |
| 12:08 | you are with Mr. Luke Estes? | | | | |
| 12:09 | A. I mean, personally? | | | | |
| 12:10 | Q. Yeah.  Personally. | | | | |
| 12:11 | A. We never really had a personal.  I | | | | |
| 12:12 | mean, it was all just work-related. | | | | |
| | | | | | |
| 12:17 - 13:04 | Whiteman, Benjamin 2020-10-23          1:31 | Re: [12:17 to 13:04] | | | |
| 12:17 | A. Work-wise I know him pretty well. | Pltf Obj Vague | | | OVERRULED |
| 12:18 | But outside of work, we didn't have a | | | | |
| 12:19 | relationship. | | | | |
| 12:20 | Q. Okay.  When you say work-wise you | | | | |
| 12:21 | knew him pretty well, what do you mean there? | | | | |
| 12:22 | A. Like I knew what he expected day | | | | |
| 12:23 | to day and everything.  I just knew what he | | | | |
| 13:01 | looked for to be done as a platoon leader, what | | | | |
| 13:02 | he expected out of his crew and his platoon. | | | | |
| 13:03 | Q. Okay.  And in the work context, | | | | |
| 13:04 | how often did you interact with Mr. Estes? | | | | |
| | | | | | |
| 13:06 - 13:06 | Whiteman, Benjamin 2020-10-23          0:00 | Re: [13:06 to 13:06] | | | |
| 13:06 | A. Every day. | Pltf Obj Vague | | | OVERRULED |
| | | | | | |
| 13:18 - 13:20 | Whiteman, Benjamin 2020-10-23          0:10 | | | | |
| 13:18 | In your working relationship with Mr. Estes, | | | | |
| 13:19 | how often did you interact with him? | | | | |
| 13:20 | A. Every day. | | | | |

| | | |
|---|---|---|
| 14:13 - 14:16 | Whiteman, Benjamin 2020-10-23 | 0:11 |
| 14:13 | Q. And just so -- there are no | |
| 14:14 | lawyers representing you who you also | |
| 14:15 | understand to be representing 3M.  Right? | |
| 14:16 | A. No. | |
| | | |
| 15:22 - 16:02 | Whiteman, Benjamin 2020-10-23 | 0:07 |
| 15:22 | Q. Okay.  Have you ever met with any | |
| 15:23 | lawyers that you understand to be representing | |
| 16:01 | 3M? | |
| 16:02 | A. No. | |
| | | |
| 16:16 - 17:07 | Whiteman, Benjamin 2020-10-23 | 1:35 |
| 16:16 | Q. Other than a lawyer sending you a | |
| 16:17 | copy of the subpoena, have you ever had any | |
| 16:18 | e-mail communications with any lawyers | |
| 16:19 | representing 3M? | |
| 16:20 | A. No. | |
| 16:21 | Q. Okay.  Have any lawyers from 3M | |
| 16:22 | ever given you any advice on how to answer | |
| 16:23 | questions during your deposition today? | |
| 17:01 | A. No. | |
| 17:02 | Q. Are you being paid by any lawyers | |
| 17:03 | representing 3M for your testimony here today? | |
| 17:04 | A. No. | |
| 17:05 | Q. And are you being paid by anyone | |
| 17:06 | for your testimony here today? | |
| 17:07 | A. No. | |
| | | |
| 25:16 - 25:20 | Whiteman, Benjamin 2020-10-23 | 0:17 |
| 25:16 | Q. Okay.  So when did you join the | |
| 25:17 | military? | |
| 25:18 | A. In 2010.  I signed my enlistment | |
| 25:19 | in July and left for basic in November. | |
| 25:20 | November the 9th if you want to know. | |
| | | |
| 28:07 - 28:14 | Whiteman, Benjamin 2020-10-23 | 0:27 |
| 28:07 | Q. Okay.  And what branch did you | |
| 28:08 | serve in? | |
| 28:09 | A. Army. | |
| 28:10 | Q. Okay.  And where did you serve? | |
| 28:11 | A. I went to basic training at | |
| 28:12 | Fort Knox, Kentucky.  And then my first duty | |
| 28:13 | station was Fort Benning, Georgia.  And my | |
| 28:14 | second duty station was Fort Hood, Texas. | |
| | | |
| 28:22 - 29:02 | Whiteman, Benjamin 2020-10-23 | 0:15 |
| 28:22 | Q. Okay.  When were you at | |
| 28:23 | Fort Benning? | |
| 29:01 | A. I was at Benning from April of | |

