## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Estes*, 7:20cv137 *Hacker*, 7:20cv131 *Keefer*, 7:20cv104 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## DEPOSITION DESIGNATIONS ORDER NO. 2

This Order addresses the Defendants' objections and counter-designations to Plaintiffs' affirmative deposition designations and Plaintiffs' objections to Defendants' counter-designations thereto for the following witness depositions:

1. Mike Cimino (2019-12-11)
2. Richard Knauer (2019-12-17)
3. Tim McNamara (2020-03-11)
4. Martin Salon (2020-01-29)
5. Robert Zielinski (2020-06-22)

The Court's rulings with respect to the above depositions are set forth in the attached Exhibit 1.

**SO ORDERED**, on this 18th day of March, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**