# EXHIBIT 1

# Mike Cimino 2019-12-11

## Updated 3/3/2021

### Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Notes |
|---|---|---|
| 7:8 - 7:13   Revised Cimino 2019-12-11 | | |
| 7 8      Q.   Would you please state your full name for | | |
| 7 9      the record? | | |
| 7 10     A.   My full name is Mike Cimino. | | |
| 7 11     Q.   Good morning, Mr. Cimino.  My name is Tom | | |
| 7 12     Cartmell.  It is nice to meet you. | | |
| 7 13     A.   Nice to meet you. | | |
| 8:12 - 8:17   Revised Cimino 2019-12-11 | | |
| 8 12     Q.   All right.  So, let me ask you where you | | |
| 8 13     presently reside? | | |
| 8 14     A.   I reside in Barrie, Ontario, Canada. | | |
| 8 15     Q.   And how long have you been a resident of | | |
| 8 16     Canada? | | |
| 8 17     A.   All my life. | | |
| 8:23 - 9:2   Revised Cimino 2019-12-11 | | |
| 8 23     Who are you currently employed by, sir? | | |
| 8 24     A.   3M. | | |
| 8 25     Q.   And what is your current position at 3M? | | |
| 9 1      A.   Currently I'm a -- a business development | | |
| 9 2      leader. | | |
| 9:3 - 9:5   Revised Cimino 2019-12-11 | **Re: [9:3-9:5]** | **OVERRULED** |
| 9 3      Q.   Is it true that you've worked for 3M or | **Def Obj** Compound (611, 403) | |
| 9 4      its predecessor, the Aearo Technology Company for | | |
| 9 5      approximately 20 years? | | |
| 9:8 - 9:11   Revised Cimino 2019-12-11 | **Re: [9:8-9:11]** | **OVERRULED** |
| 9 8      A.   So I've worked with 3M company since 2008 | **Def Obj** Compound (611, 403) | |
| 9 9      when they purchased Aearo company.  With Aearo company | | |
| 9 10     I was there starting back in April -- actually, Aearo | | |
| 9 11     started back in January '99.  Yeah, January '99. | | |
| 9:18 - 9:22   Revised Cimino 2019-12-11 | | |
| 9 18     Q.   Okay.  And during that entire 20-year | | |
| 9 19     period of time, have you been working in the marketing | | |
| 9 20     department or the business side of the companies? | | |
| 9 21     A.   Yeah, I've been on the customer-facing, | | |
| 9 22     either marketing or sales side. | | |
| 10:15 - 10:24   Revised Cimino 2019-12-11 | | |
| 10 15     I've marked as Exhibit 1 a copy of your | | |
| 10 16     resume.  Let me ask you, did you prepare this resume | | |

| | |
|---|---|
| 10 17 | for this litigation? |
| 10 18 | A.   No. |
| 10 19 | Q.   This is a resume that you prepared when? |
| 10 20 | A.   So this would have been one that I would |
| 10 21 | have picked up -- so this would have been one that I |
| 10 22 | would have picked up as a result of having applied to |
| 10 23 | other jobs within 3M.  So it's -- it's a consolidated |
| 10 24 | CV. |

| | |
|---|---|
| 11:3 - 12:15 | Revised Cimino 2019-12-11 |
| 11 3 | Q.   So let me ask it, just to summarize for |
| 11 4 | the jury, because I want to give them some idea who |
| 11 5 | you are. |
| 11 6 | But when you started at Aearo |
| 11 7 | Technologies, it looks like you were a marketing |
| 11 8 | director in -- in 1999, correct? |
| 11 9 | A.   Correct. |
| 11 10 | Q.   And then you received a promotion to |
| 11 11 | business manager in October of 2006, is that correct? |
| 11 12 | A.   Correct. |
| 11 13 | Q.   Okay.  After that, according to your CV, |
| 11 14 | you became a business leader, tactical PPE military |
| 11 15 | markets in April of 2008, right? |
| 11 16 | A.   Correct. |
| 11 17 | Q.   And PPE stands for personal protection |
| 11 18 | equipment, is that right? |
| 11 19 | A.   Correct. |
| 11 20 | Q.   Okay.  You then became a product marketing |
| 11 21 | manager in January 2012 for active hearing, correct? |
| 11 22 | A.   Correct. |
| 11 23 | Q.   And we'll go back and talk about some of |
| 11 24 | these, but if you go to the front -- the front page, |
| 11 25 | just real quickly, in 2013 you were a product -- |
| 12 1 | product marketing manager, in 2014 you were a national |
| 12 2 | accounts manager, in 2015 you were a regional sales |
| 12 3 | manager, and in 2006 -- excuse me -- '18 you became |
| 12 4 | your current -- or you started working in your current |
| 12 5 | position, business development leader, is that |
| 12 6 | correct? |
| 12 7 | A.   Correct. |

| | | |
|---|---|---|
| 12 8    Q.   All right.  So, we've talked about all of<br>12 9    those positions that you've had.<br>12 10    Have those been promotions through the<br>12 11    company primarily over those 20-some years?<br>12 12    A.   I would say they've been roles of<br>12 13    escalating responsibility and not all promotions.<br>12 14    Q.   Some of them lateral moves?<br>12 15    A.   Yes. | | |
| 14:7 - 14:11   Revised Cimino 2019-12-11<br>14 7    Q.   And as you marched through the company<br>14 8    over the 20-some years, I take it you have benchmarks<br>14 9    as far as sales and revenues for the products you are<br>14 10    responsible for that are given to you by upper<br>14 11    management, is that right? | **Re: [14:7-14:11]**<br>**Def Obj** Compound; Vague (611, 403) | **OVERRULED** |
| 14:13 - 14:13   Revised Cimino 2019-12-11<br>14 13    A.   Yeah. | **Re: [14:13-14:13]**<br>**Def Obj** Compound; Vague (611, 403) | **OVERRULED** |
| 21:11 - 21:15   Revised Cimino 2019-12-11<br>21 11    Q.   You understand you are a witness in this<br>21 12    case because you were in marketing and in management<br>21 13    over, for a period of time, a product, an earplug<br>21 14    product called the Combat Arms Earplug, is that fair?<br>21 15    A.   Yeah. | **Re: [21:11-21:15]**<br>**Def Obj** Compound; Vague (611, 403) | **OVERRULED** |
| 36:2 - 36:13   Revised Cimino 2019-12-11<br>36 2    You stated previously that you were first<br>36 3    involved with the Combat Arms Earplugs in 2006, right?<br>36 4    A.   As part of my product portfolio<br>36 5    responsibility, correct.<br>36 6    Q.   And then tell the jury how long it was<br>36 7    after that that you were involved from a marketing<br>36 8    standpoint with the Combat Arms Version 2 earplug?<br>36 9    A.   So I don't remember exactly, but it would<br>36 10    have been -- it would have been in my product mix<br>36 11    through December 2011 as part of my responsibility as<br>36 12    the business leader for the military market.  So that<br>36 13    would have been part of our product mix at the time. | | |
| 36:20 - 36:23   Revised Cimino 2019-12-11<br>36 20    Q.   Do you think you had any responsibility<br>36 21    related to Version 2, the Combat Arms Earplug, after | | **COUNTER DESIGNATION**<br>**WITHDRAWN, 3/12/2021** |

| | | | |
|---|---|---|---|
| 36 22 | 2011? | | |
| 36 23 | A.   I did not. | | |
| 41:4 - 41:18 | Revised Cimino 2019-12-11 | Re: [41:4-41:18] | FOUNDATION OBJECTION |
| 41 4 | (WHEREUPON, a certain document was | Def Obj Foundation (602) | WITHDRAWN [41:4-41:18], |
| 41 5 | marked Mike Cimino Deposition Exhibit | | 3/12/2021 |
| 41 6 | No. 4, for identification, as of | | |
| 41 7 | 12/11/2019.) | | |
| 41 8 | BY MR. CARTMELL: | | |
| 41 9 | Q.   I'm going to hand you what's been marked | | |
| 41 10 | as Exhibit 4. | | |
| 41 11 | Mr. Cimino, I've handed you Exhibit 4, | | |
| 41 12 | which is an e-mail and attachment that came from 3M's | | |
| 41 13 | files in this case, and I want to ask you a few | | |
| 41 14 | questions about this. | | |
| 41 15 | You see from the e-mail that this is an | | |
| 41 16 | e-mail from Doug Moses to Jason Jones and Eric Fallon. | | |
| 41 17 | Do you see that? | | |
| 41 18 | A.   I do. | | |
| 42:14 - 43:24 | Revised Cimino 2019-12-11 | Re: [42:14-43:24] | FOUNDATION OBJECTION |
| 42 14 | Q.   Okay.  You see that there is a document | Def Obj Foundation (602) | WITHDRAWN, 3/12/2021 |
| 42 15 | forwarded by Mr. Moses that talks about military | | |
| 42 16 | timelines or a military milestones and time -- and a | | |
| 42 17 | timeline. | | |
| 42 18 | Do you see that? | | |
| 42 19 | A.   The Historical Timeline chart, yes. | | |
| 42 20 | Q.   Okay.  Let's take a look at that.  I want | | |
| 42 21 | to give the jury some perspective as far as what is | | |
| 42 22 | going on during the periods of time that the Combat | | |
| 42 23 | Arms Earplugs Version 2 was being sold. | | |
| 42 24 | And you see that this Historical Timeline | | |
| 42 25 | has US military activity that is occurring from 1999 | | |
| 43 1 | through 2004, do you see that? | | |
| 43 2 | A.   Um-hum. | | |
| 43 3 | Q.   And, for example, in 2001, that's when the | | |
| 43 4 | Afghan -- Afghanistan deployments began, right? | | |
| 43 5 | A.   Yes. | | |
| 43 6 | Q.   In 2003 the Iraqi war began.  Is that | | |
| 43 7 | consistent with your recollection? | | |
| 43 8 | A.   Correct. | | |

| | | | |
|---|---|---|---|
| 43 9 | Q.   And thereafter, you'll see in 2004, | | |
| 43 10 | shortly after the Iraqi war began, the Generation 2 | | |
| 43 11 | Combat Arms Earplug was launched. | | |
| 43 12 | Is that consistent with your memory? | | |
| 43 13 | A.   I'd have to assume this correct.  I -- | | |
| 43 14 | I wasn't -- I don't remember when Gen 2 was officially | | |
| 43 15 | launched. | | |
| 43 16 | Q.   I see.  You know it was launched and had | | |
| 43 17 | been on the market for a period of time prior to you | | |
| 43 18 | taking over responsibility for it? | | |
| 43 19 | A.   Yes. | | |
| 43 20 | Q.   And then you mentioned just a second ago | | |
| 43 21 | that there was a lot of activity and a lot of money | | |
| 43 22 | being spent by the military when you took over in | | |
| 43 23 | 2006, correct? | | |
| 43 24 | A.   Correct. | | |
| 43:25 - 44:4 | Revised Cimino 2019-12-11 | **Re: [43:25-44:4]** | **OVERRULED** |
| 43 25 | Q.   And that was because, as we've -- as this | **Def Obj** Comopund; Misstates (611, | |
| 44 1 | timeline shows, there were two wars that had been | 403) ; Foundation (602) | |
| 44 2 | started by that time and, I take it, tens of thousands | | |
| 44 3 | of soldiers had been deployed overseas into combat, is | | |
| 44 4 | that -- is that correct? | | |
| 44:7 - 44:8 | Revised Cimino 2019-12-11 | **Re: [44:7-44:8]** | **OVERRULED** |
| 44 7 | A.   So there was certainly surge deployments | **Def Obj** Compound; Misstates (611, | |
| 44 8 | at that time.  I -- I don't recall the exact numbers. | 403); Foundation (602) | |
| 44:9 - 44:24 | Revised Cimino 2019-12-11 | **Re: [44:9-44:24]** | **FOUNDATION OBJECTION** |
| 44 9 | BY MR. CARTMELL: | **Def Obj** Foundation (602) | **WITHDRAWN, 3/12/2021** |
| 44 10 | Q.   Okay.  But as there are more soldiers who | | |
| 44 11 | are deployed over into combat or overseas into wars, | | |
| 44 12 | obviously the military is going to have a greater need | | |
| 44 13 | for personal protection equipment like earplugs or | | |
| 44 14 | earmuffs, that sort of thing, correct? | | |
| 44 15 | A.   Well, with more people there is more -- | | |
| 44 16 | more consumption. | | |
| 44 17 | Q.   Okay.  And -- and you can see from this | | |
| 44 18 | timeline that in 2006, around the time you were | | |
| 44 19 | appointed to lead the strategic business unit that | | |
| 44 20 | included the Combat Arms Earplug, one million pair of | | |
| 44 21 | Generation 2 Combat Arms Earplugs were purchased by or | | |

| | | |
|---|---|---|
| 44 22    ordered by the DLA.<br>44 23    Do you see that?<br>44 24    A.   I do. | | |
| 85:8 - 85:13    Revised Cimino 2019-12-11<br>85 8    Q.   So when you became the vice president<br>85 9    for -- of the strategic business unit in charge of<br>85 10    this product and the sales to the military, did you go<br>85 11    back and look to see if it had ever been tested in<br>85 12    your laboratory at Aearo Technologies?<br>85 13    A.   I did not. | | |
| 85:19 - 85:22    Revised Cimino 2019-12-11<br>85 19    Q.   You knew prior to taking over this product<br>85 20    that before this product could be sold to the<br>85 21    military, it needed to have what's called a noise<br>85 22    reduction rating? | **Re: [85:19-85:22]**<br>**Def Obj** Misstates (611, 403);<br>Foundation (602) | **SUSTAINED** |
| 85:25 - 86:3    Revised Cimino 2019-12-11<br>85 25    A.   So, I did not know that going in.  I don't<br>86 1    know -- I did not know what the specs -- the<br>86 2    specifications were around that product going into --<br>86 3    into my job. | **Re: [85:25-86:3]**<br>**Def Obj** Misstates (611, 403);<br>Foundation (602) | **SUSTAINED** |
| 90:23 - 90:25    Revised Cimino 2019-12-11<br>90 23    Q.   Did you know anything about the EPA<br>90 24    requiring an NRR rating on your products that you are<br>90 25    responsible for? | **Re: [90:23-90:25]**<br>**Def Obj** Foundation (602) | **SUSTAINED** |
| 91:3 - 91:8    Revised Cimino 2019-12-11<br>91 3    A.   I don't recall.<br>91 4    BY MR. CARTMELL:<br>91 5    Q.   You don't think you did?<br>91 6    A.   I say I don't recall.<br>91 7    Q.   You may have, you just don't know?<br>91 8    A.   I -- I don't recall. | **Re: [91:3-91:8]**<br>**Def Obj** Foundation (602) | **SUSTAINED AS TO [91:3]**<br><br>**FOUNDATION OBJECTION**<br>**WITHDRAWN [91:5-91:8]** |
| 93:1 - 93:13    Revised Cimino 2019-12-11<br>93 1    Q.   Would you have assumed that it would have<br>93 2    been tested at Aearo Technology prior to the time that<br>93 3    it was first sold to the military?<br>93 4    A.   I'm not really comfortable answering what<br>93 5    I assumed or didn't assume at the time.<br>93 6    Q.   Well, you would review test results from<br>93 7    the Aearo Technology lab from time to time? | | |

| | | |
|---|---|---|
| 93 8        A.   I would not review tests. | | |
| 93 9        Q.   You would review test results? | | |
| 93 10       A.   No. | | |
| 93 11       Q.   And you would have interaction with the | | |
| 93 12       laboratory at Aearo Technology from time to time? | | |
| 93 13       A.   Definitely. | | |
| 93:14 - 93:16   Revised Cimino 2019-12-11 | **Re: [93:14-93:16]** | **OVERRULED** |
| 93 14       Q.   And part of that was so that you could | **Def Obj** Compound (611, 403); | |
| 93 15       figure out what the noise reduction rating was for the | Foundation (602) | |
| 93 16       products that you were responsible for, correct? | | |
| 93:20 - 93:21   Revised Cimino 2019-12-11 | **Re: [93:20-93:21]** | **OVERRULED** |
| 93 20       A.   So, we would know what the final NRRs | **Def Obj** Compound (611, 403); | |
| 93 21       would be of products that were tested. | Foundation (602) | |
| 93:22 - 93:22   Revised Cimino 2019-12-11 | | |
| 93 22          BY MR. CARTMELL: | | |
| 93:23 - 94:13   Revised Cimino 2019-12-11 | **Re: [93:23-94:13]** | **FOUNDATION OBJECTION** |
| 93 23       Q.   And you understood, as you just said, that | **Def Obj** Foundation (602) | **WITHDRAWN, 3/12/2021** |
| 93 24       an NRR, or a noise reduction rating, would come about | | |
| 93 25       as a result of a test, correct? | | |
| 94 1        A.   Yes. | | |
| 94 2        Q.   Okay.  And you understood from your | | |
| 94 3        experience, and we can go through some of these | | |
| 94 4        documents, but your experience was in order for the | | |
| 94 5        Aearo Technologies products to get an NRR rating, they | | |
| 94 6        would be tested in the laboratory? | | |
| 94 7        A.   There would be a testing process in place, | | |
| 94 8        correct. | | |
| 94 9        Q.   Right.  And typically I think individuals | | |
| 94 10       who are employed by the company in the laboratory | | |
| 94 11       like, for example, Elliott Berger or Ron Kieper would | | |
| 94 12       be the ones who would test the product, correct? | | |
| 94 13       A.   As I recall. | | |
| 95:12 - 95:16   Revised Cimino 2019-12-11 | | |
| 95 12       (WHEREUPON, a certain document was | | |
| 95 13       marked Mike Cimino Deposition Exhibit | | |
| 95 14       No. 7, for identification, as of | | |
| 95 15       12/11/2019.) | | |
| 95 16          BY MR. CARTMELL: | | |

| | | |
|---|---|---|
| 95:17 - 96:1    Revised Cimino 2019-12-11 | **Re: [95:17-96:1]** | **FOUNDATION OBJECTION** |
| 95 17      Q.   I'm going to hand you Exhibit 7, sir. | **Def Obj** Foundation (602) | **WITHDRAWN, 3/12/2021** |
| 95 18      Exhibit 7 is an e-mail and attachment that | | |
| 95 19      was produced in this litigation from the Defendants, | | |
| 95 20      and it -- you'll see it is an e-mail from Kevin Spahn | | |
| 95 21      to Doug Moses. | | |
| 95 22      Kevin Spahn is who? | | |
| 95 23      A.   Kevin Spahn was a -- I can't remember his | | |
| 95 24      official -- well, there it is.  He was a graphics | | |
| 95 25      coordinator, so he did all of the graphics and | | |
| 96 1       packaging and whatnot. | | |
| 96:10 - 96:17    Revised Cimino 2019-12-11 | **Re: [96:10-96:17]** | **FOUNDATION OBJECTION** |
| 96 10      Q.   Now, we -- we've talked about an NRR, or | **Def Obj** Foundation (602) | **WITHDRAWN, 3/12/2021** |
| 96 11      noise reduction rating, and on the right side of this | | |
| 96 12      exhibit, there is two boxes for the Combat Arms | | |
| 96 13      Earplugs that we're talking about in this lawsuit, one | | |
| 96 14      that has a noise reduction rating of 22 and the other | | |
| 96 15      that has a noise reduction of 0. | | |
| 96 16      Do you see that? | | |
| 96 17      A.   I do. | | |
| 99:13 - 99:18    Revised Cimino 2019-12-11 | **Re: [99:13-99:18]** | **FOUNDATION OBJECTION** |
| 99 13      Q.   Okay.  And the 22, for instance, on the | **Def Obj** Foundation (602) | **WITHDRAWN, 3/12/2021** |
| 99 14      green end, you understand from being in this industry | | |
| 99 15      for 20 years and working with hearing protective | | |
| 99 16      devices, that the higher numbers denote greater | | |
| 99 17      effectiveness of the earplug, correct? | | |
| 99 18      A.   Yes. | | |
| 100:5 - 100:9    Revised Cimino 2019-12-11 | **Re: [100:5-100:9]** | **OVERRULED** |
| 100 5      Q.   So, in other words, if somebody is using | **Def Obj** Compound (611, 403); | |
| 100 6      an earplug like the green end of the Combat Arms | Foundation (602) | |
| 100 7      Earplug, the higher number or the higher the number it | | |
| 100 8      is, the greater effectiveness that earplug has, | | |
| 100 9      correct? | | |
| 100:12 - 100:13    Revised Cimino 2019-12-11 | **Re: [100:12-100:13]** | **OVERRULED** |
| 100 12      A.   The higher the number, the higher the | **Def Obj** Compound (611, 403); | |
| 100 13      noise reduction rating of the earplug, correct. | Foundation (602) | |
| 106:15 - 107:13    Revised Cimino 2019-12-11 | | |
| 106 15      (WHEREUPON, a certain document was | | |
| 106 16      marked Mike Cimino Deposition Exhibit | | |

| | | |
|---|---|---|
| 106 17   No. 8, for identification, as of | | |
| 106 18   12/11/2019.) | | |
| 106 19   BY MR. CARTMELL: | | |
| 106 20   Q.   Mr. Cimino, I'm going to hand you what's | | |
| 106 21   been marked as Exhibit 8, which is an e-mail string | | |
| 106 22   that was produced to us by 3M in this litigation and | | |
| 106 23   ask you a few questions about this. | | |
| 106 24   Mr. Cimino, if you go to the bottom of | | |
| 106 25   this e-mail string, this is 2004, January 7th. | | |
| 107 1   Do you see that? | | |
| 107 2   A.   I do. | | |
| 107 3   Q.   This is before you ever took over | | |
| 107 4   responsibility for the Combat Arms Earplug Version 2, | | |
| 107 5   correct? | | |
| 107 6   A.   Correct. | | |
| 107 7   Q.   You're having an e-mail conversation with | | |
| 107 8   a man named Elliott Berger, are you not? | | |
| 107 9   A.   Yep. | | |
| 107 10   Q.   Elliott Berger was actually the director | | |
| 107 11   of the laboratory at Aearo Technologies at this time, | | |
| 107 12   correct? | | |
| 107 13   A.   Correct. | | |
| 107:23 - 108:3   Revised Cimino 2019-12-11 | | |
| 107 23   Q.   Right.  And you had been responsible from | | |
| 107 24   products during the early 2000s that were launched by | | |
| 107 25   Aearo Technologies onto the marketplace, correct? | | |
| 108 1   A.   Correct. | | |
| 108 2   Q.   Hearing protective devices, correct? | | |
| 108 3   A.   Correct. | | |
| 108:21 - 108:25   Revised Cimino 2019-12-11 | Re: [108:21-108:25] | OVERRULED |
| 108 21   answer to my prior question, you understand as of 2004 | Def Obj Compound (611, 403); | |
| 108 22   that products would be tested by Elliott Berger and | Foundation (602) | |
| 108 23   others in the laboratory at Aearo Technologies in | | |
| 108 24   order to get a noise reduction rating for the product, | | |
| 108 25   correct? | | |
| 109:4 - 109:5   Revised Cimino 2019-12-11 | Re: [109:4-109:5] | OVERRULED |
| 109 4   A.   So I know and knew that the lab in | Def Obj Compound (611, 403); | |
| 109 5   Indianapolis did testing for NRR for our products. | Foundation (602) | |

| | | |
|---|---|---|
| 109:6 - 109:6   Revised Cimino 2019-12-11 | | |
| 109 6   BY MR. CARTMELL: | | |
| 109:7 - 109:10   Revised Cimino 2019-12-11<br>109 7   Q.   And if you were responsible for that<br>109 8   product, in other words, if it was a product in your<br>109 9   portfolio, you were very interested in that NRR rating<br>109 10   from a marketing perspective, correct? | Re: [109:7-109:10]<br>Def Obj Compound; Vague (611, 403);<br>Foundation (602) | OVERRULED |
| 109:13 - 109:15   Revised Cimino 2019-12-11<br>109 13   A.   So within the project scope, there would<br>109 14   have been -- yeah, there would have been a -- an NRR<br>109 15   target. | Re: [109:13-109:15]<br>Def Obj Compound; Vague (611, 403);<br>Foundation (602) | OVERRULED |
| 109:24 - 110:1   Revised Cimino 2019-12-11<br>109 24   Q.   Well, you had -- you had your desires from<br>109 25   a marketing perspective of where you wanted to see the<br>110 1   NRR for your products, correct? | Re: [109:24-110:1]<br>Def Obj Compound; Vague(611, 403);<br>Foundation (602) | OVERRULED |
| 110:4 - 110:4   Revised Cimino 2019-12-11<br>110 4   A.   There would have been a target goal. | Re: [110:4-110:4]<br>Def Obj Compound; Vague (611, 403);<br>Foundation (602) | OVERRULED |
| 110:5 - 110:5   Revised Cimino 2019-12-11<br>110 5   BY MR. CARTMELL: | | |
| 110:6 - 110:9   Revised Cimino 2019-12-11<br>110 6   Q.   Right.  And that's because you are going<br>110 7   to use that NRR as a marketing person to go market to<br>110 8   customers about your product and the noise reduction<br>110 9   capabilities of those products, right? | Re: [110:6-110:9]<br>Def Obj Compound; Vague (611, 403);<br>Foundation (602) | OVERRULED |
| 110:12 - 110:14   Revised Cimino 2019-12-11<br>110 12   A.   We would have had a -- we would have had<br>110 13   an NRR associated with the product, yes, and a target<br>110 14   NRR as part of the project specification. | Re: [110:12-110:14]<br>Def Obj Compound; Vague (611, 403);<br>Foundation (602) | OVERRULED |
| 110:15 - 110:18   Revised Cimino 2019-12-11<br>110 15   BY MR. CARTMELL:<br>110 16   Q.   Right.  So this e-mail string is talking<br>110 17   about a product that is being tested.<br>110 18   A.   Uh-huh. | | |
| 110:19 - 110:22   Revised Cimino 2019-12-11<br>110 19   Q.   You have responsibility as the marketing<br>110 20   person for that, you know it's going to be tested by<br>110 21   Elliott in the lab and so you reach out to Elliott, do<br>110 22   you not? | Re: [110:19-110:22]<br>Def Obj Compound; Vague (611, 403);<br>Foundation (602) | OVERRULED |

| Designation | Objection | Ruling |
|---|---|---|
| 110:25 - 111:1   Revised Cimino 2019-12-11<br>110 25      A.   I've reached out to Elliott in this<br>111 1      e-mail. | Re: [110:25-111:1]<br>Def Obj Compound; Vague (611, 403); Foundation (602) | OVERRULED |
| 116:2 - 116:9   Revised Cimino 2019-12-11<br>116 2      Q.   And if you go up above, Elliott responds<br>116 3      to you and says:  "The results will be the results."<br>116 4      But then he offers to you that while the test is going<br>116 5      on, he will let you know in the middle of the test<br>116 6      after the 8th or 9th person how it's looking as far as<br>116 7      the noise reduction rating and whether or not he is<br>116 8      going to be able to achieve your marketing target for<br>116 9      the NRR, correct? | Re: [116:2-116:9]<br>Def Obj Relevance (401, 402); 3M MIL No. 18 | OVERRULED |
| 116:12 - 116:12   Revised Cimino 2019-12-11<br>116 12      A.   He says what he says there, yes. | Re: [116:12-116:12]<br>Def Obj Relevance (401, 402); 3M MIL No. 18 | OVERRULED |
| 116:13 - 116:23   Revised Cimino 2019-12-11<br>116 13      BY MR. CARTMELL:<br>116 14      Q.   Okay.  And then you respond to that by<br>116 15      saying:<br>116 16      "Understood.  Please advise by the 8th or<br>116 17      9th person what it looks like it will come up to.<br>116 18      Looking for minimum 26 on A, 24 on B, 23 on P3E, that<br>116 19      is what the current ones tested out to there.  Ideally<br>116 20      a little bit higher on the B and P3E would be great.<br>116 21      Keep me posted."<br>116 22      Do you see that?<br>116 23      A.   I do. | Re: [116:13-116:23]<br>Def Obj Relevance (401, 402); 3M MIL No. 18 | OVERRULED |
| 116:24 - 117:4   Revised Cimino 2019-12-11<br>116 24      Q.   So you are a member of marketing and you<br>116 25      have now reached out to the laboratory that's going to<br>117 1      test one of the products you are responsible for and<br>117 2      you've told them what your targets would be and what<br>117 3      you would like to see or what you would desire to see<br>117 4      the NRRs to be for those products, correct? | Re: [116:24-117:4]<br>Def Obj Relevance (401, 402); Compound; Misstates (611, 403); 3M MIL No. 18 | OVERRULED |
| 117:7 - 117:8   Revised Cimino 2019-12-11<br>117 7      A.   That would have been part of the project<br>117 8      scope, yes. | Re: [117:7-117:8]<br>Def Obj Relevance (401, 402); Compound; Misstates (611, 403); 3M MIL No. 18 | OVERRULED |

| Testimony | Objection | Ruling |
|---|---|---|
| **117:17 - 117:20**   Revised Cimino 2019-12-11<br>117 17   Q.   You understood that when the NRR rating<br>117 18   was being tested or they were testing to try to obtain<br>117 19   that for your products that there would be ten<br>117 20   subjects who would usually be tested, correct? | **Re: [117:17-117:20]**<br>**Def Obj** Relevance (401, 402); 3M MIL No. 18; Foundation (602) | **OVERRULED** |
| **117:24 - 117:25**   Revised Cimino 2019-12-11<br>117 24   A.   So this I'm responding to Elliott that per<br>117 25   his note after the 8th or 9th person to let me know. | **Re: [117:24-117:25]**<br>**Def Obj** Relevance (401, 402); 3M MIL No. 18; Foundation (602) | **OVERRULED** |
| **118:20 - 119:5**   Revised Cimino 2019-12-11<br>118 20   Q.   Mr. Cimino, we are back on the record<br>118 21   after a short break.  Are you ready to proceed?<br>118 22   A.   I am.<br>118 23   Q.   Now, we were talking about NRRs, or noise<br>118 24   reduction ratings, and we've established that this is<br>118 25   the noise reduction rating that is affixed to the<br>119 1   label for the Combat Arms Earplug Version 2.<br>119 2   On the left, the 22 is for the green side<br>119 3   or the closed end and on the right is the yellow end<br>119 4   which is a 0, correct?<br>119 5   A.   That's what I see, yes. | **Re: [118:20-119:5]**<br>**Def Obj** Foundation (602) | **DESIGNATION WITHDRAWN, 3/12/2021**<br><br>**FOUNDATION OBJECTION WITHDRAWN, 3/12/2021** |
| **121:7 - 121:11**   Revised Cimino 2019-12-11<br>121 7   Q.   I'm going to hand you Exhibit 9.<br>121 8   (WHEREUPON, a certain document was<br>121 9   marked Mike Cimino Deposition Exhibit<br>121 10   No. 9, for identification, as of<br>121 11   12/11/2019.) | | |
| **121:15 - 122:4**   Revised Cimino 2019-12-11<br>121 15   Q.   Mr. Cimino, this is a report that was<br>121 16   provided to us from 3M's files in this litigation, and<br>121 17   I want to ask you some questions.  It's dated<br>121 18   July 10th of 2000.<br>121 19   Do you see that?<br>121 20   A.   I do.<br>121 21   Q.   It's titled:  How Folding the Flanges Back<br>121 22   Affects REAT Results of the UltraFit Earplug End of<br>121 23   the Combat Arms Plug.<br>121 24   Do you see that?<br>121 25   A.   I see that.<br>122 1   Q.   Now, the authors of this are R. W. Kieper, | **Re: [121:15-122:4]**<br>**Def Obj** Foundation (602); Relevance (401, 402); Prejudice (403) | **OVERRULED AS TO 401, 402, AND 403 OBJECTIONS**<br><br>**FOUNDATION OBJECTION WITHDRAWN, 3/12/2021** |

| | | |
|---|---|---|
| 122 2    B.S. and E. H. Berger, M.S.<br>122 3    Do you see that?<br>122 4    A.   I do. | | |
| 122:5 - 122:7    Revised Cimino 2019-12-11<br>122 5    Q.   We were just talking about, before the<br>122 6    break, some e-mails related to NRR testing that you<br>122 7    were involved with with Mr. Berger, correct? | Re: [122:5-122:7]<br>Def Obj Foundation (602); Relevance<br>(401, 402); Prejudice (403) | SUSTAINED |
| 122:10 - 122:11    Revised Cimino 2019-12-11<br>122 10    A.   We were looking at an e-mail exchange,<br>122 11    yes. | Re: [122:10-122:11]<br>Def Obj Foundation (602); Relevance<br>(401, 402); Prejudice (403) | SUSTAINED |
| 123:13 - 123:15    Revised Cimino 2019-12-11<br>123 13    MR. ELLIS:  I don't mean to quibble.  I don't<br>123 14    think he has had a second to look over it.<br>123 15    BY THE WITNESS: | Re: [123:13-123:15]<br>Pltf Obj FRE 401/403; Improper<br>statements of Counsel | SUSTAINED |
| 123:22 - 124:4    Revised Cimino 2019-12-11<br>123 22    Do you think, though, having looked<br>123 23    briefly through this report that somebody has told you<br>123 24    about this report before?<br>123 25    A.   No.  I don't -- I don't have any<br>124 1    recollection.<br>124 2    Q.   This report includes testing that was done<br>124 3    on the Combat Arms dual-ended earplug back in 2000.<br>124 4    Do you see that? | Re: [123:22-124:4]<br>Def Obj Foundation (602); Relevance<br>(401, 402); Prejudice (403) | OVERRULED |
| 124:7 - 124:7    Revised Cimino 2019-12-11<br>124 7    A.   I see what's on the screen as this, yeah. | Re: [124:7-124:7]<br>Def Obj Foundation (602); Relevance<br>(401, 402); Prejudice (403) | OVERRULED |
| 125:9 - 126:2    Revised Cimino 2019-12-11<br>125 9    Q.   Okay.  This report says that there were<br>125 10    two tests done on the green end of the Combat Arms<br>125 11    Earplug to try to determine the noise reduction<br>125 12    rating, correct?<br>125 13    A.   I don't know.  Where -- where would it say<br>125 14    that?<br>125 15    Q.   Okay.  It states, if you go up to Device<br>125 16    Tested on the second page, the paragraph beginning<br>125 17    Device Tested.<br>125 18    A.   Uh-huh.<br>125 19    Q.   And if you go to the last sentence, it<br>125 20    states: | Re: [125:9-126:2]<br>Def Obj Foundation (602); Relevance<br>(401, 402); Prejudice (403) | FOUNDATION OBJECTION<br>WITHDRAWN, 3/12/2021<br><br>REMAINING OBJECTIONS<br>OVERRULED |

| | | | |
|---|---|---|---|
| 125 21 | "The solid plug end is green and it was | | |
| 125 22 | this plug which was evaluated in two separate REAT | | |
| 125 23 | tests," and then it gives the number of the test, | | |
| 125 24 | "213015 and 213017. This is" -- "this plug is the | | |
| 125 25 | linear earplug end of the Combat Arms Plug." | | |
| 126 1 | Do you see that? | | |
| 126 2 | A.  I see that. | | |
| **126:19 - 126:24** | **Revised Cimino 2019-12-11** | **Re: [126:19-126:24]** | **FOUNDATION OBJECTION** |
| 126 19 | "The initial test 213015 was stopped after | **Def Obj** 3M MIL No. 18; Foundation | **WITHDRAWN, 3/12/2021** |
| 126 20 | eight subjects because the individual results were | (602); Relevance (401, 402); Prejudice | |
| 126 21 | variable and the NRR was quite low," and then in | (403) | **REMAINING OBJECTIONS** |
| 126 22 | parentheses it says, "(11)?" | | **OVERRULED** |
| 126 23 | Do you see that? | | |
| 126 24 | A.  I see that, yes. | | |
| **126:25 - 127:6** | **Revised Cimino 2019-12-11** | **Re: [126:25-127:6]** | **OVERRULED** |
| 126 25 | Q.   So we -- we just talked about an e-mail he | **Def Obj** Misstates; Argumentative | |
| 127 1 | can change that you had with Elliott Berger about one | (611, 403); 3M MIL No. 18; Foundation | |
| 127 2 | of the products you were responsible for in 2011, and | (602); Relevance (401, 402); Prejudice | |
| 127 3 | you asked Elliott Berger to stop the testing and tell | (403) | |
| 127 4 | you, a member of marketing, what the results were | | |
| 127 5 | after eight or nine people were tested. | | |
| 127 6 | Do you recall that? | | |
| **127:9 - 127:18** | **Revised Cimino 2019-12-11** | **Re: [127:9-127:18]** | **OVERRULED** |
| 127 9 | A.  I asked him to advise.  I didn't tell him | **Def Obj** Misstates; Argumentative | |
| 127 10 | to stop. | (611, 403); 3M MIL No. 18; Foundation | |
| 127 11 | BY MR. CARTMELL: | (602); Relevance (401, 402); Prejudice | |
| 127 12 | Q.   Okay.  But you -- so you knew as of the | (403) | |
| 127 13 | time of this report, 2006 at least, that that was | | |
| 127 14 | something that Elliott Berger might do, in other | | |
| 127 15 | words, he might do testing and he, at least you knew, | | |
| 127 16 | might inform marketing what the result -- results were | | |
| 127 17 | after eight or nine individuals, correct?  You had | | |
| 127 18 | that experience? | | |
| **127:21 - 127:22** | **Revised Cimino 2019-12-11** | **Re: [127:21-127:22]** | **OVERRULED** |
| 127 21 | A.  I can only speak to this one.  I don't -- | **Def Obj** Misstates; Argumentative | |
| 127 22 | I don't have a general experience. | (611, 403); 3M MIL No. 18; Foundation | |
| | | (602); Relevance (401, 402); Prejudice | |
| | | (403) | |

| | | |
|---|---|---|
| 127:23 - 128:1   Revised Cimino 2019-12-11 | | |
| 127 23     BY MR. CARTMELL: | | |
| 127 24     Q.   Now, it states that the NRR was quite low, | | |
| 127 25     11, after the eight subjects. | | |
| 128 1     Do you see that? | | |
| 128:4 - 128:4   Revised Cimino 2019-12-11 | | |
| 128 4     A.   Yeah, up on the screen, yeah. | | |
| 131:4 - 131:11   Revised Cimino 2019-12-11 | Re: [131:4-131:11] | FOUNDATION OBJECTION |
| 131 4     Q.   And then if you -- if you go down to the | Def Obj Foundation (602); Relevance | WITHDRAWN, 3/12/2021 |
| 131 5     next paragraph, this is the test on the green end of | (401, 402); Prejudice (403) | |
| 131 6     the Combat Arms Earplug. | | REMAINING OBJECTIONS |
| 131 7     It states:  "For test 213015, the plugs | | OVERRULED |
| 131 8     were fit according to the standard plug's fitting | | |
| 131 9     instructions, with no modifications." | | |
| 131 10    Do you see that? | | |
| 131 11     A.   I do. | | |
| 131:25 - 132:14   Revised Cimino 2019-12-11 | Re: [131:25-132:14] | FOUNDATION OBJECTION |
| 131 25    Q.   And then it states:  "Because the stem of | Def Obj Foundation (602); Relevance | WITHDRAWN [131:25-132:6], |
| 132 1     the green, solid end of the plug is so short; it was | (401, 402); Prejudice (403) | 3/12/2021 |
| 132 2     difficult for the experimenter to insert the plug | | |
| 132 3     deeply into some subject's ear canals, especially | | |
| 132 4     those with medium and larger ear canals." | | REMAINING OBJECTIONS |
| 132 5     Do you see that? | | OVERRULED |
| 132 6     A.   I do. | | |
| 132 7     Q.   "Additionally, the geometry of the ear | | |
| 132 8     canal opening sometimes prevented the deep plug | | |
| 132 9     insertion required for maximum attenuation values." | | |
| 132 10    And so that -- that's just saying that | | |
| 132 11    when they did this test in Aearo's laboratory on the | | |
| 132 12    green end, in some individuals who had medium and | | |
| 132 13    larger ear canals, it was very difficult to insert it | | |
| 132 14    and get a good fit, correct? | | |
| 132:17 - 133:5   Revised Cimino 2019-12-11 | Re: [132:17-133:5] | FOUNDATION OBJECTION |
| 132 17    A.   Again, I can only read what -- what's up | Def Obj Foundation (602); Relevance | WITHDRAWN [132:20-133:5], |
| 132 18    there. I wasn't -- I did not witness it, so. | (401, 402); Prejudice (403) | 3/12/2021 |
| 132 19    BY MR. CARTMELL: | | |
| 132 20    Q.   And then it states:  "When the solid plug | | |
| 132 21    was fitted during first test, the basal edge of the | | REMAINING OBJECTIONS |
| 132 22    third flange of the yellow, level-dependent plug | | OVERRULED |

| | | |
|---|---|---|
| 132 23    sometimes pressed against the subject's ear canal<br>132 24    opening and folded up.  When the inward pressure of<br>132 25    the plug was released, the yellow plug's flanges<br>133 1    tended to return to their original shape and this<br>133 2    sometimes loosened the plug, often imperceptibly to<br>133 3    the subject."<br>133 4    Do you see that?<br>133 5    A.  I can read that, yes. | | **FOUNDATION OBJECTION WITHDRAWN [136:18-20]** |
| **136:18 - 136:20**   Revised Cimino 2019-12-11<br>136 18    Q.  Okay.  Now, had you ever been told about<br>136 19    this report or any of its findings?<br>136 20    A.  I don't recall this report at all. | **Re: [136:18-136:20]**<br>**Def Obj** Foundation (602); Relevance (401, 402); Prejudice (403) | **REMAINING OBJECTIONS OVERRULED** |
| **136:21 - 137:2**   Revised Cimino 2019-12-11<br>136 21    Q.  Just to make it clear, you had never been<br>136 22    told by anyone at the company, Elliott Berger, Ron<br>136 23    Kieper, or anyone else when you took over<br>136 24    responsibility for marketing this product, that they<br>136 25    did an initial test on the product and they had to<br>137 1    stop the test after eight subjects.<br>137 2    You were never told that, correct? | **Re: [136:21-137:2]**<br>**Def Obj** Foundation (602); Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| **137:5 - 137:6**   Revised Cimino 2019-12-11<br>137 5    A.  I don't ever recall either this report or<br>137 6    being told. | **Re: [137:5-137:6]**<br>**Def Obj** Foundation (602); Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| **138:7 - 138:13**   Revised Cimino 2019-12-11<br>138 7    Q.  Do you agree with me, sir, that this test<br>138 8    of the eight subjects, when they found these things in<br>138 9    2000 related to Combat Arms Earplugs, you as the<br>138 10    marketing director and vice president of the strategic<br>138 11    business unit for sales of this product to the<br>138 12    military, you should have been told this.<br>138 13    Do you agree with me? | **Re: [138:7-138:13]**<br>**Def Obj** Compound; Argumentative (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| **138:16 - 138:17**   Revised Cimino 2019-12-11<br>138 16    A.  I wouldn't say so.<br>138 17    BY MR. CARTMELL: | **Re: [138:16-138:17]**<br>**Def Obj** Compound; Argumentative (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| **139:21 - 139:22**   Revised Cimino 2019-12-11<br>139 21    Q.  And you don't think it was important for<br>139 22    you to be made aware of? | **Re: [139:21-139:22]**<br>**Def Obj** Vague (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | **OVERRULED** |

| | | |
|---|---|---|
| 139:25 - 140:1   Revised Cimino 2019-12-11 | **Re: [139:25-140:1]** | **OVERRULED** |
| 139 25      A.   Again, I wasn't -- I just wasn't aware of | **Def Obj** Vague (611, 403); Foundation | |
| 140  1      this report. | (602); Relevance (401, 402); Prejudice | |
| | (403) | |
| 140:3 - 140:16   Revised Cimino 2019-12-11 | **Re: [140:3-140:16]** | **OVERRULED** |
| 140  3      Q.   Okay.  But I'm asking a little different | **Def Obj** Vague (611, 403); Foundation | |
| 140  4      question.  I'm not trying to hound you. | (602); Relevance (401, 402); Prejudice | |
| 140  5      I want to know -- the jury to know whether | (403) | |
| 140  6      you think, as a vice president of the strategic | | |
| 140  7      business unit and sales to the military of this | | |
| 140  8      product that your own laboratory tested and had to | | |
| 140  9      stop the test after eight individuals because they | | |
| 140 10      were having difficulty fitting the product in -- in | | |
| 140 11      people with medium, large ear canals and in some of | | |
| 140 12      the subjects actually the plug would not stay in | | |
| 140 13      place, it would loosen imperceptibly without the | | |
| 140 14      individual knowing it, what I want the jury to know is | | |
| 140 15      do you believe you should have been told that or do | | |
| 140 16      you believe you would have wanted to know that? | | |
| 140:19 - 140:20   Revised Cimino 2019-12-11 | **Re: [140:19-140:20]** | **OVERRULED** |
| 140 19      A.   I -- I would not have got involved in this | **Def Obj** Vague (611, 403); Foundation | |
| 140 20      level of detail. | (602); Relevance (401, 402); Prejudice | |
| | (403) | |
| 140:21 - 140:21   Revised Cimino 2019-12-11 | | |
| 140 21      BY MR. CARTMELL: | | |
| 140:22 - 140:25   Revised Cimino 2019-12-11 | **Re: [140:22-140:25]** | **FOUNDATION OBJECTION** |
| 140 22      Q.   Would you have wanted to know this | **Def Obj** Foundation (602); Relevance | **WITHDRAWN, 3/12/2021** |
| 140 23      information? | (401, 402); Prejudice (403) | |
| 140 24      A.   Again, I wasn't privy to it and I -- I | | **REMAINING OBJECTIONS** |
| 140 25      just did not know about this report. | | **OVERRULED** |
| 141:3 - 141:6   Revised Cimino 2019-12-11 | **Re: [141:3-141:6]** | **OVERRULED** |
| 141  3      In retrospect, is it something you think | **Def Obj** Vague; Misstates (611, 403); | |
| 141  4      you would have wanted to have known so that you could | Foundation (602); Relevance (401, | |
| 141  5      at least discuss it with individuals to make sure the | 402); Prejudice (403) | |
| 141  6      product was safe? | | |
| 141:10 - 141:11   Revised Cimino 2019-12-11 | **Re: [141:10-141:11]** | **OVERRULED** |
| 141 10      A.   At the point I took it over, those | **Def Obj** Vague; Misstates (611, 403); | |
| 141 11      discussions would have already been had. | Foundation (602); Relevance (401, | |
| | 402); Prejudice (403) | |

| Designation | Objection | Ruling |
|---|---|---|
| 141:12 - 141:12   Revised Cimino 2019-12-11<br>141 12    BY MR. CARTMELL: | | |
| 141:13 - 141:16   Revised Cimino 2019-12-11<br>141 13    Q.   Do you know if this report actually was<br>141 14    provided to anyone else in the company other than<br>141 15    Elliott Berger or Ron Kieper?<br>141 16    A.   I do not know that. | **Re: [141:13-141:16]**<br>**Def Obj** Foundation (602); Relevance (401, 402); Prejudice (403) | **FOUNDATION OBJECTION WITHDRAWN, 3/12/2021**<br><br>**REMAINING OBJECTIONS OVERRULED** |
| 141:17 - 141:19   Revised Cimino 2019-12-11<br>141 17    Q.   So you say the discussions would have been<br>141 18    had, but if nobody saw the report, how would there<br>141 19    have been discussions? | **Re: [141:17-141:19]**<br>**Def Obj** Vague; Compound (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| 141:22 - 141:22   Revised Cimino 2019-12-11<br>141 22    A.   I don't know. | **Re: [141:22-141:22]**<br>**Def Obj** Vague; Compound (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| 147:4 - 147:6   Revised Cimino 2019-12-11<br>147 4    Q.   Let me ask you this:  Don't you think that<br>147 5    soldiers who are wearing these plugs that were sold by<br>147 6    your company would have wanted to know this? | **Re: [147:4-147:6]**<br>**Def Obj** Foundation (602); Relevance (401, 402); Prejudice (403); Vague (611. 403) | **SUSTAINED** |
| 147:9 - 147:11   Revised Cimino 2019-12-11<br>147 9    A.   I don't have any knowledge of this report<br>147 10    or what the details were in order to be able to tell<br>147 11    anybody about it. | **Re: [147:9-147:11]**<br>**Def Obj** Foundation (602); Relevance (401, 402); Prejudice (403); Vague (611. 403) | **SUSTAINED** |
| 150:24 - 151:2   Revised Cimino 2019-12-11<br>150 24    Q.   Did anybody tell you that the 22 NRR that<br>150 25    was assigned to the Combat Arms Earplug Version 2<br>151 1    actually resulted from testing with the flanges folded<br>151 2    back on the outward-facing plug? | **Re: [150:24-151:2]**<br>**Def Obj** Compound; Misstates (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| 151:6 - 151:9   Revised Cimino 2019-12-11<br>151 6    A.   No, I don't have any recollection of that.<br>151 7    BY MR. CARTMELL:<br>151 8    Q.   You never knew that before this<br>151 9    litigation? | **Re: [151:6-151:9]**<br>**Def Obj** Compound; Misstates (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| 151:12 - 151:12   Revised Cimino 2019-12-11<br>151 12    A.   I did not know that, no. | **Re: [151:12-151:12]**<br>**Def Obj** Compound; Misstates (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| 240:13 - 240:18   Revised Cimino 2019-12-11<br>240 13    Q.   In your experience with working at Aearo | | |

| | | |
|---|---|---|
| 240 14    Technologies and then 3M and your experience with the<br>240 15    lab in -- in Indiana called E-A-RCAL that Mr. Berger<br>240 16    runs, have you experienced that there is tension<br>240 17    between the marketing department and the lab?<br>240 18    A.   No, I can't... | | |
| 240:19 - 240:21   Revised Cimino 2019-12-11<br>240 19    Q.   You've -- have you experienced that the<br>240 20    lab performs legal tricks to try to get the highest<br>240 21    NRRs for its product, for the company's products? | **Re: [240:19-240:21]**<br>**Def Obj** Argumentative; Misstates<br>(611, 403); Foundation (602) | **SUSTAINED** |
| 241:1 - 241:2   Revised Cimino 2019-12-11<br>241 1    A.   Elliott would have had his processes in<br>241 2    place.  I'm not familiar. | **Re: [241:1-241:2]**<br>**Def Obj** Argumentative; Misstates<br>(611, 403); Foundation (602) | **SUSTAINED** |
| 241:10 - 241:13   Revised Cimino 2019-12-11<br>241 10    Q.   Okay.  Do you know if he uses legal tricks<br>241 11    in order to try to get the highest NRRs?<br>241 12    A.   I don't know what -- what Elliott's<br>241 13    processes are. | **Re: [241:10-241:13]**<br>**Def Obj** Foundation (602) | **FOUNDATION OBJECTION**<br>**WITHDRAWN, 3/12/2021** |
| 241:14 - 241:18   Revised Cimino 2019-12-11<br>241 14    (WHEREUPON, a certain document was<br>241 15    marked Mike Cimino Deposition Exhibit<br>241 16    No. 17, for identification, as of<br>241 17    12/11/2019.)<br>241 18    BY MR. CARTMELL: | | |
| 241:19 - 242:1   Revised Cimino 2019-12-11<br>241 19    Q.   I'm going to hand you what's been marked<br>241 20    as Exhibit 17.  This is an e-mail that was provided to<br>241 21    us by 3M in this litigation.<br>241 22    I'm going to ask you a question about the<br>241 23    last e-mail that's on .5, but if you take a look at,<br>241 24    just so you know, if you take a look at earlier pages,<br>241 25    it will show that it was an e-mail from Doug Ohlin to<br>242 1    Doug Moses in the marketing group on May 28th, 2009. | **Re: [241:19-242:1]**<br>**Def Obj** Foundation (602) | **FOUNDATION OBJECTION**<br>**WITHDRAWN, 3/12/2021** |
| 243:11 - 243:16   Revised Cimino 2019-12-11<br>243 11    Q.   And we've talked about Mr. Ohlin, but<br>243 12    Mr. Ohlin was the retiree from the military who was<br>243 13    the director of the Hearing Conservation program<br>243 14    there, and after he retired your company actually<br>243 15    hired him as a consultant, right?<br>243 16    A.   Correct. | **Re: [243:11-243:16]**<br>**Def Obj** Foundation (602) | **OVERRULED** |

| | | |
|---|---|---|
| 244:11 - 244:21   Revised Cimino 2019-12-11 | **Re: [244:11-244:21]** | **OVERRULED** |
| 244 11     And it states: "Doug, I'd like to keep | **Def Obj** Compound (611, 403); | |
| 244 12     this between you and me.  There is already enough | Hearsay (801, 802); Foundation (602) | |
| 244 13     tension between the research and marketing groups in | | |
| 244 14     your shop without me adding to it, but I have to vent | | |
| 244 15     to you my frustration over that reduced NRR for the | | |
| 244 16     new version of the Combat Arms Earplug." | | |
| 244 17     And you -- did you say you reviewed | | |
| 244 18     Mr. Moses' testimony or you were told about it, | | |
| 244 19     because this is something that Mr. Moses talked about | | |
| 244 20     in his deposition? | | |
| 244 21     Did you know that? | | |
| 245:2 - 245:2   Revised Cimino 2019-12-11 | **Re: [245:2-245:2]** | **OVERRULED** |
| 245 2     A.  I did not review Doug's testimony. | **Def Obj** Compound (611, 403); | |
| | Hearsay (801, 802); Foundation (602) | |
| 245:3 - 245:19   Revised Cimino 2019-12-11 | **Re: [245:3-245:19]** | **FOUNDATION OBJECTION** |
| 245 3     Q.  Okay.  Anyway, he mentions tension between | **Def Obj** Hearsay (801, 802); | **WITHDRAWN, 3/12/2021** |
| 245 4     research, or the lab, and marketing at 3M, and -- and | Foundation (602) | |
| 245 5     has that been consistent with your finding at the | | **DEFER RULING on remaining** |
| 245 6     company? | | **objection** |
| 245 7     A.  I don't know what he is referring to here, | | |
| 245 8     he being Doug, is this Doug Ohlin? | | |
| 245 9     Q.  Doug Ohlin, yes. | | |
| 245 10     A.  Yeah, I don't know what he is referring | | |
| 245 11     to. | | |
| 245 12     Q.  Okay.  He -- he goes on to say: "The old | | |
| 245 13     guard at Aearo has always believed that the classic | | |
| 245 14     foam and the one size UltraFit were the ultimate in | | |
| 245 15     earplug protection.  The lab would use every legal | | |
| 245 16     trick in the book to get the highest NRRs possible. | | |
| 245 17     They had to if they wanted to be competitive." | | |
| 245 18     Do you see that? | | |
| 245 19     A.  I do. | | |
| 245:20 - 246:5   Revised Cimino 2019-12-11 | **Re: [245:20-246:5]** | **FOUNDATION OBJECTION** |
| 245 20     Q.  And we've already talked about with the | **Def Obj** Foundation (602); Relevance | **WITHDRAWN, 3/12/2021** |
| 245 21     Combat Arms Version 2 that the lab actually did a test | (401, 402); Prejudice (403) | |
| 245 22     and stopped the test after eight because it was so | | **DEFER RULING on remaining** |
| 245 23     low, changed the instructions and did a new test to | | **objections** |
| 245 24     get a higher NRR. | | |

| | | |
|---|---|---|
| 245 25    Remember that?<br>246 1    A.   So I remember reviewing the -- are you<br>246 2    talking about the report?<br>246 3    Q.   Yeah.<br>246 4    A.   I can just comment what -- what it said --<br>246 5    says in the report. | | |
| 246:6 - 246:13   Revised Cimino 2019-12-11<br>246 6    Q.   Okay.  And then we know that for a<br>246 7    different product, also, that you were involved with,<br>246 8    that you contacted Mr. Berger or the lab and you told<br>246 9    the lab that you were expecting a certain NRR, that it<br>246 10    needed to be equivalent or higher than the prior<br>246 11    version, and that you wouldn't accept anything less<br>246 12    than that.<br>246 13    Do you recall that? | Re: [246:6-246:13]<br>Def Obj Compound (611, 403);<br>Foundation (602) | OVERRULED |
| 246:16 - 246:16   Revised Cimino 2019-12-11<br>246 16    A.   I recall the e-mail. | Re: [246:16-246:16]<br>Def Obj Compound (611, 403);<br>Foundation (602) | OVERRULED |
| 247:4 - 247:6   Revised Cimino 2019-12-11<br>247 4    Q.   At any rate, let me now direct you to<br>247 5    Exhibit 18.<br>247 6    BY MR. CARTMELL: | | |
| 247:7 - 247:11   Revised Cimino 2019-12-11<br>247 7    Q.   Now, you saw on the prior visit -- or<br>247 8    prior exhibit that Mr. Ohlin said he was frustrated<br>247 9    with the lower NRR on the new Combat Arms Earplug.<br>247 10    Do you remember reading that?<br>247 11    A.   Yes. | Re: [247:7-247:11]<br>Def Obj Hearsay (801, 802);<br>Foundation (602) | FOUNDATION OBJECTION<br>WITHDRAWN, 3/12/2021<br><br>DEFER RULING on remaining<br>objection |
| 248:2 - 248:8   Revised Cimino 2019-12-11<br>248 2    Q.   Okay.  And then this is an e-mail from<br>248 3    Doug Ohlin to Doug Moses, 6/10, so about three weeks<br>248 4    after that, and the topic or subject here is:<br>248 5    "revised fitting" -- "fitting protocol for Combat Arms<br>248 6    E" -- or "Combat Arms Earplug retest."<br>248 7    Do you see that?<br>248 8    A.   I see that. | Re: [248:2-248:8]<br>Def Obj Hearsay (801, 802); 3M MIL<br>No. 15; Foundation (602) | FOUNDATION OBJECTION<br>WITHDRAWN, 3/12/2021<br><br>OVERRULED as to 3M MIL No. 15<br><br>DEFER RULING on remaining<br>objection |
| 248:16 - 249:3   Revised Cimino 2019-12-11<br>248 16    Q.   Okay.  Let's read this e-mail from<br>248 17    Mr. Ohlin to Mr. Moses about three weeks later. | Re: [248:16-249:3]<br>Def Obj Hearsay (801, 802); 3M MIL<br>No. 8; Foundation (602) | FOUNDATION OBJECTION<br>WITHDRAWN, 3/12/2021 |

| | | | |
|---|---|---|---|
| 248 18 | "Doug, This situation reminds me of | | **OVERRULED as to 3M MIL No. 8** |
| 248 19 | something that happened at Aearo years ago of which | | |
| 248 20 | you may or may not be aware.  There has always been | | **DEFER RULING on remaining** |
| 248 21 | intense pressure on Elliott to match the attenuation | | **objection** |
| 248 22 | values the Penn State lab is able to produce.  I'm not | | |
| 248 23 | sure if that's what instigated this incident or not, | | |
| 248 24 | but Aearo received a six figure fine from the EPA over | | |
| 248 25 | some protocol issue related to an attempt to produce | | |
| 249 1 | higher NRR's." | | |
| 249 2 | Do you see that? | | |
| 249 3 | A.   I see that. | | |
| 249:18 - 249:24   Revised Cimino 2019-12-11 | | **Re: [249:18-249:24]** | **FOUNDATION OBJECTION** |
| 249 18 | Q.   What about this, were you told by Doug | **Def Obj** 3M MIL No. 8; Foundation | **WITHDRAWN, 3/12/2021** |
| 249 19 | Moses who reported directly to you that Mr. O -- | (602) | |
| 249 20 | Mr. Ohlin told him that the lab that was run by | | **OVERRULED as to 3M MIL No. 8** |
| 249 21 | Elliott at your company, Aearo Technologies, had been | | |
| 249 22 | fined by the EPA for a protocol issue related to an | | |
| 249 23 | attempt to get a higher NRR? | | |
| 249 24 | A.   This is news to me. | | |
| 250:10 - 250:21   Revised Cimino 2019-12-11 | | **Re: [250:10-250:21]** | **FOUNDATION OBJECTION** |
| 250 10 | He then says:  "I was appalled, not at | **Def Obj** Hearsay (801, 802); 3M MIL | **WITHDRAWN, 3/12/2021** |
| 250 11 | Aearo, but more over the EPA focusing on the most | No. 8; Foundation (602) | |
| 250 12 | professional of the hearing protection manufacturers | | **OVERRULED as to 3M MIL No. 8** |
| 250 13 | while Walmart was selling hearing protectors from | | |
| 250 14 | China without NRR's." | | **DEFER RULING on remaining** |
| 250 15 | It then states:  "I'm bringing this up | | **objection** |
| 250 16 | because it sounds like history repeating itself.  We | | |
| 250 17 | are putting pressure on Elliott to come up with a | | |
| 250 18 | higher NRR for this new version of the Combat Arms | | |
| 250 19 | Earplug." | | |
| 250 20 | Do you see that? | | |
| 250 21 | A.   I see what's written there, yeah. | | |
| 250:22 - 251:1   Revised Cimino 2019-12-11 | | **Re: [250:22-251:1]** | **DEFER RULING** |
| 250 22 | Q.   Do you recall or did Mr. Moses or | **Def Obj** Compound (611, 403); | |
| 250 23 | Mr. Ohlin talk to you and tell you that he was | Foundation (602) | |
| 250 24 | concerned that pressure was being put on the | | |
| 250 25 | laboratory, Elliott Berger and the laboratory to come | | |
| 251 1 | up with a higher NRR for the Combat Arms Earplug? | | |

| | | |
|---|---|---|
| 251:3 - 251:3   Revised Cimino 2019-12-11<br>251 3      BY THE WITNESS: | | |
| 251:4 - 251:4   Revised Cimino 2019-12-11<br>251 4      A.   I don't have any recollection of this. | **Re: [251:4-251:4]**<br>**Def Obj** Compound (611, 403);<br>Foundation (602) | **DEFER RULING on remaining<br>objection** |
| 251:17 - 251:21   Revised Cimino 2019-12-11<br>251 17      He goes on to say: "We could be setting<br>251 18      Aearo up for another fine.  If that happens, those who<br>251 19      applied the pressure will be no less responsible."<br>251 20      Do you see that?<br>251 21      A.   I do. | **Re: [251:17-251:21]**<br>**Def Obj** Hearsay (801, 802); 3M MIL<br>No. 8; Foundation (602) | **OVERRULED as to 3M MIL No. 8**<br><br>**DEFER RULING on remaining<br>objections** |
| 251:22 - 252:2   Revised Cimino 2019-12-11<br>251 22      Q.   And let me ask you, as somebody who has<br>251 23      been involved in this industry for 24 years -- or<br>251 24      excuse me -- 20 years.<br>251 25      Do you agree that the marketing department<br>252 1      should not pressure the laboratory, put pressure on<br>252 2      them in -- to get the highest NRRs possible? | **Re: [251:22-252:2]**<br>**Def Obj** Misstates; Vague (611, 403);<br>Foundation (602) | **SUSTAINED** |
| 252:5 - 252:6   Revised Cimino 2019-12-11<br>252 5      A.   So the laboratory would have their own<br>252 6      protocols in place for doing testing. | **Re: [252:5-252:6]**<br>**Def Obj** Misstates; Vague (611, 403);<br>Foundation (602) | **SUSTAINED** |
| 253:10 - 253:11   Revised Cimino 2019-12-11<br>253 10      Q.   You have beliefs and attitudes and<br>253 11      opinions as you sit here today, don't you? | **Re: [253:10-253:11]**<br>**Def Obj** Compound (611, 403);<br>Foundation (602) | **SUSTAINED** |
| 253:14 - 253:14   Revised Cimino 2019-12-11<br>253 14      A.   As does everybody. | **Re: [253:14-253:14]**<br>**Def Obj** Compound (611, 403);<br>Foundation (602) | **SUSTAINED** |
| 253:16 - 253:19   Revised Cimino 2019-12-11<br>253 16      Q.   Right.  As you walked through that door<br>253 17      today and came in here for this deposition, the things<br>253 18      that have happened in your life have made you develop<br>253 19      beliefs and opinions about certain things, correct? | **Re: [253:16-253:19]**<br>**Def Obj** Compound (611, 403);<br>Relevance (401, 402); Foundation (602) | **SUSTAINED** |
| 253:22 - 254:8   Revised Cimino 2019-12-11<br>253 22      A.   Again, everybody has opinions.<br>253 23      BY MR. CARTMELL:<br>253 24      Q.   Right.  And -- and so what I want to ask<br>253 25      you about, not about what protocols your lab had, I<br>254 1      want to ask what Mike Cimino's beliefs and opinions<br>254 2      are about this question that I'm asking right now, and | **Re: [253:22-254:8]**<br>**Def Obj** Compound (611, 403);<br>Relevance (401, 402); Foundation (602) | **OVERRULED** |

| | | |
|---|---|---|
| 254 3    I want the jury to hear your response.<br>254 4    Do you have a belief or an opinion about<br>254 5    whether it is appropriate for the marketing department<br>254 6    to put pressure on the laboratory to provide the<br>254 7    highest NRR.  Do you have a belief and a -- or an<br>254 8    opinion about that? | | |
| 254:11 - 254:11   Revised Cimino 2019-12-11<br>254 11     A.  I don't. | **Re: [254:11-254:11]**<br>**Def Obj** Compound (611, 403);<br>Relevance (401, 402); Foundation (602) | **OVERRULED** |
| 254:12 - 254:12   Revised Cimino 2019-12-11<br>254 12    BY MR. CARTMELL: | | |
| 254:13 - 254:20   Revised Cimino 2019-12-11<br>254 13    Q.   He then states:  "Bottom line - Make sure<br>254 14    we aren't putting Elliott in a position where he is<br>254 15    compromising the integrity of his lab.  A 2 decibel<br>254 16    increase in the NRR would not be worth another fine.<br>254 17    You would also have the additional headache of now<br>254 18    being answerable to 3M corporate."<br>254 19    Do you see that?<br>254 20    A.  I do. | **Re: [254:13-254:20]**<br>**Def Obj** Hearsay (801, 802); 3M MIL<br>No. 8; Foundation (602) | **FOUNDATION OBJECTION**<br>**WITHDRAWN, 3/12/2021**<br><br>**OVERRULED as to 3M MIL No. 8**<br><br>**DEFER RULING on remaining**<br>**objection** |
| 254:21 - 255:2   Revised Cimino 2019-12-11<br>254 21    Q.   And that's true, that if your marketing<br>254 22    department, and this is during a period of time when<br>254 23    you were in charge, if your marketing department was<br>254 24    putting pressure on the lab to try to get them to get<br>254 25    the highest NRRs for the Combat Arms Earplugs, that<br>255 1    would -- that would actually compromise the integrity<br>255 2    of the lab, would it not? | **Re: [254:21-255:2]**<br>**Def Obj** Vague; Compound (611, 403);<br>Foundation (602) | **OVERRULED** |
| 255:5 - 255:7   Revised Cimino 2019-12-11<br>255 5    A.   Again, the lab would have their own<br>255 6    processes and protocols in place to do their<br>255 7    evaluations and tests. | **Re: [255:5-255:7]**<br>**Def Obj** Vague; Compound (611, 403);<br>Foundation (602) | **OVERRULED** |
| 255:13 - 255:16   Revised Cimino 2019-12-11<br>255 13    Do you believe that if the marketing<br>255 14    department was putting pressure on the lab to get the<br>255 15    highest NRRs possible, that that would compromise the<br>255 16    integrity of the lab? | **Re: [255:13-255:16]**<br>**Def Obj** Vague (611, 403); Foundation<br>(602) | **OVERRULED** |

| | | |
|---|---|---|
| 255:20 - 255:20   Revised Cimino 2019-12-11 | **Re: [255:20-255:20]** | **OVERRULED** |
| 255 20     A.   I don't have an opinion on that. | **Def Obj** Vague (611, 403); Foundation (602) | |
| 256:11 - 256:15   Revised Cimino 2019-12-11 | | |
| 256 11     (WHEREUPON, a certain document was | | |
| 256 12     marked Mike Cimino Deposition Exhibit | | |
| 256 13     No. 19, for identification, as of | | |
| 256 14     12/11/2019.) | | |
| 256 15     BY MR. CARTMELL: | | |
| 256:16 - 257:4   Revised Cimino 2019-12-11 | **Re: [256:16-257:4]** | **DEFER RULING** |
| 256 16     Q.   And I say that you were involved, because | **Def Obj** Compound;  Misstates (611, 403); Hearsay (801, 802); Foundation (602) | |
| 256 17     I want to hand you an exhibit, Exhibit 19, Page 1436. | | |
| 256 18     Exhibit 19, sir, is an e-mail string that | | |
| 256 19     came from the company files in this litigation, and I | | |
| 256 20     want to actually start at the bottom of the page, | | |
| 256 21     because that's how e-mails go chronologically. | | |
| 256 22     The bottom e-mail is from you on May 29th, | | |
| 256 23     2009.  And take a look, sir, that date, May 29th, | | |
| 256 24     2009.  That is, I think, the exact same day, maybe a | | |
| 256 25     day or two within the e-mail from Mr. Ohlin to Doug | | |
| 257 1     Moses that talked about the legal tricks and talked | | |
| 257 2     about Mr. Ohlin's frustration with the low NRR for the | | |
| 257 3     Combat Arms Earplug. | | |
| 257 4     Isn't that right? | | |
| 257:7 - 257:7   Revised Cimino 2019-12-11 | **Re: [257:7-257:7]** | **DEFER RULING** |
| 257 7     A.   I see the date stamps, yep. | **Def Obj** Compound;  Misstates (611, 403); Hearsay (801, 802); Foundation (602) | |
| 258:10 - 258:16   Revised Cimino 2019-12-11 | **Re: [258:10-258:16]** | **FOUNDATION OBJECTION WITHDRAWN, 3/12/2021** |
| 258 10     Q.   And here is your e-mail, these are your | **Def Obj** Foundation (602) | |
| 258 11     words: | | |
| 258 12     "Doug, did you find the spec and advise | | |
| 258 13     Jeff we won't be launch" -- "launching with the lower | | |
| 258 14     NRR product?  MC." | | |
| 258 15     Do you see that? | | |
| 258 16     A.   I do. | | |
| 258:17 - 258:19   Revised Cimino 2019-12-11 | **Re: [258:17-258:19]** | **OVERRULED** |
| 258 17     Q.   That's what you told Mr. Moses one day | **Def Obj** Misstates; Vague (611, 403); Foundation (602) | |

| | | |
|---|---|---|
| 258 18    after Mr. Ohlin was talking about the low NRR with the<br>258 19    Combat Arms, correct? | | |
| 258:22 - 258:22   Revised Cimino 2019-12-11<br>258 22    A.   I can only comment on what's on here. | Re: [258:22-258:22]<br>Def Obj Misstates; Vague (611, 403);<br>Foundation (602) | OVERRULED |
| 260:8 - 260:14   Revised Cimino 2019-12-11<br>260 8    A.   I don't recall what the spec was.<br>260 9    Q.   And then Doug Moses responds to you and<br>260 10    says: "No...conversation evolved.  I think we will be<br>260 11    retesting with the new fitting criteria.  I'll keep<br>260 12    you posted."<br>260 13    You see that?<br>260 14    A.   I do. | Re: [260:8-260:14]<br>Def Obj Foundation (602) | FOUNDATION OBJECTION<br>WITHDRAWN, 3/12/2021 |
| 260:15 - 260:17   Revised Cimino 2019-12-11<br>260 15    Q.   Okay.  So you were asking Doug Moses to<br>260 16    put pressure on Jeff Hamer to tell them there would be<br>260 17    no launch of that product with a low NRR, correct? | Re: [260:15-260:17]<br>Def Obj Vague; Misstates (611, 403);<br>Foundation (602) | OVERRULED |
| 260:20 - 260:20   Revised Cimino 2019-12-11<br>260 20    A.   No, I can't say that that's what I say. | Re: [260:20-260:20]<br>Def Obj Vague; Misstates (611, 403);<br>Foundation (602) | OVERRULED |
| 266:22 - 267:4   Revised Cimino 2019-12-11<br>266 22    Q.   Okay.  Let's go back to Exhibit 8.<br>266 23    We talked about this earlier, but<br>266 24    Mr. Ohlin mentioned that pressure was often put on the<br>266 25    lab and that can cause EPA fines and compromise the<br>267 1    integrity.  This is an e-mail with you that we talked<br>267 2    about previously where you told the lab that you would<br>267 3    not accept an NRR that wasn't at least an equivalent<br>267 4    NRR as the current version of this product, correct? | Re: [266:22-267:4]<br>Def Obj Compound; Misstates (611,<br>403); Hearsay (801, 802); Foundation<br>(602) | DEFER RULING |
| 267:8 - 267:10   Revised Cimino 2019-12-11<br>267 8    A.   So just like my e-mail says on there, my<br>267 9    request was that the worst case scenario the new ones<br>267 10    you have there come out with an equivalent NRR value. | Re: [267:8-267:10]<br>Def Obj Compound; Misstates (611,<br>403); Hearsay (801, 802); Foundation<br>(602) | DEFER RULING |
| 267:17 - 267:19   Revised Cimino 2019-12-11<br>267 17    But you're -- you're putting pressure on<br>267 18    the lab, aren't you, sir, to get a certain NRR before<br>267 19    the test is even done, aren't you? | Re: [267:17-267:19]<br>Def Obj Misstates; Argumentative<br>(611, 403); Foundation (602) | OVERRULED |

| | | |
|---|---|---|
| 267:23 - 267:24   Revised Cimino 2019-12-11 | **Re: [267:23-267:24]** | **OVERRULED** |
| 267 23      A.   No.  I'm just requesting an equivalent | **Def Obj** Misstates; Argumentative | |
| 267 24      NRR. | (611, 403); Foundation (602) | |
| 271:10 - 272:14   Revised Cimino 2019-12-11 | **Re: [271:10-272:14]** | **FOUNDATION OBJECTION** |
| 271 10      Q.   Okay.  And then if you go to Exhibit 20, | **Def Obj** Relevance (401, 402); 3M MIL | **WITHDRAWN, 3/12/2021** |
| 271 11      this is the follow-up e-mail to that. | No. 18; Foundation (602) | |
| 271 12      Exhibit 20 is an e-mail dated | | **REMAINING OBJECTIONS** |
| 271 13      January 19th, 2004, from Elliott Berger to you.  And, | | **OVERRULED** |
| 271 14      in fact, he does call you or contact you by I guess | | |
| 271 15      e-mail to inform you that he is in that test and he | | |
| 271 16      has completed nine subjects on the product. | | |
| 271 17      Do you see that? | | |
| 271 18      A.   Yep. | | |
| 271 19      Q.   What is that product that we are talking | | |
| 271 20      about, the PowerCom data -- or, excuse me, the | | |
| 271 21      PowerCom product? | | |
| 271 22      A.   That would have been a communication | | |
| 271 23      headset product. | | |
| 271 24      Q.   Okay.  A hearing protective device with | | |
| 271 25      communication, electronic? | | |
| 272 1      A.   Correct. | | |
| 272 2      Q.   Okay.  So he calls you during the test and | | |
| 272 3      he says:  "Right now the NRRs are 25 and 25.2." | | |
| 272 4      You had asked for a 26, right? | | |
| 272 5      A.   Was it 8? | | |
| 272 6      Q.   Yes, sir. | | |
| 272 7      A.   My e-mail would say that, yes. | | |
| 272 8      Q.   Okay.  He says:  "It is very unlikely that | | |
| 272 9      the tenth subject will get the 26 wanted." | | |
| 272 10      And then you respond to him, and you say: | | |
| 272 11      "Okay.  Keep going if you can get me a 25 NRR.  It is | | |
| 272 12      the bare minimum I can accept." | | |
| 272 13      Do you see that? | | |
| 272 14      A.   I do. | | |
| 272:15 - 272:19   Revised Cimino 2019-12-11 | **Re: [272:15-272:19]** | **OVERRULED** |
| 272 15      Q.   So marketing is telling the laboratory, | **Def Obj** Relevance (401, 402); 3M MIL | |
| 272 16      Look, you can keep doing your test, laboratory, for | No. 18; Misstates; Compound (611, | |
| 272 17      this NRR, but I need a 25, if you can't get me a 25, I | 403); Foundation (602) | |

| | | |
|---|---|---|
| 272 18 | can't accept it, because the bare minimum is 25. | |
| 272 19 | That's what you are saying, right? | |
| 272:22 - 273:24 | Revised Cimino 2019-12-11 | **Re: [272:22-273:23]** **OVERRULED** |
| 272 22 | A.   I'm saying that target -- I'm saying keep | **Def Obj** Relevance (401, 402); 3M MIL |
| 272 23 | going if they could get me a 25 NRR. | No. 18; Misstates; Compound (611, |
| 272 24 | BY MR. CARTMELL: | 403); Foundation (602) |
| 272 25 | Q.   Aren't you trying to influence the results | |
| 273 1 | of the testing on your product? | |
| 273 2 | MR. ELLIS:  Object to the form of the question; | |
| 273 3 | argumentative. | |
| 273 4 | BY THE WITNESS: | |
| 273 5 | A.   No. | |
| 273 6 | BY MR. CARTMELL: | |
| 273 7 | Q.   Then why even contact them, why not let | |
| 273 8 | them do their test and give you the results?  Why do | |
| 273 9 | you have to contact them, sir, and tell them what you | |
| 273 10 | need from a marketing perspective or what you desire | |
| 273 11 | and that you can't accept anything lower than that? | |
| 273 12 | MR. ELLIS:  Object to the form of the question. | |
| 273 13 | BY THE WITNESS: | |
| 273 14 | A.   So I don't recall the context of all of | |
| 273 15 | the discussions with this, but that was the discussion | |
| 273 16 | as -- as laid out here. | |
| 273 17 | BY MR. CARTMELL: | |
| 273 18 | Q.   My point is, why even call the lab and try | |
| 273 19 | to influence their results or tell them you can't | |
| 273 20 | accept certain NRRs, why not let the lab do the tests | |
| 273 21 | on the hearing protective device, give you what they | |
| 273 22 | come out with, the unbiased results, and you live with | |
| 273 23 | it.  Why do you have to contact them and try to | |
| 273 24 | pressure them? | |
| 274:3 - 274:5 | Revised Cimino 2019-12-11 | |
| 274 3 | A. Again, I don't remember the context of – | |
| 274 4 | of this particular discussion, but that is the | |
| 274 5 | discussion that was had. | |

# Knauer, Richard

Updated 3/3/2021

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Rulings |
|---|---|---|
| 8:6 - 8:10   Knauer, Richard | | |
|   8 6   BY MR. MONSOUR: | | |
|   8 7   Q.  Good morning. | | |
|   8 8   A.  Good morning. | | |
|   8 9   Q.  What's your name? | | |
|   8 10   A.  Richard Knauer. | | |
| 8:18 - 8:24   Knauer, Richard | | |
|   8 18   Q.  Okay.  What do you do for a living? | | |
|   8 19   A.  I am retired. | | |
|   8 20   Q.  Okay.  How long have you been retired? | | |
|   8 21   A.  I have been retired since 2006. | | |
|   8 22   Q.  Okay.  And who did you work for when you | | |
|   8 23   retired? | | |
|   8 24   A.  I worked for Aearo. | | |
| 9:10 - 10:1   Knauer, Richard | | |
|   9 10   Q.  Okay.  Did you ever work for 3M? | | |
|   9 11   A.  I -- after I retired from Aearo in -- in | | |
|   9 12   2006, I went back to work for Aearo at that time as a | | |
|   9 13   consultant and continued to work for Aearo for about | | |
|   9 14   three, three-and-a-half years, and I believe in that | | |
|   9 15   period of time -- definitely in that period of time 3M | | |
|   9 16   purchased Aearo, yes. | | |
|   9 17   Q.  Okay.  So you retired from working full | | |
|   9 18   time in 2006. | | |
|   9 19   Could you tell me exactly when in 2006? | | |
|   9 20   A.  It was April 30th, 2006. | | |
|   9 21   Q.  Okay.  And then how long did you work as a | | |
|   9 22   consultant? | | |
|   9 23   A.  I worked two different stints as a | | |
|   9 24   consultant.  The original time I worked from 2006 to, | | |
|   9 25   I believe 2009, possibly a little bit in 2010.  I | | |
|   10 1   don't have all -- I don't remember all of the details. | | |
| 12:1 - 12:8   Knauer, Richard | **Re: [12:1-12:8]**<br>**Pltf Obj** Improper Counter Designation<br>per PTO 64 | **SUSTAINED as to [12:3-12:8]**<br><br>**OVERRULED, in all other respects.** |
|   12 1   Q.  When you retired, what was your title? | | |
|   12 2   A.  Technical director. | | |
|   12 3   Q.  And you have a Bachelor of Science degree, | | |
|   12 4   correct? | | |
|   12 5   A.  I have a Bachelor of Science, a major in | | |

| | | | |
|---|---|---|---|
| 12 6 | math, minor in chemistry. | | |
| 12 7 | Q.   Okay.  And then you have an MBA, too? | | |
| 12 8 | A.   I have an MBA, yes. | | |
| **12:19 - 13:3** | **Knauer, Richard** | **Re: [12:19-13:3]** | **SUSTAINED** |
| 12 19 | Q.   And how did you end up with Aearo? | **Pltf Obj** Improper Counter Designation | |
| 12 20 | A.   I worked after college, I worked for a | per PTO 64 | |
| 12 21 | company called Owens-Illinois in the metal closure | | |
| 12 22 | division and materials development issues, or | | |
| 12 23 | materials development.  I worked for them in Toledo, | | |
| 12 24 | Ohio and Glassboro, New Jersey for several years, I | | |
| 12 25 | think roughly 10 or 11 years.  I was looking for a | | |
| 13 1 | growth opportunity, saw it in Aearo, which at that | | |
| 13 2 | time was called E-A-R, and joined that company in | | |
| 13 3 | 1979. | | |
| **13:4 - 13:8** | **Knauer, Richard** | **Re: [13:4-13:8]** | **SUSTAINED** |
| 13 4 | Q.   So you worked full time for Aearo or | **Pltf Obj** Improper Counter Designation | |
| 13 5 | various versions of it from 1979 to 2006? | per PTO 64 | |
| 13 6 | A.   That's correct. | | |
| 13 7 | Q.   Did you like the company? | | |
| 13 8 | A.   Yes. | | |
| **13:9 - 13:13** | **Knauer, Richard** | | |
| 13 9 | Q.   What was your work relationship, and I'm | | |
| 13 10 | talking about hierarchy, with Elliott Berger? | | |
| 13 11 | Were you his supervisor? | | |
| 13 12 | A.   At times -- yes, many times I was his | | |
| 13 13 | supervisor. | | |
| **13:18 - 14:1** | **Knauer, Richard** | | |
| 13 18 | Q.   And then there is a man by the name of, I | | |
| 13 19 | think, Ron Kieper? | | |
| 13 20 | A.   Yes. | | |
| 13 21 | Q.   Were you his supervisor as well? | | |
| 13 22 | A.   Elliott Berger was his supervisor. | | |
| 13 23 | Q.   Okay.  So Kieper reported to Berger, | | |
| 13 24 | Berger reported to you? | | |
| 13 25 | A.   At -- certainly at the end of the -- at -- | | |
| 14 1 | at one point, yes. | | |
| **14:25 - 15:2** | **Knauer, Richard** | **Re: [14:25-15:2]** | **SUSTAINED** |
| 14 25 | Q.   Okay.  This is Knauer Exhibit 1.  Here you | **Pltf Obj** Improper Counter Designation | |

| | | |
|---|---|---|
| 15 1   go, sir. | per PTO 64; D's are designating ex 1- | |
| 15 2   A.   Okay. | Knauer's resume | |
| 15:13 - 16:14   Knauer, Richard | Re: [15:13-16:14] | |
| 15 13   Q.   It says:  "Dick is the Senior Technical | Pltf Obj Improper Counter Designation | |
| 15 14   Director For Passive Hearing Protection for Aearo | per PTO 64; D's are designating ex 1- | |
| 15 15   Company, with the overall responsibility for | Knauer's resume | |
| 15 16   development of new passive hearing products, has | | |
| 15 17   worked for the company for 26 years in a variety of | | |
| 15 18   technical areas related to development, evaluation, | | |
| 15 19   and testing of hearing protection and noise control | | |
| 15 20   products." | | |
| 15 21   Did I get that right? | | |
| 15 22   A.   Yes. | | |
| 15 23   Q.   "Dick has a BS from the University of | | |
| 15 24   Toledo and an MBA from the University of Indiana.  He | | |
| 15 25   holds several patents, including one for the | | |
| 16 1   technology used to manufacture the SuperFit style of | | |
| 16 2   multi-layered foam earplug." | | |
| 16 3   Did I get that right? | | |
| 16 4   A.   That is correct. | | |
| 16 5   Q.   "With the exception of the Classic foam | | |
| 16 6   earplug, Dick has worked on and/or overseen | | |
| 16 7   development of nearly all passive hearing protection | | |
| 16 8   products that are currently sold by Aearo.  He is a | | |
| 16 9   member of The Society of Plastics Engineers and a | | |
| 16 10   former member and officer (vice president) of the | | |
| 16 11   Hearing Protection Committee of the International | | |
| 16 12   Safety Equipment Association." | | |
| 16 13   Did I get that right? | | |
| 16 14   A.   Yes. | | |
| 16:18 - 16:21   Knauer, Richard | Re: [16:18-16:21] | SUSTAINED |
| 16 18   Q.   And this is about a year before you | Pltf Obj Improper Counter Designation | |
| 16 19   retired, if we look at this front page, it says May | per PTO 64; D's are designating ex 1- | |
| 16 20   of 2005, correct? | Knauer's resume | |
| 16 21   A.   Yes. | | |
| 18:2 - 18:13   Knauer, Richard | | |
| 18 2   Q.   What was your role in the development of | | |
| 18 3   the Combat Arms Version 2 earplug? | | |
| 18 4   A.   My role was simply as the manager of -- of | | |

| | | |
|---|---|---|
| 18 5    the -- of the direct -- excuse me -- the director of<br>18 6    the group to report -- report to management progress<br>18 7    of the project and those type of things.  Elliott<br>18 8    Berger was the project manager.  I took an active part<br>18 9    in many different projects other than this one, but<br>18 10   this particular one Elliott Berger was the project<br>18 11   manager and led all of the development efforts.  I<br>18 12   just reported on it, attended meetings and that type<br>18 13   of thing. | | |
| **18:14 - 18:25**   Knauer, Richard<br>18 14   Q.   What do you think of the Combat Arms<br>18 15   Version 2 earplug?<br>18 16   A.   It is a good product.  It -- I -- we heard<br>18 17   many, many comments back about how -- lives it saved<br>18 18   and that type of thing, as I remember.<br>18 19   Q.   Did you ever hear any criticisms of the<br>18 20   product?<br>18 21   A.   I don't remember any criticisms.  It would<br>18 22   not be unusual, any project that's developed, you are<br>18 23   going to get an occasional criticism.  So it's<br>18 24   possible that there were criticisms.  I don't remember<br>18 25   any, but it's possible there were criticisms. | **Re: [18:14-18:25]**<br>**Pltf Obj** Improper Counter Designation<br>per PTO 64; 402 | **OVERRULED** |
| **19:9 - 19:18**   Knauer, Richard<br>19 9    Q.   Do you consider Elliott Berger to be the<br>19 10   primary inventor of the Combat Arms Version 2 plug?<br>19 11   MR. WASDIN:  Objection to form.<br>19 12   BY THE WITNESS:<br>19 13   A.   The product -- the concept was Elliott<br>19 14   Berger was the project manager for development of the<br>19 15   thing -- of the concept.  The product was developed<br>19 16   through working with the military and taking feedback<br>19 17   back and forth from the military about what they<br>19 18   wanted in the product. | **Re: [19:9-19:18]**<br>**Pltf Obj** Improper Counter Designation<br>per PTO 64; 402; nonresponsive | **SUSTAINED** |
| **25:21 - 26:3**   Knauer, Richard<br>25 21   Q.   Okay.  Is Elliott good at his job?<br>25 22   A.   Yes.<br>25 23   Q.   Is Elliott a competent, capable person?<br>25 24   A.   Yes.<br>25 25   Q.   Is he smart? | **Re: [25:21-26:3]**<br>**Pltf Obj** Improper Counter Designation<br>per PTO 64; 402 | **SUSTAINED** |

| | | | |
|---|---|---|---|
| 26 1 | A.   Yes. | | |
| 26 2 | Q.   Does he pay attention to detail? | | |
| 26 3 | A.   Yes, he pays attention to detail. | | |
| 35:17 - 35:22 | Knauer, Richard | | |
| 35 17 | Let me hand you what I'm going to mark as | | |
| 35 18 | Exhibit 5. | | |
| 35 19 | (WHEREUPON, a certain document was | | |
| 35 20 | marked Dick Knauer Deposition Exhibit | | |
| 35 21 | No. 5, for identification, as of | | |
| 35 22 | 12/17/2019.) | | |
| 35:24 - 36:7 | Knauer, Richard | | |
| 35 24 | Q.   Exhibit 5, your name is not on Exhibit 5, | | |
| 35 25 | but I want you to read through it. | | |
| 36 1 | It is an e-mail from Elliott Berger to Ron | | |
| 36 2 | Kieper, dated January 23rd of 2009.  And if you'll | | |
| 36 3 | look it over real quick, I'll ask you a few questions | | |
| 36 4 | on it. | | |
| 36 5 | A.   Okay.  Well, I will have to look it over | | |
| 36 6 | because... | | |
| 36 7 | Okay.  I've read it. | | |
| 38:11 - 38:14 | Knauer, Richard | Re: [38:11-38:14] | OVERRULED |
| 38 11 | Q.   Were you aware on the Combat Arms | Def Obj Foundation (602) | |
| 38 12 | Version 2 that testing on the yellow end had shown | | |
| 38 13 | NRRs of 0, 0 and 5? | | |
| 38 14 | A.   Oh, I do not remember that, no, sir. | | |
| 38:15 - 38:21 | Knauer, Richard | | |
| 38 15 | Q.   Okay.  Let me ask you this:  If a product | | |
| 38 16 | gets NRRs of 0 and 0 and then 5, what should the NRR | | |
| 38 17 | rating be for that product? | | |
| 38 18 | A.   Typically our procedure was to always | | |
| 38 19 | report the lowest NRR obtained. | | |
| 38 20 | Q.   The lowest NRR? | | |
| 38 21 | A.   Yes. | | |
| 43:17 - 44:1 | Knauer, Richard | Re: [43:17-44:1] | OVERRULED |
| 43 17 | So knowing that and knowing that customers | Def Obj Vague, Argumentative (403), | |
| 43 18 | of products, of hearing products, probably aren't as | Foundation (602) | |
| 43 19 | familiar with interpreting testing on hearing | | |
| 43 20 | protection devices, would it be improper for a product | | |
| 43 21 | that has a 0 NRR for the manufacturer to imply that | | |

| | | | |
|---|---|---|---|
| 43 22 | that 0 NRR means no effect on audibility? | | |
| 43 23 | Would that be improper? | | |
| 43 24 | MR. WASDIN:  Objection; form, foundation. | | |
| 43 25 | BY THE WITNESS: | | |
| 44 1 | A.  I don't know what you mean by improper. | | |
| **44:2 - 44:2** | **Knauer, Richard** | | |
| 44 2 | BY MR. MONSOUR: | | |
| **44:3 - 44:20** | **Knauer, Richard** | **Re: [44:3-44:20]** | **OVERRULED** |
| 44 3 | Q.   Okay.  So -- so what -- what if -- what if | **Def Obj** Relevance (401, 402); Vague, | |
| 44 4 | the company said that the 0 NRR allowed people to hear | Argumentative (403), Foundation (602) | |
| 44 5 | without impairment, would that be improper? | | |
| 44 6 | MR. WASDIN:  Objection; form, foundation. | | |
| 44 7 | BY THE WITNESS: | | |
| 44 8 | A.   I would certainly prefer the -- a | | |
| 44 9 | statement other than that, but that would be a | | |
| 44 10 | statement that would be certainly a slight | | |
| 44 11 | exaggeration, I could call it a slight exaggeration. | | |
| 44 12 | BY MR. MONSOUR: | | |
| 44 13 | Q.   Right.  If somebody had a product that had | | |
| 44 14 | 0 NRR and they said, Ah, you can hear clearly with | | |
| 44 15 | this, that would also be deceptive, true? | | |
| 44 16 | MR. WASDIN:  Objection; form, foundation. | | |
| 44 17 | BY THE WITNESS: | | |
| 44 18 | A.   I would not call it deceptive.  I would | | |
| 44 19 | call it maybe exaggeration.  I would not write it -- | | |
| 44 20 | as a scientist, I would not write it that way. | | |
| **47:15 - 47:17** | **Knauer, Richard** | **Re: [47:15-47:17]** | **DESIGNATION WITHDRAWN, 3/13/2021** |
| 47 15 | The term "no effect on audibility," you | **Def Obj** Relevance (401, 402) | |
| 47 16 | would never use that with a 0 NRR, true? | | |
| 47 17 | A.  I'm sorry.  Where -- where is the comment? | | |
| **50:23 - 51:14** | **Knauer, Richard** | **Re: [50:23-51:14]** | **OVERRULED** |
| 50 23 | Q.   Is there a way when you are testing people | **Def Obj** Vague (403), Relevance (401, | |
| 50 24 | for an NRR that -- are there ways to kind of game the | 402), Prejudice (403), Foundation (602) | |
| 50 25 | system or manipulate the system to alter what the NRR | | |
| 51 1 | results are? | | |
| 51 2 | A.   To game the system, I don't understand | | |
| 51 3 | what you mean. | | |
| 51 4 | Q.   Are there ways that you can -- you can, I | | |
| 51 5 | guess, massage the data to get a better NRR? | | |

| | | |
|---|---|---|
| 51 6    A.   If there are ways to do it, we would not | | |
| 51 7    do that. | | |
| 51 8    Q.   Are there ways to do it? | | |
| 51 9    A.   There -- there might -- there might be | | |
| 51 10    ways to do it, but we wouldn't do it. | | |
| 51 11    Q.   What are some of the ways that there might | | |
| 51 12    be that you could do it? | | |
| 51 13    A.   I'm not even sure.  I never thought about | | |
| 51 14    massaging data, so... | | |
| 51:15 - 52:2    Knauer, Richard | **Re: [51:15-52:2]**<br>**Def Obj** 3M MIL No. 23, Relevance<br>(401, 402), Prejudice (403) | **OVERRULED** |
| 51 15    Q.   Could -- is one of the ways you could do | | |
| 51 16    it, could you hand select certain people to be tested | | |
| 51 17    that you know from past experience get certain | | |
| 51 18    results? | | |
| 51 19    Is that one way? | | |
| 51 20    A.   Certainly if certain individuals get | | |
| 51 21    better results on products, for whatever reason, and | | |
| 51 22    showed consistency in results, the ability to hand | | |
| 51 23    select subjects could increase your chances of having | | |
| 51 24    a higher NRR. | | |
| 51 25    Q.   So that would be one way that if a company | | |
| 52 1    wanted to massage the data, they could, I guess, | | |
| 52 2    cherry pick the people they test, true? | | |
| 52:5 - 52:8    Knauer, Richard | **Re: [52:5-52:8]**<br>**Def Obj** 3M MIL No. 23, Relevance<br>(401, 402), Prejudice (403) | **OVERRULED** |
| 52 5    A.   I -- I -- again, I wouldn't -- I mean, | | |
| 52 6    when you say -- when you call it "massage the data," | | |
| 52 7    you -- you could pick subjects that are more -- get | | |
| 52 8    more consistent results. | | |
| 52:24 - 53:4    Knauer, Richard | **Re: [52:24-53:4]**<br>**Def Obj** Vague (403) | **OVERRULED** |
| 52 24    Q.   Mr. Knauer, I wanted to ask you, were you | | |
| 52 25    ever involved in the testing of earplugs and -- as the | | |
| 53 1    tests were going on, the REAT testing? | | |
| 53 2    A.   When you say "involved," I'm just trying | | |
| 53 3    to understand your question. | | |
| 53 4    Q.   Sure. | | |
| 53:5 - 54:8    Knauer, Richard | **Re: [53:5-54:8]**<br>**Def Obj** 3M MIL No. 18, Relevance<br>(401, 402), Prejudice (403) | **OVERRULED** |
| 53 5    A lot of times in these REAT test -- REAT, | | |
| 53 6    I'll call it REAT? | | |
| 53 7    A.   Yes. | | |

| | | |
|---|---|---|
| 53 8    Q.   Tests, they would test, let's say, ten | | |
| 53 9    people, correct? | | |
| 53 10    A.   If -- if you were doing an official REAT | | |
| 53 11    test, you test ten people, that's correct. | | |
| 53 12    Q.   Okay.  And would you ever get updates on | | |
| 53 13    how the testing was going before they got to ten | | |
| 53 14    people? | | |
| 53 15    A.   Yes, sometimes I got updates, yes. | | |
| 53 16    Q.   And why would you be given updates prior | | |
| 53 17    to the completion of ten people? | | |
| 53 18    A.   Trying to understand what -- what the data | | |
| 53 19    was looking at -- like through X number of subjects, | | |
| 53 20    whatever number of subjects it was. | | |
| 53 21    Q.   Did you all ever stop the testing before | | |
| 53 22    you got to ten because you didn't like what the NRR | | |
| 53 23    was looking like? | | |
| 53 24    A.   We did on sometimes stop the testing if | | |
| 53 25    there was a -- if the project goal was to hit a | | |
| 54 1    certain number and we were not going to be close to it | | |
| 54 2    and it was apparent that we were not going to get | | |
| 54 3    there with doing ten people, there was lit -- nothing | | |
| 54 4    to be gained, nothing to be learned by continuing, so | | |
| 54 5    sometimes we did stop, yes. | | |
| 54 6    Q.   Now, why is ten the magic number?  Why -- | | |
| 54 7    once you got to ten, did it trigger some sort of a -- | | |
| 54 8    a duty by the company? | | |
| 54:6 - 54:8    Knauer, Richard | Re: [54:6-54:8]   **Def Obj** 3M MIL No. 18, Relevance (401, 402), Prejudice (403), Foundation (602); Vague (611, 402) | **OVERRULED** |
| 54 6    Q.   Now, why is ten the magic number?  Why -- | | |
| 54 7    once you got to ten, did it trigger some sort of a -- | | |
| 54 8    a duty by the company? | | |
| 54:11 - 54:21    Knauer, Richard | Re: [54:11-54:21]   **Def Obj** 3M MIL No. 18, Relevance (401, 402), Prejudice (403), Foundation (602) | **OVERRULED** |
| 54 11    A.   No.  Ten -- ten is -- ten is what's called | | |
| 54 12    for in the ANSI standard, I believe, or the EPA | | |
| 54 13    regulation, one of them, so ten -- ten is the official | | |
| 54 14    test, but it just we -- we just took a look at the | | |
| 54 15    data and saw what the data was saying. | | |
| 54 16    BY MR. MONSOUR: | | |
| 54 17    Q.   But -- but I guess if you did complete the | | |
| 54 18    test and you did ten people and the results were not | | |

| | | |
|---|---|---|
| 54 19<br>54 20<br>54 21 | what you had hoped for, is there a duty on the company<br>to still report the testing since ten people were<br>completed? | |
| **54:17 - 55:1**   Knauer, Richard<br>54 17  Q.   But -- but I guess if you did complete the<br>54 18  test and you did ten people and the results were not<br>54 19  what you had hoped for, is there a duty on the company<br>54 20  to still report the testing since ten people were<br>54 21  completed?<br>54 22  MR. WASDIN:  Objection to foundation.<br>54 23  BY THE WITNESS:<br>54 24  A.   If the product -- if -- if ten people were<br>54 25  tested and you came out with that product, then the<br>55 1  duty would be to report that data. | **Re: [54:17-55:1]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| **55:3 - 55:4**   Knauer, Richard<br>55 3  Q.   Okay.  But if only eight people were<br>55 4  tested, there is no duty to report it? | **Re: [55:3-55:4]**<br>**Pltf Obj** Improper Counter Designation<br>per PTO 64 | **OVERRULED** |
| **55:7 - 55:20**   Knauer, Richard<br>55 7  A.   When you say "duty to report," if we stop<br>55 8  testing for any reason, our process would be to go in<br>55 9  and evaluate why -- evaluate, the best we can, why we<br>55 10  were not hitting our goal, and that could be any<br>55 11  number of reasons.  A lot of my experience is in foam,<br>55 12  so the foam is too soft, the foam is too hard,<br>55 13  whatever, the recovery is too fast, the recovery is<br>55 14  too slow.  We would go in and evaluate what was the<br>55 15  difficulty and identify the difficulty and correct the<br>55 16  difficulty if we could, and then create a new --<br>55 17  basically start again.  It would be a new product.  It<br>55 18  would be something different because we would go in<br>55 19  and make a change to the product or the instructions<br>55 20  or whatever. | **Re: [55:7-55:20]**<br>**Pltf Obj** Improper Counter Designation<br>per PTO 64; nonresponsive | **OVERRULED** |
| **55:22 - 56:3**   Knauer, Richard<br>55 22  Q.   Okay.  Let me ask you this, sir.  Let's<br>55 23  say you've got a product and you're doing NRR REAT<br>55 24  testing on the product and after eight people it looks<br>55 25  like you are not going to get the NRR you want.<br>56 1  Is it okay to stop the testing and then | **Re: [55:22-56:3]**<br>**Def Obj** 3M MIL No. 18, Relevance<br>(401, 402), Prejudice (403), Foundation<br>(602) | **OVERRULED** |

| | | | |
|---|---|---|---|
| 56 2 | just bring in a new panel and start the testing again? | | |
| 56 3 | A.   No, we would not do that. | | |
| 56:4 - 56:25 | Knauer, Richard | **Re: [56:4-56:25]** | **OVERRULED** |
| 56 4 | Q.   Okay.  Why would you not do that? | **Pltf Obj** 56:4-55:9 is proper | |
| 56 5 | A.   Because that's -- that's -- we wouldn't do | clarification; 56:10-25 is improper per | |
| 56 6 | that.  That wasn't our policy, not to do that.  Our -- | PTO 64 | |
| 56 7 | our policy is if we stopped after any number of | | |
| 56 8 | subjects and tried to see would be -- determine why we | | |
| 56 9 | are not hitting -- going to hit our goal. | | |
| 56 10 | Q.   Okay.  Is it true, sir, that to have a new | | |
| 56 11 | test started, you had to somehow change the product | | |
| 56 12 | and then you could test it again? | | |
| 56 13 | A.   We would have to change something.  In | | |
| 56 14 | some instances it would be to change the product, or | | |
| 56 15 | if we found it was an instruction problem, a user | | |
| 56 16 | instructions, we could change the instructions.  It | | |
| 56 17 | would have to be some significant change, we would -- | | |
| 56 18 | but we would evaluate it. | | |
| 56 19 | That's, again, the scientific process, | | |
| 56 20 | going through, seeing -- get -- doing a test, seeing | | |
| 56 21 | what you see, go back, learn from that, make a change, | | |
| 56 22 | whatever that change might be.  And that's an | | |
| 56 23 | iterative process, it may be five steps, in some | | |
| 56 24 | instances it may be one step.  It just depended upon | | |
| 56 25 | the product. | | |
| 63:3 - 63:23 | Knauer, Richard | **Re: [63:3-63:23]** | **OVERRULED** |
| 63 3 | Let me hand you what has been marked as | **Def Obj** Foundation (602) | |
| 63 4 | Exhibit 7. | | |
| 63 5 | (WHEREUPON, a certain document was | | |
| 63 6 | marked Dick Knauer Deposition Exhibit | | |
| 63 7 | No. 7, for identification, as of | | |
| 63 8 | 12/17/2019.) | | |
| 63 9 | BY MR. MONSOUR: | | |
| 63 10 | Q.   I don't know if you've seen this before. | | |
| 63 11 | Exhibit 7, do you know who a man by the | | |
| 63 12 | name of Michael McLain is? | | |
| 63 13 | A.   Michael McLain, yes, I know who Michael | | |
| 63 14 | McLain is. | | |
| 63 15 | Q.   And who is he? | | |

| | | |
|---|---|---|
| 63 16    A.  At -- at -- at that time he was president<br>63 17    of the company.<br>63 18    Q.  Okay.  If you will look, this is a letter<br>63 19    from Michael McLain dated November 27, 2002, and this<br>63 20    is a letter that is referencing Aearo's position<br>63 21    regarding NRR testing.<br>63 22    Do you see that?<br>63 23    A.  Yes. | | |
| 64:13 - 64:14   Knauer, Richard<br>64 13    Q.  Was it important to your company that the<br>64 14    advertising not to be misleading in any way? | **Re: [64:13-64:14]**<br>**Def Obj** Vague (403), Relevance (401,<br>402), Prejudice (403) | **OVERRULED** |
| 64:19 - 64:19   Knauer, Richard<br>64 19    A.  Of course it's important. | **Re: [64:19-64:19]**<br>**Def Obj** Vague (403), Relevance (401,<br>402), Prejudice (403) | **OVERRULED** |
| 64:20 - 64:20   Knauer, Richard<br>64 20    BY MR. MONSOUR: | | |
| 64:21 - 64:25   Knauer, Richard<br>64 21    Q.  You would never want to say that a product<br>64 22    like the yellow end of the Combat Arms Earplug<br>64 23    provided protection without impairment, you would<br>64 24    never want to say that because that's not true,<br>64 25    correct? | **Re: [64:21-64:25]**<br>**Def Obj** Relevance (401, 402),<br>Prejudice (403), Foundation (602) | **OVERRULED** |
| 65:3 - 65:4   Knauer, Richard<br>65 3    A.  I would -- I would prefer that it -- it<br>65 4    say something in a little more general sense. | **Re: [65:3-65:4]**<br>**Def Obj** Vague (403), Relevance (401,<br>402), Prejudice (403), Foundation (602) | **OVERRULED** |
| 66:9 - 66:12   Knauer, Richard<br>66 9    Q.  Right.  But if the company were to say<br>66 10    that the yellow end of the plug allowed its users to<br>66 11    hear without impairment, that would be misleading,<br>66 12    true? | **Re: [66:9-66:12]**<br>**Def Obj** Relevance (401, 402),<br>Prejudice (403), Foundation (602) | **OVERRULED** |
| 66:16 - 66:18   Knauer, Richard<br>66 16    A.  It -- it is.  "Without impairment" is<br>66 17    probably not scientifically absolutely correct.  There<br>66 18    is minor impairment. | **Re: [66:16-66:18]**<br>**Def Obj** Relevance (401, 402),<br>Prejudice (403), Foundation (602) | **OVERRULED** |
| 67:20 - 68:21   Knauer, Richard<br>67 20    "Aearo supports that new products rated<br>67 21    above the designated ceiling must receive that rating<br>67 22    based on testing with an outside testing laboratory."<br>67 23    Did I get that right? | **Re: [67:20-68:21]**<br>**Def Obj** Foundation (602) | **OVERRULED** |

| | | | |
|---|---|---|---|
| 67 24 | A. Yes. | | |
| 67 25 | Q. Okay. | | |
| 68 1 | "It goes without saying that Aearo | | |
| 68 2 | supports that multiple testing attempts with the same | | |
| 68 3 | product are not allowed because this is prohibited by | | |
| 68 4 | the EPA." | | |
| 68 5 | Did I get that right? | | |
| 68 6 | A. Yes. | | |
| 68 7 | Q. That's the question that I was asking you | | |
| 68 8 | earlier. Do you remember that? | | |
| 68 9 | A. Yes. | | |
| 68 10 | Q. It goes on: "Further, when multiple tests | | |
| 68 11 | are conducted, we must all agree and have EPA approval | | |
| 68 12 | for the proper NRR labeling protocol." | | |
| 68 13 | Did I get that right? | | |
| 68 14 | A. Yes. | | |
| 68 15 | Q. So let's go back and let's look at the | | |
| 68 16 | second sentence in No. 3. | | |
| 68 17 | "It goes without saying that Aearo | | |
| 68 18 | supports that multiple testing attempts with the same | | |
| 68 19 | product are not allowed because this is prohibited by | | |
| 68 20 | the EPA." | | |
| 68 21 | What does that mean? | | |
| 68:24 - 69:3 | Knauer, Richard | Re: [68:24-69:3] | OVERRULED |
| | | Def Obj Foundation (602) | |
| 68 24 | A. What does that mean, I don't know what | | |
| 68 25 | that means. I mean it -- I don't know what it means. | | |
| 69 1 | BY MR. MONSOUR: | | |
| 69 2 | Q. Does it mean that you can't just keep | | |
| 69 3 | retesting a product to get the NRR you want? | | |
| 69:6 - 69:15 | Knauer, Richard | Re: [69:6-69:15] | OVERRULED |
| | | Def Obj Foundation (602) | |
| 69 6 | A. It means that you cannot just keep | | |
| 69 7 | testing -- without making a change, without doing some | | |
| 69 8 | modification, be it to the product, the design, | | |
| 69 9 | formulation, instructions, whatever, something that | | |
| 69 10 | affects how the plug is fitted into the ear, I -- I | | |
| 69 11 | say plug, how the plug is fitted into the ear. You | | |
| 69 12 | cannot just go in and test until you get the NRR that | | |
| 69 13 | you desire. | | |

| | | |
|---|---|---|
| 69 14 | BY MR. MONSOUR: | |
| 69 15 | Q.   Okay.  Why is that important? | |
| 69:24 - 70:1 | Knauer, Richard | **Re: [69:24-70:1]** | **OVERRULED** |
| 69 24 | A.   It's -- it's -- it's just a -- it -- you | **Def Obj** Foundation (602) | |
| 69 25 | would -- just because it -- you need to -- you need to | | |
| 70 1 | do a test and get the results that you get. | | |
| 70:15 - 71:1 | Knauer, Richard | **Re: [70:15-71:1]** | **OVERRULED** |
| 70 15 | Q.   Okay.  Because it's true that if a company | **Def Obj** Argumentative, Vague (403), | |
| 70 16 | wanted to massage the data, if they didn't get the NRR | Prejudice (403), Foundation (602) | |
| 70 17 | that they liked the first time, they could bring a | | |
| 70 18 | different group in to test that had certain | | |
| 70 19 | characteristics and maybe improve the NRRs, true? | | |
| 70 20 | MR. WASDIN:  Objection to form. | | |
| 70 21 | BY THE WITNESS: | | |
| 70 22 | A.   If -- if you are asking could -- if you | | |
| 70 23 | did not get the NRR you desired, could you hand pick | | |
| 70 24 | subjects and then just test those subjects and get a | | |
| 70 25 | higher NRR, that is -- that is within the range of | | |
| 71 1 | possibilities, I guess. | | |
| 75:2 - 76:1 | Knauer, Richard | | |
| 75 2 | Q.   Let me hand you Exhibit No. 9, sir. | | |
| 75 3 | A.   Okay. | | |
| 75 4 | Q.   And what I would like for you to do is | | |
| 75 5 | look at -- | | |
| 75 6 | MR. WASDIN:  Is there a copy for me? | | |
| 75 7 | MS. KROTTINGER:  Yes.  Sorry. | | |
| 75 8 | BY MR. MONSOUR: | | |
| 75 9 | Q.   This is an e-mail dated April 9, 1999, and | | |
| 75 10 | it is from Doug Ohlin to Doug Ohlin.  It says: | | |
| 75 11 | "Letter for Combat Arms earplug."  And immediately | | |
| 75 12 | below that there is an e-mail from Brian Myers to Doug | | |
| 75 13 | Ohlin. | | |
| 75 14 | Do you see that? | | |
| 75 15 | A.   Yes, I see that. | | |
| 75 16 | Q.   And it says, they are talking about -- | | |
| 75 17 | they are talking about the Combat Arms Version 2 | | |
| 75 18 | earplug, correct? | | |
| 75 19 | A.   Yes, it look -- it appears that way, yes, | | |
| 75 20 | sir. | | |

| | | | |
|---|---|---|---|
| 75 21 | Q.   And it says in the second paragraph, it | | |
| 75 22 | says:  "I spoke with Dick Knauer who believes that we | | |
| 75 23 | can probably shorten the plug by 1/4" required to fit | | |
| 75 24 | your current container." | | |
| 75 25 | Did I read that correctly? | | |
| 76 1 | A.   Yes. | | |

| 76:2 - 76:21 | Knauer, Richard | | |
|---|---|---|---|
| 76 2 | Q.   Do you remember speaking with Brian Myers | | |
| 76 3 | about shortening the Combat Arms Earplug Version 2 by | | |
| 76 4 | a quarter of an inch? | | |
| 76 5 | A.   I have a memory that we did -- that I -- | | |
| 76 6 | that we were asked to shorten the plug, yes. | | |
| 76 7 | Q.   Okay.  Good. | | |
| 76 8 | How did it come up, do you remember? | | |
| 76 9 | A.   It came up, to the best of my memory, that | | |
| 76 10 | when we provided samples to the military where the | | |
| 76 11 | plug was longer, provided a -- I don't know how many | | |
| 76 12 | samples, but we provided samples, and it may have been | | |
| 76 13 | multiple samples multiple times, they did an | | |
| 76 14 | evaluation of the product, and may have taken weeks, | | |
| 76 15 | it may have taken months, I don't remember, but they | | |
| 76 16 | came back with the evaluation and said, We like things | | |
| 76 17 | about the product but we would like it a quarter inch | | |
| 76 18 | shorter. | | |
| 76 19 | Q.   Okay.  What went into the decision-making | | |
| 76 20 | process of whether or not the original length of the | | |
| 76 21 | plug could be shortened by a quarter of an inch? | | |

| 76:24 - 77:6 | Knauer, Richard | | |
|---|---|---|---|
| 76 24 | A.   What -- what went into the decision-making | | |
| 76 25 | process, I don't understand your question. | | |
| 77 1 | BY MR. MONSOUR: | | |
| 77 2 | Q.   It probably was an inartful question. | | |
| 77 3 | What I'm trying to find out is, is what | | |
| 77 4 | did you have to look at to determine whether or not | | |
| 77 5 | the plug could be shortened by a quarter of an inch? | | |
| 77 6 | A.   Okay. | | |

| 77:7 - 77:23 | Knauer, Richard | **Re: [77:7-77:23]** | **OVERRULED** |
|---|---|---|---|
| 77 7 | Q.   I'm -- I'm assuming that you came up or | **Def Obj** Relevance (401, 402); | |
| 77 8 | someone came up with the original length for some | Foundation (602) | |

| | | |
|---|---|---|
| 77 9    reason, you didn't just pick it out of the air, and<br>77 10   then I'm assuming that there was a reason for the<br>77 11   original length and then I'm assuming that somebody<br>77 12   had to look at something to determine whether or not a<br>77 13   quarter inch could have been taken off of it?<br>77 14   A.  There -- there was a -- to answer your<br>77 15   question then, there was a -- because of the<br>77 16   manufacturing process of how that plug was<br>77 17   manufactured, there was a concern about our ability to<br>77 18   make a plug, if -- if you shorten the plug by a<br>77 19   quarter of an inch, you basically then have no -- the<br>77 20   stem is as -- ends at where the black flange ended as<br>77 21   I remember, and trying to do that in -- in<br>77 22   manufacturing, there were some manufacturing issues<br>77 23   with that. | | |
| **77:24 - 78:3**  Knauer, Richard<br>77 24   Q.  Okay.  So the -- the decision whether or<br>77 25   not the plug could be shortened by a quarter of an<br>78 1   inch didn't necessarily have to do with the<br>78 2   performance of the plug, it had more to do with<br>78 3   production of the plug, am I close? | **Re: [77:24-78:3]**<br>**Def Obj** Misstates (403), Prejudice<br>(403) | **OVERRULED** |
| **78:6 - 78:13**  Knauer, Richard<br>78 6   A.  The -- the issue had to be with our<br>78 7   capability to -- to manufacture a plug that had a --<br>78 8   you know, that quarter inch taken off, yes.<br>78 9   BY MR. MONSOUR:<br>78 10   Q.  Okay.  So the thought process in whether<br>78 11   or not the plug could be shortened a quarter inch, the<br>78 12   thought process wasn't on would the plug perform, it<br>78 13   was, can our machines make the plug? | **Re: [78:6-78:13]**<br>**Def Obj** Misstates (403), Prejudice<br>(403) | **OVERRULED** |
| **78:16 - 78:22**  Knauer, Richard<br>78 16   A.  The -- the question at this time was could<br>78 17   we do that, and we could basically -- so we had to<br>78 18   investigate whether we could do that.  So the way we<br>78 19   would do that would be to, at minimum, we could cut<br>78 20   the end off, make some samples and send them to the<br>78 21   Army and let them evaluate it and tell us what -- how<br>78 22   the performance was. | **Re: [78:16-78:22]**<br>**Def Obj** Misstates (403), Prejudice<br>(403) | **OVERRULED** |

| | | |
|---|---|---|
| 78:23 - 79:11    Knauer, Richard | | |
| 78 23          BY MR. MONSOUR: | | |
| 78 24          Q.   Right.  But I'm getting at -- it says:  "I | | |
| 78 25          spoke with Dick Knauer who believes we can probably | | |
| 79 1          shorten the plug by the 1/4" required to fit your | | |
| 79 2          current container." | | |
| 79 3          When you made the decision that -- that | | |
| 79 4          the plug could be shortened by a quarter of an inch, | | |
| 79 5          were you looking at the capabilities of the plug or | | |
| 79 6          were you looking at the manufacturing process | | |
| 79 7          necessary to create the plug? | | |
| 79 8          A.   We were looking at -- I -- I was | | |
| 79 9          specifically -- or Bob Falco was specifically looking | | |
| 79 10          at the capability of being able to manufacture a | | |
| 79 11          shorter plug. | | |
| 79:12 - 80:16    Knauer, Richard | Re: [79:12-80:16] | SUSTAINED |
| 79 12          Q.   Okay. | Pltf Obj Improper Counter Designation | |
| 79 13          A.   However, we then wanted to provide that | per PTO 64; nonresponsive | |
| 79 14          plug to the Army and let them evaluate it and tell us | | |
| 79 15          whether it works, because we were depending upon their | | |
| 79 16          feedback, did this solve your problem, is it working, | | |
| 79 17          and that type of thing. | | |
| 79 18          Q.   Okay.  How was the original length of the | | |
| 79 19          Combat Arms Version 2 plug arrived at? | | |
| 79 20          A.   I do not remember how that was arrived at. | | |
| 79 21          Q.   Was it your decision or would it have been | | |
| 79 22          Berger's decision or would it have been Falco's | | |
| 79 23          decision or would it have been somebody else? | | |
| 79 24          A.   I do not remember how that was decided. | | |
| 79 25          Q.   Okay.  Do you consider yourself one of the | | |
| 80 1          designers of the Combat Arms Version 2 earplug? | | |
| 80 2          A.   No. | | |
| 80 3          Q.   Who do you consider to be the designer of | | |
| 80 4          the Combat Arms Version 2 earplug? | | |
| 80 5          A.   When you -- when you say designed, what do | | |
| 80 6          you mean, design? | | |
| 80 7          Q.   I don't know any other word. | | |
| 80 8          A.   Certainly we provided samples, we provided | | |
| 80 9          a variety of samples to the military.  Originally, if | | |

| | | | |
|---|---|---|---|
| 80 10 | I remember correctly, and this is if I remember | | |
| 80 11 | correctly, the first product we showed them was a | | |
| 80 12 | single-ended UltraFit long stem, the normal length of | | |
| 80 13 | the stem of the UltraFit, with a filter in it, provide | | |
| 80 14 | the samples, got feedback.  So it was an iterative | | |
| 80 15 | process back and forth, to answer your question the | | |
| 80 16 | best I can. | | |

| 80:17 - 80:21 | Knauer, Richard | **Re: [80:17-80:21]** | **OVERRULED** |
|---|---|---|---|
| 80 17 | Q.   Who was the one, though, that came up with | **Pltf Obj** Improper Counter Designation | |
| 80 18 | the -- the let's take two UltraFits, put them on two | per PTO 64 | |
| 80 19 | ends, we'll put a piece of plastic in the middle and | | |
| 80 20 | we'll put a filter in there, who is the one that -- | | |
| 80 21 | who is the one that came up with that design? | | |

| 80:24 - 81:17 | Knauer, Richard | **Re: [80:24-81:17]** | **OVERRULED** |
|---|---|---|---|
| 80 24 | A.   When you asked who came up with the | **Pltf Obj** Improper Counter Designation | |
| 80 25 | design, the feedback we got from the military after | per PTO 64 | |
| 81 1 | providing them with a single-ended stem, single-ended | | |
| 81 2 | product, was we liked the concept, we would like | | |
| 81 3 | something -- Doug Ohlin specifically, but it was the | | |
| 81 4 | military in general, we -- we like the concept, but we | | |
| 81 5 | would like it to have a double-ended plug to it. | | |
| 81 6 | BY MR. MONSOUR: | | |
| 81 7 | Q.   Right.  And so if Doug Ohlin says, We | | |
| 81 8 | would like to have a double-ended to it, that product | | |
| 81 9 | doesn't just appear, somebody has to literally design | | |
| 81 10 | the product so you can make it, right? | | |
| 81 11 | A.   Basically, when he asked for that, we then | | |
| 81 12 | went in and made up samples, however we made them up, | | |
| 81 13 | and sent them to Doug, and it could have been two or | | |
| 81 14 | three, I don't remember. | | |
| 81 15 | Q.   Okay. | | |
| 81 16 | A.   We sent samples to him, he said this is -- | | |
| 81 17 | this is good, this is bad, whatever. | | |

| 81:24 - 82:3 | Knauer, Richard | | |
|---|---|---|---|
| 81 24 | Q.   Yeah.  Yeah.  Who -- who came up with the | | |
| 81 25 | idea of how to put the -- the -- come up with this -- | | |
| 82 1 | if the military said we wanted a two-sided document, | | |
| 82 2 | who is the one that came up with the design for the | | |
| 82 3 | two sides? | | |

Knauer, Richard                                                                                                              18

82:6 - 82:17   Knauer, Richard
82 6        A.   To the best of my memory, what we did was
82 7        we took the -- because we had the UltraFit tips, we
82 8        took them and cut them down to certain lengths, put a
82 9        filter in the adapter and put them together and sent
82 10       them and said, Doug, is this what you want, is this
82 11       not what you want, that type of thing.
82 12       Q.   So who did that, was it you?
82 13       A.   No, it was not me.
82 14       Q.   Okay.
82 15       A.   The most likely person that had did -- had
82 16       made the actual samples was Bob Falco, the design
82 17       engineer.
83:10 - 83:15   Knauer, Richard
83 10       Q.   Okay.  But for the simple premise, you --
83 11       you understand that -- that triple flange plugs do
83 12       come in more than one size, right?
83 13       A.   They can come in more than one size, yes.
83 14       Q.   Okay.  How did the company arrive at this
83 15       size for the Version 2 Combat Arms?
83:18 - 84:25   Knauer, Richard
83 18       A.   How did they determine that that size for
83 19       the Combat Arms?
83 20       BY MR. MONSOUR:
83 21       Q.   Uh-huh.
83 22       A.   The company basically made the UltraFit
83 23       earplug and -- and did since I believe the early --
83 24       excuse me -- mid '80s.
83 25       Q.   Okay.
84 1        A.   They came out -- came out with the
84 2        UltraFit earplug, and field experience, feedback from
84 3        end users, indicated that that product, the UltraFit,
84 4        fit almost everyone, no -- no product fits everybody.
84 5        There are people that have very small ear canals, very
84 6        large ear canals.  That product fit the vast majority
84 7        of the population.  So the design was a good design to
84 8        fit a lot of people, the vast majority of the
84 9        population.
84 10       Q.   Okay.  So is this -- the UltraFit was a

| | | | |
|---|---|---|---|
| 84 11 | one-size product, correct? | | |
| 84 12 | A.   The UltraFit was a one-size product with a | | |
| 84 13 | longer stem, yes. | | |
| 84 14 | Q.   Okay.  Is the Version 2 the exact same | | |
| 84 15 | size as the UltraFit? | | |
| 84 16 | A.   To the best of my memory, the UltraFit -- | | |
| 84 17 | the -- excuse me.  Let me -- let me take a step back. | | |
| 84 18 | To the best of my memory, the Combat | | |
| 84 19 | Arms 2 version uses the same size flanges, of course | | |
| 84 20 | the stem is shorter, but the flanges are the same as | | |
| 84 21 | they were in the UltraFit, to the best of my memory. | | |
| 84 22 | Q.   Okay.  So literally you took the existing | | |
| 84 23 | UltraFits that you had, you kind of stuck them | | |
| 84 24 | together with the piece of plastic and that's the | | |
| 84 25 | Version 2, and you added a filter? | | |
| 85:3 - 85:5 | Knauer, Richard | | |
| 85 3 | A.   We -- we -- we took those -- those items | | |
| 85 4 | and that eventually became the Combat Arms product, | | |
| 85 5 | yes. | | |
| 87:9 - 87:23 | Knauer, Richard | **Re: [87:9-87:23]** | **OVERRULED** |
| 87 9 | Q.   Okay.  Let me hand you what I'll mark as | **Def Obj** Foundation (602), Relevance | |
| 87 10 | Exhibit 10. | (401, 402), Prejudice (403) | |
| 87 11 | (WHEREUPON, a certain document was | | |
| 87 12 | marked Dick Knauer Deposition Exhibit | | |
| 87 13 | No. 10, for identification, as of | | |
| 87 14 | 12/17/2019.) | | |
| 87 15 | BY MR. MONSOUR: | | |
| 87 16 | Q.   This is Exhibit 10.  It is entitled How | | |
| 87 17 | Folding the Flanges Back Affects REAT Results of the | | |
| 87 18 | UltraFit Earplug End of the Combat Arms Plug. | | |
| 87 19 | Do you see that? | | |
| 87 20 | A.   Yes, I see that. | | |
| 87 21 | Q.   And it is dated July 10th of 2000. | | |
| 87 22 | Do you see that? | | |
| 87 23 | A.   Yes, I see that. | | |
| 87:24 - 88:3 | Knauer, Richard | **Re: [87:24-88:3]** | |
| 87 24 | Q.   Have you ever seen this document before | **Pltf Obj** no objection | |
| 87 25 | today? | | |
| 88 1 | A.   Back to my original comment, I -- when I | | |

| | | | |
|---|---|---|---|
| 88 2 | was employed at Aearo and 3M, I do not remember seeing | | |
| 88 3 | this document. | | |
| 90:3 - 90:22 | Knauer, Richard | **Re: [90:3-90:22]** | **OVERRULED** |
| 90 3 | Q.   And the document states under the | **Def Obj** Foundation (602), Relevance | |
| 90 4 | Introduction, it says:  "The Combat Arms Earplug was | (401, 402), Prejudice (403) | |
| 90 5 | shortened, at the request of the Army, so that it | | |
| 90 6 | would fit into a carrying case.  Because of this, the | | |
| 90 7 | plug is shorter than any other UltraFit Plug design. | | |
| 90 8 | The purpose of this report is to document that the | | |
| 90 9 | current length of the UltraFit earplug end of the | | |
| 90 10 | Combat Arms plug is too short for proper insertion and | | |
| 90 11 | how changing the fitting technique affected the | | |
| 90 12 | results of real-ear tests of this plug." | | |
| 90 13 | Did I get that right? | | |
| 90 14 | A.   Yes, you read that correctly. | | |
| 90 15 | Q.   Do you agree with the statement that the | | |
| 90 16 | current length of the UltraFit earplug end of the | | |
| 90 17 | Combat Arms plug is too short for proper insertion? | | |
| 90 18 | Do you agree with that statement? | | |
| 90 19 | MR. WASDIN:  Objection to foundation. | | |
| 90 20 | BY THE WITNESS: | | |
| 90 21 | A.   I agree with that, without changing the | | |
| 90 22 | fitting instructions. | | |
| 90:24 - 91:8 | Knauer, Richard | **Re: [90:24-91:8]** | **LINES 91:9-14 MUST BE ADDED** |
| 90 24 | Q.   Okay.  So without changing the fitting | **Pltf Obj** no objection, but for | **FOR COMPLETENESS** |
| 90 25 | instructions, the plug is too short for proper | completeness should add 91:9-14 | |
| 91 1 | insertion, you do agree with that? | | |
| 91 2 | MR. WASDIN:  Objection to foundation. | | |
| 91 3 | BY THE WITNESS: | | |
| 91 4 | A.   That was the comment that was made in this | | |
| 91 5 | report. | | |
| 91 6 | BY MR. MONSOUR: | | |
| 91 7 | Q.   Okay. | | |
| 91 8 | A.   So it was written by someone else. | | |
| 95:6 - 95:13 | Knauer, Richard | **Re: [95:6-95:13]** | **OVERRULED** |
| 95 6 | Q.   Okay.  Would it be concerning if you're | **Def Obj** Foundation (602), Relevance | |
| 95 7 | testing a Combat Arms Version 2 plug and you've got | (401, 402), Prejudice (403) | |
| 95 8 | the UltraFit that you used to make the Version 2 plug, | | |
| 95 9 | correct? | | |

| | | |
|---|---|---|
| 95 10     A.   Correct. | | |
| 95 11     Q.   If you know the UltraFit typically is | | |
| 95 12     getting you a 21 NRR, is it concerning when testing of | | |
| 95 13     the Version 2 shows a 10.9 NRR? | | |
| 95:16 - 95:18   Knauer, Richard | **Re: [95:16-95:18]** | **OVERRULED** |
| 95 16     A.   The -- if you saw results like that, you | **Def Obj** Foundation (602), Relevance | |
| 95 17     would believe that something -- you needed to go in | (401, 402), Prejudice (403) | |
| 95 18     and try to figure out what's happening. | | |
| 98:7 - 99:1   Knauer, Richard | **Re: [98:7-99:1]** | **OVERRULED** |
| 98 7     Q.   Do you consider imperceptible loosening of | **Def Obj** Foundation (602), Relevance | |
| 98 8     a plug to be a problem? | (401, 402), Prejudice (403) | |
| 98 9     MR. WASDIN:  Objection to form. | | |
| 98 10    BY THE WITNESS: | | |
| 98 11    A.   I don't know what imperceptible -- I'm | | |
| 98 12    sorry -- I don't know what that terminology means. | | |
| 98 13    That was Mr. Kieper's or -- and/or Mr. Berger term. | | |
| 98 14    I -- I'm not sure what imperceptible means. | | |
| 98 15    Q.   You -- you do not know what imperceptible | | |
| 98 16    means? | | |
| 98 17    A.   I -- well, I know what imperceptible | | |
| 98 18    means.  I don't know what they meant by this. | | |
| 98 19    Q.   Do you know what the term "loosened" | | |
| 98 20    means? | | |
| 98 21    A.   Loosened, yes. | | |
| 98 22    Q.   Okay.  So if a plug is -- if you know what | | |
| 98 23    imperceptible means and you know what loosened means | | |
| 98 24    and you know what an ear -- you know what an earplug | | |
| 98 25    is, correct? | | |
| 99 1     A.   That is correct. | | |
| 99:2 - 99:8   Knauer, Richard | **Re: [99:2-99:8]** | **SUSTAINED AS TO** |
| 99 2     Q.   If an earplug imperceptibly loosens, would | **Def Obj** Vague (403, 611); Foundation | **"imperceptibly."** |
| 99 3     that be a problem with the plug? | (602), Relevance (401, 402), Prejudice | |
| 99 4     MR. WASDIN:  Objection to form. | (403) | **OVERRULED in all other respects.** |
| 99 5     BY THE WITNESS: | | |
| 99 6     A.   If a earplug loosened, there is certainly | | |
| 99 7     something that is going on and you need to understand | | |
| 99 8     what is going on. | | |
| 102:22 - 103:14   Knauer, Richard | | |
| 102 22    Q.   What -- what material are these flanges | | |

```
102 23      made out of?
102 24      A.   It's a thermoplastic elastomer.
102 25      Q.   Do you know why the plastic piece in the
103 1       middle, and I'm looking at it right here, I'm folding
103 2       back both flanges, if we could look.
103 3       Do you know why this -- do you see the
103 4       piece I'm pointing to?
103 5       A.   Yes, yes.
103 6       Q.   The -- the -- the white piece?
103 7       A.   Um-hum.
103 8       Q.   How did you all determine how hard that --
103 9       that white piece of plastic should be?
103 10      A.   I have no memory at all what -- how that
103 11      was decided.
103 12      Q.   Was there any testing that was done to
103 13      determine how hard that should be?
103 14      A.   I have no memory of that.  I'm sorry.
```

103:15 - 103:24    Knauer, Richard

```
103 15      Q.   Are there -- are there other options for
103 16      the -- the white piece in the middle?  Could -- could
103 17      your company have made a -- the plastic piece more
103 18      pliable?
103 19      MR. WASDIN:  Objection to form and foundation.
103 20      BY THE WITNESS:
103 21      A.   I -- we -- I have no i- -- I mean, could
103 22      it have been made more, possibly, by why we made it
103 23      that, I don't know, we made it that and provided
103 24      samples and we are happy with it.
```

**Re: [103:15-103:24]**
**Def Obj** Foundation (602)

**OVERRULED**

105:11 - 105:18    Knauer, Richard

```
105 11      Q.   If you had been asked whether or not you
105 12      could share the test data from Test 213015 with the
105 13      government, would you have said sure, why not?
105 14      A.   Yes, I would have shared it.
105 15      Q.   Can you think of any reason why the test
105 16      data from 213015 shouldn't have been shared with the
105 17      government?
105 18      A.   No, I can think of no reason.
```

**Re: [105:11-105:18]**
**Def Obj** Speculation, Foundation (602), Relevance (401, 402), Prejudice (403)

**OVERRULED**

| | | |
|---|---|---|
| 105:19 - 105:25   Knauer, Richard | **Re: [105:19-105:25]** | **OVERRULED** |
| 105 19   Q.   Again, one of the things that we look from | **Def Obj** Foundation (602), Relevance | |
| 105 20   an earlier page is the fact that Mr. Kieper is noting | (401, 402), Prejudice (403) | |
| 105 21   that there is imperceptible loosening, correct? | | |
| 105 22   A.   Mr. Kieper noted that, yes. | | |
| 105 23   Q.   The fact that there is imperceptible | | |
| 105 24   loosening with the plug, that's important, true? | | |
| 105 25   A.   Cor- -- | | |
| 106:2 - 106:8   Knauer, Richard | **Re: [106:2-106:8]** | **OVERRULED** |
| 106 2   BY THE WITNESS: | **Def Obj** Foundation (602), Relevance | |
| 106 3   A.   Certainly he made that observation, so | (401, 402), Prejudice (403) | |
| 106 4   it's important information. | | |
| 106 5   BY MR. MONSOUR: | | |
| 106 6   Q.   Since it's important information that he | | |
| 106 7   observed, is that the type of information that should | | |
| 106 8   have been shared with the government? | | |
| 106:10 - 106:18   Knauer, Richard | **Re: [106:10-106:18]** | **OVERRULED** |
| 106 10   BY THE WITNESS: | **Def Obj** Foundation (602), Relevance | |
| 106 11   A.   I don't know what was shared or could have | (401, 402), Prejudice (403) | |
| 106 12   been shared.  I don't know what was done. | | |
| 106 13   BY MR. MONSOUR: | | |
| 106 14   Q.   It -- that's not my question. | | |
| 106 15   My question was:  Should it have been | | |
| 106 16   shared -- | | |
| 106 17   A.   It -- | | |
| 106 18   Q.   -- with the government? | | |
| 106:20 - 107:8   Knauer, Richard | **Re: [106:20-107:8]** | **SUSTAINED** |
| 106 20   BY THE WITNESS: | **Def Obj** Foundation (602), Relevance | |
| 106 21   A.   It -- it was -- that -- that would be a -- | (401, 402), Prejudice (403) | |
| 106 22   a call that an Elliott Berger would make. | | |
| 106 23   BY MR. MONSOUR: | | |
| 106 24   Q.   Okay.  If this flange report had been | | |
| 106 25   shared with you, would you have shared the fact that | | |
| 107 1   there was imperceptible loosening with the government? | | |
| 107 2   A.   It wasn't shared with me, as -- as I -- as | | |
| 107 3   I remembered. | | |
| 107 4   Q.   But my point is:  Had it been shared with | | |
| 107 5   you and if you were the government contact or the | | |
| 107 6   person that had contact with the government, would you | | |

| | | |
|---|---|---|
| 107 7    have shared the imper- -- imperceptible loosening fact<br>107 8    with the government? | | |
| 107:11 - 107:15   Knauer, Richard<br>107 11    A.   If I'm asked if I would share, I would --<br>107 12    I believe in transparency in providing information.<br>107 13    BY MR. MONSOUR:<br>107 14    Q.   Okay.  You would never have hidden the<br>107 15    fact that there was imperceptible loosening, true? | **Re: [107:11-107:15]**<br>**Def Obj** Foundation (602), Relevance<br>(401, 402), Prejudice (403) | **DESIGNATION WITHDRAWN**<br>**[107:14-15], 3/13/2021**<br><br>**SUSTAINED as to [107:11-13]** |
| 107:18 - 107:23   Knauer, Richard<br>107 18    A.   I -- I don't know whether the information<br>107 19    was hidden.  I would -- I don't hide information.<br>107 20    BY MR. MONSOUR:<br>107 21    Q.   Okay.  But listen to my question.<br>107 22    You would never have hidden the fact that<br>107 23    there was imperceptible loosening, true? | **Re: [107:18-107:23]**<br>**Def Obj** Foundation (602), Relevance<br>(401, 402), Prejudice (403) | **DESIGNATION WITHDRAWN,**<br>**3/13/2021** |
| 108:1 - 108:9   Knauer, Richard<br>108 1    A.   I -- you are asking if I -- I'm sorry.<br>108 2    Ask the question again.<br>108 3    BY MR. MONSOUR:<br>108 4    Q.   Assuming you were aware of this, assuming<br>108 5    you were aware of Exhibit 10, the flange report, had<br>108 6    you been made aware of this in July of 2000 and had<br>108 7    you been the person that was in contact with the<br>108 8    government, you would have shared the fact of<br>108 9    imperceptible loosening with the government, true? | **Re: [108:1-108:9]**<br>**Def Obj** Foundation (602), Relevance<br>(401, 402), Prejudice (403) | **DESIGNATION WITHDRAWN,**<br>**3/13/2021** |
| 108:13 - 108:20   Knauer, Richard<br>108 13    A.   I would have tried to understand what<br>108 14    Mr. Kieper was saying by saying that and then based on<br>108 15    that decide -- decide if it's pertinent information to<br>108 16    share or not.<br>108 17    BY MR. MONSOUR:<br>108 18    Q.   You and I have already talked and you<br>108 19    agreed with me that imperceptible loosening was<br>108 20    important, true? | **Re: [108:13-108:20]**<br>**Def Obj** Foundation (602), Relevance<br>(401, 402), Prejudice (403) | **DESIGNATION WITHDRAWN,**<br>**3/13/2021** |
| 108:23 - 109:18   Knauer, Richard<br>108 23    A.   We -- we -- we talked and we've talked<br>108 24    about imp- -- you know, imp- -- we talked about<br>108 25    imperceptibly loosening as being a factor that is<br>109 1    important, yes. | **Re: [108:23-109:18]**<br>**Def Obj** Foundation (602), Relevance<br>(401, 402), Prejudice (403) | **SUSTAINED** |

| | | | |
|---|---|---|---|
| 109 2 | Q.   Okay.  And you know who the end users are | | |
| 109 3 | of these earplugs, the Combat Arms Earplugs Version 2, | | |
| 109 4 | correct? | | |
| 109 5 | A.   Yes. | | |
| 109 6 | Q.   They are our soldiers, correct? | | |
| 109 7 | A.   Absolutely, yes. | | |
| 109 8 | Q.   A pretty worthy group of people to have | | |
| 109 9 | information shared with on their behalf, true? | | |
| 109 10 | A.   Obviously, the soldiers are somebody that | | |
| 109 11 | deserve all of the benefit, everything that we can | | |
| 109 12 | tell them, yes. | | |
| 109 13 | Q.   Sure. | | |
| 109 14 | So knowing that they are a very deserving | | |
| 109 15 | group and knowing that imperceptible loosening is | | |
| 109 16 | important, had you been made aware of imperceptible | | |
| 109 17 | loosening in 2000, you would have shared that with the | | |
| 109 18 | government, true? | | |
| **109:14 - 109:25** Knauer, Richard | | **Re: [109:14-109:25]** | **SUSTAINED** |
| 109 14 | So knowing that they are a very deserving | **Def Obj** Argumentative, Vague (403, | |
| 109 15 | group and knowing that imperceptible loosening is | 611); Relevance (401, 402) | |
| 109 16 | important, had you been made aware of imperceptible | | |
| 109 17 | loosening in 2000, you would have shared that with the | | |
| 109 18 | government, true? | | |
| 109 19 | MR. WASDIN:  Objection to form. | | |
| 109 20 | BY THE WITNESS: | | |
| 109 21 | A.   Again, I would need to understand what | | |
| 109 22 | the -- what he meant by imperceptibly loosening, | | |
| 109 23 | depending upon what he meant, then, yes, we'll share | | |
| 109 24 | it, absolutely if it is something -- if it is a real | | |
| 109 25 | observation. | | |
| **109:21 - 109:25** Knauer, Richard | | **Re: [109:21-109:25]** | **SUSTAINED** |
| 109 21 | A.   Again, I would need to understand what | **Def Obj** Foundation (602), Relevance | |
| 109 22 | the -- what he meant by imperceptibly loosening, | (401, 402), Prejudice (403) | |
| 109 23 | depending upon what he meant, then, yes, we'll share | | |
| 109 24 | it, absolutely if it is something -- if it is a real | | |
| 109 25 | observation. | | |
| **110:24 - 111:13** Knauer, Richard | | **Re: [110:24-111:13]** | **SUSTAINED** |
| 110 24 | Q.   Do you know why -- since Kieper reported | **Pltf Obj** Improper Counter Designation | |
| 110 25 | to Berger and Berger reported to you, why would this | per PTO 64; 402 | |

Knauer, Richard                                                                                                                  26

| | |
|---|---|
| 111 1   have not been shared with you?<br>111 2       A.   I do not know why this was not shared with<br>111 3       me.<br>111 4       Q.   Does it concern you that it was not shared<br>111 5       with you?<br>111 6       A.   No.<br>111 7       Q.   Are you disappointed in Elliott Berger<br>111 8       that he didn't share this with you?<br>111 9       A.   No.<br>111 10      Q.   Why not?<br>111 11      A.   Because Elliott Berger is a very thorough<br>111 12      individual and will look at everything and I trust his<br>111 13      judgment. | |
| 114:14 - 115:5   Knauer, Richard<br>114 14      Q.   Let me hand you what I've marked as<br>114 15      Exhibit 11.  It is a very short e-mail.  And it is an<br>114 16      e-mail from Elliott Berger to Brian Myers.<br>114 17      And it says:  "Here are the data on the<br>114 18      UltraFit end of the Combat Arms.  Note the original<br>114 19      study was stopped with eight subjects.  The second<br>114 20      study was with the folded-back flanges on the end<br>114 21      sticking out of the ear.  Should I share this with<br>114 22      Ohlin?  It looks like the existing product has<br>114 23      problems unless the user instructions are revised."<br>114 24      Do you see that?<br>114 25      A.   Yes, I see that.<br>115 1       Q.   Did I read it correctly?<br>115 2       A.   Yes.<br>115 3       Q.   Why would Elliott Berger be talking with<br>115 4       Brian Myers about whether important data from the<br>115 5       Combat Arms earplugs should be shared with Doug Ohlin? | **Re: [114:14-115:5]**<br>**Def Obj** Foundation (602), Relevance<br>(401, 402), Prejudice (403)   **OVERRULED** |
| 115:8 - 115:9   Knauer, Richard<br>115 8       A.   Again, I don't know.  I -- I have no -- I<br>115 9       don't know why he sent that e-mail. | **Re: [115:8-115:9]**<br>**Def Obj** Foundation (602), Relevance<br>(401, 402), Prejudice (403)   **OVERRULED** |
| 182:5 - 182:11   Knauer, Richard<br>182 5       Q.   So -- so one thing we know is that the ARC<br>182 6       is a quality control for acoustic resistance.<br>182 7       Now, did you have an understanding that,<br>182 8       for the Combat Arms plugs that contained the -- the | **Re: [182:5-182:11]**<br>**Def Obj** 3M MIL No. 26, Relevance<br>(401, 402), Prejudice (403)   **OVERRULED** |

| | | |
|---|---|---|
| 182 9     French filter in the yellow end, right? | | |
| 182 10     A.   Yes, it contained a filter in the yellow | | |
| 182 11     end, yeah. | | |
| 182:12 - 183:3   Knauer, Richard | Re: [182:12-183:3] | **OVERRULED** |
| 182 12     Q.   Okay.  So did you have an understanding | **Def Obj** 3M MIL No. 26, Relevance | |
| 182 13     that the Combat Arms plugs that contained that French | (401, 402), Prejudice (403), Vague | |
| 182 14     filter, that to make sure that you are getting to get | (403) | |
| 182 15     the impulse noise reduction from that filter the way | | |
| 182 16     it is manufactured and put together, that you need to | | |
| 182 17     test -- test the acoustic resistance to make sure it | | |
| 182 18     is within certain levels? | | |
| 182 19     MR. WASDIN:  Objection to form and foundation. | | |
| 182 20     BY THE WITNESS: | | |
| 182 21     A.   My understanding for what that test did is | | |
| 182 22     that it measured the acoustic resistance and that | | |
| 182 23     Elliott Berger had done some work to -- Elliott Berger | | |
| 182 24     and Ron Kieper and poss- -- very possibly others had | | |
| 182 25     done some work to determine what that range of | | |
| 183 1     acoustic resistance needed to be in order to -- for | | |
| 183 2     the filter to be performing in a way it's designed to | | |
| 183 3     be -- designed. | | |
| 183:4 - 184:5   Knauer, Richard | Re: [183:4-184:5] | **OVERRULED** |
| 183 4     BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26, Relevance | |
| 183 5     Q.   Okay.  And it was your understanding | (401, 402), Prejudice (403) | |
| 183 6     that -- that that test -- that -- that work that had | | |
| 183 7     been done with acoustic resistance, that it a- -- that | | |
| 183 8     it was done to make sure that the filter was going to | | |
| 183 9     limit impulse noise? | | |
| 183 10     MR. WASDIN:  Objection to form; foundation. | | |
| 183 11     BY MR. OVERHOLTZ: | | |
| 183 12     Q.   That's why you do this test? | | |
| 183 13     A.   The test was to measure the acoustic | | |
| 183 14     resistance and based on Elliott Berger's, and possibly | | |
| 183 15     other people's testing, a range was identified of | | |
| 183 16     acoustic resistance that the filter was performing in | | |
| 183 17     the range that it was supposed to be performing. | | |
| 183 18     Q.   All right.  So what -- so based on your | | |
| 183 19     testimony, what you are looking for is -- is the | | |
| 183 20     acoustic resistance within an acceptable range? | | |

| | |
|---|---|
| 183 21   A.   It was -- it was within an acceptable | |
| 183 22   range. | |
| 183 23   Q.   Okay.  And you are trying to make sure | |
| 183 24   that this filter side of the plug is going to work | |
| 183 25   right and stop the impulse noise, right? | |
| 184 1    MR. WASDIN:  Object to form. | |
| 184 2    BY THE WITNESS: | |
| 184 3    A.   The objective was to demonstrate that the | |
| 184 4    filter was in there and doing what the testing had | |
| 184 5    said it should do. | |

**186:13 - 186:21   Knauer, Richard**

| | | |
|---|---|---|
| 186 13   Q.   Okay.  So let me ask that again and then I | **Re: [186:13-186:21]** | **DESIGNATION WITHDRAWN** |
| 186 14   think -- that was because that was going to be my next | **Def Obj** 3M MIL No. 26, Relevance | **[186:13-186:15], 3/13/2021** |
| 186 15   question.  My next one was in my head. | (401, 402), Prejudice (403) | |
| 186 16   Is -- Gary Warren wrote on January 5th and | | **OVERRULED as to [186:16-21]** |
| 186 17   said: "Dick: how do we test the effectiveness of | | |
| 186 18   Combat Arms to ensure that it in fact blocks out | | |
| 186 19   impact noise levels?" | | |
| 186 20   Do you see that? | | |
| 186 21   A.   Yes, I see that. | | |

**187:13 - 188:15   Knauer, Richard**

| | | |
|---|---|---|
| 187 13   So you respond and say: "We have | **Re: [187:13-188:15]** | **OVERRULED** |
| 187 14   developed a test fixture that measures acoustical | **Def Obj** 3M MIL No. 26, Relevance | |
| 187 15   impedance," and then you go on. | (401, 402), Prejudice (403) | |
| 187 16   Do you see that? | | |
| 187 17   A.   Yes. | | |
| 187 18   Q.   "When the product was developed, the | | |
| 187 19   Combat Arms were tested at a firing range:  for those | | |
| 187 20   that provided acceptable performance for blocking out | | |
| 187 21   the appropriate amount of impact noise, it was | | |
| 187 22   determined that those plugs had a particular | | |
| 187 23   acoustical impedance." | | |
| 187 24   Do you see that? | | |
| 187 25   A.   Yes. | | |
| 188 1    Q.   Is that the work that Elliott Berger, you | | |
| 188 2    were talking about, had done? | | |
| 188 3    A.   On the test device, yes. | | |
| 188 4    Q.   Yeah, okay. | | |
| 188 5    "A range of acceptable acoustical | | |

| | | |
|---|---|---|
| 188 6    impedance was developed thereafter." | | |
| 188 7    Do you see that? | | |
| 188 8    A.   Yes. | | |
| 188 9    Q.   So that was the range that we were talking | | |
| 188 10   about before, right? | | |
| 188 11    A.   Yes. | | |
| 188 12    Q.   Okay.  "Currently when the product is | | |
| 188 13   assembled, the testing is done on 100% of the plugs." | | |
| 188 14   Do you see that? | | |
| 188 15    A.   Yes. | | |
| 188:16 - 188:17   Knauer, Richard | **Re: [188:16-188:17]** | **OVERRULED** |
| 188 16    Q.   Now, why do you do the testing on | **Def Obj** 3M MIL No. 26, Relevance | |
| 188 17   100 percent of the plugs? | (401, 402), Prejudice (403) | |
| 188:20 - 189:3   Knauer, Richard | **Re: [188:20-189:3]** | **OVERRULED** |
| 188 20    A.   We -- I mean, you asked why we do it on | **Def Obj** 3M MIL No. 26, Relevance | |
| 188 21   100 percent of the plugs? | (401, 402), Prejudice (403) | |
| 188 22   BY MR. OVERHOLTZ: | | |
| 188 23    Q.   Yes. | | |
| 188 24    A.   When we set up this product, had various | | |
| 188 25   discussions obviously, I had various discussions, and | | |
| 189 1   because of the importance of the test, we made a | | |
| 189 2   decision, and I'm not sure who all made it, but we | | |
| 189 3   made a decision to test 100 percent of the plugs. | | |
| 192:9 - 192:12   Knauer, Richard | **Re: [192:9-192:12]** | **OVERRULED** |
| 192 9    Q.   Was the quality control testing done in | **Def Obj** 3M MIL No. 26, Relevance | |
| 192 10   Mexico as well? | (401, 402), Prejudice (403) | |
| 192 11    A.   There was a quality control testing done | | |
| 192 12   in Mexico, yes. | | |
| 193:5 - 195:6   Knauer, Richard | **Re: [193:5-195:6]** | **OVERRULED** |
| 193 5    Q.   22, which is DK-15, MDL434795. | **Def Obj** 3M MIL No. 26, Relevance | |
| 193 6   So if you'll take a look at this | (401, 402), Prejudice (403) | |
| 193 7   Exhibit 22, Mr. Knauer, it's another one of the | | |
| 193 8   Elliott Berger monthly reports, this one dated | | |
| 193 9   February 28th, 2003, February Monthly Report. | | |
| 193 10    A.   Yeah. | | |
| 193 11    Q.   Do you see that? | | |
| 193 12    A.   Yes, I see that. | | |
| 193 13    Q.   And there's a couple of different | | |
| 193 14   sections, Hercules Project and then below that, | | |

193 15   Project-Related Research and Development and Support.
193 16   Do you see that?
193 17   A.   Yes.
193 18   Q.   Okay.  It said:  "Hosted Mead" -- "Mead
193 19   Killion."
193 20   Do you see that?
193 21   A.   Yes.
193 22   Q.   He was one of the head guys over at
193 23   Etymotic Research, is that right?
193 24   A.   He was the head guy at Etymotic Research,
193 25   yes.
194 1   Q.   Okay.  The next sentence says -- okay, and
194 2   just to be clear, this monthly report that Berger
194 3   sent, he sent it to you, right, at the top of the
194 4   page?
194 5   A.   Yes.
194 6   Q.   Okay.  And the next sentence says:  "RWK,"
194 7   that would be referring to Ron Kieper?
194 8   A.   That's correct.
194 9   Q.   Okay.  "Ron Kieper assisted Gordon Grogan
194 10   and spoke with Bob Zielinski about the problems with
194 11   the Combat Arms Plug in Mexico."
194 12   Do you see that?
194 13   A.   Yes.
194 14   Q.   "He recommended that one of the ARCs be
194 15   sent to Indianapolis so the 100 plugs can be measured
194 16   in the lab, to help determine why Mexico's
194 17   measurements had an 80% reject rate."
194 18   Did I read that right?
194 19   A.   Yes.
194 20   Q.   Okay.  And the ARCs, again, is talking
194 21   about the same thing that we were talking about before
194 22   on the screen, this quality control device, right?
194 23   A.   Yes.
194 24   Q.   Okay.  And you told me Zielinski's job was
194 25   in operations, is that right?
195 1   A.   His job was in operations, yes.
195 2   Q.   Okay.  And how about Gordon Grogan?
195 3   A.   He was a quality control guy and...

| | | |
|---|---|---|
| 195 4    Q.   Okay.  And so -- do you remember the | | |
| 195 5    80 percent failure they were getting down in Mexico? | | |
| 195 6    A.   No, I don't remember that. | | |
| 195:7 - 196:21   Knauer, Richard | Re: [195:7-196:21] | OVERRULED |
| 195 7    Q.   Okay.  Let's -- let's take a look at what | Def Obj 3M MIL No. 26, Relevance | |
| 195 8    we'll mark as Exhibit 23, which is DK-46. | (401, 402), Prejudice (403); Foundation | |
| 195 9    (WHEREUPON, a certain document was | (602) | |
| 195 10    marked Dick Knauer Deposition Exhibit | | |
| 195 11    No. 23, for identification, as of | | |
| 195 12    12/17/2019.) | | |
| 195 13    BY MR. OVERHOLTZ: | | |
| 195 14    Q.   So if we can take a look at this document, | | |
| 195 15    it's titled "Mexico Visit, Bob Zielinski | | |
| 195 16    Responsibilities," right? | | |
| 195 17    A.   Yes. | | |
| 195 18    Q.   And the first section is called Issues. | | |
| 195 19    And it says:  "There have been problems | | |
| 195 20    with test equipment procedures not being followed at | | |
| 195 21    TJR." | | |
| 195 22    Do you see that? | | |
| 195 23    A.   Yes. | | |
| 195 24    Q.   TJR, is that the Mexican company? | | |
| 195 25    A.   Yes. | | |
| 196 1    Q.   Okay.  Do you remember what that stood | | |
| 196 2    for? | | |
| 196 3    A.   No. | | |
| 196 4    Q.   The machine -- do you know where -- did I | | |
| 196 5    ask you this before, do you know where it was in | | |
| 196 6    Mexico? | | |
| 196 7    A.   I -- it was in the middle of nowhere in | | |
| 196 8    Mexico from my best understanding. | | |
| 196 9    Q.   Okay. | | |
| 196 10    The next sentence says:  "The machines | | |
| 196 11    were due for calibration in May of 03 as stipulated in | | |
| 196 12    the specified Operating procedure, but even a year | | |
| 196 13    later were not calibrated." | | |
| 196 14    Do you see that? | | |
| 196 15    A.   Yes. | | |
| 196 16    Q.   That was talking about the ARC quality | | |

Knauer, Richard                                                                                                      32

| | | |
|---|---|---|
| 196 17    control testing equipment in Mexico, right? | | |
| 196 18    MR. WASDIN:  Objection to foundation. | | |
| 196 19    BY THE WITNESS: | | |
| 196 20    A.   That was talking about the equipment that | | |
| 196 21    was used, the -- the ARC equipment. | | |
| **196:22 - 198:15**   Knauer, Richard | | |
| 196 22    BY MR. OVERHOLTZ: | **Re: [196:22-198:15]** | **DESIGNATION WITHDRAWN** |
| 196 23    Q.   Because what we looked at before in that | **Def Obj** 3M MIL No. 26, Relevance | **[198:11 – 198:15], 3/13/2021** |
| 196 24    monthly report was Ron Kieper was recommending we send | (401, 402), Prejudice (403); Foundation | |
| 196 25    another ARC down to Mexico to see what's going on, | (602) | **OVERRULED as to [196:22-198:10]** |
| 197 1    right? | | |
| 197 2    A.   I would -- | | |
| 197 3    MR. WASDIN:  Objection to form. | | |
| 197 4    BY THE WITNESS: | | |
| 197 5    A.   I would have to go back and look to see. | | |
| 197 6    BY MR. OVERHOLTZ: | | |
| 197 7    Q.   Sure. | | |
| 197 8    Yeah, he said:  "RWK assisted Gordon | | |
| 197 9    Grogan and spoke with Bob Zielinski about the problems | | |
| 197 10    with the plug in Mexico.  He recommended that one of | | |
| 197 11    the ARCs be sent to Indianapolis so the 100 plugs | | |
| 197 12    could be measured in the lab to help determine why | | |
| 197 13    Mexico's measurements had a 80% reject rate." | | |
| 197 14    Right? | | |
| 197 15    A.   Yeah, he recommended that the device be | | |
| 197 16    sent to Indianapolis -- | | |
| 197 17    Q.   Right. | | |
| 197 18    A.   -- so we could look at it, yes. | | |
| 197 19    Q.   So send the ARC from Mexico up to | | |
| 197 20    Indianapolis and let's see what's happening? | | |
| 197 21    A.   That's what it sounds like was he was | | |
| 197 22    asking for. | | |
| 197 23    Q.   Okay. | | |
| 197 24    Issue No. 2.  "It was requested in May 04 | | |
| 197 25    to rectify the calibration issue but it has taken | | |
| 198 1    approximately six months for TJR to get all of the | | |
| 198 2    machines out for calibration.  Operating procedures | | |
| 198 3    not followed." | | |
| 198 4    Do you see that? | | |

| | | |
|---|---|---|
| 198 5    A.   Yes. | | |
| 198 6    Q.   "Because of equipment measurement | | |
| 198 7    problems, TJR had to operate with a quality waiver for | | |
| 198 8    several months." | | |
| 198 9    Do you see that? | | |
| 198 10   A.   Yes. | | |
| 198 11   Q.   What's a quality waiver? | | |
| 198 12   MR. WASDIN:  Objection to foundation. | | |
| 198 13   BY THE WITNESS: | | |
| 198 14   A.   I don't know what that particular quality | | |
| 198 15   waiver was. | | |
| 201:8 - 202:22   Knauer, Richard | **Re: [201:8-202:22]** | **DESIGNATION WITHDRAWN** |
| 201 8    Q.   And then -- and then finally, No. 4:  "Bob | **Def Obj** 3M MIL No. 26, Relevance | **[201:8-201:15], 3/13/2021** |
| 201 9    Z to evaluate and set up a rotational plan to assure | (401, 402), Prejudice (403), Foundation | |
| 201 10   equipment is calibrated on a rotating basis to assure | (602) | **OVERRULED as to 201:16-202:22** |
| 201 11   at least two of the three current test devices are | | |
| 201 12   operational and get the third device recalibrated | | |
| 201 13   and/or repaired." | | |
| 201 14   Do you see that? | | |
| 201 15   A.   Yes. | | |
| 201 16   Q.   Okay.  Now it says R&D Position. | | |
| 201 17   Do you see that? | | |
| 201 18   A.   Yes. | | |
| 201 19   Q.   "It took over six months for TJR to get | | |
| 201 20   their quality testing in place for the Combat Arms | | |
| 201 21   product." | | |
| 201 22   Do you see that? | | |
| 201 23   A.   Yes. | | |
| 201 24   Q.   "Now we have more quality testing | | |
| 201 25   problems.  We need to take this opportunity to fix the | | |
| 202 1    equipment, ensure people are properly trained and | | |
| 202 2    procedures are being followed." | | |
| 202 3    Right? | | |
| 202 4    A.   Yes. | | |
| 202 5    Q.   "A joint visit by Bob and Ron to make a | | |
| 202 6    big improvement in our quality testing is needed." | | |
| 202 7    That's what's written there, right? | | |
| 202 8    A.   Yes. | | |
| 202 9    Q.   The next page:  "We believe this issue is | | |

202 10  not an acute problem, but rather a chronic that needs
202 11  to be fixed now."
202 12  Right?
202 13  A.   Yes.
202 14  Q.   Chronic means a continuing problem, right?
202 15  MR. WASDIN:  Objection to foundation.
202 16  BY THE WITNESS:
202 17  A.   I don't know what it means.  I didn't
202 18  write this.
202 19  BY MR. OVERHOLTZ:
202 20  Q.   Like chronic hip pain or chronic knee
202 21  pain?
202 22  A.   I -- I don't know what it means.

# McNamara

## Colors

Plaintiff Affirmative Deposition Testimony
Defense Objection to Plaintiff Affirmative
Defense Counter Deposition Testimony
Plaintiff Objection to Defense Counter

| Designation | Objection | Rulings |
|---|---|---|
| 8:20 - 8:21   McNamara | | |
| 8 20      Q.   Can you please state your name, sir? | | |
| 8 21      A.   Tim McNamara. | | |
| 8:24 - 9:2   McNamara | | |
| 8 24      Q.   We met before the deposition.  My name is | | |
| 9 1      Sean Tracey.  Nice to meet you. | | |
| 9 2      A.   Yes. | | |
| 9:7 - 9:14   McNamara | | |
| 9 7      Q.   Okay.  Where do you work? | | |
| 9 8      A.   Where do I work now? | | |
| 9 9      Q.   Yes. | | |
| 9 10      A.   I'm retired. | | |
| 9 11      Q.   When did you retire? | | |
| 9 12      A.   May -- in May, June timeframe. | | |
| 9 13      Q.   Of 2019? | | |
| 9 14      A.   Yes. | | |
| 12:7 - 12:18   McNamara | | |
| 12 7      And -- and you were with Aearo for | | |
| 12 8      28 years, is that right? | | |
| 12 9      A.   Yes. | | |
| 12 10      Q.   And -- and for all 28 years, were you in | | |
| 12 11      sales in some form or fashion? | | |
| 12 12      A.   Yes. | | |
| 12 13      Q.   And is it -- is it accurate that you left | | |
| 12 14      Aearo around 2008? | | |
| 12 15      A.   Yes. | | |
| 12 16      Q.   Now, when you left, had Aearo been | | |
| 12 17      purchased by 3M? | | |
| 12 18      A.   Yes. | | |
| 20:18 - 20:21   McNamara | **Re: [20:18-20:21]** | **SUSTAINED** |
| 20 18      Q.  I -- in looking at the documents, it looks | **Def Obj** Relevance (401, 402) | |
| 20 19      like you formed some relationships over the years with | | |
| 20 20      people in the military.  Is that a fair assessment? | | |
| 20 21      A.   That's a fair assessment. | | |
| 26:13 - 26:16   McNamara | | |
| 26 13      Q.   One of the products that you sold when you | | |
| 26 14      were with Aearo was the Combat Arms Earplug, wasn't | | |

| | |
|---|---|
| 26 15 | it? |
| 26 16 | A.   Yes. |

27:2 - 27:12   McNamara

| | |
|---|---|
| 27 2 | Who was your customer? |
| 27 3 | A.   The various units on -- on post and the |
| 27 4 | Defense Supply Center. |
| 27 5 | Q.   Okay.  So in looking at the documents, it |
| 27 6 | looks like you would go from -- are they called bases |
| 27 7 | or posts?  What do you call them? |
| 27 8 | A.   I call them bases. |
| 27 9 | Q.   Okay.  So you in -- in your job as a |
| 27 10 | salesperson and a sales manager at one point for Aearo |
| 27 11 | would go from base to base? |
| 27 12 | A.   That is correct. |

27:16 - 29:10   McNamara

| | |
|---|---|
| 27 16 | Q.   And you would contact base commanders or |
| 27 17 | how did that work? |
| 27 18 | A.   I -- generally, it would be each, you |
| 27 19 | know, battalions or brigades or, you know, structures |
| 27 20 | like that. |
| 27 21 | Q.   Okay.  And -- and when you went to -- is |
| 27 22 | it fair to say that you visited -- that you visited in |
| 27 23 | your course of your career most, if not all, of the |
| 27 24 | bases in the US? |
| 28 1 | A.   A lot of them, yeah. |
| 28 2 | Q.   Okay.  How many, just ballpark? |
| 28 3 | A.   20 or 30. |
| 28 4 | Q.   Okay.  And how often would you do that? |
| 28 5 | A.   Generally, every week. |
| 28 6 | Q.   Every week you'd be on the road to some |
| 28 7 | base talking to some base commander or somebody else? |
| 28 8 | A.   Yes. |
| 28 9 | Q.   And did you also talk to the soldiers |
| 28 10 | sometimes at the bases? |
| 28 11 | A.   Not really. |
| 28 12 | Q.   What does "not really" mean? |
| 28 13 | A.   My -- again, my customer was, you know, |
| 28 14 | the various battalions, you know, the sergeant majors. |
| 28 15 | I was with the sergeant majors, the majors, the |

| | | | |
|---|---|---|---|
| 28 16 | colonels and -- and so forth, not -- not specifically | | |
| 28 17 | the soldiers. | | |
| 28 18 | Q.   More of the management? | | |
| 28 19 | A.   Yes. | | |
| 28 20 | Q.   Okay.  Would you sometimes make | | |
| 28 21 | presentations to the management? | | |
| 28 22 | A.   Yes. | | |
| 28 23 | Q.   Would you sometimes have PowerPoint | | |
| 28 24 | presentations? | | |
| 29 1 | A.   Sometimes, but very rare. | | |
| 29 2 | Q.   Okay.  You certainly brought literature | | |
| 29 3 | with you? | | |
| 29 4 | A.   Oh, yeah. | | |
| 29 5 | Q.   And the sales sheets? | | |
| 29 6 | A.   Yes. | | |
| 29 7 | Q.   Brochures? | | |
| 29 8 | A.   Yes. | | |
| 29 9 | Q.   Things like that? | | |
| 29 10 | A.   Yes. | | |
| 29:11 - 29:12   McNamara | | **Re: [29:11-29:12]** | **OVERRULED** |
| 29 11 | Q.   Did you, yourself, ever do any training on | **Def Obj** Vague (611, 403); 3M MIL | |
| 29 12 | the bases? | No. 15 | |
| 29:15 - 29:15   McNamara | | **Re: [29:15-29:15]** | **OVERRULED** |
| 29 15 | A.   Sometimes, yes. | **Def Obj** Vague (611, 403); 3M MIL | |
| | | No. 15 | |
| 29:16 - 29:16   McNamara | | | |
| 29 16 | BY MR. TRACEY: | | |
| 29:17 - 30:17   McNamara | | **Re: [29:17-30:17]** | **OVERRULED** |
| 29 17 | Q.   Okay.  Tell me how that would work.  How | **Def Obj** 3M MIL No. 15; Relevance | |
| 29 18 | would you -- would that be scheduled in advance that | (401, 402); Prejudice (403) | |
| 29 19 | you were going to do training on the bases? | | |
| 29 20 | A.   No. | | |
| 29 21 | Q.   That would just -- would it just be | | |
| 29 22 | impromptu or ad hoc, you got there and somebody said, | | |
| 29 23 | Hey, can you train us on this or that? | | |
| 29 24 | A.   Show the product, yeah. | | |
| 30 1 | Q.   Okay.  I see. | | |
| 30 2 | And -- and was it -- is it true that when | | |
| 30 3 | you were doing the training it would be to the | | |

| | | | |
|---|---|---|---|
| 30 4 | management people or would sometimes -- sometimes | | |
| 30 5 | the -- the soldiers be there? | | |
| 30 6 | A.   The management people, but sometimes the | | |
| 30 7 | soldiers would be in the room. | | |
| 30 8 | Q.   Okay.  And -- and sometimes this training | | |
| 30 9 | would involve the Combat Arms Version 2, correct? | | |
| 30 10 | A.   Sometimes. | | |
| 30 11 | Q.   Yeah. | | |
| 30 12 | And this training, in looking at some of | | |
| 30 13 | the documents, some of your documents both from the | | |
| 30 14 | file that 3M gave us and the documents we subpoenaed, | | |
| 30 15 | you -- you -- you did have materials you would use to | | |
| 30 16 | train people on the bases? | | |
| 30 17 | A.   Correct, yeah. | | |
| 30:18 - 30:19   McNamara | | **Re: [30:18-30:19]** | **OVERRULED** |
| 30 18 | Q.   Now, these materials that you got to train | **Def Obj** Foundation (602); 3M MIL | |
| 30 19 | people on the bases, where did it come from? | No. 15 | |
| 30:22 - 30:22   McNamara | | **Re: [30:22-30:22]** | **OVERRULED** |
| 30 22 | A.   It would come from the company. | **Def Obj** Foundation (602); 3M MIL | |
| | | No. 15 | |
| 30:23 - 30:23   McNamara | | | |
| 30 23 | BY MR. TRACEY: | | |
| 30:24 - 31:5   McNamara | | **Re: [30:24-31:5]** | **OVERRULED** |
| 30 24 | Q.   Okay.  Be fair to say that you used what | **Def Obj** 3M MIL No. 15; Foundation | |
| 31 1 | the company gave you and authorized you to use to do | (602); Prejudice (403); Relevance (401, | |
| 31 2 | this training? | 402) | |
| 31 3 | A.   Yes. | | |
| 31 4 | Q.   Okay.  Were you allowed to use things | | |
| 31 5 | outside of what the company authorized you to use? | | |
| 31:4 - 31:9   McNamara | | **Re: [31:4-31:9]** | **OVERRULED** |
| 31 4 | Q.   Okay.  Were you allowed to use things | **Def Obj** 3M MIL No. 15; Foundation | |
| 31 5 | outside of what the company authorized you to use? | (602); Prejudice (403); Relevance (401, | |
| 31 6 | MS. ELIZABETH:  Objection; form. | 402); Vague (611, 403) | |
| 31 7 | BY THE WITNESS: | | |
| 31 8 | A.   Yes, but I -- I always used the company's | | |
| 31 9 | literature. | | |
| 31:10 - 31:10   McNamara | | | |
| 31 10 | BY MR. TRACEY: | | |

| | | | |
|---|---|---|---|
| 31:11 - 31:12 | McNamara | **Re: [31:11-31:12]** | **OVERRULED** |
| 31 11 | Q.   Okay.  Okay.  Did your literature come | **Def Obj** Foundation (602) | |
| 31 12 | from the company's technical group? | | |
| 31:14 - 31:14 | McNamara | | |
| 31 14 | BY THE WITNESS: | | |
| 31:15 - 31:15 | McNamara | **Re: [31:15-31:15]** | **OVERRULED** |
| 31 15 | A.   Sometimes. | **Def Obj** Foundation (602) | |
| 31:16 - 31:16 | McNamara | | |
| 31 16 | BY MR. TRACEY: | | |
| 31:17 - 31:17 | McNamara | **Re: [31:17-31:17]** | **OVERRULED** |
| 31 17 | Q.   Okay.  Where else would it come from? | **Def Obj** Foundation (602) | |
| 31:20 - 31:21 | McNamara | **Re: [31:20-31:21]** | **OVERRULED** |
| 31 20 | A.   Marketing department or the literature | **Def Obj** Foundation (602) | |
| 31 21 | department. | | |
| 31:23 - 32:3 | McNamara | **Re: [31:23-32:3]** | **OVERRULED** |
| 31 23 | Q.   Okay.  This is probably a good time to -- | **Def Obj** Compound; Misstates (611, | |
| 31 24 | to ask.  You -- you -- as I understand it, your job | 403) | |
| 32 1 | for most of your career at Aearo was -- was that you | | |
| 32 2 | were the -- you were the sales guy to the -- to the | | |
| 32 3 | military, is that right? | | |
| 32:5 - 32:5 | McNamara | | |
| 32 5 | BY THE WITNESS: | | |
| 32:6 - 32:8 | McNamara | **Re: [32:6-32:8]** | **OVERRULED** |
| 32 6 | A.   Yeah -- not necessarily all of those | **Def Obj** Compound; Misstates (611, | |
| 32 7 | 28 years, but, yeah, the last -- you know, since the | 403) | |
| 32 8 | last -- you know, 1998 and on, I guess. | | |
| 32:10 - 32:12 | McNamara | | |
| 32 10 | Q.   '98 to 2008, that last decade you were | | |
| 32 11 | there? | | |
| 32 12 | A.   Yeah. | | |
| 32:13 - 32:17 | McNamara | | |
| 32 13 | Q.   Your job duties included, among other | | |
| 32 14 | things, this isn't exclusive, but certainly included | | |
| 32 15 | in large part representing your company in their sales | | |
| 32 16 | interactions with the military? | | |
| 32 17 | A.   Yes. | | |
| 32:18 - 32:19 | McNamara | **Re: [32:18-32:19]** | **OVERRULED** |
| 32 18 | Q.   Now, were you the only person during this | **Def Obj** Foundation (602) | |
| 32 19 | timeframe that had those job responsibilities? | | |

| | | |
|---|---|---|
| 32:22 - 32:22   McNamara | **Re: [32:22-32:22]** | **OVERRULED** |
| 32 22       A.   The majority of time. | **Def Obj** Foundation (602) | |
| 32:23 - 33:10   McNamara | | |
| 32 23       BY MR. TRACEY: | | |
| 32 24       Q.   And when did you become a sales manager? | | |
| 33 1        A.   It was -- it was primarily sales manager | | |
| 33 2        myself.  I was the only one in -- | | |
| 33 3        Q.   Okay. | | |
| 33 4        A.   -- in the military division. | | |
| 33 5        Q.   So you were managing yourself? | | |
| 33 6        A.   Pretty much, yes. | | |
| 33 7        Q.   Yeah.  And who did you report to? | | |
| 33 8        A.   A variety of managers.  There is Marty | | |
| 33 9        Salon, Mike Cimino, and towards the end there, it was | | |
| 33 10       Frank Gavin. | | |
| 44:6 - 44:8   McNamara | | |
| 44 6        Q.   I have a copy of -- it looks like a resume | | |
| 44 7        that was produced -- your resume that was produced | | |
| 44 8        pursuant to a subpoena. | | |
| 44:10 - 44:18   McNamara | | |
| 44 10       THE WITNESS:  Thank you. | | |
| 44 11       BY MR. TRACEY: | | |
| 44 12       Q.   And do you see that?  This is your resume, | | |
| 44 13       right? | | |
| 44 14       A.   It is. | | |
| 44 15       Q.   And under Aearo Technologies, it says that | | |
| 44 16       from '96 to 2009 you were the senior sales manager, | | |
| 44 17       military division? | | |
| 44 18       A.   Correct. | | |
| 47:1 - 47:5   McNamara | | |
| 47 1        On the second page of your resume, under | | |
| 47 2        "Distributor Account Manager, '85 to '95," there is a | | |
| 47 3        bullet that says:  "Trained the trainer with constant | | |
| 47 4        training with not only our distributors, but the end | | |
| 47 5        users as well." | | |
| 48:12 - 48:16   McNamara | **Re: [48:12-48:16]** | **OVERRULED** |
| 48 12       Q.   Okay.  How many times in your career do | **Def Obj** 3M MIL No. 15; Compound | |
| 48 13       you think you have -- you have trained people on how | (611, 403) | |
| 48 14       to use one of your company's products? | | |

McNamara                                                                                              7

| | | |
|---|---|---|
| 48 15    A.   I don't know.  Thousands. | | |
| 48 16    Q.   Thousands. | | |
| 48:16 - 48:17  McNamara | **Re: [48:16-48:17]** | **OVERRULED** |
| 48 16    Q.   Thousands. | **Def Obj** 3M MIL No. 15; Compound | |
| 48 17    Who trained you how to use the products? | (611, 403) | |
| 48:20 - 48:21  McNamara | **Re: [48:20-48:21]** | **OVERRULED** |
| 48 20    A.   Who trained me would be the product line | **Def Obj** 3M MIL No. 15; Compound | |
| 48 21    directors. | (611, 403) | |
| 48:22 - 49:2  McNamara | | |
| 48 22    BY MR. TRACEY: | | |
| 48 23    Q.   Okay.  So, for example, with Combat Arms, | | |
| 48 24    who -- Version 2, who is the -- who was the product | | |
| 49 1    line director? | | |
| 49 2    A.   Brian Myers. | | |
| 49:3 - 49:5  McNamara | **Re: [49:3-49:5]** | **OVERRULED** |
| 49 3    Q.   So Brian Myers would train you, the sales | **Def Obj** 3M MIL No. 15; Compound | |
| 49 4    director, so that you in turn could train others? | (611, 403) | |
| 49 5    A.   Correct. | | |
| 50:16 - 50:20  McNamara | | |
| 50 16    Q.   Okay.  When you first learned how to | | |
| 50 17    properly use the Combat Arms Version 2 earplug, do you | | |
| 50 18    remember, was it Brian Myers that trained you? | | |
| 50 19    A.   I don't remember, but, yeah, I would -- I | | |
| 50 20    would think that would be the person. | | |
| 51:22 - 52:11  McNamara | | |
| 51 22    Q.   Okay.  Now, the Combat Arms dual-ended | | |
| 51 23    earplug, I have a -- I have one of them around here | | |
| 51 24    somewhere, you certainly are familiar -- | | |
| 52 1    MR. TRACEY:  Can we put the Elmo on. | | |
| 52 2    BY MR. TRACEY: | | |
| 52 3    Q.   You recognize those as being the -- | | |
| 52 4    A.   Yes. | | |
| 52 5    Q.   -- dual-ended Combat Arms Earplugs? | | |
| 52 6    A.   Yes. | | |
| 52 7    Q.   Now, it is a fair -- it is a true | | |
| 52 8    statement, is it not, that prior -- that never before | | |
| 52 9    or since have you ever been involved with the sale of | | |
| 52 10    a dual-ended hearing protection device? | | |
| 52 11    A.   Correct. | | |

| | | |
|---|---|---|
| 52:12 - 52:15   McNamara | **Re: [52:12-52:15]** | **OVERRULED** |
| 52 12      Q.   That is, this was the first and last time | **Def Obj** Foundation (602) | |
| 52 13      in the history of hearing protection devices, at least | | |
| 52 14      as far as you know, that any company marketed a | | |
| 52 15      dual-ended product? | | |
| 52:18 - 52:18   McNamara | **Re: [52:18-52:18]** | **OVERRULED** |
| 52 18      A.   I would say so. | **Def Obj** Foundation (602) | |
| 53:11 - 53:14   McNamara | **Re: [53:11-53:14]** | **OVERRULED** |
| 53 11      Q.   You yourself before the introduction of | **Def Obj** Relevance (401, 402) | |
| 53 12      the Combat Arms Earplug had never used a dual-ended | | |
| 53 13      device, had you? | | |
| 53 14      A.   I had not. | | |
| 54:11 - 54:13   McNamara | **Re: [54:11-54:13]** | **OVERRULED** |
| 54 11      Q.   Okay.  Do you know what size your ear | **Def Obj** Relevance (401, 402) | |
| 54 12      canals are? | | |
| 54 13      A.   Medium. | | |
| 54:14 - 54:15   McNamara | **Re: [54:14-54:15]** | **SUSTAINED** |
| 54 14      Q.   Okay.  What are most people's sizes, do | **Def Obj** Foundation (602) | |
| 54 15      you know? | | |
| 54:18 - 54:18   McNamara | **Re: [54:18-54:18]** | **SUSTAINED** |
| 54 18      A.   I have -- I have no idea. | **Def Obj** Foundation (602) | |
| 54:19 - 54:19   McNamara | | |
| 54 19      BY MR. TRACEY: | | |
| 54:20 - 55:2   McNamara | **Re: [54:20-55:2]** | **OVERRULED** |
| 54 20      Q.   When you were selling the Combat Arms | **Def Obj** Foundation (602) | |
| 54 21      Version 2 earplugs, did you have an understanding | | |
| 54 22      of -- of, you know, sort of how the general population | | |
| 54 23      broke down, small, medium, large, extra large? | | |
| 54 24      A.   No.  It varied. | | |
| 55 1      Q.   Okay.  It varied? | | |
| 55 2      A.   Yeah, it varied. | | |
| 55:3 - 55:5   McNamara | **Re: [55:3-55:5]** | **OVERRULED** |
| 55 3      Q.   Okay.  And with the Combat Arms Version 2, | **Def Obj** Argumentative; Vague (611, 403) | |
| 55 4      it didn't matter because it only came in one size, | | |
| 55 5      right? | | |
| 55:8 - 55:8   McNamara | **Re: [55:8-55:8]** | **OVERRULED** |
| 55 8      A.   It came in one size, universal. | **Def Obj** Argumentative; Vague (611, 403) | |

| | | |
|---|---|---|
| 55:9 - 55:9   McNamara | | |
| 55 9      BY MR. TRACEY: | | |
| 55:10 - 55:10   McNamara | Re: [55:10-55:10] | **OVERRULED** |
| 55 10     Q.   Yeah.  One size fits all? | **Def Obj** Argumentative; Misstates (611, 403) | |
| 55:13 - 55:13   McNamara | Re: [55:13-55:13] | **OVERRULED** |
| 55 13     A.   Generally, yeah. | **Def Obj** Argumentative; Misstates (611, 403) | |
| 55:14 - 55:14   McNamara | | |
| 55 14     BY MR. TRACEY: | | |
| 55:15 - 55:16   McNamara | Re: [55:15-55:16] | **OVERRULED** |
| 55 15     Q.   Yeah.  That's at least the way it was | **Def Obj** Argumentative; Misstates (611, 403); Foundation (602) | |
| 55 16     marketed? | | |
| 55:19 - 55:19   McNamara | Re: [55:19-55:19] | **OVERRULED** |
| 55 19     A.   To the best of my knowledge, yes. | **Def Obj** Argumentative; Misstates (611, 403); Foundation (602) | |
| 55:20 - 55:20   McNamara | | |
| 55 20     BY MR. TRACEY: | | |
| 55:21 - 55:22   McNamara | Re: [55:21-55:22] | **OVERRULED** |
| 55 21     Q.   Yeah.  That's the way you -- you sold | **Def Obj** Argumentative; Misstates (611, 403) | |
| 55 22     those? | | |
| 56:1 - 56:1   McNamara | Re: [56:1-56:1] | **OVERRULED** |
| 56 1      A.   That's the way I understood it, yes. | **Def Obj** Argumentative; Misstates (611, 403) | |
| 56:2 - 56:2   McNamara | | |
| 56 2      BY MR. TRACEY: | | |
| 56:3 - 56:4   McNamara | Re: [56:3-56:4] | **OVERRULED** |
| 56 3      Q.   Yeah.  And because you understood it that | **Def Obj** Argumentative; Misstates (611, 403) | |
| 56 4      way, that's the way you -- you sold it? | | |
| 56:7 - 56:8   McNamara | Re: [56:7-56:8] | **OVERRULED** |
| 56 7      A.   It's the product that -- that, yeah, I | **Def Obj** Argumentative; Misstates (611, 403) | |
| 56 8      sold. | | |
| 56:9 - 57:4   McNamara | Re: [56:9-57:4] | **OVERRULED** |
| 56 9      MR. TRACEY:  Okay.  Can I have 1141.  We are | **Def Obj** Foundation (602) | |
| 56 10     going to mark this as Exhibit 3. | | |
| 56 11     (WHEREUPON, a certain document was | | |
| 56 12     marked Timothy McNamara Deposition | | |
| 56 13     Exhibit No. 3, for identification, as | | |
| 56 14     of 03/11/2020.) | | |

| | | |
|---|---|---|
| 56 15   BY MR. TRACEY: | | |
| 56 16      Q.   You can set aside Exhibit 2 for a second, | | |
| 56 17      although keep it close, because we are going to come | | |
| 56 18      back to it. | | |
| 56 19      This is an e-mail -- an e-mail chain, and | | |
| 56 20      if you look at down at the bottom, it's -- it's | | |
| 56 21      originated by a guy named Robert Bosanko, who looks -- | | |
| 56 22      appears to be with the -- the Army. | | |
| 56 23      Do you remember him? | | |
| 56 24      A.   I do not. | | |
| 57 1      Q.   And this is November the 3rd, 1999.  The | | |
| 57 2      subject, you can see, is the Combat Arms Earplug. | | |
| 57 3      Do you see that? | | |
| 57 4      A.   Yes. | | |
| 57:5 - 57:7   McNamara | **Re: [57:5-57:7]** | **OVERRULED** |
| 57 5      Q.   And he's asking, you'll see, this is | **Def Obj** Argumentative; Compound; | |
| 57 6      Brian, Brian Myers, who is your direct report at the | Misstates (611, 403) | |
| 57 7      time, right? | | |
| 57:10 - 57:10   McNamara | **Re: [57:10-57:10]** | **OVERRULED** |
| 57 10      A.   He was not my direct report. | **Def Obj** Argumentative; Compound; | |
| | Misstates (611, 403) | |
| 57:20 - 58:5   McNamara | | |
| 57 20      Q.   Okay.  So how would you interact with | | |
| 57 21      Brian Myers, other than the training that you said he | | |
| 57 22      would give you? | | |
| 57 23      A.   I would pass information on to him as I -- | | |
| 57 24      as I received it so that he had information from the | | |
| 58 1      field. | | |
| 58 2      Q.   Got it.  Okay. | | |
| 58 3      You certainly knew who Brian Myers was? | | |
| 58 4      A.   Sure. | | |
| 58 5      Q.   Yeah. | | |
| 58:6 - 58:16   McNamara | **Re: [58:6-58:16]** | **OVERRULED** |
| 58 6      And Mr. Bosanco says:  "Brian, I need to | **Def Obj** Foundation (602) | |
| 58 7      get all of the specs and data on the Combat Arms | | |
| 58 8      Earplug.  I'm going to use one of our artillery units | | |
| 58 9      on post to test/use the new earplug and get feedback | | |
| 58 10      from them.  If you could help me with this I will keep | | |
| 58 11      you informed on how it go" -- "how it is going.  Can | | |

| | | |
|---|---|---|
| 58 12       you send us some of the earplugs, the unit will be<br>58 13       approximately 100 soldiers."  And then he gives his --<br>58 14       his contact information.<br>58 15       Do you see that?<br>58 16       A.  I do. | | |
| 58:17 - 58:21   McNamara<br>58 17       Q.   And if you -- if you go up, you'll see<br>58 18       that Brian has, it looks like, forwarded this or sent<br>58 19       it to Doug Ohlin with the -- the Army.<br>58 20       You know Doug Ohlin, don't you?<br>58 21       A.  I do. | **Re: [58:17-58:21]**<br>**Def Obj** Foundation (602); Relevance<br>(401, 402) | **OVERRULED** |
| 58:22 - 59:1   McNamara<br>58 22       Q.   Did you consider Doug Ohlin a friend?<br>58 23       A.   No.<br>58 24       Q.   Okay.  Just an acquaintance?<br>59 1       A.   Correct. | **Re: [58:22-59:1]**<br>**Def Obj** Relevance (401, 402) | **OVERRULED** |
| 59:15 - 59:23   McNamara<br>59 15       Q.   Okay.  Brian says to Doug Ohlin, this is<br>59 16       Thursday, November 4th, the next day:  "Doug, what<br>59 17       follows is correspondence I received from Robert<br>59 18       Bosanko.  He has requested specs/data on the new<br>59 19       earplug.  Could you possibly send him some of the test<br>59 20       results from your studies?  I know that I have seen<br>59 21       some of these, but perhaps not all.  Thanks."<br>59 22       Do you see that?<br>59 23       A.  I do. | **Re: [59:15-59:23]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 59:24 - 60:4   McNamara<br>59 24       Q.   So what we have is -- is the Army asking<br>60 1       your company that makes the product for test data and<br>60 2       then your company going back to the Army or -- or Doug<br>60 3       Ohlin asking for test -- testing, right?<br>60 4       A.   Yes. | **Re: [59:24-60:4]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 60:5 - 60:11   McNamara<br>60 5       Q.   And then let's read what Doug Ohlin tells<br>60 6       Brian Myers.  He says:  "Brain," but I'm sure he meant<br>60 7       Brian.  He says:  "I'm at something of a loss to know<br>60 8       what studies I have done or am capable of doing in<br>60 9       this pay shuffling operation at CHPPM." | **Re: [60:5-60:11]**<br>**Def Obj** Foundation (602) | **OVERRULED** |

| | | |
|---|---|---|
| 60 10 | Do you know what CHPPM is? | |
| 60 11 | A.  Yes. | |
| 60:12 - 60:17 | McNamara | |
| 60 12 | Q.   What is CHPPM? | |
| 60 13 | A.   It is the Army research center for | |
| 60 14 | basically hearing protection. | |
| 60 15 | Q.   At -- at -- at Aberdeen Proving Ground? | |
| 60 16 | A.   That's correct. | |
| 60 17 | Q.   All right. | |
| 60:18 - 61:3 | McNamara | Re: [60:18-61:3] **OVERRULED** |
| 60 18 | Doug goes on to say:  "I'm trying to get | **Def Obj** Foundation (602) |
| 60 19 | through to Rich McKinley to find out if he has done | |
| 60 20 | anything with the samples of the Sound Guard foam plug | |
| 60 21 | we forwarded to him.  His lab appears to be the only | |
| 60 22 | one capable in DOD at this time.  My colleagues in | |
| 60 23 | Army R&D have chosen not to staff this capability, but | |
| 60 24 | they don't seem to want to relinquish the | |
| 61 1 | responsibility to the Air Force either." | |
| 61 2 | Did I read that right? | |
| 61 3 | A.  Yes. | |
| 61:4 - 61:5 | McNamara | Re: [61:4-61:5] **OVERRULED** |
| 61 4 | Q.  Now, you are copied on this, aren't -- | **Def Obj** Vague; Misstates (611, 403) |
| 61 5 | aren't you? | |
| 61:9 - 61:9 | McNamara | Re: [61:9-61:9] **OVERRULED** |
| 61 9 | A.  Yes. | **Def Obj** Vague; Misstates (611, 403) |
| 61:18 - 61:23 | McNamara | |
| 61 18 | Q.   Sorry.  You are in the chain.  I just -- I | |
| 61 19 | just want to clarify that.  That's you, right? | |
| 61 20 | A.   That is. | |
| 61 21 | Q.   You -- you were -- you were -- you were | |
| 61 22 | copied on the e-mail that Brian sent to Doug Ohlin? | |
| 61 23 | A.   Yes, I was. | |
| 61:24 - 62:2 | McNamara | Re: [61:24-62:2] **OVERRULED** |
| 61 24 | Q.   But it looks like you were not copied on | **Def Obj** Foundation (602) |
| 62 1 | Doug Ohlin's response to Brian Myers, is that fair? | |
| 62 2 | A.   Yes. | |
| 62:3 - 62:6 | McNamara | Re: [62:3-62:6] **OVERRULED** |
| 62 3 | Q.   Okay.  So -- so the Army asked your | **Def Obj** Foundation (602); Hearsay |
| 62 4 | company for studies on the product that they | (801, 802) |

| | | |
|---|---|---|
| 62 5    manufacture and are selling, right?<br>62 6    A.  Yes. | | |
| 62:7 - 62:9   McNamara<br>62 7    Q.  And then your company asks Doug Ohlin for<br>62 8    studies, and Doug Ohlin says, essentially, What are<br>62 9    you talking about, right? | **Re: [62:7-62:9]**<br>**Def Obj** Misstates (611, 403); Hearsay (801, 802); Foundation (602) | **OVERRULED** |
| 62:12 - 62:12   McNamara<br>62 12    A.  That's what it appears. | **Re: [62:12-62:12]**<br>**Def Obj** Misstates (611, 403); Hearsay (801, 802); Foundation (602) | **OVERRULED** |
| 62:13 - 62:14   McNamara<br>62 13    BY MR. TRACEY:<br>62 14    Q.  Yeah. | | |
| 62:15 - 62:16   McNamara<br>62 15    Now, your company had done some studies on<br>62 16    the Combat Arms Earplug, had they not? | **Re: [62:15-62:16]**<br>**Def Obj** Vague (611, 403); Foundation (602) | **OVERRULED** |
| 62:19 - 62:19   McNamara<br>62 19    A.  I'm not aware of that. | **Re: [62:19-62:19]**<br>**Def Obj** Vague (611, 403); Foundation (602) | **OVERRULED** |
| 62:20 - 63:3   McNamara<br>62 20    BY MR. TRACEY:<br>62 21    Q.  Okay.<br>62 22    MR. TRACEY:  No, no.  I know.  I'm with you.<br>62 23    Can I have 1077, please.<br>62 24    (WHEREUPON, a certain document was<br>63 1    marked Timothy McNamara Deposition<br>63 2    Exhibit No. 4, for identification, as<br>63 3    of 03/11/2020.) | | |
| 63:13 - 63:18   McNamara<br>63 13    Q.  Exhibit 4.  This is -- do you see this is<br>63 14    on an Aearo letterhead or an Aearo -- this is an Aearo<br>63 15    document?<br>63 16    A.  Yes.<br>63 17    Q.  It says:  "E-A-R Research & Development,"<br>63 18    to Brian Myers from Elliott Berger. | **Re: [63:13-63:18]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 63:19 - 63:23   McNamara<br>63 19    Who was -- who was Elliott Berger?<br>63 20    A.  The scientist.<br>63 21    Q.  At -- at Aearo? | | |

| | | |
|---|---|---|
| 63 22    A.   At E-A-R division, yes. | | |
| 63 23    Q.   Yeah. | | |
| 63:24 - 64:2  McNamara | **Re: [63:24-64:2]** | **SUSTAINED** |
| 63 24    And the date of this is February the 1st, | **Def Obj** Foundation (602); Misstates; | |
| 64 1    2000, a couple months after the e-mail where nobody | Argumentative (611, 403) | |
| 64 2    seems to have any testing on the product, right? | | |
| 64:5 - 64:5  McNamara | **Re: [64:5-64:5]** | **SUSTAINED** |
| 64 5    A.   I don't know. | **Def Obj** Foundation (602); Misstates; | |
| | Argumentative (611, 403) | |
| 64:6 - 64:6  McNamara | | |
| 64 6    BY MR. TRACEY: | | |
| 64:7 - 65:1  McNamara | **Re: [64:7-65:1]** | **OVERRULED** |
| 64 7    Q.   Well, this is -- this is -- this is three | **Def Obj** Foundation (602) | |
| 64 8    months, two months after the e-mail string we just | | |
| 64 9    read, right, November of '99 and now we are in | | |
| 64 10    February of 2000, right? | | |
| 64 11    A.   Yes. | | |
| 64 12    Q.   And then about -- under the NRR Labeling/ | | |
| 64 13    EPA-Type Testing down there, almost to the bottom, do | | |
| 64 14    you see where it mentions the Combat Arms Plug? | | |
| 64 15    A.   Yes. | | |
| 64 16    Q.   Now, have you ever seen this document | | |
| 64 17    before that you know of? | | |
| 64 18    A.   I'm not -- I don't remember this. | | |
| 64 19    Q.   Okay. | | |
| 64 20    A.   No. | | |
| 64 21    Q.   Let's read it together then since you are | | |
| 64 22    seeing it for the first time. | | |
| 64 23    It says the:  "UltraFit end of the Combat | | |
| 64 24    Arms Plug [2130155] - Stopped after eight subjects, | | |
| 65 1    NRR 11." | | |
| 65:8 - 65:11  McNamara | **Re: [65:8-65:11]** | **OVERRULED** |
| 65 8    Did I read that right? | **Def Obj** Foundation (602) | |
| 65 9    A.   You did. | | |
| 65 10    Q.   What is an NRR? | | |
| 65 11    A.   Noise reduction rating. | | |
| 65:12 - 65:13  McNamara | **Re: [65:12-65:13]** | **OVERRULED** |
| 65 12    Q.   Now, is a noise reduction rating of 11 | **Def Obj** Foundation (602); Compound | |
| 65 13    good or poor? | (611, 403) | |

| | | |
|---|---|---|
| 65:16 - 65:16   McNamara<br>65 16      A.   It's low. | Re: [65:16-65:16]<br>Def Obj Foundation (602); Compound (611, 403) | OVERRULED |
| 69:19 - 69:20   McNamara<br>69 19      Q.   Would an NRR of 11 on the green end be<br>69 20      protective from gunfire? | Re: [69:19-69:20]<br>Def Obj Foundation (602) | OVERRULED |
| 69:23 - 69:23   McNamara<br>69 23      A.   No. | Re: [69:23-69:23]<br>Def Obj Foundation (602) | OVERRULED |
| 69:24 - 70:1   McNamara<br>69 24      BY MR. TRACEY:<br>70 1      Q.   What about helicopter noise? | | |
| 70:1 - 70:1   McNamara<br>70 1      Q.   What about helicopter noise? | Re: [70:1-70:1]<br>Def Obj Foundation (602) | OVERRULED |
| 70:4 - 70:4   McNamara<br>70 4      A.   Probably not. | Re: [70:4-70:4]<br>Def Obj Foundation (602) | OVERRULED |
| 70:16 - 70:16   McNamara<br>70 16      BY MR. TRACEY: | | |
| 70:17 - 70:20   McNamara<br>70 17      Q.   Okay.  In any event, when we look at<br>70 18      Exhibit No. 4, we see that your company stopped this<br>70 19      test, didn't they?<br>70 20      A.   It appears. | Re: [70:17-70:20]<br>Def Obj Foundation (602) | OVERRULED |
| 70:21 - 70:23   McNamara<br>70 21      Q.   Now, are you aware of your company<br>70 22      stopping NRR testing due to low results?<br>70 23      A.   No. | Re: [70:21-70:23]<br>Def Obj Foundation (602); Misstates (611, 403); 3M MIL No. 18 | OVERRULED |
| 71:2 - 71:5   McNamara<br>71 2      Q.   Have you ever been made privy to<br>71 3      information on the technical side where your company<br>71 4      made a decision to stop NRR testing because the<br>71 5      results were too low? | Re: [71:2-71:5]<br>Def Obj Foundation (602); Misstates (611, 403); 3M MIL No. 18 | OVERRULED |
| 71:8 - 71:8   McNamara<br>71 8      A.   I'm not aware. | Re: [71:8-71:8]<br>Def Obj Foundation (602); Misstates (611, 403); 3M MIL No. 18 | OVERRULED |
| 71:16 - 71:18   McNamara<br>71 16      Q.   Okay.  So if your company had a corporate<br>71 17      policy to stop testing when they had low results, it's<br>71 18      just something you didn't know about? | Re: [71:16-71:18]<br>Def Obj Foundation (602); Misstates (611, 403); 3M MIL No. 18 | SUSTAINED |

| | | |
|---|---|---|
| 71:21 - 71:21   McNamara<br>71 21       A.   I was not aware of it. | **Re: [71:21-71:21]**<br>**Def Obj** Foundation (602); Misstates<br>(611, 403) ; 3M MIL No. 18 | **SUSTAINED** |
| 72:5 - 72:9   McNamara<br>72 5        that.  Do you know who Ron Kieper is?<br>72 6       A.   Yes.<br>72 7       Q.   Who is Ron Kieper?<br>72 8       A.   He was an assistant to Elliott Berger in<br>72 9        the lab. | | |
| 72:10 - 72:12   McNamara<br>72 10      Q.   Do you know if he was the primary<br>72 11      experimenter or fitter of earplugs at your company?<br>72 12      A.   I do not. | **Re: [72:10-72:12]**<br>**Def Obj** Foundation (602) | **SUSTAINED** |
| 72:13 - 72:16   McNamara<br>72 13      Q.   Okay.  Have you ever met him?<br>72 14      A.   Yes.<br>72 15      Q.   On -- on few or many occasions?<br>72 16      A.   Few. | | |
| 72:23 - 72:24   McNamara<br>72 23      Q.   Okay.  Do you know of anybody who had more<br>72 24      experience fitting earplugs than Ron Kieper? | **Re: [72:23-72:24]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 73:3 - 73:3   McNamara<br>73 3       A.   Not -- I'm not aware. | **Re: [73:3-73:3]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 76:5 - 76:8   McNamara<br>76 5       Q.   Okay.  Would it be fair to say that<br>76 6       Elliott Berger and Ron Kieper would probably be the<br>76 7       best people to teach you how to properly fit this<br>76 8       unusual earplug? | **Re: [76:5-76:8]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 76:11 - 76:12   McNamara<br>76 11      A.   They would be -- they would be good<br>76 12      people, yes. | **Re: [76:11-76:12]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 76:13 - 76:14   McNamara<br>76 13      BY MR. TRACEY:<br>76 14      Q.   Yeah. | | |
| 78:21 - 79:4   McNamara<br>78 21      Q.   Were -- were you ever aware that a NRR<br>78 22      test had -- on the Combat Arms Earplug was stopped<br>78 23      after eight subjects with an NRR of 11?<br>78 24      A.   I was not. | **Re: [78:21-79:4]**<br>**Def Obj** Foundation (602); Prejudice<br>(403); Relevance (401, 402);<br>Argumentative (611, 403) | **OVERRULED** |

| | | |
|---|---|---|
| 79 1    Q.  Okay.  It is -- is right here and now<br>79 2    today during your deposition the first time you're<br>79 3    becoming aware of that fact?<br>79 4    A.  Yes. | | |
| 79:13 - 79:18   McNamara<br>79 13    Q.  Okay.  All right.  Let's set that aside<br>79 14    and let's go to the next Exhibit 5, which is an e-mail<br>79 15    from Elliott Berger to --<br>79 16    MS. ELIZABETH:  I don't have it yet.<br>79 17    BY MR. TRACEY:<br>79 18    Q.  -- to Ron Kieper. | **Re: [79:13-79:18]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 80:22 - 81:9   McNamara<br>80 22    Q.  Okay.  So this is -- this is Exhibit 5 to<br>80 23    your deposition, and if you flip over to the<br>80 24    page where it says:  "To Elliott Berger from Ron<br>81 1    Kieper," the date of this is May the 11th, 2000, isn't<br>81 2    it?<br>81 3    A.  Yes.<br>81 4    Q.  And the subject is:  "Results of<br>81 5    Short-Stemmed UltraFit Plug Test."<br>81 6    Do you see that?<br>81 7    A.  Yes.<br>81 8    Q.  Now, have you ever seen this memo before?<br>81 9    A.  I don't remember this one now. | **Re: [80:22-81:9]**<br>**Def Obj** Foundation (602); Prejudice<br>(403); Relevance (401, 402) | **OVERRULED** |
| 83:9 - 83:12   McNamara<br>83 9    Q.  Okay.  Let -- let me ask you this:  Do you<br>83 10    believe that your customers are entitled to know the<br>83 11    truth about the -- the products that you are selling<br>83 12    them? | **Re: [83:9-83:12]**<br>**Def Obj** Prejudice (403); Relevance<br>(401, 402); Vague; Argumentative (611,<br>403) | **OVERRULED** |
| 83:15 - 83:15   McNamara<br>83 15    A.  Yes. | **Re: [83:15-83:15]**<br>**Def Obj** Prejudice (403); Relevance<br>(401, 402); Vague; Argumentative (611,<br>403) | **OVERRULED** |
| 83:16 - 83:16   McNamara<br>83 16    BY MR. TRACEY: | | |
| 83:17 - 83:19   McNamara<br>83 17    Q.  Do you believe that your role as a<br>83 18    salesperson is to tell them the truth about the<br>83 19    product, the good, the bad and the ugly? | **Re: [83:17-83:19]**<br>**Def Obj** Vague; Compound;<br>Argumentative (611, 403); Prejudice<br>(403); Relevance (401, 402) | **OVERRULED** |

| | | |
|---|---|---|
| 83:22 - 83:22   McNamara<br>83 22        A.   Yes. | **Re: [83:22-83:22]**<br>**Def Obj** Vague; Compound;<br>Argumentative (611, 403); Prejudice<br>(403); Relevance (401, 402) | **OVERRULED** |
| 83:23 - 83:23   McNamara<br>83 23        BY MR. TRACEY: | | |
| 83:24 - 84:2   McNamara<br>83 24        Q.   Because if you don't deliver the truth<br>84 1        to -- to your customers, they can't make fully<br>84 2        informed decisions, can they? | **Re: [83:24-84:2]**<br>**Def Obj** Vague; Argumentative (611,<br>403); Foundation (602); Prejudice<br>(403); Relevance (401, 402) | **OVERRULED** |
| 84:5 - 84:5   McNamara<br>84 5        A.   I would say so. | **Re: [84:5-84:5]**<br>**Def Obj** Vague; Argumentative (611,<br>403) Foundation (602); Prejudice (403);<br>Relevance (401, 402) | **OVERRULED** |
| 84:6 - 84:10   McNamara<br>84 6        BY MR. TRACEY:<br>84 7        Q.   Yeah.<br>84 8        Really, a good salesperson develops trust<br>84 9        with their customers, doesn't he?<br>84 10        A.   Yes. | | |
| 84:11 - 84:12   McNamara<br>84 11        Q.   And it's trust and relationship building<br>84 12        that makes you a successful salesperson, isn't it? | **Re: [84:11-84:12]**<br>**Def Obj** Foundation (602); Vague;<br>Argumentative (611, 403); Prejudice<br>(403); Relevance (401, 402) | **OVERRULED** |
| 84:15 - 84:15   McNamara<br>84 15        A.   Yes. | **Re: [84:15-84:15]**<br>**Def Obj** Foundation (602); Vague;<br>Argumentative (611, 403) | **OVERRULED** |
| 84:16 - 84:16   McNamara<br>84 16        BY MR. TRACEY: | | |
| 84:17 - 85:4   McNamara<br>84 17        Q.   Yeah.  So that when -- when Tim McNamara<br>84 18        shows up to talk to a commander on an Army base,<br>84 19        hopefully the commander has learned to trust what you<br>84 20        tell them, right?<br>84 21        A.   Yes.<br>84 22        Q.   Hopefully the commander believes that Tim<br>84 23        McNamara is honest, right?<br>84 24        A.   Absolutely.<br>85 1        Q.   And that when you say something about a | **Re: [84:17-85:4]**<br>**Def Obj** Foundation (602) | **OVERRULED** |

| | | |
|---|---|---|
| 85 2 | product, what you are telling him is true.  That's | |
| 85 3 | what you hope for, right? | |
| 85 4 | A.   Yes. | |
| 85:5 - 85:5   McNamara | **Re: [85:5-85:5]** | **OVERRULED** |
| 85 5 | Q.   That's what you should do, isn't it? | **Def Obj** Vague; Misstates; Argumentative (611, 403) | |
| 85:8 - 85:8   McNamara | **Re: [85:8-85:8]** | **OVERRULED** |
| 85 8 | A.   That's the goal, yes. | **Def Obj** Vague; Misstates; Argumentative (611, 403) | |
| 85:9 - 85:9   McNamara | | |
| 85 9 | BY MR. TRACEY: | | |
| 85:10 - 85:11   McNamara | **Re: [85:10-85:11]** | **OVERRULED** |
| 85 10 | Q.   And your company should do that, shouldn't | **Def Obj** Vague; Misstates; Argumentative (611, 403); Foundation (602) | |
| 85 11 | they? | | |
| 85:14 - 85:14   McNamara | **Re: [85:14-85:14]** | **OVERRULED** |
| 85 14 | A.   Yes. | **Def Obj** Vague; Misstates; Argumentative (611, 403); Foundation (602) | |
| 85:15 - 85:15   McNamara | | |
| 85 15 | BY MR. TRACEY: | | |
| 85:16 - 85:18   McNamara | **Re: [85:16-85:18]** | **OVERRULED** |
| 85 16 | Q.   They should furnish the truth about their | **Def Obj** Vague; Misstates; Argumentative; Compound (611, 403); Foundation (602) | |
| 85 17 | products to you so that you, in turn, can furnish the | | |
| 85 18 | truth to the Army? | | |
| 85:21 - 85:21   McNamara | **Re: [85:21-85:21]** | **OVERRULED** |
| 85 21 | A.   I would say so. | **Def Obj** Vague; Misstates; Argumentative; Compound (611, 403); Foundation (602) | |
| 85:22 - 85:22   McNamara | | |
| 85 22 | BY MR. TRACEY: | | |
| 85:23 - 85:24   McNamara | **Re: [85:23-85:24]** | **OVERRULED** |
| 85 23 | Q.   It would be wrong to conceal the truth | **Def Obj** Vague; Misstates; Argumentative (611, 403); Foundation (602) | |
| 85 24 | about their products from the Army, wouldn't it? | | |
| 86:3 - 86:3   McNamara | **Re: [86:3-86:3]** | **OVERRULED** |
| 86 3 | A.   I would say so, yes. | **Def Obj** Vague; Misstates; Argumentative (611, 403); Foundation (602) | |

McNamara

| | | |
|---|---|---|
| 86:4 - 86:4    McNamara | | |
| 86 4         BY MR. TRACEY: | | |
| 86:5 - 86:6    McNamara | **Re: [86:5-86:6]** | **SUSTAINED** |
| 86 5      Q.   Yeah.  You wouldn't put your stamp of | **Def Obj** Vague; Misstates; | |
| 86 6      approval on that type of conduct, would you? | Argumentative (611, 403); Foundation (602) | |
| 86:9 - 86:9    McNamara | **Re: [86:9-86:9]** | **SUSTAINED** |
| 86 9      A.   I would -- would not. | **Def Obj** Vague; Misstates; Argumentative (611, 403); Foundation (602) | |
| 86:10 - 86:10    McNamara | | |
| 86 10        BY MR. TRACEY: | | |
| 86:11 - 86:13    McNamara | **Re: [86:11-86:13]** | **SUSTAINED** |
| 86 11     Q.   You wouldn't want to do business with a | **Def Obj** Relevance (401, 402); Vague; Argumentative (611, 403); Foundation (602) | |
| 86 12     company that concealed the truth about their products | | |
| 86 13     from their customer, would you? | | |
| 86:16 - 86:16    McNamara | **Re: [86:16-86:16]** | **SUSTAINED** |
| 86 16     A.   I would -- I would guess not. | **Def Obj** Relevance (401, 402); Vague; Argumentative (611, 403); Foundation (602) | |
| 86:17 - 86:20    McNamara | | |
| 86 17        BY MR. TRACEY: | | |
| 86 18     Q.   Have you ever knowingly not told the truth | | |
| 86 19     about one of your company's products to the military? | | |
| 86 20     A.   No. | | |
| 86:21 - 86:23    McNamara | **Re: [86:21-86:23]** | **SUSTAINED** |
| 86 21     Q.   What if you found out, Mr. McNamara, that | **Def Obj** Relevance (401, 402); Vague; Compound; Argumentative (611, 403); Foundation (602) | |
| 86 22     your company didn't tell you the truth about the | | |
| 86 23     Combat Arms Earplug, how would that make you feel? | | |
| 87:2 - 87:2    McNamara | **Re: [87:2-87:2]** | **SUSTAINED** |
| 87 2      A.   I don't know. | **Def Obj** Relevance (401, 402); Vague; Compound; Argumentative (611, 403); Foundation (602) | |
| 87:3 - 87:5    McNamara | | |
| 87 3         BY MR. TRACEY: | | |
| 87 4      Q.   You don't know? | | |
| 87 5      A.   That's what I said, yes. | | |

| 87:6 - 87:17 | McNamara | Re: [87:6-87:17] | **OVERRULED** |
|---|---|---|---|
| 87 6 | Q.   Okay.  Well, let's look at Exhibit 5.  It | **Def Obj** Foundation (602); Prejudice | |
| 87 7 | says: | (403); Relevance (401, 402) | |
| 87 8 | "The short-stemmed UltraFit Plug evaluated | | |
| 87 9 | in Tests 213015 and 213017 is the opposite end of the | | |
| 87 10 | Combat Arms Earplug (see attached drawing).  The | | |
| 87 11 | attached graph is a comparison of the means and | | |
| 87 12 | standard deviations obtained in these two tests.  The | | |
| 87 13 | initial Test 213015 was stopped after eight subjects | | |
| 87 14 | because the results were variable and the NRR was | | |
| 87 15 | quite low (11)." | | |
| 87 16 | Do you see that? | | |
| 87 17 | A.   Yes. | | |
| 87:18 - 87:19 | McNamara | Re: [87:18-87:19] | **OVERRULED** |
| 87 18 | Q.   Do you agree with Ron Kieper that an NRR | **Def Obj** Misstates (611, 403); | |
| 87 19 | of 11 is quite low? | Foundation (602) | |
| 87:22 - 87:22 | McNamara | Re: [87:22-87:22] | **OVERRULED** |
| 87 22 | A.   I don't know. | **Def Obj** Foundation (602); Misstates | |
| | | (611, 403) | |
| 87:23 - 87:23 | McNamara | | |
| 87 23 | BY MR. TRACEY: | | |
| 87:24 - 88:8 | McNamara | Re: [87:24-88:8] | **OVERRULED** |
| 87 24 | Q.   You don't know? | **Def Obj** Foundation (602); Misstates; | |
| 88 1 | A.   I don't know. | Argumentative (611, 403); Relevance | |
| 88 2 | Q.   You never marketed this product to the | (401, 402); Prejudice (403) | |
| 88 3 | military with an NRR of 11, did you? | | |
| 88 4 | A.   No. | | |
| 88 5 | Q.   You've never seen any sales or marketing | | |
| 88 6 | materials where your company tells the military that | | |
| 88 7 | the NRR on the Combat Arms is 11? | | |
| 88 8 | A.   Not that I know. | | |
| 88:9 - 88:14 | McNamara | Re: [88:9-88:14] | **OVERRULED** |
| 88 9 | Q.   It says that all -- it goes on to say: | **Def Obj** Prejudice (403); Relevance | |
| 88 10 | "At all tested frequencies, Test 213017's | (401, 402); Foundation (602) | |
| 88 11 | means are higher and the standard deviations are lower | | |
| 88 12 | than those of Test 213015 and the NRR is 22." | | |
| 88 13 | Do you see that? | | |
| 88 14 | A.   Yes. | | |

| | | |
|---|---|---|
| 88:15 - 88:16   McNamara | **Re: [88:15-88:16]** | **OVERRULED** |
| 88 15      Q.   So -- so Test 017 got exactly double --<br>88 16           double the NRR as 015, according to Mr. Kieper, right? | **Def Obj** Foundation (602); Misstates (611, 403) | |
| 88:19 - 88:19   McNamara | **Re: [88:19-88:19]** | **OVERRULED** |
| 88 19      A.   Yes. | **Def Obj** Foundation (602); Misstates (611, 403) | |
| 88:20 - 89:1   McNamara | | |
| 88 20      BY MR. TRACEY:<br>88 21      Q.   And 22 is how you marketed the product to<br>88 22           the military for a decade, isn't it?<br>88 23      A.   In a steady state noise.<br>88 24      Q.   Yes.<br>89 1       Mr. Kieper goes on to say:  "Because the | | |
| 89:1 - 89:7   McNamara | **Re: [89:1-89:7]** | **OVERRULED** |
| 89 1       Mr. Kieper goes on to say:  "Because the<br>89 2           UltraFit Plug's stem is so short, it was difficult to<br>89 3           fit the plug deeply into some subjects' ear canals,<br>89 4           especially those subjects with medium and larger ear<br>89 5           canals."<br>89 6       Do you see that?<br>89 7      A.   Yes. | **Def Obj** Foundation (602); Prejudice (403); Relevance (401, 402) | |
| 89:8 - 89:13   McNamara | **Re: [89:8-89:13]** | **OVERRULED** |
| 89 8       Q.   Do any of your marketing or sales<br>89 9           materials disclose that fact when you were selling<br>89 10          this to the military?<br>89 11      A.   I don't remember.<br>89 12      Q.   You don't remember?<br>89 13      A.   I don't remember. | **Def Obj** Foundation (602); Prejudice (403); Relevance (401, 402) | |
| 89:14 - 89:23   McNamara | **Re: [89:14-89:23]** | **OVERRULED** |
| 89 14      Q.   Do you remember ever doing any training<br>89 15          where you disclosed to the American military that<br>89 16          because the plug stem was so short, it is difficult to<br>89 17          plug the -- to fit the plug deeply into those with<br>89 18          medium and larger ear canals?<br>89 19      A.   No.<br>89 20      Q.   You've never seen that on any materials<br>89 21          that your company gave you to sell this product, have<br>89 22          you?<br>89 23      A.   No. | **Def Obj** Foundation (602) | |

McNamara                                                                                        23

| | | |
|---|---|---|
| 91:7 - 91:13   McNamara | **Re: [91:7-91:13]** | **OVERRULED** |
| 91 7     The reality is, Mr. McNamara, if you had | **Def Obj** Foundation (602); | |
| 91 8     shown up on an Army base with the sentence that's on | Argumentative; Vague (611, 403); | |
| 91 9     that page that says: "Because the UltraFit Plug's | Prejudice (403); Relevance (401, 402) | |
| 91 10    stem is so short, it is difficult to fit the plug | | |
| 91 11    deeply into some subjects' ear canals, especially | | |
| 91 12    those with medium and larger ear canals," you wouldn't | | |
| 91 13    have sold one earplug, would you? | | |
| 91:16 - 91:17   McNamara | **Re: [91:16-91:17]** | **OVERRULED** |
| 91 16    A.   I would have -- I don't know.  I don't | **Def Obj** Foundation (602); | |
| 91 17    know.  I mean -- | Argumentative; Vague (611, 403) | |
| 91:18 - 91:18   McNamara | | |
| 91 18    BY MR. TRACEY: | | |
| 91:19 - 91:20   McNamara | **Re: [91:19-91:20]** | **SUSTAINED** |
| 91 19    Q.   Does that look like a sales -- a sales | **Def Obj** Foundation (602); Vague; | |
| 91 20    slogan you can win with right there? | Argumentative (611, 403); Relevance | |
| | (401, 402) | |
| 91:23 - 91:23   McNamara | **Re: [91:23-91:23]** | **SUSTAINED** |
| 91 23    A.   It's not -- it's not a slogan. | **Def Obj** Foundation (602); Vague; | |
| | Argumentative (611, 403); Relevance | |
| | (401, 402) | |
| 91:24 - 92:1   McNamara | | |
| 91 24    BY MR. TRACEY: | | |
| 92 1     Q.   Well, it's a fact.  Is that a sales fact | | |
| 92:1 - 92:2   McNamara | **Re: [92:1-92:2]** | **OVERRULED** |
| 92 1     Q.   Well, it's a fact.  Is that a sales fact | **Def Obj** Foundation (602); Vague; | |
| 92 2     that you could use to promote your product? | Argumentative (611, 403) | |
| 92:6 - 92:6   McNamara | **Re: [92:6-92:6]** | **OVERRULED** |
| 92 6     A.   I don't -- I don't know.  I don't know. | **Def Obj** Foundation (602); Vague; | |
| | Argumentative (611, 403) | |
| 92:7 - 92:7   McNamara | | |
| 92 7     BY MR. TRACEY: | | |
| 92:8 - 93:3   McNamara | **Re: [92:8-93:3]** | **OVERRULED** |
| 92 8     Q.   You never did disseminate that information | **Def Obj** Foundation (602); Prejudice | |
| 92 9     that we see on the page to the American military, did | (403); Relevance (401, 402) | |
| 92 10    you? | | |
| 92 11    A.   No. | | |
| 92 12    Q.   When -- | | |
| 92 13    A.   Because I don't remember having this. | | |

| | | |
|---|---|---|
| 92 14    Q.   Yes.  And that's why you didn't do it in<br>92 15    part, I guess, because you can't do it if you don't<br>92 16    have it, right?<br>92 17    MS. ELIZABETH:  Objection; form.<br>92 18    BY THE WITNESS:<br>92 19    A.   I -- yeah.<br>92 20    BY MR. TRACEY:<br>92 21    Q.   Okay.  They go on to say -- or Mr. Kieper<br>92 22    goes on to tell Mr. Berger:<br>92 23    "Additionally, the geometry of the ear<br>92 24    canal opening sometimes inhibited the deep plug<br>93 1    insertion required for maximum attenuation values."<br>93 2    Did you know that?<br>93 3    A.   Yes. | | |
| 93:10 - 93:14   McNamara<br>93 10    Q.   I'm talking about the second sentence,<br>93 11    second paragraph, that starts out:<br>93 12    Additionally, the geometry of the ear<br>93 13    canal opening sometimes inhibited the deep plug<br>93 14    insertion required for maximum attenuation values." | Re: [93:10-93:14]<br>Def Obj Foundation (602) | OVERRULED |
| 93:18 - 93:19   McNamara<br>93 18    Q.   Did you know that information?<br>93 19    A.   Not specifically. | Re: [93:18-93:19]<br>Def Obj Foundation (602) | OVERRULED |
| 93:20 - 93:22   McNamara<br>93 20    Q.   Okay.  Because this is the first earplug<br>93 21    of this kind ever in the world that you are aware of,<br>93 22    right, this dual-ended plug? | Re: [93:20-93:22]<br>Def Obj Misstates; Vague;<br>Argumentative (611, 403) | OVERRULED |
| 94:1 - 94:1   McNamara<br>94 1    A.   That I was aware of. | Re: [94:1-94:1]<br>Def Obj Misstates; Vague;<br>Argumentative (611, 403) | OVERRULED |
| 94:2 - 94:2   McNamara<br>94 2    BY MR. TRACEY: | | |
| 94:3 - 94:5   McNamara<br>94 3    Q.   Yes.  So you did not know the information<br>94 4    in the second sentence in the second full paragraph,<br>94 5    true? | Re: [94:3-94:5]<br>Def Obj Asked (611, 403); Foundation<br>(602) | OVERRULED |
| 94:8 - 94:8   McNamara<br>94 8    A.   I -- I don't remember it. | Re: [94:8-94:8]<br>Def Obj Asked (611, 403); Foundation<br>(602) | OVERRULED |

| | | |
|---|---|---|
| 94:13 - 94:13   McNamara | | |
| 94 13         Q.   He goes on to tell Mr. Berger: | | |
| 94:14 - 94:19   McNamara | **Re: [94:14-94:19]** | **OVERRULED** |
| 94 14         "When this plug was fitted, the third | **Def Obj** Misstates; Argumentative | |
| 94 15         flange of the Combat Arms plug could press against the | (611, 403); Foundation (602); Prejudice | |
| 94 16         subject's concha" -- or, sorry -- "the subject's ear | (403); Relevance (401, 402) | |
| 94 17         canal opening and fold up." | | |
| 94 18         Did you know that was true with the Combat | | |
| 94 19         Arms Earplug? | | |
| 94:22 - 94:22   McNamara | **Re: [94:22-94:22]** | **OVERRULED** |
| 94 22         A.   I was not -- I was not aware of that. | **Def Obj** Misstates; Argumentative | |
| | (611, 403); Foundation (602); Prejudice | |
| | (403); Relevance (401, 402) | |
| 94:23 - 94:23   McNamara | | |
| 94 23         BY MR. TRACEY: | | |
| 94:24 - 95:4   McNamara | **Re: [94:24-95:4]** | **OVERRULED** |
| 94 24         Q.   Is right here right now in your deposition | **Def Obj** Misstates; Argumentative | |
| 95 1          in March of 2020 the first time that you're learning | (611, 403); Relevance (401, 402) | |
| 95 2          that the Combat Arms Version -- Version 2 when fitted, | | |
| 95 3          that the third flange would press against the | | |
| 95 4          subject's ear canal opening and fold up? | | |
| 95:7 - 95:7   McNamara | **Re: [95:7-95:7]** | **OVERRULED** |
| 95 7          A.   I don't remember that. | **Def Obj** Misstates; Argumentative | |
| | (611, 403); Relevance (401, 402) | |
| 95:8 - 95:8   McNamara | | |
| 95 8          BY MR. TRACEY: | | |
| 95:9 - 95:22   McNamara | **Re: [95:9-95:22]** | **OVERRULED** |
| 95 9          Q.   You didn't use that sentence when you were | **Def Obj** Foundation (602); Relevance | |
| 95 10         selling the product, did you? | (401, 402); Argumentative (611, 403) | |
| 95 11         A.   I don't believe so. | | |
| 95 12         Q.   That wasn't part of your presentations you | | |
| 95 13         made when you were training people on how to use the | | |
| 95 14         Combat Arms Earplug, was it? | | |
| 95 15         A.   No. | | |
| 95 16         Q.   Nobody told you when you were getting | | |
| 95 17         trained on how to use the earplug, the fact in that | | |
| 95 18         sentence, did they? | | |
| 95 19         A.   I don't remember that. | | |
| 95 20         Q.   It's not in any of your sales materials, | | |

| | | |
|---|---|---|
| 95 21    is it? | | |
| 95 22    A.   I don't believe so. | | |
| 95:23 - 95:23  McNamara<br>  95 23    Q.   Should it be? | **Re: [95:23-95:23]**<br>**Def Obj** Foundation (602); Vague,<br>Argumentative (611, 403); Relevance<br>(401, 402) | **OVERRULED** |
| 96:2 - 96:2  McNamara<br>  96 2    A.   I -- I don't know. | **Re: [96:2-96:2]**<br>**Def Obj** Foundation (602); Vague;<br>Argumentative (611, 403); Relevance<br>(401, 402) | **OVERRULED** |
| 96:3 - 96:3  McNamara<br>  96 3    BY MR. TRACEY: | | |
| 96:4 - 96:6  McNamara<br>  96 4    Q.   Well, if Ron Kieper is telling the truth<br>  96 5    and the goal is to tell the truth to the end user, the<br>  96 6    Army, shouldn't we tell them this? | **Re: [96:4-96:6]**<br>**Def Obj** Foundation (602); Vague;<br>Argumentative, Misstates (611, 403);<br>Relevance (401, 402) | **OVERRULED** |
| 96:10 - 96:10  McNamara<br>  96 10    A.   I'm not -- I'm not sure. | **Re: [96:10-96:10]**<br>**Def Obj** Foundation (602); Vague;<br>Argumentative, Misstates (611, 403);<br>Relevance (401, 402) | **OVERRULED** |
| 96:11 - 96:11  McNamara<br>  96 11    BY MR. TRACEY: | | |
| 96:12 - 96:13  McNamara<br>  96 12    Q.   Well, how come?  I thought we were<br>  96 13    supposed to tell them the truth. | **Re: [96:12-96:13]**<br>**Def Obj** Foundation (602); Vague;<br>Argumentative; Misstates; Compound;<br>Asked (611, 403) | **SUSTAINED** |
| 96:17 - 96:18  McNamara<br>  96 17    A.   I'm not sure.  I'm not sure what -- what<br>  96 18    the premise was on that.  Was it -- | **Re: [96:17-96:18]**<br>**Def Obj** Foundation (602); Vague;<br>Argumentative; Misstates; Compound;<br>Asked (611, 403) | **OVERRULED** |
| 96:19 - 96:19  McNamara<br>  96 19    BY MR. TRACEY: | | |
| 96:20 - 96:22  McNamara<br>  96 20    Q.   What does that mean?<br>  96 21    A.   Was it one subject?  Was it -- I don't<br>  96 22    know. | **Re: [96:20-96:22]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 96:23 - 97:2  McNamara<br>  96 23    Q.   Well, it says it's multiple subjects, if<br>  96 24    we are just going to use the English language properly | **Re: [96:23-97:2]**<br>**Def Obj** Compound; Argumentative<br>(611, 403) | **OVERRULED** |

McNamara

| | | |
|---|---|---|
| 97 1      understood, right?<br>97 2      A.   Yeah. | | |
| 97:5 - 97:7    McNamara<br>97 5      Q.   It says "subjects'", "s," that's multiple,<br>97 6      right?<br>97 7      A.   That's what it appears. | Re: [97:5-97:7]<br>Def Obj Foundation (602) | OVERRULED |
| 97:8 - 97:9    McNamara<br>97 8      Q.   So -- so should that have been disclosed<br>97 9      to the military? | Re: [97:8-97:9]<br>Def Obj Foundation (602); Vague;<br>Argumentative; Misstates (611, 403) | OVERRULED |
| 97:13 - 97:13    McNamara<br>97 13      A.   I don't know. | Re: [97:13-97:13]<br>Def Obj Foundation (602); Vague;<br>Argumentative; Misstates (611, 403) | OVERRULED |
| 97:14 - 97:14    McNamara<br>97 14      BY MR. TRACEY: | | |
| 97:15 - 97:16    McNamara<br>97 15      Q.   You still don't know?<br>97 16      A.   Don't know. | Re: [97:15-97:16]<br>Def Obj Foundation (602) | SUSTAINED |
| 98:21 - 98:23    McNamara<br>98 21      Q.   And if people in corporations make<br>98 22      decisions to not -- to not disclose the truth about a<br>98 23      product, we have problems, don't we? | Re: [98:21-98:23]<br>Def Obj Vague; Argumentative (611,<br>403); Foundation (602) | SUSTAINED |
| 99:2 - 99:2    McNamara<br>99 2      A.   Not really. | Re: [99:2-99:2]<br>Def Obj Vague; Argumentative (611,<br>403); Foundation (602) | SUSTAINED |
| 99:3 - 99:3    McNamara<br>99 3      BY MR. TRACEY: | | |
| 99:4 - 99:4    McNamara<br>99 4      Q.   Really?  That's fine with you? | Re: [99:4-99:4]<br>Def Obj Vague; Argumentative;<br>Misstates (611, 403); Foundation (602) | SUSTAINED |
| 99:7 - 99:7    McNamara<br>99 7      A.   That's -- I don't make those decisions. | Re: [99:7-99:7]<br>Def Obj Vague; Argumentative;<br>Misstates (611, 403); Foundation (602) | SUSTAINED |
| 100:14 - 100:24    McNamara<br>100 14      Q.   Let's read the next sentence and see if<br>100 15      the ambi- -- ambiguities continue.<br>100 16      The next sentence says:  "When the inward<br>100 17      pressure on the UltraFit Plug was released, the Combat<br>100 18      Arms' flanges tended to return to their original shape<br>100 19      and this could loosen the plug, sometimes | Re: [100:14-100:24]<br>Def Obj Foundation (602);<br>Argumentative (611, 403) | OVERRULED |

| | | |
|---|---|---|
| 100 20    imperceptibly to the subject." | | |
| 100 21    Do you see that? | | |
| 100 22    A.   I do. | | |
| 100 23    Q.   Is that the first time you're learning | | |
| 100 24    that fact? | | |
| **101:3 - 101:10**   McNamara | **Re: [101:3-101:10]** | **OVERRULED** |
| 101 3    A.   I don't remember. | **Def Obj** Foundation (602) | |
| 101 4    BY MR. TRACEY: | | |
| 101 5    Q.   Did you -- when you were selling the | | |
| 101 6    product to the military for a decade, did you tell | | |
| 101 7    them in your training that the flanges would return to | | |
| 101 8    their original shape, loosening the plug in a way | | |
| 101 9    that's imperceptible to the subject? | | |
| 101 10    A.   No. | | |
| **101:11 - 101:11**   McNamara | **Re: [101:11-101:11]** | **OVERRULED** |
| 101 11    Q.   Should you have disclosed that to them? | **Def Obj** Foundation (602); Vague; Argumentative (611, 403) | |
| **101:14 - 101:14**   McNamara | **Re: [101:14-101:14]** | **OVERRULED** |
| 101 14    A.   If -- I'm not sure. | **Def Obj** Foundation (602); Vague; Argumentative (611, 403) | |
| **101:15 - 101:15**   McNamara | | |
| 101 15    BY MR. TRACEY: | | |
| **101:16 - 101:18**   McNamara | **Re: [101:16-101:18]** | **SUSTAINED** |
| 101 16    Q.   If you were a soldier, would you want to | **Def Obj** Foundation (602); Vague; Argumentative (611, 403) | |
| 101 17    know that the flanges could imperceptibly loosen the | | |
| 101 18    plug? | | |
| **101:22 - 101:22**   McNamara | **Re: [101:22-101:22]** | **SUSTAINED** |
| 101 22    A.   I'm -- I'm not sure. | **Def Obj** Foundation (602); Vague; Argumentative (611, 403) | |
| **101:23 - 101:23**   McNamara | | |
| 101 23    BY MR. TRACEY: | | |
| **101:24 - 102:11**   McNamara | **Re: [101:24-102:11]** | **SUSTAINED** |
| 101 24    Q.   You don't think a soldier who is on the | **Def Obj** Foundation (602) | |
| 102 1    battlefield might want to know that this particular | | |
| 102 2    plug, the Combat Arms, would loosen imperceptibly? | | |
| 102 3    You know what "imperceptibly" means, right? | | |
| 102 4    A.   Yes. | | |
| 102 5    Q.   What does that mean? | | |
| 102 6    A.   It -- it -- you know, it -- it can come | | |

McNamara

| | | |
|---|---|---|
| 102 7        out. | | |
| 102 8        Q.   Without him knowing? | | |
| 102 9        A.   Yes. | | |
| 102 10      Q.   Or her?  Without the user knowing -- | | |
| 102 11      A.   Yes. | | |
| 102:12 - 102:14   McNamara | **Re: [102:12-102:14]** | **OVERRULED** |
| 102 12      Q.   -- that it's loosening? | **Def Obj** Foundation (602); Vague; | |
| 102 13      You don't -- you don't find that fact to | Argumentative (611, 403) | |
| 102 14      be particularly relevant to a soldier? | | |
| 102:17 - 102:17   McNamara | **Re: [102:17-102:17]** | **OVERRULED** |
| 102 17      A.   If it's fitted properly. | **Def Obj** Foundation (602); Vague; | |
| | Argumentative (611, 403) | |
| 102:18 - 102:18   McNamara | | |
| 102 18      BY MR. TRACEY: | | |
| 102:19 - 102:23   McNamara | **Re: [102:19-102:23]** | **OVERRULED** |
| 102 19      Q.   Pardon me? | **Def Obj** Foundation (602) | |
| 102 20      A.   If it's fitted properly. | | |
| 102 21      Q.   What does that mean? | | |
| 102 22      A.   You ins- -- you insert the plug and -- and | | |
| 102 23      make sure that the -- it's fitted correctly. | | |
| 102:24 - 103:2   McNamara | **Re: [102:24-103:2]** | **OVERRULED** |
| 102 24      Q.   And what does that mean?  How do you fit | **Def Obj** Foundation (602); Compound | |
| 103 1      it correctly so that it doesn't -- it doesn't press | (611, 403) | |
| 103 2      against the ear and return to its original shape? | | |
| 103:5 - 103:11   McNamara | **Re: [103:5-103:11]** | **OVERRULED** |
| 103 5      Q.   How does that work?  Tell me that. | **Def Obj** Foundation (602) | |
| 103 6      A.   Well, when you insert the plug, then | | |
| 103 7      you -- you check it to make sure that it does not come | | |
| 103 8      out during the fitting of the plug. | | |
| 103 9      Q.   And how -- how do you do that? | | |
| 103 10      A.   When you put it in, you take it and make | | |
| 103 11      sure that it -- it does not come out. | | |
| 103:12 - 103:13   McNamara | **Re: [103:12-103:13]** | **OVERRULED** |
| 103 12      Q.   How do you know whether the flanges are | **Def Obj** Foundation (602); Vague (611, | |
| 103 13      returning to their original shape? | 403) | |
| 103:16 - 103:18   McNamara | **Re: [103:16-103:18]** | **OVERRULED** |
| 103 16      A.   I don't know. | **Def Obj** Foundation (602); Vague (611, | |
| 103 17      BY MR. TRACEY: | 403) | |
| 103 18      Q.   Do you know who does know? | | |

| | | |
|---|---|---|
| 103:21 - 103:21   McNamara | **Re: [103:21-103:21]** | **OVERRULED** |
| 103 21        A.   I do not know. | **Def Obj** Foundation (602); Vague (611, 403) | |
| 104:15 - 104:18   McNamara | **Re: [104:15-104:18]** | **OVERRULED** |
| 104 15        Q.   Now, you sold this product and represented | **Def Obj** Foundation (602) | |
| 104 16        that the NRR was 22 for over a decade, didn't you, in | | |
| 104 17        the steady state position? | | |
| 104 18        A.   Yes. | | |
| 104:19 - 104:20   McNamara | **Re: [104:19-104:20]** | **OVERRULED** |
| 104 19        Q.   How did you tell the soldiers in your | **Def Obj** Vague (611, 403); 3M MIL No. 15 | |
| 104 20        training materials how to put the plug in their ear? | | |
| 104:23 - 104:24   McNamara | **Re: [104:23-104:24]** | **OVERRULED** |
| 104 23        A.   How did I or how was the literature | **Def Obj** Vague (611, 403); 3M MIL No. 15 | |
| 104 24        produced? | | |
| 104:25 - 105:7   McNamara | | |
| 105 1        BY MR. TRACEY: | | |
| 105 2        Q.   Are there -- is it a different answer | | |
| 105 3        whether it's you or the literature? | | |
| 105 4        A.   I mean, I don't know. | | |
| 105 5        Q.   You don't know whether you -- you gave | | |
| 105 6        different instructions than the literature? | | |
| 105 7        A.   No.  I followed the literature. | | |
| 105:8 - 105:11   McNamara | **Re: [105:8-105:11]** | **OVERRULED** |
| 105 8        Q.   Okay.  So you followed the literature. | **Def Obj** Misstates (611, 403); 3M MIL No. 15 | |
| 105 9        Tell me what you told the end users when you went to | | |
| 105 10        the bases and did your training on how to fit the | | |
| 105 11        Combat Arms Earplug.  What did you tell them? | | |
| 105:15 - 105:16   McNamara | **Re: [105:15-105:16]** | **OVERRULED** |
| 105 15        A.   The soldiers being the individual | **Def Obj** Misstates (611, 403); 3M MIL No. 15 | |
| 105 16        soldiers? | | |
| 105:17 - 105:17   McNamara | | |
| 105 17        BY MR. TRACEY: | | |
| 105:18 - 105:21   McNamara | **Re: [105:18-105:21]** | **OVERRULED** |
| 105 18        Q.   Sorry.  Or the management, yeah.  I think | **Def Obj** 3M MIL No. 15; Misstates (611, 403) | |
| 105 19        you told me end users were sometimes in the room, | | |
| 105 20        right? | | |
| 105 21        A.   Yeah, yeah. | | |

McNamara                                                                                           31

| | | |
|---|---|---|
| 106:14 - 106:15   McNamara | **Re: [106:14-106:15]** | **OVERRULED** |
| 106 14      Q.   So I want you to tell the jury what you | **Def Obj** 3M MIL No. 15; Misstates | |
| 106 15        told them when you trained them? | (611, 403) | |
| 106:18 - 106:22   McNamara | **Re: [106:18-106:22]** | **OVERRULED** |
| 106 18      A.   I would -- I would represent the product | **Def Obj** 3M MIL No. 15; Misstates | |
| 106 19        and I would show them how to fit them. | (611, 403) | |
| 106 20      BY MR. TRACEY: | | |
| 106 21      Q.   Yeah.  And I want to know what you showed | | |
| 106 22        them. | | |
| 107:1 - 107:2   McNamara | | |
| 107 1        THE WITNESS:  Okay. | | |
| 107 2        BY MR. TRACEY: | | |
| 107:3 - 107:16   McNamara | **Re: [107:3-107:16]** | **OVERRULED** |
| 107 3        Q.   Did you -- let me -- let me try an easier | **Def Obj** 3M MIL No. 15; Foundation | |
| 107 4        question. | (602) | |
| 107 5        You see those words that are highlighted | | |
| 107 6        in yellow on the screen? | | |
| 107 7        A.   Yes. | | |
| 107 8        Q.   Did you use those words when you were | | |
| 107 9        doing your training? | | |
| 107 10      A.   I don't remember. | | |
| 107 11      Q.   Have you ever -- have you ever seen any | | |
| 107 12      sales or training material where when you -- when you | | |
| 107 13      trained somebody on how to use the Combat Arms plug, | | |
| 107 14      those words are on the materials? | | |
| 107 15      A.   I don't -- I don't remember these words | | |
| 107 16      being on the -- the material. | | |
| 107:17 - 107:20   McNamara | **Re: [107:17-107:20]** | **OVERRULED** |
| 107 17      Q.   Did you tell, when you were selling the | **Def Obj** Foundation (602); | |
| 107 18      product, that the only way we got an NRR of 22 was by | Argumentative; Misstates (611, 403) | |
| 107 19      folding back the flanges so that we got a longer stem | | |
| 107 20      and got a deeper insertion? | | |
| 108:1 - 108:1   McNamara | **Re: [108:1-108:1]** | **OVERRULED** |
| 108 1        A.   No. | **Def Obj** Foundation (602); | |
| | Argumentative; Misstates (611, 403) | |
| 108:2 - 108:2   McNamara | | |
| 108 2        BY MR. TRACEY: | | |
| 108:11 - 108:14   McNamara | **Re: [108:11-108:14]** | **SUSTAINED** |
| 108 11      Q.   Okay.  The truth is, if we believe what | **Def Obj** Foundation (602) | |

| | | |
|---|---|---|
| 108 12    Ron Kieper told Elliott Berger, the only way you got | | |
| 108 13    an NRR of 22 -- your company, not you, Mr. McNamara -- | | |
| 108 14    got an NRR of 22 by folding back the flanges. | | |
| 108:17 - 108:17   McNamara | Re: [108:17-108:17] | **SUSTAINED** |
| 108 17    Q.   Right? | **Def Obj** Foundation (602) | |
| 108:20 - 109:1   McNamara | Re: [108:20-109:1] | **SUSTAINED** |
| 108 20    A.   I was not aware. | **Def Obj** Foundation (602) | |
| 108 21    BY MR. TRACEY: | | |
| 108 22    Q.   I understand you weren't aware and that | | |
| 108 23    you are learning it right now for the very first time, | | |
| 108 24    right? | | |
| 109 1    A.   That I can remember. | | |
| 109:2 - 109:6   McNamara | Re: [109:2-109:6] | **OVERRULED** |
| 109 2    Q.   Yes. | **Def Obj** Foundation (602); Misstates; | |
| 109 3    If what's on the page is true, that the | Vague; Argumentative (611, 403) | |
| 109 4    way your company got an NRR of 22 is by folding back | | |
| 109 5    the flanges, shouldn't the military have been told | | |
| 109 6    that fact? | | |
| 109:10 - 109:16   McNamara | Re: [109:10-109:16] | **OVERRULED** |
| 109 10    A.   It's -- it was not my responsibility to | **Def Obj** Foundation (602); Misstates; | |
| 109 11    show them the facts, but the Noise Reduction Rating | Vague; Argumentative (611, 403) | |
| 109 12    was 22.  That's what I did -- I gave them. | | |
| 109 13    BY MR. TRACEY: | | |
| 109 14    Q.   I understand that's what you gave them. | | |
| 109 15    Weren't they entitled to know how your company got the | | |
| 109 16    22? | | |
| 109:19 - 109:19   McNamara | Re: [109:19-109:19] | **OVERRULED** |
| 109 19    A.   I don't believe so. | **Def Obj** Foundation (602); Misstates; | |
| | Vague; Argumentative (611, 403) | |
| 110:3 - 110:3   McNamara | | |
| 110 3    BY MR. TRACEY: | | |
| 110:4 - 110:9   McNamara | Re: [110:4-110:9] | **OVERRULED** |
| 110 4    Q.   Have you ever seen a document in the | **Def Obj** Foundation (602) | |
| 110 5    history of marketing or selling the Combat Arms | | |
| 110 6    Earplug where your company told the world or the | | |
| 110 7    military that the only way we got an NRR of 22 is by | | |
| 110 8    folding back the flanges? | | |
| 110 9    A.   I don't think so. | | |

McNamara                                                                                                    33

| | | |
|---|---|---|
| 110:10 - 110:12   McNamara | **Re: [110:10-110:12]** | **SUSTAINED as to "the American combat soldier"** |
| 110 10      Q.   And you don't think the U.S. Army and the | **Def Obj** Foundation (602); Vague; | |
| 110 11         end user, the soldier, the American combat soldier, is | Misstates; Argumentative (611, 403) | |
| 110 12         entitled to know that information? | | **OVERRULED in all other respects** |
| 110:15 - 110:15   McNamara | **Re: [110:15-110:15]** | **OVERRULED** |
| 110 15      A.   I don't know. | **Def Obj** Foundation (602); Vague; | |
| | Misstates; Argumentative (611, 403) | |
| 115:23 - 117:1   McNamara | | |
| 115 23      Q.   Now, this is a document that we got when | | |
| 115 24         we subpoenaed your files, correct? | | |
| 116 1      A.   Correct. | | |
| 116 2      Q.   Now, is this -- was this on a laptop? | | |
| 116 3         Where was this? | | |
| 116 4      A.   This was on a laptop. | | |
| 116 5      Q.   So this was -- you had this | | |
| 116 6         electronically? | | |
| 116 7      A.   Yes. | | |
| 116 8      Q.   Okay.  And what does ADS mean? | | |
| 116 9      A.   Atlantic Diving Supply. | | |
| 116 10      Q.   Okay.  What is that, Atlantic Diving | | |
| 116 11         Supply? | | |
| 116 12      A.   It's a distributor. | | |
| 116 13      Q.   Okay.  So in August of 2004, you went to a | | |
| 116 14         distributor and -- and -- and you made this | | |
| 116 15         presentation? | | |
| 116 16      A.   Correct. | | |
| 116 17      Q.   And this obviously -- it's your name on | | |
| 116 18         it.  It says:  "Tim McNamara, Manager Military Sales, | | |
| 116 19         the Aearo Company," correct? | | |
| 116 20      A.   Correct. | | |
| 116 21      Q.   And by this time you had been -- you had | | |
| 116 22         been selling the Combat Arms Earplug for five years, | | |
| 116 23         correct? | | |
| 116 24      A.   I don't remember how long, but, yeah, | | |
| 117 1         about five -- five years. | | |
| 117:2 - 117:4   McNamara | **Re: [117:2-117:4]** | **OVERRULED** |
| 117 2      Q.   Okay.  I think the record is going to | **Def Obj** Misstates (611, 403); | |
| 117 3         reflect the first sales were in August of 1999? | Foundation (602) | |
| 117 4      A.   Yeah. | | |

117:21 - 118:16   McNamara

| | |
|---|---|
| 117 21 | Q.   Okay.  If you flip over, you've got a -- |
| 117 22 | by the way, is this a PowerPoint?  Is this done on a |
| 117 23 | screen or...? |
| 117 24 | A.   Yes -- |
| 118 1 | Q.   Okay. |
| 118 2 | A.   -- a screen. |
| 118 3 | Q.   And when you would go to these |
| 118 4 | distributors and you would -- you would put it on a |
| 118 5 | screen, did you also make hard copies for everybody to |
| 118 6 | follow along? |
| 118 7 | A.   I believe so, yes.  I -- I would leave -- |
| 118 8 | I would leave the hard copy in the PowerPoint |
| 118 9 | format -- |
| 118 10 | Q.   Yeah. |
| 118 11 | A.   -- document. |
| 118 12 | Q.   And -- and so -- so somebody had something |
| 118 13 | with them when you left that they could refer to to |
| 118 14 | remind them about what it was that Tim McNamara told |
| 118 15 | us? |
| 118 16 | A.   Yes. |

119:1 - 119:10   McNamara

| | |
|---|---|
| 119 1 | Q.   Okay.  We'll get to that in a minute. |
| 119 2 | All right.  In any event, so -- so this |
| 119 3 | is -- this is a hard copy of -- of your information. |
| 119 4 | It says "Aearo Company."  You've got E-A-R, AO Safety |
| 119 5 | and Peltor Communications.  Those are the different |
| 119 6 | divisions of Aearo? |
| 119 7 | A.   Correct. |
| 119 8 | Q.   And you -- as you have told us earlier, |
| 119 9 | you are selling safety devices, right? |
| 119 10 | A.   Correct. |

119:11 - 120:1   McNamara

| | | |
|---|---|---|
| 119 11 | Q.   That's your phone number here in | **Re: [119:11-120:1]** |
| 119 12 | Indianapolis? | **Def Obj** Relevance (401, 402); Privacy |
| 119 13 | A.   Yes. | |
| 119 14 | Q.   And then a Barrie, Canada number, an 800 | **OVERRULED** |
| 119 15 | number for the Canadians, right? | |
| 119 16 | A.   Yes. | |

| | |
|---|---|
| 119 17 | Q.   But you -- were you in Atlanta when you |
| 119 18 | were doing this, or do you know? |
| 119 19 | A.   No.  I was in -- I believe I was in |
| 119 20 | Virginia Beach. |
| 119 21 | Q.   Okay.  You -- you say that you've got |
| 119 22 | customer service, product folders, and price lists and |
| 119 23 | product training, and it's that last one you and I are |
| 119 24 | going to focus on for a second, okay? |
| 120 1 | A.   Okay. |

| | |
|---|---|
| 120:2 - 121:4 | McNamara |
| 120 2 | Q.   The next page actually says "product |
| 120 3 | training," and then we have two different products |
| 120 4 | mentioned there.  Under the first bullet -- bullet |
| 120 5 | point, Classic earplug and the Combat Arms, correct? |
| 120 6 | A.   Correct. |
| 120 7 | Q.   Be fair to say that the information in |
| 120 8 | your product training PowerPoint was information that |
| 120 9 | came from your corporate office? |
| 120 10 | A.   Correct. |
| 120 11 | Q.   All right.  Flip over to the page ending |
| 120 12 | in 008 that says "Product Training - EAR," and you'll |
| 120 13 | see the Combat Arms Earplug. |
| 120 14 | Do you see that? |
| 120 15 | A.   Yes. |
| 120 16 | Q.   Now, you point out to the -- to the |
| 120 17 | audience that this is a double-sided product, which it |
| 120 18 | is, right? |
| 120 19 | A.   Yes. |
| 120 20 | Q.   You have a picture of it there on the -- |
| 120 21 | on the camera or on the screen, right? |
| 120 22 | A.   Yes. |
| 120 23 | Q.   Flanges are not folded back, are they? |
| 120 24 | A.   They are not. |
| 121 1 | Q.   If you flip over, you'll see the next |
| 121 2 | page has a picture of the Combat Arms now in the ear, |
| 121 3 | doesn't it? |
| 121 4 | A.   Yes. |

| | | |
|---|---|---|
| 121:5 - 121:8   McNamara | **Re: [121:5-121:8]** | **OVERRULED** |
| 121 5      Q.   And -- and this is a -- an illustration | **Def Obj** 3M MIL No. 15; Relevance | |
| 121 6      that you used to train people about how to insert the | (401, 402); Prejudice (403) | |
| 121 7      Combat Arms Earplug? | | |
| 121 8      A.   Correct. | | |
| 121:9 - 121:11   McNamara | **Re: [121:9-121:11]** | **OVERRULED** |
| 121 9      Q.   And what you've got on this | **Def Obj** Foundation (602) | |
| 121 10     illustration -- this is -- this actually came out of | | |
| 121 11     the marketing department of your company, didn't it? | | |
| 121:13 - 121:13   McNamara | | |
| 121 13     BY THE WITNESS: | | |
| 121:14 - 121:18   McNamara | **Re: [121:14-121:18]** | **OVERRULED** |
| 121 14     A.   This was not.  I believe, if I remember, | **Def Obj** Foundation (602) | |
| 121 15     yeah, the -- it was -- I believe it came from CHPPM. | | |
| 121 16     There is CHPPM's name on it, but I don't know who -- | | |
| 121 17     Q.   Look at the next page. | | |
| 121 18     A.   I don't know who produced it. | | |
| 121:19 - 121:22   McNamara | | |
| 121 19     Q.   That's all right. | | |
| 121 20     Look at two pages later.  Do you see where | | |
| 121 21     it says "Combat Arms Earplug," "E-A-R" at the top? | | |
| 121 22     A.   Yes. | | |
| 121:23 - 122:1   McNamara | **Re: [121:23-122:1]** | **OVERRULED** |
| 121 23     Q.   That's an identical illustration, isn't | **Def Obj** Misstates (611, 403) | |
| 121 24     it? | | |
| 122 1      A.   Yes. | | |
| 122:12 - 122:17   McNamara | | |
| 122 12     Q.   And the words at the top next to the two | | |
| 122 13     ears with the "insert yellow" and "insert olive drab," | | |
| 122 14     those words are identical on both slides, aren't they? | | |
| 122 15     A.   Yes. | | |
| 122 16     Q.   All right.  So let's stay on the one that | | |
| 122 17     has CHPPM at the bottom for a second. | | |
| 122:18 - 122:20   McNamara | **Re: [122:18-122:20]** | **OVERRULED** |
| 122 18     What you're -- what you're doing when you | **Def Obj** Misstates (611, 403); 3M MIL | |
| 122 19     are training the distributor is the proper way to | No. 15 | |
| 122 20     insert the Combat Arms Earplug, correct? | | |

| | | |
|---|---|---|
| 122:21 - 122:22   McNamara<br>  122 21        MS. ELIZABETH:  Objection; form.<br>  122 22        BY THE WITNESS: | | |
| 122:23 - 122:23   McNamara<br>  122 23        A.   Yes. | **Re: [122:23-122:23]**<br>**Def Obj** Misstates (611, 403); 3M MIL<br>No. 15 | **OVERRULED** |
| 122:24 - 123:1   McNamara<br>  122 24        BY MR. TRACEY:<br>  123 1        Q.   And what you tell them when you train them | | |
| 123:1 - 123:16   McNamara<br>  123 1        Q.   And what you tell them when you train them<br>  123 2        is -- is you use the words on this page:  "Insert<br>  123 3        yellow plugs for weapons fire in dismounted mode,"<br>  123 4        true?<br>  123 5        A.   Correct.<br>  123 6        Q.   And then you say:  "Insert olive drab<br>  123 7        plugs for steady state noise in and around aircraft<br>  123 8        and noisy vehicles and watercraft," right?<br>  123 9        A.   Correct.<br>  123 10       Q.    There is not one word on this slide about<br>  123 11       folding back the flanges to get an NRR of 22, is<br>  123 12       there?<br>  123 13       A.   No.<br>  123 14       Q.   Not one word about folding back the<br>  123 15       flanges under any conditions, is there?<br>  123 16       A.   No. | **Re: [123:1-123:16]**<br>**Def Obj** 3M MIL No. 15 | **OVERRULED** |
| 123:17 - 123:23   McNamara<br>  123 17       Q.   Flip over to the -- to the slide with your<br>  123 18       company logo on it.<br>  123 19       Is there -- by the way, do you know why<br>  123 20       you have two -- two illustrations, one with CHPPM at<br>  123 21       the bottom and one with your company logo at the top<br>  123 22       that are identical?<br>  123 23       A.   I don't. | | |
| 123:24 - 124:5   McNamara<br>  123 24       Q.   Okay.  There is nothing on this slide<br>  124 1        about folding back the flanges so that you get the<br>  124 2        results that we got when we tested the product?<br>  124 3        MS. ELIZABETH:  Objection; form. | **Re: [123:24-124:5]**<br>**Def Obj** Foundation (602);<br>Argumentative (611, 403) | **OVERRULED** |

McNamara                                                                                                                          38

| | | |
|---|---|---|
| 124 4    BY THE WITNESS: | | |
| 124 5        A.   Correct. | | |
| 124:6 - 124:6   McNamara | | |
| 124 6        BY MR. TRACEY: | | |
| 124:7 - 124:15   McNamara | Re: [124:7-124:15] | OVERRULED |
| 124 7        Q.   Now, you do tell them on this packet -- on | Def Obj 3M MIL No. 15; Relevance | |
| 124 8        this presentation, when you are training people about | (401, 402); Prejudice (403) | |
| 124 9        the proper use of the product, that the olive drab end | | |
| 124 10       gives an NRR of 22 decibels, don't you? | | |
| 124 11       A.   Yes. | | |
| 124 12       Q.   What you don't tell them, what you don't | | |
| 124 13       reveal to them, is how your company got that NRR, | | |
| 124 14       right? | | |
| 124 15       A.   Correct. | | |
| 125:3 - 125:4   McNamara | Re: [125:3-125:4] | OVERRULED |
| 125 3        Q.   Do you feel like not disclosing how you | Def Obj Foundation (602); Relevance | |
| 125 4        got the 22 is honest? | (401, 402); Vague; Argumentative (611, 403) | |
| 125:7 - 125:10   McNamara | Re: [125:7-125:10] | OVERRULED |
| 125 7        A.   Yes. | Def Obj Foundation (602); Relevance | |
| 125 8        BY MR. TRACEY: | (401, 402); Vague; Argumentative (611, 403) | |
| 125 9        Q.   You do. | | |
| 125 10       What is it about it that's honest? | | |
| 125:13 - 125:13   McNamara | Re: [125:13-125:13] | OVERRULED |
| 125 13       A.   It's a published noise reduction rating. | Def Obj Foundation (602); Relevance (401, 402); Vague; Argumentative (611, 403) | |
| 125:14 - 125:14   McNamara | | |
| 125 14       BY MR. TRACEY: | | |
| 125:15 - 126:3   McNamara | Re: [125:15-126:3] | OVERRULED |
| 125 15       Q.   Okay.  Published where? | Def Obj Foundation (602); Relevance | |
| 125 16       A.   From the -- that meets ANSI standards. | (401, 402) | |
| 125 17       Q.   Hmm.  Did you know, did Elliott Berger | | |
| 125 18       submit the testing that was done to peer review? | | |
| 125 19       A.   I don't know. | | |
| 125 20       Q.   Have you ever seen the tests published in | | |
| 125 21       the peer-reviewed literature? | | |
| 125 22       A.   I have not. | | |
| 125 23       Q.   Have you ever seen anywhere in anything in | | |

| | | |
|---|---|---|
| 125 24    the world where Elliott Berger and Ron Kieper revealed<br>126 1    that the way they got the 22 was by folding back the<br>126 2    flanges?<br>126 3    A.  No. | | |
| 126:4 - 126:6  McNamara<br>126 4    Q.  And so your testimony here in this case<br>126 5    when you look the jury in the eye is that concealing<br>126 6    how you got the 22 is honest behavior? | **Re: [126:4-126:6]**<br>**Def Obj** Argumentative; Misstates<br>(611, 403); Foundation (602) | **OVERRULED** |
| 126:9 - 126:10  McNamara<br>126 9    A.  It is the noise reduction rating of 22<br>126 10    that I go by. | **Re: [126:9-126:10]**<br>**Def Obj** Argumentative; Misstates<br>(611, 403); Foundation (602) | **OVERRULED** |
| 126:11 - 126:11  McNamara<br>126 11    BY MR. TRACEY: | | |
| 126:12 - 126:13  McNamara<br>126 12    Q.  No matter how you got it, how you got the<br>126 13    22 is not relative to McNamara? | **Re: [126:12-126:13]**<br>**Def Obj** Argumentative; Misstates;<br>Compound (611, 403); Foundation<br>(602) | **OVERRULED** |
| 126:16 - 126:16  McNamara<br>126 16    A.  No. | **Re: [126:16-126:16]**<br>**Def Obj** Argumentative; Misstates;<br>Compound (611, 403); Foundation<br>(602) | **OVERRULED** |
| 126:17 - 126:17  McNamara<br>126 17    BY MR. TRACEY: | | |
| 126:18 - 126:19  McNamara<br>126 18    Q.  Do you think it's relevant to the people<br>126 19    using the plug how you got the 22? | **Re: [126:18-126:19]**<br>**Def Obj** Foundation (602); 701 | **OVERRULED** |
| 126:22 - 126:22  McNamara<br>126 22    A.  No. | **Re: [126:22-126:22]**<br>**Def Obj** Foundation (602); 701 | **OVERRULED** |
| 126:23 - 126:23  McNamara<br>126 23    BY MR. TRACEY: | | |
| 126:24 - 127:3  McNamara<br>126 24    Q.  No.<br>127 1    It could be a 2, it could be a 10, it<br>127 2    could be a 50, doesn't make any difference to the end<br>127 3    user? | **Re: [126:24-127:3]**<br>**Def Obj** Foundation (602); Vague (611,<br>403); 701 | **OVERRULED** |
| 127:6 - 127:6  McNamara<br>127 6    A.  No. | **Re: [127:6-127:6]**<br>**Def Obj** Foundation (602); Vague (611,<br>403); 701 | **OVERRULED** |

McNamara                                                                                                    40

| | | |
|---|---|---|
| 127:7 - 127:7   McNamara | | |
| 127 7        BY MR. TRACEY: | | |
| 127:8 - 127:10   McNamara | **Re: [127:8-127:10]** | **SUSTAINED** |
| 127 8        Q.   When you read the -- when you heard about | **Def Obj** Foundation (602); | |
| 127 9        the US Attorney's investigation, did it look like they | Argumentative (611, 403) | |
| 127 10        cared about it? | | |
| 127:13 - 127:16   McNamara | **Re: [127:13-127:16]** | **SUSTAINED** |
| 127 13        A.   I don't know. | **Def Obj** Foundation (602); | |
| 127 14        BY MR. TRACEY: | Argumentative (611, 403) | |
| 127 15        Q.   Can you understand how my clients might be | | |
| 127 16        angered by that kind of response? | | |
| 127:19 - 127:19   McNamara | **Re: [127:19-127:19]** | **SUSTAINED** |
| 127 19        A.   No. | **Def Obj** Foundation (602); | |
| | Argumentative (611, 403) | |
| 127:20 - 127:20   McNamara | | |
| 127 20        BY MR. TRACEY: | | |
| 127:21 - 127:22   McNamara | **Re: [127:21-127:22]** | **SUSTAINED** |
| 127 21        Q.   You can't, you can't understand why people | **Def Obj** Foundation (602); | |
| 127 22        would be angered by that kind of response? | Argumentative; Asked (611, 403) | |
| 127:24 - 128:1   McNamara | **Re: [127:24-128:1]** | **SUSTAINED** |
| 127 24        BY THE WITNESS: | **Def Obj** Foundation (602); | |
| 128 1        A.   I don't know. | Argumentative; Asked (611, 403) | |
| 131:18 - 131:19   McNamara | | |
| 131 18        Flip over to Page 28 of your presentation | | |
| 131 19        or subpoenaed documents. | | |
| 132:1 - 133:4   McNamara | | |
| 132 1        THE WITNESS:  Okay.  There it goes.  I've got | | |
| 132 2        it.  I've got it.  I've got it.  Holy smokes. | | |
| 132 3        BY MR. TRACEY: | | |
| 132 4        Q.   What are we looking at? | | |
| 132 5        A.   A picture of the single -- one pair of the | | |
| 132 6        Combat Arms Earplugs in a -- with a case. | | |
| 132 7        Q.   Okay.  That's your company that you work | | |
| 132 8        for, that's EAR, right, E-A-R? | | |
| 132 9        A.   Yes. | | |
| 132 10        Q.   A division of Aearo? | | |
| 132 11        A.   It is. | | |
| 132 12        Q.   Right? | | |
| 132 13        A.   Yes. | | |

McNamara                                                                                                                41

| | | |
|---|---|---|
| 132 14    Q.   Okay.  That -- that -- this package says:<br>132 15    "Green end constant protection against constant noise,<br>132 16    NRR of 22," doesn't it?<br>132 17    A.   Yes.<br>132 18    Q.   Flip over to the next page.  This is a<br>132 19    blister pack, right?<br>132 20    A.   It is.<br>132 21    Q.   At some point you-all started selling the<br>132 22    product in these blister packs, right?<br>132 23    A.   Yes.<br>132 24    Q.   And on this document, this says -- it<br>133 1    says:  "The blister pack includes one pair of<br>133 2    dual-ended Combat Arms Earplugs, a carrying case and<br>133 3    an instruction guide," right?<br>133 4    A.   It does. | | |
| 133:5 - 133:8   McNamara<br>133 5    Q.   If you flip over to the next page, we see<br>133 6    a -- a soldier with a helmet and a -- actually, those<br>133 7    are Version 3 earplugs, aren't they?<br>133 8    A.   Yes. | **Re: [133:5-133:8]**<br>**Def Obj** Relevance (401, 402) | **SUSTAINED** |
| 133:9 - 133:12   McNamara<br>133 9    Q.   So let's flip over to the next page ending<br>133 10    in 31 because then we are back to the Version 2,<br>133 11    aren't we?<br>133 12    A.   We are. | | |
| 133:13 - 133:15   McNamara<br>133 13    Q.   And that soldier has the yellow end, which<br>133 14    means he is being protected ostensibly against impulse<br>133 15    noise, right? | **Re: [133:13-133:15]**<br>**Def Obj** Foundation (602); Misstates<br>(611, 403) | **OVERRULED** |
| 133:18 - 133:18   McNamara<br>133 18    A.   It appears to be, yes. | **Re: [133:18-133:18]**<br>**Def Obj** Foundation (602); Misstates<br>(611, 403) | **OVERRULED** |
| 133:19 - 133:19   McNamara<br>133 19    BY MR. TRACEY: | | |
| 133:20 - 133:21   McNamara<br>133 20    Q.   Is that soldier properly fitted with the<br>133 21    Combat Arms Earplug in that picture? | **Re: [133:20-133:21]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 133:24 - 134:4   McNamara<br>133 24    A.   I believe so. | **Re: [133:24-134:4]**<br>**Def Obj** Foundation (602) | **OVERRULED** |

McNamara

134 1    BY MR. TRACEY:
134 2    Q.   That's the way you would have told a
134 3    soldier to insert the Combat Arms Earplug?
134 4    A.   Yes.

135:15 - 137:4   McNamara

135 15   Q.   Okay.  So -- so how would you know?  If
135 16   you were doing this and you were training and you were
135 17   teaching, what would you be telling this soldier or
135 18   his commander about the proper way to fit this plug?
135 19   A.   Well, I mean, you -- you bring the ear --
135 20   ear up to open the pinna, and then you insert the plug
135 21   as -- as -- as -- as deep as you can.  But you don't
135 22   want to hurt them.
135 23   Q.   Okay.
135 24   A.   And then check the seal to make sure that
136 1    it does not come out.
136 2    Q.   Okay.
136 3    A.   Just tug -- you know, tug it just very
136 4    little, and -- and that should be the -- the -- it
136 5    should be seated properly.
136 6    Q.   Okay.  You didn't mention folding back the
136 7    flanges, right?
136 8    A.   No.
136 9    Q.   Because that -- you weren't taught to
136 10   mention that, right?
136 11   A.   No.
136 12   Q.   Okay.  And so when you were doing the
136 13   training, there would be no discussion, as you've told
136 14   us earlier, about folding back the flanges to get a
136 15   proper seal, right?
136 16   A.   Correct.
136 17   Q.   Yeah.
136 18   And so since you weren't told that you --
136 19   you weren't taught it, you didn't teach it yourself?
136 20   A.   Correct.
136 21   Q.   And so when you were teaching it, you
136 22   would have told this soldier in this picture to do it
136 23   exactly the way you just described it?
136 24   A.   Yes.

Re: [135:15-137:4]
**Def Obj** Foundation (602); Misstates
(611, 403); Prejudice (403); 701; 3M
MIL No. 15

**OVERRULED**

| | | |
|---|---|---|
| 137 1   Q.   Yes.  And tell me again how we know if | | |
| 137 2   it's seated properly? | | |
| 137 3   A.   You insert it as -- as far as you can | | |
| 137 4   until there is discomfort. | | |
| 137:5 - 137:6   McNamara | Re: [137:5-137:6] | OVERRULED |
| 137 5   Q.   Okay.  And that should work, right, it | Def Obj Vague; Argumentative (611, | |
| 137 6   should protect them? | 403); Foundation (602); 3M MIL No. | |
| | 15 | |
| 137:9 - 137:9   McNamara | Re: [137:9-137:9] | OVERRULED |
| 137 9   A.   Yes. | Def Obj Vague; Argumentative (611, | |
| | 403); Foundation (602); 3M MIL No. | |
| | 15 | |
| 138:9 - 138:9   McNamara | Re: [138:9-138:9] | OVERRULED |
| 138 9   A.   I don't remember seeing it. | Def Obj Foundation (602); | |
| | Argumentative (611, 403); No question | |
| 138:22 - 139:2   McNamara | Re: [138:22-139:2] | OVERRULED |
| 138 22   You yourself have never seen a company | Def Obj Foundation (602) | |
| 138 23   document or -- or brochure, sales sheet, where they | | |
| 138 24   illustrated the Combat Arms Version 2 with the flanges | | |
| 139 1   folded back? | | |
| 139 2   A.   Not that I can remember. | | |
| 139:3 - 139:4   McNamara | Re: [139:3-139:4] | OVERRULED |
| 139 3   Q.   And that would be consistent with how | Def Obj Misstates (611, 403); 3M MIL | |
| 139 4   you were trained, which was not to fold them back? | No. 15 | |
| 139:7 - 139:7   McNamara | Re: [139:7-139:7] | OVERRULED |
| 139 7   A.   I believe so. | Def Obj Misstates (611, 403); 3M MIL | |
| | No. 15 | |
| 139:15 - 139:15   McNamara | | |
| 139 15   BY MR. TRACEY: | | |
| 139:16 - 139:24   McNamara | Re: [139:16-139:24] | SUSTAINED |
| 139 16   Q.   And -- and do you agree with me that when | Def Obj Foundation (602); Misstates | |
| 139 17   you are doing the teaching, when you are out there and | (611, 403); 3M MIL No. 15 | |
| 139 18   you are teaching these soldiers and these -- and these | | |
| 139 19   managers and these base commanders and these | | |
| 139 20   distributors that you've told me about, that -- that | | |
| 139 21   nothing is better than an illustration, is it? | | |
| 139 22   MS. ELIZABETH:  Objection; form, foundation. | | |
| 139 23   BY THE WITNESS: | | |
| 139 24   A.   I don't know. | | |

139:25 - 140:8   McNamara

| | |
|---|---|
| 140 1 | BY MR. TRACEY: |
| 140 2 | Q.   Well, you used illustrations, didn't you? |
| 140 3 | A.   Yes. |
| 140 4 | Q.   We've looked at them? |
| 140 5 | A.   Yes. |
| 140 6 | Q.   Your company used them to sell the |
| 140 7 | product, didn't they? |
| 140 8 | A.   It was an aid, yes. |

141:11 - 141:19   McNamara

| | | | |
|---|---|---|---|
| 141 11 | Q.   Are you trying to help 3M in this case | **Re: [141:11-141:19]** | **SUSTAINED** |
| 141 12 | today? | **Pltf Obj** improper counter designation | |
| 141 13 | MS. ELIZABETH:  Objection; form. | per PTO 64 | |
| 141 14 | BY THE WITNESS: | | |
| 141 15 | A.   I have -- I have no -- no. | | |
| 141 16 | BY MR. TRACEY: | | |
| 141 17 | Q.   It feels like you are trying to help them | | |
| 141 18 | to me.  You're not? | | |
| 141 19 | A.   No. | | |

144:1 - 144:3   McNamara

| | | | |
|---|---|---|---|
| 144 1 | Q.   You don't work for 3M or Aearo and haven't | **Re: [144:1-144:3]** | **SUSTAINED** |
| 144 2 | in over a decade, have you? | **Pltf Obj** improper counter designation | |
| 144 3 | A.   I have not. | per PTO 64 | |

144:22 - 145:24   McNamara

| | |
|---|---|
| 144 22 | Q.   Okay.  Flip over to Page 34, please, sir. |
| 144 23 | What is this document?  Is this a sell |
| 144 24 | sheet? |
| 145 1 | A.   Yes.  It's a piece of literature, yes. |
| 145 2 | Q.   So -- but is this -- is there a technical |
| 145 3 | term for this, like a sell sheet? |
| 145 4 | A.   I believe so. |
| 145 5 | Q.   Yeah, okay. |
| 145 6 | So I've seen this called a sell sheet, so |
| 145 7 | if I use that term, you are familiar with it? |
| 145 8 | A.   Yes. |
| 145 9 | Q.   And -- and in big bold letters at the top, |
| 145 10 | all boxed, it says:  "Reading this could save your |
| 145 11 | life," doesn't it? |
| 145 12 | A.   Yes. |

| | | |
|---|---|---|
| 145 13   Q.   And this was given to the base commanders | | |
| 145 14   and end users, wasn't it? | | |
| 145 15   A.   I don't remember. | | |
| 145 16   Q.   Well, what did you use sell sheets for? | | |
| 145 17   A.   To support the product -- the sales | | |
| 145 18   process. | | |
| 145 19   Q.   Okay. | | |
| 145 20   A.   I don't remember if this was the exact | | |
| 145 21   one. | | |
| 145 22   Q.   Well, it certainly is one of them, isn't | | |
| 145 23   it? | | |
| 145 24   A.   It is. | | |
| 146:15 - 146:18   McNamara | | |
| 146 15   BY MR. TRACEY: | | |
| 146 16   Q.   And we've got a picture of a soldier up | | |
| 146 17   top.  It says "Combat Arms Earplugs," right? | | |
| 146 18   A.   Correct. | | |
| 146:19 - 146:22   McNamara | **Re: [146:19-146:22]**<br>**Def Obj** Foundation (602); Misstates;<br>Argumentative (611, 403) | **OVERRULED** |
| 146 19   Q.   And what you're explaining is that this is | | |
| 146 20   a very serious document that needs -- that could have | | |
| 146 21   lifesaving implications, that's what you tell the end | | |
| 146 22   user, don't you? | | |
| 147:1 - 147:1   McNamara | **Re: [147:1-147:1]**<br>**Def Obj** Foundation (602); Misstates;<br>Argumentative (611, 403) | **OVERRULED** |
| 147 1   A.   Yes. | | |
| 147:2 - 147:2   McNamara | | |
| 147 2   BY MR. TRACEY: | | |
| 147:3 - 147:4   McNamara | **Re: [147:3-147:4]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 147 3   Q.   And that is designed to get the attention | | |
| 147 4   of the combat soldier, isn't it? | | |
| 147:7 - 147:7   McNamara | **Re: [147:7-147:7]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 147 7   A.   I believe so. | | |
| 147:8 - 147:8   McNamara | | |
| 147 8   BY MR. TRACEY: | | |
| 147:9 - 148:9   McNamara | **Re: [147:9-148:9]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 147 9   Q.   Yeah. | | |
| 147 10   After you tell them, whoever is looking at | | |
| 147 11   this, that "Reading this could save your life," there | | |
| 147 12   is then a couple of paragraphs, isn't there? | | |

| | | |
|---|---|---|
| 147 13    A.   Yes. | | |
| 147 14    Q.   You tell them this is:  "More than a | | |
| 147 15    hearing protector.  The Combat Arms Earplugs not only | | |
| 147 16    provide hearing protection, they help provide | | |
| 147 17    situational awareness by protecting against concussive | | |
| 147 18    disorientation effects with impulse noise (weapons | | |
| 147 19    fire, improvised explosive devices, et cetera)." | | |
| 147 20    Those are the claims that you make after | | |
| 147 21    you tell them that reading this could save their life. | | |
| 147 22    True? | | |
| 147 23    A.   Yes. | | |
| 147 24    Q.   You go on to say that: | | |
| 148 1    "The patented Hear-Through design allows | | |
| 148 2    wearers to hear low-level sounds critical to mission | | |
| 148 3    safety - conversation, footsteps, rifle bolts, | | |
| 148 4    approaching enemies.  When needed, the plug-in filter | | |
| 148 5    reacts to provide instant protection from high-level | | |
| 148 6    noises.  It's that easy.  It's that quick." | | |
| 148 7    That's what you tell them after you tell | | |
| 148 8    them that reading this could save their lives? | | |
| 148 9    A.   That's what it says, yes. | | |
| 148:10 - 148:12    McNamara | Re: [148:10-148:12] | OVERRULED |
| 148 10    Q.   The implication, Mr. McNamara, is this is | Def Obj Foundation (602); Misstates; | |
| 148 11    a serious device, a serious protective device that | Argumentative (611, 403) | |
| 148 12    could have lifesaving implications? | | |
| 148:15 - 148:16    McNamara | Re: [148:15-148:16] | OVERRULED |
| 148 15    Q.   Right? | Def Obj Foundation (602); Misstates; | |
| 148 16    A.   It is. | Argumentative (611, 403) | |
| 148:17 - 148:24    McNamara | Re: [148:17-148:24] | OVERRULED |
| 148 17    Q.   And then -- and then you have another | Def Obj Foundation (602) | |
| 148 18    illustration at the bottom, don't you:  "Dual-ended | | |
| 148 19    design meets critical protection needs."  And we have | | |
| 148 20    another illustration of the plug in the ear, right? | | |
| 148 21    A.   Yes. | | |
| 148 22    Q.   And is this the proper insertion technique | | |
| 148 23    for the Combat Arms Earplug or insertion that we see | | |
| 148 24    on the screen? | | |
| 149:3 - 149:6    McNamara | Re: [149:3-149:6] | OVERRULED |
| 149 3    A.   It appears so. | Def Obj Foundation (602) | |

| | | |
|---|---|---|
| 149 4    BY MR. TRACEY:<br>149 5    Q.   Okay.  It's got the green end and the<br>149 6    yellow end both inserted the exact same way, right? | | |
| 149:9 - 149:9   McNamara<br>149 9    A.   Yes. | Re: [149:9-149:9]<br>Def Obj Foundation (602) | OVERRULED |
| 149:10 - 149:10   McNamara<br>149 10    BY MR. TRACEY: | | |
| 149:11 - 149:14   McNamara<br>149 11    Q.   That is what you are disclosing to the<br>149 12    world, to the combat soldier whose life may depend on<br>149 13    this, is the proper way to insert this plug when they<br>149 14    are using the yellow or the green end? | Re: [149:11-149:14]<br>Def Obj Foundation (602); Misstates;<br>Compound; Argumentative (611, 403) | OVERRULED |
| 149:17 - 149:17   McNamara<br>149 17    A.   Yes. | Re: [149:17-149:17]<br>Def Obj Foundation (602); Misstates;<br>Compound; Argumentative (611, 403) | OVERRULED |
| 149:18 - 149:18   McNamara<br>149 18    BY MR. TRACEY: | | |
| 149:19 - 149:22   McNamara<br>149 19    Q.   There is no disclosure on this document<br>149 20    that in truth and in fact your company tested the<br>149 21    green end and the yellow end in different ways, is<br>149 22    there? | Re: [149:19-149:22]<br>Def Obj Foundation (602); Misstates;<br>Compound; Argumentative (611, 403) | SUSTAINED as to "in truth and in fact."<br><br>OVERRULED in all other respects. |
| 150:1 - 150:1   McNamara<br>150 1    A.   No. | Re: [150:1-150:1]<br>Def Obj Foundation (602); Misstates;<br>Compound; Argumentative (611, 403) | OVERRULED |
| 152:17 - 152:23   McNamara<br>152 17    Q.   Do you understand how noise reduction<br>152 18    ratings work?<br>152 19    A.   Basically.<br>152 20    Q.   Do you understand it to be a scientific<br>152 21    fact that an NRR of 11 is actually protective -- that<br>152 22    has 90 percent less protection than when you have a<br>152 23    NRR of 22? | Re: [152:17-152:23]<br>Def Obj Foundation (602);<br>Argumentative (611, 403) | OVERRULED |
| 153:2 - 153:6   McNamara<br>153 2    A.   Based on 11 and 22, yes.<br>153 3    BY MR. TRACEY:<br>153 4    Q.   Yeah.  So if you're claiming that the<br>153 5    product has an NRR of 22 and it actually has an NRR of<br>153 6    11, that's 10 percent of the actual protection? | Re: [153:2-153:6]<br>Def Obj Foundation (602) | OVERRULED |

| | | |
|---|---|---|
| 153:9 - 153:21   McNamara | **Re: [153:9-153:21]** | **OVERRULED** |
| 153 9    A.   That is in a steady state noise, yes. | **Def Obj** Foundation (602); | |
| 153 10    BY MR. TRACEY: | Argumentative; Misstates (611, 403) | |
| 153 11    Q.   Yes, yes. | | |
| 153 12    Impulse noise is a different animal, isn't | | |
| 153 13    it? | | |
| 153 14    A.   Yes, it is. | | |
| 153 15    Q.   Yeah. | | |
| 153 16    So you -- as I understand your testimony | | |
| 153 17    today, you don't believe the combat soldier is | | |
| 153 18    entitled to know that the way you tested the product | | |
| 153 19    is different than the way you are telling -- and got | | |
| 153 20    the 22 is different than the way you are telling them | | |
| 153 21    to use the product in the field? | | |
| 153:24 - 154:1   McNamara | **Re: [153:24-154:1]** | **OVERRULED** |
| 153 24    Q.   Right? | **Def Obj** Foundation (602) | |
| 154 1    A.   I don't believe so. | | |
| 154:2 - 154:5   McNamara | **Re: [154:2-154:5]** | **OVERRULED** |
| 154 2    Q.   Okay.  So you don't believe the combat | **Def Obj** Misstates; Argumentative | |
| 154 3    soldier is entitled to know that in truth and in fact | (611, 403); Foundation (602) | |
| 154 4    he is getting 90 percent less protection than you-all | | |
| 154 5    got the way you tested it? | | |
| 154:9 - 154:9   McNamara | **Re: [154:9-154:9]** | **OVERRULED** |
| 154 9    A.   In a steady state form? | **Def Obj** Misstates; Argumentative | |
| | (611, 403); Foundation (602) | |
| 154:10 - 154:10   McNamara | | |
| 154 10    BY MR. TRACEY: | | |
| 154:11 - 154:18   McNamara | **Re: [154:11-154:18]** | **SUSTAINED** |
| 154 11    Q.   Yes. | **Def Obj** Misstates; Argumentative | |
| 154 12    A.   Yes. | (611, 403); Foundation (602) | |
| 154 13    Q.   Okay.  So let me say it again. | | |
| 154 14    You don't believe that the combat soldier | | |
| 154 15    is entitled to know that in truth and in fact he has | | |
| 154 16    90 percent less -- protection than represented by you | | |
| 154 17    because it was -- it was tested differently than you | | |
| 154 18    are telling him to use it? | | |
| 154:21 - 154:22   McNamara | **Re: [154:21-154:22]** | **SUSTAINED** |
| 154 21    Q.   Right? | **Def Obj** Misstates; Argumentative | |
| 154 22    A.   In my opinion, yes. | (611, 403); Foundation (602) | |

| | | |
|---|---|---|
| 156:17 - 156:22   McNamara<br>156 17  Q.   Yeah.  So my question is this:  You have<br>156 18  testified over and over and over again today that the<br>156 19  combat soldier is not entitled to know that in truth<br>156 20  and in fact the way your company got a 22 was by<br>156 21  folding the flanges back, right?<br>156 22  A.   Yes. | **Re: [156:17-156:22]**<br>**Def Obj** Misstates; Argumentative<br>(611, 403); Foundation (602) | **SUSTAINED as to "over and over and over again."**<br><br>**OVERRULED in all other respects.** |
| 157:1 - 157:4   McNamara<br>157 1  Q.   So my question -- then the sort of logical<br>157 2  questions that flowed from that are the difference<br>157 3  between the 22 and 11 is a 90 percent reduction,<br>157 4  right?  We agreed on this, right? | **Re: [157:1-157:4]**<br>**Def Obj** Misstates; Argumentative<br>(611, 403); Foundation (602) | **OVERRULED** |
| 157:7 - 157:7   McNamara<br>157 7  A.   Basically, yes. | **Re: [157:7-157:7]**<br>**Def Obj** Misstates; Argumentative<br>(611, 403); Foundation (602) | **OVERRULED** |
| 157:8 - 157:8   McNamara<br>157 8  BY MR. TRACEY: | | |
| 157:9 - 157:13   McNamara<br>157 9  Q.   Yeah, basically.<br>157 10  And you told the jury, you looked the jury<br>157 11  in the eye, you are on the camera, you looked the jury<br>157 12  in the eye, and you said, Combat soldier is not<br>157 13  entitled to know those facts, right? | **Re: [157:9-157:13]**<br>**Def Obj** Foundation (602); Asked;<br>Argumentative (611, 403) | **SUSTAINED as to "you looked the jury in the eye, you are on the camera, you looked the jury in the eye, and you said"**<br><br>**OVERRULED in all other respects.** |
| 157:17 - 157:18   McNamara<br>157 17  A.   They're -- I mean, they're entitled to<br>157 18  know the effectiveness of the product. | **Re: [157:17-157:18]**<br>**Def Obj** Foundation (602); Asked;<br>Argumentative (611, 403) | **OVERRULED** |
| 157:19 - 157:19   McNamara<br>157 19  BY MR. TRACEY: | | |
| 157:20 - 157:20   McNamara<br>157 20  Q.   Okay.  They weren't told that, were they? | **Re: [157:20-157:20]**<br>**Def Obj** Foundation (602); Asked;<br>Vague; Argumentative (611, 403) | **OVERRULED** |
| 157:23 - 157:23   McNamara<br>157 23  A.   I don't know. | **Re: [157:23-157:23]**<br>**Def Obj** Foundation (602); Asked;<br>Vague; Argumentative (611, 403) | **OVERRULED** |
| 169:11 - 169:13   McNamara<br>169 11  Q.   Is there anything in your opinion about<br>169 12  your product -- anything negative about a product<br>169 13  that -- that shouldn't be concealed from the Army? | **Re: [169:11-169:13]**<br>**Def Obj** Misstates; Argumentative<br>(611, 403); Foundation (602) | **SUSTAINED** |

McNamara

| | | |
|---|---|---|
| 169:17 - 169:17   McNamara | **Re: [169:17-169:17]** | **SUSTAINED** |
| 169 17      A.   I don't know. | **Def Obj** Misstates; Argumentative (611, 403); Foundation (602) | |
| 169:18 - 169:18   McNamara | | |
| 169 18      BY MR. TRACEY: | | |
| 169:19 - 169:20   McNamara | **Re: [169:19-169:20]** | **SUSTAINED** |
| 169 19      Q.   Pardon me? | **Def Obj** Foundation (602) | |
| 169 20      A.   I don't know. | | |
| 169:21 - 170:2   McNamara | **Re: [169:21-170:2]** | **SUSTAINED** |
| 169 21      Q.   Can you think of anything that just sort | **Def Obj** Foundation (602); Compound; Misstates; Argumentative (611, 403) | |
| 169 22      of pops into your mind -- as somebody who sold hearing | | |
| 169 23      protection products for 38 years, can you think of | | |
| 169 24      anything that is a negative on the product that you | | |
| 170 1      believe it would be unethical to conceal from the end | | |
| 170 2      user? | | |
| 170:5 - 170:5   McNamara | **Re: [170:5-170:5]** | **SUSTAINED** |
| 170 5      A.   No. | **Def Obj** Foundation (602); Compound: Misstates; Argumentative (611, 403) | |
| 190:24 - 191:3   McNamara | | |
| 190 24      (WHEREUPON, a certain document was | | |
| 191 1      marked Timothy McNamara Deposition | | |
| 191 2      Exhibit No. 6, for identification, as | | |
| 191 3      of 03/11/2020.) | | |
| 191:9 - 191:24   McNamara | **Re: [191:9-191:24]** | **OVERRULED** |
| 191 9      Q.   Mr. McNamara, this is an e-mail from | **Def Obj** Foundation (602); Relevance (401, 402) | |
| 191 10      Elliott Berger to Brian Myers, dated May the 12th, | | |
| 191 11      2000, and the subject is, "REAT on the Combat Arms." | | |
| 191 12      Do you see that? | | |
| 191 13      A.   Yes. | | |
| 191 14      Q.   Have you seen this document before today? | | |
| 191 15      A.   No. | | |
| 191 16      Q.   It says:  "Here are the data on the | | |
| 191 17      UltraFit end of the Combat Arms.  Note the original | | |
| 191 18      study was stopped with eight subjects.  The second | | |
| 191 19      study was with folded-back flanges on the end sticking | | |
| 191 20      out of the ear.  Should I share this with Ohlin?  It | | |
| 191 21      looks like the existing product has problems unless | | |
| 191 22      the user instructions are revised." | | |

McNamara                                                                                                    51

| | | |
|---|---|---|
| 191 23   Did I read that correctly? | | |
| 191 24   A.   You did. | | |
| 191:25 - 192:1   McNamara | | |
| 192 1   Q.   Do you know, did you share the information | | |
| 192:1 - 192:2   McNamara | Re: [192:1-192:2] | OVERRULED |
| 192 1   Q.   Do you know, did you share the information | Def Obj Foundation (602); Compound | |
| 192 2   in this e-mail about the REAT testing with Doug Ohlin? | (611, 403); Relevance (401, 402) | |
| 192:5 - 192:5   McNamara | Re: [192:5-192:5] | OVERRULED |
| 192 5   A.   No. | Def Obj Foundation (602); Compound | |
| | (611, 403); Relevance (401, 402) | |
| 192:6 - 192:6   McNamara | | |
| 192 6   BY MR. TRACEY: | | |
| 192:7 - 192:9   McNamara | Re: [192:7-192:9] | SUSTAINED |
| 192 7   Q.   Did you know in May of 2000 that Elliott | Def Obj Foundation (602); Relevance | |
| 192 8   Berger believed that the Combat Arms Earplug had | (401, 402) | |
| 192 9   problems unless the user instructions were revised? | | |
| 192:11 - 193:1   McNamara | Re: [192:11-193:1] | OVERRULED |
| 192 11   BY THE WITNESS: | Def Obj Foundation (602); Relevance | |
| 192 12   A.   No. | (401, 402) | |
| 192 13   BY MR. TRACEY: | | |
| 192 14   Q.   Did anybody ever bring this to your | | |
| 192 15   attention in the ten years you were selling this | | |
| 192 16   product? | | |
| 192 17   A.   No. | | |
| 192 18   Q.   So as we sit here, this is the first time | | |
| 192 19   today that you're seeing this document? | | |
| 192 20   A.   Yes. | | |
| 192 21   Q.   This is the first time you're seeing | | |
| 192 22   Elliott Berger asking the question to Brian Myers | | |
| 192 23   about sharing the content of the flange report with | | |
| 192 24   Doug Ohlin? | | |
| 193 1   A.   Yes. | | |
| 193:2 - 193:4   McNamara | Re: [193:2-193:4] | OVERRULED |
| 193 2   Q.   And Mr. Ohlin* says:  "The existing product | Def Obj Foundation (602); Hearsay | |
| 193 3   has problems," doesn't he? | (801, 802) | *Should that be "Berger"? |
| 193 4   A.   It appears so. | | |
| 193:5 - 193:6   McNamara | Re: [193:5-193:6] | OVERRULED |
| 193 5   Q.   Do you know what the existing problems the | Def Obj Misstates; Vague; | |
| 193 6   product had? | | |

| | Argumentative (611, 403); Foundation (602) | |
|---|---|---|

**193:9 - 193:9   McNamara**

193 9    A.   No, not that I know of.

**195:1 - 195:5   McNamara**

195 1    (WHEREUPON, a certain document was
195 2    marked Timothy McNamara Deposition
195 3    Exhibit No. 7, for identification, as
195 4    of 03/11/2020.)
195 5    BY MR. TRACEY:

**195:6 - 195:12   McNamara**

195 6    Q.   Mr. McNamara, this next exhibit is
195 7    something called "Tim's Military Installation
195 8    Priorities."  It's Exhibit No. --
195 9    MR. OLIVO:  Seven?
195 10    BY MR. TRACEY:
195 11    Q.   -- 7.
195 12    Are you familiar with this document?

**195:15 - 196:10   McNamara**

195 15    A.   Yes.
195 16    BY MR. TRACEY:
195 17    Q.   This, to me, looks like -- well, on the
195 18    second page of it, at the top, it says, "Tim's
195 19    Military Installation Priorities."
195 20    Who created this document?
195 21    A.   I don't know.  I would have headed it
195 22    differently, but it's probably based on my future
195 23    plans for the next six months or something like that.
195 24    Q.   Okay.  And this -- this is -- this is --
196 1    this was created, I'm told -- is this an October 2008
196 2    creation date?  I've got October 2008 creation date,
196 3    according to the metadata.  It's 3 -- the Bates number
196 4    which I need to identify is 3M MDL 000553924.  If this
196 5    is from 2008, it looks like the dates begin in
196 6    July and end in November; is that right?
196 7    A.   Yes.
196 8    Q.   And we say -- on the left we see the
196 9    installation that you intend to visit?
196 10    A.   Yes.

196:20 - 199:16   McNamara

| | |
|---|---|
| 196 20 | Q.   And then we see the -- the installations, |
| 196 21 | we see Fort Bragg, Fort Benning, Fort Hood, Fort |
| 196 22 | Stewart, Fort Jackson, Fort Campbell, Fort Riley, Fort |
| 196 23 | Carson, Camp Lejeune, Fort Bragg, Fort Drum, Fort |
| 196 24 | Lewis, Camp Pendleton again, Twentynine Palms, |
| 197 1 | Schofield Barracks, Fort Irwin, Fort Belvoir, Langley |
| 197 2 | Air Force Base, Scott Air Force Base, Fort Leonard |
| 197 3 | Wood, Norfolk naval installations, and Fort Lee. |
| 197 4 | Did I read all of that right? |
| 197 5 | A.   Yes, you did. |
| 197 6 | Q.   And those are all installations that |
| 197 7 | according to this document you were going to hopefully |
| 197 8 | visit; is that right? |
| 197 9 | A.   Correct. |
| 197 10 | Q.   And is -- you -- it sounded like you did |
| 197 11 | not yourself create this document? |
| 197 12 | A.   I -- I may have to -- and gave it to my |
| 197 13 | boss, but, again, it sounds like my boss created it |
| 197 14 | because it says "Tim's."  I would have said -- |
| 197 15 | Q.   You wouldn't have referred to yourself in |
| 197 16 | the third person? |
| 197 17 | A.   No, no. |
| 197 18 | Q.   Okay.  And in 2008 would your boss have |
| 197 19 | been Marty Salon? |
| 197 20 | A.   No. |
| 197 21 | Q.   Who would it have been then? |
| 197 22 | A.   Frank Gavin. |
| 197 23 | Q.   Frank Gavin.  Okay. |
| 197 24 | And -- |
| 198 1 | A.   Excuse me.  Mike Cimino. |
| 198 2 | Q.   Mike Cimino.  Okay. |
| 198 3 | And on the target market -- do you see |
| 198 4 | that column? |
| 198 5 | A.   Yes. |
| 198 6 | Q.   Tell me what the target market is. |
| 198 7 | A.   Those are the divisions, like the 82nd |
| 198 8 | Airborne, you know, 1st Cav.  They are the -- they are |
| 198 9 | the installation -- each installation or base has a |

198 10    number of different groups to it.
198 11    Q.   Okay.
198 12    A.   So those were specific in those visits.
198 13    Q.   So, for example, if we take the first
198 14    entry, you were going to go to Fort Bragg on or around
198 15    July 8th through the 10th, you were going to -- the
198 16    target market was the 82nd Airborne, and then what's
198 17    SOF?
198 18    A.   Special --
198 19    Q.   Special Ops Forces?
198 20    A.   No.  I don't know.  I don't recall right
198 21    now.
198 22    Q.   Okay.  In any event, your target market
198 23    when you went to Fort Bragg, would it be the 82nd
198 24    Airborne and whatever SOF is?
199 1    A.   Yes, sir.  Yeah.
199 2    Q.   So those are the -- would those be the
199 3    management people or the commanders that you would
199 4    want to see?
199 5    A.   Yes.
199 6    Q.   Okay.  And then over to the right, it
199 7    says, "Actual date," and it says, "Complete," which
199 8    means I guess that you -- you did do that?
199 9    A.   Yes.
199 10    Q.   Okay.  And so do you know -- on the second
199 11    installation or target market dated 15 to 17 July, it
199 12    says:  "DCD & Building 4."
199 13    Do you know what that is?
199 14    A.   I don't remember.
199 15    Q.   In any event, that was at Fort Benning.
199 16    A.   Yes.
200:9 - 201:2  McNamara
200 9    Q.   Okay.  Okay.  Down under July -- and as
200 10    you said earlier, it looks like you literally are
200 11    traveling every week of the month, aren't you?
200 12    A.   Yes, I am.
200 13    Q.   And it looks like -- are those Tuesday to
200 14    Thursdays, Tuesday to Fridays?
200 15    A.   They varied Monday through Thursday.  Yes.

| | | |
|---|---|---|
| 200 16 | Generally, yes. | |
| 200 17 | Q.   You tried to be home on the weekend? | |
| 200 18 | A.   Yes. | |
| 200 19 | Q.   Okay.  So every week we see you traveling | |
| 200 20 | to different installations.  Now, I'm assuming, did | |
| 200 21 | you -- did you fly or drive or did it depend? | |
| 200 22 | A.   Flew. | |
| 200 23 | Q.   Flew.  Okay. | |
| 200 24 | You must have had a lot of frequent flier | |
| 201 1 | miles? | |
| 201 2 | A.   I did. | |
| **201:3 - 201:4**   McNamara | **Re: [201:3-201:4]** | **OVERRULED** |
| 201 3 | Q.   And when you -- did you fly to an airport | **Def Obj** Compound (611, 403); |
| 201 4 | and rent a car? | Relevance (401, 402) |
| **201:7 - 201:7**   McNamara | **Re: [201:7-201:7]** | **OVERRULED** |
| 201 7 | A.   Yes. | **Def Obj** Compound (611, 403); |
| | | Relevance (401, 402) |
| **201:8 - 201:8**   McNamara | | |
| 201 8 | BY MR. TRACEY: | |
| **201:9 - 201:11**   McNamara | **Re: [201:9-201:11]** | **OVERRULED** |
| 201 9 | Q.   Okay.  And then you would drive to the | **Def Obj** Relevance (401, 402) |
| 201 10 | barracks? | |
| 201 11 | A.   Yes. | |
| **201:12 - 202:4**   McNamara | | |
| 201 12 | Q.   And did you have, like, a suitcase or a | |
| 201 13 | bag full of materials that you would typically carry | |
| 201 14 | with you? | |
| 201 15 | A.   Yes. | |
| 201 16 | Q.   Tell me what would be in the suitcase or | |
| 201 17 | the bag?  What do we call what you carried them in? | |
| 201 18 | A.   Sample bag. | |
| 201 19 | Q.   A sample bag.  And that was provided by | |
| 201 20 | Aearo? | |
| 201 21 | A.   Yes. | |
| 201 22 | Q.   And what did it look like?  Was it a | |
| 201 23 | suitcase?  Was it a briefcase?  What did it look like? | |
| 201 24 | A.   It was roll -- a rollaway duffel bag. | |
| 202 1 | Q.   Okay. | |
| 202 2 | A.   What the military uses. | |

| | | |
|---|---|---|
| 202 3    Q.   Okay.  A military bag? | | |
| 202 4    A.   Yes. | | |
| **202:9 - 202:20   McNamara** | | |
| 202 9    Q.   Did you bring a laptop with you? | | |
| 202 10    A.   Yes. | | |
| 202 11    Q.   And did you bring, like, a screen to do | | |
| 202 12    presentations? | | |
| 202 13    A.   No. | | |
| 202 14    Q.   Well, how did -- when you did | | |
| 202 15    presentations, how did you do them?  Did they -- did | | |
| 202 16    they have classrooms there you could use? | | |
| 202 17    A.   No. | | |
| 202 18    Q.   What did you do? | | |
| 202 19    A.   They were one-on-one visits with the | | |
| 202 20    commanders. | | |
| **204:14 - 204:17   McNamara** | **Re: [204:14-204:17]** | **OVERRULED** |
| 204 14    Q.   Okay.  If you flip over to the next page, | **Def Obj** Foundation (602) | |
| 204 15    it's called, "Tim's Weekly Business Development | | |
| 204 16    Report." | | |
| 204 17    Do you know what that is? | | |
| **204:20 - 205:1   McNamara** | **Re: [204:20-205:1]** | **OVERRULED** |
| 204 20    A.   No, but, I mean, it's -- it's probably a | **Def Obj** Foundation (602) | |
| 204 21    conglomeration of what I discussed and any follow-ups | | |
| 204 22    and so forth. | | |
| 204 23    BY MR. TRACEY: | | |
| 204 24    Q.   And are those your notes there on the | | |
| 205 1    right-hand side of that, "Follow-up Actions"? | | |
| **205:3 - 205:4   McNamara** | **Re: [205:3-205:4]** | **OVERRULED** |
| 205 3    BY THE WITNESS: | **Def Obj** Foundation (602) | |
| 205 4    A.   They appear to be. | | |
| **205:23 - 206:6   McNamara** | | |
| 205 23    Q.   So, for example, on the week of July 7th, | | |
| 205 24    it looks like you went to Fort Bragg; is that | | |
| 206 1    accurate? | | |
| 206 2    A.   That's accurate. | | |
| 206 3    Q.   And while you were at Fort Bragg, you | | |
| 206 4    talked to the 7th group, two different people at the | | |
| 206 5    7th group, right? | | |
| 206 6    A.   Yes. | | |

McNamara                                                                                                     57

207:13 - 207:22   McNamara

| 207 13 | Q.   So you met with one, two, three, four, |
| 207 14 | five, six, seven, eight, nine -- about ten different |
| 207 15 | people? |
| 207 16 | A.   Yes. |
| 207 17 | Q.   And -- and when you had these meetings |
| 207 18 | with these ten different people all at Fort Bragg, |
| 207 19 | would you use your -- your rollaway duffel bag?  Is |
| 207 20 | that where you would access the information that you |
| 207 21 | wanted to communicate to them? |
| 207 22 | A.   Yes. |

208:5 - 208:10   McNamara

| 208 5 | Q.   Okay.  And then -- I apologize.  These |
| 208 6 | aren't numbered, but I didn't want to add numbers to |
| 208 7 | them.  If you flip over to the one, two, third, fourth |
| 208 8 | page unnumbered, you'll see it says "Fort Carson" on |
| 208 9 | it right below "Fort Campbell"? |
| 208 10 | A.   Yes. |

210:16 - 210:23   McNamara

| 210 16 | Q.   In any event, you see -- well, let's look |
| 210 17 | on the screen so we are all looking at the same thing. |
| 210 18 | A.   Okay. |
| 210 19 | Q.   So it says:  "Fort Carson, Range Control, |
| 210 20 | Dan Benford," and then under the What Was Discussed, |
| 210 21 | it says:  "PC plus, ACH, EVP and then CAE," which is |
| 210 22 | Combat Arms Earplug, right? |
| 210 23 | A.   Yeah, I believe so. |

211:19 - 212:1   McNamara

| 211 19 | Q.   Okay.  All right.  As we continue to |
| 211 20 | scroll down, still at Fort Carson, you'll see at the |
| 211 21 | bottom you met with Michael Tyler at the audiology |
| 211 22 | clinic.  Do you see that?  That and the discuss -- you |
| 211 23 | discuss your Combat Arms Earplug? |
| 211 24 | A.   Yes.  Yes. |
| 212 1 | Q.   And over in your notes, it says:  "He was |

| 212:1 - 212:7   McNamara | Re: [212:1-212:7] | **OVERRULED** |
|---|---|---|
| 212 1 — Q.   And over in your notes, it says:  "He was | **Def Obj** Foundation (602) | |
| 212 2 — not aware of the new Combat Arms, as they have been | | |
| 212 3 — issuing the 370-1000 and will be requesting an order | | |

| | | |
|---|---|---|
| 212 4 | from procurement." | |
| 212 5 | Do you see that? | |
| 212 6 | A.   Yes. | |
| 212 7 | Q.   370-1000 is Version 2, right? | |
| 212:9 - 212:9   McNamara | | |
| 212 9 | BY THE WITNESS: | |
| 212:10 - 212:10   McNamara | **Re: [212:10-212:10]** | **OVERRULED** |
| 212 10 | A.  I believe so, yes. | **Def Obj** Foundation (602) |
| 212:11 - 212:17   McNamara | | |
| 212 11 | BY MR. TRACEY: | |
| 212 12 | Q.   Okay.  All right.  And then just as we | |
| 212 13 | thumb through this and look through this, we just see | |
| 212 14 | all of the various places that you visited, what you | |
| 212 15 | discussed and the notes about, you know, your visits, | |
| 212 16 | correct? | |
| 212 17 | A.   Yes. | |
| 214:4 - 214:8   McNamara | | |
| 214 4 | Would you, Mr. McNamara, when you would | |
| 214 5 | make your rounds, as you did each and every week, did | |
| 214 6 | you sometimes get feedback about the products from the | |
| 214 7 | military men and women? | |
| 214 8 | A.   Yes. | |
| 214:9 - 214:10   McNamara | | |
| 214 9 | Q.   About things they liked and didn't like | |
| 214 10 | and things like that? | |
| 214:17 - 214:17   McNamara | | |
| 214 17 | A.   Generally, yeah. | |
| 216:9 - 217:4   McNamara | | |
| 216 9 | Q.   Okay.  Were -- did you tell me earlier -- | |
| 216 10 | I think you did, but I want to make sure I'm | |
| 216 11 | remembering this correctly.  You were the sole person | |
| 216 12 | in sales that was tasked with going out to the various | |
| 216 13 | bases? | |
| 216 14 | A.   Yeah. | |
| 216 15 | Q.   Did you ever bring along Marty Salon or | |
| 216 16 | anybody else? | |
| 216 17 | A.   They would come with me on occasion, like, | |
| 216 18 | not necessarily Marty Salon, but Mike Cimino and -- | |
| 216 19 | Q.   Okay. | |

McNamara                                                                                         59

216 20      A.   -- just to get exposure on the market.
216 21      Q.   Okay.  What about Brian Myers?  Did he
216 22      ever go with you?
216 23      A.   Yes.
216 24      Q.   Okay.  Anyone else you can think of
217 1       besides Mike Cimino and Brian Myers who might go with
217 2       you to the bases?
217 3       A.   I don't know if Frank Gavin -- Frank Gavin
217 4       did go with me on occasion.

228:16 - 228:23   McNamara
228 16      (WHEREUPON, a certain document was
228 17      marked Timothy McNamara Deposition
228 18      Exhibit No. 10, for identification,
228 19      as of 03/11/2020.)
228 20      BY MR. TRACEY:
228 21      Q.   Okay.  I'm going to hand you Exhibit
228 22      No. 9.
228 23      MR. LAWRENCE TRACEY:  10.

229:5 - 229:16   McNamara
229 5       Q.   Mr. McNamara, this is an e-mail dated
229 6       October the 27th, 2005 from Marc Santoro.
229 7       Who is Marc Santoro?
229 8       A.   He was in -- I believe he was in -- in
229 9       marketing.
229 10      Q.   Okay.
229 11      A.   -- for the E-A-R side.
229 12      Q.   Okay.  And -- and this is to a variety of
229 13      people, Daryl Charton, Mike Cimino, Frank Gavin, Jim
229 14      Gray, Tim McNamara, Doug Moses, Brian Myers, Marty
229 15      Salon and Gary Warren, is that right?
229 16      A.   That's correct.

230:2 - 230:14   McNamara
230 2       Q.   Okay.  We are going to start on the bottom
230 3       with this e-mail because that's the way these things
230 4       print out, they -- chronologically.  They go from
230 5       bottom to top.  We see Daryl writing at 9:44 a.m.
230 6       He says:  "I was in the Atlanta airport
230 7       yesterday with a large number of military personnel.
230 8       I had a long conversation with Lieutenant Colonel

McNamara                                                                                    60

| | | |
|---|---|---|
| 230 9    Stephen Tableman from the U.S. Army and two Sergeant | | |
| 230 10    Majors." | | |
| 230 11    Incidentally, do you know Lieutenant | | |
| 230 12    Colonel Steph -- Stephen Tableman? | | |
| 230 13    A.   I do not. | | |
| 230 14    Q.   Okay. | | |
| 230:15 - 231:14   McNamara | **Re: [230:15-231:14]** | **OVERRULED** |
| 230 15    It says:  "We discussed the Combat Arms | **Def Obj** Foundation (602) | |
| 230 16    Earplug.  They all wear the plugs but have trouble | | |
| 230 17    getting them.  They truly believe the Combat Arms are | | |
| 230 18    vital for every soldier to be wearing every day on | | |
| 230 19    every patrol.  They also believe we need to do a | | |
| 230 20    better job communicating how to wear them properly via | | |
| 230 21    military posters to be put in mess halls, bathrooms, | | |
| 230 22    et cetera, places the troops frequent daily.  In | | |
| 230 23    addition, they gave me an example of a non-competitive | | |
| 230 24    company that manufactures gun lubricants.  They are | | |
| 231 1    doing a great job getting product to the troops with | | |
| 231 2    or without the DFAS.  Their issue was the same as | | |
| 231 3    ours.  The product is in absolute demand because of | | |
| 231 4    the sand.  The troops were having a hard time getting | | |
| 231 5    the product because of the supply, so the company set | | |
| 231 6    up this website:  www.militec.com to solve their | | |
| 231 7    issue.  In addition, each bottle of lubricant comes | | |
| 231 8    with a reorder card with all the military numbers if | | |
| 231 9    the supply center is having issues getting the product | | |
| 231 10    to the troops.  They advertised this website | | |
| 231 11    everywhere with the troops.  Stars and Stripes was | | |
| 231 12    mentioned as essential for all troops.  Daryl?" | | |
| 231 13    Did I read all of that right? | | |
| 231 14    A.   Yes. | | |
| 231:15 - 231:24   McNamara | **Re: [231:15-231:24]** | **OVERRULED** |
| 231 15    Q.   Then Marc respond -- Marc Santoro | **Def Obj** Foundation (602) | |
| 231 16    responds, copies you all, and says:  "Daryl, thanks | | |
| 231 17    for the info.  We recognize that education of the | | |
| 231 18    proper use and benefits of the plug is sorely lacking | | |
| 231 19    and are formulating a plan to aggressively address | | |
| 231 20    this issue." | | |
| 231 21    Do you remember -- do you remember | | |

| | | |
|---|---|---|
| 231 22    receiving this e-mail?<br>231 23        A.   I don't.  It -- it looks somewhat<br>231 24        familiar, but I don't -- not specifically. | | |
| 231:25 - 232:1   McNamara<br>    232 1        Q.   Even -- even though you don't recognize it | | |
| 232:1 - 232:4   McNamara<br>    232 1        Q.   Even -- even though you don't recognize it<br>    232 2        specifically, do you remember -- remember the subject<br>    232 3        of your company educating on the proper use and<br>    232 4        benefits of the plug was sorely lacking? | **Re: [232:1-232:4]**<br>**Def Obj** Compound; Argumentative<br>(611, 403); Foundation (602) | **OVERRULED** |
| 232:7 - 232:7   McNamara<br>    232 7        A.   I don't remember that. | **Re: [232:7-232:7]**<br>**Def Obj** Compound; Argumentative<br>(611, 403); Foundation (602) | **OVERRULED** |
| 232:24 - 233:12   McNamara<br>    232 24        Q.   He goes on to say:  "Unfortunately, the<br>    233 1        military seems so fragmented that there is no silver<br>    233 2        bullet in communicating with all of the different<br>    233 3        branches/bases/troops.  We will probably be attacking<br>    233 4        this from several angles including posters, more ads<br>    233 5        in soldier publications (i.e., Army magazine),<br>    233 6        instructions packaged with each pair of product, PR<br>    233 7        and possibly some online training content.  On my trip<br>    233 8        to Fort Campbell this coming week, I'm going to try<br>    233 9        and dig deeper into the issue."<br>    233 10        Let me ask you a few questions about this.<br>    233 11        Do you remember your company creating websites so<br>    233 12        soldiers could order the Combat Arms Earplug? | **Re: [232:24-233:12]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 233:14 - 233:16   McNamara<br>    233 14        BY THE WITNESS:<br>    233 15        A.   I don't -- I don't -- I don't remember<br>    233 16        that. | **Re: [233:14-233:16]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 239:6 - 239:10   McNamara<br>    239 6        Q.   Did your company ever disclose to you<br>    239 7        that -- that they felt that their -- their<br>    239 8        instructions on how to use -- properly use the Combat<br>    239 9        Arms was sorely lacking?<br>    239 10        A.   No, not -- | **Re: [239:6-239:10]**<br>**Def Obj** Misstates (611, 403);<br>Foundation (602) | **SUSTAINED** |

McNamara                                                                                                                    62

| | | |
|---|---|---|
| 239:13 - 239:16   McNamara<br>   239 13     Q.   Is it your estimation that in your decade<br>   239 14     or so of selling the Combat Arms Earplug, that the<br>   239 15     educational materials that you were using were<br>   239 16     perfectly fine? | **Re: [239:13-239:16]**<br>**Def Obj** Argumentative (611, 403);<br>Foundation (602) | **OVERRULED** |
| 239:18 - 239:18   McNamara<br>   239 18     BY THE WITNESS: | | |
| 239:19 - 239:19   McNamara<br>   239 19     A.   At that time, yes. | **Re: [239:19-239:19]**<br>**Def Obj** Argumentative (611, 403);<br>Foundation (602) | **OVERRULED** |
| 239:20 - 239:20   McNamara<br>   239 20     BY MR. TRACEY: | | |
| 239:21 - 240:4   McNamara<br>   239 21     Q.   Yeah, that's what I'm asking, at that<br>   239 22     time.  And let's say from '99 to 2008 when you -- when<br>   239 23     you -- '8-ish, that entire timeframe when you were<br>   239 24     going out to -- to -- to bases and talking to base<br>   240 1     commanders and doing all of the things that you<br>   240 2     described, using whatever materials that your company<br>   240 3     furnished, nobody ever brought it to your attention<br>   240 4     that soldiers were having trouble with fitting? | **Re: [239:21-240:4]**<br>**Def Obj** Misstates; Compound;<br>Argumentative (611, 403); Foundation<br>(602) | **OVERRULED** |
| 240:6 - 240:6   McNamara<br>   240 6     BY THE WITNESS: | | |
| 240:7 - 240:7   McNamara<br>   240 7     A.   Not that I can remember. | **Re: [240:7-240:7]**<br>**Def Obj** Misstates; Compound;<br>Argumentative (611, 403); Foundation<br>(602) | **OVERRULED** |
| 240:8 - 240:8   McNamara<br>   240 8     BY MR. TRACEY: | | |
| 240:9 - 240:12   McNamara<br>   240 9     Q.   Okay.  Certainly your company, as we can<br>   240 10     see here, your company, you would agree with me, is in<br>   240 11     the best position on how to educate users on the<br>   240 12     product they designed and created? | **Re: [240:9-240:12]**<br>**Def Obj** Misstates; Argumentative<br>(611, 403); Foundation (602) | **OVERRULED** |
| 240:14 - 240:15   McNamara<br>   240 14     BY THE WITNESS:<br>   240 15     A.   I would think so. | **Re: [240:14-240:15]**<br>**Def Obj** Misstates; Argumentative<br>(611, 403); Foundation (602) | **OVERRULED** |
| 240:16 - 240:16   McNamara<br>   240 16     BY MR. TRACEY: | | |

| | | |
|---|---|---|
| 240:17 - 240:18   McNamara | **Re: [240:17-240:18]** | **OVERRULED** |
| 240 17       Q.   Yeah.  I mean, nobody should know your | **Def Obj** Misstates; Argumentative | |
| 240 18       product better than you, right? | (611, 403); Foundation (602) | |
| 240:20 - 240:20   McNamara | | |
| 240 20       BY THE WITNESS: | | |
| 240:21 - 240:21   McNamara | **Re: [240:21-240:21]** | **OVERRULED** |
| 240 21       A.   I believe so, yes. | **Def Obj** Misstates; Argumentative | |
| | (611, 403); Foundation (602) | |
| 241:14 - 241:22   McNamara | **Re: [241:14-241:22]** | **OVERRULED** |
| 241 14       Q.   Okay.  Your company tested the product, | **Def Obj** Foundation (602) | |
| 241 15       right? | | |
| 241 16       A.   I would assume so. | | |
| 241 17       Q.   Your company marketed the product? | | |
| 241 18       A.   Yes. | | |
| 241 19       Q.   Your company sold the product? | | |
| 241 20       A.   Yes. | | |
| 241 21       Q.   Your company profited from the product? | | |
| 241 22       A.   Yes. | | |
| 241:23 - 242:1   McNamara | **Re: [241:23-242:1]** | **OVERRULED** |
| 241 23       Q.   Your company created sales sheets and | **Def Obj** Foundation (602); Compound; | |
| 241 24       brochures to profit -- to sell and profit from the | Misstates (611, 403) | |
| 242 1        product? | | |
| 242:4 - 242:8   McNamara | **Re: [242:4-242:8]** | **OVERRULED** |
| 242 4        Q.   Right? | **Def Obj** Foundation (602); Asked; | |
| 242 5        A.   Yes. | Argumentative (611, 403) | |
| 242 6        Q.   Your company was in the best position to | | |
| 242 7        properly educate and train end users on the proper | | |
| 242 8        usage of your product, right? | | |
| 242:11 - 242:12   McNamara | **Re: [242:11-242:12]** | **OVERRULED** |
| 242 11       BY THE WITNESS: | **Def Obj** Foundation (602); Asked; | |
| 242 12       A.   I believe so, yes. | Argumentative (611, 403) | |
| 257:8 - 257:24   McNamara | **Re: [257:8-257:24]** | **OVERRULED** |
| 257 8        Q.   Mr. McNamara, this is an e-mail string. | **Def Obj** Relevance (401, 402) | |
| 257 9        You're at the top, as you can see.  Tuesday, May 9th. | | |
| 257 10       It's to Marc Santoro and Brian Hoffman.  Who is Brian | | |
| 257 11       Hoffman? | | |
| 257 12       A.   I don't remember who Brian Hoffman is. | | |
| 257 13       Q.   Okay.  Well, go to the second | | |
| 257 14       page because, as I said, we are going to look at this | | |

| | | |
|---|---|---|
| 257 15  in chronological order, and it starts, as they all do,<br>257 16  front to back.<br>257 17  So it says -- do you see at the bottom it<br>257 18  says Brian Hoffman is sending an e-mail.  It says:<br>257 19  "Ma'am, please send me any slides, handouts or videos<br>257 20  you have on the proper way to insert the earplugs<br>257 21  (Classic and two-sided Combat Arms)."<br>257 22  And that is dated May the 4th, 2006, isn't<br>257 23  it?<br>257 24  A.   Yes. | | |
| 257:17 - 257:21   McNamara<br>257 17  So it says -- do you see at the bottom it<br>257 18  says Brian Hoffman is sending an e-mail.  It says:<br>257 19  "Ma'am, please send me any slides, handouts or videos<br>257 20  you have on the proper way to insert the earplugs<br>257 21  (Classic and two-sided Combat Arms)." | **Re: [257:17-257:21]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 277:18 - 278:3   McNamara<br>277 18  Do -- do you -- when -- I want to ask you<br>277 19  about a couple of other barracks or forts to see if<br>277 20  you -- when you were -- when you were selling the<br>277 21  Combat Arms if you went there.<br>277 22  A.   Okay.<br>277 23  Q.   You've already identified most of these,<br>277 24  but there are a couple, I think, I didn't ask you<br>278 1  about.<br>278 2  Did you go to the Lewis-McChord Base?<br>278 3  A.   Yes. | **Re: [277:18-278:3]**<br>**Def Obj** Relevance (401, 402) | **OVERRULED** |
| 278:20 - 279:6   McNamara<br>278 20  What about Schofield Barracks in Hawaii?<br>278 21  Did you ever get to make that trip?<br>278 22  A.   I did.<br>278 23  Q.   Okay.  Fort Drum?<br>278 24  A.   Yes.<br>279 1  Q.   Fort Benning I think we talked about.<br>279 2  You've been there?<br>279 3  A.   Yes.<br>279 4  Q.   Yeah.<br>279 5  Fort Hood in Texas?<br>279 6  A.   Yes. | **Re: [278:20-279:6]**<br>**Def Obj** Cumulative (403); Asked (611, 403) | **OVERRULED** |

| | | |
|---|---|---|
| 279:12 - 279:13   McNamara | **Re: [279:12-279:13]** | **OVERRULED** |
| 279 12     Q.   Okay.  Fort Bliss? | **Def Obj** Cumulative (403); Asked (611, | |
| 279 13     A.   Yes. | 403) | |
| 279:16 - 279:22   McNamara | **Re: [279:16-279:22]** | **OVERRULED** |
| 279 16     Q.   Okay.  Fort Jackson in South Carolina? | **Def Obj** Cumulative (403); Asked (611, | |
| 279 17     A.   Yes. | 403) | |
| 279 18     Q.   Fort Campbell in Kentucky I think you've | | |
| 279 19     talked about. | | |
| 279 20     A.   Yes. | | |
| 279 21     Q.   Right? | | |
| 279 22     A.   Yes. | | |
| 280:20 - 281:3   McNamara | **Re: [280:20-281:3]** | **OVERRULED** |
| 280 20     Q.   Okay.  What about Fort Stewart in Georgia? | **Def Obj** Cumulative (403); Asked (611, | |
| 280 21     A.   Yes. | 403) | |
| 280 22     Q.   Okay.  We talked about Fort Bragg. | | |
| 280 23     Fort Richardson? | | |
| 280 24     A.   Yes. | | |
| 281 1     Q.   Okay.  What about Fort Irwin in | | |
| 281 2     California? | | |
| 281 3     A.   I believe so. | | |
| 283:8 - 283:8   McNamara | | |
| 283 8     MR. TRACEY:  Okay.  Thank you for your time. | | |
| 283:21 - 284:5   McNamara | | |
| 283 21     Q.   Good afternoon, Mr. McNamara.  My name is | | |
| 283 22     Bryan Aylstock.  I am lead counsel on behalf of all of | | |
| 283 23     the soldiers and Marines that have brought suit | | |
| 283 24     against Aearo and 3M. | | |
| 284 1     Do you understand that? | | |
| 284 2     A.   Yes, sir. | | |
| 284 3     Q.   You understand you are still under oath, | | |
| 284 4     yes? | | |
| 284 5     A.   Yes. | | |
| 284:6 - 284:10   McNamara | **Re: [284:6-284:10]** | **SUSTAINED** |
| 284 6     Q.   I wanted to go back to Exhibit No. 2, | **Def Obj** Relevance (401, 403) | |
| 284 7     your -- and -- and it's -- this is the production that | | |
| 284 8     you provided your lawyers, Kirkland, to provide to us | | |
| 284 9     from your files; is that right? | | |
| 284 10     A.   Correct. | | |

| | | |
|---|---|---|
| 289:15 - 289:19   McNamara | **Re: [289:15-289:19]** | **OVERRULED** |
| 289 15   Q.   And we talked a little bit about | **Def Obj** Compound (611, 403); | |
| 289 16   distributors earlier.  But distributors -- you were | Foundation (602) | |
| 289 17   out there selling to the military day in/day out, but | | |
| 289 18   the distributors were also selling these earplugs to | | |
| 289 19   the military, correct? | | |
| 289:21 - 289:21   McNamara | | |
| 289 21   BY THE WITNESS: | | |
| 289:22 - 289:22   McNamara | **Re: [289:22-289:22]** | **OVERRULED** |
| 289 22   A.   Correct. | **Def Obj** Compound (611, 403); | |
| | Foundation (602) | |
| 289:23 - 289:23   McNamara | | |
| 289 23   BY MR. AYLSTOCK: | | |
| 289:24 - 290:12   McNamara | **Re: [289:24-290:12]** | **OVERRULED** |
| 289 24   Q.   And the distributors, as evidenced by this | **Def Obj** Relevance (401, 402) | |
| 290 1   presentation you gave, received information about the | | |
| 290 2   Aearo products from Aearo, right? | | |
| 290 3   A.   Correct. | | |
| 290 4   Q.   I mean, Aearo would be in a better | | |
| 290 5   position to know about Aearo's products than a | | |
| 290 6   distributor that was just a middleman, right? | | |
| 290 7   A.   Yes. | | |
| 290 8   Q.   And some of the information that you | | |
| 290 9   provided to ADS includes the -- what I'd refer to as a | | |
| 290 10   sell sheet, if we look at Page 11, McNamara | | |
| 290 11   subpoena 11, with the E-A-R at the top? | | |
| 290 12   A.   Yes. | | |
| 290:13 - 290:15   McNamara | | |
| 290 13   Q.   Is that what you'd consider to be a sell | | |
| 290 14   sheet? | | |
| 290 15   A.   Support piece, yes. | | |
| 290:16 - 290:20   McNamara | **Re: [290:16-290:20]** | **OVERRULED** |
| 290 16   Q.   Okay.  And so what you, on behalf of | **Def Obj** Misstates (611, 403); | |
| 290 17   Aearo, is telling this distributor about the earplugs | Foundation (602) | |
| 290 18   that the distributor is then going to go sell to the | | |
| 290 19   military is contained in this -- in this presentation, | | |
| 290 20   correct? | | |

| | | |
|---|---|---|
| 290:23 - 290:23   McNamara<br>290 23      A.   I believe so, yes. | Re: [290:23-290:23]<br>Def Obj Misstates (611, 403);<br>Foundation (602) | OVERRULED |
| 292:13 - 292:17   McNamara<br>292 13      Q.   Okay.  Well, in this presentation piece,<br>292 14      this sell sheet, what is being communicated to ADS,<br>292 15      the distributor, is that the yellow end is perfectly<br>292 16      fine for weapons fire in the dismounted mode, correct?<br>292 17      A.   Correct. | Re: [292:13-292:17]<br>Def Obj Misstates, Compound (611,<br>403); Foundation (602) | OVERRULED |
| 292:19 - 292:19   McNamara<br>292 19      BY MR. AYLSTOCK: | | |
| 292:20 - 292:21   McNamara<br>292 20      Q.   And it would be perfectly fine for weapons<br>292 21      fire at the range, correct? | Re: [292:20-292:21]<br>Def Obj Foundation (602); Misstates<br>(611, 403) | OVERRULED |
| 293:1 - 293:4   McNamara<br>293 1      A.   I believe so.<br>293 2      BY MR. AYLSTOCK:<br>293 3      Q.   And that includes the indoor range,<br>293 4      correct? | Re: [293:1-293:4]<br>Def Obj Foundation (602); Misstates<br>(611, 403) | OVERRULED |
| 293:7 - 293:8   McNamara<br>293 7      BY THE WITNESS:<br>293 8      A.   It doesn't state that, but yes. | Re: [293:7-293:8]<br>Def Obj Foundation (602); Misstates<br>(611, 403) | OVERRULED |
| 293:9 - 293:9   McNamara<br>293 9      BY MR. AYLSTOCK: | | |
| 293:10 - 293:14   McNamara<br>293 10      Q.   And that's consistent with when you were<br>293 11      visiting these bases, that's consistent with what you<br>293 12      would communicate to the people you would speak with,<br>293 13      the men and women in uniform, about the Combat Arms<br>293 14      Earplug, correct? | Re: [293:10-293:14]<br>Def Obj Vague; Compound: Misstates;<br>Argumentative (611, 403); 3M MIL No.<br>15 | OVERRULED |
| 293:16 - 293:16   McNamara<br>293 16      BY THE WITNESS: | | |
| 293:17 - 293:17   McNamara<br>293 17      A.   I believe so. | Re: [293:17-293:17]<br>Def Obj Vague; Compound;<br>Argumentative; Misstates (611, 403);<br>3M MIL No. 15; | OVERRULED |
| 293:18 - 293:22   McNamara<br>293 18      BY MR. AYLSTOCK:<br>293 19      Q.   Okay.  So let me -- well, let me ask you | | |

| | | |
|---|---|---|
| 293 20      this:  You know who Elliott Berger is, right?  I think<br>293 21      you've answered that earlier.<br>293 22      A.   Yes. | | |
| 293:23 - 294:3   McNamara<br>293 23      Q.   Did you ever hear from Elliott Berger or<br>293 24      anybody else at Aearo that the Combat Arms Version 2<br>294 1      yellow end is not supposed to be used and did not<br>294 2      provide protection in the indoor range?  Is this the<br>294 3      first time anybody has ever told you that? | Re: [293:23-294:3]<br>Def Obj Foundation (602); Compound<br>(611, 403) | OVERRULED |
| 294:6 - 294:6   McNamara<br>294 6      BY THE WITNESS: | | |
| 294:7 - 294:7   McNamara<br>294 7      A.   I don't remember. | Re: [294:7-294:7]<br>Def Obj Foundation (602); Compound<br>(611, 403) | OVERRULED |
| 294:8 - 294:8   McNamara<br>294 8      BY MR. AYLSTOCK: | | |
| 294:9 - 294:12   McNamara<br>294 9      Q.   Well, I -- since you were out there<br>294 10      selling this product to use the yellow end for indoor<br>294 11      ranges, that would have been something you would have<br>294 12      liked to know, I take it? | Re: [294:9-294:12]<br>Def Obj Foundation (602); Compound;<br>Mistates; Argumentative (611, 403) | OVERRULED |
| 294:14 - 294:14   McNamara<br>294 14      BY THE WITNESS: | | |
| 294:15 - 294:15   McNamara<br>294 15      A.   I believe so. | Re: [294:15-294:15]<br>Def Obj Foundation (602); Compound;<br>Mistates; Argumentative (611, 403) | OVERRULED |
| 294:16 - 294:22   McNamara<br>294 16      BY MR. AYLSTOCK:<br>294 17      Q.   Okay.  And Elliott Berger was the head guy<br>294 18      at the lab, the Aearo lab, right?<br>294 19      A.   Yes.<br>294 20      Q.   And you interacted with Elliott Berger<br>294 21      personally from time to time, correct?<br>294 22      A.   Sometimes, yes. | | |
| 294:23 - 297:13   McNamara<br>294 23      Q.   And, in fact, you went to his lab from<br>294 24      time to time, did you not, the Aearo lab?<br>295 1      A.   From time to time, yes.<br>295 2      MR. AYLSTOCK: Can we put up a photo of the | Re: [294:23-297:13]<br>Def Obj Relevance (401, 402) | OVERRULED |

295 3    Aearo -- just the Aearo building.  I think I have a
295 4    copy of it somewhere.
295 5    BY MR. AYLSTOCK:
295 6    Q.   Is that -- is that the Aearo building
295 7    where the lab is that Elliott Berger was at that you
295 8    would go to from time to time?
295 9    MR. AYLSTOCK:  Zoom out so he can see the
295 10   whole building and the part on the right that says
295 11   "Aearo."
295 12   BY MR. AYLSTOCK:
295 13   Q.   That's here in Indianapolis, right?
295 14   A.   Yes.
295 15   Q.   And that's where you would go when you
295 16   would interact with Elliott Berger or -- yeah --
295 17   strike that.
295 18   Is that -- when you had an office when you
295 19   weren't out on the road at the military bases, was
295 20   your office in this building?
295 21   A.   My office was not in that building.
295 22   Q.   Okay.  But you knew that this was where
295 23   the lab was that Elliott Berger worked in, right?
295 24   A.   Yes.
296 1    Q.   And you would go there from time to time,
296 2    correct?
296 3    A.   Very seldom.
296 4    Q.   Well, in fact, I think we established you
296 5    might have even been a participant in a -- in a lab
296 6    test, correct?
296 7    A.   I -- yes.
296 8    Q.   Okay.
296 9    A.   One time.
296 10   Q.   Let me show you these photographs.  We'll
296 11   mark them as Plaintiffs' Exhibit -- demonstrative
296 12   exhibit -- what exhibit are we up to?
296 13   MR. BATTLE:  16.
296 14   MR. AYLSTOCK:  16.
296 15   (WHEREUPON, a certain document was
296 16   marked Timothy McNamara Deposition
296 17   Exhibit No. 16, for identification,

McNamara                                                    70

296 18      as of 03/11/2020.)
296 19      BY THE WITNESS:
296 20      A.    Thank you.
296 21      BY MR. AYLSTOCK:
296 22      Q.    These are photographs of the lab and the
296 23      building that I just showed you.  You recognize that
296 24      as the -- the lab that you would visit from time to
297 1       time and see Mr. Berger, correct?
297 2       A.    It looks familiar, yes.
297 3       Q.    And if we page --
297 4       MR. AYLSTOCK:  Go back to the second one, Jon,
297 5       the one with the window.  Can you -- yeah.
297 6       BY MR. AYLSTOCK:
297 7       Q.    Do you recognize that as sort of a view
297 8       through the window into the -- the acoustical chamber
297 9       where the test would be done?
297 10      A.    It looks familiar, yes.
297 11      Q.    Okay.  And is -- do those pictures
297 12      approximate how the lab looked when you worked there?
297 13      A.    Yes.

297:19 - 297:23   McNamara
297 19      Q.    Did you ever have any conversation with
297 20      Mr. Berger that, in fact, the CAE Version 2 yellow end
297 21      is not to be recommended -- is not to be used or not
297 22      recommended for indoor range use?
297 23      A.    I don't recall.

297:24 - 298:6   McNamara
297 24      Q.    Let me show you this.
298 1       (WHEREUPON, a certain document was
298 2       marked Timothy McNamara Deposition
298 3       Exhibit No. 17, for identification,
298 4       as of 03/11/2020.)
298 5       BY THE WITNESS:
298 6       A.    Thanks.

299:8 - 300:24   McNamara      Re: [299:8-300:24]      OVERRULED
299 8       Q.    The date of this document is 2/25/14.    Def Obj Foundation (602); Relevance
299 9       Do you see that?                              (401, 402)
299 10      A.    Yes.
299 11      Q.    And this is after you are gone, correct?

| | |
|---|---|
| 299 12 | A.   Yes. |
| 299 13 | Q.   And it is from Elliott Berger, the guy we |
| 299 14 | just talked about who ran the lab that we -- that you |
| 299 15 | were in -- |
| 299 16 | A.   Yes. |
| 299 17 | Q.   -- from time to time, correct? |
| 299 18 | A.   Correct. |
| 299 19 | Q.   And what Mr. Berger is doing is he is |
| 299 20 | having an e-mail conversation with a Michael Stewart |
| 299 21 | and Doug Moses. |
| 299 22 | You know who Doug Moses is, right? |
| 299 23 | A.   I do. |
| 299 24 | Q.   You worked with Doug Moses, in fact, when |
| 300 1 | you were at Aearo, correct? |
| 300 2 | A.   Yes. |
| 300 3 | Q.   And one of the things Mr. Berger says is: |
| 300 4 | "Mike, I too had a discussion after we spoke.  As I |
| 300 5 | mentioned, we don't typically like to recommend CAE |
| 300 6 | for indoor ranges because I question its adequacy with |
| 300 7 | high-peak levels and high-reverberant levels too, but |
| 300 8 | I agreed in your case because of the low-level impulse |
| 300 9 | from .22s." |
| 300 10 | Do you see that? |
| 300 11 | A.   Yes. |
| 300 12 | Q.   That's -- a .22, that's a very small gun? |
| 300 13 | A.   Yes. |
| 300 14 | Q.   You would agree with that? |
| 300 15 | A.   Yes. |
| 300 16 | Q.   And you -- since you shoot guns, you know |
| 300 17 | that a .22 has a lot different noise profile than your |
| 300 18 | AK -- or your AR that you shoot, right? |
| 300 19 | A.   Correct. |
| 300 20 | Q.   So as we sit here today in the year 2020, |
| 300 21 | is this the first time you're hearing any -- that |
| 300 22 | there was any recommendation not to use a CAE yellow |
| 300 23 | end for indoor ranges? |
| 300 24 | A.   I don't remember. |

| 301:1 - 301:4 | McNamara | **Re: [301:1-301:4]** | **OVERRULED** |
|---|---|---|---|
| 301 1 | Q.   You have no recollection of ever hearing | **Def Obj** Compound; Asked; | |

| | | |
|---|---|---|
| 301 2    that because you were telling people out on the bases<br>301 3    the opposite, that you could use that for the yellow<br>301 4    end, correct? | Argumentative (611, 403);  Foundation (602) | |
| 301:7 - 301:7  McNamara<br>301 7    A.   Yes, for gunfire. | **Re: [301:7-301:7]**<br>**Def Obj** Compound; Asked; Argumentantive (611, 403);  Foundation (602) | **OVERRULED** |
| 301:8 - 301:8  McNamara<br>301 8    BY MR. AYLSTOCK: | | |
| 301:9 - 301:12  McNamara<br>301 9    Q.   Right.  And we are talking about an indoor<br>301 10    range is a gunfire, that's what you do in an indoor<br>301 11    range, right?<br>301 12    A.   You're right. | **Re: [301:9-301:12]**<br>**Def Obj** Foundation (602); Argumentative (611, 403) | **OVERRULED** |
| 301:13 - 301:17  McNamara<br>301 13    (WHEREUPON, a certain document was<br>301 14    marked Timothy McNamara Deposition<br>301 15    Exhibit No. 18, for identification,<br>301 16    as of 03/11/2020.)<br>301 17    BY MR. TRACEY: | | |
| 301:18 - 301:24  McNamara<br>301 18    Q.   Okay.  Let me show you Exhibit 18 now.  It<br>301 19    is another document that is after your time, so I want<br>301 20    to make that clear, it is a 3M document, and you left<br>301 21    when 3M purchased Aearo, right?<br>301 22    A.   Yes.<br>301 23    Q.   So, again, we are talking about a<br>301 24    statement here, if you look in the Comment section -- | **Re: [301:18-301:24]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 301:25 - 302:3  McNamara<br>302 1    MR. AYLSTOCK:  Can you blow up the one that's<br>302 2    dated -- or at 9:47 at -- 9:47:44 p.m., the first one<br>302 3    there, Jon. | | |
| 303:1 - 303:10  McNamara<br>303 1    Q.   Okay.  And the jury will have this as an<br>303 2    exhibit, but, again, I'm -- this is after your time,<br>303 3    but there is a statement here that says:  "I would not<br>303 4    recommend CAE in open mode" -- that's the yellow end,<br>303 5    right?<br>303 6    A.   Yes. | **Re: [303:1-303:10]**<br>**Def Obj** Foundation (602) | **OVERRULED** |

| | | |
|---|---|---|
| 303 7       Q.   -- "in training if the training is<br>303 8       shooting at the gun range."<br>303 9       Do you see that?<br>303 10      A.   Yes. | | |
| 303:11 - 303:11   McNamara<br>303 11      Q.   That's news to you, isn't it? | **Re: [303:11-303:11]**<br>**Def Obj** Foundation (602);<br>Argumentative; Vague (611, 403) | **OVERRULED** |
| 303:13 - 303:15   McNamara<br>303 13      BY THE WITNESS:<br>303 14      A.   I don't remember this.  I don't remember<br>303 15      that information. | **Re: [303:13-303:15]**<br>**Def Obj** Foundation (602);<br>Argumentative; Vague (611, 403) | **OVERRULED** |
| 303:16 - 303:16   McNamara<br>303 16      BY MR. AYLSTOCK: | | |
| 303:17 - 303:19   McNamara<br>303 17      Q.   Right.  Because you were telling folks,<br>303 18      the military folks that you met with, the exact<br>303 19      opposite, right? | **Re: [303:17-303:19]**<br>**Def Obj** 3M MIL No. 15; Misstates;<br>Argumentative (611, 403); Foundation<br>(602); | **SUSTAINED** |
| 303:21 - 303:21   McNamara<br>303 21      BY THE WITNESS: | | |
| 303:22 - 304:3   McNamara<br>303 22      A.   Would you repeat the question?<br>303 23      BY MR. AYLSTOCK:<br>303 24      Q.   Well, I think we've established that --<br>304 1      and we've seen your presentation to the distributor,<br>304 2      but you were training folks in the US military that it<br>304 3      was fine to use the yellow end at the range, correct? | **Re: [303:22-304:3]**<br>**Def Obj** 3M MIL No. 15; Misstates;<br>Argumentative (611, 403);  Foundation<br>(602) | **OVERRULED** |
| 304:5 - 304:5   McNamara<br>304 5      BY THE WITNESS: | | |
| 304:6 - 304:6   McNamara<br>304 6      A.   Correct. | **Re: [304:6-304:6]**<br>**Def Obj** 3M MIL No. 15; Misstates;<br>Argumentative (611, 403);  Foundation<br>(602); Relevance (401, 402) | **OVERRULED** |
| 304:7 - 304:7   McNamara<br>304 7      BY MR. AYLSTOCK: | | |
| 304:8 - 304:13   McNamara<br>304 8      Q.   And that's the exact opposite of what's<br>304 9      being stated here, that is:  "I would not recommend<br>304 10     the CAE in open mode in training if the training is<br>304 11     shooting at the gun range." | **Re: [304:8-304:13]**<br>**Def Obj** Foundation (602); 3M MIL<br>No. 15 | **OVERRULED** |

| | | |
|---|---|---|
| 304 12    Do you see that?<br>304 13        A.   Yes. | | |
| 304:14 - 304:16   McNamara<br>304 14        Q.   Okay.  So you were telling people the<br>304 15        exact opposite of what 3M is saying in this document,<br>304 16        correct? | **Re: [304:14-304:16]**<br>**Def Obj** Foundation (602); Misstates;<br>Argumentative (611, 403); 3M MIL No.<br>15 | **OVERRULED** |
| 304:19 - 304:19   McNamara<br>304 19        BY THE WITNESS: | | |
| 304:20 - 304:20   McNamara<br>304 20        A.   I believe so. | **Re: [304:20-304:20]**<br>**Def Obj** Foundation (602); Misstates;<br>Argumentative (611, 403); 3M MIL No.<br>15; | **OVERRULED** |
| 304:21 - 304:21   McNamara<br>304 21        BY MR. AYLSTOCK: | | |
| 304:22 - 305:14   McNamara<br>304 22        Q.   In fact, it goes on, "This makes" -- it<br>304 23        looks like a typo there, "This makes it sound like the<br>304 24        open mode can be used for any gunfire.  If the gun<br>305 1        fire is frequent, you want closed mode."<br>305 2        Do you see that?<br>305 3        A.   Where is that?<br>305 4        Q.   Right -- right below in the comment, right<br>305 5        after it says:  "I would not recommend it in the open<br>305 6        mode for training on the gun range."<br>305 7        A.   Yes.<br>305 8        Q.   And then the comment says:  "This makes it<br>305 9        sound," although there is a typo, so I'll just read it<br>305 10        the way it is.  "This makes si sound like the open<br>305 11        mode can be used for any gunfire.  If the gunfire is<br>305 12        frequent, you want closed mode."<br>305 13        Do you see that?<br>305 14        A.   Yes. | **Re: [304:22-305:14]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 305:15 - 305:17   McNamara<br>305 15        Q.   And, again, that's the exact opposite of<br>305 16        what you were telling people on military bases when<br>305 17        you were training them, correct? | **Re: [305:15-305:17]**<br>**Def Obj** Foundation (602); Asked;<br>Argumentative; Misstates (611, 403);<br>3M MIL No. 15 | **OVERRULED** |
| 305:20 - 305:20   McNamara<br>305 20        BY THE WITNESS: | | |

| 305:21 - 305:21   McNamara | Re: [305:21-305:21] | OVERRULED |
|---|---|---|
| 305 21    A.   I believe so. | Def Obj Foundation (602); Asked; Argumentative; Misstates (611, 403); 3M MIL No. 15 | |

305:22 - 306:23   McNamara

305 22    BY MR. AYLSTOCK:
305 23    Q.   Okay.  So let's go back to the personnel
305 24    file, if we could, Exhibit 2.  I think we've -- so
306 1    this Page 11 has the E-A-R symbol on it, correct?
306 2    A.   It does.
306 3    (WHEREUPON, a certain document was
306 4    marked Timothy McNamara Deposition
306 5    Exhibit No. 19, for identification,
306 6    as of 03/11/2020.)
306 7    BY MR. AYLSTOCK:
306 8    Q.   And I'm going to show you Plaintiffs'
306 9    Exhibit 17 --
306 10    MR. BATTLE:  19.
306 11    BY MR. AYLSTOCK:
306 12    Q.   19, yes.  Thank you.
306 13    It has your name on it, so this is now
306 14    back -- back with what you were dealing with in 2003.
306 15    Do you see at the top it's an e-mail
306 16    between you and Mr. Myers dated May 7th, 2003,
306 17    importance high?
306 18    Do you see that?
306 19    A.   Yes.
306 20    Q.   And if we drop down, there is a guy -- so
306 21    you're e-mailing this to Brian, correct?  "Here is
306 22    what I have"?
306 23    A.   Yes.

307:19 - 308:6   McNamara

307 19    Q.   Is that fair?
307 20    And what Brian Myers does is it looks like
307 21    he flips it over to you because he says -- responds to
307 22    Mike and says, "Nothing new from me" -- "Sorry,
307 23    nothing new from me.  I thought Tim may have created
307 24    something.  Have you, Tim?"
308 1    He is talking to you there, right?

| | | |
|---|---|---|
| 308 2      A.   Yes.<br>308 3      Q.   And it looks like you attach the sell<br>308 4      sheet that's being requested here, right, on the<br>308 5      second page?<br>308 6      A.   Yes. | | |
| 308:7 - 308:9   McNamara<br>308 7      Q.   And if we compare the sell sheet that you<br>308 8      send to Brian Myers at his request -- Brian is way up<br>308 9      in the company, right? | **Re: [308:7-308:9]**<br>**Def Obj** Compound; Vague (611, 403) | **SUSTAINED** |
| 308:11 - 308:11   McNamara<br>308 11      BY THE WITNESS: | | |
| 308:12 - 308:12   McNamara<br>308 12      A.   He was the product line director, yes. | **Re: [308:12-308:12]**<br>**Def Obj** Compound; Vague (611, 403) | **SUSTAINED** |
| 310:11 - 310:14   McNamara<br>310 11      Q.   Okay.  So let me go on back to Exhibit 2<br>310 12      in your custodial file and ask you a couple of<br>310 13      questions about that.  Again, this -- if we go to<br>310 14      McNamara Subpoena No. 28. | | |
| 310:22 - 310:24   McNamara<br>310 22      BY MR. AYLSTOCK:<br>310 23      Q.   It has got 28 on the very bottom right.<br>310 24      There.  You are almost there. | | |
| 311:3 - 311:10   McNamara<br>311 3      So this is the blister pack for the Combat<br>311 4      Arms Version 2, correct?<br>311 5      A.   It is.<br>311 6      Q.   And it says on here:  "Yellow end lets<br>311 7      wearers hear clearly with instant protection against<br>311 8      weapon noise."<br>311 9      Do you see that?<br>311 10      A.   Yes. | | |
| 311:3 - 311:10   McNamara<br>311 3      So this is the blister pack for the Combat<br>311 4      Arms Version 2, correct?<br>311 5      A.   It is.<br>311 6      Q.   And it says on here:  "Yellow end lets<br>311 7      wearers hear clearly with instant protection against<br>311 8      weapon noise." | | |

| | | |
|---|---|---|
| 311 9    Do you see that? | | |
| 311 10    A.  Yes. | | |
| **311:3 - 311:10**   McNamara | | |
| 311 3    So this is the blister pack for the Combat | | |
| 311 4    Arms Version 2, correct? | | |
| 311 5    A.  It is. | | |
| 311 6    Q.  And it says on here:  "Yellow end lets | | |
| 311 7    wearers hear clearly with instant protection against | | |
| 311 8    weapon noise." | | |
| 311 9    Do you see that? | | |
| 311 10    A.  Yes. | | |
| **311:11 - 311:13**   McNamara | **Re: [311:11-311:13]**<br>**Def Obj** Foundation (602); Misstates (611, 403) | **OVERRULED** |
| 311 11    Q.  And according to your knowledge, that | | |
| 311 12    would have included firing range, correct, indoor or | | |
| 311 13    outdoor? | | |
| **311:16 - 311:16**   McNamara | **Re: [311:16-311:16]**<br>**Def Obj** Foundation (602); Misstates (611, 403) | **OVERRULED** |
| 311 16    A.  I believe so. | | |
| **311:17 - 311:17**   McNamara | | |
| 311 17    BY MR. AYLSTOCK: | | |
| **311:18 - 311:21**   McNamara | **Re: [311:18-311:21]**<br>**Def Obj** Foundation (602); Misstates; Argumentative; Vague (611, 403); 3M MIL No. 15; | **OVERRULED** |
| 311 18    Q.  And that's how you trained folks, both | | |
| 311 19    distributors that you knew were going to communicate | | |
| 311 20    between military personnel, but also military | | |
| 311 21    personnel that you trained on this, correct? | | |
| **311:24 - 311:24**   McNamara | **Re: [311:24-311:24]**<br>**Def Obj** Foundation (602); Misstates; Argumentative (611, 403); 3M MIL No. 15 | **OVERRULED** |
| 311 24    A.  As I remember, yes. | | |
| **311:25 - 312:1**   McNamara | | |
| 312 1    BY MR. AYLSTOCK: | | |
| **312:2 - 312:4**   McNamara | **Re: [312:2-312:4]**<br>**Def Obj** Misstates; Compound; Argumentative (611, 403); Foundation (602) | **OVERRULED** |
| 312 2    Q.  And you made that representation with the | | |
| 312 3    intent that they be able to rely on that and actually | | |
| 312 4    use it at a firing range, correct? | | |
| **312:7 - 312:7**   McNamara | **Re: [312:7-312:7]**<br>**Def Obj** Misstates; Compound; Argumentative (611, 403); Foundation (602) | **OVERRULED** |
| 312 7    A.  As information, yes. | | |

McNamara

312:8 - 312:8   McNamara

    312 8        BY MR. AYLSTOCK:

312:9 - 312:11   McNamara

    312 9        Q.   Okay.  And you expected that they should
    312 10       be able to rely on what you tell them and what the
    312 11       company tells them in the sell sheets, correct?

**Re: [312:9-312:11]**
**Def Obj** Misstates; Compound;
Argumentative;  (611, 403); Foundation
(602); 3M MIL No. 15

**OVERRULED**

312:14 - 312:14   McNamara

    312 14       A.   I believe so.

**Re: [312:14-312:14]**
**Def Obj** Misstates; Compound;
Argumentative  (611, 403); Foundation
(602); 3M MIL No. 15

**OVERRULED**

312:15 - 312:15   McNamara

    312 15       BY MR. AYLSTOCK:

312:16 - 313:14   McNamara

    312 16       Q.   Okay.  Now, go over a few pages to No. 31
    312 17       at the bottom.  It is the image of the -- the
    312 18       servicemen in combat, or at least he is firing --
    312 19       preparing to fire his weapon.
    312 20       Do you see that?
    312 21       A.   Yes.
    312 22       Q.    And what it says here on this piece is
    312 23       that -- if we look at the bottom of that paragraph, it
    312 24       talks about a patented design, lets wearers hear
    313 1        clearly, protects instantly.
    313 2        Do you see that part?
    313 3        A.   Yes.
    313 4        Q.   And when it comes to the green end, what's
    313 5        being told to anyone reading this is that the plug
    313 6        will provide a constant NRR of 22 dB.
    313 7        Do you see that?
    313 8        A.   Yes.
    313 9        Q.   It is not saying may provide, is it?
    313 10       A.   No.
    313 11       Q.   It's saying -- it is making a
    313 12       representation there that this plug will provide a
    313 13       constant NRR of 22 dB in the green end, fair?
    313 14       A.   Yes.

**Re: [312:16-313:14]**
**Def Obj** Foundation (602)

**OVERRULED**

313:17 - 314:6   McNamara

    313 17       Is this another sell sheet or is this a --
    313 18       a brochure or a poster you would give out?

**Re: [313:17-314:6]**
**Def Obj** 3M MIL No. 15; Misstates;

**OVERRULED**

McNamara

| | | |
|---|---|---|
| 313 19    A.   It's a support piece. | Compound; Argumentative  (611, 403); | |
| 313 20    Q.    And this is something you could go to that | Foundation (602) | |
| 313 21    headquarters at Aearo that we looked at and say, I'm | | |
| 313 22    going to go out to some military bases, I need some | | |
| 313 23    sell pieces, give me some stuff, and this would be one | | |
| 313 24    of the things that you could take with you and did | | |
| 314 1     take with you when you visited military bases, fair? | | |
| 314 2     A.   As I remember, yes. | | |
| 314 3     Q.   Okay.  And when you did that and you | | |
| 314 4     handed these out, one of the things that you told the | | |
| 314 5     men and women in uniform is that the plug will provide | | |
| 314 6     a constant NRR of 22 dB, fair? | | |
| 314:9 - 314:16   McNamara | **Re: [314:9-314:16]** | **OVERRULED** |
| 314 9     A.   As it says in the literature, yes. | **Def Obj** 3M MIL No. 15; Misstates; | |
| 314 10    BY MR. AYLSTOCK: | Compound; Argumentative  (611, 403); | |
| 314 11    Q.   Well, and by "literature," you're talking | Foundation (602) | |
| 314 12    about this sell sheet, correct? | | |
| 314 13    A.   Correct. | | |
| 314 14    Q.   Okay.  And you didn't tell them anything | | |
| 314 15    different than that at any time that you sold the | | |
| 314 16    Combat Arms Version 2 -- | | |
| 314:19 - 314:20   McNamara | **Re: [314:19-314:20]** | **OVERRULED** |
| 314 19    Q.   -- to a -- a distributor or a military | **Def Obj** 3M MIL No. 15; Misstates; | |
| 314 20    serviceman or woman? | Compound; Argumentative  (611, 403); | |
| | Foundation (602) | |
| 314:23 - 314:23   McNamara | **Re: [314:23-314:23]** | **OVERRULED** |
| 314 23    A.   No. | **Def Obj** 3M MIL No. 15; Misstates; | |
| | Compound; Argumentative  (611, 403); | |
| | Foundation (602) | |
| 314:24 - 315:1   McNamara | | |
| 314 24    BY MR. AYLSTOCK: | | |
| 315 1     Q.   Okay.  And when you told them that the | | |
| 315:1 - 315:6   McNamara | **Re: [315:1-315:6]** | **SUSTAINED** |
| 315 1     Q.   Okay.  And when you told them that the | **Def Obj** Foundation (602); | |
| 315 2     plug will provide this protection, constant -- a | Argumentative; Compound; Misstates | |
| 315 3     constant NRR of 22 dB, you did that with the intent | (611, 403); 3M MIL No. 15 | |
| 315 4     that they could rely on that as gospel because in -- | | |
| 315 5     it's important to protect our men and women in uniform | | |
| 315 6     from noise pollution, correct? | | |

| | | |
|---|---|---|
| 315:9 - 315:12   McNamara | Re: [315:9-315:12] | **OVERRULED** |
| 315 9      A.   As a noise reduction rate of 22, yes.<br>315 10     BY MR. AYLSTOCK:<br>315 11     Q.   And you did that with the intent that they<br>315 12     be able to rely on it, fair? | **Def Obj** Foundation (602);<br>Argumentative; Compound; Misstates<br>(611, 403); 3M MIL No. 15 | |
| 315:15 - 315:15   McNamara | Re: [315:15-315:15] | **OVERRULED** |
| 315 15     A.   As I can remember, yes. | **Def Obj** Foundation (602);<br>Argumentative; Compound; Misstates<br>(611, 403); 3M MIL No. 15 | |
| 315:16 - 315:21   McNamara | | |
| 315 16     BY MR. AYLSTOCK:<br>315 17     Q.   Okay.  Now let's go to McNamara 36, a<br>315 18     few -- few more pages.  It's another one of our men in<br>315 19     uniform with a helmet on wearing -- wearing the Combat<br>315 20     Arms Earplug.<br>315 21     Do you see that? | | |
| 316:5 - 316:13   McNamara | Re: [316:5-316:13] | **OVERRULED** |
| 316 5      Q.   This is another sell sheet that you would<br>316 6      use in your visits to the military bases and<br>316 7      installations over the years, fair?<br>316 8      A.   As I remember, yes.<br>316 9      Q.   And this is a -- obviously in your -- this<br>316 10     is also something you would provide to distributors to<br>316 11     provide to -- who might be selling to the military so<br>316 12     they could also rely on this information, fair?<br>316 13     A.   It would be a support piece, yes. | **Def Obj** 3M MIL No. 15; Foundation<br>(602) | |
| 316:14 - 316:16   McNamara | Re: [316:14-316:16] | **OVERRULED** |
| 316 14     Q.   Okay.  And, again, this is something --<br>316 15     the representations in here are something that you<br>316 16     intended the military to be able to rely upon, fair? | **Def Obj** Misstates; Argumentative<br>(611, 403); Foundation (602); 3M MIL<br>No. 15 | |
| 316:19 - 316:19   McNamara | Re: [316:19-316:19] | **OVERRULED** |
| 316 19     A.   As part of a support piece. | **Def Obj** Misstates; Argumentative<br>(611, 403); Foundation (602); 3M MIL<br>No. 15 | |
| 316:20 - 316:20   McNamara | | |
| 316 20     BY MR. AYLSTOCK: | | |
| 316:21 - 316:22   McNamara | Re: [316:21-316:22] | **OVERRULED** |
| 316 21     Q.   Is that a yes?<br>316 22     A.   That's a yes. | **Def Obj** Misstates; Argumentative | |

| | | |
|---|---|---|
| | (611, 403); Foundation (602); 3M MIL No. 15 | |
| 316:23 - 317:14   McNamara | Re: [316:23-317:14] | OVERRULED |
| 316 23      Q.   Okay.  Thank you. | Def Obj Foundation (602); 3M MIL No. 15 | |
| 316 24      So if we look at the picture of the man | | |
| 317 1      here with his helmet, this has the yellow end | | |
| 317 2      completely in his ear, fair? | | |
| 317 3      A.   Yes. | | |
| 317 4      Q.   And so this is the open -- what we would | | |
| 317 5      call the open end is in, the yellow end is in and the | | |
| 317 6      olive end is out, fair? | | |
| 317 7      A.   Yes. | | |
| 317 8      Q.   And the olive end is actually the third | | |
| 317 9      flange that's actually up against the -- I guess they | | |
| 317 10      call that the tragus. | | |
| 317 11      Do you know what a tragus is? | | |
| 317 12      A.   Yes. | | |
| 317 13      Q.   This is up against his tragus, correct? | | |
| 317 14      A.   It appears, yes. | | |
| 317:15 - 317:17   McNamara | Re: [317:15-317:17] | OVERRULED |
| 317 15      Q.   Okay.  And that is a representation of how | Def Obj Misstates; Argumentative (611, 403); Foundation (602); 3M MIL No. 15 | |
| 317 16      you trained people to put the plug in when it came to | | |
| 317 17      the open end, fair? | | |
| 317:20 - 317:20   McNamara | Re: [317:20-317:20] | OVERRULED |
| 317 20      A.   I don't know. | Def Obj Misstates; Argumentative (611, 403); Foundation (602); 3M MIL No. 15 | |
| 317:21 - 317:21   McNamara | | |
| 317 21      BY MR. AYLSTOCK: | | |
| 317:22 - 318:1   McNamara | Re: [317:22-318:1] | OVERRULED |
| 317 22      Q.   Well, you wouldn't expect the picture of | Def Obj Misstates; Argumentative (611, 403); Foundation (602); 3M MIL No. 15 | |
| 317 23      how to -- of this individual wearing it to be | | |
| 317 24      different than how you had trained people to put it | | |
| 318 1      in, fair? | | |
| 318:4 - 318:9   McNamara | Re: [318:4-318:9] | OVERRULED |
| 318 4      A.   It depends on the individual, but yes. | Def Obj Misstates; Argumentative (611, 403); Foundation (602); 3M MIL No. 15 | |
| 318 5      BY MR. AYLSTOCK: | | |
| 318 6      Q.   Okay.  And that would also be the case if | | |
| 318 7      the olive end was in and the yellow end was out, it | | |

| | | |
|---|---|---|
| 318 8    should -- because it's a symmetrical product, it<br>318 9    should be the same on both ways, correct? | | |
| 318:12 - 318:13  McNamara<br>318 12    Q.  Is that -- is that how you trained people<br>318 13    to put it in -- | Re: [318:12-318:13]<br>Def Obj Misstates; Argumentative<br>(611, 403); Foundation (602); 3M MIL<br>No. 15 | OVERRULED |
| 318:16 - 318:23  McNamara<br>318 16    Q.  -- the same in both way, whether it is a<br>318 17    yellow or a green?<br>318 18    A.  Yes.<br>318 19    Q.  So if the green end was in, it would<br>318 20    also -- you would train people to do it as represented<br>318 21    in this photograph, except for the yellow end being<br>318 22    out instead of the green end, is that right?<br>318 23    A.  Yes. | Re: [318:16-318:23]<br>Def Obj Foundation (602); 3M MIL<br>No. 15 | OVERRULED |
| 319:5 - 320:10  McNamara<br>319 5    So go now to the next page, 37.  Is this<br>319 6    another sell sheet that you could go to that Aearo<br>319 7    corporate headquarters and get when you were visiting<br>319 8    military bases and hand out to the people you were<br>319 9    training on using the Combat Arms Version 2?<br>319 10    A.  I believe so, but I don't recall if this<br>319 11    was the back page of the other one or not.<br>319 12    Q.  Oh, okay.  Well, in any event, again,<br>319 13    these are materials that you intended the men and<br>319 14    women in uniform to be able to rely upon in learning<br>319 15    about the Combat Arms Version 2, correct?<br>319 16    A.  Yes.<br>319 17    Q.  And, again, it talks about this green end<br>319 18    of the Combat Arms Earplugs, provides steady<br>319 19    protection with an NRR of 22 dB.<br>319 20    Do you see that?<br>319 21    A.  Yes.<br>319 22    Q.  And this is the ideal wearing position<br>319 23    when exposed to constant high-level sound of 85 dB and<br>319 24    above.<br>320 1    Do you see that?  Right below the dB of<br>320 2    22. It might be helpful on the screen.<br>320 3    A.  Okay.  There it is. | Re: [319:5-320:10]<br>Def Obj Foundation (602); 3M MIL<br>No. 15 | OVERRULED |

| | | |
|---|---|---|
| 320 4     Okay.  Yes.<br>320 5     Q.   Okay.  And so, again, these -- this is<br>320 6     consistent with representations you were making when<br>320 7     you were visiting these military installations and<br>320 8     educating the military about the Combat Arms Earplug,<br>320 9     fair?<br>320 10     A.   Yes. | | |
| 320:23 - 321:5   McNamara<br>320 23     You know that this Combat Arms Version 2<br>320 24     earplug was manufactured by your company that you were<br>321 1     working for at the time, Aearo, correct?<br>321 2     A.   Correct.<br>321 3     Q.   And it was tested there in Mr. Berger's<br>321 4     lab that -- that you're familiar with, correct?<br>321 5     A.   Correct. | | |
| 321:6 - 321:8   McNamara<br>321 6     Q.   And the results of the tests were known to<br>321 7     Aearo, fair, and they are the ones --<br>321 8     A.   Yes. | Re: [321:6-321:8]<br>Def Obj Foundation (602) | OVERRULED |
| 321:9 - 321:10   McNamara<br>321 9     Q.   And they are -- they are the company that<br>321 10     designed the plug, correct? | Re: [321:9-321:10]<br>Def Obj Misstates (611, 403);<br>Foundation (602) | OVERRULED |
| 321:13 - 321:13   McNamara<br>321 13     A.   I'm not sure. | Re: [321:13-321:13]<br>Def Obj Misstates (611, 403);<br>Foundation (602) | OVERRULED |
| 321:14 - 321:14   McNamara<br>321 14     BY MR. AYLSTOCK: | | |
| 321:15 - 321:19   McNamara<br>321 15     Q.   Okay.  Well, when it comes to what you<br>321 16     were doing when you were out there communicating with<br>321 17     the men and women in uniform about these earplugs, it<br>321 18     is fair to say your job was to educate them on the<br>321 19     characteristics and proper use of this earplug, fair? | Re: [321:15-321:19]<br>Def Obj Foundation (602); Misstates;<br>Compound; Argumentative (611, 403);<br>3M MIL No. 15 | OVERRULED |
| 321:22 - 321:22   McNamara<br>321 22     A.   Yes. | Re: [321:22-321:22]<br>Def Obj Foundation (602); Misstates;<br>Compound; Argumentative (611, 403);<br>3M MIL No. 15 | OVERRULED |
| 321:23 - 321:23   McNamara<br>321 23     BY MR. AYLSTOCK: | | |

McNamara                                                                                           84

| | | |
|---|---|---|
| 321:24 - 322:2   McNamara | **Re: [321:24-322:2]** | **OVERRULED** |
| 321 24      Q.   And you did that because you wanted to | **Def Obj** Misstates; Compound; | |
| 322 1       sell more Combat Arms earplugs, that was your job, | Argumentative (611, 403); Foundation | |
| 322 2       right? | (602); 3M MIL No. 15 | |
| 322:5 - 322:5   McNamara | **Re: [322:5-322:5]** | **OVERRULED** |
| 322 5       A.   Yes. | **Def Obj** Misstates; Compound; | |
| | Argumentative (611, 403); Foundation | |
| | (602); 3M MIL No. 15 | |
| 322:6 - 322:6   McNamara | | |
| 322 6       BY MR. AYLSTOCK: | | |
| 322:7 - 322:13   McNamara | **Re: [322:7-322:13]** | **OVERRULED** |
| 322 7       Q.   And over the years, it's fair to say that | **Def Obj** 3M MIL No. 15; Foundation | |
| 322 8       you handed out thousands of these type sell sheets | (602); Argumentative (611, 403) | |
| 322 9       across military bases, correct? | | |
| 322 10      A.   Yes. | | |
| 322 11      Q.   You wouldn't -- you wouldn't fuss with me | | |
| 322 12      about that, would you? | | |
| 322 13      A.   Yes. | | |
| 322:15 - 322:24   McNamara | | |
| 322 15      where is Operation Cobra?  Oh, here we are.  Let me | | |
| 322 16      ask you about this document. | | |
| 322 17      Are you familiar with the Operation Cobra? | | |
| 322 18      A.   I don't recall. | | |
| 322 19      (WHEREUPON, a certain document was | | |
| 322 20      marked Timothy McNamara Deposition | | |
| 322 21      Exhibit No. 20, for identification, | | |
| 322 22      as of 03/11/2020.) | | |
| 322 23      BY MR. AYLSTOCK: | | |
| 322 24      Q.   It is Exhibit 20 in front of you. | | |
| 323:9 - 323:23   McNamara | | |
| 323 9       Q.   Mr. Salon was your boss, right? | | |
| 323 10      A.   At one time. | | |
| 323 11      Q.   Well, on July 29th of 2005, the date of | | |
| 323 12      this document, he was your boss, right? | | |
| 323 13      A.   I believe so. | | |
| 323 14      Q.   All right.  And I'll -- let's start at | | |
| 323 15      the -- at the first page there.  He is e-mailing a | | |
| 323 16      number of folks, including Mike Cimino, also your | | |
| 323 17      boss, right? | | |

| | | |
|---|---|---|
| 323 18    A.  Yes. | | |
| 323 19    Q.  And Doug Moses, we talked about him, you | | |
| 323 20    knew him, right? | | |
| 323 21    A.  Yes. | | |
| 323 22    Q.  And Santoro, you know him? | | |
| 323 23    A.  Yes. | | |
| **324:16 - 324:18**  McNamara | | |
| 324 16    Does this jog your memory as to Operation | | |
| 324 17    Cobra around this timeframe? | | |
| 324 18    A.  I -- I don't -- I don't recall. | | |
| **324:19 - 325:4**  McNamara | **Re: [324:19-325:4]** | **OVERRULED** |
| 324 19    Q.  Well, one of the things that Operation | **Def Obj** Foundation (602) | |
| 324 20    Cobra did, according to this document, is some direct | | |
| 324 21    mail, 7,000 purchasing and procurement people, | | |
| 324 22    including -- and then it also says:  "We estimate we | | |
| 324 23    will have an additional 1,000 mailers/leave-behind | | |
| 324 24    tubes for the sales force to distribute." | | |
| 325 1    Do you see that? | | |
| 325 2    A.  Yes. | | |
| 325 3    Q.  So you're part of the sales force, right? | | |
| 325 4    A.  Yes. | | |
| **325:5 - 325:7**  McNamara | **Re: [325:5-325:7]** | **OVERRULED** |
| 325 5    Q.  So do you remember that generally speaking | **Def Obj** Vague; Compound (611, 403) | |
| 325 6    you had these tubes of leave-behind materials, big | | |
| 325 7    posters and such, right? | | |
| **325:10 - 325:10**  McNamara | **Re: [325:10-325:10]** | **OVERRULED** |
| 325 10    A.  As I remember, yes, yeah. | **Def Obj** Vague; Compound (611, 403) | |
| **327:9 - 327:23**  McNamara | **Re: [327:9-327:23]** | **OVERRULED** |
| 327 9    Q.  Okay.  So, but you do remember, I think | **Def Obj** Foundation (602) | |
| 327 10    you just said that you remember getting these tubes? | | |
| 327 11    A.  Yes. | | |
| 327 12    Q.  And what was in the tubes? | | |
| 327 13    A.  I don't remember.  I -- I don't remember | | |
| 327 14    specifically. | | |
| 327 15    Q.  What about generally speaking?  They would | | |
| 327 16    be these sell sheets, right? | | |
| 327 17    A.  I believe so. | | |
| 327 18    Q.  Okay.  And these were designed to go to | | |
| 327 19    you as part of the sales force to leave behind on the | | |

| | | |
|---|---|---|
| 327 20      military bases so they could be put up wherever to<br>327 21      remind people to use hearing protection and that they<br>327 22      should use the Combat Arms Version 2 hearing<br>327 23      protection, fair? | | |
| 328:1 - 328:2   McNamara<br>328 1      BY THE WITNESS:<br>328 2      A.   I -- I believe so. | Re: [328:1-328:2]<br>Def Obj Foundation (602) | OVERRULED |
| 328:3 - 328:3   McNamara<br>328 3      BY MR. AYLSTOCK: | | |
| 328:4 - 328:8   McNamara<br>328 4      Q.   Okay.  And, in fact, you did that, you<br>328 5      left behind these tubes with the various people that<br>328 6      you went to so that they would have access to<br>328 7      information, these sell sheets, when it came to the<br>328 8      Combat Arms, fair? | Re: [328:4-328:8]<br>Def Obj Foundation (602); Misstates;<br>Compound (611, 403) | OVERRULED |
| 328:11 - 328:12   McNamara<br>328 11      BY THE WITNESS:<br>328 12      A.   I -- I don't remember it.  I believe that | Re: [328:11-328:12]<br>Def Obj Foundation (602); Misstates;<br>Compound (611, 403) | OVERRULED |
| 328:13 - 328:13   McNamara<br>328 13      was -- if that's the -- yeah, the intent, yes. | Re: [328:13-328:13]<br>Def Obj Foundation (602); Misstates;<br>Compound (611, 403) | OVERRULED |
| 328:14 - 328:14   McNamara<br>328 14      BY MR. AYLSTOCK: | | |
| 328:15 - 329:1   McNamara<br>328 15      Q.   Okay.  It also talks about you could<br>328 16      contact customer service for additional samples.<br>328 17      That's that building in Indianapolis we looked at<br>328 18      earlier?<br>328 19      A.   It was another building, but, yes, in<br>328 20      In- -- in Indianapolis.<br>328 21      Q.   Okay.  Fair enough.<br>328 22      It also talks about, looks like, some<br>328 23      full-page ads to be run in some trade publications.<br>328 24      Do you see that?<br>329 1      A.   Yes. | Re: [328:15-329:1]<br>Def Obj Foundation (602) | OVERRULED |
| 329:2 - 329:5   McNamara<br>329 2      Q.   And that would help you as the person on<br>329 3      the ground who was out meeting with people actually | Re: [329:2-329:5]<br>Def Obj Foundation (602) | OVERRULED |

| | | |
|---|---|---|
| 329 4     raise awareness so that you could better sell the | | |
| 329 5     Combat Arms, fair? | | |
| 329:8 - 329:9   McNamara | Re: [329:8-329:9] | **OVERRULED** |
| 329 8     A.   It was a -- it would have been a support | **Def Obj** Foundation (602) | |
| 329 9     piece. | | |
| 329:15 - 329:19   McNamara | | |
| 329 15     Q.   Okay.  And, in fact, we were able to look | | |
| 329 16     in some of these magazines.  Here is Exhibit 21, for | | |
| 329 17     Stars and Stripes. | | |
| 329 18     You know what that is, right, sir? | | |
| 329 19     A.   Yeah, I -- yes. | | |
| 330:5 - 330:7   McNamara | Re: [330:5-330:7] | **OVERRULED** |
| 330 5     Q.   I mean, Stars and Stripes, this is | **Def Obj** Foundation (602) | |
| 330 6     distributed across all military branches to all of our | | |
| 330 7     people serving this country in uniform, correct? | | |
| 330:10 - 330:10   McNamara | Re: [330:10-330:10] | **OVERRULED** |
| 330 10     A.   Yes. | **Def Obj** Foundation (602) | |
| 330:11 - 330:11   McNamara | | |
| 330 11     BY MR. AYLSTOCK: | | |
| 330:12 - 331:8   McNamara | Re: [330:12-331:8] | **OVERRULED** |
| 330 12     Q.   And it looks like right here they did | **Def Obj** Foundation (602) | |
| 330 13     exactly what Operation Cobra said that they were going | | |
| 330 14     to do, and they put a copy of this exact sell sheet | | |
| 330 15     that we were looking at with the earplug inserted | | |
| 330 16     in -- into the soldier's ear. | | |
| 330 17     Do you see that? | | |
| 330 18     A.   I do. | | |
| 330 19     Q.   That's the same -- the same thing that | | |
| 330 20     was -- was in the materials you produced to us, fair? | | |
| 330 21     A.   Yes. | | |
| 330 22     Q.   And there is nothing in here about folding | | |
| 330 23     the flanges back; certainly not represented in the | | |
| 330 24     picture, is it? | | |
| 331 1     A.   Not in the picture, no. | | |
| 331 2     Q.   And there is nothing in the words about | | |
| 331 3     folding the flanges back, is there? | | |
| 331 4     A.   Not that I can see.  It's small. | | |
| 331 5     Q.   Well, take your time. | | |
| 331 6     A.   Yeah. | | |

McNamara                                                                                           88

| | | |
|---|---|---|
| 331 7    Q.  If you need glasses, we could --<br>331 8    A.  No.  That's... | | |
| 331:9 - 331:12   McNamara<br>  331 9    Q.  All right.  And, in fact, this is the<br>  331 10    picture where the earplug is inserted in, you can't<br>  331 11    even see the yellow end, and the -- the third flange<br>  331 12    of the olive end is touching the tragus, right? | **Re: [331:9-331:12]**<br>**Def Obj** Foundation (602); Misstates;<br>Argumentative (611, 403) | **OVERRULED** |
| 331:15 - 331:15   McNamara<br>  331 15    A.  I believe so. | **Re: [331:15-331:15]**<br>**Def Obj** Foundation (602); Misstates;<br>Argumentative (611, 403) | **OVERRULED** |
| 331:16 - 331:16   McNamara<br>  331 16    BY MR. AYLSTOCK: | | |
| 331:17 - 331:18   McNamara<br>  331 17    Q.  Okay.  And this is consistent with how you<br>  331 18    trained people to put it in, correct? | **Re: [331:17-331:18]**<br>**Def Obj** Foundation (602); Misstates;<br>Argumentative; Asked (611, 403) 3M<br>MIL No. 15 | **OVERRULED** |
| 331:21 - 331:21   McNamara<br>  331 21    A.  I believe so. | **Re: [331:21-331:21]**<br>**Def Obj** Foundation (602); Misstates;<br>Argumentative; Asked (611, 403); 3M<br>MIL No. 15 | **OVERRULED** |
| 334:10 - 334:22   McNamara<br>  334 10    Q.  All right.  Now go down to No. 5 on<br>  334 11    Operation Cobra, the samples.  "Each salesperson will<br>  334 12    receive one box (50-pair) of dual-ended ear --<br>  334 13    earplugs."<br>  334 14    Do you see that?<br>  334 15    A.  I do.<br>  334 16    Q.  So you remember getting samples that you<br>  334 17    could hand out at military bases, true?<br>  334 18    A.  Yes.<br>  334 19    Q.  And you did that, right?<br>  334 20    A.  Yes.<br>  334 21    Q.  Regularly?<br>  334 22    A.  Yes. | **Re: [334:10-334:22]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 334:23 - 335:2   McNamara<br>  334 23    Q.  Okay.  And you did that to help drive<br>  334 24    sales, that was -- as we saw from your CV, that was<br>  335 1    what you did at Aearo, is you drove sales of the<br>  335 2    hearing protection, true? | **Re: [334:23-335:2]**<br>**Def Obj** Misstates; Argumentative;<br>Compound (611, 403) | **OVERRULED** |

| | | |
|---|---|---|
| 335:5 - 335:5   McNamara<br>335 5      A.   I -- I placed product, yes. | Re: [335:5-335:5]<br>Def Obj Misstates; Argumentative;<br>Compound (611, 403) | OVERRULED |
| 335:6 - 335:9   McNamara<br>335 6      BY MR. AYLSTOCK:<br>335 7      Q.   Okay.  And you placed product and that<br>335 8      helps drive sales, fair?<br>335 9      A.   Yes. | | |
| 335:10 - 335:11   McNamara<br>335 10     Q.   Okay.  And so when it came to Operation<br>335 11     Cobra, you did your job for Aearo, fair? | Re: [335:10-335:11]<br>Def Obj Argumentative; Vague (611,<br>403) | OVERRULED |
| 335:14 - 335:14   McNamara<br>335 14     A.   I believe so. | Re: [335:14-335:14]<br>Def Obj Argumentative; Vague (611,<br>403) | OVERRULED |
| 335:15 - 335:15   McNamara<br>335 15     BY MR. AYLSTOCK: | | |
| 335:16 - 335:17   McNamara<br>335 16     Q.   In fact, you did it so well you won an<br>335 17     award two years in a row, Top Gun? | Re: [335:16-335:17]<br>Def Obj Argumentative; Vague (611,<br>403) | OVERRULED |
| 335:19 - 335:19   McNamara<br>335 19     BY THE WITNESS: | | |
| 335:20 - 335:20   McNamara<br>335 20     A.   Yes. | Re: [335:20-335:20]<br>Def Obj Argumentative; Vague (611,<br>403) | OVERRULED |
| 343:6 - 343:8   McNamara<br>343 6      Q.   O you think that the men and women<br>343 7      fighting for this country in combat deserved the best<br>343 8      product possible? | Re: [343:6-343:8]<br>Def Obj Foundation (602); Vague;<br>Argumentative (611, 403); Relevance<br>(401, 402); Prejudice (403); 701 | SUSTAINED |
| 343:11 - 343:12   McNamara<br>343 11     BY THE WITNESS:<br>343 12     A.   Yes. | Re: [343:11-343:12]<br>Def Obj Foundation (602); Vague;<br>Argumentative (611, 403); Relevance<br>(401, 402); Prejudice (403); 701 | SUSTAINED |
| 343:13 - 343:16   McNamara<br>343 13     BY MR. AYLSTOCK:<br>343 14     Q.   Do you think they deserved to be told the<br>343 15     truth about the products they were wearing, the<br>343 16     hearing protection they were wearing? | Re: [343:13-343:16]<br>Def Obj Foundation (602); Vague;<br>Argumentative; Asked (611, 403);<br>Relevance (401, 402); Prejudice (403);<br>701 | OVERRULED |

| | | |
|---|---|---|
| 343:19 - 343:20   McNamara | **Re: [343:19-343:20]** | **OVERRULED** |
| 343 19      BY THE WITNESS: | **Def Obj** Foundation (602); Vague; | |
| 343 20      A.   Yes. | Argumentative; Asked (611, 403); | |
| | Relevance (401, 402); Prejudice (403); | |
| | 701 | |
| 415:17 - 415:19   McNamara | **Re: [415:17-415:19]** | **SUSTAINED** |
| 415 17      MR. AYLSTOCK:  Mr. McNamara, on behalf of the | **Def Obj** Relevance (401, 402); | |
| 415 18      servicemen and women I represent, I thank you for your | Prejudice (403); 3M MIL No. 10 | |
| 415 19      time.  At this point, I have no further questions. | | |
| 415:20 - 415:20   McNamara | | |
| 415 20      THE WITNESS:  Okay.  Thank you. | | |
| 415:22 - 416:3   McNamara | **Re: [415:22-416:3]** | **OVERRULED** |
| 415 22      BY MS. ELIZABETH: | **Pltf Obj** improper counter designation | |
| 415 23      Q.   Good evening, Mr. McNamara.  My name is | per PTO 64 | |
| 415 24      Sierra Elizabeth and I represent 3M in this action. | | |
| 416 1      You understand that you are still under | | |
| 416 2      oath? | | |
| 416 3      A.   I do. | | |
| 417:1 - 417:14   McNamara | **Re: [417:1-417:14]** | **OVERRULED** |
| 417 1      Q.   Do you have any knowledge about whether | **Pltf Obj** improper counter designation | |
| 417 2      Aearo concealed anything from the government about | per PTO 64 | |
| 417 3      CAE v2? | | |
| 417 4      A.   No. | | |
| 417 5      Q.   I want to direct your attention to | | |
| 417 6      Exhibit 2 in your stack there. | | |
| 417 7      A.   Is that my resume? | | |
| 417 8      Q.   It's a stack including the documents that | | |
| 417 9      were produced in response to the subpoena that was | | |
| 417 10     issued to you, including your resume, yes.  It should | | |
| 417 11     be at the beginning of your pile. | | |
| 417 12     A.   There it is right there. | | |
| 417 13     Q.   Do you have Exhibit 2 there? | | |
| 417 14     A.   Yes. | | |
| 417:21 - 420:9   McNamara | **Re: [417:21-420:9]** | **OVERRULED** |
| 417 21     Q.   I want to direct your attention to Bates | **Pltf Obj** improper counter designation | |
| 417 22     stamp McNamara Subpoena 0035. | per PTO 64 | |
| 417 23     A.   Okay. | | |
| 417 24     Q.   This document was in your files, correct? | | |
| 418 1      A.   Yes. | | |

418 2     Q.   Do you recognize this document?
418 3     A.   Yes.
418 4     Q.   What is it?
418 5     A.   It's a support piece for the Com -- Combat
418 6     Arms Earplug.
418 7     Q.   And is this a support piece that you had
418 8     provided to your military contacts when you were
418 9     selling CAE v2?
418 10    A.   Yes.
418 11    Q.   Do you remember you were asked some
418 12    questions about gun ranges, indoor and outdoor gun
418 13    ranges during your deposition today?
418 14    A.   Yes.
418 15    Q.   What do you specifically remember telling
418 16    anyone from the military about how to use CAE v2 in an
418 17    indoor gun range?
418 18    A.   I -- I did not.  I -- I -- I said it was
418 19    an impulse noise for gunfire.
418 20    Q.   What info -- information did you share
418 21    about the yellow end of the CAE v2 to your military
418 22    contacts that you can specifically recall?
418 23    A.   That it is a impulse -- impulse plug.
418 24    It's designed to protect you against gunfire.
419 1     Q.   Okay.  Do you have any specific
419 2     recollection of any other statements that you made
419 3     about the yellow end of the CAE v2?
419 4     A.   No.
419 5     Q.   Throughout your deposition testimony
419 6     today, you were asked questions about selling to,
419 7     quote, end users, end quote.
419 8     Do you remember that, those questions?
419 9     A.   Yes.
419 10    Q.   Who are the end users that you were
419 11    selling to when you worked for Aearo selling CAE v2?
419 12    A.   The command staff of the various branches.
419 13    Q.   Okay.  And who are the command staff?
419 14    A.   That would be the S4s and the S6.  One is
419 15    a forced modern -- modernization.  One is the -- the
419 16    money guy, and the sergeant major, the -- the command

| | | |
|---|---|---|
| 419 17    sergeant major, the colonel, the lieutenant colonel | | |
| 419 18    and so forth, yes. | | |
| 419 19    Q.   Do you consider command staff to be | | |
| 419 20    soldiers? | | |
| 419 21    A.   No. | | |
| 419 22    Q.   Did you ever sell any CAE v2 directly to | | |
| 419 23    soldiers? | | |
| 419 24    A.   Yes. | | |
| 420 1    Can I qualify that last statement? | | |
| 420 2    Q.   Sure. | | |
| 420 3    A.   They are soldiers, but they are not | | |
| 420 4    individual soldiers on -- on the firing line.  They | | |
| 420 5    are the -- the -- the management staff. | | |
| 420 6    Q.   Okay.  Did you ever sell to, quote, | | |
| 420 7    soldiers that were individual soldiers on the firing | | |
| 420 8    line for -- with respect to CAE v2? | | |
| 420 9    A.   No. | | |
| 420:15 - 421:23   McNamara | **Re: [420:15-421:23]** | **DEFER RULING** |
| 420 15    Q.   Okay.  I want to hand you what has been | **Pltf Obj** improper counter designation | |
| 420 16    marked as Exhibit 34 to your deposition.  I only have | per PTO 64; Foundation | |
| 420 17    one copy here, and it has my notes on it, but that's | | |
| 420 18    okay. | | |
| 420 19    Okay.  I want to direct your attention to | | |
| 420 20    the middle e-mail of Exhibit 34, and that's an e-mail | | |
| 420 21    from Brian Myers on April 17th, 2002 to Doug Ohlin and | | |
| 420 22    others, including yourself, is that right? | | |
| 420 23    A.   Yes. | | |
| 420 24    Q.   Okay.  And the first line of that middle | | |
| 421 1    part of Exhibit 34 says, quote, thanks for copying me | | |
| 421 2    on this memo, end quote. | | |
| 421 3    Do you see that? | | |
| 421 4    A.   Yes. | | |
| 421 5    Q.   Okay.  And if you look at the e-mail that | | |
| 421 6    came before the Brian Myers e-mail of April 17th, | | |
| 421 7    2002, there is an e-mail of April 16th, 2002. | | |
| 421 8    Do you see that? | | |
| 421 9    A.   Yes. | | |
| 421 10    Q.   And who was the author of that e-mail? | | |
| 421 11    A.   That was Doug -- that was Doug Ohlin. | | |

| | | |
|---|---|---|
| 421 12     Q.   Okay.  And I want to direct your attention | | |
| 421 13     to the second paragraph of that e-mail, about four | | |
| 421 14     lines down, which says:  "The dual-ended plug will fit | | |
| 421 15     a majority of the male population.  For those with | | |
| 421 16     excessively large ear canals, we recommend that the | | |
| 421 17     opposing plug be folded back before attempting | | |
| 421 18     insertion." | | |
| 421 19     Do you see that? | | |
| 421 20     A.   Yes. | | |
| 421 21     Q.   What is your -- who, to your -- to the | | |
| 421 22     best of your knowledge wrote that language that I just | | |
| 421 23     read? | | |
| 422:2 - 422:9   McNamara | **Re: [422:2-422:9]** **Pltf Obj** improper counter designation per PTO 64; Foundation | **DEFER RULING** |
| 422 2     A.   I do not -- I don't know. | | |
| 422 3     BY MS. ELIZABETH: | | |
| 422 4     Q.   Do you see Doug Ohlin's name there? | | |
| 422 5     A.   Yes, Doug O -- | | |
| 422 6     BY MS. ELIZABETH: | | |
| 422 7     Q.   Do you have any re -- | | |
| 422 8     BY THE WITNESS: | | |
| 422 9     A.   Doug -- Doug Ohlin. | | |
| 422:12 - 422:18   McNamara | **Re: [422:12-422:18]** **Pltf Obj** improper counter designation per PTO 64; Foundation | **DEFER RULING** |
| 422 12     Q.   Do you have any reason to believe that | | |
| 422 13     Doug Ohlin did not send this e-mail? | | |
| 422 14     A.   No, I do not. | | |
| 422 15     Q.   Do you have any reason to believe that you | | |
| 422 16     did not receive the e-mail above it that's been | | |
| 422 17     forwarded to you from Brian Myers on April 17, 2002? | | |
| 422 18     A.   No. | | |
| 422:19 - 424:20   McNamara | **Re: [422:19-424:20]** **Pltf Obj** improper counter designation per PTO 64 | **DEFER RULING** |
| 422 19     (WHEREUPON, a certain document was | | |
| 422 20     marked Timothy McNamara Deposition | | |
| 422 21     Exhibit No. 35, for identification, | | |
| 422 22     as of 03/11/2020.) | | |
| 422 23     BY MS. ELIZABETH: | | |
| 422 24     Q.   Okay.  I want to direct your attention to | | |
| 423 1     Exhibit 35 to your deposition. | | |
| 423 2     Exhibit 35 is an e-mail chain from Doug | | |
| 423 3     Ohlin to various people, including you, on | | |

423 4    October 4th, 2004.
423 5    Do you see that?
423 6    A.   Yes.
423 7    Q.   Okay.  And it reads:  "These will be
423 8    wallet-sized laminated cards to be issued with the
423 9    earplugs.  Any comments other than the need to correct
423 10    the NSN for the double-ended plug to
423 11    6515-01-466-2710?"
423 12    Do you see that?
423 13    A.   I do.
423 14    Q.   Do you have any reason to believe you did
423 15    not receive this e-mail?
423 16    A.   No.
423 17    Q.   Okay.  I want to direct your attention to
423 18    the attachment of this e-mail, which is on Bates 3M
423 19    MDL 13299 and 13300, and I'll specifically point you
423 20    to the Bates stamp Page 13300.
423 21    Are you there?
423 22    A.   I am.
423 23    Q.   Okay.  Do you recognize what's depicted on
423 24    this page?
424 1    A.   Yes.
424 2    Q.   What is it?
424 3    A.   It is a wallet-size card instruction
424 4    manual.
424 5    Q.   Okay.  Have you seen this before?
424 6    A.   Yes.
424 7    Q.   And there are various pictures on the
424 8    wallet card, right?
424 9    A.   Yes.
424 10    Q.   Okay.  Can you please tell the jury what
424 11    is depicted on the right-hand side of this wallet
424 12    card, the right-hand corner of this wallet card?
424 13    A.   It is the Combat Arms Earplug with the
424 14    impulse noise out and the steady state plug in with
424 15    the end folded out.
424 16    Q.   And when you say "the end folded out,"
424 17    what do you mean?
424 18    A.   The flap folded up.

| | | |
|---|---|---|
| 424 19    MS. ELIZABETH:  I don't think I have any further<br>424 20    questions. | | |
| 430:16 - 431:2   McNamara | | |
| 430 16    Q.   Exhibit 34.  "The dual end will fit a<br>430 17    majority of the adult male population.  For those with<br>430 18    excessively large ear canals, we recommend the<br>430 19    opposing plug be folded back before attempting<br>430 20    insertion."<br>430 21    And then others at your company were<br>430 22    copied for comment on the next e-mail -- the next<br>430 23    exhibit you-all looked at, and you looked at the<br>430 24    wallet card.<br>431 1    Do you remember that?<br>431 2    A.   Yes. | | |
| 431:3 - 431:6   McNamara<br>431 3    Q.   Now, are you aware, Mr. McNamara, that in<br>431 4    this very case Elliott Berger has testified under<br>431 5    oath?<br>431 6    A.   I'm not aware specifically. | Re: [431:3-431:6]<br>Def Obj Foundation (602) | SUSTAINED |
| 431:7 - 431:10   McNamara<br>431 7    Q.   Okay.  Has anybody told you that Elliott<br>431 8    Berger testified under oath that what Doug Ohlin put<br>431 9    in this e-mail that you-all read into the record was<br>431 10    wrong? | Re: [431:7-431:10]<br>Def Obj Foundation (602); Misstates;<br>Argumentative (611, 403) | SUSTAINED |
| 431:14 - 431:14   McNamara<br>431 14    A.   I'm not aware of that. | Re: [431:14-431:14]<br>Def Obj Foundation (602); Misstates;<br>Argumentative (611, 403) | SUSTAINED |
| 431:15 - 431:15   McNamara<br>431 15    BY MR. TRACEY: | | |
| 431:16 - 431:19   McNamara<br>431 16    Q.   Okay.  Are you aware that Elliott Berger<br>431 17    testified that their testing did not disclose that<br>431 18    only those with very large ear canals should fold back<br>431 19    the flanges? | Re: [431:16-431:19]<br>Def Obj Foundation (602); Misstates;<br>Argumentative (611, 403) | SUSTAINED |
| 431:21 - 432:3   McNamara<br>431 21    BY THE WITNESS:<br>431 22    A.   No.<br>431 23    BY MR. TRACEY:<br>431 24    Q.   Are you aware of whether anybody from your | Re: [431:21-432:3]<br>Def Obj Foundation (602); Misstates;<br>Argumentative (611, 403) | SUSTAINED |

McNamara                                                                                                    96

| | | |
|---|---|---|
| 432 1    company corrected Doug Ohlin's misinterpretation or<br>432 2    misstatement of fact that you read into the record<br>432 3    with your lawyer? | | |
| 432:5 - 432:6   McNamara<br>432 5    BY THE WITNESS:<br>432 6    A.   I'm not aware of. | **Re: [432:5-432:6]**<br>**Def Obj** Foundation (602); Misstates;<br>Argumentative (611, 403) | **SUSTAINED** |
| 434:10 - 434:12   McNamara<br>434 10    Q.   Have you ever heard until your lawyer read<br>434 11    it into the record ten minutes ago anything about<br>434 12    folding back the flanges with very large ear canals? | **Re: [434:10-434:12]**<br>**Def Obj** Foundation (602); Misstates;<br>Argumentative (611, 403) | **OVERRULED** |
| 434:14 - 434:14   McNamara<br>434 14    BY THE WITNESS: | | |
| 434:15 - 434:15   McNamara<br>434 15    A.   I don't remember. | **Re: [434:15-434:15]**<br>**Def Obj** Foundation (602); Misstates;<br>Argumentative (611, 403) | **OVERRULED** |
| 434:16 - 434:16   McNamara<br>434 16    BY MR. TRACEY: | | |
| 434:17 - 434:23   McNamara<br>434 17    Q.   Okay.  In all of your time going from base<br>434 18    to base, to commander to commander with your<br>434 19    PowerPoints and going to distributors and doing what<br>434 20    you do with your duffel bag full of stuff, had you<br>434 21    ever instructed anybody when you were -- when you were<br>434 22    doing your training to fold back the flanges in very<br>434 23    large ear canals? | **Re: [434:17-434:23]**<br>**Def Obj** Foundation (602); 3M MIL<br>No. 15; Argumentative; Compound<br>(611, 403) | **OVERRULED** |
| 435:4 - 435:5   McNamara<br>435 4    BY THE WITNESS:<br>435 5    A.   I -- I don't remember. | **Re: [435:4-435:5]**<br>**Def Obj** Foundation (602); 3M MIL<br>No. 15; Argumentative; Compound<br>(611, 403) | **OVERRULED** |
| 435:11 - 435:15   McNamara<br>435 11    Q.   You never one time can remember<br>435 12    instructing people to fold back the flanges when you<br>435 13    were doing your training with Combat Arms Version 2?<br>435 14    A.   Not that I recall.<br>435 15    Q.   No. | **Re: [435:11-435:15]**<br>**Def Obj** 3M MIL No. 15; Foundation<br>(602) | **OVERRULED** |
| 435:16 - 435:19   McNamara<br>435 16    And -- and you certainly have never seen<br>435 17    any literature from your company that purports to | **Re: [435:16-435:19]**<br>**Def Obj** Foundation (602);<br>Argumentative; Mistates (611, 403) | **OVERRULED** |

McNamara                                                                                                      97

| | | |
|---|---|---|
| 435 18    claim that those with the very large ear canals should | | |
| 435 19    fold back the flanges, have you? | | |
| 435:22 - 435:22   McNamara | **Re: [435:22-435:22]** | **OVERRULED** |
| 435 22    A.   Not that I can recall. | **Def Obj** Foundation (602); | |
| | Argumentative; Mistakes (611, 403) | |
| 435:24 - 436:7   McNamara | **Re: [435:24-436:7]** | **OVERRULED** |
| 435 24    Q.   Okay.  Do you -- do you know the genesis | **Def Obj** Foundation (602) | |
| 436 1    of this wallet card, how it came to be? | | |
| 436 2    A.   I don't know the exact genesis, but we | | |
| 436 3    provided it as a support piece. | | |
| 436 4    Q.   "We" meaning Aearo? | | |
| 436 5    A.   "We" meaning Aearo, yes. | | |
| 436 6    Q.   Okay. | | |
| 436 7    MR. TRACEY:  Thank you, Mr. McNamara. | | |
| 436:11 - 436:12   McNamara | | |
| 436 11    Q.   I just have a couple of follow-up | | |
| 436 12    questions, Mr. McNamara. | | |
| 436:15 - 437:3   McNamara | | |
| 436 15    Q.   Exhibit -- Exhibit 34 that was shown to | | |
| 436 16    you by your lawyer, this wallet card developed by | | |
| 436 17    Aearo.  Read what it says here by my finger, "for very | | |
| 436 18    large ear canals." | | |
| 436 19    A.   Can you expand that? | | |
| 436 20    Q.   Let me see. | | |
| 436 21    A.   On -- under -- | | |
| 436 22    Q.   "For very large ear canals"? | | |
| 436 23    A.   Oh, "for very large ear canals, fold | | |
| 436 24    opposing plug back." | | |
| 437 1    Q.   And it says "very large," right, "very | | |
| 437 2    large"? | | |
| 437 3    A.   Yes. | | |
| 439:1 - 439:19   McNamara | **Re: [439:1-439:19]** | **OVERRULED** |
| 439 1    Q.   And if we go to Exhibit 30, the flange | **Def Obj** Foundation (602); Relevance | |
| 439 2    report -- | (401, 402); Prejudice (403); Asked | |
| 439 3    MR. AYLSTOCK:  Can you pull up Exhibit 30, | (611, 403) | |
| 439 4    please, and let's go off the Elmo. | | |
| 439 5    MR. TRACEY:  He's got it. | | |
| 439 6    BY MR. AYLSTOCK: | | |
| 439 7    Q.   Oh, here we go, Exhibit 30.  If you go to | | |

| | | |
|---|---|---|
| 439 8    the paragraph that begins:  "For Test 213015, the<br>439 9    plugs were fit according to the standard plug's<br>439 10    fitting instructions with no modifications."<br>439 11    Do you see that?<br>439 12    A.  I do.<br>439 13    Q.  And it says:  "Because the stem of the<br>439 14    green, solid end of the plug is so short, it was<br>439 15    difficult for the experimenter to insert the plug into<br>439 16    some subjects' ear canals, especially those with" --<br>439 17    "subjects with medium and larger ear canals."<br>439 18    Did I read that reasonably correctly?<br>439 19    A.  That was exactly what it says. | | |
| 439:20 - 439:23   McNamara<br>439 20    Q.  Now, you would agree with me that this<br>439 21    says something very different than what Dr. Ohlin is<br>439 22    asking for review and comment on with the wallet card<br>439 23    where it says "very large ear canals," correct? | **Re: [439:20-439:23]**<br>**Def Obj** Foundation (602); Misstates;<br>Argumentative; Asked (611, 403) | **OVERRULED** |
| 440:2 - 440:5   McNamara<br>440 2    BY MR. AYLSTOCK:<br>440 3    Q.  Well, it says "medium and larger ear<br>440 4    canals" here, doesn't it?<br>440 5    A.  Yes. | | |
| 440:6 - 440:11   McNamara<br>440 6    Q.  That's not what Dr. Ohlin said when he<br>440 7    asked you and Mr. Berger and Mr. Myers to review the<br>440 8    proof of the Aearo wallet card that was going to be<br>440 9    sent to men and women in service all across this<br>440 10    country and around the world, those words are<br>440 11    different, aren't they, sir? | **Re: [440:6-440:11]**<br>**Def Obj** Foundation (602); Misstates;<br>Argumentative; Compound (611, 403) | **OVERRULED** |
| 440:15 - 440:15   McNamara<br>440 15    A.  Yes. | **Re: [440:15-440:15]**<br>**Def Obj** Foundation (602); Misstates;<br>Argumentative; Compound (611, 403) | **OVERRULED** |
| 440:16 - 440:16   McNamara<br>440 16    BY MR. AYLSTOCK: | | |
| 440:17 - 440:22   McNamara<br>440 17    Q.  Okay.  It stands to reason based upon this<br>440 18    that Dr. Ohlin must not have got this document, the<br>440 19    flange report, because if he did, he might have put,<br>440 20    Don't use it for medium or larger ear canals without | **Re: [440:17-440:22]**<br>**Def Obj** Foundation (602);<br>Argumentative (611, 403) | **SUSTAINED** |

| | | |
|---|---|---|
| 440 21        folding the flanges back. | | |
| 440 22        Is that a fair assumption, sir? | | |
| 441:1 - 441:1   McNamara | Re: [441:1-441:1] | SUSTAINED |
| 441 1        A.   I can't speak for Doug Ohlin. | Def Obj Foundation (602) | |
| 441:11 - 441:11   McNamara | Re: [441:11-441:11] | SUSTAINED |
| 441 11        A.   I did not reply, I don't believe. | Def Obj No question | |
| 441:12 - 441:12   McNamara | | |
| 441 12        BY MR. AYLSTOCK: | | |
| 441:13 - 441:14   McNamara | Re: [441:13-441:14] | SUSTAINED |
| 441 13        Q.   And nor did Mr. Berger or Mr. Myers, did | Def Obj Foundation (602) | |
| 441 14        they? | | |
| 441:17 - 441:17   McNamara | Re: [441:17-441:17] | SUSTAINED |
| 441 17        A.   I don't know. | Def Obj Foundation (602) | |
| 441:18 - 441:18   McNamara | | |
| 441 18        BY MR. AYLSTOCK: | | |
| 441:19 - 441:21   McNamara | Re: [441:19-441:21] | SUSTAINED |
| 441 19        Q.   You have no knowledge that they did, you | Def Obj Foundation (602) | |
| 441 20        cannot tell this jury that they ever replied, can you, | | |
| 441 21        sir? | | |
| 441:24 - 441:24   McNamara | Re: [441:24-441:24] | SUSTAINED |
| 441 24        A.   No, I can't. | Def Obj Foundation (602) | |
| 441:25 - 442:1   McNamara | | |
| 442 1        BY MR. AYLSTOCK: | | |
| 442:2 - 442:9   McNamara | Re: [442:2-442:9] | SUSTAINED |
| 442 2        Q.   And knowing that Mr. Berger is the author | Def Obj Foundation (602) | |
| 442 3        of this report and an e-mail went to Mr. Myers from | | |
| 442 4        Mr. Berger to ask each other, Should we share this | | |
| 442 5        with Doug, don't you feel it was incumbent on | | |
| 442 6        them to share this with Doug Ohlin and to tell | | |
| 442 7        Mr. Ohlin, Dr. Ohlin, that this card that was | | |
| 442 8        going to be sent out to the men and women in service | | |
| 442 9        is wrong? | | |
| 442:12 - 442:13   McNamara | Re: [442:12-442:13] | SUSTAINED |
| 442 12        Q.   Would you agree with me on that, sir? | Def Obj Foundation (602) | |
| 442 13        A.   I can't. | | |
| 442:16 - 442:16   McNamara | Re: [442:16-442:16] | SUSTAINED |
| 442 16        A.   I can't speak for them. | Def Obj Foundation (602) | |
| 442:17 - 442:17   McNamara | | |
| 442 17        BY MR. AYLSTOCK: | | |

McNamara

| 442:18 - 442:21   McNamara | Re: [442:18-442:21] | **OVERRULED** |
|---|---|---|
| 442 18     Q.   You won't agree with me, sir?  Even today | **Def Obj** Foundation (602) | |
| 442 19     in 2020, having seen everything that you've seen, you | | |
| 442 20     cannot agree with me that this should have been | | |
| 442 21     shared? | | |
| 442:24 - 442:24   McNamara | Re: [442:24-442:24] | **OVERRULED** |
| 442 24     A.   I cannot. | **Def Obj** Foundation (602) | |
| 443:1 - 443:1   McNamara | | |
| 443 1     MR. AYLSTOCK:  Thank you.  That's all I have. | | |

# Salon 2020-01-29

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Rulings |
|---|---|---|
| 6:21 - 6:24   Salon 2020-01-29 | | |
| 6 21   Q.   Good morning. | | |
| 6 22   A.   Good morning. | | |
| 6 23   Q.   What is your name, sir? | | |
| 6 24   A.   Martin Salon. | | |
| 8:13 - 8:15   Salon 2020-01-29 | **Re: [8:13-8:15]** | **OVERRULED** |
| 8 13   Q.   Okay.  Do you work for -- who do you work | **Def Obj** Relevance (401, 402) | |
| 8 14   for now? | | |
| 8 15   A.   DeltaPlus Corporation. | | |
| 8:16 - 8:18   Salon 2020-01-29 | | |
| 8 16   Q.   Okay.  And when was the last time you | | |
| 8 17   worked in the -- for either Aearo or 3M? | | |
| 8 18   A.   June of 2009. | | |
| 8:19 - 8:20   Salon 2020-01-29 | **Re: [8:19-8:20]** | **OVERRULED** |
| 8 19   Q.   Okay.  And why did you leave? | **Def Obj** Relevance (401, 402) | |
| 8 20   A.   I was offered a severance package. | | |
| 8:21 - 9:1   Salon 2020-01-29 | **Re: [8:21-9:1]** | **OVERRULED** |
| 8 21   Q.   Okay.  Were they downsizing? | **Def Obj** Relevance (401, 402) | |
| 8 22   A.   They had a -- just acquired Aearo, so they | | |
| 8 23   were downsizing -- | | |
| 8 24   Q.   Okay. | | |
| 9 1   A.   -- and changing things around. | | |
| 9:2 - 9:5   Salon 2020-01-29 | **Re: [9:2-9:5]** | **SUSTAINED** |
| 9 2   Q.   So I guess 3M bought Aearo and -- 3M buys | **Def Obj** Relevance (401, 402); | |
| 9 3   Aearo and they keep some people and other people they | Foundation (602) | |
| 9 4   say, Hey, we'll give you a severance package? | | |
| 9 5   A.   Correct. | | |
| 9:6 - 9:7   Salon 2020-01-29 | | |
| 9 6   Q.   Okay.  I've got a copy of your CV here, | | |
| 9 7   and let me give you this. | | |
| 10:1 - 10:6   Salon 2020-01-29 | | |
| 10 1   Is this a true and accurate copy of your | | |
| 10 2   resume or CV or whatever you want to call it? | | |
| 10 3   A.   It's the most recent, yes. | | |
| 10 4   Q.   Okay.  All right. | | |
| 10 5   And it looks like you are working in | | |
| 10 6   Bethel, Connecticut? | | |

| Designation | Testimony | Objection | Ruling |
|---|---|---|---|
| 10:17 - 10:23 | Salon 2020-01-29 | **Re: [10:17-10:23]** | **SUSTAINED** |
| 10 17 | Q.   Okay.  And what do the folks at DeltaPlus | **Def Obj** Relevance (401, 402) | |
| 10 18 | Group do? | | |
| 10 19 | A.   They manufacture PPE products. | | |
| 10 20 | Q.   What's that? | | |
| 10 21 | A.   Personal protective equipment products. | | |
| 10 22 | Q.   Okay.  Do they make earplugs? | | |
| 10 23 | A.   We don't make them but we sell them. | | |
| 11:22 - 12:1 | Salon 2020-01-29 | | |
| 11 22 | Q.   It looks like you worked from Aearo | | |
| 11 23 | Technologies from 1993 to 2009. | | |
| 11 24 | Is that right? | | |
| 12 1 | A.   That's correct. | | |
| 12:5 - 12:7 | Salon 2020-01-29 | | |
| 12 5 | What years would you have been involved | | |
| 12 6 | with the Combat Arms Earplug Version 2? | | |
| 12 7 | A.   That would have been 2004 to 2006. | | |
| 13:8 - 13:15 | Salon 2020-01-29 | | |
| 13 8 | Q.   Okay.  Did you ever work with any of the | | |
| 13 9 | other Combat Arms Earplugs, Version 3 or 4 or | | |
| 13 10 | Version 1? | | |
| 13 11 | A.   I'm completely unaware of Version 1. | | |
| 13 12 | Q.   Okay. | | |
| 13 13 | A.   All right.  I know that I had samples of, | | |
| 13 14 | and I don't know if it was 3 or 4, the plug that | | |
| 13 15 | was -- had a toggle. | | |
| 14:13 - 14:17 | Salon 2020-01-29 | | |
| 14 13 | Q.   Okay.  With regard to the Combat Arms | | |
| 14 14 | Earplug Version 2, use your own words and just tell | | |
| 14 15 | me, what was your role with that product? | | |
| 14 16 | A.   I had a couple of people working for me | | |
| 14 17 | selling into the military market. | | |
| 15:16 - 15:18 | Salon 2020-01-29 | **Re: [15:16-15:18]** | **OVERRULED** |
| 15 16 | Q.   Did you negotiate any military contracts | **Pltf Obj** outside scope of "clarification" | |
| 15 17 | for the Combat Arms Earplug Version 2? | | |
| 15 18 | A.   I did not. | | |
| 15:19 - 15:20 | Salon 2020-01-29 | **Re: [15:19-15:20]** | **SUSTAINED** |
| 15 19 | Q.   Okay.  Who with 3M would have negotiated | **Pltf Obj** outside scope of "clarification" | |
| 15 20 | those? | | |

| | | | |
|---|---|---|---|
| 15:23 - 15:24 | Salon 2020-01-29 | **Re: [15:23-15:24]** | **SUSTAINED** |
| 15 23 | A.   I would have to speculate.  I'm not really | **Pltf Obj** outside scope of "clarification" | |
| 15 24 | sure. | | |
| 17:17 - 18:4 | Salon 2020-01-29 | | |
| 17 17 | Q.   2004 to 2006, there is the one from 2004 | | |
| 17 18 | to '5 and then there is the one from 2005 to '6, and | | |
| 17 19 | if you look there, there is one, two, three, four, | | |
| 17 20 | five, six, seven bullet points for -- in total. | | |
| 17 21 | Do you see that? | | |
| 17 22 | A.   Yes, I do. | | |
| 17 23 | Q.   Which of those bullet points had to do | | |
| 17 24 | with the Combat Arms Version 2? | | |
| 18 1 | A.   The second bullet point under 2005 and | | |
| 18 2 | 2006. | | |
| 18 3 | Q.   Okay.  So the one that had to do with the | | |
| 18 4 | Combat Arms Version 2 is this one right here that | | |
| 18:5 - 18:9 | Salon 2020-01-29 | **Re: [18:5-18:9]** | **OVERRULED** |
| 18 5 | says: "Managed team that secured the sale of a new | **Def Obj** 3M MIL No. 7 | |
| 18 6 | safety product to the Army which is now provided to | | |
| 18 7 | all deploying soldiers and produced first year revenue | | |
| 18 8 | in excess of $4 million with margins exceeding | | |
| 18 9 | 75 percent." | | |
| 18:10 - 18:12 | Salon 2020-01-29 | | |
| 18 10 | That's the one that deals with the Combat | | |
| 18 11 | Arms Version 2, correct? | | |
| 18 12 | A.   That's correct. | | |
| 18:13 - 18:18 | Salon 2020-01-29 | **Re: [18:13-18:18]** | **OVERRULED** |
| 18 13 | Q.   Okay.  Which members of your team secured | **Def Obj** Foundation (602) | |
| 18 14 | the sale of that product, the Combat Arms Version 2? | | |
| 18 15 | A.   It would have been one of two people. | | |
| 18 16 | Q.   Okay. | | |
| 18 17 | A.   It would have been Tim McNamara or Frank | | |
| 18 18 | Gavin. | | |
| 18:19 - 18:20 | Salon 2020-01-29 | | |
| 18 19 | Q.   Okay.  And you were their supervisor? | | |
| 18 20 | A.   Correct. | | |
| 18:21 - 19:1 | Salon 2020-01-29 | **Re: [18:21-19:1]** | **OVERRULED** |
| 18 21 | Q.   And would either Tim McNamara or Frank | **Def Obj** Foundation (602) | |
| 18 22 | Gavin, would they, I guess, go meet with people in the | | |

| | | | |
|---|---|---|---|
| 18 23<br>18 24<br>19 1 | Army to secure a -- some sort of an agreement to sell<br>the product?<br>A.  Yes. | | |
| 19:10 - 19:13 | Salon 2020-01-29 | **Re: [19:10-19:13]** | **OVERRULED** |
| 19 10<br>19 11<br>19 12<br>19 13 | Q.   Okay.  Do you know how many Combat Arms<br>Earplugs Version 2 were sold while you were with the<br>company?<br>A.   I do not. | **Pltf Obj** outside scope of "clarification" | |
| 21:10 - 21:23 | Salon 2020-01-29 | | |
| 21 10<br>21 11<br>21 12<br>21 13<br>21 14<br>21 15<br>21 16<br>21 17<br>21 18<br>21 19<br>21 20<br>21 21<br>21 22<br>21 23 | Q.   So if I were to ask you, you'd -- you<br>would say you were in sales, not marketing?<br>A.   That's correct.<br>Q.   Okay.  You were involved in selling these<br>directly to soldiers, correct?<br>A.   Not me personally, no.<br>Q.   You were, I guess, overseeing that effort,<br>correct?<br>A.   Yes, I was.<br>Q.   Okay.  And who were the people that were<br>working on that for you?<br>A.   To sell it?<br>Q.   Uh-huh.<br>A.   Tim McNamara and Frank Gavin. | | |
| 22:20 - 23:1 | Salon 2020-01-29 | **Re: [22:20-23:1]** | **SUSTAINED** |
| 22 20<br>22 21<br>22 22<br>22 23<br>22 24<br>23 1 | Q.   Okay.  Did Mr. McNamara and Mr. Gavin, did<br>they have expense accounts?<br>A.   Yes.<br>Q.   Were they able to use those expense<br>accounts to, I guess, wine and dine the potential<br>purchasers of these products? | **Def Obj** Relevance (401, 402),<br>Foundation (602); Cumulative (403);<br>Vague (611, 403) | |
| 23:4 - 23:5 | Salon 2020-01-29 | **Re: [23:4-23:5]** | **OVERRULED** |
| 23 4<br>23 5 | A.   They had expense accounts.  They may have<br>taken people out to dinner.  I don't recall. | **Def Obj** Relevance (401, 402),<br>Foundation (602), Vague (611, 403) | |
| 25:18 - 25:21 | Salon 2020-01-29 | **Re: [25:18-25:21]** | **OVERRULED** |
| 25 18<br>25 19<br>25 20<br>25 21 | Q.   One of the things that you came up with to<br>sell this directly or to market this directly to the<br>soldiers was a plan called Operation Cobra, correct?<br>A.   I don't recall that. | **Def Obj** Foundation (602); Non-<br>Responsive (611) | |

| | | |
|---|---|---|
| 25:22 - 26:6 | Salon 2020-01-29 | |
| 25 22 | Q.   Okay.  Well, I happen to have an e-mail | |
| 25 23 | that you sent.  Let me mark this as Exhibit 2. | |
| 25 24 | (WHEREUPON, a certain document was | |
| 26 1 | marked Martin Salon Deposition | |
| 26 2 | Exhibit No. 2, for identification, | |
| 26 3 | as of 01/29/2020.) | |
| 26 4 | BY MR. MONSOUR: | |
| 26 5 | Q.   Here you go. | |
| 26 6 | A.   Thank you. | |

| | | Re: [26:7-26:17] | OVERRULED |
|---|---|---|---|
| 26:7 - 26:17 | Salon 2020-01-29 | Def Obj Foundation (602) | |
| 26 7 | Q.   This is an e-mail.  If you'll look at the | | |
| 26 8 | front page, it's from you, Marty Salon, and it is to | | |
| 26 9 | Mike Cimino, Doug Moses, Marc Santoro, cc'ing Jim | | |
| 26 10 | Greg, Gwen MacDonald, and Brian Myers. | | |
| 26 11 | Do you see that? | | |
| 26 12 | A.   I do. | | |
| 26 13 | Q.   And the date of it is July 29 of 2005. | | |
| 26 14 | Do you see that? | | |
| 26 15 | A.   I do. | | |
| 26 16 | Q.   And what is the subject of this e-mail? | | |
| 26 17 | A.   Operation Cobra. | | |

| | | Re: [27:11-29:14] | OVERRULED |
|---|---|---|---|
| 27:11 - 29:14 | Salon 2020-01-29 | Def Obj Foundation (602) | |
| 27 11 | Q.   Okay.  So let's look at Operation Cobra | | |
| 27 12 | that you were sending around. | | |
| 27 13 | Do you remember why you were sending | | |
| 27 14 | around the Operation Cobra plan? | | |
| 27 15 | A.   I don't remember sending this. | | |
| 27 16 | Q.   Okay.  Well, let's go through it.  Maybe | | |
| 27 17 | it will kind of clear it up a little bit for you. | | |
| 27 18 | It looks like one of the things that was | | |
| 27 19 | being contemplated in Operation Cobra was a direct | | |
| 27 20 | mail piece. | | |
| 27 21 | Do you see that -- | | |
| 27 22 | A.   I -- | | |
| 27 23 | Q.   -- under No. 1? | | |
| 27 24 | A.   I do. | | |
| 28 1 | Q.   And it looks like there is 7,000 -- | | |
| 28 2 | "Direct mail to 7,000 purchasing and procurement | | |

| | |
|---|---|
| 28 3 | people.  We estimate we will have an additional 1,000 |
| 28 4 | mailers leave behind tubes for the sales force to |
| 28 5 | distribute.  Contact customer service for additional |
| 28 6 | samples." |
| 28 7 | Do you see that? |
| 28 8 | A.   I do. |
| 28 9 | Q.   Now, why was Aearo/3M, why were they doing |
| 28 10 | a direct mail to people with regard to the earplug? |
| 28 11 | A.   I don't recall. |
| 28 12 | Q.   Okay.  Then it looks like there were some |
| 28 13 | trade publications. |
| 28 14 | Do you see that, No. 2? |
| 28 15 | A.   I do. |
| 28 16 | Q.   And it says:  "Trade Publications - |
| 28 17 | National Defense, Armed Forces Journal and ARMY |
| 28 18 | Magazine.  Full page ads will run in July, August and |
| 28 19 | September (ad attached)." |
| 28 20 | Do you see that? |
| 28 21 | A.   I see that. |
| 28 22 | Q.   Okay.  Do you remember why you guys were |
| 28 23 | running this -- these advertisements in trade |
| 28 24 | publications? |
| 29 1 | A.   I do not. |
| 29 2 | Q.   What would generally be the purpose of |
| 29 3 | running an advertisement in a trade publication be? |
| 29 4 | A.   To generate leads and interest. |
| 29 5 | Q.   Okay.  It looks like here there is another |
| 29 6 | section called End User. |
| 29 7 | It says:  "We are running (the same ads as |
| 29 8 | trade pubs) each Wednesday and Sunday in Stars and |
| 29 9 | Stripes newspaper (through the end of September). |
| 29 10 | This publication does not run in the US, only |
| 29 11 | overseas, and we have chosen to only run in the Middle |
| 29 12 | East where we believe usage and need is highest." |
| 29 13 | Do you see that? |
| 29 14 | A.   Yes, I do. |

| 29:15 - 30:2 | Salon 2020-01-29 | Re: [29:15-30:2] | OVERRULED |
|---|---|---|---|
| 29 15 | Q.   Now, what would be the purpose of running | Def Obj Foundation (602) | |
| 29 16 | an ad in a newspaper that was regularly reviewed by | | |

| | | |
|---|---|---|
| 29 17   the soldiers in the Middle East?<br>29 18   A.   To generate interest in a product.<br>29 19   Q.   Okay.  When you're running an<br>29 20   advertisement for a product like the Combat Arms<br>29 21   Version 2, what type of information do you want to<br>29 22   convey to the end users?<br>29 23   A.   The features and benefits of the product.<br>29 24   Q.   Okay.  Do you want to include in there<br>30 1   instructions on how to use the product?<br>30 2   A.   Not necessarily. | | |
| 30:6 - 30:12  Salon 2020-01-29<br>30 6   Q.   Okay.  So you want to do features and<br>30 7   benefits of the product.<br>30 8   Is it important when you are marketing a<br>30 9   product or when you are marketing directly to the end<br>30 10   users -- and who were the end users of this product?<br>30 11   A.   Soldiers.<br>30 12   Q.   Soldiers, right. | | |
| 30:13 - 30:14  Salon 2020-01-29<br>30 13   Is it important to shoot straight with the<br>30 14   soldiers, tell them the truth? | **Re: [30:13-30:14]**<br>**Def Obj** Vague (611, 403); Foundation<br>(602) | **OVERRULED** |
| 30:16 - 30:18  Salon 2020-01-29<br>30 16   BY THE WITNESS:<br>30 17   A.   I think all advertising should shoot<br>30 18   straight. | **Re: [30:16-30:18]**<br>**Def Obj** Vague (611, 403); Foundation<br>(602) | **OVERRULED** |
| 30:20 - 31:10  Salon 2020-01-29<br>30 20   Q.   Okay.  If there are positives of a<br>30 21   product, should those positives be told to the end<br>30 22   users?<br>30 23   A.   Features, yes.<br>30 24   Q.   Okay.  What if there is some negative<br>31 1   aspects of the product, should those negative aspects<br>31 2   of the product also be shared with the end users, in<br>31 3   this case the soldiers?<br>31 4   A.   In this situation I would say no.<br>31 5   Q.   Okay.  Why would you not want to share<br>31 6   some of the negative aspects?<br>31 7   A.   Because a negative to you may not be a<br>31 8   negative to me, so you create -- creating doubt by | | |

| | | |
|---|---|---|
| 31 9   throwing negatives in there that -- that may not | | |
| 31 10   apply. | | |
| 31:11 - 31:13   Salon 2020-01-29 | **Re: [31:11-31:13]** | **OVERRULED** |
| 31 11   Q.   Well, what if it is a negative that | **Def Obj** Vague (611, 403) | |
| 31 12   involves the efficacy of the product, should that be | | |
| 31 13   shared with the soldiers? | | |
| 31:16 - 31:17   Salon 2020-01-29 | **Re: [31:16-31:17]** | **OVERRULED** |
| 31 16   A.   I didn't know there was a problem with the | **Def Obj** Vague (611, 403) | |
| 31 17   efficacy of the product, so I would have said no. | | |
| 34:10 - 34:11   Salon 2020-01-29 | | |
| 34 10   Q.   Okay.  Mr. Salon, I gave you a copy of | | |
| 34 11   what we call "the flange report," Exhibit No. 3. | | |
| 34:12 - 34:14   Salon 2020-01-29 | **Re: [34:12-34:14]** | **OVERRULED** |
| 34 12   Did you have a chance to look at the | **Def Obj** Relevance (401, 402); Vague | |
| 34 13   flange report? | (611, 403); Foundation (602) | |
| 34 14   A.   Yes, I did. | | |
| 34:15 - 34:17   Salon 2020-01-29 | | |
| 34 15   Q.   Okay.  Had you ever seen it before I | | |
| 34 16   had -- | | |
| 34 17   A.   I had not. | | |
| 35:14 - 36:6   Salon 2020-01-29 | **Re: [35:14-36:6]** | **OVERRULED** |
| 35 14   Okay.  So, you've never seen the flange | **Def Obj** Relevance (401, 402); | |
| 35 15   report before I showed it to you, true? | Prejudice (403); Foundation (602); | |
| 35 16   A.   True. | Vague (611, 403); 701 | |
| 35 17   Q.   Does it concern you that in the | | |
| 35 18   introduction to the flange report, it says: | | |
| 35 19   "The purpose of this report is to document | | |
| 35 20   that the current length of the UltraFit Earplug end of | | |
| 35 21   the Combat Arms Plug is too short for proper | | |
| 35 22   insertion." | | |
| 35 23   Does that concern you? | | |
| 35 24   A.   No, because I've never heard of it. | | |
| 36 1   Q.   Okay.  If a plug is too short for proper | | |
| 36 2   insertion, that can be a problem, true? | | |
| 36 3   MS. ESFANDIARIFARD:  Object to foundation. | | |
| 36 4   BY THE WITNESS: | | |
| 36 5   A.   I would think not in every case. | | |
| 36 6   BY MR. MONSOUR: | | |

| | |
|---|---|
| 36:13 - 36:20   Salon 2020-01-29 | **Re: [36:13-36:20]** |
| 36 13   Q.   Does it concern you that Mr. Kieper and | **Def Obj** Relevance (401, 402); |
| 36 14   Mr. Berger were writing memos that mention that the | Prejudice (403); Foundation (602); |
| 36 15   Combat Arms Plug is too short for proper insertion, | Vague (611,403); 701 |
| 36 16   yet you, as the sales guy, were never let in on this | |
| 36 17   secret? | |
| 36 18   MS. ESFANDIARIFARD:  Object to form. | |
| 36 19   BY THE WITNESS: | |
| 36 20   A.   No. | |

**OVERRULED**

| | |
|---|---|
| 36:20 - 36:20   Salon 2020-01-29 | **Re: [36:20-36:20]** |
| 36 20   A.   No. | **Def Obj** Foundation (602) |

**OVERRULED**

| | |
|---|---|
| 37:21 - 37:24   Salon 2020-01-29 | **Re: [37:21-37:24]** |
| 37 21   My question was:  If you had been shared | **Pltf Obj** 403 (waste of time), non- |
| 37 22   this information, would you have told the troops? | responsive, outside scope of |
| 37 23   A.   And I didn't deal directly with the | "clarification" |
| 37 24   troops. | |

**OVERRULED**

| | |
|---|---|
| 38:13 - 38:16   Salon 2020-01-29 | **Re: [38:13-38:16]** |
| 38 13   A.   The information I got from E-A-RCAL, | **Pltf Obj** incomplete designation |
| 38 14   Elliott Berger, I had tremendous amount of respect for | (question not included), non-responsive |
| 38 15   Elliott, if he felt this was necessary information, I | (answer is not responsive to question |
| 38 16   believe he would have shared it with me. | that was left off counter designations), |
| | speculation, outside scope of |
| | "clarification" |

**SUSTAINED**

| | |
|---|---|
| 38:17 - 39:4   Salon 2020-01-29 | **Re: [38:17-39:4]** |
| 38 17   Q.   Okay.  Do you agree with me that this | **Def Obj** Relevance (401, 402); |
| 38 18   report, this flange report, is concerning? | Prejudice (403); Foundation (602); |
| 38 19   MS. ESFANDIARIFARD:  Object to form. | Vague (611, 403); 701 |
| 38 20   BY THE WITNESS: | |
| 38 21   A.   Again, I think if it was concerning | |
| 38 22   enough, Elliott would have passed it along. | |
| 38 23   BY MR. MONSOUR: | |
| 38 24   Q.   Okay.  Can you think of any reason why | |
| 39 1   Mr. Berger would have not shared this information with | |
| 39 2   you? | |
| 39 3   A.   I can't comment on what he was thinking | |
| 39 4   or... | |

**OVERRULED**

| | |
|---|---|
| 41:1 - 41:16   Salon 2020-01-29 | **Re: [41:1-41:16]** |
| 41 1   Q.   If you had known this information, would | **Def Obj** Relevance (401, 402); |
| 41 2   you have changed up anything you did? | Prejudice (403); Foundation (602); |

**OVERRULED**

| | | | |
|---|---|---|---|
| 41 3 | MS. ESFANDIARIFARD:  Object to form. | Vague; Misstates; Argumentative (611, 403); 701 | |
| 41 4 | BY THE WITNESS: | | |
| 41 5 | A.   I would say no. | | |
| 41 6 | BY MR. MONSOUR: | | |
| 41 7 | Q.   Just -- you'd just keep selling it even | | |
| 41 8 | though you knew there was an issue with the product? | | |
| 41 9 | MS. ESFANDIARIFARD:  Same objection. | | |
| 41 10 | BY THE WITNESS: | | |
| 41 11 | A.   Again, some issues come up with a couple | | |
| 41 12 | of people, there is no earplug that fits everybody, so | | |
| 41 13 | I didn't have -- I -- literally all of the time I said | | |
| 41 14 | I had any involvement with the Combat Arms, I never | | |
| 41 15 | had anyone complain about the product, so I assumed it | | |
| 41 16 | was a good product. | | |
| 41:17 - 41:17 | Salon 2020-01-29 | | |
| 41 17 | BY MR. MONSOUR: | | |
| 41:18 - 42:11 | Salon 2020-01-29 | **Re: [41:18-42:11]** | **OVERRULED** |
| 41 18 | Q.   But now -- | **Def Obj** Relevance (401, 402); Prejudice (403); Foundation (602); Vague; Misstates; Argumentative (611, 403); 701 | |
| 41 19 | A.   I still do. | | |
| 41 20 | Q.   But -- that was your assumption, and I've | | |
| 41 21 | shown you something that indicates that your | | |
| 41 22 | assumption might be incorrect, true? | | |
| 41 23 | MS. ESFANDIARIFARD:  Object to form. | | |
| 41 24 | BY THE WITNESS: | | |
| 42 1 | A.   It might. | | |
| 42 2 | BY MR. MONSOUR: | | |
| 42 3 | Q.   Okay.  So knowing that your assumption | | |
| 42 4 | might be incorrect and knowing that Mr. Kieper and | | |
| 42 5 | Mr. Berger signed off on a report that said the Combat | | |
| 42 6 | Arms Plug is too short for proper insertion, if you | | |
| 42 7 | had to go back in time, would you change anything you | | |
| 42 8 | did? | | |
| 42 9 | MS. ESFANDIARIFARD:  Object to form. | | |
| 42 10 | BY THE WITNESS: | | |
| 42 11 | A.   I don't believe so. | | |
| 42:13 - 42:19 | Salon 2020-01-29 | **Re: [42:13-42:19]** | **OVERRULED** |
| 42 13 | Q.   Okay.  Would you have still implemented | **Pltf Obj** 403 (cumulative of 27:11-15, waste of time), non-responsive, outside scope of "clarification" | |
| 42 14 | Operation Cobra to try and sell this product directly | | |
| 42 15 | to our brave soldiers? | | |

| | | | |
|---|---|---|---|
| 42 16 | A.   Again, I don't recall this document. | | |
| 42 17 | Q.   Okay. | | |
| 42 18 | A.   So it's hard for me to comment what I -- | | |
| 42 19 | what I would have or would not have changed. | | |
| 43:5 - 43:22 | Salon 2020-01-29 | Re: [43:5-43:22] | SUSTAINED (no question asked of witness) |
| 43 5 | A.   No.  And I -- I guess I'd like to make a | Pltf Obj 402, 403 (prejudice), incomplete designation, outside scope of "clarification" | |
| 43 6 | comment. | | |
| 43 7 | BY MR. MONSOUR: | | |
| 43 8 | Q.   Sure. | | |
| 43 9 | A.   In 2003 I had a cardiac arrest. | | |
| 43 10 | Q.   Okay. | | |
| 43 11 | A.   I was in an induced coma for over a week. | | |
| 43 12 | Q.   Okay. | | |
| 43 13 | A.   They had to defibrillate me. | | |
| 43 14 | Q.   Okay. | | |
| 43 15 | A.   I truly lost some memory from that. | | |
| 43 16 | Q.   Okay. | | |
| 43 17 | A.   So it was about this same time period. | | |
| 43 18 | My -- my memory is not great from that time period. | | |
| 43 19 | Q.   Okay. | | |
| 43 20 | A.   And I'm -- I'm giving you the best I have | | |
| 43 21 | that I can remember, and that -- that bothers me that | | |
| 43 22 | that happened, but it did. | | |
| 52:24 - 53:1 | Salon 2020-01-29 | | |
| 52 24 | BY MR. MONSOUR: | | |
| 53 1 | Q.   I am -- I am asking you what you think. | | |
| 53:1 - 53:6 | Salon 2020-01-29 | Re: [53:1-53:6] | OVERRULED |
| 53 1 | Q.   I am -- I am asking you what you think. | Def Obj Relevance (401, 402); Prejudice (403); Foundation (602); Vague; Misstates; Argumentative (611, 403); 701 | |
| 53 2 | A.   I think it is the responsibility of | | |
| 53 3 | military management -- | | |
| 53 4 | Q.   Okay. | | |
| 53 5 | A.   -- to make sure all equipment is used | | |
| 53 6 | correctly. | | |
| 53:7 - 53:15 | Salon 2020-01-29 | Re: [53:7-53:15] | OVERRULED |
| 53 7 | Q.   Is it okay for Aearo/3M to conceal this | Def Obj Relevance (401, 402); Prejudice (403); Foundation (602); Vague; Misstates; Argumentative (611, 403); 701 | |
| 53 8 | information from the government or to the government? | | |
| 53 9 | MS. ESFANDIARIFARD:  Object to form. | | |
| 53 10 | BY THE WITNESS: | | |
| 53 11 | A.   I suppose it is, if the product is working | | |

| | | | |
|---|---|---|---|
| 53 12 | in -- in most cases. | | |
| 53 13 | BY MR. MONSOUR: | | |
| 53 14 | Q.   So you -- | | |
| 53 15 | A.   Nothing is perfect. | | |
| **53:16 - 54:10** | **Salon 2020-01-29** | **Re: [53:16-54:10]** | **OVERRULED** |
| 53 16 | Q.   So you think it is okay to conceal the | **Def Obj** Relevance (401, 402); | |
| 53 17 | information that says the Combat Arms Plug is too | Prejudice (403); Foundation (602); | |
| 53 18 | short for proper insertion, you think that's okay to | Vague; Misstates; Argumentative (611, | |
| 53 19 | conceal that from the government? | 403); 701 | |
| 53 20 | MS. ESFANDIARIFARD:  Object to form. | | |
| 53 21 | BY THE WITNESS: | | |
| 53 22 | A.   Yes. | | |
| 53 23 | BY MR. MONSOUR: | | |
| 53 24 | Q.   Okay.  You understand that by concealing | | |
| 54 1 | this information from the government, that has a | | |
| 54 2 | negative effect on our soldiers, true? | | |
| 54 3 | MS. ESFANDIARIFARD:  Object to foundation. | | |
| 54 4 | BY THE WITNESS: | | |
| 54 5 | A.   Possibly. | | |
| 54 6 | BY MR. MONSOUR: | | |
| 54 7 | Q.   Okay.  Is that okay, to sell a product and | | |
| 54 8 | conceal information where it will have a negative | | |
| 54 9 | effect on our soldiers? | | |
| 54 10 | A.   Yes. | | |
| **54:11 - 55:4** | **Salon 2020-01-29** | **Re: [54:11-55:4]** | **SUSTAINED** |
| 54 11 | Q.   Okay.  Do you agree with me that our | **Def Obj**  3M MIL No. 9; Relevance | |
| 54 12 | soldiers, they are pretty heroic people, don't you | (401, 402); Prejudice (403); Foundation | |
| 54 13 | agree with that? | (602); Vague; Misstates; Argumentative | |
| 54 14 | A.   Absolutely. | (611, 403); 701 | |
| 54 15 | Q.   They have an incredibly dangerous job and | | |
| 54 16 | I think they would all tell you that they are | | |
| 54 17 | underpaid. | | |
| 54 18 | Do you agree with that? | | |
| 54 19 | A.   I'm not sure about the underpaid part, but | | |
| 54 20 | I believe -- I'm guessing that would be a fair | | |
| 54 21 | statement. | | |
| 54 22 | Q.   Okay.  So for people that are as heroic as | | |
| 54 23 | our soldiers are and put their lives on the line to | | |
| 54 24 | benefit the United States, should -- should they be | | |

| | | |
|---|---|---|
| 55 1 | given the full truth about the products that they use? | |
| 55 2 | MS. ESFANDIARIFARD:  Object to form. | |
| 55 3 | BY THE WITNESS: | |
| 55 4 | A.   Not necessarily. | |
| **71:17 - 72:2** | Salon 2020-01-29 | **Re: [71:17-72:2]**   SUSTAINED |
| 71 17 | Q.   Okay.  Did you have any role in working | **Pltf Obj** 402, 403 (waste of time), |
| 71 18 | with the instructions that should be packaged with | outside scope of "clarification" |
| 71 19 | each pair of the product? | |
| 71 20 | A.   I had no role in that. | |
| 71 21 | Q.   Did you have any role with any PR with | |
| 71 22 | regard to this aspect? | |
| 71 23 | A.   I had no role. | |
| 71 24 | Q.   Did you have any role with the -- possibly | |
| 72 1 | some online training content? | |
| 72 2 | A.   I had no -- no role in that. | |
| **75:8 - 76:15** | Salon 2020-01-29 | **Re: [75:8-76:15]**   SUSTAINED |
| 75 8 | Q.   Could you show me how you put the -- you | **Def Obj** Relevance (401, 402); |
| 75 9 | said that you've used these earplugs? | Foundation (602); Prejudice (403); 701 |
| 75 10 | A.   Um-hum. | |
| 75 11 | Q.   If I gave you a pair, could you show me | |
| 75 12 | how you put them in? | |
| 75 13 | A.   I wear hearing aids, so it would be tough | |
| 75 14 | to do that. | |
| 75 15 | Q.   You wear hearing aids? | |
| 75 16 | A.   Uh-huh.  Both sides. | |
| 75 17 | Q.   Could you just tell me how you would do | |
| 75 18 | it? | |
| 75 19 | A.   How I would do it? | |
| 75 20 | MS. ESFANDIARIFARD:  Object to form; foundation. | |
| 75 21 | BY MR. MONSOUR: | |
| 75 22 | Q.   Yeah, how would -- how would -- we don't | |
| 75 23 | have to -- we don't have to do it.  Just tell me how | |
| 75 24 | you put them in your ears? | |
| 76 1 | A.   As I said earlier, I have a big ear canal. | |
| 76 2 | I literally can lift my ear and insert the earplug -- | |
| 76 3 | Q.   Okay. | |
| 76 4 | A.   -- with almost no problem at all. | |
| 76 5 | Q.   Do you do anything to the plug before you | |
| 76 6 | stick it in your ear? | |

| | | | |
|---|---|---|---|
| | 76 7 | MS. ESFANDIARIFARD:  Objection; form. | |
| | 76 8 | BY THE WITNESS: | |
| | 76 9 | A.   I've -- I've tried things like wetting a | |
| | 76 10 | plug to make it a little easier to slide in. | |
| | 76 11 | BY MR. MONSOUR: | |
| | 76 12 | Q.   Okay. | |
| | 76 13 | A.   With a disposable plug or are you talking | |
| | 76 14 | about just this plug?  Basically I put -- I put it in, | |
| | 76 15 | I slide it right in.  I wiggle it and insert it. | |
| 76:16 - 77:16 | Salon 2020-01-29 | **Re: [76:16-77:16]** | **OVERRULED** |
| | 76 16 | Q.   Okay.  Do you -- in the flange report that | **Def Obj** Foundation (602); Prejudice |
| | 76 17 | I showed you, it's mentioned that he folded back the | (403); Relevance (401, 402); Vague |
| | 76 18 | flanges and stuck them in. | (611, 403) |
| | 76 19 | Do you do that when you put yours in? | |
| | 76 20 | A.   I've never heard of that. | |
| | 76 21 | Q.   You've never heard of that, okay. | |
| | 76 22 | A.   I've never heard of that. | |
| | 76 23 | Q.   I want to show you -- let me show you -- | |
| | 76 24 | did you ever include any -- in the marketing pieces | |
| | 77 1 | that you sent soldiers, did you ever include anything | |
| | 77 2 | in that talking about rolling back the flanges? | |
| | 77 3 | MS. ESFANDIARIFARD:  Object to foundation. | |
| | 77 4 | BY THE WITNESS: | |
| | 77 5 | A.   I never did any marketing pieces. | |
| | 77 6 | BY MR. MONSOUR: | |
| | 77 7 | Q.   Okay.  On the sales pieces, did you ever | |
| | 77 8 | include anything in there about rolling back the | |
| | 77 9 | flanges? | |
| | 77 10 | A.   Not to my knowledge. | |
| | 77 11 | Q.   If it was important, would you have done | |
| | 77 12 | that? | |
| | 77 13 | MS. ESFANDIARIFARD:  Object to form. | |
| | 77 14 | BY THE WITNESS: | |
| | 77 15 | A.   If it was an everyone-should-do-it kind of | |
| | 77 16 | thing, I would think that would be important. | |
| 77:24 - 78:1 | Salon 2020-01-29 | | |
| | 77 24 | MR. MONSOUR:  Let me hand you what I'll mark as | |
| | 78 1 | Exhibit 5. | |

| | | |
|---|---|---|
| 78:11 - 79:14   Salon 2020-01-29 | **Re: [78:11-79:14]** | **OVERRULED** |
| 78 11   Q.   And this is an e-mail from July of 2005. | **Def Obj** Relevance (401, 402); | |
| 78 12   It's talking about -- if -- if you look at the e-mail, | Foundation (602) | |
| 78 13   it is basically talking about Operation Cobra, if you | | |
| 78 14   look at it. | | |
| 78 15   A.   Okay. | | |
| 78 16   Q.   Do you see that? | | |
| 78 17   A.   I do. | | |
| 78 18   Q.   It is talking about direct mail, trade | | |
| 78 19   publications, all of that kind of stuff? | | |
| 78 20   A.   Right. | | |
| 78 21   Q.   And it mentions the trade publications | | |
| 78 22   where the ad is going to be, and if you look, if you | | |
| 78 23   flip over two pages, it says that the ad is attached, | | |
| 78 24   and if you flip over two pages, there is a copy of the | | |
| 79 1   ad there. | | |
| 79 2   Do you see it? | | |
| 79 3   A.   Yep. | | |
| 79 4   Q.   Do you remember that ad? | | |
| 79 5   A.   I do not. | | |
| 79 6   Q.   Okay.  This is, though, based upon the | | |
| 79 7   e-mail, this is the ad that was going to be run in | | |
| 79 8   Stars and Stripes and those other trade publications | | |
| 79 9   that were aimed at the soldiers, correct? | | |
| 79 10   A.   Yes, I believe so. | | |
| 79 11   Q.   Okay.  It notes at the top, it says, | | |
| 79 12   Combat Arms Earplug and it says, "Hear Clearly," | | |
| 79 13   correct? | | |
| 79 14   A.   Correct. | | |
| 80:6 - 80:17   Salon 2020-01-29 | **Re: [80:6-80:17]** | **OVERRULED** |
| 80 6   Q.   And there is a picture of a soldier | **Def Obj** Relevance (401, 402); | |
| 80 7   wearing a helmet and he has the earplugs in and the | Prejudice (403) | |
| 80 8   yellow side is in, correct? | | |
| 80 9   A.   Correct. | | |
| 80 10   Q.   And -- and when I say the yellow side is | | |
| 80 11   in, that means the green side is kind of facing out? | | |
| 80 12   A.   Okay. | | |
| 80 13   Q.   Correct? | | |
| 80 14   A.   Correct. | | |

| | | |
|---|---|---|
| 80 15    Q.   The flanges on the green side are not<br>80 16    folded back, correct?<br>80 17    A.   Correct. | | |
| 81:12 - 81:16   Salon 2020-01-29<br>81 12    Q.   Did you have any role in creating the<br>81 13    website?<br>81 14    A.   No, I did not.<br>81 15    Q.   Okay.  Did you ever look at the website?<br>81 16    A.   Not that I recall. | Re: [81:12-81:16]<br>Pltf Obj 402, 403 (waste of time),<br>outside scope of "clarification" | OVERRULED |
| 94:8 - 94:11   Salon 2020-01-29<br>94 8    Q.   If -- if you were the decision maker,<br>94 9    would you say, Hey, let's -- let's work on this,<br>94 10    let's -- let's give better instructions?<br>94 11    A.   I wasn't the decision maker. | Re: [94:8-94:11]<br>Pltf Obj 402, 403 (waste of time), non-<br>responsive, outside scope of<br>"clarification" | OVERRULED |
| 120:14 - 120:19   Salon 2020-01-29<br>120 14    Q.   Salon.  Okay.  Mr. Salon, my name is Tom<br>120 15    Pirtle.  I am a lawyer from Houston, Texas and I'm<br>120 16    here on be of half MDL plaintiffs to ask you some<br>120 17    follow-up questions of what Mr. Monsour was asking.<br>120 18    A.   Okay.<br>120 19    Q.   All right? | | |
| 120:20 - 121:1   Salon 2020-01-29<br>120 20    The only thing that I do ask of you is if<br>120 21    you don't understand a question -- and that's wholly<br>120 22    possible -- ask me to repeat it and I'll repeat it as<br>120 23    many as times as necessary until we have a meeting of<br>120 24    the minds.<br>121 1    A.   Okay. | Re: [120:20-121:1]<br>Def Obj Relevance (401, 402) | SUSTAINED |
| 131:15 - 132:5   Salon 2020-01-29<br>131 15    Did you become aware during your time at<br>131 16    Aearo that some of the Gulf War veterans or folks that<br>131 17    were deployed were -- were coming back with hearing<br>131 18    loss?<br>131 19    A.   I was not aware of that.<br>131 20    MS. ESFANDIARIFARD:  Objection to form.  You've<br>131 21    got to give me a second, but...<br>131 22    BY MR. PIRTLE:<br>131 23    Q.   So you were not aware that some of the<br>131 24    veterans that were coming back from, say, Iraq or | Re: [131:15-132:5]<br>Def Obj Foundation (602); 701; 3M<br>MIL No. 9; Relevance (401, 402) | SUSTAINED |

| | | |
|---|---|---|
| 132 1   Afghanistan were coming back with what I'm going to<br>132 2   call abnormally high rates of hearing loss?<br>132 3   MS. ESFANDIARIFARD:  Same objection to form.<br>132 4   BY THE WITNESS:<br>132 5   A.   I was not aware of that. | | |
| 132:5 - 132:10   Salon 2020-01-29<br>132 5   A.   I was not aware of that.<br>132 6   BY MR. PIRTLE:<br>132 7   Q.   All right.  Let me show you something that<br>132 8   might refresh your recollection on this subject.<br>132 9   MR. PIRTLE:  I'm going to mark this as Salon 12.<br>132 10   My control number is TP9.  You can put it up. | Re: [132:5-132:10]<br>Def Obj Foundation (602); 701; 3M<br>MIL No. 9; Relevance (401, 402) | OVERRULED |
| 133:3 - 133:20   Salon 2020-01-29<br>133 3   Q.   And just so we can orient ourselves to<br>133 4   this document, this is a document that is dated<br>133 5   March 6th of 2006, correct?<br>133 6   A.   Yes.<br>133 7   Q.   It is a time when you were with the<br>133 8   company, correct?<br>133 9   A.   Correct.<br>133 10   Q.   And it is from a Brian Myers who you are<br>133 11   familiar with?<br>133 12   A.   Correct.<br>133 13   Q.   And it is to you as well as a number of<br>133 14   other folks, including some people that worked for you<br>133 15   at the time, Frank Gavin and Tim -- Timothy McNamara,<br>133 16   who we've looked at e-mails from before, correct?<br>133 17   A.   Correct.<br>133 18   Q.   Marc Santoro, Gary Warren.  Was Gary<br>133 19   Warren your boss?<br>133 20   A.   Yes, he was. | | |
| 134:9 - 134:18   Salon 2020-01-29<br>134 9   Q.   And the subject of this is:  "Forward:<br>134 10   Rates of hearing loss climbing for troops -  Rick<br>134 11   Whittle," and I hope I pronounced that right, "Dallas<br>134 12   Morning News."<br>134 13   Did I read that reasonably correct?<br>134 14   A.   Yes.<br>134 15   Q.   And is it fair to say that you would have | | |

| | | |
|---|---|---|
| 134 16    received this memo or this e-mail in the ordinary<br>134 17    course of your business at Aearo at the time?<br>134 18    A.  Yes. | | |
| 136:1 - 136:1   Salon 2020-01-29<br>   136 1    halfway down the page. | | |
| 136:2 - 136:10   Salon 2020-01-29<br>   136 2    A.  Okay.<br>   136 3    Q.  "A review of recent studies and interviews<br>   136 4    with experts by the Dallas Morning News shows that:<br>   136 5    Perhaps a fourth, and probably more, of troops who<br>   136 6    have served in Iraq since March of 2003 have returned<br>   136 7    with hearing loss from gunfire, bomb blasts and other<br>   136 8    noise."<br>   136 9    Did I read that reasonably correct?<br>   136 10    A.  Yes. | **Re: [136:2-136:10]**<br>**Def Obj** Relevance (401, 402);<br>Foundation (403); Foundation (602);<br>701; 3M Mil No. 9 | **OVERRULED** |
| 137:18 - 138:4   Salon 2020-01-29<br>   137 18    Q.  Now, at this point in time Aearo had<br>   137 19    hundreds of thousands of Version 2 earplugs in<br>   137 20    military hands we've seen through the pre -- previous<br>   137 21    documents.<br>   137 22    Did you as a member of management, as vice<br>   137 23    president, take note in 2006 and go, Hey, one-fourth<br>   137 24    of these people are showing hearing loss, maybe there<br>   138 1    is something wrong?<br>   138 2    MS. ESFANDIARIFARD:  Objection to form.<br>   138 3    BY THE WITNESS:<br>   138 4    A.  I don't recall that popping into my head. | **Re: [137:18-138:4]**<br>**Def Obj** Relevance (401, 402);<br>Cummulative (403); Misstates (611,<br>403); Foundation (602); 701; 3M Mil<br>No. 9 | **OVERRULED** |
| 138:5 - 138:5   Salon 2020-01-29<br>   138 5    BY MR. PIRTLE: | | |
| 138:6 - 138:10   Salon 2020-01-29<br>   138 6    Q.  It is a reasonable question to ask,<br>   138 7    though, isn't it?<br>   138 8    MS. ESFANDIARIFARD:  Objection to form.<br>   138 9    BY THE WITNESS:<br>   138 10    A.  It is a reasonable question. | **Re: [138:6-138:10]**<br>**Def Obj** Vague (611, 403); Foundation<br>(602); 3M Mil No. 9; Relevance (401,<br>402) | **OVERRULED** |
| 138:11 - 138:11   Salon 2020-01-29<br>   138 11    BY MR. PIRTLE: | | |

| | | |
|---|---|---|
| 138:12 - 138:17   Salon 2020-01-29 | **Re: [138:12-138:17]** | **SUSTAINED** |
| 138 12      Q.   And it is a reasonable question that you | **Def Obj** Vague (611, 403); Relevance | |
| 138 13      don't recall getting -- ever getting an answer to? | (401, 402) | |
| 138 14      MS. ESFANDIARIFARD:  Same objection. | | |
| 138 15      BY THE WITNESS: | | |
| 138 16      A.   I'm not sure I raised an objection.  I | | |
| 138 17      don't recall asking -- raising an objection. | | |
| 138:19 - 139:6   Salon 2020-01-29 | **Re: [138:19-139:6]** | **SUSTAINED AS TO THE PHRASE,** |
| 138 19      Q.   Do you remember anybody raising an | **Def Obj** Vague (611, 403); Relevance | **"MY GOD."** |
| 138 20      objection, saying, My God, a quarter of these folks | (401, 402); Prejudice (403); Foundation | |
| 138 21      are coming home with a hearing loss and we are the | (602); 3M Mil No. 9 | **OVERRULED IN ALL OTHER** |
| 138 22      guys who are supposed to be protecting their hearing? | | **RESPECTS.** |
| 138 23      MS. ESFANDIARIFARD:  Objection to form. | | |
| 138 24      BY THE WITNESS: | | |
| 139 1      A.   I don't recall any conversation. | | |
| 139 2      BY MR. PIRTLE: | | |
| 139 3      Q.   Do you remember any reaction or action | | |
| 139 4      that was taken as part of this report from the Dallas | | |
| 139 5      Morning News as was transcribed by Brian Myers? | | |
| 139 6      A.   I do not. | | |
| 141:9 - 141:9   Salon 2020-01-29 | | |
| 141 9      MR. PIRTLE:  Pass the witness. | | |

# Zielinski 2020-06-22

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Rulings |
|---|---|---|
| 11:23 - 12:5   Zielinski 2020-06-22 | | |
| 11 23      The court reporter is Carrie | | |
| 11 24      Campbell and will now swear in the | | |
| 11 25      witness. | | |
| 12 1      ROBERT ZIELINSKI, | | |
| 12 2      of lawful age, having been first duly sworn | | |
| 12 3      to tell the truth, the whole truth and | | |
| 12 4      nothing but the truth, deposes and says on | | |
| 12 5      behalf of the Plaintiffs, as follows: | | |
| 12:9 - 12:15   Zielinski 2020-06-22 | | |
| 12 9      Q.   Good morning, Mr. Zielinski. | | |
| 12 10      My name is Neil Overholtz, and | | |
| 12 11      I represent the plaintiffs in this claim | | |
| 12 12      against 3M and Aearo Corporation. | | |
| 12 13      Can you state your full name | | |
| 12 14      for the record? | | |
| 12 15      A.   Yes.  It's Robert Zielinski. | | |
| 12:23 - 13:4   Zielinski 2020-06-22 | | |
| 12 23      Q.   And are you currently employed? | | |
| 12 24      A.   Yes, I am. | | |
| 12 25      Q.   And who do you work for? | | |
| 13 1      A.   Aearo Technologies, LLC. | | |
| 13 2      Q.   Okay.  And Aearo is a | | |
| 13 3      subsidiary of 3M; is that right? | | |
| 13 4      A.   Yes, that's correct. | | |
| 14:20 - 14:23   Zielinski 2020-06-22 | **Re: [14:20-14:23]** **Def Obj** Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| 14 20      So how much time did you spend | | |
| 14 21      preparing for today's deposition? | | |
| 14 22      A.   I would estimate about 25 to | | |
| 14 23      30 hours total. | | |
| 15:10 - 15:16   Zielinski 2020-06-22 | **Re: [15:10-15:16]** **Def Obj** Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| 15 10      Q.   Okay.  And besides the time | | |
| 15 11      that you -- well, let me just ask you this: | | |
| 15 12      Those 25 to 30 hours, was some of this time | | |
| 15 13      meeting with attorneys, or part of the time | | |
| 15 14      was with attorneys and other time was you | | |
| 15 15      preparing yourself? | | |
| 15 16      A.   That time was with attorneys. | | |

| | | | |
|---|---|---|---|
| 17:17 - 17:25 | Zielinski 2020-06-22 | **Re: [17:17-17:25]** | **OVERRULED** |
| 17 17 | Can you tell me what TJR was? | **Def Obj** Relevance (401, 402); | |
| 17 18 | A.    That was the manufacturing | Prejudice (403); 3M MIL 26 | |
| 17 19 | facility in Mexico that produced product for | | |
| 17 20 | Aearo Technologies. | | |
| 17 21 | Q.    Okay.  So eventually that | | |
| 17 22 | became Aearo Technologies Mexico; is that | | |
| 17 23 | right? | | |
| 17 24 | A.    Eventually, yes.  That is the | | |
| 17 25 | current title of the operation. | | |
| 19:24 - 20:1 | Zielinski 2020-06-22 | | |
| 19 24 | You've been working for Aearo | | |
| 19 25 | since the late 1990s; is that right? | | |
| 20 1 | A.    Yes, that's correct. | | |
| 23:18 - 23:25 | Zielinski 2020-06-22 | | |
| 23 18 | Q.    Okay.  So this is what -- | | |
| 23 19 | document RZ-LI, and we're going to introduce | | |
| 23 20 | this as the first exhibit, Exhibit 1, to the | | |
| 23 21 | deposition, Zielinski 1. | | |
| 23 22 | MR. OVERHOLTZ:  So, Corey, if | | |
| 23 23 | you could make that Exhibit 1. | | |
| 23 24 | (Zielinski Exhibit 1 marked for | | |
| 23 25 | identification.) | | |
| 24:19 - 24:21 | Zielinski 2020-06-22 | | |
| 24 19 | Q.    Okay.  So -- and this is your | | |
| 24 20 | LinkedIn page, correct? | | |
| 24 21 | A.    Yes, it is. | | |
| 26:16 - 26:19 | Zielinski 2020-06-22 | | |
| 26 16 | Q.    Okay.  And when did you move | | |
| 26 17 | into this global outsource manufacturing | | |
| 26 18 | manager? | | |
| 26 19 | A.    It was approximately in 2001. | | |
| 28:14 - 28:21 | Zielinski 2020-06-22 | **Re: [28:14-28:21]** | **SUSTAINED** |
| 28 14 | Q.    And then the next is NAFTA | **Def Obj** Relevance (401, 402); | |
| 28 15 | compliance. | Prejudice (403) | |
| 28 16 | Do you see that? | | |
| 28 17 | A.    Yes. | | |
| 28 18 | Q.    All right.  NAFTA compliance. | | |
| 28 19 | NAFTA is the North American Free Trade | | |

| | | |
|---|---|---|
| 28 20    Agreement; is that right? | | |
| 28 21    A.    Yes, that's correct. | | SUSTAINED |
| 29:9 - 29:18   Zielinski 2020-06-22 | | |
| 29 9    One of the facilities that you | | |
| 29 10    had responsibility over as far as this | | |
| 29 11    outsource manufacturing management was a | | |
| 29 12    facility in Mexico, right? | | |
| 29 13    A.    Yes. | | |
| 29 14    Q.    And that would have been -- one | | |
| 29 15    of those would have been TJR that we talked | | |
| 29 16    about before was where at least some of the | | |
| 29 17    earplugs were going to be manufactured in | | |
| 29 18    Mexico for Aearo; is that right? | | |
| 29:21 - 29:23   Zielinski 2020-06-22 | | |
| 29 21    THE WITNESS:  Yes, that's | | |
| 29 22    correct, that's where they were | | |
| 29 23    produced. | | |
| 29:24 - 30:13   Zielinski 2020-06-22 | Re: [29:24-30:13] | SUSTAINED |
| 29 24    QUESTIONS BY MR. OVERHOLTZ: | Def Obj Relevance (401, 402); Vague | |
| 29 25    Q.    All right.  And so for NAFTA | (611, 403); Prejudice (403) | |
| 30 1    compliance, when you list that as one of your | | |
| 30 2    responsibilities, the reason why you had to | | |
| 30 3    be compliant with NAFTA, the North American | | |
| 30 4    Free Trade Agreement, is because this | | |
| 30 5    outsource manufacturing was happening in | | |
| 30 6    Mexico; is that right? | | |
| 30 7    MS. DE PAULO:  Objection. | | |
| 30 8    Form. | | |
| 30 9    THE WITNESS:  There were | | |
| 30 10    regulations required as a maquiladora | | |
| 30 11    operation that you had to have NAFTA | | |
| 30 12    compliance for, so that was the main | | |
| 30 13    reason for that. | | |
| 30:14 - 30:19   Zielinski 2020-06-22 | Re: [30:14-30:19] | SUSTAINED |
| 30 14    QUESTIONS BY MR. OVERHOLTZ: | Def Obj Relevance (401, 402) | |
| 30 15    Q.    Okay.  And so your | | |
| 30 16    responsibility was to make sure that you | | |
| 30 17    complied with those NAFTA-related | | |

| | | | |
|---|---|---|---|
| 30 18 | regulations; is that fair? | | |
| 30 19 | A.   Yes. | | |
| 31:24 - 33:3 | Zielinski 2020-06-22 | **Re: [31:24-33:3]** | **SUSTAINED** |
| 31 24 | QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** Relevance (401, 402); | |
| 31 25 | Q.   If we could flip to the next | Prejudice (403); Colloquy (401, 402); | |
| 32 1 | slide, I just want to kind of give us a | 3M MIL No. 26 | |
| 32 2 | little bit of a roadmap of where we're going | | |
| 32 3 | to go, Mr. Zielinski, in this deposition so | | |
| 32 4 | we have an understanding of some of the | | |
| 32 5 | topics we're going to talk about today. | | |
| 32 6 | Okay? | | |
| 32 7 | So obviously we're going to | | |
| 32 8 | talk a little bit more about your background | | |
| 32 9 | job at Aearo and 3M when 3M acquired Aearo. | | |
| 32 10 | I want to talk to you about | | |
| 32 11 | your role with the Combat Arms version 2, the | | |
| 32 12 | dual-ended, and you can see a picture on the | | |
| 32 13 | screen, right? | | |
| 32 14 | A.   Yes. | | |
| 32 15 | Q.   Okay.  And I want to talk to | | |
| 32 16 | you a little bit about the manufacturing of | | |
| 32 17 | the component parts of the Combat Arms | | |
| 32 18 | version 2, okay? | | |
| 32 19 | A.   Okay. | | |
| 32 20 | Q.   And then, of course, as we've | | |
| 32 21 | just started talking about, I want to talk a | | |
| 32 22 | little bit about the outsourcing of the | | |
| 32 23 | assembly of the Combat Arms version 2 plugs. | | |
| 32 24 | And then finally we want to | | |
| 32 25 | talk about the quality assurance and testing | | |
| 33 1 | of the Combat Arms version 2. | | |
| 33 2 | Okay? | | |
| 33 3 | A.   Okay. | | |
| 35:8 - 36:13 | Zielinski 2020-06-22 | **Re: [35:8-36:13]** | **OVERRULED** |
| 35 8 | Q.   Okay.  Was it -- and it's your | **Def Obj** 3M MIL No. 26 | |
| 35 9 | knowledge and understanding that the role of | | |
| 35 10 | TJR in Mexico was the assembly of the Combat | | |
| 35 11 | Arms dual-ended earplug; is that right? | | |
| 35 12 | A.   Yes, their responsibility was | | |

| | | | |
|---|---|---|---|
| 35 13 | to assemble those plugs, that's correct. | | |
| 35 14 | Q.    Okay.  And they didn't | | |
| 35 15 | manufacture the component parts; is that a | | |
| 35 16 | fair statement? | | |
| 35 17 | A.    That's correct, they did not. | | |
| 35 18 | Q.    Okay.  And those parts would be | | |
| 35 19 | shipped directly to TJR where they would be | | |
| 35 20 | assembled manually; is that right? | | |
| 35 21 | A.    Direct -- can you please | | |
| 35 22 | clarify direct from where? | | |
| 35 23 | Q.    Yes, I'm going to ask you a | | |
| 35 24 | little bit about where. | | |
| 35 25 | The component parts were | | |
| 36 1 | shipped from whoever made them, manufactured | | |
| 36 2 | them, to TJR in Mexico for assembly; is that | | |
| 36 3 | right? | | |
| 36 4 | A.    They were shipped there by -- | | |
| 36 5 | came into Indianapolis first, and were | | |
| 36 6 | consolidated and shipped down. | | |
| 36 7 | Q.    Okay.  So the manufacturer of | | |
| 36 8 | the component part makes the part, ships them | | |
| 36 9 | to Indianapolis.  In Indianapolis you put | | |
| 36 10 | them all together and ship them down to | | |
| 36 11 | Mexico for assembly; is that right? | | |
| 36 12 | A.    Yes, that is what happened at | | |
| 36 13 | that point in time. | | |
| 38:12 - 38:17 | Zielinski 2020-06-22 | Re: [38:12-38:17] | OVERRULED |
| 38 12 | Q.    And when the assembled Combat | Def Obj 3M MIL No. 26 | |
| 38 13 | Arms were shipped out, did the same procedure | | |
| 38 14 | apply?  They would be trucked back to the | | |
| 38 15 | border and then transferred to a different | | |
| 38 16 | carrier? | | |
| 38 17 | A.    That is my understanding, yes. | | |
| 38:21 - 38:24 | Zielinski 2020-06-22 | | |
| 38 21 | Q.    Okay.  All right.  And then you | | |
| 38 22 | were involved with quality assurance and | | |
| 38 23 | testing of the Combat Arms version 2; is that | | |
| 38 24 | right? | | |

| | | |
|---|---|---|
| 38:21 - 38:24   Zielinski 2020-06-22 | **Re: [38:21-38:24]** | **SUSTAINED** |
| 38 21    Q.   Okay.  All right.  And then you | **Pltf Obj** improper clarification | |
| 38 22    were involved with quality assurance and | testimony, outside the scope of PTO 64; | |
| 38 23    testing of the Combat Arms version 2; is that | de-designated by Plaintiff | |
| 38 24    right? | | |
| 39:2 - 39:2   Zielinski 2020-06-22 | | |
| 39 2    THE WITNESS:  No, I was not. | | |
| 39:2 - 39:2   Zielinski 2020-06-22 | **Re: [39:2-39:2]** | **SUSTAINED** |
| 39 2    THE WITNESS:  No, I was not. | **Pltf Obj** improper clarification | |
| | testimony, outside the scope of PTO 64 | |
| 39:3 - 39:18   Zielinski 2020-06-22 | **Re: [39:3-39:18]** | **OVERRULED** |
| 39 3    QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL NO. 26 | |
| 39 4    Q.   Okay.  You didn't have any | | |
| 39 5    responsibility related to the quality | | |
| 39 6    assurance procedures and testing of the | | |
| 39 7    Combat Arms version 2 that were happening or | | |
| 39 8    supposed to happen down in Mexico? | | |
| 39 9    MS. DE PAULO:  Objection. | | |
| 39 10    Form. | | |
| 39 11    THE WITNESS:  No, I was not | | |
| 39 12    responsible for quality assurance. | | |
| 39 13    QUESTIONS BY MR. OVERHOLTZ: | | |
| 39 14    Q.   Okay.  Who was responsible? | | |
| 39 15    A.   The quality department within | | |
| 39 16    TJR had initial responsibility, and Aearo | | |
| 39 17    Technologies' quality department would be | | |
| 39 18    responsible for quality overall. | | |
| 40:9 - 40:19   Zielinski 2020-06-22 | **Re: [40:9-40:19]** | **OVERRULED** |
| 40 9    Q.   Okay.  And you told me that | **Def Obj** 3M MIL NO. 26 | |
| 40 10    initial quality assurance responsibility fell | | |
| 40 11    to TJR in Mexico's quality department; is | | |
| 40 12    that right? | | |
| 40 13    A.   Yes, that's correct. | | |
| 40 14    Q.   But Aearo Technologies' in | | |
| 40 15    Indianapolis quality department would oversee | | |
| 40 16    that; is that fair? | | |
| 40 17    A.   The quality assurance | | |
| 40 18    department in Indianapolis was ultimately | | |
| 40 19    responsible, yes. | | |

Zielinski 2020-06-22

| | | |
|---|---|---|
| 40:20 - 41:5   Zielinski 2020-06-22 | **Re: [40:20-41:5]** | **OVERRULED** |
| 40 20    Q.    All right.  And can you tell me | **Def Obj** 3M MIL No. 26; Foundation | |
| 40 21    when -- and if this changed over time, you | (602) | |
| 40 22    can tell me that.  But can you tell me who | | |
| 40 23    the people were at Aearo in Indianapolis who | | |
| 40 24    would have been responsible for quality | | |
| 40 25    assurance? | | |
| 41 1    MS. DE PAULO:  Objection. | | |
| 41 2    Form. | | |
| 41 3    THE WITNESS:  Steve Todor was | | |
| 41 4    the quality manager at that point in | | |
| 41 5    time. | | |
| 54:21 - 55:4   Zielinski 2020-06-22 | | |
| 54 21    (Zielinski Exhibit 2 marked for | | |
| 54 22    identification.) | | |
| 54 23    QUESTIONS BY MR. OVERHOLTZ: | | |
| 54 24    Q.    Long before that.  Okay. | | |
| 54 25    All right.  Let's talk a little | | |
| 55 1    bit now about kind of where you fit within | | |
| 55 2    the structure there at Aearo in Indianapolis. | | |
| 55 3    If we can mark as the next Exhibit RZ-019, | | |
| 55 4    Exhibit 2. | | |
| 55:19 - 55:24   Zielinski 2020-06-22 | | |
| 55 19    Mr. Zielinski, this is | | |
| 55 20    page 2 -- or page 1 of the actual document, | | |
| 55 21    page 2 of the PDF, but -- which is an | | |
| 55 22    operations and R&D organizational chart. | | |
| 55 23    Do you see that? | | |
| 55 24    A.    Yes, I do. | | |
| 57:2 - 57:6   Zielinski 2020-06-22 | | |
| 57 2    Q.    Okay.  And what about Robert | | |
| 57 3    Klun?  I see him listed as vice president of | | |
| 57 4    research and development. | | |
| 57 5    Do you see that? | | |
| 57 6    A.    Yes, I do. | | |
| 57:22 - 58:6   Zielinski 2020-06-22 | **Re: [57:22-58:6]** | **OVERRULED** |
| 57 22    You didn't have direct | **Def Obj** Relevance (401, 402); | |
| 57 23    reporting to Mr. Klun with respect to your | Prejudice (403) | |
| 57 24    role in global outsource manufacturing, but | | |

| | | |
|---|---|---|
| 57 25   you did have interactions with Mr. Klun<br>58 1    related to the Combat Arms version 2, right?<br>58 2    MS. DE PAULO:  Objection.<br>58 3    Form.<br>58 4    THE WITNESS:  I had<br>58 5    interactions with Mr. Klun on several<br>58 6    areas, yes. | | |
| 58:8 - 58:10   Zielinski 2020-06-22<br>58 8    Q.   Okay.  And what was the basis<br>58 9    of those interactions between his department<br>58 10   and the department that you worked under? | Re: [58:8-58:10]<br>Pltf Obj non-responsive, outside scope<br>of "clarification" | OVERRULED |
| 58:13 - 58:17   Zielinski 2020-06-22<br>58 13   THE WITNESS:  Mr. Klun was<br>58 14   responsible for research and<br>58 15   development of the technical group.<br>58 16   There was little interaction with<br>58 17   those two areas. | Re: [58:13-58:17]<br>Pltf Obj non-responsive, outside scope<br>of "clarification" | OVERRULED |
| 61:21 - 62:3   Zielinski 2020-06-22<br>61 21   Q.   Okay.  And from a -- and the<br>61 22   plugs that were going to be assembled by TJR,<br>61 23   you understood that those were going to be<br>61 24   sold to the United States military, right?<br>61 25   MS. DE PAULO:  Objection.<br>62 1    Form.<br>62 2    THE WITNESS:  I was aware that<br>62 3    they were for military, yes. | Re: [61:21-62:3]<br>Def Obj Relevance (401, 402);<br>Foundation (602); Prejudice (403) | OVERRULED |
| 62:15 - 62:23   Zielinski 2020-06-22<br>62 15   For global outsource<br>62 16   manufacturing at Aearo for the Combat Arms<br>62 17   version 2, was it important that those<br>62 18   earplugs be assembled correctly?<br>62 19   MS. DE PAULO:  Objection.<br>62 20   THE WITNESS:  Aearo<br>62 21   Technologies was definitely --<br>62 22   definitely wanted to be sure that the<br>62 23   plugs were correct. | Re: [62:15-62:23]<br>Def Obj 3M MIL No. 26 | OVERRULED |
| 63:4 - 63:7   Zielinski 2020-06-22<br>63 4    Q.   Okay.  And were there<br>63 5    operations, procedures, that were put in | Re: [63:4-63:7]<br>Pltf Obj non-responsive, outside scope<br>of "clarification" | OVERRULED |

| | | |
|---|---|---|
| 63 6    place to make sure that they were assembled<br>63 7    correctly by TJR? | | |
| 63:10 - 63:13   Zielinski 2020-06-22<br>63 10    THE WITNESS:  Standard<br>63 11    operating procedures were provided by<br>63 12    the quality department that gave<br>63 13    direction to TJR regarding assembly. | **Re: [63:10-63:13]**<br>**Pltf Obj** non-responsive, outside scope<br>of "clarification" | **OVERRULED** |
| 63:14 - 63:19   Zielinski 2020-06-22<br>63 14    QUESTIONS BY MR. OVERHOLTZ:<br>63 15    Q.    As part of your job as global<br>63 16    outsource manufacturing, did you have any<br>63 17    responsibilities related to the design of the<br>63 18    Combat Arms version 2 earplug?<br>63 19    A.    No, not at all. | **Re: [63:14-63:19]**<br>**Pltf Obj** outside scope of "clarification" | **OVERRULED** |
| 64:5 - 64:10   Zielinski 2020-06-22<br>64 5    Your job as -- in global<br>64 6    outsource manufacturing for the Combat Arms<br>64 7    version 2 for TJR Mexico, was your job to<br>64 8    make sure that TJR Mexico had the operations<br>64 9    in place that could deliver the earplugs that<br>64 10    Aearo needed to sell and deliver? | **Re: [64:5-64:10]**<br>**Pltf Obj** improper clarification<br>testimony, outside the scope of PTO 64 | **OVERRULED** |
| 64:13 - 64:17   Zielinski 2020-06-22<br>64 13    THE WITNESS:  My<br>64 14    responsibilities were to make sure<br>64 15    that TJR was manufacturing the product<br>64 16    to meet the quantity and delivery date<br>64 17    requirements of our customer. | **Re: [64:13-64:17]**<br>**Pltf Obj** improper clarification<br>testimony, outside the scope of PTO 64 | **OVERRULED** |
| 66:15 - 67:8   Zielinski 2020-06-22<br>66 15    Did you have an understanding<br>66 16    in your role that the quality of the plugs<br>66 17    produced at TJR Mexico was important?<br>66 18    MS. DE PAULO:  Objection.<br>66 19    Form.<br>66 20    THE WITNESS:  The quality of<br>66 21    all the product produced in our<br>66 22    manufacturing facilities is important.<br>66 23    QUESTIONS BY MR. OVERHOLTZ:<br>66 24    Q.    And in light of the fact that<br>66 25    these Combat Arms version 2 earplugs were | **Re: [66:15-67:8]**<br>**Def Obj** 3M MIL No. 26; Foundation<br>(602) | **OVERRULED** |

| | | |
|---|---|---|
| 67 1    going to be sold to the United States<br>67 2    military, would you agree that the quality<br>67 3    was paramount to soldier safety?<br>67 4    MS. DE PAULO:  Objection.<br>67 5    Form.<br>67 6    THE WITNESS:  I don't have<br>67 7    information regarding the plugs and<br>67 8    soldier safety. | | |
| 67:17 - 67:24    Zielinski 2020-06-22<br>67 17    Q.    Okay.  You understood the<br>67 18    Combat Arms version 2 plugs were a safety<br>67 19    product?<br>67 20    MS. DE PAULO:  Objection.<br>67 21    Form.<br>67 22    THE WITNESS:  I understood that<br>67 23    the earplugs were a hearing protection<br>67 24    product. | Re: [67:17-67:24]<br>Def Obj Relevance (401, 402);<br>Prejudice (403) | OVERRULED |
| 68:6 - 68:7    Zielinski 2020-06-22<br>68 6    Q.    Okay.  And so -- and this is<br>68 7    one of those plugs there, right? | | |
| 68:10 - 68:13    Zielinski 2020-06-22<br>68 10    QUESTIONS BY MR. OVERHOLTZ:<br>68 11    Q.    Dual-ended, yellow and green?<br>68 12    A.    That appears to be the Combat<br>68 13    Arms version 2. | | |
| 68:14 - 69:7    Zielinski 2020-06-22<br>68 14    Q.    Okay.  And when we talk about<br>68 15    hearing protection, and you had an<br>68 16    understanding that Aearo was selling these<br>68 17    plugs to the United States military, this was<br>68 18    hearing protection for our soldiers, right?<br>68 19    MS. DE PAULO:  Objection.<br>68 20    Form.<br>68 21    THE WITNESS:  The product was a<br>68 22    hearing protection product used by the<br>68 23    military.<br>68 24    QUESTIONS BY MR. OVERHOLTZ:<br>68 25    Q.    Now, because of that, do you<br>69 1    agree that if there was a problem with the | Re: [68:14-69:7]<br>Def Obj 3M MIL No. 26; Prejudice<br>(403); Foundation (602) | OVERRULED |

| | | |
|---|---|---|
| 69 2      assembly of the CAEv2, that Aearo had a duty | | |
| 69 3      to tell the US military? | | |
| 69 4      MS. DE PAULO:  Objection. | | |
| 69 5      Form. | | |
| 69 6      THE WITNESS:  I would have no | | |
| 69 7      idea.  No, I don't know. | | |
| 71:19 - 72:24   Zielinski 2020-06-22 | **Re: [71:19-72:24]** | **OVERRULED** |
| 71 19      If there was a problem with the | **Def Obj** 3M MIL No. 26; Prejudice | |
| 71 20      quality of the Combat Arms version 2 earplugs | (403); Foundation (602) | |
| 71 21      that were being assembled to the US | | |
| 71 22      military -- they were being assembled to be | | |
| 71 23      sold to the US military that could affect | | |
| 71 24      soldier safety and their hearing, would you | | |
| 71 25      expect that Aearo or 3M would communicate | | |
| 72 1      that to the United States military? | | |
| 72 2      MS. DE PAULO:  Same objection. | | |
| 72 3      THE WITNESS:  That was not my | | |
| 72 4      area of responsibility, so I relied on | | |
| 72 5      the marketing team to determine what | | |
| 72 6      communication takes place between them | | |
| 72 7      and their customers. | | |
| 72 8      QUESTIONS BY MR. OVERHOLTZ: | | |
| 72 9      Q.    Okay.  So marketing at Aearo | | |
| 72 10      was responsible for communications with their | | |
| 72 11      customers, based on your understanding of | | |
| 72 12      your responsibilities at Aearo; is that | | |
| 72 13      right? | | |
| 72 14      MS. DE PAULO:  Objection. | | |
| 72 15      Form. | | |
| 72 16      THE WITNESS:  Sorry, could you | | |
| 72 17      repeat that again? | | |
| 72 18      QUESTIONS BY MR. OVERHOLTZ: | | |
| 72 19      Q.   I just was trying to verify. | | |
| 72 20      Based on your understanding in | | |
| 72 21      your role at Aearo, it was marketing's job to | | |
| 72 22      communicate with their customers? | | |
| 72 23      A.    Yes, marketing did the | | |
| 72 24      communication. | | |

74:18 - 74:22   Zielinski 2020-06-22

| | | | |
|---|---|---|---|
| 74 18 | Q.   Okay.  You know who Marty Salon | | |
| 74 19 | is? | | |
| 74 20 | A.   Yes, I do. | | |
| 74 21 | Q.   He was in marketing, right? | | |
| 74 22 | A.   Yes, he was in marketing. | | |

74:23 - 76:3   Zielinski 2020-06-22

| | | | |
|---|---|---|---|
| 74 23 | Q.   All right.  Let's see what | **Re: [74:23-76:3]** | **SUSTAINED** |
| 74 24 | Mr. Salon had to say about letting the | **Def Obj** Foundation (602); 3M MIL | |
| 74 25 | military know about problems with the Combat | No. 26; Compound, Argumentative | |
| 75 1 | Arms that might affect soldier safety. | (611, 403); Prejudice (403) | |
| 75 2 | MR. OVERHOLTZ:  Corey, can we | | |
| 75 3 | play the clip SM1? | | |
| 75 4 | (Video played.) | | |
| 75 5 | MR. OVERHOLTZ:  Thanks, Corey. | | |
| 75 6 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 75 7 | Q.   So, Mr. Zielinski, have you | | |
| 75 8 | ever seen Mr. Salon's testimony in this case | | |
| 75 9 | before? | | |
| 75 10 | A.   No, I haven't. | | |
| 75 11 | Q.   You haven't had a chance to | | |
| 75 12 | read the transcript of his deposition? | | |
| 75 13 | A.   No, I did not. | | |
| 75 14 | Q.   So if it wasn't your job to | | |
| 75 15 | reveal information regarding issues with the | | |
| 75 16 | Combat Arms that may have a negative safety | | |
| 75 17 | effect on the soldiers, and the guy in | | |
| 75 18 | marketing didn't think it was his job or | | |
| 75 19 | didn't have a problem with not telling | | |
| 75 20 | soldiers, who was going to take | | |
| 75 21 | responsibility at Aearo and 3M and tell the | | |
| 75 22 | soldiers and the military about problems with | | |
| 75 23 | the Combat Arms version 2 earplugs? | | |
| 75 24 | MS. DE PAULO:  Objection. | | |
| 75 25 | Form. | | |
| 76 1 | THE WITNESS:  I don't know.  It | | |
| 76 2 | was not my responsibility, so I don't | | |
| 76 3 | know. | | |

| | | |
|---|---|---|
| **76:23 - 77:1   Zielinski 2020-06-22** | | |
| 76 23     (Zielinski Exhibit 3 marked for | | |
| 76 24      identification.) | | |
| 76 25 | | |
| 77 1      QUESTIONS BY MR. OVERHOLTZ: | | |
| **77:1 - 77:12   Zielinski 2020-06-22** | **Re: [77:1-77:12]** | **OVERRULED** |
| 77 1      QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** Foundation (602); 3M MIL | |
| 77 2      Q.   Okay.  So TJR Mexico, we talked | No. 26 | |
| 77 3      about that before.  That was, as described | | |
| 77 4      here, an exclusive Aearo contract | | |
| 77 5      manufacturing that was responsible for | | |
| 77 6      hearing product manual assembly. | | |
| 77 7      That was your understanding, | | |
| 77 8      correct? | | |
| 77 9      MS. DE PAULO:  Objection. | | |
| 77 10      Form. | | |
| 77 11      THE WITNESS:  That's what is | | |
| 77 12      stated on this document. | | |
| **77:13 - 78:1   Zielinski 2020-06-22** | | |
| 77 13      QUESTIONS BY MR. OVERHOLTZ: | | |
| 77 14      Q.   Okay.  Now, if we can go to the | | |
| 77 15      next slide, Corey. | | |
| 77 16      We pulled some information from | | |
| 77 17      the TJR website, TJR-mex.com, from the | | |
| 77 18      Wayback Machine. | | |
| 77 19      Are you familiar with the | | |
| 77 20      Wayback Machine? | | |
| 77 21      A.   I am not, no. | | |
| 77 22      Q.   Okay.  That's an Internet | | |
| 77 23      service that will let you go and pull old web | | |
| 77 24      pages up that may not exist anymore. | | |
| 77 25      Okay? | | |
| 78 1      A.   Okay. | | |
| **78:2 - 79:8   Zielinski 2020-06-22** | **Re: [78:2-79:8]** | **OVERRULED** |
| 78 2      Q.   All right.  So I just want to | **Def Obj** Foundation (602); 3M MIL | |
| 78 3      ask you a little bit about TJR. | No. 26 | |
| 78 4      It says that "We are an | | |
| 78 5      independent company that was founded | | |
| 78 6      June 1995 with 60 employees and currently has | | |

| | | | |
|---|---|---|---|
| 78 7 | grown to 290 employees." | | |
| 78 8 | Do you see that? | | |
| 78 9 | A.    Yes, I do. | | |
| 78 10 | Q.    Okay.  When you were working on | | |
| 78 11 | the Combat Arms version 2, how many employees | | |
| 78 12 | did TJR have down in Mexico working on the | | |
| 78 13 | Combat Arms version 2? | | |
| 78 14 | MS. DE PAULO:  Objection.  Form | | |
| 78 15 | and foundation. | | |
| 78 16 | THE WITNESS:  Can you repeat | | |
| 78 17 | that, please? | | |
| 78 18 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 78 19 | Q.    Sure. | | |
| 78 20 | When you had responsibility for | | |
| 78 21 | the Combat Arms version 2 outsourced | | |
| 78 22 | manufacturing at TJR, how many employees at | | |
| 78 23 | TJR were working on the Combat Arms | | |
| 78 24 | version 2? | | |
| 78 25 | MS. DE PAULO:  Same objection. | | |
| 79 1 | THE WITNESS:  Just for clarity, | | |
| 79 2 | I was not responsible solely for | | |
| 79 3 | Combat Arms, but it did fall within | | |
| 79 4 | the category I was responsible for. | | |
| 79 5 | And it's -- it's my understanding | | |
| 79 6 | there were about three or four people | | |
| 79 7 | that worked in that area when they | | |
| 79 8 | first began. | | |
| 79:9 - 80:3 | Zielinski 2020-06-22 | Re: [79:9-80:3] | OVERRULED |
| 79 9 | QUESTIONS BY MR. OVERHOLTZ: | Def Obj 3M MIL No. 26; Foundation | |
| 79 10 | Q.    Okay.  And did that increase | (602) | |
| 79 11 | over time? | | |
| 79 12 | MS. DE PAULO:  Objection. | | |
| 79 13 | Form. | | |
| 79 14 | THE WITNESS:  Yes, it did. | | |
| 79 15 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 79 16 | Q.    Okay.  Now, how many earplugs | | |
| 79 17 | was TJR manufacturing or assembling for Aearo | | |
| 79 18 | of this Combat Arms version 2? | | |
| 79 19 | MS. DE PAULO:  Objection. | | |

| | | |
|---|---|---|
| 79 20   Form. | | |
| 79 21   THE WITNESS:  I don't recall | | |
| 79 22   how many they were manufacturing. | | |
| 79 23   QUESTIONS BY MR. OVERHOLTZ: | | |
| 79 24   Q.   Hundreds of thousands? | | |
| 79 25   MS. DE PAULO:  Objection. | | |
| 80 1   Form. | | |
| 80 2   THE WITNESS:  I really can't | | |
| 80 3   remember.  It varied. | | |
| 80:4 - 81:3   Zielinski 2020-06-22 | **Re: [80:4-81:3]** | **OVERRULED** |
| 80 4   (Zielinski Exhibit 4 marked for | **Def Obj** 3M MIL No. 26; Foundation | |
| 80 5   identification.) | (602) | |
| 80 6   QUESTIONS BY MR. OVERHOLTZ: | | |
| 80 7   Q.   Okay.  Let me -- if we can go | | |
| 80 8   to the next slide, this is Kieper 67. | | |
| 80 9   So, Corey, if you have Kieper | | |
| 80 10   67, we can make this Exhibit Number 4 to the | | |
| 80 11   deposition. | | |
| 80 12   This is a news article about | | |
| 80 13   Angela Merkel, the chancellor of Germany, but | | |
| 80 14   it had a section attached to it related to | | |
| 80 15   businesses down in Mexico, and that's what I | | |
| 80 16   want to focus on. | | |
| 80 17   A.   Okay.  I see that. | | |
| 80 18   Q.   Okay.  So if we can look up at | | |
| 80 19   the top, it says, "The San Luis Potos�-based | | |
| 80 20   company which sits squarely on the major | | |
| 80 21   north-south route known as the, quote, 'NAFTA | | |
| 80 22   highway,' quote, has manufactured earplugs as | | |
| 80 23   well as safety goggles since 1995 for an | | |
| 80 24   American-based safety equipment company. | | |
| 80 25   Between 10 and 12 million earplugs move | | |
| 81 1   across TJR's floor every month." | | |
| 81 2   Do you see that? | | |
| 81 3   A.   Yes, I do. | | |
| 82:4 - 83:22   Zielinski 2020-06-22 | **Re: [82:4-83:22]** | **OVERRULED** |
| 82 4   Q.   Okay.  It says, "Though the | **Def Obj** 3M MIL No. 26; Foundation | |
| 82 5   process is impressive, the plant's 400 floor | (602); Prejudice (403) | |
| 82 6   employees work in modular stations surrounded | | |

82 7    by hundreds of thousands of pairs of earplugs
82 8    and goggles in varying states of assembly."
82 9    Was that what you observed when
82 10   you went down to Mexico to observe what was
82 11   happening there?
82 12   MS. DE PAULO:  Objection.
82 13   Form.
82 14   THE WITNESS:  I can't comment
82 15   on the hundreds of thousands exact
82 16   quantities, but in general terms it
82 17   appears to be accurate.
82 18   QUESTIONS BY MR. OVERHOLTZ:
82 19   Q.    Okay.  It says, "Last year,
82 20   company founder and general manager Javier
82 21   Rodriguez" -- that's the JR in TJR, right?
82 22   A.    I'm not exactly sure what
82 23   that -- what TJR stood for.
82 24   Q.    And if we can go to the next
82 25   page of the PowerPoint, this is continuing in
83 1    that article.
83 2    It says, "The earplug business
83 3    is TJR's meat and potatoes contract,
83 4    providing the bulk of the company's 6 million
83 5    in revenues last year alone.  The producer
83 6    sends the raw materials, and it is up to
83 7    TJR's staff to put everything together,
83 8    gluing, attaching, packaging and stocking
83 9    boxes."
83 10   Do you see that?
83 11   A.    Yes, I do.
83 12   Q.    Okay.  "Though the market is
83 13   dominated by the straightforward earplug
83 14   available at the pharmacy, TJR also does
83 15   smaller batch jobs for specialty products,
83 16   including medical earplugs used by doctors to
83 17   test hearing capability, and will manufacture
83 18   to company-specific design, parentheses
83 19   Budweiser wanted their earplugs to match the
83 20   color of their beer."

| | | | |
|---|---|---|---|
| 83 21 | Do you see that? | | |
| 83 22 | A.   Yes, I do. | | |
| 84:19 - 84:25 | Zielinski 2020-06-22 | **Re: [84:19-84:25]** | **OVERRULED** |
| 84 19 | In your time working in the | **Def Obj** 3M MIL No. 26; Vague (611, 403) | |
| 84 20 | global outsource manufacturing role at Aearo, | | |
| 84 21 | was TJR the primary assembler of the Combat | | |
| 84 22 | Arms version 2 earplug for Aearo? | | |
| 84 23 | MS. DE PAULO:  Object to form. | | |
| 84 24 | THE WITNESS:  It is my | | |
| 84 25 | understanding. | | |
| 86:18 - 86:23 | Zielinski 2020-06-22 | **Re: [86:18-86:23]** | **OVERRULED** |
| 86 18 | Q.    You agree it was -- they were | **Def Obj** 3M MIL No. 26; Vague (611, 403) | |
| 86 19 | the primary assembler, correct? | | |
| 86 20 | MS. DE PAULO:  Objection. | | |
| 86 21 | Form. | | |
| 86 22 | THE WITNESS:  I would agree | | |
| 86 23 | they were the primary assembler. | | |
| 93:8 - 93:18 | Zielinski 2020-06-22 | **Re: [93:8-93:18]** | **OVERRULED** |
| 93 8 | Q.    So at some point you learned | **Def Obj** 3M MIL No. 26; Vague (611, 403) | |
| 93 9 | that Aearo Technologies in Indianapolis | | |
| 93 10 | entered a joint venture with TJR in Mexico, | | |
| 93 11 | and it became a division of Aearo | | |
| 93 12 | Technologies? | | |
| 93 13 | MS. DE PAULO:  Objection. | | |
| 93 14 | Form. | | |
| 93 15 | THE WITNESS:  I was aware at | | |
| 93 16 | some point that the joint venture -- | | |
| 93 17 | we entered a joint venture. | | |
| 93 18 | (Zielinski Exhibit 7 marked for | | |
| 95:3 - 95:15 | Zielinski 2020-06-22 | **Re: [95:3-95:15]** | **OVERRULED** |
| 95 3 | Q.    Okay.  And TJR became to be | **Def Obj** Relevance (401, 402); Prejudice (403) | |
| 95 4 | known to you as Aearo Technologies de Mexico, | | |
| 95 5 | or ATM; is that right? | | |
| 95 6 | A.    Yes.  I think it was described | | |
| 95 7 | as ATM. | | |
| 95 8 | Q.    All right.  And I heard you use | | |
| 95 9 | the word "maquiladora" earlier. | | |
| 95 10 | What was maquiladora? | | |
| 95 11 | MS. DE PAULO:  Objection. | | |

| | | |
|---|---|---|
| 95 12   Form. | | |
| 95 13   THE WITNESS: Maquiladora is an | | |
| 95 14   operation that provides services to | | |
| 95 15   other parent companies. | | |
| 96:3 - 96:18   Zielinski 2020-06-22 | Re: [96:3-96:18]<br>Def Obj 3M MIL No. 26; Foundation (602) | OVERRULED |
| 96 3   With respect to the Combat Arms | | |
| 96 4   version earplug, TJR, and then as it became | | |
| 96 5   known, ATM, were performing those services | | |
| 96 6   for the benefit of their parent company, | | |
| 96 7   Aearo; is that right? | | |
| 96 8   MS. DE PAULO: Objection. | | |
| 96 9   Form. | | |
| 96 10   THE WITNESS: They acted as a | | |
| 96 11   manufacturing services provider for | | |
| 96 12   all of the earplugs that they | | |
| 96 13   currently were producing there for | | |
| 96 14   Aearo Technologies. | | |
| 96 15   QUESTIONS BY MR. OVERHOLTZ: | | |
| 96 16   Q. Okay. And that would have | | |
| 96 17   included the Combat Arms version 2, right? | | |
| 96 18   A. It did include Combat Arms. | | |
| 98:2 - 99:12   Zielinski 2020-06-22 | Re: [98:2-99:12]<br>Def Obj 3M MIL No. 26; Foundation (602) | OVERRULED |
| 98 2   Q. Okay. Let's look at the next | | |
| 98 3   slide, Corey, and we'll mark this as Exhibit | | |
| 98 4   Number 10, which is a series of photos, | | |
| 98 5   RZ-5006, 5007, 5008, 5009 and 5010. And | | |
| 98 6   we'll mark them all together as Exhibit | | |
| 98 7   Number 10. | | |
| 98 8   Can you see those photos on | | |
| 98 9   your screen, Mr. Zielinski? | | |
| 98 10   A. Yes, I can. | | |
| 98 11   Q. And do these look like pictures | | |
| 98 12   of the facility at TJR Mexico whenever you | | |
| 98 13   visited there? | | |
| 98 14   MS. DE PAULO: Objection. | | |
| 98 15   Form. | | |
| 98 16   THE WITNESS: They do appear to | | |
| 98 17   be from TJR manufacturing. | | |
| 98 18   QUESTIONS BY MR. OVERHOLTZ: | | |

| | | |
|---|---|---|
| 98 19    Q.    Okay.  And these are fair and<br>98 20    accurate representation of the scene as you<br>98 21    observed it when you made your trips down to<br>98 22    TJR in Mexico; is that right?<br>98 23    MS. DE PAULO:  Objection.<br>98 24    Form.<br>98 25    THE WITNESS:  Well, these are<br>99 1    photos of the different assemblies,<br>99 2    operations, that they had there at<br>99 3    TJR.<br>99 4    QUESTIONS BY MR. OVERHOLTZ:<br>99 5    Q.    Okay.  And this is consistent<br>99 6    with what you observed when you made your<br>99 7    visits; is that right?<br>99 8    MS. DE PAULO:  Objection.<br>99 9    Form.<br>99 10    THE WITNESS:  This looks<br>99 11    similar to what I've seen when I was<br>99 12    down there. | | |
| 111:7 - 111:16   Zielinski 2020-06-22<br>111 7    What would you say would have<br>111 8    been your primary responsibility related to<br>111 9    the Combat Arms version earplug -- version 2<br>111 10    with respect to what they were doing down in<br>111 11    TJR Mexico?<br>111 12    A.    As I said earlier, my<br>111 13    responsibilities were centered around making<br>111 14    sure that they produced products with the<br>111 15    right quantity, to meet the customers'<br>111 16    delivery due date expectations. | **Re: [111:7-111:16]**<br>**Pltf Obj** 403 (cumulative), outside<br>scope of "clarification" | **SUSTAINED** |
| 113:8 - 114:5   Zielinski 2020-06-22<br>113 8    QUESTIONS BY MR. OVERHOLTZ:<br>113 9    Q.    Okay.  All right.  Let's -- let<br>113 10    me ask you a little bit -- I mean, one of the<br>113 11    things that you knew about the Combat Arms<br>113 12    version 2 dual-ended plug was this was a very<br>113 13    high visibility or high impact product at<br>113 14    Aearo and 3M, right?<br>113 15    MS. DE PAULO:  Objection. | **Re: [113:8-114:5]**<br>**Def Obj** 3M MIL No. 26; Foundation<br>(602); Prejudice (403) | **OVERRULED** |

| | | |
|---|---|---|
| 113 16    Form. | | |
| 113 17    THE WITNESS:  I was not aware | | |
| 113 18    of that. | | |
| 113 19    QUESTIONS BY MR. OVERHOLTZ: | | |
| 113 20    Q.    I mean, by the mid-2000s, did | | |
| 113 21    you feel like -- that the pressure was on at | | |
| 113 22    Aearo to fill the huge orders that were | | |
| 113 23    coming in for this Combat Arms version 2 | | |
| 113 24    dual-ended earplug? | | |
| 113 25    MS. DE PAULO:  Objection. | | |
| 114 1    Form. | | |
| 114 2    THE WITNESS:  All our customers | | |
| 114 3    had high expectations for our product, | | |
| 114 4    and the expectation was to deliver the | | |
| 114 5    product on time. | | |
| 115:14 - 116:9   Zielinski 2020-06-22 | Re: [115:14-116:9] | OVERRULED |
| 115 14    (Zielinski Exhibit 12 marked | Def Obj 3M MIL No. 26 | |
| 115 15    for identification.) | | |
| 115 16    QUESTIONS BY MR. OVERHOLTZ: | | |
| 115 17    Q.    All right.  Let's mark as | | |
| 115 18    exhibit number -- are we up to 12?  RZ-259. | | |
| 115 19    And if we can flip to the next | | |
| 115 20    slide after you send that over the transom, | | |
| 115 21    Corey. | | |
| 115 22    So if we can look down at the | | |
| 115 23    bottom of the screen, this is Exhibit 12, | | |
| 115 24    RZ-259.  There's an e-mail that you sent on | | |
| 115 25    February 15th, 2005, at 10:02 a.m. | | |
| 116 1    Do you see that e-mail, | | |
| 116 2    Mr. Zielinski? | | |
| 116 3    A.    Yes, I do. | | |
| 116 4    Q.    All right.  And you write to | | |
| 116 5    Elliott. | | |
| 116 6    Would that have been Elliott | | |
| 116 7    Berger? | | |
| 116 8    A.    Yes, that would have been | | |
| 116 9    Elliott Berger. | | |
| 116:15 - 117:18   Zielinski 2020-06-22 | Re: [116:15-117:18] | OVERRULED |
| 116 15    Q.    Okay.  But you send him this | Def Obj 3M MIL No. 26 | |

| | | |
|---|---|---|
| 116 16   e-mail on February 15, 2005, Exhibit 12, and | | |
| 116 17   say, "Elliott, Can we please get confirmed | | |
| 116 18   dates from Etymotic for the testers we | | |
| 116 19   ordered?  We are getting hit with huge orders | | |
| 116 20   for the Combat Arms product, and the pressure | | |
| 116 21   is on to get them filled ASAP." | | |
| 116 22   Do you see that? | | |
| 116 23   A.   Yes, I do. | | |
| 116 24   Q.   You go on and tell Mr. Berger, | | |
| 116 25   "This whole project is getting high | | |
| 117 1   visibility in the company." | | |
| 117 2   Do you see that? | | |
| 117 3   A.   Yes, I do. | | |
| 117 4   Q.   Does that refresh your | | |
| 117 5   recollection that this was a high visibility | | |
| 117 6   product at Aearo, 3M, by the mid-2000s and | | |
| 117 7   the pressure was on to fill huge orders? | | |
| 117 8   MS. DE PAULO:  Objection. | | |
| 117 9   Form. | | |
| 117 10   THE WITNESS:  Apparently at | | |
| 117 11   that point in time that was my opinion | | |
| 117 12   of the situation. | | |
| 117 13   QUESTIONS BY MR. OVERHOLTZ: | | |
| 117 14   Q.   Yeah.  And that's what you told | | |
| 117 15   Elliott Berger on February 15th of 2005, | | |
| 117 16   right? | | |
| 117 17   A.   That's what the e-mail states, | | |
| 117 18   yes. | | |
| 118:16 - 118:19   Zielinski 2020-06-22 | **Re: [118:16-118:19]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 118 16   Did you know that Aearo had | | |
| 118 17   told the US military that 100 percent of the | | |
| 118 18   Combat Arms version 2 would be tested? | | |
| 118 19   A.   I was not aware of that. | | |
| 119:5 - 119:12   Zielinski 2020-06-22 | **Re: [119:5-119:12]**<br>**Def Obj** 3M MIL No. 26; Prejudice<br>(403) | **OVERRULED** |
| 119 5   Did you understand that Aearo | | |
| 119 6   had told the US military that this testing of | | |
| 119 7   the Combat Arms version 2 when it was being | | |
| 119 8   assembled would make sure that the yellow end | | |
| 119 9   filter in the plug would protect soldiers' | | |

| | | |
|---|---|---|
| 119 10    hearing? | | |
| 119 11    A.   I was not aware of | | |
| 119 12    communication that took place there, no. | | |
| 120:1 - 120:5   Zielinski 2020-06-22 | **Re: [120:1-120:5]** | **OVERRULED** |
| 120 1    Did you have an understanding | **Pltf Obj** non-responsive, outside scope | |
| 120 2    that 100 percent of these Combat Arms | of "clarification" | |
| 120 3    version 2 had to be tested to make sure that | | |
| 120 4    the filter worked inside the Combat Arms | | |
| 120 5    version 2 earplug? | | |
| 120:8 - 120:10   Zielinski 2020-06-22 | **Re: [120:8-120:10]** | **OVERRULED** |
| 120 8    THE WITNESS: I was aware that | **Pltf Obj** non-responsive, outside scope | |
| 120 9    there was a requirement to test the | of "clarification" | |
| 120 10    plugs, 100 percent of the plugs. | | |
| 120:11 - 120:13   Zielinski 2020-06-22 | | |
| 120 11    QUESTIONS BY MR. OVERHOLTZ: | | |
| 120 12    Q.   So you knew that 100 percent | | |
| 120 13    had to be tested, right? | | |
| 120:16 - 120:17   Zielinski 2020-06-22 | | |
| 120 16    THE WITNESS: I was aware, yes. | | |
| 120 17    QUESTIONS BY MR. OVERHOLTZ: | | |
| 120:18 - 121:1   Zielinski 2020-06-22 | **Re: [120:18-121:1]** | **OVERRULED** |
| 120 18    Q.   Okay. And did you understand | **Pltf Obj** non-responsive, outside scope | |
| 120 19    why they had to be tested? | of "clarification" | |
| 120 20    A.   No, I did not. | | |
| 120 21    Q.   I mean, does the fact that the | | |
| 120 22    testing of the plug would make sure that the | | |
| 120 23    yellow end filter would work and protect the | | |
| 120 24    soldiers' hearing when there were loud | | |
| 120 25    noises, did that make it a good policy to | | |
| 121 1    test 100 percent of the plugs? | | |
| 121:4 - 121:7   Zielinski 2020-06-22 | **Re: [121:4-121:7]** | **OVERRULED** |
| 121 4    THE WITNESS: The requirement | **Pltf Obj** non-responsive, outside scope | |
| 121 5    for testing was determined by our | of "clarification" | |
| 121 6    technical department, so I went to | | |
| 121 7    them. | | |
| 122:2 - 122:8   Zielinski 2020-06-22 | **Re: [122:2-122:8]** | **OVERRULED** |
| 122 2    Q.   And this testing that we're | **Def Obj** 3M MIL No. 26 | |
| 122 3    talking about, did you understand that that | | |
| 122 4    testing was through the use of an ARC | | |

| | |
|---|---|
| 122 5    machine? | |
| 122 6    A.   I am familiar with that | |
| 122 7    terminology, yes, that that -- ARC machine, | |
| 122 8    yes. | |

| 124:7 - 124:17   Zielinski 2020-06-22 | **Re: [124:7-124:17]** | **SUSTAINED** |
|---|---|---|
| 124 7    So you're saying that no one | **Def Obj** 3M MIL No. 26; Assumes, | |
| 124 8    from technical, whether it be Bob Klun, Dick | Compound, Argumentative (611, 403); | |
| 124 9    Knauer, Elliott Berger, Ron Kieper or anyone | Prejudice (403) | |
| 124 10    else, ever told you that if this testing with | | |
| 124 11    the ARC machine wasn't reliable, then Aearo | | |
| 124 12    couldn't assure the military that this yellow | | |
| 124 13    end filter was going to work to protect | | |
| 124 14    soldiers' hearing? | | |
| 124 15    MS. DE PAULO:  Same objection. | | |
| 124 16    THE WITNESS:  I don't recall | | |
| 124 17    having that conversation with anyone. | | |

| 124:18 - 124:22   Zielinski 2020-06-22 | | |
|---|---|---|
| 124 18    QUESTIONS BY MR. OVERHOLTZ: | | |
| 124 19    Q.   You don't recall having that | | |
| 124 20    conversation with anyone? | | |
| 124 21    A.   No.  That was never stated to | | |
| 124 22    me that I can ever remember. | | |

| 124:23 - 125:15   Zielinski 2020-06-22 | **Re: [124:23-125:15]** | **OVERRULED** |
|---|---|---|
| 124 23    Q.   All right.  Well, let's take a | **Def Obj** Relevance (401, 402); | |
| 124 24    look then at what Aearo did tell the US | Prejudice (403); 3M MIL No. 26; | |
| 124 25    military about quality testing. | Foundation (602) | |
| 125 1    Corey, are you able to take | | |
| 125 2    back the screen and go back to the | | |
| 125 3    PowerPoint.  I want to go to slide 28, Corey. | | |
| 125 4    All right.  So what did Aearo | | |
| 125 5    tell the US military about quality testing? | | |
| 125 6    If we go to the next slide, | | |
| 125 7    let's mark as Exhibit 13 RZ-525. | | |
| 125 8    (Zielinski Exhibit 13 marked | | |
| 125 9    for identification.) | | |
| 125 10    QUESTIONS BY MR. OVERHOLTZ: | | |
| 125 11    Q.   And I have that e-mail, | | |
| 125 12    Exhibit 13, pulled up on the screen, | | |
| 125 13    Mr. Zielinski.  Let me know if you can see | | |

| | | |
|---|---|---|
| 125 14    it. | | |
| 125 15    A.    I can see that. | | |
| 125:16 - 126:6   Zielinski 2020-06-22 | | |
| 125 16    Q.    Okay.  And you knew who Dick | | |
| 125 17    Knauer was? | | |
| 125 18    A.    Yes, I knew Dick Knauer. | | |
| 125 19    Q.    Okay.  And he was head of the | | |
| 125 20    E-A-RCAL laboratory, Elliott Berger's boss; | | |
| 125 21    is that right? | | |
| 125 22    A.    I don't know that to be the | | |
| 125 23    case.  I'm not sure of the organizational | | |
| 125 24    structure there. | | |
| 125 25    Q.    You knew he was in technical? | | |
| 126 1    A.    Yes, I knew him to be in | | |
| 126 2    technical. | | |
| 126 3    Q.    And you knew he worked under | | |
| 126 4    Bob Klun? | | |
| 126 5    A.    Yes, I did know he worked under | | |
| 126 6    Bob Klun. | | |
| 126:7 - 126:12   Zielinski 2020-06-22 | **Re: [126:7-126:12]** | **SUSTAINED** |
| 126 7    Q.    I mean, Mr. Klun was a VP over | **Def Obj** Relevance (401, 402); | |
| 126 8    there, right, a big shot? | Argumentative (611, 403); Prejudice | |
| 126 9    MS. DE PAULO:  Objection. | (403) | |
| 126 10    Form. | | |
| 126 11    THE WITNESS:  His title was | | |
| 126 12    vice president. | | |
| 126:13 - 127:17   Zielinski 2020-06-22 | **Re: [126:13-127:17]** | **OVERRULED** |
| 126 13    QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26; Foundation | |
| 126 14    Q.    And he writes this e-mail to | (602) | |
| 126 15    Brian Myers.  He was a marketing guy, right? | | |
| 126 16    A.    It's my understanding that | | |
| 126 17    Brian was in marketing. | | |
| 126 18    Q.    And Gary Warren, another | | |
| 126 19    marketing guy? | | |
| 126 20    A.    He was in marketing.  I'm not | | |
| 126 21    sure his exact role. | | |
| 126 22    Q.    All right.  So let's look down | | |
| 126 23    at the bottom of the screen there.  Gary | | |
| 126 24    Warren e-mails on January 5th at 2:34 p.m. | | |

| | | |
|---|---|---|
| 126 25    and says, "Dick, how do we test the | | |
| 127 1    effectiveness of Combat Arms to ensure that | | |
| 127 2    it in fact blocks out impact noise levels?" | | |
| 127 3    Do you see that? | | |
| 127 4    A.   Yes, I do. | | |
| 127 5    Q.   Now, effectiveness, you know | | |
| 127 6    what that means? | | |
| 127 7    A.   I understand the word | | |
| 127 8    "effective." | | |
| 127 9    Q.   It means whether the plug works | | |
| 127 10    or not, right? | | |
| 127 11    A.   I'm not exactly sure how it's | | |
| 127 12    used in this context. | | |
| 127 13    Q.   I mean, what Gary Warren asked | | |
| 127 14    Dick is, "How do we ensure that it blocks out | | |
| 127 15    impact noise levels?" | | |
| 127 16    Do you see that? | | |
| 127 17    A.   I see that, yes. | | |
| **127:18 - 127:22**   Zielinski 2020-06-22 | | |
| 127 18    Q.   And did you know that's what | | |
| 127 19    the yellow end was supposed to do, was to | | |
| 127 20    block out impact noise levels? | | |
| 127 21    A.   I was not aware of the | | |
| 127 22    function -- the function of that plug, no. | | |
| **127:23 - 128:8**   Zielinski 2020-06-22 | **Re: [127:23-128:8]** | **OVERRULED** |
| 127 23    Q.   Okay.  So in those 50 trips | **Def Obj** Argumentative (611, 403); | |
| 127 24    that you made down to Mexico to check on what | Relevance (401, 402) | |
| 127 25    was happening there, you didn't know that -- | | |
| 128 1    what the function of the yellow end of the | | |
| 128 2    plug was when it was being used by our | | |
| 128 3    soldiers; is that right? | | |
| 128 4    MS. DE PAULO:  Objection. | | |
| 128 5    Form. | | |
| 128 6    THE WITNESS:  I was not aware | | |
| 128 7    of the actual function of the plug, | | |
| 128 8    no. | | |
| **128:9 - 128:18**   Zielinski 2020-06-22 | **Re: [128:9-128:18]** | **OVERRULED** |
| 128 9    QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26; Hearsay (801, | |
| 128 10    Q.   All right.  So Dick Knauer | 802); Foundation (602) | |

| | | |
|---|---|---|
| 128 11    responds to Gary's e-mail at the top and<br>128 12    says, "Gary, we've developed a test fixture<br>128 13    that measures acoustical impedance."<br>128 14    Do you see that?<br>128 15    A.   Yes, I do.<br>128 16    Q.   That's talking about the ARC<br>128 17    machine, right?<br>128 18    A.   I don't know. | | |
| 128:19 - 129:1   Zielinski 2020-06-22<br>128 19    Q.   I mean, when you went down to<br>128 20    Mexico to figure out what was going on with<br>128 21    those ARC machines, do you have any idea what<br>128 22    they were supposed to be checking?<br>128 23    MS. DE PAULO:  Objection to<br>128 24    form.<br>128 25    THE WITNESS:  I was not aware<br>129 1    of exactly what they were testing, no. | Re: [128:19-129:1]<br>Def Obj 3M MIL No. 26;<br>Argumentative (611, 403) | OVERRULED |
| 129:2 - 129:19   Zielinski 2020-06-22<br>129 2    QUESTIONS BY MR. OVERHOLTZ:<br>129 3    Q.   Well, let's see what Dick says<br>129 4    to Gary and see if this helps us understand<br>129 5    this now in 2020.<br>129 6    "When the product was<br>129 7    developed, the Combat Arms were tested at a<br>129 8    firing range.  For those that provided<br>129 9    acceptable performance for blocking out the<br>129 10    appropriate amount of impact noise, it was<br>129 11    determined that those plugs had a particular<br>129 12    acoustical impedance."<br>129 13    Do you see that?<br>129 14    A.   Yes, I do.<br>129 15    Q.   And it says, "A range of<br>129 16    acceptable acoustical impedance was developed<br>129 17    thereafter."<br>129 18    Right?<br>129 19    A.   That's what it states, yes. | Re: [129:2-129:19]<br>Def Obj 3M MIL No. 26; Foundation<br>(602); Hearsay (801, 802) | OVERRULED |
| 129:20 - 130:3   Zielinski 2020-06-22<br>129 20    Q.   Okay.  And you know that those<br>129 21    ARC machines had a range, right?  That they | Re: [129:20-130:3]<br>Def Obj Compound (611, 403); 3M<br>MIL No. 26 | OVERRULED |

| | | |
|---|---|---|
| 129 22    even put a sticker on them to show what the<br>129 23    range could be when they tested the plugs,<br>129 24    right?<br>129 25    MS. DE PAULO:  Objection.<br>130 1    Form.<br>130 2    THE WITNESS:  I know there was<br>130 3    a range provided. | | |
| 130:4 - 130:9   Zielinski 2020-06-22<br>130 4    QUESTIONS BY MR. OVERHOLTZ:<br>130 5    Q.   He said, "Currently when a<br>130 6    product -- when product is assembled, this<br>130 7    testing is done on 100 percent of the plugs."<br>130 8    Do you see that?<br>130 9    A.   Yes, I do. | **Re: [130:4-130:9]**<br>**Def Obj** 3M MIL No. 26; Hearsay (801,<br>802); Foundation (602) | **OVERRULED** |
| 130:21 - 131:4   Zielinski 2020-06-22<br>130 21    Dick told the marketing folks<br>130 22    that they test 100 percent of the plugs<br>130 23    because that's how you test the effectiveness<br>130 24    of the Combat Arms plug to block out impact<br>130 25    noise.<br>131 1    MS. DE PAULO:  Same objection.<br>131 2    THE WITNESS:  That's what he --<br>131 3    you're stating correctly what the<br>131 4    e-mail says here. | **Re: [130:21-131:4]**<br>**Def Obj** 3M MIL No. 26; Hearsay (801,<br>802) | **OVERRULED** |
| 131:5 - 131:20   Zielinski 2020-06-22<br>131 5    QUESTIONS BY MR. OVERHOLTZ:<br>131 6    Q.   And did they tell you that, the<br>131 7    guy that's in charge of this outsource<br>131 8    manufacturing assembly of this plug, that<br>131 9    that's why you test 100 percent of them?  Or<br>131 10    you just knew --<br>131 11    A.   No.<br>131 12    Q.   -- you were supposed to do it?<br>131 13    A.   No, I was not made aware of the<br>131 14    specific requirements or the impact of what<br>131 15    that testing had on the plug.<br>131 16    Q.   Is that something you would<br>131 17    have -- sorry.  I'm sorry.  Go ahead.<br>131 18    A.   No, I just -- I'm just saying I | **Re: [131:5-131:20]**<br>**Def Obj** 3M MIL No. 26; Prejudice<br>(403) | **OVERRULED** |

| | | |
|---|---|---|
| 131 19    knew that the requirements that they had to<br>131 20    be 100 percent tested. | | |
| **131:21 - 132:4   Zielinski 2020-06-22**<br>131 21    Q.   Okay.  Is that something that<br>131 22    you would have liked to have known about why<br>131 23    you were doing that ARC testing, to make sure<br>131 24    the product worked?<br>131 25    MS. DE PAULO:  Objection.<br>132 1    Form.<br>132 2    THE WITNESS:  It was not<br>132 3    important for me to understand the<br>132 4    requirements of that. | **Re: [131:21-132:4]**<br>**Def Obj** 3M MIL No. 26; Relevance<br>(401, 402) | **OVERRULED** |
| **132:5 - 132:10   Zielinski 2020-06-22**<br>132 5    (Zielinski Exhibit 14 marked<br>132 6    for identification.)<br>132 7    QUESTIONS BY MR. OVERHOLTZ:<br>132 8    Q.   Okay.  Let's look at the next<br>132 9    slide, and we'll mark as Exhibit Number 14<br>132 10    RZ -- I'm sorry, P1383. | **Re: [132:5-132:10]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| **132:11 - 132:14   Zielinski 2020-06-22**<br>132 11    Are you familiar with something<br>132 12    called a Medical Procurement Item Description<br>132 13    for the Combat Arms plus, the MPID?<br>132 14    A.   No, not at all. | | |
| **133:3 - 133:8   Zielinski 2020-06-22**<br>133 3    Have you ever seen or been<br>133 4    provided a copy of this Medical Procurement<br>133 5    Item Description of the Combat Arms Earplug<br>133 6    that Aearo provided to the US military?<br>133 7    A.   I do not recall seeing this<br>133 8    document, no. | | |
| **133:19 - 134:3   Zielinski 2020-06-22**<br>133 19    Q.   Okay.  But if we look under<br>133 20    item identification, we see we're talking<br>133 21    about the Combat Arms double-ended 50-pair,<br>133 22    right?<br>133 23    A.   Yes, I see that.<br>133 24    Q.   All right.  When TJR would<br>133 25    assemble the Combat Arms version 2 down in | | |

| | | |
|---|---|---|
| 134 1    Mexico, would they bag them up 50 to a pair<br>134 2    to send them back, or did that bagging happen<br>134 3    somewhere else? | | |
| **134:6 - 134:14**  Zielinski 2020-06-22<br>134 6    THE WITNESS:  TJR was required<br>134 7    to package the product and ship it<br>134 8    back, but...<br>134 9    QUESTIONS BY MR. OVERHOLTZ:<br>134 10    Q.   You don't remember whether they<br>134 11    bagged them up 50 to a pair -- I mean<br>134 12    50 pairs to a bag?<br>134 13    A.   No, I don't recall that<br>134 14    exactly. | | |
| **134:15 - 135:9**  Zielinski 2020-06-22<br>134 15    Q.   All right.  I want to show you<br>134 16    what they said in this item description that<br>134 17    they sent to the military on Section 4.3.2,<br>134 18    which is on page 3, about halfway down.  And<br>134 19    I have it up on the screen.  It's the section<br>134 20    labeled sound attenuation.<br>134 21    Do you see that?<br>134 22    A.   Oh, yes.<br>134 23    Q.   Okay.  And it says, "Sampling<br>134 24    for inspection of sound attenuation."<br>134 25    Do you know what sound<br>135 1    attenuation is?<br>135 2    A.   In general terms.<br>135 3    Q.   It means how much the product<br>135 4    blocks the sound, right?  How much it works,<br>135 5    right?<br>135 6    MS. DE PAULO:  Objection.<br>135 7    Form.<br>135 8    THE WITNESS:  I'm not exactly<br>135 9    sure of the definition of that. | **Re: [134:15-135:9]**<br>**Def Obj** 3M MIL No. 26; Foundation<br>(602) | **OVERRULED** |
| **135:10 - 135:17**  Zielinski 2020-06-22<br>135 10    QUESTIONS BY MR. OVERHOLTZ:<br>135 11    Q.   Well, let's see what it says.<br>135 12    It says, "Sampling for inspection of sound<br>135 13    attenuation of the level-dependent yellow end | **Re: [135:10-135:17]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |

| | | |
|---|---|---|
| 135 14  shall be 100 percent and shall be verified | | |
| 135 15  using an acoustical impedance test." | | |
| 135 16  Do you see that? | | |
| 135 17  A.   I do see that. | | |
| 135:18 - 136:2  Zielinski 2020-06-22 | **Re: [135:18-136:2]** | **OVERRULED** |
| 135 18  Q.   Okay.  And what we talked about | **Def Obj** 3M MIL No. 26; Hearsay (801, | |
| 135 19  before, that Dick Knauer explained to Gary | 802); Vague (611, 403) | |
| 135 20  Warren and -- that's what the ARC machine | | |
| 135 21  tested, right, acoustical impedance? | | |
| 135 22  MS. DE PAULO:  Objection. | | |
| 135 23  Form. | | |
| 135 24  THE WITNESS:  I believe -- I'm | | |
| 135 25  not exactly sure.  I'd have to look at | | |
| 136 1  that document to see if it states that | | |
| 136 2  exactly. | | |
| 136:3 - 136:6  Zielinski 2020-06-22 | **Re: [136:3-136:6]** | **OVERRULED** |
| 136 3  QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** Relevance (401, 402); | |
| 136 4  Q.   Sure.  If we could go back | Prejudice (403); Incomplete (403) | |
| 136 5  to -- if we could go back to exhibit -- the | | |
| 136 6  slide before that, slide 29, Corey.  This was | | |
| 136:7 - 137:6  Zielinski 2020-06-22 | | |
| 136 7  the Dick Knauer e-mail. | | |
| 136 8  It says, "It was determined | | |
| 136 9  that those plugs had a particular acoustical | | |
| 136 10  impedance." | | |
| 136 11  And he says, "Gary, we have | | |
| 136 12  developed a test fixture that measures | | |
| 136 13  acoustical impedance." | | |
| 136 14  Right? | | |
| 136 15  A.   Yes, it does.  Okay. | | |
| 136 16  (Zielinski Exhibit 15 marked | | |
| 136 17  for identification.) | | |
| 136 18  QUESTIONS BY MR. OVERHOLTZ: | | |
| 136 19  Q.   All right.  So let's go back to | | |
| 136 20  slide 30. | | |
| 136 21  And let's look at slide 31, if | | |
| 136 22  we can, and we'll mark P1364A as Exhibit 15. | | |
| 136 23  This was the item description that Aearo gave | | |
| 136 24  the military back in April of 2003. | | |

| | |
|---|---|
| 136 25     And if you look with me at | |
| 137 1     Section 4.3.2, it says the same thing, right, | |
| 137 2     "that the level-dependent yellow end testing | |
| 137 3     shall be 100 percent and shall be verified | |
| 137 4     using an acoustical impedance test?" | |
| 137 5     Do you see that? | |
| 137 6     A.   I do see that, yes. | |

**137:17 - 138:18   Zielinski 2020-06-22**

| | |
|---|---|
| 137 17     (Zielinski Exhibit 16 marked | |
| 137 18     for identification.) | |
| 137 19     QUESTIONS BY MR. OVERHOLTZ: | |
| 137 20     Q.   All right.  Let's look at the | |
| 137 21     next slide, 32, which is -- and we'll mark as | |
| 137 22     Exhibit Number 16 Plaintiff's 0364. | |
| 137 23     This is a July 2006 e-mail to | |
| 137 24     Thomas Sidor at DSCP from Brian Meyers. | |
| 137 25     Do you see that? | |
| 138 1     A.   Yes, I do. | |
| 138 2     Q.   And you understood that DSCP | |
| 138 3     was part of the United States government, | |
| 138 4     right? | |
| 138 5     A.   At that point I was not sure of | |
| 138 6     that, no. | |
| 138 7     Q.   You know that now, though, | |
| 138 8     right? | |
| 138 9     A.   Now that you told me, yes. | |
| 138 10     Q.   Okay.  Thomas Sidor, do you | |
| 138 11     remember him? | |
| 138 12     A.   I'm not familiar with Tom.  I | |
| 138 13     remember the name, but I don't know who he | |
| 138 14     was or what his responsibilities were. | |
| 138 15     Q.   Okay.  The subject of this | |
| 138 16     e-mail is "information pertaining to the | |
| 138 17     Combat Arms Earplugs," right? | |
| 138 18     A.   Yes. | |

**138:19 - 138:24   Zielinski 2020-06-22**

| | | |
|---|---|---|
| 138 19     Q.   And let's look at Item | **Re: [138:19-138:24]** | **OVERRULED** |
| 138 20     Number 3.  It says, "We have developed a | **Def Obj** 3M MIL No. 26; Hearsay (801, | |
| 138 21     special test fixture we use to test every | 802) | |

| | | | |
|---|---|---|---|
| 138 22 | Combat Arms Earplug which we make." | | |
| 138 23 | Right? | | |
| 138 24 | A.   That's what it says there, yes. | | |
| 139:7 - 139:10 | Zielinski 2020-06-22 | | |
| 139 7 | Q.   Okay.  Did you ever hear the | | |
| 139 8 | ARC machine referred to as the special test | | |
| 139 9 | fixture? | | |
| 139 10 | A.   No, I didn't. | | |
| 139:11 - 139:25 | Zielinski 2020-06-22 | **Re: [139:11-139:25]** | **OVERRULED** |
| 139 11 | Q.   Let's go back up to slide 29, | **Def Obj** 3M MIL No. 26; Hearsay (801, | |
| 139 12 | if we can, for a second, Corey. | 802) | |
| 139 13 | This was -- Dick Knauer told | | |
| 139 14 | Gary Warren, we have developed a test | | |
| 139 15 | fixture. | | |
| 139 16 | Right? | | |
| 139 17 | A.   Okay. | | |
| 139 18 | Q.   So let's go down to 32 again, | | |
| 139 19 | P364, and it says, "This test" -- you follow | | |
| 139 20 | with me?  "This test assures that the filter | | |
| 139 21 | is properly made and assembled into the | | |
| 139 22 | earplug so that when a very loud noise | | |
| 139 23 | occurs, the earplug will function properly." | | |
| 139 24 | Do you see that? | | |
| 139 25 | A.   Yes, I do. | | |
| 140:13 - 141:2 | Zielinski 2020-06-22 | **Re: [140:13-141:2]** | **OVERRULED** |
| 140 13 | I mean, Brian Myers is telling | **Def Obj** 3M MIL No. 26; Hearsay (801, | |
| 140 14 | Tom Sidor at DSCP that they test all the | 802); Foundation (602) | |
| 140 15 | plugs that they make to make sure that that | | |
| 140 16 | filter was made right and that it was | | |
| 140 17 | assembled properly in the plug so that when a | | |
| 140 18 | loud noise occurs, the earplug would function | | |
| 140 19 | properly.  Right? | | |
| 140 20 | MS. DE PAULO:  Same objection. | | |
| 140 21 | THE WITNESS:  What Brian Myers | | |
| 140 22 | stated is that we have the special | | |
| 140 23 | test fixture to use to test every | | |
| 140 24 | Combat Arms plug which we make.  This | | |
| 140 25 | test assures that the filter is | | |

| | | |
|---|---|---|
| 141 1    properly made and assembled in the<br>141 2    earplug. | | |
| 141:3 - 141:10   Zielinski 2020-06-22<br>141 3    QUESTIONS BY MR. OVERHOLTZ:<br>141 4    Q.    And this assembly and testing<br>141 5    is going to happen down at TJR in Mexico,<br>141 6    right?<br>141 7    MS. DE PAULO:  Objection.<br>141 8    Form.<br>141 9    THE WITNESS:  He did not say<br>141 10    that here. | **Re: [141:3-141:10]**<br>**Def Obj** 3M MIL No. 26; Misstates<br>(611, 403) | **OVERRULED** |
| 141:11 - 141:17   Zielinski 2020-06-22<br>141 11    QUESTIONS BY MR. OVERHOLTZ:<br>141 12    Q.    But that's where it was going<br>141 13    to happen, right?  That's where the plugs<br>141 14    were getting assembled?<br>141 15    MS. DE PAULO:  Objection.<br>141 16    Form.<br>141 17    THE WITNESS:  Correct. | **Re: [141:11-141:17]**<br>**Def Obj** 3M MIL No. 26; Compound<br>(611, 403) | **OVERRULED** |
| 141:18 - 141:24   Zielinski 2020-06-22<br>141 18    QUESTIONS BY MR. OVERHOLTZ:<br>141 19    Q.    That's where they did this<br>141 20    testing to make sure that they had been<br>141 21    assembled properly and worked right?<br>141 22    MS. DE PAULO:  Objection.<br>141 23    THE WITNESS:  The test was<br>141 24    performed at TJR manufacturing. | **Re: [141:18-141:24]**<br>**Def Obj** 3M MIL No. 26; Assumes<br>(611, 403) | **OVERRULED** |
| 148:20 - 148:22   Zielinski 2020-06-22<br>148 20    I want to talk a little bit<br>148 21    about some of the ARC testing that was<br>148 22    happening in Mexico back in the early 2000s. | **Re: [148:20-148:22]**<br>**Def Obj** 3M MIL No. 26; Relevance<br>(401, 402) | **OVERRULED** |
| 149:12 - 149:20   Zielinski 2020-06-22<br>149 12    Q.    Okay.  And you can see that<br>149 13    Exhibit 19 is a document entitled "The<br>149 14    development of the Combat Arms Earplug<br>149 15    versions 1 through 4," authored by Ronald<br>149 16    Kieper and Elliott Berger.<br>149 17    Corey, I think we need to be on<br>149 18    slide 38.  There we go. | **Re: [149:12-149:20]**<br>**Def Obj** Relevance (401, 402);<br>Foundation (602) | **OVERRULED** |

| | | |
|---|---|---|
| 149 19   And you can see that it was a<br>149 20   document entitled "July 23, 2010." | | |
| 150:7 - 150:13   Zielinski 2020-06-22<br>150 7    Prior to that, whenever this<br>150 8    document was being developed in the 2000s,<br>150 9    did you ever see this development of the<br>150 10   Combat Arms Earplug version 1 through 4<br>150 11   document?<br>150 12   A.   This does not look familiar to<br>150 13   me at all. | Re: [150:7-150:13]<br>Pltf Obj outside scope of "clarification" | OVERRULED |
| 151:11 - 151:14   Zielinski 2020-06-22<br>151 11   Q.   Do you see that section,<br>151 12   Acoustic Resistance Checker?<br>151 13   A.   Over in the chat session?<br>151 14   Yes, I do see that. | Re: [151:11-151:14]<br>Def Obj 3M MIL No. 26; Relevance<br>(401, 402); Prejudice (403) | OVERRULED |
| 151:15 - 152:6   Zielinski 2020-06-22<br>151 15   Q.   Okay.  It says, "Acoustic<br>151 16   resistance checker, ARC, another piece of<br>151 17   equipment used to evaluate and to perform QA<br>151 18   checks on the CAE is the Etymotic Research<br>151 19   acoustic resistance checker, ARC, shown in<br>151 20   Figure 4."<br>151 21   Do you see that?<br>151 22   A.   Yes, I see that.<br>151 23   Q.   And QA, that would be quality<br>151 24   assurance, right?<br>151 25   A.   That's my understanding.<br>152 1    Q.   And it says, "A 100 hertz tone<br>152 2    is inserted into the ARC, a calibration pin<br>152 3    is positioned on the unit, and the output is<br>152 4    measured with a digital multimeter, DMM."<br>152 5    Do you see that?<br>152 6    A.   Yes, I do. | Re: [151:15-152:6]<br>Def Obj 3M MIL No. 26 | OVERRULED |
| 152:7 - 152:15   Zielinski 2020-06-22<br>152 7    Q.   Okay.  And these calibration<br>152 8    pins, those were important parts of the ARC<br>152 9    machine.<br>152 10   Do you recall that?<br>152 11   MS. DE PAULO:  Objection. | Re: [152:7-152:15]<br>Def Obj 3M MIL No. 26; Foundation<br>(602) | OVERRULED |

| | | | |
|---|---|---|---|
| 152 12 | Form. | | |
| 152 13 | THE WITNESS:  It's my | | |
| 152 14 | understanding here that it's part of | | |
| 152 15 | the calibration process. | | |
| 152:16 - 153:1 | Zielinski 2020-06-22 | **Re: [152:16-153:1]**<br>**Def Obj** 3M MIL No. 26; Foundation<br>(602) | **OVERRULED** |
| 152 16 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 152 17 | Q.   Okay.  And these ARC machines | | |
| 152 18 | had to be calibrated in order for them to be | | |
| 152 19 | able to function correctly to ensure that the | | |
| 152 20 | Combat Arms testing -- that the earplugs were | | |
| 152 21 | within specification, right? | | |
| 152 22 | MS. DE PAULO:  Objection. | | |
| 152 23 | Form. | | |
| 152 24 | THE WITNESS:  The procedure was | | |
| 152 25 | stated that they are to calibrate | | |
| 153 1 | these machines. | | |
| 153:2 - 154:18 | Zielinski 2020-06-22 | **Re: [153:2-154:18]**<br>**Def Obj** 3M MIL No. 26; Foundation<br>(602) | **OVERRULED** |
| 153 2 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 153 3 | Q.   Okay.  It says, "After setup, a | | |
| 153 4 | CAE, a Combat Arms Earplug, can be mounted on | | |
| 153 5 | the nipple on top of the ARC, and a MV, | | |
| 153 6 | millivolt, value corresponding to the amount | | |
| 153 7 | of acoustical" -- sorry -- "resistance the | | |
| 153 8 | plug gives can be read on the DMM." | | |
| 153 9 | Right? | | |
| 153 10 | A.   Yes, I see that. | | |
| 153 11 | Q.   All right.  So it says that a | | |
| 153 12 | CAE can be mounted on top of the nipple on | | |
| 153 13 | top of the ARC.  That's what we saw in that | | |
| 153 14 | picture before, right? | | |
| 153 15 | A.   That's what I understand. | | |
| 153 16 | Q.   Corey, can we show that on | | |
| 153 17 | slide 36 real quick? | | |
| 153 18 | That's the yellow end of the | | |
| 153 19 | plug sitting on the nipple on the top of the ARC | | |
| 153 20 | machine, right? | | |
| 153 21 | A.   That's what it appears to be | | |
| 153 22 | here, yes. | | |
| 153 23 | Q.   Okay.  So we can go back then | | |

| | | |
|---|---|---|
| 153 24    to this section. | | |
| 153 25    And then it says, "The | | |
| 154 1    acceptance range of the open end, or the open | | |
| 154 2    position, for all versions of the CAE | | |
| 154 3    measured on the E-A-RCAL ARC is 4.1 to 6.5 | | |
| 154 4    millivolts." | | |
| 154 5    Do you see that? | | |
| 154 6    A.   Yes, I see that. | | |
| 154 7    Q.   The open end, do you understand | | |
| 154 8    that to also be another way of describing the | | |
| 154 9    yellow end or the filter end? | | |
| 154 10    A.   I am not exactly sure what they | | |
| 154 11    mean by "the open end." | | |
| 154 12    Q.   Okay.  You know that it was the | | |
| 154 13    yellow end that was being tested on the ARC | | |
| 154 14    machines, right? | | |
| 154 15    A.   Well, I know the yellow end was | | |
| 154 16    inserted on the nipple.  I'm not exactly sure | | |
| 154 17    of the specific functionality of the | | |
| 154 18    equipment. | | |
| 165:10 - 165:16   Zielinski 2020-06-22 | **Re: [165:10-165:16]** | **OVERRULED** |
| 165 10    QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26 | |
| 165 11    Q.   Okay.  Now, these plugs, they | | |
| 165 12    were assembled down at TJR Mexico manually, | | |
| 165 13    right? | | |
| 165 14    A.   Yes, they were. | | |
| 165 15    Q.   That means by hand, right? | | |
| 165 16    A.   Yes, it does. | | |
| 166:1 - 166:8   Zielinski 2020-06-22 | **Re: [166:1-166:8]** | **OVERRULED** |
| 166 1    QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26 | |
| 166 2    Q.   Sure. | | |
| 166 3    Someone down at TJR Mexico | | |
| 166 4    would take the little black filter pieces, | | |
| 166 5    put them together and stick it inside this | | |
| 166 6    white plastic insert piece, right? | | |
| 166 7    A.   Yes, that was part of the | | |
| 166 8    operation. | | |

| | | |
|---|---|---|
| 166:15 - 166:20   Zielinski 2020-06-22 | **Re: [166:15-166:20]** | **OVERRULED** |
| 166 15      Q.   I mean, it took manual | **Def Obj** 3M MIL No. 26; Foundation | |
| 166 16      dexterity to get that done, right? | (602) | |
| 166 17      MS. DE PAULO:  Objection. | | |
| 166 18      Form. | | |
| 166 19      THE WITNESS:  In your opinion | | |
| 166 20      it is. | | |
| 166:21 - 167:3   Zielinski 2020-06-22 | | |
| 166 21      QUESTIONS BY MR. OVERHOLTZ: | | |
| 166 22      Q.   All right.  And the white -- | | |
| 166 23      the white plastic piece, that has the little | | |
| 166 24      hole in it that you can see that allows sound | | |
| 166 25      to go through and pass through the filter so | | |
| 167 1      that the yellow end of the plug can work the | | |
| 167 2      way it's supposed to work. | | |
| 167 3      Did you understand that? | | |
| 167:6 - 167:8   Zielinski 2020-06-22 | | |
| 167 6      THE WITNESS:  Yeah, I was not | | |
| 167 7      familiar with the design of the plug | | |
| 167 8      or how it actually functioned. | | |
| 167:9 - 167:18   Zielinski 2020-06-22 | **Re: [167:9-167:18]** | **OVERRULED** |
| 167 9      QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26 | |
| 167 10      Q.   So then did you understand that | | |
| 167 11      the people -- after they put this internal | | |
| 167 12      assembly together, this white plastic piece | | |
| 167 13      with the filter in it, then they would put a | | |
| 167 14      yellow end on one end of the plug, and put a | | |
| 167 15      green end on the other end of the plug, and | | |
| 167 16      that would be a finished plug, right? | | |
| 167 17      A.   At that point the product would | | |
| 167 18      be fully assembled. | | |
| 167:19 - 168:8   Zielinski 2020-06-22 | **Re: [167:19-168:8]** | **OVERRULED** |
| 167 19      Q.   Then once you got the product | **Def Obj** 3M MIL No. 26; Compound | |
| 167 20      fully assembled, then you -- once you put it | (611, 403) | |
| 167 21      back together, all right, you put the yellow | | |
| 167 22      end on and you put the green end on, then you | | |
| 167 23      had to go sit it on top of one of those ARC | | |
| 167 24      machines, right?  On the little nipple that | | |
| 167 25      we talked about, right? | | |

| | | |
|---|---|---|
| 168 1   MS. DE PAULO:  Objection. | | |
| 168 2   Form. | | |
| 168 3   THE WITNESS:  According to the | | |
| 168 4   procedure -- | | |
| 168 5   MS. DE PAULO:  Sorry. | | |
| 168 6   THE WITNESS:  According to the | | |
| 168 7   procedure, that was the next step in | | |
| 168 8   the process. | | |
| 168:9 - 168:9   Zielinski 2020-06-22 | | |
| 168 9   QUESTIONS BY MR. OVERHOLTZ: | | |
| 168:10 - 168:18   Zielinski 2020-06-22 | **Re: [168:10-168:18]** | **OVERRULED** |
| 168 10   Q.   And the reason why you want to | **Def Obj** 3M MIL No. 26 | |
| 168 11   do that is to make sure that the readings | | |
| 168 12   were within the, quote, acceptable range, | | |
| 168 13   right? | | |
| 168 14   MS. DE PAULO:  Objection. | | |
| 168 15   Form. | | |
| 168 16   THE WITNESS:  I'm not exactly | | |
| 168 17   sure what the requirement was for | | |
| 168 18   that. | | |
| 168:19 - 169:9   Zielinski 2020-06-22 | **Re: [168:19-169:9]** | **SUSTAINED** |
| 168 19   QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26; Foundation | |
| 168 20   Q.   The documents we looked at said | (602) | |
| 168 21   that the measurement was made to make sure it | | |
| 168 22   was on the acceptable range, right? | | |
| 168 23   MS. DE PAULO:  Objection. | | |
| 168 24   Form. | | |
| 168 25 | | |
| 169 1   QUESTIONS BY MR. OVERHOLTZ: | | |
| 169 2   Q.   That's what that document said | | |
| 169 3   as to why you did the testing on the yellow | | |
| 169 4   end, is to make sure that the NV values | | |
| 169 5   were -- came within a, quote, acceptable | | |
| 169 6   range, right? | | |
| 169 7   A.   I would have to go back and | | |
| 169 8   reread that document specifically to see if | | |
| 169 9   that's what it stated. | | |

| | | |
|---|---|---|
| 169:10 - 169:24  Zielinski 2020-06-22 | **Re: [169:10-169:24]** | **OVERRULED** |
| 169 10      Q.    We'll go take a look at that in | **Def Obj** 3M MIL No. 26; Foundation | |
| 169 11      just a second, but let me ask you this. | (602) | |
| 169 12      A.    Okay. | | |
| 169 13      Q.    When someone is putting this | | |
| 169 14      plug together, or trying to put together the | | |
| 169 15      yellow end and the green end, I mean, there's | | |
| 169 16      nothing that keeps them from putting the | | |
| 169 17      yellow end on the part without a filter, | | |
| 169 18      right, and putting the green end on the part | | |
| 169 19      with a filter?  I mean, it goes together that | | |
| 169 20      way, too, right? | | |
| 169 21      MS. DE PAULO:  Objection. | | |
| 169 22      Form. | | |
| 169 23      THE WITNESS:  It appears you | | |
| 169 24      were able to do that. | | |
| 169:25 - 170:1  Zielinski 2020-06-22 | | |
| 169 25 | | |
| 170 1      QUESTIONS BY MR. OVERHOLTZ: | | |
| 170:1 - 170:16  Zielinski 2020-06-22 | **Re: [170:1-170:16]** | **OVERRULED** |
| 170 1      QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26; Foundation | |
| 170 2      Q.    And you can't tell by looking | (602) | |
| 170 3      at it that the filter is in the wrong end, | | |
| 170 4      right? | | |
| 170 5      A.    Visually, you cannot tell that. | | |
| 170 6      Q.    Right. | | |
| 170 7      So then you got to stick it on | | |
| 170 8      one of those ARC machines and run a | | |
| 170 9      measurement so you can make sure the plug | | |
| 170 10      wasn't put together backwards down at TJR | | |
| 170 11      Mexico, right? | | |
| 170 12      MS. DE PAULO:  Objection. | | |
| 170 13      Form. | | |
| 170 14      THE WITNESS:  It was placed on | | |
| 170 15      a machine to determine whether it met | | |
| 170 16      the internal specifications in this. | | |
| 170:17 - 171:2  Zielinski 2020-06-22 | **Re: [170:17-171:2]** | **OVERRULED** |
| 170 17      QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26 | |
| 170 18      Q.    Right. | | |

| | | |
|---|---|---|
| 170 19   And you would expect that test<br>170 20   to tell you whether it was put together<br>170 21   backwards, right?<br>170 22   MS. DE PAULO:  Objection.<br>170 23   Form.<br>170 24   THE WITNESS:  I don't know if<br>170 25   the equipment would do that or not.<br>171 1   The technical group would have to<br>171 2   answer that question. | | |
| 171:15 - 172:9   Zielinski 2020-06-22<br>171 15   If it was true that the ARC<br>171 16   test would help you make sure the thing<br>171 17   wasn't put together backwards down at TJR<br>171 18   Mexico, that would make that test a pretty<br>171 19   important test, right?<br>171 20   MS. DE PAULO:  Same objection.<br>171 21   THE WITNESS:  I don't know that<br>171 22   the test was in place to make sure it<br>171 23   was not put together backwards.<br>171 24   QUESTIONS BY MR. OVERHOLTZ:<br>171 25   Q.   Right.<br>172 1   But if it was, if that was one<br>172 2   of the things that test would make sure of,<br>172 3   that would make it pretty important, right?<br>172 4   MS. DE PAULO:  Objection.<br>172 5   Form.<br>172 6   THE WITNESS:  I guess testing<br>172 7   in general is just -- it's part of the<br>172 8   operation.  It's determined by the<br>172 9   technical group. | **Re: [171:15-172:9]**<br>**Def Obj** 3M MIL No. 26; Foundation<br>(602) | **SUSTAINED** |
| 172:10 - 173:4   Zielinski 2020-06-22<br>172 10   QUESTIONS BY MR. OVERHOLTZ:<br>172 11   Q.   Well, let me ask you this:  So<br>172 12   what if the test helped make sure that when<br>172 13   they shoved that filter down inside this<br>172 14   white plastic piece, the white plastic piece<br>172 15   hadn't cracked any?<br>172 16   Would that make it an important<br>172 17   test? | **Re: [172:10-173:4]**<br>**Def Obj** 3M MIL No. 26; Compound<br>(611, 403) | **OVERRULED** |

| | | |
|---|---|---|
| 172 18 MS. DE PAULO:  Objection. | | |
| 172 19 Form. | | |
| 172 20 THE WITNESS:  The testing was | | |
| 172 21 just designed -- let me restate that. | | |
| 172 22 It's my understanding that the | | |
| 172 23 plugs had to be tested 100 percent to | | |
| 172 24 meet the specifications that were | | |
| 172 25 outlined by the technical group. | | |
| 173 1 QUESTIONS BY MR. OVERHOLTZ: | | |
| 173 2 Q.   I mean -- | | |
| 173 3 A.   I can't comment on the | | |
| 173 4 importance of the testing. | | |
| 173:5 - 174:1   Zielinski 2020-06-22 | **Re: [173:5-174:1]** | **SUSTAINED** |
| 173 5 Q.   Okay.  I mean, cracks in the | **Def Obj** 3M MIL No. 26; Assumes | |
| 173 6 white plastic piece, that was an issue that | (611, 403); Prejudice (403) | |
| 173 7 you were aware of for the assembly down | | |
| 173 8 there, right? | | |
| 173 9 MS. DE PAULO:  Objection. | | |
| 173 10 Form. | | |
| 173 11 THE WITNESS:  I don't recall | | |
| 173 12 being -- I don't recall issues with | | |
| 173 13 cracking of that part. | | |
| 173 14 QUESTIONS BY MR. OVERHOLTZ: | | |
| 173 15 Q.   I mean, if you're selling this | | |
| 173 16 to the US military, you wouldn't want the US | | |
| 173 17 military being sold plugs with cracked stems, | | |
| 173 18 right? | | |
| 173 19 MS. DE PAULO:  Objection. | | |
| 173 20 Form. | | |
| 173 21 QUESTIONS BY MR. OVERHOLTZ: | | |
| 173 22 Q.   Would that be acceptable? | | |
| 173 23 MS. DE PAULO:  Same objection. | | |
| 173 24 THE WITNESS:  I do not have the | | |
| 173 25 technical training to be able to | | |
| 174 1 answer that question effectively. | | |
| 174:2 - 174:18   Zielinski 2020-06-22 | **Re: [174:2-174:18]** | **SUSTAINED** |
| 174 2 QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26; | |
| 174 3 Q.   Well, you didn't want that, | Argumentative, Assumes (611, 403); | |
| 174 4 right, as the guy in charge of global | Prejudice (403) | |

| | | |
|---|---|---|
| 174 5   outsource manufacturing? | | |
| 174 6   I mean, you didn't want this | | |
| 174 7   site that you were responsible for meeting | | |
| 174 8   all of these demands of quantity and | | |
| 174 9   delivery, you didn't want the -- you didn't | | |
| 174 10   want the quantity of delivery to be plugs | | |
| 174 11   with cracked stems or put together backwards, | | |
| 174 12   right? | | |
| 174 13   MS. DE PAULO:  Objection. | | |
| 174 14   Form. | | |
| 174 15   THE WITNESS:  Not having the | | |
| 174 16   technical knowledge of the impact that | | |
| 174 17   would have on the product, I really | | |
| 174 18   can't give an opinion on that. | | |
| 176:3 - 176:21   Zielinski 2020-06-22 | Re: [176:3-176:21] | **OVERRULED** |
| 176 3   Q.   All right.  So is making sure | **Def Obj** 3M MIL No. 26; Relevance | |
| 176 4   you can deliver the quantity of the plugs to | (401, 402); Prejudice (403) | |
| 176 5   the customer on time ever more important than | | |
| 176 6   making sure that the products are quality and | | |
| 176 7   are going to work? | | |
| 176 8   MS. DE PAULO:  Objection. | | |
| 176 9   Form. | | |
| 176 10   QUESTIONS BY MR. OVERHOLTZ: | | |
| 176 11   Q.   Is that ever more important? | | |
| 176 12   A.   Quality is always important. | | |
| 176 13   Q.   And is quality of the earplugs | | |
| 176 14   more important when it comes to military, | | |
| 176 15   soldier, safety than just making sure you can | | |
| 176 16   deliver the quantity that you need to to | | |
| 176 17   satisfy a customer order? | | |
| 176 18   MS. DE PAULO:  Objection. | | |
| 176 19   Form. | | |
| 176 20   THE WITNESS:  The quality of | | |
| 176 21   the product is a top priority. | | |
| 177:3 - 177:8   Zielinski 2020-06-22 | Re: [177:3-177:8] | **OVERRULED** |
| 177 3   Q.   Quality of the plugs you're | **Def Obj** 3M MIL No. 26; Relevance | |
| 177 4   delivering to the US military should be the | (401, 402); Prejudice (403) | |
| 177 5   top priority, right? | | |
| 177 6   MS. DE PAULO:  Same objection. | | |

| | | |
|---|---|---|
| 177 7      THE WITNESS:  Yes, quality is<br>177 8        the top priority. | | |
| 178:12 - 178:19   Zielinski 2020-06-22<br>178 12      When it came to the Combat Arms<br>178 13      Earplug, if testing of the ARC machine was<br>178 14      made to assure quality of those plugs, then<br>178 15      those ARC machines needed to work.<br>178 16      MS. DE PAULO:  Objection.<br>178 17      Form.<br>178 18      THE WITNESS:  The ARC machines<br>178 19      needed to work to perform the tests. | **Re: [178:12-178:19]**<br>**Def Obj** 3M MIL No. 26; Assumes<br>(611, 403); Foundation (602) | **OVERRULED** |
| 179:4 - 179:11   Zielinski 2020-06-22<br>179 4      Q.   I mean, they needed to be able<br>179 5      to work reliably so that you could test<br>179 6      100 percent of the plugs, right?<br>179 7      MS. DE PAULO:  Object to the<br>179 8      form.<br>179 9      THE WITNESS:  Well, they would<br>179 10      need to work to be able to test the<br>179 11      plugs. | **Re: [179:4-179:11]**<br>**Def Obj** 3M MIL No. 26; Foundation<br>(602) | **OVERRULED** |
| 179:21 - 179:23   Zielinski 2020-06-22<br>179 21      Q.   I mean, were the values being<br>179 22      spit out by the ARC machine, could they be<br>179 23      trusted?  That would be important, right? | **Re: [179:21-179:23]**<br>**Pltf Obj** 602, 402, outside scope of<br>"clarification" | **OVERRULED** |
| 179:25 - 180:5   Zielinski 2020-06-22<br>179 25      THE WITNESS:  Not knowing<br>180 1      exactly how the machines functioned<br>180 2      and their impact or correlation to the<br>180 3      plug, I really can't answer that<br>180 4      question.  I'm not qualified to answer<br>180 5      that question. | **Re: [179:25-180:5]**<br>**Pltf Obj** 602, 402, outside scope of<br>"clarification" | **OVERRULED** |
| 180:18 - 180:22   Zielinski 2020-06-22<br>180 18      If the values that the ARC<br>180 19      machine was putting out with respect to the<br>180 20      Combat Arms plug were not acceptable, not<br>180 21      within the range, can you just make some new<br>180 22      values or a new range? | **Re: [180:18-180:22]**<br>**Pltf Obj** outside scope of "clarification" | **OVERRULED** |
| 180:24 - 181:3   Zielinski 2020-06-22<br>180 24      THE WITNESS:  Our technical | **Re: [180:24-181:3]**<br>**Pltf Obj** outside scope of "clarification" | **OVERRULED** |

| | | |
|---|---|---|
| 180 25    group was responsible for determining | | |
| 181 1    the ranges and providing that | | |
| 181 2    information to TJR.  So there was only | | |
| 181 3    their area of expertise. | | |

| 182:12 - 182:20   Zielinski 2020-06-22 | Re: [182:12-182:20] | OVERRULED |
|---|---|---|
| 182 12    You understood that these ARC | Def Obj 3M MIL No. 26; Compound | |
| 182 13    machines that came from Etymotic Research | (611, 403); Argumentative (611, 403) | |
| 182 14    that were used in Mexico had to be calibrated | | |
| 182 15    regularly to make sure that they were working | | |
| 182 16    reliably, right? | | |
| 182 17    MS. DE PAULO:  Same objection. | | |
| 182 18    THE WITNESS:  I recall a | | |
| 182 19    document that states that the devices | | |
| 182 20    needed to be calibrated. | | |

| 182:21 - 184:15   Zielinski 2020-06-22 | Re: [182:21-184:15] | OVERRULED |
|---|---|---|
| 182 21    (Zielinski Exhibit 23 marked | Def Obj 3M MIL No. 26; Foundation | |
| 182 22    for identification.) | (602) | |
| 182 23    QUESTIONS BY MR. OVERHOLTZ: | | |
| 182 24    Q.    All right.  Let's look at -- | | |
| 182 25    Corey, can we go back to the slide set and go | | |
| 183 1    to slide 60. | | |
| 183 2    And we'll mark RZ-060 as | | |
| 183 3    Exhibit 23.  This is an August 1, 2001, July | | |
| 183 4    monthly report from Elliott Berger to Richard | | |
| 183 5    Knauer. | | |
| 183 6    And I want to turn your | | |
| 183 7    attention to the section related to | | |
| 183 8    facilities/equipment/calibration.  And you | | |
| 183 9    see there's a paragraph about the Etymotic | | |
| 183 10    Research parts? | | |
| 183 11    Do you see that? | | |
| 183 12    A.    Yes, I do. | | |
| 183 13    Q.    And it says, "The one of the | | |
| 183 14    two Etymotic Research ARCs used in Mexico was | | |
| 183 15    calibrated and returned to Bob Zielinski." | | |
| 183 16    Do you see that? | | |
| 183 17    A.    Yes, I do. | | |
| 183 18    Q.    Okay.  Couple questions about | | |
| 183 19    that. | | |

| | | |
|---|---|---|
| 183 20   One is, at this point in time | | |
| 183 21   in 2001, there were two ARC machines being | | |
| 183 22   used down in Mexico, according to this | | |
| 183 23   report, right? | | |
| 183 24   A.   It would infer that.  Says "the | | |
| 183 25   one of the two."  I'm not exactly sure if | | |
| 184 1   it's positive because -- we can infer that | | |
| 184 2   from this. | | |
| 184 3   Q.   Okay.  And it says, "The second | | |
| 184 4   unit presumably will be sent to us when this | | |
| 184 5   unit is returned." | | |
| 184 6   Do you see that? | | |
| 184 7   A.   Yes, I do. | | |
| 184 8   Q.   So one ARC machine is getting | | |
| 184 9   recalibrated, and then you're going to send | | |
| 184 10   it back down to Mexico.  And when they get | | |
| 184 11   that one, they're going to send the other one | | |
| 184 12   back to you in Indianapolis for it to be | | |
| 184 13   calibrated, right? | | |
| 184 14   A.   According to this document, | | |
| 184 15   presumably that will be returned. | | |
| 184:16 - 185:14   Zielinski 2020-06-22 | **Re: [184:16-185:14]** | **OVERRULED** |
| 184 16   Q.   And so of all those plugs | **Def Obj** 3M MIL No. 26; Foundation | |
| 184 17   getting put together down in Mexico, you guys | (602); Compound, Assumes (611, 403) | |
| 184 18   are trading off these ARC machines because | | |
| 184 19   they have to be calibrated every year, right? | | |
| 184 20   MS. DE PAULO:  Objection. | | |
| 184 21   Form. | | |
| 184 22   THE WITNESS:  Can you restate | | |
| 184 23   that, please?  I'm not sure what you | | |
| 184 24   mean by "trading off." | | |
| 184 25 | | |
| 185 1   QUESTIONS BY MR. OVERHOLTZ: | | |
| 185 2   Q.   All right.  So you said, Mexico | | |
| 185 3   sends one in to be calibrated, and they're | | |
| 185 4   stuck using one machine until they get it | | |
| 185 5   back, and then they can send the other | | |
| 185 6   machine to be calibrated. | | |
| 185 7   So they're down to using one | | |

| | | |
|---|---|---|
| 185 8   testing machine while they're making all<br>185 9   these earplugs, right?<br>185 10   MS. DE PAULO:  Objection.<br>185 11   Form.<br>185 12   THE WITNESS:  It would be<br>185 13   assuming there are two units there and<br>185 14   only two units. | | |
| 185:15 - 186:9   Zielinski 2020-06-22<br>185 15   QUESTIONS BY MR. OVERHOLTZ:<br>185 16   Q.   Okay.  If you can turn to<br>185 17   slide -- well, let me ask you this:  At some<br>185 18   point you became aware that there was a<br>185 19   problem with the Combat Arms Earplug in<br>185 20   Mexico and the ARC testing being done, right?<br>185 21   MS. DE PAULO:  Objection.<br>185 22   Form.<br>185 23   THE WITNESS:  I was made aware<br>185 24   of a concern that Bob Klun had related<br>185 25   to that.<br>186 1   QUESTIONS BY MR. OVERHOLTZ:<br>186 2   Q.   And there was like an<br>186 3   80 percent reject rate for the plugs that<br>186 4   were getting tested down in Mexico, right?<br>186 5   MS. DE PAULO:  Objection.<br>186 6   Form.<br>186 7   THE WITNESS:  I'm not sure I<br>186 8   see a document to refresh my memory on<br>186 9   that. | **Re: [185:15-186:9]**<br>**Def Obj** 3M MIL No. 26; Assumes<br>(611, 403); Prejudice (403) | **OVERRULED** |
| 187:7 - 188:5   Zielinski 2020-06-22<br>187 7   (Zielinski Exhibit 24 marked<br>187 8   for identification.)<br>187 9   QUESTIONS BY MR. OVERHOLTZ:<br>187 10   Q.   Okay.  Let's look at slide 62.<br>187 11   And this is P2269 that we'll mark as Exhibit<br>187 12   Number 24.<br>187 13   And you see that this is a memo<br>187 14   from Richard Knauer to Elliott Berger on<br>187 15   February 28, 2003, in the E-A-RCAL<br>187 16   laboratory. | **Re: [187:7-188:5]**<br>**Def Obj** 3M MIL No. 26; Foundation<br>(602) | **OVERRULED** |

| | | |
|---|---|---|
| 187 17    Do you see that? | | |
| 187 18    A.   Yes, I do. | | |
| 187 19    Q.   And we can see there that | | |
| 187 20    Berger is writing to Richard E. Knauer, so | | |
| 187 21    Mr. Knauer is the REK, right? | | |
| 187 22    A.   Correct. | | |
| 187 23    Q.   And then down at the bottom of | | |
| 187 24    this memo under Product-Related Research and | | |
| 187 25    Development, it says, "RWK assisted Gordon | | |
| 188 1    Grogan and spoke with Bob Zielinski about the | | |
| 188 2    problems with the Combat Arms plug in | | |
| 188 3    Mexico." | | |
| 188 4    Right? | | |
| 188 5    A.   I see that. | | |

188:6 - 188:9   Zielinski 2020-06-22

| | | |
|---|---|---|
| 188 6    Q.   And that would have been Ronald | | |
| 188 7    Kieper, right, the RWK? | | |
| 188 8    A.   Yes, that's my assumption | | |
| 188 9    there, correct. | | |

188:10 - 188:17   Zielinski 2020-06-22

| | | |
|---|---|---|
| 188 10    Q.   So Mr. Kieper talked to you | **Re: [188:10-188:17]** | **OVERRULED** |
| 188 11    about those problems back in '03 with the ARC | **Def Obj** 3M MIL No. 26; Compound | |
| 188 12    machines, right, and the Combat Arms plug? | (611, 403); Prejudice (403) | |
| 188 13    MS. DE PAULO:  Objection. | | |
| 188 14    Form. | | |
| 188 15    THE WITNESS:  According to | | |
| 188 16    this, he has spoken to me about the | | |
| 188 17    Combat Arms plugs in Mexico. | | |

188:18 - 188:24   Zielinski 2020-06-22

| | | |
|---|---|---|
| 188 18    QUESTIONS BY MR. OVERHOLTZ: | **Re: [188:18-188:24]** | **OVERRULED** |
| 188 19    Q.   He recommended that one of the | **Def Obj** 3M MIL No. 26; Foundation | |
| 188 20    ARCs be sent to Indianapolis so the 100 plugs | (602); Prejudice (403) | |
| 188 21    can be measured in the lab to help determine | | |
| 188 22    why Mexico's measurements had an 80 percent | | |
| 188 23    reject rate, right? | | |
| 188 24    A.   I see that. | | |

189:10 - 190:8   Zielinski 2020-06-22

| | | |
|---|---|---|
| 189 10    There's a problem with the | **Re: [189:10-190:8]** | **OVERRULED** |
| 189 11    Combat Arms plugs and the measurements being | **Def Obj** 3M MIL No. 26; Foundation | |
| | (602); Prejudice (403) | |

| | |
|---|---|
| 189 12   made by the ARC machines on those plugs for | |
| 189 13   those plugs being assembled down in Mexico | |
| 189 14   that Aearo is trying to sell, right? | |
| 189 15   MS. DE PAULO:  Object to form. | |
| 189 16   THE WITNESS:  This does not | |
| 189 17   state there is a problem with the | |
| 189 18   plugs.  It states there's an | |
| 189 19   80 percent reject rate in plant. | |
| 189 20   QUESTIONS BY MR. OVERHOLTZ: | |
| 189 21   Q.   It says, "RWK spoke with Bob | |
| 189 22   Zielinski about the problems with the Combat | |
| 189 23   Arms plug in Mexico." | |
| 189 24   That's what he said, right? | |
| 189 25   A.   That's what he states here, | |
| 190 1   yes. | |
| 190 2   Q.   And these ARC machine | |
| 190 3   measurements were resulting in an 80 percent | |
| 190 4   reject rate down in Mexico, right? | |
| 190 5   MS. DE PAULO:  Object to form. | |
| 190 6   THE WITNESS:  What it states is | |
| 190 7   that 80 percent of the product was | |
| 190 8   being rejected. | |

| 190:9 - 190:13   Zielinski 2020-06-22 | Re: [190:9-190:13] | **OVERRULED** |
|---|---|---|
| 190 9    QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26; Foundation | |
| 190 10   Q.   Based on the measurements on | (602) | |
| 190 11   the ARC machine in Mexico, right? | | |
| 190 12   A.   They were based on the | | |
| 190 13   measurements, that's correct. | | |

| 190:14 - 191:17   Zielinski 2020-06-22 | Re: [190:14-191:17] | **OVERRULED** |
|---|---|---|
| 190 14   Q.   And that's a major problem when | **Def Obj** 3M MIL No. 26; | |
| 190 15   your primary assembler is having an | Argumentative, Assumes (611, 403); | |
| 190 16   80 percent reject rate.  It's going to be | Prejudice (403) | |
| 190 17   hard to deliver the quantity of plugs that | | |
| 190 18   you're trying to sell to the US military, | | |
| 190 19   right? | | |
| 190 20   MS. DE PAULO:  Objection. | | |
| 190 21   Form. | | |
| 190 22   THE WITNESS:  As I stated a few | | |
| 190 23   minutes ago, it would depend on the | | |

| | | |
|---|---|---|
| 190 24    quantity being required at that point | | |
| 190 25    in time. | | |
| 191 1      QUESTIONS BY MR. OVERHOLTZ: | | |
| 191 2      Q.    And if testers are being | | |
| 191 3      shipped back to Indianapolis, you can't make | | |
| 191 4      as many plugs, can you? | | |
| 191 5      MS. DE PAULO:  Objection. | | |
| 191 6      Form. | | |
| 191 7      THE WITNESS:  They would not be | | |
| 191 8      able to produce as many products as | | |
| 191 9      they could with two machines. | | |
| 191 10    QUESTIONS BY MR. OVERHOLTZ: | | |
| 191 11    Q.    Right. | | |
| 191 12    So you got to solve the | | |
| 191 13    problem, right? | | |
| 191 14    MS. DE PAULO:  Objection. | | |
| 191 15    Form. | | |
| 191 16    THE WITNESS:  The issue needs | | |
| 191 17    to be addressed. | | |
| 191:18 - 192:3   Zielinski 2020-06-22 | **Re: [191:18-192:3]** | **OVERRULED** |
| 191 18    QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26; Prejudice | |
| 191 19    Q.    So you write an e-mail to this | (403) | |
| 191 20    Grogan fellow about what to do about this | | |
| 191 21    measurement problem on the Mexico Combat | | |
| 191 22    Arms, right? | | |
| 191 23    MS. DE PAULO:  Objection. | | |
| 191 24    Form. | | |
| 191 25    THE WITNESS:  No.  As stated | | |
| 192 1      here, I spoke to Gordon Grogan.  He | | |
| 192 2      spoke to me about the alleged problems | | |
| 192 3      with the Combat Arms plugs. | | |
| 192:4 - 192:10   Zielinski 2020-06-22 | | |
| 192 4      QUESTIONS BY MR. OVERHOLTZ: | | |
| 192 5      Q.    And what was Grogan's job? | | |
| 192 6      A.    I believe his title was quality | | |
| 192 7      technician. | | |
| 192 8      Q.    Okay.  So let's look at this | | |
| 192 9      next exhibit, slide 64, and then we'll take a | | |
| 192 10    break. | | |

192:18 - 193:19   Zielinski 2020-06-22

| | | |
|---|---|---|
| 192 18 | (Zielinski Exhibit 25 marked | **Re: [192:18-193:19]** |
| 192 19 | for identification.) | **Def Obj** 3M MIL No. 26 |
| 192 20 | QUESTIONS BY MR. OVERHOLTZ: | |
| 192 21 | Q.    So if we look at slide 64 -- | |
| 192 22 | we'll mark RZ-175 as Exhibit Number 25, I | |
| 192 23 | think. | |
| 192 24 | And this is an e-mail that you | |
| 192 25 | sent to Grogan on March of 2003, right? | |
| 193 1 | A.    Yes, that's correct. | |
| 193 2 | Q.    Okay.  And you tell Grogan that | |
| 193 3 | "In checking the Combat Arms test equipment, | |
| 193 4 | it appears that the Fluke 45 multimeter may | |
| 193 5 | have a problem." | |
| 193 6 | Do you see that? | |
| 193 7 | A.    I see that statement. | |
| 193 8 | Q.    Now you said, maybe that | |
| 193 9 | machine needs to be calibrated, right? | |
| 193 10 | A.    Ron stressed the equipment | |
| 193 11 | should be calibrated to make certain. | |
| 193 12 | Q.    Okay.  Then if you go down a | |
| 193 13 | little bit further, you say, "I sure hope | |
| 193 14 | that solves the problem.  We really need to | |
| 193 15 | get the tester back to TJR.  We have already | |
| 193 16 | lost four days, which equals 16,000 pieces, | |
| 193 17 | and we're sure to lose at least two more." | |
| 193 18 | Right? | |
| 193 19 | A.    Yes, that's what it says. | |

**OVERRULED**

194:4 - 194:13   Zielinski 2020-06-22

| | | |
|---|---|---|
| 194 4 | If you can't test the plugs | **Re: [194:4-194:13]** |
| 194 5 | because the tester is getting recalibrated, | **Def Obj** 3M MIL No. 26; Foundation |
| 194 6 | then you can't spit out the plugs from the | (602); Prejudice (602); Assumes (611, |
| 194 7 | assembly line to sell them to the US | 403) |
| 194 8 | military. | |
| 194 9 | MS. DE PAULO:  Objection. | |
| 194 10 | Form. | |
| 194 11 | THE WITNESS:  This doesn't | |
| 194 12 | state that they were not able to | |
| 194 13 | produce any plugs. | |

**OVERRULED**

| | | |
|---|---|---|
| 194:14 - 195:8   Zielinski 2020-06-22 | **Re: [194:14-195:8]** | **OVERRULED** |
| 194 14    QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26; Prejudice | |
| 194 15    Q.   But production was limited, | (403) | |
| 194 16    right? | | |
| 194 17    A.   It was likely -- there were | | |
| 194 18    likely to be less that would be produced.  I | | |
| 194 19    just don't know what the quantity of the | | |
| 194 20    vendor was, so I don't know the impact of | | |
| 194 21    that. | | |
| 194 22    Q.   I mean, you say that "once we | | |
| 194 23    get it calibrated, we will need to have the | | |
| 194 24    plugs tested again immediately to see if the | | |
| 194 25    problem was resolved.  If so, the equipment | | |
| 195 1    needs to be sent back to TJR immediately. | | |
| 195 2    There's a truck leaving today at noon, but | | |
| 195 3    assuming it won't be ready to ship by then, | | |
| 195 4    we can FedEx it to the border to catch up | | |
| 195 5    with the truck, and then they will have the | | |
| 195 6    tester over the weekend." | | |
| 195 7    Right? | | |
| 195 8    A.   Yes, I see that. | | |
| 195:9 - 195:19   Zielinski 2020-06-22 | **Re: [195:9-195:19]** | **OVERRULED** |
| 195 9    Q.   I mean, this is an urgent | **Def Obj** 3M MIL No. 26; | |
| 195 10    problem.  You can't make these plugs fast | Argumentative, Assumes (611, 403) | |
| 195 11    enough because the testers are broken, right? | | |
| 195 12    MS. DE PAULO:  Objection. | | |
| 195 13    Form. | | |
| 195 14    THE WITNESS:  As we discussed, | | |
| 195 15    production would have been limited | | |
| 195 16    because they were without one tester, | | |
| 195 17    and they were not able to produce as | | |
| 195 18    many plugs as prior to that.  It was | | |
| 195 19    important to get it back down there. | | |
| 196:4 - 197:11   Zielinski 2020-06-22 | **Re: [196:4-197:11]** | **OVERRULED** |
| 196 4    That's when you say, well, if | **Def Obj** 3M MIL No. 26; Prejudice | |
| 196 5    the calibration doesn't fix the problem, you | (403); Argumentative (611, 403) | |
| 196 6    just run with the wider spec until we can get | | |
| 196 7    the 500,000-piece order done. | | |
| 196 8    Right? | | |

| | | | |
|---|---|---|---|
| 196 9 | MS. DE PAULO:  Objection. | | |
| 196 10 | Form. | | |
| 196 11 | THE WITNESS:  Sorry, I was | | |
| 196 12 | reading this again.  Okay.  I see | | |
| 196 13 | that.  I understand. | | |
| 196 14 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 196 15 | Q.    Okay.  So what's actually | | |
| 196 16 | happening here is while you're getting this | | |
| 196 17 | testing equipment recalibrated and rechecked, | | |
| 196 18 | you're running with a wider spec so you can | | |
| 196 19 | meet a 500,000-piece order, right? | | |
| 196 20 | MS. DE PAULO:  Objection. | | |
| 196 21 | Form. | | |
| 196 22 | THE WITNESS:  I think the | | |
| 196 23 | specification would have been provided | | |
| 196 24 | by the technical group, so they were | | |
| 196 25 | following the specification provided | | |
| 197 1 | to them by technical. | | |
| 197 2 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 197 3 | Q.    Yeah.  So technical gave the | | |
| 197 4 | people down in Mexico a wider spec to use so | | |
| 197 5 | they could meet a 500,000-piece order, right? | | |
| 197 6 | MS. DE PAULO:  Objection. | | |
| 197 7 | THE WITNESS:  It doesn't | | |
| 197 8 | state -- sorry.  It doesn't state that | | |
| 197 9 | that specification was provided them | | |
| 197 10 | specifically to fill the 500,000-piece | | |
| 197 11 | order. | | |
| 197:12 - 198:1 | Zielinski 2020-06-22 | **Re: [197:12-198:1]**<br>**Def Obj** 3M MIL No. 26; Prejudice<br>(403) | **OVERRULED** |
| 197 12 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 197 13 | Q.    You say, "If we do find that | | |
| 197 14 | the calibration resolves the problem, we will | | |
| 197 15 | need to have the others sent back for | | |
| 197 16 | recalibration, or can we continue to run with | | |
| 197 17 | the wider spec until we get the 500,000-piece | | |
| 197 18 | order done?" | | |
| 197 19 | That's what you said, right? | | |
| 197 20 | A.    That was the question I posed | | |
| 197 21 | to the technical group. | | |

| | | |
|---|---|---|
| 197 22   Q.   "Continue to run with the wider<br>197 23   spec until we get the 500,000-piece order<br>197 24   done," right?<br>197 25   A.   That was the question that I<br>198 1   asked the group. | | |
| 198:2 - 198:13   Zielinski 2020-06-22<br>198 2   Q.   Do you think the US military<br>198 3   soldiers deserved earplugs that had better<br>198 4   quality assurance than just being run with a<br>198 5   wider spec?<br>198 6   MS. DE PAULO:  Objection.<br>198 7   Form.<br>198 8   THE WITNESS:  The technical<br>198 9   group would have been the group<br>198 10   responsible for providing the<br>198 11   specifications provided to TJR to make<br>198 12   sure they were producing the plugs<br>198 13   that met their requirements. | **Re: [198:2-198:13]**<br>**Def Obj** 3M MIL No. 26;<br>Argumentative (611, 403); Prejudice<br>(403); Relevance (401, 402) | **SUSTAINED** |
| 199:6 - 199:25   Zielinski 2020-06-22<br>199 6   Q.   Mr. Zielinski, I wanted to<br>199 7   start back, pick up where we left off in<br>199 8   March of 2003 when you had e-mailed<br>199 9   Mr. Grogan with Exhibit 25 regarding running<br>199 10   with a wider spec.<br>199 11   So, Corey, if we could pick up<br>199 12   there on slide 64, and then I want to move to<br>199 13   slide -- so you see there, the wider spec at<br>199 14   the bottom of Exhibit 25.  If we can go to<br>199 15   slide 69, Corey, which is RZ-012, and we'll<br>199 16   mark this as Exhibit Number 26.<br>199 17   And this is the waiver 351,<br>199 18   dated 2/27/2003, so a few days before that<br>199 19   e-mail that you sent Mr. Grogan?<br>199 20   A.   Okay.  I see that.<br>199 21   Q.   And at the top it says,<br>199 22   "Request for deviation," and it says, "waiver<br>199 23   permission to accept, quote, 'as-is,' quote."<br>199 24   That's checked, right?<br>199 25   A.   Yes, it is. | **Re: [199:6-199:25]**<br>**Def Obj** 3M MIL No. 26; Foundation<br>(602) | **OVERRULED** |

199:26 - 200:1   Zielinski 2020-06-22

| 200 1 | Q.   All right.  And that's like |
|---|---|

200:1 - 200:11   Zielinski 2020-06-22

| | | **Re: [200:1-200:11]** | **OVERRULED** |
|---|---|---|---|
| 200 1 | Q.    All right.  And that's like | **Def Obj** 3M MIL No. 26; Prejudice | |
| 200 2 | when you sell a car and you do a little bill | (403); Foundation (602) | |
| 200 3 | of sales sometime.  You say, hey, you're | | |
| 200 4 | going to take this thing as-is, even if it | | |
| 200 5 | has problems.  Right? | | |
| 200 6 | MS. DE PAULO:  Object to form. | | |
| 200 7 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 200 8 | Q.    That's what as-is is, right? | | |
| 200 9 | A.    In this context, it's my | | |
| 200 10 | understanding that the waiver just meant that | | |
| 200 11 | the product would be accepted as it existed. | | |

200:12 - 200:20   Zielinski 2020-06-22

| | | **Re: [200:12-200:20]** | **OVERRULED** |
|---|---|---|---|
| 200 12 | Q.    And so this is -- I mean, this | **Def Obj** 3M MIL No. 26; Foundation | |
| 200 13 | is TJR waiver request asking Aearo in | (602) | |
| 200 14 | Indianapolis for a deviation waiver | | |
| 200 15 | permission, right? | | |
| 200 16 | MS. DE PAULO:  Objection. | | |
| 200 17 | Form. | | |
| 200 18 | THE WITNESS:  It's my | | |
| 200 19 | understanding that this document was | | |
| 200 20 | generated within Aearo Technologies. | | |

200:21 - 201:16   Zielinski 2020-06-22

| | | **Re: [200:21-201:16]** | **OVERRULED** |
|---|---|---|---|
| 200 21 | QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26; | |
| 200 22 | Q.    Yeah. | Argumentative (611, 403); Prejudice | |
| 200 23 | And this document was never | (403); Foundation (602) | |
| 200 24 | shared with the United States military, | | |
| 200 25 | right? | | |
| 201 1 | MS. DE PAULO:  Objection. | | |
| 201 2 | Form. | | |
| 201 3 | THE WITNESS:  I have no idea if | | |
| 201 4 | it was or was not. | | |
| 201 5 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 201 6 | Q.    I mean, you weren't asking the | | |
| 201 7 | military to give you a waiver to make these | | |
| 201 8 | plugs as-is with their testing.  This was | | |
| 201 9 | just an internal within Aearo and TJR | | |

| | | |
|---|---|---|
| 201 10 | procedure, right? | |
| 201 11 | MS. DE PAULO:  Objection. | |
| 201 12 | Form. | |
| 201 13 | THE WITNESS:  It was a | |
| 201 14 | corporate request that came from our | |
| 201 15 | quality department that requested the | |
| 201 16 | limits be changed. | |
| 203:6 - 203:8 | Zielinski 2020-06-22 | **Re: [203:6-203:8]** **OVERRULED** |
| 203 6 | Q.    Right.  And so then it lists | **Def Obj** 3M MIL No. 26 |
| 203 7 | the percent defective as 80 percent, right? | |
| 203 8 | A.    It does say that, yes. | |
| 203:9 - 204:2 | Zielinski 2020-06-22 | **Re: [203:9-204:2]** **OVERRULED** |
| 203 9 | Q.    Okay.  So then underneath that | **Pltf Obj** outside scope of "clarification" |
| 203 10 | is a discrepancy explanation of need to waive | |
| 203 11 | this product, reason for deviating from the | |
| 203 12 | process, correct? | |
| 203 13 | A.    That's what it states, yes. | |
| 203 14 | Q.    And it says, "Request that the | |
| 203 15 | spec range for the Mexico test equipment be | |
| 203 16 | increased, both upper and lower limits, by .6 | |
| 203 17 | millivolts for a temporary time until the | |
| 203 18 | test equipment can be tested/calibrated by | |
| 203 19 | E-A-R Specialty Composites." | |
| 203 20 | Do you see that? | |
| 203 21 | A.    Yes, I do. | |
| 203 22 | Q.    Okay.  "By increasing range, | |
| 203 23 | the test equipment will be comparable to | |
| 203 24 | equipment at E-R-A Specialty" -- I think | |
| 203 25 | that's supposed to be "E-A-R Specialty | |
| 204 1 | Composites," right? | |
| 204 2 | A.    Yes, that's what it states. | |
| 204:9 - 206:5 | Zielinski 2020-06-22 | **Re: [204:9-206:5]** **OVERRULED** |
| 204 9 | Q.    Okay.  And this was in February | **Def Obj** 3M MIL No. 26 |
| 204 10 | of 2003, right? | |
| 204 11 | A.    That is the date on the | |
| 204 12 | document. | |
| 204 13 | (Zielinski Exhibit 27 marked | |
| 204 14 | for identification.) | |
| 204 15 | QUESTIONS BY MR. OVERHOLTZ: | |

204 16    Q.    Okay.  And so then if we can
204 17    look at the next slide, this is RZ-11, which
204 18    we'll mark as Exhibit 27.
204 19    This is an e-mail from Bob Klun
204 20    to Gordon Grogan, Steve Todor and yourself,
204 21    as well as Dick Knauer and Bill Bogdan,
204 22    right?
204 23    A.    Yes, I see that.
204 24    Q.    And this is in May of 2003,
204 25    right?
205 1     A.    That's what's on the document.
205 2     Q.    All right.  And the subject is
205 3     the "waiver 351 on the Combat Arms filter."
205 4     That's that waiver request we
205 5     just looked at, right?
205 6     MS. DE PAULO:  Objection.
205 7     Form.
205 8     THE WITNESS:  I'm not exactly
205 9     sure of the number.
205 10    MR. OVERHOLTZ:  Corey, if you
205 11    could slide back to slide 69.
205 12    COREY SMITH:  Okay.
205 13    THE WITNESS:  I see 351.
205 14    QUESTIONS BY MR. OVERHOLTZ:
205 15    Q.    Right.
205 16    So 351, that's the waiver from
205 17    February of '03 to increase the limits.  And
205 18    then if we go back to slide 70, that's the
205 19    subject of Bob Klun's e-mail, is this same
205 20    351 waiver, right?
205 21    A.    It appears to be the case, yes.
205 22    351 is the one that we just referred to, so
205 23    that appears to be the case.
205 24    Q.    And Bob Klun, VP, vice
205 25    president, says, "Gordon, I've talked to Dick
206 1     Knauer and Steve Todor.  Based on their
206 2     input, I approve this waiver."
206 3     Right?

| | | |
|---|---|---|
| 206 4    A.    That is what he states here, | | |
| 206 5    yes. | | |
| **207:13 - 207:18**   Zielinski 2020-06-22 | **Re: [207:13-207:18]** | **OVERRULED** |
| 207 13    Q.    It's your understanding from | **Def Obj** 3M MIL No. 26 | |
| 207 14    this e-mail that you received from Bob Klun | | |
| 207 15    that he approved the waiver request 351 from | | |
| 207 16    February of 2003, right? | | |
| 207 17    A.    That is my interpretation of | | |
| 207 18    this e-mail. | | |
| **208:15 - 208:22**   Zielinski 2020-06-22 | **Re: [208:15-208:22]** | **SUSTAINED** |
| 208 15    Q.    Okay.  Now, we talked a little | **Pltf Obj** outside scope of "clarification" | |
| 208 16    bit earlier about the calibration plugs for | | |
| 208 17    these devices and the need to have | | |
| 208 18    calibration pins installed and the devices be | | |
| 208 19    calibrated. | | |
| 208 20    If you lose the plugs for | | |
| 208 21    calibration, then the testing can't occur; is | | |
| 208 22    that right? | | |
| **208:25 - 209:1**   Zielinski 2020-06-22 | **Re: [208:25-209:1]** | **SUSTAINED** |
| 208 25    THE WITNESS:  I don't believe | **Pltf Obj**  outside scope of | |
| 209 1    that to be the case. | "clarification" | |
| **209:2 - 209:14**   Zielinski 2020-06-22 | **Re: [209:2-209:14]** | **OVERRULED** |
| 209 2    (Zielinski Exhibit 28 marked | **Def Obj** 3M MIL No. 26 | |
| 209 3    for identification.) | | |
| 209 4    QUESTIONS BY MR. OVERHOLTZ: | | |
| 209 5    Q.    All right.  Let's look at | | |
| 209 6    slide 66, if we can, Corey. | | |
| 209 7    We'll mark this as Exhibit | | |
| 209 8    Number 27, I believe -- 28, which is | | |
| 209 9    Plaintiff's 2270, P2270. | | |
| 209 10    This is a May 4, 2003 e-mail | | |
| 209 11    from Ron Kieper to A. Haapapuro at | | |
| 209 12    etymotic.com. | | |
| 209 13    Do you see that? | | |
| 209 14    A.    Yes, I do. | | |
| **210:5 - 211:3**   Zielinski 2020-06-22 | **Re: [210:5-211:3]** | **OVERRULED** |
| 210 5    Q.    All right.  So if we can turn | **Pltf Obj** 802, outside scope of | |
| 210 6    to the second page of this e-mail string, a | "clarification" | |
| 210 7    D. Wilson at Etymotic e-mails Roberto Ramirez | | |

210 8      Blanco at TJR Mexico as well as A. Haapapuro
210 9      with Etymotic regarding calibration plugs for
210 10     equipment.
210 11     Do you see that in the middle
210 12     of the page?
210 13     A.   Yes, I do.
210 14     Q.   It says, "The box shown in your
210 15     picture is not a standard product for our
210 16     company.  We occasionally build them for
210 17     testing purposes.  There aren't any standard
210 18     drawings I can go from to make any more.
210 19     Judging from the cal numbers on your box, I
210 20     would assume that the cal plug is nothing
210 21     more than a solid plug.  You could get the
210 22     same effect from holding your finger over the
210 23     port.  Unfortunately, the person who has made
210 24     all of these types of boxes in the last ten
210 25     years is on vacation.  I will try to track
211 1      down more."
211 2      Do you see that?
211 3      A.   Yes, I do.

| 211:4 - 212:24   Zielinski 2020-06-22 | Re: [211:4-212:24]<br>Def Obj 3M MIL No. 26 | OVERRULED |
|---|---|---|

211 4      Q.   All right.  So then if you look
211 5      at the top of the page, Roberto Ramirez at
211 6      TJR Mexico sends this e-mail to you and says,
211 7      "Bob, this is the answer I got from Etymotic.
211 8      See if you can help me out."
211 9      Do you see that?
211 10     A.   Yes, I do.
211 11     Q.   Okay.  And then if we look back
211 12     over on the first page at the bottom, on
211 13     August of 2002 you e-mail Ron Kieper and say,
211 14     "Ron, can you help us out, please?"
211 15     Right?
211 16     A.   Yes, I see that.
211 17     Q.   And then if we look up at the
211 18     top of the page, Ron Kieper responds, and he
211 19     sends the e-mails directly to A. Haapapuro at
211 20     Etymotic.

| | | |
|---|---|---|
| 211 21 | Do you see that? | |
| 211 22 | A.    Yes, I do. | |
| 211 23 | Q.    And he says, "Andy, I assume | |
| 211 24 | you returned from your vacation.  Welcome | |
| 211 25 | back.  I've copied all the e-mails I have on | |
| 212 1 | this matter so we can be clear what is going | |
| 212 2 | on.  My understanding.  After I calibrated -- | |
| 212 3 | quote, calibrated, verified that its output | |
| 212 4 | was the same as it was two years ago, one of | |
| 212 5 | the four acoustic resistance checkers, ARC, | |
| 212 6 | that have been made for E-A-R, Aearo, I sent | |
| 212 7 | the unit back to Mexico.  There are two units | |
| 212 8 | in Mexico, one in auditory systems department | |
| 212 9 | in Indy, and the original in the E-A-RCAL lab | |
| 212 10 | in Indy." | |
| 212 11 | Do you see that? | |
| 212 12 | A.    Yes, I do. | |
| 212 13 | Q.    "Somehow, the two calibration | |
| 212 14 | plugs, blocked tubes, that you made for the | |
| 212 15 | two Mexican units were lost.  What they want | |
| 212 16 | are two plugs that can be used when they set | |
| 212 17 | up the two ARCs in Mexico." | |
| 212 18 | Do you see that? | |
| 212 19 | A.    Yes, I do. | |
| 212 20 | Q.    So the calibration plugs that | |
| 212 21 | are needed to calibrate the machines being | |
| 212 22 | used in Mexico were lost, right? | |
| 212 23 | A.    According to this document, | |
| 212 24 | those calibration plugs were lost. | |

| | | |
|---|---|---|
| 212:25 - 213:8   Zielinski 2020-06-22 | **Re: [212:25-213:8]** | **OVERRULED** |
| 212 25 | Q.    So the ARC machines being used | **Def Obj** 3M MIL No. 26; Assumes |
| 213 1 | by TJR Mexico weren't even calibrated when | (611, 403); Prejudice (403) |
| 213 2 | you got this waiver to just keep putting out | |
| 213 3 | plugs outside of the original required | |
| 213 4 | specifications? | |
| 213 5 | MS. DE PAULO:  Objection. | |
| 213 6 | Form. | |
| 213 7 | THE WITNESS:  I don't believe | |
| 213 8 | that to be true.  It's not stated. | |

214:4 - 216:24   Zielinski 2020-06-22

| | |
|---|---|
| 214 4 | QUESTIONS BY MR. OVERHOLTZ: |
| 214 5 | Q.   All right.  Let's look back at |
| 214 6 | the original e-mail that set this all off. |
| 214 7 | If we go to the third page on August of 2002. |
| 214 8 | It's an e-mail from Roberto |
| 214 9 | Ramirez at TJR Mex to Don at Etymotic, and he |
| 214 10 | says, "Hi, Don, I'm sending you two photos |
| 214 11 | where you can see the equipment that I'm |
| 214 12 | talking about, and another of an ARC box |
| 214 13 | where we test earplugs and where we put the |
| 214 14 | calibration plug which are lost." |
| 214 15 | Do you see that? |
| 214 16 | A.   Yes, I do. |
| 214 17 | Q.   That was August of 2002, six |
| 214 18 | months prior to asking for the waiver to make |
| 214 19 | the plugs out of the original specs, right? |
| 214 20 | MS. DE PAULO:  Objection. |
| 214 21 | Form. |
| 214 22 | THE WITNESS:  I have to go back |
| 214 23 | again to look at the date on that |
| 214 24 | waiver to verify that. |
| 214 25 | |
| 215 1 | QUESTIONS BY MR. OVERHOLTZ: |
| 215 2 | Q.   Sure.  That's slide 69, Corey. |
| 215 3 | It's 22703. |
| 215 4 | A.   Okay.  I see that. |
| 215 5 | Q.   Okay.  So if we go back to this |
| 215 6 | e-mail -- so Roberto Ramirez down at TJR |
| 215 7 | Mexico, in August of '02, is asking, what do |
| 215 8 | they need to do to get new calibration plugs |
| 215 9 | that are lost, and how much it's going to |
| 215 10 | cost, right? |
| 215 11 | MS. DE PAULO:  Objection. |
| 215 12 | Form. |
| 215 13 | THE WITNESS:  I'm reading here |
| 215 14 | where he would -- he was asking if he |
| 215 15 | can help and -- if you help me, and |
| 215 16 | what would be the procedure as to |

**Re: [214:4-216:24]**
**Def Obj** 3M MIL No. 26; Prejudice
(403); Foundation (602)

**OVERRULED**

215 17    follow.  He didn't know if he needed
215 18    information about the equipment and
215 19    didn't know if he would be able to
215 20    give him the cost of those plugs.
215 21    QUESTIONS BY MR. OVERHOLTZ:
215 22    Q.    So this e-mail that then Ron
215 23    Kieper sends to the -- Haapapuro at Etymotic,
215 24    letting him know that the plugs had been lost
215 25    and that he had recalibrated one of the
216 1     machines that had been made for E-A-R at
216 2     Aearo and sent it down to Mexico on May 4th
216 3     of 2003, right?
216 4     A.    That's what this document
216 5     states.
216 6     Q.    Right.
216 7     And so then if we go back to
216 8     slide 70, when Bob Klun approved the waiver,
216 9     that was three days later, right?
216 10    MS. DE PAULO:  Objection.
216 11    Form.
216 12    THE WITNESS:  This was approved
216 13    on May 7th.  I agree with that.
216 14    QUESTIONS BY MR. OVERHOLTZ:
216 15    Q.    That's what the date says on
216 16    the e-mail, three days after Ron Kieper has
216 17    figured out that the plugs have been lost and
216 18    it trying to figure out how to get new ones,
216 19    right?
216 20    MS. DE PAULO:  Objection.
216 21    Form.
216 22    THE WITNESS:  If those dates
216 23    are accurate, that is the case.  It
216 24    would have been three days later.

| 216:25 - 217:10   Zielinski 2020-06-22 | Re: [216:25-217:10] | OVERRULED |
| --- | --- | --- |
| 216 25    (Zielinski Exhibit 29 marked | Def Obj 3M MIL No. 26 | |
| 217 1     for identification.) | | |
| 217 2     QUESTIONS BY MR. OVERHOLTZ: | | |
| 217 3     Q.    Okay.  Let's look at slide 72, | | |
| 217 4     if we can, and this is RZ-030.  We'll mark | | |

| | | |
|---|---|---|
| 217 5   this as Exhibit Number 29, which is an e-mail<br>217 6   from yourself to Brian Myers in response to<br>217 7   an e-mail you had received from a Liz Rhodes<br>217 8   back in April of '04, beginning of May.<br>217 9   Do you see that?<br>217 10   A.   Yes, I do. | | |
| 217:17 - 218:5   Zielinski 2020-06-22<br>217 17   Q.   Okay.  If you look with me at<br>217 18   the bottom of RZ-30, and I have it clipped up<br>217 19   at the top of the left of the screen, Liz<br>217 20   Rhodes sent --<br>217 21   A.   Okay.<br>217 22   Q.   -- you an e-mail on 4/29/04.<br>217 23   "Hi, Bob, Dan Brock phoned<br>217 24   requesting a lead time on 50,000 pair of the<br>217 25   370-1000."<br>218 1   Do you see that?<br>218 2   A.   Yes, I do.<br>218 3   Q.   Okay.  And the 37-1000 is the<br>218 4   Combat Arms plug, right?<br>218 5   A.   That is my recollection. | **Re: [217:17-218:5]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 218:24 - 219:22   Zielinski 2020-06-22<br>218 24   Q.   Okay.  You respond to this<br>218 25   e-mail, copying Brian Myers and Kristen Lane<br>219 1   and Liz Rhodes, and you say, "This is what I<br>219 2   know so far.  That are 15,000 pair in transit<br>219 3   to arrive May 6th.  They are currently out of<br>219 4   adapters, which will arrive to Mexico on 5/8.<br>219 5   They will begin production immediately and<br>219 6   produce approximately 5,000 pair per day.  We<br>219 7   should be receiving the product on 5/17 and<br>219 8   will receive trucks every two to three days,<br>219 9   receiving 10,000 to 15,000 on each truck<br>219 10   until all orders are filled."<br>219 11   Do you see that?<br>219 12   A.   Yes, I do.<br>219 13   Q.   So by May of 2004, there's at<br>219 14   least a 50,000 order coming through, and<br>219 15   you're having to do everything you can to | **Re: [218:24-219:22]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |

| | | |
|---|---|---|
| 219 16    make sure that that production begins and | | |
| 219 17    that that order can be fulfilled, right? | | |
| 219 18    MS. DE PAULO:  Objection. | | |
| 219 19    Form. | | |
| 219 20    THE WITNESS:  As stated in the | | |
| 219 21    e-mail, they were requesting lead time | | |
| 219 22    on 50,000 pair. | | |
| 221:2 - 222:18   Zielinski 2020-06-22 | **Re: [221:2-222:18]** | **OVERRULED** |
| 221 2    Q.    Okay.  So if you can look at | **Def Obj** 3M MIL No. 26; Relevance | |
| 221 3    slide 76, Corey, which is RZ-33. | (401, 402); Prejudice (403) | |
| 221 4    Ron Kieper sends you an e-mail | | |
| 221 5    on July 1st of 2004.  And we'll mark this as | | |
| 221 6    exhibit -- I think we're at 31 now? | | |
| 221 7    And you -- and he says, "Bob, I | | |
| 221 8    contacted Andy at Etymotic Research, who made | | |
| 221 9    the calibration pins back in '99.  He says | | |
| 221 10    that getting this request into the queue will | | |
| 221 11    take about 30 days." | | |
| 221 12    Do you see that? | | |
| 221 13    A.    Yes, I do. | | |
| 221 14    Q.    You respond to Ron Kieper on | | |
| 221 15    July 1st, and you say -- and the subject is | | |
| 221 16    "pin for Combat Arms tester." | | |
| 221 17    Do you see that? | | |
| 221 18    A.    Yes, I do. | | |
| 221 19    Q.    You say, "Thanks, Ron.  30 days | | |
| 221 20    seems like a long time.  Hopefully they can | | |
| 221 21    come back with something less." | | |
| 221 22    Right? | | |
| 221 23    A.    Yes, that's what I said there. | | |
| 221 24    (Zielinski Exhibit 32 marked | | |
| 221 25    for identification.) | | |
| 222 1    QUESTIONS BY MR. OVERHOLTZ: | | |
| 222 2    Q.    All right.  So then if we can | | |
| 222 3    look at the next slide, which is RZ-035, | | |
| 222 4    which we'll mark as Exhibit Number 32, you | | |
| 222 5    sent an e-mail on July 26, 2004 to Dick | | |
| 222 6    Knauer, the subject being "forecast." | | |
| 222 7    Do you see that? | | |

| | | |
|---|---|---|
| 222 8    A.   Yes, I do. | | |
| 222 9    Q.   You say, "Dick, as you can see | | |
| 222 10   from the messages, they are continuing to | | |
| 222 11   increase the forecast on the Combat Arms | | |
| 222 12   plugs." | | |
| 222 13   Do you see that? | | |
| 222 14   A.   Yes, I do. | | |
| 222 15   Q.   "We have word that we might get | | |
| 222 16   an order for over 300,000 pair." | | |
| 222 17   Right? | | |
| 222 18   A.   Yes. | | |

231:4 - 231:22   Zielinski 2020-06-22

**Re: [231:4-231:22]**
**Def Obj** 3M MIL No. 26

**OVERRULED**

231 4   Q.   All right. Let's look at the
231 5   next slide, slide 81, which is RZ-62.
231 6   We'll mark this as Exhibit 35.
231 7   This is an October monthly report dated
231 8   November 2, 2004, from Elliott Berger to Dick
231 9   Knauer. And if we look under the
231 10   Miscellaneous section, there's a paragraph
231 11   about another ARC number 3.
231 12   Do you see that?
231 13   A.   Yes, I see the area highlighted
231 14   there.
231 15   Q.   It says, "Another ARC number 3
231 16   and its signal generator and digital
231 17   multimeter came from Mexico to the lab to be
231 18   calibrated. The generator and DMM were sent
231 19   to Hayes Instrument Service. The ARC will
231 20   have to be returned to Etymotic for repairs."
231 21   Do you see that?
231 22   A.   Yes, I do.

234:25 - 236:19   Zielinski 2020-06-22

**Re: [234:25-236:19]**
**Def Obj** 3M MIL No. 26; Prejudice (403)

**OVERRULED**

234 25   (Zielinski Exhibit 37 marked
235 1   for identification.)
235 2   QUESTIONS BY MR. OVERHOLTZ:
235 3   Q.   If we look at the next slide,
235 4   83, which is P2271, which we'll mark as
235 5   Exhibit 37, Ronald Kieper sends an e-mail to
235 6   several people, including yourself and Dick

235 7    Knauer in Indianapolis and then Rafael
235 8    Martinez and Selina Ramirez down in Mexico,
235 9    the subject being "ARC number 3."
235 10   Do you see that?
235 11   A.    Yes, I do.
235 12   Q.    And Mr. Kieper says,
235 13   "Greetings.  Dick copied me on your recent
235 14   e-mails."
235 15   Do you see that?
235 16   A.    Yes, I do.
235 17   Q.    And he says, "Bob Z:  They,
235 18   TJR, cannot get any, quote, 'acceptable,'
235 19   quote, product from the calibrated tester."
235 20   Do you remember telling Dick
235 21   Knauer that TJR cannot get any acceptable
235 22   product from the calibrated tester back in
235 23   November of 2004?
235 24   A.    Do I recall that now?  Was that
235 25   your question?
236 1    Q.    Yeah.  Yeah.
236 2    Do you recall letting Dick
236 3    Knauer know that TJR couldn't get any
236 4    acceptable product from the calibrated ARC
236 5    tester?
236 6    A.    Not prior to reading this
236 7    document, I didn't remember that, no.
236 8    Q.    "They are all too high
236 9    according to the specs, yet they are good
236 10   when they test them on the uncalibrated
236 11   device."
236 12   Right?
236 13   A.    Yes, that's what it states.
236 14   Q.    "Does this seem possible?
236 15   Could they have set it up wrong?"
236 16   That was the question you were
236 17   asking, right?
236 18   A.    That is what I asked there,
236 19   yes.

237:17 - 238:10   Zielinski 2020-06-22

| 237 17 | Q.    So the machine that TJR Mexico |
| 237 18 | is supposed to be using to do quality testing |
| 237 19 | of these plugs to make sure they're effective |
| 237 20 | for protecting soldiers' hearing are having |
| 237 21 | continual problems.  All of the measurements |
| 237 22 | are too high, and the results are unreliable |
| 237 23 | by -- and by November of 2004, the problem |
| 237 24 | still isn't fixed.  Right? |
| 237 25 | MS. DE PAULO:  Objection. |
| 238 1 | Form. |
| 238 2 | THE WITNESS:  Depends on how |
| 238 3 | you -- not how I interpret this. |
| 238 4 | QUESTIONS BY MR. OVERHOLTZ: |
| 238 5 | Q.    I mean, this isn't good, right? |
| 238 6 | MS. DE PAULO:  Objection. |
| 238 7 | Form. |
| 238 8 | THE WITNESS:  TJR was raising a |
| 238 9 | concern that they had at that point in |
| 238 10 | time and wanted to get it addressed. |

**Re: [237:17-238:10]**
**Def Obj** 3M MIL No. 26;
Argumentative, Compound (611, 403);
Prejudice (403)

**OVERRULED**

238:11 - 239:7   Zielinski 2020-06-22

| 238 11 | QUESTIONS BY MR. OVERHOLTZ: |
| 238 12 | Q.    I mean, and it wasn't just TJR. |
| 238 13 | You were raising it, too, right?  They can't |
| 238 14 | get any acceptable product. |
| 238 15 | A.    But TJR initiated it, and I |
| 238 16 | just passed it on to the technical experts |
| 238 17 | who were subject matter experts in that area. |
| 238 18 | Q.    They've asked for at least two |
| 238 19 | different waivers to be able to produce plugs |
| 238 20 | with higher range values than the original |
| 238 21 | desired ranges during this time frame, right? |
| 238 22 | MS. DE PAULO:  Objection. |
| 238 23 | Form. |
| 238 24 | THE WITNESS:  I can see two |
| 238 25 | other waivers requesting two changes. |
| 239 1 | QUESTIONS BY MR. OVERHOLTZ: |
| 239 2 | Q.    I mean, at this point in time, |
| 239 3 | everything is not well down in Mexico, right? |

**Re: [238:11-239:7]**
**Def Obj** 3M MIL No. 26; Prejudice
(403)

**OVERRULED**

| | | |
|---|---|---|
| 239 4     MS. DE PAULO:  Objection. | | |
| 239 5     Form. | | |
| 239 6     THE WITNESS:  I would not agree | | |
| 239 7     with that. | | |
| 239:8 - 240:8   Zielinski 2020-06-22 | Re: [239:8-240:8] | OVERRULED |
| 239 8     (Zielinski Exhibit 38 marked | Def Obj 3M MIL No. 26 | |
| 239 9     for identification.) | | |
| 239 10    QUESTIONS BY MR. OVERHOLTZ: | | |
| 239 11    Q.    Well, let's see what happens. | | |
| 239 12    Let's go to slide 87, which is | | |
| 239 13    P2066 A, November 19, 2004.  And this is -- | | |
| 239 14    we'll mark as Exhibit 38.  And this is an | | |
| 239 15    e-mail from Bob Klun, the vice president, to | | |
| 239 16    Ron Kieper; Dick Knauer, the head of the lab; | | |
| 239 17    Larry Power, your boss; Stephen Todor, | | |
| 239 18    quality assurance manager; and yourself, | | |
| 239 19    right? | | |
| 239 20    A.    Yes, that's what it states. | | |
| 239 21    Q.    And the subject is "TJR | | |
| 239 22    quality," right? | | |
| 239 23    A.    That is what it states, yes. | | |
| 239 24    Q.    It says, "Dear all, please | | |
| 239 25    review attached.  Plans are for Bob and Ron | | |
| 240 1     to travel to TJR next week." | | |
| 240 2     Right? | | |
| 240 3     A.    Yes, that's what it says. | | |
| 240 4     Q.    Attached you can see the little | | |
| 240 5     picture of the Word document there, "Action | | |
| 240 6     plan to address quality..." | | |
| 240 7     Right? | | |
| 240 8     A.    Yes, I see that. | | |
| 240:23 - 240:23   Zielinski 2020-06-22 | | |
| 240 23    Q.    Well, why'd they pick you? | | |
| 241:1 - 241:14   Zielinski 2020-06-22 | Re: [241:1-241:14] | OVERRULED |
| 241 1     THE WITNESS:  I have no idea. | Def Obj 3M MIL No. 26 | |
| 241 2     QUESTIONS BY MR. OVERHOLTZ: | | |
| 241 3     Q.    I mean, you told me you didn't | | |
| 241 4     really understand how the plugs worked or why | | |
| 241 5     they would be -- why you would do the ARC | | |

| | | |
|---|---|---|
| 241 6    testing to determine whether the plugs worked | | |
| 241 7    or not.  You said you didn't really know. | | |
| 241 8    But they're sending you to | | |
| 241 9    Mexico on this subject of TJR quality, right? | | |
| 241 10   MS. DE PAULO:  Objection. | | |
| 241 11   Form. | | |
| 241 12   THE WITNESS:  They're sending | | |
| 241 13   me and Ron Kieper, who was a technical | | |
| 241 14   expert. | | |
| 241:15 - 242:8   Zielinski 2020-06-22 | **Re: [241:15-242:8]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 241 15   (Zielinski Exhibit 39 marked | | |
| 241 16   for identification.) | | |
| 241 17   QUESTIONS BY MR. OVERHOLTZ: | | |
| 241 18   Q.   And so let's look at what | | |
| 241 19   Mr. Klun attached, which is P2066 B, which is | | |
| 241 20   slide 88, which is a November 19, 2004 | | |
| 241 21   document that was attached to this e-mail. | | |
| 241 22   And we see that at the top of | | |
| 241 23   the page there is "Quality problems at TJR; | | |
| 241 24   action plans to address quality problems." | | |
| 241 25   Do you see that? | | |
| 242 1    A.   I do, but can I request we zoom | | |
| 242 2    in slightly on that? | | |
| 242 3    Q.   Yeah.  Let's go to the next | | |
| 242 4    slide, which zooms in a little bit, makes it | | |
| 242 5    a little easier for us read. | | |
| 242 6    See, it says, "Quality problems | | |
| 242 7    at TJR" at the top, right? | | |
| 242 8    A.   Yes, I see that. | | |
| 242:9 - 242:14   Zielinski 2020-06-22 | **Re: [242:9-242:14]**<br>**Def Obj** 3M MIL No. 26;<br>Argumentative (611, 403) | **OVERRULED** |
| 242 9    Q.   It doesn't say quality is all | | |
| 242 10   good at TJR, right? | | |
| 242 11   MS. DE PAULO:  Objection. | | |
| 242 12   Form. | | |
| 242 13   THE WITNESS:  It does not say | | |
| 242 14   that, no. | | |
| 242:15 - 243:8   Zielinski 2020-06-22 | **Re: [242:15-243:8]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 242 15   QUESTIONS BY MR. OVERHOLTZ: | | |
| 242 16   Q.   Then it says, "Quality issues." | | |

| | | |
|---|---|---|
| 242 17   Right? | | |
| 242 18      A.    That's what Bob Klun documented | | |
| 242 19   here. | | |
| 242 20      Q.    All right.  And it says, "There | | |
| 242 21   have been continual problems with test | | |
| 242 22   equipment and calibration procedures not | | |
| 242 23   being followed at TJR." | | |
| 242 24   Did I read that correctly? | | |
| 242 25      A.    That is what he wrote here, | | |
| 243 1   yes. | | |
| 243 2      Q.    It says, "Test equipment.  The | | |
| 243 3   machines were due for calibration in May '03 | | |
| 243 4   as stipulated in the specified operating | | |
| 243 5   procedure, but even a year later were not | | |
| 243 6   calibrated." | | |
| 243 7   Right? | | |
| 243 8      A.    I do see that. | | |
| **243:9 - 243:9**   Zielinski 2020-06-22 | | |
| 243 9      Q.    I mean, it's hard to calibrate | | |
| **243:10 - 243:25**   Zielinski 2020-06-22 | **Re: [243:10-243:25]** | **OVERRULED** |
| 243 10   something when the plugs are lost, right? | **Def Obj** 3M MIL No. 26; | |
| 243 11   MS. DE PAULO:  Objection. | Argumentative, Assumes (611, 403); | |
| 243 12   Form. | Prejudice (403) | |
| 243 13   THE WITNESS:  This doesn't | | |
| 243 14   state any reason for it not being | | |
| 243 15   calibrated. | | |
| 243 16   QUESTIONS BY MR. OVERHOLTZ: | | |
| 243 17      Q.    Yeah, but we saw earlier that | | |
| 243 18   they had lost the calibration pins, and the | | |
| 243 19   guy at Etymotic was on vacation that they | | |
| 243 20   needed him to make some new ones. | | |
| 243 21   You recall seeing those | | |
| 243 22   documents, right? | | |
| 243 23      A.    Yes, I do. | | |
| 243 24   MS. DE PAULO:  Objection. | | |
| 243 25   Form. | | |
| **244:1 - 244:10**   Zielinski 2020-06-22 | **Re: [244:1-244:10]** | **OVERRULED** |
| 244 1   QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26 | |
| 244 2      Q.    It says, "Procedures. | | |

| | | |
|---|---|---|
| 244 3   Calibration procedure not followed."<br>244 4   Right?<br>244 5   A.   That's what it says.<br>244 6   Q.   Number 2, "We operated under a<br>244 7   waiver for over six months because we needed<br>244 8   to address backorder issues."<br>244 9   Do you see that?<br>244 10   A.   Yes, I do. | | |
| 245:9 - 245:10   Zielinski 2020-06-22<br>245 9   THE WITNESS:  He states in his<br>245 10   opinion we had backorder issues. | **Re: [245:9-245:10]**<br>**Def Obj** Relevance (401, 402);<br>Incomplete (403) | **OVERRULED** |
| 245:11 - 245:20   Zielinski 2020-06-22<br>245 11   QUESTIONS BY MR. OVERHOLTZ:<br>245 12   Q.   And the waiver was over six<br>245 13   months, right?<br>245 14   A.   That's what he states here, but<br>245 15   I don't know that that's true.<br>245 16   Q.   Okay.  You can't say it's not<br>245 17   true, right?<br>245 18   A.   I can't say either way.  I<br>245 19   don't have information to substantiate either<br>245 20   claim. | **Re: [245:11-245:20]**<br>**Def Obj** 3M MIL No. 26; Foundation<br>(602) | **OVERRULED** |
| 245:21 - 246:1   Zielinski 2020-06-22<br>245 21   Q.   And by the way, right now you<br>245 22   have no way of saying one way or the other<br>245 23   that any of the plugs made during that time<br>245 24   period met the acceptable range for testing<br>245 25   on the ARC machines that was established,<br>246 1   right? | **Re: [245:21-246:1]**<br>**Pltf Obj** non-responsive, speculation,<br>outside scope of "clarification" | **OVERRULED** |
| 246:4 - 246:8   Zielinski 2020-06-22<br>246 4   THE WITNESS:  I have no reason<br>246 5   whatsoever to believe that TJR would<br>246 6   produce any product that did not meet<br>246 7   the specifications that were provided<br>246 8   by the technical group. | **Re: [246:4-246:8]**<br>**Pltf Obj** non-responsive, speculation,<br>outside scope of "clarification" | **OVERRULED** |
| 246:11 - 246:19   Zielinski 2020-06-22<br>246 11   QUESTIONS BY MR. OVERHOLTZ:<br>246 12   Q.   You can't say one way or the<br>246 13   other as the outsource manufacturing manager | **Re: [246:11-246:19]**<br>**Def Obj** 3M MIL No. 26;<br>Argumentative (611, 403); Prejudice<br>(403); Relevance (401, 402) | **OVERRULED** |

| | | |
|---|---|---|
| 246 14   that any of the plugs that were put out under<br>246 15   this waiver with these uncalibrated machines<br>246 16   at TJR met the specifications that were<br>246 17   required for the ARC machine testing on the<br>246 18   Combat Arms version 2 earplugs that were sold<br>246 19   to the United States military, can you? | | |
| 246:22 - 246:24  Zielinski 2020-06-22<br>246 22   THE WITNESS:  I have no reason<br>246 23   to believe that they would not meet<br>246 24   the specifications. | | |
| 247:7 - 247:15  Zielinski 2020-06-22<br>247 7   Q.   You were operating under a<br>247 8   waiver, the machines weren't calibrated, and<br>247 9   they were being shipped out anyway.<br>247 10   You can't prove it, right?<br>247 11   MS. DE PAULO:  Objection.<br>247 12   Form.<br>247 13   THE WITNESS:  At this point, I<br>247 14   have no documentation that would<br>247 15   support or deny that either way. | Re: [247:7-247:15]<br>Def Obj 3M MIL No. 26; Prejudice<br>(403); Argumentative (611, 403) | OVERRULED |
| 247:16 - 248:12  Zielinski 2020-06-22<br>247 16   QUESTIONS BY MR. OVERHOLTZ:<br>247 17   Q.   Number 3, "Because of equipment<br>247 18   measurement problems, TJR continues to<br>247 19   operate with a quality waiver."<br>247 20   Did I read that right?<br>247 21   A.   That's what Bob Klun stated<br>247 22   there.<br>247 23   Q.   "With rapidly growing Combat<br>247 24   Arms volume, do we have enough equipment<br>247 25   available in order to meet testing demands?"<br>248 1   That's the question, right?<br>248 2   A.   Yes, he did ask that question<br>248 3   there.<br>248 4   Q.   And then number 5, "Equipment<br>248 5   returned to hearing R&D has shown signs of<br>248 6   significant wear and tear.  We have to send<br>248 7   the equipment out to vendor for repair.  Are<br>248 8   operators properly trained or and is | Re: [247:16-248:12]<br>Def Obj 3M MIL No. 26; Foundation<br>(602) | OVERRULED |

| | | |
|---|---|---|
| 248 9   refresher training done?" | | |
| 248 10     That's what Bob Klun is asking | | |
| 248 11     in this document, right? | | |
| 248 12     A.   Yes, that was his question. | | |
| 248:24 - 249:20   Zielinski 2020-06-22 | Re: [248:24-249:20] | OVERRULED |
| 248 24     Q.   Okay.  The next section of the | Pltf Obj improper clarification | |
| 248 25     memo -- we can go to the next slide, | testimony, outside the scope of PTO 64 | |
| 249 1   slide 90 -- is the Bob Zielinski role, right? | | |
| 249 2   A.   Yes, I see that. | | |
| 249 3     Q.   And it says, "With Ron Kieper, | | |
| 249 4   assess whether or not people were properly | | |
| 249 5   trained and following the contract ops | | |
| 249 6   testing procedures.  The best written | | |
| 249 7   procedures may still result in | | |
| 249 8   misinterpretation of how testing is to be | | |
| 249 9   carried out." | | |
| 249 10     Do you see that? | | |
| 249 11     A.   I do see that, yes. | | |
| 249 12     Q.   And that's what you went down | | |
| 249 13     to do, to see if these guys were properly | | |
| 249 14     trained down at TJR Mexico and whether they | | |
| 249 15     were following the actual written procedures, | | |
| 249 16     right? | | |
| 249 17     A.   My role, as stated there, was | | |
| 249 18     to assess whether or not the people were | | |
| 249 19     properly trained and following the | | |
| 249 20     procedures. | | |
| 252:21 - 253:6   Zielinski 2020-06-22 | Re: [252:21-253:6] | OVERRULED |
| 252 21     Q.   All right.  And then if we look | Def Obj 3M MIL No. 26 | |
| 252 22     at the next part of this memo, there's a | | |
| 252 23     section called R&D Quality Position -- on the | | |
| 252 24     next slide, Corey -- and it says, "R&D | | |
| 252 25     Quality Position:  For many reasons, it has | | |
| 253 1   taken over six months to address equipment | | |
| 253 2   calibration problems for the Combat Arms | | |
| 253 3   product.  Now we have more quality testing | | |
| 253 4   problems and releasing product under waiver." | | |
| 253 5   Did I read that right? | | |
| 253 6     A.   Yes, that's what it states. | | |

| | | |
|---|---|---|
| 253:7 - 253:23   Zielinski 2020-06-22 | **Re: [253:7-253:23]** <br> **Def Obj** 3M MIL No. 26; Foundation (602); Prejudice (403); Relevance (401, 402) | **OVERRULED** |
| 253 7      Q.   I mean, does Aearo or 3M have <br> 253 8      any documentation that anywhere states that <br> 253 9      this information regarding the quality <br> 253 10     position at TJR Mexico was communicated to <br> 253 11     the United States military at this time in <br> 253 12     November of 2004? <br> 253 13     MS. DE PAULO:  Objection.  Form <br> 253 14     and foundation. <br> 253 15     THE WITNESS:  I have no idea <br> 253 16     what communication may have taken <br> 253 17     place at that point in time. <br> 253 18     QUESTIONS BY MR. OVERHOLTZ: <br> 253 19     Q.   And you're not aware of any <br> 253 20     such communication? <br> 253 21     MS. DE PAULO:  Same objection. <br> 253 22     THE WITNESS:  No, I'm not aware <br> 253 23     of any communication at all, no. | | |
| 253:24 - 254:5   Zielinski 2020-06-22 | **Re: [253:24-254:5]** <br> **Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 253 24     QUESTIONS BY MR. OVERHOLTZ: <br> 253 25     Q.   Okay.  It goes on.  "We believe <br> 254 1      this issue is not an acute problem but rather <br> 254 2      a chronic problem that needs to be fixed <br> 254 3      now." <br> 254 4      Right? <br> 254 5      A.   That is what it states, yes. | | |
| 254:6 - 254:8   Zielinski 2020-06-22 | **Re: [254:6-254:8]** <br> **Pltf Obj** 403, non-responsive, outside the scope of "clarification" | **SUSTAINED** |
| 254 6      Q.   I mean, chronic is when <br> 254 7      something is just persistent.  It goes on and <br> 254 8      on and on, right? | | |
| 254:11 - 254:13   Zielinski 2020-06-22 | **Re: [254:11-254:13]** <br> **Pltf Obj** 403, non-responsive, outside the scope of "clarification" | **SUSTAINED** |
| 254 11     THE WITNESS:  I'm not sure what <br> 254 12     context he used "chronic" in this <br> 254 13     document. | | |
| 254:14 - 254:24   Zielinski 2020-06-22 | **Re: [254:14-254:24]** <br> **Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 254 14     QUESTIONS BY MR. OVERHOLTZ: <br> 254 15     Q.   Okay.  "We need team <br> 254 16     perspective to take a holistic look at the <br> 254 17     Combat Arms quality program at TJR.  We need | | |

| | | |
|---|---|---|
| 254 18    to fix the equipment, ensure people are<br>254 19    properly trained and procedures are being<br>254 20    followed or modified.  A joint visit by Bob<br>254 21    and Ron to make a big improvement in our<br>254 22    quality program is needed."<br>254 23    Right?<br>254 24    A.   Yeah, I see that. | | |
| 254:25 - 255:6   Zielinski 2020-06-22<br>254 25    Q.    So that was the situation as<br>255 1    described by Bob Klun in his e-mail on<br>255 2    November 2004 and attached document that led<br>255 3    to your trip down to Mexico; is that right?<br>255 4    A.    As stated here, that was the<br>255 5    R&D and quality's position or interpretation<br>255 6    of the situation. | **Re: [254:25-255:6]**<br>**Def Obj** 3M MIL No. 26; Hearsay (801, 802); Foundation (602) | **SUSTAINED** |
| 255:23 - 256:4   Zielinski 2020-06-22<br>255 23    Q.    All right.  So if we can look<br>255 24    at slide 98, which is RZ-80, and we'll mark<br>255 25    this as Exhibit Number 30 -- 40.<br>256 1    This is an e-mail titled TJR<br>256 2    Combat Arms visit summary, or memo.<br>256 3    Do you see that?<br>256 4    A.    I see the document, yes. | **Re: [255:23-256:4]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 256:15 - 256:21   Zielinski 2020-06-22<br>256 15    If we can look at slide 103,<br>256 16    which is the beginning of that document.<br>256 17    Kind of blow it up so we can see it.<br>256 18    You say, "The visit began on<br>256 19    November 22, 2004."<br>256 20    Do you see that?<br>256 21    A.    Yes, I do. | **Re: [256:15-256:21]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 256:22 - 257:24   Zielinski 2020-06-22<br>256 22    Q.    It says, "The visit began on<br>256 23    11/22/04.  Ron Kieper set up his equipment<br>256 24    and tested plugs that he had previously<br>256 25    tested on the same equipment in Indianapolis.<br>257 1    When he compared the data obtained from the<br>257 2    test at TJR with the results from<br>257 3    Indianapolis, the data showed the results at | **Re: [256:22-257:24]**<br>**Pltf Obj** 403, outside scope of "clarification" | **OVERRULED** |

| | | |
|---|---|---|
| 257 4 | TJR to be .5 to 1 millivolts higher there." | |
| 257 5 | Do you see that? | |
| 257 6 | A.   Yes, I do. | |
| 257 7 | Q.   "Additional tests were | |
| 257 8 | performed on individual plugs as well as the | |
| 257 9 | equipment to check for variations and output | |
| 257 10 | drift." | |
| 257 11 | Do you see that? | |
| 257 12 | A.   Yes, I do. | |
| 257 13 | Q.   And then under Training you | |
| 257 14 | said, "While the tests were being conducted, | |
| 257 15 | I looked into the training and quality system | |
| 257 16 | supporting this operation.  I began by having | |
| 257 17 | the two first-shift and two second-shift | |
| 257 18 | operators write their names." | |
| 257 19 | Why did you do that, have them | |
| 257 20 | write their names? | |
| 257 21 | A.   The purpose of that was to get | |
| 257 22 | their names directly from them and then go | |
| 257 23 | back and verify the training records were | |
| 257 24 | completed. | |

| | | |
|---|---|---|
| 258:4 - 258:21   Zielinski 2020-06-22 | **Re: [258:4-258:21]** | **OVERRULED** |
| 258 4     Q.   Okay.  And then if we can go | **Def Obj** 3M MIL No. 26; Relevance | |
| 258 5     to -- you say at the bottom, "My findings | (401, 402); Prejudice (403),Compound | |
| 258 6     follow."  And if we can go to slide 105. | (611, 403); Foundation (602) | |
| 258 7     You say, "In an attempt to | | |
| 258 8     determine the root cause of the shift in | | |
| 258 9     results from Indianapolis to TJR in Mexico, | | |
| 258 10    we had a brief conference call with Andy | | |
| 258 11    Haapapuro from Etymotic." | | |
| 258 12    Etymotic's the company that | | |
| 258 13    makes the fancy musician earplugs; is that | | |
| 258 14    right? | | |
| 258 15    MS. DE PAULO:  Objection. | | |
| 258 16    Form. | | |
| 258 17    THE WITNESS:  I don't know what | | |
| 258 18    other earplugs they manufacture.  The | | |
| 258 19    purpose of this call with Andy was | | |

| | | |
|---|---|---|
| 258 20    related to the ARC boxes they produced<br>258 21    for us. | | |
| 259:9 - 259:11   Zielinski 2020-06-22<br>259 9      Q.    And did you ever figure out if<br>259 10    it was the weather that was causing these<br>259 11    problems down in Mexico? | **Re: [259:9-259:11]**<br>**Pltf Obj** 403, non-responsive, outside<br>scope of "clarification" | **OVERRULED** |
| 259:14 - 259:18   Zielinski 2020-06-22<br>259 14    THE WITNESS:  It was not my<br>259 15    responsibility to figure that out.<br>259 16    That information would have been<br>259 17    provided to the technical group for<br>259 18    their evaluation. | **Re: [259:14-259:18]**<br>**Pltf Obj** 403, non-responsive, outside<br>scope of "clarification" | **OVERRULED** |
| 259:20 - 260:6   Zielinski 2020-06-22<br>259 20    Q.    Okay.  It says, "To be sure the<br>259 21    units remain in calibration, TJR agreed to<br>259 22    send one up each month for three consecutive<br>259 23    months beginning in June of 2005."<br>259 24    Do you see that?<br>259 25    A.    Yes, I do.<br>260 1      Q.    Now, why were you going to wait<br>260 2      until June of 2005 to start doing that<br>260 3      instead of getting them calibrated right<br>260 4      away?<br>260 5      A.    I don't remember the reason for<br>260 6      the exact date. | **Re: [259:20-260:6]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 260:7 - 260:12   Zielinski 2020-06-22<br>260 7      Q.    Could it have to do with one of<br>260 8      those backorders issues you were trying to<br>260 9      fill again?<br>260 10    MS. DE PAULO:  Objection.<br>260 11    Form.<br>260 12    THE WITNESS:  I don't remember. | **Re: [260:7-260:12]**<br>**Def Obj** 3M MIL No. 26;<br>Argumentative (611, 403); Foundation<br>(602) | **OVERRULED** |
| 263:23 - 264:23   Zielinski 2020-06-22<br>263 23    Q.    So this is a November 30 of<br>263 24    2004 e-mail from Ron Kieper to yourself,<br>263 25    Selina Ramirez, Dick Knauer and copying<br>264 1      Elliott Berger.<br>264 2      Do you see that?<br>264 3      A.    Yes, I do. | **Re: [263:23-264:23]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |

| | | |
|---|---|---|
| 264 4 | Q.    And Mr. Kieper indicates that | |
| 264 5 | he had received 31 Combat Arms plugs and that | |
| 264 6 | he -- 11 were measured on number 3 and 20 on | |
| 264 7 | number 4 at TJR.  And then he measured them | |
| 264 8 | on the E-A-RCAL equipment. | |
| 264 9 | Do you see that? | |
| 264 10 | A.    Yes, I do. | |
| 264 11 | Q.    And he says, "The attached | |
| 264 12 | Excel document contains all measurements." | |
| 264 13 | Right? | |
| 264 14 | A.    Yes. | |
| 264 15 | Q.    And he says, "As you can see | |
| 264 16 | from the spreadsheet, one plug from equipment | |
| 264 17 | number 3 and five plugs from number 4 which | |
| 264 18 | measured out of spec measured in spec on my | |
| 264 19 | equipment." | |
| 264 20 | Do you see that? | |
| 264 21 | A.    Yes, I do. | |
| 264 22 | (Zielinski Exhibits 41 and 42 | |
| 264 23 | marked for identification.) | |
| 265:4 - 265:23   Zielinski 2020-06-22 | **Re: [265:4-265:23]** | **OVERRULED** |
| 265 4 | This RK-408 spreadsheet, you | **Def Obj** 3M MIL No. 26; Foundation |
| 265 5 | see that there are 1, 2, 3, 4, 5, 6, 7, 8, 9, | (602) |
| 265 6 | 10, 11 plugs tested on the TJR Box Number 3 | |
| 265 7 | and then 20 on Box Number 4. | |
| 265 8 | Do you see that? | |
| 265 9 | A.    Yes, I see that in the | |
| 265 10 | document.  I didn't count every item, but... | |
| 265 11 | Q.    Right. | |
| 265 12 | And so then he shaded the ones | |
| 265 13 | that were out of spec. | |
| 265 14 | Do you see that? | |
| 265 15 | A.    I do see that, yes. | |
| 265 16 | Q.    And so both on the 3 and the 4, | |
| 265 17 | there are multiple plugs that tested out of | |
| 265 18 | spec both at TJR and at Indianapolis, right? | |
| 265 19 | MS. DE PAULO:  Objection. | |
| 265 20 | Form. | |
| 265 21 | THE WITNESS:  Well, he has | |

| | | |
|---|---|---|
| 265 22    several highlighted here that he | | |
| 265 23    indicates are out of spec. | | |
| 266:19 - 267:2   Zielinski 2020-06-22 | Re: [266:19-267:2] | OVERRULED |
| 266 19    Q.    Okay.  And of the 11, ten | Def Obj 3M MIL No. 26; Foundation | |
| 266 20    tested out of spec at TJR, right?  On the TJR | (602) | |
| 266 21    column, right? | | |
| 266 22    A.    There are ten shaded there, | | |
| 266 23    yes. | | |
| 266 24    Q.    And then nine of those ten were | | |
| 266 25    also out of spec in Indianapolis, right? | | |
| 267 1    A.    According to this document, | | |
| 267 2    that's the case. | | |
| 267:3 - 267:23   Zielinski 2020-06-22 | Re: [267:3-267:23] | OVERRULED |
| 267 3    Q.    So even after y'all went down | Def Obj 3M MIL No. 26; Foundation | |
| 267 4    to Mexico and had checked on machines and | (602); Prejudice (403); Assumes (611, | |
| 267 5    everything, this wasn't a Mexico testing | 403) | |
| 267 6    equipment problem; this was an earplug | | |
| 267 7    assembly problem. | | |
| 267 8    They're all testing out of | | |
| 267 9    spec, in Mexico and in Indianapolis, right? | | |
| 267 10    MS. DE PAULO:  Objection. | | |
| 267 11    Form. | | |
| 267 12    THE WITNESS:  I don't know that | | |
| 267 13    to be the case. | | |
| 267 14    QUESTIONS BY MR. OVERHOLTZ: | | |
| 267 15    Q.    But instead of figuring that | | |
| 267 16    out beforehand, you had been shipping out | | |
| 267 17    plugs to meet backorders under waivers for at | | |
| 267 18    least six months, maybe longer, right? | | |
| 267 19    MS. DE PAULO:  Objection. | | |
| 267 20    Form. | | |
| 267 21    THE WITNESS:  No, I don't | | |
| 267 22    agree.  I don't -- you can't draw that | | |
| 267 23    conclusion from this. | | |
| 271:24 - 273:7   Zielinski 2020-06-22 | Re: [271:24-273:7] | OVERRULED |
| 271 24    Instead of figuring out that | Def Obj 3M MIL No. 26; | |
| 271 25    this wasn't a Mexico testing equipment | Argumentative (611, 403); Prejudice | |
| 272 1    problem but was in fact an earplug problem, | (403); Foundation (602) | |
| 272 2    instead, back in '03 and '04, you guys just | | |

| | | |
|---|---|---|
| 272 3    kept granting waivers to TJR Mexico to | | |
| 272 4    distribute the plugs with a higher spec | | |
| 272 5    range. | | |
| 272 6    MS. DE PAULO:  Objection. | | |
| 272 7    Form. | | |
| 272 8    THE WITNESS:  The technical | | |
| 272 9    group at Aearo Technologies was | | |
| 272 10   responsible for determining what | | |
| 272 11   product was -- could be acceptable, | | |
| 272 12   what the ranges would be acceptable. | | |
| 272 13   I relied on them to determine | | |
| 272 14   what those spec should be. | | |
| 272 15   QUESTIONS BY MR. OVERHOLTZ: | | |
| 272 16   Q.    Yeah. | | |
| 272 17   And when Bob Klun granted that | | |
| 272 18   waiver, he didn't know that most of the plugs | | |
| 272 19   that were testing bad in Mexico would also | | |
| 272 20   test bad in Indianapolis. | | |
| 272 21   MS. DE PAULO:  Objection.  Form | | |
| 272 22   and foundation. | | |
| 272 23   THE WITNESS:  I don't know what | | |
| 272 24   information Mr. Klun had at that point | | |
| 272 25   in time to make that decision. | | |
| 273 1    QUESTIONS BY MR. OVERHOLTZ: | | |
| 273 2    Q.    Yeah.  Well, one thing we know | | |
| 273 3    for sure is the United States military didn't | | |
| 273 4    know that was happening, right? | | |
| 273 5    MS. DE PAULO:  Object to form. | | |
| 273 6    THE WITNESS:  I don't know that | | |
| 273 7    to be the case. | | |
| **274:2 - 275:11**   Zielinski 2020-06-22 | **Re: [274:2-275:11]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 274 2    We can now look and see what | | |
| 274 3    happened next.  If we can go to slide 109, | | |
| 274 4    Corey, which is RZ-016, which we'll mark as | | |
| 274 5    Exhibit 43. | | |
| 274 6    This is a December 20, 2004 | | |
| 274 7    e-mail from yourself to Ron Kieper and Dick | | |
| 274 8    Knauer, the subject being "the Combat Arms | | |
| 274 9    tester." | | |

| | | |
|---|---|---|
| 274 10    Do you see that? | | |
| 274 11    A.    Yes, I do. | | |
| 274 12    Q.    And so you say, "Ron, we | | |
| 274 13    received a call from the defense department | | |
| 274 14    regarding a potential order for 650,000 pair | | |
| 274 15    of Combat Arms plugs." | | |
| 274 16    Did I get that right? | | |
| 274 17    A.    Yes, that's correct. | | |
| 274 18    Q.    "If this happens, we might need | | |
| 274 19    to get another test unit up -- test unit set | | |
| 274 20    up." | | |
| 274 21    Right? | | |
| 274 22    A.    Yes, correct. | | |
| 274 23    Q.    "I need to confirm the price | | |
| 274 24    and lead time for this." | | |
| 274 25    Do you see that? | | |
| 275 1    A.    Yes, I do. | | |
| 275 2    Q.    All right.  That says, "$2,400 | | |
| 275 3    sticks in my mind, but I do not know the lead | | |
| 275 4    time.  Thanks, Bob." | | |
| 275 5    Do you see that? | | |
| 275 6    A.    Yes, I do. | | |
| 275 7    Q.    Now, that was $2,400 for one of | | |
| 275 8    these ARC testing boxes? | | |
| 275 9    A.    If I recall correctly, that was | | |
| 275 10    for the entire setup, which included the ARC | | |
| 275 11    box and the meters. | | |
| 276:7 - 276:21   Zielinski 2020-06-22 | **Re: [276:7-276:21]** | **SUSTAINED** |
| 276 7    Q.    I mean, we're talking about | **Def Obj** 3M MIL No. 26; Relevance | |
| 276 8    $2,400 for a machine, a testing machine, to | (401, 402); Prejudice (403) | |
| 276 9    make sure the plugs work right, and you guys | | |
| 276 10    had been letting machines just sit there with | | |
| 276 11    missing pins for a couple of years at least. | | |
| 276 12    MS. DE PAULO:  Objection. | | |
| 276 13    Form. | | |
| 276 14    No question pending. | | |
| 276 15    QUESTIONS BY MR. OVERHOLTZ: | | |
| 276 16    Q.    Do I have those facts right, | | |
| 276 17    Mr. Zielinski? | | |

| | | |
|---|---|---|
| 276 18    MS. DE PAULO:  Objection. | | |
| 276 19    Form. | | |
| 276 20    THE WITNESS:  Can you repeat | | |
| 276 21    that statement now, please? | | |
| 276:22 - 277:15   Zielinski 2020-06-22 | **Re: [276:22-277:15]** | **SUSTAINED** |
| 276 22    QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26; Compound, | |
| 276 23    Q.    Sure. | Argumentative, Assumes (611, 403); | |
| 276 24    You guys were worried about | Prejudice (403) | |
| 276 25    whether machines had lost calibration pins. | | |
| 277 1    You had to get waivers.  Plugs couldn't -- | | |
| 277 2    machines couldn't be calibrated.  You had to | | |
| 277 3    ship machines back to Indianapolis or send | | |
| 277 4    them to repair.  You had to operate under | | |
| 277 5    waivers because of these problems, and the | | |
| 277 6    whole time you could have just ordered some | | |
| 277 7    new machines for $2,400 to make sure the | | |
| 277 8    plugs worked effectively for our combat | | |
| 277 9    soldiers that were in the field? | | |
| 277 10    MS. DE PAULO:  Objection. | | |
| 277 11    Form. | | |
| 277 12    THE WITNESS:  Yeah, I don't | | |
| 277 13    believe you can draw those conclusions | | |
| 277 14    in that statement. | | |
| 277 15    QUESTIONS BY MR. OVERHOLTZ: | | |
| 279:5 - 279:25   Zielinski 2020-06-22 | **Re: [279:5-279:25]** | **OVERRULED** |
| 279 5    Q.    All right.  Let's look at the | **Def Obj** 3M MIL No. 26 | |
| 279 6    next thing that happened, which is slide 110, | | |
| 279 7    which is RZ-411A, which we'll mark as | | |
| 279 8    Exhibit 44. | | |
| 279 9    This is an e-mail from Larry | | |
| 279 10    Power to Liz on December 18th as part of this | | |
| 279 11    e-mail chain.  And it says, "Liz, please | | |
| 279 12    confirm my interpretation of the lead time to | | |
| 279 13    fill a 650,000-pair order from the time we | | |
| 279 14    receive the order." | | |
| 279 15    Do you see that? | | |
| 279 16    A.    Yes, I do. | | |
| 279 17    Q.    And under Assembly Production | | |
| 279 18    it says, "It is not realistic to get a third | | |

| | | | |
|---|---|---|---|
| 279 19   shift of assembly workers in Mexico.  We've | | | |
| 279 20   tried several times in the past, and it does | | | |
| 279 21   not work.  Infrastructure, transportation | | | |
| 279 22   issues, et cetera.  Therefore, we need to | | | |
| 279 23   plan for the two shifts with overtime." | | | |
| 279 24   Do you see that? | | | |
| 279 25   A.    I'll have to read back through | | | |
| **280:1 - 280:3**   Zielinski 2020-06-22 | | | |
| 280 1   that.  The screen was changing a couple of | | | |
| 280 2   times there, so can I have a second to read | | | |
| 280 3   that, please? | | | |
| **280:18 - 281:3**   Zielinski 2020-06-22 | | **Re: [280:18-281:3]** | **OVERRULED** |
| 280 18   Paragraph number 4 I was | | **Def Obj** 3M MIL No. 26 | |
| 280 19   directing you to, Assembly Production, about | | | |
| 280 20   it not being realistic to get a third shift | | | |
| 280 21   of assembly workers. | | | |
| 280 22   Do you see that? | | | |
| 280 23   A.    Okay.  Yes, I do. | | | |
| 280 24   Q.    It says, "Thus, greater than | | | |
| 280 25   7,000 pair per day times six equals 42,000 | | | |
| 281 1   pair per week." | | | |
| 281 2   Right? | | | |
| 281 3   A.    Yes, I see that. | | | |
| **281:4 - 281:19**   Zielinski 2020-06-22 | | **Re: [281:4-281:19]** | **OVERRULED** |
| 281 4   Q.    So, I mean, 42,000 pairs of | | **Def Obj** 3M MIL No. 26; Prejudice | |
| 281 5   earplugs per week.  I mean, that's making a | | (403); Relevance (401, 402); | |
| 281 6   lot of earplugs, and that's making them fast, | | Argumentative, Assumes (611, 403) | |
| 281 7   right? | | | |
| 281 8   MS. DE PAULO:  Objection. | | | |
| 281 9   Form. | | | |
| 281 10   THE WITNESS:  That's -- to me, | | | |
| 281 11   that's an opinion, interpretation, | | | |
| 281 12   but... | | | |
| 281 13   QUESTIONS BY MR. OVERHOLTZ: | | | |
| 281 14   Q.    I mean, you guys wanted to make | | | |
| 281 15   them fast, right, to fill this order? | | | |
| 281 16   MS. DE PAULO:  Objection. | | | |
| 281 17   Form. | | | |

| | | |
|---|---|---|
| 281 18      THE WITNESS:  We wanted to meet<br>281 19      the customer's requirements. | | |
| 281:20 - 282:20   Zielinski 2020-06-22<br>281 20      QUESTIONS BY MR. OVERHOLTZ:<br>281 21      Q.   Okay.  So then it says, "Like<br>281 22      we talked about before, 100 percent plug<br>281 23      testing after assembly."<br>281 24      Right?<br>281 25      A.   Yes.<br>282 1      MS. DE PAULO:  Objection.<br>282 2      Form.<br>282 3      THE WITNESS:  Yes.<br>282 4      QUESTIONS BY MR. OVERHOLTZ:<br>282 5      Q.   And then it says, Number 5,<br>282 6      "Would have been able to put a few people on<br>282 7      third shift at times; therefore, I plan two<br>282 8      people to run the testers on third shift to<br>282 9      get 9,000 pair per day."<br>282 10      Do you see that?<br>282 11      A.   Yes, I see that.<br>282 12      Q.   All right.  So you're going to<br>282 13      stick two people on a third shift running<br>282 14      these ARC testers.  That's the plan that<br>282 15      Larry's laying out here, right?<br>282 16      MS. DE PAULO:  Objection.<br>282 17      Form.<br>282 18      THE WITNESS:  That's what's<br>282 19      stated here in this document from<br>282 20      Larry. | **Re: [281:20-282:20]**<br>**Def Obj** 3M MIL No. 26; Relevance<br>(401, 402); Foundation (602) | **OVERRULED** |
| 282:21 - 284:7   Zielinski 2020-06-22<br>282 21      QUESTIONS BY MR. OVERHOLTZ:<br>282 22      Q.   Okay.  And then if we look at<br>282 23      the next slide, which is RZ-411, it's the<br>282 24      continuation of this e-mail.<br>282 25      Liz responds on Exhibit 44, and<br>283 1      Liz says to you and Larry Power, "Yes,<br>283 2      interpretation of lead time is correct."<br>283 3      Right?<br>283 4      A.   Yes, I see that. | **Re: [282:21-284:7]**<br>**Def Obj** 3M MIL No. 26; Relevance<br>(401, 402) | **OVERRULED** |

| | | | |
|---|---|---|---|
| 283 5 | Q.   All right.  And so by late | | |
| 283 6 | 2004, Aearo is now contemplating what it's | | |
| 283 7 | going to take to get 650,000 pairs of plugs | | |
| 283 8 | made within a three, four-month period, | | |
| 283 9 | making 7 to 9,000 plugs a day, using third | | |
| 283 10 | shifts to get it done, correct? | | |
| 283 11 | MS. DE PAULO:  Objection. | | |
| 283 12 | Form. | | |
| 283 13 | THE WITNESS:  I'd have to do | | |
| 283 14 | all the math related to what you just | | |
| 283 15 | stated there, so I can't say for | | |
| 283 16 | sure without making those | | |
| 283 17 | calculations. | | |
| 283 18 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 283 19 | Q.   I mean, that's what it said on | | |
| 283 20 | that -- back on slide 110, is that between 12 | | |
| 283 21 | and -- whether you make 7,000 a day, which | | |
| 283 22 | can get you to 15 and a half weeks, or at | | |
| 283 23 | 9,000 a day you can get it done in 12 weeks. | | |
| 283 24 | That's what the Larry Power calculation of | | |
| 283 25 | lead time said, right? | | |
| 284 1 | MS. DE PAULO:  Objection. | | |
| 284 2 | Form. | | |
| 284 3 | THE WITNESS:  I see that there. | | |
| 284 4 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 284 5 | Q.   That was the math on slide 110, | | |
| 284 6 | right? | | |
| 284 7 | A.   Yep.  Correct.  I see that. | | |
| 284:8 - 286:2 | Zielinski 2020-06-22 | **Re: [284:8-286:2]** | **SUSTAINED** |
| 284 8 | Q.   And so when you got these | **Def Obj** 3M MIL No. 26; | |
| 284 9 | e-mails about trying to make 650,000 pair in | Argumentative, Compound (611, 403); | |
| 284 10 | the very beginning part of 2005, okay, to | Prejudice (403) | |
| 284 11 | fill these orders, did you respond and tell | | |
| 284 12 | them, hey, Kieper and I just got back from | | |
| 284 13 | Mexico, and you wouldn't believe the problems | | |
| 284 14 | we got down there.  It's a chronic problem | | |
| 284 15 | with the testing machines, like Bob Klun | | |
| 284 16 | wrote about, and Ron has done some testing, | | |
| 284 17 | and it turns out the plugs, a good percentage | | |

| | |
|---|---|
| 284 18 | of them, are testing bad in Indianapolis as |
| 284 19 | well as Mexico.  So I think we need to slow |
| 284 20 | things down and not send all these plugs to |
| 284 21 | the military and try to make them so fast, |
| 284 22 | because we've got to get our quality program |
| 284 23 | under control first? |
| 284 24 | MS. DE PAULO:  Objection. |
| 284 25 | Form. |
| 285 1 | THE WITNESS:  As stated earlier |
| 285 2 | on in my testimony, I did not have |
| 285 3 | direct communication with the |
| 285 4 | customer, and I do not know what |
| 285 5 | information was provided to them |
| 285 6 | regarding this topic. |
| 285 7 | QUESTIONS BY MR. OVERHOLTZ: |
| 285 8 | Q.    Yeah.  All you had said, if we |
| 285 9 | look back at slide 109 again on |
| 285 10 | December 20th, is, you told Kieper, hey, |
| 285 11 | maybe we ought to get another test unit set |
| 285 12 | up, right?  Spend the $2,400? |
| 285 13 | MS. DE PAULO:  Objection. |
| 285 14 | Form. |
| 285 15 | THE WITNESS:  I stated that if |
| 285 16 | we get that order, we would -- we |
| 285 17 | might need to set up another test |
| 285 18 | unit. |
| 285 19 | QUESTIONS BY MR. OVERHOLTZ: |
| 285 20 | Q.    So what happened next is you |
| 285 21 | guys just kept pushing out the plugs out of |
| 285 22 | TJR Mexico, right? |
| 285 23 | MS. DE PAULO:  Objection. |
| 285 24 | Form. |
| 285 25 | THE WITNESS:  Can you provide |
| 286 1 | some clarity about what you mean, |
| 286 2 | "pushing out the plugs"? |

| | | |
|---|---|---|
| 286:3 - 286:20   Zielinski 2020-06-22 | **Re: [286:3-286:20]** | **SUSTAINED** |
| 286 3       (Zielinski Exhibit 45 marked | **Def Obj** 3M MIL No. 26; Foundation | |
| 286 4       for identification.) | (602); Prejudice (403); Argumentative | |
| 286 5       QUESTIONS BY MR. OVERHOLTZ: | (611, 403) | |

| | | |
|---|---|---|
| 286 6    Q.    Sure.  Let's look at slide | | |
| 286 7    number 112, RZ-040, which we'll mark as | | |
| 286 8    Exhibit Number 45.  This is some pictures | | |
| 286 9    that you guys produced to us. | | |
| 286 10    This is how -- this is how they | | |
| 286 11    came out of TJR Mexico, right? | | |
| 286 12    MS. DE PAULO:  Objection. | | |
| 286 13    Form. | | |
| 286 14    QUESTIONS BY MR. OVERHOLTZ: | | |
| 286 15    Q.    Bag of plugs with a sticker on | | |
| 286 16    it that says "assembled in Mexico with US | | |
| 286 17    components," put in a box and shipped to | | |
| 286 18    Indianapolis, right? | | |
| 286 19    A.    I am not sure the origin of | | |
| 286 20    these pictures. | | |
| 286:21 - 287:8   Zielinski 2020-06-22 | **Re: [286:21-287:8]** | **SUSTAINED** |
| 286 21    Q.    Do you remember them having | **Def Obj** 3M MIL No. 26; | |
| 286 22    this sticker on them that said, "Assembled in | Argumentative (611, 403); Prejudice | |
| 286 23    Mexico with US components"? | (403) | |
| 286 24    A.    I can remember some guidance | | |
| 286 25    around that statement, but I don't remember | | |
| 287 1    that label specifically. | | |
| 287 2    Q.    Did you guys make up a sticker | | |
| 287 3    that said, "Manufactured under quality | | |
| 287 4    labor"? | | |
| 287 5    MS. DE PAULO:  Objection. | | |
| 287 6    Form. | | |
| 287 7    THE WITNESS:  I don't recall | | |
| 287 8    any such label being produced. | | |
| 287:9 - 290:18   Zielinski 2020-06-22 | **Re: [287:9-290:18]** | **SUSTAINED** |
| 287 9    QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MIL No. 26; | |
| 287 10    Q.    I mean, have you ever shopped | Argumentative (611, 403); Prejudice | |
| 287 11    at like TJ Maxx and they'll have that sticker | (403); Relevance (401, 402) | |
| 287 12    on the clothing, or maybe at that Kaufmann's | | |
| 287 13    Department Store you used to work for, and it | | |
| 287 14    might say, minor defects from manufacturing, | | |
| 287 15    and you kind of buy it as-is, those kind of | | |
| 287 16    stickers? | | |
| 287 17    Did y'all ever put one of those | | |

287 18    kind of stickers on the Combat Arms version 2
287 19    that got sold to the military?
287 20    MS. DE PAULO:  Objection.
287 21    Form.
287 22    THE WITNESS:  I don't recall
287 23    any such label being applied to that
287 24    product.
287 25
288 1    QUESTIONS BY MR. OVERHOLTZ:
288 2    Q.    I mean, that would have been
288 3    the right thing to do, right, put a sticker
288 4    on here that says, distributed under quality
288 5    labor, quote, as-is, quote, right?
288 6    MS. DE PAULO:  Objection.
288 7    Form.
288 8    THE WITNESS:  No, I don't agree
288 9    that was a requirement.
288 10    QUESTIONS BY MR. OVERHOLTZ:
288 11    Q.    I mean, these problems with the
288 12    ARC box needing to be recalibrated after this
288 13    trip to Mexico in late '04, I mean, they just
288 14    continued for the next couple of years,
288 15    right?
288 16    MS. DE PAULO:  Objection.
288 17    Form.
288 18    THE WITNESS:  I don't believe
288 19    that to be the case.
288 20    QUESTIONS BY MR. OVERHOLTZ:
288 21    Q.    I mean -- and if you go to the
288 22    next slide, Corey, 113.
288 23    From '05 to '07, you
288 24    continued -- you agree that you continued to
288 25    manufacture the Combat Arms and distribute
289 1    them out of TJR Mexico while having to
289 2    continue to recalibrate these ARC boxes?
289 3    MS. DE PAULO:  Objection.
289 4    Form.
289 5    THE WITNESS:  Could you repeat
289 6    that, please?

| | | |
|---|---|---|
| 289 7 | QUESTIONS BY MR. OVERHOLTZ: | |
| 289 8 | Q.    Sure. | |
| 289 9 | From after -- even after the | |
| 289 10 | trip to Mexico in late '04, from 2005 | |
| 289 11 | forward, do you agree that -- as it says on | |
| 289 12 | the screen here that TJR continued to | |
| 289 13 | manufacture these Combat Arms version 2 plugs | |
| 289 14 | while they still had to keep sending the ARC | |
| 289 15 | boxes back to E-A-RCAL for recalibration and | |
| 289 16 | maintenance assessment? | |
| 289 17 | MS. DE PAULO:  Objection. | |
| 289 18 | Form. | |
| 289 19 | THE WITNESS:  No, I'm not aware | |
| 289 20 | of that. | |
| 289 21 | QUESTIONS BY MR. OVERHOLTZ: | |
| 289 22 | Q.    I mean, did you hear that when | |
| 289 23 | Ron Kieper would do some quality testing of | |
| 289 24 | what was coming out of Mexico, that he would | |
| 289 25 | get values that were way out of left field on | |
| 290 1 | his ARC machines? | |
| 290 2 | MS. DE PAULO:  Objection. | |
| 290 3 | Form. | |
| 290 4 | THE WITNESS:  No, I did not. | |
| 290 5 | I'm not sure what you mean by | |
| 290 6 | "way out of left field." | |
| 290 7 | QUESTIONS BY MR. OVERHOLTZ: | |
| 290 8 | Q.    One of the things you and I | |
| 290 9 | talked about was the fact that this testing | |
| 290 10 | with this ARC machine, it was important to | |
| 290 11 | make sure the plugs had been assembled | |
| 290 12 | correctly, right? | |
| 290 13 | MS. DE PAULO:  Objection. | |
| 290 14 | Form. | |
| 290 15 | THE WITNESS:  What we discussed | |
| 290 16 | was that the plugs needed to be | |
| 290 17 | 100 percent tested by that | |
| 290 18 | equipment -- using that equipment. | |
| 290:19 - 291:7   Zielinski 2020-06-22 | | Re: [290:19-291:7]   **OVERRULED** |
| 290 19 | QUESTIONS BY MR. OVERHOLTZ: | Def Obj 3M MIL No. 26; |

| | | |
|---|---|---|
| 290 20   Q.   Right.<br>290 21   So if -- let's look at<br>290 22   slide 114.<br>290 23   If a US soldier were to get a<br>290 24   bag of these plugs with them put together and<br>290 25   some of them have two yellow ends, some of<br>291 1   them only have one end, I mean, that would be<br>291 2   in a quality problem in the way they were<br>291 3   assembled at TJR, right?<br>291 4   MS. DE PAULO: Objection.<br>291 5   Form.<br>291 6   THE WITNESS: Not necessarily<br>291 7   so. | Argumentative (611, 403); Relevance (401, 402) | |
| 292:9 - 292:14   Zielinski 2020-06-22<br>292 9   (Zielinski Exhibit 46 marked<br>292 10   for identification.)<br>292 11   QUESTIONS BY MR. OVERHOLTZ:<br>292 12   Q.   All right. So let's go to<br>292 13   slide 118 and see what happens, what keeps<br>292 14   going on in Mexico in 2005. | **Re: [292:9-292:14]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 292:18 - 293:6   Zielinski 2020-06-22<br>292 18   And that is January 3, 2005, and it says,<br>292 19   "Upon RWK's return from Mexico."<br>292 20   Do you see that?<br>292 21   A.   Yes, I do.<br>292 22   Q.   And then the headline there is<br>292 23   "Combat Arms production issues."<br>292 24   And it says, "Upon RWK's return<br>292 25   from Mexico, work continued to resolve<br>293 1   testing issues for this product, including a<br>293 2   call with Etymotic. And at month's end, we<br>293 3   requested to obtain a quote for an additional<br>293 4   Z-box."<br>293 5   Do you see that?<br>293 6   A.   Yes, I do. | **Re: [292:18-293:6]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |
| 296:3 - 297:6   Zielinski 2020-06-22<br>296 3   Q.   Well, let's see what you did<br>296 4   next. If we can turn to slide 121, which is<br>296 5   RZ-075. And Ron Kieper sends an e-mail to | **Re: [296:3-297:6]**<br>**Def Obj** 3M MIL No. 26 | **OVERRULED** |

| | |
|---|---|
| 296 6 | Annette Shaver and Steve Todor on |
| 296 7 | February 15, 2005, and we'll mark this as |
| 296 8 | Exhibit Number 47. |
| 296 9 | Do you see that e-mail? |
| 296 10 | A.    Yes, I do. |
| 296 11 | Q.    And we talked about Steve Todor |
| 296 12 | being in quality. |
| 296 13 | Annette Shaver, was she also in |
| 296 14 | quality? |
| 296 15 | A.    Yes, she was. |
| 296 16 | Q.    And Kieper said, "Steve and |
| 296 17 | Annette, this e-mail contains an e-mail and |
| 296 18 | Excel file from Mexico.  My response to the |
| 296 19 | e-mail, copied to Bob Z and Dick K, and, 3, |
| 296 20 | Bob Z's okay for the change in |
| 296 21 | specification." |
| 296 22 | Do you see that? |
| 296 23 | A.    I see that. |
| 296 24 | Q.    So do you remember giving an |
| 296 25 | okay to change the specifications again down |
| 297 1 | in Mexico for testing these earplugs? |
| 297 2 | MS. DE PAULO:  Objection. |
| 297 3 | Form. |
| 297 4 | THE WITNESS:  Oh, I don't |
| 297 5 | recall getting any authorization to |
| 297 6 | make changes to the specification. |

| 297:7 - 297:25   Zielinski 2020-06-22 | | Re: [297:7-297:25] | SUSTAINED |
|---|---|---|---|
| 297 7 | QUESTIONS BY MR. OVERHOLTZ: | Def Obj 3M MIL No. 26; | |
| 297 8 | Q.    I mean, if you're -- if | Argumentative (611, 403); Prejudice | |
| 297 9 | you're -- if you're missing the field goals | (403) | |
| 297 10 | every time, is it okay to just move the | | |
| 297 11 | goalpost? | | |
| 297 12 | MS. DE PAULO:  Objection. | | |
| 297 13 | Form. | | |
| 297 14 | THE WITNESS:  I don't | | |
| 297 15 | understand the relevancy of that to | | |
| 297 16 | this document. | | |
| 297 17 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 297 18 | Q.    I mean, when you're playing | | |

| | | | |
|---|---|---|---|
| 297 19 | football, they don't just let you move the | | |
| 297 20 | goalpost because the field goal kicker is | | |
| 297 21 | shanking a few, right? | | |
| 297 22 | MS. DE PAULO:  Objection. | | |
| 297 23 | Form. | | |
| 297 24 | THE WITNESS:  Not to my | | |
| 297 25 | knowledge. | | |
| 302:19 - 303:8   Zielinski 2020-06-22 | | Re: [302:19-303:8] | SUSTAINED |
| 302 19 | Q.   And then he says, "Does anyone, | Pltf Obj outside scope of "clarification" | |
| 302 20 | Dick or Bob, have any objections to changing | | |
| 302 21 | the acceptance specification?  Should anyone | | |
| 302 22 | else be asked about this matter?  Awaiting | | |
| 302 23 | final approval." | | |
| 302 24 | Right? | | |
| 302 25 | A.   I see that. | | |
| 303 1 | Q.   And then you respond, right? | | |
| 303 2 | A.   Yes, I do. | | |
| 303 3 | Q.   And you said, "It's okay with | | |
| 303 4 | me"? | | |
| 303 5 | A.   As long as Dick agrees. | | |
| 303 6 | Q.   "As long as Dick agrees," | | |
| 303 7 | right? | | |
| 303 8 | A.   That's what it says, yes. | | |
| 306:11 - 307:16   Zielinski 2020-06-22 | | | |
| 306 11 | This is an e-mail from just one | | |
| 306 12 | day earlier, from Tim McNamara on | | |
| 306 13 | February 14, 2005, at 9:22 p.m. | | |
| 306 14 | Do you see that? | | |
| 306 15 | A.   Yes, I do. | | |
| 306 16 | Q.   And the subject is "The next | | |
| 306 17 | Combat Arms Earplug order." | | |
| 306 18 | Do you see it? | | |
| 306 19 | A.   Yes, I do. | | |
| 306 20 | Q.   Okay.  And Tim McNamara was | | |
| 306 21 | someone who worked in the marketing | | |
| 306 22 | department; is that right? | | |
| 306 23 | A.   I am not sure what Tim's role | | |
| 306 24 | was. | | |
| 306 25 | Q.   And he sends this e-mail to | | |

| | | |
|---|---|---|
| 307 1    Brian Myers, who was in marketing, along with | | |
| 307 2    Gary Warren, right? | | |
| 307 3    A.    Yes. | | |
| 307 4    Q.    Larry Power was your boss, | | |
| 307 5    right? | | |
| 307 6    A.    Correct. | | |
| 307 7    Q.    And then you're listed in the | | |
| 307 8    "to" line as well, right? | | |
| 307 9    A.    Yes, I am. | | |
| 307 10    Q.    And Marty Salon is listed in | | |
| 307 11    the "to" line, right? | | |
| 307 12    A.    Yes, he is. | | |
| 307 13    Q.    He's the other marketing guy, | | |
| 307 14    right? | | |
| 307 15    A.    I believe he was in sales and | | |
| 307 16    marketing at that time. | | |
| **308:21 - 309:2**    Zielinski 2020-06-22 | **Re: [308:21-309:2]**<br>**Def Obj** Relevance (401, 402); Hearsay<br>(801, 802) | **OVERRULED** |
| 308 21    Q.    Okay.  So we can look at | | |
| 308 22    slide 123.  And you see the e-mail from Brian | | |
| 308 23    Myers down below, and he says, "First, I want | | |
| 308 24    to thank all of you for the terrific job you | | |
| 308 25    are doing of getting the current Combat Arms | | |
| 309 1    order delivered to the US military." | | |
| 309 2    Do you see that? | | |
| **309:3 - 309:8**    Zielinski 2020-06-22 | | |
| 309 3    A.    Yes, I do. | | |
| 309 4    Q.    "Your efforts are putting us | | |
| 309 5    back into good stead with the DSCP." | | |
| 309 6    That's that acronym that we | | |
| 309 7    talked about earlier, right? | | |
| 309 8    A.    Yes. | | |
| **309:9 - 309:17**    Zielinski 2020-06-22 | **Re: [309:9-309:17]**<br>**Def Obj** Relevance (401, 402); Hearsay<br>(801, 802) | **OVERRULED** |
| 309 9    Q.    "And reassuring our contacts | | |
| 309 10    that they have indeed done the right thing by | | |
| 309 11    sourcing directly from us.  Most importantly, | | |
| 309 12    though, this product is getting to our troops | | |
| 309 13    in Iraq where it is sorely needed by people | | |
| 309 14    who are putting enough on the line without | | |
| 309 15    having to risk their hearing as well." | | |

| | | |
|---|---|---|
| 309 16    Do you see that? | | |
| 309 17       A.   Yes, I do. | | |
| 310:3 - 310:11   Zielinski 2020-06-22 | **Re: [310:3-310:11]** | **OVERRULED** |
| 310 3       You agree that those troops in | **Def Obj** Relevance (401, 402); | |
| 310 4       Iraq who are putting enough on the line for | Argumentative (611, 403); Prejudice | |
| 310 5       us, that they shouldn't have to risk their | (403) | |
| 310 6       hearing as well, like Brian Myers stated in | | |
| 310 7       this February 14, 2005 e-mail? | | |
| 310 8       MS. DE PAULO:  Objection. | | |
| 310 9       Form. | | |
| 310 10       THE WITNESS:  Correct.  They | | |
| 310 11       should not have to risk their hearing. | | |
| 310:12 - 311:9   Zielinski 2020-06-22 | **Re: [310:12-311:9]** | **SUSTAINED** |
| 310 12       QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** Relevance (401, 402); | |
| 310 13       Q.   I mean, you agree with that? | Prejudice (403); Compound, | |
| 310 14       A.   I said, correct, I agree they | Argumentative (611, 403) | |
| 310 15       should not have to risk their hearing. | | |
| 310 16       Q.   Right. | | |
| 310 17       So when you got this e-mail | | |
| 310 18       thanking you and the whole marketing and | | |
| 310 19       quality and contract manufacturing, outsource | | |
| 310 20       manufacturing team for meeting these orders, | | |
| 310 21       did you respond and say, well, we really | | |
| 310 22       can't say whether or not these plugs were | | |
| 310 23       effective or not because our testing machines | | |
| 310 24       have been broken, the parts have been lost, | | |
| 310 25       they haven't been calibrated right, and when | | |
| 311 1       we tested the same plugs in Indianapolis, | | |
| 311 2       over 25 percent of them tested bad as well on | | |
| 311 3       one of our main machines? | | |
| 311 4       Did you say anything like that? | | |
| 311 5       MS. DE PAULO:  Objection. | | |
| 311 6       Form. | | |
| 311 7       THE WITNESS:  I did not make a | | |
| 311 8       response like that because I did not | | |
| 311 9       believe that to be true. | | |
| 311:19 - 312:18   Zielinski 2020-06-22 | **Re: [311:19-312:18]** | **OVERRULED** |
| 311 19       Q.   Well, it wasn't good that there | **Def Obj** 3M MIL No. 26; Relevance | |
| 311 20       were all of these machines, these testing | | |

| | | |
|---|---|---|
| 311 21    machines, that the pins had been lost, right? | (401, 402); Prejudice (403); | |
| 311 22    That was bad. | Argumentative (611, 403) | |
| 311 23    MS. DE PAULO:  Objection. | | |
| 311 24    Form. | | |
| 311 25    THE WITNESS:  That was an | | |
| 312 1      opinion by someone.  That was | | |
| 312 2      addressed. | | |
| 312 3      QUESTIONS BY MR. OVERHOLTZ: | | |
| 312 4      Q.   It wasn't an opinion, right? | | |
| 312 5      It was the fact.  They had been lost, and you | | |
| 312 6      guys were trying to order some more from | | |
| 312 7      Etymotic.  I mean, let's tell the truth here, | | |
| 312 8      right? | | |
| 312 9      I mean, you understand that you | | |
| 312 10    are under oath, sir, right? | | |
| 312 11    A.   Yes, I do. | | |
| 312 12    Q.   And does that -- I just -- I | | |
| 312 13    mean, some people that doesn't mean anything | | |
| 312 14    to.  But does that mean something to you, to | | |
| 312 15    be under oath? | | |
| 312 16    MS. DE PAULO:  Objection. | | |
| 312 17    Form. | | |
| 312 18    THE WITNESS:  Absolutely. | | |
| 312:20 - 313:1   Zielinski 2020-06-22 | **Re: [312:20-313:1]** | **OVERRULED** |
| 312 20    Q.   Okay.  And so when you're | **Pltf Obj** improper clarification | |
| 312 21    answering questions that deal with the safety | testimony, outside the scope of PTO 64; | |
| 312 22    and health of our United States military | non-responsive (see objection lines17- | |
| 312 23    soldiers, you don't believe it was an opinion | 21) | |
| 312 24    that those calibration pins had been lost. | | |
| 312 25    It was a fact that the calibration pins had | | |
| 313 1      been lost, right, sir? | | |
| 313:4 - 313:16   Zielinski 2020-06-22 | **Re: [313:4-313:16]** | **OVERRULED** |
| 313 4      THE WITNESS:  If I understood | **Pltf Obj** improper clarification | |
| 313 5      your question correctly, you asked | testimony, outside the scope of PTO 64; | |
| 313 6      several -- you grouped together | non-responsive (see objection lines17- | |
| 313 7      several different topics in that same | 21) | |
| 313 8      question, one of which was a loss of | | |
| 313 9      the calibration plugs.  There were | | |
| 313 10    other statements about equipment not | | |

| | | |
|---|---|---|
| 313 11  working properly, defective plugs and<br>313 12  so on, if I remember correctly.<br>313 13  The plugs were lost, but I<br>313 14  don't agree with everything else that<br>313 15  was stated in that -- the statement<br>313 16  you made in that at that time. | | |
| 313:23 - 314:7   Zielinski 2020-06-22<br>313 23    Q.    You agree that the fact that<br>313 24    the testing machines that were being relied<br>313 25    upon by the United States military for when<br>314 1    they gave these plugs out to soldiers, that<br>314 2    the calibration pins had been lost, you agree<br>314 3    that was bad?<br>314 4    MS. DE PAULO:  Objection.<br>314 5    Form.<br>314 6    THE WITNESS:  I agree the<br>314 7    calibration plugs were lost. | Re: [313:23-314:7]<br>Def Obj 3M MIL No. 26; Assumes<br>(611, 403); Prejudice (403) | OVERRULED |
| 314:21 - 317:3   Zielinski 2020-06-22<br>314 21    Let's see what pressure was on<br>314 22    you guys now to ignore all that bad<br>314 23    information coming out of Mexico.<br>314 24    QUESTIONS BY MR. OVERHOLTZ:<br>314 25    Q.    All right.  You see the<br>315 1    paragraph that said, "Having said that"?<br>315 2    A.    Yes, I do.<br>315 3    Q.    Second part -- it says, "Having<br>315 4    said that, Tim has obtained a bit of advance<br>315 5    information on the next DSCP contract which<br>315 6    will be out for quote early this week.  The<br>315 7    contract quantity will be for 10,596 boxes,<br>315 8    529,800 pairs, of Combat Arms Earplugs,<br>315 9    including the 2 percent overage."<br>315 10    So another 500,000-pair order<br>315 11    coming through.  February of '05, right?<br>315 12    A.    There's a potential for that<br>315 13    order.<br>315 14    Q.    Okay.  And it says it's going<br>315 15    to come in this week.<br>315 16    He says, "I believe they will | Re: [314:21-317:3]<br>Def Obj 3M MDL No. 26; Relevance<br>(401, 402) | OVERRULED |

Zielinski 2020-06-22                                                                                    96

315 17    be looking for delivery to begin on this
315 18    contract as soon as we have fulfilled the
315 19    current, which we are current supplying.  At
315 20    our current rate of 400 boxes per week, we
315 21    are looking at around six months' worth of
315 22    production, and obviously in this case we
315 23    will need to continue to supply this product
315 24    to other distributors as we work to fulfill
315 25    this upcoming contract.  I will get with
316 1     Marty to determine how much of our capacity
316 2     we should target to supply the other
316 3     distributors.  I'll review this with Liz and
316 4     Bob at our meeting tomorrow to plan
316 5     production accordingly."
316 6     Do you see that?
316 7     A.    I do see that.
316 8     Q.    And on this e-mail chain, you
316 9     would have been the Bob, right?  Bob
316 10    Zielinski?
316 11    A.    I would say, yes, I was the
316 12    Bob.
316 13    Q.    And then he says, "We need to
316 14    keep the pedal down on production here, and
316 15    please look for any bottlenecks which are not
316 16    being addressed and bring these to our
316 17    attention."
316 18    Do you see that?
316 19    A.    Yes, I do.
316 20    Q.    Corey, can I get the ELMO for a
316 21    second?
316 22    Okay.  So we're looking at
316 23    Brian Myers' e-mail, and he says, "We need to
316 24    keep the pedal down on production."
316 25    Do you know what that meant,
317 1     "keep the pedal down"?
317 2     A.    I can make an interpretation of
317 3     that, but I'm not exactly sure.

| | | |
|---|---|---|
| 317:4 - 317:12   Zielinski 2020-06-22 | **Re: [317:4-317:12]** | **SUSTAINED** |
| 317 4      Q.   I mean, you live in | **Def Obj** Relevance (401, 402); | |
| 317 5      Indianapolis, right?  The home of the | Prejudice (403) | |
| 317 6      Indianapolis 500.  People in Indianapolis | | |
| 317 7      know what it means to keep the pedal down, | | |
| 317 8      right?  A little Mario Andretti, right? | | |
| 317 9      MS. DE PAULO:  Objection. | | |
| 317 10     Form. | | |
| 317 11     THE WITNESS:  I understand what | | |
| 317 12     it means in terms of racing. | | |
| 317:13 - 318:5   Zielinski 2020-06-22 | **Re: [317:13-318:5]** | **OVERRULED** |
| 317 13     QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MDL No. 26; Prejudice | |
| 317 14     Q.   Sure. | (403); Assumes (611, 403) | |
| 317 15     And then he says, "Please look | | |
| 317 16     out for any bottlenecks which are not being | | |
| 317 17     addressed." | | |
| 317 18     Right? | | |
| 317 19     A.   That's what he states there, | | |
| 317 20     yes. | | |
| 317 21     Q.   So bad ARC machines and bad | | |
| 317 22     plug measurements, those would be a big | | |
| 317 23     bottleneck, right? | | |
| 317 24     MS. DE PAULO:  Objection. | | |
| 317 25     Form. | | |
| 318 1      THE WITNESS:  Bottlenecks, as I | | |
| 318 2      would have interpreted it, would have | | |
| 318 3      been constraints in the supply chain | | |
| 318 4      that would have reduced the capacity | | |
| 318 5      to produce product. | | |
| 318:18 - 319:2   Zielinski 2020-06-22 | **Re: [318:18-319:2]** | **OVERRULED** |
| 318 18     If the ARC machines aren't | **Def Obj** 3M MDL No. 26 | |
| 318 19     working right, and the plugs are coming out | | |
| 318 20     with measurements that are outside of spec so | | |
| 318 21     they have to be rejected, that could result | | |
| 318 22     in a bottleneck, right? | | |
| 318 23     MS. DE PAULO:  Objection. | | |
| 318 24     Form. | | |
| 318 25     THE WITNESS:  It may or may | | |

| | | |
|---|---|---|
| 319 1    not, depending on the quantity<br>319 2    required. | | |
| 319:20 - 319:23   Zielinski 2020-06-22<br>319 20    And you got to keep the pedal<br>319 21    down, right?<br>319 22    A.    That's the terminology that he<br>319 23    used there. | Re: [319:20-319:23]<br>Def Obj 3M MDL No. 26 | OVERRULED |
| 319:24 - 320:10   Zielinski 2020-06-22<br>319 24    Q.    Right.<br>319 25    So the very next day,<br>320 1    February 15th, Kieper says, "We'll just<br>320 2    change the specs on the number 4 to go up to<br>320 3    6.4 millivolts."<br>320 4    Right?<br>320 5    MS. DE PAULO:  Objection.<br>320 6    Form.<br>320 7    THE WITNESS:  That e-mail on<br>320 8    the 14th states that Ron agreed with<br>320 9    acceptable ranges on the ARC plugs --<br>320 10    ARC boxes. | Re: [319:24-320:10]<br>Def Obj 3M MDL No. 26; Misstates<br>(611, 403) | OVERRULED |
| 320:11 - 320:17   Zielinski 2020-06-22<br>320 11    QUESTIONS BY MR. OVERHOLTZ:<br>320 12    Q.    Right.<br>320 13    And you responded and said,<br>320 14    "That's okay by me as long as Dick agrees,"<br>320 15    right?<br>320 16    A.    That is what I said there,<br>320 17    correct. | Re: [320:11-320:17]<br>Def Obj 3M MDL No. 26 | OVERRULED |
| 320:18 - 320:23   Zielinski 2020-06-22<br>320 18    Q.    And so when you change these<br>320 19    specs, you get rid of the bottlenecks, right?<br>320 20    MS. DE PAULO:  Objection.<br>320 21    Form.<br>320 22    THE WITNESS:  That's not how I<br>320 23    interpret that, no. | Re: [320:18-320:23]<br>Def Obj 3M MDL No. 26; Prejudice<br>(403); Assumes (611, 403) | OVERRULED |
| 328:13 - 329:12   Zielinski 2020-06-22<br>328 13    (Zielinski Exhibit 52 marked<br>328 14    for identification.)<br>328 15    QUESTIONS BY MR. OVERHOLTZ: | Re: [328:13-329:12]<br>Def Obj 3M MDL No. 26; Relevance<br>(401, 402) | OVERRULED |

328 16    Q.    Okay.  Now, if we can look at
328 17    slide 130, which is RZ-405.  This is
328 18    December 9, 2009, now four years -- over four
328 19    years after the 2005 big order where you
328 20    needed to put the pedal down on distribution.
328 21    This is a Excel spreadsheet
328 22    regarding an ATM trip accomplishment report
328 23    that we found in your files.
328 24    A.    Okay.
328 25    Q.    Okay?
329 1     And if you can see with me,
329 2     there's a -- there's several topics on this
329 3     Excel spreadsheet, but if we go about the
329 4     fifth one down, we come to Combat Arms.
329 5     Do you see that?
329 6     A.    Yes, I do.
329 7     Q.    It says, "Discuss need to
329 8     record results of every test.  100 percent
329 9     testing is required, but recording results in
329 10    question - A. Shaver to follow up at Indy."
329 11    Do you see that?
329 12    A.    Yes, I do.

| 329:13 - 329:18   Zielinski 2020-06-22 | Re: [329:13-329:18] | OVERRULED |
|---|---|---|
| 329 13    Q.    So after all the issues that<br>329 14    we've talked about and the 100 percent<br>329 15    testing requirement, by December of 2009 when<br>329 16    you take another trip to Mexico, there are<br>329 17    still questions about the 100 percent testing<br>329 18    going on of the Combat Arms Earplugs? | **Pltf Obj** improper clarification testimony, outside the scope of PTO 64 | |

| 329:21 - 329:24   Zielinski 2020-06-22 | | |
|---|---|---|
| 329 21    THE WITNESS:  The question is<br>329 22    not related to the 100 percent<br>329 23    testing.  The question is regarding<br>329 24    recording the results of the tests. | | |

| 330:25 - 331:6   Zielinski 2020-06-22 | Re: [330:25-331:6] | OVERRULED |
|---|---|---|
| 330 25    I said, as we sit here today,<br>331 1     are you aware of any documentation from TJR<br>331 2     Mexico, or ATM, as they became known after<br>331 3     '06, that will demonstrate that the results | **Pltf Obj** non-responsive, outside scope of "clarification" | |

| | | |
|---|---|---|
| 331 4    for this 100 percent testing of the Combat<br>331 5    Arms version 2 earplugs was recorded or<br>331 6    documented? | | |
| 331:9 - 331:15   Zielinski 2020-06-22<br>331 9    THE WITNESS:  I don't<br>331 10    personally have any documentation, but<br>331 11    I can say that during my visits in --<br>331 12    through that trip, in particular, they<br>331 13    were definitely recording the results<br>331 14    of every plug they tested on a sheet<br>331 15    of paper next to the equipment. | Re: [331:9-331:15]<br>Pltf Obj non-responsive, outside scope<br>of "clarification" | OVERRULED |
| 332:23 - 333:7   Zielinski 2020-06-22<br>332 23    Q.    All right.  So if we can look<br>332 24    at slide 131, which is RZ-021, and I think<br>332 25    this will be Exhibit 52.<br>333 1    This shows an org chart for<br>333 2    Aearo Technologies Mexico I was able to dig<br>333 3    out, with Javier Rodriguez listed as the<br>333 4    general manager and then several people<br>333 5    listed underneath him?<br>333 6    Do you see that?<br>333 7    A.    Yes, I do. | Re: [332:23-333:7]<br>Def Obj Relevanc (401, 402); Prejudice<br>(403) | OVERRULED |
| 334:18 - 335:1   Zielinski 2020-06-22<br>334 18    Q.    Okay.  And then it has you,<br>334 19    Robert Zielinski, manager of contract<br>334 20    manufacturing and product supply, reporting<br>334 21    directly to Larry Power, correct?<br>334 22    A.    Yes, it does.<br>334 23    Q.    And then it shows Javier<br>334 24    Rodriguez reporting directly to you as the<br>334 25    general manager of ATM; is that right?<br>335 1    A.    This document does show that. | Re: [334:18-335:1]<br>Def Obj Relevance (401, 402);<br>Prejudice (403) | OVERRULED |
| 343:7 - 343:18   Zielinski 2020-06-22<br>343 7    What if the problem with the<br>343 8    plug, with the component part, could affect<br>343 9    the way the plugs work and protect hearing?<br>343 10    That's something you'd expect to be<br>343 11    documented and dealt with down in Mexico?<br>343 12    MS. DE PAULO:  Same objection. | Re: [343:7-343:18]<br>Def Obj 3M MDL No. 26; Prejudice<br>(403); Compound (611, 403) | OVERRULED |

| | | |
|---|---|---|
| 343 13    THE WITNESS:  I don't believe | | |
| 343 14    that the team in Mexico understood | | |
| 343 15    exactly how the plugs worked or that | | |
| 343 16    any potential problem with the | | |
| 343 17    components, what impact it would have | | |
| 343 18    on the plug itself, its performance. | | |
| 343:19 - 344:14   Zielinski 2020-06-22 | **Re: [343:19-344:14]** | **OVERRULED** |
| 343 19    (Zielinski Exhibit 57 marked | **Def Obj** 3M MDL No. 26 | |
| 343 20    for identification.) | | |
| 343 21    QUESTIONS BY MR. OVERHOLTZ: | | |
| 343 22    Q.    Okay.  Let's look at slide 146 | | |
| 343 23    for a minute, which is RZ-407B.  We'll mark | | |
| 343 24    this as Exhibit Number 57. | | |
| 343 25     This is a picture of the | | |
| 344 1    plastic insert piece, sometimes called the | | |
| 344 2    stem or the adapter. | | |
| 344 3    Do you see that? | | |
| 344 4    A.    Yes, I do. | | |
| 344 5    Q.    Okay.  And you see at the top | | |
| 344 6    of that plastic insert piece where the filter | | |
| 344 7    would go in, there's kind of like a little | | |
| 344 8    raised edge over the top? | | |
| 344 9    A.    I do see something on there. | | |
| 344 10    Q.    A little flash, sometimes they | | |
| 344 11    call it, something like that? | | |
| 344 12    A.    Yes.  I see something on the | | |
| 344 13    photograph, but I can't tell for sure what it | | |
| 344 14    is. | | |
| 344:17 - 345:23   Zielinski 2020-06-22 | **Re: [344:17-345:23]** | **OVERRULED** |
| 344 17    (Zielinski Exhibit 58 marked | **Def Obj** 3M MDL No. 26 | |
| 344 18    for identification.) | | |
| 344 19    QUESTIONS BY MR. OVERHOLTZ: | | |
| 344 20    Q.    So if you can look with me then | | |
| 344 21    at slide 147, which is RZ-023, you see | | |
| 344 22    another one of these requests for a deviation | | |
| 344 23    from October of 2008. | | |
| 344 24    Do you see that? | | |
| 344 25    A.    I can see it, but it's very | | |
| 345 1    small. | | |

| | | |
|---|---|---|
| 345 2    Q.    Okay.  You see where it says | | |
| 345 3    "request for deviation" at the top. | | |
| 345 4    "Waiver/permission to accept as-is. | | |
| 345 5    Quantity, 100,000 pieces." | | |
| 345 6    Right? | | |
| 345 7    A.    Yes, I can see that. | | |
| 345 8    Q.    All right.  And then under | | |
| 345 9    discrepancy it says, "Combat Arms adapter | | |
| 345 10    exhibits a small amount of flash on the outer | | |
| 345 11    rim of filter insertion opening.  The flash | | |
| 345 12    does not affect filter insertion or the | | |
| 345 13    assembly of the UltraFit plug." | | |
| 345 14    Do you see that? | | |
| 345 15    A.    Yes, I do. | | |
| 345 16    Q.    "Vendor has 100,000 pieces for | | |
| 345 17    labor." | | |
| 345 18    Do you see that? | | |
| 345 19    A.    Yes, I do. | | |
| 345 20    Q.    Now, the vendor listed here is | | |
| 345 21    Reliance Engineering. | | |
| 345 22    Do you see that? | | |
| 345 23    A.    Yes. | | |
| 345:24 - 346:12   Zielinski 2020-06-22 | **Re: [345:24-346:12]**<br>**Def Obj** 3M MDL No. 26; Foundation (602) | **OVERRULED** |
| 345 24    Q.    And Reliance Engineering, they | | |
| 345 25    were the people that made these plastic | | |
| 346 1    insert pieces that we saw on slide 146; is | | |
| 346 2    that right? | | |
| 346 3    MS. DE PAULO:  Objection. | | |
| 346 4    Form. | | |
| 346 5    THE WITNESS:  This document | | |
| 346 6    states that Reliance Engineering was | | |
| 346 7    the vendor. | | |
| 346 8    QUESTIONS BY MR. OVERHOLTZ: | | |
| 346 9    Q.    Okay.  Was there any other | | |
| 346 10    vendor for those plastic insert pieces | | |
| 346 11    besides Reliance? | | |
| 346 12    A.    Oh, I can't remember. | | |
| 346:13 - 346:21   Zielinski 2020-06-22 | **Re: [346:13-346:21]**<br>**Def Obj** 3M MDL No. 26; | **SUSTAINED** |
| 346 13    Q.    Okay.  As long as they got them | | |

| | | |
|---|---|---|
| 346 14 | down in Mexico and could stick them together | Argumentative (611, 403); Prejudice |
| 346 15 | and sell them, you were good to go, right? | (403) |
| 346 16 | MS. DE PAULO:  Objection. | |
| 346 17 | Form. | |
| 346 18 | THE WITNESS:  You asked if I | |
| 346 19 | knew any other vendors, and my | |
| 346 20 | question {sic} was, I am not aware of | |
| 346 21 | any other vendor. | |
| 346:22 - 348:8 | Zielinski 2020-06-22 | **Re: [346:22-348:8]**     **OVERRULED** |
| 346 22 | QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MDL No. 26 |
| 346 23 | Q.    Okay.  So let's look at the | |
| 346 24 | material review board action section of this | |
| 346 25 | waiver, number 672, from October of '08. | |
| 347 1 | Under approvals it lists | |
| 347 2 | C. King and R. Zielinski, right? | |
| 347 3 | A.    Yes, it does. | |
| 347 4 | Q.    And then there's a disapprovals | |
| 347 5 | the next day from A. Shaver. | |
| 347 6 | That's Annette Shaver, right? | |
| 347 7 | A.    Right. | |
| 347 8 | Q.    And Jeffrey Hamer, right? | |
| 347 9 | A.    Yes. | |
| 347 10 | Q.    Now, Jeffrey Hamer, he was with | |
| 347 11 | 3M, right?  He had not been with Aearo? | |
| 347 12 | MS. DE PAULO:  Objection. | |
| 347 13 | Form. | |
| 347 14 | THE WITNESS:  I'm not sure | |
| 347 15 | about that.  I believe Jeff Hamer was | |
| 347 16 | with Aearo. | |
| 347 17 | QUESTIONS BY MR. OVERHOLTZ: | |
| 347 18 | Q.    And was Jeff Hamer -- did he | |
| 347 19 | work in Minneapolis? | |
| 347 20 | A.    No, Jeff Hamer resides in | |
| 347 21 | Indianapolis. | |
| 347 22 | Q.    Okay.  And so he and Annette | |
| 347 23 | Shaver disapprove of this waiver in 2008. | |
| 347 24 | Do you see that? | |
| 347 25 | A.    Yes, I do. | |
| 348 1 | Q.    All right.  So when it says | |

| | |
|---|---|
| 348 2     that two people approve it and two people | |
| 348 3     disapprove it, what happened? | |
| 348 4     MS. DE PAULO:  Object to form. | |
| 348 5     THE WITNESS:  I don't -- I | |
| 348 6     don't know exactly what happened with | |
| 348 7     this waiver at this point.  I can't | |
| 348 8     recall. | |

348:9 - 350:20   Zielinski 2020-06-22

**Re: [348:9-350:20]**    **OVERRULED**
**Def Obj** 3M MDL No. 26

348 9     (Zielinski Exhibit 59 marked
348 10    for identification.)
348 11    QUESTIONS BY MR. OVERHOLTZ:
348 12    Q.    Okay.  Well, let's see if we
348 13    can look at the slide 148, which is RZ-022,
348 14    and this will be Exhibit Number 58 -- 59.
348 15    This is an October 23rd e-mail
348 16    from Annette Shaver to Cathy King and
348 17    yourself, who had approved the waiver,
348 18    copying Jeff Hamer and Shane Hildreth.
348 19    Do you see that?
348 20    A.    I see that.  Yes, I do.
348 21    Q.    Okay.  "The waiver for the
348 22    019-1000S Combat Arms adapter has been
348 23    denied.  The flash is too extensive, and
348 24    there is concern about the flash causing an
348 25    acoustic leak or affecting attenuation if the
349 1     flash came off or bent into the hold during
349 2     assembly."
349 3     Do you see that?
349 4     A.    Yes, I do.
349 5     Q.    Okay.  So I want to go back to
349 6     slide 144, okay, for a minute.
349 7     So what Annette was saying in
349 8     her e-mail is that this -- this discrepancy,
349 9     this flash on the outside of this component
349 10    part, that could result in a leak, an
349 11    acoustic leak, which would affect the way the
349 12    plugs perform, right?
349 13    MS. DE PAULO:  Objection.
349 14    Form.

| | | | |
|---|---|---|---|
| 349 15 | THE WITNESS:  I'd have to go | | |
| 349 16 | back and read exactly how she stated | | |
| 349 17 | that. | | |
| 349 18 | (Zielinski Exhibit 60 marked | | |
| 349 19 | for identification.) | | |
| 349 20 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 349 21 | Q.    Okay.  So if we look at slide | | |
| 349 22 | 144, which is RZ-403, which we'll mark as | | |
| 349 23 | Exhibit Number 60, this was a February 27, | | |
| 349 24 | 2007 waiver request, number 584. | | |
| 349 25 | Do you see that? | | |
| 350 1 | A.    Yes, I do. | | |
| 350 2 | Q.    And again, here was the | | |
| 350 3 | 019-1000S nonlinear UltraFit system, barbed | | |
| 350 4 | and reversible, just like before, made by | | |
| 350 5 | Reliance Engineering, this time for | | |
| 350 6 | 170,000 pieces. | | |
| 350 7 | And it says under Discrepancy, | | |
| 350 8 | "Combat Arms adapter exhibits a small amount | | |
| 350 9 | of flash at filter insertion opening. | | |
| 350 10 | Filters can be installed with no difficulty. | | |
| 350 11 | Vendor has 170,000 pieces for waiver and has | | |
| 350 12 | stopped production to have mold repaired to | | |
| 350 13 | eliminate the flash problem." | | |
| 350 14 | Do you see that? | | |
| 350 15 | A.    Yes, I do. | | |
| 350 16 | Q.    And this was a waiver at the | | |
| 350 17 | top there as to -- permission to accept | | |
| 350 18 | as-is. | | |
| 350 19 | Do you see that? | | |
| 350 20 | A.    Yes, I do. | | |
| 350:21 - 351:4   Zielinski 2020-06-22 | | **Re: [350:21-351:4]** | **OVERRULED** |
| 350 21 | Q.    All right.  And you were listed | **Def Obj** 3M MDL No. 26; Assumes | |
| 350 22 | as the approving contract party to this | (611, 403) | |
| 350 23 | waiver a year before the same -- a year and a | | |
| 350 24 | half before the same waiver was denied by | | |
| 350 25 | Annette Shaver, right? | | |
| 351 1 | MS. DE PAULO:  Objection. | | |
| 351 2 | Form. | | |

| | | |
|---|---|---|
| 351 3    THE WITNESS:  I'm not sure<br>351 4    where you get that information. | | |
| 351:5 - 351:14   Zielinski 2020-06-22<br>351 5    QUESTIONS BY MR. OVERHOLTZ:<br>351 6    Q.    Well, this waiver is from<br>351 7    2/27/2007, right?<br>351 8    A.    Yes.<br>351 9    Q.    And if we look at slide 147,<br>351 10    this waiver is in October of 2008, right?<br>351 11    A.    Yes.<br>351 12    Q.    Almost a year and eight months<br>351 13    later, right?<br>351 14    A.    That's correct. | **Re: [351:5-351:14]**<br>**Def Obj** 3M MDL No. 26 | **OVERRULED** |
| 351:15 - 352:10   Zielinski 2020-06-22<br>351 15    Q.    So in February of '07, the<br>351 16    little UltraFit plastic insert that holds the<br>351 17    filter that had the flash on it, a waiver<br>351 18    was -- an as-is waiver was granted for<br>351 19    170,000 pieces.  But that -- a similar waiver<br>351 20    in October of 2008 was denied because it<br>351 21    could affect the way the plugs perform,<br>351 22    possibly causing an acoustic leak, affecting<br>351 23    attenuation.<br>351 24    Right?<br>351 25    MS. DE PAULO:  Objection.<br>352 1    Form.<br>352 2    THE WITNESS:  My understanding<br>352 3    is we have two different waivers that<br>352 4    are about a year and a half apart, and<br>352 5    the second one you're showing was not<br>352 6    approved.<br>352 7    I don't see the entire review<br>352 8    board action on the first -- the other<br>352 9    one.<br>352 10    QUESTIONS BY MR. OVERHOLTZ: | **Re: [351:15-352:10]**<br>**Def Obj** 3M MDL No. 26; Assumes<br>(611, 403); Prejudice (403) | **OVERRULED** |
| 352:11 - 354:6   Zielinski 2020-06-22<br>352 11    Q.    So, but the first one was for<br>352 12    170,000 pieces, right, from '07?<br>352 13    A.    Yes, I believe that was the | **Re: [352:11-354:6]**<br>**Def Obj** 3M MDL No. 26; Prejudice<br>(403) | **OVERRULED** |

352 14    quantity.
352 15    Q.   And so if this waiver, this
352 16    as-is waiver, was approved in February of
352 17    2007, 170,000 earplugs would have been
352 18    assembled in Mexico with a plastic insert
352 19    piece -- with a plastic insert piece with
352 20    that flash on it that could possibly affect
352 21    attenuation and have acoustical leaks that
352 22    would affect the performance of the plug.
352 23    MS. DE PAULO:  Objection.
352 24    Form.
352 25    THE WITNESS:  There's nothing
353 1    here that states the size of the flash
353 2    or the specific location of the flash.
353 3    And the technical group and the
353 4    quality group would have been the
353 5    determining parties whether that was
353 6    approved, ultimately, or not.
353 7    QUESTIONS BY MR. OVERHOLTZ:
353 8    Q.   So you don't know whether or
353 9    not those 170,000 pieces with the plastic
353 10    insert piece with the flash on it made by
353 11    Reliance Engineering were shipped out under
353 12    an as-is waiver from TJR Mexico; is that
353 13    right?
353 14    MS. DE PAULO:  Objection.
353 15    Form.
353 16    THE WITNESS:  Could you repeat
353 17    that, please?
353 18    QUESTIONS BY MR. OVERHOLTZ:
353 19    Q.   Sure.
353 20    You don't know whether or not
353 21    those plugs with that plastic insert piece or
353 22    the flash, 170,000 pieces were shipped out in
353 23    2007 on an as-is waiver that contained that
353 24    flash.
353 25    You don't know one way or the
354 1    other; is that right?
354 2    MS. DE PAULO:  Objection.

| | | |
|---|---|---|
| 354 3     Form. | | |
| 354 4     THE WITNESS:  I don't know if | | |
| 354 5     that product was ever used in the | | |
| 354 6     manufacturing or not. | | |
| 354:7 - 355:19   Zielinski 2020-06-22 | **Re: [354:7-355:19]** | **OVERRULED** |
| 354 7     MR. OVERHOLTZ:  Let's pull up, | **Def Obj** 3M MDL No. 26 | |
| 354 8     if we can, Exhibit 60, Corey, the full | | |
| 354 9     version on the screen. | | |
| 354 10    QUESTIONS BY MR. OVERHOLTZ: | | |
| 354 11    Q.    You see the 584 waiver from | | |
| 354 12    2/27/2007, right? | | |
| 354 13    A.    Yes, I do. | | |
| 354 14    Q.    You see the 170,000 pieces, | | |
| 354 15    right? | | |
| 354 16    A.    Yes, I do. | | |
| 354 17    Q.    And under use as-is, quote, | | |
| 354 18    there are four approvals listed, right? | | |
| 354 19    A.    I can only see two so far. | | |
| 354 20    Q.    If you could scroll down for | | |
| 354 21    me?  Yes, right there. | | |
| 354 22    There's four -- | | |
| 354 23    A.    Okay. | | |
| 354 24    Q.    -- approvals, right? | | |
| 354 25    A.    Yes, there are. | | |
| 355 1     Q.    All right.  So yourself as the | | |
| 355 2     contract party on 2/27/07, right? | | |
| 355 3     A.    Yes. | | |
| 355 4     Q.    Cathy King from purchasing, | | |
| 355 5     right? | | |
| 355 6     A.    Correct. | | |
| 355 7     Q.    Dick Knauer from technical, | | |
| 355 8     right? | | |
| 355 9     A.    That's correct. | | |
| 355 10    Q.    And Steve Todor from quality? | | |
| 355 11    A.    Correct. | | |
| 355 12    Q.    So no disapprovals for this | | |
| 355 13    waiver of 170,000 Combat Arms adapters that | | |
| 355 14    exhibited flash at the filter insertion | | |
| 355 15    opening, right? | | |

| | | |
|---|---|---|
| 355 16     MS. DE PAULO:  Objection. | | |
| 355 17     Form. | | |
| 355 18     THE WITNESS:  I don't see any | | |
| 355 19     disapprovals on this document. | | |
| 355:20 - 356:13   Zielinski 2020-06-22 | **Re: [355:20-356:13]** | **SUSTAINED** |
| 355 20     QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** 3M MDL No. 26; Assumes | |
| 355 21     Q.   Okay.  So for a year and a | (611, 403); Prejudice (403) | |
| 355 22     half, Aearo, through TJR Mexico, sent out | | |
| 355 23     170,000 earplugs, at least, with defective | | |
| 355 24     stems that could potentially cause acoustic | | |
| 355 25     leaks and affect performance of the nonlinear | | |
| 356 1     end of the Combat Arms version earplug back | | |
| 356 2     in 2007, correct? | | |
| 356 3     MS. DE PAULO:  Objection. | | |
| 356 4     Form. | | |
| 356 5     THE WITNESS:  I don't know that | | |
| 356 6     to be the case. | | |
| 356 7     QUESTIONS BY MR. OVERHOLTZ: | | |
| 356 8     Q.   Okay.  You certainly don't have | | |
| 356 9     any other evidence otherwise, right? | | |
| 356 10     MS. DE PAULO:  Objection. | | |
| 356 11     Form. | | |
| 356 12     THE WITNESS:  I have no data to | | |
| 356 13     support or deny that either way. | | |
| 356:24 - 357:7   Zielinski 2020-06-22 | **Re: [356:24-357:7]** | **OVERRULED** |
| 356 24     Q.   Did you become aware that Aearo | **Def Obj** Relevance (401, 402); | |
| 356 25     and then 3M wanted to have these Combat Arms | Prejudice (403) | |
| 357 1     plugs assembled by an AbilityOne organization | | |
| 357 2     under the government's AbilityOne program? | | |
| 357 3     A.   I'm not aware of any time there | | |
| 357 4     was any consideration to move any of that | | |
| 357 5     assembly out of TJR manufacturing, no. | | |
| 357 6     (Zielinski Exhibit 61 marked | | |
| 357 7     for identification.) | | |
| 360:20 - 360:22   Zielinski 2020-06-22 | **Re: [360:20-360:22]** | **OVERRULED** |
| 360 20     Do you remember a company | **Def Obj** Relevance (401, 402); | |
| 360 21     called New Dynamics? | Prejudice (403) | |
| 360 22     A.   Yes. | | |

361:1 - 361:21   Zielinski 2020-06-22

| | | |
|---|---|---|
| 361 1 | If you look at number 3, it | |
| 361 2 | says, "If you remember" -- well, let's look | |
| 361 3 | at number 2. | |
| 361 4 | Or number 3. | |
| 361 5 | "If you remember this process, | |
| 361 6 | we normally assemble the filter with the | |
| 361 7 | adapter at the same time.  This way is faster | |
| 361 8 | than if we try to assemble the filter without | |
| 361 9 | the adapter.  So I think the best thing is to | |
| 361 10 | give you the filter and the adapter already | |
| 361 11 | assembled.  I do not think blind people would | |
| 361 12 | be capable to insert the filter into the | |
| 361 13 | adapter.  Please confirm me this." | |
| 361 14 | Do you see that? | |
| 361 15 | A.   Yes, I do. | |
| 361 16 | Q.    And that's the e-mail that | |
| 361 17 | you -- that you responded and said, "I'm not | |
| 361 18 | sure how the visually impaired people would | |
| 361 19 | be able to assemble this correctly." | |
| 361 20 | Do you see that? | |
| 361 21 | A.   Yes. | |

**Re: [361:1-361:21]**
**Def Obj** 3M MDL No. 26

**OVERRULED**

361:22 - 362:19   Zielinski 2020-06-22

| | | |
|---|---|---|
| 361 22 | Q.   Now, was there an advantage | |
| 361 23 | that you learned about that Aearo and 3M | |
| 361 24 | could get with military sales if they were | |
| 361 25 | using one of these companies that uses | |
| 362 1 | visually impaired or otherwise disabled | |
| 362 2 | people to assemble the products? | |
| 362 3 | MS. DE PAULO:  Objection. | |
| 362 4 | Form. | |
| 362 5 | THE WITNESS:  What did you mean | |
| 362 6 | by "an advantage"? | |
| 362 7 | QUESTIONS BY MR. OVERHOLTZ: | |
| 362 8 | Q.   Yeah.  Was there some type of | |
| 362 9 | competitive advantage with respect to | |
| 362 10 | contracting and exclusive sales if you were | |
| 362 11 | selling the product that was assembled | |
| 362 12 | through one of these AbilityOne companies | |

**Re: [361:22-362:19]**
**Def Obj** Relevance (401, 402);
Foundation (602); Prejudice (403)

**OVERRULED**

| | | |
|---|---|---|
| 362 13    that uses disabled or otherwise impaired | | |
| 362 14    people for manufacturing the product? | | |
| 362 15    Did you hear about that? | | |
| 362 16    A.   I was not aware of any | | |
| 362 17    exclusive contracts.  It's my understanding | | |
| 362 18    it was just another channel, marketing | | |
| 362 19    channel, to sell product. | | |

362:20 - 364:5   Zielinski 2020-06-22

| | | |
|---|---|---|
| 362 20    Q.   Okay.  Now, when it comes to | **Re: [362:20-364:5]** | **OVERRULED** |
| 362 21    putting a together a plug that has a yellow | **Def Obj** 3M MDL No. 26; Relevance | |
| 362 22    end and a green end, right, like you see on | (401, 402); Prejudice (403) | |
| 362 23    the camera there -- | | |
| 362 24    A.   Yes. | | |
| 362 25    Q.   -- you kind of got to know | | |
| 363 1    which end is which when you're putting them | | |
| 363 2    together, right?  They don't feel any | | |
| 363 3    different. | | |
| 363 4    MS. DE PAULO:  Objection. | | |
| 363 5    Form. | | |
| 363 6    THE WITNESS:  The assembler | | |
| 363 7    should need to be able to | | |
| 363 8    differentiate between the two plugs. | | |
| 363 9    QUESTIONS BY MR. OVERHOLTZ: | | |
| 363 10    Q.   All right.  So using blind | | |
| 363 11    people to put them together, these guys and | | |
| 363 12    you were saying, wouldn't be a very good | | |
| 363 13    idea, unfortunately, right? | | |
| 363 14    MS. DE PAULO:  Objection. | | |
| 363 15    Form. | | |
| 363 16    THE WITNESS:  Is that what I | | |
| 363 17    stated in the e-mail? | | |
| 363 18    QUESTIONS BY MR. OVERHOLTZ: | | |
| 363 19    Q.   Right.  That's what you said. | | |
| 363 20    "I don't see how they could," right? | | |
| 363 21    So the solution for this Alpha | | |
| 363 22    Pointe is, we'll just pull it all together at | | |
| 363 23    TJR and then send it to Alpha Pointe to put | | |
| 363 24    together at the end, right? | | |
| 363 25    MS. DE PAULO:  Objection. | | |

| | | | |
|---|---|---|---|
| 364 1 | Form. | | |
| 364 2 | THE WITNESS:  I read in some of | | |
| 364 3 | the documents here that that was a | | |
| 364 4 | possibility, but I do not recall that | | |
| 364 5 | project ever moving forward. | | |
| 364:6 - 367:21 | Zielinski 2020-06-22 | **Re: [364:6-367:21]** | **OVERRULED** |
| 364 6 | QUESTIONS BY MR. OVERHOLTZ: | **Def Obj** Relevance (401, 402); | |
| 364 7 | Q.    Okay.  Well, let's go to | Prejudice (403) | |
| 364 8 | slide 150, if we can, talk a little bit about | | |
| 364 9 | New Dynamics. | | |
| 364 10 | You are familiar with New | | |
| 364 11 | Dynamics? | | |
| 364 12 | A.    Yes, I am. | | |
| 364 13 | (Zielinski Exhibit 62 marked | | |
| 364 14 | for identification.) | | |
| 364 15 | QUESTIONS BY MR. OVERHOLTZ: | | |
| 364 16 | Q.    Okay.  So if we go to the next | | |
| 364 17 | slide, which is RZ-111, that we'll mark as | | |
| 364 18 | Exhibit Number 62. | | |
| 364 19 | 3M, by July of 2009, was going | | |
| 364 20 | to have New Dynamics as the AbilityOne | | |
| 364 21 | business partner? | | |
| 364 22 | Did you have that | | |
| 364 23 | understanding? | | |
| 364 24 | A.    Could you repeat that, please? | | |
| 364 25 | Q.    Sure. | | |
| 365 1 | 3M had decided that they wanted | | |
| 365 2 | to have New Dynamics as an AbilityOne | | |
| 365 3 | business partner back in 2009 for selling | | |
| 365 4 | earplugs. | | |
| 365 5 | Did you have that | | |
| 365 6 | understanding? | | |
| 365 7 | A.    At that point in time I didn't | | |
| 365 8 | know the reasoning for looking at New | | |
| 365 9 | Dynamics, no. | | |
| 365 10 | Q.    Okay.  So if we look here under | | |
| 365 11 | status update, it says, "Goal is to have New | | |
| 365 12 | Dynamics as our AbilityOne business partner." | | |
| 365 13 | And then if we look at Item | | |

| | |
|---|---|
| 365 14 | Number 2, it says, "Protected AbilityOne |
| 365 15 | status gives New Dynamics a competitive |
| 365 16 | advantage to keep others out of this market |
| 365 17 | segment." |
| 365 18 | Do you see that? |
| 365 19 | A.   Oh, it's the second one.  Let |
| 365 20 | me read that, please. |
| 365 21 | I see that there. |
| 365 22 | Q.   It says, "So using New |
| 365 23 | Dynamics, an AbilityOne company, would give a |
| 365 24 | competitive advantage by keeping others out |
| 365 25 | of the market segment." |
| 366 1 | Do you see that? |
| 366 2 | A.   It says, "Protected AbilityOne |
| 366 3 | status gives New Dynamics a competitive |
| 366 4 | advantage to keep others out of this market |
| 366 5 | segment." |
| 366 6 | Q.   Okay.  And if we look at the |
| 366 7 | third bullet point it says, "Protected |
| 366 8 | AbilityOne status allows New Dynamics to sell |
| 366 9 | and distribute product through AbilityOne |
| 366 10 | military base stores, GSA, DLA, and other |
| 366 11 | agencies while shutting out competitors." |
| 366 12 | Do you see that? |
| 366 13 | A.   I do see that statement. |
| 366 14 | Q.   Now, did you become familiar |
| 366 15 | with what these AbilityOne companies like New |
| 366 16 | Dynamics were? |
| 366 17 | MS. DE PAULO:  Objection. |
| 366 18 | Form. |
| 366 19 | THE WITNESS:  Can you repeat |
| 366 20 | that? |
| 366 21 | QUESTIONS BY MR. OVERHOLTZ: |
| 366 22 | Q.   Did you become familiar with |
| 366 23 | these AbilityOne companies like New Dynamics, |
| 366 24 | now that you were going to be using New |
| 366 25 | Dynamics for final assembly of the Combat |
| 367 1 | Arms Earplugs as part of the outsource |
| 367 2 | contracting? |

| | | |
|---|---|---|
| 367 3    MS. DE PAULO:  Same objection. | | |
| 367 4    THE WITNESS:  Can you further | | |
| 367 5    clarify what you mean by "become | | |
| 367 6    familiar with"? | | |
| 367 7    QUESTIONS BY MR. OVERHOLTZ: | | |
| 367 8    Q.    Yeah. | | |
| 367 9    Did you understand what these | | |
| 367 10    companies did, what their -- what their role | | |
| 367 11    in the process would be and what advantages | | |
| 367 12    that would provide to 3M, Aearo, for selling | | |
| 367 13    these earplugs as part of the outsource | | |
| 367 14    manufacturing that you were managing? | | |
| 367 15    MS. DE PAULO:  Objection. | | |
| 367 16    Form. | | |
| 367 17    THE WITNESS:  As I stated, I | | |
| 367 18    knew that -- I understood it to be | | |
| 367 19    another channel for distribution to | | |
| 367 20    sell product.  That's all I knew about | | |
| 367 21    them. | | |
| 367:22 - 370:10   Zielinski 2020-06-22 | **Re: [367:22-370:10]** | **OVERRULED** |
| 367 22    (Zielinski Exhibit 63 marked | **Def Obj** 3M MDL No. 26; Relevance | |
| 367 23    for identification.) | (401, 402); Prejudice (403) | |
| 367 24    QUESTIONS BY MR. OVERHOLTZ: | | |
| 367 25    Q.    Okay.  We can look at | | |
| 368 1    slide 157, which is RZ-1006.  It's from | | |
| 368 2    October 2, 2008.  We'll mark this as Exhibit | | |
| 368 3    Number 63. | | |
| 368 4    This PowerPoint on page 6 says | | |
| 368 5    that "3M will sell components of the Combat | | |
| 368 6    Arms Earplugs and yellow Screws to New | | |
| 368 7    Dynamics.  ND will source packaging material | | |
| 368 8    and carrying case and assemble into retail | | |
| 368 9    pack.  Product will be cobranded under | | |
| 368 10    AbilityOne program." | | |
| 368 11    Do you see that? | | |
| 368 12    A.    Yes, I do. | | |
| 368 13    Q.    Now, when it came to assembling | | |
| 368 14    these Combat Arms by New Dynamics, was it | | |
| 368 15    your understanding that TJR would put the | | |

368 16    plugs together almost completely, or
368 17    completely, and then ship them to New
368 18    Dynamics for packaging?
368 19    MS. DE PAULO:  Objection.
368 20    Form.
368 21    THE WITNESS:  My understanding
368 22    was that TJR would assemble and test
368 23    the product as they normally did and
368 24    ship that product in bulk to New
368 25    Dynamics, who would then package the
369 1     product for -- in the retail packs.
369 2     QUESTIONS BY MR. OVERHOLTZ:
369 3     Q.    So New Dynamics was in no way
369 4     responsible for the testing of these plugs on
369 5     the ARC machines like we talked about before,
369 6     right?
369 7     A.    That is correct, they were not.
369 8     Q.    And all of that fell to the
369 9     assembly processing done at TJR and then
369 10    Aearo Mexico; is that right?
369 11    MS. DE PAULO:  Objection.
369 12    Form.
369 13    THE WITNESS:  TJR assembled and
369 14    tested the products and shipped them
369 15    to New Dynamics for packaging.
369 16    QUESTIONS BY MR. OVERHOLTZ:
369 17    Q.    Did you have any interactions
369 18    with the people over at New Dynamics to
369 19    making sure that -- that whenever they got
369 20    these products from TJR that they had the
369 21    products they needed to package them for
369 22    Aearo's and 3M's sales?
369 23    A.    I had interactions with the
369 24    team at New Dynamics.
369 25    Q.    Did you talk to Mr. Pawlowski?
370 1     A.    Yes, that name sounds familiar.
370 2     Q.    Okay.  So if Mr. Pawlowski
370 3     testified that New Dynamics would assemble
370 4     these earplugs, that wouldn't have been true,

| | | |
|---|---|---|
| 370 5       right? | | |
| 370 6       MS. DE PAULO:  Objection. | | |
| 370 7       Form. | | |
| 370 8       THE WITNESS:  If they ever | | |
| 370 9       assembled those plugs, I was not aware | | |
| 370 10       of that. | | |
| 370:11 - 371:7   Zielinski 2020-06-22 | **Re: [370:11-371:7]**<br>**Def Obj** 3M MDL No. 26; Relevance<br>(401, 402); Prejudice (403) | **OVERRULED** |
| 370 11       QUESTIONS BY MR. OVERHOLTZ: | | |
| 370 12       Q.    If we can go to slide 163, this | | |
| 370 13       is RZ-1040, which is a May 24, 2011 e-mail | | |
| 370 14       chain between yourself and Sheila Goodson. | | |
| 370 15       Did you know Sheila Goodson? | | |
| 370 16       A.    Yes, I did. | | |
| 370 17       Q.    Okay.  And what was her | | |
| 370 18       responsibility? | | |
| 370 19       A.    She was a director of quality. | | |
| 370 20       Q.    Okay. | | |
| 370 21       A.    In that role. | | |
| 370 22       Q.    All right.  So if we look at | | |
| 370 23       this e-mail, she says, "Hi, Bob, I hope your | | |
| 370 24       week's going well.  My understanding is that | | |
| 370 25       all assembly for the blister pack earplugs | | |
| 371 1       will continue to be done in Mexico, and all | | |
| 371 2       New Dynamics will be doing is packaging." | | |
| 371 3       Do you see that? | | |
| 371 4       A.    Yes, I do. | | |
| 371 5       Q.    And that was your understanding | | |
| 371 6       as well, correct? | | |
| 371 7       A.    Yes, that's my understanding. | | |
| 371:8 - 371:11   Zielinski 2020-06-22 | **Re: [371:8-371:11]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **SUSTAINED** |
| 371 8       Q.    Okay.  So all of that testing | | |
| 371 9       that would need to be done with an ARC | | |
| 371 10       machine to ensure that the plugs were within | | |
| 371 11       spec of the ranges to provide hearing | | |

Zielinski 2020-06-22

117