# EXHIBIT 1

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-ESTES-11012 | DoD Touhy - Department of Army | Estes CS documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **SUSTAINED as to commendations, recommendations for commendations, and evaluations. Information on training remains pending.** |
| P-ESTES-11065 | L. Estes Family Photos | Estes CS Documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Not Previously Produced** | **OVERRULED in part; Plaintiffs are permitted to use either P-ESTES-11065 or P-ESTES-11069, but not both, as a demonstrative.** |
| P-ESTES-11066 | Spankovich IME Estes | Estes CS Documents | **Rule of Completeness; Incomplete Document or Unfairness; Email Missing Attachments in Produced Version** | **SUSTAINED** |
| P-ESTES-11068 | Packer IME Estes | Estes CS Documents | **Rule of Completeness; Incomplete Document or Unfairness; Hearsay (FRE 802); Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403)** | **SUSTAINED** |
| P-ESTES-11069 | Estes Picture; Swearing Oath | Estes CS Documents | **Late disclosure – disclosed after the parties' agreed to disclosure deadline** | **OVERRULED in part; Plaintiffs are permitted to use either P-ESTES-11065 or P-ESTES-11069, but not both, as a demonstrative.** |
| P-ESTES-11073 | Estes Picture; Shooting Range; Standing | Estes CS Documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402)** | **OVERRULED; Demonstrative only.** |

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-ESTES-11074 | Estes Picture; List of Gear | Estes CS Documents | **Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402)** | **SUSTAINED** |
| P-ESTES-11075 | Estes Picture; Tank Range | Estes CS Documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402)** | **OVERRULED; Demonstrative only.** |
| P-ESTES-11076 | Estes Picture 8; Plaintiff Produced (CAE2 in ears) | Estes CS Documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402)** | **SUSTAINED, but may be used introduced on rebuttal if appropriate.** |
| P-GEN-00018 | U.S. Patent No. 6,070,693 | 3M/Aearo/Cabot documents | **3M MIL #06: Previous Litigation/CID Report** | **OVERRULED** |
| P-GEN-00038 | Fw Thread re Knauer's Update to ARC Box Specification Range | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00044 | Development of a Procedure to Setup and Utilize ER-ARC and Determining QC Acceptance Range for the CA Plug (V1.2) | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-00052 | Saleem Email re European EN Retest | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **OVERRULED** |
| P-GEN-00055 | Request for Deviation | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00056 | Request for Deviation | 3M/Aearo/Cabot documents | **Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00057 | EARCal February Monthly Report | 3M/Aearo/Cabot documents | **3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00061 | Email from G. Grogan to S. Taylor re Nonlinear filters | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-00065 | Aearo Company Analytical Laboratory Report re Nonlinear Filter (4047-A) | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Translation or Technical issue; Subject to 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00066 | Request for Deviation | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00067 | Email from R. Knauer to A. Shaver re Waiver to Approve | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00073 | Request for Deviation | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00074 | Kieper Email re Diagnosing TJR ARC #3 Tester Box Issue | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-00078 | Aearo Memo re Action Plans to Address Quality Problems at TJR | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00079 | Klun Parent Email re TJR Trip Plan for Zielinski and Kieper | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00080 | TJR and EARCal ARC Box Measurements (Attachment) | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00081 | Kieper to EARCal and TJR re Comparing ARC Box Measurements | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00083 | Thread re Changing Calibration for TJR ARC Boxes | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-00084 | Zielinski and Berger re Delivery Update for Testers from Etymotic | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00088 | Aearo Marketing PPT - ''Protecting People, Products and Performance'' | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition** | **OVERRULED** |
| P-GEN-00090 | Knauer to Warren re Acoustical Impedence Testing During CAEv2 Product Assembly | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00091 | Peltor CAEv2 Blister Pack Card (Colored) | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **OVERRULED** |
| P-GEN-00092 | EARCAL CAEv2 Unsigned Attenuation Test Data (Closed - 213030) | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #22: Method B Testing and Test Panels; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-00093 | 213030 Test Report | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #22: Method B Testing and Test Panels** | **OVERRULED** |
| P-GEN-00099 | LaValle and Moses re Disputing Military NRR of ComTac | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **OVERRULED** |
| P-GEN-00101 | McNamara's Military Installation Priorities and Weekly Business Development Reports | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **OVERRULED** |
| P-GEN-00102 | Thread re "Biases" and "Every Legal Trick in the Book" for HPD Testing | 3M/Aearo/Cabot documents | **Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **OVERRULED** |
| P-GEN-00103 | Thread re Berger "Intense Pressure" to "Match Attenuation Values" | 3M/Aearo/Cabot documents | **Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #08: Fine on Cabot Safety Corporation** | **OVERRULED** |

