# EXHIBIT 1

# Douglas Moses 30(b)(6) 10.17.2019

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Rulings |
|---|---|---|
| 10:4 - 10:11   Douglas Moses 30(b)(6) 10.17.2019<br>　10 4　　Q.　Good morning, Mr. Moses.  My<br>　10 5　　name is Dave Buchanan.  I represent<br>　10 6　　plaintiffs in a litigation brought against<br>　10 7　　your employer, 3M, relating to a certain<br>　10 8　　product that you've been involved with for<br>　10 9　　many years, the Combat Arms.<br>　10 10　　You're aware of that?<br>　10 11　　A.　I am. | | |
| 10:18 - 10:22   Douglas Moses 30(b)(6) 10.17.2019<br>　10 18　　Q.　Do you understand, sir, that<br>　10 19　　you've been designated on behalf of your<br>　10 20　　employer to provide testimony binding on the<br>　10 21　　company?<br>　10 22　　A.　I do. | | |
| 10:23 - 11:1   Douglas Moses 30(b)(6) 10.17.2019<br>　10 23　　Q.　And you've been identified for<br>　10 24　　particular topics in connection with that<br>　10 25　　notice; that's your understanding?<br>　11 1　　A.　That's my understanding. | | |
| 18:9 - 18:16   Douglas Moses 30(b)(6) 10.17.2019<br>　18 9　　Q.　So, sir, with regard to these<br>　18 10　　topics, marketing, distribution and sales, I<br>　18 11　　understand who you are, at least, within the<br>　18 12　　framework of the company and a little bit<br>　18 13　　within the story as it relates to the Combat<br>　18 14　　Arms.<br>　18 15　　You're a marketing person?<br>　18 16　　A.　Yeah. | | |
| 38:10 - 39:2   Douglas Moses 30(b)(6) 10.17.2019<br>　38 10　　Q.　You have some familiarity with<br>　38 11　　the product; is that right, sir?<br>　38 12　　A.　I do.<br>　38 13　　Q.　Okay.  There is -- Combat Arms<br>　38 14　　is a brand.  There were civilian counterparts<br>　38 15　　to the Combat Arms, fair?<br>　38 16　　A.　Fair.<br>　38 17　　Q.　Okay.  They went by the name of | | |

| | | |
|---|---|---|
| 38 18 | Arc plugs?  That's one version, right? | |
| 38 19 | A.    Yes. | |
| 38 20 | Q.    There was the AO Safety | |
| 38 21 | indoor/outdoor range earplug? | |
| 38 22 | A.    I believe so. | |
| 38 23 | Q.    Okay.  Those are brands you | |
| 38 24 | know and are familiar with? | |
| 38 25 | A.    I know AO Safety -- | |
| 39 1 | Q.    Uh-huh. | |
| 39 2 | A.    -- and I know Combat Arms. | |

39:3 - 39:12    Douglas Moses 30(b)(6) 10.17.2019

| | | |
|---|---|---|
| 39 3 | Q.    Okay.  When did you start with | |
| 39 4 | the company? | |
| 39 5 | A.    March 1, 2005. | |
| 39 6 | Q.    And when you started with the | |
| 39 7 | company, the company was making the Combat | |
| 39 8 | Arms, the AO Safety indoor/outdoor range | |
| 39 9 | earplug and the Arc plugs, correct? | |
| 39 10 | A.    I believe so, from what I've | |
| 39 11 | found here.  I wasn't on this product line, | |
| 39 12 | so... | |

39:13 - 40:16    Douglas Moses 30(b)(6) 10.17.2019

| | | |
|---|---|---|
| 39 13 | Q.    Okay.  And the market segments | |
| 39 14 | for these plugs was anyone with a gun, right? | |
| 39 15 | A.    Could be as -- yes. | |
| 39 16 | Q.    Construction workers? | |
| 39 17 | A.    Yes, could be. | |
| 39 18 | Q.    Electrical workers? | |
| 39 19 | A.    Yes. | |
| 39 20 | Q.    I mean, there were consumer and | |
| 39 21 | commercial applications, fair? | |
| 39 22 | A.    There were. | |
| 39 23 | Q.    Industrial applications? | |
| 39 24 | A.    Yes. | |
| 39 25 | Q.    There were sporting | |
| 40 1 | applications? | |
| 40 2 | A.    Yes. | |
| 40 3 | Q.    When I say "sporting," I mean | |
| 40 4 | sportsmen, people who shoot or go on ranges? | |

| | | | |
|---|---|---|---|
| 40 5 | A.   Hunting and shooting. | | |
| 40 6 | Q.   Hunting and shooting, right? | | |
| 40 7 | A.   Yes. | | |
| 40 8 | Q.   And there were military market | | |
| 40 9 | segments, fair? | | |
| 40 10 | A.   Yes. | | |
| 40 11 | Q.   And the company over time | | |
| 40 12 | pursued all those segments, correct? | | |
| 40 13 | A.   It appears that they, yeah, hit | | |
| 40 14 | most of the ones you just mentioned, yes, to | | |
| 40 15 | some degree of success or... | | |
| 40 16 | Q.   Right. | | |
| 41:9 - 41:25 | Douglas Moses 30(b)(6) 10.17.2019 | | |
| 41 9 | Q.   Passing you, sir, what we've | | |
| 41 10 | marked as Exhibit 12 to your deposition. | | |
| 41 11 | What is that, sir? | | |
| 41 12 | A.   That appears to be the | | |
| 41 13 | version 2 of the Combat Arms Earplug. | | |
| 41 14 | Q.   Okay.  Double-ended? | | |
| 41 15 | A.   It has two eartips, yes. | | |
| 41 16 | Q.   Okay.  And when we see those | | |
| 41 17 | tips, we see the darker end, or the olive | | |
| 41 18 | end, that would be for continuous protection, | | |
| 41 19 | from the company's marketing claims, correct? | | |
| 41 20 | A.   Correct. | | |
| 41 21 | Q.   And the yellow end would be, | | |
| 41 22 | quote, the open end, and that was for impulse | | |
| 41 23 | or weapons firing or on the range, right? | | |
| 41 24 | A.   Yes, that would be impulse | | |
| 41 25 | protection. | | |
| 42:1 - 42:4 | Douglas Moses 30(b)(6) 10.17.2019 | Re: [42:1-42:4] | SUSTAINED |
| 42 1 | Q.   Okay.  Let's go to -- | Pltf Obj non responsive | |
| 42 2 | A.   But importantly, you can also | | |
| 42 3 | hear through this when the gunfire isn't | | |
| 42 4 | happening. | | |
| 51:5 - 51:24 | Douglas Moses 30(b)(6) 10.17.2019 | | |
| 51 5 | The earplugs, let's just focus | | |
| 51 6 | on the earplugs themselves.  If you talk | | |
| 51 7 | about the Arc plugs, if you talk about the | | |

51 8      AO Safety indoor/outdoor range plugs, or we
51 9      talk about the Combat Arms version 2, are the
51 10     plugs themselves feature identical?
51 11     A.    I think that's fair.
51 12     Q.    There is a distinction,
51 13     obviously, in the Arc plugs in that they are
51 14     red on the tips rather than olive or black?
51 15     A.    Yes.
51 16     Q.    Correct?
51 17     A.    Yes.
51 18     Q.    But in terms of a continuous
51 19     protection end, all three sets of plugs have
51 20     a continuous protection end, correct?
51 21     A.    That's my understanding.
51 22     Q.    And feature identical from your
51 23     perspective, correct?
51 24     A.    I think that's fair.

56:3 - 56:18   Douglas Moses 30(b)(6) 10.17.2019
56 3      The company had a product that
56 4      it sold through its military channel, right?
56 5      A.    It did.
56 6      Q.    Combat Arms version.  Focus on
56 7      the version 2 design for the moment.
56 8      That was principally marketed
56 9      through the military channel; is that your
56 10     testimony?
56 11     A.    It was, but there was some
56 12     evidence early on that said that it was -- it
56 13     didn't really -- we utilized some of the same
56 14     salespeople as our industrial or some of our
56 15     same staff members, so I'm not sure how it
56 16     was marketed in the very, very beginning.  I
56 17     know that it evolved to be very focused on
56 18     military.

109:10 - 109:13   Douglas Moses 30(b)(6) 10.17.2019
109 10    When did you start at the
109 11    company?
109 12    A.    I started at the company
109 13    March 1, 2005.

109:17 - 109:21   Douglas Moses 30(b)(6) 10.17.2019

| 109 17 | In mid-2005, do you recall the |
| 109 18 | company refocusing and seeking to leverage |
| 109 19 | the CAE to expand its military sales? |
| 109 20 | A.   I became involved with the |
| 109 21 | Combat Arms in the fall of 2006. |

110:20 - 111:1   Douglas Moses 30(b)(6) 10.17.2019

| 110 20 | From this same time frame, |
| 110 21 | August of 2005, it's true, isn't it, sir, |
| 110 22 | that the company was seeking to leverage the |
| 110 23 | Combat Arms to extend its presence and sales |
| 110 24 | in the military, true? |
| 110 25 | A.   I think we were trying to sell |
| 111 1 | more of it. |

111:2 - 111:16   Douglas Moses 30(b)(6) 10.17.2019

**Re: [111:2-111:16]**

**Def Obj** Argumentative, Vague (403, 611); Foundation (602)

**OVERRULED**

| 111 2 | Q.   Well, not only sell more Combat |
| 111 3 | Arms, but you were going to leverage the |
| 111 4 | brand to try and extend your foot -- |
| 111 5 | A.   The brand Combat Arms? |
| 111 6 | Q.    -- to extend your footprint |
| 111 7 | into the military, true? |
| 111 8 | MR. MORRISS:  Object to the |
| 111 9 | form. |
| 111 10 | THE WITNESS:  I don't -- if |
| 111 11 | you're talking about the brand Combat |
| 111 12 | Arms Earplugs, I don't know about |
| 111 13 | that -- the strategy behind extending |
| 111 14 | the brand -- the brand itself, Combat |
| 111 15 | Arms, and to utilize it into the |
| 111 16 | military. |

111:17 - 111:24   Douglas Moses 30(b)(6) 10.17.2019

| 111 17 | QUESTIONS BY MR. BUCHANAN: |
| 111 18 | Q.   Not by brand name, sir, but |
| 111 19 | extend, if you will, the toehold you had with |
| 111 20 | Combat Arms into a broader sales strategy for |
| 111 21 | the military. |
| 111 22 | You recall that right, sir? |
| 111 23 | A.   I recall that we were -- yes, |
| 111 24 | in general. |

| | | |
|---|---|---|
| 112:2 - 112:7 | Douglas Moses 30(b)(6) 10.17.2019 | |
| 112 2 | Q.    Okay.  Passing you Exhibit 19. | |
| 112 3 | And we've got these cover pages | |
| 112 4 | on here because they were produced to us in | |
| 112 5 | litigation in the native format, which means | |
| 112 6 | is Excel or Word document or PowerPoint.  So | |
| 112 7 | you can ignore the first page, sir. | |

112:8 - 113:11   Douglas Moses 30(b)(6) 10.17.2019
112 8      For the record, what I've
112 9      passed you is exhibit -- as Exhibit 19, our
112 10      internal numbering for that is P469, for
112 11      those following along later.
112 12      Let's go on to 469.3 at the
112 13      bottom.  We see a description of the 2005
112 14      Business Analysis - Passive Hearing.  There's
112 15      that heading at the top.
112 16      Do you see that?
112 17      A.    I do.
112 18      Q.    Okay.  Then it kind of breaks
112 19      down the various components of the passive
112 20      hearing market.
112 21      Do you see that?
112 22      A.    Yes, I see a number of headings
112 23      below that.
112 24      Q.    Yeah, disposable foam, push-in
112 25      foam, reusable earplugs, all that stuff,
113 1      right?
113 2      A.    I do.
113 3      Q.    Okay.  Then you see Military
113 4      Channel at the bottom?
113 5      A.    I do.
113 6      Q.    It says, "Military is primary
113 7      driver of market growth.  Substantial
113 8      opportunity exists to further penetrate this
113 9      channel with new products."
113 10      Did I read that correctly?
113 11      A.    Yes, you read that correctly.

| | | |
|---|---|---|
| 113:12 - 113:13   Douglas Moses 30(b)(6) 10.17.2019 | | |
| 113 12      Q.    Okay.  Taking you forward to | | |
| 113 13      469.5, it's two pages down -- | | |
| 113:21 - 114:4   Douglas Moses 30(b)(6) 10.17.2019 | | |
| 113 21      Q.    Okay.  Then towards the bottom | | |
| 113 22      there it says "Combat Arms." | | |
| 113 23      Do you see that? | | |
| 113 24      A.    I do. | | |
| 113 25      Q.    I think your finger is already | | |
| 114 1      on it.  Good. | | |
| 114 2      Have you seen this document | | |
| 114 3      before? | | |
| 114 4      A.    I've reviewed this document. | | |
| 114:5 - 114:10   Douglas Moses 30(b)(6) 10.17.2019 | **Re: [114:5-114:10]** | **SUSTAINED as to "Good.  No** |
| 114 5      Q.    Okay.  All right.  Good.  No | **Def Obj** Relevance (401, 402) | **surprise for you today."** |
| 114 6      surprises for you today, it seems. | | |
| 114 7      "Combat Arms sales exploded in | | **OVERRULED in all other respects.** |
| 114 8      2005, more than quadrupling 2004." | | |
| 114 9      Is that right? | | |
| 114 10      A.    That's what it says right here. | | |
| 114:11 - 114:23   Douglas Moses 30(b)(6) 10.17.2019 | | |
| 114 11      Q.    That's what happened, right? | | |
| 114 12      A.    The sales data from that -- | | |
| 114 13      from the previous exhibit suggests that as | | |
| 114 14      well. | | |
| 114 15      Q.    All right.  It says, "Fiscal | | |
| 114 16      year 2005 sales should be at or above | | |
| 114 17      4.5 million." | | |
| 114 18      Right? | | |
| 114 19      A.    Yes. | | |
| 114 20      Q.    Okay.  And looking forward, | | |
| 114 21      2005 business analysis summary, next page, | | |
| 114 22      sir. | | |
| 114 23      Major Innovations? | | |
| 115:3 - 115:5   Douglas Moses 30(b)(6) 10.17.2019 | | |
| 115 3      Q.    2005 Business Analysis Summary. | | |
| 115 4      Do you see that? | | |
| 115 5      A.    I do. | | |

| | | | |
|---|---|---|---|
| 115:6 - 115:7   Douglas Moses 30(b)(6) 10.17.2019 | | Re: [115:6-115:7] | **OVERRULED** |
| 115 6 | Q.   Major Innovations.  And you've | Def Obj Relevance (401, 402) | |
| 115 7 | got your finger right where I'm going. | | |

115:14 - 116:20   Douglas Moses 30(b)(6) 10.17.2019

| | |
|---|---|
| 115 14 | Q.   Okay.  "Extend presence in the |
| 115 15 | military, leveraging the Combat Arms Earplug |
| 115 16 | platform." |
| 115 17 | Do you see that, sir? |
| 115 18 | A.   I do. |
| 115 19 | Q.   Does that sound like what we |
| 115 20 | were talking about a few minutes ago, about |
| 115 21 | leveraging the Combat Arms platform? |
| 115 22 | A.   Yes.  In this context, yes. |
| 115 23 | Q.   Right. |
| 115 24 | And in fact, that's what |
| 115 25 | you-all did, right? |
| 116 1 | That was the strategy in 2005, |
| 116 2 | and that's what the company in fact did, |
| 116 3 | right? |
| 116 4 | A.   This was our strategy, and we |
| 116 5 | did then create the Arc plug and extend it. |
| 116 6 | Q.   Oh, no.  I'm talking about in |
| 116 7 | the military, sir. |
| 116 8 | A.   Oh, I'm sorry.  Okay. |
| 116 9 | Q.   Right? |
| 116 10 | A.   Yes.  We -- |
| 116 11 | Q.   This is talking about extending |
| 116 12 | your presence in the military, "leveraging |
| 116 13 | the Combat Arms Earplug platform." |
| 116 14 | Did I read that correctly? |
| 116 15 | A.   You did. |
| 116 16 | Q.   And it says "extend the |
| 116 17 | presence" where, sir? |
| 116 18 | Extend your presence in what? |
| 116 19 | A.   I'm sorry, in the military, |
| 116 20 | yes. |

| | | | |
|---|---|---|---|
| 116:21 - 116:24   Douglas Moses 30(b)(6) 10.17.2019 | | Re: [116:21-116:24] | **SUSTAINED** |
| 116 21 | Q.   Thank you. | Def Obj Relevance (401, 402) | |
| 116 22 | A.   Yes. | | |

| | |
|---|---|
| 116 23    Q.    Okay. | |
| 116 24    A.    I understand. | |

**116:25 - 117:7    Douglas Moses 30(b)(6) 10.17.2019**

116 25    Q.    And that's what you said in
117 1    2005, and that's what you started to do,
117 2    right?
117 3    A.    Yes.
117 4    Q.    And if we go forward to 2006,
117 5    you actually organized a strategic business
117 6    unit.
117 7    Do I have that right?

**117:13 - 117:23    Douglas Moses 30(b)(6) 10.17.2019**

117 13    THE WITNESS:  I don't recall
117 14    the term "strategic business unit,"
117 15    but there was a group that was used
117 16    and dedicated to focus towards
117 17    military sales opportunities.
117 18    QUESTIONS BY MR. BUCHANAN:
117 19    Q.    Right.
117 20    And formed.  Formed, right?
117 21    A.    Yes.
117 22    Q.    Within Aearo?
117 23    A.    Yes.

**119:18 - 120:11    Douglas Moses 30(b)(6) 10.17.2019**          **Re: [119:18-120:11]**          **OVERRULED**

119 18    Q.    Sir, when did 3M buy Aearo?          **Def Obj** Scope; 3M MIL No. 7
119 19    MR. MORRISS:  You can answer,
119 20    if you know.
119 21    THE WITNESS:  I believe the
119 22    close date was April 1, 2008.
119 23    QUESTIONS BY MR. BUCHANAN:
119 24    Q.    And the deal was, I think,
119 25    announced in 2007; is that right?
120 1    MR. MORRISS:  Same objection.
120 2    Outside the scope.
120 3    QUESTIONS BY MR. BUCHANAN:
120 4    Q.    Did you know that?
120 5    MR. MORRISS:  But you can
120 6    answer, if you know it.
120 7    THE WITNESS:  I recall it was

| | | |
|---|---|---|
| 120 8 | in that fall time frame. | |
| 120 9 | QUESTIONS BY MR. BUCHANAN: | |
| 120 10 | Q.   Fall of 2007? | |
| 120 11 | A.   Yes. | |

| 121:7 - 121:18   Douglas Moses 30(b)(6) 10.17.2019 | **Re: [121:7-121:18]** | **OVERRULED** |
|---|---|---|
| 121 7 | Q.   I'm asking as a factual matter. | **Def Obj** Asked (611, 403) | |
| 121 8 | In 2006, the company forms a | |
| 121 9 | North American military strategic business | |
| 121 10 | unit, correct? | |
| 121 11 | MR. MORRISS:  Asked and | |
| 121 12 | answered. | |
| 121 13 | Go ahead. | |
| 121 14 | THE WITNESS:  I recall that | |
| 121 15 | sometime in the October/November time | |
| 121 16 | frame, that that was a time when we | |
| 121 17 | pulled people from other areas onto a | |
| 121 18 | team. | |

| 121:19 - 122:1   Douglas Moses 30(b)(6) 10.17.2019 | | |
|---|---|---|
| 121 19 | QUESTIONS BY MR. BUCHANAN: | |
| 121 20 | Q.   Right. | |
| 121 21 | Because, I mean, as we looked | |
| 121 22 | in, what, August of 2005, I mean, this was | |
| 121 23 | going to be, frankly, a way to grow the | |
| 121 24 | business, right?  Leveraging Combat Arms? | |
| 121 25 | A.   It was one of the ways, yes. | |
| 122 1 | Q.   Yeah. | |

| 122:22 - 122:24   Douglas Moses 30(b)(6) 10.17.2019 | | |
|---|---|---|
| 122 22 | Q.   So if you could look at | |
| 122 23 | Exhibit 20. | |
| 122 24 | A.   Okay. | |

| 124:7 - 124:8   Douglas Moses 30(b)(6) 10.17.2019 | | |
|---|---|---|
| 124 7 | Q.   Okay.  I'm going to go to the | |
| 124 8 | next page then. | |

| 124:9 - 126:6   Douglas Moses 30(b)(6) 10.17.2019 | | |
|---|---|---|
| 124 9 | All right.  "North American | |
| 124 10 | Military Strategic Business Unit Formed; | |
| 124 11 | North American Peltor Communications | |
| 124 12 | Restructured." | |
| 124 13 | Do you see that, sir? | |

124 14    A.    I do.
124 15    Q.    Okay.  And so it talks about
124 16    the creation of a new strategic business
124 17    unit.
124 18    Do you see that on the first
124 19    line?
124 20    A.    I do.
124 21    Q.    Created in the North American
124 22    industrial business, right?
124 23    A.    Yes.
124 24    Q.    "To provide focused resources
124 25    and effort against the rapidly growing
125 1    military," and then it also says "and law
125 2    enforcement channels."
125 3    Right?
125 4    A.    It does.
125 5    Q.    Okay.  So this military
125 6    strategic business unit, that was designed to
125 7    service both the military and the law
125 8    enforcement channels.
125 9    Do I have that right?
125 10    A.    It appears so, yeah.
125 11    Q.    Okay.  It says, "The new
125 12    military SBU" --
125 13    That's just an acronym for
125 14    strategic business unit; is that right?
125 15    A.    Yes.
125 16    Q.    Okay.
125 17    -- "will manage all Aearo
125 18    products sold into the military and law
125 19    enforcement segments, including the Peltor
125 20    ComTac headsets, E-A-R Combat Arms Earplugs
125 21    and Peltor eyewear."
125 22    Did I read that correctly?
125 23    A.    Yes.
125 24    Q.    Okay.  So under the military
125 25    SBU, with a target towards the military and
126 1    law enforcement, was going to be a focus on
126 2    these various product lines, right?

126 3      A.    It includes those, yes.
126 4      Q.    Okay.  Encompassed within would
126 5      be E-A-R Combat Arms Earplugs, right?
126 6      A.    Yes.

137:16 - 137:22   Douglas Moses 30(b)(6) 10.17.2019
137 16     Q.    Okay.  All right.  And within
137 17     that structure for the military strategic
137 18     business unit were you, right?
137 19     A.    Yes.
137 20     Q.    And you're tagged with the
137 21     marketing function, right?
137 22     A.    Yes.

139:6 - 139:20    Douglas Moses 30(b)(6) 10.17.2019
139 6      Q.    Okay.  And as the company
139 7      structured the unit, as the president of
139 8      North American safety products structured the
139 9      unit, you were to lead marketing, correct?
139 10     A.    Yes, again, with that comment
139 11     that I made a moment ago.
139 12     Q.    And Tom Lavalle was to lead new
139 13     business development, correct?
139 14     A.    Yes.
139 15     Q.    Okay.  And we see that if we
139 16     scroll forward in time a little bit, that in
139 17     fact you continued to work to leverage the
139 18     Combat Arms, to extend your presence in the
139 19     military, right?
139 20     A.    Yes.

144:11 - 144:19   Douglas Moses 30(b)(6) 10.17.2019
144 11     Q.    Okay.  And you were working in
144 12     this military strategic business unit even
144 13     after the 3M acquisition?
144 14     A.    Yes, for a period of time.
144 15     Q.    Right.
144 16     So Mr. Cimino continued to be
144 17     in charge of the strategic business unit to
144 18     extend and leverage the CAE platform?
144 19     A.    I believe so.

144:22 - 144:25   Douglas Moses 30(b)(6) 10.17.2019

| 144 22 | QUESTIONS BY MR. BUCHANAN: |
| 144 23 | Q.   Okay.  Let's look at |
| 144 24 | Exhibit 22, sir. |
| 144 25 | A.   Thank you. |

145:7 - 145:24   Douglas Moses 30(b)(6) 10.17.2019

| 145 7 | Q.   Exhibit 22, for the record, is |
| 145 8 | a document entitled "Aearo Strategic Planning |
| 145 9 | Session - Military."  Mike Cimino is listed |
| 145 10 | there. |
| 145 11 | It's got that 3M logo, right? |
| 145 12 | So we're now under the 3M umbrella? |
| 145 13 | A.   It appears so, yes. |
| 145 14 | Q.   For the record, the MDL Bates |
| 145 15 | number is 3M_MDL00048948. |
| 145 16 | And it looks like it's a |
| 145 17 | business matter you-all considered, the |
| 145 18 | military, to be quite an opportunity; would |
| 145 19 | that be fair? |
| 145 20 | A.   Certainly the military SBU did. |
| 145 21 | Q.   Yeah.  And obviously good for |
| 145 22 | the military SBU, good for 3M, right? |
| 145 23 | A.   Sure, our success would be good |
| 145 24 | for 3M. |

145:25 - 146:6   Douglas Moses 30(b)(6) 10.17.2019

| 145 25 | Q.   And that's what you were trying |
| 146 1 | to do, right?  You were trying to do well for |
| 146 2 | 3M, right? |
| 146 3 | MR. MORRISS:  Object to the |
| 146 4 | form. |
| 146 5 | THE WITNESS:  I was trying to |
| 146 6 | do the best I could, yes. |

**Re: [145:25-146:6]**
**Def Obj** Compound (611, 403)

**OVERRULED**

146:23 - 147:12   Douglas Moses 30(b)(6) 10.17.2019

| 146 23 | Q.   Okay.  I mean, military SBU had |
| 146 24 | a plan or a budget, right? |
| 146 25 | A.   I believe it had a budget.  It |
| 147 1 | could have been some of that rolled up from |
| 147 2 | other groups, but -- so I'm not sure. |
| 147 3 | Q.   And just as a business person, |

| | | |
|---|---|---|
| 147 4     sir, and I guess as a marketing person,<br>147 5     you're not really in the science and<br>147 6     technical side; you were on the business<br>147 7     side, right?<br>147 8     A.    Yeah, I was the marketer.<br>147 9     Q.    Okay.  And so what you're<br>147 10    trying to do is you're trying to sell more<br>147 11    and grow the business, right?<br>147 12    A.    Yes. | | |
| 147:13 - 147:20   Douglas Moses 30(b)(6) 10.17.2019<br>147 13    Q.    And that's -- 10,000 foot,<br>147 14    that's the marketing strategy, right?  Sell<br>147 15    more, make more, right?<br>147 16    MR. MORRISS:  Object to the<br>147 17    form.<br>147 18    THE WITNESS:  And keep our --<br>147 19    and make good products for our<br>147 20    customers. | **Re: [147:13-147:20]**<br>**Def Obj** Compound; Vague (611, 403);<br>Foundation (602) | **OVERRULED** |
| 147:21 - 147:24   Douglas Moses 30(b)(6) 10.17.2019<br>147 21    QUESTIONS BY MR. BUCHANAN:<br>147 22    Q.    Well, certainly.  We'd hope<br>147 23    that would always be true, right?<br>147 24    A.    Yes. | | |
| 150:12 - 151:15   Douglas Moses 30(b)(6) 10.17.2019<br>150 12    So this is a strategic planning<br>150 13    session, right?<br>150 14    A.    Yes.<br>150 15    Q.    Okay.  PowerPoint, kind of<br>150 16    wrapping up the collection of thoughts from<br>150 17    it, right?<br>150 18    A.    I don't know if this was<br>150 19    produced before or after.<br>150 20    Q.    I see.<br>150 21    Okay.  So we see the agenda at<br>150 22    the top, page 2, military strategic planning<br>150 23    agenda, vision, mission, big dream, right?<br>150 24    A.    Yes.<br>150 25    Q.    Okay.  And we looked,<br>151 1     obviously, about the organization of the | **Re: [150:12-151:15]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |

| | | |
|---|---|---|
| 151 2    strategic business unit in 2006.  Now you're | | |
| 151 3    going to seek to extend and leverage the | | |
| 151 4    Combat Arms. | | |
| 151 5    Do you recall that? | | |
| 151 6    A.    I recall that from that sheet | | |
| 151 7    you showed me. | | |
| 151 8    Q.    Into the military, right? | | |
| 151 9    A.    Yes. | | |
| 151 10    Q.    Leverage Combat Arms as a | | |
| 151 11    platform to expand military sales, fair? | | |
| 151 12    A.    That's fair. | | |
| 151 13    Q.    Okay.  And the dream was | | |
| 151 14    $150 million of consolidated 3M military | | |
| 151 15    business, correct? | | |
| 151:19 - 152:10    Douglas Moses 30(b)(6) 10.17.2019 | Re: [151:19-152:10]  **Def Obj** Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| 151 19    Q.    Well, do you remember that, | | |
| 151 20    sir? | | |
| 151 21    A.    I don't recall that, no. | | |
| 151 22    Q.    Okay.  Let's go to .7. | | |
| 151 23    A.    Thank you. | | |
| 151 24    Q.    We see the mission, the vision | | |
| 151 25    and the dream, right? | | |
| 152 1    A.    I do. | | |
| 152 2    Q.    Okay.  It says, "Stretch | | |
| 152 3    revenue goal, 2012, 2014, how we will have | | |
| 152 4    broadened our offering and reach." | | |
| 152 5    Do you see that? | | |
| 152 6    A.    I do. | | |
| 152 7    Q.    "$150 million consolidated 3M | | |
| 152 8    military business." | | |
| 152 9    Do you see that? | | |
| 152 10    A.    I do. | | |
| 155:6 - 155:11    Douglas Moses 30(b)(6) 10.17.2019 | Re: [155:6-155:11]  **Def Obj** Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| 155 6    Q.    Okay.  All right.  So moving | | |
| 155 7    forward here to .12, we see again a similar | | |
| 155 8    one of these slides, Mission, Vision and | | |
| 155 9    Dream. | | |
| 155 10    Do you see that?  The dream? | | |
| 155 11    A.    Right here. | | |

| | |
|---|---|
| 155:19 - 155:24    Douglas Moses 30(b)(6) 10.17.2019 | **Re: [155:19-155:24]**    **OVERRULED** |
| 155 19    Q.    "$150 million consolidated 3M | **Def Obj** Relevance (401, 402); |
| 155 20    military business, increasing market | Prejudice (403) |
| 155 21    penetration through broader program, captures | |
| 155 22    expanding breadth of product and A&A." | |
| 155 23    Did I read that correctly? | |
| 155 24    A.    Yes. | |
| 155:25 - 156:14    Douglas Moses 30(b)(6) 10.17.2019 | **Re: [155:25-156:14]**    **OVERRULED** |
| 155 25    Q.    And what you highlight, | **Def Obj** Misstates; Vague (611, 403); |
| 156 1    obviously, on -- further in here is at .14, | Relevance (401, 402); Prejudice (403) |
| 156 2    you see the DOD is spending more money, | |
| 156 3    right? | |
| 156 4    MR. MORRISS:  Object to the | |
| 156 5    form.  Page? | |
| 156 6    MR. BUCHANAN:  .14. | |
| 156 7    MR. MORRISS:  And what's the | |
| 156 8    question? | |
| 156 9    QUESTIONS BY MR. BUCHANAN: | |
| 156 10    Q.    Do you need me to repeat the | |
| 156 11    question? | |
| 156 12    A.    I believe you asked whether it | |
| 156 13    shows that the military is spending more | |
| 156 14    money. | |
| 156:15 - 156:18    Douglas Moses 30(b)(6) 10.17.2019 | **Re: [156:15-156:18]**    **OVERRULED** |
| 156 15    Q.    Yeah. | **Def Obj** Relevance (401, 402); |
| 156 16    A.    This is a -- it says, "USA | Prejudice (403) |
| 156 17    spending government site," so, yes, DOD | |
| 156 18    spending.  Yes. | |
| 156:19 - 157:7    Douglas Moses 30(b)(6) 10.17.2019 | **Re: [156:19-157:7]**    **OVERRULED** |
| 156 19    Q.    Right. | **Def Obj** Relevance (401, 402); |
| 156 20    "Significant spending by DOD as | Prejudice (403) |
| 156 21    war efforts continue." | |
| 156 22    Do you see that? | |
| 156 23    A.    Yes. | |
| 156 24    Q.    And you-all saw that as market | |
| 156 25    opportunity? | |
| 157 1    A.    I think so. | |
| 157 2    Q.    And also highlight that it was | |
| 157 3    continuing to cost more money to outfit | |

| | | |
|---|---|---|
| 157 4      soldiers.  Next page, .15?<br>157 5      A.    Yeah.  This compares World<br>157 6      War II, Vietnam, current operations and then<br>157 7      a future system. | | |
| 157:8 - 157:19   Douglas Moses 30(b)(6) 10.17.2019<br>157 8      Q.    Yeah, right.  I mean, I guess<br>157 9      looking forward you're looking at -- I mean,<br>157 10     I guess at the time of this in 2007, at least<br>157 11     that's the cite at the bottom, current<br>157 12     operations and equipment costs, you know,<br>157 13     $17,000 per soldier, and you're looking at<br>157 14     future system costs of 28,000 to $60,000,<br>157 15     right?<br>157 16     MR. MORRISS:  Object to the<br>157 17     form.  I don't know who "you" is.<br>157 18     THE WITNESS:  That's what's on<br>157 19     this slide, yes. | **Re: [157:8-157:19]**<br>**Def Obj** Vague (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| 157:20 - 158:2   Douglas Moses 30(b)(6) 10.17.2019<br>157 20     QUESTIONS BY MR. BUCHANAN:<br>157 21     Q.    And you-all, within the<br>157 22     strategic business meeting, saw this as<br>157 23     opportunity, right?<br>157 24     A.    I think there's -- we saw an<br>157 25     opportunity to continue to grow our business.<br>158 1      I can't speak to the accuracy of some of<br>158 2      these numbers, though. | **Re: [157:20-158:2]**<br>**Def Obj** Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| 158:3 - 158:14   Douglas Moses 30(b)(6) 10.17.2019<br>158 3      Q.    Okay.  And that dream grew,<br>158 4      right?<br>158 5      MR. MORRISS:  Object to the<br>158 6      form.<br>158 7      QUESTIONS BY MR. BUCHANAN:<br>158 8      Q.    From $150 million to even<br>158 9      bigger numbers, right?<br>158 10     MR. MORRISS:  Object to the<br>158 11     form.<br>158 12     THE WITNESS:  I don't know, but<br>158 13     it's possible that we had other<br>158 14     documents that showed growth numbers. | **Re: [158:3-158:14]**<br>**Def Obj** Vague; Compound (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | **OVERRULED** |

158:20 - 158:20   Douglas Moses 30(b)(6) 10.17.2019
  158 20     Q.   Passing you Exhibit 23, sir.

| 161:14 - 162:2   Douglas Moses 30(b)(6) 10.17.2019 | Re: [161:14-162:2] | OVERRULED |
|---|---|---|
| 161 14    All right, sir.  So kind of | **Def Obj** Relevance (401, 402); | |
| 161 15    moving forward in time here, we looked at | Prejudice (403) | |
| 161 16    those early business plans from 2005, 2006, | | |
| 161 17    the creation of the strategic business unit, | | |
| 161 18    expand and leverage the CAE. | | |
| 161 19    We see at this point kind of | | |
| 161 20    the company's focus and expansion into the | | |
| 161 21    military broadening, fair? | | |
| 161 22    MR. MORRISS:  Object to the | | |
| 161 23    form.  The preliminary. | | |
| 161 24    Go ahead. | | |
| 161 25    THE WITNESS:  The division was | | |
| 162 1    continuing to put together plans and | | |
| 162 2    grow.  I don't know about the company. | | |
| 162:3 - 162:16   Douglas Moses 30(b)(6) 10.17.2019 | Re: [162:3-162:16] | OVERRULED |
| 162 3    QUESTIONS BY MR. BUCHANAN: | **Def Obj** Relevance (401, 402); | |
| 162 4    Q.   Okay.  The division being the | Prejudice (403) | |
| 162 5    OH&ESD division, right? | | |
| 162 6    A.   Yes. | | |
| 162 7    Q.   Okay.  And that's what this | | |
| 162 8    PowerPoint's from, from Mr. Cimino, is the | | |
| 162 9    business manager for it, right? | | |
| 162 10    A.   It appears so, yes. | | |
| 162 11    Q.   Okay.  Let's kind of scroll | | |
| 162 12    forward.  If we go to .2, we see the "OH&ESD | | |
| 162 13    roadmap to growth, expand targeted markets, | | |
| 162 14    leveraging our entire portfolio." | | |
| 162 15    Did I read that correctly? | | |
| 162 16    A.   You did. | | |
| 162:23 - 163:11   Douglas Moses 30(b)(6) 10.17.2019 | Re: [162:23-163:11] | OVERRULED |
| 162 23    Q.   Actually, let's go back one | **Def Obj** Relevance (401, 402); | |
| 162 24    slide. | Prejudice (403) | |
| 162 25    It says, "US Business | | |
| 163 1    Overview - Presentation Outline."  It's | | |
| 163 2    talking about your US military market center | | |
| 163 3    team, current state assessment, market | | |

| | |
|---|---|
| 163 4      opportunity, competitive overview and | |
| 163 5      imperatives. | |
| 163 6      Do you see that? | |
| 163 7      A.    Strategic imperatives, 2010, | |
| 163 8      yes. | |
| 163 9      Q.    And then charting the course, | |
| 163 10      vision, and then it says what? | |
| 163 11      A.    Vision and big dream. | |

**163:12 - 163:24   Douglas Moses 30(b)(6) 10.17.2019**      **Re: [163:12-163:24]**      **OVERRULED**
**Def Obj** Relevance (401, 402);
Prejudice (403)

163 12      Q.    Big dream.  Okay.
163 13      Let's go to the next page.
163 14      Kind of looking at the landscape here as your
163 15      unit was sizing it up.  Or I should say as
163 16      the OH&ESD unit was sizing it up.
163 17      Mega trends and market dynamics
163 18      lead to what, sir?
163 19      MR. MORRISS:  Object to the
163 20      form.  Object to the preliminary
163 21      comments.
163 22      But go ahead.
163 23      THE WITNESS:  Growth
163 24      opportunities.

**164:2 - 164:12   Douglas Moses 30(b)(6) 10.17.2019**      **Re: [164:2-164:12]**      **OVERRULED**
**Def Obj** Misstates (611, 403);
Relevance (401, 402); Prejudice (403)

164 2      Q.    Okay.  And growth
164 3      opportunities, planet Earth at war, right?
164 4      A.    Yes.
164 5      Q.    Rising cost of the soldier
164 6      equipment and after-service injury benefits,
164 7      right?
164 8      Do you see that?
164 9      A.    Over here, yes.
164 10      Q.    Leading to driving sales of
164 11      existing portfolios, right?
164 12      A.    Yes, I'm reading that.

**164:13 - 164:19   Douglas Moses 30(b)(6) 10.17.2019**      **Re: [164:13-164:19]**      **OVERRULED**
**Def Obj** Relevance (401, 402);
Prejudice (403)

164 13      Q.    And what's the first one
164 14      listed, sir?
164 15      A.    Passive hearing.
164 16      Q.    Passive hearing.

| | | |
|---|---|---|
| 164 17    Is that something that the<br>164 18    Combat Arms would be in the portfolio of?<br>164 19    A.    Yes. | | |
| 164:20 - 165:2    Douglas Moses 30(b)(6) 10.17.2019<br>164 20    Q.    Passive hearing meaning that it<br>164 21    doesn't have batteries?<br>164 22    A.    Yes, generically.<br>164 23    Q.    Okay.  I think you told us<br>164 24    earlier the lines were drawn, essentially,<br>164 25    active hearing was something with batteries<br>165 1    and passive was without?<br>165 2    A.    Yes. | Re: [164:20-165:2]<br>Pltf Obj 3M Counters | |
| 165:3 - 165:7    Douglas Moses 30(b)(6) 10.17.2019<br>165 3    Q.    Okay.  All right.  So when you<br>165 4    think passive hearing, that certainly<br>165 5    encompasses the Combat Arms, right?<br>165 6    A.    It would have fallen in this<br>165 7    bucket. | Re: [165:3-165:7]<br>Pltf Obj 3M Counters | |
| 166:23 - 167:4    Douglas Moses 30(b)(6) 10.17.2019<br>166 23    Q.    Okay.  And then one of the ways<br>166 24    you're going to pursue new programs is, what,<br>166 25    to seed products and technologies into<br>167 1    requirements?<br>167 2    Do I have that right?<br>167 3    A.    That's -- yes, that's what it<br>167 4    says. | | |
| 167:24 - 168:5    Douglas Moses 30(b)(6) 10.17.2019<br>167 24    And so among the imperatives<br>167 25    for success is to seed products and<br>168 1    technologies into requirements, government<br>168 2    requirements, right?<br>168 3    MR. MORRISS:  Object to the<br>168 4    form.<br>168 5    THE WITNESS:  Yes. | Re: [167:24-168:5]<br>Def Obj Asked (611, 403) | OVERRULED |
| 168:6 - 168:6    Douglas Moses 30(b)(6) 10.17.2019<br>168 6    QUESTIONS BY MR. BUCHANAN: | | |
| 168:7 - 168:12    Douglas Moses 30(b)(6) 10.17.2019<br>168 7    Q.    Okay.  Let's go to .24.  And<br>168 8    this is the -- charting the course, I guess, | Re: [168:7-168:12]<br>Def Obj Relevance (401, 402);<br>Prejudice (403) | OVERRULED |

| | | |
|---|---|---|
| 168 9    is the slide we saw earlier, more of an<br>168 10    agenda.<br>168 11    But now we're at the vision of<br>168 12    the big dream. | | |
| 168:19 - 168:22   Douglas Moses 30(b)(6) 10.17.2019<br>168 19    Q.   It says, "Charting the course.<br>168 20    We've got the vision and the big dream."<br>168 21    Do you see that?<br>168 22    A.   I do. | **Re: [168:19-168:22]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |
| 169:11 - 169:13   Douglas Moses 30(b)(6) 10.17.2019<br>169 11    Q.   Do you recall that?<br>169 12    Go to the next page, please,<br>169 13    sir. It lists our vision. | **Re: [169:11-169:13]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |
| 169:19 - 169:24   Douglas Moses 30(b)(6) 10.17.2019<br>169 19    Q.   It says, "Our Vision," right?<br>169 20    A.   It does.<br>169 21    Q.   It reads, "Chosen provider of<br>169 22    personal protective gear to combat forces and<br>169 23    support personnel," right?<br>169 24    A.   It says that. | **Re: [169:19-169:24]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |
| 169:25 - 170:6   Douglas Moses 30(b)(6) 10.17.2019<br>169 25    Q.   Okay. And that's your<br>170 1    $500 million dream, right?<br>170 2    MR. MORRISS: Object to the<br>170 3    form.<br>170 4    THE WITNESS: I haven't looked<br>170 5    at this. Is that what the number is<br>170 6    in here? | **Re: [169:25-170:6]**<br>**Def Obj** Misstates; Argumentative;<br>Vague (611, 403); Foundation (602);<br>Relevance (401, 402); Prejudice (403) | **OVERRULED** |
| 170:7 - 170:7   Douglas Moses 30(b)(6) 10.17.2019<br>170 7    QUESTIONS BY MR. BUCHANAN: | | |
| 170:8 - 170:12   Douglas Moses 30(b)(6) 10.17.2019<br>170 8    Q.   What's the next page say, sir?<br>170 9    A.   Right at the top, yes, I see<br>170 10    it.<br>170 11    Q.   And what do you see?<br>170 12    A.   I see $500 million dream. | **Re: [170:8-170:12]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |
| 170:18 - 171:9   Douglas Moses 30(b)(6) 10.17.2019<br>170 18    Q.   So in 2005, as part of your<br>170 19    business plan, sir, by leveraging the Combat | **Re: [170:18-171:9]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |

| | |
|---|---|
| 170 20   Arms platform toehold into the military to | |
| 170 21   try and extend it, right?  Remember we looked | |
| 170 22   at that? | |
| 170 23   A.    As one of the product lines, | |
| 170 24   yes. | |
| 170 25   Q.    As we looked at. | |
| 171 1    And then you form a strategic | |
| 171 2    business unit in 2006, do I have right, | |
| 171 3    targeting military? | |
| 171 4    A.    Yes. | |
| 171 5    Q.    Okay.  Again, we saw in the | |
| 171 6    later business plan from that year about | |
| 171 7    further extending the Combat Arms to extend | |
| 171 8    the military platform, right? | |
| 171 9    A.    Yes. | |

171:10 - 171:16   Douglas Moses 30(b)(6) 10.17.2019

| | Re: [171:10-171:16] | OVERRULED |
|---|---|---|
| 171 10   Q.    We saw your dream, I guess, a | Def Obj Asked; Misstates; Vague (611, | |
| 171 11   few years earlier was a $150 million dream | 403); Relevance (401, 402); Prejudice | |
| 171 12   for military business, right? | (403) | |
| 171 13   MR. MORRISS:  Object to the | | |
| 171 14   form. | | |
| 171 15   THE WITNESS:  Yes, we reviewed | | |
| 171 16   that. | | |

172:17 - 172:23   Douglas Moses 30(b)(6) 10.17.2019

| | Re: [172:17-172:23] | OVERRULED |
|---|---|---|
| 172 17   Q.    Okay.  So your dream evolved | Def Obj Misstates; Vague (611, 403); | |
| 172 18   from a $150 million dream to a $500 million | Foundation (602); Relevance (401, | |
| 172 19   dream, right? | 402); Prejudice (403) | |
| 172 20   MR. MORRISS:  Object to the | | |
| 172 21   form. | | |
| 172 22   THE WITNESS:  Yes, based on | | |
| 172 23   these documents, that's what it says. | | |

172:24 - 172:24   Douglas Moses 30(b)(6) 10.17.2019

| | | |
|---|---|---|
| 172 24   QUESTIONS BY MR. BUCHANAN: | | |

172:25 - 173:3   Douglas Moses 30(b)(6) 10.17.2019

| | Re: [172:25-173:3] | OVERRULED |
|---|---|---|
| 172 25   Q.    Yes. From the same strategic | Def Obj Relevance (401, 402); | |
| 173 1    business unit targeting military sales, | Prejudice (403) | |
| 173 2    right? | | |
| 173 3    A.    Yes.  The -- yes. | | |

181:19 - 182:2   Douglas Moses 30(b)(6) 10.17.2019

  181 19     Q.   I wanted to pick up with some
  181 20     of the marketing statements and techniques.
  181 21     I think you talked about collateral in one of
  181 22     the documents we looked at shortly before the
  181 23     break.
  181 24     One of the items I think you
  181 25     included within collateral was like sell
  182 1     sheets; is that fair?
  182 2     A.   Yes.

182:19 - 182:19   Douglas Moses 30(b)(6) 10.17.2019

  182 19     Q.   Passing over, sir, Exhibit 24,

185:24 - 186:1   Douglas Moses 30(b)(6) 10.17.2019

  185 24     So, all right, sir.  This would
  185 25     be an example of marketing collateral, fair?
  186 1     A.   Yes.

190:14 - 190:14   Douglas Moses 30(b)(6) 10.17.2019

  190 14     Q.   What's an NRR?

190:17 - 191:12   Douglas Moses 30(b)(6) 10.17.2019

  190 17     THE WITNESS:  It's the noise
  190 18     reduction rating.
  190 19     QUESTIONS BY MR. BUCHANAN:
  190 20     Q.   Okay.  You're familiar with
  190 21     what that is?
  190 22     A.   Generally.
  190 23     Q.   What is it?
  190 24     A.   It is a numerical value of --
  190 25     or the attempt to provide a numerical value
  191 1     of what that plug could offer as a noise
  191 2     reduction rating, or an NRR.
  191 3     Q.   Okay.  And you provide
  191 4     marketing claims about your noise reduction
  191 5     ratings, right?
  191 6     A.   In some cases, yes.
  191 7     Q.   In this case, right?
  191 8     A.   The fact that it's on here is a
  191 9     claim.
  191 10     Q.   And you're familiar with the

| | | |
|---|---|---|
| 191 11    concept of marketing claims, right? | | |
| 191 12    A.   Generally, yes. | | |
| **195:3 - 195:6**  Douglas Moses 30(b)(6) 10.17.2019 | | |
| 195 3    A.   In the case of the NRR, that | | |
| 195 4    would be a safety claim. | | |
| 195 5    Q.   Some are disclaimers? | | |
| 195 6    A.   Could be, yes. | | |
| **197:7 - 197:15**  Douglas Moses 30(b)(6) 10.17.2019 | **Re: [197:7-197:15]** | **OVERRULED** |
| 197 7    Q.   All right.  So let's take a | **Def Obj** Relevance (401, 402) | |
| 197 8    look at this one. | | |
| 197 9    We see on the first page here, | | |
| 197 10    you see -- and that's why I think it's a | | |
| 197 11    little easier in the color version.  We see | | |
| 197 12    the Combat Arms in the soldier's ear. | | |
| 197 13    MR. BUCHANAN:  Can you scroll | | |
| 197 14    up, please? | | |
| 197 15    QUESTIONS BY MR. BUCHANAN: | | |
| **197:16 - 198:1**  Douglas Moses 30(b)(6) 10.17.2019 | | |
| 197 16    Q.   And if the green end is | | |
| 197 17    sticking out, the yellow end's in the | | |
| 197 18    soldier's ear; is that right? | | |
| 197 19    A.   Presumably, yes. | | |
| 197 20    Q.   Okay.  And if the yellow end's | | |
| 197 21    in the ear, as you-all were intending these | | |
| 197 22    to be used, that was kind of in a weapons | | |
| 197 23    firing mode; is that right? | | |
| 197 24    A.   It was referred to in different | | |
| 197 25    ways, sometimes weapons fired mode, but more | | |
| 198 1    generally open mode. | | |
| **198:12 - 198:17**  Douglas Moses 30(b)(6) 10.17.2019 | | |
| 198 12    "When needed, the plug's filter | | |
| 198 13    reacts to provide instant protection from | | |
| 198 14    high-level noises like weapons fire and | | |
| 198 15    explosions." | | |
| 198 16    Do you see that? | | |
| 198 17    A.   I do. | | |
| **198:18 - 198:23**  Douglas Moses 30(b)(6) 10.17.2019 | **Re: [198:18-198:23]** | **OVERRULED** |
| 198 18    Q.   Okay.  So this filter responds | **Def Obj** Compound (611, 403) | |
| 198 19    to weapons fire or explosions and blocks the | | |

| | | |
|---|---|---|
| 198 20    impulse.  That's kind of the message, right?<br>198 21    MR. MORRISS:  Object to form.<br>198 22    THE WITNESS:  That's the<br>198 23    message on the sheet. | | |
| 199:1 - 199:11   Douglas Moses 30(b)(6) 10.17.2019<br>199 1    And from a marketing<br>199 2    perspective, you-all develop kind of<br>199 3    messaging and takeaways, and then you write<br>199 4    English that tries to communicate that,<br>199 5    right?<br>199 6    MR. MORRISS:  Object to form.<br>199 7    THE WITNESS:  Well, sometimes<br>199 8    the marketer might take a draft of<br>199 9    some points.  Sometimes an agency<br>199 10    would be hired to -- with -- to come<br>199 11    up with some content. | Re: [199:1-199:11]<br>Def Obj Compound (611, 403) | OVERRULED |
| 274:8 - 274:9   Douglas Moses 30(b)(6) 10.17.2019<br>274 8    Q.    Passing you, sir, Exhibits 30<br>274 9    and 31.  Just trying to move things along a | | |
| 274:20 - 274:24   Douglas Moses 30(b)(6) 10.17.2019<br>274 20    Q.    So am I correct, sir, that at a<br>274 21    point in time the company placed ads for its<br>274 22    hearing protection in the Army/Navy football<br>274 23    program?<br>274 24    A.    Yes. | Re: [274:20-274:24]<br>Def Obj Relevance (401, 402) | OVERRULED |
| 275:10 - 277:12   Douglas Moses 30(b)(6) 10.17.2019<br>275 10    Q.    Okay.  Let's look at this one.<br>275 11    This would have been, I guess, actually what<br>275 12    year?  We're in 2012 now?<br>275 13    Is that right, sir?<br>275 14    A.    I'm sorry, I just want to make<br>275 15    sure.<br>275 16    Yes, 2012, uh-huh.<br>275 17    Q.    Yeah.  And I just discerned<br>275 18    that from the e-mail on the cover.  This is<br>275 19    August 28, 2012.  Looks like it's a proof of<br>275 20    the ad for the Army/Navy football game to be<br>275 21    at West Point that year.<br>275 22    Is that right? | Re: [275:10-277:12]<br>Def Obj Relevance (401, 402) | OVERRULED |

275 23    A.    Yes.
275 24    Q.    Okay.  And then on the back
275 25    page is the ad itself.
276 1     It shows the Combat Arms; is
276 2     that right?
276 3     A.    It shows some hearing
276 4     protection products, one of which is the
276 5     Combat Arms Earplug.
276 6     Q.    Right.
276 7     We see the E-A-R Combat Arms
276 8     Earplugs.
276 9     This is 2012, right?
276 10    A.    Yes.
276 11    Q.    And you're still promoting,
276 12    obviously, the version 2s?
276 13    A.    Promoting it.  Evidently, yes,
276 14    it's in this advertisement.
276 15    Q.    That's what's happening here,
276 16    right?
276 17    A.    Yes.
276 18    Q.    Okay.  "Hear the action now,
276 19    hear life later."
276 20    Is that the message?
276 21    A.    Yes.
276 22    Q.    "Losing your hearing is not a
276 23    requirement for serving your country."
276 24    Is that what it says?
276 25    A.    It does.
277 1     Q.    Okay.  "With proper fitting,
277 2     training and the right hearing protector, you
277 3     can maintain your survivability, lethality
277 4     and mission effectiveness and enjoy the quiet
277 5     sounds of life."
277 6     Did I read that correctly?
277 7     A.    Yes.
277 8     Q.    Okay.  And that was a true
277 9     statement from the company's perspective,
277 10    right?

| | | |
|---|---|---|
| 277 11     A.   Yes.  This would have been<br>277 12     vetted.  This would have been reviewed. | | |
| 277:25 - 278:7   Douglas Moses 30(b)(6) 10.17.2019<br>277 25     "Losing your hearing is not a<br>278 1     requirement for serving your country," right?<br>278 2     A.   Yes.<br>278 3     Q.   That's what you wrote?<br>278 4     A.   That's what it says.<br>278 5     Q.   From the company's perspective,<br>278 6     that's a true statement, right?<br>278 7     A.   Yes. | **Re: [277:25-278:7]**<br>**Def Obj** Relevance (401, 402) | **OVERRULED** |
| 278:8 - 278:19   Douglas Moses 30(b)(6) 10.17.2019<br>278 8     Q.   The company's belief and<br>278 9     expressed view is that one can serve their<br>278 10     country, and if they're provided -- if they<br>278 11     use their hearing protection, leave with all<br>278 12     their hearing, right?<br>278 13     MR. MORRISS:  Object to the<br>278 14     form.  Misstates the document.<br>278 15     Go ahead.<br>278 16     THE WITNESS:  Well, with proper<br>278 17     fitting, training and the right<br>278 18     hearing protector, yes, you can<br>278 19     maintain your survive -- yes. | **Re: [278:8-278:19]**<br>**Pltf Obj** Outside scope of<br>"clarification" counter and the answer is<br>non-responsive | **OVERRULED** |
| 278:22 - 279:2   Douglas Moses 30(b)(6) 10.17.2019<br>278 22     And so it's not an<br>278 23     inevitability when a person serves in the<br>278 24     military, in the Army, Marines, Navy or the<br>278 25     Air Force, by virtue of their exposure to<br>279 1     weapons or aircraft or vehicles they're going<br>279 2     to lose their hearing, right? | | |
| 279:4 - 279:4   Douglas Moses 30(b)(6) 10.17.2019<br>279 4     THE WITNESS:  It shouldn't be. | | |
| 279:6 - 279:17   Douglas Moses 30(b)(6) 10.17.2019<br>279 6     Q.   With proper hearing or hearing<br>279 7     that delivers on its representations, one can<br>279 8     leave the military with their hearing intact,<br>279 9     true?<br>279 10     MR. MORRISS:  Object to the | **Re: [279:6-279:17]**<br>**Pltf Obj** 3M Counters | **OVERRULED** |

| | | |
|---|---|---|
| 279 11    form.  Misstates the document. | | |
| 279 12    THE WITNESS:  So very | | |
| 279 13    specifically it says, "With proper | | |
| 279 14    fitting, training and the right | | |
| 279 15    hearing protector." | | |
| 279 16    QUESTIONS BY MR. BUCHANAN: | | |
| 279 17    Q.    That's right. | | |
| 279:18 - 280:6    Douglas Moses 30(b)(6) 10.17.2019 | | |
| 279 18    And we can agree that the right | | |
| 279 19    hearing protector would be one that actually | | |
| 279 20    delivers the performance that it represents | | |
| 279 21    it has, right? | | |
| 279 22    A.    If -- yes, if properly fit and | | |
| 279 23    trained. | | |
| 279 24    Q.    Sure.  Sure. | | |
| 279 25    And so that in selecting | | |
| 280 1    hearing protection devices, you wouldn't | | |
| 280 2    fault people selecting those devices for | | |
| 280 3    relying on claims about the protection they | | |
| 280 4    can provide, would you? | | |
| 280 5    A.    Not if they're properly fit and | | |
| 280 6    trained. | | |
| 280:7 - 280:15    Douglas Moses 30(b)(6) 10.17.2019 | Re: [280:7-280:15] | OVERRULED |
| 280 7    Q.    In fact, you'd expect | Def Obj Compound (611, 403); | |
| 280 8    decision-makers to rely on a company's | Foundation (602) | |
| 280 9    representations in their marketing materials | | |
| 280 10    about the performance and safety capabilities | | |
| 280 11    of hearing protectors, right? | | |
| 280 12    MR. MORRISS:  Object to form. | | |
| 280 13    THE WITNESS:  They should be | | |
| 280 14    able to count on these -- on the claim | | |
| 280 15    that we make. | | |
| 280:25 - 281:11    Douglas Moses 30(b)(6) 10.17.2019 | Re: [280:25-281:11] | OVERRULED |
| 280 25    And so in making that decision | Pltf Obj Outside scope of | |
| 281 1    about the right hearing protector, you | "clarification" counter and the answer is | |
| 281 2    wouldn't fault decision-makers for | non-responsive | |
| 281 3    considering your claims about the performance | | |
| 281 4    of your products, would you? | | |
| 281 5    MR. MORRISS:  Object to the | | |

| | | |
|---|---|---|
| 281 6    form. | | |
| 281 7    THE WITNESS:  I wouldn't -- I | | |
| 281 8    wouldn't fault them as long as | | |
| 281 9    there's, again, a proper fitting | | |
| 281 10    protocol and a training protocol with | | |
| 281 11    that. | | |
| 281:16 - 281:25    Douglas Moses 30(b)(6) 10.17.2019 | | |
| 281 16    Q.    With regard to making the | | |
| 281 17    decision about the right hearing protector, | | |
| 281 18    certainly it was your expectation as somebody | | |
| 281 19    communicating the characteristics of hearing | | |
| 281 20    products that people receiving that messaging | | |
| 281 21    would be considering the company's claims | | |
| 281 22    about safety and performance, right? | | |
| 281 23    A.    I would think it's likely that | | |
| 281 24    they would read those claims and, yes, rely | | |
| 281 25    on them. | | |
| 282:1 - 282:5    Douglas Moses 30(b)(6) 10.17.2019 | Re: [282:1-282:5] | OVERRULED |
| 282 1    Q.    All the more reason for them to | Def Obj Argumentative (611, 403) | |
| 282 2    be truthful, right? | | |
| 282 3    MR. MORRISS:  Object to form. | | |
| 282 4    THE WITNESS:  They should be | | |
| 282 5    truthful. | | |
| 285:18 - 285:25    Douglas Moses 30(b)(6) 10.17.2019 | Re: [285:18-285:25] | OVERRULED |
| 285 18    Q.    Okay.  And it was certainly | Pltf Obj Outside scope of | |
| 285 19    3M's understanding that decision-makers in | "clarification" counter and the answer is | |
| 285 20    the military would be relying on the truth of | non-responsive | |
| 285 21    the company's statements about the | | |
| 285 22    performance and safety of its products, | | |
| 285 23    right? | | |
| 285 24    MR. MORRISS:  Object to form. | | |
| 285 25    THE WITNESS:  Among other | | |
| 286:1 - 286:3    Douglas Moses 30(b)(6) 10.17.2019 | Re: [286:1-286:3] | OVERRULED |
| 286 1    internal testing that they might do or | Pltf Obj Outside scope of | |
| 286 2    other information that they might seek | "clarification" counter and the answer is | |
| 286 3    to find. | non-responsive | |
| 286:9 - 287:3    Douglas Moses 30(b)(6) 10.17.2019 | | |
| 286 9    Q.    You understood that you had to | | |
| 286 10    speak truthfully about the safety and | | |

| | | |
|---|---|---|
| 286 11    performance of 3M's hearing protective | | |
| 286 12    products at all times when you were | | |
| 286 13    presenting information about your products to | | |
| 286 14    the military, fair? | | |
| 286 15    A.    I believe we -- we have been | | |
| 286 16    and should have been truthful in these in | | |
| 286 17    that they were reviewed by numerous people to | | |
| 286 18    make sure that we were -- that we were. | | |
| 286 19    Q.    Yeah, and I understand, sir, | | |
| 286 20    that you've been designated on the | | |
| 286 21    information the company had about its hearing | | |
| 286 22    protectors.  I'm just talking about what the | | |
| 286 23    company was saying about it. | | |
| 286 24    You would agree that if the | | |
| 286 25    company was making performance and safety | | |
| 287 1    claims about its products, it should be true, | | |
| 287 2    agreed? | | |
| 287 3    A.    Agreed.  Yes. | | |
| 287:4 - 287:8    Douglas Moses 30(b)(6) 10.17.2019 | **Re: [287:4-287:8]** | **SUSTAINED** |
| 287 4    Q.    I mean, this piece of marketing | **Pltf Obj** Outside scope of | |
| 287 5    literature suggests that there could be very | "clarification" counter and the answer is | |
| 287 6    serious outcomes to our servicemen and women | non-responsive and misstates the | |
| 287 7    if they were afforded, frankly, inadequate | document | |
| 287 8    hearing protection, correct? | | |
| 287:13 - 287:18    Douglas Moses 30(b)(6) 10.17.2019 | **Re: [287:13-287:18]** | **SUSTAINED** |
| 287 13    Q.    Does that misstate the | **Pltf Obj** Outside scope of | |
| 287 14    document, sir? | "clarification" counter and the answer is | |
| 287 15    A.    Well, this talks about the | non-responsive and misstates the | |
| 287 16    benefits of wearing hearing -- properly | document | |
| 287 17    fitted, proper trained, properly selected | | |
| 287 18    hearing protection. | | |
| 287:20 - 288:3    Douglas Moses 30(b)(6) 10.17.2019 | **Re: [287:20-288:3]** | **OVERRULED** |
| 287 20    And is it unreasonable, sir, to | **Def Obj** Argumentative; Misstates | |
| 287 21    say that if one does not get good hearing | (611, 403); Foundation (602) | |
| 287 22    protection, that the consequences could be | | |
| 287 23    quite devastating? | | |
| 287 24    MR. MORRISS:  Object to the | | |
| 287 25    form. | | |
| 288 1    THE WITNESS:  This document | | |

| | | |
|---|---|---|
| 288 2    specifically is about there could be | | |
| 288 3    some hearing loss. | | |
| 298:23 - 299:11   Douglas Moses 30(b)(6) 10.17.2019 | | |
| 298 23    Q.    In all of your review of the | | |
| 298 24    marketing collateral that you've seen over | | |
| 298 25    your years at the company, sir, have you ever | | |
| 299 1    seen any marketing collateral for the Combat | | |
| 299 2    Arms version 2 that have the flanges rolled | | |
| 299 3    back in someone's ear? | | |
| 299 4    A.    In the imagery of it? | | |
| 299 5    Q.    Yeah. | | |
| 299 6    A.    I don't recall seeing it with | | |
| 299 7    the flanges rolled back in the ear. | | |
| 299 8    Q.    Is there any marketing | | |
| 299 9    collateral for the Combat Arms, sir, that has | | |
| 299 10    the flange rolled back in someone's ear? | | |
| 299 11    A.    Not that I was able to find. | | |
| 300:6 - 300:20   Douglas Moses 30(b)(6) 10.17.2019 | **Re: [300:6-300:20]**<br>**Def Obj** Relevance (401, 402) | **SUSTAINED** |
| 300 6    So we talked a little bit today | | |
| 300 7    about kind of the setting in and around the | | |
| 300 8    company in 2005 extending and leveraging the | | |
| 300 9    Combat Arms, the formation of the strategic | | |
| 300 10    business unit targeted towards the military. | | |
| 300 11    And we've looked now at some of the marketing | | |
| 300 12    statements and claims in the literature over | | |
| 300 13    the years. | | |
| 300 14    What I'd like to do now is | | |
| 300 15    explore with you a few of the marketing | | |
| 300 16    techniques that were being used as you, you | | |
| 300 17    know, started to extend the strategic | | |
| 300 18    business unit. | | |
| 300 19    Okay? | | |
| 300 20    A.    Okay. | | |
| 318:9 - 318:23   Douglas Moses 30(b)(6) 10.17.2019 | | |
| 318 9    Q.    Passing you, sir, what we | | |
| 318 10    marked as Exhibit 34. | | |
| 318 11    Sir, this is an e-mail exchange | | |
| 318 12    between yourself and Mr. Cimino and | | |
| 318 13    Mr. Santoro, well, right around that time | | |

| | | |
|---|---|---|
| 318 14    frame in March of 2011, right?<br>318 15    A.    The date on the top e-mail is<br>318 16    March.  Yes, it appears all the e-mails in<br>318 17    the chain are from the March time frame.<br>318 18    Q.    Yeah.  We have, frankly, your<br>318 19    boss praising you for your success in seeding<br>318 20    it into the new recruit program; isn't that<br>318 21    right?<br>318 22    A.    I want to read back up through<br>318 23    here real quick. | | |
| 319:4 - 319:8    Douglas Moses 30(b)(6) 10.17.2019<br>319 4    Q.    I do want to orient you so<br>319 5    you're not looking for -- you're free to read<br>319 6    the whole document, but I'm on 431.1, the<br>319 7    front page, middle e-mail.  It's an e-mail<br>319 8    from Mr. Cimino to Mr. Santoro, cc to you. | | |
| 319:9 - 319:14    Douglas Moses 30(b)(6) 10.17.2019<br>319 9    For the record, it reads, "85�<br>319 10    cost, $7.63 selling price.  Doug seeded it<br>319 11    into new recruit issue program in US DOD.<br>319 12    What more does he need to know?  LOL."<br>319 13    Did I read that correctly?<br>319 14    A.    You did. | **Re: [319:9-319:14]**<br>**Def Obj** 3M MIL. No. 7; Prejudice<br>(403); Relevance (401, 402) | **OVERRULED** |
| 319:15 - 319:18    Douglas Moses 30(b)(6) 10.17.2019<br>319 15    Q.    Okay.  And Mr. Cimino was your<br>319 16    boss?<br>319 17    A.    Yes, probably at this time he<br>319 18    was, uh-huh. | | |
| 319:19 - 320:1    Douglas Moses 30(b)(6) 10.17.2019<br>319 19    Q.    Okay.  And you talk about<br>319 20    85 percent {sic} cost, 7.63 selling price.<br>319 21    So it costs the company 85� to<br>319 22    make these; is that right?<br>319 23    A.    I don't know where Mike got<br>319 24    these numbers.  It's close, from my<br>319 25    recollection, but I don't know where he got<br>320 1    these numbers. | **Re: [319:19-320:1]**<br>**Def Obj** 3M MIL. No. 7; Prejudice<br>(403); Relevance (401, 402) | **OVERRULED** |
| 320:2 - 320:14    Douglas Moses 30(b)(6) 10.17.2019<br>320 2    Q.    Very profitable product? | | |

| | | |
|---|---|---|
| 320 3      A.   It's a profitable product.<br>320 4      Q.   I mean, it paid the bills,<br>320 5      right?<br>320 6      A.   It was a very profitable<br>320 7      product, yeah.<br>320 8      Q.   I mean, it paid the bills;<br>320 9      that's what you wrote.<br>320 10     Didn't you write that, sir?<br>320 11     A.   Oh, are you looking at the top<br>320 12     here?<br>320 13     Q.   I am.<br>320 14     A.   Yes, I did write it there. | | |
| **320:15 - 320:20**   Douglas Moses 30(b)(6) 10.17.2019<br>320 15     Q.   Okay. So your boss writes "85◻<br>320 16     cost, $7.63 selling price. Doug seeded it<br>320 17     into new recruit issue program in US DOD.<br>320 18     What more does he need to know? LOL."<br>320 19     And you replied to that, right?<br>320 20     A.   I did. | **Re: [320:15-320:20]**<br>**Def Obj** 3M MIL. No. 7; Prejudice<br>(403); Relevance (401, 402) | **OVERRULED** |
| **320:21 - 320:24**   Douglas Moses 30(b)(6) 10.17.2019<br>320 21     Q.   "In US hearing protection" --<br>320 22     And this is your writing,<br>320 23     right?<br>320 24     A.   It appears to be, yes. | | |
| **320:25 - 321:6**   Douglas Moses 30(b)(6) 10.17.2019<br>320 25     Q.   -- "CAE is 5 percent of 3M's US<br>321 1      revenue and 19 percent of the OI."<br>321 2      Please tell the jury what OI<br>321 3      is.<br>321 4      MR. MORRISS: Object to form.<br>321 5      THE WITNESS: That's operating<br>321 6      income. | **Re: [320:25-321:6]**<br>**Def Obj** 3M MIL No. 7; Compound;<br>Vague (611, 403) | **DEFER RULING** |
| **321:7 - 321:10**   Douglas Moses 30(b)(6) 10.17.2019<br>321 7      QUESTIONS BY MR. BUCHANAN:<br>321 8      Q.   Okay. "CAE pays the bills."<br>321 9      Is that what you wrote?<br>321 10     A.   I wrote that. | | |

| 322:7 - 322:19   Douglas Moses 30(b)(6) 10.17.2019 | Re: [322:7-322:19] | DEFER RULING |
|---|---|---|
| 322 7    Q.    Okay.  And so when you wrote | Def Obj 3M MIL No. 7; Compound; | |
| 322 8    "19 percent of the operating income," what | Mistates (611, 403); Prejudice (403) | |
| 322 9    you're basically saying here is that even | | |
| 322 10    though we only -- even though it's only | | |
| 322 11    5 percent of revenue, that 5 percent of -- | | |
| 322 12    that 5 percent of revenue may not look that | | |
| 322 13    big, but because it's so profitable, because | | |
| 322 14    our profit margin is so great, that scales to | | |
| 322 15    19 percent of the entity's operating income. | | |
| 322 16    That's what you're | | |
| 322 17    communicating, right? | | |
| 322 18    MR. MORRISS:  Object to form. | | |
| 322 19    THE WITNESS:  Generally. | | |

323:2 - 323:9   Douglas Moses 30(b)(6) 10.17.2019
    323 2    Q.    And so I guess getting it
    323 3    seeded into that new recruit issue program at
    323 4    the US DOD was a pretty good thing for
    323 5    business, fair?
    323 6    A.    It would help us sell more.
    323 7    Q.    And that would be a pretty good
    323 8    for business?
    323 9    A.    Generally, yes.

340:2 - 340:4   Douglas Moses 30(b)(6) 10.17.2019
    340 2    Q.    Sir, passing you Exhibit 37.  A
    340 3    copy for counsel, please.
    340 4    A.    Thank you.

341:11 - 341:19   Douglas Moses 30(b)(6) 10.17.2019
    341 11    You were in the subject line
    341 12    "the new Combat Arms Earplugs SKUs awarded
    341 13    NSNs."
    341 14    Q.    Yeah, and it seems to indicate
    341 15    it's an e-mail from you during your time at
    341 16    Aearo.
    341 17    Was that your e-mail address
    341 18    during your Aearo years, sir?
    341 19    A.    I believe it was.

343:3 - 344:19   Douglas Moses 30(b)(6) 10.17.2019
    343 3    Q.    Your e-mail at the top states,

343 4    "The problem is that Doug Ohlin retired last
343 5    Friday.  Funny you should mention Doug.  I
343 6    got -- I just got off the phone with him
343 7    where we discussed the possibility of Doug
343 8    working with Aearo going forward in a
343 9    yet-to-be-defined role."
343 10    Do you see that, sir?
343 11    A.    I do.
343 12    Q.    Okay.  And that's from the
343 13    portion of this block of text that reflects
343 14    an e-mail from you, right?
343 15    A.    I believe so.
343 16    Q.    Okay.  And then it says, "The
343 17    military team has been discussing this for
343 18    the past few months since we heard that he
343 19    was retiring."
343 20    Did I read that correctly?
343 21    A.    Yes.
343 22    Q.    It says, "He's definitely
343 23    interested in having an open discussion with
343 24    us about consulting employment or some other
343 25    role.  I asked him if he would be interested
344 1    in helping marketing, sales and R&D produce
344 2    and distribute hearing products, and he said
344 3    he has an open mind," and then it continues.
344 4    Do you see that?
344 5    A.    I do.
344 6    Q.    Okay.  You close, I guess, or
344 7    maybe you don't, it's hard to tell with the
344 8    quote -- the codes, but it says, "Doug will
344 9    have a lot of clout with the government
344 10    audiologists for a long time, and I would
344 11    like to see if we can work something out."
344 12    Did I read that correctly?
344 13    A.    Yes.
344 14    Q.    And did you-all -- you hired
344 15    Doug Ohlin as a consultant shortly
344 16    thereafter, right?
344 17    A.    Yes, as a contractor.  We

Douglas Moses 30(b)(6) 10.17.2019                                    36

| | | |
|---|---|---|
| 344 18    began -- my recollection is we began some | | |
| 344 19    discussions with him shortly after this. | | |
| 345:1 - 345:2    Douglas Moses 30(b)(6) 10.17.2019 | **Re: [345:1-345:2]** | **OVERRULED** |
| 345 1    Q.   Okay. | **Def Obj** Relevance (401, 402) | |
| 345 2    A.   -- had with him. | | |
| 345:3 - 346:6    Douglas Moses 30(b)(6) 10.17.2019 | **Re: [345:3-346:6]** | **SUSTAINED** |
| 345 3    Q.   Actually, where I was going | **Pltf Obj** Beyond the scope of | |
| 345 4    was, did you have consulting agreements with | clarification counter | |
| 345 5    Doug Ohlin? | | |
| 345 6    A.   Not prior to this, no. | | |
| 345 7    Q.   Okay. And I guess that's | | |
| 345 8    helpful. | | |
| 345 9    So prior to the time he left | | |
| 345 10    the military, the company didn't have a | | |
| 345 11    consulting relationship with Doug Ohlin? | | |
| 345 12    A.   No, prior -- he worked for | | |
| 345 13    the -- the military as a contractor or as a | | |
| 345 14    consultant there. | | |
| 345 15    Q.   He was a consultant for them | | |
| 345 16    for a period of time? | | |
| 345 17    A.   Yes. | | |
| 345 18    Q.   Long period of time? | | |
| 345 19    A.   I don't know what it was called | | |
| 345 20    then, I forget, but I think it was like the | | |
| 345 21    Army hearing program sometime thereafter. | | |
| 345 22    Q.   Right. | | |
| 345 23    And it was your understanding | | |
| 345 24    he was a consultant to them? | | |
| 345 25    A.   I thought he was a senior | | |
| 346 1    person in that office. | | |
| 346 2    Q.   Okay. | | |
| 346 3    A.   Yeah, I misspoke just a moment | | |
| 346 4    ago. I -- but I think when he was in the | | |
| 346 5    military, I think he had a senior role in -- | | |
| 346 6    with the audiology group. | | |
| 347:11 - 347:24    Douglas Moses 30(b)(6) 10.17.2019 | | |
| 347 11    When was the first time, sir, | | |
| 347 12    that you had a written agreement with | | |
| 347 13    Dr. Ohlin? | | |

347 14     Was it Dr. Ohlin or Mr. Ohlin?
347 15     A.   I believe he was a Ph.D.
347 16     Q.   And how did you refer to him?
347 17     A.   Doug.
347 18     Q.   Okay.  Did you and Mr. or
347 19     Dr. Ohlin have -- "you" being 3M -- have
347 20     written agreements for the consultancy?
347 21     A.   We did, I believe, at Aearo,
347 22     yes.
347 23     Q.   Okay.
347 24     A.   And then later at 3M.

376:14 - 376:19   Douglas Moses 30(b)(6) 10.17.2019
376 14     Q.   Okay.  So Dr. Ohlin worked with
376 15     you for a number of years after his time in
376 16     the military?
376 17     A.   After his time -- yeah, he was
376 18     a civilian.  He wasn't in the military, but
376 19     he worked for a military organization.

376:25 - 377:5   Douglas Moses 30(b)(6) 10.17.2019
376 25     He would attend booths?
377 1      A.   Sometimes.
377 2      Q.   Kind of like he described,
377 3      there'd be some marketing collateral,
377 4      Dr. Ohlin would be there; you would be there?
377 5      A.   Sometimes.  Sometimes, yeah.

377:11 - 377:12   Douglas Moses 30(b)(6) 10.17.2019
377 11     Q.   Exhibit 41.  This is also P947,
377 12     Bates 3M_MDL000277922.

377:13 - 377:18   Douglas Moses 30(b)(6) 10.17.2019
377 13     This is you, sir, looks like
377 14     scheduling a conference line with some
377 15     colleagues, fair?
377 16     A.   Yeah, this looks like what
377 17     would appear if we had a meeting and a
377 18     dial-in phone number.

378:11 - 378:22   Douglas Moses 30(b)(6) 10.17.2019
378 11     Q.   Okay.  And you're reporting on
378 12     this conference AUSA; is that right?
378 13     A.   I'm not reporting on it.

| | | |
|---|---|---|
| 378 14    I'm -- I think this appears to be before the | | |
| 378 15    fact, before the AUSA event happened. | | |
| 378 16    Q.   Thank you.  Thank you. | | |
| 378 17    So this was before.  And I | | |
| 378 18    guess you're talking about what has happened | | |
| 378 19    in prior years at that event, correct? | | |
| 378 20    A.   One moment, please. | | |
| 378 21    I'm giving some recollections | | |
| 378 22    of prior years, yes. | | |
| **378:23 - 379:7   Douglas Moses 30(b)(6) 10.17.2019** | | |
| 378 23    Q.   Okay.  And it says, "Over the | | |
| 378 24    past four years, I would say that as much as | | |
| 378 25    75 percent of the boot traffic was for | | |
| 379 1    soldier protection, PPE, namely Combat Arms | | |
| 379 2    Earplugs and ComTac," right? | | |
| 379 3    A.   Yes. | | |
| 379 4    Q.   And is that leveraging the | | |
| 379 5    Combat Arms brand into a broader military | | |
| 379 6    presence, sir? | | |
| 379 7    A.   At AUSA, yes. | | |
| **379:8 - 379:11   Douglas Moses 30(b)(6) 10.17.2019** | **Re: [379:8-379:11]** | **OVERRULED** |
| 379 8    Q.   It says you had Doug Ohlin | **Def Obj** Prejudice (403); Relevance | |
| 379 9    fitting Combat Arms to hundreds of soldiers, | (401, 402) | |
| 379 10    military personnel and key civilians, right? | | |
| 379 11    A.   Yes, uh-huh. | | |
| **379:12 - 380:11   Douglas Moses 30(b)(6) 10.17.2019** | | |
| 379 12    Q.   And he's, I guess, drawn in | | |
| 379 13    many more soldiers and civilians and other | | |
| 379 14    displays and technologies and products | | |
| 379 15    combined, right? | | |
| 379 16    A.   That's what I've written here. | | |
| 379 17    Q.   And his presence there was | | |
| 379 18    actually helpful to the marketing of the | | |
| 379 19    product, fair? | | |
| 379 20    A.   It appears that I thought so, | | |
| 379 21    and I have a recollection that I thought so | | |
| 379 22    at the time. | | |
| 379 23    Q.   It was certainly in your view | | |
| 379 24    from a marketing perspective that the | | |

| | | |
|---|---|---|
| 379 25    marketing dollars spent working with<br>380 1    Dr. Ohlin were good for the CAE and passive<br>380 2    hearing brands, correct?<br>380 3    A.   I think they were good for the<br>380 4    brands, yeah.<br>380 5    Q.   Yeah.<br>380 6    And certainly helped drive<br>380 7    revenue growth, right?<br>380 8    A.   I suppose in a general sense.<br>380 9    I couldn't necessarily tie dollars back<br>380 10    exactly to his efforts in all situations,<br>380 11    but -- | | |
| **380:12 - 380:21**   Douglas Moses 30(b)(6) 10.17.2019<br>380 12    Q.   But from a return on investment<br>380 13    approach, you know, kind of speaking like a<br>380 14    business person, you got a lot of bang for<br>380 15    your buck?<br>380 16    MR. MORRISS:  Objection.<br>380 17    QUESTIONS BY MR. BUCHANAN:<br>380 18    Q.   Fair?<br>380 19    A.   I thought the money that we<br>380 20    spent on his time was well worth it at the<br>380 21    time. | **Re: [380:12-380:21]**<br>**Def Obj** Argumentative; Vague (611, 403); Foundation (602); Relevance (401, 402) | **OVERRULED** |
| **382:11 - 382:16**   Douglas Moses 30(b)(6) 10.17.2019<br>382 11    Q.   Okay.  And so it says, "Two<br>382 12    major developments."  I guess these are the<br>382 13    two major developments?<br>382 14    A.   Yes.<br>382 15    Q.   Okay.<br>382 16    A.   It seems logical. | | |
| **382:17 - 383:7**   Douglas Moses 30(b)(6) 10.17.2019<br>382 17    Q.   "In this 5 to 7 million high<br>382 18    margin product line."<br>382 19    Did I read that correctly?<br>382 20    A.   Yeah.  Yes, you did.<br>382 21    Q.   Okay.  "Almost 90 percent<br>382 22    margin."<br>382 23    So is that profit margin you're<br>382 24    referring to? | **Re: [382:17-383:7]**<br>**Def Obj** 3M MIL No. 7; Relevance (401, 402); Prejudice (403) | **DEFER RULING** |

| | | |
|---|---|---|
| 382 25   A.   I believe I was speaking about<br>383 1   gross margin here.<br>383 2   Q.   Gross margin.<br>383 3   So that's just what you sell it<br>383 4   for versus what it costs to make?<br>383 5   A.   Yes.  Generally.<br>383 6   Q.   90 percent margin?<br>383 7   A.   Yes.  That's almost 90 percent. | | |
| 383:8 - 383:13   Douglas Moses 30(b)(6) 10.17.2019<br>383 8   Q.   That's a big deal.  That's a<br>383 9   good product, right?<br>383 10   MR. MORRISS:  Object to form<br>383 11   and the comment.<br>383 12   THE WITNESS:  I think it's a<br>383 13   profitable product. | **Re: [383:8-383:13]**<br>**Def Obj** Argumentative (611, 403);<br>Relevance (401, 402) | **DEFER RULING** |
| 383:14 - 383:24   Douglas Moses 30(b)(6) 10.17.2019<br>383 14   QUESTIONS BY MR. BUCHANAN:<br>383 15   Q.   I mean, it paid all your<br>383 16   salaries?<br>383 17   A.   I've made some editorial<br>383 18   comments here that says that, yes.<br>383 19   Q.   That's what you wrote?<br>383 20   A.   I did.<br>383 21   Q.   This was an important product<br>383 22   to 3M, true?<br>383 23   A.   It was an important product to<br>383 24   me and to the military team. | | |
| 383:25 - 384:3   Douglas Moses 30(b)(6) 10.17.2019<br>383 25   Q.   It paid all your salaries?<br>384 1   MR. MORRISS:  Object to form.<br>384 2   THE WITNESS:  That's what I've<br>384 3   written here. | **Re: [383:25-384:3]**<br>**Def Obj** Asked (611, 403) | **OVERRULED** |
| 384:4 - 384:10   Douglas Moses 30(b)(6) 10.17.2019<br>384 4   QUESTIONS BY MR. BUCHANAN:<br>384 5   Q.   Okay.  And you've contracted<br>384 6   Doug Ohlin to participate to help call<br>384 7   attention to these new CAE developments; is<br>384 8   that right? | | |

384 9      A.    That's what I've written here
384 10     as well.

400:7 - 400:20    Douglas Moses 30(b)(6) 10.17.2019

400 7      Q.    Sir, I've got to just kind of
400 8      close some loops on some things we talked
400 9      about today, or close the loop on a few
400 10     things we talked about today.
400 11     I want to talk a little bit
400 12     more about distribution and that
400 13     infrastructure, if we could.
400 14     So, first of all, I understand
400 15     as part of your efforts to get ready for
400 16     today you sought out and reviewed
400 17     distribution contracts the company had over
400 18     the years.
400 19     Would that be fair?
400 20     A.    That's fair, uh-huh.

410:13 - 411:3    Douglas Moses 30(b)(6) 10.17.2019

410 13     Q.    Okay.  New Dynamics, are they a
410 14     distributor?
410 15     A.    They're a distributor of a
410 16     variety of products.  They are -- we've
410 17     always referred to them as a value-added
410 18     distributor because they have a unique
410 19     relationship in that they're assembling,
410 20     they're doing final assembly of products.
410 21     Q.    Yeah.  And I wasn't speaking
410 22     generally.  I was actually with regard to the
410 23     Combat Arms version 2.
410 24     Are they a distributor for you?
410 25     Co-manufacturer?
411 1      A.    They're a distributor.  I think
411 2      that's the -- that's the way, I guess, I
411 3      would characterize it.

411:12 - 411:14    Douglas Moses 30(b)(6) 10.17.2019

411 12     Q.    And you have an agreement with
411 13     them?
411 14     A.    We do.

413:18 - 413:22   Douglas Moses 30(b)(6) 10.17.2019

| 413 18 | Q.   And by virtue of aligning with |
| 413 19 | New Dynamics in this way, that allowed the |
| 413 20 | Combat Arms version 2 to be on the |
| 413 21 | procurement list? |
| 413 22 | A.   Eventually, yes. |

414:9 - 414:23   Douglas Moses 30(b)(6) 10.17.2019

| 414 9 | Q.   Did you identify New Dynamics |
| 414 10 | as a business partner? |
| 414 11 | A.   I don't know if I called them a |
| 414 12 | business partner.  I think I had them as part |
| 414 13 | of the marketing. |
| 414 14 | Q.   Was it within your function, |
| 414 15 | though, the marketing function, that you kind |
| 414 16 | of developed New Dynamics in this |
| 414 17 | relationship? |
| 414 18 | A.   I was the marketer, and I |
| 414 19 | helped be a part of this process, so it |
| 414 20 | was -- it was a -- kind of a marketing |
| 414 21 | strategy. |
| 414 22 | Q.   And it was a good thing? |
| 414 23 | A.   I think so. |

**Re: [414:9-414:23]**
**Def Obj** Relevance (401, 402)

**OVERRULED**

414:24 - 415:15   Douglas Moses 30(b)(6) 10.17.2019

| 414 24 | Q.   Allowed you to extend patent |
| 414 25 | exclusivity? |
| 415 1 | MR. MORRISS:  Object to form. |
| 415 2 | Also outside the scope of the 30(b)(6) |
| 415 3 | notice. |
| 415 4 | THE WITNESS:  Do I answer?  I'm |
| 415 5 | sorry. |
| 415 6 | MR. MORRISS:  You can answer. |
| 415 7 | THE WITNESS:  Can you ask the |
| 415 8 | question again, please? |
| 415 9 | QUESTIONS BY MR. BUCHANAN: |
| 415 10 | Q.   Yeah. |
| 415 11 | So one of the things you were |
| 415 12 | looking to do in aligning with New Dynamics |
| 415 13 | was extend your exclusivity, right? |

**Re: [414:24-415:15]**
**Def Obj** Scope; Vague (611, 403);
Relevance (401, 402)

**OVERRULED**

| | | |
|---|---|---|
| 415 14    A.   To prac -- yeah, the patent,<br>415 15    the patented technology. | | |
| 415:16 - 415:18   Douglas Moses 30(b)(6) 10.17.2019 | | |
| 415 16    (Moses 30(b)(6) Exhibit 45<br>415 17    marked for identification.)<br>415 18    QUESTIONS BY MR. BUCHANAN: | | |
| 415:19 - 415:23   Douglas Moses 30(b)(6) 10.17.2019 | **Re: [415:19-415:23]**<br>**Def Obj** Relevance (401, 402) | **OVERRULED** |
| 415 19    Q.   This was an initiative you<br>415 20    pushed forward?<br>415 21    A.   I was part of a group that was<br>415 22    under the military markets group that this<br>415 23    was a strategy that was pursued. | | |
| 416:9 - 416:19   Douglas Moses 30(b)(6) 10.17.2019 | **Re: [416:9-416:19]**<br>**Def Obj** Relevance (401, 402); 3M MIL<br>No. 14 | **OVERRULED** |
| 416 9    Q.   Okay.  So you came to learn<br>416 10    that New Dynamics was developing a nonlinear<br>416 11    earplug, and you knew that by New Dynamics<br>416 12    status as an AbilityOne member, that if they<br>416 13    brought that to market, it would be given<br>416 14    preferential treatment in procurement<br>416 15    processes, right?<br>416 16    A.   Again, I don't know that I knew<br>416 17    about their efforts on a nonlinear plug until<br>416 18    after we had already started talking to them<br>416 19    for some time. | | |
| 417:6 - 417:15   Douglas Moses 30(b)(6) 10.17.2019 | **Re: [417:6-417:15]**<br>**Def Obj** Relevance (401, 402); 3M MIL<br>No. 14 | **OVERRULED** |
| 417 6    Q.   You knew that New Dynamics had<br>417 7    kind of consumed the military market for foam<br>417 8    plugs by virtue of their AbilityOne status,<br>417 9    right?<br>417 10    A.   Yes.  They had introduced a<br>417 11    product -- and I don't recall the name of it<br>417 12    now.  It was a different-colored plug.  It<br>417 13    was a foam plug.  And at some time before I<br>417 14    became part of the company, I had heard about<br>417 15    that. | | |
| 417:16 - 417:22   Douglas Moses 30(b)(6) 10.17.2019 | **Re: [417:16-417:22]**<br>**Def Obj** Argumentative (611, 403);<br>Relevance (401, 402); 3M MIL No. 14 | **OVERRULED** |
| 417 16    Q.   And that consumed,<br>417 17    cannibalized, if you will, the sales that had<br>417 18    once been Aearo's sales of its foam plugs to | | |

| | | |
|---|---|---|
| 417 19   the military, fair?<br>417 20     MR. MORRISS:  Object to form.<br>417 21     THE WITNESS:  I think it was<br>417 22   characterized that way to me. | | |
| 418:3 - 418:10   Douglas Moses 30(b)(6) 10.17.2019<br>418 3     Q.    When did you get word that they<br>418 4   were working on a nonlinear plug, sir?<br>418 5     A.    I don't recall when I learned<br>418 6   about it, but it was sometime after the<br>418 7   acquisition, after we had reached out to the<br>418 8   folks at New Dynamics, had established a<br>418 9   dialog and were discussing opportunities to<br>418 10    work together to provide hearing protection. | Re: [418:3-418:10]<br>Pltf Obj Beyond the scope of<br>clarification counter | OVERRULED |
| 418:23 - 419:4   Douglas Moses 30(b)(6) 10.17.2019<br>418 23     Q.    Safe to say, though, after you<br>418 24   developed your partnership and agreement with<br>418 25   New Dynamics over the CAE nonlinear plug, New<br>419 1   Dynamics did not bring their nonlinear plug<br>419 2   to market, correct?<br>419 3     A.    I don't believe they ever<br>419 4   brought it to market, no. | Re: [418:23-419:4]<br>Def Obj Relevance (401, 402); 3M MIL<br>No. 14 | OVERRULED |
| 419:15 - 419:19   Douglas Moses 30(b)(6) 10.17.2019<br>419 15   Exhibit 45, this is a NISH<br>419 16   Program Product Strategy - New Dynamics,<br>419 17   presented to some of your colleagues by you<br>419 18   and Mr. Santoro; is that right?<br>419 19     A.    That's what's written here. | | |
| 421:1 - 421:12   Douglas Moses 30(b)(6) 10.17.2019<br>421 1   What is NISH?<br>421 2     A.    At the time, I think it was<br>421 3   National Industries for the Severely<br>421 4   Handicapped.<br>421 5     Q.    And there's the National<br>421 6   Institute for the Blind, NISH, both<br>421 7   AbilityOne partnerships, right?<br>421 8     A.    There is an AbilityOne program<br>421 9   that has under it three different groups, and<br>421 10    NIB, or National Industries for the Blind, | Re: [421:1-421:12]<br>Def Obj Relevance (401, 402) | OVERRULED |

| | | |
|---|---|---|
| 421 11    and NISH at this time -- it's not called NISH | | |
| 421 12    any longer -- were under that umbrella. | | |
| 421:19 - 424:10    Douglas Moses 30(b)(6) 10.17.2019 | **Re: [421:19-424:10]** | **OVERRULED** |
| 421 19    Q.    Okay.  And so what 3M is | **Def Obj** Relevance (401, 402); 3M MIL | |
| 421 20    looking at here is an AbilityOne partnership, | No. 14 | |
| 421 21    right? | | |
| 421 22    A.    Is working with New Dynamics is | | |
| 421 23    what specifically -- oh, yes, AbilityOne | | |
| 421 24    partnership, yes. | | |
| 421 25    Q.    Right. | | |
| 422 1    This is pre-transaction.  This | | |
| 422 2    is 2010, right? | | |
| 422 3    A.    That's right. | | |
| 422 4    Q.    Okay.  And so this is | | |
| 422 5    essentially the business case for why to do | | |
| 422 6    this, right? | | |
| 422 7    A.    Yes, this is giving some | | |
| 422 8    information to our leadership team as they | | |
| 422 9    consider this. | | |
| 422 10    Q.    And that's what you considered | | |
| 422 11    the folks you were presenting this to, your | | |
| 422 12    leadership team? | | |
| 422 13    A.    I would -- yes, they would have | | |
| 422 14    a stake in this decision. | | |
| 422 15    Q.    Okay.  And so you're answering | | |
| 422 16    the question.  I guess you're posing a | | |
| 422 17    hypothetical:  Why AbilityOne partnership, | | |
| 422 18    right?  And you've got some answers | | |
| 422 19    underneath, right? | | |
| 422 20    A.    Yes. | | |
| 422 21    Q.    "So partnering with an | | |
| 422 22    AbilityOne agency can lead to a 3M item being | | |
| 422 23    included on the US government's AbilityOne | | |
| 422 24    procurement list." | | |
| 422 25    Do you see that? | | |
| 423 1    A.    I do. | | |
| 423 2    Q.    "This distinction means that | | |
| 423 3    the item is a mandatory buy by any government | | |
| 423 4    employee seeking a like-item." | | |

| | | | |
|---|---|---|---|
| 423 5 | Did I read that correctly? | | |
| 423 6 | A.    You did. | | |
| 423 7 | Q.    "It also would give 3M access | | |
| 423 8 | to exclusive markets like base stores, | | |
| 423 9 | preferred status on GSA, et cetera." | | |
| 423 10 | Right? | | |
| 423 11 | A.    That's what it says here. | | |
| 423 12 | Q.    So that's the offense.  That's | | |
| 423 13 | why, you know, if you will, offensive | | |
| 423 14 | strategy of doing an AbilityOne partnership, | | |
| 423 15 | right? | | |
| 423 16 | A.    Yes, that's referred to as | | |
| 423 17 | offensive here. | | |
| 423 18 | Q.    And you also had a defensive | | |
| 423 19 | posture, right? | | |
| 423 20 | A.    Yes. | | |
| 423 21 | Q.    Defense.  Protects 3M products, | | |
| 423 22 | right? | | |
| 423 23 | A.    Yes. | | |
| 423 24 | Q.    "Relationship with NISH agency | | |
| 423 25 | allowed 3M to extend exclusivity of the | | |
| 424 1 | product lifecycle beyond the expiration date | | |
| 424 2 | of applicable patents." | | |
| 424 3 | That's what you wrote, right? | | |
| 424 4 | A.    That's what's written here. | | |
| 424 5 | Q.    Okay.  "Also allowed" -- I'm | | |
| 424 6 | sorry.  "Listed here is a defensive strategy | | |
| 424 7 | to block competitors' attempts to displace 3M | | |
| 424 8 | products and technologies." | | |
| 424 9 | Do you see that? | | |
| 424 10 | A.    Yes. | | |
| 425:18 - 426:4 | Douglas Moses 30(b)(6) 10.17.2019 | **Re: [425:18-426:4]** | **OVERRULED** |
| 425 18 | You see the second bullet? | **Def Obj** Relevance (401, 402); 3M MIL | |
| 425 19 | A.    I do. | No. 14 | |
| 425 20 | Q.    "Defensive play.  New Dynamics | | |
| 425 21 | has been courted by other hearing protection | | |
| 425 22 | manufacturers to produce CAE-type plugs, | | |
| 425 23 | polyurethane plugs and earmuffs." | | |
| 425 24 | Right? | | |

| | | |
|---|---|---|
| 425 25    A.   That's what it says, yes.<br>426 1    Q.   So you had that knowledge<br>426 2    certainly before the partnership, right?<br>426 3    A.   Before the agreements were<br>426 4    signed. | | |

427:5 - 428:24   Douglas Moses 30(b)(6) 10.17.2019

| | | |
|---|---|---|
| 427 5    Q.   Okay.  And they, DSCP, "has<br>427 6    encouraged New Dynamics to broaden their line<br>427 7    of hearing protection items and displace the<br>427 8    3M CAE for cost reasons."<br>427 9    Did I read that correctly?<br>427 10    A.   You read that correctly.<br>427 11    Q.   Okay.  So one of the things you<br>427 12    were doing by partnering with AbilityOne is<br>427 13    kind of take them out of the running to make<br>427 14    their own, right?<br>427 15    A.   In a generic sense that if they<br>427 16    partnered with us, they might not be<br>427 17    encouraged to move forward with something<br>427 18    else.<br>427 19    Q.   Well, they haven't developed<br>427 20    their own, right?<br>427 21    A.   Not to this day, no.<br>427 22    Q.   Okay.  And this has been, what,<br>427 23    nine years under this agreement now?<br>427 24    A.   Eight.<br>427 25    Q.   Okay.  So you were successful<br>428 1    with them?<br>428 2    A.   Well, I mean, we've been<br>428 3    working for eight years with them<br>428 4    successfully, I think.<br>428 5    Q.   Right.<br>428 6    And New Dynamics hasn't<br>428 7    broadened their line of hearing protection to<br>428 8    displace the CAE, right?<br>428 9    A.   Not the CAE specifically, no.<br>428 10    Q.   Okay.  And then you've got your<br>428 11    deal points on the left, which is kind of the<br>428 12    business points? | **Re: [427:5-428:24]**<br>**Def Obj** Relevance (401, 402); 3M MIL<br>No. 14 | **DEFER RULING** |

| | | | |
|---|---|---|---|
| 428 13 | A.    Yes, I see that, uh-huh. | | |
| 428 14 | Q.    So when you were doing this | | |
| 428 15 | deal, it was going to be -- you were going to | | |
| 428 16 | maintain that operating income percentage, | | |
| 428 17 | right? | | |
| 428 18 | A.    Yes, raise or defend current | | |
| 428 19 | operating percentage in dollars. | | |
| 428 20 | Q.    Okay.  So in other words, you | | |
| 428 21 | know, your deal point was that 3M was going | | |
| 428 22 | to make no less by entering into this | | |
| 428 23 | partnership with New Dynamics, right? | | |
| 428 24 | A.    In a nutshell, yes. | | |
| 429:2 - 429:12   Douglas Moses 30(b)(6) 10.17.2019 | | **Re: [429:2-429:12]** | **DEFER RULING** |
| 429 2 | Q.    Okay.  So you'll do this deal | **Def Obj** Relevance (401, 402) | |
| 429 3 | and you'll make no less than you're currently | | |
| 429 4 | making. | | |
| 429 5 | I guess that raises a question. | | |
| 429 6 | If you're going to make no less, how is New | | |
| 429 7 | Dynamics going to make some money? | | |
| 429 8 | A.    They would sell to the | | |
| 429 9 | government at a price that the government | | |
| 429 10 | would accept. | | |
| 429 11 | Q.    So they would charge more? | | |
| 429 12 | A.    Possibly. | | |
| 429:13 - 430:1   Douglas Moses 30(b)(6) 10.17.2019 | | **Re: [429:13-430:1]** | **DEFER RULING** |
| 429 13 | Q.    So you're going to make no | **Pltf Obj** Beyond the scope of | |
| 429 14 | less, but you're going to bring a partner in, | clarification, and response was | |
| 429 15 | and then the government is just going to have | nonresponsive and confusing | |
| 429 16 | to pay more? | | |
| 429 17 | MR. MORRISS:  Object to form. | | |
| 429 18 | THE WITNESS:  I don't know | | |
| 429 19 | where the pricing ended up here, but | | |
| 429 20 | depending on the items, if they were | | |
| 429 21 | buying raw -- raw plugs from us in | | |
| 429 22 | bulk form, we were focused here on the | | |
| 429 23 | OI, regardless of what the price was, | | |
| 429 24 | the OI percentage in dollars based | | |
| 429 25 | on -- regardless of what the price we | | |
| 430 1 | charged them. | | |

| | | |
|---|---|---|
| 430:3 - 430:10   Douglas Moses 30(b)(6) 10.17.2019 | **Re: [430:3-430:10]** | **DEFER RULING** |
| 430 3      Q.    Well, you know what the | **Def Obj** Relevance (401, 402) | |
| 430 4      government ended up paying on these, right? | | |
| 430 5      A.    I have a sense for it, but I | | |
| 430 6      don't really recall the numbers. | | |
| 430 7      Q.    They ended up paying more than | | |
| 430 8      you were charging for them before, right? | | |
| 430 9      A.    I think that's my recollection, | | |
| 430 10     that they were paying more. | | |
| 430:11 - 430:21   Douglas Moses 30(b)(6) 10.17.2019 | **Re: [430:11-430:21]** | **DEFER RULING** |
| 430 11     Q.    Okay.  So the DSCP was looking | **Def Obj** Argumentative (611, 403); | |
| 430 12     to strike a deal with New Dynamics to make a | Relevance (401, 402); Prejudicial (403) | |
| 430 13     product like the 3M CAE for a better price. | | |
| 430 14     And so what you-all did was you went to New | | |
| 430 15     Dynamics, you brought them into your reach | | |
| 430 16     and into your grasp, and the government ended | | |
| 430 17     up having to pay more? | | |
| 430 18     MR. MORRISS:  Object to form | | |
| 430 19     and the commentary. | | |
| 430 20     THE WITNESS:  That's a | | |
| 430 21     generalization, yes. | | |
| 430:23 - 430:25   Douglas Moses 30(b)(6) 10.17.2019 | **Re: [430:23-430:25]** | **OVERRULED** |
| 430 23     Q.    An accurate generalization? | **Def Obj** Vague (611, 403); Relevance | |
| 430 24     MR. MORRISS:  Object to form. | (401, 402) | |
| 430 25     THE WITNESS:  Substantially. | | |
| 431:11 - 431:14   Douglas Moses 30(b)(6) 10.17.2019 | | |
| 431 11     Q.    Okay.  You were going to extend | | |
| 431 12     the 3M brand into more areas of the military | | |
| 431 13     and government market, right? | | |
| 431 14     A.    Yes, uh-huh. | | |
| 431:15 - 431:20   Douglas Moses 30(b)(6) 10.17.2019 | **Re: [431:15-431:20]** | **OVERRULED** |
| 431 15     Q.    It would reduce cost to 3M, | **Def Obj** Relevance (401, 402) | |
| 431 16     right, because you weren't going to have to | | |
| 431 17     do all this distribution stuff, just send it | | |
| 431 18     to one customer, right? | | |
| 431 19     A.    Specifically for the Combat | | |
| 431 20     Arms, yes. | | |

| | | |
|---|---|---|
| 432:3 - 432:11   Douglas Moses 30(b)(6) 10.17.2019 | **Re: [432:3-432:11]** | **SUSTAINED** |
| 432 3      Q.   The political defense, is that | **Def Obj** Argumentative (611, 403); | |
| 432 4      you aligning with an organization for the | Relevance (401, 402); Prejudice (403) | |
| 432 5      severely handicapped to provide some cover | | |
| 432 6      concerning inquiries about what was happening | | |
| 432 7      in the earplug market? | | |
| 432 8      MR. MORRISS:  Object to form. | | |
| 432 9      THE WITNESS:  I don't have a | | |
| 432 10      specific recollection, but it could | | |
| 432 11      be. | | |
| 432:25 - 433:9   Douglas Moses 30(b)(6) 10.17.2019 | **Re: [432:25-433:9]** | **SUSTAINED** |
| 432 25      Q.   Well, okay.  Would it be fair | **Def Obj** Relevance (401, 402); | |
| 433 1      to say that you viewed this transaction with | Foundation (602) | |
| 433 2      New Dynamics as also helping you get some | | |
| 433 3      political cover from some heat you were | | |
| 433 4      getting at this point in time -- | | |
| 433 5      MR. MORRISS:  Object to form. | | |
| 433 6      QUESTIONS BY MR. BUCHANAN: | | |
| 433 7      Q.   -- on some inquiries? | | |
| 433 8      A.   I don't recall that, so I -- | | |
| 433 9      yeah, I don't recall that. | | |
| 456:21 - 456:25   Douglas Moses 30(b)(6) 10.17.2019 | | |
| 456 21      At this point, sir, I | | |
| 456 22      appreciate your testimony today and | | |
| 456 23      thank you.  I have no further | | |
| 456 24      questions. | | |
| 456 25      THE WITNESS:  Thank you. | | |
| 457:17 - 458:5   Douglas Moses 30(b)(6) 10.17.2019 | | |
| 457 17      Q.   Okay.  And the documents and | | |
| 457 18      the data contained under the Tab 3M SKU, does | | |
| 457 19      that identify the date of the sale of the | | |
| 457 20      Combat Arms Earplug version 2 and who it was | | |
| 457 21      sold to? | | |
| 457 22      A.   It does have that data there. | | |
| 457 23      Q.   And have you looked at the | | |
| 457 24      Excel spreadsheet to determine the first sale | | |
| 457 25      of the Combat Arms version 2 as it is | | |
| 458 1      contained in the SAP database? | | |
| 458 2      A.   I have. | | |

| | | |
|---|---|---|
| 458 3    Q.    And when was that sale? | | |
| 458 4    A.    It appears that the first sale | | |
| 458 5    is on July 22, 1999. | | |
| 458:6 - 458:23   Douglas Moses 30(b)(6) 10.17.2019 | **Re: [458:6-458:23]** | **SUSTAINED** |
| 458 6    Q.    And who was that sale to? | **Pltf Obj** Beyond the scope of | |
| 458 7    A.    USACHPPM. | clarification counter; 403 | |
| 458 8    Q.    And what is USACHPPM?  And | | |
| 458 9    that's C-H-P-P-M. | | |
| 458 10    A.    C-H-P-P-M. | | |
| 458 11    Q.    Right. | | |
| 458 12    And what is CHPPM? | | |
| 458 13    A.    It is the -- I believe it was | | |
| 458 14    the medical command, but it was on Aberdeen | | |
| 458 15    Proving Grounds. | | |
| 458 16    Q.    And what is Aberdeen Proving | | |
| 458 17    Grounds? | | |
| 458 18    A.    It's a facility out in Maryland | | |
| 458 19    that tests products.  They have other | | |
| 458 20    functions, too, though. | | |
| 458 21    Q.    Is that a government military | | |
| 458 22    facility? | | |
| 458 23    A.    Yes. | | |

# Douglas Moses 12.05.2019

Updated 3/3/2021

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Rulings |
|---|---|---|
| 8:3 - 8:6   Douglas Moses 12.05.2019 | | |
| 8 3       Q.   Good morning, Mr. Moses.  Will | | |
| 8 4       you state your full name for the record, | | |
| 8 5       please? | | |
| 8 6       A.   It's Douglas Hugh Moses. | | |
| 8:11 - 8:14   Douglas Moses 12.05.2019 | | |
| 8 11       You understand that you're here | | |
| 8 12       today testifying in the Combat Arms Earplug | | |
| 8 13       litigation? | | |
| 8 14       A.   I do. | | |
| 9:10 - 9:19   Douglas Moses 12.05.2019 | **Re: [9:10-9:19]** | **SUSTAINED** |
| 9 10       Q.   All right.  Now, you are a | **Def Obj** Relevance (401, 402); | |
| 9 11       witness in this case, and I take it you | Prejudice (403) | |
| 9 12       understand that men and women who have either | | |
| 9 13       in prior years served in the military, in the | | |
| 9 14       Armed Services, or who are currently serving | | |
| 9 15       in the Armed Services have brought this | | |
| 9 16       litigation and are making claims against a | | |
| 9 17       company called Aearo and 3M. | | |
| 9 18       Do you understand that? | | |
| 9 19       A.   Generally, yes. | | |
| 9:20 - 10:4   Douglas Moses 12.05.2019 | | |
| 9 20       Q.   Okay.  And you're a witness in | | |
| 9 21       this case because you currently and in the | | |
| 9 22       past have worked for both Aearo and 3M; is | | |
| 9 23       that right? | | |
| 9 24       A.   That's correct. | | |
| 9 25       Q.   And, in fact, you were, for -- | | |
| 10 1       or have been, for much of your career, | | |
| 10 2       involved with marketing the product at issue | | |
| 10 3       in this case, which is the Combat Arms | | |
| 10 4       Earplug; is that correct? | | |
| 10:6 - 10:7   Douglas Moses 12.05.2019 | | |
| 10 6       THE WITNESS:  Generally, yes, | | |
| 10 7       uh-huh. | | |
| 10:9 - 10:14   Douglas Moses 12.05.2019 | | |
| 10 9       Q.   Okay.  Let's introduce you a | | |
| 10 10       little bit more to the jury before we get | | |

| | |
|---|---|
| 10 11 | started. |
| 10 12 | Tell us where you reside. |
| 10 13 | A.   I live in Indianapolis, |
| 10 14 | Indiana. |

| | |
|---|---|
| 10:15 - 11:1 | Douglas Moses 12.05.2019 |
| 10 15 | Q.   Okay.  And you are currently |
| 10 16 | employed at 3M; is that right? |
| 10 17 | A.   I am. |
| 10 18 | Q.   Now, tell me if I'm wrong, but |
| 10 19 | it looks like from the documents that you |
| 10 20 | were first hired by a company called Aearo in |
| 10 21 | March of 2005; is that right? |
| 10 22 | A.   Yes. |
| 10 23 | Q.   Now, Aearo was the company that |
| 10 24 | originally was manufacturing and selling what |
| 10 25 | is called the Combat Arms Earplug; is that |
| 11 1 | right? |

| | |
|---|---|
| 11:3 - 11:4 | Douglas Moses 12.05.2019 |
| 11 3 | THE WITNESS:  Yes, Aearo |
| 11 4 | Technologies. |

| | |
|---|---|
| 11:9 - 11:21 | Douglas Moses 12.05.2019 |
| 11 9 | Q.   And if I understand correctly, |
| 11 10 | you continued to work for Aearo Technologies |
| 11 11 | until that company was purchased by your |
| 11 12 | current employer, which is 3M; is that right? |
| 11 13 | A.   That's correct. |
| 11 14 | Q.   And so it looks like you have |
| 11 15 | worked at Aearo or 3M continuously for |
| 11 16 | approximately 15 years? |
| 11 17 | A.   Yes, just about. |
| 11 18 | Q.   Now, during that period of |
| 11 19 | time, is it true that at all times you have |
| 11 20 | been a marketing person? |
| 11 21 | A.   Yes. |

| | |
|---|---|
| 12:6 - 13:15 | Douglas Moses 12.05.2019 |
| 12 6 | Q.   In other words, you have been |
| 12 7 | working on the business side of the |
| 12 8 | corporation, correct? |
| 12 9 | A.   Yes, as a marketer, uh-huh. |

| | |
|---|---|
| 12 10 | Q.    Okay.  And when you were first |
| 12 11 | hired, my recollection from the documents is |
| 12 12 | that you were hired as a senior brand |
| 12 13 | manager? |
| 12 14 | A.    That was the title we had then, |
| 12 15 | yes. |
| 12 16 | Q.    Okay.  And you worked as a |
| 12 17 | senior brand manager at Aearo Technologies |
| 12 18 | from 2005 to 2008, correct? |
| 12 19 | A.    Yes.  I don't know that our |
| 12 20 | titles changed until 2009. |
| 12 21 | Q.    Okay.  And then starting after |
| 12 22 | the merger, your title changed to what? |
| 12 23 | A.    At some point it was just |
| 12 24 | generally marketing manager. |
| 12 25 | Q.    Okay.  And you're still a |
| 13 1 | marketing manager today? |
| 13 2 | A.    I am. |
| 13 3 | Q.    So for 15 years you've been a |
| 13 4 | marketing person either at Aearo or at 3M, |
| 13 5 | the company that has manufactured -- or the |
| 13 6 | companies that have manufactured and sold the |
| 13 7 | Combat Arms Earplug that is at issue in this |
| 13 8 | case; is that fair? |
| 13 9 | A.    Yes. |
| 13 10 | Q.    Okay.  If I recall correctly, |
| 13 11 | and tell me if I'm wrong, but you took over |
| 13 12 | the marketing for the Combat Arms Earplug |
| 13 13 | line, I believe, in the fall of 2006; is that |
| 13 14 | right? |
| 13 15 | A.    Yes. |
| **13:25 - 14:13** | **Douglas Moses 12.05.2019** |
| 13 25 | Q.    Is it true that from the fall |
| 14 1 | of 2006 until 2012, or approximately six |
| 14 2 | years, you were the lead marketing manager |
| 14 3 | related to the sales of the Combat Arms |
| 14 4 | Earplugs to the military? |
| 14 5 | A.    Not just to the military -- |
| 14 6 | yes, but not just to the military.  To |

| | | | |
|---|---|---|---|
| | 14 7 | industry as well. | |
| | 14 8 | Q.    Okay.  So you sold the Combat | |
| | 14 9 | Arms Earplug, the dual-ended version that is | |
| | 14 10 | at issue in this case, not only to the | |
| | 14 11 | military but also to industry? | |
| | 14 12 | A.    Well, yeah, there were some | |
| | 14 13 | retail packs that ended up in stores as well. | |
| 18:25 - 19:17 | Douglas Moses 12.05.2019 | | |
| | 18 25 | Q.    Okay.  Now, I've read your | |
| | 19 1 | previous testimony in this case that you have | |
| | 19 2 | given, and tell me if I'm wrong, but is it | |
| | 19 3 | true, sir, that it was your responsibility as | |
| | 19 4 | the primary marketer for the Combat Arms | |
| | 19 5 | Earplug, the version 2, your primary | |
| | 19 6 | responsibility was to sell more Combat Arms | |
| | 19 7 | through more channels or new opportunities, | |
| | 19 8 | fair? | |
| | 19 9 | A.    It's to grow the business, yes. | |
| | 19 10 | Q.    Right. | |
| | 19 11 | And growing the business, your | |
| | 19 12 | primary responsibility, growing the business, | |
| | 19 13 | means to increase sales, correct? | |
| | 19 14 | A.    Generally, yes. | |
| | 19 15 | Q.    And hopefully by doing so, | |
| | 19 16 | increase profits, correct? | |
| | 19 17 | A.    Generally, yes, uh-huh. | |
| 19:18 - 20:7 | Douglas Moses 12.05.2019 | **Re: [19:18-20:7]** | **OVERRULED** |
| | 19 18 | Q.    Okay.  And we know when we're | **Def Obj** Relevance (401, 402); | |
| | 19 19 | talking about the combat earplug, the | Prejudice (403) | |
| | 19 20 | version 2 dual-ended earplug in this case, | | |
| | 19 21 | this was an extremely profitable product, | | |
| | 19 22 | correct? | | |
| | 19 23 | A.    It made a profit, sure. | | |
| | 19 24 | Q.    Well, I've seen documents that | | |
| | 19 25 | say it sold for over $7, or $7 at times, and | | |
| | 20 1 | it cost the company 85� to produce. | | |
| | 20 2 | Are you familiar with that? | | |
| | 20 3 | A.    I don't have all those numbers | | |
| | 20 4 | memorized, but generally, yes. | | |

| | | |
|---|---|---|
| 20 5   Q.   Okay.  That's an extremely<br>20 6   profitable product, isn't it?<br>20 7   A.   It is profitable. | | |
| 34:8 - 34:24   Douglas Moses 12.05.2019<br>34 8   Q.   Did you have any sort of formal<br>34 9   training or medical training related to<br>34 10   audiology, for instance?<br>34 11   A.   Not -- no.<br>34 12   Q.   Did you have any knowledge of<br>34 13   the technical aspects of hearing protective<br>34 14   devices?<br>34 15   A.   No.<br>34 16   Q.   What about any knowledge<br>34 17   about -- the technical aspects about how a<br>34 18   hearing protective device might work?<br>34 19   A.   I don't believe so.<br>34 20   Q.   What about testing of these<br>34 21   hearing protective devices like the Combat<br>34 22   Arms Earplugs, did you have any knowledge or<br>34 23   training or experience with testing earplugs?<br>34 24   A.   No. | Re: [34:8-34:24]<br>Pltf Obj beyond the scope of<br>clarification | SUSTAINED |
| 35:20 - 36:3   Douglas Moses 12.05.2019<br>35 20   Q.   I'm going to hand you<br>35 21   Exhibit 4.<br>35 22   A.   Thank you.<br>35 23   Q.   Exhibit 4, sir, is a document<br>35 24   that was provided to us from 3M's files in<br>35 25   this litigation, and it looks like this is a<br>36 1   2006 business plan.<br>36 2   Do you see that?<br>36 3   A.   I do. | | |
| 36:18 - 37:3   Douglas Moses 12.05.2019<br>36 18   Q.   If you go down to the very<br>36 19   bottom of the page, I want to ask you and<br>36 20   point out something.<br>36 21   The very last -- actually the<br>36 22   last bullet point down there says, "Military<br>36 23   channel:  Military is the primary driver of<br>36 24   market growth.  Substantial opportunity | | |

| | |
|---|---|
| 36 25 | exists to further penetrate this channel with |
| 37 1 | new products." |
| 37 2 | Do you see that? |
| 37 3 | A.   I do. |
| 38:18 - 39:22 | Douglas Moses 12.05.2019 |
| 38 18 | Q.   Okay.  If you go to 469.6, |
| 38 19 | you'll see in the second bullet point the |
| 38 20 | company's plans with respect to hearing |
| 38 21 | protection states, "Extend presence in the |
| 38 22 | military, leveraging the Combat Arms Earplug |
| 38 23 | platform." |
| 38 24 | Do you see that? |
| 38 25 | A.   I do. |
| 39 1 | Q.   And you took over the Combat |
| 39 2 | Arms Earplug platform from a marketing |
| 39 3 | standpoint in 2006, did you not? |
| 39 4 | A.   In the fall, yes. |
| 39 5 | Q.   And so was it true that in 2006 |
| 39 6 | you in fact took over the platform intended |
| 39 7 | to do this, to "extend the presence in the |
| 39 8 | military and leverage the Combat Arms Earplug |
| 39 9 | platform" at that time? |
| 39 10 | A.   I don't know at the time I |
| 39 11 | would have seen this because we were getting |
| 39 12 | towards the end of the 2006 when we would |
| 39 13 | have been doing 2007 planning, but this is |
| 39 14 | generally true. |
| 39 15 | Q.   Okay.  In other words, at this |
| 39 16 | time in 2006 when you took over as the main |
| 39 17 | marketing man in the company for Combat Arms, |
| 39 18 | one of the things that you wanted to do was |
| 39 19 | sell more or extend your presence with the |
| 39 20 | military, correct? |
| 39 21 | A.   Yes.  Through the platform, |
| 39 22 | yes. |
| 39:23 - 41:1 | Douglas Moses 12.05.2019 |
| 39 23 | Q.   Okay.  Sir, I want to refer you |
| 39 24 | to 469.5, please. |
| 39 25 | If you go down the page, sir, |

| | |
|---|---|
| 40 1 | to, I believe, under the heading Combat Arms. |
| 40 2 | Do you see that? |
| 40 3 | A.   I do. |
| 40 4 | Q.   Now, this business plan that |
| 40 5 | was created in 2005, it states, "Sales |
| 40 6 | exploded in 2005, more than quadrupling the |
| 40 7 | 2004 sales." |
| 40 8 | Correct? |
| 40 9 | A.   That's what it says here, yes. |
| 40 10 | Q.   Okay.  And I take it when you |
| 40 11 | took over as the main marketing person at the |
| 40 12 | company, you had an understanding that as far |
| 40 13 | as the Combat Arms sales, they were exploding |
| 40 14 | because of the military sales, correct? |
| 40 15 | A.   I don't remember the word |
| 40 16 | "exploding."  I remember that it was growing. |
| 40 17 | Q.   At any rate, it was clear to |
| 40 18 | you that when you were put in charge, there |
| 40 19 | were sales that were increasing at a very |
| 40 20 | rapid rate related to the Combat Arms |
| 40 21 | Earplug, correct? |
| 40 22 | A.   I think they were increasing, |
| 40 23 | certainly. |
| 40 24 | Q.   Okay.  And this says |
| 40 25 | "exploding," right? |
| 41 1 | A.   Yes, that's what's on the page. |

| | |
|---|---|
| 72:11 - 72:15 | Douglas Moses 12.05.2019 |
| 72 11 | Let's talk about your |
| 72 12 | responsibilities as the lead marketer of the |
| 72 13 | Combat Arms Earplug at the company. |
| 72 14 | Okay? |
| 72 15 | A.   Okay. |

| | |
|---|---|
| 74:3 - 74:17 | Douglas Moses 12.05.2019 |
| 74 3 | Q.   One of the things that you |
| 74 4 | would do would be to lead business |
| 74 5 | development activities, correct? |
| 74 6 | A.   I had some business development |
| 74 7 | activities with regards to this.  We also had |
| 74 8 | a lead salesperson that was also kind of |

| | | | |
|---|---|---|---|
| 74 9 | responsible for program office engagement. | | |
| 74 10 | I engaged with some of the | | |
| 74 11 | military audiologists occasionally, and I | | |
| 74 12 | would call that business development | | |
| 74 13 | activity. | | |
| 74 14 | Q.   Okay.  And did you have a sales | | |
| 74 15 | force? | | |
| 74 16 | A.   There was -- yes, force.  I | | |
| 74 17 | don't know, four or five people, yes. | | |
| 75:10 - 75:22 | Douglas Moses 12.05.2019 | **Re: [75:10-75:22]** **Def Obj** Relevance (401, 402) | **OVERRULED** |
| 75 10 | Q.   As far as business development | | |
| 75 11 | activities, would you, for example, attend | | |
| 75 12 | trade shows? | | |
| 75 13 | A.   Sometimes, yes, uh-huh. | | |
| 75 14 | Q.   Okay.  And professional | | |
| 75 15 | organization meetings? | | |
| 75 16 | A.   Conferences, yes, uh-huh. | | |
| 75 17 | Q.   And at those meetings, for | | |
| 75 18 | example, you would have a booth set up that | | |
| 75 19 | would market your products to the attendees; | | |
| 75 20 | is that right? | | |
| 75 21 | A.   Sometimes it was a formal | | |
| 75 22 | booth, sometimes it was a tabletop, but, yes. | | |
| 75:23 - 77:5 | Douglas Moses 12.05.2019 | **Re: [75:23-77:5]** **Def Obj** Relevance (401, 402) | **OVERRULED** |
| 75 23 | Q.   I see.  Okay. | | |
| 75 24 | And I take it that at those | | |
| 75 25 | tabletops or those booths you would have your | | |
| 76 1 | products there or brochures for your products | | |
| 76 2 | or your catalogs that would show the | | |
| 76 3 | attendees -- or tell things to the attendees | | |
| 76 4 | about the Combat Arms Earplugs; is that fair? | | |
| 76 5 | A.   The Combat Arms likely would | | |
| 76 6 | have been included in the literature that | | |
| 76 7 | included the other products that we had | | |
| 76 8 | focused towards the military and law | | |
| 76 9 | enforcement. | | |
| 76 10 | Q.   Give us some idea of the trade | | |
| 76 11 | shows that you typically attended or of the | | |
| 76 12 | professional organizations or conferences | | |

| | |
|---|---|
| 76 13    that you attended related to selling the | |
| 76 14    Combat Arms Earplugs to the military. | |
| 76 15    A.    There was -- there is a JDVAC, | |
| 76 16    which is the Joint Defense Veterans | |
| 76 17    Administration Audiology Conference, I think | |
| 76 18    is what that means. | |
| 76 19    There's the National Hearing | |
| 76 20    Conservation Association, or NHCA.  I don't | |
| 76 21    know that I attended all of them, but I | |
| 76 22    attended many of those. | |
| 76 23    There was a show called AUSA, | |
| 76 24    was the Association of the US Army.  I | |
| 76 25    generally attended that as well. | |
| 77 1    Q.    Okay. | |
| 77 2    A.    And then there were some like | |
| 77 3    industry-type national safety congress shows | |
| 77 4    where sometimes military personnel might see | |
| 77 5    a product there. | |

| 77:6 - 77:13   Douglas Moses 12.05.2019 | **Re: [77:6-77:13]** | **OVERRULED** |
|---|---|---|
| 77 6    Q.    And you were the main marketing | **Def Obj** Relevance (401, 402); Vague | |
| 77 7    person for the Combat Arms at those | (611, 403) | |
| 77 8    conferences when you would go, correct? | | |
| 77 9    MR. MORRISS:  Object to form. | | |
| 77 10   THE WITNESS:  Parts of it. | | |
| 77 11   Salespeople would also attend and | | |
| 77 12   others that could present the | | |
| 77 13   products, yes. | | |

| 77:14 - 77:19   Douglas Moses 12.05.2019 | **Re: [77:14-77:19]** | **OVERRULED** |
|---|---|---|
| 77 14   QUESTIONS BY MR. CARTMELL: | **Def Obj** Relevance (401, 402) | |
| 77 15   Q.    And I take it that you would, | | |
| 77 16   for instance, meet with or talk with | | |
| 77 17   attendees, including, as you said, | | |
| 77 18   audiologists, correct? | | |
| 77 19   A.    I could. | | |

| 80:5 - 80:17   Douglas Moses 12.05.2019 | | |
|---|---|---|
| 80 5    But you would meet with | | |
| 80 6    audiologists about the Combat Arms Earplugs; | | |
| 80 7    I've seen from your documents as well, | | |
| 80 8    correct? | | |

| | | | |
|---|---|---|---|
| | 80 9      A.    Yes.  Sometimes more the later | | |
| | 80 10     generations than Combat Arms version 2, | | |
| | 80 11     though. | | |
| | 80 12     Q.    And when you would meet with | | |
| | 80 13     these audiologists, for example, you needed | | |
| | 80 14     to have an understanding of the technical | | |
| | 80 15     aspects of the Combat Arms product, correct? | | |
| | 80 16     A.    Somewhat, but also more what | | |
| | 80 17     problem are they trying to solve. | | |
| 87:14 - 88:3 | Douglas Moses 12.05.2019 | Re: [87:14-88:3] | OVERRULED |
| | 87 14     Q.    Well, don't you think as the | Def Obj Argumentative (611, 403); | |
| | 87 15     main marketing person who was meeting with | Compound (611, 403); Prejudice (403) | |
| | 87 16     all the audiologists and trying to sell as | | |
| | 87 17     many Combat Arms Earplugs that you had to | | |
| | 87 18     have a very good understanding of how that | | |
| | 87 19     Combat Arms Earplug worked and what the | | |
| | 87 20     characteristics of the product were, how it | | |
| | 87 21     needed to be used by the end user, including | | |
| | 87 22     the soldiers? | | |
| | 87 23     MR. MORRISS:  Object to form. | | |
| | 87 24     THE WITNESS:  I kind of -- most | | |
| | 87 25      of my conversations were around | | |
| | 88 1      features and benefits more than | | |
| | 88 2      fitting and fielding and training and | | |
| | 88 3      things like that. | | |
| 88:5 - 88:14 | Douglas Moses 12.05.2019 | | |
| | 88 5      Q.    But as far as features and | | |
| | 88 6      benefits of the Combat Arms Earplugs, you had | | |
| | 88 7      to have a good understanding of that, didn't | | |
| | 88 8      you? | | |
| | 88 9      A.    I had to have an understanding | | |
| | 88 10     to at least have a reasonable conversation | | |
| | 88 11     about it, sure. | | |
| | 88 12     Q.    Because you're trying to sell | | |
| | 88 13     it, right? | | |
| | 88 14     A.    That's right. | | |
| 88:25 - 89:6 | Douglas Moses 12.05.2019 | | |
| | 88 25     Q.    Did you do it also for the | | |
| | 89 1      Combat Arms Earplugs? | | |

| | | | |
|---|---|---|---|
| 89 2 | A.   I don't recall meeting with | | |
| 89 3 | rank and file soldiers.  Maybe at a trade | | |
| 89 4 | show.  I remember talking to audiologists or | | |
| 89 5 | if we had a -- if we had a new concept, | | |
| 89 6 | maybe.  I'm speculating. | | |
| 89:10 - 89:20   Douglas Moses 12.05.2019 | | **Re: [89:10-89:20]** | **OVERRULED** |
| 89 10 | Q.   Were there times as the main | **Def Obj** Relevance (401, 402) | |
| 89 11 | marketing person and the individual who was | | |
| 89 12 | trying to sell these to the military that you | | |
| 89 13 | would actually meet military members who used | | |
| 89 14 | the products and do research to see what | | |
| 89 15 | complaints they might have or what they might | | |
| 89 16 | like to see in hearing protection, or did you | | |
| 89 17 | not do that? | | |
| 89 18 | A.   I likely had conversations with | | |
| 89 19 | the troops.  I just don't recall a specific | | |
| 89 20 | one. | | |
| 89:21 - 90:4   Douglas Moses 12.05.2019 | | **Re: [89:21-90:21]** | **OVERRULED** |
| 89 21 | Q.   Did you also actually go and | **Pltf Obj** beyond the scope of | |
| 89 22 | witness, on the barracks or wherever, these | clarification | |
| 89 23 | soldiers, in training and things that, | | |
| 89 24 | with the Combat Arms Earplugs that you were | | |
| 89 25 | trying to sell them in their ears, to try to | | |
| 90 1 | get an understanding of how they were using | | |
| 90 2 | them? | | |
| 90 3 | A.   It's possible, but I don't | | |
| 90 4 | recall that. | | |
| 90:8 - 90:21   Douglas Moses 12.05.2019 | | | |
| 90 8 | As you sit here today, over | | |
| 90 9 | your experience for six years as the main | | |
| 90 10 | marketing person in the company related to | | |
| 90 11 | selling to the military, you don't recall a | | |
| 90 12 | single instance of going actually to the | | |
| 90 13 | barracks or to where soldiers were training | | |
| 90 14 | and witnessing them with the actual earplugs | | |
| 90 15 | in their ears, correct? | | |
| 90 16 | A.   Not to a barracks or a training | | |
| 90 17 | exercise that I recall. | | |
| 90 18 | Q.   Do you recall going anywhere to | | |

| | | | |
|---|---|---|---|
| 90 19 | see how these soldiers were using the Combat | | |
| 90 20 | Arms Earplugs and actually witnessing it? | | |
| 90 21 | A.   I don't recall. | | |
| 93:21 - 94:1 | Douglas Moses 12.05.2019 | | |
| 93 21 | You were also responsible, as | | |
| 93 22 | the lead marketing individual from 2006 to | | |
| 93 23 | 2012 related to the sales of -- or marketing | | |
| 93 24 | of Combat Arms Earplugs, you were also | | |
| 93 25 | responsible for reviewing and approving the | | |
| 94 1 | brochures for that product, correct? | | |
| 94:3 - 94:13 | Douglas Moses 12.05.2019 | | |
| 94 3 | THE WITNESS:  I would have been | | |
| 94 4 | part of the review process, yes. | | |
| 94 5 | QUESTIONS BY MR. CARTMELL: | | |
| 94 6 | Q.    Right. | | |
| 94 7 | And the ultimate decision | | |
| 94 8 | related -- or approval would have been yours, | | |
| 94 9 | correct? | | |
| 94 10 | A.    I think after everyone had | | |
| 94 11 | weighed in and the graphic designer had made | | |
| 94 12 | the changes, I would have said it's good to | | |
| 94 13 | go to the printer, yes. | | |
| 94:22 - 95:8 | Douglas Moses 12.05.2019 | Re: [94:22-95:8] | OVERRULED |
| 94 22 | Q.    As far as catalogs, during the | Pltf Obj beyond the scope of | |
| 94 23 | time you were the main marketing man or the | clarification | |
| 94 24 | lead marketing man related to the Combat Arms | | |
| 94 25 | Earplugs, you were the -- in charge of the | | |
| 95 1 | ultimate approval of catalogs including that | | |
| 95 2 | product, correct? | | |
| 95 3 | A.    I would have approached it as a | | |
| 95 4 | team, and the decision to move it towards | | |
| 95 5 | printing, which I suppose could be considered | | |
| 95 6 | the final -- the final decision, in some | | |
| 95 7 | cases was mine, in some cases was others, and | | |
| 95 8 | I participated in it. | | |
| 98:9 - 99:5 | Douglas Moses 12.05.2019 | | |
| 98 9 | Q.    Is it true from 2006, when you | | |
| 98 10 | became the main marketing man at the company | | |
| 98 11 | related to the Combat Arms Earplug, until | | |

| | |
|---|---|
| 98 12 | 2012, during that entire time you were on the |
| 98 13 | team either at Aearo or at 3M that would |
| 98 14 | review the marketing materials, the |
| 98 15 | brochures, the catalogs, some instances sales |
| 98 16 | sheets?  You would be on the team to approve |
| 98 17 | those materials, correct? |
| 98 18 | A.    Generally, yes, uh-huh. |
| 98 19 | Q.    Okay.  Same is true with |
| 98 20 | training materials, correct? |
| 98 21 | A.    Generally, yes.  There was a |
| 98 22 | training department, and sometimes they |
| 98 23 | produced documents that I'm not aware of. |
| 98 24 | Q.    Sometimes your company would |
| 98 25 | put out website information, materials, |
| 99 1 | marketing materials, related to the Combat |
| 99 2 | Arms. |
| 99 3 | You were on the team that was |
| 99 4 | assigned to approve that for use on the |
| 99 5 | website, correct? |
| **99:7 - 99:11** | **Douglas Moses 12.05.2019** |
| 99 7 | THE WITNESS:  Generally I would |
| 99 8 | have some contribution to that, but I |
| 99 9 | also know that they could have just, |
| 99 10 | you know, updated websites and things |
| 99 11 | without my knowledge as well. |
| **103:22 - 104:9** | **Douglas Moses 12.05.2019** |
| 103 22 | Q.    And we also talked about you |
| 103 23 | were on the team during the time that you |
| 103 24 | were the main marketing person for the |
| 103 25 | company related to the Combat Arms for |
| 104 1 | inserts that would include instructions. |
| 104 2 | You would be on that team as |
| 104 3 | well, correct? |
| 104 4 | A.    I would have been one of the |
| 104 5 | reviewers, yes. |
| 104 6 | Q.    Okay.  And with respect to the |
| 104 7 | inserts for the Combat Arms Earplugs -- and |
| 104 8 | you're familiar with inserts, correct? |
| 104 9 | A.    Sure. |

104:22 - 105:24   Douglas Moses 12.05.2019

| | |
|---|---|
| 104 22 | And with respect to the Combat |
| 104 23 | Arms Earplug instructions for use, user |
| 104 24 | instructions and those types of inserts, who |
| 104 25 | on that team that you were on was ultimately |
| 105 1 | responsible for the approval of those |
| 105 2 | instructions during 2006 to 2012? |
| 105 3 | A.   Generally the lab personnel or |
| 105 4 | the technical team would carry a lot more |
| 105 5 | weight because they were the ones that |
| 105 6 | approved, really, the instructions. |
| 105 7 | My part of that would have -- I |
| 105 8 | would have been looking for branding and |
| 105 9 | maybe typographical errors and other things |
| 105 10 | like that. |
| 105 11 | Legal would have reviewed -- I |
| 105 12 | don't recall there being one person that is |
| 105 13 | the ultimate reviewer, but certainly the lab |
| 105 14 | or the technical people would have had a lot |
| 105 15 | of weight into those. |
| 105 16 | Q.   So with respect to the inserts |
| 105 17 | for Combat Arms Earplugs version 2, like |
| 105 18 | we've talked about, and the portion of that |
| 105 19 | insert that related to the instructions for |
| 105 20 | the user, your testimony is that the lab |
| 105 21 | individuals, the ones who worked in the lab, |
| 105 22 | would be primarily providing that input, but |
| 105 23 | all the others on the team could provide |
| 105 24 | input and approve those as well, correct? |

**Re: [104:22-105:24]**
**Pltf Obj** beyond the scope of
clarification

**OVERRULED**

106:1 - 106:14   Douglas Moses 12.05.2019

| | |
|---|---|
| 106 1 | THE WITNESS:  For the |
| 106 2 | version 2, I wasn't here when those |
| 106 3 | were created.  I recall a revision, |
| 106 4 | maybe some -- later to the branding |
| 106 5 | piece of it, but I wasn't involved in |
| 106 6 | the original user instructions, so I |
| 106 7 | don't know who was on that team at the |
| 106 8 | time and who would have approved it. |
| 106 9 | But your general question of |

**Re: [106:1-106:14]**
**Pltf Obj** beyond the scope of
clarification

**OVERRULED**

| | | |
|---|---|---|
| 106 10   would everyone have gotten to see it, | | |
| 106 11   I don't know that.  But likely | | |
| 106 12   everyone would have had a -- you know, | | |
| 106 13   like on the team would have had a | | |
| 106 14   chance to see it. | | |
| 106:24 - 107:11   Douglas Moses 12.05.2019 | **Re: [106:24-107:11]** | **OVERRULED** |
| 106 24   So, Mr. Moses, during the time | **Pltf Obj** beyond the scope of | |
| 106 25   that you were the lead of the marketing team | clarification | |
| 107 1   related to the Combat Arms Earplug -- and | | |
| 107 2   let's talk about version 2.  With respect to | | |
| 107 3   the insert that included the instructions for | | |
| 107 4   use, when you were on that team that would | | |
| 107 5   review inserts, including instructions, it | | |
| 107 6   sounds like there were members from the | | |
| 107 7   technical team that were on that team with | | |
| 107 8   you; is that right? | | |
| 107 9   A.   I don't want to nitpick it, but | | |
| 107 10   I wasn't on the team.  I didn't work there | | |
| 107 11   when that insertion was created. | | |
| 124:22 - 125:14   Douglas Moses 12.05.2019 | **Re: [124:22-125:14]** | **OVERRULED** |
| 124 22   Q.   Sir, you were asked to review | **Pltf Obj** beyond the scope of | |
| 124 23   marketing materials during 2006 to 2012, and | clarification and cummulative of above | |
| 124 24   brochures during that period of time and | | |
| 124 25   catalogs during that period of time, and also | | |
| 125 1   the inserts that had the instructions for the | | |
| 125 2   users of the Combat Arms Earplugs because | | |
| 125 3   that fell within your job responsibilities, | | |
| 125 4   correct? | | |
| 125 5   MR. MORRISS:  Object to form. | | |
| 125 6   THE WITNESS:  If you're asking | | |
| 125 7   specifically about the user inserts, I | | |
| 125 8   would have been on a group of people | | |
| 125 9   that would have seen them. | | |
| 125 10   But again, you know, technical | | |
| 125 11   service would have been largely | | |
| 125 12   responsible for its contents, | | |
| 125 13   especially the user instruction piece, | | |
| 125 14   and legal would have been responsible. | | |

128:4 - 128:22   Douglas Moses 12.05.2019

| | |
|---|---|
| 128 4 | Q.   Okay.  So knowing that you were |
| 128 5 | assigned as the lead marketing person for the |
| 128 6 | Combat Arms Earplugs in 2006 -- I think you |
| 128 7 | said in the fall, correct? |
| 128 8 | A.   Yes. |
| 128 9 | Q.   And that at that time, other |
| 128 10 | than occasionally wearing hearing protection |
| 128 11 | at your prior job, you didn't really have any |
| 128 12 | experience with hearing protection, marketing |
| 128 13 | hearing protection devices. |
| 128 14 | What did you do to sort of get |
| 128 15 | up to speed and learn about hearing |
| 128 16 | protective devices so that you could |
| 128 17 | effectively market them? |
| 128 18 | A.   I tried to have conversations |
| 128 19 | with people who knew more than me, attended |
| 128 20 | trade shows.  Again, things like that where I |
| 128 21 | could talk to people who knew more about |
| 128 22 | them.  Conferences. |

**Re: [128:4-128:22]**
**Def Obj** Relevance (401, 402);
Prejudice (403)

**OVERRULED**

130:12 - 130:16   Douglas Moses 12.05.2019

| | |
|---|---|
| 130 12 | Q.   Okay.  What about training from |
| 130 13 | a technical aspect?  Did you go back and |
| 130 14 | review, for example, the Combat Arms Earplugs |
| 130 15 | testing that was done? |
| 130 16 | A.   I don't recall doing that. |

**Re: [130:12-130:16]**
**Def Obj** Relevance (401, 402);
Prejudice (403)

**OVERRULED**

131:14 - 131:19   Douglas Moses 12.05.2019

| | |
|---|---|
| 131 14 | Q.   When you started, Mr. Moses, as |
| 131 15 | the lead marketing man related to sales of |
| 131 16 | the Combat Arms Earplugs version 2 to the |
| 131 17 | military in 2006, did you have any knowledge |
| 131 18 | of the requirements for labeling of hearing |
| 131 19 | protective devices? |

**Re: [131:14-131:19]**
**Def Obj** Relevance (401, 402);
Prejudice (403)

**OVERRULED**

132:2 - 132:3   Douglas Moses 12.05.2019

| | |
|---|---|
| 132 2 | Q.   You don't believe so? |
| 132 3 | A.   I don't believe so. |

**Re: [132:2-132:3]**
**Def Obj** Relevance (401, 402);
Prejudice (403)

**OVERRULED**

133:16 - 133:21   Douglas Moses 12.05.2019

| | |
|---|---|
| 133 16 | Q.   Mr. Moses, Exhibit 13 is an |
| 133 17 | e-mail from Cyd Kladden to Barbara |

| | | |
|---|---|---|
| 133 18    Chelminiak; is that correct?<br>133 19    A.   I don't know Barbara, I don't<br>133 20    recall her name, so it's good as anything,<br>133 21    yeah. | | |
| 133:22 - 133:24   Douglas Moses 12.05.2019<br>133 22    Q.    Okay.  Who is Cyd?<br>133 23    A.    Cyd was an administrative<br>133 24    person who worked in the E-A-RCAL lab. | | |
| 133:25 - 134:8   Douglas Moses 12.05.2019<br>133 25    Q.    Okay.  The subject is "Label<br>134 1    Summary."<br>134 2    Do you see that?<br>134 3    A.    I do.<br>134 4    Q.    And Cyd says, "This is a<br>134 5    summary of the EPA labeling requirements I<br>134 6    put together for Doug Moses a while ago."<br>134 7    That's you, correct?<br>134 8    A.    Yes. | | |
| 135:3 - 135:11   Douglas Moses 12.05.2019<br>135 3    Q.    Okay.  Well, at some point, I<br>135 4    take it, as the lead marketing person and<br>135 5    somebody who had to review the labeling, you<br>135 6    learned that there were EPA requirements,<br>135 7    correct?<br>135 8    MR. MORRISS:  Object to form.<br>135 9    THE WITNESS:  I understood that<br>135 10    on some documents there was an EPA<br>135 11    label. | Re: [135:3-135:11]<br>Def Obj Relevance (401, 402); Vague<br>(611, 403) | OVERRULED |
| 135:14 - 135:20   Douglas Moses 12.05.2019<br>135 14    And that there actually are<br>135 15    regulations that the EPA has for hearing<br>135 16    protective devices.<br>135 17    Did you know that before today?<br>135 18    MR. MORRISS:  Object to form.<br>135 19    THE WITNESS:  Before today,<br>135 20    yes. | Re: [135:14-135:20]<br>Def Obj Relevance (401, 402) | OVERRULED |
| 138:1 - 138:2   Douglas Moses 12.05.2019<br>138 1    MR. CARTMELL:  Let's see the<br>138 2    whole document, please, Michael. | | |

138:5 - 139:3   Douglas Moses 12.05.2019

| | |
|---|---|
| 138 5 | Q.   Okay.  It states, |
| 138 6 | "Section 211.204-1, Information Content of |
| 138 7 | Primary Label." |
| 138 8 | Do you see that? |
| 138 9 | A.   I see that written here, yes. |
| 138 10 | Q.   I mean, is this something |
| 138 11 | you've ever seen, these regulations?  For |
| 138 12 | example, Section 211.204, .204? |
| 138 13 | A.   I don't recall this, no. |
| 138 14 | Q.   You don't think you've ever |
| 138 15 | seen these EPA regulations? |
| 138 16 | A.   I'm not saying that.  I'm |
| 138 17 | saying I don't recall it. |
| 138 18 | Q.   Okay.  If you go down, |
| 138 19 | there's "sample EPA label must be on primary |
| 138 20 | label of the box and readily visible without |
| 138 21 | opening the package." |
| 138 22 | Do you see that? |
| 138 23 | A.   I do. |
| 138 24 | Q.   Okay.  And then it has a |
| 138 25 | picture with a noise reduction rating like we |
| 139 1 | saw on the blister -- the back of the blister |
| 139 2 | card, correct? |
| 139 3 | A.   Similar to that, yes. |

**Re: [138:5-139:3]**
**Def Obj** Relevance (401, 402);
Prejudice (403)

**OVERRULED**

139:4 - 139:6   Douglas Moses 12.05.2019

| | |
|---|---|
| 139 4 | Q.   Okay.  And I take it before |
| 139 5 | today, you knew that was a requirement by the |
| 139 6 | EPA, didn't you? |

139:4 - 139:6   Douglas Moses 12.05.2019

| | |
|---|---|
| 139 4 | Q.   Okay.  And I take it before |
| 139 5 | today, you knew that was a requirement by the |
| 139 6 | EPA, didn't you? |

139:8 - 139:14   Douglas Moses 12.05.2019

| | |
|---|---|
| 139 8 | THE WITNESS:  In some -- yes. |
| 139 9 | I don't know about for military, but |
| 139 10 | certainly for packaging that a |
| 139 11 | consumer would see. |
| 139 12 | QUESTIONS BY MR. CARTMELL: |

| | | |
|---|---|---|
| 139 13   Q.   Okay. | | |
| 139 14   A.   I understood over time. | | |
| 139:8 - 139:14   Douglas Moses 12.05.2019 | | |
| 139 8   THE WITNESS:  In some -- yes. | | |
| 139 9   I don't know about for military, but | | |
| 139 10   certainly for packaging that a | | |
| 139 11   consumer would see. | | |
| 139 12   QUESTIONS BY MR. CARTMELL: | | |
| 139 13   Q.   Okay. | | |
| 139 14   A.   I understood over time. | | |
| 141:2 - 142:2   Douglas Moses 12.05.2019 | **Re: [141:2-142:2]** | **OVERRULED** |
| 141 2   Q.   If you look at | **Def Obj** Relevance (401, 402); | |
| 141 3   Section 211.204-4(a), it states, "The mean | Prejudice (403) | |
| 141 4   attenuation and standard deviation values | | |
| 141 5   obtained for each test frequency and the NRR | | |
| 141 6   calculated from those values." | | |
| 141 7   Do you see that? | | |
| 141 8   A.   I see that written here, yes. | | |
| 141 9   Q.   And at some point, as the lead | | |
| 141 10   marketing man and the reviewer of the | | |
| 141 11   packaging material and the labels, did you | | |
| 141 12   know that that NRR statement needed to be | | |
| 141 13   there with the packaging? | | |
| 141 14   A.   Are you speaking about this | | |
| 141 15   particular NRR label here? | | |
| 141 16   Q.   Yeah.  That gives an example of | | |
| 141 17   what it needs to be. | | |
| 141 18   A.   At some point I learned that | | |
| 141 19   over time, yes. | | |
| 141 20   Q.   Okay.  Go to the next page, if | | |
| 141 21   you would, to subsection E.  I want to ask | | |
| 141 22   you about that. | | |
| 141 23   It states, "Instructions as to | | |
| 141 24   the proper insertion or placement of the | | |
| 141 25   device." | | |
| 142 1   Do you see that? | | |
| 142 2   A.   I do. | | |

147:4 - 148:9   Douglas Moses 12.05.2019

| | | | **Re: [147:4-148:9]** | **SUSTAINED** |

147 4      Q.    Section 211.204-4(e) of the EPA
147 5      labeling requirements for hearing protective
147 6      devices states that "instructions as to the
147 7      proper insertion or placement of the device
147 8      must be on the labeling."
147 9      Did you know that?
147 10     MR. MORRISS:  I object to the
147 11     form.
147 12     Where are you reading from?
147 13     THE WITNESS:  I don't know
147 14     enough about these requirements to
147 15     answer your question.  I don't know if
147 16     this is saying that this is required
147 17     or if this is simply supporting
147 18     information.  I don't understand the
147 19     EPA regulations.
147 20     QUESTIONS BY MR. CARTMELL:
147 21     Q.    Okay.  So that's important to
147 22     know, I think, for the jury.
147 23     Your testimony is that even
147 24     though you were the brand manager and the
147 25     main marketing manager in charge of selling
148 1      as many Combat Arms Earplugs as possible to
148 2      increase sales during 2006 to 2012, and you
148 3      were on the review team that reviewed the
148 4      instructions for use and the EPA labeling,
148 5      you really don't understand the EPA
148 6      regulations; is that fair?
148 7      A.    It is fair that I don't
148 8      understand these, but I do rely on the lab to
148 9      know these, and I would have relied on them.

**Re: [147:4-148:9]**
**Def Obj** Relevance (401, 402);
Prejudice (403)

148:13 - 149:9   Douglas Moses 12.05.2019

148 13     labeling information, was there a time,
148 14     though, that you learned that the product,
148 15     Combat Arms Earplug product, was required to
148 16     include instructions as to the proper
148 17     insertion or placement of the device which
148 18     would accompany the device?

**Re: [148:13-149:9]**
**Pltf Obj** beyond the scope of
clarification

**SUSTAINED**

| | | |
|---|---|---|
| 148 19   MR. MORRISS:  Object to form | | |
| 148 20   and the commentary. | | |
| 148 21   THE WITNESS:  I recall | | |
| 148 22   understanding that the blister pack | | |
| 148 23   required instructions or we included | | |
| 148 24   instructions.  Maybe I should say it | | |
| 148 25   that way.  We included instructions in | | |
| 149 1   it. | | |
| 149 2   I don't recall who, but I | | |
| 149 3   recall a conversation sometime in that | | |
| 149 4   orientation period after I took over | | |
| 149 5   the business where the bulk version | | |
| 149 6   did not require instructions or EPA | | |
| 149 7   labeling.  I can't recall who told me | | |
| 149 8   that; I just recall having that | | |
| 149 9   conversation. | | |
| 156:4 - 156:16   Douglas Moses 12.05.2019 | Re: [156:4-156:16] | **OVERRULED** |
| 156 4   QUESTIONS BY MR. CARTMELL: | Pltf Obj beyond the scope of | |
| 156 5   Q.    Mr. Moses, I want to now talk | clarification | |
| 156 6   to you about whether, when you became the | | |
| 156 7   main marketing man at the company related to | | |
| 156 8   selling version 2 of the Combat Arms | | |
| 156 9   Earplugs, whether you would have gone back | | |
| 156 10   and looked at the labeling or the | | |
| 156 11   instructions for use that were in effect at | | |
| 156 12   that time to try to familiarize yourself with | | |
| 156 13   it. | | |
| 156 14   A.    Knowing myself, probably not. | | |
| 156 15   I was looking forward to newer versions of | | |
| 156 16   the Combat Arms. | | |
| 158:6 - 158:11   Douglas Moses 12.05.2019 | | |
| 158 6   Q.    Do you know if the sales of the | | |
| 158 7   Combat Arms version 2 earplug was always | | |
| 158 8   sales in bulk up until the time that you took | | |
| 158 9   over? | | |
| 158 10   A.    I think I saw evidence that it | | |
| 158 11   was also sold in blister packs as well. | | |

| | | |
|---|---|---|
| **159:14 - 159:23**   Douglas Moses 12.05.2019 | **Re: [159:14-159:23]** | **OVERRULED** |
| 159 14    Q.    Okay.  But, for example, if the | **Def Obj** Foundation (602); Relevance | |
| 159 15    military was about to have a rapid field | (401, 402); Vague (611, 403) | |
| 159 16    initiative or a surge or send people to | | |
| 159 17    combat and they wanted lots of earplugs, the | | |
| 159 18    earplugs from your company, Aearo at the | | |
| 159 19    time, would typically be sold in bulk, | | |
| 159 20    correct? | | |
| 159 21    MR. MORRISS:  Object to form. | | |
| 159 22    THE WITNESS:  I think I recall | | |
| 159 23    a lot of those being in bulk. | | |
| **159:24 - 160:10**   Douglas Moses 12.05.2019 | | |
| 159 24    QUESTIONS BY MR. CARTMELL: | | |
| 159 25    Q.    Okay.  And when there were bulk | | |
| 160 1    sales from your company of the Combat Arms | | |
| 160 2    Earplugs, I think from the testimony of | | |
| 160 3    Mr. Myers, the typical bulk package would be | | |
| 160 4    50 pairs of plugs that were put in a plastic | | |
| 160 5    bag, and then the plastic bag full of the | | |
| 160 6    plugs would be put in a cardboard box. | | |
| 160 7    Is that consistent with your | | |
| 160 8    memory? | | |
| 160 9    A.    That's -- yes, that's | | |
| 160 10    consistent. | | |
| **160:11 - 160:19**   Douglas Moses 12.05.2019 | **Re: [160:11-160:19]** | **SUSTAINED** |
| 160 11    Q.    Okay.  And do you know if from | **Pltf Obj** beyond the scope of | |
| 160 12    1999 to 2005 whether there was instructions | clarification | |
| 160 13    for use of the Combat Arms version 2 earplugs | | |
| 160 14    that would be either on the -- affixed to the | | |
| 160 15    box or in the plastic bag when there was a | | |
| 160 16    bulk sale? | | |
| 160 17    A.    I don't know.  That wasn't one | | |
| 160 18    of the topics that I was to speak to at the | | |
| 160 19    30(b)(6). | | |
| **160:23 - 161:18**   Douglas Moses 12.05.2019 | | |
| 160 23    Q.    I'm going to hand you what's | | |
| 160 24    been marked as Exhibit 14. | | |
| 160 25    Sir, this is an e-mail with an | | |
| 161 1    attachment that was produced from your files | | |

161 2      at the company in this litigation, and I want
161 3      to ask you a few questions about this.
161 4      This is in 2009 from you to
161 5      Mike Cimino, who was your boss, correct?
161 6      A.    At this time frame, yes.
161 7      Q.    Okay.  And you send an e-mail.
161 8      You say, "You like?" question mark.
161 9      What does that mean?
161 10     A.    I assume I'm showing my boss
161 11     something I would like his opinion.
161 12     Q.    Okay.  And it looks like, if
161 13     you turn the page, there are some slides,
161 14     maybe PowerPoint slides, that you are or
161 15     somebody at the company has prepared; is that
161 16     right?
161 17     A.    These look like PowerPoint
161 18     slides, yes.

161:19 - 161:24   Douglas Moses 12.05.2019
161 19     Q.    Okay.  And the title is
161 20     "Previous Combat Arms Earplugs."  It says
161 21     it's "company proprietary information," and
161 22     then it has a picture of the dual-ended
161 23     Combat Arms Earplugs, right?
161 24     A.    Yes.

| 161:25 - 162:8   Douglas Moses 12.05.2019 | **Re: [161:25-162:8]** | **OVERRULED** |
|---|---|---|
| 161 25     Q.    And then I want to ask you<br>162 1      about this.  It says, "Generation 2,<br>162 2      dual-ended."  It says several things.  It<br>162 3      says, "One-size-fits-all approach," which is<br>162 4      true, right?<br>162 5      MR. MORRISS:  Object to form.<br>162 6      THE WITNESS:  It doesn't have<br>162 7      extra sizes.  It doesn't have a small<br>162 8      or medium, so, yes. | **Def Obj** Foundation (602); 701 | |
| 162:17 - 163:6   Douglas Moses 12.05.2019 | **Re: [162:17-163:6]** | **OVERRULED** |
| 162 17     Q.    Okay.  It says it was "sold in<br>162 18     bulk pack, no individual instructions."<br>162 19     Do you see that?<br>162 20     A.    I do. | **Def Obj** Relevance (401, 402) | |

| | | |
|---|---|---|
| 162 21   Q.    Okay.  So at least as of 2009,<br>162 22   in slides that you were asking your boss to<br>162 23   approve or whether he liked them, it states<br>162 24   specifically that when there was bulk sales<br>162 25   of the Combat Arms version 2 earplugs, there<br>163 1   was no individual instructions sent; is that<br>163 2   correct?<br>163 3   A.    It says that here, yes.<br>163 4   Q.    Okay.  And is that consistent<br>163 5   with what your memory is?<br>163 6   A.    Yes. | | |
| 163:7 - 163:15   Douglas Moses 12.05.2019<br>163 7   Q.    Okay.  In other words, there<br>163 8   would be a bag of 50 pairs, and that would a<br>163 9   plastic Ziploc bag that would be placed in a<br>163 10   cardboard box, and there wouldn't be<br>163 11   individual instructions for use for those<br>163 12   50 pairs that would go with that, correct?<br>163 13   A.    I don't recall any<br>163 14   instructions, but I don't recall it being a<br>163 15   Ziploc bag either, just a -- | **Re: [163:7-163:15]**<br>**Pltf Obj** beyond the scope of<br>clarification and cumulative | **OVERRULED** |
| 163:19 - 163:24   Douglas Moses 12.05.2019<br>163 19   Q.    Okay.  So when the soldiers or<br>163 20   the military would receive, up until 2009,<br>163 21   bulk shipments of the Combat Arms Earplugs,<br>163 22   your memory is that the individual soldiers<br>163 23   would not get their own set of instructions,<br>163 24   correct? | **Re: [163:19-163:24]**<br>**Pltf Obj** beyond the scope of<br>clarification | **OVERRULED** |
| 164:1 - 164:3   Douglas Moses 12.05.2019<br>164 1   THE WITNESS:  I don't know what<br>164 2   the individual soldiers received from<br>164 3   the military. | **Re: [164:1-164:3]**<br>**Pltf Obj** beyond the scope of<br>clarification | **OVERRULED** |
| 164:10 - 164:17   Douglas Moses 12.05.2019<br>164 10   And you just brought up that<br>164 11   you don't know whether there were<br>164 12   instructions that were given to the<br>164 13   individual soldiers about the earplugs from<br>164 14   the military, right?<br>164 15   A.    I said I don't know what | **Re: [164:10-164:17]**<br>**Pltf Obj** beyond the scope of<br>clarification and cumulative | **OVERRULED** |

| | | |
|---|---|---|
| 164 16   instructions were given to them by the | | |
| 164 17   military, not that they didn't receive them. | | |
| 169:9 - 169:23   Douglas Moses 12.05.2019 | Re: [169:9-169:23] | SUSTAINED |
| 169 9    Q.   Okay.  All right.  So we've | Pltf Obj beyond the scope of | |
| 169 10   nailed down that you don't know at all times | clarification and duplicative/cumulative | |
| 169 11   from 2006 to 2012 whether the Army, the Navy | of above | |
| 169 12   or the Air Force, if they received bulk sales | | |
| 169 13   of Combat Arms, you don't know whether or not | | |
| 169 14   they would have received instruction from | | |
| 169 15   those branches on how to use the Combat Arms | | |
| 169 16   version 2, correct? | | |
| 169 17   A.   I don't know what their | | |
| 169 18   training regimen would have been. | | |
| 169 19   Q.    So the answer is you don't -- | | |
| 169 20   you don't know if they got any instruction, | | |
| 169 21   correct? | | |
| 169 22   A.   I don't know that they did or | | |
| 169 23   didn't. | | |
| 173:14 - 173:24   Douglas Moses 12.05.2019 | Re: [173:14-173:24] | SUSTAINED |
| 173 14   that.  And as you sit here today, you don't | Pltf Obj beyond the scope of | |
| 173 15   know whether the military was providing any | clarification and cumulative/duplicative | |
| 173 16   instruction related to the version 2, | of above and improper designation as | |
| 173 17   correct? | only half the question designated | |
| 173 18   MR. MORRISS:  Object to form. | | |
| 173 19   THE WITNESS:  The only | | |
| 173 20   recollection I have from the Army was | | |
| 173 21   a wallet card that they produced for | | |
| 173 22   the Combat Arms 2.  I would call that | | |
| 173 23   instruction, if that was indeed given | | |
| 173 24   to them. | | |
| 176:3 - 176:13   Douglas Moses 12.05.2019 | | |
| 176 3    Q.   During that period of time, | | |
| 176 4    2006 to 2012, who at your company would have | | |
| 176 5    been the people that knew most about how the | | |
| 176 6    instructions should be given as far as proper | | |
| 176 7    wear and proper fit? | | |
| 176 8    A.   Likely somebody in the lab. | | |
| 176 9    Q.   Who would you say, based on | | |
| 176 10   your experience? | | |

| | |
|---|---|
| 176 11    A.   Elliott would be knowledgeable. | |
| 176 12    Q.   Elliott Berger? | |
| 176 13    A.   Yes. | |

176:21 - 177:6   Douglas Moses 12.05.2019

176 21    Q.   I'm going to hand you what's
176 22    been marked as Exhibit 15.
176 23    Sir, Exhibit 15 is an e-mail
176 24    that came from the company's files and was
176 25    produced in this litigation.  You're not on
177 1    this e-mail, but I want to ask you about
177 2    this.
177 3    It's an e-mail Elliott Berger,
177 4    who you just mentioned, who works in the lab,
177 5    correct?
177 6    A.   He did, yes.

177:20 - 178:17   Douglas Moses 12.05.2019

| | | |
|---|---|---|
| 177 20    Q.   Okay.  The subject is the | **Re: [177:20-178:17]** | **OVERRULED** |
| 177 21    "Combat Arms Earplug Instruction Guide." | **Def Obj** Foundation (602); Relevance | |
| 177 22    Do you see that? | (401, 402); Hearsay (801, 802); | |
| 177 23    A.   I do. | Prejudice (403) | |
| 177 24    Q.   And then it has that as an | | |
| 177 25    attachment. | | |
| 178 1    And I want to direct you to the | | |
| 178 2    bottom e-mail from Marc Santoro. | | |
| 178 3    Who is Marc Santoro? | | |
| 178 4    A.   Marc was the marketing manager | | |
| 178 5    on the hearing protection side and would have | | |
| 178 6    worked on Combat Arms. | | |
| 178 7    Q.   It says, "Elliott, as I | | |
| 178 8    mentioned, we are developing a single-pair | | |
| 178 9    blister pack, and we thought this would be a | | |
| 178 10    good opportunity to place an instruction | | |
| 178 11    guide inside the packaging.  We continue to | | |
| 178 12    hear that the soldiers don't understand how | | |
| 178 13    the plugs should be used or how to properly | | |
| 178 14    wear them.  Appreciate your feedback on | | |
| 178 15    this." | | |
| 178 16    Do you see that? | | |
| 178 17    A.   I see that. | | |

| | | |
|---|---|---|
| 178:18 - 179:1   Douglas Moses 12.05.2019 | **Re: [178:18-179:1]** | **OVERRULED** |
| 178 18    Q.   Okay.  So at this time it looks | **Def Obj** Relevance (401, 402); | |
| 178 19    like in 2005, it doesn't look like they had | Foundation (602); Misstates (611, 403); | |
| 178 20    any instructions before that because he's | Hearsay (801, 802) | |
| 178 21    talking about developing them, correct? | | |
| 178 22    MR. MORRISS:  Object to form. | | |
| 178 23    THE WITNESS:  It looks like | | |
| 178 24    he's developing a blister pack, so | | |
| 178 25    this would have been the origin of the | | |
| 179 1    blister pack. | | |
| 180:6 - 180:13   Douglas Moses 12.05.2019 | **Re: [180:6-180:13]** | **OVERRULED** |
| 180 6    Q.   Let me ask you real quick:  Do | **Pltf Obj** beyond the scope of | |
| 180 7    you know whether or not with the blister | clarification | |
| 180 8    packs an instruction guide was actually | | |
| 180 9    developed and sent with the product? | | |
| 180 10    A.   When I took over the business | | |
| 180 11    in the fall of 2006, I believe the blister | | |
| 180 12    packs had instructions already included, so I | | |
| 180 13    kind of inherited it that way. | | |
| 180:14 - 181:17   Douglas Moses 12.05.2019 | **Re: [180:14-181:17]** | **OVERRULED** |
| 180 14    Q.   I'm trying to figure out when a | **Def Obj** Foundation (602); Relevance | |
| 180 15    soldier might get a blister pack from the | (401, 402) | |
| 180 16    military related to the version 2. | | |
| 180 17    A.   I'm trying to respond. | | |
| 180 18    Is that a question or do you -- | | |
| 180 19    it's possible that they would get it at a | | |
| 180 20    base store.  Possible they might get it an | | |
| 180 21    exchange or a -- something like that. | | |
| 180 22    Q.   Okay.  So why would a soldier | | |
| 180 23    go to a base store and buy the Combat Arms | | |
| 180 24    Earplugs if, in fact, they were being | | |
| 180 25    provided to them free of cost by the | | |
| 181 1    military? | | |
| 181 2    A.   I don't know, unless maybe they | | |
| 181 3    lost theirs and had to replace them.  I don't | | |
| 181 4    know. | | |
| 181 5    Q.   Okay.  So would you agree with | | |
| 181 6    me that it would be a small number of | | |
| 181 7    soldiers in comparison to the numbers of | | |

| | |
|---|---|
| 181 8    purchases of these that would be actually | |
| 181 9    military people using blister packs? | |
| 181 10    A.    I don't know.  I'd have to go | |
| 181 11    look at some numbers and think about it, but | |
| 181 12    I don't know.  Probably more bulk than | |
| 181 13    blister, but -- | |
| 181 14    Q.    By a long shot, don't you | |
| 181 15    think? | |
| 181 16    A.    Probably.  Probably much more | |
| 181 17    on the bulk side. | |

| 181:18 - 181:25   Douglas Moses 12.05.2019 | Re: [181:18-181:25]  <br> Def Obj Relevance (401, 402); Hearsay (801, 802) | **OVERRULED** |
|---|---|---|
| 181 18    Q.    Okay.  As this e-mail -- if you | | |
| 181 19    go back to the first page -- says in 2005, it | | |
| 181 20    says, "We continue to hear that the soldiers | | |
| 181 21    don't understand how the plugs should be used | | |
| 181 22    or how to properly wear them." | | |
| 181 23    When you took over the | | |
| 181 24    business, were you hearing that? | | |
| 181 25    A.    I don't recall hearing that. | | |

| 182:1 - 182:14   Douglas Moses 12.05.2019 | Re: [182:1-182:14]  <br> Pltf Obj beyond the scope of clarification and duplicative of above | **OVERRULED** |
|---|---|---|
| 182 1    Q.    You don't recall as you sit | | |
| 182 2    here today ever hearing that? | | |
| 182 3    A.    I don't believe so. | | |
| 182 4    Q.    Let me ask you, sir:  As you | | |
| 182 5    sit here today, do you ever recall a time | | |
| 182 6    when anyone from the military told you, as | | |
| 182 7    the main marketing man for the company | | |
| 182 8    related to the version 2 Combat Arms | | |
| 182 9    Earplugs, that they did not want instructions | | |
| 182 10    for these products -- for this product? | | |
| 182 11    A.    Someone from the military | | |
| 182 12    saying that? | | |
| 182 13    Q.    Yeah. | | |
| 182 14    A.    No, I don't recall that. | | |

| 187:12 - 187:25   Douglas Moses 12.05.2019 | | |
|---|---|---|
| 187 12    (Moses Exhibit 17 marked for | | |
| 187 13    identification.) | | |
| 187 14    QUESTIONS BY MR. CARTMELL: | | |
| 187 15    Q.    This was also produced from the | | |

| | | |
|---|---|---|
| 187 16    files of the company in this litigation, and<br>187 17    this looks like another copy, potentially, of<br>187 18    the product insert for the Combat Arms<br>187 19    dual-sided earplugs.<br>187 20    Do you see that?<br>187 21    A.    Yes.<br>187 22    Q.    The date on this, if you go to<br>187 23    the very bottom, is now 2006.<br>187 24    Do you see that?<br>187 25    A.    I do. | | |
| 188:11 - 188:16   Douglas Moses 12.05.2019<br>188 11    Q.    Is this around the time that<br>188 12    you took over as the marketing manager for<br>188 13    sales to the military of the dual-ended<br>188 14    Combat Arms?<br>188 15    A.    This was, what, four, five<br>188 16    months before I did. | | |
| 188:17 - 188:25   Douglas Moses 12.05.2019<br>188 17    Q.    Okay.  But do you think this is<br>188 18    likely -- if we go to the second page, this<br>188 19    is likely -- when you say you inherited the<br>188 20    instructions, likely the instructions for use<br>188 21    that you inherited, meaning they were already<br>188 22    in place by the time you started?<br>188 23    MR. MORRISS:  Object to form.<br>188 24    THE WITNESS:  This looks pretty<br>188 25    similar, yes. | **Re: [188:17-188:25]**<br>**Def Obj** Vague (611, 403); Foundation<br>(602); Relevance (401, 402) | **OVERRULED** |
| 189:2 - 189:5   Douglas Moses 12.05.2019<br>189 2    Q.    Okay.  And do you have any idea<br>189 3    who it was that drafted the instructions for<br>189 4    use?<br>189 5    A.    I don't. | | |
| 189:6 - 189:23   Douglas Moses 12.05.2019<br>189 6    Q.    Let's look at those<br>189 7    instructions.<br>189 8    It states, "Determine the<br>189 9    proper end, green or yellow, for insertion<br>189 10    depending on the application needs."  And<br>189 11    then it says, "Grasp the earplug by the stem | **Re: [189:6-189:23]**<br>**Def Obj** Relevance (401, 402);<br>Foundation (602) | **OVERRULED** |

| | | | |
|---|---|---|---|
| | 189 12 | and insert into ear canal.  Adjust plug for | |
| | 189 13 | best sealing performance." | |
| | 189 14 | Do you see that? | |
| | 189 15 | A.   I do. | |
| | 189 16 | Q.    And that is actually an | |
| | 189 17 | instruction on how to insert the plug, | |
| | 189 18 | correct? | |
| | 189 19 | A.    Yes.  Yes, I believe so, and | |
| | 189 20 | then it shows a picture of him doing just | |
| | 189 21 | that. | |
| | 189 22 | Q.    Okay.  Yeah, let's see that | |
| | 189 23 | picture there. | |

| | | | |
|---|---|---|---|
| 189:24 - 190:5 | Douglas Moses 12.05.2019 | **Re: [189:24-190:5]** | **OVERRULED** |
| | 189 24 | Is this your best recollection | **Def Obj** Relevance (401, 402); |
| | 189 25 | of the picture that existed in the | Foundation (602) |
| | 190 1 | instructions for use when you took over the | |
| | 190 2 | product line? | |
| | 190 3 | MR. MORRISS:  Object to form. | |
| | 190 4 | THE WITNESS:  I don't -- | |
| | 190 5 | probably, but I don't recall. | |

| | | | |
|---|---|---|---|
| 190:6 - 190:23 | Douglas Moses 12.05.2019 | **Re: [190:6-190:23]** | **OVERRULED** |
| | 190 6 | QUESTIONS BY MR. CARTMELL: | **Def Obj** Relevance (401, 402); |
| | 190 7 | Q.    Okay.  So we've talked about | Foundation (602) |
| | 190 8 | the instructions for insert into the ear | |
| | 190 9 | canal.  Let's go back. | |
| | 190 10 | And below that there's a | |
| | 190 11 | fitting tip. | |
| | 190 12 | A.    Yes, I see that. | |
| | 190 13 | Q.    And it states, "Fitting is | |
| | 190 14 | easier if ear is pulled upward and outward | |
| | 190 15 | during insertion and is also improved if the | |
| | 190 16 | sealing rings of the outward-directed plug | |
| | 190 17 | are rolled back upon themselves." | |
| | 190 18 | Do you see that? | |
| | 190 19 | A.    I do. | |
| | 190 20 | Q.    Who is it at the company that | |
| | 190 21 | drafted that? | |
| | 190 22 | Did you ever find out? | |
| | 190 23 | A.    I don't know. | |

| | | |
|---|---|---|
| 190:24 - 191:10   Douglas Moses 12.05.2019 | **Re: [190:24-191:10]** | **OVERRULED** |
| 190 24    Q.   Okay.  When you started in the | **Def Obj** Relevance (401, 402); | |
| 190 25    fall of 2006, did you ever ask anybody what | Foundation (602); Prejudice (403) | |
| 191 1    that meant? | | |
| 191 2    A.   I don't -- the simple answer | | |
| 191 3    is, no, I didn't ask.  I don't actually | | |
| 191 4    recall that until some years later. | | |
| 191 5    Q.   You don't recall ever seeing | | |
| 191 6    this fitting tip until some years later? | | |
| 191 7    A.   I saw fitting tips.  I don't | | |
| 191 8    recall -- I don't recall knowing about the | | |
| 191 9    rolling back, if that's what you're asking | | |
| 191 10    about. | | |
| 191:11 - 191:21   Douglas Moses 12.05.2019 | **Re: [191:11-191:21]** | **OVERRULED** |
| 191 11    Q.   Okay.  When do you think you | **Def Obj** Relevance (401, 402); | |
| 191 12    likely learned about the rolling back? | Prejudice (403) | |
| 191 13    A.   It could have been in one of | | |
| 191 14    the previous depositions. | | |
| 191 15    Q.   Okay.  So do you think prior to | | |
| 191 16    this litigation that you didn't have any idea | | |
| 191 17    that there was a fitting tip requiring that, | | |
| 191 18    as it states here, "the rings of the | | |
| 191 19    outward-directed plug are rolled back for | | |
| 191 20    improved fitting"? | | |
| 191 21    A.   I don't recall knowing that. | | |
| 191:22 - 191:25   Douglas Moses 12.05.2019 | **Re: [191:22-191:25]** | **SUSTAINED** |
| 191 22    Q.   Okay.  And you were the main | **Pltf Obj** beyond the scope of | |
| 191 23    marketing person for this version of the | clarification and cumulatrive and | |
| 191 24    Combat Arms Earplugs and the sales to the | duplicative of above | |
| 191 25    military for six years, correct? | | |
| 192:2 - 192:12   Douglas Moses 12.05.2019 | **Re: [192:2-192:12]** | **SUSTAINED** |
| 192 2    THE WITNESS:  I was -- yes, of | **Pltf Obj** beyond the scope of | |
| 192 3    all the Combat Arms versions.  Again, | clarification | |
| 192 4    I was focusing on 3 and 4 so much that | | |
| 192 5    I don't recall knowing this. | | |
| 192 6    QUESTIONS BY MR. CARTMELL: | | |
| 192 7    Q.   Okay.  And you were also | | |
| 192 8    reviewing multiple, actually, versions of | | |
| 192 9    inserts that had instructions for use during | | |

| | | |
|---|---|---|
| 192 10      that period of time, correct? | | |
| 192 11      A.    I would have likely seen all | | |
| 192 12      those, yes. | | |
| 192:13 - 192:17   Douglas Moses 12.05.2019 | Re: [192:13-192:17] | **OVERRULED** |
| 192 13      Q.    Okay.  But you don't recall | **Def Obj** Relevance (401, 402); | |
| 192 14      thinking anything about or asking anybody | Prejudice (403) | |
| 192 15      what that meant? | | |
| 192 16      A.    I didn't recall knowing it, so | | |
| 192 17      I don't recall asking someone about it. | | |
| 192:18 - 193:18   Douglas Moses 12.05.2019 | Re: [192:18-193:18] | **OVERRULED** |
| 192 18      Q.    Well, you would have seen it | **Pltf Obj** beyond the scope of | |
| 192 19      when you were reviewing the instructions, | clarification | |
| 192 20      correct? | | |
| 192 21      A.    Yeah.  Possibly, yeah. | | |
| 192 22      Q.    Is it your best guess that you | | |
| 192 23      probably just didn't pay much attention to | | |
| 192 24      it? | | |
| 192 25      A.    I generally relied on the lab | | |
| 193 1      for most of this information.  I would have | | |
| 193 2      looked at this and asked myself about the | | |
| 193 3      branding or does it have the right, you know, | | |
| 193 4      contact information so that people could call | | |
| 193 5      and place orders. | | |
| 193 6      I was thinking about this, I | | |
| 193 7      guess, from a marketing angle instead of kind | | |
| 193 8      of a lab perspective. | | |
| 193 9      Q.    So you weren't really -- is it | | |
| 193 10      fair to say that you really weren't paying | | |
| 193 11      much attention to that fitting tip and what | | |
| 193 12      it meant to roll back the rings, as it | | |
| 193 13      states? | | |
| 193 14      A.    I don't recall, but I likely | | |
| 193 15      would have read this for maybe typographical | | |
| 193 16      errors and really focused in on the things | | |
| 193 17      that as a marketer I would be most concerned | | |
| 193 18      about. | | |
| 193:24 - 194:10   Douglas Moses 12.05.2019 | Re: [193:24-194:10] | **OVERRULED** |
| 193 24      Q.    Okay.  Since you don't think | **Def Obj** Relevance (401, 402); | |
| 193 25      you knew about it, I take it you didn't tell | Prejudice (403) | |

| | | |
|---|---|---|
| 194 1     any of your customers, meaning the military, | | |
| 194 2     about it, correct? | | |
| 194 3     A.   I don't recall having a | | |
| 194 4     conversation with the military about rolling | | |
| 194 5     back the ear flanges or earplugs. | | |
| 194 6     Q.    And that makes sense because | | |
| 194 7     you don't think you even knew about it, | | |
| 194 8     correct? | | |
| 194 9     A.   I don't recall knowing about | | |
| 194 10    it. | | |
| 194:20 - 195:14   Douglas Moses 12.05.2019 | **Re: [194:20-195:14]** | **OVERRULED** |
| 194 20    Q.    So the first time you think | **Def Obj** Relevance (401, 402); | |
| 194 21    that you really paid attention or knew about | Prejudice (403); Cumulative (403); | |
| 194 22    this fitting tip that showed up in the actual | Misstates (611, 403) | |
| 194 23    instructions for use in 2005 is when this | | |
| 194 24    litigation started, correct? | | |
| 194 25     MR. MORRISS:  Object to form. | | |
| 195 1     THE WITNESS:  Well, I mean, I | | |
| 195 2     feel like I was paying attention.  I | | |
| 195 3     just don't recall that instruction | | |
| 195 4     until sometime later.  And my | | |
| 195 5     recollection was it was sometime | | |
| 195 6     around one of the pieces of | | |
| 195 7     litigation. | | |
| 195 8     QUESTIONS BY MR. CARTMELL: | | |
| 195 9     Q.    Okay.  The Moldex litigation | | |
| 195 10    probably? | | |
| 195 11    A.    Yes. | | |
| 195 12    Q.    Okay.  And that started when; | | |
| 195 13    do you recall approximately? | | |
| 195 14    A.    2012 or 2013. | | |
| 195:15 - 195:21   Douglas Moses 12.05.2019 | **Re: [195:15-195:21]** | **SUSTAINED** |
| 195 15    Q.    Okay.  And your memory is that | **Def Obj** Relevance (401, 402); | |
| 195 16    the first time you really knew about that | Prejudice (403); Cumulative (403); | |
| 195 17    rolling back the rings fitting tip is when | Asked (611, 403) | |
| 195 18    you sat for your deposition in that case? | | |
| 195 19     MR. MORRISS:  Object to form. | | |
| 195 20     THE WITNESS:  That's my | | |
| 195 21    recollection. | | |

195:23 - 196:20   Douglas Moses 12.05.2019

| | |
|---|---|
| 195 23 | Q.   Okay.  Well, now that you have |
| 195 24 | read it and you know about it since then, |
| 195 25 | what does that mean to you, that sentence |
| 196 1 | where it says -- where it says, "Fitting is |
| 196 2 | easier if the ear is pulled upward and |
| 196 3 | outward during insertion." |
| 196 4 | You know what that means, |
| 196 5 | right?  Like the picture, the guy is pulling |
| 196 6 | the ear upward and outward, right? |
| 196 7 | A.   I do know what that is, yes. |
| 196 8 | Q.   Okay.  But after that, where it |
| 196 9 | says, "and is also improved if the sealing |
| 196 10 | rings of the outward-directed plugs are |
| 196 11 | rolled back upon themselves," what do you |
| 196 12 | think that means? |
| 196 13 | A.   Well, I've had that |
| 196 14 | explained -- or someone explained it to me in |
| 196 15 | that process of me learning about it. |
| 196 16 | Q.   In the litigation? |
| 196 17 | A.   I believe so, yes. |
| 196 18 | Q.   Okay.  But before that, you |
| 196 19 | don't recall understanding what that meant? |
| 196 20 | A.   I don't recall. |

**Re: [195:23-196:20]**
**Def Obj** Relevance (401, 402);
Prejudice (403); Foundation (602)

**OVERRULED**

196:21 - 197:13   Douglas Moses 12.05.2019

| | |
|---|---|
| 196 21 | Q.   Okay.  So you've had it |
| 196 22 | explained now. |
| 196 23 | What is that trying to convey? |
| 196 24 | If you don't mind, I'm going to |
| 196 25 | hand you the exemplar Combat Arms version 2 |
| 197 1 | earplug. |
| 197 2 | What do you think that's trying |
| 197 3 | to convey in the instruction? |
| 197 4 | A.   I read it this way, where you |
| 197 5 | pull back the end that you're not putting in |
| 197 6 | your ear. |
| 197 7 | Q.   Okay.  And so if you're putting |
| 197 8 | the yellow end, like you are doing -- you're |
| 197 9 | saying you're doing, you pull back the ring |

**Re: [196:21-197:13]**
**Def Obj** Relevance (401, 402); 701;
Prejudice (403)

**OVERRULED**

| | | |
|---|---|---|
| 197 10    on the green end, right?  That's what you<br>197 11    think?<br>197 12    A.    Yes.  In the outward-directed<br>197 13    plug, yes. | | |
| 197:14 - 197:22   Douglas Moses 12.05.2019<br>197 14    Q.    Okay.  And do you believe that<br>197 15    this fitting tip, instruction, means that the<br>197 16    soldier is supposed to keep that flange<br>197 17    pulled back during wearing, during the time<br>197 18    he's wearing that, or just during insertion?<br>197 19    MR. MORRISS:  Object to form.<br>197 20    QUESTIONS BY MR. CARTMELL:<br>197 21    Q.    Or do you know?<br>197 22    A.    I don't know. | **Re: [197:14-197:22]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403); 701 | **OVERRULED** |
| 197:23 - 198:13   Douglas Moses 12.05.2019<br>197 23    Q.    Has anybody ever told you that<br>197 24    one way or the other?<br>197 25    A.    No one has ever told me that<br>198 1    one way or another.  I just assumed that they<br>198 2    would let it go back where it belongs when<br>198 3    they're -- but that's an assumption.<br>198 4    Q.    Right.<br>198 5    So what you believe, when you<br>198 6    learned about this since the litigation, is<br>198 7    that you figured that this fitting tip, the<br>198 8    way it's stated, would mean you would pull<br>198 9    back the green portion during insertion and<br>198 10    then let it go back after it's inserted?<br>198 11    A.    Or leave it out.  I don't know.<br>198 12    Q.    You just don't have any idea?<br>198 13    A.    Huh-uh. | **Re: [197:23-198:13]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403); 701 | **OVERRULED** |
| 198:14 - 198:23   Douglas Moses 12.05.2019<br>198 14    Q.    But you said you assumed that<br>198 15    it would let it go back?<br>198 16    MR. MORRISS:  Object to form.<br>198 17    THE WITNESS:  Yeah, I just<br>198 18    looked at it here, so...<br>198 19    QUESTIONS BY MR. CARTMELL:<br>198 20    Q.    Okay.  And this is just a | **Re: [198:14-198:23]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |

| | | |
|---|---|---|
| 198 21     fitting tip.<br>198 22     Do you know what that means?<br>198 23        A.   I don't. | | |
| 198:24 - 199:12   Douglas Moses 12.05.2019<br>198 24     Q.   It's not a requirement,<br>198 25     according to this fitting tip, right, that<br>199 1     the flanges be rolled.  It just says it can<br>199 2     improve fitting, right?<br>199 3        A.   I don't know what fitting tip<br>199 4     means in the context of uses and<br>199 5     instructions.<br>199 6        Q.   And it sounds like you never<br>199 7     did as the marketing manager responsible for<br>199 8     these sales to the military from 2006 to<br>199 9     2012, correct?<br>199 10       A.   I didn't -- I didn't question<br>199 11     that.  I don't recall questioning that,<br>199 12     anyway. | **Re: [198:24-199:12]**<br>**Def Obj** Relevance (401, 402);<br>Foundation (602); Prejudice (403) | **OVERRULED** |
| 200:13 - 200:22   Douglas Moses 12.05.2019<br>200 13       Q.   So it's clear, sir, even though<br>200 14     you were the brand manager and the marketing<br>200 15     manager in charge of these Combat Arms<br>200 16     version 2 earplugs, and you were a reviewer<br>200 17     of these instructions for use in that<br>200 18     capacity for six years, to summarize, it<br>200 19     sounds like you don't think you knew about<br>200 20     that fitting tip instruction before the<br>200 21     litigation, fair?<br>200 22       A.   That's my recollection. | **Re: [200:13-200:22]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |
| 201:5 - 201:17   Douglas Moses 12.05.2019<br>201 5        Q.   And you don't have any idea<br>201 6     what the purpose was or why soldiers,<br>201 7     according to these instructions for use, were<br>201 8     being asked to roll back the flange, correct?<br>201 9        A.   At that time, no, I didn't<br>201 10     know.<br>201 11       Q.   You didn't know until the<br>201 12     litigation, correct?<br>201 13       A.   Yeah, that's my recollection. | **Re: [201:5-201:17]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403); Cumulative (403);<br>Foundation (602) | **OVERRULED** |

| | | |
|---|---|---|
| 201 14   Q.   Is it something that you | | |
| 201 15   believe now that you needed to know at that | | |
| 201 16   time? | | |
| 201 17   A.   I don't know. | | |
| 203:6 - 203:19  Douglas Moses 12.05.2019 | **Re: [203:6-204:11]** | **OVERRULED** |
| 203 6   Q.   Okay.  Let me ask you:  When | **Pltf Obj** beyond the scope of | |
| 203 7   you took over the product and when you were | clarification | |
| 203 8   working on the product, did you believe at | | |
| 203 9   all times that the labeling and instructions | | |
| 203 10   adequately conveyed to soldiers how to get | | |
| 203 11   good fit with the product? | | |
| 203 12   MR. MORRISS:  Object to form. | | |
| 203 13   THE WITNESS:  I don't recall | | |
| 203 14   thinking about that.  Again, I was | | |
| 203 15   kind of focused on 3 and 4, so I | | |
| 203 16   wasn't really thinking about 2. | | |
| 203 17   So to answer your question, I | | |
| 203 18   just don't -- I don't know. | | |
| 203 19   QUESTIONS BY MR. CARTMELL: | | |
| 203:22 - 204:11  Douglas Moses 12.05.2019 | | |
| 203 22   Wouldn't you, as the marketing | | |
| 203 23   manager who was out there selling this | | |
| 203 24   product to the military and to thousands and | | |
| 203 25   thousands of soldiers around the world, | | |
| 204 1   wouldn't you have wanted your instructions | | |
| 204 2   that you were giving these soldiers to | | |
| 204 3   accurately and adequately explain to them how | | |
| 204 4   the product should be inserted and fit | | |
| 204 5   properly? | | |
| 204 6   MR. MORRISS:  Object to form. | | |
| 204 7   THE WITNESS:  I don't recall | | |
| 204 8   knowing that, but I would have -- | | |
| 204 9   would probably assume that someone had | | |
| 204 10   given that thought, and they would | | |
| 204 11   have been adequate. | | |
| 204:13 - 205:2  Douglas Moses 12.05.2019 | **Re: [204:13-205:2]** | **OVERRULED** |
| 204 13   Q.   But my question is, you, as the | **Def Obj** Relevance (401, 402); | |
| 204 14   marketing manager who was selling these, and | Prejudice (403); Argumentative; | |
| 204 15   your job was to sell as many as possible, you | | |

| | | | |
|---|---|---|---|
| 204 16 | would have wanted instructions, right, that | Compound (611, 403); Cumulative (403) | |
| 204 17 | adequately and appropriately and completely | | |
| 204 18 | told the soldiers how to get these inserted | | |
| 204 19 | and get the best fit, correct? | | |
| 204 20 | MR. MORRISS:  Object to form. | | |
| 204 21 | QUESTIONS BY MR. CARTMELL: | | |
| 204 22 | Q.    You would have wanted that, | | |
| 204 23 | wouldn't you? | | |
| 204 24 | A.    I would have wanted adequate | | |
| 204 25 | instructions, and I would have assumed that | | |
| 205 1 | prior to me taking that, it would have been | | |
| 205 2 | properly vetted. | | |
| 205:3 - 205:7 | Douglas Moses 12.05.2019 | | |
| 205 3 | Q.    Okay.  You mean by the others | | |
| 205 4 | who wrote those instructions, correct? | | |
| 205 5 | A.    Yes, and the team that was in | | |
| 205 6 | place before I took over the business in the | | |
| 205 7 | fall of 2006. | | |
| 208:9 - 208:11 | Douglas Moses 12.05.2019 | | |
| 208 9 | Your company tests these | | |
| 208 10 | earplugs, correct? | | |
| 208 11 | A.    In certain ways, yes. | | |
| 208:12 - 208:18 | Douglas Moses 12.05.2019 | Re: [208:12-208:18] | OVERRULED |
| 208 12 | Q.    And they test them to try to | Def Obj 701; Foundation (602) | |
| 208 13 | see how they can get the best fit, correct? | | |
| 208 14 | MR. MORRISS:  Object to form. | | |
| 208 15 | THE WITNESS:  Best fit?  Yeah, | | |
| 208 16 | I think -- I think we tried to get the | | |
| 208 17 | best fit.  We tried to do good | | |
| 208 18 | analytical work on the fit. | | |
| 208:21 - 208:25 | Douglas Moses 12.05.2019 | | |
| 208 21 | You have experts at your | | |
| 208 22 | company who have been involved in trying to | | |
| 208 23 | determine the best way to fit these to get | | |
| 208 24 | the most protection, right? | | |
| 208 25 | A.    I think that's fair. | | |
| 210:17 - 211:8 | Douglas Moses 12.05.2019 | Re: [210:17-211:8] | OVERRULED |
| 210 17 | Q.    Okay.  Now, you talked earlier | Def Obj Cumulative (403); Prejudice | |
| 210 18 | about being, from time to time, on premises | (403); Relevance (401, 402) | |

| | | |
|---|---|---|
| 210 19    with soldiers, meeting with audiologists and | | |
| 210 20    things like that, correct? | | |
| 210 21    A.   Yes. | | |
| 210 22    Q.   Is it fair to say, and I've | | |
| 210 23    looked at your prior testimony, that you | | |
| 210 24    don't recall ever seeing any soldiers wearing | | |
| 210 25    the Combat Farm -- Combat Arms version 2 | | |
| 211 1    earplug with the rings folded back, correct? | | |
| 211 2    A.   I don't recall that. | | |
| 211 3    Q.   Okay.  And, you know, you | | |
| 211 4    didn't, it sounds like, even have an | | |
| 211 5    awareness to know if the rings should or | | |
| 211 6    should not be folded back during 2006 to | | |
| 211 7    2012, correct? | | |
| 211 8    A.   I don't recall knowing. | | |

| | | |
|---|---|---|
| 211:9 - 211:22    Douglas Moses 12.05.2019 | **Re: [211:9-211:22]** | **OVERRULED** |
| 211 9    Q.   Okay.  And so you couldn't tell | **Pltf Obj** beyond the scope of | |
| 211 10    soldiers when you would see them and you | clarification and the answer is | |
| 211 11    would talk about the Combat Arms version 2 | nonresponsive too | |
| 211 12    earplugs, you couldn't say to them, for | | |
| 211 13    instance, "Hey, make sure you fold back those | | |
| 211 14    rings or those flanges when you insert the | | |
| 211 15    tip," for example, correct? | | |
| 211 16    MR. MORRISS:  Object to form. | | |
| 211 17    THE WITNESS:  I don't recall | | |
| 211 18    having conversations about -- too many | | |
| 211 19    conversations about Combat Arms 2 | | |
| 211 20    anyway, because, again, I was focused | | |
| 211 21    on 3 and 4.  I don't recall having one | | |
| 211 22    about that. | | |

| | | |
|---|---|---|
| 215:11 - 215:22    Douglas Moses 12.05.2019 | | |
| 215 11    Q.   Mr. Moses, if we look further | | |
| 215 12    down on this page of the insert for the | | |
| 215 13    Combat Arms version 2 earplugs, you see where | | |
| 215 14    it says "Attenuation Data"? | | |
| 215 15    A.   I do. | | |
| 215 16    Q.   Okay.  Now, obviously you're | | |
| 215 17    familiar with this chart for the Combat Arms | | |
| 215 18    version 2, being the marketing manager for | | |

| | | |
|---|---|---|
| 215 19    that product, correct? | | |
| 215 20    A.   I have seen these types of | | |
| 215 21    charts before.  I don't develop this type of | | |
| 215 22    information, no. | | |

| 216:6 - 216:23   Douglas Moses 12.05.2019 | **Re: [216:6-216:23]** | **OVERRULED** |
|---|---|---|
| 216 6    Q.   Okay.  But you know, I take it, | **Def Obj** Foundation (602) | |
| 216 7    that this data comes from testing on the | | |
| 216 8    Combat Arms version 2 earplug? | | |
| 216 9    A.   If it was on this insert and | | |
| 216 10    this insert is for the Combat Arms version 2, | | |
| 216 11    this would be the test data. | | |
| 216 12    Q.   Right. | | |
| 216 13    The only point I was making -- | | |
| 216 14    I'm not trying to be controversial -- is that | | |
| 216 15    you knew when you started, and during 2006 to | | |
| 216 16    2012 as the lead marketing man for the Combat | | |
| 216 17    Arms version 2, that the product would be | | |
| 216 18    tested in the laboratory, either at Aearo in | | |
| 216 19    Indiana or an outside laboratory, to get | | |
| 216 20    attenuation data like this? | | |
| 216 21    A.   I would have known that if an | | |
| 216 22    NRR was established, that some attenuation | | |
| 216 23    had been done. | | |

| 217:17 - 218:8   Douglas Moses 12.05.2019 | | |
|---|---|---|
| 217 17    Q.   Okay.  And if you look at the | | |
| 217 18    yellow end data, there is an NRR at the end. | | |
| 217 19    There's a -- you'll see NRR right there, | | |
| 217 20    yep -- and it says zero, right? | | |
| 217 21    A.   I see that. | | |
| 217 22    Q.   And so what that means, we | | |
| 217 23    talked about briefly, is that there was | | |
| 217 24    testing done on the yellow end, and after the | | |
| 217 25    testing was done of the individuals wearing | | |
| 218 1    actually the yellow end, there was a noise | | |
| 218 2    reduction rating given to the yellow end of | | |
| 218 3    zero, right? | | |
| 218 4    A.   Yes. | | |
| 218 5    Q.   And then below that there is | | |
| 218 6    testing on the green end, and there's data | | |

| | | |
|---|---|---|
| 218 7     there, and the NRR for that is 22, right?<br>218 8         A.   Yes, I see it right here. | | |
| 218:9 - 218:13   Douglas Moses 12.05.2019<br>218 9         Q.   Okay.  And so that means that<br>218 10       they had testing where individuals -- I think<br>218 11       it's usually ten individuals, isn't it, when<br>218 12       they test them?<br>218 13       A.   I believe so.  I believe so. | **Re: [218:9-218:13]**<br>**Def Obj** Foundation (602); 701 | **OVERRULED** |
| 218:14 - 218:23   Douglas Moses 12.05.2019<br>218 14       Q.   So what they would do is they'd<br>218 15       have typically ten individuals who they would<br>218 16       be fitted with, for example, here, the green<br>218 17       end of the plug, the Combat Arms plug, and<br>218 18       then they would get data from each of them<br>218 19       and that would be computed somehow, right,<br>218 20       and would become the NRR of 22.<br>218 21       Fair enough?<br>218 22       A.   I don't know how these<br>218 23       calculations are made. | **Re: [218:14-218:23]**<br>**Pltf Obj** beyond the scope of<br>clarification | **OVERRULED** |
| 219:8 - 219:17   Douglas Moses 12.05.2019<br>219 8         Q.   All right.  So we got a zero<br>219 9       and a 22.  Let me ask you, from these tests<br>219 10       on the dual-ended version -- and you're<br>219 11       putting this chart -- or your company is<br>219 12       putting these charts and the ratings, the<br>219 13       noise reduction ratings, in the insert.<br>219 14       That was something that you<br>219 15       also oftentimes would include in marketing<br>219 16       materials as well, correct?<br>219 17       A.   Sometimes. | | |
| 219:18 - 220:15   Douglas Moses 12.05.2019<br>219 18       Q.   Okay.  And when you would<br>219 19       include the rating of 22 for the green end<br>219 20       and zero for the yellow end, those were<br>219 21       marketing claims when you would put them in<br>219 22       your marketing brochures, for instance,<br>219 23       right?<br>219 24       MR. MORRISS:  Object to form.<br>219 25       THE WITNESS:  I would call them | **Re: [219:18-220:15]**<br>**Def Obj** Relevance (401, 402); Vague<br>(611, 403); Assumes (611, 403) | **OVERRULED** |

| | | |
|---|---|---|
| 220 1     a claim.  I don't know what the | | |
| 220 2     difference between a marketing claim | | |
| 220 3     and a claim is, to be honest with you. | | |
| 220 4     QUESTIONS BY MR. CARTMELL: | | |
| 220 5     Q.   Yeah.  Okay.  But it's a claim | | |
| 220 6     that your company is making.  In other words, | | |
| 220 7     your company is sending out, for example, a | | |
| 220 8     brochure, and you're claiming in there that | | |
| 220 9     these products, for example, the green end, | | |
| 220 10    would give you a noise reduction rating of 22 | | |
| 220 11    and that the yellow end would give you a | | |
| 220 12    noise reduction rating of zero. | | |
| 220 13    MR. MORRISS:  Object to form. | | |
| 220 14    THE WITNESS:  I would consider | | |
| 220 15    that a claim. | | |
| 220:16 - 220:24   Douglas Moses 12.05.2019 | **Re: [220:16-220:24]** | **OVERRULED** |
| 220 16    QUESTIONS BY MR. CARTMELL: | **Def Obj** 701 | |
| 220 17    Q.   Okay.  And you also, I know | | |
| 220 18    from your prior testimony, would say that | | |
| 220 19    those noise reduction ratings are safety | | |
| 220 20    claims, correct? | | |
| 220 21    A.   Yeah, again, I don't know what | | |
| 220 22    the definition of that, but I would see these | | |
| 220 23    those as a safety -- you know, some kind of | | |
| 220 24    number that is a safety claim. | | |
| 221:1 - 221:5   Douglas Moses 12.05.2019 | | |
| 221 1     A safety claim because you're | | |
| 221 2     telling soldiers, or whoever the user is, | | |
| 221 3     that there's a certain amount of protection, | | |
| 221 4     and that helps -- or that goes to safety, | | |
| 221 5     correct? | | |
| 221:7 - 221:8   Douglas Moses 12.05.2019 | | |
| 221 7     THE WITNESS:  I'm telling them | | |
| 221 8     that these are the numbers. | | |
| 221:11 - 221:13   Douglas Moses 12.05.2019 | | |
| 221 11    And that's a safety claim | | |
| 221 12    because you're telling them that these are | | |
| 221 13    the numbers as far as protection. | | |

| 221:15 - 221:17   Douglas Moses 12.05.2019 | | |
|---|---|---|
| 221 15     THE WITNESS:  These are the<br>221 16     numbers that were generated from the<br>221 17     lab, yes. | | |
| 221:19 - 221:23   Douglas Moses 12.05.2019 | **Re: [221:19-221:23]**<br>**Def Obj** 701; Foundation (602) | **OVERRULED** |
| 221 19     Q.    So why are you saying it's a<br>221 20     safety claim?<br>221 21     A.    I guess it is -- it goes to how<br>221 22     safe the product is, I guess, if you wear it<br>221 23     properly, fit properly and train properly. | | |
| 221:25 - 222:25   Douglas Moses 12.05.2019 | **Re: [221:25-222:25]**<br>**Pltf Obj** beyond the scope of<br>clarification | **OVERRULED** |
| 221 25     If you wear it properly, fit<br>222 1     properly, train properly, you should get the<br>222 2     protection of a 22 on the green side,<br>222 3     correct?<br>222 4     MR. MORRISS:  Object to form.<br>222 5     THE WITNESS:  Again, I don't --<br>222 6     I don't know a lot about the NRR piece<br>222 7     of it.  That's really somebody from<br>222 8     the lab, but I really kind of focus in<br>222 9     on the overall number.<br>222 10     QUESTIONS BY MR. CARTMELL:<br>222 11     Q.    Right.<br>222 12     A.    Yeah.<br>222 13     Q.    Which is what?<br>222 14     A.    On this one is 22.<br>222 15     Q.    Right.<br>222 16     So if you fit properly and you<br>222 17     are trained properly, then you should get a<br>222 18     22 in protection, and that's a safety issue,<br>222 19     fair?<br>222 20     MR. MORRISS:  Object to form.<br>222 21     THE WITNESS:  In this lab<br>222 22     study, I understand that they received<br>222 23     a 22 from however they derived that.<br>222 24     I don't know about an individual<br>222 25     person for that. | | |

| | | |
|---|---|---|
| 224:20 - 224:25   Douglas Moses 12.05.2019 | **Re: [224:20-224:25]** | **OVERRULED** |
| 224 20     The testing to get these NRRs | **Def Obj** Relevance (401, 402); | |
| 224 21     on the version 2 of Combat Arms, did you ever | Prejudice (403) | |
| 224 22     go and ask Mr. Berger or ask Mr. Kieper or | | |
| 224 23     anybody else for that data so that you could | | |
| 224 24     review it yourself? | | |
| 224 25     A.   I don't recall doing that. | | |
| 224:26 - 225:3   Douglas Moses 12.05.2019 | | |
| 225 1     (Moses Exhibit 18 marked for | | |
| 225 2     identification.) | | |
| 225 3     QUESTIONS BY MR. CARTMELL: | | |
| 225:4 - 225:13   Douglas Moses 12.05.2019 | | |
| 225 4     Q.   Okay.  I'm going to hand you | | |
| 225 5     what's been marked as Exhibit 18. | | |
| 225 6     Mr. Moses, Exhibit 18 is a | | |
| 225 7     document that was produced from the files of | | |
| 225 8     3M in this litigation, and it's titled "How | | |
| 225 9     Folding the Flanges Back Affects REAT Results | | |
| 225 10    of the UltraFit Earplug End of the Combat | | |
| 225 11    Arms plug." | | |
| 225 12    Do you see that? | | |
| 225 13    A.   I see the title, yes. | | |
| 226:1 - 226:10   Douglas Moses 12.05.2019 | | |
| 226 1     A.   I understand it to be, yes. | | |
| 226 2     Q.   Okay.  This was a report that | | |
| 226 3     was authored by R.W. Kieper and E.H. Berger; | | |
| 226 4     is that right? | | |
| 226 5     A.   Yes. | | |
| 226 6     Q.   And if you go down, the date of | | |
| 226 7     this report is in July -- or July 10th of | | |
| 226 8     2000. | | |
| 226 9     Do you see that? | | |
| 226 10    A.   I do. | | |
| 226:11 - 226:16   Douglas Moses 12.05.2019 | | |
| 226 11    Q.   Okay.  Now, this is obviously | | |
| 226 12    five and a half years or a little -- actually | | |
| 226 13    five years, a little less than that, from the | | |
| 226 14    time that you started working at Aearo, | | |

| | | |
|---|---|---|
| 226 15    right? | | |
| 226 16    A.    Yes. | | |
| 226:17 - 227:5   Douglas Moses 12.05.2019 | **Re: [226:17-227:5]** | **OVERRULED** |
| 226 17    Q.    Okay.  I know now that you have | **Def Obj** Relevance (401, 402); | |
| 226 18    seen this, correct? | Prejudice (403) | |
| 226 19    A.    May I look at it? | | |
| 226 20    Q.    Yes. | | |
| 226 21    A.    All right.  Just a moment. | | |
| 226 22    I believe I've seen this now. | | |
| 226 23    Q.    Okay.  And I want to make it | | |
| 226 24    very clear to the jury, though, that when you | | |
| 226 25    were working for Aearo, and then once 3M | | |
| 227 1    purchased Aearo, while you were working at 3M | | |
| 227 2    from 2005 up until 2012, during the time you | | |
| 227 3    were responsible for the Combat Arms | | |
| 227 4    version 2 product, you had never seen this? | | |
| 227 5    A.    I don't recall seeing it. | | |
| 228:22 - 229:6   Douglas Moses 12.05.2019 | **Re: [228:22-229:6]** | **OVERRULED** |
| 228 22    Q.    And was your experience -- or | **Def Obj** Relevance (401, 402); | |
| 228 23    has your experience been, during the time | Foundation (602); Prejudice (403) | |
| 228 24    that you've worked for Aearo and then 3M, | | |
| 228 25    that Mr. Berger and Mr. Kieper worked in the | | |
| 229 1    lab and would oftentimes do the testing, the | | |
| 229 2    REAT testing or the NRR testing, on the | | |
| 229 3    products, the hearing products? | | |
| 229 4    A.    I knew Ron Kieper to do a lot | | |
| 229 5    of the testing, and Elliott was, I believe, | | |
| 229 6    his supervisor. | | |
| 229:19 - 229:22   Douglas Moses 12.05.2019 | **Re: [229:19-229:22]** | **OVERRULED** |
| 229 19    Q.    Okay.  You know the green side | **Def Obj** Foundation (602) | |
| 229 20    was tested, correct? | | |
| 229 21    A.    It talks about -- I assume | | |
| 229 22    that, yes. | | |
| 230:20 - 231:3   Douglas Moses 12.05.2019 | **Re: [230:20-231:3]** | **OVERRULED** |
| 230 20    We've established, have we not, | **Def Obj** Relevance (401, 402); | |
| 230 21    that you don't recall ever receiving a copy | Prejudice (403); Cumulative (403) | |
| 230 22    of this while you were working at 3M until | | |
| 230 23    the litigation in this case, correct? | | |
| 230 24    A.    I don't recall seeing this. | | |

| | |
|---|---|
| 230 25    Q.   Okay.  And you don't recall any | |
| 231 1     conversations with anyone else about this | |
| 231 2     report prior to the litigation, correct? | |
| 231 3     A.   I don't believe so. | |

234:8 - 234:22   Douglas Moses 12.05.2019

| | **Re: [234:8-234:22]** | **SUSTAINED** |
|---|---|---|
| 234 8     Q.   Okay.  So I got to go back and | **Def Obj** Foundation (602); Prejudice | |
| 234 9     ask you, because I just want to make sure the | (403) | |
| 234 10    jury understands and you understand. | | |
| 234 11    What happened was, Mr. Kieper | | |
| 234 12    started the test on the green end of the | | |
| 234 13    plug, in fact he fitted eight different | | |
| 234 14    people with the green end of the plug, and | | |
| 234 15    then he did some testing.  And because the | | |
| 234 16    results were so variable and because it | | |
| 234 17    looked like the NRR was going to be so low, | | |
| 234 18    Mr. Kieper stopped that test, according to | | |
| 234 19    this, correct? | | |
| 234 20    MR. MORRISS:  Object to form. | | |
| 234 21    THE WITNESS:  That's what's | | |
| 234 22    written here. | | |

234:23 - 235:16   Douglas Moses 12.05.2019

| | |
|---|---|
| 234 23    QUESTIONS BY MR. CARTMELL: | |
| 234 24    Q.   Okay.  Okay.  And so let's | |
| 234 25    look, though, at what he found when he was | |
| 235 1     doing that test on the green end.  And I want | |
| 235 2     to go to the top under the Introduction. | |
| 235 3     At the top under the | |
| 235 4     Introduction it says, "The Combat Arms | |
| 235 5     Earplug was shortened at the request of the | |
| 235 6     Army so that it would fit into a carrying | |
| 235 7     case.  Because of this, the plug is shorter | |
| 235 8     than any other UltraFit plug design." | |
| 235 9     And I want to focus on this | |
| 235 10    next sentence.  Mr. Kieper found and stated, | |
| 235 11    "The purpose of this report is to document | |
| 235 12    that the current length of the UltraFit | |
| 235 13    earplug end of the Combat Arms plug is too | |
| 235 14    short for proper insertion." | |

| | | |
|---|---|---|
| 235 15    Do you see that? | | |
| 235 16    A.   I see those words. | | |
| 235:17 - 236:6   Douglas Moses 12.05.2019 | **Re: [235:17-236:6]** | **OVERRULED** |
| 235 17    Q.   "And how changing the fitting | **Def Obj** Relevance (401, 402); | |
| 235 18    technique affected the results of the | Prejudice (403); Foundation (602) | |
| 235 19    real-ear tests of this plug." | | |
| 235 20    My question for you is: Did | | |
| 235 21    anyone ever tell you, up until this | | |
| 235 22    litigation, while you were working as the | | |
| 235 23    main marketing man for the company of the | | |
| 235 24    Combat Arms version 2, that in this product, | | |
| 235 25    the length of the UltraFit earplug end of the | | |
| 236 1    Combat Arms plug is too short for proper | | |
| 236 2    insertion? | | |
| 236 3    MR. MORRISS: Object to form. | | |
| 236 4    THE WITNESS: I was not aware | | |
| 236 5    of that, and I don't recall being told | | |
| 236 6    that. | | |
| 236:8 - 236:10   Douglas Moses 12.05.2019 | | |
| 236 8    Q.   Okay. The first time that you | | |
| 236 9    ever saw that was in the litigation, correct? | | |
| 236 10    A.   That's my recollection. | | |
| 236:11 - 236:21   Douglas Moses 12.05.2019 | **Re: [236:11-236:21]** | **OVERRULED** |
| 236 11    Q.   Okay. Let me ask you: As the | **Def Obj** Argumentative; Vague (611, | |
| 236 12    marketing leader from the company for six | 403); Prejudice (403); Relevance (401, | |
| 236 13    years who was trying to sell as many of these | 402) | |
| 236 14    Combat Arms Earplugs as possible to the | | |
| 236 15    military, would you have liked to have known | | |
| 236 16    that when you were working as the main | | |
| 236 17    manager and -- marketing manager? | | |
| 236 18    MR. MORRISS: Object to form. | | |
| 236 19    THE WITNESS: I don't know. I | | |
| 236 20    was so highly focused on 3 and 4 that | | |
| 236 21    I don't know. | | |
| 239:5 - 239:10   Douglas Moses 12.05.2019 | **Re: [239:5-239:10]** | **OVERRULED** |
| 239 5    THE WITNESS: I don't -- I | **Def Obj** Relevance (401, 402); | |
| 239 6    don't have an opinion on whether or | Prejudice (403); Vague (611, 403) | |
| 239 7    not it's short or too short or too | | |
| 239 8    long, but a hearing protection device | | |

| | | |
|---|---|---|
| 239 9      should be able to fit a certain pop -- | | |
| 239 10     a certain number of the populations. | | |
| **239:11 - 239:24   Douglas Moses 12.05.2019** | **Re: [239:11-239:24]** | **OVERRULED** |
| 239 11     QUESTIONS BY MR. CARTMELL: | **Def Obj** Argumentative (611, 403); | |
| 239 12     Q.    Right. | Prejudice (403); 701; Foundation (602) | |
| 239 13     And if the stem is too short to | | |
| 239 14     be properly inserted, you know that can be a | | |
| 239 15     safety issue.  That's my question. | | |
| 239 16     You know that, don't you? | | |
| 239 17     MR. MORRISS:  Object to form. | | |
| 239 18     THE WITNESS:  Well, I don't | | |
| 239 19     want to -- I don't know the comment on | | |
| 239 20     the safety piece of it.  I think that | | |
| 239 21     an earplug should be able to be fit | | |
| 239 22     properly on a large enough segment of | | |
| 239 23     the population that it is a good | | |
| 239 24     product. | | |
| **240:5 - 241:2   Douglas Moses 12.05.2019** | **Re: [240:5-241:2]** | **OVERRULED** |
| 240 5      Don't you know from your | **Pltf Obj** beyond the scope of | |
| 240 6      experience that if a soldier has an earplug | clarification and nonresponsive | |
| 240 7      in and it's not inserted properly and it | | |
| 240 8      can't be fitted properly, that it may not | | |
| 240 9      work and that soldier may not be protected | | |
| 240 10     from noise? | | |
| 240 11     Don't you know that? | | |
| 240 12     A.    I know that an earplug must be | | |
| 240 13     fit and trained properly for it to meet some | | |
| 240 14     of the claims that we've made. | | |
| 240 15     Q.    Okay.  But I'm asking you a | | |
| 240 16     question about don't you know that if it's | | |
| 240 17     not fit properly and it can't be properly | | |
| 240 18     and a soldier's wearing it, that it might not | | |
| 240 19     work and it might be a safety issue for the | | |
| 240 20     soldier? | | |
| 240 21     Do you know that? | | |
| 240 22     A.    If it didn't work -- if it | | |
| 240 23     didn't fit properly into that particular | | |
| 240 24     soldier's ear and they were not getting the | | |
| 240 25     attenuation that they needed for their | | |

| | | |
|---|---|---|
| 241 1    assignment, then they should find another<br>241 2    product to wear. | | |
| 241:3 - 241:11   Douglas Moses 12.05.2019 | **Re: [241:3-241:11]**<br>**Def Obj** 701; Foundation (602);<br>Cumulative (403) | **OVERRULED** |
| 241 3    Q.   I'm asking you if it can be a<br>241 4    safety issue.<br>241 5    Can you answer that question?<br>241 6    A.   I think they would -- they<br>241 7    would not be getting the hearing protection<br>241 8    that they need.<br>241 9    Q.   And would you agree with me<br>241 10   that that could be a safety issue?<br>241 11   A.   It could be a safety issue. | | |
| 241:12 - 241:25   Douglas Moses 12.05.2019 | **Re: [241:12-241:25]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403); Argumentative; Vague<br>(611, 403); Cumulative (403); 701 | **OVERRULED** |
| 241 12   Q.   Okay.  And so isn't that<br>241 13   something that if you knew or the people in<br>241 14   your laboratory knew from testing of the<br>241 15   product, that when they tried to insert it,<br>241 16   the stem was too short and they couldn't<br>241 17   properly insert it in some people's ears,<br>241 18   isn't that something that you would have<br>241 19   wanted to know?<br>241 20   MR. MORRISS:  Object to form.<br>241 21   THE WITNESS:  Again, I don't<br>241 22   know how to put all of this in<br>241 23   context.<br>241 24   Looking back on it today, I<br>241 25   would have liked to have known. | | |
| 244:20 - 245:10   Douglas Moses 12.05.2019 | | |
| 244 20   Q.   Okay.  It then states,<br>244 21   "Additionally, the geometry of the ear canal<br>244 22   opening sometimes prevented the deep plug<br>244 23   insertion required for maximum attenuation<br>244 24   values.  When the solid plug was fitted<br>244 25   during the first test, 015, the basal edge of<br>245 1    the third flange of the yellow,<br>245 2    level-dependent plug sometimes pressed<br>245 3    against the subject's ear canal opening and<br>245 4    folded up.  When the inward pressure on the<br>245 5    plug was released, the yellow plug's flanges | | |

| | | |
|---|---|---|
| 245 6      tended to return to their original shape, and<br>245 7      this sometimes loosened the plug, often<br>245 8      imperceptibly to the subject."<br>245 9      Do you see that?<br>245 10      A.   I see those words. | | |
| 245:11 - 245:22   Douglas Moses 12.05.2019<br>245 11      Q.   Okay.  So let me ask you this:<br>245 12      Were you ever told that during a test on the<br>245 13      Combat earplugs that they're -- when they<br>245 14      were inserted, the opposite end -- if the<br>245 15      green end was in the ear, the opposite ear<br>245 16      flanges would sometimes make contact with the<br>245 17      individual's ear and could actually press<br>245 18      against the ear and make the plug loosened?<br>245 19      Were you told anything like<br>245 20      that ever?<br>245 21      A.   I don't recall knowing that or<br>245 22      being told that. | Re: [245:11-245:22]<br>Def Obj Relevance (401, 402);<br>Prejudice (403) | OVERRULED |
| 245:23 - 246:1   Douglas Moses 12.05.2019<br>245 23      Q.   Don't you think that would be<br>245 24      something you would likely remember if you<br>245 25      were told that?<br>246 1      MR. MORRISS:  Object to form. | Re: [245:23-246:1]<br>Pltf Obj beyond the scope of<br>clarification and duplicative | SUSTAINED |
| 246:2 - 246:2   Douglas Moses 12.05.2019<br>246 2      THE WITNESS:  I don't know. | | |
| 246:4 - 246:17   Douglas Moses 12.05.2019<br>246 4      Q.   All right.  Were you ever told<br>246 5      that with this Combat Arms version 2 earplug,<br>246 6      during the testing of that by the company in<br>246 7      their own lab, with their experienced fitter,<br>246 8      that there were times that this plug, in the<br>246 9      people tested, would become loosened and the<br>246 10      individual wouldn't even know it, or that it<br>246 11      was imperceptible to that subject, that test<br>246 12      subject?<br>246 13      Were you ever told anything<br>246 14      like that?<br>246 15      MR. MORRISS:  Object to form. | Re: [246:4-246:17]<br>Def Obj Argumentative; Compound<br>(611, 403); Prejudice (403); Relevance<br>(401, 402) | OVERRULED |

| | | |
|---|---|---|
| 246 16    THE WITNESS:  I don't recall | | |
| 246 17    being told that. | | |
| 246:18 - 246:22   Douglas Moses 12.05.2019 | **Re: [246:18-246:22]** | |
| 246 18    QUESTIONS BY MR. CARTMELL: | **Def Obj** Relevance (401, 402); | |
| 246 19    Q.    Okay.  In retrospect, would you | Prejudice (403) | |
| 246 20    have liked to have been told these things? | | |
| 246 21    A.    I think I would like to know | | |
| 246 22    more about the product, sure. | | |
| 246:23 - 247:12   Douglas Moses 12.05.2019 | **Re: [246:23-247:12]** | **OVERRULED** |
| 246 23    Q.    Now, it states, "For test | **Def Obj** Foundation (602); | |
| 246 24    213" -- the next paragraph. | Argumentative (611, 403); Prejudice | |
| 246 25    "For 213017, the yellow flanges | (403) | |
| 247 1    of the level-dependent end of the plug were | | |
| 247 2    folded back." | | |
| 247 3    So to make it clear for the | | |
| 247 4    jury, what happened was they did 015 test -- | | |
| 247 5    I'm shortening the numbers -- they did the | | |
| 247 6    015 test, and they found those issues with | | |
| 247 7    the difficulty fitting it and that it might | | |
| 247 8    become loosened, so they started a new test, | | |
| 247 9    correct? | | |
| 247 10    MR. MORRISS:  Object to form. | | |
| 247 11    THE WITNESS:  It appears so, | | |
| 247 12    yes. | | |
| 247:13 - 247:23   Douglas Moses 12.05.2019 | **Re: [247:13-247:23]** | **OVERRULED** |
| 247 13    QUESTIONS BY MR. CARTMELL: | **Def Obj** Foundation (602); Prejudice | |
| 247 14    Q.    Okay.  They stopped after eight | (403) | |
| 247 15    people on the first test, and then they would | | |
| 247 16    start a new test, correct? | | |
| 247 17    A.    That's my understanding as I | | |
| 247 18    read this. | | |
| 247 19    Q.    Okay.  And when they started | | |
| 247 20    the new test, this time they folded back the | | |
| 247 21    rings on the yellow end, right, according to | | |
| 247 22    this? | | |
| 247 23    A.    Yes, uh-huh. | | |
| 249:2 - 249:22   Douglas Moses 12.05.2019 | **Re: [249:2-249:22]** | **OVERRULED** |
| 249 2    Q.    Okay.  All right.  Now, it then | **Def Obj** Prejudice (403); Foundation | |
| 249 3    says under Results, it says that when they | (602); Relevance (401, 402) | |

249 4      did the first test, the NRR after eight
249 5      people was 11, right?
249 6      A.    Yes, I see that.
249 7      Q.    And then if you see at the
249 8      bottom, it says when they redid the test and
249 9      they did it a different way, with the rings
249 10     or the flanges folded back, they got a 22,
249 11     double that, correct?
249 12     A.    I see that, yes.
249 13     Q.    Okay.  You didn't know that
249 14     this even happened, did you?
249 15     A.    I don't recall knowing.
249 16     Q.    Okay.  Nobody told you that the
249 17     first test, when they did it according to the
249 18     instructions at the time, gave an NRR of
249 19     one-half of what is listed in your marketing
249 20     materials.
249 21     Nobody told you that, correct?
249 22     A.    I don't recall knowing that.

249:23 - 250:2   Douglas Moses 12.05.2019
249 23     Q.    Okay.  I've read your prior
249 24     testimony, and in 2015 you testified that you
249 25     just didn't know whether or not soldiers knew
250 1      to pull the flanges back when wearing these
250 2      earplugs.

250:5 - 250:13   Douglas Moses 12.05.2019
250 5      Q.    Correct?
250 6      A.    Yeah, I don't know what the
250 7      soldiers knew.
250 8      Q.    Now, the company Aearo has
250 9      always used for this green end, in their
250 10     marketing materials and in their labeling
250 11     materials and their instructions for use,
250 12     they tell soldiers that the NRR is 22,
250 13     correct?

250:16 - 250:17   Douglas Moses 12.05.2019
250 16     I'm sorry, can you restate the
250 17     question, please?

250:19 - 251:8   Douglas Moses 12.05.2019

| 250 19 | Q.   Yeah -- no, I was just |
| 250 20 | referring to they did the second test, and |
| 250 21 | in -- when they did their labeling for the |
| 250 22 | product, the Combat Arms version 2, they used |
| 250 23 | the 22 from the second test as the NRR, |
| 250 24 | correct? |
| 250 25 | A.   I believe so, yes. |
| 251 1 | Q.   And that's always been the |
| 251 2 | case, as long as it was on the market, until |
| 251 3 | 2015, I believe, fair? |
| 251 4 | A.   I believe so, yes. |
| 251 5 | Q.   Okay.  But the company never |
| 251 6 | told soldiers or the military or anyone else |
| 251 7 | about the first test and the fact that the |
| 251 8 | NRR was only 11 through eight individuals? |

251:10 - 251:14   Douglas Moses 12.05.2019

| 251 10 | THE WITNESS:  I don't know. |
| 251 11 | QUESTIONS BY MR. CARTMELL: |
| 251 12 | Q.   Well, you've never seen |
| 251 13 | anything or heard that they told anybody |
| 251 14 | about that, correct? |

251:16 - 251:17   Douglas Moses 12.05.2019

| 251 16 | THE WITNESS:  I don't recall, |
| 251 17 | no. |

251:23 - 252:6   Douglas Moses 12.05.2019

| 251 23 | Q.   We've talked previously about |
| 251 24 | the fact that your job duties and |
| 251 25 | responsibilities included reviewing and, as a |
| 252 1 | team member, approving inserts and brochures |
| 252 2 | and catalogs and other marketing materials |
| 252 3 | for the company, correct? |
| 252 4 | MR. MORRISS:  Object to form. |
| 252 5 | THE WITNESS:  Reviewing them, |
| 252 6 | yes, uh-huh. |

**Re: [251:23-252:6]**
**Def Obj** Vague (611, 403); Relevance
(401, 402)

**OVERRULED**

252:7 - 252:7   Douglas Moses 12.05.2019

| 252 7 | QUESTIONS BY MR. CARTMELL: |

252:8 - 252:23   Douglas Moses 12.05.2019

| | |
|---|---|
| 252 8 | Q.    Okay.  And had you known about |
| 252 9 | this test and the fact that it was required |
| 252 10 | to pull back the flange on the opposing side |
| 252 11 | when the plug was put in somebody's ears, |
| 252 12 | would you have told people in the materials |
| 252 13 | or made sure that the company told people in |
| 252 14 | the materials that that was the case and that |
| 252 15 | doing that was required? |
| 252 16 | MR. MORRISS:  Object to form. |
| 252 17 | QUESTIONS BY MR. CARTMELL: |
| 252 18 | Q.    Or do you know? |
| 252 19 | A.    I don't know that I would have |
| 252 20 | used words like "it's required." |
| 252 21 | It would have possibly prompted |
| 252 22 | a conversation with someone in the lab had I |
| 252 23 | known more about it. |

**Re: [252:8-252:23]**
**Def Obj** Assumes; Compound (611, 403); Prejudice (403)

**OVERRULED**

253:7 - 253:21   Douglas Moses 12.05.2019

| | |
|---|---|
| 253 7 | Q.    And had you known that there |
| 253 8 | was a situation where the testers found that |
| 253 9 | when inserting the green end of the Combat |
| 253 10 | Arms version 2 plug, if somebody had medium |
| 253 11 | or larger ear canals, it was difficult to fit |
| 253 12 | that person, would you possibly have put that |
| 253 13 | in the materials or actually recommended, |
| 253 14 | potentially, to put that information in the |
| 253 15 | materials that you approved or that you |
| 253 16 | reviewed? |
| 253 17 | MR. MORRISS:  Object to form. |
| 253 18 | THE WITNESS:  I would have had |
| 253 19 | a conversation with the group of |
| 253 20 | people to find out what the relevance |
| 253 21 | of that is, likely. |

**Re: [253:7-253:21]**
**Pltf Obj** beyond the scope of clarification and duplicative

**OVERRULED**

253:23 - 254:18   Douglas Moses 12.05.2019

| | |
|---|---|
| 253 23 | Q.    Okay.  And if you had known |
| 253 24 | that if the flange or the rings of the plug |
| 253 25 | were not rolled back or pulled back upon |
| 254 1 | insertion or while wearing the plug, there |
| 254 2 | was a possibility that the opposing flange |

**Re: [253:23-254:18]**
**Def Obj** Compound; Assumes (611, 403); Prejudice (403)

**OVERRULED**

254 3    would push on the ear and loosen the plug and
254 4    the soldier may not even know about it, would
254 5    you have talked to somebody and possibly
254 6    recommended to the company that they include
254 7    that information in their inserts or their
254 8    catalogs or their brochures or their
254 9    materials --
254 10    MR. MORRISS:  Objection.
254 11    QUESTIONS BY MR. CARTMELL:
254 12    Q.    -- that they were providing the
254 13    military?
254 14    MR. MORRISS:  Object to form.
254 15    THE WITNESS:  I don't know for
254 16    sure, but I would have likely had a
254 17    conversation with a group of our team
254 18    members.

254:19 - 254:22   Douglas Moses 12.05.2019
254 19    QUESTIONS BY MR. CARTMELL:
254 20    Q.    You definitely would have
254 21    wanted to look into it, wouldn't you?
254 22    A.    I would have a conversation.

261:24 - 261:25   Douglas Moses 12.05.2019
261 24    Q.    Okay.  I want to refer you back
261 25    to Exhibit 12, Mr. Moses.

262:24 - 263:8   Douglas Moses 12.05.2019
262 24    Q.    Well, go under Instructions for
262 25    Use.  It states, "Grasp the earplug by the
263 1    stem and insert into ear canal.  Adjust plug
263 2    for test {sic} sealing performance."
263 3    Do you see that?
263 4    A.    Yes.
263 5    Q.    That's trying to tell the
263 6    individual how to get the plug inserted?
263 7    A.    Yes.  Oh, I'm sorry, that was a
263 8    question?  Yes.

263:9 - 263:16   Douglas Moses 12.05.2019    **Re: [263:9-263:16]**    **OVERRULED**
263 9    Q.    Okay.  And then it has the same    **Def Obj** Vague (611, 403)
263 10    fitting tip that we saw was there in 2006,
263 11    July, around the time that you started,

| | | |
|---|---|---|
| 263 12   correct?<br>263 13   MR. MORRISS:  Object to form.<br>263 14   THE WITNESS:  Similar, yeah.  I<br>263 15   would have to compare them, but it<br>263 16   looks about the same. | | |
| 263:17 - 264:10   Douglas Moses 12.05.2019<br>263 17   QUESTIONS BY MR. CARTMELL:<br>263 18   Q.   Okay.  This fitting tip here,<br>263 19   if you go -- go ahead and highlight "fitting<br>263 20   is easier if it's pulled upward and outward,"<br>263 21   and then "if the sealing rings of the<br>263 22   outward-directed plug are rolled back upon<br>263 23   themselves."<br>263 24   It then says, "Some individuals<br>263 25   with smaller ear canals may experience<br>264 1   discomfort with the dual-ended Combat Arms<br>264 2   Earplug due to their restricted canal<br>264 3   opening."<br>264 4   Do you see that?<br>264 5   A.   I do.<br>264 6   Q.   So this fitting tip in 2010 is<br>264 7   actually calling out individuals with small<br>264 8   ear canals and saying it might be<br>264 9   uncomfortable, right?<br>264 10   A.   Yes, discomfort, uh-huh. | | |
| 264:11 - 264:20   Douglas Moses 12.05.2019<br>264 11   Q.   But it doesn't say anything<br>264 12   about how there's difficulty fitting certain<br>264 13   individuals with medium or larger ear canals<br>264 14   like Mr. Kieper found when he was testing the<br>264 15   dual-ended product in 2000, does it?<br>264 16   MR. MORRISS:  Object to form.<br>264 17   THE WITNESS:  It doesn't talk<br>264 18   about medium and large.  It does talk<br>264 19   about the -- rolling back the flanges<br>264 20   or -- that's it. | Re: [264:11-264:20]<br>Def Obj Argumentative (611, 403);<br>Prejudice (403) | OVERRULED |
| 264:21 - 265:23   Douglas Moses 12.05.2019<br>264 21   QUESTIONS BY MR. CARTMELL:<br>264 22   Q.   Okay.  But as you said, it's | Re: [264:21-265:23]<br>Def Obj Prejudice (403); Cumulative<br>(403); Foundation (602) | OVERRULED |

| | | |
|---|---|---|
| 264 23    unclear -- early, as you -- strike that. | | |
| 264 24      As you said earlier, sir, that | | |
| 264 25       fitting tip, it's unclear to even you whether | | |
| 265 1    or not that means that the flange should be | | |
| 265 2    rolled back just during insertion or if it | | |
| 265 3    should remain worn back later on as the | | |
| 265 4    soldiers are wearing, actually, the product, | | |
| 265 5    correct? | | |
| 265 6      A.    I don't know. | | |
| 265 7      Q.    You can't tell from that | | |
| 265 8    fitting tip, can you? | | |
| 265 9      A.    I don't believe so.  I can | | |
| 265 10    tell, but, again, I don't have the proper | | |
| 265 11    context for this either. | | |
| 265 12      Q.    Right. | | |
| 265 13    You can't tell because it's | | |
| 265 14    unclear, right? | | |
| 265 15      A.    It says what it says here. | | |
| 265 16      Q.    Right. | | |
| 265 17    But you, the marketing manager | | |
| 265 18    for six years in charge of selling these to | | |
| 265 19    the military, when I asked you, didn't even | | |
| 265 20    know if meant to roll them back permanently | | |
| 265 21    or that you could roll them back in place | | |
| 265 22    after you inserted them, correct? | | |
| 265 23      A.    I don't know. | | |
| 265:24 - 266:13    Douglas Moses 12.05.2019 | **Re: [265:24-266:13]** | **OVERRULED** |
| 265 24      Q.    And let me ask you this:  If | **Def Obj** Relevance (401, 402); | |
| 265 25    you look on the first page of this 2010 | Prejudice (403) | |
| 266 1    insert sell sheet, or insert, it's hard to | | |
| 266 2    see on this, but you see there's two ears | | |
| 266 3    there? | | |
| 266 4    Let's get a close-up of those | | |
| 266 5    two ears. | | |
| 266 6    There's two ears, and it shows | | |
| 266 7    the Combat Arms Earplug sticking out of those | | |
| 266 8    ears, right? | | |
| 266 9      A.    I see two ears and two plugs | | |
| 266 10    inside, yeah. | | |

| | |
|---|---|
| 266 11    Q.    It doesn't look like the rings<br>266 12    are folded back, right?<br>266 13        A.    It doesn't appear to. | |
| **266:14 - 266:25   Douglas Moses 12.05.2019**<br>266 14    Q.    So if a soldier saw this or the<br>266 15    military audiologists saw this or somebody<br>266 16    that you were sending this to in the<br>266 17    military, there's nothing here that would<br>266 18    convey to them that you needed to roll those<br>266 19    flanges back, is there?<br>266 20    MR. MORRISS:  Object to form.<br>266 21    QUESTIONS BY MR. CARTMELL:<br>266 22    Q.    During wearing?<br>266 23    A.    I don't think it specifically<br>266 24    says "during wearing."  From these images, it<br>266 25    doesn't show the flanges rolled back. | **Re: [266:14-266:25]**<br>**Def Obj** Compound; Argumentative<br>(611, 403); Prejudice (403); Relevance<br>(401, 402)   —   **OVERRULED** |
| **267:25 - 268:4   Douglas Moses 12.05.2019**<br>267 25    Q.    Okay.  Then to be clear,<br>268 1    there's nothing about these pictures, though,<br>268 2    that tell you you need to roll back the<br>268 3    flange, correct?<br>268 4    A.    In these pictures, no. | **Re: [267:25-268:4]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403)   —   **OVERRULED** |
| **268:5 - 268:11   Douglas Moses 12.05.2019**<br>268 5    Q.    Okay.  But we know that in the<br>268 6    flange report, Mr. Kieper said specifically<br>268 7    in the testing that if you didn't wear them<br>268 8    with the rings rolled back, it could press<br>268 9    against the ear and it cause the plug to<br>268 10    loosen imperceptibly, correct?<br>268 11    A.    In some participants, yes. | |
| **276:8 - 276:20   Douglas Moses 12.05.2019**<br>276 8    Q.    We talked about the pictures.<br>276 9    You often, in your marketing materials that<br>276 10    you were leading to put together related to<br>276 11    the Combat Arms Earplugs, you would put<br>276 12    graphics and pictures of soldiers in those,<br>276 13    wouldn't you?<br>276 14    A.    Sometimes.<br>276 15    Q.    And you would be asked to put | **Re: [276:8-276:20]**<br>**Def Obj** Relevance (401, 402)   —   **OVERRULED** |

| | | |
|---|---|---|
| 276 16 | those together, and oftentimes you would be | |
| 276 17 | the one who would actually approve those, | |
| 276 18 | right? | |
| 276 19 | A.    Sometimes.  I would get input | |
| 276 20 | from our graphic designers and others. | |

| 276:21 - 277:25   Douglas Moses 12.05.2019 | Re: [276:21-277:25] | OVERRULED |
|---|---|---|
| 276 21 (Moses Exhibit 21 marked for | Def Obj Relevance (401, 402); | |
| 276 22 identification.) | Prejudice (403); Foundation (602) | |
| 276 23 QUESTIONS BY MR. CARTMELL: | | |
| 276 24 Q.    I know you went through lots of | | |
| 276 25 brochures during your 30(b)(6) deposition. | | |
| 277 1 Do you recall that? | | |
| 277 2 A.    I recall looking at some, yes. | | |
| 277 3 Q.    Right. | | |
| 277 4 And there's multiple pictures | | |
| 277 5 of soldiers in actual combat gear on the | | |
| 277 6 marketing materials that you were approving | | |
| 277 7 and helping to put together while you were | | |
| 277 8 the manager; is that correct? | | |
| 277 9 A.    There were a handful, yes, | | |
| 277 10 uh-huh. | | |
| 277 11 Q.    And these are some of those. | | |
| 277 12 These are three of those, correct? | | |
| 277 13 A.    I think the one in the upper | | |
| 277 14 left corner was something that had already | | |
| 277 15 been produced by the time I began working on | | |
| 277 16 Combat Arms. | | |
| 277 17 Q.    Okay.  At any rate, if you look | | |
| 277 18 at these pictures of these soldiers who are | | |
| 277 19 in combat gear, they have actually Combat | | |
| 277 20 Arms Earplugs, the second version, in their | | |
| 277 21 ears, don't they? | | |
| 277 22 A.    It appears so, yes. | | |
| 277 23 Q.    And none of those actually have | | |
| 277 24 the rings folded back, do they? | | |
| 277 25 A.    Not in these images, no. | | |

| 279:21 - 280:7   Douglas Moses 12.05.2019 | Re: [279:21-280:7] | OVERRULED |
|---|---|---|
| 279 21 Q.    But would you agree with me | Def Obj Relevance (401, 402); | |
| 279 22 that in none of the marketing materials that | Prejudice (403) | |

| | | |
|---|---|---|
| 279 23   you helped produce did you have a model, as | | |
| 279 24    you said, in combat gear with a picture of | | |
| 279 25    the plug in his ear with the flange rolled | | |
| 280 1    back? | | |
| 280 2    A.   I don't recall that. | | |
| 280 3    Q.   The truth is -- and I think you | | |
| 280 4    were asked in your 30(b)(6) -- you know that | | |
| 280 5    you never had a picture of a soldier with the | | |
| 280 6    flange rolled back in his ears? | | |
| 280 7    A.   I don't recall doing that, no. | | |
| 281:2 - 281:4   Douglas Moses 12.05.2019 | | |
| 281 2    Q.   Okay.  We've talked some about | | |
| 281 3    NRRs, and I want to refer you back to | | |
| 281 4    Exhibit 11. | | |
| 281:8 - 281:10   Douglas Moses 12.05.2019 | | |
| 281 8    I want to go to the blister | | |
| 281 9    card, the second page of this document.  So | | |
| 281 10    805 -- let's see.  Yeah, that page. | | |
| 281:16 - 281:18   Douglas Moses 12.05.2019 | | |
| 281 16    We've been talking a lot about | | |
| 281 17    NRRs, right? | | |
| 281 18    A.   Yes, we've talked about it. | | |
| 281:19 - 282:3   Douglas Moses 12.05.2019 | **Re: [281:19-282:3]** | **OVERRULED** |
| 281 19    Q.   Okay.  And we just talked about | **Def Obj** Vague; Assumes (611, 403); | |
| 281 20    that the company, in 2000, when they tested | Prejudice (403) | |
| 281 21    this Combat Arms version 2 earplug, the first | | |
| 281 22    test was looking like the NRR might only be | | |
| 281 23    around 11. | | |
| 281 24    Do you remember that from the | | |
| 281 25    flange report? | | |
| 282 1    MR. MORRISS:  Object to form. | | |
| 282 2    THE WITNESS:  I remember that | | |
| 282 3    document. | | |
| 282:4 - 282:16   Douglas Moses 12.05.2019 | | |
| 282 4    QUESTIONS BY MR. CARTMELL: | | |
| 282 5    Q.   And 11 would have been, | | |
| 282 6    obviously, mathematically, half of what is | | |
| 282 7    actually on the blister card, correct? | | |
| 282 8    A.   It would be half numerically. | | |

| | | | |
|---|---|---|---|
| 282 9 | I'm not sure what it means in noise reduction | | |
| 282 10 | rating, though. | | |
| 282 11 | Q.   Okay.  Well, it says right here | | |
| 282 12 | under this EPA label that your company put on | | |
| 282 13 | the Combat Arms version 2, "Higher numbers | | |
| 282 14 | denote greater effectiveness." | | |
| 282 15 | Right? | | |
| 282 16 | A.   I see that, yes. | | |
| 284:1 - 284:6 | Douglas Moses 12.05.2019 | **Re: [284:1-284:6]** | **OVERRULED** |
| 284 1 | But generally, if you're next | **Def Obj** 701 | |
| 284 2 | to high noise, very high noise, you | | |
| 284 3 | would want to have more protection. | | |
| 284 4 | QUESTIONS BY MR. CARTMELL: | | |
| 284 5 | Q.   Higher number? | | |
| 284 6 | A.   Generally, yes. | | |
| 284:7 - 285:4 | Douglas Moses 12.05.2019 | **Re: [284:7-285:4]** | **SUSTAINED** |
| 284 7 | Q.   Okay.  And that's my point, is | **Def Obj** Relevance (401, 402); | |
| 284 8 | that 11 that was in the test that was never | Prejudice (403); Foundation (602) | |
| 284 9 | provided, as far as we know, to the military | | |
| 284 10 | or anyone else, would not have -- or would | | |
| 284 11 | denote that your product, if it was in fact | | |
| 284 12 | an NRR of 11, was not as, as you look at this | | |
| 284 13 | word here, effective as one that has a 22 | | |
| 284 14 | rating, correct? | | |
| 284 15 | MR. MORRISS:  Object to the | | |
| 284 16 | commentary and the introduction and | | |
| 284 17 | object to the form. | | |
| 284 18 | THE WITNESS:  I don't know what | | |
| 284 19 | the word "effectiveness" means here | | |
| 284 20 | and how it is used.  I don't know | | |
| 284 21 | that.  But generally -- | | |
| 284 22 | QUESTIONS BY MR. CARTMELL: | | |
| 284 23 | Q.   Well, this is on the label from | | |
| 284 24 | your company. | | |
| 284 25 | A.   That is, I believe -- from my | | |
| 285 1 | understanding as I look at this, that is | | |
| 285 2 | language provided by the EPA.  And I just | | |
| 285 3 | don't understand how the word "effectiveness" | | |
| 285 4 | is used here. | | |

| | | |
|---|---|---|
| 285:22 - 286:1   Douglas Moses 12.05.2019 | | |
| 285 22     Q.   Fair enough. | | |
| 285 23     22 denotes more or greater | | |
| 285 24     effectiveness than one that has 11, fair? | | |
| 285 25     A.   In the way that it's described | | |
| 286 1     here, that's fair. | | |
| 289:7 - 290:2    Douglas Moses 12.05.2019 | **Re: [289:7-290:2]** | **SUSTAINED** |
| 289 7     And you would not want your | **Def Obj** Vague (611, 403); Relevance | |
| 289 8     lab, for example, to use tricks to get a high | (401, 402); 701 | |
| 289 9     noise reduction rating, correct? | | |
| 289 10     MR. MORRISS:  Object to form. | | |
| 289 11     THE WITNESS:  I don't know | | |
| 289 12     about tricks.  I would expect that any | | |
| 289 13     output at the end of the day, after | | |
| 289 14     whatever internal discussions and | | |
| 289 15     analysis they do, would be accurate to | | |
| 289 16     the best of their ability. | | |
| 289 17     QUESTIONS BY MR. CARTMELL: | | |
| 289 18     Q.   Well, you say you don't know | | |
| 289 19     about tricks, but you wouldn't want them to | | |
| 289 20     engage in any trickery, for example, to try | | |
| 289 21     to get the highest number they could so that | | |
| 289 22     it would help sell the product to the | | |
| 289 23     audiologists in the military, for example? | | |
| 289 24     MR. MORRISS:  Object to form. | | |
| 289 25     THE WITNESS:  I would want the | | |
| 290 1     EPA numbers and output from the lab to | | |
| 290 2     be accurate. | | |
| 290:18 - 290:23    Douglas Moses 12.05.2019 | **Re: [290:18-290:23]** | **OVERRULED** |
| 290 18     Q.   It's true, though, sir, for | **Def Obj** Relevance (401, 402); | |
| 290 19     selling in a market earplugs that are | Prejudice (403) | |
| 290 20     supposed to be for constant, high-level | | |
| 290 21     noise, higher numbers can be better for sales | | |
| 290 22     and profits, correct? | | |
| 290 23     A.   Sometimes.  Sometimes. | | |
| 291:5 - 291:17    Douglas Moses 12.05.2019 | | |
| 291 5     Q.   And do you know, based on your | | |
| 291 6     15 years experience in this industry and with | | |
| 291 7     dealing with hearing protection, whether it | | |

| | | | |
|---|---|---|---|
| 291 8 | was appropriate for them to stop the test | | |
| 291 9 | when the NRR looked like it was going to be | | |
| 291 10 | 11 and restart the test, which ended up in | | |
| 291 11 | the higher NRR? | | |
| 291 12 | Do you know one way or another | | |
| 291 13 | whether that was appropriate or against the | | |
| 291 14 | policy or regulations? | | |
| 291 15 | A.   I would leave that to the lab | | |
| 291 16 | to understand.  I don't know the | | |
| 291 17 | circumstances in your hypothetical. | | |

| | | | |
|---|---|---|---|
| 291:24 - 292:8 | Douglas Moses 12.05.2019 | **Re: [291:24-292:8]** | **OVERRULED** |
| 291 24 | Q.   Okay.  And actually you have | **Def Obj** 3M MIL No. 18 | |
| 291 25 | been involved in a similar situation where | | |
| 292 1 | your laboratory at the company, at 3M, | | |
| 292 2 | actually, started testing of a Combat Arms | | |
| 292 3 | Earplug next gen product and was getting low | | |
| 292 4 | NRRs, and then retested and got higher NRRs, | | |
| 292 5 | correct? | | |
| 292 6 | A.   I think there was some -- in | | |
| 292 7 | the development of the Combat Arms 4.0, I | | |
| 292 8 | have some recollection about that. | | |

| | | | |
|---|---|---|---|
| 292:9 - 292:25 | Douglas Moses 12.05.2019 | | |
| 292 9 | (Moses Exhibit 22 marked for | | |
| 292 10 | identification.) | | |
| 292 11 | QUESTIONS BY MR. CARTMELL: | | |
| 292 12 | Q.   Let me hand you Exhibit 22. | | |
| 292 13 | Mr. Moses, Exhibit 32 {sic} was | | |
| 292 14 | produced to us in this litigation from 3M's | | |
| 292 15 | internal files, and you can see that this is | | |
| 292 16 | a report.  The title is "The Development of | | |
| 292 17 | the Combat Arms Earplug Versions 1 Through | | |
| 292 18 | Version 4." | | |
| 292 19 | Do you see that? | | |
| 292 20 | A.   I do. | | |
| 292 21 | Q.   This is another report that is | | |
| 292 22 | written by R.W. Kieper and E.H. Berger, who | | |
| 292 23 | are in the technical side of the company, | | |
| 292 24 | correct? | | |
| 292 25 | A.   They're at the E-A-RCAL lab. | | |

293:13 - 293:25   Douglas Moses 12.05.2019

| | |
|---|---|
| 293 13 | Q.    Those are the same two authors |
| 293 14 | that actually were the authors of the flange |
| 293 15 | report that we just looked at; is that right? |
| 293 16 | A.    I believe so, yes. |
| 293 17 | Q.    This is a document dated |
| 293 18 | July 23, 2010, which would be a time period |
| 293 19 | when you were actually serving as the main |
| 293 20 | marketing man at the company responsible for |
| 293 21 | sales of the Combat Arms version 3 or |
| 293 22 | version 4 and version 2 to the military, |
| 293 23 | correct? |
| 293 24 | A.    This was in the same time |
| 293 25 | period. |

296:2 - 297:2   Douglas Moses 12.05.2019

| | |
|---|---|
| 296 2 | Q.    Okay.  Now, I want to turn to |
| 296 3 | page 34, which is actually talking about |
| 296 4 | testing done on version 4 of the Combat Arms. |
| 296 5 | And you can tell that -- if you |
| 296 6 | go to page 33 at the top it states, "Combat |
| 296 7 | Arms Earplug version 4." |
| 296 8 | Do you see that? |
| 296 9 | A.    I do. |
| 296 10 | Q.    The next page, though, 34, |
| 296 11 | talks about the real-ear tests, which are the |
| 296 12 | NRRs tests that we've talked about, and |
| 296 13 | that's where I want to direct your attention. |
| 296 14 | A.    Okay. |
| 296 15 | Q.    Now, it states, "The first |
| 296 16 | labeling tests of this Combat Arms Earplug |
| 296 17 | version 4 were completed in February |
| 296 18 | of 2009."  And then it talks about the |
| 296 19 | results being shown in the figures.  And then |
| 296 20 | it says, "The test result was an NRR of 5." |
| 296 21 | That was on the yellow end -- |
| 296 22 | or excuse me.  No, that's wrong.  The test |
| 296 23 | result was an NRR of 5, and with the cover in |
| 296 24 | the closed position, an NRR of 17. |
| 296 25 | Do you see that? |

| | | |
|---|---|---|
| 297 1    A.   Yes, I see it right here.  I<br>297 2        see the test results, yes. | | |
| 297:12 - 297:22   Douglas Moses 12.05.2019<br>297 12    Q.    Okay.  So they did some testing<br>297 13    in 2000 -- February of 2009, and your<br>297 14    laboratory came up in the closed end, which<br>297 15    is like the green end of the version 2, with<br>297 16    an NRR of 17, correct?<br>297 17    A.    It appears so, yes.<br>297 18    Q.    Okay.  And that version 4, if<br>297 19    that was the case, that would have been five<br>297 20    points lower than the version 2.  In other<br>297 21    words, 17 is five less than 22, correct?<br>297 22    A.    It is numerically five less. | **Re: [297:12-297:22]**<br>**Def Obj** Relevance (401, 402);<br>Foundation (602); Prejudice (403) | **OVERRULED** |
| 297:23 - 297:25   Douglas Moses 12.05.2019<br>297 23    Again, I don't understand what that means --<br>297 24    Q.    Okay.<br>297 25    A.    -- from an NRR standpoint. | **Re: [297:23-297:25]**<br>**Pltf Obj** beyond the scope of<br>clarification, duplicative/cumulative of<br>above and nonresponsive to the question | **OVERRULED** |
| 298:10 - 298:15   Douglas Moses 12.05.2019<br>298 10    Q.    Okay.  Let me hand you now what<br>298 11    has been marked as Exhibit 23, and let me ask<br>298 12    you some questions about this e-mail string<br>298 13    that came out of your files at the company<br>298 14    and was produced in this litigation.<br>298 15    A.    Okay. | **Re: [298:10-298:15]**<br>**Def Obj** Relevance (401, 402) | **OVERRULED** |
| 298:24 - 299:13   Douglas Moses 12.05.2019<br>298 24    Q.    Now, Mr. Moses, that finding of<br>298 25    17 for version 4 for the NRR, that finding<br>299 1    that was five lower than the version 2, that<br>299 2    upset some people at the company, didn't it?<br>299 3    A.    I believe there were some<br>299 4    discussions about it.  I don't know about the<br>299 5    word "upset."<br>299 6    Q.    What about frustrated some<br>299 7    people?  Do you remember that it frustrated<br>299 8    some people?<br>299 9    A.    Possibly.<br>299 10    Q.    And I take it you have a<br>299 11    recollection of this time period and your | **Re: [298:24-299:13]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **DEFER RULING** |

| | | |
|---|---|---|
| 299 12   involvement in this; is that right? | | |
| 299 13     A.   Some recollection, yes, uh-huh. | | |

299:25 - 300:7   Douglas Moses 12.05.2019

299 25     Sir, if you would go to .3,
300 1     you'll see that -- for some reason this was
300 2     the way it was produced to us from the
300 3     company, this e-mail string, but it's hard to
300 4     read. But you'll see there's a Doug Ohlin
300 5     e-mail address on May 28, 2009, and then
300 6     below that it's Doug Moses, and it's to Doug
300 7     Moses.

300:18 - 301:16   Douglas Moses 12.05.2019

300 18     And then it says, "The new NRR
300 19     for the CAE."
300 20     Do you see that?
300 21     A.   I do.
300 22     Q.   Okay. And then the next page
300 23     is the e-mail that Doug Ohlin sent to you,
300 24     right?
300 25     A.   Yes, this appears to be to me.
301 1     Q.   Now, for the jury's sake, I
301 2     want to talk about Doug Ohlin for a second.
301 3     Doug Ohlin, at this time in
301 4     2009 was actually a consultant that had a
301 5     contract with 3M to help with sales or
301 6     marketing of the Combat Arms Earplugs,
301 7     correct?
301 8     A.   He was a contractor to 3M. He
301 9     did other things technical as well.
301 10     Q.   Okay. He had been working for
301 11     the military for a period of time, and you
301 12     had some contact when he actually worked at
301 13     the military, I take it?
301 14     A.   Yes. He was a civilian
301 15     employee for the Army hearing program or
301 16     whatever the precursor name was for that.

302:16 - 303:6   Douglas Moses 12.05.2019

302 16     Q.   Okay. And actually, I've seen
302 17     in the documents that he was actually listed

302 18      under you on an organizational chart as a
302 19      consulting employee, correct?
302 20      A.    Yes, because his funding came
302 21      from my budget.
302 22      Q.    Okay.  And you used Mr. Ohlin,
302 23      I take it, as a good representative for the
302 24      company to talk to the military about the
302 25      products and try to help with sales and
303 1       marketing; is that correct?
303 2       A.    Sometimes he would make contact
303 3       with some of the military or the civilian
303 4       personnel.  I mean, my -- I learned a lot
303 5       from him, and that was really why I was -- I
303 6       enjoyed learning from him.

304:10 - 304:14   Douglas Moses 12.05.2019
304 10      Q.    And you thought he was honest
304 11      and trustworthy?
304 12      A.    I thought so.
304 13      Q.    Okay.  You could rely on him?
304 14      A.    Yes.

| 304:15 - 305:1   Douglas Moses 12.05.2019 | Re: [304:15-305:1] | **DEFER RULING** |
|---|---|---|
| 304 15      Q.    Okay.  This is an e-mail. | **Def Obj** Relevance (401, 402); | |
| 304 16      Let's go to the e-mail from him to you, as we | Prejudice (403); Hearsay (801, 802) | |
| 304 17      said, in May of 2009. | | |
| 304 18      It states, "Doug, I'd like this | | |
| 304 19      to be kept between you and me.  There is | | |
| 304 20      already enough tension between the research | | |
| 304 21      and marketing groups in your shop without me | | |
| 304 22      adding to it." | | |
| 304 23      Now, the research group is what | | |
| 304 24      you often call the technical group, correct? | | |
| 304 25      A.    I think he's referring to the | | |
| 305 1       lab personnel, the technical lab personnel. | | |

| 305:6 - 306:12   Douglas Moses 12.05.2019 | Re: [305:6-306:12] | **DEFER RULING** |
|---|---|---|
| 305 6       Q.    And he's saying that he knows | **Def Obj** Relevance (401, 402); | |
| 305 7       that there's tension between your group, | Prejudice (403); Hearsay (801, 802) | |
| 305 8       meaning the marketing group, and that | | |
| 305 9       technical lab group, correct? | | |
| 305 10      A.    That's what he says here, yes, | | |

305 11     uh-huh.
305 12     Q.    Okay.  And then he says, "But I
305 13     have to vent to you my frustration over that
305 14     reduced NRR for the new version of the Combat
305 15     Arms Earplug."
305 16     Do you see that?
305 17     A.    I see that.
305 18     Q.    And what he's referring to is
305 19     that 17 when they did the test of the
305 20     version 4, he was frustrated with that
305 21     result, correct?
305 22     A.    I want to -- one moment.
305 23     Q.    Sure.
305 24     A.    And so the test was in March
305 25     of 2009, and this is some two months later?
306 1     Q.    Yes.
306 2     A.    He could be referring to that,
306 3     but I don't know for sure.
306 4     Q.    Okay.  At any rate, he says,
306 5     "The old guard at Aearo has always believed
306 6     that the classic foam and the one-size
306 7     UltraFit were the ultimate in earplug
306 8     protection.  The lab would use every legal
306 9     trick in the book to get the highest NRRs
306 10     possible."
306 11     Do you see that?
306 12     A.    I see those words.

306:13 - 306:24   Douglas Moses 12.05.2019          **Re: [306:13-306:24]**          **DEFER RULING**
306 13     Q.    Now, so as of this time in          **Def Obj** Relevance (401, 402);
306 14     2009, did you know that?  In other words, did   Prejudice (403)
306 15     you know that Mr. Ohlin, for example,
306 16     believed that your lab at Aearo had used
306 17     legal tricks to try to get the highest NRRs?
306 18     A.    As of the time I received this?
306 19     Q.    Yeah.
306 20     A.    I don't recall receiving this,
306 21     you know, as I sit here, but if he sent it to
306 22     me at this time and I read this, which it

| | | |
|---|---|---|
| 306 23    appears I have, then I would have known it at<br>306 24      that point. | | |
| 308:22 - 309:2   Douglas Moses 12.05.2019<br>308 22      Q.    At any rate, Mr. Ohlin says<br>308 23      that "the lab is using legal tricks to get<br>308 24      high NRRs, the highest NRRs possible.  They<br>308 25      had to if they wanted to be competitive."<br>309 1      Do you see that?<br>309 2      A.    I see those words. | **Re: [308:22-309:2]**<br>**Def Obj** Hearsay (801, 802); Relevance<br>(401, 402); Prejudice (403) | **DEFER RULING** |
| 309:23 - 310:8   Douglas Moses 12.05.2019<br>309 23      Q.    Okay.  What he's saying, would<br>309 24      you agree with me, is he's saying they had to<br>309 25      pull these tricks to try to get high NRRs in<br>310 1      order to be competitive with those other<br>310 2      companies who were producing ear protection.<br>310 3      That's what he's saying, isn't<br>310 4      he?<br>310 5      MR. MORRISS:  Object to form.<br>310 6      THE WITNESS:  I think I would<br>310 7      have liked to have asked Doug what he<br>310 8      meant here. | **Re: [309:23-310:8]**<br>**Def Obj** Argumentative; Vague (611,<br>403); Relevance (401, 402); Prejudice<br>(403); Foundation (602) | **DEFER RULING** |
| 310:9 - 310:12   Douglas Moses 12.05.2019<br>310 9      QUESTIONS BY MR. CARTMELL:<br>310 10      Q.    Did you ask him when he sent<br>310 11      this to you?<br>310 12      A.    I don't recall asking him. | | |
| 310:13 - 310:19   Douglas Moses 12.05.2019<br>310 13      Q.    Okay.  It then says, "The sized<br>310 14      Combat Arms Earplug comes along" --<br>310 15      That's the version 3 and<br>310 16      version 4, correct?<br>310 17      A.    Yes, I think probably in this<br>310 18      time frame we're talking about 4, though,<br>310 19      specifically. | **Re: [310:13-310:19]**<br>**Pltf Obj** beyond the scope of<br>clarification | **DEFER RULING** |
| 325:3 - 325:13   Douglas Moses 12.05.2019<br>325 3      Q.    Okay.  Let me show you then --<br>325 4      A.    Thank you.<br>325 5      (Moses Exhibit 24 marked for<br>325 6      identification.) | | |

| | | |
|---|---|---|
| 325 7    QUESTIONS BY MR. CARTMELL: | | |
| 325 8    Q.    -- Exhibit 24. | | |
| 325 9    A.    Thank you. | | |
| 325 10    Q.    Sir, this is an e-mail chain | | |
| 325 11    that comes from the files at 3M, and it was | | |
| 325 12    produced in this litigation, and I want to | | |
| 325 13    ask you some more questions about this. | | |
| 325:21 - 326:1    Douglas Moses 12.05.2019 | | |
| 325 21    Sir, at the bottom of the first | | |
| 325 22    page there's an e-mail from Elliott Berger to | | |
| 325 23    Jeffrey Hamer, Doug Moses, Marc Santoro and | | |
| 325 24    Brian Myers, and that is dated June 9, 2009. | | |
| 325 25    Do you see that? | | |
| 326 1    A.    I do. | | |
| 326:9 - 326:16    Douglas Moses 12.05.2019 | **Re: [326:9-326:16]** | **OVERRULED** |
| 326 9    Q.    Okay. So you've been in a | **Def Obj** 3M MIL No. 18; Relevance | |
| 326 10    meeting with these guys talking about the | (401, 402); Prejudice (403) | |
| 326 11    version 4 and whether or not there's going to | | |
| 326 12    be a retest, and they decide that they're | | |
| 326 13    going to do a retest because they didn't like | | |
| 326 14    the low number, correct? | | |
| 326 15    A.    I don't recall that, but I | | |
| 326 16    think that was the outcome. | | |
| 328:1 - 328:5    Douglas Moses 12.05.2019 | **Re: [328:1-328:5]** | **OVERRULED** |
| 328 1    Q.    Okay. And then they were going | **Def Obj** 3M MIL No. 18 | |
| 328 2    to retest, and they were going to change the | | |
| 328 3    instructions and the way they fit, actually, | | |
| 328 4    the product in the subsequent test, correct? | | |
| 328 5    A.    It appears so, yes. | | |
| 329:9 - 331:8    Douglas Moses 12.05.2019 | **Re: [329:9-331:8]** | **OVERRULED** |
| 329 9    Okay. Thank you. | **Pltf Obj** beyond the scope of | |
| 329 10    Q.    So they've decided to change | clarification and answer is totally | |
| 329 11    the way they fit the subjects when they're | nonresponsive | |
| 329 12    doing the test, the first test that they | | |
| 329 13    didn't like the NRR from. They were using | | |
| 329 14    the largest size plug for the fitting, and | | |
| 329 15    they decided to use the smallest size when | | |
| 329 16    they retested, correct? | | |
| 329 17    MR. MORRISS: Object to form. | | |

329 18    THE WITNESS:  My comment would
329 19    be this:  I don't know that they
329 20    didn't like it.  It appears to me that
329 21    they're trying to conform to the Army
329 22    procedures, using the visual --
329 23    visually using the smallest size.  And
329 24    so they're proposing using the Army's
329 25    fitting method in the proposal for
330 1    retest here.
330 2    So I'm not sure that it's tied
330 3    to the not liking it.  I can't draw
330 4    that conclusion sitting here.
330 5    QUESTIONS BY MR. CARTMELL:
330 6    Q.   I'm not saying they didn't like
330 7    the fitting test; I'm saying they didn't like
330 8    the NRR.
330 9    It was too low, so they decided
330 10    to retest, correct?
330 11    MR. MORRISS:  Object to form.
330 12    THE WITNESS:  I don't know what
330 13    the motivation was.  In this document
330 14    it talks about the Army procedures,
330 15    and it appears that the proposal for
330 16    retest is trying to mimic what the
330 17    Army does and how the Army actually
330 18    fits Combat Arms Earplugs.
330 19    QUESTIONS BY MR. CARTMELL:
330 20    Q.   Okay.  So what they did is just
330 21    like with the flange report, right?  They got
330 22    an NRR -- or they were thinking they were
330 23    going to get a low NRR, and they decided that
330 24    they were going to retest it to get a higher
330 25    NRR, correct?
331 1    MR. MORRISS:  Object to form.
331 2    THE WITNESS:  Again, I can't
331 3    draw that conclusion from here because
331 4    it doesn't talk about what the NRRs
331 5    are in the previous test.  It just
331 6    talks about conforming to the Army

| 331 7 | procedures here. | | |
|---|---|---|---|
| 331 8 | QUESTIONS BY MR. CARTMELL: | | |
| 334:6 - 335:1 | Douglas Moses 12.05.2019 | Re: [334:6-335:1] | OVERRULED |
| 334 6 | Q.   Okay.  So there was a retest, | Def Obj 3M MIL No. 18 | |
| 334 7 | and let's go to exhibit -- let's go to | | |
| 334 8 | Exhibit 24. | | |
| 334 9 | This is actually -- we were | | |
| 334 10 | talking about it -- | | |
| 334 11 | A.   24, I think we just did that. | | |
| 334 12 | Q.   No, we're still talking about | | |
| 334 13 | the e-mail.  We looked at the attachment, and | | |
| 334 14 | I want to refer you to the e-mails. | | |
| 334 15 | Once Mr. Berger sends the | | |
| 334 16 | revised protocol for the retest, you actually | | |
| 334 17 | respond to his e-mail, correct? | | |
| 334 18 | A.   I send it to just Doug.  Yes, I | | |
| 334 19 | send a comment to Doug. | | |
| 334 20 | Q.   Okay.  And your comment to just | | |
| 334 21 | Doug on 6/9/2009, revised fitting protocol | | |
| 334 22 | for the CAE retest was, "Nice job, keep | | |
| 334 23 | pushing," correct? | | |
| 334 24 | A.   Yes. | | |
| 334 25 | Q.   What did you mean there? | | |
| 335 1 | A.   I don't recall. | | |
| 335:11 - 336:9 | Douglas Moses 12.05.2019 | Re: [335:11-336:9] | DEFER RULING |
| 335 11 | Q.   You say "keep pushing" | Def Obj Hearsay (801, 802); 3M MIL | |
| 335 12 | Ohlin, and he responds to you, doesn't he? | No. 6 | |
| 335 13 | A.   He does.  He replies, uh-huh. | | |
| 335 14 | Q.   At the top he says, "Doug, this | | |
| 335 15 | situation reminds me of something that | | |
| 335 16 | happened at Aearo years ago of which you may | | |
| 335 17 | or may not be aware.  There has always been | | |
| 335 18 | intense pressure on Elliott" -- | | |
| 335 19 | That's Elliott Berger, right? | | |
| 335 20 | A.   Yes, likely, yes. | | |
| 335 21 | Q.   Elliott Berger who runs the lab | | |
| 335 22 | at Aearo, correct? | | |
| 335 23 | A.   Yes, the E-A-RCAL lab. | | |
| 335 24 | Q.   He says, "There has always been | | |

| | | |
|---|---|---|
| 335 25    intense pressure on Elliott to match the | | |
| 336 1    attenuation values at Penn State Lab" -- or | | |
| 336 2    "to match the attenuation values the Penn | | |
| 336 3    State lab is able to produce.  I'm not sure | | |
| 336 4    if that's what instigated this incident or | | |
| 336 5    not, but Aearo received a six-figure fine | | |
| 336 6    from the EPA over some protocol issue related | | |
| 336 7    to an attempt to produce higher NRRs." | | |
| 336 8    Do you see that? | | |
| 336 9    A.   I do. | | |
| 336:22 - 337:7   Douglas Moses 12.05.2019 | Re: [336:22-337:7] | OVERRULED |
| 336 22    Q.    So you say "keep pushing," and | Def Obj 3M MIL No. 6 | |
| 336 23    he responds by telling you, just so you know, | | |
| 336 24    this reminds him of an incident years ago | | |
| 336 25    where there was pressure on Elliott Berger to | | |
| 337 1    match attenuation values of another lab. | | |
| 337 2    And he says when that happened | | |
| 337 3    in the past, Aearo received a six-figure | | |
| 337 4    fine, correct? | | |
| 337 5    MR. MORRISS:  Object to form. | | |
| 337 6    THE WITNESS:  Yes, that's what | | |
| 337 7    is written here. | | |
| 337:8 - 337:25   Douglas Moses 12.05.2019 | Re: [337:8-337:25] | OVERRULED |
| 337 8    QUESTIONS BY MR. CARTMELL: | Def Obj 3M MIL No. 6 | |
| 337 9    Q.    Did you know about your lab at | | |
| 337 10    Aearo being fined in the past for trying to | | |
| 337 11    get higher NRRs or match another competitor | | |
| 337 12    lab's NRRs? | | |
| 337 13    A.    Not until I saw this in 2013. | | |
| 337 14    Q.    He says, "I was appalled not at | | |
| 337 15    Aearo but more over the EPA focusing on the | | |
| 337 16    most professional of the hearing protection | | |
| 337 17    manufacturers while Walmart was selling | | |
| 337 18    hearing protectors from China without NRRs." | | |
| 337 19    And then he says, "I'm bringing | | |
| 337 20    this up because it sounds like history | | |
| 337 21    repeating itself." | | |
| 337 22    Do you see that? | | |
| 337 23    A.   I see that. | | |

| | | |
|---|---|---|
| 337 24    Q.    What does that mean to you? | | |
| 337 25    A.    He has some concern that | | |
| 338:23 - 339:9   Douglas Moses 12.05.2019 | **Re: [338:23-339:9]** | **OVERRULED** |
| 338 23    Q.    So Ohlin is saying, hey, we | **Def Obj** 3M MIL No. 6; Foundation | |
| 338 24    need to watch it because this lab -- and | (602) | |
| 338 25    Elliott's lab is what he's talking about -- | | |
| 339 1    in the past has been pressured, has felt like | | |
| 339 2    they needed to get higher NRRs.  This is | | |
| 339 3    history repeating itself, I'm afraid, and | | |
| 339 4    we're pressuring him again and we need to be | | |
| 339 5    careful or we might get fined again, correct? | | |
| 339 6    MR. MORRISS:  Object to form. | | |
| 339 7    THE WITNESS:  He's written -- | | |
| 339 8    he's written a statement here about | | |
| 339 9    the fine. | | |
| 340:9 - 340:13   Douglas Moses 12.05.2019 | | |
| 340 9    you:  How did you interpret what Mr. Ohlin | | |
| 340 10    was saying to you here? | | |
| 340 11    A.    I don't recall receiving this | | |
| 340 12    document, so I don't recall interpreting it | | |
| 340 13    at the time that I received it. | | |
| 340:18 - 341:8   Douglas Moses 12.05.2019 | **Re: [340:18-341:8]** | **DEFER RULING** |
| 340 18    Q.    I'd like you to interpret it | **Def Obj** 3M MIL No. 6; Foundation | |
| 340 19    right now, sitting here, knowing you lived | (602) | |
| 340 20    this.  And now you've had the ability to | | |
| 340 21    review the e-mails again, I'd like you to | | |
| 340 22    tell the jury what you interpret this to | | |
| 340 23    mean. | | |
| 340 24    A.    It appears that Doug is talking | | |
| 340 25    about some prior history with the lab and | | |
| 341 1    some possible -- or some pressure that | | |
| 341 2    Elliott felt, and he's concerned -- it | | |
| 341 3    appears that he's concerned that that might | | |
| 341 4    be happening again. | | |
| 341 5    Q.    And the pressure that he's | | |
| 341 6    talking about is the pressure to get higher | | |
| 341 7    NRRs from the tests, right? | | |
| 341 8    A.    Yes.  Generally, yes. | | |

| | | |
|---|---|---|
| 341:21 - 342:5   Douglas Moses 12.05.2019 | | |
| 341 21 (Moses Exhibit 25 marked for<br>341 22 identification.)<br>341 23 QUESTIONS BY MR. CARTMELL:<br>341 24 Q. Hand you Exhibit 25.<br>341 25 This is a document that was<br>342 1 produced in this litigation from 3M's files.<br>342 2 It's a memo, as you can see, to you and Jeff<br>342 3 Hamer, Doug Ohlin, Marc Santoro and Brian<br>342 4 Myers; is that right?<br>342 5 A. Yes. | | |
| 342:6 - 342:11   Douglas Moses 12.05.2019 | **Re: [342:6-342:11]**<br>**Def Obj** 3M MIL No. 6 | **OVERRULED** |
| 342 6 Q. It's from Elliott Berger, who<br>342 7 is the individual that Mr. Ohlin was<br>342 8 concerned was being pressured to get<br>342 9 retesting done for higher NRRs, correct?<br>342 10 A. This is output from the retest,<br>342 11 it appears. | | |
| 342:12 - 342:21   Douglas Moses 12.05.2019 | **Re: [342:12-342:21]**<br>**Def Obj** Compound (611, 403); 3M<br>MIL No. 6 | **DEFER RULING** |
| 342 12 Q. And this was from Elliott<br>342 13 Berger, right?<br>342 14 And he is the one who Doug<br>342 15 Ohlin had said he was afraid was being<br>342 16 pressured to retest and get higher NRRs; is<br>342 17 that right?<br>342 18 MR. MORRISS:  Object to form.<br>342 19 THE WITNESS:  He mentioned Doug<br>342 20 Ohlin in that previous exhibit that we<br>342 21 looked at. | | |
| 342:22 - 342:24   Douglas Moses 12.05.2019 | | |
| 342 22 QUESTIONS BY MR. CARTMELL:<br>342 23 Q. He mentioned Elliott Berger?<br>342 24 A. Elliott, I'm sorry. | | |
| 342:25 - 343:4   Douglas Moses 12.05.2019 | **Re: [342:25-343:4]**<br>**Def Obj** Hearsay (801, 802);<br>Foundation (602); Vague (611, 403) | **DEFER RULING** |
| 342 25 Q. He was worried that Elliott<br>343 1 Berger was being pressured, correct?<br>343 2 MR. MORRISS:  Object to form.<br>343 3 THE WITNESS:  He expressed a<br>343 4 concern in that e-mail. | | |

343:5 - 343:18   Douglas Moses 12.05.2019

| | |
|---|---|
| 343 5 | QUESTIONS BY MR. CARTMELL: |
| 343 6 | Q.   Okay.  As a result of that |
| 343 7 | e-mail where Mr. Ohlin told you that he had |
| 343 8 | fears that there was pressure being put on |
| 343 9 | Elliott Berger, did you do anything? |
| 343 10 | In other words, did you go to |
| 343 11 | Mr. Berger and say, hey, you know, sorry if |
| 343 12 | we're putting pressure on you to get higher |
| 343 13 | NRRs, or did you call anybody else and have |
| 343 14 | conversations that you needed to back off or |
| 343 15 | anything like that? |
| 343 16 | MR. MORRISS:  Object to form. |
| 343 17 | THE WITNESS:  I don't recall |
| 343 18 | having a conversation with the lab. |

**Re: [343:5-343:18]**
**Def Obj** 3M MIL No. 6;
Argumentative; Compound (611, 403)

**DEFER RULING**

343:19 - 344:3   Douglas Moses 12.05.2019

| | |
|---|---|
| 343 19 | QUESTIONS BY MR. CARTMELL: |
| 343 20 | Q.   Do you recall having a |
| 343 21 | conversation with anybody after Mr. Ohlin |
| 343 22 | told you that the lab had been fined in the |
| 343 23 | past because they were trying to get higher |
| 343 24 | NRRs? |
| 343 25 | A.   I don't recall having a |
| 344 1 | conversation like that. |
| 344 2 | Q.   With anybody? |
| 344 3 | A.   Not that I recall. |

**Re: [343:19-344:3]**
**Def Obj** 3M MIL No. 6

**DEFER RULING**

344:10 - 344:24   Douglas Moses 12.05.2019

| | |
|---|---|
| 344 10 | Q.   If you look at this memo, it |
| 344 11 | states, "In June 19, 2009, test results for |
| 344 12 | CAE version 4 with the new instruction set. |
| 344 13 | "We have completed retesting of |
| 344 14 | CAE version 4.  The results are attached. |
| 344 15 | With the new instruction set, we find the NRR |
| 344 16 | open is still 7 dB, but now the NRR closed |
| 344 17 | has increased to 23 dB." |
| 344 18 | Do you see that? |
| 344 19 | A.   I do. |
| 344 20 | Q.   "This new value is valid as |
| 344 21 | long as we change our instructions |

**Re: [344:10-344:24]**
**Def Obj** 3M MIL No. 18; Relevance
(401, 402)

**OVERRULED**

| | | |
|---|---|---|
| 344 22     accordingly." | | |
| 344 23     Do you see that? | | |
| 344 24     A.   I do.  I see those words. | | |
| 344:25 - 345:19   Douglas Moses 12.05.2019 | **Re: [344:25-345:19]** | **OVERRULED** |
| 344 25     Q.   So what had happened, if I can | **Def Obj** 3M MIL No. 18; Compound; | |
| 345 1      summarize, and correct me if I am wrong, is | Argumentative; Assumes (611, 403) | |
| 345 2      that the Aearo lab had tested version 4, and | | |
| 345 3      they had received an NRR of 19 or 17 in the | | |
| 345 4      original testing. | | |
| 345 5      Thereafter, there was meetings | | |
| 345 6      going on involving you and others.  You had | | |
| 345 7      attended a meeting with members of the actual | | |
| 345 8      lab, and you had told them that you wanted to | | |
| 345 9      actually be a witness and see the fitting | | |
| 345 10     during the retest. | | |
| 345 11     They actually did the retest, | | |
| 345 12     and they got a much higher NRR. | | |
| 345 13     Is that true? | | |
| 345 14     MR. MORRISS:  Object to form. | | |
| 345 15     THE WITNESS:  Those are some of | | |
| 345 16     the facts.  I'm not sure of the | | |
| 345 17     timeline of your narration.  I don't | | |
| 345 18     even know that I actually went over to | | |
| 345 19     the lab to see the tests, so... | | |
| 345:20 - 346:3   Douglas Moses 12.05.2019 | | |
| 345 20     QUESTIONS BY MR. CARTMELL: | | |
| 345 21     Q.   Do you know if it was | | |
| 345 22     appropriate once again for the lab to | | |
| 345 23     actually change the instructions, retest, in | | |
| 345 24     order to get a higher NRR? | | |
| 345 25     A.   I don't know if it's | | |
| 346 1      appropriate or inappropriate.  This is a new | | |
| 346 2      product development project, and I don't know | | |
| 346 3      what their processes are over there. | | |
| 349:15 - 350:7   Douglas Moses 12.05.2019 | **Re: [349:15-350:7]** | **DEFER RULING** |
| 349 15     Q.   Okay.  So with respect to the | **Def Obj** Relevance (401, 402); Hearsay | |
| 349 16     testing on the version 4 of the Combat Arms | (801, 802); Prejudice (403) | |
| 349 17     Earplugs, you actually were told by | | |
| 349 18     Mr. Ohlin, who you respected -- | | |

| | | |
|---|---|---|
| 349 19    Correct? | | |
| 349 20    MR. MORRISS:  Object to form. | | |
| 349 21    THE WITNESS:  I respected Doug | | |
| 349 22    Ohlin, sure. | | |
| 349 23    QUESTIONS BY MR. CARTMELL: | | |
| 349 24    Q.    Okay. | | |
| 349 25    -- that the lab at your company | | |
| 350 1     and the old guard used legal tricks to try to | | |
| 350 2     get the highest NRRs for the products, | | |
| 350 3     correct? | | |
| 350 4     MR. MORRISS:  Object to form. | | |
| 350 5     THE WITNESS:  I believe we had | | |
| 350 6     some language that like in one of the | | |
| 350 7     earlier documents. | | |
| 350:8 - 350:11   Douglas Moses 12.05.2019 | | |
| 350 8     QUESTIONS BY MR. CARTMELL: | | |
| 350 9     Q.    Okay.  When he said that to | | |
| 350 10    you, did you believe it? | | |
| 350 11    A.    I don't recall. | | |
| 350:16 - 351:4   Douglas Moses 12.05.2019 | **Re: [350:16-351:4]** | **DEFER RULING** |
| 350 16    Q.    Okay.  You told the jury | **Pltf Obj** beyond the scope of | |
| 350 17    previously that you respected him, you | clarification counter and answer is | |
| 350 18    trusted him, you thought he was reliable. | totally nonresponsive | |
| 350 19    Knowing that he told you that | | |
| 350 20    your lab at Aearo used legal tricks to try to | | |
| 350 21    get the highest NRRs, in reading that today, | | |
| 350 22    do you believe him? | | |
| 350 23    MR. MORRISS:  Object to form. | | |
| 350 24    THE WITNESS:  I don't know what | | |
| 350 25    a "legal trick" is.  I don't -- you | | |
| 351 1     know, as far as I'm concerned, he | | |
| 351 2     wrote something to me.  I don't recall | | |
| 351 3     getting it, and I don't recall doing | | |
| 351 4     anything with that information. | | |
| 351:13 - 351:24   Douglas Moses 12.05.2019 | **Re: [351:13-351:24]** | **SUSTAINED** |
| 351 13    But today, knowing what you | **Pltf Obj** beyond the scope of | |
| 351 14    know about him and knowing those e-mail | clarification counter and nonresponsive | |
| 351 15    strings where he told you that there were | | |
| 351 16    legal tricks and there was pressure on | | |

| | | |
|---|---|---|
| 351 17    Elliott Berger to get higher NRRs in the | | |
| 351 18    past, those types of things, do you believe | | |
| 351 19    him? | | |
| 351 20    MR. MORRISS:  Object to form. | | |
| 351 21    THE WITNESS:  I believe that | | |
| 351 22    Doug wrote that with sincerity.  I | | |
| 351 23    didn't see evidence of pressure or | | |
| 351 24    legal tricks or things like that. | | |
| 352:13 - 353:7    Douglas Moses 12.05.2019 | Re: [352:13-353:7] | OVERRULED |
| 352 13    And you have seen today that | Def Obj Cumulative (403); Relevance | |
| 352 14    the lab actually had a flange report that | (401, 402); Prejudice (403) | |
| 352 15    they produced in 2000 that showed for the | | |
| 352 16    Combat Arms Earplug they stopped a test | | |
| 352 17    because they thought the NRR was low at 11. | | |
| 352 18    And they redid that test, | | |
| 352 19    changed the instructions and used the 22 NRR, | | |
| 352 20    and you didn't know a thing about that, did | | |
| 352 21    you? | | |
| 352 22    A.   I don't recall knowing about | | |
| 352 23    that, right. | | |
| 352 24    Q.    And you also saw that in that | | |
| 352 25    study they actually found that there could be | | |
| 353 1    imperceptible loosening of the plug, and in | | |
| 353 2    certain people it was very difficult to fit | | |
| 353 3    with unless the flange was folded back, and | | |
| 353 4    they never told you about that, did they? | | |
| 353 5    MR. MORRISS:  Object to form. | | |
| 353 6    THE WITNESS:  I don't recall | | |
| 353 7    knowing about that. | | |
| 353:24 - 354:5    Douglas Moses 12.05.2019 | Re: [353:24-354:5] | OVERRULED |
| 353 24    Q.    Did you do any investigation | Def Obj Vague (611, 403); Prejudice | |
| 353 25    with others to try to figure out if maybe | (403) | |
| 354 1    your lab was actually engaging in something | | |
| 354 2    improper in trying to get higher NRRs? | | |
| 354 3    MR. MORRISS:  Object to form. | | |
| 354 4    THE WITNESS:  I don't recall | | |
| 354 5    making -- or recall asking, no. | | |
| 370:19 - 371:1    Douglas Moses 12.05.2019 | | |
| 370 19    Q.    Sir, let's move on and talk | | |

| | | |
|---|---|---|
| 370 20    about the open end, or the yellow end, of the<br>370 21    Combat Arms Earplug.<br>370 22    Okay?<br>370 23    A.   Version 2?<br>370 24    Q.   Version 2, yes.<br>370 25    A.   Okay.<br>371 1    Q.   Your company also engaged in | | |
| 371:1 - 371:3  Douglas Moses 12.05.2019<br>371 1    Q.   Your company also engaged in<br>371 2    legal trickery with respect to the NRR rating<br>371 3    on that end, didn't it? | **Re: [371:1-371:6]**<br>**Def Obj** Argumentative; Vague (611, 403); Prejudice (403) | **SUSTAINED** |
| 371:5 - 371:6  Douglas Moses 12.05.2019<br>371 5    THE WITNESS:  I don't know what<br>371 6    legal trickery is. | **Re: [371:1-371:6]**<br>**Def Obj** Argumentative; Vague (611, 403); Prejudice (403) | **SUSTAINED** |
| 371:16 - 372:4  Douglas Moses 12.05.2019<br>371 16    Q.   I'm going to hand you then<br>371 17    what's been marked as Exhibit 26.<br>371 18    Sir, this is a document that<br>371 19    was produced in this litigation from the<br>371 20    internal files of 3M in this litigation, and<br>371 21    it is an e-mail to you that includes an<br>371 22    attachment to the e-mail.<br>371 23    Do you see that?<br>371 24    A.   I think it's from me, not to<br>371 25    me.<br>372 1    Q.   Oh, I apologize.  Yeah, it's<br>372 2    from Doug Moses, and you're sending it to<br>372 3    Marc Santoro, correct?<br>372 4    A.   It appears so, yes. | | |
| 372:23 - 373:11  Douglas Moses 12.05.2019<br>372 23    Q.   Okay.  Combat Arms -- okay.<br>372 24    This is a sell sheet that has on the cover of<br>372 25    it what looks like somebody's in combat<br>373 1    gear, and it states, "More than a hearing<br>373 2    protector.  Combat Arms Earplugs offer more<br>373 3    than hearing protection.  These<br>373 4    standard-issue plugs are designed for combat.<br>373 5    The patented Hear-Through◆ design promotes<br>373 6    situational awareness allowing the wearer to | **Re: [372:23-373:11]**<br>**Def Obj** Relevance (401, 402) | **OVERRULED** |

| | | |
|---|---|---|
| 373 7   hear low-level sounds critical to mission<br>373 8   safety - conversation, footsteps, rifle<br>373 9   bolts, approaching enemies."<br>373 10   Do you see that?<br>373 11   A.   I do. | | |
| 373:12 - 373:16   Douglas Moses 12.05.2019<br>373 12   Q.   And that's referring to the<br>373 13   yellow end of the version 2 Combat Arms<br>373 14   Earplug, correct?<br>373 15   A.   I think this is a Combat Arms<br>373 16   version 3 brochure. | **Re: [373:12-373:16]**<br>**Pltf Obj** beyond the scope of<br>clarification counter and the answer is<br>actually incorrect as far as what is on<br>the document | **SUSTAINED (nonresponsive)** |
| 374:2 - 374:16   Douglas Moses 12.05.2019<br>374 2   And if we're talking about the<br>374 3   version 2 of Combat Arms Earplug, that would<br>374 4   be referring to benefits or marketing claims<br>374 5   related to the yellow end, correct?<br>374 6   A.   To the open mode, yes.<br>374 7   Q.   Which is the yellow end; is<br>374 8   that right?<br>374 9   A.   Yes.<br>374 10   Q.   Okay.  And it states -- when it<br>374 11   states "this patented Hear-Through� design,"<br>374 12   what does that mean?<br>374 13   A.   I think Hear-Through� was a<br>374 14   registered trademark that had been around<br>374 15   before I was there.  The word "patented," I<br>374 16   think, refers to the technology. | **Re: [374:2-374:16]**<br>**Def Obj** Relevance (401, 402) | **OVERRULED** |
| 376:3 - 376:10   Douglas Moses 12.05.2019<br>376 3   Q.   And this may be something we<br>376 4   talked about earlier, is that the military<br>376 5   wanted an earplug for their soldiers that if<br>376 6   they had it in their ears, they could still<br>376 7   hear things around them and be situationally<br>376 8   aware, like hearing the commands of their<br>376 9   officers, for instance, right?<br>376 10   A.   Yeah, something like that. | | |
| 377:25 - 378:3   Douglas Moses 12.05.2019<br>377 25   Q.   And it states that "high<br>378 1   impulse noise will be blocked instantly." | **Re: [377:25-378:3]**<br>**Def Obj** Relevance (401, 402) | **OVERRULED** |

| | | |
|---|---|---|
| 378 2    Do you see that?<br>378 3        A.    I do. | | |
| 378:4 - 378:11    Douglas Moses 12.05.2019<br>378 4        Q.    And then below that, again,<br>378 5        there is the chart of the NRRs on the green<br>378 6        end and the yellow end, and that's a<br>378 7        marketing claim that you're making in your<br>378 8        brochure as well, correct?<br>378 9        MR. MORRISS:  Object to form.<br>378 10      THE WITNESS:  Yes, those are<br>378 11      the numbers that are produced. | **Re: [378:4-378:11]**<br>**Def Obj** Relevance (401, 402); Vague<br>(611, 403) | **OVERRULED** |
| 378:12 - 378:16    Douglas Moses 12.05.2019<br>378 12      QUESTIONS BY MR. CARTMELL:<br>378 13      Q.    Okay.  And for the yellow end,<br>378 14      it says zero, as we discussed before,<br>378 15      correct?<br>378 16      A.    Yes. | | |
| 378:19 - 379:2    Douglas Moses 12.05.2019<br>378 19      We talked about that for a<br>378 20      product like the yellow end, or an earplug<br>378 21      like the military wanted on the yellow end,<br>378 22      the lower the NRR, the better, correct?<br>378 23      MR. MORRISS:  Object to form.<br>378 24      THE WITNESS:  I don't know<br>378 25      exactly what that means, but at the<br>379 1        same time I think, yes, lower, lower<br>379 2        is a little better. | **Re: [378:19-379:2]**<br>**Def Obj** Vague (611, 403); Foundation<br>(602); 701; Prejudice (403) | **OVERRULED** |
| 380:16 - 381:5    Douglas Moses 12.05.2019<br>380 16      Q.    Okay.  And if we look at this<br>380 17      chart that you put in your marketing<br>380 18      brochures, when someone would see that NRR of<br>380 19      zero, that would indicate to that individual<br>380 20      or the military or the soldiers that that was<br>380 21      the lowest attenuation rate you could get for<br>380 22      the yellow side, correct?<br>380 23      MR. MORRISS:  Object to form.<br>380 24      QUESTIONS BY MR. CARTMELL:<br>380 25      Q.    You can't go lower than zero.<br>381 1        MR. MORRISS:  Object to form. | **Re: [380:16-381:5]**<br>**Def Obj** Relevance (401, 402);<br>Compound; Vague (611, 403); 701 | **OVERRULED** |

| | | |
|---|---|---|
| 381 2     THE WITNESS:  That sounds<br>381 3     reasonable.  I actually don't know if<br>381 4     you can go below zero.  I guess if you<br>381 5     had an amplification you could. | | |
| 381:11 - 381:16   Douglas Moses 12.05.2019<br>381 11     Q.    Okay.  But the lab at Aearo<br>381 12     actually engaged in some tricks with respect<br>381 13     to this NRR, too, didn't it?<br>381 14     MR. MORRISS:  Object to form.<br>381 15     THE WITNESS:  I don't recall<br>381 16     tricks. | **Re: [381:11-381:16]**<br>**Def Obj** Argumentative; Vague (611, 403) | **DEFER RULING** |
| 381:17 - 381:18   Douglas Moses 12.05.2019<br>381 17     (Moses Exhibit 27 marked for<br>381 18     identification.) | | |
| 381:22 - 382:5   Douglas Moses 12.05.2019<br>381 22     Mr. Moses, Exhibit 27 is an<br>381 23     e-mail from Elliott Berger to Ron Kieper from<br>381 24     2009, and I want to ask you questions.  This<br>381 25     came from the internal files that were<br>382 1     produced in this litigation by 3M.<br>382 2     You'll see that the date is<br>382 3     January 23, 2009.<br>382 4     Do you see that?<br>382 5     A.    I do. | | |
| 382:15 - 383:4   Douglas Moses 12.05.2019<br>382 15     Q.    Now, this involves a discussion<br>382 16     that you were involved in, correct?<br>382 17     A.    It appears so, yes.<br>382 18     Q.    And this is in 2009.  Just to<br>382 19     put this in perspective, we know, as we've<br>382 20     discussed, the Combat Arms version 2 started<br>382 21     being sold to the military, I think you said,<br>382 22     in 1999; is that correct?<br>382 23     A.    I think that's the first date,<br>382 24     yes.<br>382 25     Q.    And this e-mail is ten years<br>383 1     after that product had been sold -- first<br>383 2     sold to the military and had been continued | | |

| | | |
|---|---|---|
| 383 3    to be sold to the military, correct? | | |
| 383 4         A.   Yes. | | |
| 383:5 - 383:13   Douglas Moses 12.05.2019 | **Re: [383:5-383:13]** | **OVERRULED** |
| 383 5         Q.   Okay.  And we saw earlier that | **Def Obj** Foundation (602); Prejudice | |
| 383 6         this was being sold in large volumes because | (403); Relevance (401, 402) | |
| 383 7         there was the Iraq war, there was the | | |
| 383 8         Afghanistan war, and surges and all those | | |
| 383 9         things had been happening.  So thousands, or | | |
| 383 10        tens of thousands, of soldiers had been | | |
| 383 11        receiving these Combat Arms Earplugs, | | |
| 383 12        correct? | | |
| 383 13        A.    Between the various versions. | | |
| 383:14 - 383:19   Douglas Moses 12.05.2019 | **Re: [383:14-383:19]** | **DEFER RULING** |
| 383 14        Q.    Right. | **Def Obj** Foundation (602); Prejudice | |
| 383 15        And tens of thousands had been | (403); Relevance (401, 402); Assumes | |
| 383 16        actually using the Combat Arms version 2, | (611, 403) | |
| 383 17        correct? | | |
| 383 18        MR. MORRISS:  Object to form. | | |
| 383 19        THE WITNESS:  Likely. | | |
| 385:8 - 386:4   Douglas Moses 12.05.2019 | | |
| 385 8         This states on 1/13/09, "A | | |
| 385 9         conversation between Jeff Hamer, Brian Myers, | | |
| 385 10        Doug Moses" -- that's you -- "and Elliott | | |
| 385 11        Berger transpired over the issue of | | |
| 385 12        additional testing on the version 2 Combat | | |
| 385 13        Arms Earplug.  The issue under review was the | | |
| 385 14        NRR of zero, zero, and 5 on three different | | |
| 385 15        valid tests and whether zero was a suitable | | |
| 385 16        NRR to retain for that version of the | | |
| 385 17        product.  The decision was made to abide by | | |
| 385 18        the first test of zero, as confirmed by the | | |
| 385 19        second test four years later." | | |
| 385 20        Do you see that? | | |
| 385 21        A.    I do. | | |
| 385 22        Q.    So what that is saying -- I | | |
| 385 23        think I'm summarizing it correctly -- is that | | |
| 385 24        there had been three tests on the yellow end, | | |
| 385 25        or the open end, of the Combat Arms | | |
| 386 1         version 2, and the NRRs that had been | | |

| | | | |
|---|---|---|---|
| 386 2 | obtained were a zero -- actually it was a | | |
| 386 3 | negative 2 -- and a zero and then a 5, | | |
| 386 4 | correct? | | |
| 386:6 - 387:1 | Douglas Moses 12.05.2019 | | |
| 386 6 | THE WITNESS:  I believe that's | | |
| 386 7 | correct. | | |
| 386 8 | QUESTIONS BY MR. CARTMELL: | | |
| 386 9 | Q.    Okay.  And the question for | | |
| 386 10 | you-all that was being posed was, now that we | | |
| 386 11 | have this test showing the NRR as a 5 on that | | |
| 386 12 | end and we have two tests that show zero, | | |
| 386 13 | should we change the NRR to 5 or not. | | |
| 386 14 | I mean, that was part of the | | |
| 386 15 | discussion, I take it, correct? | | |
| 386 16 | A.    I don't remember the | | |
| 386 17 | discussion, but that appears to be the | | |
| 386 18 | reading of it here. | | |
| 386 19 | Q.    Okay.  And ultimately your lab, | | |
| 386 20 | involving Mr. Berger, who we've talked a lot | | |
| 386 21 | about, and Mr. Kieper, who we've talked a lot | | |
| 386 22 | about, they decided to keep the zero, | | |
| 386 23 | correct? | | |
| 386 24 | A.    I don't know who decided.  I | | |
| 386 25 | don't know who -- I don't know who decided | | |
| 387 1 | that. | | |
| 387:9 - 387:10 | Douglas Moses 12.05.2019 | | |
| 387 9 | Q.    It looks like you were involved | | |
| 387 10 | in that decision as well? | | |
| 387:12 - 388:2 | Douglas Moses 12.05.2019 | | |
| 387 12 | THE WITNESS:  I don't know if I | | |
| 387 13 | was involved in the decision.  It | | |
| 387 14 | appears that I was involved in the | | |
| 387 15 | discussion. | | |
| 387 16 | QUESTIONS BY MR. CARTMELL: | | |
| 387 17 | Q.    Okay.  If you go to the last | | |
| 387 18 | paragraph, "Of further concern was the | | |
| 387 19 | question of what to do with the new, fourth | | |
| 387 20 | test." | | |
| 387 21 | Do you see that? | | |

| | | |
|---|---|---|
| 387 22  A.  I do. | | |
| 387 23  Q.  Okay.  And in fact, you know, I | | |
| 387 24  take it, that there was a fourth test that | | |
| 387 25  was performed on the yellow end of the Combat | | |
| 388 1  Arms version 2, correct? | | |
| 388 2  A.  I don't recall that. | | |

388:21 - 388:23   Douglas Moses 12.05.2019

388 21  Q.  The yellow end is the side
388 22  where you want the lowest numbers possible.
388 23  A.  I understand.

| 388:24 - 389:1   Douglas Moses 12.05.2019 | **Re: [388:24-389:1]** | **OVERRULED** |
|---|---|---|
| 388 24  Q.  A zero is a lot lower than 5, | **Def Obj** 701 | |
| 388 25  isn't it? | | |
| 389 1  A.  It's five lower, yes. | | |

| 389:2 - 389:13   Douglas Moses 12.05.2019 | **Re: [389:2-389:13]** | **OVERRULED** |
|---|---|---|
| 389 2  Q.  In fact, if you had a 5 that | **Def Obj** Argumentative (611, 403); | |
| 389 3  you changed to this because of your test | Vague (611, 403); Relevance (401, 402) | |
| 389 4  where you found it was a 5, you wouldn't be | | |
| 389 5  able to say in your brochures that it would | | |
| 389 6  allow you to hear low-level noises like | | |
| 389 7  voices, those sort of things, correct? | | |
| 389 8  MR. MORRISS:  Object to form. | | |
| 389 9  THE WITNESS:  That language | | |
| 389 10  would have been proposed by the lab | | |
| 389 11  and adopted.  I don't know what | | |
| 389 12  language they would have put in for | | |
| 389 13  that. | | |

| 390:11 - 390:25   Douglas Moses 12.05.2019 | **Re: [390:11-390:25]** | **OVERRULED** |
|---|---|---|
| 390 11  Q.  So let's look what your lab did | **Def Obj** Relevance (401, 402) | |
| 390 12  with respect to testing on the yellow end, | | |
| 390 13  and I'll refer you back to Exhibit 22. | | |
| 390 14  We looked at this chart before | | |
| 390 15  on page 40, and you see that we're now | | |
| 390 16  talking about the open end, or the yellow | | |
| 390 17  end, of the Combat Arms Earplug. | | |
| 390 18  And you see the first test that | | |
| 390 19  was ten subjects -- let's see, it's | | |
| 390 20  highlighted -- was the labeling test.  That | | |
| 390 21  was the first one, in January of 2000. | | |

| | | |
|---|---|---|
| 390 22   And the actual result was a<br>390 23   negative 2, but they labeled it as zero,<br>390 24   correct?<br>390 25   A.   Yes. | | (yellow) |
| 392:1 - 392:8   Douglas Moses 12.05.2019<br>392 1   Q.   Did you know, or did anybody at<br>392 2   the company tell you when you started as a<br>392 3   marketing manager, that actually the test<br>392 4   resulted -- the test results with the yellow<br>392 5   end of this showed that it was a negative 2<br>392 6   and not a zero, but they decided to put it at<br>392 7   zero?<br>392 8   A.   I don't recall that. | | |
| 392:9 - 392:19   Douglas Moses 12.05.2019<br>392 9   Q.   So that was the first test on<br>392 10   the open end, and then as we've discussed,<br>392 11   there was a second test on the open end in<br>392 12   June of 2004, and that one was a negative 1.<br>392 13   So it actually also found that<br>392 14   this yellow plug was amplifying noise,<br>392 15   correct?<br>392 16   MR. MORRISS:  Object to form.<br>392 17   THE WITNESS:  Again, I might be<br>392 18   speaking out of turn, but I believe<br>392 19   that's what amplification is. | **Re: [392:9-392:19]**<br>**Def Obj** 701; Foundation (602) | **OVERRULED** (yellow) |
| 392:20 - 393:3   Douglas Moses 12.05.2019<br>392 20   QUESTIONS BY MR. CARTMELL:<br>392 21   Q.   Okay.<br>392 22   A.   Okay.<br>392 23   Q.   No, you've told us that, and I<br>392 24   think I agree with you.<br>392 25   A.   I don't know, but...<br>393 1   Q.   At any rate, did you know that<br>393 2   the second test also found that it was<br>393 3   amplifying noise, this yellow end? | | |
| 393:5 - 393:9   Douglas Moses 12.05.2019<br>393 5   THE WITNESS:  That it received<br>393 6   a negative 1?<br>393 7   QUESTIONS BY MR. CARTMELL: | | |

| | | | |
|---|---|---|---|
| 393 8 | Q.   Yes. | | |
| 393 9 | A.   No, I didn't know. | | |

393:10 - 395:20   Douglas Moses 12.05.2019

| | | |
|---|---|---|
| 393 10 | Q.   Okay.  So now there's been two | **Re: [393:10-395:20]** |
| 393 11 | tests. | **Def Obj** Foundation (602) |
| 393 12 | And then there was actually a | |
| 393 13 | third test, is that correct, on April 2006? | |
| 393 14 | Do you see that? | |
| 393 15 | A.   I do. | |
| 393 16 | Q.    Then they tested it, and at | |
| 393 17 | that time they found a 5, correct? | |
| 393 18 | A.    Yes. | |
| 393 19 | Q.    Now, there were other tests | |
| 393 20 | that weren't ten subjects, but there were | |
| 393 21 | five subjects.  And, for example, they got a | |
| 393 22 | 4 with five subjects in June of 2005; they | |
| 393 23 | got a 6 with five subjects in June of 2005; | |
| 393 24 | and they got another 5 with five subjects in | |
| 393 25 | September of 2005. | |
| 394 1 | Do you see that? | |
| 394 2 | A.   I do. | |
| 394 3 | Q.    So of these tests, starting | |
| 394 4 | with the labeling test of zero, they had one, | |
| 394 5 | two, three, four, five, six tests, and four | |
| 394 6 | of the six tests had showed that in fact the | |
| 394 7 | attenuation was 4 or greater, not zero, | |
| 394 8 | correct? | |
| 394 9 | A.    That's what appears on here. | |
| 394 10 | Q.    Okay. | |
| 394 11 | A.    Again, this is not my document. | |
| 394 12 | You would have to have someone explain it to | |
| 394 13 | you. | |
| 394 14 | Q.    Okay.  Let me refer you, | |
| 394 15 | actually, to page -- I'm going to try to find | |
| 394 16 | it here -- page 11. | |
| 394 17 | Page 11 of this document put | |
| 394 18 | together by Mr. Kieper and Mr. Berger, titled | |
| 394 19 | "The development of the Combat Arms Earplug | |
| 394 20 | version 1 through version 4," is talking | |

**OVERRULED**

| | | |
|---|---|---|
| 394 21   about the testing that was done on the yellow | | |
| 394 22   end of the Combat Arms Earplug version 2, | | |
| 394 23   correct? | | |
| 394 24   A.   It appears so, yes, uh-huh. | | |
| 394 25   Q.   Okay.  And it says, "Figure 15 | | |
| 395 1   is a graph of both the IL," orange line, "and | | |
| 395 2   the REAT," that's NRR testing labeling, green | | |
| 395 3   and blue markings, "from the labeling test | | |
| 395 4   016 and a later repeat test of the same | | |
| 395 5   plug." | | |
| 395 6   And then it says, "Comment:  We | | |
| 395 7   are unsure of the correct REAT, or NRR, for | | |
| 395 8   the open end of the Combat Arms Earplug | | |
| 395 9   version 2, and in fact, Figure 15 graph | | |
| 395 10   suggests that later REAT tests are the more | | |
| 395 11   appropriate -- are more appropriate." | | |
| 395 12   Do you see that? | | |
| 395 13   A.   I see those words, yes. | | |
| 395 14   Q.   So let me see if I'm correct | | |
| 395 15   about this. | | |
| 395 16   But in 2000 your company | | |
| 395 17   labeled, pursuant to EPA regulations, this | | |
| 395 18   Combat Arms yellow end as having an NRR of | | |
| 395 19   zero, correct? | | |
| 395 20   A.   I believe so, yes. | | |
| 396:6 - 397:1   Douglas Moses 12.05.2019 | **Re: [396:6-397:1]** | **OVERRULED** |
| 396 6   Q.   And then they did four more | **Def Obj** Foundation (602) | |
| 396 7   tests, some with five people, some with ten | | |
| 396 8   people, and all of those tests showed that | | |
| 396 9   the NRR was 4 or greater, correct? | | |
| 396 10   A.   On some of the partial panels, | | |
| 396 11   yes. | | |
| 396 12   Q.   Okay.  And also on a test of | | |
| 396 13   ten, correct? | | |
| 396 14   A.   That's right. | | |
| 396 15   Q.   It was a 5, correct? | | |
| 396 16   A.   Yes. | | |
| 396 17   Q.   Okay.  And here we are in 2010, | | |
| 396 18   July of 2010 is when this report is put | | |

| | | |
|---|---|---|
| 396 19    together, and the lab members, Kieper and<br>396 20    Berger, say, comment, they don't even know.<br>396 21    At that point they're unsure of what the NRR<br>396 22    is, correct?<br>396 23    A.    Those are the words here.<br>396 24    Again, you would have to talk to those guys<br>396 25    about what this means because I am not in my<br>397 1    field here, reading this. | | |
| 397:2 - 397:8   Douglas Moses 12.05.2019<br>397 2    Q.    Did anyone tell you that your<br>397 3    lab people, the people in the lab, the<br>397 4    testers of the product, this Combat Arms<br>397 5    yellow end, in 2010 were unsure of what the<br>397 6    actual NRR for this product was?<br>397 7    A.    I don't recall a conversation<br>397 8    like that. | | |
| 397:9 - 397:22   Douglas Moses 12.05.2019<br>397 9    Q.    But yet you were approving<br>397 10    labeling and marketing pieces and brochures<br>397 11    that were going to the military, and you were<br>397 12    trying to sell as many of these that were<br>397 13    possible to our soldiers.  And yet your own<br>397 14    lab had no idea or was unsure, according to<br>397 15    them, as 2010 what the NRR was, correct?<br>397 16    MR. MORRISS:  Object to form.<br>397 17    THE WITNESS:  It appears from<br>397 18    this comment that they were unsure of<br>397 19    the REAT test --<br>397 20    QUESTIONS BY MR. CARTMELL:<br>397 21    Q.    Okay.<br>397 22    A.    -- findings. | **Re: [397:9-397:22]**<br>**Def Obj** Argumentative; Assumes (611, 403); Foundation (602); Prejudice (403) | **OVERRULED** |
| 397:23 - 398:4   Douglas Moses 12.05.2019<br>397 23    Q.    But yet you were telling the<br>397 24    military and soldiers that there was a zero<br>397 25    NRR at all times with this product up until<br>398 1    2015, weren't you?<br>398 2    A.    That was what the label was,<br>398 3    and that was what was approved by the lab for<br>398 4    the literature and other assets. | **Re: [397:23-398:4]**<br>**Def Obj** Relevance (401, 402); Prejudice (403) | **OVERRULED** |

| 398:5 - 399:5   Douglas Moses 12.05.2019 | Re: [398:5-399:5] | OVERRULED |
|---|---|---|
| 398 5       Q.    Wouldn't you have wanted to | Def Obj Relevance (401, 402); | |
| 398 6       know as a marketing manager that was | Prejudice (403); Compound; | |
| 398 7       reviewing these materials and approving these | Argumentative (611, 403) | |
| 398 8       materials, sending marketing claims to | | |
| 398 9       soldiers and other customers, saying, look, | | |
| 398 10      on the yellow end we don't attenuate noise at | | |
| 398 11      all, so you should have situational awareness | | |
| 398 12      and you should be able to hear low voices, | | |
| 398 13      shouldn't you have known that actually your | | |
| 398 14      own lab was getting higher results, and they | | |
| 398 15      were saying in 2010 they didn't even know | | |
| 398 16      what the NRR should be? | | |
| 398 17      MR. MORRISS:  Object to form. | | |
| 398 18      QUESTIONS BY MR. CARTMELL: | | |
| 398 19      Q.    Shouldn't you have known about | | |
| 398 20      that? | | |
| 398 21      A.    I don't know.  I know that I | | |
| 398 22      rely on the lab to provide these numbers to | | |
| 398 23      me for literature and other assets. | | |
| 398 24      Q.    Knowing what you know now, | | |
| 398 25      wouldn't you have liked to have known that? | | |
| 399 1       MR. MORRISS:  Object to form. | | |
| 399 2       THE WITNESS:  I would have -- I | | |
| 399 3       would have liked to have known and had | | |
| 399 4       a conversation, at least, to | | |
| 399 5       understand it better. | | |

| 417:20 - 417:20   Douglas Moses 12.05.2019 | | |
|---|---|---|
| 417 20      Q.    I hand you that. | | |

| 417:21 - 418:15   Douglas Moses 12.05.2019 | Re: [417:21-418:15] | OVERRULED |
|---|---|---|
| 417 21      This is another copy, which I | Def Obj 3M MIL No. 21 | |
| 417 22      will represent to you from the files -- this | | |
| 417 23      is another copy of the insert in May of 2012 | | |
| 417 24      that was listed as the final version of the | | |
| 417 25      instructions for use for the Combat Arms | | |
| 418 1       version 2.  It's in May of 2012, you'll see. | | |
| 418 2       And, again, the instructions | | |
| 418 3       for use no longer include any instructions | | |
| 418 4       that the users should roll back the rings on | | |

| | | |
|---|---|---|
| 418 5    the outward-facing plug when inserting the | | |
| 418 6    plug. | | |
| 418 7    Do you see that? | | |
| 418 8    A.   I want to look at it.  I don't | | |
| 418 9    know where this came from. | | |
| 418 10   Is this from an e-mail or is | | |
| 418 11   this -- | | |
| 418 12   Q.   This is from the files. | | |
| 418 13   A.   Okay.  All right.  Thank you. | | |
| 418 14   I'm sorry, can you restate your | | |
| 418 15   question, please? | | |
| 419:5 - 419:11   Douglas Moses 12.05.2019 | **Re: [419:5-419:11]** | **OVERRULED** |
| 419 5    Q.   You see that the instructions | **Def Obj** 3M MIL No. 21 | |
| 419 6    for use in May of 2012 no longer, as we said, | | |
| 419 7    includes the fitting tip that describes | | |
| 419 8    needing to fold back the rings on the | | |
| 419 9    outward-facing plug when the plug is being | | |
| 419 10   inserted, correct? | | |
| 419 11   A.   I don't see that language here. | | |
| 421:7 - 422:1   Douglas Moses 12.05.2019 | **Re: [421:7-422:1]** | **OVERRULED** |
| 421 7    Q.   Okay.  And the fitting tip that | **Def Obj** 3M MIL No. 21 | |
| 421 8    had been in the version of the insert for | | |
| 421 9    many, many years is taken out. | | |
| 421 10   Why was that? | | |
| 421 11   A.   I don't know. | | |
| 421 12   Q.   You have no idea as you sit | | |
| 421 13   here today? | | |
| 421 14   A.   I don't. | | |
| 421 15   Q.   Nobody ever told you why they | | |
| 421 16   were taking out the instructions that had | | |
| 421 17   been in for 12 years telling the users, upon | | |
| 421 18   insertion, that fitting would be improved if | | |
| 421 19   they rolled back the rings of the | | |
| 421 20   outward-facing plug? | | |
| 421 21   A.   I don't recall a conversation | | |
| 421 22   like that. | | |
| 421 23   Q.   No conversations with anybody | | |
| 421 24   about that? | | |

| | | |
|---|---|---|
| 421 25   A.   I'm not saying that I didn't | | |
| 422 1   have a conversation.  I just don't recall it. | | |
| 422:2 - 422:15   Douglas Moses 12.05.2019 | Re: [422:2-422:15] | **OVERRULED** |
| 422 2   Q.   We've seen that for proper | **Pltf Obj** beyond the scope of | |
| 422 3   fitting, according to the flange report and | clarification and nonresponsive | |
| 422 4   testing, that there needed to be flanges | | |
| 422 5   rolled back upon insertion. | | |
| 422 6   If you had known that about the | | |
| 422 7   flange report, would you have allowed that to | | |
| 422 8   be taken out? | | |
| 422 9   MR. MORRISS:  Object to the | | |
| 422 10   form. | | |
| 422 11   THE WITNESS:  I likely would | | |
| 422 12   have taken the recommendations of the | | |
| 422 13   lab and the technical team, | | |
| 422 14   regardless.  That's -- I rely on them | | |
| 422 15   to provide those type of instructions. | | |
| 422:17 - 423:11   Douglas Moses 12.05.2019 | Re: [422:17-423:11] | **OVERRULED** |
| 422 17   Q.   Okay.  Well, there's testing at | **Def Obj** 3M MIL No. 21 | |
| 422 18   your company that says that if the flanges | | |
| 422 19   are not rolled back upon insertion, you can't | | |
| 422 20   get a good fit, correct? | | |
| 422 21   A.   In some situations, yes.  In | | |
| 422 22   some ears, yes. | | |
| 422 23   Q.   There's testing in your company | | |
| 422 24   files at this time, and had been for | | |
| 422 25   12 years, that said if the flanges weren't | | |
| 423 1   rolled back, with some people it could become | | |
| 423 2   imperceptibly loosened, correct? | | |
| 423 3   MR. MORRISS:  Object to form. | | |
| 423 4   THE WITNESS:  Paraphrasing what | | |
| 423 5   we've looked at. | | |
| 423 6   QUESTIONS BY MR. CARTMELL: | | |
| 423 7   Q.   Okay.  And now you have | | |
| 423 8   instructions for use that don't mention | | |
| 423 9   anything about that, correct? | | |
| 423 10   A.   That language was removed, it | | |
| 423 11   appears, in the May 2012 insert. | | |

429:5 - 429:6   Douglas Moses 12.05.2019
429 5        MR. CARTMELL:  Thank you for
429 6        your time.  I think that's all I have.

# Douglas Moses 12.06.2019

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Rulings |
|---|---|---|
| 440:3 – 442:10   Douglas Moses 12.06.2019 | **Re: [440:3-442:10]** | **SUSTAINED** |
| 440  3      Q.    Mr. Moses, how are you? | **Pltf Obj** beyond the scope of a | |
| 440  4      A.    I'm fine.  Thank you. | clarification counter | |
| 440  5      Q.    Could you tell the jury where | | |
| 440  6      you live? | | |
| 440  7      A.    I live in Indianapolis, | | |
| 440  8      Indiana. | | |
| 440  9      Q.    And how long have you lived | | |
| 440  10     there? | | |
| 440  11     A.    About 25 years. | | |
| 440  12     Q.    Can you tell the jury a little | | |
| 440  13     bit about where you grew up, where you went | | |
| 440  14     to high school, to get a little bit of flavor | | |
| 440  15     about yourself? | | |
| 440  16     A.    I grew up in Flora, Illinois, | | |
| 440  17     just downstate.  I went to Flora High School. | | |
| 440  18     Q.    Are you married? | | |
| 440  19     A.    I am married. | | |
| 440  20     Q.    For how long? | | |
| 440  21     A.    I've been married for 20 years. | | |
| 440  22     Q.    Do you have children? | | |
| 440  23     A.    I do. | | |
| 440  24     Q.    How many? | | |
| 440  25     A.    I have three children. | | |
| 441  1      Q.    And what are their ages? | | |
| 441  2      A.    16, 12 and 6. | | |
| 441  3      Q.    After your graduation from high | | |
| 441  4      school, were you able to continue your | | |
| 441  5      education? | | |
| 441  6      A.    I was. | | |
| 441  7      Q.    And where did you go and what | | |
| 441  8      kind of degree did you get? | | |
| 441  9      A.    I went to Southern Illinois | | |
| 441  10     University in Carbondale, and I have a degree | | |
| 441  11     in political science. | | |
| 441  12     Q.    And what year did you graduate | | |
| 441  13     from college? | | |
| 441  14     A.    1988. | | |

| | | | |
|---|---|---|---|
| 441 15 | Q.   Did you work during the time | | |
| 441 16 | that you attended college? | | |
| 441 17 | A.   I did. | | |
| 441 18 | Q.   And what did you do? | | |
| 441 19 | A.   I co-owned a landscaping | | |
| 441 20 | company, and I worked nights and weekends. | | |
| 441 21 | Q.   Did you continue your education | | |
| 441 22 | after you graduated from college? | | |
| 441 23 | A.   I did. | | |
| 441 24 | Q.   And what did you do? | | |
| 441 25 | A.   I went to Memphis State | | |
| 442 1 | University Law School. | | |
| 442 2 | Q.   Okay.  What sort of led you to | | |
| 442 3 | law school? | | |
| 442 4 | A.   I have family members that are | | |
| 442 5 | lawyers. | | |
| 442 6 | Q.   Was your dad a lawyer? | | |
| 442 7 | A.   My dad was a lawyer. | | |
| 442 8 | Q.   Did you complete the law school | | |
| 442 9 | program? | | |
| 442 10 | A.   I did not. | | |
| 442:16 - 445:4 | Douglas Moses 12.06.2019 | **Re: [442:16-445:4]** | **SUSTAINED** |
| 442 16 | Q.   Have you had any other formal | **Pltf Obj** beyond the scope of a | |
| 442 17 | education since then? | clarification counter | |
| 442 18 | A.   I have. | | |
| 442 19 | Q.   Okay.  Tell me a little bit | | |
| 442 20 | about that. | | |
| 442 21 | A.   I attended Butler University in | | |
| 442 22 | Indianapolis, and I have an MBA with a | | |
| 442 23 | concentration in marketing. | | |
| 442 24 | Q.   And when did you obtain that | | |
| 442 25 | degree? | | |
| 443 1 | A.   In 2001. | | |
| 443 2 | Q.   Okay.  I assume you were | | |
| 443 3 | working during the time you were in the MBA | | |
| 443 4 | program? | | |
| 443 5 | A.   I was. | | |
| 443 6 | Q.   Okay.  Could you give us just a | | |
| 443 7 | little bit of a sample of your work history | | |

443 8    before you went to work at Aearo?
443 9    A.    Sure.
443 10    I moved to Indianapolis to take
443 11    a job with the Indiana Secretary of State.
443 12    And I worked for the State for about four and
443 13    a half years.  At the Secretary of State's
443 14    office, I was the chief deputy director in
443 15    the corporations division.
443 16    Q.    Did you at some point take
443 17    another position with the State of Indiana?
443 18    A.    I did.
443 19    Q.    And what did you do?
443 20    A.    I worked for the Department of
443 21    Commerce as a project manager for new and
443 22    existing businesses.
443 23    Q.    And how long were you an
443 24    employee of the State of Indiana?
443 25    A.    About four and a half years.
444 1    Q.    And then did you -- can you
444 2    give us a little bit of a flavor of other
444 3    places where you worked before going to
444 4    Aearo?
444 5    A.    I worked at Conseco, an
444 6    insurance company, for a very short period of
444 7    time until I went to the -- an airline called
444 8    American Trans Air.  I started working on the
444 9    year 2000 team in the technology team and
444 10    then in marketing.
444 11    Q.    And how long were you at
444 12    AirTran; is that right?
444 13    A.    Yeah, ATA, American Trans Air.
444 14    About three and a half years, four years.
444 15    Q.    And why did you leave that
444 16    position?
444 17    A.    It was right after 9/11, and
444 18    there was immediate downsizing in the airline
444 19    business.
444 20    Q.    Any other work before joining
444 21    Aearo?

| | | |
|---|---|---|
| 444 22  A.   Yes, I left -- I started | | |
| 444 23   working at Weaver Popcorn after the airline. | | |
| 444 24   Q.   Okay.  And how long were you | | |
| 444 25   there? | | |
| 445 1   A.   About four or five years. | | |
| 445 2   Q.   Okay.  What year did you join | | |
| 445 3   Aearo? | | |
| 445 4   A.   In March of 2005. | | |
| 446:23 - 450:4   Douglas Moses 12.06.2019 | **Re: [446:23-450:4]** | **SUSTAINED** |
| 446 23   Q.   When did you first start to | **Pltf Obj** beyond the scope of a | |
| 446 24   work at Aearo? | clarification counter | |
| 446 25   A.   End of March 2005. | | |
| 447 1   Q.   And can you briefly describe | | |
| 447 2   the kinds of positions and job | | |
| 447 3   responsibilities you've had at Aearo? | | |
| 447 4   A.   I started working at Aearo on | | |
| 447 5   the head and face, like hard hats and face | | |
| 447 6   shields, product lines, and also I had | | |
| 447 7   eyewear as well. | | |
| 447 8   Q.   Okay.  And then what other | | |
| 447 9   roles and responsibilities have you had? | | |
| 447 10   A.   In the fall of 2006 I joined a | | |
| 447 11   military SBU, and I also had responsibilities | | |
| 447 12   for the Combat Arms Earplugs. | | |
| 447 13   Q.   And did that position or job | | |
| 447 14   responsibility change at some point? | | |
| 447 15   A.   It did. | | |
| 447 16   Q.   And what did you do? | | |
| 447 17   A.   In the fall of 2012, I began | | |
| 447 18   working on the Peltor Communication Headset | | |
| 447 19   line. | | |
| 447 20   Q.   And is that what you're doing | | |
| 447 21   today? | | |
| 447 22   A.   It is. | | |
| 447 23   Q.   You were asked questions | | |
| 447 24   yesterday about your involvement with the | | |
| 447 25   Combat Arms version 2 dual-ended earplug. | | |
| 448 1   Do you recall those questions? | | |
| 448 2   A.   I do. | | |

448 3    Q.    Did you play any role in the
448 4    development of the version 2 dual-ended plug?
448 5    A.    No.
448 6    Q.    Did you have any responsibility
448 7    for sales or marketing of the dual-ended
448 8    product at the time it was first sold by
448 9    Aearo?
448 10   A.    No.
448 11   Q.    Were you working for Aearo at
448 12   the time the product first went on sale?
448 13   A.    No.
448 14   Q.    Had you looked at records that
448 15   indicate when the product first was sold to
448 16   the military?
448 17   A.    I have.
448 18   Q.    And approximately when was
448 19   that?
448 20   A.    The summer of 1999.
448 21   Q.    After you began working at
448 22   Aearo, when did you first take on any
448 23   responsibility for the Combat Arms Earplug
448 24   line?
448 25   A.    In the fall of 2006.
449 1    Q.    And when you started with the
449 2    Combat Arms line in the fall of 2006, was the
449 3    version 2 dual-ended plug available for
449 4    purchase?
449 5    A.    It was.
449 6    Q.    Were there other versions of
449 7    the plug either available for sale or in
449 8    development?
449 9    A.    Yes.
449 10   Q.    And which?  Was there one
449 11   available, or was there in development?
449 12   A.    The Combat Arms version 3 was
449 13   in development.
449 14   Q.    Okay.  And can you describe
449 15   your marketing focus at the time you took
449 16   responsibility for the Combat Arms Earplug

| | | |
|---|---|---|
| 449 17    line? | | |
| 449 18    A.    My focus shifted to launching | | |
| 449 19    the Combat Arms 3 version. | | |
| 449 20    Q.    And when did the Combat Arms | | |
| 449 21    version 3 plug launch or become available for | | |
| 449 22    sale? | | |
| 449 23    A.    I believe it was in 2007. | | |
| 449 24    Q.    And once the version 3 product | | |
| 449 25    was on the market, did that change the | | |
| 450 1    marketing focus of the company? | | |
| 450 2    A.    Yes, it had me focusing on | | |
| 450 3    building literature and building the launch | | |
| 450 4    packet for Combat Arms version 3. | | |
| **450:9 - 450:14   Douglas Moses 12.06.2019** | **Re: [450:9-450:14]** | **SUSTAINED** |
| 450 9    Q.    Okay.  At some point did you | **Pltf Obj** beyond the scope of a | |
| 450 10    lose primary responsibility for the Combat | clarification counter | |
| 450 11    Arms version 2, 3 and 4 plugs? | | |
| 450 12    A.    Yes. | | |
| 450 13    Q.    And when was that? | | |
| 450 14    A.    In the fall of 2012. | | |
| **450:20 - 454:12   Douglas Moses 12.06.2019** | **Re: [450:20-454:12]** | **SUSTAINED** |
| 450 20    Q.    Okay.  Can you describe for the | **Pltf Obj** beyond the scope of a | |
| 450 21    jury the kind of military people you | clarification counter | |
| 450 22    generally had interaction with? | | |
| 450 23    A.    Military audiologists or | | |
| 450 24    audiologists that were in uniform, and | | |
| 450 25    sometimes audiology techs. | | |
| 451 1    Q.    So did the military have their | | |
| 451 2    own dedicated audiologists working with | | |
| 451 3    military personnel? | | |
| 451 4    A.    They did. | | |
| 451 5    Q.    Okay.  Did the various branches | | |
| 451 6    of the military have their own dedicated | | |
| 451 7    audiologist? | | |
| 451 8    A.    Yes, three of them did. | | |
| 451 9    Q.    Okay.  When you say "three of | | |
| 451 10    them did," explain that to me. | | |
| 451 11    A.    So the Army had audiologists. | | |
| 451 12    I've talked to Air Force audiologists and | | |

451 13    Navy audiologists.  The Marine Corps, from my
451 14    understanding, I don't know at the time, was
451 15    they relied on the Navy personnel to support
451 16    them as an audiologist.
451 17    Q.    From your interaction with the
451 18    various military personnel, did you become
451 19    aware of whether the military had a hearing
451 20    conservation program?
451 21    A.    Yes.
451 22    Q.    And what was your understanding
451 23    about the military hearing conservation
451 24    program?
451 25    A.    They -- audiologists at many of
452 1     the largest bases, they were assigned to
452 2     those bases to run an audiology clinic.
452 3     Q.    And what kind of functions were
452 4     you made aware of that the hearing
452 5     conservation program and these dedicated
452 6     audiologists engaged in?
452 7     A.    They could be engaged in
452 8     hearing tests.  Could be annual tests, it
452 9     could be pre-deployment or post-deployment
452 10    hearing tests.  They were involved in fitting
452 11    and the hearing protection product selection
452 12    with the various troops.
452 13    Q.    Now, were you working for Aearo
452 14    in the 1999, 2000, when the dual-ended Combat
452 15    Arms Earplug was first placed on the market?
452 16    A.    No.
452 17    Q.    Do you know what information
452 18    was provided to Doug Ohlin or to other
452 19    military personnel about the testing of the
452 20    dual-ended Combat Arms version 2 plug?
452 21    A.    No.
452 22    Q.    Do you know what instructions
452 23    were given regarding fitting of the plug to
452 24    Mr. Ohlin or to other military personnel
452 25    about the Combat Arms version 2 plug in that
453 1     '99, 2000, early 2000 time frame?

| | |
|---|---|
| 453 2    A.    I don't. | |
| 453 3    Q.    Okay.  Do you know what | |
| 453 4    specific instructions or directions Mr. Ohlin | |
| 453 5    or the military were provided by Aearo about | |
| 453 6    the product in the early years? | |
| 453 7    A.    I don't. | |
| 453 8    Q.    Now, you were asked questions | |
| 453 9    about the process of reviewing literature, | |
| 453 10    labels and instructions. | |
| 453 11    Do you recall that testimony? | |
| 453 12    A.    I do. | |
| 453 13    Q.    I want to talk a little more | |
| 453 14    about that, if we could. | |
| 453 15    A.    Okay. | |
| 453 16    Q.    Let's start with Aearo.  Can | |
| 453 17    you describe the general process of reviewing | |
| 453 18    written materials like literature, packaging | |
| 453 19    and instructions during the time you were at | |
| 453 20    Aearo? | |
| 453 21    A.    Yes.  Various stakeholders -- a | |
| 453 22    piece of literature would be routed to | |
| 453 23    various stakeholders.  The various | |
| 453 24    stakeholders would review it and sign off on | |
| 453 25    it. | |
| 454 1    Q.    And who were the -- give me | |
| 454 2    some examples of the stakeholders that would | |
| 454 3    been involved in that process. | |
| 454 4    A.    It could have been marketing, | |
| 454 5    myself or others like me, a packaging | |
| 454 6    engineer, technology or lab or R&D personnel. | |
| 454 7    Legal would have looked at it as well. | |
| 454 8    Q.    Okay.  Did each of the | |
| 454 9    stakeholders have a particular focus that | |
| 454 10    they were looking at with each of these | |
| 454 11    pieces of written material, whether it was a | |
| 454 12    literature or label or instruction? | |

| | | |
|---|---|---|
| 454:15 - 457:24   Douglas Moses 12.06.2019 | **Re: [454:15-457:24]** | **SUSTAINED** |
| 454 15    THE WITNESS:  Yes. | **Pltf Obj** beyond the scope of a | |
| 454 16    QUESTIONS BY MR. MORRISS: | clarification counter | |

454 17    Q.   Okay.  For example, as it
454 18    relates to instructions, who would have had
454 19    the primary responsibility for reviewing
454 20    instructions that might ultimately be
454 21    associated with a product?
454 22    A.   The lab or the technology team.
454 23    Q.   Would marketing have played a
454 24    primary role with instructions?
454 25    A.   No.
455 1    Q.   When you went to 3M, did the
455 2    review process change any?
455 3    A.   It did.
455 4    Q.   Okay.  And tell the jury how it
455 5    changed.
455 6    A.   There was an automated system
455 7    called SS&PS.  Documents were routed through
455 8    that automated system, and an e-mail was
455 9    generated to each person when it was their
455 10    turn to approve.
455 11    Q.   Did you continue to have
455 12    similar stakeholders?
455 13    A.   We did.  A few more added as
455 14    well.
455 15    Q.   Okay.  In terms of the
455 16    technical label and instructions, who would
455 17    have had responsibility for reviewing the
455 18    written materials related to that?
455 19    A.   Technical service would have
455 20    taken the lead and lab would have supported
455 21    it.
455 22    Q.   Would marketing have played a
455 23    primary role in review of instructions or the
455 24    technical aspects of a label?
455 25    A.   No.
456 1    Q.   Now, I want you to take a look,
456 2    if you would, at an exhibit that was used
456 3    yesterday.  It was Exhibit Number 23.
456 4    A.   Okay.
456 5    Q.   And just tell me when you have

456 6    that in front of you.
456 7    A.    I do.
456 8    Q.    All right.  And do you recall
456 9    that plaintiff's counsel asked you a series
456 10   of questions about this document?
456 11   A.    I do.
456 12   Q.    Okay.  And on the first page
456 13   you can see it's an e-mail that has a date of
456 14   May 28, 2009, correct?
456 15   A.    Yes.
456 16   Q.    All right.  Now, if you'll turn
456 17   over to the e-mail that begins the chain, if
456 18   you'll go to page 4.
456 19   A.    Okay.
456 20   Q.    Is this the e-mail from Doug
456 21   Ohlin to you that we talked about yesterday
456 22   where he described frustration with the
456 23   reduced NRR for the new version of the CAE?
456 24   A.    Yes.
456 25   Q.    Okay.  And if you look at the
457 1    last sentence on that page 4, does he have a
457 2    sentence that he puts in bold and underlines?
457 3    A.    Yes.
457 4    Q.    And if you could read the first
457 5    underlined and bold sentence for me.
457 6    A.    "The sized Combat Arms Earplug
457 7    comes along, and suddenly there is a concern
457 8    for comfort."
457 9    Q.    Okay.  So in bold and
457 10   underlined, he is raising a question about
457 11   consideration of comfort for the plug,
457 12   correct?
457 13   MR. CARTMELL:  Object to the
457 14   form.
457 15   THE WITNESS:  Yes.
457 16   QUESTIONS BY MR. MORRISS:
457 17   Q.    Okay.  Is the sentence that you
457 18   just read in bold?
457 19   A.    Yes.

| | | | |
|---|---|---|---|
| 457 20 | Q.    Is the sentence underlined? | | |
| 457 21 | A.    Yes. | | |
| 457 22 | Q.    Does the sentence indicate a | | |
| 457 23 | concern regarding comfort? | | |
| 457 24 | MR. CARTMELL:  Object to the | | |
| 458:1 - 458:1 | Douglas Moses 12.06.2019 | **Re: [458:1-458:1]** | **SUSTAINED** |
| 458 1 | THE WITNESS:  Yes. | **Pltf Obj** beyond the scope of a clarification counter | |
| 458:7 - 459:24 | Douglas Moses 12.06.2019 | **Re: [458:7-459:24]** | **SUSTAINED** |
| 458 7 | Q.    All right.  Now, if you'll next | **Pltf Obj** beyond the scope of a clarification counter | |
| 458 8 | go to Exhibit Number 32. | | |
| 458 9 | (Moses Exhibit 32 marked for | | |
| 458 10 | identification.) | | |
| 458 11 | QUESTIONS BY MR. MORRISS: | | |
| 458 12 | Q.    And if you'll look down at the | | |
| 458 13 | middle of this page, is this an e-mail from | | |
| 458 14 | Doug Ohlin to you dated May 29, 2009? | | |
| 458 15 | A.    Yes. | | |
| 458 16 | Q.    And is this one day following | | |
| 458 17 | the e-mail that we just discussed that | | |
| 458 18 | Mr. Ohlin had written to you? | | |
| 458 19 | A.    Yes. | | |
| 458 20 | Q.    Okay.  And if you look at the | | |
| 458 21 | subject line, is the subject line "RR for New | | |
| 458 22 | CAE"? | | |
| 458 23 | A.    Yes. | | |
| 458 24 | Q.    And is that the same subject | | |
| 458 25 | line of the previous e-mail? | | |
| 459 1 | A.    Similar, yes. | | |
| 459 2 | Q.    Does Mr. Ohlin report whether | | |
| 459 3 | or not he had had any communications with | | |
| 459 4 | personnel at the Aearo lab, the technical | | |
| 459 5 | people? | | |
| 459 6 | A.    He does. | | |
| 459 7 | Q.    And does he indicate in this | | |
| 459 8 | e-mail who he talked to? | | |
| 459 9 | A.    Elliott and Ron. | | |
| 459 10 | Q.    And who are Elliott and Ron? | | |
| 459 11 | A.    Elliott Berger and Ron Kieper. | | |

| | | |
|---|---|---|
| 459 12   Q.   And what did Mr. Ohlin report | | |
| 459 13   about his conversation with the lab or | | |
| 459 14   technical people concerning this NRR for the | | |
| 459 15   new CAE? | | |
| 459 16   A.   It reads, "They assured me that | | |
| 459 17   attention" -- excuse me.  "They assured me | | |
| 459 18   that attenuation was their primary concern in | | |
| 459 19   the evaluation, and comfort was only | | |
| 459 20   secondary or tertiary." | | |
| 459 21   Q.   So this concern or question | | |
| 459 22   that Mr. Ohlin had raised in the earlier | | |
| 459 23   e-mail, he had a conversation about comfort | | |
| 459 24   with the lab and technical people? | | |
| 460:2 - 460:8   Douglas Moses 12.06.2019 | **Re: [460:2-460:8]** | **SUSTAINED** |
| 460 2   THE WITNESS:  Yes. | **Pltf Obj** beyond the scope of a | |
| 460 3   QUESTIONS BY MR. MORRISS: | clarification counter | |
| 460 4   Q.   Okay.  And did Mr. Ohlin | | |
| 460 5   indicate that he had been assured by the lab | | |
| 460 6   people in his conversation with him? | | |
| 460 7   MR. CARTMELL:  Object to form. | | |
| 460 8   THE WITNESS:  Yes. | | |
| 460:22 - 464:4   Douglas Moses 12.06.2019 | **Re: [460:22-464:4]** | **SUSTAINED** |
| 460 22   Q.   In the last sentence of Exhibit | **Pltf Obj** beyond the scope of a | |
| 460 23   Number 32, does Mr. Ohlin express any | clarification counter | |
| 460 24   feelings regarding his earlier e-mail | | |
| 460 25   exchange with you? | | |
| 461 1   A.   He does. | | |
| 461 2   Q.   And what does he say? | | |
| 461 3   A.   He writes, "I hope I didn't | | |
| 461 4   cause any problems for you, but that original | | |
| 461 5   explanation for fitting for comfort really | | |
| 461 6   threw me." | | |
| 461 7   Q.   Now, if you will go to an | | |
| 461 8   exhibit that was used by plaintiff's counsel | | |
| 461 9   yesterday, it's Exhibit Number 24. | | |
| 461 10   Do you have that in front of | | |
| 461 11   you? | | |
| 461 12   A.   I do. | | |
| 461 13   Q.   And this is, again, an exhibit | | |

461 14    that was at least used in part with you
461 15    yesterday?
461 16    A.   Yes.
461 17    Q.   Okay.  If you'll look at the --
461 18    sort of the middle of Exhibit 24, is there an
461 19    e-mail from Mr. Berger to various people,
461 20    including you and Doug Ohlin and the lab,
461 21    where he attaches a document?
461 22    A.   Yes.
461 23    Q.   And if you turn over a couple
461 24    of pages, is the attachment included with
461 25    this e-mail?
462 1    A.   Yes.
462 2    Q.   All right.  And can you
462 3    describe who this memorandum or attachment is
462 4    to and from?
462 5    A.   It is from Elliott Berger to
462 6    Jeff Hamer, Doug Moses, Doug Ohlin, Marc
462 7    Santoro and Brian Myers.
462 8    Q.   And the date of this memorandum
462 9    is what?
462 10    A.   June 9, 2009.
462 11    Q.   And the re: of this, or the
462 12    subject line, is what?
462 13    A.   "Revised Test Protocol for CAE
462 14    Version 4" -- or "v4."
462 15    Q.   And this would have been
462 16    roughly 10 to 12 days after the conversation
462 17    involving Mr. Ohlin and the lab concerning
462 18    the comfort issue with the new testing,
462 19    correct?
462 20    A.   Yes.
462 21    Q.   Okay.  Now, in Exhibit 24, does
462 22    Mr. Berger describe what the E-A-RCAL lab had
462 23    been doing with regard to the testing
462 24    protocol?
462 25    A.   Yes.
463 1    Q.   And what does it say that had
463 2    been done previously?

| | | | |
|---|---|---|---|
| 463 3 | A.    It reads, "Based on visual | | |
| 463 4 | assessment with the three tip sizes, Ron | | |
| 463 5 | selected a plug that would fit the ear canal | | |
| 463 6 | using the largest size that would seal and | | |
| 463 7 | provide reasonable comfort." | | |
| 463 8 | Q.    All right.  Now, does this memo | | |
| 463 9 | also describe the procedure that the Army had | | |
| 463 10 | used to fit the plugs in their operations? | | |
| 463 11 | A.    It does. | | |
| 463 12 | Q.    And is that under the section, | | |
| 463 13 | quote, "Army Procedure," close quote? | | |
| 463 14 | A.    Yes. | | |
| 463 15 | Q.    Does it say who provided that | | |
| 463 16 | information? | | |
| 463 17 | A.    Ohlin. | | |
| 463 18 | Q.    And what information about the | | |
| 463 19 | Army procedure is contained in this June 9, | | |
| 463 20 | 2009 memorandum? | | |
| 463 21 | A.    It reads, "Ohlin says that | | |
| 463 22 | USACHPPM method is to size visually using the | | |
| 463 23 | smallest size that allows all flanges to fit | | |
| 463 24 | in the ear canal while providing a seal but | | |
| 463 25 | optimizing comfort." | | |
| 464 1 | Q.    So the What We Did section, | | |
| 464 2 | which would be the E-A-RCAL lab, used the | | |
| 464 3 | largest tip, correct? | | |
| 464 4 | A.    Yes. | | |
| **464:11 - 465:6**   Douglas Moses 12.06.2019 | | **Re: [464:11-465:6]** | **SUSTAINED** |
| 464 11 | Q.    Well, let me -- just since | **Pltf Obj** beyond the scope of a | |
| 464 12 | there's an objection, just read the entire | clarification counter | |
| 464 13 | paragraph under the quote, "Army Procedure," | | |
| 464 14 | close quote, that's in this memorandum of | | |
| 464 15 | June 9, 2009. | | |
| 464 16 | A.    It reads, "Ohlin says that | | |
| 464 17 | USACHPPM method is to size visually using | | |
| 464 18 | smallest size that allows all flanges to fit | | |
| 464 19 | in the ear canal while providing a seal but | | |
| 464 20 | optimizing comfort.  This would not normally | | |
| 464 21 | be our NRR test method since we are usually | | |

| | | |
|---|---|---|
| 464 22   trying to optimize noise reduction rather | | |
| 464 23   than comfort.  Oddly, in this test, it | | |
| 464 24   appears that for at least three of the | | |
| 464 25   subjects the comfort-based approach would | | |
| 465 1    tend towards obtaining a higher measured | | |
| 465 2    NRR." | | |
| 465 3    Q.   Now, does Mr. Berger in this | | |
| 465 4    memo then make a proposal for a retest of the | | |
| 465 5    new plug? | | |
| 465 6    A.   He does. | | |
| 465:9 - 468:22   Douglas Moses 12.06.2019 | **Re: [465:9-468:22]** | **SUSTAINED** |
| 465 9    Q.   And can you tell the jury what | **Pltf Obj** beyond the scope of a | |
| 465 10   proposal he makes from this memorandum? | clarification counter | |
| 465 11   A.   It reads, "Based on visual | | |
| 465 12   assessment with the three tip sizes, select a | | |
| 465 13   tip that fits the ear canal using the | | |
| 465 14   smallest size that, one, seals; two, assures | | |
| 465 15   at least 50 percent of largest flange is | | |
| 465 16   seated in the ear canal; and three, provides | | |
| 465 17   reasonable comfort." | | |
| 465 18   Q.   So does the proposal for the | | |
| 465 19   retest include using the smallest tip? | | |
| 465 20   A.   It does. | | |
| 465 21   Q.   And does the, quote, "Army | | |
| 465 22   Procedure," close quote, include using the | | |
| 465 23   smallest tip? | | |
| 465 24   A.   It does. | | |
| 465 25   (Moses Exhibit 33 marked for | | |
| 466 1    identification.) | | |
| 466 2    QUESTIONS BY MR. MORRISS: | | |
| 466 3    Q.   If you'll take a look at | | |
| 466 4    Exhibit Number 33. | | |
| 466 5    A.   Okay. | | |
| 466 6    Q.   You see this is, if you look at | | |
| 466 7    the middle, is Exhibit 33, the first e-mail | | |
| 466 8    from Elliott Berger to Doug Ohlin? | | |
| 466 9    A.   Yes. | | |
| 466 10   Q.   Okay.  And is the re:, or the | | |
| 466 11   subject, again the "Protocol for Combat Arms | | |

466 12      Testing"?
466 13      A.    Yes.
466 14      Q.    And it has an attachment that
466 15      concerns instructions for the version 4
466 16      retest?
466 17      A.    Yes.
466 18      Q.    All right.  Now, what does
466 19      Mr. Berger report to Doug Ohlin?
466 20      A.    It reads, "Doug, before I
466 21      circulate this memo, please review and give
466 22      me feedback, especially, did I quote you
466 23      correctly on approved Army procedures?"
466 24      Q.    And we had talked about, quote,
466 25      "Army Procedures," close quote, from the
467 1       earlier document, correct?
467 2       A.    Yes.
467 3       Q.    Did Mr. Moses {sic} respond to
467 4       the question posed by Mr. Berger?
467 5       A.    Mr. Ohlin responds, yes.
467 6       Q.    And what does he say?
467 7       A.    "Elliott, you quoted me
467 8       correctly."
467 9       Should I keep reading?
467 10      Q.    Yes, you can read it all.
467 11      A.    "It would also help to explain
467 12      your results if you mentioned how the
467 13      spectrum of the fitting noise might have
467 14      steered your subjects towards the wrong
467 15      optimal size for them."
467 16      Q.    Does he make any other comments
467 17      or provide any other feedback in that note?
467 18      A.    No.
467 19      (Moses Exhibit 34 marked for
467 20      identification.)
467 21      QUESTIONS BY MR. MORRISS:
467 22      Q.    Now, if you will turn to
467 23      Exhibit Number 34.
467 24      A.    I don't have 34.
467 25      Q.    So if you look at Exhibit --

| | | |
|---|---|---|
| 468 1   well, let me just make sure. | | |
| 468 2   If we go back to the Exhibit 33 | | |
| 468 3   that we just talked about, I just want to do | | |
| 468 4   one other thing there.  Apparently I don't | | |
| 468 5   think I identified the date of that document. | | |
| 468 6   What is the date of Exhibit | | |
| 468 7   Number 33 where there's this exchange between | | |
| 468 8   Mr. Berger and Mr. Ohlin where he's asked to | | |
| 468 9   give feedback and asked whether he | | |
| 468 10   correctly -- was correctly quoted? | | |
| 468 11   What is the date of that | | |
| 468 12   document? | | |
| 468 13   A.   June 9, 2009. | | |
| 468 14   Q.   All right.  And then if we now | | |
| 468 15   turn to Exhibit 34, is this an e-mail | | |
| 468 16   concerning the revised fitting protocol for | | |
| 468 17   the CAE retest? | | |
| 468 18   A.   That's on the subject line, | | |
| 468 19   yes. | | |
| 468 20   Q.   Okay.  And in the top e-mail, | | |
| 468 21   is it from Brian Myers to Elliott Berger? | | |
| 468 22   A.   Yes. | | |
| 469:5 - 469:7   Douglas Moses 12.06.2019 | Re: [469:5-469:7]<br>Pltf Obj beyond the scope of a<br>clarification counter | SUSTAINED |
| 469 5   Q.   Does the e-mail from Mr. Myers | | |
| 469 6   refer to the revised fitting protocol for the | | |
| 469 7   CAE retest? | | |
| 469:11 - 469:14   Douglas Moses 12.06.2019 | Re: [469:11-469:14]<br>Pltf Obj beyond the scope of a<br>clarification counter | SUSTAINED |
| 469 11   Q.   Under the subject line? | | |
| 469 12   A.   Yes. | | |
| 469 13   Q.   And what does Mr. Myers report | | |
| 469 14   to Mr. Berger? | | |
| 469:17 - 470:17   Douglas Moses 12.06.2019 | Re: [469:17-470:17]<br>Pltf Obj beyond the scope of a<br>clarification counter | SUSTAINED |
| 469 17   THE WITNESS:  It reads, "If | | |
| 469 18   your proposed protocol is more in line | | |
| 469 19   with military" -- excuse me. | | |
| 469 20   "If your proposed protocol is | | |
| 469 21   more in line with military fitting and | | |
| 469 22   you believe it gives better | | |
| 469 23   performance, then I would support | | |

| | | |
|---|---|---|
| 469 24   proceeding with that protocol. | | |
| 469 25   Brian." | | |
| 470 1   (Moses Exhibit 35 marked for | | |
| 470 2   identification.) | | |
| 470 3   QUESTIONS BY MR. MORRISS: | | |
| 470 4   Q.   And now if you'll turn to | | |
| 470 5   Exhibit Number 35. | | |
| 470 6   Do you have that in front of | | |
| 470 7   you? | | |
| 470 8   A.   I do. | | |
| 470 9   Q.   Is Exhibit 35 an e-mail from | | |
| 470 10   Jeffrey Hamer to Elliott Berger? | | |
| 470 11   A.   Yes. | | |
| 470 12   Q.   And in the subject line is it | | |
| 470 13   also talking about the revised fitting | | |
| 470 14   protocol for the CAE retest? | | |
| 470 15   A.   It is. | | |
| 470 16   Q.   And can you tell the jury what | | |
| 470 17   Mr. Hamer reported concerning the retest? | | |
| 470:21 - 471:15   Douglas Moses 12.06.2019 | Re: [470:21-471:15] | **SUSTAINED** |
| 470 21   THE WITNESS: It reads, "I am | **Pltf Obj** beyond the scope of a | |
| 470 22   okay with the new protocol as long as | clarification counter | |
| 470 23   it correctly reflects the actual | | |
| 470 24   practice in use by the military.  We | | |
| 470 25   should change our instruction insert | | |
| 471 1   to reflect this as well.  Everyone | | |
| 471 2   needs to remember there is still a | | |
| 471 3   risk that changing the protocol and | | |
| 471 4   retesting could result in a lower | | |
| 471 5   rating than we currently have on | | |
| 471 6   record for this product." | | |
| 471 7   QUESTIONS BY MR. MORRISS: | | |
| 471 8   Q.   So Mr. Hamer, who is he? | | |
| 471 9   A.   He's the lab manager at this | | |
| 471 10   point. | | |
| 471 11   Q.   Okay.  And in this e-mail, does | | |
| 471 12   he say that he's, quote, "okay," close quote, | | |
| 471 13   with the new protocol as long as it correctly | | |
| 471 14   reflects the actual practice used in the | | |

| | | |
|---|---|---|
| 471 15  military? | | |
| 471:18 - 471:24   Douglas Moses 12.06.2019 | **Re: [471:18-471:24]** | **SUSTAINED** |
| 471 18     THE WITNESS:  It does. | **Pltf Obj** beyond the scope of a | |
| 471 19     QUESTIONS BY MR. MORRISS: | clarification counter | |
| 471 20     Q.    Okay.  And does he indicate | | |
| 471 21     whether there would still be a risk that | | |
| 471 22     changing the protocol might result in a lower | | |
| 471 23     rating? | | |
| 471 24     A.    He does. | | |
| 472:9 - 473:15   Douglas Moses 12.06.2019 | **Re: [472:9-473:15]** | **SUSTAINED** |
| 472 9     Q.    Is this an exhibit that you saw | **Pltf Obj** beyond the scope of a | |
| 472 10    yesterday during your exam? | clarification counter | |
| 472 11    A.    Yes. | | |
| 472 12    Q.    Is this a note from Jeff -- to | | |
| 472 13    Jeff Hamer, Doug Moses, Doug Ohlin, Marc | | |
| 472 14    Santoro and Brian Myers? | | |
| 472 15    A.    Yes. | | |
| 472 16    Q.    Who is it from? | | |
| 472 17    A.    Elliott Berger. | | |
| 472 18    Q.    And what is the date? | | |
| 472 19    A.    June 19th. | | |
| 472 20    Q.    Of what year? | | |
| 472 21    A.    Oh, I'm sorry, 2009. | | |
| 472 22    Q.    And what is the re:, the | | |
| 472 23    subject line? | | |
| 472 24    A.    "Test Results for CAEv4 with | | |
| 472 25    New Instruction Set." | | |
| 473 1     Q.    And does he report in the first | | |
| 473 2     couple of lines the results? | | |
| 473 3     A.    He does. | | |
| 473 4     Q.    And what does he report? | | |
| 473 5     A.    It reads, "We have completed | | |
| 473 6     retesting the CAEv4.  The results are | | |
| 473 7     attached.  With the new instruction set, we | | |
| 473 8     find the NRR open is still 7 dB, but the NRR | | |
| 473 9     closed has increased to 23 dB.  The new value | | |
| 473 10    is valid as long as we change our | | |
| 473 11    instructions accordingly." | | |
| 473 12    Q.    And have you seen other | | |

473 13     documents indicating that the instructions
473 14     were, in fact, modified?
473 15     A.   I have.