UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Estes*, 7:20cv137<br>*Hacker*, 7:20cv131<br>*Keefer*, 7:20cv104 | Case No. 3:19md2885<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# DEPOSITION DESIGNATIONS ORDER NO. 4

This Order addresses Defendants' objections and counter-designations to Plaintiffs' affirmative deposition designations and Plaintiffs' objections to Defendants' counter-designations thereto for the following witness depositions:

1. Jeff Hamer, 2015-10-07
2. Ronald Kieper, 2019-12-19
3. Doug Ohlin (Moldex), 2013-04-24

The Court's rulings with respect to the above depositions are set forth in the attached Exhibit 1.

**SO ORDERED**, on this 20th day of March, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**