# EXHIBIT 1

# Hamer 2015-10-07

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Rulings |
|---|---|---|
| 1:12 - 1:20   Hamer 2015-10-07 | **Re: [1:12-1:20]** | **DEFER RULING** |
|   1 12    The videotaped deposition upon oral | **Def Obj** Defendants object to the use of | |
|   1 13    examination of JEFFREY LEE HAMER, a witness produced | this deposition transcript as unduly | |
|   1 14    and sworn before me, Julie A. Rupprecht, RPR, CRR, | prejudicial because it is prior testimony | |
|   1 15    Notary Public in and for the County of Hamilton, State | from a separate proceeding. Plaintiffs | |
|   1 16    of Indiana, taken on behalf of the Plaintiff at the | deposed Mr. Hamer in this litigation on | |
|   1 17    offices of Katz & Korin, The Emelie Building, | December 18, 2019. At that time, | |
|   1 18    334 North Senate Avenue, Indianapolis, Indiana, on | Plaintiffs had the opportunity to cross | |
|   1 19    October 7, 2015, at 9:44 a.m., pursuant to the Federal | examine Mr. Hamer with material from | |
|   1 20    Rules of Civil Procedure. | his prior testimony. Indeed, plaintiffs | |
| | took that opportunity and used this | |
| | deposition transcript with Mr. Hamer in | |
| | that 2019 deposition on several different | |
| | occasions. Plaintiffs should not now be | |
| | allowed to present prior testimony from | |
| | a separate proceeding when they had | |
| | every opportunity to develop the | |
| | testimony they now designate during | |
| | Mr. Hamer's deposition in this case. | |
| 7:8 - 7:10   Hamer 2015-10-07 | | |
|   7 8    Q  Sir, would you state your name for the record, | | |
|   7 9    please? | | |
|   7 10    A  Jeffrey Lee Hamer. | | |
| 9:17 - 10:17   Hamer 2015-10-07 | | |
|   9 17    Q  And can you summarize briefly for me your | | |
|   9 18    employment history? | | |
|   9 19    A  Yes.  Started at what was EAR division of Cabot | | |
|   9 20    Corporation in 1984, hired as applications | | |
|   9 21    engineer, worked my way up through that | | |
|   9 22    organization in noise control engineering, | | |
|   9 23    basically applying noise control to OEM products | | |
|   9 24    for manufacturers, worked my way up over the next | | |
|   9 25    13 years to the manager of the laboratory there. | | |
|   10 1    In 1997, moved to a company in southern | | |
|   10 2    Indiana by the name of PRD, Incorporated, as the | | |
|   10 3    manager of engineering there.  They're an injection | | |
|   10 4    molding firm primarily in automotive design and | | |
|   10 5    molding components.  In 2007, moved back to what | | |

| | | |
|---|---|---|
| 10 6    was at the time Aearo Corporation on the safety<br>10 7    products side of the business rather than the noise<br>10 8    control as the senior technical director and have<br>10 9    worked there ever since 3M acquired Aearo in 2008.<br>10 10   Q  Thank you.  So for 13 years while you were at<br>10 11   Cabot, you worked your way up to various ranks as<br>10 12   an engineer?<br>10 13   A  As an engineer and a manager and engineering<br>10 14   manager.<br>10 15   Q  And that was in -- and you said that at the end of<br>10 16   that period, you had -- you had become the lab<br>10 17   manager, too? | | |
| 10:19 - 10:22  Hamer 2015-10-07<br>10 19   Q  And by lab, do you mean the E-A-RCAL Lab?<br>10 20   A  No.  I mean the acoustics lab for what was the<br>10 21   noise control products division at the time, not<br>10 22   safety division. | Re: [10:19-10:22]<br>Pltf Obj improper clarification<br>testimony, outside the scope of PTO 64 | OBJECTION WITHDRAWN,<br>3/11/2021 |
| 10:25 - 11:8  Hamer 2015-10-07<br>10 25   be asking just for the record.  What's the<br>11 1    difference between noise control and noise<br>11 2    protection or safety?<br>11 3    A  Noise control is the application of materials and<br>11 4    designed to reduce noise in a -- in a device or<br>11 5    machine.<br>11 6    Q  Uh-huh.<br>11 7    A  Hearing protection is protecting a user from<br>11 8    excessive noise. | Re: [10:25-11:8]<br>Pltf Obj improper clarification<br>testimony, outside the scope of PTO 64 | OBJECTION WITHDRAWN,<br>3/11/2021 |
| 17:1 - 17:3  Hamer 2015-10-07<br>17 1    Q  So what have your responsibilities been at Aearo<br>17 2    and 3M since you rejoined the company in 2007?<br>17 3    A  Manage the development laboratory as a whole with | | |
| 17:4 - 17:5  Hamer 2015-10-07<br>17 4    respect to new product development, new technology<br>17 5    initiatives, and personnel associated with that. | Re: [17:4-17:5]<br>Pltf Obj no objection- clarification | OBJECTION WITHDRAWN,<br>3/11/2021 |
| 17:11 - 17:13  Hamer 2015-10-07<br>17 11   And the development lab, that -- is that<br>17 12   Mr. Berger's lab or a different lab or some<br>17 13   combination? | Re: [17:11-17:13]<br>Pltf Obj no objection- clarification | OBJECTION WITHDRAWN,<br>3/11/2021 |

| | | |
|---|---|---|
| 17:14 - 17:21   Hamer 2015-10-07 | | |
| 17 14    A  The product development lab is under -- is under my | | |
| 17 15    responsibility.  Mr. Berger manages the E-A-RCAL | | |
| 17 16    testing facility. | | |
| 17 17    Q  And they're different? | | |
| 17 18    A  They're within the same building, but they have | | |
| 17 19    different functions, yes. | | |
| 17 20    Q  And -- but he reports to you; correct? | | |
| 17 21    A  Yes, he does. | | |
| 41:4 - 41:19   Hamer 2015-10-07 | | |
| 41 4    And 3M believes that the NRR they put on their | | |
| 41 5    hearing protection devices is important; correct? | | |
| 41 6    A  Yes. | | |
| 41 7    Q  You try to be as accurate as you can? | | |
| 41 8    A  Yes. | | |
| 41 9    Q  You try to communicate information truthfully? | | |
| 41 10    A  Yes. | | |
| 41 11    Q  I'm sure you do. | | |
| 41 12    A noise reduction rating is the measure of | | |
| 41 13    attenu- -- it's a way of representing measurements | | |
| 41 14    done on a hearing protection device to see how much | | |
| 41 15    it attenuates or reduces the noise that would | | |
| 41 16    otherwise reach the wearer or user of the product; | | |
| 41 17    correct? | | |
| 41 18    A  It's a single-number rating meant to indicate | | |
| 41 19    potential hearing damage. | | |
| 41:20 - 42:6   Hamer 2015-10-07 | Re: [41:20-42:6] | |
| 41 20    Q  Okay.  And when you say it's a single-number | Pltf Obj no objection- clarification | |
| 41 21    rating, the point is sound is made up of different | | |
| 41 22    components with different frequencies and different | | |
| 41 23    amplitudes.  And you could measure them all | | |
| 41 24    separately, but this rating pulls them all together | | **OBJECTION WITHDRAWN, 3/11/2021** |
| 41 25    under a certain standard; correct? | | |
| 42 1    A  Correct. | | |
| 42 2    Q  And that standard is an ANSI standard, right, | | |
| 42 3    A-N-S-I? | | |
| 42 4    A  Correct. | | |
| 42 5    Q  And it's often referred to as the 1974 standard? | | |
| 42 6    A  Correct. | | |

48:14 - 49:17   Hamer 2015-10-07

| | |
|---|---|
| 48 14 | In any event, the way the noise reduction |
| 48 15 | rating is determined based on, I believe, some |
| 48 16 | EPA -- first of all, the EPA passes regulations |
| 48 17 | that control the noise reduction rating protocol, |
| 48 18 | right, or the -- how you state it? |
| 48 19 | A  The -- yes.  The EPA is the regulatory body for |
| 48 20 | hearing protection. |
| 48 21 | Q  And they pass rules about how manufacturers of |
| 48 22 | hearing protection devices should list the NRR for |
| 48 23 | those products; correct? |
| 48 24 | A  Yes. |
| 48 25 | Q  And they require that all hearing protection |
| 49 1 | devices carry an NRR? |
| 49 2 | A  They do. |
| 49 3 | Q  They require that it be measured using the ANSI |
| 49 4 | 1974 standard, if you would; correct? |
| 49 5 | A  Yes. |
| 49 6 | Q  And then they determine -- they instruct that |
| 49 7 | the -- after the measurements are done under the |
| 49 8 | ANSI standards, certain adjustments are to be made |
| 49 9 | to arrive at the NRR calculation; correct? |
| 49 10 | A  Yes. |
| 49 11 | Q  And they do that by, among other things, reducing |
| 49 12 | the mean or the average attenuation that's measured |
| 49 13 | with various people two standard deviations down in |
| 49 14 | order to make sure that 98 percent of the |
| 49 15 | population gets at least that level of protection |
| 49 16 | from the device or more; correct? |
| 49 17 | A  That's the intent. |

49:18 - 50:2   Hamer 2015-10-07

| | | |
|---|---|---|
| 49 18 | Q  What -- why -- you say that's the intent.  Is there | Re: [49:18-50:2] |
| 49 19 | a qualification, like it doesn't always work, or | Pltf Obj improper clarification |
| 49 20 | you're just saying that's the intent? | testimony, outside the scope of PTO 64 |
| 49 21 | A  The -- that -- the NRR is an ideal reduction. | |
| 49 22 | Q  Okay.  I understand.  It's not always attained? | |
| 49 23 | A  Correct. | |
| 49 24 | Q  And in fact, I think there's a disclaimer on some | |
| 49 25 | products that says cut it in half? | |

OVERRULED as to 49:18-49:23

SUSTAINED as to 49:24-50:2

| | | | |
|---|---|---|---|
| 50 1 | A  There's some OSHA guidance that deals with derating | | |
| 50 2 | the NRR to obtain real world attenuation. | | |
| 87:5 - 87:24 | Hamer 2015-10-07 | **Re: [87:5-87:24]** | **OVERRULED** |
| 87 5 | Q  But don't you also use your own judgment and | **Def Obj** Relevance (401, 402); | |
| 87 6 | sometimes decide there's something wrong with the | Prejudice (403); foundation (602) | |
| 87 7 | test and we should redo the test? | | |
| 87 8 | A  No. | | |
| 87 9 | Q  You never do that? | | |
| 87 10 | A  Not for a label test. | | |
| 87 11 | Q  Huh.  What does that mean?  What do you mean?  You | | |
| 87 12 | never stop a label test? | | |
| 87 13 | A  We do not. | | |
| 87 14 | Q  Is it against the policy of 3M to stop a label test | | |
| 87 15 | because -- | | |
| 87 16 | A  Not -- so we have stopped a label test in the | | |
| 87 17 | past -- | | |
| 87 18 | Q  Uh-huh. | | |
| 87 19 | A  -- I think.  I believe we have.  And then modified | | |
| 87 20 | the product.  We never -- never started a new test | | |
| 87 21 | on the same product. | | |
| 87 22 | Q  Why is that? | | |
| 87 23 | A  Because we didn't -- we were not meeting our | | |
| 87 24 | objectives in development. | | |
| 88:6 - 88:22 | Hamer 2015-10-07 | **Re: [88:6-88:22]** | **OVERRULED** |
| 88 6 | If the experimenters or Mr. Kieper or someone | **Pltf Obj** improper clarification | |
| 88 7 | is running a labeling test and they start seeing, | testimony, outside the scope of PTO 64; | |
| 88 8 | say, highly variable results, do they ever stop the | cumulative | |
| 88 9 | test and redo it? | | |
| 88 10 | A  No, they do not -- not redo the same product | | |
| 88 11 | with -- that -- we would modify the product | | |
| 88 12 | before -- | | |
| 88 13 | Q  So -- I'm sorry.  I didn't mean to stop you.  You | | |
| 88 14 | would modify the product -- were you done? | | |
| 88 15 | A  Yes. | | |
| 88 16 | Q  And -- I'm sorry.  I didn't mean to cut you off.  I | | |
| 88 17 | apologize. | | |
| 88 18 | And what I think you're also saying is the | | |
| 88 19 | only time we would redo a labeling test is if we | | |
| 88 20 | made a change to a product or some aspect of it; is | | |

Hamer 2015-10-07                                                                                                    6

| | | |
|---|---|---|
| 88 21    that correct? | | |
| 88 22    A  Yes. | | |
| 88:23 - 89:9    Hamer 2015-10-07 | **Re: [88:23-89:9]** | **OVERRULED** |
| 88 23    Q  Okay.  And is it your practice if you either change | **Def Obj** Relevance (401, 402); | |
| 88 24    a product or change the way it's being, for | Prejudice (403); foundation (602) | |
| 88 25    example, fitted, then you would do a retest? | | |
| 89 1    A  Fitted? | | |
| 89 2    Q  Yeah. | | |
| 89 3    A  Explain fitted to me. | | |
| 89 4    Q  How -- how the person's being instructed to put it | | |
| 89 5    in or -- | | |
| 89 6    A  No. | | |
| 89 7    Q  No what? | | |
| 89 8    A  We would not redo a label test due to new fitting | | |
| 89 9    instructions. | | |
| 101:10 - 101:17    Hamer 2015-10-07 | **Re: [101:10-101:17]** | **OVERRULED** |
| 101 10    Q  So how does the lab know when the test it's doing | **Def Obj** Relevance (401, 402); | |
| 101 11    is a labeling test?  Is it instructed in that | Prejudice (403); foundation (602) | |
| 101 12    regard? | | |
| 101 13    A  Yes. | | |
| 101 14    Q  By whom? | | |
| 101 15    A  Myself and/or Elliott. | | |
| 101 16    Q  Elliott Berger? | | |
| 101 17    A  Yes. | | |
| 120:10 - 120:14    Hamer 2015-10-07 | **Re: [120:10-120:14]** | **120:10  DESIGNATION** |
| 120 10    A  Yes. | **Def Obj** incomplete designation. | **WITHDRAWN, 3/11/2021** |
| 120 11    Q  Okay.  Don't you think that it's not fair to | Answer with no question then question | |
| 120 12    soldiers to not tell them that this thing actually | with no answer | **SUSTAINED as to 120:11-120:14** |
| 120 13    has more attenuation in some tests than the zero | | |
| 120 14    that you listed on the package? | | |
| 120:17 - 121:3    Hamer 2015-10-07 | **Re: [120:17-121:3]** | **SUSTAINED** |
| 120 17    Q  Yeah.  Don't you think that it's not fair to | **Def Obj** Relevance (401, 402); | |
| 120 18    soldiers to not tell them that you did later tests | Prejudice (403); foundation (602) | |
| 120 19    on the Combat Arms Version 2 and you got a higher | | |
| 120 20    NRR in the open than what you're putting on the | | |
| 120 21    package when you know that the lower attenuation is | | |
| 120 22    what they're looking for? | | |
| 120 23    MS. HUNTER:  Same objection. | | |
| 120 24    A  I don't know how to answer that.  I mean, I -- I | | |

| | | | |
|---|---|---|---|
| 120 25 | don't believe it's unfair, no. | | |
| 121 1 | Q  Why not?  Wouldn't you want to give them the | | |
| 121 2 | information that we did later tests and we got an | | |
| 121 3 | NRR of five or six or whatever it is? | | |
| 121:5 - 121:9 | Hamer 2015-10-07 | **Re: [121:5-121:9]** | **OVERRULED** |
| 121 5 | A  I believe, again, that the rating of NRR is a | **Def Obj** Relevance (401, 402); | |
| 121 6 | measure of sound protection, how well we're | Prejudice (403); foundation (602) | |
| 121 7 | protecting the soldier from incident sound energy. | | |
| 121 8 | And to tell them we were giving them more | | |
| 121 9 | protection than we potentially are would be wrong. | | |
| 162:3 - 163:3 | Hamer 2015-10-07 | **Re: [162:3-163:3]** | **OVERRULED** |
| 162 3 | Q  We'll take our time and get there.  That's all | **Def Obj** Relevance (401, 402); | |
| 162 4 | right.  Look at Exhibit 5201, the -- | Prejudice (403); foundation (602) | |
| 162 5 | A  Got it. | | |
| 162 6 | Q  -- development of the Combat Arms earplug document | | |
| 162 7 | we've been looking at all morning. | | |
| 162 8 | A  Okay, the same table. | | |
| 162 9 | Q  Yeah.  And if you'll look, you'll see it lists the | | |
| 162 10 | labeling test for the closed end of the Combat Arms | | |
| 162 11 | as test number 213017.  Do you see that? | | |
| 162 12 | A  Yes. | | |
| 162 13 | Q  And when we look at Exhibit 5211, we see the -- it | | |
| 162 14 | discloses that for labeling test 213017, the yellow | | |
| 162 15 | flange was rolled back before the test was | | |
| 162 16 | conducted; correct? | | |
| 162 17 | A  That's what the notes say on that test data, yes. | | |
| 162 18 | Q  Well, and also the memorandum that accompanies it | | |
| 162 19 | that was written by Kieper and Berger says, For | | |
| 162 20 | test 203017, the yellow flanges, the | | |
| 162 21 | level-dependent end of the plug, were folded back | | |
| 162 22 | prior to the green solid plug being inserted in the | | |
| 162 23 | subject's ears.  Do you see that? | | |
| 162 24 | A  Yes. | | |
| 162 25 | Q  And the reason they were doing that was so the | | |
| 163 1 | yellow end wouldn't cause the plug to come out; | | |
| 163 2 | right? | | |
| 163 3 | A  So it wouldn't interfere with insertion, yes. | | |

| | |
|---|---|
| **163:19 - 164:8**   Hamer 2015-10-07 | **Re: [163:19-164:8]** |
| 163 19    Q  So what was happening is when you put the plug in | **Def Obj** Relevance (401, 402); |
| 163 20    with one end, the other end's flanges were causing | Prejudice (403); foundation (602) |
| 163 21    the plug sometimes to come out at least partially; | **OVERRULED** |
| 163 22    correct? | |
| 163 23    A  That's what this document says, yes. | |
| 163 24    Q  And so the labeling test that 3M is using for the | |
| 163 25    closed end of the Combat Arms Version 2 actually | |
| 164 1    involves using the plug in a different | |
| 164 2    configuration than is advertised or shown in the | |
| 164 3    plug; right?  It involves folding back that flange. | |
| 164 4    A  It appears so. | |
| 164 5    Q  So really, the labeling test that 3M's using for | |
| 164 6    Combat Arms Version 2 for the green end is not the | |
| 164 7    appropriate test; isn't that true? | |
| 164 8    A  It appears so. | |
| **165:6 - 165:11**   Hamer 2015-10-07 | **Re: [165:6-165:11]** |
| 165 6    Q  And do you know why 3M redid the test on the closed | **Pltf Obj** improper clarification |
| 165 7    end to fold back the flange and get a higher NRR, | testimony, outside the scope of PTO 64 |
| 165 8    but it did not roll back the flange when it tested | **SUSTAINED** |
| 165 9    the same plug in the open mode? | |
| 165 10    A  I do not know that they didn't.  And I wasn't there | |
| 165 11    at the time. | |
| **165:20 - 166:1**   Hamer 2015-10-07 | **Re: [165:20-166:1]** |
| 165 20    Q  Okay.  Would it be fair to say that if they did not | **Def Obj** Relevance (401, 402); |
| 165 21    test the open mode with the flange rolled back, but | Prejudice (403); foundation (602) |
| 165 22    they did test the closed end with the flange rolled | **OVERRULED** |
| 165 23    back, that that would be improper because the two | |
| 165 24    tests were using the product in two different ways? | |
| 165 25    A  My opinion is that testing the product with the | |
| 166 1    flange rolled back is improper. | |
| **173:8 - 173:14**   Hamer 2015-10-07 | **Re: [173:8-173:14]** |
| 173 8    Q  There are only eight subjects in test number 213015 | **Def Obj** Relevance (401, 402); |
| 173 9    because they stopped the test; isn't that true? | Prejudice (403); foundation (602) |
| 173 10    A  Apparently.  I wasn't there. | **OVERRULED** |
| 173 11    Q  And isn't it your testimony that you're not | |
| 173 12    supposed to stop a labeling test in the middle just | |
| 173 13    because you're getting low numbers or variability? | |
| 173 14    A  Yes. | |

| | | |
|---|---|---|
| **173:15 - 173:16**   Hamer 2015-10-07 | **Re: [173:15-173:16]** | |
| 173 15     Q  Was it improper of them to stop the test in your | **Pltf Obj** no objection- clarification | |
| 173 16         opinion? | | |
| **173:18 - 174:3**   Hamer 2015-10-07 | **Re: [173:18-174:3]** | |
| 173 18     A  I don't know why they did it, so -- there's reasons | **Pltf Obj** no objection- clarification | |
| 173 19         that they -- it could have been during design and | | |
| 173 20         they decided to change something in the product. | | |
| 173 21     Q  Well, it was during the same day that they were | | |
| 173 22         testing the other end of the plug for labeling; | | |
| 173 23         right? | | |
| 173 24     A  Yes. | | |
| 173 25     Q  Okay. | | |
| 174 1     A  Doesn't mean that they didn't change the design. | | |
| 174 2     Q  Are you aware of any change in the design? | | |
| 174 3     A  I wasn't there. | | |
| **174:7 - 174:13**   Hamer 2015-10-07 | **Re: [174:7-174:13]** | **OVERRULED** |
| 174 7     Q  Okay.  And again, if test number 213015 was a | **Def Obj** Relevance (401, 402); | |
| 174 8         labeling test, then shouldn't they have completed | Prejudice (403); foundation (602) | |
| 174 9         the test and listed the NRR on the packaging? | | |
| 174 10     A  I do not know. | | |
| 174 11     Q  Wouldn't it be a big problem for 3M if it had to | | |
| 174 12         list the NRR on the closed end of its Combat Arms | | |
| 174 13         Version 2 as being 11 rather than 22? | | |
| **175:16 - 175:18**   Hamer 2015-10-07 | **Re: [175:16-175:18]** | **OVERRULED** |
| 175 16     Q  And don't you think that you should stop selling it | **Pltf Obj** improper clarification | |
| 175 17         until you figure out whether or not this is a | testimony, outside the scope of PTO 64 | |
| 175 18         problem? | | |
| **175:20 - 175:21**   Hamer 2015-10-07 | **Re: [175:20-175:21]** | **OVERRULED** |
| 175 20     A  I do not know that this is the design that we have | **Pltf Obj** improper clarification | |
| 175 21         on the market. | testimony, outside the scope of PTO 64 | |
| **175:24 - 176:7**   Hamer 2015-10-07 | **Re: [175:24-176:7]** | **OVERRULED** |
| 175 24         you think in 2000 when 3M found this problem with | **Def Obj** Relevance (401, 402); | |
| 175 25         this plug pulling out, they should have stopped and | Prejudice (403); foundation (602) | |
| 176 1         figured out what it was and stopped selling it | | |
| 176 2         until they solved it? | | |
| 176 3     A  I don't know that they didn't. | | |
| 176 4     Q  If they didn't, don't you think that would have | | |
| 176 5         been wrong? | | |

| | | |
|---|---|---|
| 176 6 | MS. HUNTER:  Object to form. | |
| 176 7 | A  If they did not, yes. | |

# Ronald Kieper 12/19/2019

## NOTE: Defendants have objected to affirmative designations included in this report as untimely under PTO 66.

### Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Rulings |
|---|---|---|
| 8:21 - 9:11   Ronald Kieper 12/19/2019 | | |

8 21    Q.   Good morning, Mr. Kieper.  Could you state
8 22    your full name for the record?
8 23    A.   Ronald William Kieper.
8 24    Q.   Great.
8 25    My name is Dave Buchanan.  I represent
9 1    certain service members and others who have been
9 2    injured as a result of their use of the Combat Arms
9 3    Earplug.
9 4    Do you have that understanding, sir, that
9 5    you are here today in a deposition in connection with
9 6    litigation relating to the Combat Arms Earplug?
9 7    A.   Yes.
9 8    Q.   For a period of time, sir, you were
9 9    employed by the Aearo Company or an Aearo affiliate,
9 10    is that fair?
9 11    A.   Yes.

**11:5 - 11:25**   Ronald Kieper 12/19/2019

11 5    Q.   When did you start with Aearo?
11 6    A.   June of 1981.
11 7    Q.   And you stayed there until the date of
11 8    your retirement, is that right?
11 9    A.   Yes.
11 10    Q.   Okay.  And when did you retire, sir?
11 11    A.   June of 2016.
11 12    Q.   So 35 years?
11 13    A.   Yes.
11 14    Q.   Is that right?
11 15    A.   That's correct.
11 16    Q.   A full career with Aearo?
11 17    A.   Yes.
11 18    Q.   And there -- the company had a series of
11 19    transactions over the years.  It was at one point
11 20    Cabot, it was at one point Aearo, at a later point it
11 21    was 3M, but have you always gone to a location with a
11 22    sign over the door that said Aearo?
11 23    A.   It -- initially it was E-A-R, Division of

| | | | |
|---|---|---|---|
| | 11 24    Cabot, and then, as you said, it transitioned through<br>11 25    several names, but I was always in the same building. | | |
| 12:9 - 12:12 | Ronald Kieper 12/19/2019 | | |
| | 12 9    Q.   During the entire time that you worked for<br>12 10    Aearo in the laboratory, was it called the E-A-RCAL<br>12 11    Laboratory?<br>12 12    A.   Yes. | | |
| 13:10 - 13:15 | Ronald Kieper 12/19/2019 | | |
| | 13 10    Q.   Okay. And so in 1988 you move over into<br>13 11    the E-A-RCAL Lab, is that right?<br>13 12    A.   Yes.<br>13 13    Q.   And what was your function when you moved<br>13 14    over there, sir?<br>13 15    A.   My title was Acoustic Technician. | | |
| 13:20 - 13:24 | Ronald Kieper 12/19/2019 | **Re: [13:20-13:24]**<br>**Def Obj** Relevance (401, 402) | **OVERRULED** |
| | 13 20    Q.   And please tell us, sir, kind of the<br>13 21    training process that you went through before you<br>13 22    moved into the lab?<br>13 23    A.   Before I moved into the lab, I had no<br>13 24    training. | | |
| 14:4 - 14:13 | Ronald Kieper 12/19/2019 | | |
| | 14 4    Q.   And then it was kind of an on-the-job<br>14 5    training where you became familiar with the tests that<br>14 6    were done, became, if you will, skilled in how to run<br>14 7    those tests?<br>14 8    A.   Yes.<br>14 9    Q.   Okay. Certainly throughout your career,<br>14 10    sir, you've conducted a series of different I'll call<br>14 11    them acoustic or audiologic tests in that lab.<br>14 12    Would that be fair?<br>14 13    A.   Yes. | | |
| 14:21 - 15:4 | Ronald Kieper 12/19/2019 | | |
| | 14 21    Q.   Mr. Kieper, I'm passing you Exhibit 1 to<br>14 22    your deposition. It's a copy of a PowerPoint from<br>14 23    2012, or a portion of a PowerPoint. This being<br>14 24    e-mailed from Mr. Berger to a Jeff Hamer, and it says:<br>14 25    "Subject: Updated capabilities file.<br>15 1    E-A-RCAL overview 2012 PowerPoint."<br>15 2    It is internally numbered P 221. | | |

| | | |
|---|---|---|
| 15 3    Do you see that first page, sir? | | |
| 15 4        A.   Yes, I do. | | |
| 15:19 - 15:21   Ronald Kieper 12/19/2019 | | |
| 15 19      Q.   It says: "Staff, Indianapolis Acoustics." | | |
| 15 20      Quickly, sir, and we'll see on the top | | |
| 15 21      left, is that an individual who headed the lab? | | |
| 16:9 - 17:2    Ronald Kieper 12/19/2019 | | |
| 16 9        Q.   Do you see the heading:  "Staff, | | |
| 16 10      Indianapolis Acoustics"? | | |
| 16 11      A.   Yes, I do. | | |
| 16 12      Q.   Okay.  And there's pictures of four | | |
| 16 13      individuals there? | | |
| 16 14      A.   Yes. | | |
| 16 15      Q.   Without the names in this version. | | |
| 16 16      Top left, would that be Elliott Berger? | | |
| 16 17      A.   Yes, that is Elliott. | | |
| 16 18      Q.   Okay.  And he is the person who brought | | |
| 16 19      you into the lab in 1988? | | |
| 16 20      A.   Yes. | | |
| 16 21      Q.   Okay.  And you worked under him for your | | |
| 16 22      entire time? | | |
| 16 23      A.   Yes. | | |
| 16 24      Q.   You retired before he retired, fair? | | |
| 16 25      A.   That's correct. | | |
| 17 1        Q.   Okay.  Bottom left, that would be you? | | |
| 17 2        A.   Yes. | | |
| 17:7 - 17:12   Ronald Kieper 12/19/2019 | | |
| 17 7        Q.   "Acoustics" -- "Acoustics Technician, B.S. | | |
| 17 8      Computer Technology," at that point "24 years in | | |
| 17 9      E-A-RCAL," and "responsible for all label/NRR tests, | | |
| 17 10      expert in REAT, MIRE, and ATF tests." | | |
| 17 11      Did I read that correctly? | | |
| 17 12      A.   Yes, you did. | | |
| 17:13 - 17:15   Ronald Kieper 12/19/2019 | **Re: [17:13-17:15]** | **SUSTAINED** |
| 17 13      Q.   And at what point in time did you complete | **Pltf Obj** Beyond the scope of | |
| 17 14      your B.S. in computer technology? | clarification counter. | |
| 17 15      A.   It was in the 1990s. | | |

17:19 - 17:21   Ronald Kieper 12/19/2019

   17 19    Q.   And where did you obtain your degree from,

   17 20    sir?

   17 21    A.   Purdue University.

17:22 – 18:3   Ronald Kieper 12/19/2019

   17 22    Q.   Okay.  And did you obtain any certificates

   17 23    or other training, you know, formal training outside

   17 24    of on-the-job training in audiology or acoustics?

   17 25    A.   I -- right after I was hired, I took a

   18 1    20-hour course given by Larry and Julie Royster on a

   18 2    hearing conservation program, how to run a hearing

   18 3    conservation program.

18:4 – 18:14   Ronald Kieper 12/19/2019

   18 4    Q.   Okay.  And what is a hearing conservation

   18 5    program?

   18 6    A.   In workplaces where the employees are

   18 7    exposed to hazardous noise levels, the -- my

   18 8    understanding is they -- they maybe legally have to

   18 9    have a hearing conservation program which monitors --

   18 10    well, it -- they give audiograms to the employees,

   18 11    typically annually, they monitor and measure the noise

   18 12    levels that the employees are exposed to, there is

   18 13    education of the employees, and there may be one or

   18 14    two other facets of the hearing conservation program.

23:6 - 23:25   Ronald Kieper 12/19/2019

   23 6    Q.   And we saw on the screen a few minutes ago

   23 7    that, you know, you were familiar and had involvement

   23 8    for running all label/NRR tests for the E-A-RCAL Lab,

   23 9    right?

   23 10    A.   Yes, for many years I was.

   23 11    Q.   Certainly as of the point of time of this

   23 12    PowerPoint, a point in time you were still at the

   23 13    company, or with Aearo, you were responsible for all

   23 14    label/NRR tests, right?

   23 15    A.   Yes.

   23 16    Q.   Okay.  So when we are talking about

   23 17    hearing protection devices and I was talking about a

   23 18    characteristic of them, one of the outputs of the test

   23 19    that you ran while you were at Aearo were tests that

**Re: [17:19-17:21]**
**Pltf Obj** Beyond the scope of clarification counter.

**Re: [17:22-18:3]**
**Pltf Obj** Beyond the scope of clarification counter.

**Re: [18:4-18:14]**
**Pltf Obj** Beyond the scope of clarification counter.

| | | |
|---|---|---|
| 23 20 | would generate an NRR, correct? | | |
| 23 21 | A.   Yes, an NRR could be calculated. | | |
| 23 22 | Q.   And that's what it says on the screen here | | |
| 23 23 | in Exhibit 1 that you were responsible for all of the | | |
| 23 24 | label/NRR tests, right? | | |
| 23 25 | A.   Yes, that's what it says right here. | | |
| **24:9 - 24:12**   Ronald Kieper 12/19/2019 | | **Re: [24:9-24:12]** | **OVERRULED** |
| 24 9 | Q.   Are you familiar, sir, that the EPA | **Def Obj** Relevance (401, 402) | |
| 24 10 | specifies a label that is to accompany the sale of | | |
| 24 11 | hearing protection devices in this country? | | |
| 24 12 | A.   That -- that sounds right, yes. | | |
| **26:16 - 26:19**   Ronald Kieper 12/19/2019 | | | |
| 26 16 | Q.   Some hearing protection devices provide | | |
| 26 17 | more attenuation or more protection from sound -- loud | | |
| 26 18 | noises than others, right? | | |
| 26 19 | A.   I think that's accurate, yes. | | |
| **26:20 - 27:1**   Ronald Kieper 12/19/2019 | | **Re: [26:20-27:1]** | **OVERRULED** |
| 26 20 | Q.   And that's really one of the things that | **Def Obj** Vague (611, 403) | |
| 26 21 | you were measuring when you were doing label and NRR | | |
| 26 22 | tests is the extent of attenuation or protection that | | |
| 26 23 | the hearing protection device provided, right? | | |
| 26 24 | MS. ELIZABETH:  Objection; form. | | |
| 26 25 | BY THE WITNESS: | | |
| 27 1 | A.   Yes. | | |
| **27:19 - 28:3**   Ronald Kieper 12/19/2019 | | **Re: [27:19-28:3]** | **OVERRULED** |
| 27 19 | One of the goals of generating an NRR was | **Def Obj** Misstates (611, 403); | |
| 27 20 | to provide a measure that people could use in | foundation (602) | |
| 27 21 | assessing the protection that your hearing protection | | |
| 27 22 | devices provided. | | |
| 27 23 | Would that be fair? | | |
| 27 24 | MS. ELIZABETH:  Objection; form, foundation. | | |
| 27 25 | BY THE WITNESS: | | |
| 28 1 | A.   Yes, you could use the NRR of a variety of | | |
| 28 2 | products to assess their comparative protective | | |
| 28 3 | ability. | | |
| **28:4 - 28:11**   Ronald Kieper 12/19/2019 | | | |
| 28 4 | BY MR. BUCHANAN: | | |
| 28 5 | Q.   And so just so we understand, if you will, | | |
| 28 6 | the scheme correctly, higher NRRs convey greater | | |

| | | |
|---|---|---|
| 28 7 | attenuation or protection, correct? | |
| 28 8 | A.   Yes. | |
| 28 9 | Q.   Lower NRRs convey less attenuation or less | |
| 28 10 | protection, correct? | |
| 28 11 | A.   Yes. | |

**46:15 - 47:1   Ronald Kieper 12/19/2019**

| | |
|---|---|
| 46 15 | Q.   Okay.  So in terms of protection afforded |
| 46 16 | by the Combat Arms Version 2, to the extent there was |
| 46 17 | testing done on it by Aearo, your function would have |
| 46 18 | been around real-ear attenuation data, is that fair? |
| 46 19 | A.   That's correct. |
| 46 20 | Q.   So-called REAT testing? |
| 46 21 | A.   Yes. |
| 46 22 | Q.   I've seen it written out like that.  Is |
| 46 23 | that how you pronounced it in your day-to-day |
| 46 24 | practice? |
| 46 25 | A.   The letters stand for real-ear attenuation |
| 47 1 | at threshold. |

**47:2 - 47:8   Ronald Kieper 12/19/2019**

| | | |
|---|---|---|
| 47 2 | Q.   Okay.  And those are tests that can be | **Re: [47:2-47:8]** |
| 47 3 | done in different ways, but those are tests the output | **Def Obj** Vague (611, 403); foundation |
| 47 4 | of which can be an NRR, correct? | (602) |
| 47 5 | MS. ELIZABETH:  Objection; form. | |
| 47 6 | BY THE WITNESS: | |
| 47 7 | A.   Yes, the real-ear test can result in an | |
| 47 8 | NRR being computed. | |

**OVERRULED** (highlighted)

**58:5 - 58:14   Ronald Kieper 12/19/2019**

| | |
|---|---|
| 58 5 | Q.   Sir, we spent some time talking about the |
| 58 6 | difference between the green end and the yellow end? |
| 58 7 | A.   Yes. |
| 58 8 | Q.   Just so the record is clear, you did what |
| 58 9 | you called real-ear attenuation at threshold testing |
| 58 10 | or REAT testing on the green end, correct? |
| 58 11 | A.   I tested both ends, yes. |
| 58 12 | Q.   Okay.  You tested both ends for the |
| 58 13 | attenuation using REAT tests, correct? |
| 58 14 | A.   Yes, I did. |

| | | |
|---|---|---|
| 58:15 - 58:16   Ronald Kieper 12/19/2019 | **Re: [58:15-58:16]** | **SUSTAINED** |
| 58 15      Q.   We also talked about impulse noise | **Pltf Obj**  beyond the scope of | |
| 58 16        testing. | completeness counter | |
| 91:4 - 92:6   Ronald Kieper 12/19/2019 | | |
| 91 4       Q.   Okay.  So going back, please, to | | |
| 91 5      Exhibit 1, and we went down that, if you will, fork in | | |
| 91 6      the road while we were talking about NVLAP | | |
| 91 7      accreditation on this -- on this particular slide | | |
| 91 8      talking about your E-A-RCAL facility. | | |
| 91 9      "Established 1978 and NVLAP accredited in | | |
| 91 10       1992." | | |
| 91 11      Do you see that? | | |
| 91 12      A.   Yes. | | |
| 91 13      Q.   Okay.  It says:  "Real-ear attenuation at | | |
| 91 14      threshold per ANSI S3.19 and S12.6." | | |
| 91 15      Do you see that, sir? | | |
| 91 16      A.   Yes. | | |
| 91 17      Q.   Okay.  What do those ANSI numbers | | |
| 91 18      represent? | | |
| 91 19      A.   Those are test standards. | | |
| 91 20      Q.   Okay.  And the jury may have already heard | | |
| 91 21      about these, but maybe you could help us out, sir. | | |
| 91 22      ANSI S3.19, what is that? | | |
| 91 23      A.   It's a document, I believe, that was | | |
| 91 24      created in 1974 and it outlines test procedures and a | | |
| 91 25      number of other things that are required to do | | |
| 92 1      real-ear testing on people.  I believe it also talks | | |
| 92 2      about insertion loss testing. | | |
| 92 3      Q.   Okay.  And with regard to real attenuation | | |
| 92 4      at threshold (REAT) per ANSI S3.19, is that referring | | |
| 92 5      to so-called human testing in that standard? | | |
| 92 6      A.   Yes. | | |
| 92:7 - 92:13   Ronald Kieper 12/19/2019 | **Re: [92:7-92:13]** | **OVERRULED** |
| 92 7       Q.   Okay.  And that would be if you are doing | **Def Obj** Vague (611, 403) | |
| 92 8      label testing on most US products under ANSI S3.19, | | |
| 92 9      you'd be using a particular subpart of that standard, | | |
| 92 10       right? | | |
| 92 11      MS. ELIZABETH:  Objection; form. | | |

| | | | |
|---|---|---|---|
| 92 12 | BY THE WITNESS: | | |
| 92 13 | A.  Yes. | | |

92:14 - 92:18   Ronald Kieper 12/19/2019

92 14     BY MR. BUCHANAN:
92 15     Q.   You'd be using what's been called
92 16     Experimenter-Fit as the procedure, is that right?
92 17     A.   Yes, for labeling tests we would use
92 18     Experimenter-Fit.

