# EXHIBIT 1

# Babeu, Lorraine

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Rulings |
|---|---|---|
| 8:3 - 8:9   Babeu, Lorraine | | |
| 8 3      Q.   Good morning, ma'am. | | |
| 8 4      Could you state your full name | | |
| 8 5      for the record, please? | | |
| 8 6      A.   Lorraine Angela Babeu. | | |
| 8 7      Q.   And I understand you're a | | |
| 8 8      retired lieutenant colonel? | | |
| 8 9      A.   Yep. | | |
| 17:15 - 20:21   Babeu, Lorraine | | |
| 17 15      Q.   Ma'am, if we could, before we | | |
| 17 16      got into, you know, if you will, the details | | |
| 17 17      of your involvement with the Combat Arms | | |
| 17 18      version 2, could you outline for us your | | |
| 17 19      service history before your retirement? | | |
| 17 20      A.   In terms of places that I was | | |
| 17 21      assigned? | | |
| 17 22      Q.   Well, I understand -- maybe it | | |
| 17 23      would be simpler if we started with your | | |
| 17 24      education. | | |
| 17 25      A.   Okay. | | |
| 18 1      Q.   So I understand you got a Ph.D. | | |
| 18 2      in 2000 or 2001 from UF? | | |
| 18 3      A.   2001, yeah, University of | | |
| 18 4      Florida. | | |
| 18 5      Q.   And how about undergrad, where | | |
| 18 6      did you go? | | |
| 18 7      A.   I started undergrad at Norfolk | | |
| 18 8      State University in Virginia. | | |
| 18 9      Q.   Uh-huh. | | |
| 18 10      A.   Then I did my master's at | | |
| 18 11      Florida State in Tallahassee, Florida, and | | |
| 18 12      from there I went on active duty. | | |
| 18 13      And some point in active duty I | | |
| 18 14      got the -- it's the Army version of a | | |
| 18 15      scholarship to go get your Ph.D., and I did | | |
| 18 16      that at University of Florida. | | |
| 18 17      Q.   And when did you go on active | | |
| 18 18      duty? | | |

18 19    A.   What year?  '88.
18 20    Q.   And did you perform functions
18 21    on bases as an audiologist or an audiology
18 22    technician?
18 23    A.   As an audiologist.
18 24    Q.   Okay.  And what years did you
18 25    do that, ma'am?
19 1    A.   Pretty much my entire career,
19 2    from '88 to 2011.
19 3    Q.   Okay.
19 4    A.   Oh, wait.  Yeah, my last
19 5    assignment I wasn't working in audiology, so
19 6    that would have been 2005 until 2011.
19 7    Q.   Okay.  And you were on active
19 8    duty at the same time when you were going to
19 9    Florida for your Ph.D.?
19 10    A.   Correct.
19 11    Q.   And when you were going to
19 12    Florida State for your master's?
19 13    A.   No, I was not active duty.  I
19 14    was in the Reserves, actually.
19 15    Q.   Okay.  You got your master's
19 16    before --
19 17    A.   Right.  Yeah.
19 18    Q.   -- you went on active duty?
19 19    And at what bases were you
19 20    serving on?
19 21    A.   I started at Fort Devens, then
19 22    I went to Fort Knox, then I went to Fort Sam,
19 23    Fort Sam, Houston, for a course.
19 24    Where did I go after that?  No,
19 25    wait, sorry.  It was -- I started at Fort
20 1    Devens, went to Fort Sam for a course, then
20 2    went to Fort Knox.  And after Fort Knox, I
20 3    went to Fort Hood in Texas, and then from
20 4    Fort Hood I went to the University of
20 5    Florida.
20 6    From there I went to Aberdeen
20 7    Proving Ground, and after Aberdeen I went to

| | |
|---|---|
| 20 8 | Northern Virginia Tricare, and I retired from |
| 20 9 | there. |
| 20 10 | Q.   Okay.  As I understand it, |
| 20 11 | based on your testimony, you retired in about |
| 20 12 | 2011? |
| 20 13 | A.   Yeah. |
| 20 14 | Q.   Okay.  And if we could just |
| 20 15 | kind of get a sense of your window of time |
| 20 16 | when you were at Aberdeen Proving Ground. |
| 20 17 | When was that? |
| 20 18 | A.   '01 to '05. |
| 20 19 | Q.   And what group -- you were in |
| 20 20 | the Army Research Lab there? |
| 20 21 | A.   Correct. |

25:13 - 25:20   Babeu, Lorraine

| | |
|---|---|
| 25 13 | Q.   It looks like you moved into -- |
| 25 14 | you returned to a clinical practice at that |
| 25 15 | point? |
| 25 16 | A.   Correct. |
| 25 17 | Q.   And where do you move to, like, |
| 25 18 | geographically?  Where are you located at |
| 25 19 | that point? |
| 25 20 | A.   I moved to Tampa. |

26:5 - 26:14   Babeu, Lorraine

| | |
|---|---|
| 26 5 | Q.   Okay.  Have you been an |
| 26 6 | audiologist at the James A. Haley Veterans |
| 26 7 | Hospital since 2012 or so? |
| 26 8 | A.   Correct. |
| 26 9 | Q.   Okay.  And that's a clinical |
| 26 10 | practice where you're caring for vets? |
| 26 11 | A.   Correct. |
| 26 12 | Q.   That includes conducting |
| 26 13 | audiology exams? |
| 26 14 | A.   Correct. |

29:13 - 29:22   Babeu, Lorraine

| | |
|---|---|
| 29 13 | Q.   The point in time when you're |
| 29 14 | actually doing some research related to |
| 29 15 | hearing protection devices was in this Army |
| 29 16 | Research Lab period of time? |

| | | |
|---|---|---|
| 29 17 | A.   Correct, uh-huh. | |
| 29 18 | Q.   Okay.  When you were on the | |
| 29 19 | bases, did you have some role and involvement | |
| 29 20 | on the hearing conservation programs on those | |
| 29 21 | bases? | |
| 29 22 | A.   Correct. | |

48:15 - 49:4   Babeu, Lorraine

| 48 15 | Passing you, ma'am, P2017, I |
| 48 16 | just want to make sure we have our |
| 48 17 | terminology down. |
| 48 18 | A.   Uh-huh. |
| 48 19 | Q.   I'd like to direct your |
| 48 20 | attention to .38, and -- oh, I'm sorry, I |
| 48 21 | took you to the wrong page, ma'am.  It's .37. |
| 48 22 | I want to make sure we have the terminology |
| 48 23 | down. |
| 48 24 | Real-ear attenuation at |
| 48 25 | threshold testing is testing that's often |
| 49 1 | done on hearing protectors in connection with |
| 49 2 | their testing and approval by manufacturers, |
| 49 3 | fair? |
| 49 4 | A.   Yeah. |

49:8 - 50:1   Babeu, Lorraine

| 49 8 | Q.   Sitting here today, you don't |
| 49 9 | have a recollection of being involved in any |
| 49 10 | tests, REAT tests, on the Combat Arms |
| 49 11 | version 2? |
| 49 12 | A.   No. |
| 49 13 | Q.   Okay.  And did you have an |
| 49 14 | opportunity before you came in today to look |
| 49 15 | at the tests that you were involved in? |
| 49 16 | A.   Yeah. |
| 49 17 | Q.   Okay.  And -- |
| 49 18 | A.   Some of it.  I didn't go |
| 49 19 | through all that stuff. |
| 49 20 | Q.   Okay. |
| 49 21 | A.   Okay. |
| 49 22 | Q.   So just so I understand your |
| 49 23 | answer, did you have a chance to look, at |

| | | |
|---|---|---|
| 49 24     least on a preliminary basis, at your<br>49 25     studies?<br>50 1     A.   Correct, yeah, I did. | | |
| 51:5 - 51:9   Babeu, Lorraine<br>51 5     So this is a chapter from a<br>51 6     textbook on the noise manual.  It's called --<br>51 7     the chapter is Hearing Protection Devices by<br>51 8     a Mr. Elliott Berger.<br>51 9     A.   Uh-huh. | | |
| 51:10 - 51:20   Babeu, Lorraine<br>51 10     Q.   And on .37 it says real --<br>51 11     rear -- excuse me.  It reads, "Real-ear<br>51 12     attenuation at threshold."<br>51 13     A.   Correct.<br>51 14     Q.   It says, "The most common and<br>51 15     also one of the most accurate HPD attenuation<br>51 16     tests is the measurement of real-ear<br>51 17     attenuation at threshold, abbreviated REAT."<br>51 18     Did I read that correctly,<br>51 19     ma'am?<br>51 20     A.   Correct, yeah. | **Re: [51:10-51:20]**<br>**Def Obj** Hearsay (801, 802) | **OVERRULED** |
| 52:12 - 52:17   Babeu, Lorraine<br>52 12     Q.   Okay.  Continues, "REAT data<br>52 13     are normally viewed as the gold standard to<br>52 14     which other types of measurements of<br>52 15     attenuation are compared."<br>52 16     Did I read that correctly?<br>52 17     A.   Yes. | **Re: [52:12-52:17]**<br>**Def Obj** Hearsay (801, 802) | **OVERRULED** |
| 64:4 - 64:7   Babeu, Lorraine<br>64 4     Q.   Okay.  With regard to hearing<br>64 5     protection devices, have you ever done REAT<br>64 6     testing?<br>64 7     A.   I don't think so. | | |
| 66:5 - 67:14   Babeu, Lorraine<br>66 5     Passing you, ma'am, P1521, it's<br>66 6     a memorandum for, it says, "43EX/4B0X/and<br>66 7     civilian personnel from HQ, US Air Force,<br>66 8     SG3PB."<br>66 9     This is from July 19 of '30 | **Re: [66:5-67:14]**<br>**Def Obj** Hearsay (801, 802); Relevance<br>(401, 402); Prejudice (403); Foundation<br>(602) | **OVERRULED** |

| | | |
|---|---|---|
| 66 10    {sic}, Department of the Air Force | | |
| 66 11    headquarters, United States Air Force, | | |
| 66 12    Washington, DC. | | |
| 66 13    Do you see that, ma'am? | | |
| 66 14    A.    Uh-huh. | | |
| 66 15    Q.    Okay.  The subject line is | | |
| 66 16    "Removal of 3M dual-ended Combat Arms Earplug | | |
| 66 17    from inventory," a national identification | | |
| 66 18    number, and then it gives a number. | | |
| 66 19    And it reads in the first | | |
| 66 20    paragraph, "Please verify with all shops on | | |
| 66 21    the hearing conservation program and all | | |
| 66 22    shops that use hearing protection that any 3M | | |
| 66 23    dual-ended earplugs are not being used for | | |
| 66 24    hearing protection purposes.  These earplugs | | |
| 66 25    were found to be defective."  And then it | | |
| 67 1    continues. | | |
| 67 2    Do you see that? | | |
| 67 3    A.    Yes. | | |
| 67 4    Q.    It says, "The Air Force stopped | | |
| 67 5    purchasing these items from 3M in 2016; | | |
| 67 6    however, inventory may remain." | | |
| 67 7    Did I read that correctly? | | |
| 67 8    A.    Yes. | | |
| 67 9    Q.    Okay.  In your capacity at the | | |
| 67 10    VA, do you receive notices like this? | | |
| 67 11    A.    (Witness shakes head.) | | |
| 67 12    Q.    Okay.  Were you aware of this | | |
| 67 13    before today? | | |
| 67 14    A.    No. | | |
| 69:5 - 69:10    Babeu, Lorraine | **Re: [69:5-69:10]** | **OVERRULED** |
| 69 5    At any point in time did | **Def Obj** Argumentative, No-Response | |
| 69 6    anybody from Aearo share with you, when you | (611, 403); Foundation (602) | |
| 69 7    were doing research on this product or even | | |
| 69 8    after, that the NRR for this product did not | | |
| 69 9    accurately reflect the attenuation that was | | |
| 69 10    provided for? | | |
| 69:12 - 69:22    Babeu, Lorraine | | |
| 69 12    THE WITNESS:  Say again? | | |

69 13    QUESTIONS BY MR. BUCHANAN:
69 14    Q.   Did anybody from Aearo ever
69 15    tell you --
69 16    A.   No, huh-uh.
69 17    Q.   -- or advise you --
69 18    A.   No.  No.
69 19    Q.   -- of a concern with the NRR
69 20    that they were stating for their Combat Arms
69 21    product?
69 22    A.   No, not that I remember, no.

69:23 - 70:3   Babeu, Lorraine
69 23    Q.   Did anyone from Aearo ever tell
69 24    you that there was a concern with whether
69 25    their testing had been done properly or in
70 1     accordance with the standards?
70 2     A.   No, no one ever said that to
70 3     me.

77:12 - 77:25   Babeu, Lorraine
77 12    Q.   Lieutenant Colonel Babeu, I'd
77 13    like to now talk to you about your -- the
77 14    studies that I understand you were involved
77 15    in.
77 16    A.   Uh-huh.
77 17    Q.   Just to reorient ourselves,
77 18    we're in that window of time after you got
77 19    your Ph.D. and then you joined the Army
77 20    Research Labs.
77 21    Was that 2002 to 2005?  Is that
77 22    the window of time in your mind?
77 23    A.   No, it was '01 to '05.
77 24    Q.   '01 to '05?
77 25    A.   Uh-huh.

78:2 - 78:23   Babeu, Lorraine
78 2     Passing you, ma'am, P1553.  And
78 3     P1553 looks like it's two documents that are
78 4     kind of put together, but it's a sound
78 5     localization wearing level-dependent HPD,
78 6     Combat Arms Earplugs, a Lieutenant Colonel
78 7     Lorraine Babeu --

| | | |
|---|---|---|
| 78 8 | A.    Uh-huh. | |
| 78 9 | Q.    -- Babeu, excuse me -- | |
| 78 10 | A.    Babeu. | |
| 78 11 | Q.    -- Ph.D. and others. | |
| 78 12 | Do you see that? | |
| 78 13 | A.    Correct. | |
| 78 14 | Q.    Oh, and there's a -- there's a | |
| 78 15 | note at the bottom that says, "NHCA Spectrum, | |
| 78 16 | volume 21, supplement 1, 2004," and it looks | |
| 78 17 | like it's got a page number. | |
| 78 18 | Do you see that? | |
| 78 19 | A.    Uh-huh. | |
| 78 20 | Q.    Okay.  And would the first page | |
| 78 21 | be fairly characterized as an abstract? | |
| 78 22 | Study abstract? | |
| 78 23 | A.    Yes. | |

**79:21 - 79:25   Babeu, Lorraine**

| | | |
|---|---|---|
| 79 21 | Q.    And did you give a presentation | |
| 79 22 | on one of your studies, ma'am -- | |
| 79 23 | A.    Yeah. | |
| 79 24 | Q.    -- at the NHCA? | |
| 79 25 | A.    Sure.  Sure did. | |

**81:4 - 82:23   Babeu, Lorraine**

| | | |
|---|---|---|
| 81 4 | So this -- the period of time | |
| 81 5 | when you would have been, you know, doing | |
| 81 6 | studies or presenting on them at conferences | |
| 81 7 | like that would have been in this time when | |
| 81 8 | you were at the Army Research Labs in the | |
| 81 9 | early 2000s? | |
| 81 10 | A.    Uh-huh. | |
| 81 11 | Q.    Okay.  So the abstract here | |
| 81 12 | says in the middle, "The US Army recently | |
| 81 13 | approved the use of the Combat Arms Earplug, | |
| 81 14 | which is an expanded French version of the | |
| 81 15 | level-dependent earplug developed at the | |
| 81 16 | French-German Institute." | |
| 81 17 | Do you see that? | |
| 81 18 | A.    Correct, uh-huh. | |
| 81 19 | Q.    And then there's a short | |

| | |
|---|---|
| 81 20 | summary in the next paragraph. |
| 81 21 | Well, actually, let's just |
| 81 22 | orient ourselves in the study, if you haven't |
| 81 23 | had a chance to refresh on them. |
| 81 24 | It says, "The purpose of this |
| 81 25 | project was to determine the effects of |
| 82 1 | CAE" -- |
| 82 2 | Is that Combat Arms Earplug? |
| 82 3 | A.    Correct, uh-huh. |
| 82 4 | Q.    Okay. |
| 82 5 | -- "on the soldier's ability to |
| 82 6 | localize sound sources in various listening |
| 82 7 | conditions.  The participants were seated in |
| 82 8 | the center of an array of 37 loud speakers |
| 82 9 | distributed over three circular rings." |
| 82 10 | A.    Right. |
| 82 11 | Q.    Okay.  You remember that test |
| 82 12 | environment? |
| 82 13 | A.    I remember the test |
| 82 14 | environment, okay? |
| 82 15 | Q.    I'm sorry, you say you do |
| 82 16 | remember the test environment? |
| 82 17 | A.    I remember the test |
| 82 18 | environment, but, again, when I saw this, I |
| 82 19 | was like, oh, I did that.  Okay?  So I just |
| 82 20 | want you to know. |
| 82 21 | But I remember because of the |
| 82 22 | hostile environment, so-so-so, whatever they |
| 82 23 | called it, yeah. |
| **83:1 - 84:16** | **Babeu, Lorraine** |
| 83 1 | Q.    And then there's a short |
| 83 2 | summary on the first page.  It says, "Three |
| 83 3 | groups of 12 listeners each were used as |
| 83 4 | participants." |
| 83 5 | It says, "Group 1 used the |
| 83 6 | yellow side of the Combat Arms Earplug, |
| 83 7 | Group 2 used the green side, and Group 3 used |
| 83 8 | the E-A-R foam plug." |
| 83 9 | Do you see that? |

83 10      A.    Uh-huh.
83 11      Q.    And then it talks about within
83 12      each group there were four listening
83 13      conditions and quiet noise and protected and
83 14      unprotected, right?
83 15      A.    Yeah.
83 16      Q.    Okay.  And then is the purpose
83 17      of this study, if I understand it, I mean,
83 18      there's a person sitting -- let me just see
83 19      if I can set it up, and maybe you can
83 20      elaborate for us.
83 21      A person is sitting in a
83 22      chair --
83 23      A.    Uh-huh.
83 24      Q.    -- and there's speakers kind of
83 25      arranged around them --
84 1      A.    Correct.
84 2      Q.    -- and pointing at them.
84 3      A.    Uh-huh.
84 4      Q.    And sounds are played at that
84 5      person from different speakers --
84 6      A.    Correct.
84 7      Q.    -- and the person is to
84 8      identify where they think the sound came
84 9      from?
84 10      A.    Right.
84 11      Q.    And so what you were doing was
84 12      you were measuring the success rate of people
84 13      figuring out where the sound came from with
84 14      open ears or with closed ears, with different
84 15      hearing protection devices, fair?
84 16      A.    Right, uh-huh.

84:25 - 85:4   Babeu, Lorraine
84 25      You see before you now P1510.
85 1      If you go to .2, there's a cover page that
85 2      says, "Sound localization with the Combat
85 3      Arms Earplug."
85 4      A.    Correct.

86:16 - 86:22   Babeu, Lorraine

| | |
|---|---|
| 86 16 | Q.    Okay.  And so on the next page |
| 86 17 | it says, "The purpose of your research here |
| 86 18 | was to assess the effect of level-dependent |
| 86 19 | hearing protection on the user's ability to |
| 86 20 | localize sounds in quiet noise." |
| 86 21 | Right? |
| 86 22 | A.    Right. |

88:3 - 88:14    Babeu, Lorraine

| | |
|---|---|
| 88 3 | Q.    Okay.  If you go to the next |
| 88 4 | page, we see that the Combat Arms was not |
| 88 5 | alone in this study.  There was a -- there |
| 88 6 | were so-called foamies or E-A-R foam? |
| 88 7 | A.    Right. |
| 88 8 | Q.    Okay.  Those are the bottom, |
| 88 9 | right? |
| 88 10 | A.    Correct. |
| 88 11 | Q.    And then there was the |
| 88 12 | single-side French. |
| 88 13 | Do you see that? |
| 88 14 | A.    Yes. |

91:25 - 92:10    Babeu, Lorraine

| | |
|---|---|
| 91 25 | Q.    Okay.  If we go to .12, there's |
| 92 1 | a section on earplug fitting. |
| 92 2 | Do you see that? |
| 92 3 | A.    Uh-huh. |
| 92 4 | Q.    And it says, "Prior to earplug |
| 92 5 | use/treatment, proper earplug insertion was |
| 92 6 | demonstrated."  And then, "Unless grossly |
| 92 7 | wrong, the experimenter did not tamper with |
| 92 8 | the fit of the earplug." |
| 92 9 | Right? |
| 92 10 | A.    Right. |

93:4 - 93:6    Babeu, Lorraine

| | |
|---|---|
| 93 4 | And so were you an experimenter |
| 93 5 | on this study, ma'am? |
| 93 6 | A.    Yes. |

102:3 - 102:10    Babeu, Lorraine

| | |
|---|---|
| 102 3 | Q.    Okay.  So the experimenter, I |
| 102 4 | guess in this case you, could pick the sound |

| | |
|---|---|
| 102 5 | that you were going to use, and the person |
| 102 6 | was sitting in the chair, whether it was 12 |
| 102 7 | or 36, open or closed, and you would evaluate |
| 102 8 | the extent to which they were able to |
| 102 9 | properly localize the sound, right? |
| 102 10 | A.   Right.  Uh-huh. |

102:13 - 103:22   Babeu, Lorraine

| | |
|---|---|
| 102 13 | You graphed out your results |
| 102 14 | and the average errors for each of the angles |
| 102 15 | that people were presented, right? |
| 102 16 | A.   Right. |
| 102 17 | Q.   Okay.  And so across the bottom |
| 102 18 | we have the presentation angles.  Going up |
| 102 19 | and down, it's the degrees of error from -- |
| 102 20 | versus the presentation angle, right? |
| 102 21 | A.   Right. |
| 102 22 | Q.   Okay.  And it goes from zero to |
| 102 23 | 180 going up and zero to 180 across, right? |
| 102 24 | A.   Yes. |
| 102 25 | Q.   Thank you. |
| 103 1 | And so the legend on the bottom |
| 103 2 | says, "No earplug, single side, CAE Y." |
| 103 3 | Is that the Combat Arms, the |
| 103 4 | yellow end? |
| 103 5 | A.   Yes. |
| 103 6 | Q.   And CAE G, that would be the |
| 103 7 | green end? |
| 103 8 | A.   Correct. |
| 103 9 | Q.   And then the E-A-R Classic |
| 103 10 | foam, it looks like, is black.  That would be |
| 103 11 | that spongy one that -- |
| 103 12 | A.   Yes. |
| 103 13 | Q.   Okay. |
| 103 14 | -- people sometimes called |
| 103 15 | foamies? |
| 103 16 | A.   Yes. |
| 103 17 | Q.   Okay. |
| 103 18 | A.   Sure do. |
| 103 19 | Q.   And you graphed them with |

| | | |
|---|---|---|
| 103 20   colors that actually make us easy to follow | | |
| 103 21   this, yellow ends versus green ends, right? | | |
| 103 22   A.   Right. | | |

106:4 - 106:10   Babeu, Lorraine

| | | |
|---|---|---|
| 106 4   Q.   So you're evaluating it in a | | |
| 106 5   quiet environment and then you actually | | |
| 106 6   turned up the background noise a little and | | |
| 106 7   saw were there changes, right? | | |
| 106 8   A.   Uh-huh. | | |
| 106 9   Q.   Is that right? | | |
| 106 10   A.   Yes. | | |

108:16 - 108:25   Babeu, Lorraine

| | | |
|---|---|---|
| 108 16   Q.   Okay.  And then at .19, you | | |
| 108 17   summarized and said, "Overall, the | | |
| 108 18   level-dependent earplugs performed better | | |
| 108 19   than the standard earplug." | | |
| 108 20   Right? | | |
| 108 21   A.   Right. | | |
| 108 22   Q.   And you said with background | | |
| 108 23   noise, overall performance better with all | | |
| 108 24   earplugs, right? | | |
| 108 25   A.   Right. | | |

109:6 - 109:14   Babeu, Lorraine

| | | |
|---|---|---|
| 109 6   Q.   Okay.  Let's see, 1560.  I'm | | |
| 109 7   passing you, ma'am, a copy of P1560. | | |
| 109 8   Oh, I should -- you know, | | |
| 109 9   before we start talking about a new study, | | |
| 109 10   the last study that we looked at, that | | |
| 109 11   localization study, apart from the | | |
| 109 12   presentation at NHCA, did you publish that in | | |
| 109 13   a journal? | | |
| 109 14   A.   No. | | |

110:17 - 111:7   Babeu, Lorraine

| | | |
|---|---|---|
| 110 17   Q.   Okay.  Getting to P1560, ma'am, | | |
| 110 18   this is a document that was produced to us by | | |
| 110 19   the defendants in this case.  Just give it a | | |
| 110 20   quick review, ma'am, and satisfy yourself | | |
| 110 21   that this is a study that you were actually | | |
| 110 22   involved in, if you could. | | |

110 23    A.   Yeah.
110 24    Q.   You've read enough to satisfy
110 25    yourself, ma'am?
111 1     A.   Yeah.  Yeah, I remember this
111 2     one.
111 3     Q.   Okay.  And I used a phrase,
111 4     DPOE.
111 5     Is that distortion product
111 6     otoacoustic emissions?
111 7     A.   Correct.

112:15 - 112:20   Babeu, Lorraine
112 15    Q.   And so you conducted a study
112 16    looking at distortion product otoacoustic
112 17    emissions following -- or with use of
112 18    different hearing protection devices before
112 19    and after being on the range, fair?
112 20    A.   Right.

113:10 - 113:20   Babeu, Lorraine
113 10    Q.   And it says at the bottom here,
113 11    "Octave band attenuation of the hearing
113 12    protectors used in the studies -- study
113 13    values provided by manufacturer, Aearo
113 14    Company, Inc."
113 15    Do you see that?
113 16    A.   Yes.
113 17    Q.   Okay.  Is that consistent with
113 18    your memory, ma'am?  You reached out to the
113 19    company for information on attenuation data?
113 20    A.   Right, uh-huh.

115:13 - 116:10   Babeu, Lorraine
115 13    Q.   You had, what was it, about
115 14    nine subjects, I think, that you tested in
115 15    this one?
115 16    A.   Yeah, something like that --
115 17    Q.   Okay.
115 18    A.   -- I think it said.
115 19    Q.   And then --
115 20    A.   Yeah, nine.
115 21    Q.   -- you would test -- you would

115 22        test before firing and then after firing?
115 23        A.    Right.
115 24        Q.    But you tested in consecutive
115 25        days, right?
116 1         A.    Right.
116 2         Q.    Okay.  So a person might be --
116 3         you might test somebody with the green end
116 4         day one, two, three, then test the yellow end
116 5         day four, five, six, then test another
116 6         headset that's in those graphs.  I think the
116 7         Peltor ComTac was one?
116 8         A.    Yeah.  For that, I would really
116 9         have to dig into exactly how I did it,
116 10        because that kind of stuff matters.

116:15 - 116:22   Babeu, Lorraine
116 15        Q.    Yeah.  As I understand it,
116 16        ma'am, there were three hearing protectors
116 17        that were being studied?
116 18        A.    Right.
116 19        Q.    There was an open end, there
116 20        was a closed end, and then you also studied
116 21        the ComTac.
116 22        A.    Yeah.

116:23 - 116:24   Babeu, Lorraine
116 23        Q.    Right?
116 24        A.    Peltor, uh-huh.

120:21 - 121:6   Babeu, Lorraine
120 21        Q.    Okay.  If we could go to just
120 22        the discussion, and then maybe we can further
120 23        elaborate on this.
120 24        A.    Okay.
120 25        Q.    It says on .10 -- I think it's
121 1         the middle of the first paragraph.  It says,
121 2         "As expected and consistent with the
121 3         literature, in most instances the DPOE
121 4         amplitude values were higher before firing
121 5         and lower after firing."
121 6         A.    Right.

121:9 - 121:11   Babeu, Lorraine

| | | |
|---|---|---|
| 121 9      Q.    And DPOE, that's distortion<br>121 10       product otoacoustic emissions, right?<br>121 11       A.   Right. | | |
| 121:12 - 121:14   Babeu, Lorraine<br>121 12       MR. FIELDS:  It's DPOAE.<br>121 13       MR. BUCHANAN:  Thank you for<br>121 14       the clarification. | **Re: [121:12-121:14]**<br>**Pltf Obj** don't need statement of counsel | **COUNTER WITHDRAWN, 3/11/2021** |
| 122:7 - 122:10   Babeu, Lorraine<br>122 7       Q.   Okay.  DPOEs are measuring, you<br>122 8       know, hair cell function in the inner ear; is<br>122 9       that fair?<br>122 10       A.   Yeah, okay. | | |
| 124:8 - 126:6   Babeu, Lorraine<br>124 8       Q.    "The amplitude values for the<br>124 9       level-dependent Combat Arms Earplug and<br>124 10       ComTac noise muffs for DPOAE frequencies 500<br>124 11       to 2000 hertz were stronger, higher, before<br>124 12       weapons fire and lower after weapons fire."<br>124 13       Let's pause.  Okay?<br>124 14       That's an indication to you of<br>124 15       what?<br>124 16       A.   At some point what you would<br>124 17       normally -- what would normally be inferred<br>124 18       from that is that there was some evidence of<br>124 19       decreased ability by the ear.<br>124 20       Q.   Okay.  And then you continue in<br>124 21       the sentence.  It says, "This could be an<br>124 22       indication that although hearing protection<br>124 23       was in place, the outer hair cells were<br>124 24       affected in some way by the exposure to the<br>124 25       impulse noise."<br>125 1       Did I read that correctly?<br>125 2       A.   Right.<br>125 3       Q.   And then you have a summary at<br>125 4       the bottom.<br>125 5       Do you see that?<br>125 6       Oh, I should read that last<br>125 7       sentence.  I'm sorry.<br>125 8       "At this juncture" -- you | | |

Babeu, Lorraine                                                                                                                                                    17

| | | |
|---|---|---|
| 125 9    continued in the discussion.  "At this | | |
| 125 10    juncture, this is speculation.  It is not | | |
| 125 11    clear what the pattern is indicative of, but | | |
| 125 12    it is certainly was worth noting." | | |
| 125 13    Right? | | |
| 125 14    A.    Uh-huh. | | |
| 125 15    Q.    Correct? | | |
| 125 16    A.    Yes. | | |
| 125 17    Q.    Okay.  And then the summary, | | |
| 125 18    you said, "The question of whether frequency | | |
| 125 19    response which provides less attenuation in | | |
| 125 20    the low frequencies affects the amplitude | | |
| 125 21    values of the DPOAE during small arms weapons | | |
| 125 22    fire, according to these results, were not | | |
| 125 23    statistically significant." | | |
| 125 24    Do you see that? | | |
| 125 25    A.    Yes. | | |
| 126 1    Q.    "However, there was a trend | | |
| 126 2    that appears to indicate that there is an | | |
| 126 3    effect of the level-dependent hearing | | |
| 126 4    protection on DPOE amplitude.  This trend | | |
| 126 5    warrants continued study." | | |
| 126 6    A.    Correct. Uh-huh. | | |
| 126:7 - 126:12   Babeu, Lorraine | **Re: [126:7-126:12]** | **SUSTAINED** |
| 126 7    Q.    Okay.  And just to understand, | **Pltf Obj** beyond the scope of | |
| 126 8    after this point in time of the study you | clarification counter; also, irrelevant and | |
| 126 9    conducted, did you do a further study on | unnecessary | |
| 126 10    DPOAE amplitudes before and after firing? | | |
| 126 11    A.    No, not before and after | | |
| 126 12    firing. | | |
| 126:15 - 126:23   Babeu, Lorraine | **Re: [126:15-126:23]** | **SUSTAINED** |
| 126 15    Q.    Okay.  Now, this study has a | **Def Obj** Relevance (402, 402); Prejudice | |
| 126 16    number on the bottom right quarter.  It says, | (403) | |
| 126 17    "Confidential, subject to protective order." | | |
| 126 18    That says 3M_MDL. | | |
| 126 19    When those documents are | | |
| 126 20    stamped that way, that means they were | | |
| 126 21    produced to us by the defendants. | | |
| 126 22    Do you see that? | | |

| | | |
|---|---|---|
| 126 23     A.   Okay. Uh-huh. | | |
| 126:24 - 127:3   Babeu, Lorraine | **Re: [126:24-127:3]** | **OVERRULED** |
|    126 24     Q.   Do you recall sending your | **Def Obj** Speculation (602) | |
|    126 25     paper with those findings and discussions to | | |
|    127 1     Aearo for comment? | | |
|    127 2     A.   I don't recall, but I'm sure I | | |
|    127 3     would have. | | |
| 132:2 - 132:6   Babeu, Lorraine | | |
|    132 2     Q.   Okay. Then let's look at the | | |
|    132 3     exhibit I just passed you. So P1511, which I | | |
|    132 4     have now passed you -- can we have them | | |
|    132 5     side by side, please, Mike on the screen? | | |
|    132 6     When I say "them," P1560 and P1511. | | |
| 132:17 - 133:20   Babeu, Lorraine | | |
|    132 17     Q.   Okay. I think we have a | | |
|    132 18     stipulation from counsel that the initials | | |
|    132 19     EHB refer to Elliott Berger. | | |
|    132 20     Do you know Elliott Berger | | |
|    132 21     from -- do you know who Elliott Berger is? | | |
|    132 22     A.   Yes. | | |
|    132 23     Q.   Okay. He was with Aearo | | |
|    132 24     Corporation? | | |
|    132 25     A.   Yes. | | |
|    133 1     Q.   Okay. You interacted with him | | |
|    133 2     from time to time? | | |
|    133 3     A.   Yes, but Elliott was -- for us, | | |
|    133 4     he was outside of Aearo, okay, in the sense | | |
|    133 5     that he -- in the audiology community, he's | | |
|    133 6     written a lot of stuff, and so he would be | | |
|    133 7     somebody you would turn to for guidance. | | |
|    133 8     Q.   I see. Okay. | | |
|    133 9     And so there was some outreach | | |
|    133 10     to Elliott Berger, and we have his comments | | |
|    133 11     throughout this document. We need to scroll | | |
|    133 12     through them quickly. | | |
|    133 13     If we're looking on the left, | | |
|    133 14     1511.3.4 -- just scroll through them quickly, | | |
|    133 15     Mike, for the witness. .5 we see comments | | |
|    133 16     from them. .6 we see comments. .7 and so on | | |

Babeu, Lorraine

| | |
|---|---|
| 133 17 | throughout, and then we get to the |
| 133 18 | discussion. |
| 133 19 | Do you see that? |
| 133 20 | A.    Uh-huh. |

135:4 - 136:6   Babeu, Lorraine

| | |
|---|---|
| 135 4 | MAJOR EVANS:  So why did you |
| 135 5 | send this to Elliott Berger? |
| 135 6 | THE WITNESS:  Because the -- at |
| 135 7 | the lab, we had a review -- a |
| 135 8 | peer-review process:  somebody outside |
| 135 9 | the organization, somebody within the |
| 135 10 | team, within HRED, and then somebody |
| 135 11 | outside of HRED.  So within HRED but |
| 135 12 | outside of HRED -- I mean, I'm sorry, |
| 135 13 | outside of the hearing and vision |
| 135 14 | people. |
| 135 15 | So sometimes we'd ask the |
| 135 16 | vision people to read it just for |
| 135 17 | clarity and things of that nature, and |
| 135 18 | then we'd ask somebody else within |
| 135 19 | HRED, and then you had to go outside |
| 135 20 | of the -- of the ARL.  You had to go |
| 135 21 | outside of that. |
| 135 22 | And so when -- so Elliott being |
| 135 23 | the person that -- I mean, he's |
| 135 24 | written books on hearing conservation |
| 135 25 | and all this kind of stuff.  I still |
| 136 1 | have his manual that we -- you know, |
| 136 2 | if you refer to it. |
| 136 3 | So this was for me just part of |
| 136 4 | the review process, getting his input |
| 136 5 | and just trying to make the document |
| 136 6 | stronger. |

141:6 - 141:9   Babeu, Lorraine

| | |
|---|---|
| 141 6 | Q.    Okay.  And so you had this |
| 141 7 | interaction with Mr. Berger about your paper |
| 141 8 | in January of 2005, correct? |
| 141 9 | A.    Correct. |

153:12 - 154:20   Babeu, Lorraine

| | | |
|---|---|---|
| 153 12    Now, I'm going to pass you, | | |
| 153 13    ma'am, what we're marking as 1568, | | |
| 153 14    Plaintiff's Exhibit 1568. | | |
| 153 15    A.    Okay. | | |
| 153 16    Q.    It's a memo from Elliott Berger | | |
| 153 17    to a Richard Knauer, some Aearo folks, on | | |
| 153 18    March 2, 2005.  It's the February monthly | | |
| 153 19    report, hearing protection, technical | | |
| 153 20    department. | | |
| 153 21    Did you know Richard Knauer? | | |
| 153 22    A.    No. | | |
| 153 23    Q.    Okay.  You've told us about | | |
| 153 24    Elliott H. Berger -- | | |
| 153 25    A.    Right. | | |
| 154 1    Q.    -- and we did see the EHB in | | |
| 154 2    the version of the document we're not | | |
| 154 3    permitted to examine you about, correct? | | |
| 154 4    A.    Right. | | |
| 154 5    Q.    Okay.  And then it says -- if | | |
| 154 6    we go to .4, there's a heading that says | | |
| 154 7    "Reviews." | | |
| 154 8    It says, "A paper by Lorraine | | |
| 154 9    Babeu on the Combat Arms Earplugs was | | |
| 154 10    reviewed and corrected so that it presented | | |
| 154 11    the product in a proper light." | | |
| 154 12    A.    Uh-huh. | | |
| 154 13    Q.    Do you see that? | | |
| 154 14    A.    Uh-huh. | | |
| 154 15    Q.    Did Mr. Berger tell you that's | | |
| 154 16    what he was doing? | | |
| 154 17    A.    No.  I wasn't aware of this, | | |
| 154 18    no. | | |
| 154 19    Q.    Okay. | | |
| 154 20    A.    Huh-uh. | | |
| 154:21 - 154:23   Babeu, Lorraine | **Re: [154:21-154:23]** | **OVERRULED** |
| 154 21    Q.    Did you know that in the early | **Def Obj** Foundation (602) | |
| 154 22    2000s Mr. Berger reported in to the marketing | | |
| 154 23    group at Aearo? | | |
| 154:25 - 155:1   Babeu, Lorraine | **Re: [154:25-155:1]** | **OVERRULED** |

| | | |
|---|---|---|
| 154 25     THE WITNESS:  I just knew<br>155 1       Elliott worked at 3M. | **Def Obj** Foundation (602) | |
| 155:2 - 155:3   Babeu, Lorraine<br>155 2       QUESTIONS BY MR. BUCHANAN:<br>155 3       Q.   Fair. | | |
| 155:4 - 155:6   Babeu, Lorraine<br>155 4       He never told you that he was<br>155 5       trying to review your paper to present the<br>155 6       Combat Arms in a proper light, right? | **Re: [155:4-155:6]**<br>**Def Obj** Argumentative (611, 403);<br>Foundation (602) | **OVERRULED** |
| 155:8 - 155:14   Babeu, Lorraine<br>155 8       THE WITNESS:  No.  They<br>155 9       wouldn't have let me use him if we<br>155 10      knew anything like that.<br>155 11      QUESTIONS BY MR. BUCHANAN:<br>155 12      Q.   And what do you mean by that?<br>155 13      A.   Just it would have been a<br>155 14      conflict. | **Re: [155:8-155:14]**<br>**Def Obj** Argumentative (611, 403);<br>Foundation (602) | **OVERRULED** |
| 158:24 - 159:1   Babeu, Lorraine<br>158 24      Do you recall reaching out and<br>158 25      trying to confirm facts and information on<br>159 1       the Combat Arms from Mr. Berger? | | |
| 159:3 - 159:10   Babeu, Lorraine<br>159 3       THE WITNESS:  Uh-huh.  I recall<br>159 4       that we did that in the beginning<br>159 5       because I think he was the one that<br>159 6       kind of had the most information.<br>159 7       QUESTIONS BY MR. BUCHANAN:<br>159 8       Q.   Okay.  You viewed him as a<br>159 9       resource on the Combat Arms?<br>159 10      A.   Right.  Uh-huh. | | |
| 161:9 - 161:15   Babeu, Lorraine<br>161 9       Q.   Okay.  And just so we're clear,<br>161 10      the localization study and the DPOAE study<br>161 11      were not REAT studies, correct?<br>161 12      A.   No, they were not REAT studies.<br>161 13      Q.   Different type of study,<br>161 14      correct?<br>161 15      A.   Right, uh-huh. | | |
| 161:16 - 161:21   Babeu, Lorraine | **Re: [161:16-161:21]** | **OVERRULED** |

Babeu, Lorraine

| | | |
|---|---|---|
| 161 16    Q.    Okay.  So in terms of the gold<br>161 17    standard studies that Mr. Berger talked about<br>161 18    in his textbook, REAT studies under those<br>161 19    ANSI standards, you were not involved in any<br>161 20    such studies?<br>161 21    A.    No. | **Def Obj** Foundation (602) | |
| 171:4 - 171:17   Babeu, Lorraine<br>171 4    Fair, ma'am, based on your<br>171 5    review of at least Mr. Berger's call logs,<br>171 6    that you reached out over the years when you<br>171 7    had questions about things like NRRs, right?<br>171 8    A.    Right.  Uh-huh.<br>171 9    Q.    ANSI standards?<br>171 10    A.    (Witness nods head.)<br>171 11    Q.    Correct?<br>171 12    A.    Yeah.<br>171 13    Q.    Attenuation data on the CAE?<br>171 14    A.    CAE, yeah.<br>171 15    Q.    Right?<br>171 16    Your research paper?<br>171 17    A.    Yeah. | | |
| 171:18 - 171:21   Babeu, Lorraine<br>171 18    Q.    In all those interactions with<br>171 19    Mr. Berger over the years, did he ever tell<br>171 20    you that they determined through their REAT<br>171 21    testing that the CAEv2 had problems? | **Re: [171:18-171:21]**<br>**Def Obj** Argumentative, Misstates,<br>Vague (403); Foundation (602) | **OVERRULED** |
| 171:23 - 171:23   Babeu, Lorraine<br>171 23    THE WITNESS:  No. | **Re: [171:23-171:23]**<br>**Def Obj** Argumentative, Misstates,<br>Vague (403); Foundation (602) | **OVERRULED** |
| 171:24 - 172:2   Babeu, Lorraine<br>171 24    QUESTIONS BY MR. BUCHANAN:<br>171 25    Q.    Did he ever tell you that it<br>172 1    only provides a fraction of the NRR they<br>172 2    claimed? | **Re: [171:24-172:2]**<br>**Def Obj** Argumentative, Misstates,<br>Vague (403); Foundation (602) | **SUSTAINED** |
| 172:4 - 172:8   Babeu, Lorraine<br>172 4    THE WITNESS:  No.<br>172 5    QUESTIONS BY MR. BUCHANAN:<br>172 6    Q.    Less than 10 percent of the<br>172 7    claimed protection, did he ever tell you | **Re: [172:4-172:8]**<br>**Def Obj** Argumentative, Misstates,<br>Vague (403); Foundation (602) | **SUSTAINED** |

| | | |
|---|---|---|
| 172 8          that? | | |
| 172:10 - 172:15   Babeu, Lorraine | Re: [172:10-172:15] | SUSTAINED |
| 172 10      THE WITNESS:  No. | Def Obj Argumentative, Misstates, | |
| 172 11      QUESTIONS BY MR. BUCHANAN: | Vague (403); Foundation (602) | |
| 172 12      Q.   Did he ever tell you that he | | |
| 172 13      and his lab manipulated the testing to get | | |
| 172 14      the data they sent you? | | |
| 172 15      A.   No. | | |
| 172:24 - 173:1   Babeu, Lorraine | Re: [172:24-173:1] | OVERRULED |
| 172 24      Q.   Did he ever tell you that the | Def Obj Argumentative, Misstates, | |
| 172 25      CAEv2 shouldn't have been sold to the | Vague (403); Foundation (602) | |
| 173 1      military without fixing the problems? | | |
| 173:3 - 173:3   Babeu, Lorraine | Re: [173:3-173:3] | OVERRULED |
| 173 3      THE WITNESS:  No.  Huh-uh.  No. | Def Obj Argumentative, Misstates, | |
| | Vague (403); Foundation (602) | |
| 173:11 - 173:13   Babeu, Lorraine | Re: [173:11-173:13] | OVERRULED |
| 173 11      Q.   Did he ever tell you that | Def Obj Argumentative, Misstates, | |
| 173 12      they'd internally determined it wasn't really | Vague (403); Foundation (602) | |
| 173 13      protective on the range? | | |
| 173:15 - 173:15   Babeu, Lorraine | Re: [173:15-173:15] | OVERRULED |
| 173 15      THE WITNESS:  No. | Def Obj Argumentative, Misstates, | |
| | Vague (403); Foundation (602) | |
| 174:1 - 174:12   Babeu, Lorraine | | |
| 174 1      Q.   Did he ever tell you that in | | |
| 174 2      order to get good results you had to fold | | |
| 174 3      back the flanges on everybody who was using | | |
| 174 4      it? | | |
| 174 5      MR. FIELDS:  Objection to form. | | |
| 174 6      THE WITNESS:  I don't think so. | | |
| 174 7      QUESTIONS BY MR. BUCHANAN: | | |
| 174 8      Q.   And that's not the way you | | |
| 174 9      tested it in people, right? | | |
| 174 10      A.   I inserted it the way we | | |
| 174 11      normally insert earplugs.  I didn't do any | | |
| 174 12      special thing. | | |
| 174:13 - 174:18   Babeu, Lorraine | | |
| 174 13      Q.   Right. | | |
| 174 14      The way we saw those pictures | | |
| 174 15      earlier today -- | | |

| | | |
|---|---|---|
| 174 16   A.   Right. | | |
| 174 17   Q.   -- that's the way you did it? | | |
| 174 18   A.   Right. | | |
| 174:19 - 174:22   Babeu, Lorraine | **Re: [174:19-174:22]** | |
| 174 19   Q.   You obviously cared a lot about | **Def Obj** Relevance (401, 402) | **OBJECTION WITHDRAWN, 3/11/2021** |
| 174 20   the service members who you oversaw on the | | |
| 174 21   bases over the years, right? | | |
| 174 22   A.   Correct. | | |
| 174:23 - 174:25   Babeu, Lorraine | **Re: [174:23-174:25]** | |
| 174 23   Q.   Continue to care about the | **Def Obj** Relevance  (401, 402), | **OBJECTION WITHDRAWN, 3/11/2021** |
| 174 24   veterans that you see? | Cumulative (403) | |
| 174 25   A.   Yes. | | |
| 174:26 - 175:1   Babeu, Lorraine | | |
| 175 1   Q.   You wouldn't want to use | | |
| 175:1 - 175:4   Babeu, Lorraine | **Re: [175:1-175:4]** | |
| 175 1   Q.   You wouldn't want to use | **Def Obj** 403 | **OBJECTION WITHDRAWN, 3/11/2021** |
| 175 2   anything that would have comprised their | | |
| 175 3   safety for hearing protection, would you? | | |
| 175 4   A.   No. | | |
| 175:5 - 175:8   Babeu, Lorraine | **Re: [175:5-175:8]** | **OVERRULED** |
| 175 5   Q.   So fair to say that Mr. Berger | **Def Obj** Argumentative, Vague (403); | |
| 175 6   never brought any information raising those | Foundation (602) | |
| 175 7   safety concerns to your attention? | | |
| 175 8   A.   No, he didn't. | | |
| 175:11 - 175:12   Babeu, Lorraine | **Re: [175:11-175:12]** | **OVERRULED** |
| 175 11   Q.   Nobody else from Aearo ever did | **Def Obj** Vague, Argumentative ( 403); | |
| 175 12   that? | Foundation (602) | |
| 175:14 - 175:14   Babeu, Lorraine | **Re: [175:14-175:14]** | **OVERRULED** |
| 175 14   THE WITNESS:  No, huh-uh. | **Def Obj** Vague, Argumentative ( 403); | |
| | Foundation (602) | |
| 176:3 - 176:6   Babeu, Lorraine | | |
| 176 3   Q.   I take it you wouldn't have put | | |
| 176 4   people on the range firing guns if you were | | |
| 176 5   aware of a protection concern? | | |
| 176 6   A.   You can't do that. | | |
| 176:24 - 177:2   Babeu, Lorraine | **Re: [176:24-177:2]** | **OVERRULED** |
| 176 24   Did you know that in order to | **Def Obj** Vague, | |
| 176 25   get the NRRs they claimed, they had to flip | Argumentative,Misstates (403); | |
| 177 1   back the flanges for everyone they used it | Foundation (602) | |

| | | |
|---|---|---|
| 177 2 | in? | |
| 177:4 - 177:4 | Babeu, Lorraine | **Re: [177:4-177:4]** |
| 177 4 | THE WITNESS:  No.  No. | **Def Obj** Vague, Argumentative, Misstates (403); Foundation (602) |

**OVERRULED** (in yellow highlight, aligned with Re: [177:4-177:4] row)

| | |
|---|---|
| 177:13 - 177:19 | Babeu, Lorraine |
| 177 13 | Q.   Do you remember people being |
| 177 14 | trained that way, that everybody had to fold |
| 177 15 | the flanges back? |
| 177 16 | A.   No. |
| 177 17 | Q.   And that's not the way you ran |
| 177 18 | your tests, right? |
| 177 19 | A.   Right, uh-huh. |
| 179:5 - 179:7 | Babeu, Lorraine |
| 179 5 | MR. BUCHANAN:  Okay.  Thank |
| 179 6 | you.  I have no further questions at |
| 179 7 | this time. |

# Hacker, E 2020-09-25

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | | Objection | Rulings |
|---|---|---|---|
| 9:20 - 9:21 | Hacker, E 2020-09-25 | **Re: [9:20-9:21]** | **DESIGNATION WITHDRAWN,** |
| 9 20 | having been first duly sworn, was examined and | **Def Obj** Relevance (401, 402) | **3/12/2021** |
| 9 21 | testified as follows: | | |
| 9:22 - 10:6 | Hacker, E 2020-09-25 | | |
| 9 22 | | | |
| 9 23 | EXAMINATION BY MR. CASTIGLIA: | | |
| 9 24 | Q.    Good morning.  My name is Craig | | |
| 9 25 | Castiglia and I represent the defendants in this | | |
| 10 1 | case, which are 3M and the various Aearo entities | | |
| 10 2 | that have been sued by plaintiffs like | | |
| 10 3 | Stephen Hacker. | | |
| 10 4 | Would you please state your full name | | |
| 10 5 | for the record? | | |
| 10 6 | A.    Eileen Rose Hacker. | | |
| 10:14 - 10:16 | Hacker, E 2020-09-25 | **Re: [10:14-10:16]** | **DESIGNATION WITHDRAWN,** |
| 10 14 | Q.    Okay.  And have you ever had your | **Def Obj** Relevance (401, 402) | **3/12/2021** |
| 10 15 | deposition taken before? | | |
| 10 16 | A.    No. | | |
| 11:20 - 11:25 | Hacker, E 2020-09-25 | | **Birthdate redacted.** |
| 11 20 | Q.    Okay.  Ms. Hacker, what is your date | | |
| 11 21 | of birth? | | |
| 11 22 | A. | | |
| 11 23 | Q.    Okay.  And help me avoid mental math. | | |
| 11 24 | That makes you how old? | | |
| 11 25 | A.    Thirty-five. | | |
| 15:8 - 15:18 | Hacker, E 2020-09-25 | **Re: [15:8-15:18]** | |
| 15 8 | Q.    Okay.  Would you describe your level | **Def Obj** Relevance (401, 402), Prejudice | |
| 15 9 | of education for me? | (403) | |
| 15 10 | A.    A bachelor's degree of science in | | |
| 15 11 | accounting. | | |
| 15 12 | Q.    Where did you get your bachelor's | | **OBJECTIONS WITHDRAWN,** |
| 15 13 | degree? | | **3/12/2021** |
| 15 14 | A.    Colorado Technical University. | | |
| 15 15 | Q.    And what do you do for a living? | | |
| 15 16 | A.    Right now I am a mother and an | | |
| 15 17 | accountant, but with schools the way they are, a | | |
| 15 18 | stay-at-home mom. | | |
| 16:6 - 16:14 | Hacker, E 2020-09-25 | | |

| | | | |
|---|---|---|---|
| 16 6 | Q.    Okay.  Are you presently married? | | |
| 16 7 | A.    No. | | |
| 16 8 | Q.    When did you get married to | | |
| 16 9 | Mr. Hacker? | | |
| 16 10 | A.    In 2007. | | |
| 16 11 | Q.    And what date did you separate or | | |
| 16 12 | divorce from Mr. Hacker? | | |
| 16 13 | A.    August 11th, 2020, was our official | | |
| 16 14 | divorce. | | |
| 16:15 - 16:22 | Hacker, E 2020-09-25 | **Re: [16:15-16:22]** | **SUSTAINED** |
| 16 15 | Q.    Have you had any other marriages? | **Pltf Obj** 402; 403 | |
| 16 16 | A.    My first marriage. | | |
| 16 17 | Q.    What was the name of your prior | | |
| 16 18 | spouse? | | |
| 16 19 | A.    Shaun Shepherd. | | |
| 16 20 | Q.    And what date did you divorce from | | |
| 16 21 | Mr. Shepherd? | | |
| 16 22 | A.    November 2006. | | |
| 16:25 - 17:3 | Hacker, E 2020-09-25 | **Re: [16:25-17:3]** | **SUSTAINED** |
| 16 25 | Q.    Would you describe for me your | **Def Obj** Relevance (401, 402) | |
| 17 1 | extracurricular activities or your hobbies? | | |
| 17 2 | A.    Photography, reading, hiking, | | |
| 17 3 | camping. | | |
| 19:19 - 21:7 | Hacker, E 2020-09-25 | | |
| 19 19 | Q.    Are you represented by counsel at | | |
| 19 20 | this deposition today? | | |
| 19 21 | A.    No. | | |
| 19 22 | Q.    What did you do to prepare for this | | |
| 19 23 | deposition? | | |
| 19 24 | A.    Made sure I had the contact.  I did | | |
| 19 25 | speak with my ex-husband's lawyers just to make | | |
| 20 1 | sure that I had all the information. | | |
| 20 2 | Q.    When did you speak with Mr. Hacker's | | |
| 20 3 | lawyers? | | |
| 20 4 | A.    Yesterday. | | |
| 20 5 | Q.    Did you speak with them before | | |
| 20 6 | yesterday? | | |
| 20 7 | A.    A couple weeks ago, to try and set up | | |
| 20 8 | this deposition. | | |

| | | | |
|---|---|---|---|
| 20 9 | Q.    How often did you -- or how many | | |
| 20 10 | times total did you meet or speak to Mr. Hacker's | | |
| 20 11 | lawyers? | | |
| 20 12 | A.    Two, maybe three times. | | |
| 20 13 | Q.    Did you discuss your deposition with | | |
| 20 14 | them over the phone or by other means of | | |
| 20 15 | communication? | | |
| 20 16 | A.    Phone. | | |
| 20 17 | Q.    Did you talk with Mr. Hacker's | | |
| 20 18 | lawyers about his hearing loss? | | |
| 20 19 | A.    They asked me if I was -- had certain | | |
| 20 20 | remembrance or recollections to make sure that I | | |
| 20 21 | had everything that I needed. | | |
| 20 22 | Q.    Did you talk with Mr. Hacker's | | |
| 20 23 | counsel about the Combat Arms Earplug Version 2? | | |
| 20 24 | A.    No. | | |
| 20 25 | Q.    Did Mr. Hacker's counsel ask if you | | |
| 21 1 | had any opinions about his case? | | |
| 21 2 | A.    Opinions?  I don't remember the word | | |
| 21 3 | "opinion" being used. | | |
| 21 4 | Q.    What did you tell them that you | | |
| 21 5 | recalled about Mr. Hacker's hearing loss? | | |
| 21 6 | A.    That it is very apparent, it became | | |
| 21 7 | more apparent over the years. | | |
| 21:8 - 21:16   Hacker, E 2020-09-25 | | **Re: [21:8-21:16]** | **SUSTAINED** |
| 21 8 | Q.    Have Mr. Hacker's counsel asked you | **Pltf Obj** 402; | |
| 21 9 | to appear at trial for this case? | | |
| 21 10 | A.    No. | | |
| 21 11 | Q.    Have they talked with you about that | | |
| 21 12 | possibility? | | |
| 21 13 | A.    No. | | |
| 21 14 | Q.    Did they share any documents with you | | |
| 21 15 | to prepare for this deposition? | | |
| 21 16 | A.    No. | | |
| 21:17 - 22:2   Hacker, E 2020-09-25 | | **Re: [21:17-22:2]** | |
| 21 17 | Q.    Did you discuss your deposition with | **Def Obj** Hearsay (801, 802) | **OBJECTIONS WITHDRAWN, 3/12/2021** |
| 21 18 | anyone other than Mr. Hacker's counsel? | | |
| 21 19 | A.    Mr. Hacker. | | |
| 21 20 | Q.    What did you talk about with | | |

| | | |
|---|---|---|
| 21 21    Mr. Hacker relating to the deposition?<br>21 22    A.   Letting him know when it was so<br>21 23    that -- and talking with him about scheduling so<br>21 24    that I knew that I would be able to do it.<br>21 25    Q.   Did you discuss the contents of your<br>22 1    testimony for the deposition?<br>22 2    A.   No. | | |
| 27:7 - 27:7  Hacker, E 2020-09-25<br>27 7    Q.   I think some of the dates overlapped | | |
| 27:8 - 27:18  Hacker, E 2020-09-25<br>27 8    earlier.  So just to be clear, could you walk me<br>27 9    through where you lived with Mr. Hacker?<br>27 10    A.   We lived in Kentucky, Tennessee,<br>27 11    Colorado, Virginia, North Carolina and Nevada.<br>27 12    Q.   Okay.  And what years did you live<br>27 13    with Mr. Hacker?<br>27 14    A.   2007 to 2020.<br>27 15    Q.   And for roughly each year, how many<br>27 16    months per year did you live with Mr. Hacker?<br>27 17    A.   Unless he was deployed or we had<br>27 18    moved before him, every month of the year. | | |
| 27:24 - 28:12  Hacker, E 2020-09-25<br>27 24    Q.   (BY MR. CASTIGLIA:)  You mentioned<br>27 25    that you and Mr. Hacker are divorced or separated.<br>28 1    Who -- who initiated the divorce?<br>28 2    A.   I did.<br>28 3    Q.   And why did you do that?<br>28 4    A.   Because it was not working.<br>28 5    Q.   And what was the cause of the<br>28 6    dysfunction of the marriage?<br>28 7    A.   There are many reasons.  I do not see<br>28 8    why that is valid to this deposition.<br>28 9    Q.   Could you walk me through some of the<br>28 10    reasons?<br>28 11    A.   I do not see why that is valid to<br>28 12    this deposition. | **Re: [27:24-28:12]**<br>**Pltf Obj** 402; 403 | **SUSTAINED** |
| 28:17 - 29:9  Hacker, E 2020-09-25<br>28 17    Q.   Did you divorce Mr. Hacker because of<br>28 18    his alleged hearing loss? | | |

| | | | |
|---|---|---|---|
| 28 19 | A.   I would say that the hearing loss | | |
| 28 20 | definitely contributed to many, many of the fights, | | |
| 28 21 | but it is not the main reason.  But it is not not | | |
| 28 22 | the reason. | | |
| 28 23 | Q.   Could you explain how it contributed | | |
| 28 24 | to fights? | | |
| 28 25 | A.   He would not be able to hear me. | | |
| 29 1 | There were times where he misunderstood what I | | |
| 29 2 | said. | | |
| 29 3 | We used to have date night every | | |
| 29 4 | week.  It turned into once a month.  It turned into | | |
| 29 5 | once every few months because he couldn't handle | | |
| 29 6 | the noise, to the point that we were never going | | |
| 29 7 | out, we were not spending the time together because | | |
| 29 8 | of his hearing loss.  Many fights were because of | | |
| 29 9 | it. | | |
| 29:10 - 29:10 | Hacker, E 2020-09-25 | | |
| 29 10 | Q.   But it wasn't the sole reason that -- | | |
| 29:11 - 29:15 | Hacker, E 2020-09-25 | | |
| 29 11 | excuse me.  Let me start over.  Mr. Hacker's | | |
| 29 12 | hearing loss wasn't the only reason that you | | |
| 29 13 | divorced him? | | |
| 29 14 | A.   It was not the sole reason, but it | | |
| 29 15 | was not not a reason. | | |
| 29:16 - 29:18 | Hacker, E 2020-09-25 | Re: [29:16-29:18] | **OVERRULED** |
| 29 16 | Q.   Would you have divorced him -- let me | Pltf Obj 402; 403 | |
| 29 17 | retract that.  Would you -- would have divorced | | |
| 29 18 | him if he did not have hearing loss? | | |
| 29:23 - 29:23 | Hacker, E 2020-09-25 | | |
| 29 23 | A.   I can't answer that question. | | |
| 29:24 - 30:4 | Hacker, E 2020-09-25 | | |
| 29 24 | Q.   Did you divorce Mr. Hacker because of | | |
| 29 25 | his alleged tinnitus? | | |
| 30 1 | A.   Like I said, this was not because of | | |
| 30 2 | or not because of.  It was part of the contributing | | |
| 30 3 | factor, and I am not going to go further into my | | |
| 30 4 | personal life. | | |
| 30:5 - 30:17 | Hacker, E 2020-09-25 | Re: [30:5-30:17] | **SUSTAINED** |
| 30 5 | Q.   Have you or Mr. Hacker ever had an | Pltf Obj 403; 403 | |

30 6    extramarital affair?
30 7    A.    No.
30 8    Q.    Did you ever discuss divorcing or
30 9    separating Mr. Hacker before this year?
30 10    A.    There was one time where we almost
30 11    did get divorced.  We worked it out.
30 12    Q.    And when was that?
30 13    A.    2010.
30 14    Q.    And why did you almost get divorced
30 15    in 2010?
30 16    A.    Again, I will not go further into my
30 17    personal life.

32:12 - 32:23    Hacker, E 2020-09-25
32 12    Q.    Okay.  Is there any period of time
32 13    that you knew Mr. Hacker and he did not have
32 14    hearing loss?
32 15    A.    He has always had some version of
32 16    hearing issues.  They steadily got worse.
32 17    Q.    Okay.  So when you -- when you met
32 18    Mr. Hacker, what caused you to learn that he had
32 19    hearing loss?
32 20    A.    That we had discussions as we were
32 21    getting to know each other, he told me about his
32 22    deployments, and that there was -- he had tinnitus.
32 23    It was an obvious issue.

33:16 - 33:21    Hacker, E 2020-09-25
33 16    Q.    And had Mr. Hacker ever complained to
33 17    you about his hearing loss?
33 18    A.    Yes.
33 19    Q.    How often?
33 20    A.    Whenever his tinnitus acts up and
33 21    when he can't hear me.

34:13 - 34:25    Hacker, E 2020-09-25
34 13    Q.    (BY MR. CASTIGLIA:)  How -- how often
34 14    did Mr. Hacker experience signs of tinnitus?
34 15    A.    We were married for thirteen years.
34 16    I don't even know how to estimate, guesstimate how
34 17    often.
34 18    Q.    Did he complain about his tinnitus

| | | | |
|---|---|---|---|
| | 34 19 more than once a week? | | |
| | 34 20    A.   Again, I don't know how to answer | | |
| | 34 21 that question. There were some times where it was | | |
| | 34 22 worse, some times where it was more often. | | |
| | 34 23    Q.   So you don't remember how often per | | |
| | 34 24 week Mr. Hacker complained about his tinnitus or | | |
| | 34 25 hearing loss? | | |
| 35:1 - 35:1 | Hacker, E 2020-09-25 | **Re: [35:1-35:1]** | **DESIGNATION WITHDRAWN,** |
| | 35 1    MR. BLAIR: Object to foundation. | **Def Obj** Relevance (401, 402) | **3/12/2021** |
| 35:2 - 35:3 | Hacker, E 2020-09-25 | | |
| | 35 2    A.   Over thirteen years, I do not | | |
| | 35 3 remember how often per week. | | |
| 35:4 - 35:8 | Hacker, E 2020-09-25 | | |
| | 35 4    Q.   (BY MR. CASTIGLIA:) Or on average, | | |
| | 35 5 just to give a -- | | |
| | 35 6    A.   Again, we were married for thirteen | | |
| | 35 7 years. I don't even know how to quantitative -- | | |
| | 35 8 estimate that. | | |
| 36:13 - 36:18 | Hacker, E 2020-09-25 | | |
| | 36 13    Q.   (BY MR. CASTIGLIA:) Ms. Hacker, you | | |
| | 36 14 mentioned that you noticed a change between | | |
| | 36 15 Mr. Hacker's hearing after his first deployment | | |
| | 36 16 during your marriage. Would you describe that as a | | |
| | 36 17 sudden change or a gradual change? | | |
| | 36 18    A.   I don't recall. | | |
| 36:19 - 36:24 | Hacker, E 2020-09-25 | **Re: [36:19-36:24]** | **OVERRULED** |
| | 36 19    Q.   Did you notice a difference in | **Def Obj** Foundation (602), 701 | |
| | 36 20 Mr. Hacker's hearing after he returned home from | | |
| | 36 21 his second deployment during your marriage? | | |
| | 36 22    A.   It gradually got worse over many | | |
| | 36 23 deployments. I don't recall when and where I would | | |
| | 36 24 notice it. | | |
| 38:9 - 38:13 | Hacker, E 2020-09-25 | **Re: [38:9-38:13]** | **OVERRULED** |
| | 38 9    Q.   (BY MR. CASTIGLIA:) Ms. Hacker, | **Def Obj** Foundation (602), 701 | |
| | 38 10 would you please describe for me how Mr. Hacker's | | |
| | 38 11 tinnitus progressed over time? | | |
| | 38 12    A.   It became more apparent and more | | |
| | 38 13 often. | | |
| 38:14 - 39:18 | Hacker, E 2020-09-25 | | |

| | | |
|---|---|---|
| 38 14   Q.   Did he have more and more trouble or | | |
| 38 15   difficulty hearing you over time? | | |
| 38 16   A.   I would say that, yes. | | |
| 38 17   Q.   Do you remember a particular period | | |
| 38 18   of time when he started to have more trouble | | |
| 38 19   hearing you? | | |
| 38 20   A.   I can't remember exactly when it was. | | |
| 38 21   I know it was after deployment, but I don't know | | |
| 38 22   which one. | | |
| 38 23   Q.   How would you say that Mr. Hacker's | | |
| 38 24   hearing loss affects his life? | | |
| 38 25   A.   He can't always hear everything.  He | | |
| 39 1   could misconstrue things that he does hear because | | |
| 39 2   he only hears it partially.  He gets severe | | |
| 39 3   headaches because of the tinnitus.  It causes pain. | | |
| 39 4   It affects his family life.  It affects his being | | |
| 39 5   able to do things with his children. | | |
| 39 6   Q.   How did you communicate with | | |
| 39 7   Mr. Hacker when you were at home and lived | | |
| 39 8   together? | | |
| 39 9   A.   Talking. | | |
| 39 10   Q.   Could you talk to him from another | | |
| 39 11   room? | | |
| 39 12   A.   No.  If I was on -- if I said | | |
| 39 13   something too low, he wouldn't hear me. | | |
| 39 14   Q.   Have you ever had to resort to other | | |
| 39 15   forms of communication because of his hearing loss | | |
| 39 16   at home? | | |
| 39 17   A.   Making sure that he's looking at me | | |
| 39 18   when I'm talking to him. | | |
| 39:4 - 39:5   Hacker, E 2020-09-25 | **Re: [39:4-39:5]** | **OVERRULED** |
| 39 4   It affects his family life.  It affects his being | **Def Obj** 3M MIL No. 17 | |
| 39 5   able to do things with his children. | | |
| 39:6 - 39:18   Hacker, E 2020-09-25 | | |
| 39 6   Q.   How did you communicate with | | |
| 39 7   Mr. Hacker when you were at home and lived | | |
| 39 8   together? | | |
| 39 9   A.   Talking. | | |
| 39 10   Q.   Could you talk to him from another | | |

| | | |
|---|---|---|
| 39 11    room? | | |
| 39 12    A.    No.  If I was on -- if I said | | |
| 39 13    something too low, he wouldn't hear me. | | |
| 39 14    Q.    Have you ever had to resort to other | | |
| 39 15    forms of communication because of his hearing loss | | |
| 39 16    at home? | | |
| 39 17    A.    Making sure that he's looking at me | | |
| 39 18    when I'm talking to him. | | |
| 40:5 - 40:13   Hacker, E 2020-09-25 | Re: [40:5-40:13]<br>Def Obj Foundation (602), Multiple<br>Hearsay (801, 802) | OVERRULED |
| 40 5    Q.    Did you ever discuss the possibility | | |
| 40 6    of getting a hearing aid for Mr. Hacker? | | |
| 40 7    A.    I believe that one of the doctors did | | |
| 40 8    discuss it, yes. | | |
| 40 9    Q.    Did Mr. Hacker ever consider actually | | |
| 40 10    getting a hearing aid? | | |
| 40 11    A.    I think it was considered, but after | | |
| 40 12    talking to another doctor, I don't remember why, | | |
| 40 13    but I think that one doctor said it wouldn't help. | | |
| 40:14 - 41:4   Hacker, E 2020-09-25 | Re: [40:14-41:4]<br>Pltf Obj 602; 802 | SUSTAINED |
| 40 14    Q.    Okay.  Do you remember anything else | | |
| 40 15    that the doctor said about the hearing aid? | | |
| 40 16    A.    I wasn't at those appointments, so, | | |
| 40 17    no, I couldn't -- | | |
| 40 18    Q.    Okay. | | |
| 40 19    A.    -- actually tell you what the doctor | | |
| 40 20    said or did not say. | | |
| 40 21    Q.    Understood.  Do you remember what | | |
| 40 22    doctor that was? | | |
| 40 23    A.    I don't know any of the doctors' | | |
| 40 24    names. | | |
| 40 25    Q.    Okay.  So you don't have any personal | | |
| 41 1    knowledge of a doctor telling Mr. Hacker that he | | |
| 41 2    shouldn't get a hearing aid? | | |
| 41 3    A.    Other than our conversations between | | |
| 41 4    ourselves as husband and wife. | | |
| 42:9 - 42:18   Hacker, E 2020-09-25 | Re: [42:9-42:18]<br>Def Obj 701 | OVERRULED |
| 42 9    Q.    Understood.  Are there any activities | | |
| 42 10    that Mr. Hacker can no longer participate in | | |
| 42 11    because of his hearing loss or his tinnitus? | | |

| | | |
|---|---|---|
| 42 12    A.    Being in loud areas, karaoke.  Many | | |
| 42 13    things, actually.  Anything that really causes loud | | |
| 42 14    noises. | | |
| 42 15    Q.    Why would Mr. Hacker not be able to | | |
| 42 16    go somewhere with loud noises? | | |
| 42 17    A.    Because it affected his tinnitus and | | |
| 42 18    his tinnitus would get worse. | | |
| **42:19 - 43:2**   Hacker, E 2020-09-25 | | |
| 42 19    Q.    Okay.  How many children do you | | |
| 42 20    currently have? | | |
| 42 21    A.    Two living children. | | |
| 42 22    Q.    And what are their names? | | |
| 42 23    A.    Aeden and Carol. | | |
| 42 24    Q.    And are those the children that split | | |
| 42 25    time between you and Mr. Hacker that you mentioned | | |
| 43 1     earlier? | | |
| 43 2     A.    Yes. | | |
| **43:3 - 43:6**   Hacker, E 2020-09-25 | **Re: [43:3-43:6]**  **Pltf Obj** 402; 403 | **SUSTAINED** |
| 43 3     Q.    Is Mr. Hacker the father of those | | |
| 43 4     children? | | |
| 43 5     A.    This is a part of the conversation I | | |
| 43 6     am taking a break again now.  Thank you very much. | | |
| **44:25 - 45:19**   Hacker, E 2020-09-25 | | |
| 44 25    Q.    (BY MR. CASTIGLIA:)  Ms. Hacker, did | | |
| 45 1     you ever go to any bars with Mr. Hacker? | | |
| 45 2     A.    Yes. | | |
| 45 3     Q.    How often? | | |
| 45 4     A.    We used to go once a week for | | |
| 45 5     karaoke.  And then it got much -- it went to once a | | |
| 45 6     month, once every couple of months.  We haven't | | |
| 45 7     been to a bar in years. | | |
| 45 8     Q.    When is the last time you would say | | |
| 45 9     you went to a bar with Mr. Hacker? | | |
| 45 10    A.    I could not give you an exact date. | | |
| 45 11    It was years ago. | | |
| 45 12    Q.    You mentioned that you went singing | | |
| 45 13    with Mr. Hacker at karaoke events.  How loud were | | |
| 45 14    the karaoke events? | | |
| 45 15    A.    Karaoke is loud. | | |

| | |
|---|---|
| 45 16    Q.    What types of music did you listen to | |
| 45 17    or sing at the karaoke? | |
| 45 18    A.    There was a whole wide range of | |
| 45 19    genres.  It wasn't just us singing so -- | |
| 46:7 - 46:9   Hacker, E 2020-09-25 | |
| 46 7    Q.    Okay.  Did you ever go to any | |
| 46 8    restaurants with Mr. Hacker? | |
| 46 9    A.    Yes. | |
| 46:14 - 46:16   Hacker, E 2020-09-25 | |
| 46 14    Q.    More than once a month? | |
| 46 15    A.    No.  I wouldn't say more than once a | |
| 46 16    month. | |
| 46:19 - 47:2   Hacker, E 2020-09-25 | |
| 46 19    Q.    And when's the last time you went to | |
| 46 20    a restaurant with Mr. Hacker? | |
| 46 21    A.    I honestly couldn't tell you.  I | |
| 46 22    mean, we weren't able to go for quite a while | |
| 46 23    because everything was shut down. | |
| 46 24    Q.    Right.  Before the shutdown, did you | |
| 46 25    go in the past year? | |
| 47 1    A.    I'm sure we did.  I don't remember | |
| 47 2    exactly. | |
| 47:3 - 47:6   Hacker, E 2020-09-25 | |
| 47 3    Q.    Did Mr. Hacker have trouble hearing | |
| 47 4    you or others at the restaurant? | |
| 47 5    A.    Mr. Hacker has trouble hearing me and | |
| 47 6    others pretty much anytime. | |
| 49:13 - 50:5   Hacker, E 2020-09-25 | |
| 49 13    Q.    Got it.  And how often does | |
| 49 14    Mr. Hacker listen to music? | |
| 49 15    A.    The same as an average person. | |
| 49 16    Q.    Have you ever seen him wearing | |
| 49 17    headphones or earbuds when he listens to music? | |
| 49 18    A.    Normally when I see him listening to | |
| 49 19    music, it's in the car. | |
| 49 20    Q.    How loud does he listen to music in | |
| 49 21    the car? | |
| 49 22    A.    At a reasonable rate so that other | |
| 49 23    people cannot be blown away.  We usually have our | |

| | | |
|---|---|---|
| 49 24 | children -- we usually have our children in the car | |
| 49 25 | as well, so -- | |
| 50 1 | Q.   So the music is playing at a level | |
| 50 2 | where you can still hold a conversation? | |
| 50 3 | A.   With a normal person, yes.  If I was | |
| 50 4 | trying to talk to him, he would have to turn the | |
| 50 5 | volume down or turn the music off. | |

| 51:22 - 52:2 | Hacker, E 2020-09-25 |
|---|---|
| 51 22 | Q.   How many hours a night would you say |
| 51 23 | that Mr. Hacker sleeps? |
| 51 24 | A.   I would say it varies. |
| 51 25 | Q.   Based on what? |
| 52 1 | A.   Based on what time we'd go to sleep |
| 52 2 | and what time we'd need to get up. |

| 52:3 - 52:16 | Hacker, E 2020-09-25 |
|---|---|
| 52 3 | Q.   Would Mr. Hacker ever sleep more than |
| 52 4 | eight hours a night? |
| 52 5 | A.   I honestly don't recall, and I don't |
| 52 6 | know why that is relevant. |
| 52 7 | Q.   Do you know how -- how many hours a |
| 52 8 | night Mr. Hacker slept on average? |
| 52 9 | A.   I don't recall. |
| 52 10 | Q.   What time would you guys usually go |
| 52 11 | to sleep? |
| 52 12 | A.   It varied. |
| 52 13 | Q.   You can give me a range, if that's |
| 52 14 | easier. |
| 52 15 | A.   I would say average between five to |
| 52 16 | eight. |

| 52:19 - 52:25 | Hacker, E 2020-09-25 |
|---|---|
| 52 19 | A.   I apologize.  I would say average |
| 52 20 | five to eight.  I don't know. |
| 52 21 | Q.   (BY MR. CASTIGLIA:)  Is that 5:00 |
| 52 22 | p.m. to 8:00 p.m.? |
| 52 23 | A.   You said average hours. |
| 52 24 | Q.   Oh.  So Mr. Hacker sleeps about five |
| 52 25 | to eight hours per night? |

| 53:1 - 53:6 | Hacker, E 2020-09-25 |
|---|---|
| 53 1 | A.   If I had to give an estimate. |

| | | | |
|---|---|---|---|
| 53 2 | Q.   Okay.  During your marriage with | | |
| 53 3 | Mr. Hacker, did you sleep in the same room? | | |
| 53 4 | A.   Yes. | | |
| 53 5 | Q.   Did you sleep in the same bed? | | |
| 53 6 | A.   Yes. | | |
| 53:7 - 53:23 | Hacker, E 2020-09-25 | | |
| 53 7 | Q.   Do you remember Mr. Hacker ever | | |
| 53 8 | having trouble sleeping? | | |
| 53 9 | A.   Yes, but I don't see why that is | | |
| 53 10 | relevant. | | |
| 53 11 | Q.   Why not? | | |
| 53 12 | A.   Because I don't see why our sleeping | | |
| 53 13 | habits are relevant to his hearing. | | |
| 53 14 | Q.   Mr. Hacker has sleep apnea, right? | | |
| 53 15 | A.   Correct. | | |
| 53 16 | Q.   How would you say that Mr. Hacker's | | |
| 53 17 | sleep apnea affects his life? | | |
| 53 18 | A.   Again, I don't see why that is | | |
| 53 19 | relevant to the situation we are discussing. | | |
| 53 20 | Q.   So is it your position that | | |
| 53 21 | Mr. Hacker's sleep -- that you don't see | | |
| 53 22 | Mr. Hacker's sleep as related to his hearing | | |
| 53 23 | issues? | | |
| 54:1 - 54:5 | Hacker, E 2020-09-25 | | |
| 54 1 | A.   I don't see why sleep patterns are | | |
| 54 2 | relevant to hearing loss. | | |
| 54 3 | Q.   (BY MR. CASTIGLIA:)  Well, did | | |
| 54 4 | Mr. Hacker's hearing loss ever interfere with his | | |
| 54 5 | sleep? | | |
| 54:8 - 54:10 | Hacker, E 2020-09-25 | | |
| 54 8 | A.   I would have no way of knowing. | | |
| 54 9 | Q.   (BY MR. CASTIGLIA:)  Why not? | | |
| 54 10 | A.   Because I am not his ears.  I | | |
| 54:11 - 54:11 | Hacker, E 2020-09-25 | **Re: [54:11-54:11]** | **OBJECTIONS TO COUNTERS** |
| 54 11 | apologize.  That was sarcastic. | **Pltf Obj** Move to strike "that was sarcastic"; 402; 403; Argumentative | **WITHDRAWN, 3/12/2021** |
| 54:12 - 54:21 | Hacker, E 2020-09-25 | | |
| 54 12 | Q.   That's okay.  Do you know whether | | |
| 54 13 | Mr. Hacker's tinnitus ever interfered with his | | |

| | | | |
|---|---|---|---|
| 54 14 | sleep? | | |
| 54 15 | MR. BLAIR:  Same objection. | | |
| 54 16 | A.    Again, I would have no way of | | |
| 54 17 | knowing. | | |
| 54 18 | Q.    (BY MR. CASTIGLIA:)  Does Mr. Hacker | | |
| 54 19 | snore at night? | | |
| 54 20 | A.    He usually has a CPAP on so I | | |
| 54 21 | wouldn't be able to tell you. | | |
| 54:22 - 55:5 | Hacker, E 2020-09-25 | | |
| 54 22 | Q.    Could you describe the CPAP machine | | |
| 54 23 | for me? | | |
| 54 24 | A.    It's white. | | |
| 54 25 | Q.    You mentioned that he usually has it | | |
| 55 1 | on.  How often does he use a CPAP machine? | | |
| 55 2 | A.    I honestly -- I don't know.  Average, | | |
| 55 3 | I would say probably most of the nights.  But | | |
| 55 4 | again, I do not understand why this has anything to | | |
| 55 5 | do with his hearing loss. | | |
| 55:6 - 55:20 | Hacker, E 2020-09-25 | Re: [55:6-55:20] | SUSTAINED |
| 55 6 | Q.    Have you ever had to wake Mr. Hacker | Pltf Obj 402; 403; Argumentative | |
| 55 7 | up because he needed to breathe? | | |
| 55 8 | A.    Again, I do not see why this has | | |
| 55 9 | anything to do with his hearing loss. | | |
| 55 10 | Q.    Do you remember ever waking | | |
| 55 11 | Mr. Hacker up because he was struggling to breathe? | | |
| 55 12 | A.    I do not understand why this has to | | |
| 55 13 | do with his hearing loss. | | |
| 55 14 | Q.    Ms. Hacker, are you going to refuse | | |
| 55 15 | to answer that question? | | |
| 55 16 | A.    Because it is not relevant to this | | |
| 55 17 | situation.  It goes against me being able to not | | |
| 55 18 | discuss his personal private medical conditions | | |
| 55 19 | which are not any of my concern.  It is a HIPAA | | |
| 55 20 | violation, honestly. | | |
| 58:25 - 59:4 | Hacker, E 2020-09-25 | Re: [58:25-59:4] | OVERRULED |
| 58 25 | Q.    (BY MR. CASTIGLIA:)  Ms. Hacker, have | Def Obj 3M MIL No. 1 | |
| 59 1 | you ever observed Mr. Hacker show signs of anxiety? | | |
| 59 2 | A.    I've seen everybody in my life at | | |
| 59 3 | some point in time show signs of anxiety, so I'm | | |

| | | |
|---|---|---|
| 59 4    sure I have. | | |
| 59:5 - 59:7   Hacker, E 2020-09-25 | **Re: [59:5-59:7]** | **DESIGNATION WITHDRAWN,** |
| 59 5     Q.   Could you describe that for me? | **Def Obj** 3M MIL No. 1, Prejudice (403) | **3/12/2021** |
| 59 6     A.   When our son almost died.  Normal | | |
| 59 7     life conditions. | | |
| 59:8 - 59:19   Hacker, E 2020-09-25 | **Re: [59:8-59:19]** | **OVERRULED** |
| 59 8     Q.   Have you ever seen Mr. Hacker | **Def Obj** 3M MIL No. 1 | |
| 59 9     stressed about finances? | | |
| 59 10     A.   To a normal extent that everybody is | | |
| 59 11     stressed about finances. | | |
| 59 12     Q.   Have you ever seen him stressed about | | |
| 59 13     work? | | |
| 59 14     A.   To the normal extent that everybody | | |
| 59 15     stresses about work. | | |
| 59 16     Q.   Did any of his anxiety stem from his | | |
| 59 17     deployments? | | |
| 59 18     A.   I would have no way of knowing.  I am | | |
| 59 19     not Mr. Hacker and I am not inside his head. | | |
| 61:18 - 62:7   Hacker, E 2020-09-25 | **Re: [61:18-62:7]** | **DESIGNATION WITHDRAWN,** |
| 61 18     Q.   What's your understanding of | **Def Obj** Relevance (401, 402) | **3/12/2021** |
| 61 19     Mr. Hacker's responsibilities when he was working | | |
| 61 20     for the military? | | |
| 61 21     A.   I was a civilian.  I was not | | |
| 61 22     privileged or privy to the situations and his | | |
| 61 23     responsibilities within the military. | | |
| 61 24     Q.   So you don't have any understanding | | |
| 61 25     of what Mr. Hacker did for the military? | | |
| 62 1     A.   I know that he was a soldier.  I know | | |
| 62 2     that he was deployed many times. | | |
| 62 3     We did not discuss his deployments. | | |
| 62 4     I do not have security clearance. | | |
| 62 5     Q.   Do you know whether -- do you know | | |
| 62 6     what types of noises Mr. Hacker was exposed to | | |
| 62 7     during his military experience? | | |
| 62:10 - 62:10   Hacker, E 2020-09-25 | **Re: [62:10-62:10]** | **DESIGNATION WITHDRAWN,** |
| 62 10     A.   I wasn't there. | **Def Obj** Relevance (401, 402) | **3/12/2021** |
| 63:15 - 64:8   Hacker, E 2020-09-25 | | |
| 63 15     Q.   (BY MR. CASTIGLIA:)  Have you ever | | |
| 63 16     seen any hearing protection devices that Mr. Hacker | | |

Hacker, E 2020-09-25

| | | | |
|---|---|---|---|
| 63 17 | owned? | | |
| 63 18 | A.    Yes. | | |
| 63 19 | Q.    What did they look like? | | |
| 63 20 | A.    There was many different ones.  I | | |
| 63 21 | honestly couldn't tell you exactly what they all | | |
| 63 22 | looked like.  Some of them were little earplugs. | | |
| 63 23 | Some of them were headphone -- headphone like.  I | | |
| 63 24 | don't know what was what. | | |
| 63 25 | Q.    Okay.  Roughly how many do you mean | | |
| 64 1 | when you say there were many earplugs that | | |
| 64 2 | Mr. Hacker owned? | | |
| 64 3 | A.    Well, there's the ones that the | | |
| 64 4 | military gave him, and then there was the ones that | | |
| 64 5 | we had at home to make sure that everybody at the | | |
| 64 6 | house was safe.  Because he was very paranoid about | | |
| 64 7 | making sure that if anyone was doing anything with | | |
| 64 8 | loud noises, that they had ear protection. | | |
| 65:12 - 65:17  Hacker, E 2020-09-25 | | **Re: [65:12-65:17]** | **OVERRULED** |
| 65 12 | Q.    Since Mr. Hacker retired from the | **Def Obj** Foundation (602) | |
| 65 13 | military, have you noticed whether his hearing loss | | |
| 65 14 | or tinnitus has gotten worse? | | |
| 65 15 | A.    He has tinnitus all the time.  I mean | | |
| 65 16 | I can't say if it is getting worse because he | | |
| 65 17 | doesn't always tell me when he has it. | | |
| 65:12 - 65:17  Hacker, E 2020-09-25 | | | |
| 65 12 | Q.    Since Mr. Hacker retired from the | | |
| 65 13 | military, have you noticed whether his hearing loss | | |
| 65 14 | or tinnitus has gotten worse? | | |
| 65 15 | A.    He has tinnitus all the time.  I mean | | |
| 65 16 | I can't say if it is getting worse because he | | |
| 65 17 | doesn't always tell me when he has it. | | |
| 65:18 - 65:25  Hacker, E 2020-09-25 | | | |
| 65 18 | Q.    You mentioned earlier that his | | |
| 65 19 | hearing loss and his tinnitus was progressing over | | |
| 65 20 | time.  Did you notice that after he retired from | | |
| 65 21 | the military, though? | | |
| 65 22 | A.    Again, I notice certain things, but I | | |
| 65 23 | don't know if it was actually me noticing it fully | | |
| 65 24 | progressing or if it has always been that bad.  I | | |

| | | | |
|---|---|---|---|
| 65 25 | am not him.  He hides things.  He is a man. | | |
| 68:7 - 69:12 | Hacker, E 2020-09-25 | **Re: [68:7-69:12]** | **OVERRULED** |
| 68 7 | Q.   Did Mr. Hacker ever hunt? | **Def Obj** Foundation (602) | |
| 68 8 | A.   Possibly once or twice. | | |
| 68 9 | Q.   When you say once or twice, do you | | |
| 68 10 | mean during the whole course of your marriage? | | |
| 68 11 | A.   I mean that my family owns acreage, | | |
| 68 12 | and I am sure he went once or twice with my | | |
| 68 13 | stepfather. | | |
| 68 14 | Q.   What types of weapons did he use to | | |
| 68 15 | hunt? | | |
| 68 16 | A.   Mostly bow.  I think he did use rifle | | |
| 68 17 | once or twice.  I don't -- I don't recall.  I | | |
| 68 18 | wasn't there. | | |
| 68 19 | Q.   Okay.  Who did he go with in your | | |
| 68 20 | family? | | |
| 68 21 | A.   My stepfather. | | |
| 68 22 | Q.   And what type of weapons does your | | |
| 68 23 | stepfather own? | | |
| 68 24 | A.   Bow and rifle. | | |
| 68 25 | Q.   Do you know what kind of rifle? | | |
| 69 1 | A.   No. | | |
| 69 2 | Q.   Do you know whether Mr. Hacker wore | | |
| 69 3 | hearing protection when he went hunting with your | | |
| 69 4 | stepfather? | | |
| 69 5 | A.   Always.  It is a family rule. | | |
| 69 6 | Q.   Did you ever see Mr. Hacker hunting? | | |
| 69 7 | A.   No.  Hunting is a solitary sport. | | |
| 69 8 | Q.   So you are just assuming that he wore | | |
| 69 9 | hearing protection? | | |
| 69 10 | A.   I know him, and I know my family's | | |
| 69 11 | policy.  If you don't wear hearing protection, you | | |
| 69 12 | are not allowed to hunt on the property. | | |
| 69:13 - 70:8 | Hacker, E 2020-09-25 | | |
| 69 13 | Q.   Okay.  Do you know what type of | | |
| 69 14 | hearing protection they used when they went | | |
| 69 15 | hunting? | | |
| 69 16 | A.   No.  I wasn't there. | | |
| 69 17 | Q.   Do you know what type of hearing | | |

| | |
|---|---|
| 69 18 | protection your family has that Mr. Hacker could |
| 69 19 | have used? |
| 69 20 | A.   I don't know exactly what it is, no. |
| 69 21 | Because I wasn't there. |
| 69 22 | Q.   So you have never seen any hearing |
| 69 23 | protection devices at your parents' house? |
| 69 24 | A.   I did not say that.  I said I don't |
| 69 25 | know what they are. |
| 70 1 | Q.   Have you ever seen hearing protection |
| 70 2 | devices at your parents' house? |
| 70 3 | A.   Many times over the course of my |
| 70 4 | life. |
| 70 5 | Q.   What did they look like? |
| 70 6 | A.   Again, they ranged from earbuds to |
| 70 7 | headphone-looking type.  But, again, that is over |
| 70 8 | the course of my thirty-five years. |

71:18 - 72:24   Hacker, E 2020-09-25

| | |
|---|---|
| 71 18 | Q.   How many places have you lived with |
| 71 19 | Mr. Hacker where you had a yard? |
| 71 20 | A.   Quite a few. |
| 71 21 | Q.   Which ones can you remember? |
| 71 22 | A.   Tennessee, Virginia, North Carolina, |
| 71 23 | North Carolina, Colorado, Nevada -- let's say seven |
| 71 24 | or eight. |
| 71 25 | Q.   Okay.  How big, roughly, were the |
| 72 1 | properties? |
| 72 2 | A.   Average size, except for the one that |
| 72 3 | was about two acres. |
| 72 4 | Q.   What do you mean by "average"? |
| 72 5 | A.   An average yard size.  I don't know |
| 72 6 | how big a yard really is. |
| 72 7 | Q.   More than an acre? |
| 72 8 | A.   I don't think an average yard is an |
| 72 9 | acre or more.  I don't know, honestly.  I never |
| 72 10 | measured the yards. |
| 72 11 | Q.   Did you ever see Mr. Hacker do any |
| 72 12 | yard work at any of those properties? |
| 72 13 | A.   Of course. |
| 72 14 | Q.   Did any of that yard work involve |

| | | |
|---|---|---|
| 72 15    power tools or tools that emit noise? | | |
| 72 16    A.    Lawn mowers, yeah. | | |
| 72 17    Q.    Any other tools? | | |
| 72 18    A.    I don't know exactly -- I don't | | |
| 72 19    remember which tools he used while doing yard work. | | |
| 72 20    Q.    Ever seen him use a weed whacker? | | |
| 72 21    A.    I am sure I have, yes. | | |
| 72 22    Q.    How often did Mr. Hacker mow the | | |
| 72 23    lawn? | | |
| 72 24    A.    When it was needed. | | |
| 73:12 - 73:22    Hacker, E 2020-09-25 | | |
| 73 12    Q.    (BY MR. CASTIGLIA:)  What type of | | |
| 73 13    lawn mower did you own? | | |
| 73 14    A.    A lawn mower. | | |
| 73 15    Q.    Did you push it or ride on it? | | |
| 73 16    A.    A push mower. | | |
| 73 17    Q.    Have you ever seen Mr. Hacker mow the | | |
| 73 18    lawn without hearing protection? | | |
| 73 19    A.    Never. | | |
| 73 20    Q.    What types of hearing protection did | | |
| 73 21    he use when he mowed the lawn? | | |
| 73 22    A.    It looked like headphone type things. | | |
| 74:1 - 74:4    Hacker, E 2020-09-25 | | |
| 74 1    Q.    Did you ever see Mr. Hacker do | | |
| 74 2    carpentry or woodworking? | | |
| 74 3    A.    Yeah. | | |
| 74 4    Q.    When was that? | | |
| 76:1 - 76:8    Hacker, E 2020-09-25 | **Re: [76:1-76:8]** | **OVERRULED** |
| 76 1    Q.    Did Mr. Hacker wear hearing | **Def Obj** Foundation (602) | |
| 76 2    protection when you saw him riding an ATV? | | |
| 76 3    A.    Always. | | |
| 76 4    Q.    What type of hearing protection did | | |
| 76 5    he wear? | | |
| 76 6    A.    Well, it was underneath his helmet, | | |
| 76 7    so I honestly wouldn't be able to tell you what it | | |
| 76 8    looked like. | | |
| 76:12 - 76:15    Hacker, E 2020-09-25 | | |
| 76 12    Q.    Did you ever attend any concerts with | | |
| 76 13    Mr. Hacker? | | |

76 14    A.    Once -- twice.  Sorry, twice.  We had
76 15    to leave both times because he couldn't handle it.
76:19 - 76:23   Hacker, E 2020-09-25
76 19    Q.    What types of music were they at the
76 20    concert?
76 21    A.    I honestly don't remember because it
76 22    wasn't something we personally wanted to go to.  It
76 23    was family functions.
76:25 - 77:15   Hacker, E 2020-09-25
76 25    A.    But we had to leave because it was --
77 1     Q.    Do you remember roughly when that
77 2     was?
77 3     A.    A couple of years ago.
77 4     Q.    Both of the concerts?
77 5     A.    Uh-huh.  And we had to leave.
77 6     Q.    You mentioned that.  Could you tell
77 7     me about that?
77 8     A.    He couldn't handle the noise.  We had
77 9     to leave.
77 10    Q.    What did he say about the noise?
77 11    A.    That it was too much, he couldn't
77 12    handle it, and we had to leave.
77 13    Q.    Was Mr. Hacker wearing hearing
77 14    protection at either of the concerts?
77 15    A.    I honestly don't remember.
77:16 - 77:18   Hacker, E 2020-09-25
77 16    Q.    Do you remember where you were
77 17    sitting?
77 18    A.    No.
77:19 - 78:10   Hacker, E 2020-09-25
77 19    Q.    Have you ever attended any sporting
77 20    events with Mr. Hacker?
77 21    A.    Yes.
77 22    Q.    Which sporting events?
77 23    A.    We went to one hockey -- two hockey
77 24    games and one football game.
77 25    Q.    And when did you go to those sporting
78 1     events?
78 2     A.    Various over the last thirteen years

| | | |
|---|---|---|
| 78 3  of our marriage.  I couldn't give you an exact | | |
| 78 4  date.  I don't remember the days. | | |
| 78 5  Q.    But three in total, was that right? | | |
| 78 6  A.    Yep. | | |
| 78 7  Q.    Did he wear hearing protection at any | | |
| 78 8  of those sporting events? | | |
| 78 9  A.    Actually, yes, he did.  He had | | |
| 78 10  earbuds for all of them. | | |
| 80:11 - 80:15   Hacker, E 2020-09-25 | **Re: [80:11-80:15]** **Def Obj** 3M MIL No. 17 | **OVERRULED** |
| 80 11   Q.    Has Mr. Hacker's hearing affected his | | |
| 80 12   parenting? | | |
| 80 13   A.    There are times that he doesn't hear | | |
| 80 14   everything properly, so he has to go back and | | |
| 80 15   readdress things. | | |
| 80:16 - 80:19   Hacker, E 2020-09-25 | **Re: [80:16-80:19]** **Def Obj** 3M MIL No. 17, Hearsay (801, 802) | **OVERRULED** |
| 80 16   Q.    So have your children ever expressed | | |
| 80 17   difficulty communicating with Mr. Hacker? | | |
| 80 18   A.    They have expressed frustration when | | |
| 80 19   he doesn't hear them properly, yes. | | |

# Madison 2019-12-10

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Objection | Rulings |
|---|---|---|
| 8:15 - 8:18   Madison 2019-12-10 | | |
| 8 15    The Court Reporter is Juliana Zajicek, who | | |
| 8 16    will now swear in the witness. | | |
| 8 17    (WHEREUPON, the witness was duly | | |
| 8 18    sworn.) | | |
| 8:17 - 9:3   Madison 2019-12-10 | | |
| 8 17    (WHEREUPON, the witness was duly | | |
| 8 18    sworn.) | | |
| 8 19    TED MADISON, | | |
| 8 20    called as a witness herein, having been first duly | | |
| 8 21    sworn, was examined and testified as follows: | | |
| 8 22    EXAMINATION | | |
| 8 23    BY MR. PIRTLE: | | |
| 8 24    Q.   Good morning. | | |
| 8 25    A.   Good morning. | | |
| 9 1    Q.   Would you please state your name for the | | |
| 9 2    record? | | |
| 9 3    A.   Ted Madison. | | |
| 9:1 - 9:3   Madison 2019-12-10 | | |
| 9 1    Q.   Would you please state your name for the | | |
| 9 2    record? | | |
| 9 3    A.   Ted Madison. | | |
| 11:2 - 11:7   Madison 2019-12-10 | | |
| 11 2    Q.   And you are retired? | | |
| 11 3    A.   I am retired from 3M. I continue to work | | |
| 11 4    as an audiologist in St. Paul. | | |
| 11 5    Q.   Okay.  You are retired from 3M, and you | | |
| 11 6    had been employed by 3M for how long? | | |
| 11 7    A.   From 1992 until 2019. | | |
| 18:19 - 19:5   Madison 2019-12-10 | | |
| 18 19    Q.   All right.  When you started at 3M, and | | |
| 18 20    I'm going to just jump forward a little bit, can you | | |
| 18 21    walk me through your progression? | | |
| 18 22    A.   Sure.  3M in '92 had a hearing aid | | |
| 18 23    business.  They were manufacturing hearing aids and I | | |
| 18 24    was hired to work in that business as a, I think we | | |
| 18 25    called it a professional service representative.  So | | |
| 19 1    it was not a sales position, but a training, education | | |

|         |       |                                                        |
|---------|-------|--------------------------------------------------------|
| 19 2    |       | position.                                              |
| 19 3    |       | Q.   Would you be training the sales force,            |
| 19 4    |       | would you be training doctors, or both?                |
| 19 5    |       | A.   Both.                                             |

19:16 - 19:25   Madison 2019-12-10

|         |       |                                                        |
|---------|-------|--------------------------------------------------------|
| 19 16   |       | Q.   What's next?                                      |
| 19 17   |       | A.   Yeah.  So from '92 to '96 I was in that           |
| 19 18   |       | role and in 1996 I changed positions and joined what   |
| 19 19   |       | was called then the Occupational Health and            |
| 19 20   |       | Environmental Safety Division, or OHESD, at 3M, yeah.  |
| 19 21   |       | Q.   Yeah.                                             |
| 19 22   |       | A.   And that -- that is the business that I           |
| 19 23   |       | was with the remainder of my time at 3M.  It became    |
| 19 24   |       | known as the Personal Safety Division.  Many years     |
| 19 25   |       | later it was renamed.                                  |

20:12 - 21:8    Madison 2019-12-10

|         |       |                                                        |
|---------|-------|--------------------------------------------------------|
| 20 12   |       | Q.   And what did your role at 3M starting in          |
| 20 13   |       | '96 in the Personal Safety Division, or PSD, involve?  |
| 20 14   |       | A.   I was part of the technical service               |
| 20 15   |       | department and we provided technical education and     |
| 20 16   |       | support for a wide range of safety products, personal  |
| 20 17   |       | safety products.                                       |
| 20 18   |       | Q.   I've got a document I'll show you in a            |
| 20 19   |       | minute and we may go over this in a little bit more    |
| 20 20   |       | detail.                                                |
| 20 21   |       | How long did you -- about how long did you             |
| 20 22   |       | maintain that job or that role?                        |
| 20 23   |       | A.   Well, essentially that was the role I held        |
| 20 24   |       | my entire time from then forward.  There were          |
| 20 25   |       | different titles.  So I started out at one level,      |
| 21 1    |       | technical service representative, and then as you get  |
| 21 2    |       | promoted you become a technical service specialist,    |
| 21 3    |       | but it -- the role was essentially doing the same      |
| 21 4    |       | types of tasks with greater responsibility over time.  |
| 21 5    |       | Q.   That's what I was just fixing to ask you.         |
| 21 6    |       | Did you -- you gained greater responsibility over      |
| 21 7    |       | time?                                                  |
| 21 8    |       | A.   Yes.                                              |

| | | |
|---|---|---|
| 23:15 - 23:23   Madison 2019-12-10 | | |
| 23 15   Q.   Did your role change any after the | | |
| 23 16   acquisition of Aearo in 2008? | | |
| 23 17   A.   I wouldn't say the job description | | |
| 23 18   changed. The -- we went from having a few products | | |
| 23 19   that I was responsible for to having many products in | | |
| 23 20   this category, so, by acquiring -- so, yeah, it took | | |
| 23 21   on more product responsibilities. | | |
| 23 22   Q.   Okay. | | |
| 23 23   A.   Similar role, though. | | |
| 24:4 - 24:13   Madison 2019-12-10 | | |
| 24 4   Q.   And it sound to me like what you are | | |
| 24 5   telling me is a lot of the products that were shifted | | |
| 24 6   over to your bailiwick, the personal protective -- | | |
| 24 7   A.   Um-hum. | | |
| 24 8   Q.   -- or professional protective area, came | | |
| 24 9   from Aearo? | | |
| 24 10   A.   Yes. My primary responsibility was | | |
| 24 11   hearing protection. | | |
| 24 12   Q.   All right. Earplugs? | | |
| 24 13   A.   Yes, and earmuffs. | | |
| 24:14 - 24:18   Madison 2019-12-10 | **Re: [24:14-24:18]** | **SUSTAINED** |
| 24 14   Q.   That's what we are here about. | **Def Obj** Relevance (401, 402) | |
| 24 15   A.   It is. | | |
| 24 16   Q.   I assume -- I assume you learned that in | | |
| 24 17   preparation? | | |
| 24 18   A.   Indeed. | | |
| 24:19 - 25:4   Madison 2019-12-10 | | |
| 24 19   Q.   And, in fact, I think I've got a set of | | |
| 24 20   these things. I'm not going to mark them because they | | |
| 24 21   are scarce -- scarce these days, but I'll hand them | | |
| 24 22   over to you and ask you to identify them if you don't | | |
| 24 23   mind? | | |
| 24 24   A.   These appear to be the dual-end Combat | | |
| 24 25   Arms Earplugs. | | |
| 25 1   Q.   And those dual-end Combat Earplugs are | | |
| 25 2   known as Version 2 that I handed you? | | |
| 25 3   A.   I think most people would refer to them as | | |
| 25 4   Version 2. | | |

27:3 - 27:7   Madison 2019-12-10

   27 3     Q.   Now, there was a civilian counterpart to

   27 4     that called ARC?

   27 5     A.   E -- E-A-R ARC Plug, yes.

   27 6     Q.   And I would assume that was under your --

   27 7     A.   Yes.

27:8 - 27:8   Madison 2019-12-10

   27 8     Q.   -- bailiwick?

31:16 - 31:19   Madison 2019-12-10

   31 16     Q.   All right.  Certainly the ARC Plug was the

   31 17     same except for the color?

   31 18     A.   That was my understanding.

   31 19     Q.   Now, in fairness, this Combat Arms plug

31:20 - 31:23   Madison 2019-12-10

   31 20     was already being marketed to the military before you

   31 21     took responsibility for the ARC Blast plugs or the ARC

   31 22     Plugs, correct?

   31 23     A.   Yes.

32:10 - 32:23   Madison 2019-12-10

   32 10     Q.   So are you familiar with where the filter

   32 11     came from?

   32 12     A.   Can you explain?

   32 13     Q.   Sure.

   32 14     I -- I've read some promotional material,

   32 15     which we are going to go over in a minute or in an

   32 16     hour or so, and it talks about this is patented

   32 17     technology, this passive filtration system.

   32 18     Are you familiar with where that

   32 19     technology came from?

   32 20     A.   I under -- understood it to be developed

   32 21     at Institute Saint-Louis, ISL.

   32 22     Q.   And that's an institute in France?

   32 23     A.   I believe it is.

38:10 - 38:12   Madison 2019-12-10

   38 10     Q.   Let me hand you what I've marked as

   38 11     Exhibit 3 --

   38 12     A.   Thank you.

38:23 - 39:4   Madison 2019-12-10

   38 23     Q.   What is it?

| | |
|---|---|
| 38 24 | A.   It's a description of job |
| 38 25 | responsibilities, goals and results for 2015 for my |
| 39 1 | position. |
| 39 2 | Q.   Is this something you would have input |
| 39 3 | into? |
| 39 4 | A.   I wrote it. |

40:6 - 40:17   Madison 2019-12-10

| | |
|---|---|
| 40 6 | Q.   So in this particular document, Exhibit 3, |
| 40 7 | you list job responsibilities. |
| 40 8 | Is this a -- a -- a fair and accurate |
| 40 9 | depiction of your job responsibilities at least as of |
| 40 10 | 2015? |
| 40 11 | A.   Yes, I think so. |
| 40 12 | Q.   And how long had these job |
| 40 13 | responsibilities been the same before 2015? |
| 40 14 | A.   I couldn't say for sure how long. |
| 40 15 | Q.   Give me your best estimate. |
| 40 16 | A.   I would -- I would say since 2008, since |
| 40 17 | the Aearo acquisition. |

41:5 - 41:16   Madison 2019-12-10

| | |
|---|---|
| 41 5 | Q.   "Support growth of 3M global hearing |
| 41 6 | protection business by:  Enhancing the technical |
| 41 7 | knowledge and skills of 3M technical, marketing and |
| 41 8 | sales." |
| 41 9 | Did I read that reasonably correct? |
| 41 10 | A.   Yes. |
| 41 11 | Q.   And what I take from this, and I think |
| 41 12 | we've already talked about it, you trained and helped |
| 41 13 | 3M technical people and 3M marketing people and 3M |
| 41 14 | salespeople in the hearing protection business? |
| 41 15 | A.   Hearing protection and more broadly |
| 41 16 | hearing conservation. |

41:17 - 41:24   Madison 2019-12-10

| | |
|---|---|
| 41 17 | Q.   What's the difference? |
| 41 18 | A.   Hearing protection is only one part of |
| 41 19 | hearing conservation.  Hearing conservation involves |
| 41 20 | assessing the hazard, controlling noise, providing |
| 41 21 | hearing protection, doing -- conducting annual hearing |
| 41 22 | tests, monitoring the health of the worker, training |

41 23      workers.  So those are all components of hearing
41 24      conservation.
42:4 - 43:8    Madison 2019-12-10
42 4      Q.   "Developing tools and technical documents
42 5      to help 3M customers select, fit, and use hearing
42 6      protectors more effectively."
42 7      Did I read that reasonably correct?
42 8      A.   Yes.
42 9      Q.   Is another part of hearing conster --
42 10     conservation selection, fit and use of the protection?
42 11     A.   Yes.
42 12     Q.   "Contributing customer-focused input and
42 13     science-based understanding of hearing protection to
42 14     new product development teams as the technical service
42 15     representative."
42 16     Explain that a little bit to me.
42 17     A.   So one of our roles as a technical service
42 18     specialist or representative is to -- within a product
42 19     development team, to bring the customer, the end
42 20     user's perspective to the team.  So you would have
42 21     product developers, marketers, laboratory people, and
42 22     it was our -- our responsibility to understand, Okay,
42 23     here is a new product, how would the customer use it,
42 24     what would be the challenges, what would be their
42 25     perspective on whether this is an acceptable product.
43 1      And then we would take those products as they were
43 2      being developed out to test them with customers, get
43 3      their feedback.
43 4      So we were, I would call it, kind of the
43 5      liaison between the customer and the -- the
43 6      laboratory, try to take products to the customer,
43 7      evaluate them, come back to the laboratory, bring the
43 8      customer's perspective to the developers.
43:9 - 43:19    Madison 2019-12-10
43 9      Q.   So you would have developers within 3M
43 10     that would be working on a certain new product?
43 11     A.   Yes.
43 12     Q.   All right.  And --
43 13     A.   Or modifying an old one, yeah.

| | | |
|---|---|---|
| 43 14  Q.   To fit a customer's specific needs? | | |
| 43 15  A.   Yes. | | |
| 43 16  Q.   And then you would be involved in the | | |
| 43 17  evaluation process of how that actually does or | | |
| 43 18  doesn't fit the customer's specific needs? | | |
| 43 19  A.   Yes. | | |
| 57:21 - 58:11   Madison 2019-12-10 | **Re: [57:21-58:11]** | **SUSTAINED** |
| 57 21  Q.   Did you also deal with EPA? | **Def Obj** Relevance (401, 402); | |
| 57 22  A.   Do you have -- I'm not sure, when you say | Prejudice (403) | |
| 57 23  "deal with," what do you mean? | | |
| 57 24  Q.   Well, what I mean is, did you represent 3M | | |
| 57 25  in front of EPA or at a -- or at EPA? | | |
| 58 1   A.   Yes, I participated in a -- in a hearing | | |
| 58 2   in Washington at least one.  I don't recall if there | | |
| 58 3   was a second one.  I can't say for sure. | | |
| 58 4   Q.   And what year was that? | | |
| 58 5   A.   I may not have it right.  I believe it was | | |
| 58 6   2004, but I'm not 100 percent certain of that.  It was | | |
| 58 7   in that timeframe, early 2000s. | | |
| 58 8   Q.   I'll tell you what, let me mark as | | |
| 58 9   Exhibit 4 what I believe is a -- it is a workshop on | | |
| 58 10  protective devices, Washington, D.C. March 27, 28th, | | |
| 58 11  2003. | | |
| 58:12 - 58:15   Madison 2019-12-10 | **Re: [58:12-58:15]** | **OVERRULED** |
| 58 12  (WHEREUPON, a certain document was | **Def Obj** Relevance (401, 402); | |
| 58 13  marked Ted Madison Deposition Exhibit | Prejudice (403); hearsay (801, 802) | |
| 58 14  No. 4, for identification, as of | | |
| 58 15  12/10/2019.) | | |
| 58:19 - 58:19   Madison 2019-12-10 | **Re: [58:19-58:19]** | **OVERRULED** |
| 58 19  Q.   Looking at Exhibit 4, do you recognize it? | **Def Obj** Relevance (401, 402); | |
| | Prejudice (403) | |
| 59:1 - 59:1   Madison 2019-12-10 | **Re: [59:1-59:1]** | **OVERRULED** |
| 59 1   Yes, I recognize this. | **Def Obj** Relevance (401, 402); | |
| | Prejudice (403) | |
| 59:12 - 59:19   Madison 2019-12-10 | **Re: [59:12-59:19]** | **OVERRULED** |
| 59 12  Q.   If -- if you will allow me, this is a | **Def Obj** Relevance (401, 402); | |
| 59 13  document that reflects some testimony that you gave in | Prejudice (403); Hearsay (801, 802) | |
| 59 14  2003 to the EPA? | | |
| 59 15  A.   Yes, it does. | | |

| | | |
|---|---|---|
| 59 16    Q.   And is this an internal 3M document or is<br>59 17    it an EPA document or do you know?<br>59 18    A.   I believe it is on the EPA docket that's<br>59 19    publicly available, yeah. | | |
| 60:3 - 60:24  Madison 2019-12-10<br>60 3    Q.   Did you stand up and give a presentation?<br>60 4    A.   That's a good question.  I -- I believe I<br>60 5    did, but I don't -- I don't have a strong recollection<br>60 6    of that.<br>60 7    Q.   But you remember it was in Washington,<br>60 8    D.C.?<br>60 9    A.   I do.<br>60 10   Q.   At the EPA offices?<br>60 11   A.   Yes, sir.<br>60 12   Q.   And there was more than you there, there<br>60 13   was --<br>60 14   A.   It was a very large group.<br>60 15   Q.   And what was EPA considering?<br>60 16   A.   They were considering updating<br>60 17   Regulation 40 CFR 211.<br>60 18   Q.   Okay.  And what is Regulation 40 CFR 211?<br>60 19   A.   That's the hearing protector labeling<br>60 20   statute.<br>60 21   Q.   Does EPA, at least for the products that<br>60 22   you dealt with before you retired, regulate labeling?<br>60 23   A.   Yes, they do, labeling of hearing<br>60 24   protectors. | **Re: [60:3-60:24]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |
| 61:5 - 61:6  Madison 2019-12-10<br>61 5    Q.   And were you representing 3M?<br>61 6    A.   Yes, I was. | **Re: [61:5-61:6]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |
| 61:7 - 61:20  Madison 2019-12-10<br>61 7    Q.   It says:<br>61 8    "Today I would like to speak to 3 main<br>61 9    points.<br>61 10   "1. Based on my observations of and<br>61 11   conversations with hearing protection users and<br>61 12   hearing conservation program administrators, I am<br>61 13   convinced that the packages of hearing protectors need<br>61 14   to bear labels that communicate more clearly and | **Re: [61:7-61:20]**<br>**Def Obj** Multiple hearsay (801, 802);<br>Relevance (401, 402); Prejudice (403) | **OVERRULED** |

| | | |
|---|---|---|
| 61 15   accurately the product performance characteristics and<br>61 16   the use conditions that impact the effectiveness of<br>61 17   that product in the workplace or in non-occupational<br>61 18   settings."<br>61 19   Did I read that reasonably correct?<br>61 20   A.  Yes, sir. | | |
| **61:21 - 62:12**   Madison 2019-12-10<br>61 21   Q.  It -- now, this is based on your own<br>61 22   observations and conversations, is -- is how you<br>61 23   started?<br>61 24   A.  Based on my experience, yes.<br>61 25   Q.  That's a good way of putting it.<br>62 1   A.  Yeah.<br>62 2   Q.  Based on your experience, what you are<br>62 3   basically saying is that you believe that the labels<br>62 4   should communicate more clearly and accurately the<br>62 5   product's performance characteristics and use<br>62 6   conditions that impact the effectiveness of the<br>62 7   product wherever it's used?<br>62 8   A.  Yes.<br>62 9   Q.  And labeling being what?<br>62 10   A.  Labeling in this context specifically<br>62 11   referring to the noise reduction rating label, NRR,<br>62 12   and the accompanying supporting information. | **Re: [61:21-62:12]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |
| **62:22 - 63:1**   Madison 2019-12-10<br>62 22   Q.  Sure.  Well, let me just do it this way:<br>62 23   What is NRR?<br>62 24   A.  The NRR is a numeric indicator of the<br>62 25   performance of the hearing protector in the<br>63 1   laboratory. | | |
| **63:2 - 63:5**   Madison 2019-12-10<br>63 2   Q.  Okay.  It's what -- it is -- it is how it<br>63 3   is -- it -- it is able to perform within a laboratory<br>63 4   setting that it would get its NRR?<br>63 5   A.  Correct. | **Re: [63:2-63:5]**<br>**Pltf Obj** cumulative | **SUSTAINED** |
| **63:6 - 63:11**   Madison 2019-12-10<br>63 6   Q.  And the rest of the information that comes<br>63 7   with the NRR would be indication -- I mean, the<br>63 8   indications for use, those type of things? | | |

| | | |
|---|---|---|
| 63 9      A.   Yes.  The EPA calls it supporting | | |
| 63 10    information, so there is a prescribed verbiage that's | | |
| 63 11    to be included on all packages sold in the US. | | |
| 63:12 - 63:17    Madison 2019-12-10 | **Re: [63:12-63:17]** | **OVERRULED** |
| 63 12    Q.   And: "Secondly, there is widespread | **Def Obj** Relevance (401, 402); | |
| 63 13    agreement within the hearing conservation | Prejudice (403); multiple hearsay (801, | |
| 63 14    professionals that hearing" -- "that the hearing | 802) | |
| 63 15    protector labeling currently required by the | | |
| 63 16    United States EPA, under federal regulation 40 part | | |
| 63 17    211, is inadequate and misleading." | | |
| 63:18 - 63:19    Madison 2019-12-10 | | |
| 63 18    Did I read that reasonably correct? | | |
| 63 19    A.   Sorry.  Yes, you did. | | |
| 63:20 - 64:13    Madison 2019-12-10 | **Re: [63:20-64:13]** | **OVERRULED** |
| 63 20    Q.   In what way were you talking about it | **Def Obj** Relevance (401, 402); | |
| 63 21    being inadequate and misleading? | Prejudice (403) | |
| 63 22    A.   I believe what I meant when I wrote that | | |
| 63 23    was that the existing NRR and supporting information | | |
| 63 24    that's part of that, we'll call that the label, all of | | |
| 63 25    that information.  There are statements within that | | |
| 64 1    that an end user or a consumer might find misleading | | |
| 64 2    or they might misunderstand. | | |
| 64 3    Q.   Give me an example. | | |
| 64 4    A.   A couple of examples, there is a statement | | |
| 64 5    on the NRR label, and I don't have it in front of me, | | |
| 64 6    but to the effect that the range of NRRs are from 0 to | | |
| 64 7    30, or I believe it is something like that.  Higher -- | | |
| 64 8    a higher number indicates greater protection or | | |
| 64 9    something like that.  I -- I don't know the exact | | |
| 64 10    wording.  And that -- that is not an accurate | | |
| 64 11    statement based on my experience that a higher number | | |
| 64 12    is -- is -- is an indicator of more protection.  So | | |
| 64 13    that's one example. | | |
| 64:14 - 64:16    Madison 2019-12-10 | **Re: [64:14-64:16]** | **OVERRULED** |
| 64 14    Q.   Let me see if I understand, and I think I | **Def Obj** Relevance (401, 402); | |
| 64 15    was getting to that when I rephrased the question | Prejudice (403) | |
| 64 16    and -- and said, Well, tell me about NRR. | | |
| 64:17 - 65:5    Madison 2019-12-10 | | |
| 64 17    NRR is an -- is an estimate within a | | |

| | | |
|---|---|---|
| 64 18    laboratory of the noise reduction rating of an implant | | |
| 64 19    and it might not be indicative of what it -- what is | | |
| 64 20    actually going on with -- out in the field with the | | |
| 64 21    people, is that fair? | | |
| 64 22    A.   Yes, I -- I would say that's correct, that | | |
| 64 23    it's not necessarily a good predictor of individual | | |
| 64 24    attenuation in the workplace. | | |
| 64 25    Q.   All right.  Fair enough. | | |
| 65 1    So you might get an earplug that has an | | |
| 65 2    NRR of 30 that doesn't do as good a job protecting | | |
| 65 3    your hearing, under certain circumstances, as a | | |
| 65 4    hearing plug that had an NRR of 26? | | |
| 65 5    A.   Correct. | | |
| 65:6 - 65:6    Madison 2019-12-10 | **Re: [65:6-65:6]** | **SUSTAINED** |
| 65 6    Q.   See, I can learn. | **Def Obj** attorney colloquy, relevance (401, 402) | |
| 65:7 - 65:12    Madison 2019-12-10 | **Re: [65:7-65:12]** | **OVERRULED** |
| 65 7    And then third -- "Thirdly, 3M believes | **Def Obj** Relevance (401, 402); Prejudice (403); multiple hearsay (801, 802) | |
| 65 8    that the users of hearing protectors and employers who | | |
| 65 9    provide hearing conservation programs for their | | |
| 65 10    employees will benefit from improved hearing protector | | |
| 65 11    labeling, should the EPA go forward with changes to | | |
| 65 12    the rules contained in 40 part 11 (sic)." | | |
| 65:16 - 66:25    Madison 2019-12-10 | **Re: [65:16-66:25]** | **OVERRULED** |
| 65 16    Q.   211. | **Def Obj** Relevance (401, 402); Prejudice (403); multiple hearsay (801, 802) | |
| 65 17    That's basically a restate of -- or a | | |
| 65 18    summation of what you are saying, you want the rules | | |
| 65 19    changed? | | |
| 65 20    A.   Right.  I wanted EPA to understand that | | |
| 65 21    this would have some benefit to the end user.  That's | | |
| 65 22    a big issue when you are changing a regulation.  Why | | |
| 65 23    are we doing this?  Because it will benefit people. | | |
| 65 24    Q.   Turn over to your testimony on Page 158. | | |
| 65 25    Let me see if I can read this correctly. | | |
| 66 1    This is you to EPA, correct? | | |
| 66 2    A.   These are my comments to the EPA hearing, | | |
| 66 3    yes. | | |
| 66 4    Q.   "One challenged" -- "One challenge faced | | |
| 66 5    currently by HPD manufacturers is the test-retest | | |

| | | | |
|---|---|---|---|
| 66 6 | variability of real-ear attenuation measurements." | | |
| 66 7 | Did I read that reasonably correct? | | |
| 66 8 | A.   Yes. | | |
| 66 9 | Q.   Now, HPD standing for hearing protective | | |
| 66 10 | device manufacturers? | | |
| 66 11 | A.   Yes. | | |
| 66 12 | Q.   And when you say "test-retest variability | | |
| 66 13 | of real-ear attenuation measurements," what are you | | |
| 66 14 | talking about? | | |
| 66 15 | A.   The real-ear attenuation test, referred to | | |
| 66 16 | as REAT, R-E-A-T, is the test that's performed as the | | |
| 66 17 | basis for determining the NRR, the noise reduction | | |
| 66 18 | rating.  So real-ear attenuation is the laboratory | | |
| 66 19 | test method for determining the NRR and the | | |
| 66 20 | attenuation values. | | |
| 66 21 | Q.   And -- | | |
| 66 22 | A.   And test-retest variability relates | | |
| 66 23 | exactly to that, is if I retest a product using a | | |
| 66 24 | certain procedure how variable are the results, how | | |
| 66 25 | consistent are they. | | |
| 67:6 - 67:8   Madison 2019-12-10 | | | |
| 67 6 | This variability, there can be variability | | |
| 67 7 | in determining the tests that are used to determine | | |
| 67 8 | NRR of a certain product? | | |
| 67:11 - 67:12   Madison 2019-12-10 | | | |
| 67 11 | A.   There is variability in the REAT test, | | |
| 67 12 | yes. | | |
| 68:13 - 68:17   Madison 2019-12-10 | | **Re: [68:13-68:17]** | **OVERRULED** |
| 68 13 | If you are selling your product in a | **Def Obj** Foundation (602); relevance | |
| 68 14 | blister pack in Cabela's and a fellow is walking | (401, 402) | |
| 68 15 | around there looking for hearing protection, the only | | |
| 68 16 | thing they might look at is an NRR and they'll look, | | |
| 68 17 | say, I know higher is better, and they buy it? | | |
| 68:20 - 68:22   Madison 2019-12-10 | | **Re: [68:20-68:22]** | **OVERRULED** |
| 68 20 | Q.   Is that your experience? | **Def Obj** Speculation; foundation (602); | |
| 68 21 | A.   I don't know what motivates all users, but | relevance (401, 402) | |
| 68 22 | many users would be motivated by a high NRR, I assume. | | |
| 69:24 - 71:2   Madison 2019-12-10 | | **Re: [69:24-71:2]** | **OVERRULED** |
| 69 24 | Q.   "In cases where a single product is tested | **Def Obj** Relevance (401, 402); | |

| | | |
|---|---|---|
| 69 25   more than once, and the test data yield different<br>70 1   ratings, the EPA needs to provide clear rules for<br>70 2   determining which NRR is to be printed on the label.<br>70 3   Given the 'bigger is better,'" in quotation marks,<br>70 4   "mentality in the industry, with regard to NRR, it is<br>70 5   conceivable that HPD manufacturers have, in the past,<br>70 6   or may, in the future, attempt to obtain a desired<br>70 7   NRR, not by improving the product in a meaningful way,<br>70 8   but by retesting a product repeatedly; rolling the<br>70 9   dice, if you will, in hope that the variability of the<br>70 10   test data will eventually yield a higher number."<br>70 11   Did I read that reasonably correct?<br>70 12   A.   Yes, you did.<br>70 13   Q.   So what you -- and -- and this is what I<br>70 14   was getting at and I -- the term "bigger is better" in<br>70 15   quotation marks, that mentality, that industry<br>70 16   mentality, what you are referring to, a bigger number<br>70 17   on the NRR is better, that is --<br>70 18   A.   That's a pervasive I -- idea or mentality<br>70 19   that -- that -- that employers often see a higher number<br>70 20   and they think this is going to protect my workers<br>70 21   more, so I'll go for that one.<br>70 22   Q.   Well, I should have used the employer<br>70 23   example, but -- and -- and and I -- like I say,<br>70 24   and -- and they will buy that product over a product<br>70 25   that has a lower NRR on the belief that this will<br>71 1   protect my employees better?<br>71 2   A.   That's been my experience, yes. | Prejudice (403); multiple hearsay (801, 802) | |
| 71:3 - 71:4   Madison 2019-12-10<br>71 3   Q.   And companies, HPD manufacturers, know of<br>71 4   that type of a "bigger is better" mentality, correct? | Re: [71:3-71:4]<br>**Def Obj** Speculation; foundation (602); compound (611, 403); Relevance (401, 402); Prejudice (403); multiple hearsay (801, 802) | **SUSTAINED** |
| 71:7 - 71:10   Madison 2019-12-10<br>71 7   Q.   You certainly did?<br>71 8   A.   Yes, I -- I would say that HPD<br>71 9   manufacturers try to meet the demand for higher NRR<br>71 10   products. | Re: [71:7-71:10]<br>**Def Obj** Foundation (602); compound (611, 403); Relevance (401, 402); Prejudice (403); multiple hearsay (801, 802) | **OVERRULED** |

| 71:11 - 71:25 | Madison 2019-12-10 | Re: [71:11-71:25] | **OVERRULED** |
|---|---|---|---|
| 71 11 | Q.   And you say: | **Def Obj** Relevance (401, 402); | |
| 71 12 | "It's conceivable that the..." hearing | Prejudice (403); Multiple hearsay (801, | |
| 71 13 | protective device"...manufacturers have, in the past, | 802) | |
| 71 14 | or may, in the future, attempt to obtain a desired | | |
| 71 15 | NRR, not by improving the product in a meaningful way, | | |
| 71 16 | but by retesting the product repeatedly; rolling the | | |
| 71 17 | dice, if you will, in hope that the variability of the | | |
| 71 18 | test data will eventually yield a higher number." | | |
| 71 19 | And what you are basically saying is, you | | |
| 71 20 | all need -- EPA needs to pass a rule that clarifies if | | |
| 71 21 | you test it once, what number -- well, when you test | | |
| 71 22 | it once, you have a number, if you test it twice, how | | |
| 71 23 | do you report the two test results versus three or -- | | |
| 71 24 | or the like? | | |
| 71 25 | A.   Exactly, that's what I was driving at. | | |
| 72:7 - 72:17 | Madison 2019-12-10 | Re: [72:7-72:17] | **OVERRULED** |
| 72 7 | Q.   What you are describing here is a | **Def Obj** Relevance (401, 402); | |
| 72 8 | manufacturer that -- that could, conceivably, test a | Prejudice (403); multiple hearsay (801, | |
| 72 9 | product, get a lower NRR, then test it again and get a | 802) | |
| 72 10 | higher NRR and then use that NRR, the higher one, on | | |
| 72 11 | the labeling mandated by EPA? | | |
| 72 12 | A.   Yes, that -- that's the concern. | | |
| 72 13 | Q.   And -- and you are saying, and I think | | |
| 72 14 | rightfully so, Hey, we need to put some rules around | | |
| 72 15 | this to figure out what we are going to do with one | | |
| 72 16 | test, two tests, three tests and the like? | | |
| 72 17 | A.   Right, yes. | | |
| 72:18 - 72:23 | Madison 2019-12-10 | Re: [72:18-72:23] | **OVERRULED** |
| 72 18 | Q.   And -- and you don't -- and you are saying | **Def Obj** Relevance (401, 402); | |
| 72 19 | if you improve the product in a meaningful way and | Prejudice (403); multiple hearsay (801, | |
| 72 20 | retest, that's great, but just simply retesting for | 802) | |
| 72 21 | the sake of retesting, because there is variability, I | | |
| 72 22 | guess, in the retesting? | | |
| 72 23 | A.   There is. | | |
| 72:24 - 73:2 | Madison 2019-12-10 | Re: [72:24-73:2] | **OVERRULED** |
| 72 24 | Q.   And -- and on a lot of different levels, | **Def Obj** Foundation (602); vague, | |
| 72 25 | and we can get to it, but there is variability in | compound (611, 403) | |

| | | |
|---|---|---|
| 73 1    retesting, rolling the dice and see what comes up<br>73 2    is -- is not the way we need to run this industry? | | |
| 73:6 - 73:8   Madison 2019-12-10<br>73 6    A.   That was my point, I wanted to see greater<br>73 7    clarity as to how manufacturers could do that<br>73 8    consistently. | **Re: [73:6-73:8]**<br>**Def Obj** Foundation (602); vague, compound (611, 403) | **OVERRULED** |
| 73:9 - 74:1   Madison 2019-12-10<br>73 9    Q.   "EPA should discourage this practice by<br>73 10    including in revised labeling rules specific criteria<br>73 11    for when and if a manufacturer must modify its<br>73 12    published NRR to reflect newly acquired performance<br>73 13    data."<br>73 14    Did I read that reasonably correct?<br>73 15    A.   Yes.<br>73 16    Q.   "By defining these criteria carefully, the<br>73 17    EPA can help protect customers (sic) from false claims<br>73 18    of improved product performance that are based on<br>73 19    statistically insignificant variations in test<br>73 20    results."<br>73 21    Did I read that correctly?<br>73 22    A.   Yes.<br>73 23    Q.   And that's -- that's a practice that you<br>73 24    were encouraging in 2003 representing 3M in front of<br>73 25    EPA?<br>74 1    A.   Yes. | **Re: [73:9-74:1]**<br>**Def Obj** Relevance (401, 402); Prejudice (403); multiple hearsay (801, 802) | **OVERRULED** |
| 74:4 - 74:5   Madison 2019-12-10<br>74 4    Q.   And you still agree with that today?<br>74 5    A.   Yes. | **Re: [74:4-74:5]**<br>**Def Obj** Relevance (401, 402); Prejudice (403); multiple hearsay (801, 802) | **OVERRULED** |
| 74:9 - 74:14   Madison 2019-12-10<br>74 9    Q.   So it's -- so the hearing protection<br>74 10    device industry today, even as you are retired, is<br>74 11    still operating under this -- these rules where you<br>74 12    can -- you say "roll the dice," I say "pitch until you<br>74 13    win," with these NRR numbers?<br>74 14    MR. FIELDS:  Objection; form. | **Re: [74:9-74:14]**<br>**Def Obj** Foundation (602); assumes facts; argumentative (611, 403); Relevance (401, 402); Prejudice (403); hearsay (801, 802) | **OVERRULED** |
| 74:16 - 74:18   Madison 2019-12-10<br>74 16    A.   I wouldn't say that the EPA rules allow | **Re: [74:16-74:18]**<br>**Def Obj** Foundation (602); assumes facts; argumentative (611, 403); | **OVERRULED** |

| | | | |
|---|---|---|---|
| 74 17 | that.  I was asking for tighter rules that would make | Relevance (401, 402); Prejudice (403); | |
| 74 18 | it more clear that that's not acceptable. | hearsay (801, 802) | |
| 78:21 - 78:24 | Madison 2019-12-10 | **Re: [78:21-78:24]** | **OVERRULED** |
| 78 21 | (WHEREUPON, a certain document was | **Def Obj** Foundation (602) | |
| 78 22 | marked Ted Madison Deposition Exhibit | | |
| 78 23 | No. 5, for identification, as of | | |
| 78 24 | 12/10/2019.) | | |
| 79:7 - 79:8 | Madison 2019-12-10 | **Re: [79:7-79:8]** | **OVERRULED** |
| 79 7 | Q.  I'm going to hand you what I've marked as | **Def Obj** Foundation (602) | |
| 79 8 | Exhibit 5 to your deposition and ask you to review it. | | |
| 79:9 - 79:9 | Madison 2019-12-10 | **Re: [79:9-79:9]** | **SUSTAINED** |
| 79 9 | MR. HUNGER:  We have it, Tom.  Hang on. | **Def Obj** Relevance (401, 402); | |
| | | Foundation (602) | |
| 79:24 - 81:22 | Madison 2019-12-10 | **Re: [79:24-81:22]** | **OVERRULED** |
| 79 24 | Q.   When is the last time you saw this | **Def Obj** Foundation (602) | |
| 79 25 | document? | | |
| 80 1 | A.  I don't recall. | | |
| 80 2 | Q.  Do you recall ever seeing it? | | |
| 80 3 | A.  Yes, I believe so. | | |
| 80 4 | Q.  I will tell you that it -- a copy of this | | |
| 80 5 | was in your custodial file, which was produced to us | | |
| 80 6 | by 3M.  That doesn't tell me when you saw it last. | | |
| 80 7 | Has it been recently? | | |
| 80 8 | A.  No. | | |
| 80 9 | Q.   This is a report of testing done at | | |
| 80 10 | E-A-RCAL, correct? | | |
| 80 11 | A.  Yes, it appears to be. | | |
| 80 12 | Q.   And it looks like that the people that | | |
| 80 13 | performed the testing was Mr. Berger and Mr. Kieper, | | |
| 80 14 | Kieper? | | |
| 80 15 | A.  Kieper. | | |
| 80 16 | Q.  Kieper? | | |
| 80 17 | A.  Yes. | | |
| 80 18 | Q.  Who you've identified earlier, correct? | | |
| 80 19 | A.  Yes. | | |
| 80 20 | Q.  And it talks about:  "How folding back the | | |
| 80 21 | flanges" -- "How Folding the Flanges Back Affects REAT | | |
| 80 22 | Results..." for -- for "...the UltraFit Earplug End of | | |
| 80 23 | the Combat Arms Plug." | | |

| | | | |
|---|---|---|---|
| 80 24 | Did I read that reasonably correct? | | |
| 80 25 | A.   Yes. | | |
| 81 1 | Q.   And when we are talking about the UltraFit | | |
| 81 2 | end of the Combat Arms earplug, we are talking about | | |
| 81 3 | the green part, correct? | | |
| 81 4 | A.   Yes, I -- as I read this, that is what | | |
| 81 5 | they are referring to as the -- the solid end, the | | |
| 81 6 | green. | | |
| 81 7 | Q.   In this Mr. Berger writes: | | |
| 81 8 | "Combat Arms earplug was shortened, at the | | |
| 81 9 | request of Army, so that it would fit in the carrying | | |
| 81 10 | case.  Because of this the plug is shorter than any | | |
| 81 11 | other UltraFit design.  The purpose of this report is | | |
| 81 12 | to document that the current length of the UltraFit | | |
| 81 13 | Earplug end of the Combat Arms Plug is too short for | | |
| 81 14 | proper insertion, and how changing the fitting | | |
| 81 15 | technique affected the results of the real-ear tests | | |
| 81 16 | of this plug." | | |
| 81 17 | Did I read that reasonably correct? | | |
| 81 18 | A.   Yes. | | |
| 81 19 | Q.   So what had went on was, this plug was -- | | |
| 81 20 | Elliot Berger, as the lead investigator, had tested | | |
| 81 21 | this plug prior to this 2000 test result that we have | | |
| 81 22 | in our hand, correct? | | |
| 80:4 - 80:6 | Madison 2019-12-10 | **Re: [80:4-80:6]** | **SUSTAINED** |
| 80 4 | Q.   I will tell you that it -- a copy of this | **Def Obj** Relevance (401, 402); attorney | |
| 80 5 | was in your custodial file, which was produced to us | colloquy (401, 402); Foundation (602) | |
| 80 6 | by 3M.  That doesn't tell me when you saw it last. | | |
| 80:7 - 81:18 | Madison 2019-12-10 | **Re: [80:7-81:18]** | **OVERRULED** |
| 80 7 | Has it been recently? | **Def Obj** Foundation (602) | |
| 80 8 | A.   No. | | |
| 80 9 | Q.   This is a report of testing done at | | |
| 80 10 | E-A-RCAL, correct? | | |
| 80 11 | A.   Yes, it appears to be. | | |
| 80 12 | Q.   And it looks like that the people that | | |
| 80 13 | performed the testing was Mr. Berger and Mr. Kieper, | | |
| 80 14 | Kieper? | | |
| 80 15 | A.   Kieper. | | |
| 80 16 | Q.   Kieper? | | |

| | | |
|---|---|---|
| 80 17 | A.   Yes. | |
| 80 18 | Q.   Who you've identified earlier, correct? | |
| 80 19 | A.   Yes. | |
| 80 20 | Q.   And it talks about:  "How folding back the | |
| 80 21 | flanges" -- "How Folding the Flanges Back Affects REAT | |
| 80 22 | Results..." for -- for "...the UltraFit Earplug End of | |
| 80 23 | the Combat Arms Plug." | |
| 80 24 | Did I read that reasonably correct? | |
| 80 25 | A.   Yes. | |
| 81 1 | Q.   And when we are talking about the UltraFit | |
| 81 2 | end of the Combat Arms earplug, we are talking about | |
| 81 3 | the green part, correct? | |
| 81 4 | A.   Yes, I -- as I read this, that is what | |
| 81 5 | they are referring to as the -- the solid end, the | |
| 81 6 | green. | |
| 81 7 | Q.   In this Mr. Berger writes: | |
| 81 8 | "Combat Arms earplug was shortened, at the | |
| 81 9 | request of Army, so that it would fit in the carrying | |
| 81 10 | case.  Because of this the plug is shorter than any | |
| 81 11 | other UltraFit design.  The purpose of this report is | |
| 81 12 | to document that the current length of the UltraFit | |
| 81 13 | Earplug end of the Combat Arms Plug is too short for | |
| 81 14 | proper insertion, and how changing the fitting | |
| 81 15 | technique affected the results of the real-ear tests | |
| 81 16 | of this plug." | |
| 81 17 | Did I read that reasonably correct? | |
| 81 18 | A.   Yes. | |
| 81:19 - 81:22   Madison 2019-12-10 | **Re: [81:19-81:22]** <br> **Def Obj** Foundation, speculation (602); assumes facts (611, 403) | **OVERRULED** |
| 81 19 | Q.   So what had went on was, this plug was -- | |
| 81 20 | Elliot Berger, as the lead investigator, had tested | |
| 81 21 | this plug prior to this 2000 test result that we have | |
| 81 22 | in our hand, correct? | |
| 81:25 - 81:25   Madison 2019-12-10 | **Re: [81:25-81:25]** <br> **Def Obj** Foundation, speculation (602); assumes facts (611, 403) | **OVERRULED** |
| 81 25 | A.   I don't know when it was tested before. | |
| 82:1 - 82:5   Madison 2019-12-10 | **Re: [82:1-82:5]** <br> **Def Obj** Foundation (602) | **OVERRULED** |
| 82 1 | BY MR. PIRTLE: | |
| 82 2 | Q.   It was a device tested, but it -- but it | |
| 82 3 | appears that the Combat Arms earplug was too short, | |

| | | |
|---|---|---|
| 82 4 right, according to Mr. Berger?<br>82 5 A. That's what he states, yes. | | |
| 82:6 - 82:7 Madison 2019-12-10<br>82 6 Q. And that was preventing this earplug from<br>82 7 going into the ear the correct depth to get a seal? | **Re: [82:6-82:7]**<br>**Def Obj** Foundation, speculation (602);<br>assumes facts; vague; compound (611,<br>403) | **OVERRULED** |
| 82:9 - 82:16 Madison 2019-12-10<br>82 9 BY MR. PIRTLE:<br>82 10 Q. Am I following that right, a seal in the<br>82 11 ear canal?<br>82 12 A. He -- he said it was too short for proper<br>82 13 insertion.<br>82 14 Q. Proper insertion --<br>82 15 A. But he didn't address the seal. I don't<br>82 16 know for sure. | **Re: [82:9-82:16]**<br>**Def Obj** Foundation, speculation (602);<br>assumes facts; vague; compound (611,<br>403) | **OVERRULED** |
| 82:17 - 82:19 Madison 2019-12-10<br>82 17 Q. Seal in the ear canal, though, is the only<br>82 18 thing it could be, isn't it?<br>82 19 A. I don't know. | **Re: [82:17-82:19]**<br>**Def Obj** Foundation, speculation (602);<br>assumes facts; vague (611, 403) | **OVERRULED** |
| 82:20 - 83:13 Madison 2019-12-10<br>82 20 Q. So you'll see reported down here: "The<br>82 21 initial test," and there is a number on it, "213015,"<br>82 22 it is under Results.<br>82 23 A. Okay.<br>82 24 Q. "...was stopped after eight subjects<br>82 25 because individual results were variable and the NRR<br>83 1 was quite low (11)."<br>83 2 Are you with me?<br>83 3 A. I see it, yes.<br>83 4 Q. All right. So what I'd ask you, if it had<br>83 5 been tested before, and the answer is yes, and there<br>83 6 is the -- the E-A-RCAL number, correct?<br>83 7 A. I don't know that what that test number<br>83 8 refers to, if it was an initial test during this test<br>83 9 period or some previous time.<br>83 10 Q. "The initial test" -- what he says is:<br>83 11 "Initial test" and gives a number "was stopped after<br>83 12 eight subjects," correct?<br>83 13 A. That's what he wrote, yes. | **Re: [82:20-83:13]**<br>**Def Obj** Foundation (602) | **OVERRULED** |

| | | |
|---|---|---|
| 83:14 - 83:16   Madison 2019-12-10 | **Re: [83:14-83:16]** | **OVERRULED** |
| 83 14    Q.   "And the NRR," which we've talked about in | **Def Obj** Foundation (602); Incomplete | |
| 83 15    context with your testimony in front of Environmental | designation (403); misleading (611, | |
| 83 16    Protection Agency, "was quite low (11)." | 403) | |
| 84:24 - 84:24   Madison 2019-12-10 | **Re: [84:24-84:24]** | **OVERRULED** |
| 84 24    A.   It is used for listening to music. | **Def Obj** Incomplete designation, no | |
| | question (403); relevance (401, 402); | |
| | Prejudice (403); Foundation (602) | |
| 84:25 - 85:6   Madison 2019-12-10 | **Re: [84:25-85:6]** | **DEFER RULING** |
| 84 25    Q.   Not for use in combat situations? | **Def Obj** Foundation (602); Incomplete | |
| 85 1    A.   No, sir. | designation (403); Relevance (401, | |
| 85 2    Q.   Not for military applications? | 402); Prejudice (403) | |
| 85 3    A.   No. | | |
| 85 4    Q.   Not for people who are going to be | | |
| 85 5    explose -- exposed to jet blast or -- or weapons fire? | | |
| 85 6    A.   It was not marketed that way, no. | | |
| 85:7 - 85:9   Madison 2019-12-10 | **Re: [85:7-85:9]** | **OVERRULED** |
| 85 7    Q.   And I'm not saying it was.  I'm just | **Def Obj** Foundation (602); Relevance | |
| 85 8    saying 11 would be low for that application, we -- so | (401, 402) | |
| 85 9    we've got to talk about the application. | | |
| 85:10 - 86:14   Madison 2019-12-10 | **Re: [85:10-86:14]** | **OVERRULED** |
| 85 10    11 would be low? | **Def Obj** Foundation (602) | |
| 85 11    A.   Low for -- for those military | | |
| 85 12    applications? | | |
| 85 13    Q.   Sure. | | |
| 85 14    A.   So we are talking about the continuous, | | |
| 85 15    and, yes, it would be low for that. | | |
| 85 16    Q.   "Ten subjects were tested in test 213017." | | |
| 85 17    "This means from" -- "The means from that test are | | |
| 85 18    from .6 to .5 decibels higher." | | |
| 85 19    A.   4.5. | | |
| 85 20    Q.   Oh, "4.5 decibels higher at all test | | |
| 85 21    frequencies and the SDs are .6 to .9 decibels lower." | | |
| 85 22    MR. FIELDS:  4.9. | | |
| 85 23    BY MR. PIRTLE: | | |
| 85 24    Q.   "4.9 lower than those of test 213015." | | |
| 85 25    Did I read that reasonably correct, and I | | |
| 86 1    do mean reasonably? | | |
| 86 2    A.   With corrections, yes. | | |

| | | |
|---|---|---|
| 86 3   Q.  "The NRR obtained from this test was 22<br>86 4   decibels."<br>86 5   Did I read that correctly?<br>86 6   A.  Yeah, I believe the symbol there is 2<br>86 7   standard deviations, yeah.<br>86 8   Q.  Yes.  Was 22?<br>86 9   A.  It is hard to tell.  Yeah.<br>86 10   Q.  But Mr. Berger now retested this device<br>86 11   and got a standard devi- -- I mean, got an NRR of 22,<br>86 12   which is considerably higher than 11.  Well, it's<br>86 13   double 11?<br>86 14   A.  Yes, it is.  Yes. | | |
| **86:15 - 86:16**  Madison 2019-12-10<br>86 15   Q.  And is it actually double 11, it is more<br>86 16   than double, isn't it? | **Re: [86:15-86:16]**<br>**Def Obj** Foundation (602); Relevance<br>(401, 402); misstates compound (611,<br>403) | **OVERRULED** |
| **86:18 - 86:25**  Madison 2019-12-10<br>86 18   BY MR. PIRTLE:<br>86 19   Q.  Because you can't hold it on a numeric<br>86 20   scale, can you, you can't judge it on a numeric scale?<br>86 21   A.  No, I wouldn't agree with that.  I think<br>86 22   you could say that it's -- reduces the noise, yeah.<br>86 23   Yeah, I mean, it's twice -- it's -- the NRR is -- is<br>86 24   double, but the sound energy is reduced by more than<br>86 25   that because of the logarithmic nature of decibels. | **Re: [86:18-86:25]**<br>**Def Obj** Foundation (602); misleading,<br>compound (611, 403) | **OVERRULED** |
| **87:1 - 87:2**  Madison 2019-12-10<br>87 1   Q.  And this was achieved by altering the<br>87 2   device? | **Re: [87:1-87:2]**<br>**Def Obj** Foundation, speculation (602) | **OVERRULED** |
| **87:4 - 87:6**  Madison 2019-12-10<br>87 4   BY THE WITNESS:<br>87 5   A.  I wouldn't characterize it that way based<br>87 6   on what I read here. | **Re: [87:4-87:6]**<br>**Def Obj** Foundation, speculation (602) | **OVERRULED** |
| **87:7 - 88:12**  Madison 2019-12-10<br>87 7   BY MR. PIRTLE:<br>87 8   Q.  Well, it was achieved by changing the<br>87 9   configuration of the device?<br>87 10   A.  As I read it, it was changing the<br>87 11   insertion technique used by the experimenter.<br>87 12   Q.  Which would mean changing some of the | **Re: [87:7-88:12]**<br>**Def Obj** Foundation (602) | **OVERRULED** |

| | | | |
|---|---|---|---|
| 87 13 | flanges on the opposing part of the earplug, right? | | |
| 87 14 | A.   Holding them in a certain way, yes. | | |
| 87 15 | Q.   Does it say holding or does it say folded? | | |
| 87 16 | What does it say, or do you know? | | |
| 87 17 | A.   Let me -- I can read it. | | |
| 87 18 | It describes it as folding back prior -- | | |
| 87 19 | folding back of the yellow flanges while -- while | | |
| 87 20 | being inserted into the ears. | | |
| 87 21 | Yes, folding back. | | |
| 87 22 | Q.   Permanently folding it back or folding it | | |
| 87 23 | back and letting it go back into place, what's it | | |
| 87 24 | talking about, or do you know? | | |
| 87 25 | A.   I do not know. | | |
| 88 1 | Q.   Can you tell from this report? | | |
| 88 2 | A.   I can assume -- well, I shouldn't.  I | | |
| 88 3 | shouldn't assume anything. | | |
| 88 4 | Q.   So did you have anything to do with this | | |
| 88 5 | flange report? | | |
| 88 6 | A.   No. | | |
| 88 7 | Q.   The first test, according to this | | |
| 88 8 | document, yielded an NRR of 11, we can agree on that, | | |
| 88 9 | that's what it says? | | |
| 88 10 | A.   That's what it says. | | |
| 88 11 | Q.   And Mr. Berger stopped this test? | | |
| 88 12 | A.   Yes, it appears so. | | |
| 88:13 - 88:15 | Madison 2019-12-10 | Re: [88:13-88:15] | OVERRULED |
| 88 13 | Q.   And 11 offers, if I can figure out what we | Def Obj Foundation (602); misstates | |
| 88 14 | said, NRR of 11 offers half the protection at a | (611,403) | |
| 88 15 | minimum of a 22, correct? | | |
| 88:17 - 88:19 | Madison 2019-12-10 | Re: [88:17-88:19] | OVERRULED |
| 88 17 | BY THE WITNESS: | Def Obj Foundation (602); misstates | |
| 88 18 | A.   I -- I wouldn't want to use half.  It's | (611,403) | |
| 88 19 | significantly less.  Without doing the math. | | |
| 88:20 - 89:24 | Madison 2019-12-10 | Re: [88:20-89:24] | OVERRULED |
| 88 20 | BY MR. PIRTLE: | Def Obj Foundation (602) | |
| 88 21 | Q.   But it could be -- it could even be more | | |
| 88 22 | because of the logarithmic nature of this particular | | |
| 88 23 | NRR or how NRRs are configured, correct? | | |
| 88 24 | A.   It -- it's a confusing issue because you | | |

| | | | |
|---|---|---|---|
| 88 25 | can say it's half the noise reduction and that's an | | |
| 89 1 | accurate statement, but the amount of sound energy | | |
| 89 2 | is -- | | |
| 89 3 | Q.   Right. | | |
| 89 4 | A.   -- variable.  It is logarithmic. | | |
| 89 5 | Q.   Do you know if test -- the initial test, | | |
| 89 6 | 213015, was given to the EPA? | | |
| 89 7 | A.   I do not. | | |
| 89 8 | Q.   Do you know if it was given to anybody | | |
| 89 9 | outside of Aearo -- E-A-RCAL? | | |
| 89 10 | A.   I don't know that. | | |
| 89 11 | Q.   Have you ever seen it? | | |
| 89 12 | A.   It's in this document, isn't it?  This is | | |
| 89 13 | it right here. | | |
| 89 14 | Q.   Oh, pardon me. | | |
| 89 15 | A.   I see it now, yes. | | |
| 89 16 | Q.   Okay.  Do you know what NRR rating was | | |
| 89 17 | placed on Combat Arms Version 2 earplugs? | | |
| 89 18 | A.   You are referring to this product, the | | |
| 89 19 | dual-ended plug? | | |
| 89 20 | Q.   Yes, sir. | | |
| 89 21 | A.   I don't know at, in 2000, what that value | | |
| 89 22 | was off the top of my head.  I've seen packaging | | |
| 89 23 | with -- with 0 as the open position NRR and 22 as the | | |
| 89 24 | close position NRR. | | |
| 90:1 - 90:3 | Madison 2019-12-10 | | |
| 90 1 | You've never seen packaging with 0 being | | |
| 90 2 | open end and 11 being the close end, have you? | | |
| 90 3 | A.   I have not. | | |
| 90:4 - 90:8 | Madison 2019-12-10 | | |
| 90 4 | Q.   Going back to Exhibit 4. | | |
| 90 5 | A.   Okay.  The EPA proceedings? | | |
| 90 6 | Q.   I'm just going back to your statement on | | |
| 90 7 | Page 158. | | |
| 90 8 | A.   Okay. | | |
| 90:9 - 90:20 | Madison 2019-12-10 | **Re: [90:9-90:20]** | **OVERRULED** |
| 90 9 | Q.   Page 158.  In here you -- you previously | **Def Obj** Foundation (602); misstates; | |
| 90 10 | testified: | argumentative (611, 403) | |
| 90 11 | "Given the 'bigger is better' mentality in | | |

| | | |
|---|---|---|
| 90 12    the industry, with regard to NRR, it is conceivable<br>90 13    that hearing protective defense manufacturers have, in<br>90 14    the past, or may, in the future, attempt to obtain a<br>90 15    desired NRR, by not (sic) improving the product in a<br>90 16    meaningful way..."<br>90 17    Let me stop there.  This wasn't an<br>90 18    improvement of this product in a meaningful way, was<br>90 19    it, that's just the truth?<br>90 20    A.   Can you ask that again, sir? | | |
| 91:8 - 91:16  Madison 2019-12-10<br>91 8    Between the first test and the second<br>91 9    test, between the time when the 11 was obtained and<br>91 10    the 22 was obtained, there was no meaningful<br>91 11    improvement in the Combat Arms Version 2, was there?<br>91 12    A.   It doesn't appear that that's the case.<br>91 13    Q.   "But by retesting a product repeatedly,"<br>91 14    that did happen, didn't it, at least twice?<br>91 15    A.   The first test was -- was stopped, so I --<br>91 16    I don't know that you'd call that a retest. | **Re: [91:8-91:16]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 91:17 - 91:20  Madison 2019-12-10<br>91 17    Q.   Well, if it was stopped because the NRR<br>91 18    was 11, then that shouldn't have occurred either, and<br>91 19    you -- you would say that, and I think you did, by the<br>91 20    way? | **Re: [91:17-91:20]**<br>**Def Obj** Foundation (602); 701;<br>misstates (611, 403) | **OVERRULED** |
| 91:23 - 92:1  Madison 2019-12-10<br>91 23    A.   I wouldn't say that stopping a test is --<br>91 24    yeah, I'm not -- I'm not sure how you characterized<br>91 25    it, but I wouldn't say that that's necessarily<br>92 1    inappropriate. | **Re: [91:23-92:1]**<br>**Def Obj** Foundation (602); 701;<br>misstates (611, 403) | **OVERRULED** |
| 92:2 - 92:2  Madison 2019-12-10<br>92 2    BY MR. PIRTLE: | | |
| 92:3 - 92:3  Madison 2019-12-10<br>92 3    Q.   How about this, rolling the dice? | **Re: [92:3-92:3]**<br>**Def Obj** Foundation (602); misstates;<br>vague; argumentative (611, 403) | **OVERRULED** |
| 92:6 - 92:6  Madison 2019-12-10<br>92 6    A.   What about it, sir? | **Re: [92:6-92:6]**<br>**Def Obj** Foundation (602); misstates;<br>vague; argumentative (611, 403) | **OVERRULED** |
| 92:7 - 92:7  Madison 2019-12-10<br>92 7    BY MR. PIRTLE: | | |

| | | |
|---|---|---|
| 92:8 - 92:9   Madison 2019-12-10 | **Re: [92:8-92:9]** | **OVERRULED** |
| 92 8   Q.   Well, that's what you said back in '03, | **Def Obj** Misstates; argumentative (611, | |
| 92 9   right? | 403) | |
| 92:12 - 92:13   Madison 2019-12-10 | **Re: [92:12-92:13]** | **OVERRULED** |
| 92 12   A.   I was referring to manufacturers who may | **Def Obj** Misstates; argumentative (611, | |
| 92 13   retest products often looking for the highest NRR. | 403) | |
| 92:14 - 92:14   Madison 2019-12-10 | | |
| 92 14   BY MR. PIRTLE: | | |
| 92:15 - 92:16   Madison 2019-12-10 | **Re: [92:15-92:16]** | **SUSTAINED** |
| 92 15   Q.   And the first time -- the first test, | **Def Obj** Foundation (602); misstates; | |
| 92 16   which was 213015, came up snake eyes? | vague; argumentative; compound (611, | |
| | 403) | |
| 92:18 - 92:21   Madison 2019-12-10 | **Re: [92:18-92:21]** | **SUSTAINED** |
| 92 18   BY MR. PIRTLE: | **Def Obj** Foundation (602); misstates; | |
| 92 19   Q.   Double 1? | vague; argumentative; compound (611, | |
| 92 20   A.   It was 11 dB based on the report that, | 403) | |
| 92 21   what was it, Exhibit 5. | | |
| 92:22 - 93:3   Madison 2019-12-10 | **Re: [92:22-93:3]** | **SUSTAINED** |
| 92 22   Q.   Yeah.  That's snake eyes, two 1s, isn't | **Def Obj** Foundation (602); misstates; | |
| 92 23   it? | vague; argumentative; compound (611, | |
| 92 24   A.   I don't know, sir. | 403); 93:2-3: Attorney colloquy (401, | |
| 92 25   Q.   You never rolled any dice? | 402, 403) | |
| 93 1   A.   I am not a dice player, no. | | |
| 93 2   Q.   Well, you used it, so I thought you might | | |
| 93 3   know something about it. | | |
| 93:4 - 93:9   Madison 2019-12-10 | **Re: [93:4-93:9]** | **OVERRULED** |
| 93 4   And the second time it come up 22, right? | **Def Obj** Foundation (602) | |
| 93 5   A.   Yes, after they modified the insertion | | |
| 93 6   technique, it was 22. | | |
| 93 7   Q.   And got a higher number that was put on | | |
| 93 8   the product, right? | | |
| 93 9   A.   Yes, it was. | | |
| 93:18 - 93:23   Madison 2019-12-10 | **Re: [93:18-93:23]** | **OVERRULED** |
| 93 18   Q.   The ARC Plug is the same thing? | **Def Obj** Relevance (401, 402); | |
| 93 19   A.   Oh, yes, I worked with the ARC Plug, yes. | Prejudice (403) | |
| 93 20   Q.   We established that. | | |
| 93 21   A.   Yes. | | |
| 93 22   Q.   There is just a difference in the colors? | | |
| 93 23   A.   Correct. | | |

| | | |
|---|---|---|
| 98:24 - 99:3   Madison 2019-12-10 | **Re: [98:24-99:3]** | **OVERRULED** |
| 98 24      Q.   Sure. | **Def Obj** Relevance (401, 402); | |
| 98 25      Did this idea of folding the flanges back, | Prejudice (403) | |
| 99 1      whatever that may mean, come up to you in your | | |
| 99 2      involvement with ARC Blast? | | |
| 99 3      A.   No, it did not. | | |
| 99:4 - 99:15   Madison 2019-12-10 | | |
| 99 4      Q.   And that would be all of the way up to | | |
| 99 5      June of 2019 when you retired? | | |
| 99 6      A.   I became aware of that test that we were | | |
| 99 7      just referring to where the flanges folded back, | | |
| 99 8      I became aware of that approximately 2014, somewhere | | |
| 99 9      in there. | | |
| 99 10      Q.   What -- | | |
| 99 11      A.   I don't know for sure. | | |
| 99 12      Q.   What caused you to be aware -- become | | |
| 99 13      aware of that? | | |
| 99 14      A.   It -- the -- the test report was disclosed | | |
| 99 15      to me in litigation. | | |
| 99:16 - 100:2   Madison 2019-12-10 | **Re: [99:16-100:2]** | **SUSTAINED** |
| 99 16      Q.   Was that the Moldex litigation? | **Def Obj** Relevance (401, 402); | |
| 99 17      A.   No, I don't believe so. | Prejudice (403); 3M MIL No. 6 | |
| 99 18      Q.   What type of litigation was it? | | |
| 99 19      A.   I believe it was the US litigation | | |
| 99 20      regarding Combat Arms earplugs -- | | |
| 99 21      Q.   Oh, it was the government. | | |
| 99 22      A.   -- was the name of the case. | | |
| 99 23      I'm sorry. | | |
| 99 24      Q.   It was the government suing 3M? | | |
| 99 25      A.   Yes, I believe so. | | |
| 100 1      Q.   And -- | | |
| 100 2      A.   Department of Justice. | | |
| 99:21 - 100:2   Madison 2019-12-10 | **Re: [99:21-100:2]** | **SUSTAINED** |
| 99 21      Q.   Oh, it was the government. | **Def Obj** Relevance (401, 402); 3M MIL | |
| 99 22      A.   -- was the name of the case. | No. 6 | |
| 99 23      I'm sorry. | | |
| 99 24      Q.   It was the government suing 3M? | | |
| 99 25      A.   Yes, I believe so. | | |

| | | | |
|---|---|---|---|
| 100 1 | Q.   And -- | | |
| 100 2 | A.   Department of Justice. | | |
| 105:9 - 106:1 | Madison 2019-12-10 | Re: [105:9-106:1] | SUSTAINED |
| 105 9 | (WHEREUPON, a certain document was | Def Obj Foundation (602); relevance | |
| 105 10 | marked Ted Madison Deposition Exhibit | (401, 402); Prejudice (403) | |
| 105 11 | No. 7, for identification, as of | | |
| 105 12 | 12/10/2019.) | | |
| 105 13 | BY MR. PIRTLE: | | |
| 105 14 | Q.   I hand you a group of documents marked -- | | |
| 105 15 | as marked 7. | | |
| 105 16 | A.   Okay. | | |
| 105 17 | Okay. | | |
| 105 18 | Q.   Are you familiar with these documents? | | |
| 105 19 | A.   Yes. | | |
| 105 20 | Q.   When is the last time you saw them? | | |
| 105 21 | A.   During preparation. | | |
| 105 22 | Q.   Okay.  So you've seen these recently? | | |
| 105 23 | A.   Yes. | | |
| 105 24 | Q.   And these documents deal with the version | | |
| 105 25 | of the plug that you're familiar with, ARC Blast | | |
| 106 1 | (sic), correct? | | |
| 106:8 - 109:1 | Madison 2019-12-10 | Re: [106:8-109:1] | OVERRULED |
| 106 8 | Q.   ARC Plug. | Def Obj Foundation (602); relevance | |
| 106 9 | A.   Yes, I see that, I see that on the last | (401, 402); Prejudice (403) | |
| 106 10 | page. | | |
| 106 11 | Q.   And you are -- you were involved with this | | |
| 106 12 | chain of e-mails while you were with the company? | | |
| 106 13 | A.   Yes. | | |
| 106 14 | Q.   The first one being a 2014, a 4/26/14 | | |
| 106 15 | e-mail that you were cc'd on, correct? | | |
| 106 16 | A.   Yes. | | |
| 106 17 | Q.   And it says: | | |
| 106 18 | "The following warning needs to be added | | |
| 106 19 | to all hearing protector (earplugs, banded, and | | |
| 106 20 | earmuffs) packaging." | | |
| 106 21 | A.   Yes. | | |
| 106 22 | Q.   And there is a caution down there, | | |
| 106 23 | correct? | | |
| 106 24 | A.   Yes. | | |

106 25   Q.   And do you know if these -- this warning
107 1    went out with Combat Arms Version 2?
107 2    A.   Not that I know of.
107 3    Q.   You don't know that it -- that -- yeah.
107 4    A.   Yeah, I don't know that it went out with
107 5    Version 2 Combat Arms.
107 6    Q.   All right.  How about -- turn over to the
107 7    next page so I can get a better copy of this.  You are
107 8    the -- you send this e-mail, correct, it has got Ted
107 9    Madison?
107 10   A.   It appears I sent it, yes.
107 11   Q.   And you send it to a group of folks, I
107 12   would assume who are working on the ARC Plug?
107 13   A.   Working on packaging for the ARC Plug and
107 14   others, other earplugs.
107 15   Q.   In this particular case it is the ARC
107 16   Plug, though?
107 17   A.   Well, the -- the message refers to a wide
107 18   variety of products, including ARC Plug.
107 19   Q.   The date is 5/23/14, correct?
107 20   A.   That's correct.
107 21   Q.   And are these the packaging people that
107 22   you are referring to?
107 23   A.   Some -- some are.
107 24   Q.   Some are, some of them are not?
107 25   A.   Some are marketing people, some are
108 1    packaging.
108 2    Q.   Marketing and packaging?
108 3    A.   Yes.
108 4    Q.   And it says -- this particular warning
108 5    talks about -- well, the -- the warning was mandated
108 6    by EPA, correct?
108 7    A.   No.  The -- the -- the text beginning with
108 8    the word "laboratory attenuation" --
108 9    Q.   Yes.
108 10   A.   -- down to the word "caution," not
108 11   including the word "caution," so between "laboratory
108 12   attenuation" and "such as gunfire," that is all EPA
108 13   text verbatim from the regulation.  The -- the

| | | | |
|---|---|---|---|
| | 108 14 | paragraph beginning "Caution" was new. | | |
| | 108 15 | Q.   Who wrote that? | | |
| | 108 16 | A.   I wrote it in conjunction with Mr. Berger | | |
| | 108 17 | and Mr. Fallon and legal. | | |
| | 108 18 | Q.   Turn over to page 495. | | |
| | 108 19 | A.   Sorry.  What page? | | |
| | 108 20 | Q.   425495. | | |
| | 108 21 | A.   Thank you. | | |
| | 108 22 | Okay. | | |
| | 108 23 | Q.   Now, this says E-A-R ARC Plug. | | |
| | 108 24 | Is this the plug that you were selling? | | |
| | 108 25 | A.   Yes. | | |
| | 109 1 | MR. FIELDS:  Objection to form. | | |

| 109:3 - 109:8 | Madison 2019-12-10 | **Re: [109:3-109:8]** | **OVERRULED** |
|---|---|---|---|
| 109 3 | Q.   And the ARC -- is this the plug you were | **Def Obj** Foundation (602); relevance | |
| 109 4 | working on? | (401, 402); Prejudice (403) | |
| 109 5 | A.   Yes, this is the dual-ended ARC Plug. | | |
| 109 6 | Q.   This is the -- the plug that is the | | |
| 109 7 | civilian model of the Combat Arms Version 2, correct? | | |
| 109 8 | A.   Yes. | | |

| 109:17 - 114:24 | Madison 2019-12-10 | **Re: [109:17-114:24]** | **OVERRULED** |
|---|---|---|---|
| 109 17 | Q.   "Earplugs should be clean before fitting." | **Def Obj** Foundation (602); relevance | |
| 109 18 | "Determine proper end for insertion (yellow or red) | (401, 402); Prejudice (403) | |
| 109 19 | depending on your application needs." | | |
| 109 20 | One is the open, one is the closed, right, | | |
| 109 21 | we already talked about that? | | |
| 109 22 | A.   Yes. | | |
| 109 23 | Q.   Red being the closed? | | |
| 109 24 | A.   Yes, when the red end is inserted, that's | | |
| 109 25 | for continuous noise. | | |
| 110 1 | Q.   "The YELLOW end should be inserted only | | |
| 110 2 | when ambient noise levels are not hazardous but arc | | |
| 110 3 | potential is present." | | |
| 110 4 | What does that mean? | | |
| 110 5 | A.   That means that when it's worn in that | | |
| 110 6 | position with the yellow end inserted, it will not | | |
| 110 7 | protect you against continuous noise, noises lasting | | |
| 110 8 | longer than one second.  That's the definition of | | |
| 110 9 | continuous noise.  And so it's not protective against | | |

110 10   continuous noise but only against impulse noise, such
110 11   as an arc potential -- potential arc flash.
110 12   Q.   Which is a -- a quick sound?
110 13   A.   Less than one second, yes.
110 14   Q.   And, in fact, it says:
110 15   "In this mode, the noise reduction
110 16   increases with sound level for impulse (sic) noise
110 17   such as electric ARC Blast above 110 decibels."
110 18   A.   That's what it says.
110 19   Q.   "At lower sound levels, little or no noise
110 20   reduction is provided."
110 21   A.   Correct.
110 22   Q.   So this open-ended part kicks in at
110 23   110 decibels?
110 24   A.   Approximately, yeah.
110 25   Q.   "The RED end should be inserted when you
111 1    are exposed to continuous hazardous noise.  In this
111 2    mode, the noise reduction provided is constant,
111 3    regardless of the sound level of the noise."
111 4    Did I read it reasonably correct?
111 5    A.   Yes.
111 6    Q.   So when we are looking at these two, the
111 7    yellow end you told me before, there's two different
111 8    NRRs on this plug, it is really two different plugs,
111 9    the yellow end is NRR 0 on the labeling?
111 10   A.   Yes, yes.
111 11   Q.   And then the red end, in this case which
111 12   would be the olive drab end of the -- of the Combat
111 13   Arms Version 2 has an NRR of 22 which we've talked
111 14   about how that was derived?
111 15   A.   Yes.
111 16   Q.   And am I reading this correct that these
111 17   fitting instructions were what was in place for the
111 18   product that you were involved in, it looks like
111 19   March 22nd of 2016, although there is three dates up
111 20   at the top?
111 21   A.   Yes, there are.
111 22   Q.   And was this the fitting instructions for
111 23   the ARC Plug as of March of 2016, to your knowledge?

111 24      A.   I'm -- it's not clear to me from this
111 25      whether this was a draft or whether this was the final
112 1       text.
112 2       Q.   Turn over to the next -- turn over to the
112 3       last page.
112 4       A.   Okay.
112 5       Q.   It looks like it's another copy of the
112 6       E-A-R ARC Plug, talking about the yellow and the red
112 7       ends, there is a date up at the top that's been
112 8       crossed out by somebody in 2010.
112 9       By the way, what were you all doing during
112 10      this time?  Were you all going over labeling?
112 11      MR. FIELDS:  Objection; form.
112 12      BY THE WITNESS:
112 13      A.   We -- after the acquisition of Aearo, we
112 14      began a process of trying to harmonize our user
112 15      instructions across all of our products.
112 16      BY MR. PIRTLE:
112 17      Q.   And is this part of that continuing
112 18      process?
112 19      A.   It is.
112 20      Q.   So we are sometime in 2010 where this is,
112 21      correct, if the date is correct?
112 22      A.   Yes.
112 23      Q.   And it looks like, and I won't read it
112 24      again, underneath Section 1:  "Ear should" -- "plugs
112 25      should be clean" there is the yellow again and then
113 1       there is the red, correct?
113 2       A.   Yes.
113 3       Q.   And then on -- clear that.
113 4       Then on the right-hand side of the
113 5       page written in pen, there is handwritten
113 6       "10/7/15-roll back flanges."
113 7       Did I read that correctly?
113 8       A.   Yes, it appears to be "roll back flanges."
113 9       Q.   All right.  You looked at this in
113 10      preparation for your deposition.  Whose handwriting is
113 11      that?
113 12      A.   I don't know.  Not mine.

113 13    Q.   It is not yours?
113 14    A.   No.
113 15    Q.   Who else was working on the project?
113 16    A.   The -- I -- I believe at that time Elliot
113 17    Berger and possibly his assistant Cyd Kladden and then
113 18    the -- the -- what I'm not sure of is the packaging
113 19    person at that time.  Later the packaging person was
113 20    Christine Dunn, but at this time I'm not sure who was
113 21    working on packaging.
113 22    Q.   And did you see this entry on this
113 23    document at the time you were working on it?
113 24    A.   No.
113 25    Q.   You saw it in preparation for your
114 1     deposition?
114 2     A.   Yes.
114 3     Q.   But you have no idea whose handwriting
114 4     that is?
114 5     A.   I do not.
114 6     Q.   Who was your boss?
114 7     A.   In 2015?
114 8     Q.   Yes, sir.
114 9     A.   Let me think.
114 10    I'm not -- I'm not completely certain.  I
114 11    believe it was Karen Cuta.
114 12    Q.   Do you know if on 10/7/15 or thereabouts
114 13    "roll back flanges" was entered into the fitting
114 14    instructions for the ARC Plug?
114 15    A.   Not to my knowledge.
114 16    Q.   Why didn't you or someone, including
114 17    Mr. Berger, write an instruction to fold back the
114 18    flanges?
114 19    A.   I can't speculate as to Mr. Berger's
114 20    motivations.
114 21    Q.   Why didn't you do it?  You had it --
114 22    A.   I wasn't aware of that as -- as one of our
114 23    user instructions.
114 24    Q.   Did -- and it never made it in there --

| | | |
|---|---|---|
| 115:1 - 115:2   Madison 2019-12-10<br>115 1     BY MR. PIRTLE:<br>115 2     Q.  -- into the -- into the instructions? | Re: [115:1-115:2]<br>Def Obj Foundation (602); relevance<br>(401, 402); Prejudice (403) | **OVERRULED** |
| 115:4 - 115:5   Madison 2019-12-10<br>115 4     BY THE WITNESS:<br>115 5     A.   Not to -- not that I'm aware of. | Re: [115:4-115:5]<br>Def Obj Foundation (602); relevance<br>(401, 402); Prejudice (403) | **OVERRULED** |
| 115:6 - 115:6   Madison 2019-12-10<br>115 6     BY MR. PIRTLE: | | |
| 115:7 - 115:10   Madison 2019-12-10<br>115 7     Q.   Well, the NRR values on the ARC Plug were<br>115 8     based on the same testing that was contained within<br>115 9     Exhibit 5, the flange report, weren't they?<br>115 10    A.   I believe so. | Re: [115:7-115:10]<br>Def Obj Foundation (602); relevance<br>(401, 402); Prejudice (403) | **OVERRULED** |
| 115:11 - 115:13   Madison 2019-12-10<br>115 11    Q.   And clearly in that report the flanges<br>115 12    need to be rolled back in order for it to achieve a<br>115 13    22, at least according to the second testing, correct? | Re: [115:11-115:13]<br>Def Obj Foundation (602); relevance<br>(401, 402); assumes facts, misstates,<br>argumentative (611, 403); Prejudice<br>(403) | **OVERRULED** |
| 115:15 - 115:17   Madison 2019-12-10<br>115 15    BY THE WITNESS:<br>115 16    A.   That's how the second test was performed,<br>115 17    with the flanges rolled back. | Re: [115:15-115:17]<br>Def Obj Foundation (602); assumes<br>facts, misstates, argumentative (611,<br>403); Prejudice (403) | **OVERRULED** |
| 115:18 - 115:18   Madison 2019-12-10<br>115 18    BY MR. PIRTLE: | | |
| 115:19 - 115:20   Madison 2019-12-10<br>115 19    Q.   And that's what had to be done according<br>115 20    to the report, right? | Re: [115:19-115:20]<br>Def Obj Foundation (602); assumes<br>facts, misstates, argumentative (611,<br>403) | **OVERRULED** |
| 115:22 - 115:23   Madison 2019-12-10<br>115 22    BY THE WITNESS:<br>115 23    A.   That's what was done to obtain a 22 NRR. | Re: [115:22-115:23]<br>Def Obj Foundation (602); assumes<br>facts, misstates, argumentative (611,<br>403) | **OVERRULED** |
| 116:2 - 116:7   Madison 2019-12-10<br>116 2     (WHEREUPON, a certain document was<br>116 3     marked Ted Madison Deposition Exhibit<br>116 4     No. 8, for identification, as of<br>116 5     12/10/2019.)<br>116 6     BY MR. PIRTLE:<br>116 7     Q.   I show you Exhibit 8. | Re: [116:2-116:7]<br>Def Obj Relevance (401, 402);<br>Prejudice (403) | **SUSTAINED** |

116:16 - 116:18   Madison 2019-12-10

| 116 16 | You are involved in this e-mail chain, |
| 116 17 | correct? |
| 116 18 | A.   Yes. |

**Re: [116:16-116:18]**
**Def Obj** Relevance (401, 402);
Prejudice (403)

**SUSTAINED**

117:1 - 119:19   Madison 2019-12-10

| 117 1 | Q.   And it looks to me, to shortcut this, that |
| 117 2 | someone, as you've told me before, is requesting |
| 117 3 | information about the ARC Plug, correct? |
| 117 4 | A.   Yes. |
| 117 5 | Q.   And there is some exchange back and forth |
| 117 6 | and finally it gets passed on to you and you get the |
| 117 7 | customer or the potential customer the Instructions |
| 117 8 | for Use? |
| 117 9 | A.   Yes. |
| 117 10 | Q.   And you transmit it and then, of course, |
| 117 11 | they are attached to the back, right? |
| 117 12 | A.   Yes, this is an instruction sheet. |
| 117 13 | Q.   And we are looking at the 3M E-A-R ARC |
| 117 14 | Plug instruction sheet, correct? |
| 117 15 | A.   Yes. |
| 117 16 | Q.   And now it's blown up, for both of us. |
| 117 17 | A.   Thank you. |
| 117 18 | Q.   And it says Fitting Instructions.  "ARC |
| 117 19 | Plugs are earplugs designed for exposure to potential |
| 117 20 | electrical (sic) arc hazards.  For more information on |
| 117 21 | personal protection recommendations for" -- well, I'm |
| 117 22 | sorry.  It says:  "(See," another statute, "NFPA 70E |
| 117 23 | for more information on personal protection |
| 117 24 | recommendations for arc hazards.  Earplugs should be |
| 117 25 | clean before fitting." |
| 118 1 | And then:  "Determine a (sic) proper end |
| 118 2 | for insertion (yellow or green) depending on your |
| 118 3 | application needs." |
| 118 4 | And then it goes on and it basically |
| 118 5 | repeats what I've already written -- read to you in |
| 118 6 | the document preceding, correct? |
| 118 7 | A.   It appears to be the same as the one we |
| 118 8 | looked at earlier. |
| 118 9 | Q.   And then: |

**Re: [117:1-119:19]**
**Def Obj** Relevance (401, 402);
Prejudice (403)

**OVERRULED**

| | |
|---|---|
| 118 10 | "2. INSERT the end that you have selected |
| 118 11 | into the earcanal WHILE PULLING the ear outward & |
| 118 12 | upward with the opposite hand.  ADJUST until earplug |
| 118 13 | feels securely seated in the earcanal." |
| 118 14 | A.   Yes. |
| 118 15 | Q.   And:  "CHECK FIT after inserting:  PULL |
| 118 16 | earplug stem gently.  Earplug should not come out of |
| 118 17 | the ear easily.  If it does, remove earplug & repeat |
| 118 18 | fitting." |
| 118 19 | A.   Yes. |
| 118 20 | Q.   And so on and so forth? |
| 118 21 | A.   Um-hum, yes. |
| 118 22 | Q.   "For great" -- and then "CAUTION:  For |
| 118 23 | greater comfort and earcanal safety, remove earplug |
| 118 24 | slowly with a twisting motion to gradually break the |
| 118 25 | seal." |
| 119 1 | Remember, I had asked you earlier about |
| 119 2 | the seal for insertion, that's the seal in the ear |
| 119 3 | canal, correct? |
| 119 4 | A.   Correct. |
| 119 5 | Q.   And if you pull it out too quick it can |
| 119 6 | potentially damage the ear drum? |
| 119 7 | A.   It could potentially or cause pain. |
| 119 8 | Q.   Or cause pain. |
| 119 9 | A.   Uh-huh. |
| 119 10 | Q.   And nowhere in this instruction is there |
| 119 11 | any instruction to fold back flanges, is there? |
| 119 12 | A.   I don't see any so far.  I haven't read to |
| 119 13 | the bottom. |
| 119 14 | Q.   Well, we'll just go all of the way down. |
| 119 15 | I think it is in multiple languages, so we don't have |
| 119 16 | to go far. |
| 119 17 | A.   Right. |
| 119 18 | Q.   So it's not in there? |
| 119 19 | A.   I don't see it. |

| 119:20 - 119:24   Madison 2019-12-10 | **Re: [119:20-119:24]** | **SUSTAINED** |
|---|---|---|
| 119 20   Q.   And this was down at the bottom, I'll blow | **Def Obj** Foundation (602); misstates | |
| 119 21   it up for you, very bottom, 5.12, it looks like this | (611, 403); relevance (401, 402); | |
| 119 22   was -- this -- this Instructions for Use was put into | Prejudice (403) | |

| | | |
|---|---|---|
| 119 23     effect in 2012.<br>119 24     Am I reading that correct? | | |
| 120:4 - 120:5  Madison 2019-12-10<br>120 4     BY THE WITNESS:<br>120 5     A.   I don't know the meaning of that number. | **Re: [120:4-120:5]**<br>**Def Obj** Foundation (602); misstates<br>(611, 403); relevance (401, 402);<br>Prejudice (403) | **SUSTAINED** |
| 120:6 - 120:13  Madison 2019-12-10<br>120 6     BY MR. PIRTLE:<br>120 7     Q.   Well, at any rate, as of the date of<br>120 8     August 20th of 2015, this is the active Instructions<br>120 9     for Use for ARC Plug that you transmitted, correct?<br>120 10    A.   This is the document that I sent in 2015,<br>120 11    yes.<br>120 12    Q.   The copyright is 3M 2012, correct?<br>120 13    A.   That's correct. | **Re: [120:6-120:13]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |
| 120:14 - 120:16  Madison 2019-12-10<br>120 14    Q.   So it would appear that the last time this<br>120 15    document was changed would have been 2012, from the<br>120 16    copyright on it anyhow? | **Re: [120:14-120:16]**<br>**Def Obj** Foundation (602); misstates<br>(611, 403); relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |
| 120:18 - 120:21  Madison 2019-12-10<br>120 18    BY THE WITNESS:<br>120 19    A.   I don't know if it had been changed since<br>120 20    then.  This was the one I had available that I sent to<br>120 21    him. | **Re: [120:18-120:21]**<br>**Def Obj** Foundation (602); misstates,<br>assumes facts (611, 403); relevance<br>(401, 402); Prejudice (403) | **OVERRULED** |
| 120:22 - 121:10  Madison 2019-12-10<br>120 22    BY MR. PIRTLE:<br>120 23    Q.   And --<br>120 24    A.   Whether it was current or not, I don't<br>120 25    know.<br>121 1     Q.   And just to make sure we're clear, you've<br>121 2     never seen an ARC Plug instruction with the flange<br>121 3     being rolled back included?<br>121 4     A.   I don't recall seeing that, no.<br>121 5     Q.   And I'm correct in saying that you were<br>121 6     providing tech support for this product during this<br>121 7     timeframe, correct?<br>121 8     A.   Yes.<br>121 9     Q.   That was your job?<br>121 10    A.   Yes.  Part of it. | **Re: [120:22-121:10]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |

121:16 - 121:25   Madison 2019-12-10

| | |
|---|---|
| 121 16 | Q.   I want to show you a document marked |
| 121 17 | Exhibit No. 9.  And you are a recipient. |
| 121 18 | A.   Thank you. |
| 121 19 | Q.   You wrote some of it, too. |
| 121 20 | A.   Okay. |
| 121 21 | Q.   Starting at the back page, it says: |
| 121 22 | "Our current tri-flange earplug has a NRR |
| 121 23 | of 26.  Yet the Combat Arms shows a 22.  They are" -- |
| 121 24 | "They basically are the same...can anyone (sic) |
| 121 25 | explain please?" |

**Re: [121:16-121:25]**
**Def Obj** Relevance (401, 402);
Prejudice (403)

**OVERRULED**

122:3 - 122:8   Madison 2019-12-10

| | |
|---|---|
| 122 3 | Q.   "...same thing, can anyone (sic) explain |
| 122 4 | please?" |
| 122 5 | And then it looks like Doug Moses writes |
| 122 6 | something about:  "The CAE has a different structure |
| 122 7 | and a hole in the end.  Ted is better at examining |
| 122 8 | (sic) this stuff.  Ted?" |

**Re: [122:3-122:8]**
**Def Obj** Relevance (401, 402);
Prejudice (403)

**OVERRULED**

122:11 - 123:18   Madison 2019-12-10

| | |
|---|---|
| 122 11 | Q.   Or "explaining this stuff." |
| 122 12 | And then you write back, correct? |
| 122 13 | A.   Yes. |
| 122 14 | Q.   You say: |
| 122 15 | "Elliot would know more about why the |
| 122 16 | green triple-flange tip of the CAE has a NRR of 22, |
| 122 17 | slightly lower than the other triple-flange devices. |
| 122 18 | It could be the structure of the stem which contains |
| 122 19 | the filter or it could be that the CAE is slightly |
| 122 20 | longer and behaves differently in the earcanal." |
| 122 21 | Did I read that correctly? |
| 122 22 | A.   Yes, the word "et cetera" is at the end |
| 122 23 | there. |
| 122 24 | Q.   Well, "et cetera." |
| 122 25 | A.   Uh-huh, yes. |
| 123 1 | Q.   Now, what product are you talking about |
| 123 2 | here? |
| 123 3 | A.   I'm talking about the dual end Combat Arms |
| 123 4 | earplug or this version. |
| 123 5 | Q.   Having a 22, which has a 26, "our current |

**Re: [122:11-123:18]**
**Def Obj** Relevance (401, 402);
Prejudice (403)

**OVERRULED**

123 6      tri-flange earplugs"?
123 7      A.   Oh, I'm sorry.  That -- that product, I
123 8      assume, is -- he is asking about -- I should look
123 9      back, see if he mentions the name of it.
123 10     Yes, it's E-A-R Tri-Flange.  It's a -- a
123 11     single-ended three-flange earplug with an NRR of
123 12     26 dB.
123 13     Q.   And, now, you are responding and talking
123 14     to Elliot, and you say:
123 15     "Elliot would know more than I about why
123 16     the green tri-tip (sic) on the CAE has an NRR of 22
123 17     decibels, slightly lower than the other triple" --
123 18     "triple-flange-tipped devices."

| | | |
|---|---|---|
| 124:5 - 125:7   Madison 2019-12-10 | **Re: [124:5-125:7]** | **OVERRULED** |
| 124 5      Q.   You wrote that Elliot would know more, | **Def Obj** Relevance (401, 402); | |
| 124 6      correct? | Prejudice (403) | |
| 124 7      A.   Yes. | | |

124 8      Q.   "It could be the structure of the stem
124 9      which contains the filter or it could be that the CAE
124 10     is slightly longer and behaves differently in the
124 11     earcanal, et cetera."
124 12     Are you with me?
124 13     A.   Yes, I am.
124 14     Q.   "Keep in mind that the test-retest
124 15     variability of the real-ear attenuation measurements
124 16     that are used to calculate the NRR is 2 to 3 decibels.
124 17     So, statistically, there is no difference between
124 18     devices with an NRR of 22 decibels and those with an
124 19     NRR of 25 decibels."
124 20     Did I read that reasonably correct?
124 21     A.   Yes.
124 22     Q.   So you are explaining your theory as to
124 23     why there is a difference, correct?
124 24     A.   No, I don't believe so.  I am explaining
124 25     that.  I -- I said that Elliot would know more than I
125 1      and I offered some possible reasons, but I -- I'm
125 2      re- -- I'm comparing the Combat Arms to the
125 3      Tri-Flange.
125 4      Q.   And one of the -- one of the -- one of the

125 5    could bes is that the Combat Arms is slightly longer
125 6    and behaves differently in the ear canal, correct?
125 7    A.   Yes.

126:3 - 126:16   Madison 2019-12-10
126 3    Q.   And you've worked with all of those?
126 4    A.   I have.
126 5    Q.   And it is talking about -- and it is
126 6    June 9th of 2009, talking about a revised test
126 7    protocol for CAE Vis- -- Version 4.
126 8    That's a single-tip selectable attenuation
126 9    earplug, isn't it?
126 10    A.   It -- it's a single-tip Combat Arms
126 11    earplug with a switch that allows you to switch
126 12    between listening modes.
126 13    Q.   So you can -- you can use it as a solid
126 14    earplug with a switch or then you can switch it so
126 15    it's got passive attenuation?
126 16    A.   Well, you can --

126:19 - 127:1   Madison 2019-12-10
126 19    BY THE WITNESS:
126 20    A.   You can position the switch in one of two
126 21    positions, closed for continuous noise reduction and
126 22    open for level-dependent attenuation.
126 23    BY MR. PIRTLE:
126 24    Q.   So it's doing the same job as the CAE
126 25    Version 2 with just one tip?
127 1    A.   Yes, it has the same intended use.

142:9 - 142:12   Madison 2019-12-10
142 9    (WHEREUPON, a certain document was
142 10    marked Ted Madison Deposition Exhibit
142 11    No. 11, for identification, as of
142 12    12/10/2019.)

142:17 - 142:22   Madison 2019-12-10
142 17    Q.   Mr. Madison, I want to hand you a document
142 18    which is Exhibit 11.  The front page is meaningless,
142 19    but the second page, I believe, gets into something we
142 20    talked about earlier, which is your hearing protection
142 21    and conservation seminars?
142 22    A.   Yes.

143:3 - 143:9   Madison 2019-12-10
  143 3    Q.   Did you author this document?
  143 4    A.   Yes.
  143 5    Q.   And is this a -- it is dated, at least on
  143 6    the PowerPoint I'm looking at, October 11th of 2012.
  143 7    Do you see?  We'll blow it up for you.
  143 8    There you go.
  143 9    A.   I see, yes, um-hum.

144:4 - 144:8   Madison 2019-12-10
  144 4    Q.   But this -- this is your thinking in
  144 5    October of 2012, at least, on the subject of hearing
  144 6    protection and conservation, correct, as reflected in
  144 7    these slides?
  144 8    A.   Yes, um-hum.

145:7 - 147:2   Madison 2019-12-10
  145 7    Q.   Okay.  And I don't want to go through all
  145 8    of them, but I want to go to Page 11.
  145 9    A.   What -- you are referring to the number
  145 10    down at the bottom right?
  145 11    Q.   Yes, sir.  Yes, sir.
  145 12    A.   Okay.
  145 13    Q.   And where it -- "Health Effects Related to
  145 14    Noise Exposure"?
  145 15    A.   Yes.
  145 16    Q.   And in here you've got, after that, the
  145 17    auditory system?
  145 18    A.   Yes.
  145 19    Q.   And the next page continues with talking
  145 20    about the inner ear and then hair cells, I assume you
  145 21    are talking about within the inner ear?
  145 22    A.   That's correct.
  145 23    Q.   And -- and the idea is if you are exposed
  145 24    to loud noises, the -- some of those hair cells start
  145 25    to die?
  146 1    A.   They can die, yes.
  146 2    Q.   And then that affects the hearing?
  146 3    A.   Yes.  They -- they can be damaged in a way
  146 4    that doesn't cause hair cell death which may also
  146 5    affect the hearing.

146 6      Q.   And -- and how would it affect the
146 7      hearing, can you explain that for me?
146 8      A.   Damage to the hair cells?
146 9      Q.   Yes, sir.
146 10     A.   Affects the sensitivity to sound, to sound
146 11     at different frequencies.  So the ability to detect a
146 12     sound at low levels may start to change after damage
146 13     to the hair cells.
146 14     Q.   Okay.
146 15     A.   And it can affect perception of sound
146 16     loudness.  So after hair cell damage, a person's
146 17     sensitivity to loud sound may change.
146 18     And the third most common symptom from
146 19     damage to the inner ear is tinnitus or tinnitus as
146 20     many people say it, which is a ringing, a perception
146 21     of ringing or buzzing sound in the ears.
146 22     Q.   If you don't mind, I am going to say
146 23     tinnitus.
146 24     A.   That's fine.
146 25     Q.   That's -- that's the --
147 1      A.   That's the most common way it's
147 2      pronounced.

147:12 - 148:9   Madison 2019-12-10

147 12     You describe on the next page, 13, health
147 13     effects associated with hearing loss.  You go and talk
147 14     about the damage to the hair cells?
147 15     A.   Yes.
147 16     Q.   And then health effects, tinnitus or
147 17     tinnitus?
147 18     A.   Um-hmm, yes.
147 19     Q.   Annoying ringing or buzzing sound,
147 20     interferes with concentration and sleeping?
147 21     A.   Yes.
147 22     Q.   That's what happens?
147 23     A.   Those are some of the things, interfering
147 24     with concentration or sleeping may happen.  It
147 25     doesn't --
148 1      Q.   May or may not?
148 2      A.   May not.

148 3    Q.  You've just got to interview the person to
148 4    figure that out?
148 5    A.  Yes.
148 6    Q.  And hearing loss is permanent, am I
148 7    correct?
148 8    A.  It can be temporary or permanent.
148 9    Q.  A lot of times it's permanent?

148:11 - 148:19  Madison 2019-12-10

148 11    BY MR. PIRTLE:
148 12    Q.  Or it can be permanent?
148 13    A.  Permanent threshold shift, or PTS, is --
148 14    is very common.  I don't know if that's what you are
148 15    asking, but...
148 16    Q.  That's basically what I'm asking.
148 17    And there is -- it has symptoms and
148 18    effects on -- on the per -- person?
148 19    A.  Yes.

148:21 - 151:15  Madison 2019-12-10

148 21    In terms of health effects, you say:
148 22    Noise-induced hearing loss; difficulty
148 23    hearing quiet sounds; conversation sounds muffled;
148 24    certain words are difficult to hear correctly; need to
148 25    ask other people to repeat; need to turn up volume on
149 1    TV or radio.
149 2    These are things that you have noticed
149 3    both in the literature and as an audiologist?
149 4    A.  Yes, they are.
149 5    Q.  And then it looks like on Page 14 you do a
149 6    hearing loss simulation and, quite frankly, I don't
149 7    have the ability to do that so we are not going to do
149 8    it.  Then there is non-auditory effects.
149 9    What do -- what do you mean by stress
149 10    reactions?
149 11    A.  So exposure to noise, loud noise,
149 12    hazardous noise, creates a stress response in the
149 13    body.
149 14    So when you work in a noisy area, people's
149 15    physiological reaction is -- is similar to other kinds
149 16    of stress, noise is a stressful hazard in the

149 17    workplace.
149 18    Q.   So noise itself or prolonged exposure to
149 19    noise --
149 20    A.   I wanted to add to that if I may.
149 21    Q.   Oh, okay, I'm sorry.  I'm --
149 22    A.   So I mean -- I meant two things there.  I
149 23    meant that, that working in noise can be stressful and
149 24    you can have health effects related to that.  But
149 25    also, having hearing loss can be stressful, the person
150 1    who has the hearing loss, it creates stress as they
150 2    experience those symptoms.
150 3    Q.   Okay.  So the stress -- the noisy
150 4    environment in and of itself can be stressful, but the
150 5    effects of hearing loss can also have a -- an effect
150 6    on the individual too?
150 7    A.   Yes, that's what I was indicating.
150 8    Q.   Okay.  Thank you.
150 9    A.   Uh-huh.
150 10    Q.   Irritability, is that part of that chain
150 11    of things?
150 12    A.   It could be related to stress, yes.
150 13    Q.   Lower morale, reduced productivity,
150 14    annoyance and disrupted -- disrupted concentration and
150 15    fatigue.
150 16    A.   Uh-huh.
150 17    Q.   And I'm just going to ask, you believe
150 18    that hearing loss is -- can be a serious problem?
150 19    A.   Yes, I do.
150 20    Q.   And it can be permanent?
150 21    A.   Yes, it can.
150 22    Q.   And once it occurs and it's permanent,
150 23    there is no cure for -- for hearing loss?
150 24    A.   Yes, I think broadly that's a true
150 25    statement, there is no medical treatment that restores
151 1    hearing.
151 2    Q.   Okay.  Well, that's -- and that's what I'm
151 3    getting at.  Now, people can get hearing aids and do
151 4    and you've placed a lot of people with hearing aids, I
151 5    imagine?

151 6    A.  Yes.
151 7    Q.  And that treats a symptom?
151 8    A.  Yes.
151 9    Q.  But in terms of there is nothing available
151 10   now medically that can restore hearing loss that is
151 11   noise induced or otherwise?
151 12    A.  That's -- that's a true statement.
151 13    Q.  The same is true with tinnitus, it can be
151 14   permanent?
151 15    A.  It can be, yes.
152:6 - 152:13  Madison 2019-12-10
152 6    Q.  And can you have hearing loss -- can you
152 7   have hearing loss without tinnitus?
152 8    A.  Yes.
152 9    Q.  And can you have tinnitus without hearing
152 10   loss?
152 11    A.  Yes.
152 12    Q.  And then can you have both?
152 13    A.  Yes.
159:4 - 159:8  Madison 2019-12-10
159 4    Q.  Another part of the integration was prior
159 5   to 3M's acquisition of Aearo, 3M's policy mandated
159 6   testing of its products at independent facilities?
159 7    A.  That was the customary practice.  I don't
159 8   know if it was mandated by a policy.
159:13 - 159:16  Madison 2019-12-10
159 13   The customary practice was -- would be
159 14   there was some -- an independent facility that would
159 15   test the, in this case, hearing protection products?
159 16    A.  Yes.
160:16 - 161:3  Madison 2019-12-10
160 16   Julie Tremblay, you said she was your boss
160 17   at some point?
160 18    A.  Yes, after the acquisition she came over
160 19   to 3M in -- within the 3M technical service
160 20   organization as my manager for the hearing protection
160 21   business and she may have had other responsibilities
160 22   as well.
160 23    Q.  And -- and she came over from Aearo?

160 24     A.   Yes.
160 25     Q.   And did she move from Indianapolis to
161 1      St. Paul or Minneapolis?
161 2      A.   She actually moved from South Bridge,
161 3      Massachusetts to St. Paul.

162:1 - 162:9   Madison 2019-12-10
162 1      Q.   It -- it says here, "3M corporate policy"
162 2      policy and then the word "appears," "appears to be
162 3      that Third Party testing & validation (sic) is
162 4      required on all products."
162 5      Did I read that correctly?
162 6      MR. FIELDS:  Verification.
162 7      BY MR. PIRTLE:
162 8      Q.   Verification.  I'm sorry.
162 9      A.   Yes, you read it correctly.

162:12 - 162:25   Madison 2019-12-10
162 12     Q.   Well, and what -- and that's what I had
162 13     asked you about earlier.
162 14     It looks like that 3M had a policy that
162 15     third parties did the testing and verification on its
162 16     products?
162 17     A.   Well, that was Mr. Klun's conclusion.
162 18     Q.   And it says:  "DECISION NEEDED:  Does this
162 19     policy apply to Hearing, Head, Eye and Face Protection
162 20     products?"
162 21     It sounds like at least somebody within
162 22     this acquisition group is going to make a decision as
162 23     to whether or not you all are going to self test or
162 24     independently test or third-party test or a
162 25     combination of both, right?

163:4 - 163:22   Madison 2019-12-10
163 4      A.   Yes, we discussed this issue in the -- in
163 5      the integration team.
163 6      Q.   You did.
163 7      And -- and did you come to a conclusion
163 8      that you would self test some products and then send
163 9      some others out for third-party testing?
163 10     A.   Yes, I believe that's -- that's what that
163 11     decision was.

| | | |
|---|---|---|
| 163 12    Q.   And it says:  "IF SO, WE HAVE A BIG | | |
| 163 13    PROBLEM!"  And there is an exclamation point. | | |
| 163 14    "Hearing NRR results may differ from a third party | | |
| 163 15    lab:  could result in relabeling packaging, literature | | |
| 163 16    changes....." | | |
| 163 17    Did you all discuss that? | | |
| 163 18    A.   Yes. | | |
| 163 19    Q.   And what was that discussion around? | | |
| 163 20    A.   It was around what effect it might have to | | |
| 163 21    do label testing outside of the E-A-RCAL Lab routinely | | |
| 163 22    and -- and how that might affect packaging and -- and | | |
| 163:23 - 163:23   Madison 2019-12-10 | | |
| 163 23    labeled values and so on. | | |
| 165:19 - 165:22   Madison 2019-12-10 | | |
| 165 19    Q.   And did you work to try to better | | |
| 165 20    understand this issue? | | |
| 165 21    A.   Yes, I -- we had a discussion about this | | |
| 165 22    and they were involved as well. | | |
| 165:23 - 166:13   Madison 2019-12-10 | | |
| 165 23    Q.   All right.  What was your discussion? | | |
| 165 24    A.   The discussion was whether to continue | | |
| 165 25    the -- the Aearo policy of testing at the E-A-RCAL Lab | | |
| 166 1    as our primary test lab. | | |
| 166 2    Q.   And was it decided that the bulk of the | | |
| 166 3    testing would be -- continue there? | | |
| 166 4    A.   Yes. | | |
| 166 5    Q.   And every test that I've seen, at least on | | |
| 166 6    the Combat Arms Version 2, that was done outside of | | |
| 166 7    government was done there as best I can remember. | | |
| 166 8    Is that your memory? | | |
| 166 9    A.   I -- I haven't seen all of the different | | |
| 166 10    tests that were run.  The ones that I have seen were | | |
| 166 11    done at E-A-RCAL, yes. | | |
| 166 12    Q.   And I think done by Elliot Berger? | | |
| 166 13    A.   Or his team. | | |
| 191:9 - 191:12   Madison 2019-12-10 | **Re: [191:9-191:12]** | **SUSTAINED** |
| 191 9    (WHEREUPON, a certain document was | **Def Obj** Foundation (602) | |
| 191 10    marked Ted Madison Deposition Exhibit | | |

| | | |
|---|---|---|
| 191 11    No. 16, for identification, as of<br>191 12    12/10/2019.) | | |
| 191:14 - 192:7   Madison 2019-12-10 | **Re: [191:14-192:7]** | **OVERRULED** |
| 191 14    Q.   I'm going to show you what I've marked as | **Def Obj** Foundation (602) | |
| 191 15    Exhibit 16 to your deposition. | | |
| 191 16    Looking at 50 -- I'm sorry -- looking at | | |
| 191 17    Exhibit 16, is this a brochure for Combat Arms? | | |
| 191 18    A.   That's what it looks like to me. | | |
| 191 19    Q.   And does it contain description of several | | |
| 191 20    versions of the Combat Arms? | | |
| 191 21    A.   Yes, it does. | | |
| 191 22    Q.   There is frequently asked questions on the | | |
| 191 23    right-hand side of the page? | | |
| 191 24    A.   Yes. | | |
| 191 25    Q.   And if we can blow those up. | | |
| 192 1    "FREQUENTLY ASKED QUESTIONS ABOUT THE | | |
| 192 2    (single-ended) COMBAT ARMS EARPLUGS." | | |
| 192 3    Down -- it says:  "How does the CAE | | |
| 192 4    protect my hearing from weapons fire or explosions in | | |
| 192 5    the Open/Weapons Fire mode." | | |
| 192 6    That's the passthrough mode, correct? | | |
| 192 7    A.   Yes, sometimes it is called that. | | |
| 193:14 - 193:16   Madison 2019-12-10 | **Re: [193:14-193:16]** | **OVERRULED** |
| 193 14    Now let's look at the next entry. | **Def Obj** Foundation (602) | |
| 193 15    "How Protective is a CLE (sic) in | | |
| 193 16    Open/Weapons Fire Mode?" | | |
| 194:3 - 195:11   Madison 2019-12-10 | **Re: [194:3-195:11]** | **OVERRULED** |
| 194 3    "Level-dependent technology used in the | **Def Obj** Foundation (602) | |
| 194 4    earplug has been tested and found to be protective up | | |
| 194 5    to approximately 190 decibels for outdoor exposures | | |
| 194 6    (sufficient to cover most weapons in the military | | |
| 194 7    inventory, including shoulder-fired rockets)." | | |
| 194 8    Did I read that correctly? | | |
| 194 9    A.   You -- you didn't mention dB peak.  DBP | | |
| 194 10    refers to dB peak.  That's an important distinction | | |
| 194 11    here. | | |
| 194 12    Q.   Oh, okay.  "dB peak of 190"? | | |
| 194 13    A.   Yes. | | |
| 194 14    Q.   We are -- we are going to talk about 190 | | |

| | |
|---|---|
| 194 15    in a little bit. | |
| 194 16    A.   Yeah. | |
| 194 17    Q.   But it says:  "(Sufficient to cover most | |
| 194 18    weapons in the military inventory, including | |
| 194 19    shoulder-fired rockets)." | |
| 194 20    Correct? | |
| 194 21    A.   That's what it says, yes. | |
| 194 22    Q.   That's what 3M was saying? | |
| 194 23    A.   That's what was written in this document, | |
| 194 24    yes.  So I believe, yes. | |
| 194 25    Q.   And come back to -- go out on that | |
| 195 1    page now.  I want to go to the bottom of the page. | |
| 195 2    There's a -- there's an asterisk at the end of that | |
| 195 3    statement, down at the bottom. | |
| 195 4    The asterisk goes to "Johnson, D.L. Over | |
| 195 5    Blast Pressure (sic) Studies, U.S. Army Medical | |
| 195 6    Research and Material Command, Albuquerque, New | |
| 195 7    Mexico." | |
| 195 8    A.   I see that on the left-hand side of the | |
| 195 9    page now. | |
| 195 10    Q.   Are you familiar with that citation? | |
| 195 11    A.   I'm familiar with it. | |

| | | |
|---|---|---|
| 195:12 - 195:20   Madison 2019-12-10 | **Re: [195:12-195:20]** | **OVERRULED** |
| 195 12    Q.   Okay.  So we'll look at another one.  Let | **Def Obj** Foundation (602) | |
| 195 13    me show you 53.  And this will be Exhibit 17.  And I | | |
| 195 14    am going to mark this one. | | |
| 195 15    (WHEREUPON, a certain document was | | |
| 195 16    marked Ted Madison Deposition Exhibit | | |
| 195 17    No. 17, for identification, as of | | |
| 195 18    12/10/2019.) | | |
| 195 19    BY MR. PIRTLE: | | |
| 195 20    Q.   Let me show you Exhibit 17. | | |
| 195:24 - 196:20   Madison 2019-12-10 | **Re: [195:24-196:20]** | **OVERRULED** |
| 195 24    Q.   It looks like we are looking at a New | **Def Obj** Foundation (602) | |
| 195 25    Dynamics 3M military and government hearing protection | | |
| 196 1    brochure, is that fair? | | |
| 196 2    A.   That's what it looks like to me. | | |
| 196 3    Q.   And it says: | | |
| 196 4    "Now listed on the Federal Procurement | | |

| | | | |
|---|---|---|---|
| 196 5 | List For Mandatory Purchase:  Sound Guard Earplugs, | | |
| 196 6 | Combat Arms Earplugs and Skull Screws Earplugs. | | |
| 196 7 | Losing your hearing is not a requirement for serving | | |
| 196 8 | your country.  New Dynamics have partnered" -- "New | | |
| 196 9 | Dynamics and 3M have partners" -- "partnered to | | |
| 196 10 | provide you with a section" -- "selection of hearing | | |
| 196 11 | protection devices that help meet the demanding | | |
| 196 12 | hearing protection needs of the armed forces." | | |
| 196 13 | Did I read that reasonably correct? | | |
| 196 14 | A.   Yes. | | |
| 196 15 | Q.   And then, again, we've talked about New | | |
| 196 16 | Dynamics and the partnership. | | |
| 196 17 | Do you know what AbilityOne is? | | |
| 196 18 | A.   I believe it relates to that federal | | |
| 196 19 | program that provides companies that employ disabled | | |
| 196 20 | people certain purchasing priorities or preferences. | | |
| 197:7 - 198:9 | Madison 2019-12-10 | Re: [197:7-198:9] | OVERRULED |
| 197 7 | BY MR. PIRTLE: | Def Obj Foundation (602) | |
| 197 8 | Q.   All right.  Go to the next page. | | |
| 197 9 | A.   Okay. | | |
| 197 10 | Q.   Des -- Designed for Combat.  And of course | | |
| 197 11 | there is a picture of the Combat Arms Version 2 down | | |
| 197 12 | there, correct? | | |
| 197 13 | A.   Yes. | | |
| 197 14 | Q.   Now, the second paragraph, it says: | | |
| 197 15 | "The level-dependent technology used in | | |
| 197 16 | the earplug has been tested and found to be protective | | |
| 197 17 | up to approximately 190 dBP for outdoor exposures | | |
| 197 18 | (sufficient to cover most weapons in the military | | |
| 197 19 | inventory, including shoulder-fired rockets)." | | |
| 197 20 | And then there is another citation or an | | |
| 197 21 | asterisk, and it refers down to D.L. Johnson, correct, | | |
| 197 22 | same study? | | |
| 197 23 | A.   Yes, I believe it is. | | |
| 197 24 | Q.   Do you know what shoulder-fired rockets 3M | | |
| 197 25 | is referring to here? | | |
| 198 1 | A.   No, I don't. | | |
| 198 2 | Q.   Do you know what was in the US military | | |
| 198 3 | inventory at this point in time? | | |

| | | | |
|---|---|---|---|
| 198 4 | A.   No, I don't. | | |
| 198 5 | Q.   Any familiarity with shoulder-fired | | |
| 198 6 | rockets at all? | | |
| 198 7 | A.   None whatsoever. | | |
| 198 8 | Q.   Have you ever heard one go off? | | |
| 198 9 | A.   I have not. | | |
| 199:22 - 200:1   Madison 2019-12-10 | | Re: [199:22-200:1] | SUSTAINED as to "I mean, these are |
| 199 22 | Q.   I mean, these are people out there | Def Obj Foundation (602); misstates, | people out there protecting this |
| 199 23 | protecting this country and 3M is saying, Hey, you can | argumentative (611, 403) | country and." |
| 199 24 | fire shoulder-fired rocket with this earplug in | | |
| 199 25 | clearly. | | OVERRULED in all other respects |
| 200 1 | That's what they are saying, isn't it? | | |
| 200:4 - 200:5   Madison 2019-12-10 | | Re: [200:4-200:5] | OVERRULED |
| 200 4 | A.   What they said was that the -- the -- the | Def Obj Foundation (602); misstates, | |
| 200 5 | earplugs are protective up to 190 dB Peak. | argumentative (611, 403) | |
| 200:6 - 200:17   Madison 2019-12-10 | | | |
| 200 6 | BY MR. PIRTLE: | | |
| 200 7 | Q.   Which covers most weapons in the US | | |
| 200 8 | inventory, including shoulder-fired rockets? | | |
| 200 9 | A.   I don't have any background in that area | | |
| 200 10 | to say yes or no. | | |
| 200 11 | Q.   I'm not asking if you have background. | | |
| 200 12 | That's just what the company you used to work for said | | |
| 200 13 | in this brochure, isn't it? | | |
| 200 14 | A.   Yes, they -- they listed examples of | | |
| 200 15 | weapons, yes. | | |
| 200 16 | Q.   That was one of the examples used? | | |
| 200 17 | A.   Uh-huh, yes, it was. | | |
| 202:14 - 202:24   Madison 2019-12-10 | | | |
| 202 14 | Q.   They're -- the:  "You protect us" is | | |
| 202 15 | talking to the soldiers, the men and women of the U.S. | | |
| 202 16 | Army, Marine Corps, Navy, Air Force, right? | | |
| 202 17 | A.   I don't know who the -- the audience is. | | |
| 202 18 | Q.   And it says:  "We protect you."  You don't | | |
| 202 19 | know that that's meant to mean the -- the people that | | |
| 202 20 | are using this plug? | | |
| 202 21 | A.   That seems logical. | | |
| 202 22 | Q.   Well, that's the only reasonable | | |

| | | |
|---|---|---|
| 202 23   interpretation of it there is, isn't it? | | |
| 202 24      A.   I don't know. | | |
| 203:4 - 203:7   Madison 2019-12-10 | **Re: [203:4-203:7]** | **OVERRULED** |
| 203 4      Q.   -- but the truth of the matter is, "You | **Def Obj** Foundation (602); | |
| 203 5      protect us," you are talking, you are saying, Thank | argumentative (611, 403) | |
| 203 6      you, soldiers, for protecting us, we protect you, you | | |
| 203 7      are talking about the soldiers' hearing? | | |
| 203:10 - 203:12   Madison 2019-12-10 | **Re: [203:10-203:12]** | **OVERRULED** |
| 203 10      Q.   That's just the truth, isn't it? | **Def Obj** Foundation (602); | |
| 203 11      A.   I think that's a reasonable interpretation | argumentative (611, 403) | |
| 203 12      of that phrase. | | |
| 204:17 - 204:24   Madison 2019-12-10 | **Re: [204:17-204:24]** | **OVERRULED** |
| 204 17      BY MR. PIRTLE: | **Def Obj** Foundation (602) | |
| 204 18      Q.   Let me show you Exhibit 18. | | |
| 204 19      This is a PowerPoint presentation out of | | |
| 204 20      your files, and I want to know if you wrote it, for | | |
| 204 21      one?  I think you were the custodian. | | |
| 204 22      A.   I did not write this. | | |
| 204 23      Q.   Do you know where it come from? | | |
| 204 24      A.   I don't recall. | | |
| 205:18 - 206:20   Madison 2019-12-10 | **Re: [205:18-206:20]** | **OVERRULED** |
| 205 18      Q.   All right.  Well, I believe it's got a | **Def Obj** Foundation (602) | |
| 205 19      3M -- it is out of the 3M production, but at any rate, | | |
| 205 20      let's go through it for a little bit. | | |
| 205 21      It says: "The Hearing Destroyer.  Impulse | | |
| 205 22      noise characteristics of small fire" -- "small arms | | |
| 205 23      weapons fire most hazardous to the hearing.  High | | |
| 205 24      frequency content, short rise time, high intensity | | |
| 205 25      level.  Potential for multiple exposures.  Reflected | | |
| 206 1      surfaces (urban combat) increase duration of (sic) | | |
| 206 2      hazard of impulse noise." | | |
| 206 3      MR. FIELDS:  "Duration and hazard." | | |
| 206 4      BY MR. PIRTLE: | | |
| 206 5      Q.   "Duration and hazard of impulse noise. | | |
| 206 6      One unprotected firing session can cause permanent | | |
| 206 7      damage." | | |
| 206 8      You do agree with that statement, don't | | |
| 206 9      you? | | |
| 206 10      A.   The -- are you asking about the last | | |

| | | |
|---|---|---|
| 206 11 | bullet? | |
| 206 12 | Q.   Sure. | |
| 206 13 | A.   That "one protected (sic) firing session | |
| 206 14 | can cause permanent damage"? | |
| 206 15 | Q.   Sure.  "One unprotected" or "firing | |
| 206 16 | session" -- | |
| 206 17 | A.   Yes, I'm sorry if I said it incorrectly. | |
| 206 18 | Q.   Okay.  "One unprotected firing session can | |
| 206 19 | cause permanent damage"? | |
| 206 20 | A.   That's possible. | |

| 209:13 - 209:16   Madison 2019-12-10 | | **Re: [209:13-209:16]** | **OVERRULED** |
|---|---|---|---|
| 209 13 | (WHEREUPON, a certain document was | **Def Obj** Foundation (602) | |
| 209 14 | marked Ted Madison Deposition Exhibit | | |
| 209 15 | No. 19, for identification, as of | | |
| 209 16 | 12/10/2019.) | | |

| 209:17 - 211:8   Madison 2019-12-10 | | **Re: [209:17-211:8]** | **OVERRULED** |
|---|---|---|---|
| 209 17 | BY MR. PIRTLE: | **Def Obj** Foundation (602) | |
| 209 18 | Q.   I'm going to show you what I marked to | | |
| 209 19 | your deposition as No. 19.  This is a 3M Occupational | | |
| 209 20 | Health and Environmental Safety Division, what they | | |
| 209 21 | used to call the division that you worked for? | | |
| 209 22 | A.   That's correct. | | |
| 209 23 | Q.   It is 3M Military Applications. | | |
| 209 24 | Do you recognize this document? | | |
| 209 25 | A.   I don't have any specific recollection of | | |
| 210 1 | it.  It looks like -- similar to many that I've seen. | | |
| 210 2 | Q.   This seems to be a -- a catalog, it's | | |
| 210 3 | geared towards the U.S. military, and the reason why I | | |
| 210 4 | ask you if -- if you recognize it, I see a lot of | | |
| 210 5 | Peltor products in here as well as Combat Arms? | | |
| 210 6 | A.   Yes, it looks like a product catalog. | | |
| 210 7 | Q.   And it would be a product catalog that | | |
| 210 8 | would have been produced in the ordinary course of | | |
| 210 9 | what 3M is doing, selling earplugs to military, and it | | |
| 210 10 | looks like glasses and everything else? | | |
| 210 11 | A.   Yes, a wide variety of safety products for | | |
| 210 12 | the military. | | |
| 210 13 | Q.   Go to Page 12, and I think you'll see | | |
| 210 14 | there that is the Combat Arms Passive Hearing | | |

210 15      Protector Version 2 ear -- earplug?
210 16      A.   At the top of the page, yes, the
210 17      dual-ended product.
210 18      Q.   It is like these that I have been showing
210 19      all day?
210 20      A.   Yes.
210 21      Q.   All right.
210 22      And then it says:  "Specifically (sic)
210 23      developed for the military.  Combat mode:  This
210 24      earplug" -- "earplug's patented design allows wearers
210 25      to hear low-level sounds critical to mission safety,
211 1      conversation, footsteps, rifle bolts.  When needed,
211 2      the plug's filter reacts to provide instant protection
211 3      from high level noises like weapons fire and
211 4      explosion" -- "explosions.  Steady state mode:  For
211 5      protection against constant noise (aircraft, armored
211 6      vehicles, et cetera) without hear-through."
211 7      Did I read that reasonably correct?
211 8      A.   Yes.

| 211:17 - 211:21   Madison 2019-12-10 | Re: [211:17-211:21] | OVERRULED |
|---|---|---|
| 211 17      Q.   All right.  In this -- in this particular | **Def Obj** Foundation (602) | |
| 211 18      representation in this catalog, the filter reacts to | | |
| 211 19      promote instant protection from high level noises like | | |
| 211 20      weapons fire, which we've already been over, in this | | |
| 211 21      case explosives? | | |

| 211:24 - 212:14   Madison 2019-12-10 | Re: [211:24-212:14] | OVERRULED |
|---|---|---|
| 211 24      Q.   Did I read that correctly? | **Def Obj** Foundation (602) | |
| 211 25      A.   It says "explosions," yes, um-hum. | | |
| 212 1      "Weapons fire and explosions," um-hum. | | |
| 212 2      Q.   Explosions being something blowing up? | | |
| 212 3      A.   I think that's a basic definition of an | | |
| 212 4      explosion, yeah. | | |
| 212 5      Q.   Improvise -- improvised explosive devices? | | |
| 212 6      A.   That would be a type of explosion, as I | | |
| 212 7      understand it. | | |
| 212 8      Q.   Okay.  And in this particular case, this | | |
| 212 9      catalog is stating, Hey, this yellow end will protect | | |
| 212 10      against that? | | |
| 212 11      A.   It provides instant protection from high | | |

| | | |
|---|---|---|
| 212 12   level noises, that's what it says, yes.<br>212 13    Q.   Like weapons fire and explosions?<br>212 14    A.   Um-hum. | | |
| 212:24 - 213:10   Madison 2019-12-10<br>212 24    Q.   Yeah.<br>212 25      One of the purposes of the -- of the<br>213 1    Combat Arms Version 2 was to allow a soldier, you all<br>213 2    have the term "situational awareness," in other words,<br>213 3    be able to hear at normal levels but yet give a level<br>213 4    of protection if there is an impulse noise?<br>213 5    A.   Yes, I would say that the -- it was<br>213 6    designed to help preserve that situational awareness<br>213 7    when worn properly.<br>213 8    Q.   And that's the way it was sold to your<br>213 9    knowledge?<br>213 10    A.   I believe so. | | |
| 213:11 - 213:25   Madison 2019-12-10<br>213 11    Q.   I'm going to show you what I'm marking as<br>213 12    Exhibit 20 to your deposition.<br>213 13      (WHEREUPON, a certain document was<br>213 14    marked Ted Madison Deposition Exhibit<br>213 15    No. 20, for identification, as of<br>213 16    12/10/2019.)<br>213 17    BY MR. PIRTLE:<br>213 18    Q.   Just let me know when you are ready to go.<br>213 19    A.   Okay.<br>213 20    Q.   Do you recognize these -- this series of<br>213 21    documents?<br>213 22    A.   Pardon me?<br>213 23    Q.   Do you recognize this series of e-mails?<br>213 24    A.   Yes.<br>213 25    Q.   When is the last time you saw them? | **Re: [213:11-213:25]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |
| 215:7 - 219:1   Madison 2019-12-10<br>215 7    A.   The last time I saw this would be close to<br>215 8    the time that it was written in 2014.<br>215 9    BY MR. PIRTLE:<br>215 10    Q.   Okay.<br>215 11    A.   Or -- in that time soon after that.<br>215 12    Q.   Are you familiar with it? | **Re: [215:7-219:1]**<br>**Def Obj** Relevance (401, 402);<br>Prejudice (403) | **OVERRULED** |

215 13   A.   Yes.
215 14   Q.   If you turn to the next-to-last page,
215 15   which is 10146.
215 16   A.   Okay.
215 17   Q.   It looks like a Ryan Kamerzell, zellee, or
215 18   zell?
215 19   A.   Um-mm, yes.
215 20   Q.   CI -- I mean, yeah, CIH, from Lawrence
215 21   Liver -- Livermore National Laboratory, Worker Safety
215 22   and Health, is -- is sending an e-mail to various
215 23   members of 3M, Eric, Bill and Larry.
215 24   A.   Yes, I see that.
215 25   Q.   Are you familiar with Lawrence
216 1   Livermore --
216 2   A.   Yes.
216 3   Q.   -- National Laboratory?
216 4   A.   Yes.
216 5   Q.   Is it in San Francisco?
216 6   A.   It's in -- outside of Oakland, yeah.
216 7   Q.   University of California-Davis?
216 8   A.   I don't -- I don't know about its
216 9   university affiliation.
216 10   Q.   They do nuclear research there?
216 11   A.   It's East -- it's East -- East Bay.
216 12   Q.   They do nuclear research there, right?
216 13   A.   I don't know.
216 14   Q.   So: "Thank you for your information.  I'm
216 15   very excited to get my hands on the technical proof
216 16   that the 3M Combat Arms plugs are effective up to
216 17   190 dB, even though they only have an NRR of 21."
216 18   Did I read that reasonably correct?
216 19   A.   I believe so.
216 20   Q.   "We want to issue these to our protective
216 21   force, but can't at the moment with the low NRR.  We
216 22   have an 8-hour TWA exposures" -- we have 8-hour TWA
216 23   exposures upwards of 111 dBA.  We currently use the
216 24   foam earplugs and muffs for double" -- "double
216 25   protection."
217 1   Did I read that correctly?

217 2      A.   Yes, I believe so.
217 3      Q.   What -- what is TWA?
217 4      A.   That's time weighted average.
217 5      Q.   These are saying that they are
217 6      currently -- they have 8-hour time weighted average of
217 7      111 average decibels?
217 8      A.   dBA is a -- is a specific decibel scale,
217 9      the A scale, and so the statement appears to say that
217 10     they are eight-hour average, time weighted average,
217 11     for these workers is, I don't know what upwards of,
217 12     but it is in that range of 111 dBA.
217 13     Q.   Go to Page 144.  This is an e-mail from
217 14     Jason Jones, whom you've identified, correct?
217 15     A.   I don't know that we've mentioned Jason
217 16     today.  He is a marketer, yeah.
217 17     Q.   And it is to Larry Dick?
217 18     A.   Yes.
217 19     Q.   And who is that?
217 20     A.   Larry was a 3M PSD sales specialist,
217 21     hearing specialist in southern California.
217 22     Q.   It says:  "Larry, I can't answer most of
217 23     the questions below."  And "Ted we need you (sic) to
217 24     weigh in here."
217 25     That -- you are the Ted, aren't you?
218 1      A.   Yes, "Ted will need to weigh in here,"
218 2      yes.
218 3      Q.   And it says:  "If" -- and I'm going down
218 4      to the third-to-the-bottom bullet point -- "If you are
218 5      at the range shooting and the guns are going off a lot
218 6      (every 30 seconds, et cetera), the open position of
218 7      the combat arms plug is not going to provide
218 8      protection.  Your ear cannot take a 110 dB," decibel,
218 9      "blast every 30 seconds."
218 10     Did I read that correctly?
218 11     A.   Yes, you read it correctly.
218 12     Q.   Do you agree with that statement?
218 13     A.   No, I do not.
218 14     Q.   What part of it do you disagree with?
218 15     A.   Personally, the -- the open position of

| | | |
|---|---|---|
| 218 16    the Combat Arms is not going to provide protection, | | |
| 218 17    that's what Mr. Jones said, and that's not a true | | |
| 218 18    statement. | | |
| 218 19    And then, secondly, your ear cannot take a | | |
| 218 20    110-dB blast every 30 seconds, that's -- that's a | | |
| 218 21    gross overstatement I think.  I wouldn't agree with | | |
| 218 22    that.  If you are wearing protection, it may be that | | |
| 218 23    that's a safe level to be exposed. | | |
| 218 24    Q.   Well, let's turn over to Page 143. | | |
| 218 25    The -- this is Mr. Berger, correct? | | |
| 219 1    A.   Bear with me a moment -- | | |
| **219:12 - 220:13   Madison 2019-12-10** | **Re: [219:12-220:13]** | **OVERRULED** |
| 219 12    Q.   And he said:  "The onset of risk for | **Def Obj** Relevance (401, 402); | |
| 219 13    impulse noise is normally estimated at 135 to 140 dB | Prejudice (403) | |
| 219 14    Peak." | | |
| 219 15    Is that what he says? | | |
| 219 16    A.   That is what he says. | | |
| 219 17    Q.   Do you agree with that? | | |
| 219 18    A.   Yes, I do. | | |
| 219 19    Q.   "Thus, if gunfights" -- "shots can be | | |
| 219 20    reduced below that level, they are considered | | |
| 219 21    essentially safe.  However, when shooting in an indoor | | |
| 219 22    reverberant space, the reverberant energy, which is | | |
| 219 23    much longer lived than the impulses, even at low (sic) | | |
| 219 24    level, can still be hazardous." | | |
| 219 25    Did I read that reasonably correct? | | |
| 220 1    A.   "Even at a lower level can still be | | |
| 220 2    hazardous." | | |
| 220 3    Q.   Do you agree with that? | | |
| 220 4    A.   Yes, I do agree. | | |
| 220 5    Q.   "At indoor ranges many weapons firing more | | |
| 220 6    protection than can be provided by the" -- "many" -- | | |
| 220 7    "at indoor ranges with many weapons firing, more | | |
| 220 8    protection than can be provided by the Combat Arms | | |
| 220 9    earplug is required." | | |
| 220 10    Did I read that correctly? | | |
| 220 11    A.   Yes. | | |
| 220 12    Q.   Do you agree with that? | | |
| 220 13    A.   Yes, I do. | | |

| | | |
|---|---|---|
| 220:14 - 220:15   Madison 2019-12-10 | **Re: [220:14-220:15]** | **OVERRULED** |
| 220 14    Q.   So these Combat Arms earplugs are not good | **Def Obj** Relevance (401, 402); | |
| 220 15    for indoor in the yellow position in the ear? | Prejudice (403); Misstates (611, 403) | |
| 220:18 - 220:22   Madison 2019-12-10 | **Re: [220:18-220:22]** | **OVERRULED** |
| 220 18    A.   The yellow end in the ear, that | **Def Obj** Misstates (611, 403); | |
| 220 19    level-dependent mode, will provide some reduction in | Relevance (401, 402); Prejudice (403) | |
| 220 20    the sound, the peak sound level in an indoor range. | | |
| 220 21    The phrase -- the statement that he is making here is | | |
| 220 22    whether that's sufficient to reduce risk. | | |
| 221:14 - 221:24   Madison 2019-12-10 | **Re: [221:14-221:24]** | **OVERRULED** |
| 221 14    It says:  "Even at a lower level can still | **Def Obj** Relevance (401, 402); | |
| 221 15    be hazardous.  At indoor ranges with many weapons | Prejudice (403) | |
| 221 16    firing, more protection than can be provided by the | | |
| 221 17    CAE is required," "is required." | | |
| 221 18    Is that true? | | |
| 221 19    A.   I believe that in some cases that would be | | |
| 221 20    true. | | |
| 221 21    Q.   All right.  Now, these -- these Combat | | |
| 221 22    Arms Version 2 earplugs were sold to the US military, | | |
| 221 23    right? | | |
| 221 24    A.   Yes. | | |
| 221:25 - 222:1   Madison 2019-12-10 | **Re: [221:25-222:1]** | **OVERRULED** |
| 221 25    Q.   It's wholly foreseeable that folks are | **Def Obj** Relevance (401, 402); | |
| 222 1    going to be shooting weapons indoors, isn't it? | Prejudice (403); Foundation (602); Calls | |
| | for legal conclusion (403) | |
| 222:4 - 222:6   Madison 2019-12-10 | **Re: [222:4-222:6]** | **OVERRULED** |
| 222 4    A.   I -- I don't know how they are -- how they | **Def Obj** Foundation (602); Calls for | |
| 222 5    shoot their weapons or -- or practice shooting.  I | legal conclusion (403) | |
| 222 6    have not been to a military base. | | |
| 222:7 - 223:12   Madison 2019-12-10 | | |
| 222 7    BY MR. PIRTLE: | | |
| 222 8    Q.   Well, let's just handle it this way.  On | | |
| 222 9    the gun range situation, you've seen or been to indoor | | |
| 222 10    gun ranges, particularly handgun ranges, haven't you? | | |
| 222 11    A.   Yes, I have. | | |
| 222 12    Q.   Would it surprise you to find out that the | | |
| 222 13    military has indoor handgun ranges for their people to | | |
| 222 14    qualify with? | | |
| 222 15    A.   You are asking me if it would surprise me? | | |

| | | | |
|---|---|---|---|
| 222 16 | Q.   Surprise you. | | |
| 222 17 | A.   That wouldn't surprise me. | | |
| 222 18 | Q.   And you know -- and you would know as | | |
| 222 19 | somebody who has watched the television news that -- | | |
| 222 20 | and you would have certainly known by the time that | | |
| 222 21 | these documents were written in 2014 that, outside of | | |
| 222 22 | the gun range scenario, that there are soldiers that | | |
| 222 23 | are going and clearing houses in Iraq, in Afghanistan, | | |
| 222 24 | discharging weapons indoors on top of each other. | | |
| 222 25 | You've seen that on the news, hadn't you? | | |
| 223 1 | A.   I've seen video of combat situations, | | |
| 223 2 | urban combat. | | |
| 223 3 | Q.   You've heard of Fallujah, hadn't you? | | |
| 223 4 | A.   I have. | | |
| 223 5 | Q.   Do you know of any statement by 3M that | | |
| 223 6 | said, Hey, we are selling these to you, but they won't | | |
| 223 7 | protect you in Fallujah? | | |
| 223 8 | A.   No, I know of no such statement. | | |
| 223 9 | Q.   Or they won't protect you in an indoor | | |
| 223 10 | range? | | |
| 223 11 | A.   I haven't seen a statement phrased that | | |
| 223 12 | way before, no. | | |
| 225:2 - 225:3 | Madison 2019-12-10 | Re: [225:2-225:3] | OVERRULED |
| 225 2 | Now, this is you weighing in, correct? | Def Obj Relevance (401, 402); | |
| 225 3 | A.   Yes, these are my comments. | Prejudice (403) | |
| 225:17 - 227:4 | Madison 2019-12-10 | Re: [225:17-227:4] | OVERRULED |
| 225 17 | BY MR. PIRTLE: | Def Obj Relevance (401, 402); | |
| 225 18 | Q.   "There is more and more evidence that | Prejudice (403) | |
| 225 19 | damage to ears can occur even when TTS does not | | |
| 225 20 | occur." | | |
| 225 21 | I'm on the last sentence there.  I'll read | | |
| 225 22 | the whole thing. | | |
| 225 23 | "Also, we need to be very clear that | | |
| 225 24 | Combat Arms earplugs will not reduce 190 decibel | | |
| 225 25 | explosions to a safe level of 140 or less.  The Army | | |
| 226 1 | study only looked at whether soldiers experienced | | |
| 226 2 | temporary threshold shifts (TTSs) after a few blasts. | | |
| 226 3 | There is more and more evidence that damage to ears | | |
| 226 4 | can occur even when the TTS does not occur." | | |

226 5      What does that mean?
226 6          A.   That was a statement that I made based on
226 7      my understanding at the time that I was referring to
226 8      research that's being done with laboratory animals
226 9      looking at the onset of TTS and PTS, permanent
226 10     threshold shift, and neurological damage to the hair
226 11     cells and the underlying systems.  Some emerging
226 12     science.
226 13         Q.   And you say:  "There is more and more
226 14     evidence that damage to the ears can occur even when
226 15     TTS does not..."
226 16         A.   That's what I said at the time.  I came to
226 17     learn later that may not be the case.
226 18         Q.   How much later?
226 19         A.   In this discussion with Mr. Berger.
226 20         Q.   "More broadly, I'm not sure the Combat
226 21     Arms makes sense in this application.  The benefit of
226 22     Combat Arms is to allow the wearer to hear better
226 23     between impulses (i.e. situational awareness) which
226 24     makes sense in a tactical police, hunting, or military
226 25     combat situation."
227 1      Is that what you wrote?
227 2          A.   Yes, I wrote that.
227 3          Q.   Do you agree with it?
227 4          A.   Yes.

231:15 - 232:5    Madison 2019-12-10
231 15         Q.   We were going through some statements that
231 16     you and Elliot -- Elliot Berger had made about the
231 17     suitability of the Combat Arms earplug Version 2.
231 18     During part of that discussion I showed
231 19     you a footnote and it was a footnote to the -- what we
231 20     call the Johnson Blast study.  I think I asked you if
231 21     you were familiar with it and you said yes?
231 22         A.   Yes, I am familiar.
231 23         Q.   When did you become familiar with it?
231 24         A.   I believe it was at -- at the time of this
231 25     last conversation with Mr. Berger in 2014 or
232 1      thereabouts that I became familiar.
232 2          Q.   Was that the first -- first time that you

| | | |
|---|---|---|
| 232 3    had familiarized yourself with the Johnson Blast<br>232 4    study?<br>232 5      A.  I don't recall seeing it before that time. | | |
| 233:9 - 233:11   Madison 2019-12-10<br>233 9      BY MR. PIRTLE:<br>233 10      Q.  I want to show you Exhibit 21.  I'm going<br>233 11      to hand you the Johnson Blast study? | Re: [233:9-233:11]<br>Def Obj Foundation (602) | OVERRULED |
| 233:15 - 233:17   Madison 2019-12-10<br>233 15      Q.  So this is cited as the basis for the<br>233 16      statement that the earplugs will protect up to<br>233 17      190 dBA, correct, or dBP, peak? | Re: [233:15-233:17]<br>Def Obj Foundation (602) | OVERRULED |
| 233:19 - 234:4   Madison 2019-12-10<br>233 19      BY THE WITNESS:<br>233 20      A.  The claim that you are referring to is<br>233 21      that the Combat Arms earplug Version 2 dual-ended<br>233 22      earplug is protective up to 190-dB peak?<br>233 23      Q.  Yes.<br>233 24      A.  And I believe that this is the study on<br>233 25      which that is based.  I'd need to verify the dates<br>234 1      and...<br>234 2      Q.  Well, can you do that if you want to.<br>234 3      This -- this is the study that's in that footnote.<br>234 4      A.  Okay. | Re: [233:19-234:4]<br>Def Obj Foundation (602) | OVERRULED |
| 234:5 - 234:6   Madison 2019-12-10<br>234 5      Q.  And just so we are clear, impulse noise is<br>234 6      measured in dBP or dB Peak, correct? | | |
| 234:9 - 235:11   Madison 2019-12-10<br>234 9      BY THE WITNESS:<br>234 10      A.  Yes, that's -- that's one way to measure<br>234 11      impulse noise.<br>234 12      BY MR. PIRTLE:<br>234 13      Q.  Steady state noise is normally measured in<br>234 14      dBA, we went through both of them?<br>234 15      A.  That's right.<br>234 16      Q.  All right.  First off, being these studies<br>234 17      were -- let's just put the first page up.<br>234 18      Blast Overpressure Studies With Animals<br>234 19      and Man.  And then subtitles:  Task Order One:  Firing<br>234 20      From a Bunker Simulator Study; Task Order Four: | | |

234 21     Nonlinear Plug Study.
234 22     And that's big enough for me.  I'm just
234 23     going to go down here and read through it, so you can
234 24     take that blowup out.
234 25     Principal investigator Daniel Johnson,
235 1      Ph.D.
235 2      Do you know Daniel Johnson?
235 3      A.   I knew him.
235 4      Q.   Did you know him during this time period?
235 5      A.   No.
235 6      Q.   September 1996 --
235 7      A.   Let me -- I met him in the late '90s in an
235 8      ANSI committee.  I don't know what year it was.
235 9      Q.   But you were not familiar with this study
235 10     at the time?
235 11     A.   No, no.

| 235:12 - 236:15   Madison 2019-12-10 | Re: [235:12-236:15] | **OVERRULED** |
|---|---|---|
| 235 12     Q.   Now, obviously, since the date -- the | **Def Obj** Foundation (602) | |
| 235 13     report date is September of 1996, he did not test | | |
| 235 14     Combat Arms earplugs, safe to say? | | |
| 235 15     A.   I don't know. | | |
| 235 16     Q.   Do you know if he tested in this Johnson | | |
| 235 17     Blast study the Combat earplugs filtering mechanism? | | |
| 235 18     A.   I don't know. | | |
| 235 19     Q.   Do you know if -- I know it wasn't | | |
| 235 20     yourself -- if Elliot Berger or somebody else at Aearo | | |
| 235 21     extrapolated results from this study and applied them | | |
| 235 22     to the Combat Arms Version 2 and actually subsequent | | |
| 235 23     versions of Combat Arms too -- also? | | |
| 235 24     A.   I don't know if Mr. Berger extrapolated | | |
| 235 25     results, as you've described it. | | |
| 236 1      Q.   Have you been under the impression that | | |
| 236 2      the Combat Arms Version 2 was actually tested in the | | |
| 236 3      study? | | |
| 236 4      A.   I don't recall what form it was in, | | |
| 236 5      Version 1 or 2 or some other version during the study, | | |
| 236 6      no. | | |
| 236 7      Q.   Okay.  Do you recall the results of the | | |
| 236 8      study? | | |

| | | | |
|---|---|---|---|
| 236 9 | A.   The -- I did not read this study carefully | | |
| 236 10 | front to back.  The discussion that I had with | | |
| 236 11 | Mr. Berger that we were discussing here a few moments | | |
| 236 12 | ago was to the conclusion about the 190-dB peak.  And | | |
| 236 13 | when this was provided to me by Mr. Berger, I accepted | | |
| 236 14 | his assessment of the validity of that claim based on | | |
| 236 15 | these data. | | |
| 237:6 - 238:18 | Madison 2019-12-10 | Re: [237:6-238:18] | OVERRULED |
| 237 6 | Q.   It is P0164B.146. | Def Obj Foundation (602) | |
| 237 7 | A.   Okay.  Yes, I have it. | | |
| 237 8 | Q.   Recommendation, Section VI, 1.A and B. | | |
| 237 9 | A.   Yes. | | |
| 237 10 | Q.   "Firing from a bunker simulator."  This | | |
| 237 11 | is:  "Because we have no" -- "no data with respect to | | |
| 237 12 | plugs, we cannot recommend plugs for this type of | | |
| 237 13 | reverberant exposure." | | |
| 237 14 | A.   Can you -- can you point out where you are | | |
| 237 15 | reading? | | |
| 237 16 | Q.   Yes.  Yes, sir.  It is being highlighted | | |
| 237 17 | as we go. | | |
| 237 18 | A.   Okay. | | |
| 237 19 | Q.   It might not seem like it because there | | |
| 237 20 | are two of us doing this. | | |
| 237 21 | A.   I understand.  Okay. | | |
| 237 22 | Q.   So:  "Firing from a bunk" -- | | |
| 237 23 | A.   I see. | | |
| 237 24 | Q.   "Firing from a bunker simulator."  That is | | |
| 237 25 | what they are saying under B, "Freefield waveform | | |
| 238 1 | exposures." | | |
| 238 2 | A.   I see that. | | |
| 238 3 | Q.   I'm going to go to the second paragraph. | | |
| 238 4 | "Based on this current study, this | | |
| 238 5 | modification to this recommendation would be to state | | |
| 238 6 | that the only proven adequate protection is the | | |
| 238 7 | radical (sic) muff." | | |
| 238 8 | A.   "RACAL." | | |
| 238 9 | Q.   "RACAL muff" -- | | |
| 238 10 | A.   Uh-huh. | | |
| 238 11 | Q.   -- "or the E-A-R foam protection.  Based | | |

|  |  |  |
|---|---|---|
| 238 12 | on our problems fitting" -- "with fitting the | |
| 238 13 | triple-flange plugs, we cannot" -- | |
| 238 14 | A.   "We are not." | |
| 238 15 | Q.   -- "we are not sure that any plug that | |
| 238 16 | cannot obtain a good seal in a very high percentage of | |
| 238 17 | the population should be used for this very high level | |
| 238 18 | impulse noises." | |

| 238:19 - 238:19   Madison 2019-12-10 | Re: [238:19-238:19] | **SUSTAINED** |
|---|---|---|
| 238 19 | MR. FIELDS:  "For the." | **Pltf Obj** improper counter |

| 238:21 - 239:23   Madison 2019-12-10 | Re: [238:21-239:23] | **OVERRULED** |
|---|---|---|
| 238 21 | A.   I see that. | **Def Obj** Foundation (602) |
| 238 22 | BY MR. PIRTLE: | |
| 238 23 | Q.   All right.  He is talking about | |
| 238 24 | triple-flange plugs, right, or that -- Johnson is in | |
| 238 25 | this section? | |
| 239 1 | A.   That's the -- that's the phrase that he | |
| 239 2 | uses "with the problems with fitting triple-flange" -- | |
| 239 3 | "the triple-flange plugs." | |
| 239 4 | Q.   And Combat Arms Version 2 is a | |
| 239 5 | triple-flange plug? | |
| 239 6 | A.   It is. | |
| 239 7 | Q.   So is Version 3, so is Version 4, right? | |
| 239 8 | A.   Yes. | |
| 239 9 | Q.   Next paragraph:  "We cannot recommend | |
| 239 10 | general use of the two nonlinear plugs we tested.  It | |
| 239 11 | is possible that the French No. 1 Plug, modified to | |
| 239 12 | put the filter in the stem instead of the front, might | |
| 239 13 | be acceptable for some special situations.  More | |
| 239 14 | testing, however, is needed to demonstrate this." | |
| 239 15 | Did I read that reasonably correct? | |
| 239 16 | A.   You did. | |
| 239 17 | Q.   Do you know what plug was a triple-flange | |
| 239 18 | plug? | |
| 239 19 | A.   No, I don't. | |
| 239 20 | Q.   In this study, would it surprise you if it | |
| 239 21 | was the French No. 1? | |
| 239 22 | A.   As I read it, the author refers to French | |
| 239 23 | No. 1 Plug. | |

239:24 - 240:11   Madison 2019-12-10

| | | |
|---|---|---|
| 239 24 | Q.   The French No. 1 Plug was the | **Re: [239:24-240:11]** |
| 239 25 | triple-flange plug in this study.  And what the author | **Def Obj** Foundation (602); 701; 702 |
| 240 1 | says is, if you modified it and put this filter that | |
| 240 2 | they are using in the stem instead of the front, it | |
| 240 3 | might be acceptable for some special situation.  More | |
| 240 4 | test -- testing, however, is needed to demonstrate | |
| 240 5 | this. | |
| 240 6 | In other words, we don't have enough data, | |
| 240 7 | isn't that what he is saying? | |
| 240 8 | A.   He is saying more testing is needed. | |
| 240 9 | Q.   To even demonstrate whether it's -- it's | |
| 240 10 | viable in special situations? | |
| 240 11 | A.   Right.  He is hypothesizing, yeah. | |

**OVERRULED**

240:12 - 241:6   Madison 2019-12-10

| | | |
|---|---|---|
| 240 12 | Q.   Well, he is sure not -- I don't know what | **Re: [240:12-241:6]** |
| 240 13 | he is hypothesizing.  He is saying I don't have enough | **Def Obj** Foundation (602); 701; 702 |
| 240 14 | data to recommend it, basically. | |
| 240 15 | A.   He says it might be acceptable for some | |
| 240 16 | situations, so that sounds like a better answer. | |
| 240 17 | Q.   Did you have a different impression of | |
| 240 18 | what Johnson Blast said? | |
| 240 19 | A.   Different than what, sir? | |
| 240 20 | Q.   Than what this conclusion was.  I went | |
| 240 21 | right to it. | |
| 240 22 | A.   As I said, I didn't read the whole study, | |
| 240 23 | so I don't -- I wanted to understand the basis for the | |
| 240 24 | 190-dB Peak claim and Mr. Berger provided this to me | |
| 240 25 | as the basis for that. | |
| 241 1 | Q.   Is there any other document, any other | |
| 241 2 | study that you have been provided as the basis for the | |
| 241 3 | 190 peak claim other than the Johnson blast study | |
| 241 4 | that's before you? | |
| 241 5 | A.   I have not been provided with any other | |
| 241 6 | studies of that type. | |

**OVERRULED**

241:17 - 242:9   Madison 2019-12-10

| | | |
|---|---|---|
| 241 17 | Q.   Do you -- do you know of any other | **Re: [241:17-242:9]** |
| 241 18 | statements within this document or anywhere else that | **Def Obj** Foundation (602); 701; 702 |
| 241 19 | supports that it is -- that -- that a triple-flange | |

**OVERRULED**

| | | |
|---|---|---|
| 241 20    plug, such as this, is protective up to 190 dBP? | | |
| 241 21    A.  I don't have any other specific parts of | | |
| 241 22    the study that I could point to that would say that. | | |
| 241 23    Q.  Well -- | | |
| 241 24    A.  I deferred to Mr. Berger's expert opinion | | |
| 241 25    on that. | | |
| 242 1    Q.  You -- you deferred to Mr. Berger's expert | | |
| 242 2    opinion that this study supported that the plugs were | | |
| 242 3    protective to 190 dBP? | | |
| 242 4    A.  Yes, I did. | | |
| 242 5    Q.  And absent -- with a -- and that is | | |
| 242 6    basically your sole basis, other than knowing about | | |
| 242 7    this study and having a copy of it, for the statement | | |
| 242 8    it's protective for impulse noises to -- to 190 dBP? | | |
| 242 9    A.  Yes. | | |
| 242:23 - 243:22  Madison 2019-12-10 | **Re: [242:23-243:22]** | **OVERRULED** |
| 242 23    Were you under the impression that the | **Def Obj** Foundation (602); 701; 702 | |
| 242 24    Combat Arms dual-ended earplug in some form of | | |
| 242 25    configuration was tested in the Johnson Blast study? | | |
| 243 1    A.  In some form or configuration, yeah, I | | |
| 243 2    don't know -- I don't know whether it's considered the | | |
| 243 3    same earplug or not.  Again, I haven't carefully | | |
| 243 4    read -- | | |
| 243 5    Q.  Have you -- | | |
| 243 6    A.  -- the description of the plug that was | | |
| 243 7    tested. | | |
| 243 8    Q.  Have you ever heard of the Combat Arms | | |
| 243 9    earplug Version No. 2 being referred to as a French | | |
| 243 10    No. 1? | | |
| 243 11    A.  I have not. | | |
| 243 12    Q.  Were you under the impression that the | | |
| 243 13    filter, which was, as you pointed out, invented in | | |
| 243 14    France, was tested in this Johnson Blast study? | | |
| 243 15    A.  That was my understanding when I discussed | | |
| 243 16    this with Mr. Berger. | | |
| 243 17    Q.  Okay.  So, and -- well, even if it was | | |
| 243 18    tested in this Johnson Blast study, which it was not, | | |
| 243 19    and I'm not representing that it was, still the | | |
| 243 20    conclusion is:  It might be acceptable in some special | | |

| | | |
|---|---|---|
| 243 21    situations, more testing, however, is needed to<br>243 22    demonstrate this.  More data? | | |
| 243:17 - 243:22   Madison 2019-12-10<br>243 17    Q.  Okay.  So, and -- well, even if it was<br>243 18    tested in this Johnson Blast study, which it was not,<br>243 19    and I'm not representing that it was, still the<br>243 20    conclusion is:  It might be acceptable in some special<br>243 21    situations, more testing, however, is needed to<br>243 22    demonstrate this.  More data? | **Re: [243:17-243:22]**<br>**Def Obj** Improper attorney colloquy<br>(401, 402, 403); speculation, foundation<br>(602); misstates, assumes facts,<br>argumentative, compound with 243:25<br>(611, 403) | **SUSTAINED as to "which it was not,**<br>**and I'm not representing that it was"**<br><br>**OVERRULED in all other respects** |
| 243:25 - 244:2   Madison 2019-12-10<br>243 25    Q.  Fair?<br>244 1    A.  That's what it says:  "More testing,<br>244 2    however, is needed to demonstrate this." | **Re: [243:25-244:2]**<br>**Def Obj** Improper attorney colloquy<br>(401, 402, 403);  speculation,<br>foundation (602); misstates, assumes<br>facts, argumentative, compound with<br>243:17-22 (611, 403); Foundation<br>(602); 701; 702 | **DEFER RULING** |
| 244:3 - 244:11   Madison 2019-12-10<br>244 3    Q.  And is the Johnson Blast study, to your<br>244 4    knowledge, the basis for the statements in the<br>244 5    brochures that we've looked through, and I think I can<br>244 6    pull out citations if need be, for the statements -- I<br>244 7    know in fact I've showed you one -- that the earplug,<br>244 8    the Combat Arms Version 2, was protective to 190 dBP<br>244 9    as -- as stated in the brochures?<br>244 10    A.  That was my understanding, that the study<br>244 11    was the basis for that claim. | **Re: [244:3-244:11]**<br>**Def Obj** Foundation (602); 701; 702 | **DEFER RULING** |
| 246:12 - 246:14   Madison 2019-12-10<br>246 12    Q.  I hand you what I've marked as Exhibit 22<br>246 13    to your deposition?<br>246 14    A.  Okay. | **Re: [246:12-246:14]**<br>**Def Obj** Hearsay (801, 802); Prejudice<br>(403); 404; Relevance (401, 402); 3M<br>MIL No. 10 | **SUSTAINED** |
| 246:25 - 247:4   Madison 2019-12-10<br>246 25    Q.  Do you recognize the document?<br>247 1    A.  Yes.<br>247 2    Q.  When is the last time you saw this?<br>247 3    A.  I would -- I recall seeing it at the time<br>247 4    and -- and soon afterward. | **Re: [246:25-247:4]**<br>**Def Obj** Hearsay (801, 802); Prejudice<br>(403); Relevance (401, 402); 404; 3M<br>MIL No. 10 | **SUSTAINED** |
| 247:5 - 247:16   Madison 2019-12-10<br>247 5    Q.  You had told me earlier -- earlier in this<br>247 6    deposition that the complaints that came in for the | | |

| | | |
|---|---|---|
| 247 7    hearing protection you were involved in handling, is | | |
| 247 8    that fair? | | |
| 247 9    A.   Yes, I was involved in handling complaints | | |
| 247 10   on hearing protectors. | | |
| 247 11   Q.   Were you chief, were you the chief person | | |
| 247 12   involved in that, did they all come to you or was | | |
| 247 13   there a pool of you? | | |
| 247 14   A.   I would -- I really say I was the primary. | | |
| 247 15   Q.   Handler? | | |
| 247 16   A.   Yeah, person they went to first. | | |
| 247:17 - 247:21   Madison 2019-12-10 | **Re: [247:17-247:21]** | **SUSTAINED** |
| 247 17   Q.   It looks to me that this is a -- it is | **Def Obj** Hearsay (801, 802); Prejudice | |
| 247 18   three pages, but it starts on the next-to-last page. | (403); 404; Relevance (401, 402); 3M | |
| 247 19   A.   Um-hum. | MIL No. 10 | |
| 247 20   Q.   And it -- it's from an Eric Howard. | | |
| 247 21   Did you ever meet Mr. Howard? | | |
| 247:24 - 248:17   Madison 2019-12-10 | **Re: [247:24-248:17]** | **SUSTAINED** |
| 247 24   Q.   Howald, I'm sorry. | **Def Obj** Hearsay (801, 802); Prejudice | |
| 247 25   A.   Howald.  I did not meet him.  I only | (403); 404; Relevance (401, 402); 3M | |
| 248 1    exchanged e-mails with him. | MIL No. 10 | |
| 248 2    Q.   This is an e-mail sent on December -- it | | |
| 248 3    purports to be December the 10th of 2013, correct? | | |
| 248 4    A.   Yes. | | |
| 248 5    Q.   The subject is:  "Danger of 3M Combat Arms | | |
| 248 6    Earplugs." | | |
| 248 7    A.   That's the subject. | | |
| 248 8    Q.   You have a message.  The message says: | | |
| 248 9    "I have been mulling over contacting | | |
| 248 10   anyone about this for over a year now, whether 3M or | | |
| 248 11   that awful Army bureaucracy - I don't really know | | |
| 248 12   where to begin.  The U.S. Army is the purchaser of 3M | | |
| 248 13   Combat Arms earplugs.  Here is an image of one I used. | | |
| 248 14   They are distributed to new soldiers who enter Basic | | |
| 248 15   Combat Training for use during rifle qualification." | | |
| 248 16   That's on a range, correct? | | |
| 248 17   A.   I don't know. | | |
| 248:18 - 249:1   Madison 2019-12-10 | | |
| 248 18   Q.   You've seen movies where there is cadets | | |
| 248 19   qualifying on a range? | | |

| | | |
|---|---|---|
| 248 20    A.   Sir, I've never served in the military.  I | | |
| 248 21    don't know. | | |
| 248 22    Q.   I understand that, but do you have a | | |
| 248 23    general appreciation that they'll have a group of guys | | |
| 248 24    and girls out on the range qualifying? | | |
| 248 25    A.   I don't know that it is done in groups, | | |
| 249 1    so, I don't know that. | | |
| 249:2 - 250:6    Madison 2019-12-10 | **Re: [249:2-250:6]** | **SUSTAINED** |
| 249 2    Q.   Okay.  All right. | **Def Obj** Hearsay (801, 802); Prejudice | |
| 249 3    "We were told by the cadre that" -- "that | (403); 404; Relevance (401, 402); 3M | |
| 249 4    they are designed so that you can hear voices, but it | MIL No. 10 | |
| 249 5    still protects you from the sound.  That is | | |
| 249 6    unequivocally false - these earplugs do not work. | | |
| 249 7    They are incredibly dangerous - and are a quick way to | | |
| 249 8    go deaf.  I strongly urge 3M to take measures to | | |
| 249 9    rescind or improve this product as soon as possible. | | |
| 249 10    I only used them the first day of rifle qualification, | | |
| 249 11    before switching to foam plugs from then on out.  Just | | |
| 249 12    from one day of using the Combat Arms earplugs, my | | |
| 249 13    good hearing has been destroyed and it has severely | | |
| 249 14    affected my quality of life.  I've lost my ability to | | |
| 249 15    hear higher pitches, and struggle to hear people when | | |
| 249 16    there is any background noise of all" -- "at all | | |
| 249 17    (which is most of the time in our day-to-day lives)." | | |
| 249 18    Have I read that correctly? | | |
| 249 19    A.   Yes. | | |
| 249 20    Q.   "I used to hear everything in my immediate | | |
| 249 21    environment, and now I struggle to make out any voice | | |
| 249 22    at all unless it is someone" -- "unless someone is | | |
| 249 23    directly in front of me." | | |
| 249 24    Now, we've talked about earlier, and I | | |
| 249 25    don't want to repeat myself, one day of exposure of -- | | |
| 250 1    of gunfire at a range without adequate protection can | | |
| 250 2    permanently damage a person's hearing, you'd agree | | |
| 250 3    with that? | | |
| 250 4    A.   It's possible, depending on the weapons | | |
| 250 5    and the number of shots fired and the protection | | |
| 250 6    provided -- worn. | | |

| | | |
|---|---|---|
| 250:7 - 250:10   Madison 2019-12-10 | **Re: [250:7-250:10]** | **SUSTAINED** |
| 250 7      Q.   Yeah.  I think this fellow shot M -- shot | **Def Obj** Relevance (401, 402); | |
| 250 8      with an M16.  That would be pretty standard issue for | Prejudice (403); compound (611, 403); | |
| 250 9      a foot soldier in the U.S. Army. | 3M MIL No. 10; Hearsay (801, 802); | |
| 250 10     Are you familiar with that? | 404; 3M MIL No. 10 | |
| 250:12 - 250:13   Madison 2019-12-10 | **Re: [250:12-250:13]** | **SUSTAINED** |
| 250 12     BY MR. PIRTLE: | **Def Obj** Compound (611, 403); 3M | |
| 250 13     Q.   He says it here? | MIL No. 10 | |
| 250:14 - 250:15   Madison 2019-12-10 | | |
| 250 14     A.   I've heard of an M16.  I'm not familiar. | | |
| 250 15     I've never shot one. | | |
| 250:16 - 250:23   Madison 2019-12-10 | **Re: [250:16-250:23]** | **SUSTAINED** |
| 250 16     Q.   "I'm absolutely certain that this was | **Def Obj** Hearsay (801, 802); Prejudice | |
| 250 17     caused by the earplugs, because the moment the first | (403); 404; Relevance (401, 402); 3M | |
| 250 18     shot went off I knew that I had never come close to | MIL No. 10 | |
| 250 19     hearing anything remotely that loud, it was as if your | | |
| 250 20     hair was standing up on end and you instantly became | | |
| 250 21     drunk, it was the most painful experience." | | |
| 250 22     Did I read that reasonably correct? | | |
| 250 23     A.   Yes. | | |
| 250:24 - 251:4   Madison 2019-12-10 | | |
| 250 24     Q.   You say you've never fired an M16 or | | |
| 250 25     AR-15? | | |
| 251 1      A.   No. | | |
| 251 2      Q.   So you have not experienced how loud and | | |
| 251 3      high the pitch of one of those weapons is? | | |
| 251 4      A.   Not one of those weapons. | | |
| 251:9 - 251:15   Madison 2019-12-10 | **Re: [251:9-251:15]** | **SUSTAINED** |
| 251 9      Q.   "After just a few iterations my hearing | **Def Obj** Hearsay (801, 802); Prejudice | |
| 251 10     disappeared in half and never returned.  After that | (403); 404; Relevance (401, 402); 3M | |
| 251 11     day, I always used foam earplugs and they worked | MIL No. 10 | |
| 251 12     fine." | | |
| 251 13     That's a statement that you've made in | | |
| 251 14     some of the documents we've reviewed during this | | |
| 251 15     deposition, correct? | | |
| 251:18 - 252:14   Madison 2019-12-10 | **Re: [251:18-252:14]** | **SUSTAINED** |
| 251 18     A.   I've made a statement that foam earplugs | **Def Obj** Hearsay (801, 802); Prejudice | |
| 251 19     are recommended in shooting situations where there are | (403); 404; Relevance (401, 402); 3M | |
| 251 20     a large number of rounds being -- that are being shot, | MIL No. 10 | |

| | | |
|---|---|---|
| 251 21 | but that's a recommendation. | |
| 251 22 | BY MR. PIRTLE: | |
| 251 23 | Q.   "Additionally, many, many other soldiers | |
| 251 24 | agree with me that they suffered hearing loss from | |
| 251 25 | those earplugs, and towards the end of the few weeks | |
| 252 1 | of rifle qualification, the majority of the people had | |
| 252 2 | switched over to the foam ones." | |
| 252 3 | That's the foamies, right? | |
| 252 4 | A.   Yes, he is -- he is -- I assume he is | |
| 252 5 | referring to disposable foam earplugs. | |
| 252 6 | Q.   "These earplugs might be suitable for | |
| 252 7 | harmful background noise of a helicopter, gunshots | |
| 252 8 | from comrades 30 feet away, or worn under earmuffs, | |
| 252 9 | but they absolutely should not be used how they are | |
| 252 10 | currently being used in basic training by the Army. | |
| 252 11 | Thank you, Eric." | |
| 252 12 | Did I read that reasonably correct? | |
| 252 13 | A.   Yes.  He signed it Eric Howald. | |
| 252 14 | Q.   Eric Howald. | |

| | | |
|---|---|---|
| 252:15 - 253:12   Madison 2019-12-10 | **Re: [252:15-253:12]** | **SUSTAINED** |
| 252 15 | And you replied? | **Def Obj** 404; Prejudice (403); |
| 252 16 | A.   Yes. | Relevance (401, 402); 3M MIL No. 10 |
| 252 17 | Q.   This is on December 10th.  You write back | |
| 252 18 | nine days later on the 19th. | |
| 252 19 | And it says:  "Thank you for contacting 3M | |
| 252 20 | to share your concerns about the hearing protection | |
| 252 21 | provided by the Combat Arms earplugs.  I commend you | |
| 252 22 | for quickly taking action to find other hearing | |
| 252 23 | protectors that were more effective for you after you | |
| 252 24 | noticed symptoms of hearing loss.  As an audiologist, | |
| 252 25 | I suggest you contact the appropriate Army audiologist | |
| 253 1 | facility, if you haven't already done so, to discuss | |
| 253 2 | the need for evaluation to determine your current | |
| 253 3 | hearing status." | |
| 253 4 | You are writing him back saying you need | |
| 253 5 | to go to the Army audiologist, correct? | |
| 253 6 | A.   I am responding to his complaint. | |
| 253 7 | Q.   "The hearing protection provided by the | |
| 253 8 | Combat Arms is affected by numerous factors, including | |

| | | |
|---|---|---|
| 253 9    the condition of the earplugs, the size of the | | |
| 253 10    earplugs and the proper fitting of the earplugs in the | | |
| 253 11    earcanal.  If the earplugs are damaged in some way, or | | |
| 253 12    are too small/too large, they are not" -- | | |
| 253:15 - 254:12    Madison 2019-12-10 | **Re: [253:15-254:12]** | **SUSTAINED** |
| 253 15    Q.   -- "or they are not properly inserted into | **Def Obj** 404; Prejudice (403); | |
| 253 16    the earcanals, the protection provided may be | Relevance (401, 402); 3M MIL No. 10 | |
| 253 17    diminished.  3M recommends that a qualified person, | | |
| 253 18    experienced in fitting hearing protectors, assist each | | |
| 253 19    soldier in the selection of the proper size (small, | | |
| 253 20    regular, or large) earplugs and provide training on | | |
| 253 21    proper fitting and use.  This training also should" -- | | |
| 253 22    "should also include how to store, clean and when to | | |
| 253 23    replace the earplugs.  If you have any questions, | | |
| 253 24    please contact me directly.  Best regards, Ted | | |
| 253 25    Madison." | | |
| 254 1    Did I read that correctly? | | |
| 254 2    A.   Yes, I believe so. | | |
| 254 3    Q.   And was that the one e-mail you sent him? | | |
| 254 4    A.   That was the first one. | | |
| 254 5    Q.   Did you send others? | | |
| 254 6    A.   I -- I don't see any others in this | | |
| 254 7    document, so I -- I don't know. | | |
| 254 8    Q.   Okay.  Now, did you follow up to actually | | |
| 254 9    try to have a personal contact with this young man to | | |
| 254 10    investigate this complaint more thoroughly? | | |
| 254 11    A.   I don't recall whether there were | | |
| 254 12    additional conversations between Mr. Howald and I. | | |
| 254:13 - 254:25    Madison 2019-12-10 | **Re: [254:13-254:25]** | **SUSTAINED** |
| 254 13    Q.   Well, he wrote you back? | **Def Obj** 404; Prejudice (403); Hearsay | |
| 254 14    A.   Yes, I see that on the first page. | (801, 802); Relevance (401, 402); 3M | |
| 254 15    Q.   And it says: | MIL No. 10 | |
| 254 16    "I looked at the spec sheet for these | | |
| 254 17    plugs and it said they have an NRR of 7 in the open | | |
| 254 18    position and 23 in the closed.  And the open mode is | | |
| 254 19    the one supposed to be used for gunfire.  It even says | | |
| 254 20    in the spec sheet that the level-dependent technology | | |
| 254 21    used in the earplug (and the earplug itself) has been | | |
| 254 22    tested on human subjects and found to be protective at | | |

| | | |
|---|---|---|
| 254 23    190 dBP." | | |
| 254 24    Did I read that correctly? | | |
| 254 25    A.   I believe you did. | | |
| **255:1 - 255:6**   Madison 2019-12-10 | **Re: [255:1-255:6]** | **SUSTAINED** |
| 255 1    Q.   It looks like this young man has looked at | **Def Obj** Foundation (602); misstates | |
| 255 2    at least some of the information that I had shown you | (611, 403); Prejudice (403); 3M MIL | |
| 255 3    earlier and picked up that the level-dependent yellow | No. 10 | |
| 255 4    ends are supposed -- or in this case valve open end is | | |
| 255 5    supposed to be used on the range, outdoor, and he | | |
| 255 6    quotes to 190 dBP, correct? | | |
| **255:9 - 255:15**   Madison 2019-12-10 | **Re: [255:9-255:15]** | **SUSTAINED** |
| 255 9    A.   It looks to me like he was looking at | **Def Obj** Foundation (602); misstates | |
| 255 10    specifications for Combat Arms Version 3 or later with | (611, 403); Prejudice (403); 3M MIL | |
| 255 11    an NRR of 7 and 23 in the open and closed mode | No. 10 | |
| 255 12    respectively.  So I don't know which version of the | | |
| 255 13    earplug he was wearing. | | |
| 255 14    And can you -- you asked a specific | | |
| 255 15    question.  Can you repeat that? | | |
| **255:16 - 255:16**   Madison 2019-12-10 | | |
| 255 16    BY MR. PIRTLE: | | |
| **255:17 - 255:20**   Madison 2019-12-10 | **Re: [255:17-255:20]** | **SUSTAINED** |
| 255 17    Q.   Oh, I was just saying, he got the -- the | **Def Obj** Relevance (401, 402); 404; | |
| 255 18    number 190 dBP from somewhere and it looks like it's | Prejudice (403); hearsay (801, 802); | |
| 255 19    the spec sheet from what he says? | foundation (602); misstates (611, 403); | |
| 255 20    A.   Yes, for Version 3 or 4 possibly. | 3M MIL No. 10 | |
| **255:25 - 256:14**   Madison 2019-12-10 | **Re: [255:25-256:14]** | **SUSTAINED** |
| 255 25    "This is the loosest use of 'protective' I | **Def Obj** Relevance (401, 402); hearsay | |
| 256 1    think I have ever heard in my life.  Whenever you have | (801, 802); Prejudice (403); 404; 3M | |
| 256 2    an M16 which is somewhere around 160 to 170 decibels, | MIL No. 10 | |
| 256 3    that's plain bullcrap.  I know the technical corporate | | |
| 256 4    response is" -- "the typical corporate response is to | | |
| 256 5    mention the numerous factors that could go wrong, such | | |
| 256 6    as condition, size... To clarify, I was given brand | | |
| 256 7    new/undamaged Combat Arms earplugs that I used for the | | |
| 256 8    first time, I was fitted by a specialist for the | | |
| 256 9    proper size, and I assure you I placed them in | | |
| 256 10    properly in the ear canal.  To be frank, I doubt | | |
| 256 11    you've used these earplugs as the sole protection at a | | |
| 256 12    range, and I doubt you ever will after my e-mail." | | |

| | | |
|---|---|---|
| 256 13    Have you? | | |
| 256 14    A.  Have I what? | | |
| 256:15 - 257:2  Madison 2019-12-10 | | |
| 256 15    Q.  Ever used these earplugs? | | |
| 256 16    A.  Yes. | | |
| 256 17    Q.  At a range? | | |
| 256 18    A.  Yes. | | |
| 256 19    Q.  Open position? | | |
| 256 20    A.  Yes, uh-huh. | | |
| 256 21    Q.  And what were you shooting? | | |
| 256 22    A.  A handgun. | | |
| 256 23    Q.  Do you remember what caliber? | | |
| 256 24    A.  I'm afraid I don't.  I don't know much | | |
| 256 25    about guns.  It was a -- it was a demonstration. | | |
| 257 1    Q.  Was it a big 'un or a little 'un? | | |
| 257 2    A.  I don't know. | | |
| 257:3 - 257:16  Madison 2019-12-10 | **Re: [257:3-257:16]** | **SUSTAINED** |
| 257 3    Q.  "As a user of this product, I can assure | **Def Obj** Hearsay (801, 802); Prejudice | |
| 257 4    you that the factor that affects the hearing | (403); 404; Relevance (401, 402); 3M | |
| 257 5    protection is primarily that it's a terrible product, | MIL No. 10 | |
| 257 6    either 3M knows how poorly these work and use the | | |
| 257 7    principal of hearing protection incredibly loosely, or | | |
| 257 8    there is a huge blunder in researching the efficacy of | | |
| 257 9    the product" -- "of this product.  I invite you to | | |
| 257 10    conduct personal interviews of soldiers leave basic | | |
| 257 11    training at Fort Jackson and ask them the opinion of | | |
| 257 12    your earplugs.  I can virtually guarantee the majority | | |
| 257 13    of the responses that you would receive, there is no | | |
| 257 14    way all of them are affected by the factors you | | |
| 257 15    mentioned for reasons they might not work.  Obviously, | | |
| 257 16    as a corporation, I don't expect 3M to ever admit it." | | |
| 257:19 - 257:19  Madison 2019-12-10 | | |
| 257 19    Q.  "Admit that." | | |
| 257:24 - 258:13  Madison 2019-12-10 | **Re: [257:24-258:13]** | **SUSTAINED** |
| 257 24    Q.  "But if 3M cares anything about health and | **Def Obj** Hearsay (801, 802); Prejudice | |
| 257 25    quality of life of people that use its products, they | (403); 404; Relevance (401, 402); 3M | |
| 258 1    will work behind the scenes to do more research as | MIL No. 10 | |
| 258 2    soon as possible and look at rescinding or improving | | |
| 258 3    this item.  It's just a recommendation that I hope you | | |

| | | |
|---|---|---|
| 258 4      take seriously.  If you can't say that you would | | |
| 258 5      honestly use it the product of the company you work | | |
| 258 6      for, I think you have a moral obligation to try to do | | |
| 258 7      something about it.  And if you do use the product | | |
| 258 8      with a high powered rifle, I hope you don't because I | | |
| 258 9      care, I'm sure you'll agree with me that this product | | |
| 258 10     is terrible.  I don't require a response for this | | |
| 258 11     e-mail.  Respectfully, Eric." | | |
| 258 12     Did I read that reasonably correct? | | |
| 258 13     A.   Yes, you did. | | |
| 258:14 - 258:17   Madison 2019-12-10 | | |
| 258 14     Q.   And you've done a demonstration with some | | |
| 258 15     type of handgun, but you've never fired a live M16 | | |
| 258 16     with this plug? | | |
| 258 17     A.   No, that's correct. | | |
| 258:18 - 259:14   Madison 2019-12-10 | **Re: [258:18-259:14]** | **SUSTAINED** |
| 258 18     Q.   What did you do with the complaint? | **Def Obj** 404; Prejudice (403); | |
| 258 19     A.   The complaint, because it was an alleged | Relevance (401, 402); 3M MIL No. 10 | |
| 258 20     health allegation, we implemented our process for | | |
| 258 21     responding and documenting this type of complaint.  So | | |
| 258 22     we -- we met with our product responsibility liaison, | | |
| 258 23     these are the people who are responsible for any | | |
| 258 24     alleged health out -- negative health outcomes as well | | |
| 258 25     as our business team and our laboratory to assess the | | |
| 259 1      proper response. | | |
| 259 2      Q.   And what was the proper response? | | |
| 259 3      A.   There were several, several responses. | | |
| 259 4      First thing we a -- we all agreed we needed to notify | | |
| 259 5      the U.S. Army about the complaint and so we did so. | | |
| 259 6      Secondly, we discussed whether additional | | |
| 259 7      warnings and cautions and user information should be | | |
| 259 8      added to our products, the Combat Arms earplugs, to | | |
| 259 9      help people understand the risks of impulse noise and | | |
| 259 10     how to select which mode the earplugs should be worn | | |
| 259 11     in for the type of exposure, whether the open mode | | |
| 259 12     with level dependent attenuation was appropriate or | | |
| 259 13     whether the closed mode for continuous noise | | |
| 259 14     applications would be more appropriate. | | |

259:22 - 260:13    Madison 2019-12-10

| | Re: [259:22-260:13] | SUSTAINED |
| --- | --- | --- |

259 22    Q.    You said you notified the Army.  Did you
259 23    come up with a -- did you tell the Army to tell these
259 24    kids to quit shooting this -- these guns with these
259 25    earplugs in the open position?
260 1    A.    No, the letter to the Army did not say
260 2    that.
260 3    Q.    Did anything to the Army tell the Army or
260 4    any branch of the military to tell their soldiers,
260 5    their recruits to stop shooting -- or stop using the
260 6    open position when they are utilizing a gun?
260 7    A.    I don't recall the specific details of the
260 8    letter to the Army.
260 9    Q.    I hadn't seen it.
260 10    A.    That doesn't sound familiar that -- what
260 11    you just described.
260 12    Q.    Have you seen that letter?
260 13    A.    No, not since -- since that time.

**Re: [259:22-260:13]**
**Def Obj** 404; Prejudice (403); Relevance (401, 402); 3M MIL No. 10

**SUSTAINED**

262:14 - 263:2    Madison 2019-12-10

262 14    Q.    Did 3M do any additional testing -- heck,
262 15    did it do any additional testing as far as to see if
262 16    these things work on any of the Combat Arms earplugs,
262 17    Version 2, 3 or 4, after this letter?
262 18    MR. FIELDS:  Objection; foundation.
262 19    BY THE WITNESS:
262 20    A.    I don't know the -- what testing was done
262 21    in 2013 at this time or -- or after this complaint.
262 22    BY MR. PIRTLE:
262 23    Q.    Well, let me ask --
262 24    A.    I wasn't involved in laboratory testing.
262 25    Q.    Let me ask it this way:  Do you know of
263 1    any testing that was done?
263 2    A.    Nothing that I recall.

263:3 - 263:11    Madison 2019-12-10

263 3    Q.    And do you know of any written warnings
263 4    that were sent?
263 5    A.    In response to this complaint, our
263 6    technical team wrote a new caution statement that
263 7    would be added to our packaging later, as well as to

**Re: [263:3-263:11]**
**Def Obj** 404; Prejudice (403); relevance (401, 402); 3M MIL No. 10

**SUSTAINED**

| | | |
|---|---|---|
| 263 8    advertisements and brochures explaining in more detail | | |
| 263 9    the hazards associated with impulse noise and the | | |
| 263 10    decisions that users should make to determine which | | |
| 263 11    type of protection is appropriate. | | |
| 266:14 - 266:19   Madison 2019-12-10 | **Re: [266:14-266:19]** | **SUSTAINED** |
| 266 14    Q.   That you added the -- you added a warning | **Def Obj** 404; Prejudice (403); relevance | |
| 266 15    sometime afterwards? | (401, 402); 3M MIL No. 10 | |
| 266 16    A.   This -- this text highlighted on the | | |
| 266 17    right-hand side is the impulse noise caution statement | | |
| 266 18    that was written, developed after the complaint from | | |
| 266 19    Mr. Howald. | | |
| 267:1 - 267:4   Madison 2019-12-10 | **Re: [267:1-267:4]** | **SUSTAINED** |
| 267 1    Q.   It never made it into the Version 2 | **Def Obj** 404; Prejudice (403); relevance | |
| 267 2    labeling, did it? | (401, 402); 3M MIL No. 10; 3M MIL | |
| 267 3    A.   I don't believe so.  I believe that | No. 16 | |
| 267 4    product had been discontinued. | | |
| 268:25 - 269:4   Madison 2019-12-10 | **Re: [268:25-269:4]** | **SUSTAINED** |
| 268 25    Q.   I guess I can ask you generally is there | **Def Obj** Foundation (602) | |
| 269 1    anything limiting 3M during the time 3M was | | |
| 269 2    manufacturing these products from strengthening its | | |
| 269 3    warnings or instructions? | | |
| 269 4    A.   I am not aware of any limitations. | | |
| 269:25 - 270:5   Madison 2019-12-10 | **Re: [269:25-270:5]** | **SUSTAINED** |
| 269 25    Q.   Well, if it's discontinued in '15, by '16 | **Def Obj** Foundation (602); 3M MIL | |
| 270 1    you are pretty well -- oh, I'm sorry -- you would | No. 16 | |
| 270 2    pretty well be able to reason that there is still some | | |
| 270 3    inventory with the U.S. Army? | | |
| 270 4    A.   I don't know what the U.S. Army did with | | |
| 270 5    their inventory after this discontinuation. | | |
| 270:8 - 270:10   Madison 2019-12-10 | **Re: [270:8-270:10]** | **SUSTAINED** |
| 270 8    Q.   This is not a recall, you all just stopped | **Def Obj** 3M MIL No. 16 | |
| 270 9    making it, right? | | |
| 270 10    A.   That's correct, it's not a recall. | | |
| 273:15 - 274:13   Madison 2019-12-10 | **Re: [273:15-274:13]** | **DEFER RULING** |
| 273 15    BY MR. PIRTLE: | **Def Obj** 404; Prejudice (403); Hearsay | |
| 273 16    Q.   Let me show you Exhibit 28. | (801, 802); relevance (401, 402); 3M | |
| 273 17    Do you recognize Exhibit 28? | MIL No. 10 | |
| 273 18    A.   Yes. | | |
| 273 19    Q.   When is the last time you saw it? | | |

| | |
|---|---|
| 273 20     A.   At the time it was written, I believe.<br>273 21     Q.   This is another complaint?<br>273 22     A.   It is a complaint, yes, and my response to<br>273 23     the complaint.<br>273 24     Q.   This is Howard Elmer.  It looks like he is<br>273 25     from Marietta, Georgia, writing you.<br>274 1     "I inserted the olive end into my ears, as<br>274 2     recommended on the back of the package, thought it had<br>274 3     seated, entered the shooting range and set up and<br>274 4     began firing.  "<br>274 5     A.   "Thought it had seated well, entered the<br>274 6     shooting range."<br>274 7     Q.   Yep.<br>274 8     A.   "And set up and began firing."<br>274 9     Q.   "At some point I felt a sharp piercing<br>274 10     pain/noise in my left ear.  Both ears had some<br>274 11     ringing, which subsided, by my left ear feels like<br>274 12     there is a buzzing/vibrating feeling when I speak<br>274 13     now." | |
| **274:14 - 274:19**   Madison 2019-12-10<br>274 14     You are an audiologist, what type of<br>274 15     symptom is that indicative of or what type of an<br>274 16     injury is that symptom indicative of?<br>274 17     A.   A buzzing and vibrating feeling could be a<br>274 18     tinnitus, a type of tinnitus.  I -- I don't know what<br>274 19     he was referring to, but... | |
| **274:20 - 274:24**   Madison 2019-12-10<br>274 20     Q.   "It" -- "It has been about two weeks since<br>274 21     this occurred with only slight improvement in my left<br>274 22     ear.  Loud noises are bothersome to my left ear."<br>274 23     Did I read that reasonably correct?<br>274 24     A.   I believe so. | **Re: [274:20-274:24]**<br>**Def Obj** 404; Prejudice (403); Hearsay<br>(801, 802); relevance (401, 402); 3M<br>MIL No. 10<br><br>**OVERRULED** |
| **274:25 - 275:5**   Madison 2019-12-10<br>274 25     Q.   And you had mentioned loud noises in some<br>275 1     cases being bothersome with exposure, when exposed to<br>275 2     sound, but I think you said, in fairness, over periods<br>275 3     of time.<br>275 4     But it can happen in one sitting, can't<br>275 5     it? | |

| | | |
|---|---|---|
| 275:7 - 275:10   Madison 2019-12-10 | | |
| 275 7 BY THE WITNESS: | | |
| 275 8 A.   Damage to the ear can happen from one | | |
| 275 9 exposure or more. | | |
| 275 10 BY MR. PIRTLE: | | |
| 275:12 - 275:12   Madison 2019-12-10 | | |
| 275 12 A.   Yeah. | | |
| 289:6 - 289:9   Madison 2019-12-10 | **Re: [289:6-289:9]** | **SUSTAINED** |
| 289 6 Q.   And Exhibit 32 appears to be an e-mail | **Def Obj** Relevance (401, 402); no | |
| 289 7 chain that you are involved with, and go ahead and | testimony designated regarding the | |
| 289 8 scan over it. | exhibit (403) | |
| 289 9 A.   Okay. | | |
| 303:10 - 303:15   Madison 2019-12-10 | **Re: [303:10-303:15]** | **SUSTAINED** |
| 303 10 A.   Yes, I will. | **Def Obj** 404; Prejudice (403); Hearsay | |
| 303 11 Q.   All right.  Before you is Exhibit 22, | (801, 802); relevance (401, 402); 3M | |
| 303 12 Mr. Pirtle asked you a few questions about this | MIL No. 10 | |
| 303 13 exhibit. | | |
| 303 14 Do you recall that? | | |
| 303 15 A.   Yes. | | |
| 304:2 - 304:5   Madison 2019-12-10 | **Re: [304:2-304:5]** | **OVERRULED** |
| 304 2 Q.   Okay.  And what's the date of this | **Def Obj** 404; Prejudice (403); Hearsay | |
| 304 3 complaint here? | (801, 802); relevance (401, 402); 3M | |
| 304 4 A.   12 -- well, the complaint original was | MIL No. 10 | |
| 304 5 December, it appears to be December 10, 2013. | | |
| 307:20 - 308:4   Madison 2019-12-10 | **Re: [307:20-308:4]** | **DEFER RULING** |
| 307 20 Q.   Correct.  All right. | **Def Obj** Foundation (602) | |
| 307 21 Now, let me ask you this:  Turn back to | | |
| 307 22 Exhibit 21, the Johnson Blast study, if you would. | | |
| 307 23 A.   Okay. | | |
| 307 24 Q.   And I think you -- you've already | | |
| 307 25 testified that, in fact, this was the basis for the | | |
| 308 1 190 dBP statement in the brochure that -- that the | | |
| 308 2 young man was -- one of the things he was complaining | | |
| 308 3 about in Exhibit 22, correct? | | |
| 308 4 A.   This was -- | | |
| 308:6 - 308:7   Madison 2019-12-10 | **Re: [308:6-308:7]** | **SUSTAINED** |
| 308 6 BY THE WITNESS: | **Def Obj** Foundation (602) | |
| 308 7 A.   This was the basis for that claim. | | |

| | | |
|---|---|---|
| 308:8 - 308:8   Madison 2019-12-10 | | |
| 308 8      BY MR. AYLSTOCK: | | |
| 308:9 - 308:17   Madison 2019-12-10 | **Re: [308:9-308:17]** | **OVERRULED** |
| 308 9      Q.   Okay.  So, and if we look at the | **Def Obj** Foundation (602) | |
| 308 10     conclusions here, if we go to Page 146, we've already | | |
| 308 11     established that -- that the authors of this, in fact, | | |
| 308 12     have determined that, one, we cannot recommend plugs | | |
| 308 13     of -- for -- of this type -- I'm sorry.  Strike that. | | |
| 308 14     The authors of this Johnson Blast study | | |
| 308 15     state:  "Because we have no data with respect to | | |
| 308 16     plugs, we cannot recommend plugs for this type of | | |
| 308 17     reverberant exposure." | | |
| 308:25 - 308:25   Madison 2019-12-10 | **Re: [308:25-308:25]** | **OVERRULED** |
| 308 25     A.   Yes, that's -- you read it correctly. | **Def Obj** Foundation (602) | |
| 309:4 - 309:10   Madison 2019-12-10 | **Re: [309:4-309:10]** | **OVERRULED** |
| 309 4      They also say at the very bottom:  "We | **Def Obj** Foundation (602) | |
| 309 5      cannot recommend general use of the two nonlinear | | |
| 309 6      plugs we tested.  It is possible that the French No. 1 | | |
| 309 7      Plug," talking about this -- the earlier generation of | | |
| 309 8      the Combat Arms, "modified to put the filter in the | | |
| 309 9      stem might be acceptable but more testing is needed." | | |
| 309 10     That's what they say, right? | | |
| 309:12 - 309:15   Madison 2019-12-10 | **Re: [309:12-309:15]** | **OVERRULED** |
| 309 12     BY THE WITNESS: | **Def Obj** Foundation (602) | |
| 309 13     A.   Yeah, the filter -- the filter in the stem | | |
| 309 14     instead of the front. | | |
| 309 15     BY MR. AYLSTOCK: | | |
| 309:16 - 309:20   Madison 2019-12-10 | **Re: [309:16-309:20]** | **OVERRULED** |
| 309 16     Q.   In other words, what they are saying is, | **Def Obj** Foundation (602); misstates | |
| 309 17     in -- if you are going to use this up to and under | (611, 403) | |
| 309 18     these conditions on the Johnson Blast study, more | | |
| 309 19     testing is needed before you make representations | | |
| 309 20     about it, correct? | | |
| 309:22 - 309:25   Madison 2019-12-10 | **Re: [309:22-309:25]** | **OVERRULED** |
| 309 22     BY MR. AYLSTOCK: | **Def Obj** Foundation (602); misstates | |
| 309 23     Q.   That's fair? | (611, 403) | |
| 309 24     A.   Yes, they are -- they are recommending | | |
| 309 25     more testing. | | |

309:26 - 310:1   Madison 2019-12-10

| 310 1 | Q.   And -- and you are unaware of any |
|---|---|

| 310:1 - 310:6   Madison 2019-12-10 | Re: [310:1-310:6] | **OVERRULED** |
|---|---|---|
| 310 1   Q.   And -- and you are unaware of any | **Def Obj** Foundation (602) | |
| 310 2   additional testing? | | |
| 310 3   A.   Yes. | | |
| 310 4   Q.   And I think we've already -- you've | | |
| 310 5   already said that? | | |
| 310 6   A.   I am unaware of that. | | |

| 310:23 - 311:13   Madison 2019-12-10 | Re: [310:23-311:13] | **OVERRULED** |
|---|---|---|
| 310 23   We've already established that this | **Def Obj** Foundation (602); asked (611, | |
| 310 24   Johnson Blast study is the basis for the marketing | 403) | |
| 310 25   representations of 190 dBP? | | |
| 311 1   A.   That's correct. | | |
| 311 2   Q.   For the Combat Arms Version 2, and 3 and 4 | | |
| 311 3   for that matter, correct? | | |
| 311 4   A.   I believe that's what was cited. | | |
| 311 5   Q.   And you are unaware of any additional | | |
| 311 6   testing at these levels to support that | | |
| 311 7   recommendation? | | |
| 311 8   A.   When you say "these levels," do you mean | | |
| 311 9   190? | | |
| 311 10   Q.   Yes. | | |
| 311 11   A.   Yes. | | |
| 311 12   Q.   Okay. | | |
| 311 13   A.   I am not aware of any other testing. | | |

| 311:14 - 311:19   Madison 2019-12-10 | Re: [311:14-311:19] | **OVERRULED** |
|---|---|---|
| 311 14   Q.   So my -- so my point is nothing changed in | **Def Obj** Foundation (602) | |
| 311 15   the scientific literature or your scientific knowledge | | |
| 311 16   from the -- this Johnson Blast study all of the way up | | |
| 311 17   until the time from Exhibit 25 when you are drafting | | |
| 311 18   this additional language, correct? | | |
| 311 19   A.   Yes, I wasn't aware of any other studies. | | |

| 311:20 - 311:25   Madison 2019-12-10 | Re: [311:20-311:25] | **OVERRULED** |
|---|---|---|
| 311 20   Q.   And so, therefore, it is your testimony, | **Def Obj** Foundation (602); Misstates; | |
| 311 21   is it not, that based upon those facts it would have | vague (611, 403); Calls for legal | |
| 311 22   been perfectly reasonable for 3M, or Aearo before 3M | conclusion (403) | |
| 311 23   acquired Aearo, to have included statement -- the | | |

| | | |
|---|---|---|
| 311 24    statement that you ended up adding to the marketing<br>311 25    material in 2016, correct? | | |
| 312:3 - 312:8    Madison 2019-12-10<br>312 3     A. Is the question whether it would be<br>312 4     reasonable to include such a statement?<br>312 5     BY MR. AYLSTOCK:<br>312 6     Q. Sure, because nothing changed?<br>312 7     A. I believe it is a reasonable thing to<br>312 8     include a statement like that. | **Re: [312:3-312:8]**<br>**Def Obj** Foundation (602); Misstates;<br>vague (611, 403); calls for legal<br>conclusion (403) | **OVERRULED** |
| 312:9 - 312:14    Madison 2019-12-10<br>312 9     Q. And it would have been reasonable all of<br>312 10    the way back certainly when 3M acquired Aearo and even<br>312 11    before because you've just established nothing<br>312 12    changed, correct?<br>312 13     A. Again, you are asking about what is<br>312 14    reasonable. It seems reasonable to me. | **Re: [312:9-312:14]**<br>**Def Obj** Calls for legal conclusion<br>(403); Foundation (602) | **OVERRULED** |
| 313:1 - 314:8    Madison 2019-12-10<br>313 1     (WHEREUPON, a certain document was<br>313 2     marked Ted Madison Deposition Exhibit<br>313 3     No. 34, for identification, as of<br>313 4     12/10/2019.)<br>313 5     BY MR. AYLSTOCK:<br>313 6     Q. And I think we established from an<br>313 7     earlier -- an earlier document in your testimony,<br>313 8     you're involved in helping create materials for<br>313 9     hearing protection training for 3M personnel, correct?<br>313 10     A. I was, yes.<br>313 11     Q. Now, do you recognize this document?<br>313 12     A. Yes, I do.<br>313 13     Q. And if we turn to the -- the very first<br>313 14    page, it looks like Elliot Berger was involved in the<br>313 15    drafting of this document, it looks like you were also<br>313 16    involved in the drafting of this document, fair?<br>313 17     A. These comments indicate that Elliot Berger<br>313 18    and I commented on the document. I don't know about<br>313 19    the drafting. That's not clear from this.<br>313 20     Q. Okay. Well, in other words, you were<br>313 21    involved in making sure that the -- that the<br>313 22    statements in this document were accurate because it's | | |

313 23    important when you are training people to sell hearing
313 24    protection that they have accurate information about
313 25    3M products as well as hearing protection generally,
314 1     fair?
314 2     A.   Yes, we were asked to review the technical
314 3     accuracy of this document.
314 4     Q.   Okay.  And you did so?
314 5     A.   Yes.
314 6     Q.   And it's important to be accurate, is it
314 7     not?
314 8     A.   It is.

315:15 - 315:18   Madison 2019-12-10
315 15    (WHEREUPON, a certain document was
315 16    marked Ted Madison Deposition Exhibit
315 17    No. 35, for identification, as of
315 18    12/10/2019.)

316:2 - 316:8   Madison 2019-12-10
316 2     Q.   -- it was -- it is relatively recent.  You
316 3     recall it as being relatively recently created
316 4     document?
316 5     A.   Yes.
316 6     Q.   In fact, I think what we have is 2018.
316 7     Does that sound about right to you?
316 8     A.   That sounds about right.

316:20 - 317:1   Madison 2019-12-10
316 20    Q.   And it's important -- and it is a training
316 21    document on hearing protection?
316 22    A.   Yes, it is.
316 23    Q.   And it's important for the training to be
316 24    100 percent accurate, correct?
316 25    A.   As accurate as possible.
317 1     Q.   Because if sales reps, if marketers get

| 317:1 - 317:4   Madison 2019-12-10 | **Re: [317:1-317:4]** | **OVERRULED** |
| 317 1     Q.   Because if sales reps, if marketers get | **Def Obj** Foundation (602); Vague (611, | |
| 317 2     bad information about the product, they are likely to | 403) | |
| 317 3     pass it along when they are trying to do their job | | |
| 317 4     selling and marketing the product, fair enough? | | |

317:6 - 317:7   Madison 2019-12-10

| | | |
|---|---|---|
| 317 6 | BY THE WITNESS: | **Re: [317:6-317:7]** |
| 317 7 | A.   Yes, we take accuracy very seriously. | **Def Obj** Foundation (602); Vague (611, 403) |

**OVERRULED**

317:22 - 318:16   Madison 2019-12-10

317 22    Q.   And I'm going to -- there is a comment in
317 23    green here.  It looks like it says:  "Did you know
317 24    that noise-induced hearing loss is 100 percent
317 25    preventable?"
318 1    You see that, right?
318 2    A.   Okay.  Yes, I do.
318 3    Q.   And you agree with that, right?
318 4    A.   I think that's an overstatement.
318 5    Q.   Well, did you -- you commented on this,
318 6    right?
318 7    A.   Yes, I'm not clear which comments are
318 8    mine, there are some red, some blue, some green.
318 9    Q.   Well, if we go back to the first page, the
318 10    green are actually approved statements per Elliot
318 11    Berger, do you see that on Page 1?  Green means
318 12    approved by Elliot Berger?
318 13    A.   Okay.  All right.
318 14    Q.   So and this statement I just read is in
318 15    green, is it not?
318 16    A.   It is.

318:17 - 318:19   Madison 2019-12-10

318 17    Q.   All right.  So you disagree with Elliot
318 18    Berger?
318 19    A.   Yes, I do.

319:11 - 320:18   Madison 2019-12-10

| | | |
|---|---|---|
| 319 11 | Q.   Well, let's go onto the -- the next green | **Re: [319:11-320:18]** |
| 319 12 | statement under it.  It says:  "While it is not always | **Def Obj** 701; 702 |
| 319 13 | immediate, noise-induced hearing loss can have a very | |

319 14    profound impact on someone's life."
319 15    You -- you see that, right?
319 16    A.   Yes, I see that.
319 17    Q.   And is this something you agree with or
319 18    another thing that you don't agree with?
319 19    A.   I agree.
319 20    Q.   Okay.  You do agree with this?

**OVERRULED**

| | | | |
|---|---|---|---|
| 319 21 | A.  I do. | | |
| 319 22 | Q.  All right.  And it says:  "Including | | |
| 319 23 | stress, fatigue, tension, irritability, anger, | | |
| 319 24 | negativity, depression, withdrawal, and even high | | |
| 319 25 | blood pressure." | | |
| 320 1 | You agree with all of that too, right? | | |
| 320 2 | A.   Yes, those things are all associated with | | |
| 320 3 | hearing loss. | | |
| 320 4 | Q.   Yeah.  And, in fact, you're -- you're not | | |
| 320 5 | only an audiologist, you are a practicing audiologist, | | |
| 320 6 | you are a clinician you testified earlier, right? | | |
| 320 7 | A.   I consider myself a clinician.  I don't | | |
| 320 8 | see patients. | | |
| 320 9 | Q.   Okay.  There was a time you saw patients? | | |
| 320 10 | A.   Yes. | | |
| 320 11 | Q.    And from those patients you saw and in | | |
| 320 12 | your experience, you know what this -- that this is, | | |
| 320 13 | in fact, true? | | |
| 320 14 | A.   Yes, I do. | | |
| 320 15 | Q.    Noise-induced hearing loss leads to all of | | |
| 320 16 | those things, right? | | |
| 320 17 | A.   It's a -- it's highly correlated with | | |
| 320 18 | those things. | | |
| 323:5 - 323:21 | Madison 2019-12-10 | **Re: [323:5-323:21]** | **OVERRULED** |
| | | **Def Obj** 701; 702 | |
| 323 5 | Q.   Well, but you don't dispute that when they | | |
| 323 6 | do die they are -- they are not going to regenerate, | | |
| 323 7 | it is not like other parts of the body, if you get a | | |
| 323 8 | cut on your skin, when these cells die, they are dead? | | |
| 323 9 | A.   When hair cells die, there is no | | |
| 323 10 | indication that they regrow. | | |
| 323 11 | Q.   And there is no treatment for that? | | |
| 323 12 | A.   None today. | | |
| 323 13 | Q.   All right.  Now, down below there is | | |
| 323 14 | another sentence that says:  "Want to make hearing | | |
| 323 15 | loss more impactful to your customer?" | | |
| 323 16 | Right? | | |
| 323 17 | A.   I see that. | | |
| 323 18 | Q.   And:  "Explain to them that the first | | |
| 323 19 | person that they will not be able to hear is likely | | |

| | | |
|---|---|---|
| 323 20　　their children or grandchildren." | | |
| 323 21　　You know that's true, right? | | |
| 323:24 - 324:3　Madison 2019-12-10 | **Re: [323:24-324:3]** | **OVERRULED** |
| 323 24　　Q.  I mean, this is one of their approved | **Def Obj** 701; 702 | |
| 323 25　　statements? | | |
| 324 1　　A.  No, I don't -- I don't believe it's true. | | |
| 324 2　　Q.  You don't believe this is true either? | | |
| 324 3　　A.  No. | | |
| 324:4 - 324:9　Madison 2019-12-10 | **Re: [324:4-324:9]** | **SUSTAINED** |
| 324 4　　Q.  Okay.  And so who -- who do you think | **Def Obj** Foundation (602); misstates, | |
| 324 5　　these people, these soldiers and servicemen and women | argumentative (611, 403); 701; 702; | |
| 324 6　　who have experienced noise-induced hearing loss, who | Prejudice (403) | |
| 324 7　　are they first likely not to hear, maybe not their | | |
| 324 8　　children or grandchildren because maybe they are | | |
| 324 9　　not -- they are overseas with their buddies? | | |
| 324:11 - 324:15　Madison 2019-12-10 | **Re: [324:11-324:15]** | **SUSTAINED** |
| 324 11　　BY THE WITNESS: | **Def Obj** Foundation (602); misstates, | |
| 324 12　　A.  I -- I don't think it would be -- I | argumentative (611, 403); 701; 702; | |
| 324 13　　wouldn't limit it to children and grandchildren. | Prejudice (403) | |
| 324 14　　That -- that hearing loss can affect ability to hear | | |
| 324 15　　all kinds of people of all ages, yeah. | | |
| 324:16 - 324:16　Madison 2019-12-10 | | |
| 324 16　　BY MR. AYLSTOCK: | | |
| 324:17 - 325:10　Madison 2019-12-10 | **Re: [324:17-325:10]** | **OVERRULED** |
| 324 17　　Q.  Okay.  All right. | **Def Obj** 701; 702 | |
| 324 18　　And it does say this is because children | | |
| 324 19　　have higher frequency voices and the hair cells that | | |
| 324 20　　detect high frequencies are impacted first. | | |
| 324 21　　Do you agree or disagree with that? | | |
| 324 22　　A.  I agree that -- that hair -- that hair | | |
| 324 23　　cells that are affected most by noise initially are | | |
| 324 24　　the high frequency, the hair cells that are -- | | |
| 324 25　　correspond to the high frequencies, and it is true | | |
| 325 1　　that children have high frequency voices. | | |
| 325 2　　Q.  Okay.  Fair enough. | | |
| 325 3　　You agree that losing the ability to | | |
| 325 4　　communicate can lead to significant frustration, | | |
| 325 5　　that's fair, right? | | |
| 325 6　　A.  I agree with that. | | |

| | | |
|---|---|---|
| 325 7      Q.   And then there is a quote in here in<br>325 8      green, so this is approved, a Helen Keller quote.<br>325 9      Do you see that?<br>325 10      A.   Yes. | | |
| 325:13 - 325:20   Madison 2019-12-10<br>325 13      Q.   Can you read that, Helen Keller's quote<br>325 14      for the jury?<br>325 15      A.   "Helen Keller once said:  'Blindness cuts<br>325 16      us off from things, but deafness cuts us off from<br>325 17      people.'"<br>325 18      Q.   That's true, isn't it?<br>325 19      A.   That's a perception that she had and many<br>325 20      people have, yes. | Re: [325:13-325:20]<br>Def Obj 701; 702; Relevance (401,<br>402) | OVERRULED |
| 326:8 - 326:17   Madison 2019-12-10<br>326 8      Q.   Well, you don't disagree with -- with the<br>326 9      statement, do you?<br>326 10      A.   I believe that's how many people feel.<br>326 11      Q.   Yeah.<br>326 12      A.   That it cuts them off from other people.<br>326 13      Q.   And that's a -- a very serious thing when<br>326 14      it comes to noise-induced hearing loss, correct,<br>326 15      feelings of kind of being cutoff, in isolation?<br>326 16      A.   Yes, I believe people with hearing loss<br>326 17      find that to be very troubling. | Re: [326:8-326:17]<br>Def Obj 701; 702; Relevance (401,<br>402) | OVERRULED |
| 327:17 - 328:10   Madison 2019-12-10<br>327 17      Q.   And: "Protect is the use of hearing<br>327 18      protection devices to reduce the noise exposure of<br>327 19      workers.  Hearing protection must be comfortable, fit<br>327 20      properly, and provide adequate protection for the<br>327 21      environment."<br>327 22      Do you see that?<br>327 23      A.   Yes.<br>327 24      Q.   And you -- do you agree or disagree with<br>327 25      this one?<br>328 1      A.   I agree.<br>328 2      Q.   Okay.  So you understand the importance of<br>328 3      fit when it comes to earplugs?<br>328 4      A.   I do.<br>328 5      Q.   And it is important to get the right fit | Re: [327:17-328:10]<br>Def Obj 701; 702 | OVERRULED |

| | | |
|---|---|---|
| 328 6    for the earplugs?<br>328 7       A.   It is important.<br>328 8       Q.   And it's important as well for the<br>328 9    earplugs to adequately protect for the environment,<br>328 10     correct? | | |
| 328:12 - 328:16   Madison 2019-12-10<br>328 12     BY THE WITNESS:<br>328 13       A.   Yes, it is important for them to<br>328 14    adequately protect for the noise and the environment<br>328 15    and the work that's being done.<br>328 16     BY MR. AYLSTOCK: | **Re: [328:12-328:16]**<br>**Def Obj** 701; 702 | **OVERRULED** |
| 328:25 - 329:9   Madison 2019-12-10<br>328 25     It's important for a company when it's<br>329 1    making representations about the protection of its<br>329 2    earplugs to be accurate in telling the men and women<br>329 3    who may be using those earplugs, especially those who<br>329 4    are in service of this country, what kind of<br>329 5    protection it's going to provide and in what<br>329 6    circumstances, fair?<br>329 7       A.   I agree that it's important for the<br>329 8    manufacturer to provide accurate information to all<br>329 9    users, yes. | **Re: [328:25-329:9]**<br>**Def Obj** 701; 702 | **SUSTAINED as to "especially those<br>who are in service of this country"**<br><br>**OVERRULED in all other respects** |
| 329:10 - 329:10   Madison 2019-12-10<br>329 10     Q.   Especially those men and women in uniform? | **Re: [329:10-329:10]**<br>**Def Obj** Asked (611, 403); 701; 702 | **SUSTAINED** |
| 329:12 - 329:14   Madison 2019-12-10<br>329 12     BY THE WITNESS:<br>329 13       A.   Certainly, certainly men and women in<br>329 14    uniform are part of that group.  It is very important. | **Re: [329:12-329:14]**<br>**Def Obj** Asked (611, 403); 701; 702 | **SUSTAINED** |
| 329:16 - 330:15   Madison 2019-12-10<br>329 16     Q.   Well, and let me ask you a little -- let<br>329 17    me go to Exhibit 10, if you would.  And I really want<br>329 18    to talk about this fit properly, but let me go back to<br>329 19    Exhibit 10 if you could pull that from your pile.<br>329 20       A.   Okay.  Give me a moment.<br>329 21    Okay.  I have it.<br>329 22       Q.   Mr. Pirtle asked you a few questions about<br>329 23    this.  It is the revised testing protocol from CAE<br>329 24    Version 4.<br>329 25    Do you remember this? | **Re: [329:16-330:15]**<br>**Def Obj** Foundation (602) relevance<br>(401, 402); Prejudice (403) | **OVERRULED** |

| | | |
|---|---|---|
| 330 1    A.   CAE Version 4, yes, I --<br>330 2    Q.   And it says Fitting Tip there.  You are<br>330 3    familiar, are you not, Mr. Madison, with the concept<br>330 4    of what a fitting tip is?<br>330 5    A.   Yes.<br>330 6    Q.   In fact, I've seen other products that you<br>330 7    are involved with that have a fitting tip, fair?<br>330 8    A.   Yes.<br>330 9    Q.   And you would agree with me that in -- in<br>330 10    various instructions for earplugs there is:  Here is<br>330 11    what you must do and then here is what you can do to<br>330 12    get a better fit, fair?<br>330 13    A.   Yes.<br>330 14    Q.   And that's really -- the fitting tip is<br>330 15    about comfort, fair enough? | | |
| 330:17 - 331:11   Madison 2019-12-10<br>330 17    BY THE WITNESS:<br>330 18    A.   I -- I wouldn't limit it to comfort.<br>330 19    BY MR. AYLSTOCK:<br>330 20    Q.   But that's -- it's not a requirement, it's<br>330 21    a tip for how to make sure you get the best fit, or it<br>330 22    doesn't -- it's not something -- in other words, it's<br>330 23    not something that everybody has to do every time, it<br>330 24    is just something a tip for them -- for proper -- to<br>330 25    get -- to get the best fit, fair?<br>331 1    A.   I agree that it's not some -- that it is<br>331 2    not a representation of something that everyone needs<br>331 3    to do every time.  It is guidance on how to improve<br>331 4    the fit if you are having difficulty getting a good<br>331 5    fit.<br>331 6    Q.   Right.  It is guidance if you can't get a<br>331 7    good fit --<br>331 8    A.   Yeah.<br>331 9    Q.   -- or you don't think you have a good fit,<br>331 10    here is something that might help, right?<br>331 11    A.   Yes, that's correct. | **Re: [330:17-331:11]**<br>**Def Obj** Foundation (602) relevance<br>(401, 402); Prejudice (403) | **OVERRULED** |
| 337:22 - 338:2   Madison 2019-12-10<br>337 22    Exhibit 35.<br>337 23    A.   Okay. | **Re: [337:22-338:2]**<br>**Def Obj** Foundation (602); relevance<br>(401, 402); Prejudice (403) | **OVERRULED** |

| | | |
|---|---|---|
| 337 24    Q.   Now, this is an e-mail from Doug Moses to<br>337 25    Erin Tucker, it looks like at U.S. Marine Corps.<br>338 1    Do you see that?<br>338 2    A.   Yes. | | |
| 343:23 - 343:25   Madison 2019-12-10<br>343 23    Q.   Okay.  And what it says here below that<br>343 24    is:  "One-Size-Fits-All Approach," right?<br>343 25    A.   That's what it says. | **Re: [343:23-343:25]**<br>**Def Obj** Foundation (602) | **OVERRULED** |
| 344:1 - 344:2   Madison 2019-12-10<br>344 1    Q.   That's not a good approach, is it, we just<br>344 2    established that in the prior document? | **Re: [344:1-344:2]**<br>**Def Obj** Foundation 602; misstates<br>(611, 403) | **OVERRULED** |
| 344:4 - 344:7   Madison 2019-12-10<br>344 4    BY MR. AYLSTOCK:<br>344 5    Q.   Didn't we?<br>344 6    A.   Yes, that's not an approach that I have<br>344 7    advocated for in my teaching. | **Re: [344:4-344:7]**<br>**Def Obj** Foundation 602; misstates<br>(611, 403) | **OVERRULED** |
| 344:8 - 344:12   Madison 2019-12-10<br>344 8    Q.   Did Mr. Moses run this by you before he<br>344 9    presented it to the U.S. -- somebody at the<br>344 10    U.S. Marine Corps and the U.S. Army to market these<br>344 11    Combat Arms earplugs?<br>344 12    A.   No. | | |
| 344:13 - 344:14   Madison 2019-12-10<br>344 13    Q.   Had he, would you have said, Mr. Moses,<br>344 14    this is wrong, you need to change this? | **Re: [344:13-344:14]**<br>**Def Obj** Foundation (602); 701 | **OVERRULED** |
| 344:16 - 344:19   Madison 2019-12-10<br>344 16    BY THE WITNESS:<br>344 17    A.   I would have had a conversation with him<br>344 18    to understand what he was trying to say and how best<br>344 19    to say it. | **Re: [344:16-344:19]**<br>**Def Obj** Foundation (602); 701 | **OVERRULED** |
| 344:20 - 344:25   Madison 2019-12-10<br>344 20    BY MR. AYLSTOCK:<br>344 21    Q.   Well, in that -- at the end of that<br>344 22    conversation, then, I take it you would have said,<br>344 23    Don't say it this way, fair enough?<br>344 24    A.   I certainly would have argued for my point<br>344 25    of view, yes. | **Re: [344:20-344:25]**<br>**Def Obj** Foundation (602); 701 | **OVERRULED** |

| | | |
|---|---|---|
| 346:7 - 346:9   Madison 2019-12-10 | **Re: [346:7-346:9]** | **OVERRULED** |
| 346 7    the employer and the manufacturer, yes, but what I'm | **Def Obj** Attorney colloquy (401, 402, | |
| 346 8    trying to hone in on is the manufacturer of the | 403) | |
| 346 9    earplug, in this case 3M, is the one that's making the | | |
| 346:10 - 347:3   Madison 2019-12-10 | | |
| 346 10    money on the earplug, fair? | | |
| 346 11    A.   Yes, I -- yes. | | |
| 346 12    Q.   They are the one out there making | | |
| 346 13    marketing claims to sell the earplug, right? | | |
| 346 14    A.   The manufacturer makes the marketing | | |
| 346 15    claims, yes. | | |
| 346 16    Q.   The manufacturer in this case tested the | | |
| 346 17    earplug and came up with the claims in the -- in the | | |
| 346 18    marketing from its testing, right? | | |
| 346 19    A.   Yes. | | |
| 346 20    Q.   And what I'm trying to see if you'll agree | | |
| 346 21    with me on is that, as such, the manufacturer bears | | |
| 346 22    the ultimate responsibility to make sure that whatever | | |
| 346 23    it's telling the people that want to buy or use the | | |
| 346 24    plug is dead on accurate because what we are talking | | |
| 346 25    about here are real consequences if somebody suffers | | |
| 347 1    noise-induced hearing loss, correct? | | |
| 347 2    A.   I agree the manufacturer's information | | |
| 347 3    needs to be accurate. | | |
| 347:20 - 348:4   Madison 2019-12-10 | **Re: [347:20-348:4]** | **OVERRULED** |
| 347 20    Q.   What -- what I asked you about was | **Def Obj** Foundation (602) | |
| 347 21    whether, since the manufacturer has the testing backup | | |
| 347 22    and data on the plug, and the fact the manufacturer is | | |
| 347 23    making claims about the plug and the manufacturer puts | | |
| 347 24    the instructions on the plug, doesn't the manufacturer | | |
| 347 25    bear the responsibility for those three things, to | | |
| 348 1    make sure those three things are accurate when it's | | |
| 348 2    selling its product -- product? | | |
| 348 3    A.   Yes, I agree they have responsibility to | | |
| 348 4    make sure those three things are accurate. | | |
| 350:8 - 351:15   Madison 2019-12-10 | **Re: [350:8-351:15]** | **OVERRULED** |
| 350 8    Q.   Now, one of the -- there were a series of | **Pltf Obj** improper counter per PTO 64 | |
| 350 9    questions during the deposition regarding various | | |
| 350 10    testing that might have been performed relating to the | | |

Madison 2019-12-10                                                                                                          92

| | | | |
|---|---|---|---|
| 350 11 | Combat Arms earplug Version 2. | | |
| 350 12 | Do you recall that? | | |
| 350 13 | A.   I recall that. | | |
| 350 14 | Q.   And for purposes of my questions, when I | | |
| 350 15 | use the term "Combat Arms earplug Version 2," I'm | | |
| 350 16 | speaking about the dual-ended Combat Arms earplug. | | |
| 350 17 | Can we agree on that? | | |
| 350 18 | A.   Yes. | | |
| 350 19 | Q.   And one of -- some of the questions | | |
| 350 20 | concerned certain labeling tests that were performed | | |
| 350 21 | by Aearo back in the early 2000s for the Combat Arms | | |
| 350 22 | Version 2. | | |
| 350 23 | Do you recall that, the questions? | | |
| 350 24 | A.   Yes, I recall that, those questions. | | |
| 350 25 | Q.   At 3M, was it your responsibility to | | |
| 351 1 | perform labeling tests on the Combat Arms earplug | | |
| 351 2 | Version 2? | | |
| 351 3 | A.   No, it was not. | | |
| 351 4 | Q.   Was it your responsibility to perform | | |
| 351 5 | labeling tests on what has been called the ARC | | |
| 351 6 | earplug? | | |
| 351 7 | A.   No. | | |
| 351 8 | Q.   Was it your responsibility to perform | | |
| 351 9 | labeling tests on any hearing protection device at 3M? | | |
| 351 10 | A.   It was not my responsibility. | | |
| 351 11 | Q.   Putting aside whether or not it was your | | |
| 351 12 | responsibility, did you consider one of your | | |
| 351 13 | specialties when you were at 3M to perform labeling | | |
| 351 14 | tests for hearing protection devices? | | |
| 351 15 | A.   No. | | |
| 351:16 - 355:1 | Madison 2019-12-10 | Re: [351:16-355:1] | OVERRULED |
| 351 16 | Q.   Earlier there was some discussion | Pltf Obj improper counter per PTO 64 | |
| 351 17 | regarding a specific type of test called the REAT | | |
| 351 18 | test. | | |
| 351 19 | Do you recall that? | | |
| 351 20 | A.   Yes. | | |
| 351 21 | Q.   And what does REAT stand for? | | |
| 351 22 | A.   Real-ear attenuation at threshold. | | |
| 351 23 | Q.   And based on your work at 3M, did you | | |

351 24    become aware of various REAT tests that were performed
351 25    on 3M or Aearo hearing protection devices?
352 1     A.   Can you say that again, please.
352 2     Q.   Sure.  While we -- while you were at 3M,
352 3     did you become aware of certain REAT tests that were
352 4     performed on various hearing protection devices?
352 5     A.   Yes, I was aware of testing being
352 6     performed on hearing protection devices.
352 7     Q.   While you were at 3M, was one of your
352 8     specialties or focuses to perform REAT tests on
352 9     hearing protection devices?
352 10    A.   No.
352 11    Q.   Was one of your specialties or focuses
352 12    while you were at 3M to perform labeling tests on
352 13    hearing protection devices?
352 14    A.   No.
352 15    Q.   You indicated earlier that your job title,
352 16    at least after the acquisition of Aearo by 3M, was a
352 17    technical services specialist or something similar to
352 18    that?
352 19    A.   That's right.
352 20    Q.   As a technical service specialist, was one
352 21    of your responsibility -- in one of your
352 22    responsibilities to review all of the testing that had
352 23    been performed relating to the Combat Arms earplug
352 24    Version 2?
352 25    A.   No.
353 1     Q.   Did you ever attempt to identify all of
353 2     the testing of the Combat Arms earplug Version 2 that
353 3     had been performed, first of all, before the
353 4     acquisition of Aearo in 2008?
353 5     A.   No.
353 6     Q.   Did you ever attempt to identify all of
353 7     the testing of the Combat Arms earplug Version 2 that
353 8     was performed at any point in time after the
353 9     acquisition of Aearo by 3M in 2008?
353 10    A.   No.
353 11    Q.   There was some discussion earlier in the
353 12    deposition regarding testing concerning the

| | |
|---|---|
| 353 13 | situational awareness that could result if one was |
| 353 14 | wearing a hearing protection device. |
| 353 15 | Do you recall that? |
| 353 16 | A.   Yes. |
| 353 17 | Q.   Was one of your specialties or -- or |
| 353 18 | focuses as a technical service specialist to evaluate |
| 353 19 | the test data on the intelligibility that would result |
| 353 20 | when users were wearing a hearing protection device |
| 353 21 | such as the Combat Arms earplug Version 2? |
| 353 22 | A.   No. |
| 353 23 | Q.   Were you ever involved in performing |
| 353 24 | testing to evaluate a soldier's situation awareness |
| 353 25 | when wearing hearing protection devices? |
| 354 1 | A.   No. |
| 354 2 | Q.   As you sit here today, are you aware of |
| 354 3 | all of the various tests that have been performed over |
| 354 4 | the years relating to the Combat Arms earplug |
| 354 5 | Version 2? |
| 354 6 | A.   No. |
| 354 7 | Q.   Do you know all of the entities or |
| 354 8 | agencies that have been involved in evaluating or |
| 354 9 | testing the Combat Arms earplug Version 2? |
| 354 10 | A.   No. |
| 354 11 | Q.   What about with respect to the testing on |
| 354 12 | the Version 3 or Version 4 of the earplug? |
| 354 13 | A.   No. |
| 354 14 | Q.   There were a series of questions earlier |
| 354 15 | about the Johnson Blast Overpressure study. |
| 354 16 | Do you recall that? |
| 354 17 | A.   Yes, I do. |
| 354 18 | Q.   Was -- do you consider yourself to have |
| 354 19 | expertise in evaluating blast overpressure studies? |
| 354 20 | A.   No, I don't. |
| 354 21 | Q.   At any point in time did you attempt to |
| 354 22 | identify whether there were similar studies to the |
| 354 23 | Johnson study that had been published in the |
| 354 24 | peer-reviewed literature or otherwise that were |
| 354 25 | evaluating Combat Arms earplugs? |
| 355 1 | A.   No, I didn't. |