UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Estes*, 7:20cv137 *Hacker*, 7:20cv131 *Keefer*, 7:20cv104 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

# DEPOSITION DESIGNATIONS ORDER NO. 6

This Order addresses Plaintiffs' objections and counter-designations to Defendants' affirmative deposition designations and Defendants' objections to Plaintiffs' counter-designations thereto for the following witness depositions:

1. Leanne Battler
2. Sarah Burrows
3. Cynthia Crossley
4. Eric Fallon
5. Brian Hobbs
6. Emily Keefer
7. Ronald Kieper
8. Melissa Leccese

The Court's rulings with respect to the above depositions are set forth in the attached Exhibit 1.

**SO ORDERED**, on this 23rd day of March, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**