| | | |
|---|---|---|
| 29:02 | 2011 until September of 2014. | |
| 29:07 - 29:12 | Whiteman, Benjamin 2020-10-23 | 0:22 |
| 29:07 | Q. Okay. And did you leave the | |
| 29:08 | military in 2016? | |
| 29:09 | A. I left active duty in 2016. | |
| 29:10 | Q. Okay. Are you still in the | |
| 29:11 | military today? | |
| 29:12 | A. I'm in the PA National Guard. | |
| 31:22 - 32:19 | Whiteman, Benjamin 2020-10-23 | 1:24 |
| 31:22 | Q. Let's talk about your time at | |
| 31:23 | Benning. | |
| 32:01 | A. Well, the first year I was there, | |
| 32:02 | I was actually in a mortar platoon, not on | |
| 32:03 | tanks. And then after my year in the mortar | |
| 32:04 | platoon, I went to a tank company. And then I | |
| 32:05 | mean, our day-to-day tasks were maintaining the | |
| 32:06 | tank, training for gunnery, training just for | |
| 32:07 | force-on-force in general. And then gear shift | |
| 32:08 | it and we started doing like riot control | |
| 32:09 | training. | |
| 32:10 | Q. Okay. You talked about being in a | |
| 32:11 | tank company. Can you tell me what it means to | |
| 32:12 | be in a tank company? | |
| 32:13 | A. So a tank company is a company of | |
| 32:14 | tanks. There are -- there's fourteen tanks in | |
| 32:15 | a tank company. A company is usually made up | |
| 32:16 | on four platoons. You've got two -- three line | |
| 32:17 | platoons and a headquarters platoon. Four | |
| 32:18 | tanks in each platoon. So yeah, that's a tank | |
| 32:19 | company. | |
| 32:20 - 35:20 | Whiteman, Benjamin 2020-10-23 | 4:45 |
| 32:20 | Q. Okay. And in 2012 was Luke Estes | |
| 32:21 | a member of your platoon? | |
| 32:22 | A. Yes. In late 2012, I believe. | |
| 32:23 | Q. Okay. And how long were you | |
| 33:01 | all -- were you and Mr. Estes in a platoon | |
| 33:02 | together? | |
| 33:03 | A. For just over a year. | |
| 33:04 | Q. Okay. And within the platoon, are | |
| 33:05 | people put in the same tank or, you know, | |
| 33:06 | assigned to a tank and that's the tank you're | |
| 33:07 | in while you're in that platoon? | |
| 33:08 | A. Yes. | |
| 33:09 | Q. Okay. And was Mr. -- were you and | |
| 33:10 | Mr. Estes in the same tank while you were in | |
| 33:11 | the same platoon? | |
| 33:12 | A. Yes. I was his gunner. | |

33:13  Q. Okay. And I think you told me a

33:14  little bit about being a gunner earlier. Can

33:15  you tell me again what that means to be a

33:16  gunner in a tank?

33:17  A. I mean, you're scanning, target

33:18  identification, helping train your crew as in

33:19  your loader and your driver, soldier

33:20  development for the lower enlisted. I mean,

33:21  there's -- there's a lot that goes into it.

33:22  Q. Okay. And are you -- are you the

33:23  one who's pulling the trigger as well?

34:01  A. Yes.

34:02  Q. Okay. And can you tell me about

34:03  like noise inside a tank? Was it -- how loud

34:04  is it inside the tank?

34:05  A. I mean, it's not as loud as you

34:06  would think. It's much louder on the outside

34:07  than it is the inside.

34:08  Q. Okay. Is it different -- is it

34:09  louder for certain people in parts of the tank

34:10  than it would be for other people in parts of

34:11  the tank?

34:12  A. Yeah. Like the driver down in the

34:13  driver's hole, he's pretty much muffled off

34:14  from a majority of the sound because he's kind

34:15  of tucked away. And then everybody in the

34:16  turret more or less is exposed to the -- the

34:17  same amount. I mean, inside of the tank you

34:18  have a steady constant just whining sound like

34:19  it -- everybody hears it. But then as far as

34:20  armament going, the main gun is right -- it's

34:21  to the left of the gunner and the TC. And it's

34:22  directly in front of the loader.

34:23  So the gunner is literally like three to

35:01  four inches away from the main gun breach to

35:02  his left side and then the TC is sitting pretty

35:03  much knees in the back of the gunner in his

35:04  commander's station. And then the loader is on

35:05  the other side of the turret on the other side

35:06  of the breach.

35:07  Q. Okay. And TC, I'm not sure, does

35:08  that stand for tank commander?

35:09  A. Yes.