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-00107 | 3M CAEv2 Brochure (Colored) | 3M/Aearo/Cabot documents | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00109 | Thread re Questionable Johnson Blast Study | 3M/Aearo/Cabot documents | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00122 | Berger to Madison re CAE Info for National Lab | 3M/Aearo/Cabot documents | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | WITHDRAWN 3/17/2021 |
| P-GEN-00126 | Myers Email re CAEv2 Put on Indefinite Hold (One Day After Depo) | 3M/Aearo/Cabot documents | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #16: 3M's Discontinuation/Lack of Recall | WITHDRAWN 3/17/2021 |
| P-GEN-00128 | 3M Thread re CAEv2 Not to Be Sold with Current Labelling | 3M/Aearo/Cabot documents | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #16: 3M's Discontinuation/Lack of Recall | Parties to confer and make redactions in accordance with the Court's MIL ruling. |
| P-GEN-00129 | 3M Thread re Cancelling and Disposing the CAEv2 Order | 3M/Aearo/Cabot documents | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #15: Fitting and Instruction Requirements to Plaintiffs | Parties to confer and make redactions in accordance with the Court's MIL ruling. |

## PLAINTIFFS' EXHIBITS

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-00131 | 3M List of CAEv1-4 REAT Tests | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #23: Product Specific Testing** | **WITHDRAWN 3/17/2021** |
| P-GEN-00132 | Brock Sales Company Instructions for Inserting the CAE | Party and non-party pleadings and discovery responses | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **OVERRULED** |
| P-GEN-00135 | | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403);** | **WITHDRAWN 3/17/2021** |
| P-GEN-00136 | Aearo Company Memorandum | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); ; 3M MIL #07: 3M's Financial Condition; 3M MIL #21: Removal of Flange-fold Fitting Tip** | **WITHDRAWN 3/17/2021** |
| P-GEN-00138 | | 3M/Aearo/Cabot documents | **Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Hearsay (FRE 802);** | **WITHDRAWN 3/17/2021** |
| P-GEN-00233 | ISL Study and Production of Nonlinear Perforated Earplugs | 3M/Aearo/Cabot documents | **Incomplete Document or Unfairness** | **WITHDRAWN 3/17/2021** |
| P-GEN-00250 | Dancer Emails to Berger re Developing CAEv2 Prototypes (Smaller Filter) for Military | 3M/Aearo/Cabot documents | **Hearsay (FRE 802); Hearsay w/in Hearsay (FRE 805);** | **WITHDRAWN 3/17/2021** |

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-00251 | Dancer Email re non linear plug | 3M/Aearo/Cabot documents | Hearsay (FRE 802); Hearsay w/in Hearsay (FRE 805); | WITHDRAWN 3/17/2021 |
| P-GEN-00254 | Dancer Response to Berger re Large UltraFit Concerns and ISL Testing | 3M/Aearo/Cabot documents | Hearsay (FRE 802); | WITHDRAWN 3/17/2021 |
| P-GEN-00280 | DoD Hearing Conservation Mtg Agenda with Garinther-ISL Notes | General Government Documents | Hearsay (FRE 802); Hearsay w/in Hearsay (FRE 805); | WITHDRAWN 3/17/2021 |
| P-GEN-00281 | DoD Hearing Conservation Mtg Agenda with Garinther-ISL Notes | General Government Documents | Unidentified Highlighting or Handwriting | WITHDRAWN 3/17/2021 |
| P-GEN-00300 | Dancer to Berger re Chance that Bilsom Nonlinear Earplugs Might Not Be Ordered | 3M/Aearo/Cabot documents | Hearsay (FRE 802); | WITHDRAWN 3/17/2021 |
| P-GEN-00320 | Shaver Meeting Notes re CAE Manufacture and Delivery | 3M/Aearo/Cabot documents | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | WITHDRAWN 3/17/2021 |
| P-GEN-00322 | Kieper to Knauer and Falco Memo re CAE ARMM Measurements of Production Filters | 3M/Aearo/Cabot documents | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | WITHDRAWN 3/17/2021 |

## PLAINTIFFS' EXHIBITS

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-00333 | Combat Arms Plugs memo | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00337 | Myers-Ohlin Exchange re Late Delivery Status for King's (Italy) and Ohlin's Orders | 3M/Aearo/Cabot documents | **Hearsay (FRE 802);** | **WITHDRAWN 3/17/2021** |
| P-GEN-00388 | EARCal CAEv2 Attenuation Measurements (Closed - 213015) | 3M/Aearo/Cabot documents | **Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Translation or Technical issue;** | **WITHDRAWN 3/17/2021** |
| P-GEN-00410 | Earlog 4: The Performance of Hearing Protectors in Industrial Noise Environments | 3M/Aearo/Cabot documents | **Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **WITHDRAWN 3/17/2021** |
| P-GEN-00495 | McLain Ltr to Moldex re Aearo's Position re NRR Testing (Multiple Re-testing Prohibited) | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **OVERRULED** |

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-00503 | Thread re Production Loss due to ARC Box Complications at TJR | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00509 | Thread re Requesting Replacement for Two Lost ARC Calibration Plugs | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00515 | Shaver Design Meeting Minutes re CAEv1 | 3M/Aearo/Cabot documents | **Relevance (FRE 401/402);** | **OVERRULED** |
| P-GEN-00520 | Grogan Email re CAE test equipment | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00545 | Myers and Gluckerman re NRR versus Method B | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **WITHDRAWN 3/17/2021** |
| P-GEN-00547 | Cimino to Berger re Advising Cimino Non-CAE NRR After 8 Subjects to Hit Target NRR | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #18: Aearo's Start/Stop of non-CAEv2 Tests** | **WITHDRAWN 3/17/2021** |