92:19 - 93:1   Ronald Kieper 12/19/2019

92 19     Q.   And then am I correct then if you were
92 20     doing Experimenter-Fit on labeling tests under that
92 21     particular standard, you would be the experimenter?
92 22     A.   I would be the experimenter.
92 23     Q.   And you would be then the one doing the
92 24     fit?
92 25     A.   Yes, I would.
93 1      Q.   How many hundreds or thousands of label

93:1 - 93:6   Ronald Kieper 12/19/2019

93 1      Q.   How many hundreds or thousands of label
93 2      tests, sir, have you done in your career?
93 3      A.   I have no idea.
93 4      Q.   Hundreds?
93 5      A.   I -- possibly, but I don't know.  I really
93 6      don't know.

**Re: [93:1-93:6]**
**Def Obj** Relevance (401, 402)

**SUSTAINED**

93:7 - 93:14   Ronald Kieper 12/19/2019

93 7      Q.   I mean, were you running them most of the
93 8      weeks you were there in the lab?
93 9      MS. ELIZABETH:  Objection; form.
93 10     BY THE WITNESS:
93 11     A.   I would say not -- not most of the weeks.
93 12     You know, it is hard to quantify.  I did a lot of
93 13     label tests, a lot of product development tests, and
93 14     as it says here, I conducted over 2200 full tests.

**Re: [93:7-93:14]**
**Def Obj** Vague; misstates (611, 403);
relevance (401, 402)

**OVERRULED**

95:21 - 96:5   Ronald Kieper 12/19/2019

95 21     Q.   Okay.  Can we go to .5.
95 22     I'm wondering, sir, if you can help us
95 23     understand this REAT test by looking at the pictures.
95 24     The pictures show a gentleman left sitting
95 25     in a room.  There is a -- obviously a plastic head on

96 1    the right, bot -- lower right, and some kind of
96 2    apparatus at the top right.
96 3    Which of these three testing scenarios or
96 4    four testing scenarios concern REAT testing?
96 5    A.   The picture on the left.

97:2 - 98:10    Ronald Kieper 12/19/2019

97 2    Q.   Okay.  And so the gentleman that's sitting
97 3    in the chair, would that be the test subject in that
97 4    particular example?
97 5    A.   That would -- that's where a test subject
97 6    would sit, yes.
97 7    Q.   And so how does that work, sir?  He is
97 8    sitting there and how does the test run?
97 9    A.   In the room there are three sets of loud
97 10   speakers, and for real-ear testing, the person sits
97 11   there, sits in the chair and responds to the test
97 12   tones when they are presented in the room.
97 13   Q.   Okay.  And he is holding something in his
97 14   hand.  What's that?
97 15   A.   We call that our -- the hand switch.
97 16   Q.   And what's that?
97 17   A.   It has a light that goes -- that a person
97 18   can place his or her thumb or finger in and that --
97 19   that allows the person to control the loudness of the
97 20   test tones.
97 21   Q.   Okay.  And how does the person control
97 22   that?
97 23   A.   When the test is begun, the -- the test
97 24   tones are generated and they begin below the person's
97 25   level of hearing sensitivity, and when the person just
98 1    begins to hear the tone, they -- he or she would put
98 2    his finger or thumb in the hand switch, and by
98 3    blocking the light, that would cause the level -- the
98 4    volume level to decrease.  And when they could no --
98 5    the person could no longer -- when the person could no
98 6    longer hear the tone, he or she would lift their
98 7    finger or thumb up and then the -- the sound level
98 8    would increase until they hear it again and then they

98 9     press.  So it would be a series of:  I hear it, I
98 10    don't hear it; I hear it, I don't hear it.
98:18 - 99:12   Ronald Kieper 12/19/2019
98 18    Q.   But before they are actually, you know,
98 19    starting this test, I guess if you are measuring a
98 20    hearing protection device, and you are running let's
98 21    call it an Experimenter-Fit, this ANSI S3.12 standard
98 22    you were talking about before, S3.19 standard, what do
98 23    you do before you start the test?
98 24    A.   Well, our normal procedure would be to
98 25    talk to the person outside the room, explain what --
99 1     what device we are testing, and then we'd go into the
99 2     room and get the person situated, and we would either
99 3     begin to test with an open condition of their ears,
99 4     meaning there is nothing in their ears, or covering
99 5     their ears, or a protected condition with the hearing
99 6     protector either inserted if it's a plug or over their
99 7     ears if it's an earmuff, so.
99 8     Q.   Now, are they actually sitting in that
99 9     chair that we are looking at on the screen when you as
99 10    the experimenter fit them with hearing protection to
99 11    test?
99 12    A.   Yes.
99:13 - 99:16   Ronald Kieper 12/19/2019
99 13    Q.   So if they are in the open position, as I
99 14    understand it, an open position means they don't have
99 15    any hearing protection on them, right?
99 16    A.   Yes.
99:17 - 100:12   Ronald Kieper 12/19/2019
99 17    Q.   And so what you are doing when you run
99 18    these tests is you are measuring the open position,
99 19    you know, how -- what's the earliest point in time
99 20    they can hear versus not hear particular tones, right?
99 21    A.   Yes.
99 22    Q.   And then you put the hearing protection on
99 23    and you see what's the earlier point in time that they
99 24    can hear or not hear particular tones when they have
99 25    the hearing protection on, right?
100 1    A.   Yes.

Ronald Kieper 12/19/2019                                                                                      11

100 2     Q.   And then what you do is you measure -- you
100 3     subtract those two sound levels and compute an
100 4     attenuation at that given tone for that particular
100 5     test observation?
100 6     A.   That's accurate, yes.
100 7     Q.   And if you were running, as you said, an
100 8     ANSI '74 test for labeling purposes, you would
100 9     actually do three tests like that, open and closed,
100 10     for each test subject, correct?
100 11     A.   Yes, three repetitions of the open and
100 12     closed testing.

100:13 - 101:3   Ronald Kieper 12/19/2019
100 13     Q.   And so when you go in to fit the hearing
100 14     protection device to test the closed attenuation value
100 15     for somebody, describe that process for me?
100 16     A.   I would go into the room and insert the
100 17     hearing protector in their ears.  If it's a foam plug,
100 18     we'd let it expand until it is fully expanded, then
100 19     the person can turn on what we call fitting noise.
100 20     This -- the room itself is soundproof, it is very low
100 21     level, there is no HVAC noises or other machinery
100 22     noises.  It is very quiet.  So we would -- we'd turn
100 23     on the fitting noise and the person, the test subject
100 24     has been trained on using the fitting noise to assess
100 25     the fit of the hearing protector.  And they would
101 1     cover and uncover their ears and do other things to
101 2     confirm that the hearing protector was donned
101 3     appropriately, that we were getting a good fit.

101:9 - 101:15   Ronald Kieper 12/19/2019
101 9     Q.   -- the person sitting in the chair, we see
101 10     the picture on the screen, you would walk in and say,
101 11     Okay.  Now we are going to do the closed end.  Here is
101 12     the hearing protection device I am going to insert.
101 13     And then you would insert it in the subject's ears for
101 14     them, is that correct?
101 15     A.   Yes.

101:16 - 101:18   Ronald Kieper 12/19/2019
101 16     Q.   And then you would play what you called

| | | |
|---|---|---|
| 101 17    "fitting noise," is that right? | | |
| 101 18    A.   Yes. | | |
| 102:1 - 102:7    Ronald Kieper 12/19/2019 | **Re: [102:1-102:7]** | **OVERRULED** |
| 102 1      Q.   And so the goal then is you fit them. | **Def Obj** Vague; misstates (611, 403) | |
| 102 2      Do you visually check to make sure they | | |
| 102 3      are seated the way they are supposed to be seated from | | |
| 102 4      your perspective as an expert fitter? | | |
| 102 5      MS. ELIZABETH:  Objection; form. | | |
| 102 6      BY THE WITNESS: | | |
| 102 7      A.   I -- I do a visual check, yes. | | |
| 102:9 - 102:15    Ronald Kieper 12/19/2019 | | |
| 102 9      Q.   And do you use a flashlight, do you just | | |
| 102 10     use your eyes, how do you do it, or does it vary? | | |
| 102 11     A.   Normally I -- there -- as you can see, | | |
| 102 12     there are -- there are lights in the room.  We turn | | |
| 102 13     the lights off when the testing is done, but when I'm | | |
| 102 14     in the room fitting the plug, the lights are on so I | | |
| 102 15     can see how the plugs are fitting in the ears. | | |
| 102:16 - 102:20    Ronald Kieper 12/19/2019 | | |
| 102 16     Q.   So step one is you go in, you insert the | | |
| 102 17     earplugs, you assure yourself to your satisfaction | | |
| 102 18     that you have a good fit from optical inspection, from | | |
| 102 19     you looking at the fit in the ear, fair? | | |
| 102 20     A.   Yes. | | |
| 102:21 - 102:23    Ronald Kieper 12/19/2019 | | |
| 102 21     Q.   Then either you turn on the fitting noise | | |
| 102 22     or the subject turns on the fitting noise and they can | | |
| 102 23     check to see whether they are discerning attenuation? | | |
| 103:1 - 103:3    Ronald Kieper 12/19/2019 | | |
| 103 1      A.   They -- yes, they can assess how well the | | |
| 103 2      hearing protector is fitting them by listening to the | | |
| 103 3      fitting noise. | | |
| 103:5 - 103:12    Ronald Kieper 12/19/2019 | **Re: [103:5-103:12]** | **OVERRULED** |
| 103 5      Q.   And after you determine that the subject | **Def Obj** Misstates (611, 403) | |
| 103 6      has a good or an adequate fit, then you step out and | | |
| 103 7      administer the test? | | |
| 103 8      MS. ELIZABETH:  Objection; form. | | |
| 103 9      BY THE WITNESS: | | |
| 103 10     A.   If it's the first test, as you were | | |

| | | |
|---|---|---|
| 103 11   talking about, we would let them sit in the room for | | |
| 103 12   five minutes before the test began. | | |
| 103:13 - 103:21   Ronald Kieper 12/19/2019 | | |
| 103 13   BY MR. BUCHANAN: | | |
| 103 14   Q.   Okay.  And you can see them when they are | | |
| 103 15   in the room, right? | | |
| 103 16   A.   Yes.  There is a window through which I | | |
| 103 17   can see them. | | |
| 103 18   Q.   And you'd be sitting kind of on the other | | |
| 103 19   side of that window administering the test from the | | |
| 103 20   other side of the glass, so to speak? | | |
| 103 21   A.   Yes. | | |
| 103:25 - 104:3   Ronald Kieper 12/19/2019 | | |
| 103 25   Q.   Are the instructions to the subject to sit | | |
| 104 1   still and don't touch the hearing protectors after | | |
| 104 2   they've been fit? | | |
| 104 3   A.   Yes. | | |
| 104:4 - 104:16   Ronald Kieper 12/19/2019 | **Re: [104:4-104:16]** | **OVERRULED** |
| 104 4   Q.   Okay.  And so the conducting a test, | **Pltf Obj** beyond the scope of counter | |
| 104 5   according to the ANSI '74 standard, you would fit the | and actually makes the designation | |
| 104 6   device, you would check with the subject to make sure | cumulative as asked and answered | |
| 104 7   the subject discerned an appropriate fit, you would | previously | |
| 104 8   turn on the fitting noise, and then you would leave | | |
| 104 9   the room and let the person sit there for a period of | | |
| 104 10   time.  Five minutes, I think you said? | | |
| 104 11   A.   Before the first test, five minutes, yes. | | |
| 104 12   Q.   Okay.  And so then you play the tones and | | |
| 104 13   you describe the process of the person's thumb going | | |
| 104 14   up and down to discern when they heard or didn't hear | | |
| 104 15   particular tones, right? | | |
| 104 16   A.   Yes. | | |
| 104:17 - 104:22   Ronald Kieper 12/19/2019 | | |
| 104 17   Q.   Then as I understand it, there are -- the | | |
| 104 18   subject has as part of an ANSI '74 test, they'll go | | |
| 104 19   through these series of tones three times, right, open | | |
| 104 20   and closed? | | |
| 104 21   A.   A total of six times, yes, three open, | | |
| 104 22   three closed, correct. | | |

105:18 - 106:9   Ronald Kieper 12/19/2019

| | | |
|---|---|---|
| 105 18    Q.   You don't run the tests if you don't think | | |
| 105 19    they are adequately fit, right? | | |
| 105 20    A.   I -- I fit them to the -- for best fit and | | |
| 105 21    then we run the test. | | |
| 105 22    Q.   Right. | | |
| 105 23    And the way you check and confirm the fit | | |
| 105 24    is both visually, right, that's one way? | | |
| 105 25    A.   That's one way, yes. | | |
| 106 1    Q.   Through the use of fitting noise is | | |
| 106 2    another way, right? | | |
| 106 3    A.   Yes. | | |
| 106 4    Q.   And then through confirmation with the | | |
| 106 5    subject, right? | | |
| 106 6    A.   Yes. | | |
| 106 7    Q.   Each of those three ways each time you run | | |
| 106 8    a closed test, right? | | |
| 106 9    A.   Yes, a combination. | | |

106:15 - 106:22   Ronald Kieper 12/19/2019

| | | |
|---|---|---|
| 106 15    Q.   I'm advised through searching for your | **Re: [106:15-106:22]** | **OVERRULED** |
| 106 16    initials in that database, sir, we identify almost | **Def Obj** Vague (611, 403); foundation | |
| 106 17    2,000 tests that you ran over the years, 1924. | (602) | |
| 106 18    Does that sound about right to you? | | |
| 106 19    MS. ELIZABETH:  Objection; form. | | |
| 106 20    BY THE WITNESS: | | |
| 106 21    A.   That's as good an estimate as I could | | |
| 106 22    make, yes. | | |

106:23 - 106:23   Ronald Kieper 12/19/2019

106 23    BY MR. BUCHANAN:

106:24 - 107:4   Ronald Kieper 12/19/2019

| | | |
|---|---|---|
| 106 24    Q.   It kind of feels like you ran that many | **Re: [106:24-107:4]** | **OVERRULED** |
| 106 25    tests over the years, hundreds and hundreds or at | **Def Obj** Vague; argumentative (611, | |
| 107 1    least thousands of tests? | 403); foundation (602) | |
| 107 2    MS. ELIZABETH:  Objection; form. | | |
| 107 3    BY THE WITNESS: | | |
| 107 4    A.   I ran a lot of tests, yes. | | |

111:25 - 112:10   Ronald Kieper 12/19/2019

| | | |
|---|---|---|
| 111 25    Q.   Okay.  And Mr. Berger would come down from | **Re: [111:25-112:10]** | **OVERRULED** |
| 112 1    time to time and watch the test being conducted? | **Def Obj** Relevance (401, 402) | |

Ronald Kieper 12/19/2019                                                                                    15

| | | |
|---|---|---|
| 112 2    A.   Yes, he could, sure. | | |
| 112 3    Q.   Come down from time to time and talk to | | |
| 112 4    you when you were conducting tests? | | |
| 112 5    A.   Yes. | | |
| 112 6    Q.   And he was the lab director? | | |
| 112 7    A.   That -- yeah, I think that may be what he | | |
| 112 8    was called in -- in the NVLAP, but, yes, that's a -- | | |
| 112 9    he was the -- he oversaw the construction and -- and | | |
| 112 10   was, yeah, the lab director. | | |
| 112:11 - 112:17   Ronald Kieper 12/19/2019 | Re: [112:11-112:17] | SUSTAINED as to [112:14-112:17] |
| 112 11   Q.   And he -- he guided the tests that you | Pltf Obj beyond the scope of a | |
| 112 12   conducted, fair? | clarification counter and answer is non | OVERRULED in all other respects |
| 112 13   MS. ELIZABETH:  Objection; form. | responsive beyond the answer "no" | |
| 112 14   BY THE WITNESS: | | |
| 112 15   A.   No.  The -- the tests, if you are talking | | |
| 112 16   about a labeling test, a real-ear test, I was guided | | |
| 112 17   by the ANSI standard. | | |
| 112:21 - 113:6   Ronald Kieper 12/19/2019 | | |
| 112 21   In terms of telling you what product you | | |
| 112 22   were going to test or what testing was going to be | | |
| 112 23   done this week, I mean, he would essentially marshal | | |
| 112 24   out the testing for you to do, fair? | | |
| 112 25   A.   He -- yes, he guided -- he told me what he | | |
| 113 1    wanted done, yes. | | |
| 113 2    Q.   Right. | | |
| 113 3    This week we are going to test Combat Arms | | |
| 113 4    Version 2, he'd tell you that, and it's a labeling | | |
| 113 5    test, and you would go about doing so, fair? | | |
| 113 6    A.   Sure. | | |
| 116:3 - 116:17   Ronald Kieper 12/19/2019 | Re: [116:3-116:17] | OVERRULED |
| 116 3    Q.   Okay.  When you were doing label testing | Def Obj Relevance (401, 402) | |
| 116 4    for the company's products, were you allowed to use | | |
| 116 5    company employees in the testing? | | |
| 116 6    A.   Yes. | | |
| 116 7    Q.   Your procedures permitted that? | | |
| 116 8    A.   Yes. | | |
| 116 9    Q.   Did your policy and procedure manual | | |
| 116 10   describe that you would use company employees to test | | |
| 116 11   your own products? | | |

| | | |
|---|---|---|
| 116 12    MS. ELIZABETH:  Objection; form.<br>116 13    BY THE WITNESS:<br>116 14    A.   I don't recall specifically what it says<br>116 15    in the -- in the manual regarding that, but some of<br>116 16    the test subjects were employees or relatives of<br>116 17    employees. | | |
| 116:9 - 116:17   Ronald Kieper 12/19/2019<br>116 9    Q.   Did your policy and procedure manual<br>116 10    describe that you would use company employees to test<br>116 11    your own products?<br>116 12    MS. ELIZABETH:  Objection; form.<br>116 13    BY THE WITNESS:<br>116 14    A.   I don't recall specifically what it says<br>116 15    in the -- in the manual regarding that, but some of<br>116 16    the test subjects were employees or relatives of<br>116 17    employees. | Re: [116:9-116:17]<br>Def Obj Foundation (602); relevance<br>(401, 402) | OVERRULED |
| 117:13 - 117:17   Ronald Kieper 12/19/2019<br>117 13    Q.   Who -- who created the policies for the<br>117 14    lab?<br>117 15    MS. ELIZABETH:  Objection; vague as to time.<br>117 16    BY THE WITNESS:<br>117 17    A.   Elliott Berger. | Re: [117:13-117:17]<br>Def Obj Vague (611, 403) | OVERRULED |
| 117:18 - 117:21   Ronald Kieper 12/19/2019<br>117 18    BY MR. BUCHANAN:<br>117 19    Q.   He created the policies for the lab at all<br>117 20    times you were there?<br>117 21    A.   As far as I remember, yes. | | |
| 117:22 - 118:1   Ronald Kieper 12/19/2019<br>117 22    Q.   So when you were running testing in the<br>117 23    Aearo lab, it was your understanding there was no<br>117 24    prohibition against using company employees to do<br>117 25    labeling tests for company products, is that right?<br>118 1    A.   That's correct. | Re: [117:22-118:1]<br>Def Obj Relevance (401, 402) | OVERRULED |
| 119:18 - 119:20   Ronald Kieper 12/19/2019<br>119 18    Q.   Exhibit 10. I'd like to direct your<br>119 19    attention to ratings.  It is on .19 -- .16.  Excuse<br>119 20    me. | | |
| 119:24 - 120:4   Ronald Kieper 12/19/2019<br>119 24    Q.   "HPD Ratings," .16. | | |

| | | |
|---|---|---|
| 119 25   It says: "How are attenuation data used<br>120 1   and calculated" -- "to calculate a single numbered<br>120 2   rating?"<br>120 3   Do you see that?<br>120 4   A.  Yes. | | |
| 120:19 - 120:24  Ronald Kieper 12/19/2019<br>120 19   Q.  It says: "The Goal:  The rating is<br>120 20   intended to be subtracted from noise exposure<br>120 21   information to determine if attenuation is adequate<br>120 22   for each worker."<br>120 23   Do you see that?<br>120 24   A.  I see that. | | |
| 120:25 - 121:4  Ronald Kieper 12/19/2019<br>120 25   Q.  Do you agree with that?<br>121 1   MS. ELIZABETH:  Objection; form, foundation.<br>121 2   BY THE WITNESS:<br>121 3   A.  That's -- that's one way to -- to use the<br>121 4   NRR. | **Re: [120:25-121:4]**<br>**Def Obj** Foundation (602); 702 | **OVERRULED** |
| 121:7 - 121:14  Ronald Kieper 12/19/2019<br>121 7   "Rating should represent most users."<br>121 8   Do you see that?<br>121 9   A.  I see that, yes.<br>121 10   Q.  Okay.  And then on the next page we<br>121 11   actually see example of some attenuation data from a<br>121 12   test, right?<br>121 13   A.  Yes.<br>121 14   Q.  And this is the .17. | | |
| 121:15 - 121:19  Ronald Kieper 12/19/2019<br>121 15   These -- the subject initials are actually<br>121 16   folks from your E-A-RCAL Lab, right?<br>121 17   MS. ELIZABETH:  Objection; foundation.<br>121 18   BY THE WITNESS:<br>121 19   A.  I recognize the initials, yes. | **Re: [121:15-121:19]**<br>**Def Obj** Foundation (602); relevance<br>(401, 402) | **OVERRULED** |
| 121:21 - 122:16  Ronald Kieper 12/19/2019<br>121 21   Q.  Okay.  Any of those folks Aearo employees<br>121 22   during your time at Aearo, sir?<br>121 23   A.  One, two --<br>121 24   Q.  To your memory?<br>121 25   A.  -- three.  Three were employees that I | **Re: [121:21-122:16]**<br>**Def Obj** Relevance (401, 402) | **OVERRULED** |

| | | |
|---|---|---|
| 122 1    recall. | | |
| 122 2    Q.   Three.  Who were they? | | |
| 122 3    A.   GWG, TLS and BAK. | | |
| 122 4    Q.   Any of those folks on the list family | | |
| 122 5    members of employees? | | |
| 122 6    A.   Yes. | | |
| 122 7    Q.   Who? | | |
| 122 8    A.   I could be wrong, but I believe KJC was | | |
| 122 9    married to an employee, whoever she was married to | | |
| 122 10   they divorced, but she wasn't married at the time that | | |
| 122 11   I worked with her.  She was on the test panel before I | | |
| 122 12   came.  And DVF is the wife of an employee. | | |
| 122 13   Q.   Who is the employee? | | |
| 122 14   A.   Robert Falco. | | |
| 122 15   CRF is my stepson.  CRR is Christopher | | |
| 122 16   Rowland of whom we spoke earlier. | | |
| 122:22 - 122:25   Ronald Kieper 12/19/2019 | **Re: [122:22-122:25]** | **OVERRULED** |
| 122 22   Q.   Okay.  So from the -- of the ten people on | **Def Obj** Relevance (401, 402) | |
| 122 23   this example attenuation report, there are three | | |
| 122 24   employees and four family members of employees? | | |
| 122 25   A.   Yes. | | |
| 124:12 - 124:21   Ronald Kieper 12/19/2019 | **Re: [124:12-124:21]** | **OVERRULED** |
| 124 12   Q.   So you'd reuse -- excuse the language -- | **Def Obj** Relevance (401, 402) | |
| 124 13   but these test subjects could be used over and over | | |
| 124 14   and over again to test Aearo products? | | |
| 124 15   A.   They could test Aearo products and | | |
| 124 16   other -- other products also, yes. | | |
| 124 17   Q.   And did that happen, did any of these | | |
| 124 18   people participate in multiple tests, these employees | | |
| 124 19   and family members? | | |
| 124 20   A.   Well, all of the -- all of the test | | |
| 124 21   subjects participated in multiple tests, yes. | | |
| 132:23 - 133:5   Ronald Kieper 12/19/2019 | **Re: [132:23-133:5]** | **OVERRULED** |
| 132 23   Q.   Okay.  I'm just wondering, sir, in | **Def Obj** Foundation (602); vague (611, | |
| 132 24   connection with these tests, when you were composing | 403); prejudicial (403) | |
| 132 25   your test panels, did you attempt to get a random | | |
| 133 1    sample of the users who would be using the product as | | |
| 133 2    your test subjects? | | |
| 133 3    MS. ELIZABETH:  Objection; form. | | |

| | | |
|---|---|---|
| 133 4     BY THE WITNESS: | | |
| 133 5          A.   No. | | |
| 133:7 - 133:13   Ronald Kieper 12/19/2019 | **Re: [133:7-133:13]** | **OVERRULED** |
| 133 7          Q.   What measures did you take, sir, to ensure | **Def Obj** Vague (611, 403); prejudicial | |
| 133 8          that the test subjects actually represented a normal | (403) | |
| 133 9          distribution of the population that would be exposed | | |
| 133 10        to the product? | | |
| 133 11        MS. ELIZABETH:  Objection; form. | | |
| 133 12        BY THE WITNESS: | | |
| 133 13        A.   I didn't do anything like that. | | |
| 133:15 - 133:17   Ronald Kieper 12/19/2019 | | |
| 133 15        Q.   Mr. Berger never instructed you to do | | |
| 133 16        that? | | |
| 133 17        A.   I don't recall that, no. | | |
| 133:18 - 134:1   Ronald Kieper 12/19/2019 | **Re: [133:18-134:1]** | **OVERRULED** |
| 133 18        Q.   You understand for this to work, sir, for | **Def Obj** Foundation (602); 702; | |
| 133 19        the NRRs to have real-world implications, the test | prejudicial (403); vague; argumentative | |
| 133 20        subjects have -- actually have to be sampled in a | (611, 403) | |
| 133 21        manner that represents a normal sample of the | | |
| 133 22        population that's going to be exposed to the product. | | |
| 133 23        Did you know that? | | |
| 133 24        MS. ELIZABETH:  Objection; form, foundation. | | |
| 133 25        BY THE WITNESS: | | |
| 134 1          A.   No, I didn't know that. | | |
| 134:3 - 134:10   Ronald Kieper 12/19/2019 | **Re: [134:3-134:10]** | **OVERRULED** |
| 134 3          Q.   What assurance, sir, do we have then if | **Def Obj** Foundation (602); 702; vague; | |
| 134 4          you didn't do that that the NRRs the company put on | misstates; argumentative (611, 403) | |
| 134 5          its products would indeed provide that minimum level | | |
| 134 6          of protection to 98 percent of the people that used | | |
| 134 7          it? | | |
| 134 8          MS. ELIZABETH:  Objection; form, foundation. | | |
| 134 9          BY THE WITNESS: | | |
| 134 10        A.   I don't know. | | |
| 136:12 - 136:19   Ronald Kieper 12/19/2019 | | |
| 136 12        Moving beyond some of the preliminary | | |
| 136 13        issues, as I understand your testimony to this point, | | |
| 136 14        your -- your testing with regard to the Combat Arms | | |
| 136 15        involved really three areas:  REAT testing, insertion | | |
| 136 16        loss testing and I'll call it acoustic resistance | | |

Ronald Kieper 12/19/2019                                                                                                                    20

| | | | |
|---|---|---|---|
| 136 17 | measurement of the Combat Arms. | | |
| 136 18 | Fair? | | |
| 136 19 | A.   Yes. | | |
| 136:20 - 136:25   Ronald Kieper 12/19/2019 | | Re: [136:20-136:25] | OVERRULED |
| 136 20 | Q.   Okay.  With regard to human testing or | Def Obj Vague; misstates (611, 403) | |
| 136 21 | gold standard testing, what type of tests would those | | |
| 136 22 | be? | | |
| 136 23 | MS. ELIZABETH:  Objection; form. | | |
| 136 24 | BY THE WITNESS: | | |
| 136 25 | A.   Human testing is real-ear testing. | | |
| 136:26 - 137:7   Ronald Kieper 12/19/2019 | | | |
| 137 1 | BY MR. BUCHANAN: | | |
| 137 2 | Q.   Is what testing, sir?  I'm sorry. | | |
| 137 3 | A.   Real-ear. | | |
| 137 4 | Q.   Real-ear testing. | | |
| 137 5 | We've seen the acronym in documents "REAT" | | |
| 137 6 | testing? | | |
| 137 7 | A.   Yes. | | |
| 137:21 - 138:6   Ronald Kieper 12/19/2019 | | Re: [137:21-138:6] | SUSTAINED |
| 137 21 | Q.   Okay.  I'll represent to you, sir, that | Def Obj Misstates (611, 403); | |
| 137 22 | the first sales of the Combat Arms Version 2 occurred | foundation (602) | |
| 137 23 | in late summer of 1999. | | |
| 137 24 | Have you seen any testing by you | | |
| 137 25 | concerning the Combat Arms prior to the first sale? | | |
| 138 1 | MS. ELIZABETH:  Objection to form.  You do not | | |
| 138 2 | have to accept that premise, otherwise you can answer | | |
| 138 3 | the question. | | |
| 138 4 | BY THE WITNESS: | | |
| 138 5 | A.   The question was have I -- have I seen the | | |
| 138 6 | test reports on the Combat Arms earplugs? | | |
| 138:7 - 138:9   Ronald Kieper 12/19/2019 | | | |
| 138 7 | BY MR. BUCHANAN: | | |
| 138 8 | Q.   No, sir. | | |
| 138 9 | A.   Okay. | | |
| 138:10 - 138:19   Ronald Kieper 12/19/2019 | | Re: [138:10-138:19] | OVERRULED |
| 138 10 | Q.   I said I'll represent to you that first | Def Obj Misstates (611, 403); | |
| 138 11 | sales of the Combat Arms as testified to by Mr. Myers | foundation (602) | |
| 138 12 | last week were in the summer of 1999. | | |
| 138 13 | Do you have a different understanding? | | |

| | | |
|---|---|---|
| 138 14    MS. ELIZABETH:  Objection.<br>138 15       A.   I don't know --<br>138 16    MS. ELIZABETH:  Objection to form, foundation.<br>138 17    BY THE WITNESS:<br>138 18       A.   I don't know when the plugs were first<br>138 19       sold. | | |
| 138:21 - 138:23   Ronald Kieper 12/19/2019<br>138 21       Q.   Okay.  And when did you start -- when did<br>138 22       you first start testing Combat Arms?<br>138 23       A.   I'm not sure.  Sometime in 1999, perhaps. | | |
| 142:6 - 142:10   Ronald Kieper 12/19/2019<br>142 6       Q.   Okay.  In fact, the product went to market<br>142 7       with no REAT testing, right?<br>142 8    MS. ELIZABETH:  Objection; form, foundation.<br>142 9    BY THE WITNESS:<br>142 10       A.   I don't know that. | Re: [142:6-142:10]<br>Def Obj Foundation (602); vague;<br>misstates (611, 403) | OVERRULED |
| 144:15 - 144:19   Ronald Kieper 12/19/2019<br>144 15       Q.   I'm passing you Exhibit 12, sir.<br>144 16       This is an e-mail from Mr. Berger at his,<br>144 17       I guess his personal e-mail account to Brian Myers.<br>144 18       Do you see that?<br>144 19       A.   Yes. | | |
| 145:4 - 145:6   Ronald Kieper 12/19/2019<br>145 4       Q.   Okay.  And you see the heading "Combat<br>145 5       Arms plug"?<br>145 6       A.   Yes, that's under subject, yes. | | |
| 145:17 - 145:22   Ronald Kieper 12/19/2019<br>145 17       Q.   And it is an e-mail to a -- addressed in<br>145 18       the body to an Armand.<br>145 19       Did you ever deal with an Armand Dancer<br>145 20       from ISL concerning the Combat Arms plug?<br>145 21       A.   I may have met Mr. Dancer, but I don't<br>145 22       recall. | | |
| 146:25 - 147:7   Ronald Kieper 12/19/2019<br>146 25       Q.   Okay.  This e-mail drafted to an Armand,<br>147 1       it says:<br>147 2       "It recently occurred to us that we have<br>147 3       no data on the actual version of the nonlinear earplug<br>147 4       that we are now selling in the US, namely, the | Re: [146:25-147:7]<br>Def Obj Foundation (602) | OVERRULED |

| | | |
|---|---|---|
| 147 5    dual-ended Combat Arms plug." | | |
| 147 6    Do you see that, sir? | | |
| 147 7       A.   I see that. | | |
| 147:8 - 147:15   Ronald Kieper 12/19/2019 | Re: [147:8-147:15] | OVERRULED |
| 147 8       Q.   Does that help clarify for you, sir, that | Def Obj Foundation (602); asked; | |
| 147 9    at least as of this point in time in November 19, | argumentative (611, 403) | |
| 147 10    1999, the company was already selling the plug? | | |
| 147 11    MS. ELIZABETH:  Objection; form, foundation, | | |
| 147 12    asked and answered. | | |
| 147 13    BY THE WITNESS: | | |
| 147 14       A.   I don't know.  That's -- that's what this | | |
| 147 15    says. | | |
| 147:16 - 147:16   Ronald Kieper 12/19/2019 | | |
| 147 16    BY MR. BUCHANAN: | | |
| 147:17 - 147:23   Ronald Kieper 12/19/2019 | Re: [147:17-147:23] | OVERRULED |
| 147 17       Q.   Okay.  I mean, you worked with Mr. Berger. | Def Obj Foundation (602); asked; | |
| 147 18    Do you have a reason to disagree with him on it? | argumentative (611, 403) | |
| 147 19    MS. ELIZABETH:  Objection; form, foundation, | | |
| 147 20    asked and answered. | | |
| 147 21    BY THE WITNESS: | | |
| 147 22       A.   I don't have a reason to agree or disagree | | |
| 147 23    with him. | | |
| 148:12 - 148:25   Ronald Kieper 12/19/2019 | Re: [148:12-148:25] | OVERRULED |
| 148 12       Q.   Okay. | Def Obj Relevance (401, 402) | |
| 148 13    "It recently occurred to us that we have | | |
| 148 14    no data on the actual version of the nonlinear earplug | | |
| 148 15    that we are now selling." | | |
| 148 16    Are you aware of any data the company had | | |
| 148 17    on the Combat Arms Earplug that you were selling | | |
| 148 18    November 19, 1999, concerning testing on humans? | | |
| 148 19       A.   I'm not aware of -- of any. | | |
| 148 20       Q.   Okay.  All right.  So that's helpful, sir. | | |
| 148 21    So you'd agree with me that you are not | | |
| 148 22    aware of any testing that had been conducted, REAT | | |
| 148 23    testing concerning the Combat Arms Earplug prior to | | |
| 148 24    November 19, 1999, right? | | |
| 148 25       A.   No, I'm not aware of any. | | |
| 148:26 - 149:1   Ronald Kieper 12/19/2019 | | |
| 149 1       Q.   Okay.  And then it continues: | | |