35:10  Q. Okay. And so who was the driver

35:11  in your platoon while you were in the same

35:12  platoon as Mr. Estes?

35:13  A. Well, the driver for our tank was

35:14  Drew Shupla.

35:15  Q. Okay. And was Mr. Estes the --

35:16  the tank commander for your tank?

| | | |
|---|---|---|
| 35:17 | A. Yes. | |
| 35:18 | Q. And was he the platoon leader for | |
| 35:19 | your platoon? | |
| 35:20 | A. Yes. | |

36:06 - 36:18    Whiteman, Benjamin 2020-10-23    1:41

| | | |
|---|---|---|
| 36:06 | A. Yeah.  Pretty much what did he do | **Re: [36:06 to 36:18]** |
| 36:07 | while at Fort Benning, I believe? | **Pltf Obj** 602 - Speculation |
| 36:08 | Q. Essentially, yes. | |
| 36:09 | A. Okay.  He -- he -- he was an | |
| 36:10 | officer.  So I mean, what officers do, he took | |
| 36:11 | care of paperwork, took care of arranging | |
| 36:12 | training areas for us to train.  And then when | |
| 36:13 | training was happening, he would be down with | |
| 36:14 | us.  He would pop in the motor pool from time | |
| 36:15 | to time when he wasn't busy in the office. | |
| 36:16 | Q. So are officers spending most of | |
| 36:17 | their time in the office or is it -- is it | |
| 36:18 | something different? | |

**OVERRULED [36:06-36:15]**

**SUSTAINED [36:16-36:18]**
**(402, speculative)**

36:21 - 37:05    Whiteman, Benjamin 2020-10-23    0:25

| | | |
|---|---|---|
| 36:21 | A. I would -- I would say they spend | **Re: [36:21 to 37:05]** |
| 36:22 | more time in the office than they do out on the | **Pltf Obj** 602 - Speculation |
| 36:23 | actual tank line. | |
| 37:01 | Q. Okay.  And how often would you and | |
| 37:02 | Mr. Estes and the other members of your platoon | |
| 37:03 | and the people in your tank, how often would | |
| 37:04 | you guys be in tanks while you were at | |
| 37:05 | Fort Benning? | |

**SUSTAINED [36:21-36:23]**
**(402, speculative)**

**OVERRULED [37:01-37:05]**

37:07 - 37:20    Whiteman, Benjamin 2020-10-23    1:40

| | |
|---|---|
| 37:07 | A. Like actually in them? |
| 37:08 | Q. Yes.  Exactly.  Actually in them |
| 37:09 | together. |
| 37:10 | A. I mean, not too often because it |
| 37:11 | costs a lot of money to operate the tanks, I |
| 37:12 | mean, just in fuel alone.  And then we just had |
| 37:13 | other things to do.  So I mean, I'd say once a |
| 37:14 | month to once every two months we would have |
| 37:15 | some sort of training exercise that involved |
| 37:16 | the tanks. |
| 37:17 | Q. Okay.  And were you always |
| 37:18 | shooting the tanks during these training |
| 37:19 | exercises? |
| 37:20 | A. No. |

37:21 - 38:01    Whiteman, Benjamin 2020-10-23    0:11

| | |
|---|---|
| 37:21 | Q. Okay.  How often would you be |
| 37:22 | shooting a tank while you and Mr. Estes were in |
| 37:23 | the same tank and in the same platoon? |

38:01        A. Annually.

38:02 - 38:04   Whiteman, Benjamin 2020-10-23                    0:06
38:02        Q. Okay. So is that once -- like
38:03        once a year?
38:04        A. Yes.

38:05 - 39:09   Whiteman, Benjamin 2020-10-23                    2:44
38:05        Q. And were you firing the tanks, you
38:06        know, more than once in that one occasion a
38:07        year or was it just, you know, we're letting
38:08        off one -- one time a year?
38:09        A. Like yeah, I mean, when we went to
38:10        gunnery, it's -- you're firing repeatedly for a
38:11        couple of days on end.
38:12        Q. Okay. So when you said once a
38:13        year, that's -- that's a couple of days
38:14        together?
38:15        A. It's -- it's a week-long gunnery.
38:16        Q. Okay. And can you explain to the
38:17        jury what a gunnery is?
38:18        A. A gunnery is measuring through
38:19        proficiency and precision when it comes to the
38:20        tank to make sure -- I mean, they're checking
38:21        fire commands. They're checking accuracy.
38:22        They're checking, I mean, just to make sure
38:23        that you're a competent crew and you know what
39:01        you're doing.
39:02        Q. Okay. And do you know while you
39:03        were in the tank, did Mr. Estes ever have --
39:04        was he ever the one firing the tank?
39:05        A. Yes. Every gunnery there's a TC
39:06        engagement where the TC shoots. He can
39:07        manipulate the turret and pull triggers from
39:08        his station just as well as I can with my
39:09        gunner controls.