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-00548 | Berger to Cimino re Could Stop Testing Early if NRR Is Not the Same | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #18: Aearo's Start/Stop of non-CAEv2 Tests** | **WITHDRAWN 3/17/2021** |
| P-GEN-00633 | Aearo Memo re Bob Zielinski's Role and Responsibilities in Mexico Visit | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00647 | Zielinski to Kieper re Price and Lead Time for Additional ARC Box | 3M/Aearo/Cabot documents | **Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00648 | Liz to Power re Correct Lead Time for 650K CAE Pair Order | 3M/Aearo/Cabot documents | **Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-00855 | Thread re Troops Aren't Understanding Purpose or Mechanism of CAEv2 | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); ; 3M MIL #15: Fitting and Instruction Requirements to Plaintiffs** | **OVERRULED** |

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-00993 | Myers-Sidor Thread re CAEv2 Claims and Which End Is Which | 3M/Aearo/Cabot documents | **Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition** | **WITHDRAWN 3/17/2021** |
| P-GEN-00994 | Sidor-Myers Thread re CAEv2 Background and Potential IDIQ Contract | 3M/Aearo/Cabot documents | **Hearsay (FRE 802); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition** | **WITHDRAWN 3/17/2021** |
| P-GEN-01064 | Hamery, Dancer, Berger: "Amplitude-sensitive attenuating earplugs." Presenation (color) | 3M/Aearo/Cabot documents | **Hearsay (FRE 802)** | **WITHDRAWN 3/17/2021** |
| P-GEN-01159 | Berger & Hamery published impulse test with 2008 date | 3M/Aearo/Cabot documents | **Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Translation or Technical issue; Subject to 3M MIL #19: CAEv2's Contractual Compliance; REMOVED_Confidential Designations** | **WITHDRAWN 3/17/2021** |
| P-GEN-01542 | The Development of the Combat Arms Earplug, Version 1 through Version 4 (V2.2) | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-01563 | Hamery Email re Incurred Costs and Royalties per 3M Licensing Agreement | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **WITHDRAWN 3/17/2021** |
| P-GEN-01720 | Thread re Importance of Military Sales to 3M Hearing Protection | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition; 3M MIL #14: 3M's Alleged Monolopy** | **OVERRULED** |
| P-GEN-01869 | Email re CAE Trends-Opportunities and Threats DRAFT | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition** | **WITHDRAWN 3/17/2021** |
| P-GEN-02060 | 3M-ND Military Government and Hearing Protection Brochure (Colored) | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402)** | **WITHDRAWN 3/17/2021** |
| P-GEN-02370 | Berger email re EARCal Attenuation Test Templates and Measurements (Test IDs 213009, 213015, and 2130179) | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402)** | **WITHDRAWN 3/17/2021** |

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-02449 | Walczak re ARC boxes | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |
| P-GEN-02489 | Kieper Memo to Berger re E-A-R 07-25 CAE Update | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); ; 3M MIL #23: Product Specific Testing** | **WITHDRAWN 3/17/2021** |
| P-GEN-02537 | Army Hearing Program - Europe AER 40-501 | General Government Documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **SUSTAINED** |
| P-GEN-02544 | Fallon and Moses Text at 252pm | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); ; 3M MIL #15: Fitting and Instruction Requirements to Plaintiffs; 3M MIL #24: Assertions of Privilege** | **WITHDRAWN 3/17/2021; Parties to meet and confer on changing the privilege markings to redacted markings.** |
| P-GEN-02549 | Moses Text re Suggesting to send new instructions - Fallon | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); ; 3M MIL #15: Fitting and Instruction Requirements to Plaintiffs; 3M MIL #24: Assertions of Privilege** | **WITHDRAWN 3/17/2021; Parties to meet and confer on changing the privilege markings to redacted markings.** |

## PLAINTIFFS' EXHIBITS

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-02577 | U.S. Army Garrison Hawaii Article - ''Service Members Should File Claims about Faulty Combat Arms Earplugs with Private Counsel'' | General Government Documents | **Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Rule of Completeness; Incomplete Document or Unfairness; 3M MIL #06: Previous Litigation/CID Report; 3M MIL #10: Allege Injuries of Others** | **SUSTAINED as to Plaintiffs' case in chief; DEFERRED TO TRIAL with respect to use in rebuttal.** |
| P-GEN-02730 | Summary of Contributions and Recommendations to Appoint Elliot H. Berger to T6 Division/Staff Scientist | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition** | **WITHDRAWN 3/17/2021** |
| P-GEN-03096 | Aearo IN ISO 9001-2000 Signed Quality Plan | 3M/Aearo/Cabot documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #19: CAEv2's Contractual Compliance; 3M MIL #26: Manufacturing Quality Control/Arc Box** | **OVERRULED** |