| | | |
|---|---|---|
| 149:1 - 149:6   Ronald Kieper 12/19/2019 | **Re: [149:1-149:6]** | **OVERRULED** |
| 149 1    Q.   Okay.  And then it continues: | **Def Obj** Relevance (401, 402) | |
| 149 2    "Therefore, we will be conducting REAT | | |
| 149 3    evaluations in the near future on both ends of the | | |
| 149 4    plug." | | |
| 149 5    Do you see that? | | |
| 149 6    A.   I see that, yes. | | |
| 149:16 - 149:20   Ronald Kieper 12/19/2019 | **Re: [149:16-149:20]** | **SUSTAINED** |
| 149 16    "Therefore, we will be conducting REAT | **Def Obj** Relevance (401, 402) | |
| 149 17    evaluations in the near future on both ends of the | | |
| 149 18    plug." | | |
| 149 19    Do you see that? | | |
| 149 20    A.   Yes, I see that. | | |
| 149:21 - 149:24   Ronald Kieper 12/19/2019 | | |
| 149 21    Q.   And did you, in fact, conduct REAT | | |
| 149 22    evaluations in the near future on both ends of the | | |
| 149 23    plug, you, sir? | | |
| 149 24    A.   I did. | | |
| 150:22 - 151:2   Ronald Kieper 12/19/2019 | **Re: [150:22-151:2]** | **OVERRULED** |
| 150 22    Q.   Okay.  And you first conducted those tests | **Def Obj** Foundation (602); asked; | |
| 150 23    after this e-mail, November 19, 1999, right? | argumentative (611, 403) | |
| 150 24    MS. ELIZABETH:  Objection; form. | | |
| 150 25    BY THE WITNESS: | | |
| 151 1    A.   I tested the Combat Arms plug in de -- | | |
| 151 2    starting in December of 1999. | | |
| 151:4 - 151:9   Ronald Kieper 12/19/2019 | **Re: [151:4-151:9]** | **OVERRULED** |
| 151 4    Q.   Okay.  So that would obviously be after | **Def Obj** Asked (611, 403); foundation | |
| 151 5    this and consistent with the fact that there had not | (602) | |
| 151 6    been a REAT test done prior to this e-mail, right? | | |
| 151 7    MS. ELIZABETH:  Objection; form, foundation. | | |
| 151 8    BY THE WITNESS: | | |
| 151 9    A.   That's what this says. | | |
| 151:11 - 151:16   Ronald Kieper 12/19/2019 | **Re: [151:11-151:16]** | **OVERRULED** |
| 151 11    Q.   Okay.  Does that concern you a little bit, | **Def Obj** Foundation (602); misstates; | |
| 151 12    sir, that you are selling a hearing protection device | asked; argumentative (611, 403) | |
| 151 13    without having conducted testing on it before? | | |
| 151 14    MS. ELIZABETH:  Objection; form, assumes facts, | | |
| 151 15    foundation, asked and answered. | | |
| 151 16    BY THE WITNESS: | | |

| Designation | Objection | Ruling |
|---|---|---|
| **151:17 - 151:18**   Ronald Kieper 12/19/2019<br>151 17    A.   No, I have no opinion on that.  That's<br>151 18    beyond my -- the scope of my job. | **Re: [151:17-151:18]**<br>**Def Obj** Foundation (602); misstates; asked; argumentative (611, 403) | **OVERRULED** |
| **152:16 - 152:22**   Ronald Kieper 12/19/2019<br>152 16    Q.   Okay.  And so that had to be a little<br>152 17    concerning, right?<br>152 18    MS. ELIZABETH:  Objection; form, asked and<br>152 19    answered.<br>152 20    BY THE WITNESS:<br>152 21    A.   I wasn't aware of it, so I couldn't be<br>152 22    concerned. | **Re: [152:16-152:22]**<br>**Def Obj** Foundation (602); asked; misstates (611, 403) | **SUSTAINED** |
| **157:18 - 157:24**   Ronald Kieper 12/19/2019<br>157 18    Q.   And you started that testing, sir, and you<br>157 19    started on the open end in December of 1999, right?<br>157 20    MS. ELIZABETH:  Objection; form.<br>157 21    BY THE WITNESS:<br>157 22    A.   My recollection is that I tested both<br>157 23    ends.  I may have begun the same day or in<br>157 24    approximately the same timeframe, yes. | **Re: [157:18-157:24]**<br>**Def Obj** Vague (611, 403) | **OVERRULED** |
| **158:1 - 158:8**   Ronald Kieper 12/19/2019<br>158 1    Q.   Okay.  You tested both ends.  When you say<br>158 2    "the ends," there is the open end or the yellow end,<br>158 3    the nonlinear end, right?<br>158 4    A.   Yes.<br>158 5    Q.   And you tested the closed end or the green<br>158 6    end or the continuous noise end in a separate set of<br>158 7    tests, right?<br>158 8    A.   Yes. | | |
| **159:15 - 159:20**   Ronald Kieper 12/19/2019<br>159 15    You started running this test in December<br>159 16    of 1999, and who killed the study on the closed end?<br>159 17    MS. ELIZABETH:  Objection; form.<br>159 18    BY THE WITNESS:<br>159 19    A.   Elliott would have told me to stop the<br>159 20    test on the closed end. | **Re: [159:15-159:20]**<br>**Def Obj** Misstates; argumentative (611, 403) | **OVERRULED** |
| **162:11 - 162:15**   Ronald Kieper 12/19/2019<br>162 11    Q.   You didn't test your products that way,<br>162 12    did you?<br>162 13    MS. ELIZABETH:  Objection; form. | **Re: [162:11-162:15]**<br>**Def Obj** Misstates; vague; argumentative (611, 403); 3M MIL No. 18 | **OVERRULED** |

| | | |
|---|---|---|
| 162 14      BY THE WITNESS: | | |
| 162 15         A.   Yes. | | |
| 162:16 - 162:16   Ronald Kieper 12/19/2019 | | |
| 162 16      BY MR. BUCHANAN: | | |
| 162:17 - 163:3   Ronald Kieper 12/19/2019 | Re: [162:17-163:3] | OVERRULED |
| 162 17         Q.   The way you did it, you would test a | Def Obj Argumentative; misstates (611, 403); foundation (602); 3M MIL No. 18 | |
| 162 18      subject, you would see what the NRR was for that | | |
| 162 19      particular subject, you would then test another | | |
| 162 20      subject, run your calculation to see what that NRR | | |
| 162 21      was, you'd be in real-time communication with | | |
| 162 22      Mr. Berger on what direction the test was going in, | | |
| 162 23      and then sometimes Mr. Berger would say, Kill the | | |
| 162 24      study, right? | | |
| 162 25      MS. ELIZABETH:  Objection; form. | | |
| 163 1      BY THE WITNESS: | | |
| 163 2         A.   There were times when Elliott would stop a | | |
| 163 3      test. | | |
| 163:17 - 163:24   Ronald Kieper 12/19/2019 | Re: [163:17-163:24] | OVERRULED |
| 163 17         Q.   You were keeping the lab director updated | Def Obj Misstates; argumentative (611, 403); 3M MIL No. 18 | |
| 163 18      at his request, at Mr. Berger's request, on the NRRs | | |
| 163 19      you were getting as the study was going along, isn't | | |
| 163 20      that right? | | |
| 163 21      MS. ELIZABETH:  Objection; form. | | |
| 163 22      BY THE WITNESS: | | |
| 163 23         A.   My recollection is that I would update him | | |
| 163 24      on how many people I had tested. | | |
| 164:1 - 164:5   Ronald Kieper 12/19/2019 | Re: [164:1-164:5] | OVERRULED |
| 164 1         Q.   And the NRR you were getting, right? | Def Obj Misstates; argumentative (611, 403); 3M MIL No. 18 | |
| 164 2      MS. ELIZABETH:  Objection; form. | | |
| 164 3      BY THE WITNESS: | | |
| 164 4         A.   I would show him the results that we were | | |
| 164 5      getting, yes. | | |
| 164:7 - 164:10   Ronald Kieper 12/19/2019 | Re: [164:7-164:10] | OVERRULED |
| 164 7         Q.   And you were computing the NRRs as each | Pltf Obj beyond the scope of clarification counter and the answer is non-responsive | |
| 164 8      subject went through the tests, right? | | |
| 164 9         A.   That wasn't my normal way to do things, | | |
| 164 10         no. | | |

| | | |
|---|---|---|
| 164:18 - 164:25   Ronald Kieper 12/19/2019 | **Re: [164:18-164:25]**<br>**Def Obj** Misstates; argumentative;<br>asked (611, 403) | **OVERRULED** |
| 164 18     Q.   And providing him with where you were in<br>164 19     the NRRs on the studies that were ongoing and not yet<br>164 20     final, correct?<br>164 21     MS. ELIZABETH:  Objection; form, asked and<br>164 22     answered.<br>164 23     BY THE WITNESS:<br>164 24     A.   I would -- yes, I would communicate with<br>164 25     him. | | |
| 165:2 - 165:7   Ronald Kieper 12/19/2019 | **Re: [165:2-165:7]**<br>**Def Obj** Foundation (602); misstates;<br>argumentative; asked (611, 403); 3M<br>MIL No. 18 | **OVERRULED** |
| 165 2     Q.   And Elliott if he didn't like the NRR you<br>165 3     were getting would sometimes kill the study, right?<br>165 4     MS. ELIZABETH:  Objection; form.<br>165 5     BY THE WITNESS:<br>165 6     A.   I don't recall why -- I don't know why he<br>165 7     would stop studies.  He didn't tell me. | | |
| 165:9 - 165:15   Ronald Kieper 12/19/2019 | **Re: [165:9-165:15]**<br>**Def Obj** Foundation (602); 3M MIL<br>No. 18; asked (611, 403) | **OVERRULED** |
| 165 9     Q.   Who stopped 213015, the study you started<br>165 10     in December of 2000 -- excuse me -- December of 1999?<br>165 11     Who gave the order?<br>165 12     MS. ELIZABETH:  Objection; form.<br>165 13     BY THE WITNESS:<br>165 14     A.   I would assume it was Elliott that told me<br>165 15     to stop the test. | | |
| 165:17 - 165:19   Ronald Kieper 12/19/2019 | **Re: [165:17-165:19]**<br>**Def Obj** 3M MIL No. 18 | **OVERRULED** |
| 165 17     Q.   Please tell the jury how many subjects you<br>165 18     had already tested in that 10-person study?<br>165 19     A.   I believe we had tested eight people. | | |
| 166:10 - 166:16   Ronald Kieper 12/19/2019 | **Re: [166:10-166:16]**<br>**Def Obj** Misstates; argumentative (611,<br>403); 3M MIL No. 18 | **OVERRULED** |
| 166 10     Please tell the jury the NRR you had<br>166 11     computed for the eight people in the study that was<br>166 12     killed or terminated by Mr. Berger?<br>166 13     MS. ELIZABETH:  Objection; form.<br>166 14     BY THE WITNESS:<br>166 15     A.   For the eight subjects we had tested, the<br>166 16     NRR would compute to around an 11. | | |
| 167:7 - 167:12   Ronald Kieper 12/19/2019 | **Re: [167:7-167:12]**<br>**Def Obj** Misstates; asked (611, 403);<br>3M MIL No. 18 | **OVERRULED** |
| 167 7     At the point in time Mr. Berger killed<br>167 8     study 213015, you had already tested eight people, | | |

| Testimony | Objection | Ruling |
|---|---|---|
| 167 9    right?<br>167 10    MS. ELIZABETH: Objection; form.<br>167 11    BY THE WITNESS:<br>167 12    A. Yes, we tested eight people. | | |
| 167:14 - 167:19   Ronald Kieper 12/19/2019<br>167 14    Q. There was a need to get data out because<br>167 15    the product was already being sold, right?<br>167 16    MS. ELIZABETH: Objection; form, foundation,<br>167 17    asked and answered.<br>167 18    BY THE WITNESS:<br>167 19    A. I wasn't aware of it. | Re: [167:14-167:19]<br>Def Obj Asked; misstates (611, 403); foundation (602) | **SUSTAINED** |
| 167:23 - 167:23   Ronald Kieper 12/19/2019<br>167 23    A. I wasn't aware of that. | | |
| 167:25 - 168:5   Ronald Kieper 12/19/2019<br>167 25    Q. You see certainly in Mr. Berger's<br>168 1    correspondence that the product was already being<br>168 2    sold, correct?<br>168 3    MS. ELIZABETH: Objection; form, foundation.<br>168 4    BY THE WITNESS:<br>168 5    A. This e-mail says that, yes. | Re: [167:25-168:5]<br>Def Obj Misstates; asked (611, 403); foundation (602) | **OVERRULED** |
| 168:7 - 168:13   Ronald Kieper 12/19/2019<br>168 7    Q. Okay. So rather than get that data in<br>168 8    January of 2000 with the NRR of 11, Mr. Berger did<br>168 9    what?<br>168 10    MS. ELIZABETH: Objection; form.<br>168 11    BY THE WITNESS:<br>168 12    A. Mr. Berger told me to stop the test after<br>168 13    eight subjects. | Re: [168:7-168:13]<br>Def Obj Misstates; asked; argumentative (611, 403); foundation (602); 3M MIL No. 18 | **OVERRULED** |
| 168:14 - 168:14   Ronald Kieper 12/19/2019<br>168 14    BY MR. BUCHANAN: | | |
| 168:14 - 168:14   Ronald Kieper 12/19/2019<br>168 14    BY MR. BUCHANAN: | | |
| 168:15 - 168:20   Ronald Kieper 12/19/2019<br>168 15    Q. He was happy with the numbers he was<br>168 16    getting on the open end?<br>168 17    MS. ELIZABETH: Objection; form, foundation.<br>168 18    BY THE WITNESS:<br>168 19    A. I don't recall him saying anything about<br>168 20    it. | Re: [168:15-168:20]<br>Def Obj Misstates (611, 403); foundation (602) | **OVERRULED** |

| | | |
|---|---|---|
| 168:21 - 168:21   Ronald Kieper 12/19/2019 | | |
| 168 21      BY MR. BUCHANAN: | | |
| 168:21 - 168:21   Ronald Kieper 12/19/2019 | | |
| 168 21      BY MR. BUCHANAN: | | |
| 168:22 - 168:24   Ronald Kieper 12/19/2019 | **Re: [168:22-168:24]** | OVERRULED |
| 168 22      Q.   Well, did he -- did he terminate the study | **Def Obj** Argumentative (611, 403); 3M | |
| 168 23      on the open end? | MIL No. 18 | |
| 168 24      A.   No. | | |
| 169:17 - 170:1   Ronald Kieper 12/19/2019 | **Re: [169:17-170:1]** | OVERRULED |
| 169 17      Q.   Okay.  So with your testimony, sir, and in | **Def Obj** Foundation (602); | |
| 169 18      absence of any memory of a difference in the way you | argumentative (611, 403); 3M MIL No. | |
| 169 19      were fitting the yellow end from the green end, why | 18 | |
| 169 20      did Mr. Berger, to your understanding, allow the | | |
| 169 21      yellow end of the study to continue but not the green | | |
| 169 22      end? | | |
| 169 23      MS. ELIZABETH:  Objection; foundation. | | |
| 169 24      BY THE WITNESS: | | |
| 169 25      A.   He just allowed me to finish the test. | | |
| 170 1      I -- I don't recall specifically. | | |
| 170:2 - 170:2   Ronald Kieper 12/19/2019 | | |
| 170 2      BY MR. BUCHANAN: | | |
| 170:3 - 170:6   Ronald Kieper 12/19/2019 | **Re: [170:3-170:6]** | SUSTAINED |
| 170 3      Q.   Did he like that NRR better? | **Def Obj** Foundation (602); misstates; | |
| 170 4      MS. ELIZABETH:  Objection; foundation, form. | argumentative; vague (611, 403) | |
| 170 5      BY THE WITNESS: | | |
| 170 6      A.   I don't know. | | |
| 171:24 - 172:3   Ronald Kieper 12/19/2019 | **Re: [171:24-172:3]** | OVERRULED |
| 171 24      Q.   So Mr. Berger in January of 1999 allows | **Def Obj** 3M MIL No. 18 | |
| 171 25      you to continue to conclusion the study on the yellow | | |
| 172 1      end, right? | | |
| 172 2      A.   I believe that was completed in January, | | |
| 172 3      yes. | | |
| 172:4 - 172:9   Ronald Kieper 12/19/2019 | **Re: [172:4-172:9]** | SUSTAINED |
| 172 4      Q.   But he killed the one on the closed end, | **Def Obj** Misstates; asked; | |
| 172 5      right? | argumentative (611, 403); foundation | |
| 172 6      MS. ELIZABETH:  Objection; form. | (602); 3M MIL No. 18 | |
| 172 7      BY THE WITNESS: | | |
| 172 8      A.   He stopped -- he told me to stop the test, | | |
| 172 9      yes. | | |

| 190:21 - 191:6   Ronald Kieper 12/19/2019 | Re: [190:21-191:6] | SUSTAINED |
|---|---|---|
| 190 21      Sir, before the break we were talking<br>190 22      about this situation in the fall of 1999 where your<br>190 23      company was selling the Combat Arms, at least<br>190 24      according to Mr. Berger, with no REAT data, testing<br>190 25      data on people.<br>191 1      Do you recall that discussion?<br>191 2      MS. ELIZABETH:  Objection; form.  There is not a<br>191 3      question pending.  Oh, I misspoke.  Objection; form.<br>191 4      BY MR. BUCHANAN:<br>191 5      Q.   You can answer.<br>191 6      A.   Yes. | Def Obj Misstates (611, 403) | |
| 191:7 - 191:14   Ronald Kieper 12/19/2019 | Re: [191:7-191:14] | OVERRULED |
| 191 7      Q.   Okay.  And we were talking about how you<br>191 8      got the call sometime November, December 1999, had to<br>191 9      get some REAT data on the Combat Arms.<br>191 10      Do you remember that?<br>191 11      MS. ELIZABETH:  Objection; form.<br>191 12      BY THE WITNESS:<br>191 13      A.   I don't remember the conversation, but I<br>191 14      remember us talking about it today. | Def Obj Misstates; vague (611, 403); foundation (602) | |
| 191:15 - 192:2   Ronald Kieper 12/19/2019 | | |
| 191 15      BY MR. BUCHANAN:<br>191 16      Q.   Okay.  And you started two tests.  You<br>191 17      started a test called 015 that was testing the closed<br>191 18      end of the Combat Arms.  That was one of those tests,<br>191 19      right?<br>191 20      A.   Yes.<br>191 21      Q.   I said 015.  That's 213015 is the test<br>191 22      number of the closed end, first closed end test you<br>191 23      ran, right?<br>191 24      A.   Yes.<br>191 25      Q.   You were separately running a test 213016<br>192 1      on the open end of the plug, correct, sir?<br>192 2      A.   Yes. | | |
| 193:2 - 193:11   Ronald Kieper 12/19/2019 | | |
| 193 2      Q.   Okay, sir.  Let's just be clear.  In<br>193 3      December 1999, January 2000, you shared data from your<br>193 4      first test on the closed end of the plug with | | |

| | | |
|---|---|---|
| 193 5    Mr. Berger, right?<br>193 6    A.   That sounds right, yes.<br>193 7    Q.   He told you to stop the study, right?<br>193 8    A.   That's my recollection, yes.<br>193 9    Q.   He allowed the study or allowed you to<br>193 10    continue the study with the open end, right?<br>193 11    A.   Yes, I finished that study. | | |
| 193:12 - 193:20   Ronald Kieper 12/19/2019<br>193 12    Q.   Two studies going on at the same time, one<br>193 13    on the open end, one on the closed end, and you show<br>193 14    the data to Mr. Berger before you've completed either<br>193 15    of them, he said, Terminate the study on the closed<br>193 16    end, right?<br>193 17    MS. ELIZABETH:  Objection; form.<br>193 18    BY THE WITNESS:<br>193 19    A.   That's -- I stopped the test at his<br>193 20    direction, yes. | **Re: [193:12-193:20]**<br>**Def Obj** Misstates; argumentative (611, 403) | **OVERRULED** |
| 193:25 - 194:6   Ronald Kieper 12/19/2019<br>193 25    You had observed some problems with the<br>194 1    closed end of the plug, right, with your testing of<br>194 2    the closed end of the plug, isn't that right, sir?<br>194 3    MS. ELIZABETH:  Objection; form, asked and<br>194 4    answered.<br>194 5    BY THE WITNESS:<br>194 6    A.   I don't recall that. | **Re: [193:25-194:6]**<br>**Def Obj** Vague; asked; misstates (611, 403) | **OVERRULED** |
| 194:7 - 194:9   Ronald Kieper 12/19/2019<br>194 7    BY MR. BUCHANAN:<br>194 8    Q.   You had some problems with it.  It<br>194 9    wouldn't stay sealed, right? | | |
| 194:12 - 194:15   Ronald Kieper 12/19/2019<br>194 12    A.   No.<br>194 13    BY MR. BUCHANAN:<br>194 14    Q.   You don't recall that, sir?<br>194 15    A.   I don't recall this specific test, no. | | |
| 194:16 - 195:1   Ronald Kieper 12/19/2019<br>194 16    Q.   In your meetings over five days with<br>194 17    lawyers, sir, are you telling us that you didn't have<br>194 18    an opportunity to review your report concerning these<br>194 19    two tests? | **Re: [194:16-195:1]**<br>**Def Obj** Argumentative; vague (611, 403) | **SUSTAINED as to "In you meetings over five days with lawyers"**<br><br>**OVERRULED in all other respects** |

| | | |
|---|---|---|
| 194 20    MS. ELIZABETH:  Objection; form with respect to<br>194 21    anything he did with his lawyers, otherwise you can<br>194 22    answer.<br>194 23    BY MR. BUCHANAN:<br>194 24    Q.   I'm just asking whether you had a chance<br>194 25    to review it, sir?<br>195 1     A.   I looked at both 015, 016, yes. | | |
| 195:2 - 195:7   Ronald Kieper 12/19/2019<br>195 2    Q.   Okay.  When you just say you don't recall<br>195 3    the studies, sir, you spent five days with lawyers, I<br>195 4    think you told us.<br>195 5    Do you remember that?<br>195 6    MS. ELIZABETH:  Objection; form.<br>195 7    BY THE WITNESS: | **Re: [195:2-195:7]**<br>**Def Obj** Argumentative (611, 403) | **SUSTAINED** |
| 195:8 - 195:8   Ronald Kieper 12/19/2019<br>195 8    A.   Yes. | **Re: [195:8-195:8]**<br>**Def Obj** Argumentative (611, 403) | **SUSTAINED** |
| 195:10 - 195:16   Ronald Kieper 12/19/2019<br>195 10    Q.   You could agree, sir, that you looked at<br>195 11    your report of these studies before you came in to<br>195 12    talk to the jury today, right?<br>195 13    A.   I didn't look at them today, no.<br>195 14    Q.   Not today.  Before you came in today as<br>195 15    part of your preparation?<br>195 16    A.   Yes. | **Re: [195:10-195:16]**<br>**Def Obj** Relevance (401, 402);<br>cumulative (403) | **OVERRULED** |
| 195:17 - 195:19   Ronald Kieper 12/19/2019<br>195 17    Q.   You saw the reports of these studies,<br>195 18    didn't you, sir?<br>195 19    A.   Yes. | | |
| 195:23 - 196:4   Ronald Kieper 12/19/2019<br>195 23    (WHEREUPON, a certain document was<br>195 24    marked Ron Kieper Deposition Exhibit<br>195 25    No. 14, for identification, as of<br>196 1    12/19/2019.)<br>196 2    BY MR. BUCHANAN:<br>196 3    Q.   I'm passing you Exhibit 14 to your<br>196 4    deposition, sir. | | |
| 196:12 - 197:16   Ronald Kieper 12/19/2019<br>196 12    Q.   Sir, before you is Exhibit 14.  It is a<br>196 13    memo from yourself to Mr. Elliott Berger. | | |

| | |
|---|---|
| 196 14 | Do you see that? |
| 196 15 | A.   Yes, I do. |
| 196 16 | Q.   He was your boss at this point in time, |
| 196 17 | right? |
| 196 18 | A.   Yes, he was. |
| 196 19 | Q.   It says:  "Results of short-stemmed |
| 196 20 | UltraFit Plug tests." |
| 196 21 | Do you see that? |
| 196 22 | A.   Yes. |
| 196 23 | Q.   Okay.  It says:  "A short-stemmed UltraFit |
| 196 24 | plug evaluated in tests 213015 and 213017 is the |
| 196 25 | opposite end of the Combat Arms plug."  It says: |
| 197 1 | "(See attached drawing)."  He continues further in the |
| 197 2 | paragraph. |
| 197 3 | Do you see where it talks about the |
| 197 4 | initial test results? |
| 197 5 | A.   The initial test 213015. |
| 197 6 | Q.   Do you see that? |
| 197 7 | A.   I do. |
| 197 8 | Q.   Okay.  "The initial test 213015 was |
| 197 9 | stopped after eight subjects..." |
| 197 10 | Do you see that? |
| 197 11 | A.   Yes. |
| 197 12 | Q.   And it says why, right? |
| 197 13 | A.   It says -- yes, it says "because." |
| 197 14 | Q.   "...because the results were variable and |
| 197 15 | the NRR was" what, sir? |
| 197 16 | A.   It says "quite low." |

| | | | |
|---|---|---|---|
| 197:21 - 197:25 | Ronald Kieper 12/19/2019 | **Re: [197:21-197:25]** | **OVERRULED** |
| 197 21 | In your words, sir, an NRR of 11 for a | **Def Obj** Misstates; argumentative (611, | |
| 197 22 | plug like this was quite low, right, sir? | 403) | |
| 197 23 | MS. ELIZABETH:  Objection; form. | | |
| 197 24 | BY THE WITNESS: | | |
| 197 25 | A.   That's what I wrote in the memo, yes. | | |
| 197:26 - 198:1 | Ronald Kieper 12/19/2019 | | |
| 198 1 | BY MR. BUCHANAN: | | |
| 198:2 - 198:7 | Ronald Kieper 12/19/2019 | **Re: [198:2-198:7]** | **OVERRULED** |
| 198 2 | Q.   And that test was stopped by Mr. Berger | **Def Obj** Misstates; argumentative (611, | |
| 198 3 | with knowledge of that, right, sir? | 403); foundation (602); 3M MIL No. 18 | |

| | | |
|---|---|---|
| 198 4    MS. ELIZABETH:  Objection; form. | | |
| 198 5    BY THE WITNESS: | | |
| 198 6    A.   I don't know what his knowledge was, but | | |
| 198 7    he is the one that stopped the test, yes. | | |
| 198:8 - 199:1    Ronald Kieper 12/19/2019 | | |
| 198 8    BY MR. BUCHANAN: | | |
| 198 9    Q.   Okay.  And then you did a retest, right? | | |
| 198 10    A.   Yes, we tested the plug again. | | |
| 198 11    Q.   Okay.  And you note there at the bottom: | | |
| 198 12    "For test 213017," again, you're testing the green end | | |
| 198 13    in test 213017, the closed end, right? | | |
| 198 14    A.   Yes, that's correct. | | |
| 198 15    Q.   And what you wrote, sir, was for that | | |
| 198 16    test:  "The yellow flanges of the Combat Arms end of | | |
| 198 17    the plug were folded back prior to the plug being | | |
| 198 18    fit." | | |
| 198 19    Do you see that, sir? | | |
| 198 20    A.   This is down at the bottom of Paragraph 2, | | |
| 198 21    yes. | | |
| 198 22    Q.   That's correct, right? | | |
| 198 23    A.   "The folded black" -- "The folded-back | | |
| 198 24    flanges provided a longer stem for the experimenter to | | |
| 198 25    grasp and allowed for a deeper and more consistent fit | | |
| 199 1    of the plugs for test 213017." | | |
| 199:2 - 199:8    Ronald Kieper 12/19/2019 | Re: [199:2-199:8] | OVERRULED |
| 199 2    Q.   And my question to you, sir, is that is | Def Obj Vague (611, 403) | |
| 199 3    what you did when you fit the plugs for test 213017, | | |
| 199 4    correct, sir? | | |
| 199 5    MS. ELIZABETH:  Objection; form, vague. | | |
| 199 6    BY THE WITNESS: | | |
| 199 7    A.   That's what it says here.  I don't recall | | |
| 199 8    the specific test. | | |
| 199:9 - 199:9    Ronald Kieper 12/19/2019 | | |
| 199 9    BY MR. BUCHANAN: | | |
| 199:10 - 199:14    Ronald Kieper 12/19/2019 | Re: [199:10-199:14] | SUSTAINED |
| 199 10    Q.   Well, you're not fussing with what you | Def Obj Argumentative (611, 403); | |
| 199 11    wrote, right? | cumulative ( 403) | |
| 199 12    MS. ELIZABETH:  Objection; form. | | |

| | | |
|---|---|---|
| 199 13   BY THE WITNESS: | | |
| 199 14   A.  I'm saying that that's what I wrote, yes. | | |
| 199:15 - 199:15  Ronald Kieper 12/19/2019 | | |
| 199 15   BY MR. BUCHANAN: | | |
| 199:16 - 199:22  Ronald Kieper 12/19/2019 | Re: [199:16-199:22] | OVERRULED |
| 199 16   Q.  Right. | Def Obj Argumentative (611, 403) | |
| 199 17   And I take it, sir, sitting here today | | |
| 199 18   you'd defer to what you wrote several years ago in a | | |
| 199 19   formal memo to your boss about what you did? | | |
| 199 20   MS. ELIZABETH:  Objection; form. | | |
| 199 21   BY THE WITNESS: | | |
| 199 22   A.  I don't recall. | | |
| 199:23 - 200:12  Ronald Kieper 12/19/2019 | | |
| 199 23   BY MR. BUCHANAN: | | |
| 199 24   Q.  Sir, what you -- this was a memo to your | | |
| 199 25   boss, correct? | | |
| 200 1   A.  Yes. | | |
| 200 2   Q.  About what you did, right? | | |
| 200 3   A.  Yes. | | |
| 200 4   Q.  In part about study 213017, correct, sir? | | |
| 200 5   A.  Yes. | | |
| 200 6   Q.  And what you wrote was for that test, "the | | |
| 200 7   yellow flanges of the Combat Arms end of the plug were | | |
| 200 8   folded back prior to the plug being fit." | | |
| 200 9   Did I read that correctly? | | |
| 200 10   A.  Yes, you did. | | |
| 200 11   Q.  Okay.  And then you note what the benefits | | |
| 200 12   of that were, right? | | |
| 200:15 - 200:23  Ronald Kieper 12/19/2019 | | |
| 200 15   A.  I wrote -- yeah, I wrote this last | | |
| 200 16   sentence. | | |
| 200 17   BY MR. BUCHANAN: | | |
| 200 18   Q.  Right. | | |
| 200 19   And the benefits you wrote were that the | | |
| 200 20   folded-back flanges provided a longer stem for you to | | |
| 200 21   grasp first, right, that's the first point you made, | | |
| 200 22   right? | | |
| 200 23   A.  Yes. | | |

| | | |
|---|---|---|
| **200:24 - 201:2**   Ronald Kieper 12/19/2019 | **Re: [200:24-201:2]** | **OVERRULED** |
| 200 24    Q.   And in doing that allowed for a deeper and | **Def Obj** Cumulative (403) | |
| 200 25      more consistent fit of the plugs for test 213017, | | |
| 201 1      right, sir? | | |
| 201 2      A.   That's what I wrote, yes. | | |
| **201:3 - 201:3**   Ronald Kieper 12/19/2019 | | |
| 201 3      Q.   Okay.  And that's what you did? | | |
| **201:6 - 201:7**   Ronald Kieper 12/19/2019 | | |
| 201 6      A.   I don't recall, but that's what -- that's | | |
| 201 7      what I wrote. | | |
| **201:6 - 201:7**   Ronald Kieper 12/19/2019 | | |
| 201 6      A.   I don't recall, but that's what -- that's | | |
| 201 7      what I wrote. | | |
| **201:18 - 201:19**   Ronald Kieper 12/19/2019 | **Re: [201:18-201:19]** | **SUSTAINED** |
| 201 18      A.   I have no recollection on either side, | **Pltf Obj** beyond the scope of | |
| 201 19      yes. | confirmation counter | |
| **201:22 - 202:5**   Ronald Kieper 12/19/2019 | **Re: [201:22-202:5]** | **OVERRULED** |
| 201 22      Q.   All right.  And the problem that you had | **Def Obj** Argumentative (611, 403); | |
| 201 23      observed when you didn't fold back the flanges is also | cumulative (403) | |
| 201 24      noted in this memo, right? | | |
| 201 25      MS. ELIZABETH:  Objection; form. | | |
| 202 1      BY THE WITNESS: | | |
| 202 2      A.   Let me look. | | |
| 202 3      Yes, it -- it lists some of the -- it | | |
| 202 4      says:  "It was difficult to fit the plug deeply in | | |
| 202 5      some subjects' ear canals." | | |
| **202:6 - 202:12**   Ronald Kieper 12/19/2019 | | |
| 202 6      BY MR. BUCHANAN: | | |
| 202 7      Q.   Right. | | |
| 202 8      And so you had difficulty fitting the plug | | |
| 202 9      deeply in some subjects' ear canals, especially | | |
| 202 10      subjects with what size ear canals, sir? | | |
| 202 11      A.   This states:  "Especially those subjects | | |
| 202 12      with medium and larger ear canals." | | |
| **202:13 - 202:19**   Ronald Kieper 12/19/2019 | **Re: [202:13-202:19]** | **OVERRULED** |
| 202 13      Q.   Right. | **Def Obj** Cumulative (403) | |
| 202 14      So you had difficulty fitting the plug | | |
| 202 15      deeply in subjects who had ear canals that were medium | | |
| 202 16      size, right? | | |

| | | |
|---|---|---|
| 202 17    MS. ELIZABETH:  Objection; form. | | |
| 202 18    BY THE WITNESS: | | |
| 202 19    A.   It -- yeah, that's what it states here. | | |
| 202:20 - 202:20   Ronald Kieper 12/19/2019 | | |
| 202 20    BY MR. BUCHANAN: | | |
| 202:21 - 202:25   Ronald Kieper 12/19/2019 | **Re: [202:21-202:25]** | **OVERRULED** |
| 202 21    Q.   Large size? | **Def Obj** Foundation (602) | |
| 202 22    MS. ELIZABETH:  Objection; form. | | |
| 202 23    BY THE WITNESS: | | |
| 202 24    A.   Yes.  It says "medium and larger ear | | |
| 202 25    canals." | | |
| 202:26 - 203:1   Ronald Kieper 12/19/2019 | | |
| 203 1    BY MR. BUCHANAN: | | |
| 203:2 - 203:7   Ronald Kieper 12/19/2019 | **Re: [203:2-203:7]** | **OVERRULED** |
| 203 2    Q.   And that would also include extra large, | **Def Obj** Cumulative (403) | |
| 203 3    right? | | |
| 203 4    MS. ELIZABETH:  Objection; form. | | |
| 203 5    BY THE WITNESS: | | |
| 203 6    A.   Larger would, yes, it would include large | | |
| 203 7    and extra large. | | |
| 203:8 - 203:8   Ronald Kieper 12/19/2019 | | |
| 203 8    BY MR. BUCHANAN: | | |
| 203:9 - 203:15   Ronald Kieper 12/19/2019 | **Re: [203:9-203:15]** | **SUSTAINED** |
| 203 9    Q.   And, please, sir, I mean, you fit a lot of | **Def Obj** Foundation (602) | |
| 203 10    folks over the years, what is it, about 70, 80 percent | | |
| 203 11    of the people have medium, large, extra large ear | | |
| 203 12    canals? | | |
| 203 13    MS. ELIZABETH:  Objection; foundation. | | |
| 203 14    BY THE WITNESS: | | |
| 203 15    A.   I -- I don't know that data. | | |
| 203:15 - 203:18   Ronald Kieper 12/19/2019 | **Re: [203:15-203:18]** | **SUSTAINED** |
| 203 15    A.   I -- I don't know that data. | **Def Obj** Foundation (602) | |
| 203 16    BY MR. BUCHANAN: | | |
| 203 17    Q.   You don't have those stats, sir? | | |
| 203 18    A.   No, I don't. | | |
| 203:19 - 204:2   Ronald Kieper 12/19/2019 | | |
| 203 19    Q.   You also noted here in your memo, sir -- | | |
| 203 20    and you wrote this memo, right? | | |
| 203 21    A.   Yes, I believe I did. | | |

| | | |
|---|---|---|
| 203 22    Q.  Okay.  You also wrote:  "Additionally, the<br>203 23    geometry of the ear canal opening sometimes inhibited<br>203 24    the deep plug insertion required for maximum<br>203 25    attenuation values."<br>204 1    Did I read that correctly?<br>204 2    A.  You did. | | |
| 204:3 - 204:7   Ronald Kieper 12/19/2019<br>204 3    Q.  And that was true, right?<br>204 4    MS. ELIZABETH:  Objection; form.<br>204 5    BY THE WITNESS:<br>204 6    A.  That's what I wrote, so I believed that to<br>204 7    be true at that time, yes. | **Re: [204:3-204:7]**<br>**Def Obj** Argumentative (611, 403);<br>cumulative (403) | **OVERRULED** |
| 204:8 - 204:8   Ronald Kieper 12/19/2019<br>204 8    BY MR. BUCHANAN: | | |
| 204:9 - 204:14   Ronald Kieper 12/19/2019<br>204 9    Q.  You wrote it because it happened, right?<br>204 10    MS. ELIZABETH:  Objection; form.<br>204 11    BY THE WITNESS:<br>204 12    A.  Yes, sometimes the plug -- sometimes the<br>204 13    geometry of the ear canal opening would inhibit the<br>204 14    deep insertion of the plug. | **Re: [204:9-204:14]**<br>**Def Obj** Asked; misstates;<br>argumentative (611, 403); cumulative<br>(403) | **OVERRULED** |
| 204:15 - 204:20   Ronald Kieper 12/19/2019<br>204 15    BY MR. BUCHANAN:<br>204 16    Q.  And you note that:  "When this plug was<br>204 17    fitted," and when we are talking about this plug, we<br>204 18    are talking about the Combat Arms plug, right?<br>204 19    A.  We are talking about the green end of the<br>204 20    Combat Arms plug. | | |
| 205:2 - 205:7   Ronald Kieper 12/19/2019<br>205 2    Q.  It speaks to the situation when the third<br>205 3    flange isn't folded back, right?<br>205 4    A.  It says:  "The third flange of the Combat<br>205 5    Arms plug could press against the subject's ear canal<br>205 6    opening and fold up."<br>205 7    Q.  Right. | | |
| 205:8 - 205:14   Ronald Kieper 12/19/2019<br>205 8    You understand that to be referring to the<br>205 9    opposite side of the Combat Arms, in this case the<br>205 10    yellow, the third yellow flange when you are inserting | **Re: [205:8-205:14]**<br>**Def Obj** Vague (611, 403) | **OVERRULED** |

| | | |
|---|---|---|
| 205 11    the green flanges in? | | |
| 205 12    MS. ELIZABETH:  Objection; form. | | |
| 205 13    BY THE WITNESS: | | |
| 205 14    A.   Yes, I think that's -- that's true. | | |
| 205:15 - 205:15   Ronald Kieper 12/19/2019 | | |
| 205 15    BY MR. BUCHANAN: | | |
| 205:16 - 205:20   Ronald Kieper 12/19/2019 | **Re: [205:16-205:20]** | **SUSTAINED** |
| 205 16    Q.   And that was in fact true, right, that's | **Def Obj** Asked; argumentative (611, | |
| 205 17    what happened? | 403); cumulative (403) | |
| 205 18    MS. ELIZABETH:  Objection; form. | | |
| 205 19    BY THE WITNESS: | | |
| 205 20    A.   That's what I wrote, yes. | | |
| 205:21 - 205:21   Ronald Kieper 12/19/2019 | | |
| 205 21    BY MR. BUCHANAN: | | |
| 205:22 - 205:25   Ronald Kieper 12/19/2019 | **Re: [205:22-205:25]** | **SUSTAINED through 206:1** |
| 205 22    Q.   And you wrote it because it happened? | **Def Obj** Argumentative (611, 403); | |
| 205 23    MS. ELIZABETH:  Objection; form. | foundation (602) | |
| 205 24    BY THE WITNESS: | | |
| 205 25    A.   I -- I don't recall, but I probably | | |
| 205:26 - 206:8   Ronald Kieper 12/19/2019 | | |
| 206 1    observed that, that's why I would write that, yes. | | |
| 206 2    BY MR. BUCHANAN: | | |
| 206 3    Q.   Okay.  And then it continues:  "When the | | |
| 206 4    inward pressure to the UltraFit Plug was released, the | | |
| 206 5    Combat Arms flanges tended to return to their original | | |
| 206 6    shape." | | |
| 206 7    That was an observation you had when you | | |
| 206 8    were working with this product in people, sir? | | |
| 206:11 - 206:13   Ronald Kieper 12/19/2019 | | |
| 206 11    A.   I probably saw it and that's why I wrote | | |
| 206 12    it down.  I don't recall specifically. | | |
| 206 13    BY MR. BUCHANAN: | | |
| 206:14 - 206:18   Ronald Kieper 12/19/2019 | **Re: [206:14-206:18]** | **OVERRULED** |
| 206 14    Q.   Well, you certainly memorialized that | **Def Obj** cumulative (403) | |
| 206 15    observation in a memo that you sent to your boss, | | |
| 206 16    true, sir? | | |
| 206 17    A.   I wrote down what I observed in this memo | | |
| 206 18    and gave it to my boss. | | |

207:2 - 207:4   Ronald Kieper 12/19/2019

207 2        Q.   You also characterized what could happen
207 3        as a result of inserting the plug without folding back
207 4        the flanges on the opposing side, right?