40:07 - 40:09   Whiteman, Benjamin 2020-10-23                    0:09
40:07        Q. Okay. Does it surprise you at all
40:08        that Mr. Estes is claiming hearing loss and
40:09        tinnitus via noise exposure from the military?

40:11 - 40:19   Whiteman, Benjamin 2020-10-23                    1:34
40:11        A. I mean, a little bit.
40:12        Q. Okay. Well, why do you say a
40:13        little bit?
40:14        A. I mean, granted I was only with
40:15        him for a year -- a little over a year, so I
40:16        don't -- I don't know his full exposure. But I
40:17        mean, within the time that we were together, it

40:18    just -- I don't know.  I didn't -- I didn't
40:19    expect it.

41:23 - 42:01    Whiteman, Benjamin 2020-10-23    0:03
41:23    How long were you and Mr. Estes in the same
42:01    platoon?

42:04 - 42:05    Whiteman, Benjamin 2020-10-23    0:08
42:04    A. A little over a year.  Yeah, a
42:05    little over a year.

42:06 - 42:13    Whiteman, Benjamin 2020-10-23    0:24
42:06    Q. Okay.  And you mentioned these
42:07    periods where it was maybe a week together at a
42:08    time at the gunnery.  Were there -- were there
42:09    other extended periods of time you would spend
42:10    with Mr. Estes while you two were serving in
42:11    the same platoon?
42:12    A. Yes.  During like company and
42:13    battalion exercises.

43:09 - 43:13    Whiteman, Benjamin 2020-10-23    0:17
43:09    Q. And how often would you guys do
43:10    that?
43:11    A. Again, I mean, that was a one- to
43:12    two-times-a-year thing depending on the
43:13    training.

43:14 - 43:18    Whiteman, Benjamin 2020-10-23    0:19
43:14    Q. Okay.  While you were at
43:15    Fort Benning and serving with Mr. Estes, did
43:16    you ever see him wearing the Combat Arms
43:17    Earplug Version II?
43:18    A. I don't recall.

44:03 - 44:19    Whiteman, Benjamin 2020-10-23    1:43
44:03    Q. Do you ever recall Mr. Estes
44:04    complaining about the Combat Arms Earplugs
44:05    Version II?
44:06    A. I do not recall.
44:07    Q. Do you ever recall him complaining
44:08    that a Combat Arms Earplug Version II loosened
44:09    in his ear?
44:10    A. I do not.
44:11    Q. Did you ever hear Mr. Estes
44:12    complaining about a Combat Arms Earplug
44:13    Version II falling out of his ear?
44:14    A. I do not.
44:15    Q. Did you ever hear Mr. Estes
44:16    complaining about Combat Arms Earplugs