## PLAINTIFFS' EXHIBITS

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-GEN-03128 | HRED Auditory Research Team CAEv2 Report and Survey Results | General Government Documents | **Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Rule of Completeness; Incomplete Document or Unfairness** | **WITHDRAWN 3/17/2021** |
| P-GEN-03134 | Study and Production of Nonlinear Perforated Earplugs | 3M/Aearo/Cabot documents | **Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **WITHDRAWN 3/17/2021** |
| P-HACKER-12179 | Photos of Hacker w/ CAEv2 | Hacker CS Documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #09: Character Evidence re 3M Military Service** | **OVERRULED** |
| P-HACKER-12192 | Photo - S. Hacker Retirement from Army in Blues with Family | Hacker CS Documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #09: Character Evidence re 3M Military Service; 3M MIL #17: Family Member Pain/Anguish** | **Pending; subject to the Court's ruling on MIL 17.** |
| P-KEEFER-13066 | Other - Updated Bates Range - Grinnell Pharmacy_Pharmacy_68_883279 Pharmacy Records | Keefer CS documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **OVERRULED subject to parties' meet and confer on first two pages.** |

**PLAINTIFFS' EXHIBITS**

| EHK Exhibit No. | Document Name | Document Category | FRE Objection | RULINGS |
|---|---|---|---|---|
| P-KEEFER-13100 | Department of the Army Pamphlet 40-501 Army Hearing Program | Keefer CS Documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **WITHDRAWN 3/17/2021** |
| P-KEEFER-13123 | Chart of Lewis Keefers Audiograms Chronological | Keefer CS documents | **Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **OVERRULED WITHOUT PREJUDICE** |
| P-KEEFER-13130 | General Note with Stephanie Waterman | Keefer CS Documents | **Incomplete Document or Unfairness; Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402)** | **Pending parties' meet and confer.** |
| P-KEEFER-13171 | Photo of Lewis Keefer at ball with child | Keefer CS Documents | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Discovery Violation** | **Pending parties' meet and confer.** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Estes-0017 | Party and non-party pleadings and discovery responses | Exhibit B Unfiled Case Census Form Initial Census Questions - Luke Estes | Foundation; FRE 401; FRE 402, FRE 403; FRE 802; MIL PS14 PE4 | **OVERRULED** |
| D-Estes-0018 | Party and non-party pleadings and discovery responses | Corrections to Initial Census Questions | Foundation; FRE 401; FRE 402, FRE 403; FRE 802; MIL PS14 PE4 | **OVERRULED** |
| D-Estes-0085 | Case Specific Documents \ Other Case-Specific Documents | Email from eBay to L. Estes re Sale confirmed: Williams Sound Pocketalker Ultra Pocket Talker Personal Amplifier Hearing Aid, dated 05/20/2019 | FRE 401; FRE 403; PE2 | **OVERRULED** |
| D-Estes-0088 | Case Specific Documents \ Other Case-Specific Documents | Email from eBay to L. Estes re Sale confirmed: Williams Sound Pocketalker Ultra Pocket Talker Personal Amplifier Hearing Aid, dated 08/01/2019 | FRE 401; FRE 403; PE2 | **OVERRULED** |
| D-Estes-0144 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Records: Hearing Test re Luke Estes | FRE 401, FRE 403; Incomplete Document | **OVERRULED** |
| D-Estes-0187 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: Outpatient Consult re Luke Estes, dated 01/10/2017 | FRE 401, FRE 403 | **WITHDRAWN 3/17/2021** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Estes-0196 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: Sleep Study Results re Luke Estes, dated 3/9/2017 | FRE 401; FRE 403; MIL PC1 | **SUSTAINED as to references to sex and erectile dysfunction; such references must be redacted.  Otherwise OVERRULED.** |
| D-Estes-0269 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: Martin ACH, Fort Benning, GA, AMH S08B Marne re Luke Estes, dated 04/12/2016 | MIL PC5, FRE 802 | **SUSTAINED as to "sexual excitement"; such references must be redacted.  Otherwise OVERRULED.** |
| D-Estes-0284 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical: DD Form 2795 re Self-Health Rating, dated 02/06/2014 | Incomplete document, foundation | **OVERRULED** |
| D-Estes-0358 | Case Specific Documents \ Other Employment Records | Luke E. Estes 2017 Tax Return | FRE 401; FRE 403 | **SUSTAINED as to any information beyond what is necessary to show income and earnings.  Otherwise OVERRULED.** |
| D-Estes-0359 | Case Specific Documents \ Other Employment Records | Luke E. Estes 2018 Tax Return | FRE 401; FRE 403 | **SUSTAINED as to any information beyond what is necessary to show income and earnings.  Otherwise OVERRULED.** |