207:7 - 207:8   Ronald Kieper 12/19/2019

207 7        A.   This could happen in some -- in some
207 8        cases.

207:10 - 207:19   Ronald Kieper 12/19/2019

207 10       Q.   What you said was that this third flan --
207 11       flange pressing against the user's ear could loosen
207 12       the plug.
207 13       Didn't you write that, sir?
207 14       A.   Let's see.
207 15       "The third flange could press against the
207 16       subject's ear canal opening and fold up.  When inward
207 17       pressure on the plug was released, the flanges tended
207 18       to return to their original shape and this could
207 19       loosen the plugs," yes.

| 207:20 - 207:23   Ronald Kieper 12/19/2019 | Re: [207:20-207:23] | OVERRULED |
|---|---|---|
| 207 20       Q.   Okay.  And that's not a good thing, right?<br>207 21       MS. ELIZABETH:  Objection; form.<br>207 22       BY THE WITNESS:<br>207 23       A.   You want the plug to be in securely, yes. | Def Obj vague; argumentative (611, 403) | |

207:24 - 208:4   Ronald Kieper 12/19/2019

207 24       BY MR. BUCHANAN:
207 25       Q.   Right, because you want to provide
208 1        protection with a hearing protection device, right?
208 2        A.   My goal was to obtain a best fit and get
208 3        the most protection that the person could get with
208 4        that plug.

| 208:5 - 208:11   Ronald Kieper 12/19/2019 | Re: [208:5-208:11] | OVERRULED |
|---|---|---|
| 208 5        Q.   And what you found, sir, is that if you<br>208 6        didn't flip back the flanges, the plug or the opposing<br>208 7        flanges would press against the ear and loosen the<br>208 8        plug, right?<br>208 9        MS. ELIZABETH:  Objection; form.<br>208 10       BY THE WITNESS:<br>208 11       A.   In some cases that happened. | Def Obj argumentative; misstates (611, 403) | |

| | | |
|---|---|---|
| 208:12 - 208:17   Ronald Kieper 12/19/2019 | | |
| 208 12      BY MR. BUCHANAN: | | |
| 208 13         Q.   You don't have any recollection of your | | |
| 208 14      results apart from your memos, right, sir? | | |
| 208 15         A.   No, that's correct. | | |
| 208 16         Q.   And what you wrote is that this could | | |
| 208 17      happen imperceptibly to the test subject, right? | | |
| 208:19 - 208:20   Ronald Kieper 12/19/2019 | | |
| 208 19      BY THE WITNESS: | | |
| 208 20         A.   Yes, that's what I wrote. | | |
| 210:12 - 210:25   Ronald Kieper 12/19/2019 | **Re: [210:12-210:25]** | **SUSTAINED** |
| 210 12         Q.   Okay.  And the observation you noted in | **Def Obj** asked; argumentative (611, | |
| 210 13      your memo at the time, and before, frankly, this | 403), cumulative (403) | |
| 210 14      became a bit of a situation for the company, is that | | |
| 210 15      this issue with the opposing flanges pressing on the | | |
| 210 16      ears could cause the plugs to loosen in an | | |
| 210 17      imperceptible way to the subjects, right, sir? | | |
| 210 18         A.   That's what is written, yes. | | |
| 210 19         Q.   Okay.  And you don't disagree with that, | | |
| 210 20      do you, sir? | | |
| 210 21      MS. ELIZABETH:  Objection; form. | | |
| 210 22      BY THE WITNESS: | | |
| 210 23         A.   That it sometimes happened and it was | | |
| 210 24      imperceptible to the subjects, no, I don't disagree | | |
| 210 25      with that. | | |
| 210:26 - 211:1   Ronald Kieper 12/19/2019 | | |
| 211 1      BY MR. BUCHANAN: | | |
| 211:2 - 211:8   Ronald Kieper 12/19/2019 | **Re: [211:2-211:8]** | **OVERRULED** |
| 211 2         Q.   People were unaware that hearing | **Def Obj** foundation (602); vague (611, | |
| 211 3      protection that they thought was seated was not | 403) | |
| 211 4      seated, correct? | | |
| 211 5      MS. ELIZABETH:  Objection; form, foundation. | | |
| 211 6      BY THE WITNESS: | | |
| 211 7         A.   They were not aware that the plug had | | |
| 211 8      loosened. | | |
| 211:25 - 212:2   Ronald Kieper 12/19/2019 | | |
| 211 25         Q.   And there were two ends to the Combat | | |
| 212 1      Arms, right, there was a yellow end and a green end? | | |
| 212 2         A.   Yes. | | |

| | | |
|---|---|---|
| 212:3 - 212:9   Ronald Kieper 12/19/2019 | **Re: [212:3-212:9]** | **OVERRULED** |
| 212 3    Q.   This situation about the opposing flange | **Def Obj** foundation (602); misstates | |
| 212 4    pressing against the ear and imperceptibly loosening | (611, 403) | |
| 212 5    applies to both ends, right? | | |
| 212 6    MS. ELIZABETH:  Objection; form, foundation. | | |
| 212 7    BY THE WITNESS: | | |
| 212 8    A.   I don't know.  This -- this memo is | | |
| 212 9    talking about the testing of the green end. | | |
| 212:10 - 212:14   Ronald Kieper 12/19/2019 | | |
| 212 10    BY MR. BUCHANAN: | | |
| 212 11    Q.   Oh, I understand that's what it's talking | | |
| 212 12    about, but the designs are mirror images of one | | |
| 212 13    another, right, in terms of the flanges, correct? | | |
| 212 14    A.   Yes. | | |
| 213:7 - 213:15   Ronald Kieper 12/19/2019 | **Re: [213:7-213:15]** | **OVERRULED** |
| 213 7    Q.   Can you think of any reason why it | **Def Obj** 701; foundation (602); asked | |
| 213 8    wouldn't? | (611, 403) | |
| 213 9    MS. ELIZABETH:  Objection. | | |
| 213 10    BY MR. BUCHANAN: | | |
| 213 11    Q.   The flanges are the same? | | |
| 213 12    MS. ELIZABETH:  Objection; form. | | |
| 213 13    BY THE WITNESS: | | |
| 213 14    A.   No, I don't know. | | |
| 213 15    BY MR. BUCHANAN: | | |
| 213:16 - 213:21   Ronald Kieper 12/19/2019 | **Re: [213:16-213:21]** | **OVERRULED** |
| 213 16    Q.   You can't think of any reason why the | **Def Obj** argumentative, asked (611, | |
| 213 17    problem wouldn't exist with both ends of the plug, | 403); foundation (602) | |
| 213 18    right, sir? | | |
| 213 19    MS. ELIZABETH:  Objection; form. | | |
| 213 20    BY THE WITNESS: | | |
| 213 21    A.   It could -- it could be a problem, yes. | | |
| 214:6 - 214:7   Ronald Kieper 12/19/2019 | **Re: [214:6-214:7]** | **OVERRULED** |
| 214 6    A.   I don't recall seeing a problem when I was | **Pltf Obj** beyond the scope of | |
| 214 7    fitting the yellow end. | clarification counter and is non | |
| | responsive to the question | |
| 214:9 - 214:11   Ronald Kieper 12/19/2019 | | |
| 214 9    Q.   Well, I'm wondering, sir, you got a 0 NRR | | |
| 214 10    on the yellow end, right? | | |
| 214 11    A.   Yes. | | |

| | | |
|---|---|---|
| 214:12 - 214:16   Ronald Kieper 12/19/2019 | **Re: [214:12-214:16]** | **SUSTAINED** |
| 214 12    Q.   Your boss was happy with that one, wasn't | **Def Obj** foundation (602); | |
| 214 13    he? | argumentative (611, 403) | |
| 214 14    MS. ELIZABETH:  Objection; foundation, form. | | |
| 214 15    BY THE WITNESS: | | |
| 214 16    A.   I don't know. | | |
| 219:25 - 220:6   Ronald Kieper 12/19/2019 | **Re: [219:25-220:6]** | **SUSTAINED** |
| 219 25    Q.   Okay.  You know you had a situation, sir, | **Def Obj** asked; misstates; | |
| 220 1    when this memo is put together in May of 2000 talking | argumentative (611, 403); foundation | |
| 220 2    about imperceptible loosening with your Combat Arms | (602) | |
| 220 3    because you had all already been selling it, right? | | |
| 220 4    MS. ELIZABETH:  Objection; form, foundation. | | |
| 220 5    BY THE WITNESS: | | |
| 220 6    A.   I don't know that it was being sold. | | |
| 220:7 - 220:12   Ronald Kieper 12/19/2019 | | **EXCLUDED because objections to** |
| 220 7    BY MR. BUCHANAN: | | **[214:12-220:6] were sustained.** |
| 220 8    Q.   Well, didn't you see the e-mail from | | |
| 220 9    Mr. Berger your boss?  We looked at it this morning. | | |
| 220 10    Do you remember that? | | |
| 220 11    A.   I looked at that -- yes, you showed me | | |
| 220 12    that memo this morning. | | |
| 220:13 - 220:17   Ronald Kieper 12/19/2019 | **Re: [220:13-220:17]** | **SUSTAINED** |
| 220 13    Q.   Do you think he was lying about it being | **Def Obj** argumentative (611, 403); | |
| 220 14    sold at that point in time? | foundation (602) | |
| 220 15    MS. ELIZABETH:  Objection; form. | | |
| 220 16    BY THE WITNESS: | | |
| 220 17    A.   I don't know. | | |
| 220:18 - 220:18   Ronald Kieper 12/19/2019 | | |
| 220 18    BY MR. BUCHANAN: | | |
| 220:18 - 220:18   Ronald Kieper 12/19/2019 | | |
| 220 18    BY MR. BUCHANAN: | | |
| 220:19 - 220:25   Ronald Kieper 12/19/2019 | **Re: [220:19-220:25]** | **SUSTAINED** |
| 220 19    Q.   You didn't have any awareness, sir, that | **Def Obj** asked; argumentative (611, | |
| 220 20    this product was being sold and used with service | 403); foundation (602) | |
| 220 21    members at this point in time with no testing having | | |
| 220 22    been done? | | |
| 220 23    MS. ELIZABETH:  Objection; form, foundation. | | |
| 220 24    BY THE WITNESS: | | |
| 220 25    A.   No, I wasn't aware of that. | | |

| | | |
|---|---|---|
| 220:26 - 221:5   Ronald Kieper 12/19/2019 | | |
| 221 1      BY MR. BUCHANAN: | | |
| 221 2      Q.   Okay.  Did your boss express to you that | | |
| 221 3      you clearly had a problem with this product? | | |
| 221 4      A.   I don't recall him -- I don't recall any | | |
| 221 5      conversations about this product. | | |
| 221:6 - 221:11   Ronald Kieper 12/19/2019 | **Re: [221:6-221:11]** | **SUSTAINED** |
| 221 6      Q.   There was a problem with the product.  Did | **Def Obj** argumentative; misstates (611, 403); foundation (602) | |
| 221 7      you know it was perceived that way by your boss? | | |
| 221 8      MS. ELIZABETH:  Objection; form, foundation. | | |
| 221 9      BY THE WITNESS: | | |
| 221 10      A.   No, I didn't know that was what his | | |
| 221 11      thinking was. | | |
| 221:13 - 221:17   Ronald Kieper 12/19/2019 | | |
| 221 13      (WHEREUPON, a certain document was | | |
| 221 14      marked Ron Kieper Deposition Exhibit | | |
| 221 15      No. 15, for identification, as of | | |
| 221 16      12/19/2019.) | | |
| 221 17      BY MR. BUCHANAN: | | |
| 221:18 - 222:1   Ronald Kieper 12/19/2019 | **Re: [221:18-222:1]** | **OVERRULED** |
| 221 18      Q.   I am passing you, sir, Exhibit 15 to your | **Def Obj** relevance (401, 402); Prejudice (403) | |
| 221 19      deposition. | | |
| 221 20      Exhibit 15, sir, is an e-mail from | | |
| 221 21      Mr. Berger.  That's your boss at the time, right? | | |
| 221 22      A.   Yes. | | |
| 221 23      Q.   To Brian Myers. | | |
| 221 24      Who is he, sir? | | |
| 221 25      A.   Another employee of 3M.  He may have been | | |
| 222 1      Elliott's boss at that time.  I don't recall. | | |
| 222:2 - 222:8   Ronald Kieper 12/19/2019 | **Re: [222:2-222:8]** | **OVERRULED** |
| 222 2      Q.   Okay.  And the lab was actually reporting | **Def Obj** vague (611, 403); foundation (602) | |
| 222 3      in to Mr. Myers at this point in time, isn't that | | |
| 222 4      true? | | |
| 222 5      MS. ELIZABETH:  Objection; foundation. | | |
| 222 6      BY THE WITNESS: | | |
| 222 7      A.   If he was Elliott's boss, that -- that | | |
| 222 8      could be the case, yes. | | |

| | |
|---|---|
| 222:10 - 222:14   Ronald Kieper 12/19/2019 | **Re: [222:10-222:14]** |
| 222 10      Q.   And he was a business guy, right? | **Def Obj** vague (611, 403); foundation |
| 222 11      MS. ELIZABETH:  Objection; foundation. | (602) |
| 222 12      BY THE WITNESS: | |
| 222 13      A.   I'm -- I don't know what his background or | |
| 222 14      what his specific job was. | **OVERRULED** |

| | |
|---|---|
| 222:15 - 222:15   Ronald Kieper 12/19/2019 | |
| 222 15      BY MR. BUCHANAN: | |

| | |
|---|---|
| 222:16 - 223:1   Ronald Kieper 12/19/2019 | **Re: [222:16-223:1]** |
| 222 16      Q.   The memo from -- or the e-mail from | **Def Obj** relevance (401, 402); Prejudice |
| 222 17      Mr. Berger to Mr. Myers dated the day after the memo | (403) |
| 222 18      we just looked at, the one you wrote, do you see that? | |
| 222 19      A.   Yes, I see that. | |
| 222 20      Q.   Okay.  It says:  "Here are data on the | |
| 222 21      UltraFit end of the Combat Arms.  Note the original | |
| 222 22      study was stopped with eight subjects.  The second | |
| 222 23      study was with the folded-back flanges on the end | |
| 222 24      sticking out of the ear." | **OVERRULED** |
| 222 25      Did I read that correctly? | |
| 223 1      A.   Yes, you did. | |

| | |
|---|---|
| 223:20 - 223:21   Ronald Kieper 12/19/2019 | |
| 223 20      Q.   You hadn't seen this before today? | |
| 223 21      A.   I don't believe so. | |

| | |
|---|---|
| 223:22 - 224:6   Ronald Kieper 12/19/2019 | |
| 223 22      Q.   Okay.  It says:  "The second" -- "The | |
| 223 23      second study was with the folded-back flanges on the | |
| 223 24      end sticking out of the ear." | |
| 223 25      Do you see that? | |
| 224 1      A.   Yes. | |
| 224 2      Q.   And then there is a question to Mr. Myers | |
| 224 3      from Mr. Berger. | |
| 224 4      "Should I share this with Ohlin?" | |
| 224 5      Do you see that? | |
| 224 6      A.   Yes. | |

| | |
|---|---|
| 224:7 - 224:14   Ronald Kieper 12/19/2019 | **Re: [224:7-224:14]** |
| 224 7      Q.   And then it continues. | **Def Obj** prejudice (403); foundation |
| 224 8      "It looks like the existing product has | (602); vague; misstates (611, 403) |
| 224 9      problems."  Let's pause there. | |
| 224 10      Did Mr. Berger ever share with you his | **OVERRULED** |

224 11      view that the existing product had problems?
224 12      MS. ELIZABETH:  Objection; asked and answered.
224 13      BY THE WITNESS:
224 14      A.   Not that I recall.

224:16 - 224:22   Ronald Kieper 12/19/2019

224 16      Q.   Did he ever share with you at this point
224 17      in time that you were already selling this version of
224 18      the product?
224 19      MS. ELIZABETH:  Objection; form, asked and
224 20      answered.
224 21      BY THE WITNESS:
224 22      A.   No.

**Re: [224:16-224:22]**
**Def Obj** vague; misstates; asked (611, 403); foundation (602)

**OVERRULED**

225:4 - 225:10   Ronald Kieper 12/19/2019

225 4       Q.   Did you direct anybody, sir, that the
225 5       Combat Arms when worn should have the flanges folded
225 6       back in the same manner that you tested them?
225 7       MS. ELIZABETH:  Objection; form.
225 8       BY THE WITNESS:
225 9       A.   I didn't have any input on the
225 10      instructions or...

**Re: [225:4-225:10]**
**Def Obj** misstates (611, 403); MIL No. 18

**OVERRULED**

226:4 - 226:13   Ronald Kieper 12/19/2019

226 4       (WHEREUPON, a certain document was
226 5       marked Ron Kieper Deposition Exhibit
226 6       No. 16, for identification, as of
226 7       12/19/2019.)
226 8       BY MR. BUCHANAN:
226 9       Q.   Before you now, sir, is Exhibit --
226 10      Exhibit 16 to your examination.  It's a technical
226 11      report.  It's got a number in the middle.  Do you see
226 12      that?  E-A-R 00-12/HP.  Do you see that?
226 13      A.   Yes.

226:19 - 227:12   Ronald Kieper 12/19/2019

226 19      Q.   Okay.  And you are the lead author on
226 20      this?
226 21      A.   Yes.
226 22      Q.   Okay.  For the record, Exhibit 16 is a
226 23      report entitled:  "How Folding the Flanges Back
226 24      Affects REAT Results of the UltraFit Earplug End of
226 25      the Combat Arms Plug."

| | | |
|---|---|---|
| 227 1     Do you see that, sir?<br>227 2     A.   Yes.<br>227 3     Q.   It is dated July 10, 2000?<br>227 4     A.   Yes.<br>227 5     Q.   And we are looking at Version 1.2, right?<br>227 6     A.   That's -- yes, that's what it states.<br>227 7     Q.   And was that your practice, sir, when you<br>227 8     were doing technical report -- reports to start with a<br>227 9     Version 1 and then make changes and make a Version 1.1<br>227 10    and then you'd make changes and go to a Version 1.2,<br>227 11    for example?<br>227 12    A.   Yes. | | |
| 227:13 - 227:19   Ronald Kieper 12/19/2019<br>227 13    Q.   Okay.  And so seeing that numbering there,<br>227 14    I take it your testimony would be there was a<br>227 15    Version 1, right?<br>227 16    MS. ELIZABETH:  Objection; foundation.<br>227 17    BY THE WITNESS:<br>227 18    A.   There was probably a Version 1.0 and a<br>227 19    Version 1.1. | Re: [227:13-227:19]<br>Def Obj foundation (602) | OVERRULED |
| 227:21 - 227:22   Ronald Kieper 12/19/2019<br>227 21    Q.   Okay.  And where are those?<br>227 22    A.   I don't know. | | |
| 228:15 - 228:20   Ronald Kieper 12/19/2019<br>228 15    Q.   I take it, sir, that before you came in to<br>228 16    talk to us today on the record with our jury, you had<br>228 17    a chance to review this?<br>228 18    A.   Yes, I've looked at this.<br>228 19    Q.   As part of your preparation for today?<br>228 20    A.   Yes. | | |
| 228:21 - 229:3   Ronald Kieper 12/19/2019<br>228 21    Q.   Okay.  Let's look at this.<br>228 22    And this is kind of a beefed up version of<br>228 23    that memo that we looked at from May of 2000 that you<br>228 24    wrote yourself to Mr. Berger, is that right?<br>228 25    MS. ELIZABETH:  Objection; form.<br>229 1     BY THE WITNESS:<br>229 2     A.   There is -- there is more to it than just<br>229 3     the memo, yes. | Re: [228:21-229:3]<br>Def Obj argumentative; vague (611, 403) | OVERRULED |

229:4 - 229:24   Ronald Kieper 12/19/2019

| | |
|---|---|
| 229 4 | BY MR. BUCHANAN: |
| 229 5 | Q.   Okay.  And I'd like to -- this -- I'd like |
| 229 6 | to start with the test procedure, okay? |
| 229 7 | A.   Okay. |
| 229 8 | Q.   Under the heading Test Procedure, you are |
| 229 9 | talking about these two tests 213015 and 213017, |
| 229 10 | correct, sir? |
| 229 11 | A.   Yes. |
| 229 12 | Q.   Okay.  It says:  "Both tests followed the |
| 229 13 | S3.19-1974, Experimenter-Fit, protocol." |
| 229 14 | Do you see that? |
| 229 15 | A.   Yes. |
| 229 16 | Q.   And you described what you did. |
| 229 17 | They were tested three times each on the |
| 229 18 | subjects from your lab test panel, right? |
| 229 19 | A.   Yes. |
| 229 20 | Q.   Okay.  So that means these are those folks |
| 229 21 | that you have already prescreened and qualified, not |
| 229 22 | some sample from the general population, right? |
| 229 23 | A.   Yes, these were test subjects on our test |
| 229 24 | panel. |

229:25 - 230:4   Ronald Kieper 12/19/2019

| | | |
|---|---|---|
| 229 25 | Q.   Okay.  Some of whom were employees, right? | **Re: [229:25-230:4]** |
| 230 1 | A.   Yes. | **Def Obj** relevance (401, 402) |
| 230 2 | Q.   Some of whom were relatives of employees, | |
| 230 3 | right? | |
| 230 4 | A.   Yes. | |

**OVERRULED**

232:12 - 232:19   Ronald Kieper 12/19/2019

| | |
|---|---|
| 232 12 | Q.   "Because the stem of the green, solid end |
| 232 13 | of the plug is so short, it was difficult for the |
| 232 14 | experimenter to insert the plug deeply into some |
| 232 15 | subjects' ear canals, especially those subjects with |
| 232 16 | medium and larger canals," right? |
| 232 17 | A.   That's what it says, yes. |
| 232 18 | Q.   Okay.  And that was true, of course, |
| 232 19 | right? |

232:22 - 233:1   Ronald Kieper 12/19/2019

| | |
|---|---|
| 232 22 | A.   That's -- that's what I wrote. |

232 23      BY MR. BUCHANAN:
232 24      Q.   And you wrote it because it was --
232 25      A.   So I -- at that time I believed that, yes.
233 1       Q.   And you still believe it, don't you?
233:4 - 233:6   Ronald Kieper 12/19/2019
233 4       A.   I believe that it -- it was difficult for
233 5       me to insert the plug deeply into some subjects' ear
233 6       canals.
233:18 - 234:17   Ronald Kieper 12/19/2019
233 18      Q.   And then it continues.
233 19      "Additionally, the geometry of the ear
233 20      canal opening sometimes prevented the deep plug
233 21      insertion required for maximum attenuation values,"
233 22      right?
233 23      A.   That's -- that's -- you read that right.
233 24      Q.   And then you continue to describe the
233 25      observation you had in your memo from a few months
234 1       earlier.  You state:
234 2       "When the solid plug was fitted during the
234 3       first test, the basal edge of the third flange of the
234 4       yellow level-dependent plug sometimes pressed against
234 5       the subject's ear canal opening and folded up."
234 6       Did I read that correctly?
234 7       A.   Yes, you did.
234 8       Q.   "When the inward pressure on the plug was
234 9       released, the yellow plug's flanges tended to return
234 10      to their original shape and this sometimes loosened
234 11      the plug."
234 12      Do you see that?
234 13      A.   I see that.
234 14      Q.   Okay.  And this loosening, sir, was often
234 15      imperceptible to the subject, isn't that true?
234 16      A.   That's what it says here.
234 17      Q.   And that was true?
234:20 - 235:7   Ronald Kieper 12/19/2019
234 20      A.   That's what I believed, yes.
234 21      BY MR. BUCHANAN:
234 22      Q.   That's what you wrote contemporaneous --
234 23      A.   That's what I wrote.

| | | |
|---|---|---|
| 234 24    Q.    -- with the study? | | |
| 234 25    A.    That's correct. | | |
| 235 1    Q.    When you ran test 213017, as you | | |
| 235 2    documented in this report, "the yellow flanges of a | | |
| 235 3    level-dependent end of the plug were folded back prior | | |
| 235 4    to the green, solid plug being inserted into the | | |
| 235 5    subjects' ears." | | |
| 235 6    Do you see that, sir? | | |
| 235 7    A.    Yes. | | |
| 235:8 - 235:13   Ronald Kieper 12/19/2019 | **Re: [235:8-235:13]** | **OVERRULED** |
| 235 8    Q.    And that's how you ran test 213017, right, | **Def Obj** foundation (602) | |
| 235 9    sir? | | |
| 235 10    MS. ELIZABETH:  Objection; form. | | |
| 235 11    BY THE WITNESS: | | |
| 235 12    A.   I don't recall.  I hold -- I wrote that | | |
| 235 13    here, so that's -- that's what I wrote at that time. | | |
| 235:14 - 235:14   Ronald Kieper 12/19/2019 | | |
| 235 14    BY MR. BUCHANAN: | | |
| 235:15 - 235:19   Ronald Kieper 12/19/2019 | **Re: [235:15-235:19]** | **OVERRULED** |
| 235 15    Q.    You don't doubt that's what you did, | **Def Obj** argumentative (611, 403); | |
| 235 16    right? | cumulative (403) | |
| 235 17    MS. ELIZABETH:  Objection; form. | | |
| 235 18    BY THE WITNESS: | | |
| 235 19    A.    No, I don't doubt that. | | |
| 235:25 - 236:8   Ronald Kieper 12/19/2019 | | |
| 235 25    "The folded-back flanges and the hard | | |
| 236 1    plastic stem provided a long, stiff quasi-stem for the | | |
| 236 2    experimenter to grasp and allowed for a deeper and | | |
| 236 3    more consistent fit of the solid plugs for test | | |
| 236 4    213017." | | |
| 236 5    Do you see that, sir? | | |
| 236 6    A.   I see that. | | |
| 236 7    Q.    And that's also a true statement when you | | |
| 236 8    wrote it, right, sir? | | |
| 236:10 - 236:11   Ronald Kieper 12/19/2019 | | |
| 236 10    BY THE WITNESS: | | |
| 236 11    A.    Yes. | | |

| | | |
|---|---|---|
| 236:13 - 236:17   Ronald Kieper 12/19/2019 | **Re: [236:13-236:17]** | **SUSTAINED** |
| 236 13    Q.   True then, true now, right? | **Pltf Obj** it is cumulative and therefore | |
| 236 14    MS. ELIZABETH:  Objection; form. | not clarification counter | |
| 236 15    BY THE WITNESS: | | |
| 236 16    A.   I don't know.  I haven't done any | | |
| 236 17    experimenting in the last several years. | | |
| 238:9 - 238:11   Ronald Kieper 12/19/2019 | | |
| 238 9    Q.   Before the break, sir, we were looking at | | |
| 238 10    this e-mail which followed the memo you sent to | | |
| 238 11    Mr. Berger by a day. | | |
| 238:12 - 239:22   Ronald Kieper 12/19/2019 | **Re: [238:12-239:22]** | **SUSTAINED** |
| 238 12    Do you recall us discussing Exhibit 15? | **Def Obj** cumulative (403); asked (611, | |
| 238 13    A.   Yes. | 403) | |
| 238 14    Q.   Okay.  This is the one talking about the | | |
| 238 15    original study being stopped with eight subjects. | | |
| 238 16    Remind us, sir, what was the NRR when the | | |
| 238 17    subject was stopped -- that was stopped? | | |
| 238 18    MS. ELIZABETH:  Objection; form. | | |
| 238 19    BY THE WITNESS: | | |
| 238 20    A.   The eight subject NRR was 11. | | |
| 238 21    BY MR. BUCHANAN: | | |
| 238 22    Q.   Okay.  And then the second study | | |
| 238 23    referenced here was the one with the folded-back | | |
| 238 24    flanges on the end sticking out of the ear, that's | | |
| 238 25    what's written, right? | | |
| 239 1    A.   Yes, that's what's written. | | |
| 239 2    Q.   And from our discussion, sir, you know | | |
| 239 3    that to be study 213017, correct? | | |
| 239 4    A.   Yes. | | |
| 239 5    Q.   The original study that was stopped with | | |
| 239 6    the eight subjects when there was an NRR of 11, that | | |
| 239 7    was study 213015, correct? | | |
| 239 8    MS. ELIZABETH:  Objection; form. | | |
| 239 9    BY THE WITNESS: | | |
| 239 10    A.   Yes. | | |
| 239 11    BY MR. BUCHANAN: | | |
| 239 12    Q.   All right.  And then we saw that portion | | |
| 239 13    of the e-mail at the bottom that said:  "It looks like | | |
| 239 14    the existing product has problems." | | |

| | | |
|---|---|---|
| 239 15    Do you see that? | | |
| 239 16    A.   I see that. | | |
| 239 17    Q.   But there were, in fact, bigger problems | | |
| 239 18    at this point in time with regard to this product and | | |
| 239 19    this issue, right, sir? | | |
| 239 20    MS. ELIZABETH:  Objection; form. | | |
| 239 21    BY THE WITNESS: | | |
| 239 22    A.   I don't know to what you are referring. | | |
| 238:14 - 238:20   Ronald Kieper 12/19/2019 | Re: [238:14-238:20] | SUSTAINED |
| 238 14    Q.   Okay.  This is the one talking about the | Def Obj misstates (611, 403) | |
| 238 15    original study being stopped with eight subjects. | | |
| 238 16    Remind us, sir, what was the NRR when the | | |
| 238 17    subject was stopped -- that was stopped? | | |
| 238 18    MS. ELIZABETH:  Objection; form. | | |
| 238 19    BY THE WITNESS: | | |
| 238 20    A.   The eight subject NRR was 11. | | |
| 239:5 - 239:10   Ronald Kieper 12/19/2019 | Re: [239:5-239:10] | SUSTAINED |
| 239 5    Q.   The original study that was stopped with | Def Obj asked; misstates (611, 403) | |
| 239 6    the eight subjects when there was an NRR of 11, that | | |
| 239 7    was study 213015, correct? | | |
| 239 8    MS. ELIZABETH:  Objection; form. | | |
| 239 9    BY THE WITNESS: | | |
| 239 10    A.   Yes. | | |
| 239:17 - 239:22   Ronald Kieper 12/19/2019 | Re: [239:17-239:22] | SUSTAINED |
| 239 17    Q.   But there were, in fact, bigger problems | Def Obj vague; asked (611, 403); | |
| 239 18    at this point in time with regard to this product and | foundation (602) | |
| 239 19    this issue, right, sir? | | |
| 239 20    MS. ELIZABETH:  Objection; form. | | |
| 239 21    BY THE WITNESS: | | |
| 239 22    A.   I don't know to what you are referring. | | |
| 240:3 - 240:8   Ronald Kieper 12/19/2019 | Re: [240:3-240:8] | SUSTAINED |
| 240 3    Q.   Mr. Myers was the project manager for the | Def Obj foundation (602) | |
| 240 4    Combat Arms, wasn't he, sir? | | |
| 240 5    MS. ELIZABETH:  Objection; form. | | |
| 240 6    BY THE WITNESS: | | |
| 240 7    A.   I don't -- I don't know that.  I don't | | |
| 240 8    recall that. | | |

240:21 - 241:13   Ronald Kieper 12/19/2019

| | |
|---|---|
| 240 21 | Q.   Do you have Exhibit 17 before you, sir? |
| 240 22 | A.   Yes. |
| 240 23 | Q.   All right.  It is an e-mail from a Delana |
| 240 24 | Kinnaman to a Brian Myers. |
| 240 25 | Do you see that? |
| 241 1 | A.   Yes. |
| 241 2 | Q.   That's actually dated Friday, November 19, |
| 241 3 | 1999, right? |
| 241 4 | A.   Yes. |
| 241 5 | Q.   Remember that e-mail we were looking at |
| 241 6 | earlier today between Mr. Berger and I think it was |
| 241 7 | internally addressed to Armand?  Remember the one from |
| 241 8 | November 1999?  Let's pull it up.  You can give me the |
| 241 9 | stack. |
| 241 10 | A.   Sure. |
| 241 11 | Q.   I'll identify it for you to make life |
| 241 12 | easy. |
| 241 13 | A.   Okay.  Sure. |

Re: [240:21-241:13]
Def Obj relevance (401, 402); foundation (602)

SUSTAINED

241:22 - 243:19   Ronald Kieper 12/19/2019

| | |
|---|---|
| 241 22 | Q.   We've got Exhibit 12 on the left on the |
| 241 23 | screen and we've got Exhibit 17, I think we are |
| 241 24 | putting on the right. |
| 241 25 | They are both dated the same day, right? |
| 242 1 | A.   Yes. |
| 242 2 | Q.   And so this Exhibit 17 -- or Exhibit 12, |
| 242 3 | excuse me, on the left, that's that e-mail we were |
| 242 4 | talking about, We are already selling the product, we |
| 242 5 | don't have any REAT data on the product, we are going |
| 242 6 | to have to start doing some testing. |
| 242 7 | Do you remember us looking at Exhibit 12, |
| 242 8 | sir? |
| 242 9 | MS. ELIZABETH:  Objection; form. |
| 242 10 | BY THE WITNESS: |
| 242 11 | A.   I remember us looking at this, yes. |
| 242 12 | BY MR. BUCHANAN: |
| 242 13 | Q.   Okay.  And so on this same day, Mr. Myers |
| 242 14 | is getting updated project summary sheets and bubble |
| 242 15 | charts and some business stuff. |