**Re: [44:03 to 44:19]**
**Pltf Obj** Hearsay, 403, 602 -
every question in this section

**SUSTAINED (602, 403)**

| | | | |
|---|---|---|---|
| 44:17 loosening or falling out of his ear and that as<br>44:18 a result of that, he was exposed to a loud<br>44:19 noise? | | | |
| 44:21 - 44:23  Whiteman, Benjamin 2020-10-23<br>44:21  A. I do not.<br>44:22  Q. Okay.  Did he ever tell you any of<br>44:23  those things? | 0:09  **Re: [44:21 to 44:23]**<br>**Pltf Obj** Hearsay, 403, 602,<br>vague | | **SUSTAINED (602, 403)** |
| 45:02 - 45:05  Whiteman, Benjamin 2020-10-23<br>45:02  A. No, not that I recall.<br>45:03  Q. Did you ever see a Combat Arms<br>45:04  Earplug Version II loosening out of Mr. Estes's<br>45:05  ear? | 0:09  **Re: [45:02 to 45:05]**<br>**Pltf Obj** 602, 403 | | **SUSTAINED (602, 403)** |
| 45:10 - 45:13  Whiteman, Benjamin 2020-10-23<br>45:10  A. No.  No, I didn't.<br>45:11  Q. Okay.  Did you ever observe a<br>45:12  Combat Arms Earplug Version II falling out of<br>45:13  Mr. Estes's ear? | 0:11  **Re: [45:10 to 45:13]**<br>**Pltf Obj** 602, 403 | | **SUSTAINED (602, 403)** |
| 45:15 - 45:21  Whiteman, Benjamin 2020-10-23<br>45:15  A. No.<br>45:16  Q. During the time you served with<br>45:17  Mr. Estes, did he ever complain about hearing<br>45:18  loss to you?<br>45:19  A. No, not that I recall.<br>45:20  Q. Did you ever have a sense that<br>45:21  Mr. Estes had hearing loss? | 0:13  **Re: [45:15 to 45:15]**<br>**Pltf Obj** 602, 403<br><br>**Re: [45:16 to 45:19]**<br>**Pltf Obj** Hearsay<br><br>**Re: [45:20 to 45:21]**<br>**Pltf Obj** 701, 403, Vague, 401 | | **SUSTAINED [45:15-45:15]**<br>**(602, 403)**<br><br>**OVERRULED [45:16-45:19]**<br><br>**SUSTAINED [45:20-45:21]** |
| 45:23 - 46:07  Whiteman, Benjamin 2020-10-23<br>45:23  A. Not that I recall.<br>46:01  Q. And did you serve with Mr. Estes<br>46:02  until 2014?  Is that right?<br>46:03  A. Yes.<br>46:04  Q. Okay.  From 2014 -- or from 2012<br>46:05  to 2014 while you were serving with Mr. Estes<br>46:06  at Fort Benning, did you ever notice that you<br>46:07  he might have hearing loss? | 0:26  **Re: [45:23 to 46:07]**<br>**Pltf Obj** 701, 403, Vague, 401 | | **SUSTAINED** |
| 46:11 - 46:18  Whiteman, Benjamin 2020-10-23<br>46:11  A. No, I do not recall.<br>46:12  Q. Okay.  Was it -- was it ever<br>46:13  difficult for you to communicate with<br>46:14  Mr. Estes?<br>46:15  A. No, I don't recall.<br>46:16  Q. Did you ever get the sense that he<br>46:17  couldn't hear you when you were speaking to<br>46:18  him? | 0:16  **Re: [46:11 to 46:18]**<br>**Pltf Obj** 701, 403, Vague, 401 | | **SUSTAINED** |

46:20 - 46:22   Whiteman, Benjamin 2020-10-23          0:06
    46:20   A. No, I do not recall.
    46:21   Q. Did you ever get the sense that he
    46:22   couldn't understand you?

47:01 - 47:05   Whiteman, Benjamin 2020-10-23          0:18
    47:01   A. No, I do not recall.                    **Re: [47:01 to 47:05]**                                      SUSTAINED
    47:02   Q. Did it ever appear to you that          **Pltf Obj** 701, 403, Vague, 401
    47:03   Mr. Estes couldn't understand others speaking
    47:04   to him?
    47:05   A. No, I do not recall.

47:07 - 47:09   Whiteman, Benjamin 2020-10-23          0:06
    47:07   Q. Did it ever appear to you that          **Re: [47:07 to 47:09]**                                      SUSTAINED
    47:08   Mr. Estes could not hear sounds around him that   **Pltf Obj** 701, 403, Vague, 401
    47:09   you could hear?

47:11 - 47:11   Whiteman, Benjamin 2020-10-23          0:05
    47:11   A. No, I do not recall.                    **Re: [47:11 to 47:11]**                                      SUSTAINED
                                                       **Pltf Obj** 701, 403, Vague, 401

48:02 - 48:14   Whiteman, Benjamin 2020-10-23          1:35
    48:02   Q. Okay.  Did you ever hear Mr. Estes      **Re: [48:02 to 48:14]**                                      OVERRULED
    48:03   complain about tinnitus?                    **Pltf Obj** Hearsay, 403 -
    48:04   A. No, not that I recall.                  objecting to every question in
    48:05   Q. Did you ever hear him complain          this bunch
    48:06   about a ringing in his ears?
    48:07   A. Not that I recall.
    48:08   Q. Did you ever hear him complain
    48:09   about what I think you called a periodic
    48:10   muffled or periodically being muffed?
    48:11   A. Not that I recall.
    48:12   Q. Okay.  Did you ever hear Mr. Estes
    48:13   complain about any ear discomfort whatsoever?
    48:14   A. Not that I recall.