| D-Estes-0368 | Party and non-party pleadings and discovery responses | 3M Census Form Declaration Page Declaration of Luke Estes dated 11/23/2019 | Foundation; FRE 401; FRE 402, FRE 403; FRE 802; MIL PS14 PE4 | **OVERRULED.  Defendants are directed to attach the declaration to the census form (D-ESTES-0017) as one exhibit.** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Estes-0502 | Case Specific Documents \ Other Case-Specific Documents | Facebook Messenger Messages from Luke Estes | FRE 401; FRE 403; FRE 802 | WITHDRAWN 3/17/2021 |
| D-Estes-0503 | Case Specific Documents \ Other Case-Specific Documents | Facebook Messenger Messages from Luke Estes | FRE 401; FRE 403; FRE 802 | WITHDRAWN 3/17/2021 |
| D-Estes-0506 | Case Specific Documents \ Other Case-Specific Documents | Facebook Messenger Messages from Luke Estes | FRE 401; FRE 403; FRE 802 | WITHDRAWN 3/17/2021 |
| D-Estes-0507 | Case Specific Documents \ Other Case-Specific Documents | Facebook Messenger Messages from Luke Estes | FRE 401; FRE 403; FRE 802 | WITHDRAWN 3/17/2021 |
| D-Estes-0508 | Case Specific Documents \ Other Case-Specific Documents | Facebook Messenger Messages from Luke Estes | FRE 401; FRE 403; FRE 802 | WITHDRAWN 3/17/2021 |
| D-Estes-0621 | Case Specific Documents \ Other Case-Specific Documents | Facebook Messenger Messages from Luke Estes | FRE 802 | WITHDRAWN 3/17/2021 |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Gen-0043 | General Government Documents | J. DeSpirito, M. Binseel, ARL Test Report_Modeling of Acoustic Pressure Waves in Level-Dependent Earplugs, Army Research Laboratory (2008) | FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-0187 | 3M/Aearo/Cabot Documents | Email from D. Ohlin to B. Myers re Combat Arms Earplugs, dated 8/25/2004 | Hearsay (FRE 802); MIL G3, G7 | **Under advisement** |
| D-Gen-0189 | 3M/Aearo/Cabot Documents | Email from D. Ohlin to B. Myers, T. McNamara, et al. re Combat Arms Earplug Wallet Card, dated 9/30/2004 | Hearsay (FRE 802); MIL G3, G7 | **WITHDRAWN 3/17/2021** |
| D-Gen-0264 | 3M/Aearo/Cabot Documents | Email from D. Ohlin to E. Berger, M. Stevens, et al., re Combat Earplug Feedback, dated 11/29/2004, with attachment. | Conjecture; FRE 403; FRE 802; FRE 805; MIL G5; MIL G6 | **WITHDRAWN 3/17/2021** |
| D-Gen-0272 | 3M/Aearo/Cabot Documents | Email from D. Ohlin to E. Berger, K. Gates, et al., re: Information on Combat Arms earplugs, dated 03/23/2005, with attachments. | Hearsay (FRE 802); MIL G3, G7 | **Under advisement** |
| D-Gen-0389 | 3M/Aearo/Cabot Documents | Letter from P. Hamery to Elliott Berger re test results for Impulse noise, dated 1/5/2000 | FRE 802 | **WITHDRAWN 3/17/2021** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Gen-0539 | General Government Documents | V. S. Bjorn, C. B. Albery et al., U.S. Navy Flight Deck Hearing Protection Use Trends: Survey Results, Meeting Proceedings RTO-MP-HFM-123, Paper 1. Paper presented at the New Directions for Improving Audio Effectiveness Neuilly-sur-Seine, France (2005) | FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-0545 | General Government Documents | Carter, A., Department of Defense Instruction 6055.12: Hearing Conservation Program (HCP), dated 12/03/2010 | FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-0565 | General Government Documents | Report: Army Hearing Program, ST 4-02.501, dated 02/01/2008 | FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-0628 | General Government Documents | Hobbs Air Force Study_Wideband Hearing, Intelligibility, and Sound Protection (WHISPr), dated October 2008 | FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-0749 | General Government Documents | Hearing Protector Evaluation Report, Schley REAT Testing, dated 06/18/2007 | Foundation; FRE 403; FRE 802; FRE 803(18) | **OVERRULED** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Gen-0802 | Scientific literature | Report: Assessment of Four Passive Hearing Protection Devices for Continuous Noise Attenuation, Impulsive Noise Insertion Loss, and Auditory Localization Performance. (USAARL Report No. 2015-01), R. Williams, J.R. Stefanson, et al., dated 11/17/2014. | FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-1020 | Case Specific Documents \ Other Case-Specific Documents | Fax from A. Dancer to D. Ohlin, dated 01/13/1997 | FRE 802; FRE 803(18); MIL G2, G12 | **WITHDRAWN 3/17/2021** |
| D-Gen-1091 | General Government Documents | Email from D. Ohlin to T. McNamara re NSN, dated 08/02/1999 | FRE 402; MIL G5 | **WITHDRAWN 3/17/2021** |
| D-Gen-1092 | General Government Documents | Email from D. Ohlin to alanizd@forscom.army.mil; carter@dugway-emh3.army.mil et al. re Combat Arms Earplug, dated 09/07/1999 | Argumentative; Hearsay (FRE 802); Incomplete Designation; MIL G5; MIL G7 | **WITHDRAWN 3/17/2021** |