Re: [241:22-243:19]
Def Obj relevance (401, 402); foundation (602)

SUSTAINED

| | |
|---|---|
| 242 16 | I take it you didn't ordinarily get |
| 242 17 | financial planning and sales forecasts, did you? |
| 242 18 | A.   I did not. |
| 242 19 | Q.   Okay.  Let's go to the project summary |
| 242 20 | sheet for the Combat Arms.  This should be .12. |
| 242 21 | Do you see the heading Project Summary |
| 242 22 | Sheet? |
| 242 23 | A.   Yes. |
| 242 24 | Q.   It says:  "Project Name:  E-A-R UltraFit |
| 242 25 | 'Combat Arms' Plug," right? |
| 243 1 | A.   Yes. |
| 243 2 | Q.   The product description and positioning: |
| 243 3 | "Nonlinear plug to be sold to the military and as a |
| 243 4 | shooter's plug." |
| 243 5 | Do you see that, sir? |
| 243 6 | A.   Yes. |
| 243 7 | Q.   Okay.  It talks about a probability of |
| 243 8 | success of 90 percent. |
| 243 9 | Do you see that? |
| 243 10 | A.   Yes. |
| 243 11 | Q.   And you see that due date of 7/99, middle, |
| 243 12 | the due date? |
| 243 13 | A.   I see that, yes. |
| 243 14 | Q.   The product was already being sold in the |
| 243 15 | summer of 1999, isn't that true, sir? |
| 243 16 | MS. ELIZABETH:  Objection; foundation, asked and |
| 243 17 | answered. |
| 243 18 | BY THE WITNESS: |
| 243 19 | A.   I don't know that. |

| 243:1 - 244:24 | Ronald Kieper 12/19/2019 | **Re: [243:1-244:24]** | **SUSTAINED** |
|---|---|---|---|
| 243 1 | A.   Yes. | **Def Obj** asked (611, 403); foundation | |
| 243 2 | Q.   The product description and positioning: | (602) | |
| 243 3 | "Nonlinear plug to be sold to the military and as a | | |
| 243 4 | shooter's plug." | | |
| 243 5 | Do you see that, sir? | | |
| 243 6 | A.   Yes. | | |
| 243 7 | Q.   Okay.  It talks about a probability of | | |
| 243 8 | success of 90 percent. | | |
| 243 9 | Do you see that? | | |

243 10   A.   Yes.
243 11   Q.   And you see that due date of 7/99, middle,
243 12   the due date?
243 13   A.   I see that, yes.
243 14   Q.   The product was already being sold in the
243 15   summer of 1999, isn't that true, sir?
243 16   MS. ELIZABETH:  Objection; foundation, asked and
243 17   answered.
243 18   BY THE WITNESS:
243 19   A.   I don't know that.
243 20   BY MR. BUCHANAN:
243 21   Q.   Okay.  Who is the project manager for the
243 22   product, sir?
243 23   A.   I don't know.  I don't see that it says
243 24   that on here.
243 25   Q.   I'll direct your attention right to the
244 1    right of the due date, sir.  Do you see project
244 2    manager?
244 3    A.   Oh, there we are, yes.  Brian Myers.
244 4    Q.   Brian Myers was the project manager?
244 5    MS. ELIZABETH:  Objection; form.
244 6    BY MR. BUCHANAN:
244 7    Q.   According to this, sir?
244 8    A.   Yes, that's -- it says Brian Myers.
244 9    Q.   And we were looking at Exhibit 15 before.
244 10   Can we get Exhibit 15 now side by side with this.
244 11   Who is the person, sir, that Elliott
244 12   Berger is e-mailing on May 12th, 2000, about the
244 13   problem with the Combat Arms?
244 14   A.   This e-mail was sent to Brian Myers.
244 15   Q.   What we see, sir, on Exhibit 17, this
244 16   product that has problems, you've already forecasted
244 17   close to $5 million in profit for, isn't that right?
244 18   MS. ELIZABETH:  Objection; form.
244 19   BY THE WITNESS:
244 20   A.   No, I didn't -- I didn't do any of this.
244 21   BY MR. BUCHANAN:
244 22   Q.   You didn't -- you weren't aware of that?

| | | |
|---|---|---|
| 244 23    A.   No. | | |
| 244 24    MS. ELIZABETH:  Objection; form. | | |
| 243:14 - 243:19   Ronald Kieper 12/19/2019 | **Re: [243:14-243:19]** | **SUSTAINED** |
| 243 14    Q.   The product was already being sold in the | **Def Obj** asked; misstates (611, 403); | |
| 243 15    summer of 1999, isn't that true, sir? | foundation (602) | |
| 243 16    MS. ELIZABETH:  Objection; foundation, asked and | | |
| 243 17    answered. | | |
| 243 18    BY THE WITNESS: | | |
| 243 19    A.   I don't know that. | | |
| 244:4 - 244:8   Ronald Kieper 12/19/2019 | **Re: [244:4-244:8]** | **SUSTAINED** |
| 244 4    Q.   Brian Myers was the project manager? | **Def Obj** foundation (602) | |
| 244 5    MS. ELIZABETH:  Objection; form. | | |
| 244 6    BY MR. BUCHANAN: | | |
| 244 7    Q.   According to this, sir? | | |
| 244 8    A.   Yes, that's -- it says Brian Myers. | | |
| 244:15 - 244:20   Ronald Kieper 12/19/2019 | **Re: [244:15-244:20]** | **SUSTAINED** |
| 244 15    Q.   What we see, sir, on Exhibit 17, this | **Def Obj** foundation (602); 3M MIL No. | |
| 244 16    product that has problems, you've already forecasted | 14 | |
| 244 17    close to $5 million in profit for, isn't that right? | | |
| 244 18    MS. ELIZABETH:  Objection; form. | | |
| 244 19    BY THE WITNESS: | | |
| 244 20    A.   No, I didn't -- I didn't do any of this. | | |
| 244:22 - 244:24   Ronald Kieper 12/19/2019 | **Re: [244:22-244:24]** | **SUSTAINED** |
| 244 22    Q.   You didn't -- you weren't aware of that? | **Def Obj** foundation (602) | |
| 244 23    A.   No. | | |
| 244 24    MS. ELIZABETH:  Objection; form. | | |
| 245:1 - 245:9   Ronald Kieper 12/19/2019 | **Re: [245:1-245:9]** | **OVERRULED** |
| 245 1    Q.   So when your results came out, sir, and | **Def Obj** argumentative; asked; vague | |
| 245 2    you sent your memo to Mr. Berger in May of 2000, is | (611, 403) | |
| 245 3    your testimony nobody came to you and said, Well, this | | |
| 245 4    is a bit of a problem.  We've got -- we are expecting | | |
| 245 5    to sell a lot of these? | | |
| 245 6    MS. ELIZABETH:  Objection; form. | | |
| 245 7    BY MR. BUCHANAN: | | |
| 245 8    Q.   Did anybody share that with you? | | |
| 245 9    A.   No. | | |
| 245:22 - 246:2   Ronald Kieper 12/19/2019 | **Re: [245:22-246:2]** | **SUSTAINED** |
| 245 22    Q.   4.8 million in profit first three years, | **Def Obj** foundation (602); asked (611, | |
| 245 23    that's what was on the board, right? | 403); 3M MIL No. 14 | |

| | | |
|---|---|---|
| 245 24   MS. ELIZABETH:  Objection; form. | | |
| 245 25   BY THE WITNESS: | | |
| 246 1     A.   That's what's in this e-mail or this | | |
| 246 2     report. | | |
| **258:18 - 258:23   Ronald Kieper 12/19/2019** | **Re: [258:18-258:23]** | **SUSTAINED** |
| 258 18     Q.   Do you know there is no evidence that your | **Def Obj** argumentative; misstates (611, | |
| 258 19     research reports concerning folding back the flanges | 403); foundation (602) | |
| 258 20     was shared with Dr. Ohlin? | | |
| 258 21     MS. ELIZABETH:  Objection; form. | | |
| 258 22     BY THE WITNESS: | | |
| 258 23     A.   I'm sorry.  With whom? | | |
| **258:24 - 259:1   Ronald Kieper 12/19/2019** | | |
| 258 24     BY MR. BUCHANAN: | | |
| 258 25     Q.   Do you know who Dr. Ohlin is? | | |
| 259 1     A.   No. | | |
| **259:2 - 259:9   Ronald Kieper 12/19/2019** | **Re: [259:2-259:9]** | **OVERRULED** |
| 259 2     Q.   In that document we looked at, sir, there | **Def Obj** foundation (602); relevance | |
| 259 3     was a question:  "Should we tell owe Ohlin?" between | (401, 402) | |
| 259 4     Mr. Berger and Mr. Myers. | | |
| 259 5     Did you see that? | | |
| 259 6     MS. ELIZABETH:  Objection; form. | | |
| 259 7     BY THE WITNESS: | | |
| 259 8     A.   Yes, I remember doctor -- I didn't realize | | |
| 259 9     he was a doctor. | | |
| **259:10 - 259:12   Ronald Kieper 12/19/2019** | | |
| 259 10     BY MR. BUCHANAN: | | |
| 259 11     Q.   Were you ever instructed, sir, to share | | |
| 259 12     your report with Dr. Ohlin? | | |
| **259:15 - 259:15   Ronald Kieper 12/19/2019** | | |
| 259 15     A.   Not that I recall. | | |
| **271:14 - 271:25   Ronald Kieper 12/19/2019** | **Re: [271:14-271:25]** | **OVERRULED** |
| 271 14     Q.   I am passing you, sir, what we are marking | **Def Obj** asked; misstates; | |
| 271 15     as Exhibit 22. | argumentative (611, 403); foundation | |
| 271 16     The truth is, sir, that 22 that you HAD | (602) | |
| 271 17     been putting on the package was a bit of a problem, | | |
| 271 18     wasn't it, sir? | | |
| 271 19     MS. ELIZABETH:  Objection; form, asked and | | |
| 271 20     answered. | | |
| 271 21     BY MR. BUCHANAN: | | |

| | | |
|---|---|---|
| 271 22    Q.   Did you know that, sir? | | |
| 271 23    MS. ELIZABETH:  Same objections. | | |
| 271 24    BY THE WITNESS: | | |
| 271 25    A.   No. | | |
| 274:20 - 275:1   Ronald Kieper 12/19/2019 | Re: [274:20-275:1] | SUSTAINED |
| 274 20    Q.   As I remember your testimony, sir, you had | Def Obj misstates; asked; | |
| 274 21    an NRR of 11 on study 015 at the point in time | argumentative (611, 403); cumulative | |
| 274 22    Mr. Berger told you to stop testing, right? | (403) | |
| 274 23    MS. ELIZABETH:  Objection; asked and answered. | | |
| 274 24    BY THE WITNESS: | | |
| 274 25    A.   Yes, he asked me to stop testing after | | |
| 275 1    eight subjects. | | |
| 275:2 - 275:2   Ronald Kieper 12/19/2019 | | |
| 275 2    BY MR. BUCHANAN: | | |
| 275:3 - 275:9   Ronald Kieper 12/19/2019 | Re: [275:3-275:9] | SUSTAINED |
| 275 3    Q.   And then you all flipped the flanges back, | Def Obj asked; misstates (611, 403); | |
| 275 4    used that different technique we talked about in your | cumulative (403) | |
| 275 5    documents from 2000, and when you retested you got a | | |
| 275 6    20 -- 22, right? | | |
| 275 7    MS. ELIZABETH:  Objection; form. | | |
| 275 8    BY THE WITNESS: | | |
| 275 9    A.   Yes, the 017 test result was 22. | | |
| 275:10 - 275:10   Ronald Kieper 12/19/2019 | | |
| 275 10    BY MR. BUCHANAN: | | |
| 275:11 - 275:15   Ronald Kieper 12/19/2019 | Re: [275:11-275:15] | SUSTAINED |
| 275 11    Q.   Okay.  Twice as high? | Def Obj argumentative; misstates (611, | |
| 275 12    MS. ELIZABETH:  Objection; form. | 403) | |
| 275 13    BY MR. BUCHANAN: | | |
| 275 14    Q.   Right? | | |
| 275 15    A.   Twice as high as 11. | | |
| 275:16 - 275:21   Ronald Kieper 12/19/2019 | Re: [275:16-275:21] | SUSTAINED |
| 275 16    Q.   Conveying substantially more protection? | Def Obj vague; asked; misstates (611, | |
| 275 17    MS. ELIZABETH:  Objection; form. | 403) | |
| 275 18    BY MR. BUCHANAN: | | |
| 275 19    Q.   Right? | | |
| 275 20    A.   We got higher results on the 17 tests, | | |
| 275 21    yes. | | |
| 275:24 - 275:24   Ronald Kieper 12/19/2019 | | |
| 275 24    BY MR. BUCHANAN: | | |

| | | |
|---|---|---|
| 275:25 - 276:6   Ronald Kieper 12/19/2019 | Re: [275:25-276:6] | SUSTAINED |
| 275 25     Q.   You doubled it? | Def Obj asked; argumentative; | |
| 276 1     A.   The NRR -- | misstates (611, 403) | |
| 276 2     MS. ELIZABETH:  Objection; form. | | |
| 276 3     BY THE WITNESS: | | |
| 276 4     A.   The NRR was double for the ten subjects | | |
| 276 5     tested as compared to the eight subjects that were | | |
| 276 6     tested and got an 11. | | |
| 276:8 - 276:12   Ronald Kieper 12/19/2019 | Re: [276:8-276:12] | OVERRULED |
| 276 8     Q.   And in 2015, sir, you all stopped selling | Def Obj foundation (602); 3M MIL No. | |
| 276 9     it with that 22, right? | 16 | |
| 276 10     MS. ELIZABETH:  Objection; foundation. | | |
| 276 11     BY THE WITNESS: | | |
| 276 12     A.  I don't know that. | | |
| 278:21 - 279:1   Ronald Kieper 12/19/2019 | | |
| 278 21     Q.  I understand you were just doing the tests | | |
| 278 22     the way Mr. Berger told you to, right? | | |
| 278 23     A.  I was following the ANSI Standard and | | |
| 278 24     Elliott's directions, yes. | | |
| 278 25     Q.   Elliott told you to fold the flanges back, | | |
| 279 1     right? | | |
| 279:3 - 279:5   Ronald Kieper 12/19/2019 | | |
| 279 3     BY THE WITNESS: | | |
| 279 4     A.  I don't recall him specifically saying | | |
| 279 5     that. | | |
| 279:15 - 279:17   Ronald Kieper 12/19/2019 | Re: [279:15-279:17] | OVERRULED |
| 279 15     Q.   Sir, you were also deposed in that other | Def Obj 3M MIL No. 6; relevance | |
| 279 16     proceeding, right? | (401, 402) | |
| 279 17     A.   Yes, 2015. | | |
| 280:1 - 280:4   Ronald Kieper 12/19/2019 | Re: [280:1-280:4] | OVERRULED |
| 280 1     Q.   Sir, is that you I guess four or five | Def Obj 3M MIL No. 6; relevance | |
| 280 2     years ago at the time of your deposition in that | (401, 402) | |
| 280 3     proceeding? | | |
| 280 4     A.   Yes. | | |
| 280:5 - 280:12   Ronald Kieper 12/19/2019 | Re: [280:5-280:12] | OVERRULED |
| 280 5     Q.  I guess four years ago there. | Def Obj 3M MIL No. 6; asked; | |
| 280 6     Whose -- whose idea was it to roll the | misstates (611, 403); foundation (602) | |
| 280 7     flange back and run 017 the way you did, sir?  Was it | | |
| 280 8     Mr. Berger? | | |

| | | |
|---|---|---|
| 280 9    MS. ELIZABETH:  Objection; asked and answered. | | |
| 280 10    BY THE WITNESS: | | |
| 280 11    A.   That would be my understanding, yes.  I | | |
| 280 12    don't recall specifically. | | |
| 280:11 - 281:6   Ronald Kieper 12/19/2019 | Re: [280:11-281:6] | OVERRULED |
| 280 11    A.   That would be my understanding, yes.  I | Def Obj cumulative (403); asked (611, | |
| 280 12    don't recall specifically. | 403) | |
| 280 13    BY MR. BUCHANAN: | | |
| 280 14    Q.   Okay.  Let's see what you said then. | | |
| 280 15    MR. BUCHANAN:  Can you play 50. | | |
| 280 16    (Video played, as follows: | | |
| 280 17    "Q.  Whose idea was it to roll | | |
| 280 18    back the flange and do this?  Was it | | |
| 280 19    Mr. Berger? | | |
| 280 20    "A. I don't know, you know -- | | |
| 280 21    "Q. Who told you to do it? | | |
| 280 22    "A. Mr. Berger. | | |
| 280 23    "Q. Did you ask why? | | |
| 280 24    "A. I don't recall.") | | |
| 280 25    BY MR. BUCHANAN: | | |
| 281 1    Q.   Okay.  Sir, you don't take exception to | | |
| 281 2    your prior testimony that it was Mr. Berger who told | | |
| 281 3    you to do it, do you, sir? | | |
| 281 4    MS. ELIZABETH:  Objection; form. | | |
| 281 5    BY THE WITNESS: | | |
| 281 6    A.   No. | | |
| 282:10 - 282:15   Ronald Kieper 12/19/2019 | Re: [282:10-282:15] | OVERRULED |
| 282 10    Q.   Overstating NRRs is a big deal, isn't it, | Def Obj argumentative; vague; | |
| 282 11    sir? | misstates (611, 403); foundation (602) | |
| 282 12    MS. ELIZABETH:  Objection; form. | | |
| 282 13    BY THE WITNESS: | | |
| 282 14    A.   Not putting the actual NRR on a package | | |
| 282 15    would be, yeah, that would be a problem. | | |
| 282:17 - 282:22   Ronald Kieper 12/19/2019 | Re: [282:17-282:22] | OVERRULED |
| 282 17    Q.   Yeah, and -- and not putting down an NRR | Def Obj 701; vague; misstates; | |
| 282 18    that you can support would be a problem, right? | argumentative (611, 403); foundation | |
| 282 19    MS. ELIZABETH:  Objection; form. | (602) | |
| 282 20    BY THE WITNESS: | | |

| | | |
|---|---|---|
| 282 21    A.   I can see how that would be a problem, | | |
| 282 22    yes. | | |
| 283:3 - 283:18   Ronald Kieper 12/19/2019 | **Re: [283:3-283:18]** | **SUSTAINED** |
| 283 3    Q.   All right. I'm passing you over what we | **Def Obj** 3M MIL No. 8; foundation | |
| 283 4    are marking as Exhibit 23 to your deposition, sir. | (602) | |
| 283 5    This is a press release -- | | |
| 283 6    MS. ELIZABETH:  One second. | | |
| 283 7    Can I have the document, please? | | |
| 283 8    MR. BUCHANAN:  Sorry about that. | | |
| 283 9    BY MR. BUCHANAN: | | |
| 283 10    Q.   It is a press release, sir, from 1993 from | | |
| 283 11    the Department of Justice directed to I guess it was | | |
| 283 12    then Cabot Safety Corp. | | |
| 283 13    Was that the parent of Aearo many years | | |
| 283 14    ago, sir? | | |
| 283 15    MS. ELIZABETH:  Objection; form. | | |
| 283 16    BY THE WITNESS: | | |
| 283 17    A.   I believe that was just another name of | | |
| 283 18    E-A-R, Cabot Safety, Aearo, 3M. | | |
| 283:19 - 283:19   Ronald Kieper 12/19/2019 | | |
| 283 19    BY MR. BUCHANAN: | | |
| 283:20 - 284:3   Ronald Kieper 12/19/2019 | **Re: [283:20-284:3]** | **SUSTAINED** |
| 283 20    Q.   Okay.  So here we are in 1993, sir, and we | **Def Obj** foundation (602); 3M MIL No. | |
| 283 21    see this press release where your company -- under a | 8 | |
| 283 22    different name then, but your company is going to pay | | |
| 283 23    a $900,000 civil penalty relating to alleged | | |
| 283 24    violations of the Noise Control Act. | | |
| 283 25    Do you see that, sir? | | |
| 284 1    MS. ELIZABETH:  Objection; foundation. | | |
| 284 2    BY THE WITNESS: | | |
| 284 3    A.   I see that. | | |
| 284:4 - 284:17   Ronald Kieper 12/19/2019 | **Re: [284:4-284:17]** | **SUSTAINED** |
| 284 4    BY MR. BUCHANAN: | **Def Obj** 3M MIL No. 8 | |
| 284 5    Q.   Okay.  At the bottom of the first page, | | |
| 284 6    the regulations, the EPA regulations is what they are | | |
| 284 7    referring to in the prior sentence, but: | | |
| 284 8    "The regulations also require hearing | | |
| 284 9    protection device manufacturers to test their products | | |
| 284 10    in accordance with EPA testing protocols and to label | | |

| | |
|---|---|
| 284 11   their products" with what, sir? | |
| 284 12   A.   "With an accurate rating." | |
| 284 13   Q.   Right. | |
| 284 14   And when we go to the second page, we see | |
| 284 15   the comments about that, that you all were quoting an | |
| 284 16   NRR that when the EPA came in and checked it, you | |
| 284 17   couldn't support, right? | |

**284:25 - 285:2   Ronald Kieper 12/19/2019**

| | | |
|---|---|---|
| 284 25   Q.   Do you see that, sir?<br>285 1   A.   Yeah, I see the -- yeah, I'm looking at<br>285 2   Page 2. | **Re: [284:25-285:2]**<br>**Def Obj**  foundation (602) | **SUSTAINED** |

**285:3 - 285:12   Ronald Kieper 12/19/2019**

| | | |
|---|---|---|
| 285 3   Q.   Okay.  And do you recall, sir, that EPA<br>285 4   came in, supervised retesting of your product, these<br>285 5   were foamies, not Combat Arms in 1990s, but supervised<br>285 6   the retesting of your product, and when they did that<br>285 7   your product provided about 50 percent of the noise<br>285 8   reduction that was claimed on the label.<br>285 9   Do you see that?<br>285 10   MS. ELIZABETH:  Objection; foundation.<br>285 11   BY THE WITNESS:<br>285 12   A.   Yes, I see that. | **Re: [285:3-285:12]**<br>**Def Obj** foundation (602); 3M MIL No. 8 | **SUSTAINED** |

**285:13 - 285:13   Ronald Kieper 12/19/2019**

| | | |
|---|---|---|
| 285 13   BY MR. BUCHANAN: | | |

**285:14 - 285:18   Ronald Kieper 12/19/2019**

| | | |
|---|---|---|
| 285 14   Q.   That's not a good thing, right?<br>285 15   MS. ELIZABETH:  Objection; form.<br>285 16   BY THE WITNESS:<br>285 17   A.   I don't know.  They were two different --<br>285 18   obviously two different tests. | **Re: [285:14-285:18]**<br>**Def Obj** vague; argumentative; (611, 403); foundation (602); 3M MIL No. 8 | **SUSTAINED** |

**285:19 - 285:20   Ronald Kieper 12/19/2019**

| | | |
|---|---|---|
| 285 19   BY MR. BUCHANAN:<br>285 20   Q.   Right, right. | | |

**285:21 - 286:3   Ronald Kieper 12/19/2019**

| | | |
|---|---|---|
| 285 21   So there was a test you all were using<br>285 22   that provided one measure and there was another test,<br>285 23   a retest, that shows about 50 percent of what you were<br>285 24   telling people publicly, right?<br>285 25   MS. ELIZABETH:  Objection; foundation. | **Re: [285:21-286:3]**<br>**Def Obj** foundation (602); 3M MIL No. 8 | **OVERRULED** |

| | | |
|---|---|---|
| 286 1    BY MR. BUCHANAN:<br>286 2    Q.   That's what this says?<br>286 3    A.   That's what this says. | | |
| 286:4 - 286:10   Ronald Kieper 12/19/2019<br>286 4    Q.   Well, you were in the lab when this was<br>286 5    all happening, right?<br>286 6    A.   I was in the lab in 1993, yes.<br>286 7    Q.   Did you do these tests that came up<br>286 8    50 percent under what you were publicly stating?<br>286 9    A.   I did the labeling, the current labeling<br>286 10    tests for the E-A-R foam plug. | **Re: [286:4-286:10]**<br>**Def Obj** 3M MIL No. 8 | **OVERRULED** |
| 286:11 - 286:16   Ronald Kieper 12/19/2019<br>286 11    Q.   Are you aware you all got a $900,000 fine<br>286 12    for putting forward an NRR that was twice as high as<br>286 13    the one that could really be supported?<br>286 14    MS. ELIZABETH:  Objection; form, foundation.<br>286 15    BY THE WITNESS:<br>286 16    A.   No, I wasn't aware of the fine. | **Re: [286:11-286:16]**<br>**Def Obj** 3M MIL No. 8; foundation<br>(602) | **OVERRULED** |
| 286:18 - 286:24   Ronald Kieper 12/19/2019<br>286 18    Q.   The next paragraph continues:<br>286 19    "Acting Assistant Attorney General Myles<br>286 20    Flint of the Environment and Natural Resources<br>286 21    Division said, 'This is the largest civil penalty<br>286 22    under the statute.'"<br>286 23    Do you see that?<br>286 24    A.   Yes. | **Re: [286:18-286:24]**<br>**Def Obj** 3M MIL No. 8; foundation<br>(602) | **SUSTAINED** |
| 286:25 - 287:7   Ronald Kieper 12/19/2019<br>286 25    Q.   "Correct labeling and adequate testing are<br>287 1    absolutely necessary for the safety of the public."<br>287 2    Let's pause.<br>287 3    Do you agree?<br>287 4    MS. ELIZABETH:  Objection; form, foundation.<br>287 5    BY THE WITNESS:<br>287 6    A.   That's -- that's his opinion.  I don't --<br>287 7    I don't have an opinion on it. | **Re: [286:25-287:7]**<br>**Def Obj** 3M MIL No. 8; foundation<br>(602); 701 | **SUSTAINED** |
| 288:4 - 288:10   Ronald Kieper 12/19/2019<br>288 4    Q.   You just shouldn't kill tests because they<br>288 5    are 50 percent of the level that you want them to come<br>288 6    in at. | **Re: [288:4-288:10]**<br>**Def Obj** 3M MIL No. 18; foundation<br>(602); argumentative (611, 403); 3M<br>MIL No. 8 | **OVERRULED** |

| | | |
|---|---|---|
| 288 7    You'd agree with me on that, right, sir? | | |
| 288 8    MS. ELIZABETH:  Objection; form. | | |
| 288 9    BY THE WITNESS: | | |
| 288 10   A.  I don't have an opinion on that. | | |
| 288:11 - 288:22   Ronald Kieper 12/19/2019 | **Re: [288:11-288:22]** | **OVERRULED** |
| 288 11   BY MR. BUCHANAN: | **Def Obj** 3M MIL No. 8; foundation | |
| 288 12   Q.  Do you think that's right? | (602); 3M MIL No. 18; vague; | |
| 288 13   MS. ELIZABETH:  Objection; form. | argumentative (611, 403) | |
| 288 14   BY MR. BUCHANAN: | | |
| 288 15   Q.  Shutting down tests so you don't get | | |
| 288 16   numbers that are a problem for you? | | |
| 288 17   MS. ELIZABETH:  Objection; form. | | |
| 288 18   BY THE WITNESS: | | |
| 288 19   A.  I didn't shut down the test. | | |
| 288 20   BY MR. BUCHANAN: | | |
| 288 21   Q.  Who did? | | |
| 288 22   A.  Mr. Berger. | | |
| 298:11 - 298:16   Ronald Kieper 12/19/2019 | **Re: [298:11-298:16]** | **OVERRULED** |
| 298 11   Q.  Do you remember killing studies at the | **Def Obj** misstates; asked; | |
| 298 12   eighth or the ninth person because the NRR wasn't high | argumentative (611, 403); foundation | |
| 298 13   enough? | (602); 3M MIL No. 18; cumulative | |
| 298 14   MS. ELIZABETH:  Objection; form. | (403) | |
| 298 15   BY THE WITNESS: | | |
| 298 16   A.  I didn't -- I didn't make that decision. | | |
| 298:17 - 298:17   Ronald Kieper 12/19/2019 | | |
| 298 17   BY MR. BUCHANAN: | | |
| 298:18 - 299:2   Ronald Kieper 12/19/2019 | **Re: [298:18-299:2]** | **OVERRULED** |
| 298 18   Q.  I see. | **Def Obj** 3M MIL No. 18; foundation | |
| 298 19   Do you remember Elliott Berger killing | (602); asked; argumentative; misstates; | |
| 298 20   studies or telling you to stop studies because the NRR | asked (611, 403); cumulative (403) | |
| 298 21   wasn't high enough? | | |
| 298 22   MS. ELIZABETH:  Objection; form, asked and | | |
| 298 23   answered. | | |
| 298 24   BY THE WITNESS: | | |
| 298 25   A.  I don't know that he said that.  He | | |
| 299 1    stopped -- you know, there were -- he stopped, you | | |
| 299 2    know, numerous tests over the years. | | |

310:8 - 310:22   Ronald Kieper 12/19/2019

| | | Re: [310:8-310:22] | **DEFER RULING** |
|---|---|---|---|

310 8      (WHEREUPON, a certain document was
310 9      marked Ron Kieper Deposition Exhibit
310 10     No. 25, for identification, as of
310 11     12/19/2019.)
310 12     BY MR. BUCHANAN:
310 13     Q.   It is Exhibit 25.
310 14     Sir, Exhibit 25 is another exchange
310 15     between these two marketing folks, Mr. Moses and
310 16     Dr. Ohlin, now working for Aearo, 2009.  The subject
310 17     is "Re: The new NRR for the CAE."
310 18     Do you see that, sir?
310 19     A.   Yes.
310 20     Q.   Okay.  I'd like to take you back, if we
310 21     could, sir, to your earliest in time e-mails.  It's
310 22     a -- I think it is .5.

**Re: [310:8-310:22]**
**Def Obj** relevance (401, 402);
foundation (602)

**DEFER RULING**

311:6 - 311:9    Ronald Kieper 12/19/2019

311 6      MR. BUCHANAN:  We are on top of -- or at the
311 7      middle of the page on .5.  Can you blow that -- do you
311 8      have it out?
311 9      BY MR. BUCHANAN:

**Re: [311:6-311:9]**
**Def Obj** relevance (401, 402);
foundation (602)

**DEFER RULING**

311:10 - 312:1   Ronald Kieper 12/19/2019

311 10     Q.   It is from Doug Ohlin to Doug Moses.  It
311 11     begins:
311 12     "I'd like this to be kept between you and
311 13     me.  There is already enough tension between the
311 14     research and marketing groups and your shop without me
311 15     adding to it."
311 16     Do you see that, sir?  And then it
311 17     continues.
311 18     A.   I'm sorry.  What was your question?
311 19     Q.   I was just asking whether you saw it?
311 20     A.   Yeah, I read through it.
311 21     Q.   Okay.  Thank you.
311 22     So this Doug Ohlin is working for you all
311 23     in 2009 together with Doug Moses in the military
311 24     strategic business unit.
311 25     Did you know that, sir?
312 1      A.   I may have known that.  I don't know that.

| | | |
|---|---|---|
| 312:8 - 312:14   Ronald Kieper 12/19/2019 | **Re: [312:8-312:14]** | **DEFER RULING** |
| 312 8      Q.   Were you aware, sir, that -- the | **Def Obj** foundation (602); | |
| 312 9      observation that there was tension between the | argumentative (611, 403) | |
| 312 10     research and marketing groups concerning the | | |
| 312 11     development of products? | | |
| 312 12     MS. ELIZABETH:  Objection; foundation. | | |
| 312 13     BY THE WITNESS: | | |
| 312 14     A.   No, I wasn't aware of that. | | |
| 312:16 - 312:20   Ronald Kieper 12/19/2019 | **Re: [312:16-312:20]** | **DEFER RULING** |
| 312 16     Q.   In the next paragraph, it notes that: | **Def Obj** relevance (401, 402); | |
| 312 17     "The lab would use every legal trick in | foundation (602) | |
| 312 18     the book to get the highest NRRs possible." | | |
| 312 19     Do you see that, sir? | | |
| 312 20     A.   I see that. | | |
| 312:21 - 312:22   Ronald Kieper 12/19/2019 | | |
| 312 21     Q.   Okay.  You are in the lab, right? | | |
| 312 22     A.   I was in the E-A-RCAL Lab, yes. | | |
| 312:23 - 313:1   Ronald Kieper 12/19/2019 | **Re: [312:23-313:1]** | **DEFER RULING** |
| 312 23     Q.   Right.  What tricks were you all using? | **Def Obj** misstates; vague; | |
| 312 24     MS. ELIZABETH:  Objection; form. | argumentative (611, 403); foundation | |
| 312 25     BY THE WITNESS: | (602) | |
| 313 1      A.   I wasn't using any tricks. | | |
| 313:2 - 313:2   Ronald Kieper 12/19/2019 | | |
| 313 2      BY MR. BUCHANAN: | | |
| 313:3 - 313:9   Ronald Kieper 12/19/2019 | **Re: [313:3-313:9]** | **DEFER RULING** |
| 313 3      Q.   You didn't make the lab manual, did you? | **Def Obj** misstates; vague (611, 403) | |
| 313 4      MS. ELIZABETH:  I'm sorry.  One second. | | |
| 313 5      BY THE WITNESS: | | |
| 313 6      A.   I'm sorry.  The -- | | |
| 313 7      MS. ELIZABETH:  Objection; form. | | |
| 313 8      BY THE WITNESS: | | |
| 313 9      A.   The lab manual? | | |
| 313:10 - 313:10   Ronald Kieper 12/19/2019 | | |
| 313 10     BY MR. BUCHANAN: | | |
| 313:11 - 313:18   Ronald Kieper 12/19/2019 | **Re: [313:11-313:18]** | **SUSTAINED** |
| 313 11     Q.   Yeah, all of the tricks, the legal tricks | **Def Obj** foundation (602); | |
| 313 12     you guys would be using to get the highest NRRs | argumentative; asked (611, 403) | |
| 313 13     possible, what did you all have in your bag of tricks | | |
| 313 14     in the lab, sir? | | |