48:18 - 49:05   Whiteman, Benjamin 2020-10-23          0:29
    48:18   Q. Okay.  Have you and Mr. Estes ever
    48:19   been to a shooting range together?
    48:20   A. Outside of the military
    48:21   qualification range, no.
    48:22   Q. Okay.  How about the military
    48:23   qualification range?
    49:01   A. Yes.
    49:02   Q. Okay.  When did you go to a
    49:03   military qualification range with Mr. Estes?
    49:04   A. I don't know a specific date.  I
    49:05   mean, it's -- that's -- yeah, I don't know.

| | | |
|---|---|---|
| 49:08 - 49:11 | Whiteman, Benjamin 2020-10-23 | 0:05 |
| 49:08 | Q. But it would have been in that | |
| 49:09 | timeframe of 2012 to 2014 while you guys were | |
| 49:10 | at Fort Benning.  Is that right? | |
| 49:11 | A. Yes.  Yes. | |

**Re: [49:08 to 49:11]**
**Pltf Obj** 403

<span style="background-color: yellow">OVERRULED</span>

| | | |
|---|---|---|
| 49:20 - 50:06 | Whiteman, Benjamin 2020-10-23 | 1:31 |
| 49:20 | Q. And at the military qualification | |
| 49:21 | range, what -- what did you shoot? | |
| 49:22 | A. It would have been an M9 range. | |
| 49:23 | Q. Okay.  And so would you both have | |
| 50:01 | been shooting an M9 at that time? | |
| 50:02 | A. Yes. | |
| 50:03 | Q. How many rounds would -- did you | |
| 50:04 | shoot with the M9? | |
| 50:05 | A. You're given 40 rounds for | |
| 50:06 | qualification.  30 targets pop up. | |

| | | |
|---|---|---|
| 52:09 - 52:11 | Whiteman, Benjamin 2020-10-23 | 0:12 |
| 52:09 | Q. Okay.  So you were at Fort Benning | |
| 52:10 | from 2011 until September of 2014? | |
| 52:11 | A. Yes. | |

| | | |
|---|---|---|
| 52:12 - 52:19 | Whiteman, Benjamin 2020-10-23 | 1:39 |
| 52:12 | Q. Okay.  And while you were at | |
| 52:13 | Fort Benning, what -- how -- when were you | |
| 52:14 | serving alongside Mr. Luke Estes? | |
| 52:15 | A. From 2012 to '14 roughly. | |
| 52:16 | Q. When in -- when in 2014? | |
| 52:17 | A. It would have been the earlier | |
| 52:18 | part of the year.  Around -- I went to gunnery | |
| 52:19 | in May.  So probably I'd say in May. | |

| | | |
|---|---|---|
| 53:06 - 53:11 | Whiteman, Benjamin 2020-10-23 | 0:18 |
| 53:06 | Q. Have you ever seen Mr. Estes wear | |
| 53:07 | a CVC helmet? | |
| 53:08 | A. Yes. | |
| 53:09 | Q. When have you seen Mr. Estes where | |
| 53:10 | a CVC helmet? | |
| 53:11 | A. Any time we were in the tank. | |

| | | |
|---|---|---|
| 54:12 - 54:15 | Whiteman, Benjamin 2020-10-23 | 0:19 |
| 54:12 | Q. During the one and a half years | |
| 54:13 | that you served with Mr. Estes, do you have a | |
| 54:14 | memory of ever seeing him wear a Combat Arms | |
| 54:15 | Earplug Version II? | |

**Re: [54:12 to 54:15]**
**Pltf Obj** Asked and answered,
403

<span style="background-color: yellow">SUSTAINED</span>

| | | |
|---|---|---|
| 54:18 - 54:18 | Whiteman, Benjamin 2020-10-23 | 0:04 |
| 54:18 | A. Not that I recall. | |

54:19 - 54:03   Whiteman, Benjamin 2020-10-23                              0:25
    54:19       Q. Is that because you just don't --

Re: [54:19 to 54:03]                                                    SUSTAINED
Def Obj Incorrect Counter

55:05 - 55:14   Whiteman, Benjamin 2020-10-23                              1:46
    55:05       Okay.  When -- when in 2012 did you start
    55:06       serving with Mr. Estes?                                  SUSTAINED
    55:07       A. I -- I don't recall the specific
    55:08       time.  It would have been later in 2012.
    55:09       Q. About that second half of the
    55:10       year?
    55:11       A. Yeah.
    55:12       Q. All right.  So during the one and
    55:13       a half years that you served with Mr. Estes,
    55:14       did he ever complain to you about hearing loss?

Re: [55:05 to 55:14]
Pltf Obj Hearsay, 403

55:16 - 55:16   Whiteman, Benjamin 2020-10-23                              0:05
    55:16       A. Not that I recall.                                    SUSTAINED

Re: [55:16 to 55:16]
Pltf Obj Hearsay, 403

55:20 - 55:22   Whiteman, Benjamin 2020-10-23                              0:08
    55:20       Q. And during the one and a half
    55:21       years that you served with Mr. Estes, did you          SUSTAINED (403)
    55:22       ever get the sense that he had hearing loss?