| D-Gen-1095 | General Government Documents | Information Paper: The Combat Arms Earplug, D. Ohlin, dated 03/10/2000 | FRE 602; Hearsay (FRE 802); MIL G7, G5 | **SUSTAINED** |
| D-Gen-1099 | General Government Documents | Letter from D. Ohlin to J. Page re national stock number for Combat Arms Earplug, dated 05/18/1999. | FRE 403; MIL G5, G7, G3 | **WITHDRAWN 3/17/2021** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Gen-1102 | General Government Documents | Visual Information (VI) Work Order from D. Ohlin, Hearing Conservation Program to Visual Information re marketing purposes, dated 09/29/2004 | FRE 403; FRE 602; Hearsay (FRE 802); MIL G5, G7 | **WITHDRAWN 3/17/2021** |
| D-Gen-1105 | General Government Documents | "REAT test report of the yellow end of the Combat Arms earplugs by Paul Schley, labeled experiment number 1328" | FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-1122 | Scientific literature | Poster: Impulse Peak Insertion Loss for Hearing Protection Devices Tested with an Acoustic Shock Tube, Wi. Murphy, P. Graydon et al. | FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-1175 | General Government Documents | Email from D. Ohlin to D. Ohlin re Letter for Combat Arms earplug, dated 4/9/1999 | Hearsay (FRE 802); MIL G3, G7 | **Under advisement** |
| D-Gen-1223 | General Government Documents | Report: Modeling of Acoustic Pressure Waves in Level-Dependent Earplugs, J. DeSpirito and M. Binseel, dated 09/2008. | FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-1371 | Scientific literature | Presentation: Peak Reductions of Nonlinear Hearing Protection Devices, W. Murphy, NIOSH/NHCA | FRE 802; FRE 803(18) | **OVERRULED** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Gen-1497 | Scientific literature | R. McKinley, V. Bjorn, Passive Hearing Protection Systems and Their Performance, dated 10/28/2004 | FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-1653 | 3M/Aearo/Cabot Documents | Email from D. Ohlin to E. Berger, B. Myers re Combat Arms Earplugs, dated 9/20/2001 | Hearsay (FRE 802); MIL G3, G7 | **WITHDRAWN 3/17/2021** |
| D-Gen-1663 | 3M/Aearo/Cabot Documents | Email from D. Ohlin to B. Myers re Combat Arms Earplugs, dated 8/25/2004. Attachment: Mime.822 | Hearsay (FRE 802); MIL G3, G7 | **Under advisement** |
| D-Gen-1924 | General Government Documents | Combat Arms "Ultrafit" Earplugs, Prior Project-On Going | FRE 602; FRE 802 Hearsay | **Under advisement** |
| D-Hacker-0013 | Case Specific Documents \ Other Case-Specific Documents | Verification of Census Form re S. Hacker (Doc ID: 269979), dated 11/24/2019 | Foundation; FRE 401; FRE 402, FRE 403; FRE 802; MIL PS14 | **WITHDRAWN 3/17/2021** |
| D-Hacker-0014 | Case Specific Documents \ Other Case-Specific Documents | Unfiled Case Census Form re S. Hacker (Doc ID: 277242) | Foundation; FRE 401; FRE 402, FRE 403; FRE 802; MIL PS14 | **WITHDRAWN 3/17/2021** |
| D-Hacker-0133 | General Government Documents | Presentation: Hearing Loss Prevention, Melissa Leccese, dated 10/02/2009. | FRE 402, FRE 403, FRE 802 | **WITHDRAWN 3/17/2021** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Hacker-0134 | General Government Documents | Presentation: Hearing Conservation, Melissa Leccese, dated 10/02/2020. | FRE 402; FRE 403; FRE 802 | **WITHDRAWN 3/17/2021 subject to redactions of VA references (to extent there are any)** |
| D-Hacker-0136 | Case Specific Documents \ Other Case-Specific Documents | Text Message from S. Hacker to C. Bundage dated 08/05/2020. | FRE 402, FRE 802 | **DEFERRED TO TRIAL** |
| D-Hacker-0137 | Case Specific Documents \ Other Case-Specific Documents | Text message from S. Hacker to P. Bettis, dated 08/06/2020. | FRE 402, FRE 802 | **DEFERRED TO TRIAL** |
| D-Hacker-0239 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: 24 Sep 2014 at Evans ACH Ft Carson, CO, AMH F02C DFMC 3 by Wilson, William Robert, dated 9/24/2014 | MIL C8, FRE 402, FRE 403 | **WITHDRAWN 3/17/2021 subject to redactions in accordance with the Court's forthcoming ruling on Plaintiffs' MIL C8** |
| D-Hacker-0270 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: 28 Apr 2015 at WAMC, Clark Hearing Conservation by Reynolds, Sharon E, dated 4/28/2015 | MIL C8/PH5, FRE 402, FRE 403 | **WITHDRAWN 3/17/2021 subject to redactions in accordance with the Court's forthcoming ruling on Plaintiffs' MIL C8** |
| D-Hacker-0277 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record of Stephen A. Hacker, dated 12/9/2009 | MIL PH4, FRE 402, FRE 403 | **SUSTAINED** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Keefer-0077 | Case Specific Documents \ Other Case-Specific Documents | Medical: L. Keefer IME Data - Hearing Center dated 10/26/2020 | FRE 802 | SUSTAINED |