Ronald Kieper 12/19/2019                                                              66

| | | |
|---|---|---|
| 313 15    MS. ELIZABETH:  Objection; form. | | |
| 313 16    BY THE WITNESS: | | |
| 313 17       A.   I don't know what this man is talking | | |
| 313 18    about. | | |
| 313:19 - 313:19   Ronald Kieper 12/19/2019 | | |
| 313 19    BY MR. BUCHANAN: | | |
| 313:20 - 314:10   Ronald Kieper 12/19/2019 | Re: [313:20-314:10] | SUSTAINED |
| 313 20       Q.   Well, we have talked about some of them | Def Obj foundation (602); | |
| 313 21    today, right? | argumentative; asked (611, 403); 3M | |
| 313 22    MS. ELIZABETH:  Objection; form. | MIL No. 18 | |
| 313 23    BY MR. BUCHANAN: | | |
| 313 24       Q.   One way to get high NRRs is to just keep | | |
| 313 25    running studies and don't let the ones you don't like | | |
| 314 1    finish, right? | | |
| 314 2    MS. ELIZABETH:  Objection; form. | | |
| 314 3    BY MR. BUCHANAN: | | |
| 314 4       Q.   That's one way to get a high NRR.  Would | | |
| 314 5    you agree? | | |
| 314 6    MS. ELIZABETH:  Same objection. | | |
| 314 7    BY THE WITNESS: | | |
| 314 8       A.   One -- no.  Each test is individual and | | |
| 314 9    the results are individual based on the subjects | | |
| 314 10     tested. | | |
| 313:24 - 314:21   Ronald Kieper 12/19/2019 | Re: [313:24-314:21] | OVERRULED |
| 313 24       Q.   One way to get high NRRs is to just keep | Def Obj 3M MIL No. 18; | |
| 313 25    running studies and don't let the ones you don't like | argumentative; misstates (611, 403) | |
| 314 1    finish, right? | | |
| 314 2    MS. ELIZABETH:  Objection; form. | | |
| 314 3    BY MR. BUCHANAN: | | |
| 314 4       Q.   That's one way to get a high NRR.  Would | | |
| 314 5    you agree? | | |
| 314 6    MS. ELIZABETH:  Same objection. | | |
| 314 7    BY THE WITNESS: | | |
| 314 8       A.   One -- no.  Each test is individual and | | |
| 314 9    the results are individual based on the subjects | | |
| 314 10     tested. | | |
| 314 11    BY MR. BUCHANAN: | | |
| 314 12       Q.   Okay.  Well, let's stay with my question. | | |
| 314 13       A.   Okay. | | |

| | | |
|---|---|---|
| 314 14   Q.   One way to get a high NRR is just to keep<br>314 15   running tests and stopping tests when you don't like<br>314 16   those results and letting the tests that you think is<br>314 17   going to get a good result go to conclusion.<br>314 18   That's a trick, right?<br>314 19   MS. ELIZABETH:  Objection; form.<br>314 20   BY THE WITNESS:<br>314 21   A.   That would be a trick. | | |
| 314:14 - 314:21   Ronald Kieper 12/19/2019<br>314 14   Q.   One way to get a high NRR is just to keep<br>314 15   running tests and stopping tests when you don't like<br>314 16   those results and letting the tests that you think is<br>314 17   going to get a good result go to conclusion.<br>314 18   That's a trick, right?<br>314 19   MS. ELIZABETH:  Objection; form.<br>314 20   BY THE WITNESS:<br>314 21   A.   That would be a trick. | **Re: [314:14-314:21]**<br>**Def Obj** 3M MIL No. 18;<br>argumentative; misstates; asked (611,<br>403) | **SUSTAINED (repeat)** |
| 314:24 - 315:4   Ronald Kieper 12/19/2019<br>314 24   And so we have some examples of that,<br>314 25   right?<br>315 1   MS. ELIZABETH:  Objection; form, foundation.<br>315 2   BY THE WITNESS:<br>315 3   A.   No, I don't see that we have -- we have an<br>315 4   example of that. | **Re: [314:24-315:4]**<br>**Def Obj** 3M MIL No. 18;<br>argumentative; misstates; asked; vague<br>(611, 403); foundation (602) | **SUSTAINED** |
| 314:24 - 315:4   Ronald Kieper 12/19/2019<br>314 24   And so we have some examples of that,<br>314 25   right?<br>315 1   MS. ELIZABETH:  Objection; form, foundation.<br>315 2   BY THE WITNESS:<br>315 3   A.   No, I don't see that we have -- we have an<br>315 4   example of that. | **Re: [314:24-315:4]**<br>**Def Obj** argumentative; vague;<br>misstates (611, 403); 3M MIL No. 18 | **SUSTAINED (repeat)** |
| 314:24 - 316:8   Ronald Kieper 12/19/2019<br>314 24   And so we have some examples of that,<br>314 25   right?<br>315 1   MS. ELIZABETH:  Objection; form, foundation.<br>315 2   BY THE WITNESS:<br>315 3   A.   No, I don't see that we have -- we have an<br>315 4   example of that.<br>315 5   BY MR. BUCHANAN: | **Re: [314:24-316:8]**<br>**Def Obj** 3M MIL No. 18 | **SUSTAINED (repeat)** |

| | | |
|---|---|---|
| 315 6     Q.   Okay.  And we have one study you ran on | | |
| 315 7     the Combat Arms Version 2, you're monitoring the data | | |
| 315 8     as it's coming across and you are doing real-time | | |
| 315 9     computations of what the NRR looks like, and you are | | |
| 315 10     sharing that information with Mr. Berger because he | | |
| 315 11     wants you to, right? | | |
| 315 12     A.   Yes, I communicated with Elliott | | |
| 315 13     regularly. | | |
| 315 14     Q.   And Mr. Berger comes back to you and he | | |
| 315 15     terminates the study? | | |
| 315 16     MS. ELIZABETH:  Objection; form. | | |
| 315 17     BY MR. BUCHANAN: | | |
| 315 18     Q.   Right? | | |
| 315 19     A.   Yes, he stopped the -- stopped the test. | | |
| 315 20     Q.   And then you rerun it and you flip the | | |
| 315 21     flanges back and you got a 22 rather than the 11 you | | |
| 315 22     were going to get, right? | | |
| 315 23     MS. ELIZABETH:  Objection; form. | | |
| 315 24     BY THE WITNESS: | | |
| 315 25     A.   I don't know what the final NRR would have | | |
| 316 1     been. | | |
| 316 2     BY MR. BUCHANAN: | | |
| 316 3     Q.   We know it was a number you didn't want to | | |
| 316 4     see -- or at least Mr. Berger didn't want to see, | | |
| 316 5     right? | | |
| 316 6     MS. ELIZABETH:  Objection; form, foundation. | | |
| 316 7     BY THE WITNESS: | | |
| 316 8     A.   I don't know why he stopped the test. | | |
| 315:6 - 315:13   Ronald Kieper 12/19/2019 | **Re: [315:6-315:13]** | **OVERRULED** |
| 315 6     Q.   Okay.  And we have one study you ran on | **Def Obj** cumulative (403) | |
| 315 7     the Combat Arms Version 2, you're monitoring the data | | |
| 315 8     as it's coming across and you are doing real-time | | |
| 315 9     computations of what the NRR looks like, and you are | | |
| 315 10     sharing that information with Mr. Berger because he | | |
| 315 11     wants you to, right? | | |
| 315 12     A.   Yes, I communicated with Elliott | | |
| 315 13     regularly. | | |
| 315:14 - 315:19   Ronald Kieper 12/19/2019 | **Re: [315:14-315:19]** | **OVERRULED** |
| 315 14     Q.   And Mr. Berger comes back to you and he | **Def Obj** foundation (602); asked; | |

| | | |
|---|---|---|
| 315 15   terminates the study? | misstates; argumentative (611, 403); 3M MIL No. 18 | |
| 315 16      MS. ELIZABETH:  Objection; form. | | |
| 315 17      BY MR. BUCHANAN: | | |
| 315 18      Q.   Right? | | |
| 315 19      A.   Yes, he stopped the -- stopped the test. | | |
| 315:20 - 316:1   Ronald Kieper 12/19/2019 | Re: [315:20-316:1] | OVERRULED |
| 315 20      Q.   And then you rerun it and you flip the | Def Obj argumentative; asked; | |
| 315 21      flanges back and you got a 22 rather than the 11 you | misstates (611, 403); foundation (602); | |
| 315 22      were going to get, right? | 3M MIL No. 18 | |
| 315 23      MS. ELIZABETH:  Objection; form. | | |
| 315 24      BY THE WITNESS: | | |
| 315 25      A.   I don't know what the final NRR would have | | |
| 316 1      been. | | |
| 316:3 - 316:8   Ronald Kieper 12/19/2019 | Re: [316:3-316:8] | SUSTAINED |
| 316 3      Q.   We know it was a number you didn't want to | Def Obj argumentative; misstates; | |
| 316 4      see -- or at least Mr. Berger didn't want to see, | asked (611, 403); foundation (602) | |
| 316 5      right? | | |
| 316 6      MS. ELIZABETH:  Objection; form, foundation. | | |
| 316 7      BY THE WITNESS: | | |
| 316 8      A.   I don't know why he stopped the test. | | |
| 318:24 - 319:6   Ronald Kieper 12/19/2019 | Re: [318:24-319:6] | OVERRULED |
| 318 24      Q.   Okay.  We could agree, sir, that based on | Def Obj asked (611, 403) | |
| 318 25      what you just told us, you flipped back the flanges | | |
| 319 1      when you retested the green end, correct? | | |
| 319 2      MS. ELIZABETH:  Objection; form, foundation. | | |
| 319 3      BY MR. BUCHANAN: | | |
| 319 4      Q.   In study 017 to be specific? | | |
| 319 5      A.   I believe that's -- those were the | | |
| 319 6      instructions that I followed. | | |
| 319:7 - 319:11   Ronald Kieper 12/19/2019 | Re: [319:7-319:11] | OVERRULED |
| 319 7      Q.   And you did not retest the yellow end at | Def Obj foundation (602); asked (611, | |
| 319 8      the same time with the flipped back flanges, right? | 403) | |
| 319 9      MS. ELIZABETH:  Objection; foundation. | | |
| 319 10      BY THE WITNESS: | | |
| 319 11      A.   That's right. | | |
| 319:12 - 319:12   Ronald Kieper 12/19/2019 | | |
| 319 12      BY MR. BUCHANAN: | | |
| 319:13 - 319:21   Ronald Kieper 12/19/2019 | Re: [319:13-319:21] | OVERRULED |
| 319 13      Q.   One fitting technique for one end of the | Def Obj cumulative (403) | |

| | | |
|---|---|---|
| 319 14     plug, a different fitting technique for the other end<br>319 15     of the plug, that's your testimony, right, sir, that's<br>319 16     what you did?<br>319 17     A.   That's my -- that's what I recall.<br>319 18     Q.   Mr. Berger never told you to retest the<br>319 19     yellow end with the flanges flipped back so you could<br>319 20     get that deep insertion?<br>319 21     A.   Not that I recall, no. | | |
| 319:22 - 320:3    Ronald Kieper 12/19/2019<br>319 22     Q.   Okay.  So in this bag of tricks you all<br>319 23     had in the lab, what are some of the other things you<br>319 24     did to ensure you got high NRRs?<br>319 25     MS. ELIZABETH:  Objection; form.<br>320 1     BY THE WITNESS:<br>320 2     A.   I trained the subjects well and I followed<br>320 3     the test standard when I did the tests. | **Re: [319:22-320:3]**<br>**Def Obj** argumentative; asked; vague;<br>misstates (611, 403) | **SUSTAINED** |
| 320:4 - 320:4    Ronald Kieper 12/19/2019<br>320 4     BY MR. BUCHANAN: | | |
| 320:5 - 320:11    Ronald Kieper 12/19/2019<br>320 5     Q.   How about cherry-picking your test<br>320 6     subjects to make sure you got the highest attenuating<br>320 7     subjects for each type of product, that would be a<br>320 8     trick, right?<br>320 9     MS. ELIZABETH:  Objection; form.<br>320 10     BY THE WITNESS:<br>320 11     A.   I don't -- I don't recall ever doing that. | **Re: [320:5-320:11]**<br>**Def Obj** argumentative; misstates;<br>vague; asked (611, 403); 3M MIL No.<br>23 | **SUSTAINED** |
| 320:12 - 320:12    Ronald Kieper 12/19/2019<br>320 12     BY MR. BUCHANAN: | | |
| 320:13 - 320:24    Ronald Kieper 12/19/2019<br>320 13     Q.   Didn't you all form test panels, sir,<br>320 14     where certain people were categorized as plug testers<br>320 15     and other people were categorized as earmuff testers<br>320 16     and other people were categorized as testers for other<br>320 17     devices, didn't you sort your panels into those<br>320 18     divisions, sir?<br>320 19     MS. ELIZABETH:  Objection; form.<br>320 20     BY THE WITNESS:<br>320 21     A.   At a later date than the Combat Arms test<br>320 22     that we were talking about, we did form test panels in | **Re: [320:13-320:24]**<br>**Def Obj** asked; misstates;<br>argumentative (611, 403); 3M MIL<br>No. 23; relevance (401, 402) | **OVERRULED** |

| | | |
|---|---|---|
| 320 23      the lab and a given subject could be on one or all of | | |
| 320 24      the panels. | | |
| 321:1 - 321:1   Ronald Kieper 12/19/2019 | | |
| 321 1      Q.   Right. | | |
| 321:2 - 321:9   Ronald Kieper 12/19/2019 | **Re: [321:2-321:9]** | **OVERRULED** |
| 321 2      And what you did was you identified people | **Def Obj** argumentative; asked; | |
| 321 3      who were high attenuators, meaning you could get good | misstates (611, 403); 3M MIL No. 23; | |
| 321 4      fits and good protection and good readings, and, | relevance (401, 402) | |
| 321 5      therefore, boost NRRs, right? | | |
| 321 6      MS. ELIZABETH:  Objection; form. | | |
| 321 7      BY THE WITNESS: | | |
| 321 8      A.   The data were more consistent generally, | | |
| 321 9      yes. | | |
| 321:10 - 321:10   Ronald Kieper 12/19/2019 | | |
| 321 10      BY MR. BUCHANAN: | | |
| 321:11 - 321:18   Ronald Kieper 12/19/2019 | **Re: [321:11-321:18]** | **OVERRULED** |
| 321 11      Q.   And boost NRRs? | **Def Obj** 3M MIL No. 23; | |
| 321 12      MS. ELIZABETH:  Were you finished with your | argumentative (611, 403) | |
| 321 13      answer? | | |
| 321 14      BY THE WITNESS: | | |
| 321 15      A.   I was saying that the -- when we formed | | |
| 321 16      the test panels, the test results tended to be less | | |
| 321 17      variable and less variability will increase the NRR, | | |
| 321 18      yes. | | |
| 321:19 - 321:19   Ronald Kieper 12/19/2019 | | |
| 321 19      BY MR. BUCHANAN: | | |
| 321:20 - 322:4   Ronald Kieper 12/19/2019 | **Re: [321:20-322:4]** | **OVERRULED** |
| 321 20      Q.   There you go.  Right. | **Def Obj** 3M MIL No. 23; misstates; | |
| 321 21      You formed test panels with people who | argumentative; asked (611, 403); | |
| 321 22      were good test takers to test your products, Aearo | foundation (602); relevance (401, 402) | |
| 321 23      products, to raise NRRs. | | |
| 321 24      Isn't that what happened? | | |
| 321 25      MS. ELIZABETH:  Objection; form. | | |
| 322 1      BY THE WITNESS: | | |
| 322 2      A.   My recollection is that we formed the | | |
| 322 3      panels so that we would get more consistent results in | | |
| 322 4      the testing that we did. | | |
| 322:11 - 322:18   Ronald Kieper 12/19/2019 | **Re: [322:11-322:18]** | **SUSTAINED** |
| 322 11      Q.   Please tell the jury what happens if you | **Def Obj** misstates; vague; | |

| | | |
|---|---|---|
| 322 12   get more consistent results as it relates to these<br>322 13   NRRs that you are getting pressure about, what happens<br>322 14   to them?<br>322 15   MS. ELIZABETH:  Objection; form.<br>322 16   BY THE WITNESS:<br>322 17   A.   In the first place, I didn't feel<br>322 18   pressure. | argumentative (611, 403); 3M MIL No.<br>23; foundation (602) | |
| 322:19 - 322:19   Ronald Kieper 12/19/2019<br>322 19   BY MR. BUCHANAN: | | |
| 322:20 - 322:25   Ronald Kieper 12/19/2019<br>322 20   Q.   I'm asking you what happens to the NRRs,<br>322 21   sir, when you form these test panels and get more<br>322 22   consistent results?<br>322 23   MS. ELIZABETH:  Objection; form.<br>322 24   BY THE WITNESS:<br>322 25   A.   The NRRs were good. | Re: [322:20-322:25]<br>Def Obj 3M MIL No. 23; misstates;<br>vague; asked (611, 403) | SUSTAINED |
| 322:20 - 322:25   Ronald Kieper 12/19/2019<br>322 20   Q.   I'm asking you what happens to the NRRs,<br>322 21   sir, when you form these test panels and get more<br>322 22   consistent results?<br>322 23   MS. ELIZABETH:  Objection; form.<br>322 24   BY THE WITNESS:<br>322 25   A.   The NRRs were good. | Re: [322:20-322:25]<br>Def Obj relevance (401, 402); vague;<br>misstates; argumentative (611, 403) | OVERRULED |
| 322:26 - 323:1   Ronald Kieper 12/19/2019<br>323 1   BY MR. BUCHANAN: | | |
| 323:2 - 323:5   Ronald Kieper 12/19/2019<br>323 2   Q.   The NRRs go up, right?<br>323 3   MS. ELIZABETH:  Objection; form.<br>323 4   BY THE WITNESS:<br>323 5   A.   They could go up. | Re: [323:2-323:5]<br>Def Obj 702; asked; argumentative<br>(611, 403); 3M MIL No. 23 | OVERRULED |
| 323:6 - 323:7   Ronald Kieper 12/19/2019<br>323 6   BY MR. BUCHANAN:<br>323 7   Q.   Less variability raises NRRs, right, sir? | | |
| 323:9 - 323:11   Ronald Kieper 12/19/2019<br>323 9   BY THE WITNESS:<br>323 10   A.   Less variable tends to raise the NRRs.<br>323 11   BY MR. BUCHANAN: | | |

| | | |
|---|---|---|
| 323:12 - 323:15   Ronald Kieper 12/19/2019 | **Re: [323:12-323:15]** | **SUSTAINED** |
| 323 12     Q.   That's good for marketing, isn't it? | **Def Obj** foundation (602); cumulative | |
| 323 13     MS. ELIZABETH:  Objection; form. | (403) | |
| 323 14     BY THE WITNESS: | | |
| 323 15     A.   I'm not in marketing.  I don't know. | | |
| 323:16 - 323:16   Ronald Kieper 12/19/2019 | | |
| 323 16     BY MR. BUCHANAN: | | |
| 323:17 - 323:25   Ronald Kieper 12/19/2019 | **Re: [323:17-323:25]** | **OVERRULED** |
| 323 17     Q.   Well, you know higher NRRs say more | **Def Obj** argumentative; asked; | |
| 323 18     protection, right? | misstates (611, 403); foundation (602); | |
| 323 19     MS. ELIZABETH:  Objection. | 702 | |
| 323 20     BY MR. BUCHANAN: | | |
| 323 21     Q.   You don't need to be a marketer to know | | |
| 323 22     that? | | |
| 323 23     MS. ELIZABETH:  Objection; form. | | |
| 323 24     BY THE WITNESS: | | |
| 323 25     A.   Higher NRRs imply more protection, yes. | | |
| 324:3 - 324:16   Ronald Kieper 12/19/2019 | **Re: [324:3-324:16]** | **SUSTAINED** |
| 324 3     And so just in terms of consumers, sir, | **Def Obj** 3M MIL No. 23; foundation | |
| 324 4     who might be thinking that when you are quoting an NRR | (602); argumentative; misstates; vague; | |
| 324 5     in your product that actually represents some sample | compound (611, 403); relevance (401, | |
| 324 6     of the population that could be representative, you | 402) | |
| 324 7     all have cherry-picked the population, looked at prior | | |
| 324 8     testing results and sifted potential test | | |
| 324 9     candidates -- subjects into buckets based on how | | |
| 324 10     consistent and how high they attenuate for the | | |
| 324 11     products you are testing. | | |
| 324 12     Isn't that what happened? | | |
| 324 13     MS. ELIZABETH:  Objection; form. | | |
| 324 14     BY THE WITNESS: | | |
| 324 15     A.   We put people on the panel that tested | | |
| 324 16     well with these four individual types of products. | | |
| 324:17 - 324:18   Ronald Kieper 12/19/2019 | | |
| 324 17     BY MR. BUCHANAN: | | |
| 324 18     Q.   Right. | | |
| 324:19 - 324:24   Ronald Kieper 12/19/2019 | **Re: [324:19-324:24]** | **OVERRULED** |
| 324 19     So basically, you decide to test people | **Def Obj** argumentative; misstates; | |
| 324 20     with your products who are the A students, right? | asked (611, 403); 3M MIL No. 23; | |
| 324 21     MS. ELIZABETH:  Objection; form. | relevance (401, 402) | |

| | | |
|---|---|---|
| 324 22     BY THE WITNESS: | | |
| 324 23     A.   You could characterize it that way if you | | |
| 324 24     want to. | | |
| 324:25 - 325:1   Ronald Kieper 12/19/2019 | | |
| 324 25     BY MR. BUCHANAN: | | |
| 325 1     Q.   Right. | | |
| 325:2 - 325:11   Ronald Kieper 12/19/2019 | Re: [325:2-325:11] | OVERRULED |
| 325 2     You went through your panels, you | Def Obj 3M MIL No. 22; foundation | |
| 325 3     identified who is the A student on earplugs, okay. | (602); argumentative; misstates(611, | |
| 325 4     That person goes in that bucket.  They go in the | 403) | |
| 325 5     earplug bucket.  Who is an A students on earmuffs, | | |
| 325 6     okay, put people in that bucket. | | |
| 325 7     And then when it came time to test your | | |
| 325 8     products, you tested them with your A students, right? | | |
| 325 9     MS. ELIZABETH:  Objection; form. | | |
| 325 10     BY THE WITNESS: | | |
| 325 11     A.   To get the best results we could, yes. | | |
| 334:23 - 335:3   Ronald Kieper 12/19/2019 | Re: [334:23-335:3] | OVERRULED |
| 334 23     So your A students when you put them | Def Obj 3M MIL No. 23; foundation | |
| 334 24     altogether in one room, they all got As.  That's not | (602); argumentative; misstates; asked | |
| 334 25     surprising, is it? | (611, 403); relevance (401, 402) | |
| 335 1     MS. ELIZABETH:  Objection; form. | | |
| 335 2     BY THE WITNESS: | | |
| 335 3     A.   That was why we formed the panels. | | |
| 335:4 - 335:5   Ronald Kieper 12/19/2019 | | |
| 335 4     BY MR. BUCHANAN: | | |
| 335 5     Q.   Right. | | |
| 335:6 - 335:10   Ronald Kieper 12/19/2019 | Re: [335:6-335:10] | OVERRULED |
| 335 6     To get the higher numbers, right? | Def Obj 3M MIL No. 23; foundation | |
| 335 7     MS. ELIZABETH:  Objection; form. | (602); argumentative; misstates; asked | |
| 335 8     BY THE WITNESS: | (611, 403) | |
| 335 9     A.   To get more homogeneous values in our | | |
| 335 10     testing in the lab, yes. | | |
| 335:11 - 335:19   Ronald Kieper 12/19/2019 | Re: [335:11-335:19] | OVERRULED |
| 335 11     BY MR. BUCHANAN: | Def Obj 3M MIL No. 23; foundation | |
| 335 12     Q.   Higher NRRs, that's what you wanted, | (602); argumentative; misstates; asked | |
| 335 13     that's what you got, right? | (611, 403) | |
| 335 14     MS. ELIZABETH:  Objection; form, misstates the | | |
| 335 15     testimony. | | |

| | | |
|---|---|---|
| 335 16   MR. BUCHANAN:  I don't think it does.<br>335 17   BY MR. BUCHANAN:<br>335 18   Q.   You can answer.<br>335 19   A.   That was the result, yes. | | **OVERRULED** |
| 336:7 - 336:11   Ronald Kieper 12/19/2019<br>336 7   But we know the population is not made up<br>336 8   only of A students, is it?<br>336 9   MS. ELIZABETH:  Objection; foundation, form.<br>336 10   BY THE WITNESS:<br>336 11   A.   There are, yeah, a wide range of people. | **Re: [336:7-336:11]**<br>**Def Obj** foundation (602); misstates;<br>argumentative; vague (611, 403); 3M<br>MIL No. 23; relevance (401, 402) | **OVERRULED** |
| 336:12 - 336:12   Ronald Kieper 12/19/2019<br>336 12   BY MR. BUCHANAN: | | |
| 336:13 - 336:19   Ronald Kieper 12/19/2019<br>336 13   Q.   Right, right.<br>336 14   And when you test A -- A students with B<br>336 15   students and C students, would you be surprised that<br>336 16   the class average isn't an A?<br>336 17   MS. ELIZABETH:  Objection; form.<br>336 18   BY THE WITNESS:<br>336 19   A.   No. | **Re: [336:13-336:19]**<br>**Def Obj** 3M MIL No. 23; foundation<br>(602); argumentative; misstates; asked;<br>vague (611, 403); relevance (401, 402) | **OVERRULED** |
| 336:20 - 336:20   Ronald Kieper 12/19/2019<br>336 20   BY MR. BUCHANAN: | | |
| 336:21 - 336:25   Ronald Kieper 12/19/2019<br>336 21   Q.   Yeah, you know, the class average is going<br>336 22   to be lower, right?<br>336 23   MS. ELIZABETH:  Objection; form.<br>336 24   BY THE WITNESS:<br>336 25   A.   Yes. | **Re: [336:21-336:25]**<br>**Def Obj** 3M MIL No. 22; foundation<br>(602); argumentative; misstates; asked<br>(611, 403) | **OVERRULED** |
| 337:21 - 337:24   Ronald Kieper 12/19/2019<br>337 21   Q.   Okay.  Where in the communications to<br>337 22   anybody outside the company who were purchasing these,<br>337 23   buying these, do you convey that you're only testing<br>337 24   the A students? | **Re: [337:21-337:24]**<br>**Pltf Obj** it is cumulative and therefore<br>not clarification counter | **SUSTAINED** |
| 338:1 - 338:4   Ronald Kieper 12/19/2019<br>338 1   BY THE WITNESS:<br>338 2   A.   In all of our testing we followed the<br>338 3   guidelines in the S3.19 test standard.<br>338 4   BY MR. BUCHANAN: | | |

| 338:5 - 338:10   Ronald Kieper 12/19/2019 | Re: [338:5-338:10] | OVERRULED |
|---|---|---|
| 338 5     Q.   Oh, I'm sorry, sir.  Does the S3.19 test | Def Obj argumentative; misstates; | |
| 338 6     standard say only test A students? | asked (611, 403); 3M MIL No. 23 | |
| 338 7     MS. ELIZABETH:  Objection; form. | | |
| 338 8     BY THE WITNESS: | | |
| 338 9     A.   My understanding is it doesn't speak to | | |
| 338 10    subject selection. | | |
| 340:5 - 340:21   Ronald Kieper 12/19/2019 | Re: [340:5-340:21] | OVERRULED |
| 340 5     Q.   I'm just wondering, did you ever share | Def Obj 3M MIL No. 23; foundation | |
| 340 6     that outside of your company with the purchasers that | (602); argumentative; misstates; asked | |
| 340 7     these numbers are what they are because -- not just | (611, 403); relevance (401, 402) | |
| 340 8     because you are using Experimenter-Fit, you are using | | |
| 340 9     Experimenter-Fit on your A students only? | | |
| 340 10    MS. ELIZABETH:  Objection; form, foundation. | | |
| 340 11    BY THE WITNESS: | | |
| 340 12    A.   I didn't -- was there a question? | | |
| 340 13    BY MR. BUCHANAN: | | |
| 340 14    Q.   There was, sir. | | |
| 340 15    Did you ever share that with purchasers, | | |
| 340 16    the purchasing community that that's the way you were | | |
| 340 17    coming up with those NRRs you were quoting? | | |
| 340 18    MS. ELIZABETH:  Objection; form. | | |
| 340 19    BY THE WITNESS: | | |
| 340 20    A.   I don't know.  I didn't -- I wasn't in | | |
| 340 21    marketing. | | |
| 341:7 - 342:3   Ronald Kieper 12/19/2019 | | |
| 341 7     (WHEREUPON, a certain document was | | |
| 341 8     marked Ron Kieper Deposition Exhibit | | |
| 341 9     No. 27, for identification, as of | | |
| 341 10    12/19/2019.) | | |
| 341 11    BY MR. BUCHANAN: | | |
| 341 12    Q.   Sir, passing you what is Exhibit 27 to | | |
| 341 13    your deposition, it's a -- it's a document from | | |
| 341 14    November 30th, 2000, an e-mail from Mr. Berger to | | |
| 341 15    Brian Myers. | | |
| 341 16    Do you see that? | | |
| 341 17    A.   Yes. | | |
| 341 18    Q.   Okay.  It says:  "Performance reviews for | | |
| 341 19    Kieper and Kladden." | | |

| | | |
|---|---|---|
| 341 20    Do you see that? | | |
| 341 21    A.   Yes. | | |
| 341 22    Q.   And Mr. Berger, I take it, as part of his | | |
| 341 23    job and function would be providing performance | | |
| 341 24    reviews and assessments of you and other people in the | | |
| 341 25    lab, is that right? | | |
| 342 1    A.   Yes. | | |
| 342 2    Q.   And you got those from time to time? | | |
| 342 3    A.   Yes. | | |
| 342:4 - 342:7   Ronald Kieper 12/19/2019 | Re: [342:4-342:7] | SUSTAINED |
| 342 4    Q.   You've seen this document before? | Pltf Obj beyond the scope of | |
| 342 5    A.   I haven't seen the one for Cyd Kladden. | clarification counter | |
| 342 6    Q.   Okay. | | |
| 342 7    A.   I would have seen mine. | | |
| 342:8 - 342:19   Ronald Kieper 12/19/2019 | | |
| 342 8    Q.   Okay.  Well, let's look at yours.  If we | | |
| 342 9    go to .6, we see "Performance Assessment Addendum for | | |
| 342 10    Ron Kieper (11/30/2000)," right? | | |
| 342 11    A.   Yes. | | |
| 342 12    Q.   And this would be that year, just to | | |
| 342 13    orient our dates, this would be a few months after you | | |
| 342 14    had run that 015, 016 and 017 study, right? | | |
| 342 15    A.   Yes, almost a year after. | | |
| 342 16    Q.   Well, actually 11/30/2000 -- when did you | | |
| 342 17    write the flange report, sir? | | |
| 342 18    A.   I'd have to look at it, but I -- my | | |
| 342 19    recollection is it was in May. | | |
| 344:5 - 344:19   Ronald Kieper 12/19/2019 | | |
| 344 5    Q.   Okay.  Well, let's look at on this page | | |
| 344 6    .6.  Scroll down.  There is a section on "major | | |
| 344 7    accomplishments," right? | | |
| 344 8    A.   Yes. | | |
| 344 9    Q.   Okay.  And then below it, I think it is | | |
| 344 10    Section II B, "Tasks where Ron has exceeded, met, or | | |
| 344 11    fallen below expectations." | | |
| 344 12    Do you see that? | | |
| 344 13    A.   Yes. | | |
| 344 14    Q.   It says:  "Ron's primary responsibility is | | |
| 344 15    REAT testing," right? | | |

| | | |
|---|---|---|
| 344 16    A.   Yes.<br>344 17    Q.   And those tests 015, 016 and 017 we talked<br>344 18    about earlier today, those are REAT tests, right?<br>344 19    A.   Yes. | | |
| 344:20 - 345:2    Ronald Kieper 12/19/2019<br>344 20    Q.   Okay.  It states here in the middle of the<br>344 21    paragraph, it says:<br>344 22    "His skills in fitting subjects continue<br>344 23    to improve and are undoubtedly in large part<br>344 24    responsible for the high NRRs we continue to achieve<br>344 25    on many of our earplugs."<br>345 1    Right, sir?<br>345 2    A.   Yes. | **Re: [344:20-345:2]**<br>**Def Obj** relevance (401, 402) | OVERRULED |
| 345:3 - 345:9    Ronald Kieper 12/19/2019<br>345 3    Q.   Okay.  Do you remember being praised by<br>345 4    Mr. Berger for your skill in helping the company get<br>345 5    high NRRs?<br>345 6    MS. ELIZABETH:  Objection; form.<br>345 7    BY THE WITNESS:<br>345 8    A.   Well, I see his praise in this document,<br>345 9    yes. | **Re: [345:3-345:9]**<br>**Def Obj** relevance (401, 402);<br>argumentative (611, 403) | OVERRULED |
| 346:5 - 346:7    Ronald Kieper 12/19/2019<br>346 5    Q.   Okay.  And you had an understanding, sir,<br>346 6    that those NRRs were really important to the folks<br>346 7    that were sending you products to test, right? | | |
| 346:13 - 346:13    Ronald Kieper 12/19/2019<br>346 13    THE WITNESS:  Okay, no. | **Re: [346:13-346:13]**<br>**Pltf Obj** beyond the scope of<br>clarification counter | SUSTAINED |
| 346:15 - 346:17    Ronald Kieper 12/19/2019<br>346 15    A.   It was always my intention to get the best<br>346 16    results that I could with a given hearing protector,<br>346 17    yes. | | |
| 350:17 - 350:22    Ronald Kieper 12/19/2019<br>350 17    Q.   Okay.  You understood your marketing<br>350 18    colleagues and your other colleagues were looking for<br>350 19    high NRRs, didn't you, sir?<br>350 20    MS. ELIZABETH:  Objection; foundation, form.<br>350 21    BY THE WITNESS:<br>350 22    A.   Yes, they -- they want high NRRs. | **Re: [350:17-350:22]**<br>**Def Obj** foundation (602) | OVERRULED |

350:23 - 350:23   Ronald Kieper 12/19/2019

350 23        BY MR. BUCHANAN:

| 350:24 - 351:5   Ronald Kieper 12/19/2019 | Re: [350:24-351:5] | OVERRULED |
|---|---|---|
| 350 24    Q.   And you were getting praise from your boss<br>350 25    for getting high NRRs, right?<br>351 1      MS. ELIZABETH:  Objection; form.<br>351 2      BY THE WITNESS:<br>351 3      A.   I was getting -- I was getting -- right, I<br>351 4      was getting praised for the job that I was doing in<br>351 5      testing. | Def Obj foundation (602);<br>argumentative; misstates (611, 403) | |

351:9 - 351:19   Ronald Kieper 12/19/2019

351 9        (WHEREUPON, a certain document was
351 10       marked Ron Kieper Deposition Exhibit
351 11       No. 29, for identification, as of
351 12       12/19/2019.)
351 13       BY MR. BUCHANAN:
351 14       Q.   I'm passing you, sir, Exhibit 29.  And we
351 15       talked about this situation in 2000 where the study
351 16       015 was cut short at eight people rather than finish
351 17       it when you had an NRR of 11.
351 18       Do you recall our discussion on that, sir?
351 19       A.   I recall the discussion around test 015.

| 351:20 - 352:6   Ronald Kieper 12/19/2019 | Re: [351:20-352:6] | OVERRULED |
|---|---|---|
| 351 20    Q.   And that was happening all of the time,<br>351 21    wasn't it?<br>351 22    MS. ELIZABETH:  Objection; form.<br>351 23    BY MR. BUCHANAN:<br>351 24    Q.   Where you'd get interim data and you'd be<br>351 25    concerned about it and have to get permission about<br>352 1      whether to continue the study, right?<br>352 2      MS. ELIZABETH:  Objection; form.<br>352 3      BY THE WITNESS:<br>352 4      A.   The lab procedure was for me to check in<br>352 5      with Elliott regarding all testing that I was doing,<br>352 6      yes. | Def Obj 3M MIL No. 18; foundation<br>(602); misstates (611, 403) | |

| 353:1 - 353:6   Ronald Kieper 12/19/2019 | Re: [353:1-353:6] | OVERRULED |
|---|---|---|
| 353 1      Q.   Have you ever seen it written down that<br>353 2      you are going to stop studies and just keep running<br>353 3      them and fishing for the right NRR until you get it? | Def Obj argumentative; misstates (611,<br>403); 3M MIL No. 18 | |

| | | |
|---|---|---|
| 353 4     MS. ELIZABETH:  Objection; form. | | |
| 353 5     BY THE WITNESS: | | |
| 353 6     A.   No. | | |
| 353:21 - 354:1   Ronald Kieper 12/19/2019 | Re: [353:21-354:1] | OVERRULED |
| 353 21     Q.   That would be an off-book procedure you | Def Obj 3M MIL No. 18; | |
| 353 22     all had, right? | argumentative; misstates; asked; vague | |
| 353 23     MS. ELIZABETH:  Objection; form. | (611, 403) | |
| 353 24     BY THE WITNESS: | | |
| 353 25     A.   That was the procedure that I followed | | |
| 354 1     with Elliott. | | |
| 354:23 - 356:13   Ronald Kieper 12/19/2019 | Re: [354:23-356:13] | OVERRULED |
| 354 23     Q.   It is Exhibit 29.  This is Ron Kieper, | Def Obj 3M MIL No. 18; relevance | |
| 354 24     that's you, sir, on Wednesday, May 16, 2007, to a | (401, 402) | |
| 354 25     Mr. Berger, Hamer, Smith and Voix? | | |
| 355 1     A.   Voix. | | |
| 355 2     Q.   Voix, okay. | | |
| 355 3     You are talking about this custom ear | | |
| 355 4     labeling test, right? | | |
| 355 5     A.   Yes. | | |
| 355 6     Q.   Do you remember doing the test? | | |
| 355 7     A.   No, not really. | | |
| 355 8     Q.   Okay.  I guess you ran several thousand | | |
| 355 9     over the years, right? | | |
| 355 10     MS. ELIZABETH:  Objection; form. | | |
| 355 11     BY THE WITNESS: | | |
| 355 12     A.   I ran a number of labeling tests, yes. | | |
| 355 13     BY MR. BUCHANAN: | | |
| 355 14     Q.   Okay.  It says:  I have tested nine | | |
| 355 15     subjects in this test." | | |
| 355 16     This is you speaking or writing, right? | | |
| 355 17     A.   Yes, it is. | | |
| 355 18     Q.   Okay.  It says:  "I have tested nine | | |
| 355 19     subjects in this test.  The NRR is 20.  The NRR for | | |
| 355 20     the previous version is 21." | | |
| 355 21     Do you see that? | | |
| 355 22     A.   Yes. | | |
| 355 23     Q.   Then it says:  "I assume I should stop | | |
| 355 24     this test, yes?" | | |
| 355 25     Right? | | |

Ronald Kieper 12/19/2019                                                                                   81

| | | |
|---|---|---|
| 356 1    A.   Yes. | | |
| 356 2    Q.   So you're reaching out, sir, when your | | |
| 356 3    follow-up tests or another test on this product is | | |
| 356 4    yielding an NRR that is one number lower than the | | |
| 356 5    prior test at nine subjects, right? | | |
| 356 6    A.   Yes. | | |
| 356 7    Q.   And you thought that was something you had | | |
| 356 8    to reach out for and get permission before continuing | | |
| 356 9    this study, right? | | |
| 356 10   MS. ELIZABETH:  Objection; form. | | |
| 356 11   BY THE WITNESS: | | |
| 356 12    A.   That was the lab procedure for me to check | | |
| 356 13    in with Elliott. | | |
| 357:1 - 357:5   Ronald Kieper 12/19/2019 | **Re: [357:1-357:5]** | **OVERRULED** |
| 357 1    Q.   You're -- you're protecting the NRR? | **Def Obj** misstates; argumentative; | |
| 357 2    MS. ELIZABETH:  Objection; form, asked and | asked (611, 403); foundation (602); 3M | |
| 357 3    answered. | MIL No. 18 | |
| 357 4    BY THE WITNESS: | | |
| 357 5    A.   I don't know that. | | |
| 357:6 - 357:9   Ronald Kieper 12/19/2019 | | |
| 357 6    BY MR. BUCHANAN: | | |
| 357 7    Q.   Well, okay.  What we know is that an NRR | | |
| 357 8    of 20 is not as high as an NRR of 21, right? | | |
| 357 9    A.   Correct. | | |
| 357:10 - 357:16   Ronald Kieper 12/19/2019 | **Re: [357:10-357:16]** | **OVERRULED** |
| 357 10   Q.   And you thought you had to reach out and | **Def Obj** misstates; asked (611, 403); | |
| 357 11   get permission from the lab before you could continue | 3M MIL No. 18 | |
| 357 12   in the face of that information, right? | | |
| 357 13   MS. ELIZABETH:  Objection; form. | | |
| 357 14   BY THE WITNESS: | | |
| 357 15    A.   I was following the lab procedure to check | | |
| 357 16   with Elliott before completing a test, yes. | | |