Re: [55:20 to 55:22]
Pltf Obj 701, 403, Vague, 401

56:01 - 56:01   Whiteman, Benjamin 2020-10-23                              0:24
    56:01       A. No, not that I recall.                               SUSTAINED (403)

Re: [56:01 to 56:01]
Pltf Obj 701, 403, Vague, 401

56:04 - 56:07   Whiteman, Benjamin 2020-10-23                              0:20
    56:04       From 2012 when you began serving with
    56:05       Mr. Estes through September of 2014, did
    56:06       Mr. Estes ever tell you that a Combat Arms             SUSTAINED
    56:07       Earplug Version II loosened in his ear?

Re: [56:04 to 56:07]
Pltf Obj Hearsay, 403, Vague,
602

56:10 - 56:14   Whiteman, Benjamin 2020-10-23                              0:17
    56:10       A. Not that I recall.
    56:11       Q. From 2012 through September of
    56:12       2014, did Mr. Estes ever tell you that a               SUSTAINED
    56:13       Combat Arms Earplug Version II fell out of his
    56:14       ear?

Re: [56:10 to 56:14]
Pltf Obj Hearsay, 403, Vague,
602

56:17 - 56:17   Whiteman, Benjamin 2020-10-23                              0:26
    56:17       A. Not that I recall.

57:13 - 58:01    Whiteman, Benjamin 2020-10-23                                                    1:43
    57:13    Q. And we talked earlier a little bit
    57:14    about going to the military gun range.  Was
    57:15    that near Kelly Hill?
    57:16    A. Small arms.
    57:17    Q. And what -- what are small arms?
    57:18    A. Just your personal weapon.  So
    57:19    nine mil, the M4, those are considered small
    57:20    arms.
    57:21    Q. Okay.  And you went there with
    57:22    Mr. Estes?
    57:23    A. Yes.
    58:01    Q. And when would that have been?

58:04 - 58:04    Whiteman, Benjamin 2020-10-23                                                    0:04
    58:04    A. Sometime from 2012 to 2014.

                                                          58:05 - 58:08    Whiteman, Benjamin 2020-10-23        0:10
                                                              58:05    Q. Through September of 2014 or up to
                                                              58:06    2014?
                                                              58:07    A. It would have been up until he
                                                              58:08    left in 2014.  I mean...

                                                          58:05 - 58:12    Whiteman, Benjamin 2020-10-23        0:27
                                                              58:05    Q. Through September of 2014 or up to
                                                              58:06    2014?
                                                              58:07    A. It would have been up until he
                                                              58:08    left in 2014.  I mean...
                                                              58:09    Q. Okay.  So May or June of 2014?
                                                              58:10    A. Yeah.
                                                              58:11    Q. And I'm sorry.  Remind me again.
                                                              58:12    What small arms you would have been shooting at

58:09 - 58:16    Whiteman, Benjamin 2020-10-23                                                    0:26
    58:09    Q. Okay.  So May or June of 2014?
    58:10    A. Yeah.
    58:11    Q. And I'm sorry.  Remind me again.
    58:12    What small arms you would have been shooting at
    58:13    the military gun range during that time?
    58:14    A. Well, the only one that he would
    58:15    have been shooting while I was present would
    58:16    have been the nine mil.

60:17 - 60:19    Whiteman, Benjamin 2020-10-23                                                    0:13
    60:17    Kelly Hill.  How -- how many times a year would
    60:18    that have occurred, you going to the small arms
    60:19    range with Mr. Estes?

60:22 - 60:23    Whiteman, Benjamin 2020-10-23                                                    0:08

60:22   A. One to two times a year.  I mean,
60:23   it's an annual qualification.

61:05 - 61:07   Whiteman, Benjamin 2020-10-23   0:12
61:05   Q. Okay.  And do you ever recall
61:06   wearing the Combat Arms Earplug Version II
61:07   while you were wearing a CVC or ACH helmet?

61:10 - 61:18   Whiteman, Benjamin 2020-10-23   0:25
61:10   A. I don't recall.
61:11   Q. Would that have been something
61:12   that you would have done or others would have
61:13   done?
61:14   A. Under the CVC, no, because your
61:15   CVC is means of communication throughout your
61:16   crew and radio comms between other vehicles.
61:17   So if you have earplugs, it would be a little
61:18   redundant.  ACH, yes.