| D-Keefer-0078 | Party and non-party pleadings and discovery responses | Lewis Keefer Census Form Packet | Foundation; FRE 401; FRE 402, FRE 403; FRE 802; MIL PS14 | WITHDRAWN 3/17/2021 |
| D-Keefer-0094 | Case Specific Documents \ Other Case-Specific Documents | L. Keefer Instagram Post | FRE 402, FRE 403, FRE 602 | DEFERRED TO TRIAL |
| D-Keefer-0095 | Case Specific Documents \ Other Case-Specific Documents | L. Keefer Facebook Post | FRE 402 | WITHDRAWN |
| D-Keefer-0099 | Case Specific Documents \ Other Case-Specific Documents | Emily Keefer Decree of Dissolution of Marriage, dated 3/7/2018 | FRE 402, FRE 403, FRE 802, FRE 805, Foundation, Discovery Violation | DENIED AS MOOT |
| D-Keefer-0175 | Case Specific Documents \ Other Medical Records | Medical Records: Baseline Sleep Report re L. Keefer, Sleep Center Hawaii, dated 02/10/2015 | FRE 402, FRE 802, FRE 805 | DEFERRED TO TRIAL |
| D-Keefer-0181 | Case Specific Documents \ Other Medical Records | Medical Records: Mercy Hospital ADA re L. Keefer, dated 01/14/2020 | FRE 402 | WITHDRAWN 3/17/2021 |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Keefer-0190 | Case Specific Documents \ Other Medical Records | Medical Record: Occupational Health Services for Ace Hardware, St. Luke's Hospital re L. Keefer, dated 10/16/2001 | FRE 402, FRE 403, FRE 802, FRE 805 | **WITHDRAWN 3/17/2021** |
| D-Keefer-0208 | Case Specific Documents \ Other Medical Records | Medical Record: Norfolk Southern Railroad Company Pre-Employment Physical re L. Keefer, dated 01/07/2005 | FRE 402, FRE 802, FRE 805 | **WITHDRAWN 3/17/2021** |
| D-Keefer-0217 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: Tripler AMC, HI, AMH S02A, SB2B re L. Keefer, dated 03/05/2015 | MIL (Article 15) | **WITHDRAWN 3/17/2021** |
| D-Keefer-0231 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: Hearing Conservation, Martin ACH, Fort Benning, GA, Army Hearing Program re L. Keefer, dated 06/16/2009 | MIL C2, MIL C8, FRE 402 | **WITHDRAWN 3/17/2021** |
| D-Keefer-0235 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record of Lewis Keefer dated 2/11/2015 | MIL (C & P), MIL C8 | **SUSTAINED as to references to tobacco use; such references must be redacted. Otherwise OVERRULED.** |
| D-Keefer-0237 | Case Specific Documents \ Government Medical Records (VA and DOD) | Physical Profile of Lewis Keefer re Chronic Knee Pain, dated 9/28/2011 | MIL C2, FRE 402 | **SUSTAINED WITHOUT PREJUDICE** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Keefer-0251 | Case Specific Documents \ VA Disability Applications, Exams, and Determinations | Statement of Support of Claim for Service Connection for PTSD (Disability Application) of Lewis Keefer dated 7/12/2015. | MIL C1, MIL C3, MIL (Article 15) | **Pending, subject to the Court's rulings on MILs** |
| D-Keefer-0295 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: Lewis Keefer VA Medical Record Progress Notes dated 11/9/2016 | FRE 402, FRE 403, MIL (Article 15) | **WITHDRAWN 3/17/2021** |
| D-Keefer-0314 | Case Specific Documents \ Other Case-Specific Documents | Excerpt from L. Keefer Deposition (O'Brien Dep. Ex. 2) | FRE 402,FRE 403, MIL C8 | **DEFERRED TO TRIAL** |
| D-Keefer-0317 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Records: 03 Nov 2014 at Tripler AMC, HI, ZZSoldier Readiness Processing by Estaniqui, Susanna E. re Lewis Keefer | FRE 402, FRE 403, MIL (Article 15) | **WITHDRAWN 3/17/2021** |
| D-Keefer-0319 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Records: CPAP Clinic Consult Note re Lewis Keefer | FRE 402, FRE 403, MIL (Article 15) | **WITHDRAWN 3/17/2021** |
| D-Keefer-0098 | Case Specific Documents \ Other Case-Specific Documents | Emily Keefer Petition for Dissolution of Marriage, dated 10/13/2017 | FRE 402, FRE 403, FRE 802, FRE 805, Foundation, Discovery Violation | **DENIED AS MOOT** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Keefer-0107 | Case Specific Documents \ Other Case-Specific Documents | Photograph of L. Keefer | FRE 402, FRE 403, Discovery violation | **DEFERRED TO TRIAL** |
| D-Keefer-0108 | Case Specific Documents \ Other Case-Specific Documents | Photograph of L. Keefer | FRE 402, FRE 403, Discovery violation | **DEFERRED TO TRIAL** |
| D-Keefer-0109 | Case Specific Documents \ Other Case-Specific Documents | Photograph of L. Keefer | Discovery violation, Foundation | **DEFERRED TO TRIAL** |
| D-Keefer-0110 | Case Specific Documents \ Other Case-Specific Documents | Grand Lodge Masonic Membership Manager, Hobart #198, dated 1/31/2021 | FRE 402 | **DEFERRED TO TRIAL** |
| D-Keefer-0111 | Case Specific Documents \ Other Case-Specific Documents | Grand Lodge Masonic Membership Manager, Hobart #198, dated 10/28/2020 | FRE 402 | **DEFERRED TO TRIAL** |