# Ohlin 2013-04-24

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Rulings |
|---|---|---|
| 6:7 - 6:9    Ohlin 2013-04-24 | | |
|    6 7    Q.   Good morning.  Please state your full | | |
|    6 8    name and spell it for the record. | | |
|    6 9    A.   Douglas Warren Ohlin.  D-O-U-G-L-A-S, | | |
| 6:10 - 6:10    Ohlin 2013-04-24 | **Re: [6:10-6:10]** | |
|    6 10    W-A-R-R-E-N, O-H-L-I-N. | **Pltf Obj** No Objection | |
| 12:23 - 13:8    Ohlin 2013-04-24 | | |
|   12 23    Q.   So in 1967, the fall, you said you began | | |
|   12 24    at Ohio State? | | |
|   12 25    A.   Uh-huh. | | |
|   13 1    Q.   And what program was that? | | |
|   13 2    A.   Speech and hearing science. | | |
|   13 3    Q.   Did you -- did you graduate from that | | |
|   13 4    program? | | |
|   13 5    A.   Yeah, I got a master's and I followed up | | |
|   13 6    with a Ph.D. | | |
|   13 7    Q.   When did you receive your master's? | | |
|   13 8    A.   '69. | | |
| 13:22 - 14:3    Ohlin 2013-04-24 | | |
|   13 22    Q.   During your time studying for your MA, | | |
|   13 23    what courses were you taking? | | |
|   13 24    A.   I don't recall them all, but there were | | |
|   13 25    courses in physics, courses in audiology, courses in | | |
|   14 1    speech science, phonetics, experimental method. | | |
|   14 2    Q.   Anything related to hearing protection? | | |
|   14 3    A.   No. | | |
| 14:12 - 14:22    Ohlin 2013-04-24 | | |
|   14 12    Q.   Were any related to audiology topics? | | |
|   14 13    A.   Oh, yeah. | | |
|   14 14    Q.   And which were those? | | |
|   14 15    A.   There were courses in oral rehab, there | | |
|   14 16    were courses in diagnostic audiology, practicum in | | |
|   14 17    audiology. | | |
|   14 18    Q.   What did your practicum in audiology | | |
|   14 19    entail? | | |
|   14 20    A.   You went over and you worked side by side | | |
|   14 21    with a certified audiologist at the Ohio State | | |
|   14 22    hospital there. | | |

| | | |
|---|---|---|
| 15:14 - 16:1 | Ohlin 2013-04-24 | |
| 15 14 | Q.   When you -- when you entered Ohio State, | |
| 15 15 | did you intend to get a Ph.D.? | |
| 15 16 | A.   I think I did, yes. | |
| 15 17 | Q.   After you received your master's in '69, | |
| 15 18 | did you have to write a dissertation -- | |
| 15 19 | A.   Yes. | |
| 15 20 | Q.   -- to get your Ph.D.? | |
| 15 21 | What was your dissertation on? | |
| 15 22 | A.   I was -- I did a dissertation in the area | |
| 15 23 | of short-term memory release of proactive inhibition | |
| 15 24 | involving stop consonants. | |
| 15 25 | Q.   Did that dissertation relate to hearing | |
| 16 1 | at all? | |
| 16:3 - 16:11 | Ohlin 2013-04-24 | **Re: [16:3-16:11]** |
| 16 3 | A.   Anything to do with speech relates to | **Pltf Obj** No Objection |
| 16 4 | hearing.  You can't -- you can't separate the two | |
| 16 5 | really. | |
| 16 6 | BY MR. HILL: | |
| 16 7 | Q.   Well, what aspects of your dissertation | |
| 16 8 | related to hearing? | |
| 16 9 | A.   Well, they had to hear the stop | |
| 16 10 | consonants, and they had to be able to distinguish | |
| 16 11 | between 'em. | |
| 18:17 - 19:7 | Ohlin 2013-04-24 | |
| 18 17 | Q.   So did you attend school after receiving | |
| 18 18 | your Ph.D. in 1972? | |
| 18 19 | A.   What school? | |
| 18 20 | Q.   Any school. | |
| 18 21 | A.   I -- as a government employee, I attended | |
| 18 22 | a lot of training classes, but -- oh, yeah.  When I | |
| 18 23 | first -- one of the first things I did when I got | |
| 18 24 | hired at the agency, they sent me to a course up in | |
| 18 25 | Waterville, Maine, that was put on by some of the | |
| 19 1 | leading experts in the field of hearing conservation. | |
| 19 2 | Q.   Now, you say when you got hired at the | |
| 19 3 | agency.  What agency are you talking about? | |
| 19 4 | A.   At that time, it was called the U.S. Army | |
| 19 5 | Environmental Hygiene Agency. | |

|               |                                                           |   |
| ------------- | --------------------------------------------------------- |---|
| 19 6          | Q.   When were you hired by the U.S. Army --             |   |
| 19 7          | A.   July 3rd, 1972.                                       |   |
| 22:11 - 22:16 | Ohlin 2013-04-24                                          |   |
| 22 11         | Q.   So you -- you said that when you joined              |   |
| 22 12         | you joined as an audiologist.                             |   |
| 22 13         | A.   Yeah.                                                 |   |
| 22 14         | Q.   And then in 1987, you believe you were              |   |
| 22 15         | made a program manager.                                   |   |
| 22 16         | A.   Uh-huh.                                               |   |
| 23:14 - 23:15 | Ohlin 2013-04-24                                          |   |
| 23 14         | Q.   How were you trying to prevent hearing              |   |
| 23 15         | loss at the Army?                                          |   |
| 23:17 - 23:25 | Ohlin 2013-04-24                                          |   |
| 23 17         | A.   We were trying to educate people as to              |   |
| 23 18         | what the hazards were.  We were trying to get the        |   |
| 23 19         | right hearing protectors on the -- on the individuals;   |   |
| 23 20         | ensure that they knew how to use them.  We were          |   |
| 23 21         | monitoring their hearing.  We were encouraging           |   |
| 23 22         | engineering control measures out in the field, trying   |   |
| 23 23         | to identify places where it might be feasible.  We       |   |
| 23 24         | were monitoring the posting of hazards.  We were         |   |
| 23 25         | developing health education materials.                    |   |
| 28:12 - 28:13 | Ohlin 2013-04-24                                          |   |
| 28 12         | Q.   Were you more involved with creating                |   |
| 28 13         | specifications for hearing protection products?          |   |
| 28:16 - 28:16 | Ohlin 2013-04-24                                          |   |
| 28 16         | A.   -- did not create specifications.                    |   |
| 37:4 - 37:7   | Ohlin 2013-04-24                                          |   |
| 37 4          | Q.   Did you have any role in -- did you have            |   |
| 37 5          | any role in limiting the number of products that would   |   |
| 37 6          | be evaluated by the military for possibly hearing        |   |
| 37 7          | protection use?                                           |   |
| 37:10 - 37:19 | Ohlin 2013-04-24                                          |   |
| 37 10         | A.   As program manager, to a certain extent,            |   |
| 37 11         | yes.                                                      |   |
| 37 12         | BY MR. HILL:                                               |   |
| 37 13         | Q.   And what was that role?                              |   |
| 37 14         | A.   I was -- I was a gatekeeper in some sense           |   |
| 37 15         | of the word.  I was -- I think I am -- I think I -- I    |   |

| | | | |
|---|---|---|---|
| 37 16 | got two hearing protectors recommended during my | | |
| 37 17 | tenure:  One was the Elvex Quattro and the other was | | |
| 37 18 | the Combat Arms Earplug.  They offered something that | | |
| 37 19 | was unique, that wasn't already in the system. | | |
| 47:2 - 47:4 | Ohlin 2013-04-24 | | |
| 47 2 | Q.   Did you view your job as limiting the | | |
| 47 3 | number of hearing protection products that would be | | |
| 47 4 | usable by armed -- armed services personnel? | | |
| 47:6 - 47:22 | Ohlin 2013-04-24 | | |
| 47 6 | A.   We tried to keep the set down a little | | |
| 47 7 | bit for -- unless it provided something unique that | | |
| 47 8 | wasn't offered, if it wasn't any better -- if it | | |
| 47 9 | wasn't better than what was already in the system. | | |
| 47 10 | And we had our reasons for that.  We had to provide | | |
| 47 11 | educational materials for these hearing protectors. | | |
| 47 12 | If you got a closed set, it's a lot easier to do that, | | |
| 47 13 | to keep them updated. | | |
| 47 14 | We were capturing the type of hearing | | |
| 47 15 | protection used on the audiogram, trying to correlate | | |
| 47 16 | hearing loss to the type of hearing protection used, | | |
| 47 17 | and we wanted a -- well, for logistics purposes, | | |
| 47 18 | having something on hand.  We did require them to have | | |
| 47 19 | all hearing protection, all approved hearing | | |
| 47 20 | protection, all of it had to be on hand in all sizes. | | |
| 47 21 | So if that list got too long, it would be logistic -- | | |
| 47 22 | a logistic headache to try to keep. | | |
| 75:5 - 75:17 | Ohlin 2013-04-24 | Re: [75:5-75:17] | **DEFER RULING** |
| 75 5 | A.   I went to -- I had two primary sources | **Def Obj** Incomplete (611, 403) | |
| 75 6 | for technical information:  One was Elliott Berger at | | |
| 75 7 | Aearo and the other was Dr. Paul Michael at Penn | | |
| 75 8 | State.  Early in my career, I depended on them for a | | |
| 75 9 | lot of technical input. | | |
| 75 10 | BY MR. HILL: | | |
| 75 11 | Q.   When you say "technical input," what do | | |
| 75 12 | you mean? | | |
| 75 13 | A.   Things -- things I didn't know. | | |
| 75 14 | Q.   What sorts of things? | | |
| 75 15 | A.   I don't remember -- | | |
| 75 16 | MR. MYERS:  Objection to the form. | | |

| | | | |
|---|---|---|---|
| 75 17 | A.   -- specifics. | | |
| 75:18 - 76:4 | Ohlin 2013-04-24 | | |
| 75 18 | BY MR. HILL: | | |
| 75 19 | Q.   And when did you first meet Elliott | | |
| 75 20 | Berger? | | |
| 75 21 | A.   I don't recall. | | |
| 75 22 | Q.   But he was still at -- let -- as a | | |
| 75 23 | threshold matter, the pronunciation of A-E-A-R-O, | | |
| 75 24 | that's Aearo; is that right?  Or how -- is that Aearo | | |
| 75 25 | Company? | | |
| 76 1 | A.   That sounds right to me.  I don't know. | | |
| 76 2 | Q.   Okay.  So I may -- I may say Aearo, just | | |
| 76 3 | 'cause that's how I've always thought of it.  I mean, | | |
| 76 4 | I think what you're talking about is Aearo. | | |
| 76:5 - 76:9 | Ohlin 2013-04-24 | **Re: [76:5-76:9]** | **OVERRULED** |
| 76 5 | So you're saying that Elliott Berger was | **Def Obj** Foundation (602); Misstates | |
| 76 6 | at Aearo when you first met him? | (611, 403) | |
| 76 7 | MR. MYERS:  Objection, misstates his | | |
| 76 8 | testimony. | | |
| 76 9 | A.   Yes. | | |
| 77:9 - 77:18 | Ohlin 2013-04-24 | | |
| 77 9 | Q.   Other than Mr. Berger, was there anyone | | |
| 77 10 | else at Aearo who you would speak to? | | |
| 77 11 | A.   No. | | |
| 77 12 | Q.   What about Doug Moses? | | |
| 77 13 | A.   Oh.  Yeah.  What time frames are -- are | | |
| 77 14 | we talking about now? | | |
| 77 15 | Q.   Any -- any time frame during your -- your | | |
| 77 16 | time working for the military. | | |
| 77 17 | A.   Okay.  Yeah, Doug -- Doug Moses, I met | | |
| 77 18 | him at the -- at conferences. | | |
| 78:2 - 78:2 | Ohlin 2013-04-24 | | |
| 78 2 | Q.   Anyone else from Aearo? | | |
| 78:4 - 78:8 | Ohlin 2013-04-24 | | |
| 78 4 | A.   Did I meet anyone else from Aearo?  I | | |
| 78 5 | think I met Jeff Hamer once or twice. | | |
| 78 6 | BY MR. HILL: | | |
| 78 7 | Q.   Who's Jeff Hamer? | | |
| 78 8 | A.   He -- he runs a laboratory. | | |

| | | |
|---|---|---|
| 78:24 - 79:5    Ohlin 2013-04-24 | Re: [78:24-79:5] | SUSTAINED (403) as to "What the |
|   78 24    Q.   What about for 3M?  Did you have any | Def Obj Vague (611, 403) | hell's his name?" |
|   78 25    interface with anyone from 3M while you were working | | |
|   79 1    at the military? | | OVERRULED in all other respects |
|   79 2    A.   I met -- | | |
|   79 3    MR. MYERS:  Objection, vague. | | |
|   79 4    A.   What the hell's his name?  Ted Madison at | | |
|   79 5    conferences. | | |
| 79:6 - 79:12    Ohlin 2013-04-24 | | |
|   79 6    BY MR. HILL: | | |
|   79 7    Q.   When did you first meet Mr. Madison? | | |
|   79 8    A.   Don't know.  I -- I don't recall. | | |
|   79 9    Q.   Do you remember what conference you met | | |
|   79 10    him at? | | |
|   79 11    A.   National Hearing Conservation | | |
|   79 12    Association. | | |
| 80:21 - 80:25    Ohlin 2013-04-24 | | |
|   80 21    Q.   Did you ever speak to Mr. Berger about | | |
|   80 22    the Combat Arms Earplug? | | |
|   80 23    A.   Yes. | | |
|   80 24    Q.   And what did you talk to him about that | | |
|   80 25    product? | | |
| 81:2 - 81:7    Ohlin 2013-04-24 | | |
|   81 2    A.   I don't remember the specifics of the | | |
|   81 3    conversation, but it had to do with the filter that | | |
|   81 4    was being developed by Dr. Armand Dancer and his | | |
|   81 5    colleagues at the French-German Institute. | | |
|   81 6    BY MR. HILL: | | |
|   81 7    Q.   What about the filter? | | |
| 81:9 - 81:10    Ohlin 2013-04-24 | | |
|   81 9    A.   That they had come up with a -- a filter | | |
|   81 10    that could function as a non-linear hearing protector. | | |
| 82:14 - 82:23    Ohlin 2013-04-24 | | |
|   82 14    Q.   Who first told you about the Combat Arms | | |
|   82 15    Earplug? | | |
|   82 16    A.   I think our guys up at George Garinther, | | |
|   82 17    at the Army research lab, who spoke French, and had a | | |
|   82 18    working relationship with Dr. Dancer. | | |
|   82 19    Q.   Is that the person who first raised the | | |

| | | |
|---|---|---|
| 82 20   subject of Dr. Dancer's non-linear filter? | | |
| 82 21   THE COURT REPORTER:  Which ear filter? | | |
| 82 22   MR. HILL:  Non-linear. | | |
| 82 23   A.   I believe so. | | |
| 84:12 - 84:19   Ohlin 2013-04-24 | | |
| 84 12   Q.   Did you tell Mr. Berger about the filter | | |
| 84 13   from Dr. Dancer? | | |
| 84 14   A.   Dancer. | | |
| 84 15   Q.   Dancer. | | |
| 84 16   A.   I believe I did, yes. | | |
| 84 17   Q.   And when did you tell him that? | | |
| 84 18   A.   I don't know.  Sometime in the early | | |
| 84 19   '90s.  I -- I don't... | | |
| 84:20 - 85:7   Ohlin 2013-04-24 | **Re: [84:20-85:7]** | **OVERRULED** |
| 84 20   Q.   Why did you tell him that? | **Def Obj** Vague (611, 403) | |
| 84 21   A.   Why did I tell him? | | |
| 84 22   MR. MYERS:  Objection, vague. | | |
| 84 23   A.   They had a -- they had a -- a triple | | |
| 84 24   flange earplug that had a hole in it, and I had been | | |
| 84 25   reading about non-linearity, and I thought that might | | |
| 85 1   be enough for protection, and I sent him out to our | | |
| 85 2   research guys, and they got back to me and said, "No, | | |
| 85 3   that ain't gonna work." | | |
| 85 4   So when I heard about the filter, I put | | |
| 85 5   the two and two together, and I sent those plugs to | | |
| 85 6   Dr. Dancer, and he inserted the filter in those holes | | |
| 85 7   and... | | |
| 85:8 - 85:15   Ohlin 2013-04-24 | **Re: [85:8-85:15]** | **OVERRULED** |
| 85 8   BY MR. HILL: | **Def Obj** Foundation (602) | |
| 85 9   Q.   Did Mr. Berger know about the -- | | |
| 85 10   Dr. Dancer's filter? | | |
| 85 11   MR. MYERS:  Objection, lack of | | |
| 85 12   foundation, calls for the witness -- | | |
| 85 13   A.   I don't know -- | | |
| 85 14   MR. MYERS:  -- to speculate. | | |
| 85 15   A.   -- what he knew. | | |
| 87:1 - 87:18   Ohlin 2013-04-24 | | |
| 87 1   Q.   Did you later go to work for Aearo? | | |
| 87 2   A.   Yes. | | |

| | | |
|---|---|---|
| 87 3    Q.   And when was that? | | |
| 87 4    A.   First labor invoice was October of 2007. | | |
| 87 5    Q.   Had you done work previous to October of | | |
| 87 6    2007 for them? | | |
| 87 7    A.   Did I work for 'em? | | |
| 87 8    Q.   Yes. | | |
| 87 9    A.   There was no -- I -- I met with them | | |
| 87 10   before that, but to -- to sign a contract and -- and | | |
| 87 11   be interviewed, but I don't remember -- | | |
| 87 12   Q.   And what -- | | |
| 87 13   A.   -- specific dates. | | |
| 87 14   Q.   When did you meet with them? | | |
| 87 15   A.   They approached me and asked me if I was | | |
| 87 16   interested. | | |
| 87 17   Q.   When did they approach you? | | |
| 87 18   A.   I don't remember the specific dates. | | |
| **88:4 - 88:6**   Ohlin 2013-04-24 | | |
| 88 4    Q.   And who approached you regarding working | | |
| 88 5    for Aearo? | | |
| 88 6    A.   Doug Moses. | | |
| **88:7 - 88:8**   Ohlin 2013-04-24 | **Re: [88:7-88:8]** | **SUSTAINED** |
| 88 7    Q.   And when did they -- what did they want | **Def Obj** Foundation (602); Vague (611, | |
| 88 8    you to do for Aearo? | 403) | |
| **93:1 - 93:9**   Ohlin 2013-04-24 | **Re: [93:1-93:9]** | **SUSTAINED** |
| 93 1    Q.   Did you ever have any communications with | **Pltf Obj** Atty Colloquy (Objection); | |
| 93 2    Mr. Moses prior to that about your working for Aearo? | Foundation; Speculative | |
| 93 3    MR. MYERS:  Objection, vague, irrelevant. | | |
| 93 4    A.   I don't recall. | | |
| 93 5    BY MR. HILL: | | |
| 93 6    Q.   Are you saying that you didn't or are you | | |
| 93 7    saying -- | | |
| 93 8    A.   I don't -- I'm not -- I -- I don't | | |
| 93 9    recall. | | |
| **93:10 - 93:19**   Ohlin 2013-04-24 | **Re: [93:10-93:19]** | **SUSTAINED** |
| 93 10   Q.   How did Doug Moses know when you were | **Def Obj** Foundation (602) | |
| 93 11   leaving the military? | | |
| 93 12   MR. MYERS:  Objection -- | | |
| 93 13   BY MR. HILL: | | |
| 93 14   Q.   Working for the military? | | |

| | | |
|---|---|---|
| 93 15     MR. MYERS:  Objection, lack of<br>93 16     foundation, calls for speculation, assumes facts not<br>93 17     in evidence.<br>93 18     A.   Probably the big smile on my face.  I --<br>93 19     I -- I don't know. | | |

94:1 - 94:17   Ohlin 2013-04-24
94 1     Q.   How long was the gap between when you
94 2     stopped working for the military and began working for
94 3     Aearo?
94 4     A.   Retired first week of June 2007; the
94 5     first labor invoice I submitted was for October of --
94 6     of that year.
94 7     Q.   When did you -- when did you technically
94 8     get the -- let me take a step back.
94 9     Did you say that you had signed a
94 10     contract prior to October?
94 11     A.   Yes.
94 12     Q.   And when was that?
94 13     A.   I don't recall.
94 14     Q.   But sometime between June and October?
94 15     MR. MYERS:  Objection, assumes facts not
94 16     in evidence.
94 17     A.   Yes.

96:18 - 96:20   Ohlin 2013-04-24
96 18     Q.   So what was the -- what was the scope of
96 19     your relationship with Aearo when you were hired on in
96 20     2007?

96:23 - 96:25   Ohlin 2013-04-24
96 23     A.   I was expected to attend conferences,
96 24     give papers, write articles, review instructional
96 25     materials for their hearing protectors.

117:13 - 117:17   Ohlin 2013-04-24
117 13     Q.   Dr. Ohlin, direct -- directing your
117 14     attention to Document 506 again, do you recall sending
117 15     this e-mail?
117 16     A.   Yes.
117 17     Q.   And were you asked to send that e-mail?

117:19 - 118:1   Ohlin 2013-04-24
117 19     A.   I was asked not to send this specific

| | | |
|---|---|---|
| 117 20    e-mail, but I was asked if I could find out if there | | |
| 117 21    was a stock number on the BattlePlug. | | |
| 117 22    BY MR. HILL: | | |
| 117 23    Q.   And who asked you to do that? | | |
| 117 24    A.   Probably Doug Moses. | | |
| 117 25    Q.   And did Mr. Moses tell you why he wanted | | |
| 118 1    you to do that? | | |
| **118:2 - 118:8**  Ohlin 2013-04-24 | | |
| 118 2    A.   I think we both shared a concern that the | | |
| 118 3    corporate people at 3M had to know the competition out | | |
| 118 4    there was real. | | |
| 118 5    Q.   Which corporate people are you referring | | |
| 118 6    to? | | |
| 118 7    A.   I don't know, but -- I don't know the | | |
| 118 8    names of those guys.  They're way above me. | | |
| **118:9 - 118:15**  Ohlin 2013-04-24 | **Re: [118:9-118:15]** | **OVERRULED** |
| 118 9    Q.   Why were you reaching out to get the | **Def Obj** Vague (611, 403) | |
| 118 10    stock number information rather than Doug himself? | | |
| 118 11    MR. MYERS:  Objection, vague. | | |
| 118 12    A.   I was his -- his gopher for this kind of | | |
| 118 13    stuff.  I -- I assumed that he had -- he had other | | |
| 118 14    things to do.  He thought I might be able to get it | | |
| 118 15    quicker. | | |
| **119:5 - 119:23**  Ohlin 2013-04-24 | | |
| 119 5    Q.   And that first line, when it says, "I'm | | |
| 119 6    trying to light some fires under the 3M Aearo folks to | | |
| 119 7    make some improvements to the Combat Arms Earplug," | | |
| 119 8    what -- what did you mean by that? | | |
| 119 9    A.   Well, first of all, this company is | | |
| 119 10    committed to always making improvements.  This was a | | |
| 119 11    timing issue.  They had come up with a innovative way | | |
| 119 12    to reduce the NRR in the non-linear mode without | | |
| 119 13    sacrificing protection, which meant that the plug | | |
| 119 14    would be more acoustically transparent in the | | |
| 119 15    non-linear mode and improve detection. | | |
| 119 16    However, it looked like it would add a | | |
| 119 17    few months to the development of the next version, and | | |
| 119 18    we thought that some of the decision-makers were more | | |
| 119 19    interested in meeting a deadline than anything else, | | |

| | | |
|---|---|---|
| 119 20    and if we didn't get this improvement in there, it | | |
| 119 21    would probably be another couple of years -- | | |
| 119 22    Q.  What -- | | |
| 119 23    A.  -- before we got into the next version. | | |
| 119:24 - 120:1   Ohlin 2013-04-24 | Re: [119:24-120:1] | **DEFER RULING** |
| 119 24    Q.  What was the improvement? | **Pltf Obj** Foundation; 403 | |
| 119 25    A.  As I described to you, it was a method to | | |
| 120 1    reduce the attenuation in the non-linear mode. | | |
| 126:23 - 126:24   Ohlin 2013-04-24 | Re: [126:23-126:24] | **DEFER RULING** |
| 126 23    A.  I don't know.  I didn't -- I didn't -- I | **Def Obj** Incomplete (611, 403); | |
| 126 24    don't control the specifications. | Relevance (401, 402) | |
| 126:25 - 127:19   Ohlin 2013-04-24 | Re: [126:25-127:19] | **DEFER RULING** |
| 126 25    Q.  So let's talk more about that | **Def Obj** Relevance (401, 402) | |
| 127 1    specification process.  You said that you sometimes | | |
| 127 2    acted as a gatekeeper, in terms of what products were | | |
| 127 3    going to be approved; is that correct? | | |
| 127 4    MR. MYERS:  Objection to the form and to | | |
| 127 5    the relevance of the entire line of inquiry. | | |
| 127 6    A.  I act as gatekeeper as to what would be | | |
| 127 7    recommended.  I didn't make decisions, per se.  In my | | |
| 127 8    position, you made recommendations. | | |
| 127 9    BY MR. HILL: | | |
| 127 10    Q.  And were those recommendations given to | | |
| 127 11    the people who wrote the specifications? | | |
| 127 12    MR. MYERS:  Object to the form. | | |
| 127 13    A.  Not directly, no. | | |
| 127 14    BY MR. HILL: | | |
| 127 15    Q.  Who were the recommendations given to? | | |
| 127 16    MR. MYERS:  Object to the form. | | |
| 127 17    A.  Recommendations would be passed up the | | |
| 127 18    line through my -- through my superiors to medical | | |
| 127 19    logistics folks. | | |
| 130:6 - 130:23   Ohlin 2013-04-24 | Re: [130:6-130:23] | **DEFER RULING** |
| 130 6    Q.  What input did you have into the Combat | **Def Obj** Vague (611, 403); Assumes | |
| 130 7    Arms Earplug specifications? | facts not in evidence (611, 403) | |
| 130 8    MR. MYERS:  Objection, assumes facts not | | |
| 130 9    in evidence. | | |
| 130 10    A.  I wanted it to be -- I wanted to have a | | |
| 130 11    linear and non-linear mode so it could be used for | | |

| | | |
|---|---|---|
| 130 12    steady-state noise as well as input noise. | | |
| 130 13    BY MR. HILL: | | |
| 130 14    Q.   Did you write those specs? | | |
| 130 15    A.   No. | | |
| 130 16    Q.   Did you recommend that there be specs | | |
| 130 17    issued for those products? | | |
| 130 18    MR. MYERS:  Objection, vague. | | |
| 130 19    A.   I don't remember. | | |
| 130 20    BY MR. HILL: | | |
| 130 21    Q.   So you don't -- | | |
| 130 22    A.   I don't -- I don't recall a specification | | |
| 130 23    for the Combat Arms Earplug. | | |
| 130:24 - 131:5   Ohlin 2013-04-24 | | |
| 130 24    Q.   Did you recommend that the Combat Arms | | |
| 130 25    Earplug be approved for military use? | | |
| 131 1    A.   Yes. | | |
| 131 2    Q.   And when was that? | | |
| 131 3    A.   I don't know the time frame, but as chair | | |
| 131 4    of the DOD working group, I put it on the table and | | |
| 131 5    the group recommended it. | | |
| 133:16 - 133:22   Ohlin 2013-04-24 | | |
| 133 16    Q.   And did you say you're not sure if there | | |
| 133 17    are specs covering the Combat Arms Earplug?  I -- I | | |
| 133 18    wasn't quite clear on what you were telling me. | | |
| 133 19    A.   I don't remember seeing any specs on | | |
| 133 20    that, to tell you the truth.  There may be a product | | |
| 133 21    description out there, something like that, but I | | |
| 133 22    don't remember specification. | | |
| 135:22 - 136:2   Ohlin 2013-04-24 | Re: [135:22-136:2] **Def Obj** Foundation (602); Asked (611, 403) | OVERRULED |
| 135 22    Q.   What about for non-linear plugs? | | |
| 135 23    MR. MYERS:  Same objection, also lacks | | |
| 135 24    foundation. | | |
| 135 25    A.   Non-linear plugs, as far as we knew, the | | |
| 136 1    Combat Arms Earplug was the best game in town.  It was | | |
| 136 2    the only one that had data on human subjects. | | |
| 136:19 - 137:8   Ohlin 2013-04-24 | Re: [136:19-137:8] **Pltf Obj** 401; 403 (If played; add 136:4-136:17) | SUSTAINED |
| 136 19    Q.   When you say "the overpressure study," | | |
| 136 20    what are you talking about? | | |
| 136 21    A.   We -- they were getting weapons into the | | |

| | | |
|---|---|---|
| 136 22     system that had very high overpressure levels, and | | |
| 136 23     they wanted more bang for their buck, but they were | | |
| 136 24     getting up to levels where we were concerned about | | |
| 136 25     gas-containing organs, like the lungs, and we were | | |
| 137 1     getting into gray areas that we really didn't know | | |
| 137 2     could we protect people, could we protect people's | | |
| 137 3     hearing, could -- could we do damage to these | | |
| 137 4     gas-containing organs, and they wanted these weapon | | |
| 137 5     systems into the system, and they wanted to determine | | |
| 137 6     whether or not it was -- it was feasible.  You didn't | | |
| 137 7     want -- you want to be hurting the enemy, not your own | | |
| 137 8     troops with your weapon systems. | | |
| 137:9 - 137:14   Ohlin 2013-04-24 | | |
| 137 9     Q.   But this testing stopped at some point? | | |
| 137 10    A.   Yeah. | | |
| 137 11    Q.   And what -- when was that? | | |
| 137 12    A.   Around 1993, time frame. | | |
| 137 13    Q.   And Combat Arms Earplugs were tested | | |
| 137 14    before that? | | |
| 137:16 - 137:16   Ohlin 2013-04-24 | | |
| 137 16    A.   Yeah, around that time.  Yes. | | |
| 139:20 - 140:20   Ohlin 2013-04-24 | Re: [139:20-140:20] | OVERRULED |
| 139 20    Q.   You say you're not a lab rat.  Were there | Def Obj Vague (611, 403) | |
| 139 21    technical people you consulted on these kinds of | | |
| 139 22    issues? | | |
| 139 23    MR. MYERS:  Objection, vague. | | |
| 139 24 | | |
| 139 25    BY MR. HILL: | | |
| 140 1     Q.   Let's say with respect to the human | | |
| 140 2     testing information. | | |
| 140 3     A.   Well -- | | |
| 140 4     MR. MYERS:  Object to the form. | | |
| 140 5     A.   -- I didn't have input into the testing | | |
| 140 6     protocol.  I only provided the product.  It was up to | | |
| 140 7     them to develop the protocol and to -- and to | | |
| 140 8     implement it. | | |
| 140 9     BY MR. HILL: | | |
| 140 10    Q.   But you had input into approving products | | |
| 140 11    based on that protocol; is that correct? | | |

| | | |
|---|---|---|
| 140 12     MR. MYERS:  Objection, vague. | | |
| 140 13     A.   I approved Combat Arms Earplug back then | | |
| 140 14     'cause it was the best game in town.  It was really | | |
| 140 15     the only game -- well, that's not true, but there was | | |
| 140 16     an Ear Defender British plug that had been evaluated | | |
| 140 17     by the French that really wasn't that good.  But at | | |
| 140 18     the time that the Combat Arms Earplug was recommended, | | |
| 140 19     it was the best game in town.  It might have been the | | |
| 140 20     only one, other than that Ear Defender. | | |
| **140:21 - 140:24**   Ohlin 2013-04-24 | | |
| 140 21     BY MR. HILL: | | |
| 140 22     Q.   So when was the Combat Arms Earplug | | |
| 140 23     recommended? | | |
| 140 24     A.   Sometime in the '90s. | | |
| **140:25 - 141:3**   Ohlin 2013-04-24 | | |
| 140 25     Q.   Was this after you told Mr. Berger about | | |
| 141 1     the French patent related to non-linear filtration of | | |
| 141 2     sound? | | |
| 141 3     A.   Yeah. | | |
| **141:1 - 141:3**   Ohlin 2013-04-24 | | |
| 141 1     the French patent related to non-linear filtration of | | |
| 141 2     sound? | | |
| 141 3     A.   Yeah. | | |
| **141:4 - 141:7**   Ohlin 2013-04-24 | **Re: [141:4-141:7]**<br>**Def Obj** Misstates (611, 403) | **OVERRULED** |
| 141 4     Q.   And you suggested that he put that filter | | |
| 141 5     into the earplug; is that correct? | | |
| 141 6     MR. MYERS:  Objection, misstates the | | |
| 141 7     testimony. | | |
| **141:8 - 141:9**   Ohlin 2013-04-24 | | |
| 141 8     A.   Who we talking about? | | |
| 141 9     BY MR. HILL: | | |
| **141:10 - 142:8**   Ohlin 2013-04-24 | **Re: [141:10-142:8]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 141 10     Q.   My understanding is that Aearo had some | | |
| 141 11     sort of a tip? | | |
| 141 12     A.   Yes. | | |
| 141 13     Q.   A tip, and you said something about | | |
| 141 14     putting Mr. Dancer -- I'm not a French speaker -- | | |
| 141 15     A.   That's right. | | |
| 141 16     Q.   -- Mr. Dancer, his filter into that | | |

| | | |
|---|---|---|
| 141 17    earplug; is that -- | | |
| 141 18    A.   Yes. | | |
| 141 19    Q.   -- correct? | | |
| 141 20    A.   Yes. | | |
| 141 21    Q.   And was that done? | | |
| 141 22    A.   Yes. | | |
| 141 23    Q.   And did that became the Combat Arms | | |
| 141 24    Earplug? | | |
| 141 25    A.   I think there -- there was a French | | |
| 142 1    version of the Combat Arms Earplug under a different | | |
| 142 2    manufacturer.  Might have been Moldex, I don't know. | | |
| 142 3    I don't know if it was Moldex or it was -- what's the | | |
| 142 4    other one?  Anyway, they had a quality control problem | | |
| 142 5    with it.  But it was not -- the first Combat Arms | | |
| 142 6    Earplug put out there with that filter was not with an | | |
| 142 7    Aearo product.  The French put it out with some other | | |
| 142 8    manufacturer. | | |
| 145:9 - 145:13    Ohlin 2013-04-24 | **Re: [145:9-145:13]** <br> **Def Obj** Incomplete (611, 403) | **OVERRULED** |
| 145 9    A.   The only other plug I ever considered for | | |
| 145 10    -- for the Combat Arms Earplug was the Elvex Quattro. | | |
| 145 11    I thought it was a -- it was a superior pre-formed | | |
| 145 12    earplug for a lot of reasons:  comfort, ease, ease of | | |
| 145 13    insertion, et cetera, but it didn't have a hole in it. | | |
| 145:14 - 145:17    Ohlin 2013-04-24 | **Re: [145:14-145:17]** <br> **Def Obj** Foundation (602); Relevance (401, 402); Incomplete (611, 403) | **OVERRULED** |
| 145 14    BY MR. HILL: | | |
| 145 15    Q.   Could they have put a hole in it? | | |
| 145 16    MR. MYERS:  Objection, lack -- | | |
| 145 17    A.   I don't know -- | | |
| 146:8 - 146:13    Ohlin 2013-04-24 | **Re: [146:8-146:13]** <br> **Def Obj** Foundation (602); Relevance (401, 402) | **OVERRULED** |
| 146 8    A.   I didn't think they would do it.  Since | | |
| 146 9    Aearo already had this plug with a hole in it, I | | |
| 146 10    thought it was easier to deal with someone who already | | |
| 146 11    had the -- had the product, and they asked for | | |
| 146 12    somebody to modify their product, and it might not | | |
| 146 13    work out for 'em. | | |
| 148:20 - 149:13    Ohlin 2013-04-24 | **Re: [148:20-149:13]** <br> **Def Obj** Foundation (602); Relevance (401, 402); Prejudice (403); Vague (611, 403) | **OVERRULED** |
| 148 20    Q.   And did you take any steps to try to have | | |
| 148 21    other vendors create other non-linear plugs? | | |
| 148 22    MR. MYERS:  Objection, vague, irrelevant. | | |

| | |
|---|---|
| 148 23     A.   No. | |
| 148 24 | |
| 148 25     BY MR. HILL: | |
| 149 1     Q.   Why not? | |
| 149 2     MR. MYERS:  Irrelevant, objection. | |
| 149 3     A.   Why not?  Again, I didn't want to put a | |
| 149 4     vendor in the position of modifying a product and | |
| 149 5     having it not work out for 'em or... | |
| 149 6     BY MR. HILL: | |
| 149 7     Q.   But didn't Aearo modify its product by | |
| 149 8     adding the French filter? | |
| 149 9     MR. MYERS:  Objection, calls for | |
| 149 10     speculation, lack of foundation. | |
| 149 11     A.   All they had to do was insert the filter. | |
| 149 12     The hole was -- was already there.  I was looking for | |
| 149 13     the most painless way to get this done. | |

| | |
|---|---|
| 151:2 - 151:2    Ohlin 2013-04-24 | |
| 151 2     Q.   Was Elliott Berger your friend? | |

| | |
|---|---|
| 151:8 - 151:13    Ohlin 2013-04-24 | |
| 151 8     A.   I consider him like I do a lot of -- like | |
| 151 9     Meade Killion, like other people like them, colleagues | |
| 151 10     that I highly value. | |
| 151 11     BY MR. HILL: | |
| 151 12     Q.   Did you value them more than colleagues | |
| 151 13     at other vendors? | |

| | |
|---|---|
| 151:16 - 151:21    Ohlin 2013-04-24 | |
| 151 16     A.   You tend to be drawn to people who are | |
| 151 17     easy to work with and who listen to you.  That's the | |
| 151 18     best way I can answer that one. | |
| 151 19     BY MR. HILL: | |
| 151 20     Q.   Did you want to help Elliott Berger when | |
| 151 21     you told him about the ISL filter? | |

| | |
|---|---|
| 151:24 - 152:4    Ohlin 2013-04-24 | |
| 151 24     A.   I -- I wasn't interested in helping | |
| 151 25     Elliott Berger.  I was interested in protecting the | |
| 152 1     troops. | |
| 152 2     BY MR. HILL: | |
| 152 3     Q.   But you only reached out to Elliott | |
| 152 4     Berger, is that correct, about this new ISL filter -- | |

| | | |
|---|---|---|
| 152:7 - 152:7   Ohlin 2013-04-24 | | |
| 152 7      Q.   -- outside of the military? | | |
| 152:14 - 152:15   Ohlin 2013-04-24 | | |
| 152 14      Q.   That's true? | | |
| 152 15      A.   Yeah. | | |
| 167:12 - 167:22   Ohlin 2013-04-24 | Re: [167:12-167:22] | OVERRULED |
| 167 12      Q.   Has anyone ever said that you came up | Def Obj Foundation (602) | |
| 167 13      with the idea for the Combat Arms -- | | |
| 167 14      A.   It wasn't -- | | |
| 167 15      Q.   -- product? | | |
| 167 16      A.   It wasn't me. | | |
| 167 17      THE WITNESS:  I'm sorry.  Go ahead. | | |
| 167 18      MR. MYERS:  Objection, lack of | | |
| 167 19      foundation. | | |
| 167 20      A.   That -- that was developed at the | | |
| 167 21      French-German Institute by Dr. Dancer and his | | |
| 167 22      colleagues, not me. | | |
| 168:17 - 169:4   Ohlin 2013-04-24 | Re: [168:17-169:4] | OVERRULED |
| 168 17      Q.   Has anyone at 3M or Aearo ever said that | Def Obj Foundation (602) | |
| 168 18      your specifications have been responsible for the | | |
| 168 19      Combat Arms business? | | |
| 168 20      MR. MYERS:  Objection, lack of | | |
| 168 21      foundation, calls for facts not in evidence. | | |
| 168 22      A.   I don't know of any specification for the | | |
| 168 23      Combat Arms Earplug. | | |
| 168 24 | | |
| 168 25      BY MR. HILL: | | |
| 169 1      Q.   Any product descriptions? | | |
| 169 2      MR. MYERS:  Same objections, calls for | | |
| 169 3      speculation. | | |
| 169 4      A.   I don't recall one. | | |
| 171:2 - 172:13   Ohlin 2013-04-24 | Re: [171:2-172:13] | SUSTAINED |
| 171 2      Q.   Did you have any discussions concerning | Def Obj Vague (611, 403) | |
| 171 3      your time working for the military, while consulting | | |
| 171 4      for 3M or Aearo, regarding earplug products? | | |
| 171 5      MR. MYERS:  Objection, vague and | | |
| 171 6      ambiguous. | | |
| 171 7      A.   That's pretty open-ended.  I -- I don't | | |
| 171 8      -- I don't know where to begin. | | |