61:19 - 62:04   Whiteman, Benjamin 2020-10-23   1:37
61:19   Q. And why is that with the ACH?
61:20   A. Because the ACH doesn't have
61:21   any -- the CVC muffs out sound.  The ACH
61:22   doesn't.  It's just open.
61:23   Q. So while wearing a CVC helmet, you
62:01   wouldn't wear a Combat Arms Earplug Version II
62:02   under that.  But while wearing an ACH helmet,
62:03   you might wear an earplug under that helmet?
62:04   A. Yes.

**Re: [61:19 to 61:22]**
**Def Obj** Relevance (401, 402)

**Re: [61:23 to 62:04]**
**Def Obj** Cumulative (403)

OVERRULED

OVERRULED

62:05 - 62:07   Whiteman, Benjamin 2020-10-23   0:06
62:05   Q. How often would you be wearing a
62:06   CVC helmet while in the tank?
62:07   A. Every time.  If the tank is

62:08 - 62:15   Whiteman, Benjamin 2020-10-23   0:28
62:08   moving, again, that's your communication inside
62:09   the tank.  It's -- so you have internal comms
62:10   and then you have radio comms.  And it all goes
62:11   through the head phones of your CVC.  And you
62:12   have a mic on the CVC.  I don't know if it's --
62:13   I have a CVC I can show you and an ACH.  That
62:14   way, I mean, you can see the difference between
62:15   the two.

63:14 - 63:22   Whiteman, Benjamin 2020-10-23   1:31
63:14   Q. Earlier today I think you told me
63:15   that you didn't expect it when I asked about
63:16   whether you were surprised that Mr. Estes was
63:17   bringing a hearing loss claim.  Do you remember

**Re: [63:14 to 63:22]**
**Pltf Obj** 611, 402, 402, Vague,
cumulative, assumesfacts not
in evidence, 602

| | | | | |
|---|---|---|---|---|
| 63:18 that? | | | | **SUSTAINED (402)** |
| 63:19 A. Yep. | | | | |
| 63:20 Q. Can you tell me why you didn't | | | | |
| 63:21 expect that Mr. Estes would bring a hearing | | | | |
| 63:22 loss claim? | | | | |

| | | | |
|---|---|---|---|
| 64:02 - 64:15  Whiteman, Benjamin 2020-10-23 | 1:38 | **Re: [64:02 to 64:15]** | |
| 64:02 A. Well, I mean, I was only with Luke | | **Pltf Obj** 611, 402, 402, Vague, | |
| 64:03 Estes for a fraction of his military career. | | cumulative, assumesfacts not | |
| 64:04 And within the little bit of time that I was | | in evidence, 602 | |
| 64:05 with him, like, noise exposure wasn't that | | | |
| 64:06 often. | | | |
| 64:07 Q. And you were with Mr. Estes, I | | | **SUSTAINED [64:02-64:10]** |
| 64:08 think, from -- for about a year and a half.  Is | | | **(611)** |
| 64:09 that right? | | | |
| 64:10 A. Correct. | | | **OVERRULED [64:11-64:15]** |
| 64:11 Q. And so during that year and a | | | |
| 64:12 half, do I have it right that, you know, in | | | |
| 64:13 your estimation, noise exposure wasn't often | | | |
| 64:14 for you and Mr. Estes while you were serving | | | |
| 64:15 together? | | | |

| | |
|---|---|
| 64:17 - 64:17  Whiteman, Benjamin 2020-10-23 | 0:02 |
| 64:17 A. Correct. | |

| | | | |
|---|---|---|---|
| 66:07 - 66:07  Whiteman, Benjamin 2020-10-23 | 0:02 | **Re: [66:07 to 66:07]** | |
| 66:07 A. I was that guy. | | **Def Obj** Relevance (401, 402); | **SUSTAINED** |
| | | Improper Counter | |

| | | | |
|---|---|---|---|
| 68:11 - 68:17  Whiteman, Benjamin 2020-10-23 | 0:14 | **Re: [68:11 to 68:17]** | |
| 68:11 Q. All right.  You being in the | | **Def Obj** Vague; Compound; | |
| 68:12 Army -- well, in the Reserves now, but being in | | Leading (611, 403); Relevance | **SUSTAINED** |
| 68:13 the Army, is it fair that you would defer to | | (401, 402); Prejudice (403); | |
| 68:14 what the DoD says and their testing as to | | Improper Counter | |
| 68:15 whether or not Mr. Estes has hearing loss | | | |
| 68:16 associated with the full time that he was with | | | |
| 68:17 the -- in the Army? | | | |