| D-Keefer-0112 | Case Specific Documents \ Other Case-Specific Documents | The 2019 List of Oklahoma Lodges the "Blue Book" | FRE 402 | **DEFERRED TO TRIAL** |
| D-Keefer-0115 | Case Specific Documents \ Other Case-Specific Documents | Swanton Police Department Ohio Incident Report, dated 8/7/2000 | FRE 401, FRE 402, FRE 403 | **SUSTAINED** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Keefer-0124 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: Progress Notes re L. Keefer, dated 11/02/2016 | FRE 402, FRE 403, MIL (Article 15) | **WITHDRAWN** |
| D-Keefer-0129 | Case Specific Documents \ Other Medical Records | Medical Record: Workers' Compensation Court re L. Keefer dated 02/26/2020 | FRE 402 | **OVERRULED** |
| D-Keefer-0136 | Case Specific Documents \ Other Case-Specific Documents | Photo of Miilitary Earplug Carrying Case (E. Keefer Dep. Ex. 2) | FRE 402 | **WITHDRAWN** |
| D-Keefer-0157 | Case Specific Documents \ Other Employment Records | Sinor Educational Grant Program Application | FRE 402 | **WITHDRAWN** |
| D-Keefer-0171 | Case Specific Documents \ Other Employment Records | Norfolk Southern Railroad Company Employment Records | FRE 402, FRE 602, FRE 802, FRE 805 | **SUSTAINED** |
| D-Keefer-0180 | Case Specific Documents \ Other Employment Records | Employment Records: Employee Entrance Application, Hobart Fire Department re L. Keefer, dated 02/29/2016 | FRE 402, FRE 802, FRE 805 | **DEFERRED, subject to Court's ruling on MILs** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Keefer-0205 | Case Specific Documents \ Other Medical Records | Memo from L. Galutia re C. Giddens, Oklahoma Police Pension & Retirement System re Additional Information Requested for Physical-Medical Examination re L. Keefer, dated 09/04/2019 | FRE 402, FRE 403, MIL C1, MIL C3 | **DEFERRED, subject to Court's ruling on MILs** |
| D-Keefer-0219 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: Tripler AMC, HI, SB Hearing Conservation re L. Keefer, dated 10/10/2013 | MIL C5, FRE 802, FRE 805, FRE 602 | **WITHDRAWN 3/17/2021** |
| D-Keefer-0220 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: Tripler AMC, HI, Emergency Rm re L. Keefer, dated 06/16/2013 | FRE 402, Foundation | **SUSTAINED as to references to self harm; such references must be redacted. Otherwise OVERRULED.** |
| D-Keefer-0232 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: D.D. Eisenhower AMC Ft. Gordon GA, Connelly Health Clinic re L. Keefer, dated 04/16/2009 | MIL C2, MIL C8, FRE 402 | **WITHDRAWN 3/17/2021** |
| D-Keefer-0233 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: Martin ACH, Fort Benning, GA, CTMC Ambulatory Primary Clinic re L. Keefer, dated 12/09/2008 | MIL C2, MIL C8, FRE 402 | **SUSTAINED as to references to Naproxen; such references must be redacted. Otherwise OVERRULED.** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Keefer-0234 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record of Lewis Keefer dated 3/5/2008 | MIL C8, FRE 402 | **SUSTAINED as to references to Naproxen and alcohol; such references must be redacted.  Otherwise OVERRULED.** |
| D-Keefer-0236 | Case Specific Documents \ Government Medical Records (VA and DOD) | Physical Profile of Lewis Keefer re Chronic Bilateral Knee Pain dated 07/11/2014 | MIL C2, FRE 402 | **SUSTAINED WITHOUT PREJUDICE** |
| D-Keefer-0238 | Case Specific Documents \ Government Medical Records (VA and DOD) | Physical Profile of Lewis Keefer re Chronic Knee Pain, dated 10/26/2010 | MIL C2, FRE 402 | **SUSTAINED WITHOUT PREJUDICE** |
| D-Keefer-0243 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: DOD Medical Record Hearing Conservation of Lewis Keefer dated 8/20/2014 | MIL C5, FRE 802, FRE 805, FRE 602 | **WITHDRAWN 3/17/2021** |
| D-Keefer-0253 | Case Specific Documents \ VA Disability Applications, Exams, and Determinations | VA Application for Pension of Lewis Keefer dated 5/13/2015 | MIL C1, MIL C2, MIL C3 | **Pending, subject to the Court's rulings on MILs** |

**DEFENDANTS' EXHIBITS**

| Trial Exhibit No. | Category | Description | Objections | Rulings |
|---|---|---|---|---|
| D-Keefer-0287 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: Lewis Keefer Chronological Record of Medical Care dated 10/10/2017 | MIL C5, FRE 802, FRE 805, FRE 602 | **WITHDRAWN 3/17/2021** |
| D-Keefer-0292 | Case Specific Documents \ Government Medical Records (VA and DOD) | Medical Record: Lewis Keefer VA C&P Polysomnography Report 8/11/2015 | MIL C1, MIL C2, MIL C3 | **WITHDRAWN 3/17/2021** |
| D-Keefer-0338 | Case Specific Documents \ Other Employment Records | Hobart Fire Department Termination | FRE 402, FRE 802, FRE 805, Vague, Misstates | **SUSTAINED WITHOUT PREJUDICE** |