171 9      BY MR. HILL:
171 10     Q.   Did you ever -- did you talk about the
171 11     Combat Ear -- Arms Earplug?
171 12     MR. MYERS:  Objection, vague and
171 13     ambiguous.
171 14     A.   After I --
171 15     BY MR. HILL:
171 16     Q.   Yes.
171 17     A.   -- retired?  Yes.
171 18     Q.   And what did you talk about with respect
171 19     to your time in the military about the Combat Arms
171 20     Earplug?
171 21     MR. MYERS:  Objection, vague and
171 22     ambiguous, calls for a narrative.
171 23     A.   My focus, what I've been trying to push
171 24     during my time at Aearo and 3M, is more of a focus on
171 25     the ergonomic issues of ease of use, comfort,
172 1      compatibility with other headgear, communication.
172 2      BY MR. HILL:
172 3      Q.   And how did that relate to your time with
172 4      the military?
172 5      A.   Well --
172 6      MR. MYERS:  Objection, vague and
172 7      ambiguous.
172 8      A.   -- feedback you get from the troops.
172 9      Their concern usually isn't whether this thing is
172 10     protecting me or not.  They want it to be comfortable.
172 11     They want it to be easy to use.  They don't want it to
172 12     interfere with their situational awareness and their
172 13     communication ability.

173:22 - 173:24   Ohlin 2013-04-24
173 22     Q.   What does NRR stand for?
173 23     A.   Noise reduction rating.
173 24     Q.   What is a noise reduction rating?

174:1 - 174:7   Ohlin 2013-04-24
174 1      A.   It is a number derived from testing a
174 2      hearing protector by ANSI standard.  That's supposed
174 3      to be a measure of its acoustic protection.
174 4      BY MR. HILL:

174 5      Q.   Is a higher NRR always better?
174 6      A.   No.
174 7      Q.   When is it not better?
174:9 - 174:15   Ohlin 2013-04-24
174 9      A.   You don't want to overprotect people.
174 10     You create -- excuse me.  You -- you create
174 11     communication issues.
174 12     BY MR. HILL:
174 13     Q.   Is a higher NRR sometimes better than a
174 14     lower NRR?
174 15     A.   Yes.
175:2 - 176:23   Ohlin 2013-04-24
175 2      Q.   Under what circumstances is a higher NRR
175 3      better?
175 4      MR. MYERS:  Same objection.
175 5      A.   Extreme noise exposures.
175 6      BY MR. HILL:
175 7      Q.   When you say "extreme noise exposures,"
175 8      what do you mean?
175 9      A.   Well, that's a relative term.  But once
175 10     you start getting over, say, a hundred dBA, I think
175 11     you want a higher-performing earplug.
175 12     Q.   And what's a dBA?
175 13     A.   It's a noise level.
175 14     Q.   I mean, what does dBA stand for?
175 15     A.   Decibels under the A-weighted network.
175 16     Q.   Are gunshots an example of extreme noise?
175 17     A.   Yes, but it's an entirely different
175 18     animal.
175 19     Q.   And when you say "an entirely different
175 20     animal," what do you mean?
175 21     A.   It's a different mode of damage to the
175 22     ear.  It's more immediate.  It's more of a mechanical
175 23     mode of damage.  In some ways, depending on the type
175 24     of weapons fired, it's easy to protect yourself from
175 25     it, but it's also very unforgiving.  You can get more
176 1      hearing loss in one afternoon on a firing range than
176 2      years of listening to some steady-state noise.
176 3      Q.   Do you know if NRRs matter when products

176 4      are sold to the market?
176 5      MR. MYERS:  Objection, vague.
176 6      A.   Unfortunately, I think there's too much
176 7      of a focus on the NRR.  In my view, it's the cover on
176 8      the book.  I would be paying more attention to those
176 9      ergonomic issues that I mentioned before.  Helps you
176 10     ensure that people wear 'em right.
176 11     BY MR. HILL:
176 12     Q.   But when you say it's too much focus, is
176 13     it a lot -- does the industry place a lot of focus on
176 14     NRR?
176 15     MR. MYERS:  Objection, lack of
176 16     foundation.
176 17     A.   I think the customer does more than the
176 18     -- the industry is just responding to the customer.
176 19     BY MR. HILL:
176 20     Q.   And in what way does a customer place a
176 21     lot of weight on NRR?
176 22     A.   Well, they think the higher NRR is -- is
176 23     always better.

180:21 - 181:22   Ohlin 2013-04-24

180 21     Q.   Do all Combat Arms earplugs have the same
180 22     fit instructions, do you know?
180 23     A.   It depends on the version.
180 24     Q.   Let's start with the first version.  Do
180 25     you know?
181 1      A.   Generally -- can't speak in specifics,
181 2      but generally, you know you got it in right if you tug
181 3      on the plug and there's tension and you get a slight
181 4      occlusion effect.  That is, when you talk, your own
181 5      voice sounds and feels low tone, like you're talking
181 6      inside of a barrel.
181 7      Q.   Did that instruction involve a large size
181 8      or small size or anything like that?
181 9      A.   That -- that's not relevant to size, per
181 10     se.
181 11     Q.   What about the second version?  Did --
181 12     did those plugs all have the same fitting
181 13     instructions?

| | | |
|---|---|---|
| 181 14    A.   No.  We had different -- different | | |
| 181 15    procedures from -- going from linear to non-linear. | | |
| 181 16    The second version a lot of people aren't -- even | | |
| 181 17    within the company forget this.  The first version was | | |
| 181 18    a single-sided, three- -- three-flange plug.  The | | |
| 181 19    second version was a double-ended plug with -- it was | | |
| 181 20    olive drab and yellow, and one plug was for | | |
| 181 21    steady-state noise and the other plug was for the | | |
| 181 22    non-linear mode for weapons fire. | | |
| **182:14 - 182:17**   Ohlin 2013-04-24 | | |
| 182 14    Q.   Have you ever advised anyone at 3M that | | |
| 182 15    you were worried that Elliott Berger was being | | |
| 182 16    pressured to increase NRR on a product? | | |
| 182 17    A.   Yes. | | |
| **182:22 - 183:11**   Ohlin 2013-04-24 | | |
| 182 22    BY MR. HILL: | | |
| 182 23    Q.   -- when was that? | | |
| 182 24    A.   I don't know when it was, but it was when | | |
| 182 25    -- when they tested the new size plug and they got the | | |
| 183 1    NRR, got such a lower NRR with the same earplug, I | | |
| 183 2    heard there was a lot concern about that.  What | | |
| 183 3    happened? | | |
| 183 4    Q.   Who did you report your concern to at 3M? | | |
| 183 5    A.   Doug Moses. | | |
| 183 6    Q.   Anyone else? | | |
| 183 7    A.   I don't recall anybody else, no. | | |
| 183 8    Q.   Did you have any conversations with | | |
| 183 9    Mr. Moses about this? | | |
| 183 10    A.   Probably.  I don't recall the, you know, | | |
| 183 11    exact conversation. | | |
| **183:12 - 183:21**   Ohlin 2013-04-24 | **Re: [183:12-183:21]** | **OVERRULED** |
| 183 12    Q.   Do you know if Mr. Moses took any action | **Def Obj** Foundation (602) | |
| 183 13    as a result of your e-mail? | | |
| 183 14    MR. MYERS:  Objection, lack of | | |
| 183 15    foundation. | | |
| 183 16    A.   I think they passed on my -- my | | |
| 183 17    suggestion to fit smaller. | | |
| 183 18    BY MR. HILL: | | |
| 183 19    Q.   Did they pass on anything regarding your | | |

| | | |
|---|---|---|
| 183 20    concern that Mr. Berger was being pressured to<br>183 21    increase NRRs? | | |

185:13 - 185:21   Ohlin 2013-04-24

    185 13    (Ohlin Exhibit 507 was marked for
    185 14    purposes of identification.)
    185 15    BY MR. HILL:
    185 16    Q.   Dr. Ohlin, I'm setting in front of you
    185 17    Exhibit No. 507.  Please take a moment to look at
    185 18    this.
    185 19    Do you recognize this document?
    185 20    A.   Yes.
    185 21    Q.   What is it?

185:23 - 185:24   Ohlin 2013-04-24

    185 23    A.   It's an e-mail message from me to Doug
    185 24    Moses.

186:1 - 186:3   Ohlin 2013-04-24

    186 1    Q.   And why did you send this e-mail?
    186 2    A.   Why?
    186 3    Q.   Yes.

186:5 - 187:16   Ohlin 2013-04-24

    186 5    A.   I didn't know if Doug was privy to this
    186 6    history, and I wanted to make sure that -- since I
    186 7    heard all this concern about the lower NRR, I wanted
    186 8    to make sure that they weren't putting pressure on
    186 9    him.
    186 10    BY MR. HILL:
    186 11    Q.   What -- what history are you talking
    186 12    about?
    186 13    A.   I didn't know -- as you can see there, I
    186 14    didn't know a lot about it, but I know that the -- for
    186 15    some reason, EPA fined that lab -- fined the E.A.R.
    186 16    lab for some discrepancy over how they changed their
    186 17    NRR or something.  I didn't have any details on it.
    186 18    Q.   Do you see the second line in the first
    186 19    paragraph where you say, "There has always been
    186 20    intense pressure on Elliott to match the attenuation
    186 21    values the Penn State Lab is able to produce"?
    186 22    A.   Yes.
    186 23    Q.   And what do you mean by that?

| | | |
|---|---|---|
| 186 24    A.   Exactly what I said.  If -- if one<br>186 25    laboratory is getting higher NSNs (sic) with the same<br>187 1    product, higher -- higher NRRs with the same product<br>187 2    than you are, then somebody wants -- wants to know<br>187 3    why.<br>187 4    Q.   In the second paragraph, do you see the<br>187 5    line that says, "We are putting pressure on Elliott to<br>187 6    come up with a higher NRR for this new version of the<br>187 7    Combat Arms Earplug"?  Then you say, "We could be<br>187 8    setting Aearo up for another fine."<br>187 9    Do you see those lines?<br>187 10    A.   Yes.<br>187 11    Q.   What did you mean by that?<br>187 12    A.   I didn't -- I didn't want them to put him<br>187 13    in a position -- which I don't think he would have<br>187 14    done anyway -- in a position to repeat what happened<br>187 15    before, whatever that was, and I didn't know what it<br>187 16    was. | | |
| 187:17 - 188:1   Ohlin 2013-04-24<br>187 17    Q.   Now, you're saying that we are putting<br>187 18    pressure on Elliott to come up with a higher NRR.<br>187 19    What do you mean by that?<br>187 20    MR. MYERS:  Objection, asked and -- just<br>187 21    answered.<br>187 22    A.   I think we're looking for explanations.<br>187 23    I don't know if "pressure" is the right word there,<br>187 24    but what's going on?  Why, you know?  And my<br>187 25    explanation was it's -- they're dealing with a sized<br>188 1    earplug, and they're fitting it too large. | **Re: [187:17-188:1]**<br>**Def Obj** Asked (611, 403) | **OVERRULED** |
| 188:2 - 188:5   Ohlin 2013-04-24<br>188 2    BY MR. HILL:<br>188 3    Q.   But you're not really talking about the<br>188 4    fitting of this earplug in this e-mail, are you?<br>188 5    A.   No. | | |
| 188:6 - 188:11   Ohlin 2013-04-24<br>188 6    Q.   What are you talking about in this<br>188 7    e-mail?<br>188 8    MR. MYERS:  Objection, vague, asked and<br>188 9    answered. | **Re: [188:6-188:11]**<br>**Def Obj** Asked (611, 403) | **OVERRULED** |

| | | |
|---|---|---|
| 188 10    A.   What I'm talking about is if anybody is | | |
| 188 11    putting pressure on him, for them to back off. | | |
| 188:12 - 188:18   Ohlin 2013-04-24 | | |
| 188 12    BY MR. HILL: | | |
| 188 13    Q.   Now, you say -- you say if we are putting | | |
| 188 14    pressure.  Do you see in that middle paragraph where | | |
| 188 15    it says, "We are putting pressure on Elliott to come | | |
| 188 16    up with a higher NRR for this new version of the | | |
| 188 17    Combat Arms Earplug"? | | |
| 188 18    A.   Uh-huh. | | |
| 188:19 - 188:23   Ohlin 2013-04-24 | Re: [188:19-188:23]  Def Obj Asked (611, 403) | OVERRULED |
| 188 19    Q.   And what did you mean by that line? | | |
| 188 20    MR. MYERS:  Objection, asked and | | |
| 188 21    answered. | | |
| 188 22    A.   We wanted him to go back and try to | | |
| 188 23    figure out why there was a difference. | | |
| 191:18 - 192:2   Ohlin 2013-04-24 | Re: [191:18-192:2]  Def Obj Asked (611, 403) | OVERRULED |
| 191 18    Q.   So when you say that we are putting | | |
| 191 19    pressure on Elliott to come up with a higher NRR for | | |
| 191 20    this new version of the Combat Arms Earplug, were you | | |
| 191 21    referring to the change in fitting protocol? | | |
| 191 22    MR. MYERS:  Objection to form, asked and | | |
| 191 23    answered. | | |
| 191 24    A.   And I said before, I think we were | | |
| 191 25    looking for an explanation of why it was -- why it was | | |
| 192 1    lower, and this was the explanation that I provided. | | |
| 192 2    I thought they were fitting them too large. | | |
| 192:4 - 192:8   Ohlin 2013-04-24 | Re: [192:4-192:8]  Def Obj Misstates (611, 403) | OVERRULED |
| 192 4    Q.   But you were trying to get the NRR | | |
| 192 5    increased; is that correct? | | |
| 192 6    MR. MYERS:  Objection, lack of | | |
| 192 7    foundation, misstates his testimony. | | |
| 192 8    A.   Sure. | | |
| 192:9 - 192:23   Ohlin 2013-04-24 | Re: [192:9-192:23]  Def Obj Vague (611, 403) | OVERRULED |
| 192 9    BY MR. HILL: | | |
| 192 10    Q.   And why is that? | | |
| 192 11    MR. MYERS:  Objection, vague. | | |
| 192 12    A.   People would be curious as to why the | | |
| 192 13    same -- we're getting a lower NRR with the same | | |

| | | |
|---|---|---|
| 192 14 | earplug, that we had somehow degraded this, you know. | |
| 192 15 | It may raise some eyebrows out there among other | |
| 192 16 | distributors, end users, that we might have done | |
| 192 17 | something wrong here with this earplug. | |
| 192 18 | BY MR. HILL: | |
| 192 19 | Q.  Have you seen other earplugs where the | |
| 192 20 | fit protocol was changed after receiving one NRR to | |
| 192 21 | get another NRR? | |
| 192 22 | MR. MYERS:  Objection to the form. | |
| 192 23 | A.  I don't recall that, no. | |

196:9 - 196:13   Ohlin 2013-04-24

196 9    (Ohlin Exhibit 510 was marked for
196 10    purposes of identification.)
196 11    BY MR. HILL:
196 12    Q.  Please take a look at this -- this
196 13    document, which has been marked as Exhibit No. 510.

196:19 - 196:22   Ohlin 2013-04-24

196 19    Q.  Do you -- what is this document?
196 20    A.  It's an e-mail from me to Eric Fallon.
196 21    Q.  And why did you send that e-mail to
196 22    Mr. Fallon?

196:24 - 197:18   Ohlin 2013-04-24

196 24    A.  Keep him up to date on what was going on,
196 25     as far as the NRR was concerned.
197 1    BY MR. HILL:
197 2    Q.  You see that it says, "You may have
197 3    noticed that the NRR for closed position is 2 dB
197 4    less than the previous version."
197 5    What does that mean?
197 6    A.  It was 2 dB less.
197 7    Q.  For which product?
197 8    A.  When it went from version -- when they
197 9    went to the single side to the sized plug.
197 10    Q.  Is that Version 3 to 4?
197 11    A.  I think it's going from 2 to 3, I think.
197 12    Q.  But you saying we're going from the
197 13    two-ended version to the one-ended size plug?
197 14    A.  Correct.
197 15    Q.  And you say, "I'm told it was directly

| | |
|---|---|
| 197 16 | related to the protocol that Aearo uses for the sized |
| 197 17 | versions of an earplug." |
| 197 18 | What does that mean? |
| 197:20 - 197:25 | Ohlin 2013-04-24 |
| 197 20 | A.   I think I was trying to provide an |
| 197 21 | explanation of why it was 2 dB less than the previous |
| 197 22 | version. |
| 197 23 | BY MR. HILL: |
| 197 24 | Q.   Why did you feel -- why did you provide |
| 197 25 | that explanation? |
| 198:3 - 198:13 | Ohlin 2013-04-24 |
| 198 3 | A.   It looked like it deserved an -- an |
| 198 4 | explanation when the NRR came -- came in less.  I was |
| 198 5 | -- frankly, I was expecting the NRR to go up with a |
| 198 6 | sized device, and I was a little bit surprised that it |
| 198 7 | went down. |
| 198 8 | BY MR. HILL: |
| 198 9 | Q.   Now, you say, "They let the subject |
| 198 10 | choose the most comfortable size for them."  And then |
| 198 11 | colon, "The NRR for the closed version stayed the |
| 198 12 | same." |
| 198 13 | A.   Uh-huh. |
| 223:2 - 223:4 | Ohlin 2013-04-24 |
| 223 2 | Q.   We're handing you -- I'm handing you |
| 223 3 | Document No. Exhibit 517.  Please take a moment to |
| 223 4 | look at this document. |
| 223:9 - 223:9 | Ohlin 2013-04-24 |
| 223 9 | Q.   And what is this document? |
| 223:12 - 223:13 | Ohlin 2013-04-24 |
| 223 12 | A.   They are a series of e-mails pertaining |
| 223 13 | to the New Dynamics contract protest. |
| 223:22 - 224:4 | Ohlin 2013-04-24 |
| 223 22 | Q.   Now, you were a recipient of this |
| 223 23 | document -- |
| 223 24 | A.   Yes. |
| 223 25 | Q.   -- is that correct? |
| 224 1 | A.   Yes. |
| 224 2 | Q.   Do you see where it says on page |
| 224 3 | 3M00030023 -- |

| | | |
|---|---|---|
| 224 4        A.   Uh-huh. | | |
| 224:5 - 224:10   Ohlin 2013-04-24 | | |
| 224 5        Q.   -- "Doug, please put a few sentences | | |
| 224 6        together at your earliest convenience and send it to | | |
| 224 7        me"?  And above that, it says, "A statement re human | | |
| 224 8        test protocol should be drafted by Doug Ohlin and | | |
| 224 9        approved by Elliott Berger." | | |
| 224 10       What does that refer to? | | |
| 224:13 - 225:6   Ohlin 2013-04-24 | | |
| 224 13       A.   I don't know what they were referring to | | |
| 224 14       'cause we never did develop any test protocol.  I | | |
| 224 15       think what they were asking for, and what I later | | |
| 224 16       provided, was just what human testing was done with | | |
| 224 17       the plug, but we never developed a test protocol. | | |
| 224 18       BY MR. HILL: | | |
| 224 19       Q.   Are you -- does this refer to the human | | |
| 224 20       testing that you said was discontinued in 1993? | | |
| 224 21       A.   Correct. | | |
| 224 22       Q.   Did you draft such a statement? | | |
| 224 23       A.   Yes. | | |
| 224 24       Q.   And what did the statement say? | | |
| 224 25       A.   The statement went into the testing and | | |
| 225 1        results that were done out at White Sands and also | | |
| 225 2        referred to the localization testing that the Air | | |
| 225 3        Force did with the Combat Arms Earplug. | | |
| 225 4        Q.   And what was the purpose of your writing | | |
| 225 5        that statement? | | |
| 225 6        A.   They asked me to. | | |
| 225:7 - 225:16   Ohlin 2013-04-24 | Re: [225:7-225:16] | SUSTAINED |
| 225 7        Q.   And what did they do with that statement? | Def Obj Foundation (602) | |
| 225 8        A.   I think they -- | | |
| 225 9        MR. MYERS:  Objection, vague. | | |
| 225 10       A.   It was used as part of their protest. | | |
| 225 11       BY MR. HILL: | | |
| 225 12       Q.   And what was the purpose of that protest? | | |
| 225 13       MR. MYERS:  Objection, lack of | | |
| 225 14       foundation. | | |
| 225 15       A.   I think they were trying to contest the | | |
| 225 16       contract that had just been awarded to Moldex. | | |

226:3 - 226:12    Ohlin 2013-04-24

226 3        (Ohlin Exhibit 518 was marked for
226 4        purposes of identification.)
226 5        BY MR. HILL:
226 6        Q.   Dr. Ohlin, in front of you now is
226 7        Document No. Exhibit 518.  Do you recognize this
226 8        document?
226 9        A.   Yes.
226 10       Q.   What is it?
226 11       A.   It was me giving Doug Moses an update as
226 12       to the phone call I got from Colonel Grantham.

226:13 - 227:8    Ohlin 2013-04-24

226 13       Q.   And what kinds of -- why were you
226 14       communicating with Colonel Grantham?
226 15       A.   She had contacted me for a little history
226 16       that I might be able to help her with.
226 17       Q.   On what history?
226 18       A.   On how the plug got into the system, why
226 19       it was unique, why the Army limits the list of
226 20       approved hearing protectors, and some key references
226 21       to use for the justification for the adoption of the
226 22       -- adoption of the plug.
226 23       Q.   And which plug are we talking about?
226 24       A.   The Combat Arms Earplug.
226 25       Q.   And it looks like one of the key
227 1        references to justify its use is Elliott's study on
227 2        the non-linear devices.  You see that in the second
227 3        paragraph?
227 4        A.   Yeah, he -- there was an article.  He --
227 5        he evaluated six -- five or six non-linear plugs that
227 6        were out there, and the Combat Arms Earplug
227 7        demonstrated the best non-linearity of the five or six
227 8        that he evaluated.

227:16 - 227:18    Ohlin 2013-04-24

227 16       Q.   The Dan Johnson overpressure study, did
227 17       that refer to that testing that ended in 1993?
227 18       A.   Correct.

228:11 - 228:20    Ohlin 2013-04-24

228 11       Q.   Do you see the next line that's -- this

| | | | |
|---|---|---|---|
| 228 12 | next paragraph, it says, "The Army's problem is that | | |
| 228 13 | there is no formal system for evaluating new hearing | | |
| 228 14 | protectors.  For years, I functioned as the gatekeeper | | |
| 228 15 | to keep the list manageable"? | | |
| 228 16 | A.  Uh-huh. | | |
| 228 17 | Q.  You see that?  What did you mean by that? | | |
| 228 18 | A.  So we could keep the records maintained, | | |
| 228 19 | inventories, be able to know which hearing protectors | | |
| 228 20 | we had to develop training aids for. | | |
| 232:7 - 232:18   Ohlin 2013-04-24 | | **Re: [232:7-232:18]** | **SUSTAINED** |
| 232 7 | Q.  Now, earlier you -- you said in another | **Def Obj** Vague; Argumentative (611, | |
| 232 8 | context when asking for information that competition | 403) | |
| 232 9 | is a good thing for hearing protectors? | | |
| 232 10 | A.  Yes. | | |
| 232 11 | Q.  Aren't you undercutting your own | | |
| 232 12 | rationale when you limit the list of approved | | |
| 232 13 | protectors? | | |
| 232 14 | MR. MYERS:  Objection, argumentative, | | |
| 232 15 | vague and ambiguous. | | |
| 232 16 | A.  You may be -- you may be, to a certain | | |
| 232 17 | extent, sacrificing one thing for another.  Quality | | |
| 232 18 | for -- for price.  There's always trade-offs. | | |
| 232:19 - 233:5   Ohlin 2013-04-24 | | **Re: [232:19-233:5]** | **SUSTAINED** |
| 232 19 | BY MR. HILL: | **Def Obj** Foundation (602); Vague (611, | |
| 232 20 | Q.  And who is making those trade-offs? | 403) | |
| 232 21 | MR. MYERS:  Objection, foundation. | | |
| 232 22 | BY MR. HILL: | | |
| 232 23 | Q.  Was it you as the gatekeeper? | | |
| 232 24 | MR. MYERS:  Objection, foundation, vague | | |
| 232 25 | and ambiguous. | | |
| 233 1 | A.  Again, I didn't get into price -- | | |
| 233 2 | pricing.  Although, we -- we were always trying to be | | |
| 233 3 | cost effective, but the first things we would always | | |
| 233 4 | look at was performance, and the bean counters would | | |
| 233 5 | have to worry about price more than us. | | |
| 233:6 - 233:10   Ohlin 2013-04-24 | | | |
| 233 6 | BY MR. HILL: | | |
| 233 7 | Q.  When you were providing recommendations | | |
| 233 8 | regarding hearing protection products, did you have | | |

| | | |
|---|---|---|
| 233 9    specific products in mind when you created those | | |
| 233 10    specifications? | | |
| 233:13 - 233:16   Ohlin 2013-04-24 | | |
| 233 13    A.   I didn't create specifications. | | |
| 233 14    BY MR. HILL: | | |
| 233 15    Q.   When you were providing input into those | | |
| 233 16    specifications. | | |
| 233:19 - 233:24   Ohlin 2013-04-24 | | |
| 233 19    A.   I was looking for products that were | | |
| 233 20    unique, that offered something that was not offered by | | |
| 233 21    what was currently in the system.  That was my | | |
| 233 22    criteria.  And, again, I only -- I only remember | | |
| 233 23    recommending, really, two earplugs:  the Combat Arms | | |
| 233 24    Earplug and the Elvex Quattro. | | |
| 239:15 - 239:22   Ohlin 2013-04-24 | | |
| 239 15    (Ohlin Exhibit 520 was marked for | | |
| 239 16    purposes of identification.) | | |
| 239 17    BY MR. HILL: | | |
| 239 18    Q.   All right.  I'm handing to you a document | | |
| 239 19    that's been marked as Exhibit No. 520.  Do you | | |
| 239 20    recognize this document? | | |
| 239 21    A.   Apparently, I wrote it, but I don't | | |
| 239 22    specifically remember.  What's -- what's the date on | | |
| 240:4 - 240:20   Ohlin 2013-04-24 | | |
| 240 4    Q.   What is this document? | | |
| 240 5    A.   This is a request for a national stock | | |
| 240 6    number. | | |
| 240 7    Q.   And that's for a non-linear earplug | | |
| 240 8    configured to the specifications of the enclosed | | |
| 240 9    production samples to be adapted -- be adopted for | | |
| 240 10    military use.  What -- what non-linear earplug samples | | |
| 240 11    were those? | | |
| 240 12    A.   This would be for the double-ended plug. | | |
| 240 13    Q.   The Combat Arms Earplug? | | |
| 240 14    A.   Yes. | | |
| 240 15    Q.   Does this reflect your -- does this | | |
| 240 16    refresh your recollection as to whether there was | | |
| 240 17    specifications relating to that plug? | | |
| 240 18    A.   This was a justification.  This wasn't | | |

| | | |
|---|---|---|
| 240 19    really specifications, per se.  The label here is<br>240 20    justification for non-linear earplug. | | |
| 240:21 - 241:8   Ohlin 2013-04-24<br>240 21    Q.   When you say -- "...recommended that a<br>240 22    non-linear earplug configured to the specifications of<br>240 23    the enclosed production."<br>240 24    So are you saying there the<br>240 25    specifications is -- is being used in a different<br>241 1    sense of the specification that we talked about<br>241 2    earlier today?<br>241 3    MR. MYERS:  Object -- objection, vague<br>241 4    and ambiguous, assumes facts not in evidence.<br>241 5    A.   Again, I -- I know of no specification<br>241 6    for the Combat Arms Earplug.  This was a just- --<br>241 7    justification for getting a national stock number for<br>241 8    it. | **Re: [240:21-241:8]**<br>**Def Obj** Vague; Misstates (611, 403);<br>Assumes facts not in evidence (611, 403) | **OVERRULED** |
| 242:10 - 242:18   Ohlin 2013-04-24<br>242 10    Q.   And do you see where the next -- next<br>242 11    sentence says, "A small filter is inserted into the<br>242 12    center stem of an earplug"?<br>242 13    A.   Uh-huh.<br>242 14    Q.   Is that the filter we talked about<br>242 15    earlier today as the French filter?<br>242 16    A.   Yes.<br>242 17    Q.   And is that the filter that you brought<br>242 18    to the attention of Dr. -- or of Mr. Elliott Berger? | | |
| 242:20 - 243:2   Ohlin 2013-04-24<br>242 20    A.   Yes.<br>242 21    BY MR. HILL:<br>242 22    Q.   And I see -- turn back to the first page<br>242 23    of this document.  It says, "If feasible, a bulk<br>242 24    purchase through the DLA could minimize cost."<br>242 25    A.   Uh-huh.<br>243 1    Q.   Do you usually recommend a bulk purchase<br>243 2    when you're recommending a new product? | | |
| 243:5 - 243:9   Ohlin 2013-04-24<br>243 5    A.   Again, we're always -- funding is always<br>243 6    an issue, and we're always trying to keep down the<br>243 7    price, and DLA, at this time -- I know that it's | | |

|  |  |
|---|---|
| 243 8 | changed -- they could bulk purchase things and people |
| 243 9 | could get 'em a lot cheaper. |
| 243:14 - 243:16 | Ohlin 2013-04-24 |
| 243 14 | Q.   Does the Army hearing group still have a |
| 243 15 | gatekeeper? |
| 243 16 | A.   No, they -- |
| 243:19 - 243:23 | Ohlin 2013-04-24 |
| 243 19 | A.   What they're trying to do is, they're |
| 243 20 | trying to develop a protocol based on objective data, |
| 243 21 | based on attenuation data, communication data, and |
| 243 22 | localization data to make their decisions on the basis |
| 243 23 | of data, per se. |
| 261:21 - 261:22 | Ohlin 2013-04-24 |
| 261 21 | Q.   What is your role for Aearo or 3M |
| 261 22 | regarding the Ability One program? |
| 261:25 - 262:3 | Ohlin 2013-04-24 |
| 261 25 | A.   I don't really have a role other than |
| 262 1 | what we do at the conferences, fitting those earplugs. |
| 262 2 | And I -- when called upon, I will provide them with |
| 262 3 | some technical information if they request it. |
| 262:5 - 262:12 | Ohlin 2013-04-24 |
| 262 5 | Q.   What technical information have you been |
| 262 6 | called upon to provide? |
| 262 7 | A.   The one that comes to mind is the |
| 262 8 | justification for the Combat Arms Earplug. |
| 262 9 | Q.   And when you say that, what do you mean? |
| 262 10 | A.   Why it's unique, why it's a superior |
| 262 11 | product. |
| 262 12 | Q.   Anything related to human testing? |
| 262:14 - 262:15 | Ohlin 2013-04-24 |
| 262 14 | A.   Yeah, I did -- I did provide them with a |
| 262 15 | -- a synopsis of that study, yes. |
| 272:10 - 272:13 | Ohlin 2013-04-24 |
| 272 10 | MR. HILL:  Let's mark these two and |
| 272 11 | then... |
| 272 12 | (Ohlin Exhibits 527 & 528 was marked for |
| 272 13 | purposes of identification.) |
| 272:15 - 273:6 | Ohlin 2013-04-24 |
| 272 15 | Q.   Please take a moment to look at these two |

| | | |
|---|---|---|
| 272 16 | documents, which are labeled as Exhibits 527 and 528. | |
| 272 17 | Do you recognize these documents? | |
| 272 18 | A.   Yeah, this is a wallet card that I think | |
| 272 19 | 3M came out with. | |
| 272 20 | Q.   Now -- and are you talking now about | |
| 272 21 | Exhibit No. 527? | |
| 272 22 | A.   I think so.  The Army also had a wallet | |
| 272 23 | card.  I don't remember what the difference between | |
| 272 24 | the two were.  Just a minute.  Okay. | |
| 272 25 | Q.   Do you see where it says, "Recommend the | |
| 273 1 | removal of the NRR information.  It means nothing to | |
| 273 2 | the individual soldier other than the potential to | |
| 273 3 | mislead them on the protective capabilities in the | |
| 273 4 | level dependent, open mode"? | |
| 273 5 | A.   Yeah. | |
| 273 6 | Q.   What do you mean by that? | |
| **273:8 - 273:16**   Ohlin 2013-04-24 | | |
| 273 8 | A.   The ANSI standard was never meant to | |
| 273 9 | evaluate non-linear devices, but by law, they have to | |
| 273 10 | do it anyway, and they have to include the NRR in the | |
| 273 11 | non-linear mode.  And when they see that, they might | |
| 273 12 | think that it's not providing adequate protection. | |
| 273 13 | They don't understand the principle of | |
| 273 14 | acoustic impedance and how that works with impulse | |
| 273 15 | noise and so forth.  Like I said before, impulse noise | |
| 273 16 | is a different animal. | |