# EXHIBIT 1

| 3M Affirmatives | Pltf Objections | Pltf Counters | 3M Objections | Rulings |
|---|---|---|---|---|
| **11:03 - 11:06**  Battler, Leanne 2020-09-10 | | | | |
| 11:03  Q. Good morning.  Would you identify | | | | |
| 11:04  yourself for the jury, please. | | | | |
| 11:05  A. My name is Lieutenant Colonel | | | | |
| 11:06  Leanne Marie Battler. | | | | |
| | | | | |
| **15:13 - 16:06**  Battler, Leanne 2020-09-10 | | | | |
| 15:13  Q. Why don't you start with -- start | **Re: [15:13 to 16:06]** | | | **OVERRULED** |
| 15:14  with college.  You attended Brock University? | **Pltf Obj** Improper bolstering, | | | |
| 15:15  A. Yes, I did.  Yes.  I graduated in | 402/403, improper attempt to | | | |
| 15:16  1989. | qualify lay witness as expert | | | |
| 15:17  Q. And after that, you attended SUNY | | | | |
| 15:18  Buffalo where you obtained a doctor of | | | | |
| 15:19  audiology? | | | | |
| 15:20  A. Yes, that's correct. | | | | |
| 15:21  Q. Any other formal education? | | | | |
| 15:22  A. In between there, I went to -- I | | | | |
| 15:23  attended Georgian College in Orillia, Ontario, | | | | |
| 15:24  graduated in 1991 as an audiometric technician. | | | | |
| 15:25  Q. Okay. | | | | |
| 16:01  A. And then worked in Toronto for | | | | |
| 16:02  several years, and then overseas before I went | | | | |
| 16:03  back to get my doctorate. | | | | |
| 16:04  Q. Okay.  Are you currently licensed | | | | |
| 16:05  as an audiologist? | | | | |
| 16:06  A. Yes. | | | | |
| | | | | |
| **16:10 - 16:18**  Battler, Leanne 2020-09-10 | | | | |
| 16:10  Q. Approximately when did you become | **Re: [16:10 to 16:18]** | | | **SUSTAINED** |
| 16:11  licensed? | **Pltf Obj** Improper bolstering, | | | |
| 16:12  A. 2004. | 402/403, improper attempt to | | | |
| 16:13  Q. Are you a member of any | qualify lay witness as expert | | | |
| 16:14  professional associations or groups? | | | | |
| 16:15  A. Yes.  ASHA, American Speech and | | | | |
| 16:16  Hearing Association, and the Military Audiology | | | | |
| 16:17  Association, National Hearing Conservation | | | | |
| 16:18  Association, and American Academy of Audiology. | | | | |
| | | | | |
| **16:25 - 20:06**  Battler, Leanne 2020-09-10 | | | | |
| 16:25  Q. Could you -- When did you join | **Re: [16:25 to 20:06]** | | | **SUSTAINED as to testimony** |
| 17:01  the Army? | **Pltf Obj** Improper bolstering, | | | **regarding Battler's opinion** |
| 17:02  A. 2003.  I was commissioned as a | 402/403, improper attempt to | | | **about Dr. Ohlin (and her** |
| 17:03  green card holder. | qualify lay witness as expert | | | **husband's comments to Dr.** |
| 17:04  Q. Could you give the jury an | (702), 611 leading, 701, 802 | | | **Ohlin), 402 & 403; OVERRULED** |
| 17:05  overview of your career in the Army and the | | | | **in all other respects** |
| 17:06  role that you played over the years in the | | | | |
| 17:07  Army? | | | | |
| 17:08  A. In 2003, I was commissioned as a | | | | |
| 17:09  fourth-year intern at the older Walter Reid | | | | |
| 17:10  Army Medical Center, so I was commissioned as a | | | | |
| 17:11  first lieutenant; and at the conclusion of that | | | | |
| 17:12  year, I was moved to Fort Hood, Texas; I was | | | | |
| 17:13  there as the Army Hearing Program manager until | | | | |
| 17:14  2006, and that's where I also got my ASHA | | | | |
| 17:15  certificate of clinical competence and my | | | | |

| | |
|---|---|
| 17:16 | license. |
| 17:17 | Then from 2006 to 2010, '11, I |
| 17:18 | was at Fort Carson in Colorado, I was the Army |
| 17:19 | Hearing Program manager.  During that time I |
| 17:20 | deployed to Iraq for five months, in 2008, it |
| 17:21 | was from March to July 2008, as the brigade |
| 17:22 | audiologist individual augment team. |
| 17:23 | Then in 2011, I moved to Fort |
| 17:24 | Richardson, Alaska; en route I stopped at Fort |
| 17:25 | Benning and became a paratrooper; after Alaska, |
| 18:01 | so 2012 to 2016, then I moved to Germany and |
| 18:02 | was the Regional Army Hearing Program |
| 18:03 | consultant, until 2018; at which time I came |
| 18:04 | back to DC. |
| 18:05 | Q. And what are your duties |
| 18:06 | currently? |
| 18:07 | A. I'm a staff audiologist. |
| 18:08 | Q. Okay.  You indicated that you, in |
| 18:09 | 2003, if I understood correctly, you were a |
| 18:10 | third- or fourth-year intern; is that correct? |
| 18:11 | A. Yes. |
| 18:12 | Q. Okay.  And so does that mean that |
| 18:13 | your internship had started earlier? |
| 18:14 | A. So for the doctor of audiology |
| 18:15 | degree the requirement is a four-year |
| 18:16 | postgraduate degree which incorporates two |
| 18:17 | thousand clinical hours.  So the first thousand |
| 18:18 | are acquired during the first three years |
| 18:19 | concurrently with academics, and then the |
| 18:20 | fourth year is that final one thousand clinical |
| 18:21 | hours.  So I was commissioned as a first |
| 18:22 | lieutenant because I did not have the doctoral |
| 18:23 | degree yet. |
| 18:24 | Q. Understood.  In your |
| 18:25 | authorization, there is a mention of a 2001 |
| 19:01 | internship with the Army Hearing Program.  Can |
| 19:02 | you describe what that is? |
| 19:03 | A. Yes.  So I was still a student at |
| 19:04 | SUNY Buffalo; and during the summer of 2001 I |
| 19:05 | married an American soldier, Richard Cleveland, |
| 19:06 | who was stationed at Aberdeen Proving Ground at |
| 19:07 | the time.  So, yeah, we got married, and we |
| 19:08 | were at Aberdeen.  And actually, my husband |
| 19:09 | called the CHPPM and spoke with Dr. Ohlin and |
| 19:10 | said:  My wife thinks you're a God and would |
| 19:11 | love to work with you.  And I had an interview, |
| 19:12 | and, yeah, I spent the summer working there. |
| 19:13 | Q. Okay.  Did you hold Dr. Ohlin in |
| 19:14 | high regard? |
| 19:15 | A. Yes.  Very high regard. |
| 19:16 | Q. And why did you hold Dr. Ohlin in |
| 19:17 | high regard? |
| 19:18 | A. Probably because -- Because I |
| 19:19 | also -- One of my instructors at SUNY Buffalo |
| 19:20 | was Donald Henderson, who also mentioned a lot |
| 19:21 | of the work of Dr. Ohlin during my class as his |

| | | |
|---|---|---|
| 19:22 | student. | |
| 19:23 | Q. And did you regard Dr. Ohlin, | |
| 19:24 | from your interaction with him, as competent at | |
| 19:25 | the tasks he performed? | |
| 20:01 | A. (Witness nods head in the | |
| 20:02 | affirmative.) | |
| 20:03 | Q. You have to answer audibly yes or | |
| 20:04 | no for the videographer. | |
| 20:05 | A. Oh, yes.  Yes.  Very, very | |
| 20:06 | competent. | |

20:21 - 24:24   Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 20:21 | Q. Why don't you start with your | **Re: [20:21 to 24:24]** | **OVERRULED, but will give** |
| 20:22 | duties during the internship. | **Pltf Obj** Improper bolstering, | **limiting instruction as to the** |
| 20:23 | A. Right.  So at Aberdeen, with Dr. | 402/403, improper attempt to | **witness's status as a lay witness** |
| 20:24 | Ohlin? | qualify lay witness as expert | |
| 20:25 | Q. Yes. | (702), 611 leading, 701, 802 | |
| 21:01 | A. So primarily, it was -- I worked | | |
| 21:02 | with, at the time, Major Cheryl Cameron, who | | |
| 21:03 | has since retired.  We did a lot of CAOC | | |
| 21:04 | courses, so the technician training, | | |
| 21:05 | troubleshooting with the events in CCA, DOEHRS | | |
| 21:06 | audiometers; some work with Leanne Demanico, | | |
| 21:07 | helping her with the DOEHRS system, again. | | |
| 21:08 | I sat in on a health hazard | | |
| 21:09 | assessment team, we did noise measurements out | | |
| 21:10 | in the field, I prepared briefings.  I did | | |
| 21:11 | basically anything I was asked to do.  But at | | |
| 21:12 | some -- even some patient care, we did go over | | |
| 21:13 | to the occupational health clinic a few times | | |
| 21:14 | and do some patient testing. | | |
| 21:15 | Q. And did you do some work with the | | |
| 21:16 | Combat Arms Version 2 during your internship? | | |
| 21:17 | A. Not work, as much as just I | | |
| 21:18 | learned about them and -- and I took several | | |
| 21:19 | back to SUNY Buffalo where I did an independent | | |
| 21:20 | study using them. | | |
| 21:21 | Q. What did you learn about the | | |
| 21:22 | Combat Arms Version 2 during your 2001 | | |
| 21:23 | internship? | | |
| 21:24 | A. That they were the first | | |
| 21:25 | nonlinear earplug that I had ever heard of, and | | |
| 22:01 | -- and pretty -- pretty cool. | | |
| 22:02 | Q. And why do you describe them as | | |
| 22:03 | pretty cool? | | |
| 22:04 | A. Because they allowed the wearer | | |
| 22:05 | to hear things, I think -- Well, I know that | | |
| 22:06 | one of the reasons why people reject hearing | | |
| 22:07 | protection is because of the fear of being | | |
| 22:08 | overattenuated and not being able to hear | | |
| 22:09 | things that could cost their own life or limb. | | |
| 22:10 | Q. And why is that a concern in the | | |
| 22:11 | military? | | |
| 22:12 | A. Because you need to hear -- You | | |
| 22:13 | need to hear the bad guys.  Hearing is a -- is | | |
| 22:14 | a three-hundred-and-sixty-degree, | | |

| | |
|---|---|
| 22:15 | twenty-four-hour awareness.  So if you can't |
| 22:16 | hear what's going on around you, then -- then |
| 22:17 | you're a liability. |
| 22:18 | Q. Have you worn the Combat Arms |
| 22:19 | Version 2 yourself? |
| 22:20 | A. Yes. |
| 22:21 | Q. And did you have any trouble |
| 22:22 | fitting the Combat Arms Version 2 in your ear? |
| 22:23 | A. I fortunately have very average |
| 22:24 | size ear canals, so they did fit me well. |
| 22:25 | Q. Great.  Did you need to roll back |
| 23:01 | the flanges to fit the Combat Arms Version 2 in |
| 23:02 | your ear? |
| 23:03 | A. No. |
| 23:04 | Q. And when you fit the Combat Arms |
| 23:05 | Version 2 in your ear, did they maintain their |
| 23:06 | seal? |
| 23:07 | A. Yes. |
| 23:08 | Q. When you fit the Combat Arms |
| 23:09 | Version 2 in your ear, did they provide you |
| 23:10 | with adequate hearing protection? |
| 23:11 | A. Yes. |
| 23:12 | Q. Would -- Would you wear the |
| 23:13 | Combat Arms Version 2 today based on what you |
| 23:14 | know? |
| 23:15 | A. Yes. |
| 23:16 | Q. Have you also fit other |
| 23:17 | individuals with the Combat Arms Version 2? |
| 23:18 | A. Yes. |
| 23:19 | Q. And am I correct that, as with |
| 23:20 | other preformed earplugs, the regulations |
| 23:21 | require a medically trained personnel to |
| 23:22 | provide the initial fit? |
| 23:23 | A. Yes. |
| 23:24 | Q. And why is it that the |
| 23:25 | regulations require that a preformed earplug be |
| 24:01 | trained (sic) by medically trained personnel? |
| 24:02 | A. Because they come in different |
| 24:03 | sizes, and ears come in different sizes.  And |
| 24:04 | the fact that it's preformed means it's -- it's |
| 24:05 | not adjustable, like the foam plugs -- Even the |
| 24:06 | foam plugs are not one-size-fits-all.  There's |
| 24:07 | -- That was the one thing that Doug said |
| 24:08 | constantly is, if you remember one thing, |
| 24:09 | remember there's no such thing as one size fits |
| 24:10 | all. |
| 24:11 | Q. And were there -- Were there |
| 24:12 | certain service members who the -- when you |
| 24:13 | were doing your work fitting the Combat Arms |
| 24:14 | Version 2 did not fit? |
| 24:15 | A. Yes. |
| 24:16 | Q. And in instances where you were |
| 24:17 | fitting a service member for whom the Combat |
| 24:18 | Arms Version 2 did not fit, what would you do |
| 24:19 | then? |
| 24:20 | A. Then we would go to the |

| | | | |
|---|---|---|---|
| 24:21 traditional triple-flange, size small or large, | | | |
| 24:22 you know, whatever was appropriate.  And then | | | |
| 24:23 if I had funding, I would take impressions to | | | |
| 24:24 do custom hearing protection at that time. | | | |

| | | | |
|---|---|---|---|
| 25:06 - 25:17 Battler, Leanne 2020-09-10 | **Re: [25:06 to 25:17]** | | **SUSTAINED** |
| 25:06 Let's go to page 67, at the bottom.  The bottom | **Pltf Obj** 402/403 - 87 page | | |
| 25:07 right right now, it says 55.  And let's mark | newsletter document contains | | |
| 25:08 this as the next exhibit, which is Exhibit | various other stories that are | | |
| 25:09 Number 1. | wholly irrelevant and include | | |
| 25:10 Do you recognize this document, | hearsay 802-As to the Fort | | |
| 25:11 Lieutenant Colonel Cleveland? | Carson story itself, includes | | |
| 25:12 A. Yes. | speculation and | | |
| 25:13 Q. Can you tell the jury what it is? | generalizations about Military | | |
| 25:14 A. This is my paper. | habit/compliance that should | | |
| 25:15 Q. And what's the title? | be excluded under 406. | | |
| 25:16 A. Fort Carson, An Army Hearing | | | |
| 25:17 Program Success Story. | | | |

| | | | |
|---|---|---|---|
| 25:21 - 27:22 Battler, Leanne 2020-09-10 | | | |
| 25:21 Q. Do you recognize the diagram, | | | |
| 25:22 Figure 3, at the top of page 70? | | | |
| 25:23 A. Yes. | | | |
| 25:24 Q. And does that -- Does that help | | | |
| 25:25 to illustrate some of your duties as an | | | |
| 26:01 audiologist? | | | |
| 26:02 A. Yes. | | | |
| 26:03 Q. Can you describe, in summary | | | |
| 26:04 form, how? | | | |
| 26:05 A. So the Army Hearing Program has | | | |
| 26:06 four main components:  Hearing readiness, | | | |
| 26:07 operational hearing services, clinical hearing | | | |
| 26:08 services, and hearing conservation.  So this | | | |
| 26:09 diagram was to describe hearing readiness, | | | |
| 26:10 which is designed for soldiers, rather than | | | |
| 26:11 noise-exposed civilians who would be in a | | | |
| 26:12 traditional OSHA-type hearing conservation | | | |
| 26:13 program. | | | |
| 26:14 So the first thing that we always | | | |
| 26:15 did was the otoscopic examination, which is | | | |
| 26:16 looking in the ear canal to determine after why | | | |
| 26:17 kind of -- you can tell just by looking at the | | | |
| 26:18 ear canal what size of hearing protection the | | | |
| 26:19 person was going to require. | | | |
| 26:20 We're also looking to see if we | | | |
| 26:21 can visualize the tympanic membrane and make | | | |
| 26:22 sure that there's no active pathology before we | | | |
| 26:23 would fit them with the hearing protector. | | | |
| 26:24 If the ear canals were clear, we | | | |
| 26:25 would continue with the earplug fitting.  If we | | | |
| 27:01 could not visualize the tympanic membrane, we | | | |
| 27:02 would send the soldier to have their ears | | | |
| 27:03 cleaned out. | | | |
| 27:04 And then after -- Going back to | | | |
| 27:05 the earplug fitting, we would pull them -- pull | | | |
| 27:06 up their hearing health record in the DOEHRS | | | |

| Time | Testimony | Objection | Ruling |
|---|---|---|---|
| 27:07 | database and MEDPROS, and we would determine, | | |
| 27:08 | you know, does this person already have a | | |
| 27:09 | hearing loss, do they have normal hearing, so | | |
| 27:10 | we have some idea what to expect; and also | | |
| 27:11 | we'll be able to tell if there's been a | | |
| 27:12 | significant change in the hearing test that | | |
| 27:13 | we're about to do. | | |
| 27:14 | Then we would test the hearing. | | |
| 27:15 | If there was a STS, or significant threshold | | |
| 27:16 | shift, then we would tell them they needed to | | |
| 27:17 | retest no sooner than twenty-four hours, and no | | |
| 27:18 | later than thirty days; then if there was no | | |
| 27:19 | STS, we would update the records, say you're | | |
| 27:20 | good to go.  But the most important part was | | |
| 27:21 | always the earplug fitting and the hearing | | |
| 27:22 | health education. | | |

**33:11 - 34:13    Battler, Leanne 2020-09-10**

| Time | Testimony | Objection | Ruling |
|---|---|---|---|
| 33:11 | Q. Okay.  Could you summarize the | **Re: [33:11 to 34:13]** | **SUSTAINED** |
| 33:12 | conclusion of your article:  Fort Carson, An | **Pltf Obj** 402/403 prejudicial | |
| 33:13 | Army Hearing Program Success Story for the | generalizations about Military | |
| 33:14 | jury? | practices; 404/406 improper | |
| 33:15 | A. Right.  So basically, the | habit/character | |
| 33:16 | regulation had said, for quite some time, that | generalizations on Military; | |
| 33:17 | the military audiologist should spend no more | 701 and 602 improper | |
| 33:18 | than 50 percent of their time involved patient | generalizations; 802 | |
| 33:19 | care, and the rest of the time we should be out | | |
| 33:20 | there doing the training and the inspections | | |
| 33:21 | and the evaluations to prevent hearing loss. | | |
| 33:22 | But the problem was, with | | |
| 33:23 | hospital commanders, typically, seeing us as | | |
| 33:24 | REU generating potential, were reluctant to | | |
| 33:25 | release us from our clinical obligation 50 | | |
| 34:01 | percent of the time. | | |
| 34:02 | And so I started this whole | | |
| 34:03 | project as a quality assurance project.  And I | | |
| 34:04 | believe that it showed that by releasing me, | | |
| 34:05 | and the other audiologists, by assigning a | | |
| 34:06 | second military audiologist to Fort Carson, we | | |
| 34:07 | still, between the two of us, seeing patients | | |
| 34:08 | 50 percent of the time, were still able to | | |
| 34:09 | maintain the prior 100 percent clinical | | |
| 34:10 | mission, while simultaneously preventing | | |
| 34:11 | hearing loss and drastically reducing the | | |
| 34:12 | amount of hearing loss while we were an Army at | | |
| 34:13 | war. | | |

**34:25 - 35:22    Battler, Leanne 2020-09-10**

| Time | Testimony | Objection | Ruling |
|---|---|---|---|
| 34:25 | Model, which said you need one audiologist and | **Re: [34:25 to 35:22]** | **SUSTAINED - 602; 701; 802** |
| 35:01 | 2.5 technicians for every 18,000 soldiers, that | **Pltf Obj** 701 and 602; improper | |
| 35:02 | was in the era of paper medical charts. | lay witness opinions; | |
| 35:03 | MR. MONSOUR:  Objection. | speculation; 403; 802; cut | |
| 35:04 | Responsiveness.  This calls for an expert | includes Nomellini sidebar | |
| 35:05 | opinion beyond the scope of the Touhy. | testimony that he's 'limiting | |
| 35:06 | Q. You can proceed. | to her personal capacity' | |
| 35:07 | MAJ WALD:  Ma'am, you're not | | |

| Time | Transcript | Objection | Ruling |
|---|---|---|---|
| 35:08 | allowed to elicit expert testimony.  Please | | |
| 35:09 | don't answer the question. | | |
| 35:10 | Q. Can you just answer based on | | |
| 35:11 | your -- just based on your personal experience? | | |
| 35:12 | MR. MONSOUR:  Objection.  Still | | |
| 35:13 | calls for an expert opinion, regardless of | | |
| 35:14 | whether personal or not. | | |
| 35:15 | MAJ WALD:  Ma'am, please don't | | |
| 35:16 | answer the question. | | |
| 35:17 | THE WITNESS:  Understood. | | |
| 35:18 | MR. NOMELLINI:  Okay.  Major | | |
| 35:19 | Wald, I am limiting it to her personal | | |
| 35:20 | experience.  I may -- We may need to ask the | | |
| 35:21 | Court for assistance regarding this.  But for | | |
| 35:22 | now I will go to another part of the document. | | |

**37:01 - 38:14**   Battler, Leanne 2020-09-10

| Time | Transcript | Objection | Ruling |
|---|---|---|---|
| 37:01 | Could you read the next two | **Re: [37:01 to 38:14]** | **SUSTAINED - 602; 701; 802** |
| 37:02 | paragraphs on page 70 of your article.  I | **Pltf Obj** Speculation; 701 and | |
| 37:03 | should start with -- Start with the next | 602 improper lay witness | |
| 37:04 | paragraph, beginning with:  The initial group. | opinion; improper | |
| 37:05 | A. The initial group of soldiers who | generalizations about Military | |
| 37:06 | were deployed to the first cycle of Operation | practices, 403, 406, | |
| 37:07 | Iraqi Freedom did so without the Combat Arms | cumulative/doc speaks for | |
| 37:08 | earplugs, which are currently a Rapid Fielding | itself | |
| 37:09 | Initiative issue to all deploying soldiers. | | |
| 37:10 | The Combat Arms earplugs allow low-level | | |
| 37:11 | sounds, such as speech, to pass through | | |
| 37:12 | unimpeded.  The nonlinear filter in the Combat | | |
| 37:13 | Arms earplug dampens high-level impulse noise | | |
| 37:14 | such as weapons fire.  As with all earplugs, | | |
| 37:15 | proper size and fit are crucial.  During the | | |
| 37:16 | initial deployments for the Global War on | | |
| 37:17 | Terror, the Combat Arms earplug, and | | |
| 37:18 | conventional earplugs for soldiers were often | | |
| 37:19 | not available, not wanted, or not fitted | | |
| 37:20 | properly, which resulted in the dramatic STS | | |
| 37:21 | increase in 2003. | | |
| 37:22 | Q. Thank you.  So one of the | | |
| 37:23 | sentences that you just read says:  As with all | | |
| 37:24 | earplugs, proper size and fit are crucial. | | |
| 37:25 | Based on your -- Based on your personal | | |
| 38:01 | experience, is that true both for the Combat | | |
| 38:02 | Arms and other earplugs? | | |
| 38:03 | A. Yes. | | |
| 38:04 | Q. And why is that true, that proper | | |
| 38:05 | size and fit are crucial? | | |
| 38:06 | A. Because no two ears are the same. | | |
| 38:07 | Q. What could happen, in your | | |
| 38:08 | personal experience with service members, if | | |
| 38:09 | there is not proper size and fit? | | |
| 38:10 | A. Well, then -- Then they won't -- | | |
| 38:11 | They won't protect the soldier as optimally as | | |
| 38:12 | they could. | | |
| 38:13 | Q. And in your experience, who had | | |
| 38:14 | the responsibility for ensuring proper fit? | | |

38:24 - 39:07    Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 38:24 | A. Well, if I gave you a Kevlar | **Re: [38:24 to 39:07]** |
| 38:25 | helmet that was two sizes too big or two sizes | **Pltf Obj** Speculation; 701 and |
| 39:01 | too small, it wouldn't protect you. | 602 improper lay witness |
| 39:02 | Q. Is the same true of earplugs like | opinion; improper |
| 39:03 | the Combat Arms earplug? | generalizations about Military |
| 39:04 | A. Absolutely. | practices, 403, 404/406; 802 |
| 39:05 | Q. In your view, who had | |
| 39:06 | responsibility for ensuring that the Combat | |
| 39:07 | Arms earplugs were fitted proper? | |

**OVERRULED**

39:17 - 43:05    Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 39:17 | A. I mean, ultimately, the final | **Re: [39:17 to 43:05]** |
| 39:18 | responsibility comes down to the soldier. | **Pltf Obj** Speculation; 701 and |
| 39:19 | Q. And why do you say the final | 602 improper lay witness |
| 39:20 | responsibility comes down to the soldier? | opinion; improper |
| 39:21 | A. We fit the earplug, we tell you | generalizations about Military |
| 39:22 | how to wear the earplug, but if the soldier | practices, 402/403, 404/406; |
| 39:23 | chooses not to use the earplug, then that's | 802 |
| 39:24 | their choice -- or not to use it in the way | |
| 39:25 | that we have trained them to. | |
| 40:01 | Q. Okay.  So with respect to your | |
| 40:02 | personal experience with the Combat Arms | |
| 40:03 | earplug, how did you train the soldiers to use | |
| 40:04 | the earplug? | |
| 40:05 | A. At the SRP site, when they came | |
| 40:06 | through for their predeployment hearing test, | |
| 40:07 | after we looked in the ear, we would give | |
| 40:08 | everyone a set of size medium, regular sheath, | |
| 40:09 | triple-flange or quad-flange earplugs, and then | |
| 40:10 | we would train them all to use their opposite | |
| 40:11 | hand, you know, pull the ear up and back, twist | |
| 40:12 | and push, until the -- the final flange, the | |
| 40:13 | third or fourth flange, was flush with the | |
| 40:14 | opening of the ear canal.  Then we would tell | |
| 40:15 | them to do a tug test to make sure they felt | |
| 40:16 | some suction or resistance.  Then we would do | |
| 40:17 | an additional tug test to say yes, you have | |
| 40:18 | adequate suction or resistance, then we would | |
| 40:19 | make them do the other ear. | |
| 40:20 | And once we determined that they | |
| 40:21 | were either a size medium or small or large, | |
| 40:22 | with the cheap earplugs, then we would try the | |
| 40:23 | Combat Arms earplug, and do the same thing, | |
| 40:24 | pull -- reach with your opposite hand, pull the | |
| 40:25 | ear up and back, twist and push, do the tug | |
| 41:01 | test, both ears, because often one ear canal is | |
| 41:02 | bigger than the other.  So just because you're | |
| 41:03 | a size medium in one ear, doesn't mean you're | |
| 41:04 | going to be a size medium in both ears. | |
| 41:05 | And right then -- I mean, it was | |
| 41:06 | a pretty intense process. | |
| 41:07 | Q. And in your personal experience | |
| 41:08 | with these different kinds of earplugs, did you | |
| 41:09 | give service members the choice among the | |

**OVERRULED - 701**

| | | | |
|---|---|---|---|
| 41:10 | various earplugs or was it the case that they | | |
| 41:11 | had to use a certain earplug, or did it vary? | | |
| 41:12 | A. So we would actually -- Because | | |
| 41:13 | we fitted them to determine the initial | | |
| 41:14 | size-ish, get a good estimate what size Combat | | |
| 41:15 | Arms earplug they would be, and we fitted them | | |
| 41:16 | with the regular, inexpensive triple or | | |
| 41:17 | quad-flange, then they would have those pair. | | |
| 41:18 | So we give them the -- so linear hearing | | |
| 41:19 | protection and a case, plus the nonlinear | | |
| 41:20 | hearing protection and a case. | | |
| 41:21 | So I guess they had -- Initially, | | |
| 41:22 | there was only one Combat Arms earplug, but | | |
| 41:23 | then when the version with the pistol came out, | | |
| 41:24 | then some people preferred that -- they called | | |
| 41:25 | them the bumblebees, the yellow and olive drab. | | |
| 42:01 | So if I had more than one version, then I would | | |
| 42:02 | let them choose. | | |
| 42:03 | Q. Okay.  And you were saying, I | | |
| 42:04 | guess, they had a -- were you going to say that | | |
| 42:05 | you guessed that the service members had a | | |
| 42:06 | choice between the earplugs? | | |
| 42:07 | A. So we would give them -- We'd | | |
| 42:08 | give them as many as we could. | | |
| 42:09 | Q. Okay.  So in other words, you'd | | |
| 42:10 | give the service members more than one of the | | |
| 42:11 | various types of earplugs? | | |
| 42:12 | A. Yes. | | |
| 42:13 | Q. And what types of earplugs did | | |
| 42:14 | you provide, other than the Combat Arms? | | |
| 42:15 | A. So the -- Well, there's the | | |
| 42:16 | orange triple-flange; or the blue Elvex | | |
| 42:17 | Quattro; or the size small green triple-flange; | | |
| 42:18 | or the Howard light mint green, they were also | | |
| 42:19 | size small; or the other Howard light smedium, | | |
| 42:20 | we called them smedium, because they were kind | | |
| 42:21 | of in between a small and a medium; and then | | |
| 42:22 | the large blue triple-flange, based on what | | |
| 42:23 | they were fitted at. | | |
| 42:24 | Q. So among those earplugs, for the | | |
| 42:25 | ones that fit them, they had the choice as to | | |
| 43:01 | which ones to use? | | |
| 43:02 | A. (Witness nods head in the | | |
| 43:03 | affirmative.) | | |
| 43:04 | Q. Is that correct? | | |
| 43:05 | A. Yes.  Correct.  Uh-huh. | | |

| | | | |
|---|---|---|---|
| 44:20 - 45:07 | Battler, Leanne 2020-09-10 | | |
| 44:20 | Q. Based on your personal experience | Re: [44:20 to 45:07] | SUSTAINED |
| 44:21 | with the CAEv2, you indicated that the CAE and | Pltf Obj 602, 611, | |
| 44:22 | conventional earplugs for soldiers were often | Speculation, leading, | |
| 44:23 | not available or not wanted.  What's your basis | 701/702/602, 403, 802; | |
| 44:24 | for that? | conjecture | |
| 44:25 | A. Right.  Okay.  The -- Well, | | |
| 45:01 | during the initial deployment, they weren't | | |
| 45:02 | available.  They weren't available.  And -- Or, | | |

45:03    as I said, the fear of being overattenuated and
45:04    not -- able to hear external sounds with
45:05    use of a linear earplug caused a lot of
45:06    soldiers to reject them and not use them at
45:07    all.

45:10 - 46:04    Battler, Leanne 2020-09-10
45:10    Q. Thank you, Lieutenant Colonel.
45:11    And you also indicated, based on your personal
45:12    experience with the usage and application of
45:13    the CAEv2, that the -- during the initial
45:14    deployments, the CAE was sometimes not fitted
45:15    properly.  What's your basis for that?
45:16    A. When I deployed, and the Rapid
45:17    Fielding Initiative truck pulled up, and I went
45:18    there to get my uniforms and my boots and my
45:19    knee pads and my pocket tool, they threw a pair
45:20    of Combat Arms earplugs at me and said:  Here
45:21    you go.
45:22    Q. Was that concerning to you?
45:23    A. Yes.
45:24    Q. Why was that concerning to you?
45:25    A. Because they're not one size fits
46:01    all and there was no education provided as to
46:02    when to put which end in your ear, how to --
46:03    how to pull the ear up and back, twist and
46:04    push, do the tug test, none of that.

46:20 - 47:20    Battler, Leanne 2020-09-10
46:20    So you were describing as part of
46:21    the Rapid Fielding Initiative, when you
46:22    deployed, the truck pulled up and you were
46:23    handed a pair of Combat Arms earplugs without
46:24    -- without instructions; correct?
46:25    A. Correct.
47:01    Q. And this was in what year?
47:02    A. 2008.
47:03    Q. Okay.  And was there -- Was there
47:04    anything in writing that accompanied the Combat
47:05    Arms earplugs when you received them in 2008?
47:06    A. No.
47:07    Q. And did they -- did they come in
47:08    a little baggy as part of the Rapid Fielding
47:09    Initiative or some kind of packaging or just
47:10    stand-alone?
47:11    A. Just two earplugs.
47:12    Q. Okay.  And were there -- Were
47:13    there other service members with you at the
47:14    time you were provided your earplugs?
47:15    A. Yes.
47:16    Q. Okay.  What other service members
47:17    were with you in 2008 when you were provided
47:18    Combat Arms earplugs as part of the Rapid
47:19    Fielding Initiative, approximately how many?
47:20    A. Oh, five.

**Re: [45:10 to 46:04]**
**Pltf Obj** 611, Leading,
speculation, compound;
602/701/702; 403; 404/406; 802

**Re: [46:20 to 47:20]**
**Pltf Obj** 611 leading,
compound, asked/answered;
402/403; conjecture

OVERRULED - 701 (lay opinion
based on personal knowledge
and experience)

OVERRULED

| | | | | |
|---|---|---|---|---|
| 48:01 - 48:05 | Battler, Leanne 2020-09-10 | | | |
| 48:01 | Q. Okay.  And did you have concern | Re: [48:01 to 48:05] | | SUSTAINED - 402; 403 |
| 48:02 | that as part of the Rapid Fielding Initiative, | Pltf Obj 611 leading, | | |
| 48:03 | other service members would be getting the | compound, speculation, | | |
| 48:04 | earplugs without fitting instructions? | asked/answered; 402/403; 406; | | |
| 48:05 | A. Yes. | conjecture | | |
| | | | | |
| 48:08 - 49:14 | Battler, Leanne 2020-09-10 | | | |
| 48:08 | Q. And based on your personal | Re: [48:08 to 49:14] | | SUSTAINED - 402; 403; 611; 802 |
| 48:09 | experience, why did you have that concern for | Pltf Obj 611 leading and calls | | |
| 48:10 | other service members as part of the Rapid | for speculation; 402/403; 802; | | |
| 48:11 | Fielding Initiative? | 404/406; 701; conjecture | | |
| 48:12 | A. Because -- Because there's no | | | |
| 48:13 | such thing as one size fits all, and because | | | |
| 48:14 | there was -- they had no idea -- my assumption | | | |
| 48:15 | was that they had no idea which end was which. | | | |
| 48:16 | Q. And so -- And so based on your -- | | | |
| 48:17 | your personal experience, was it your | | | |
| 48:18 | understanding that as part of the Rapid | | | |
| 48:19 | Fielding Initiative, service members like | | | |
| 48:20 | yourself were receiving the Combat Arms Version | | | |
| 48:21 | 2 without instruction and fitting? | | | |
| 48:22 | A. Yes, that's correct. | | | |
| 48:23 | Q. And was the basis of that | | | |
| 48:24 | understanding? | | | |
| 48:25 | A. The basis is that there was no | | | |
| 49:01 | instruction given. | | | |
| 49:02 | Q. And did you have any discussions | | | |
| 49:03 | with others in the audiologist community, or | | | |
| 49:04 | other service members, about the fact that | | | |
| 49:05 | earplugs were being given out as part of the | | | |
| 49:06 | Rapid Fielding Initiative without instruction | | | |
| 49:07 | and fitting? | | | |
| 49:08 | A. Yes. | | | |
| 49:09 | Q. Tell the jury about the | | | |
| 49:10 | discussions you had with other -- other service | | | |
| 49:11 | members regarding the fact that in the Rapid | | | |
| 49:12 | Fielding Initiative, Combat Arms earplugs were | | | |
| 49:13 | being provided without proper instruction and | | | |
| 49:14 | fitting. | | | |
| | | | | |
| 49:16 - 49:21 | Battler, Leanne 2020-09-10 | | | |
| 49:16 | A. So I tried to coordinate with the | Re: [49:16 to 49:21] | | SUSTAINED |
| 49:17 | Rapid Fielding Initiative leadership to allow | Pltf Obj 402,802, vague | | |
| 49:18 | us to access those -- those Combat Arms | | | |
| 49:19 | earplugs and fit them concurrently with the | | | |
| 49:20 | predeployment hearing test.  And sometimes I | | | |
| 49:21 | was successful, sometimes not.  But . . . | | | |
| | | | | |
| 50:08 - 50:25 | Battler, Leanne 2020-09-10 | | | |
| 50:08 | Q. Yes.  So you said sometimes your | Re: [50:08 to 50:25] | | SUSTAINED |
| 50:09 | efforts were not successful in terms of proper | Pltf Obj 402/403, 611 vague, | | |
| 50:10 | fitting and instructions for the Combat Arms as | leading, speculation, 802, | | |
| 50:11 | part of the Rapid Fielding Initiative, not your | 406, 701, 802 | | |
| 50:12 | clinic, the Rapid Fielding Initiative, can you | | | |
| 50:13 | describe that? | | | |

| | | | | |
|---|---|---|---|---|
| 50:14 | A. Sure.  Right.  We tried to get | | | |
| 50:15 | them to relinquish their supply of Combat Arms | | | |
| 50:16 | earplugs to our clinic, and sometimes | | | |
| 50:17 | contractors were more than happy to say:  Yep, | | | |
| 50:18 | here you go, take them all.  Others were like: | | | |
| 50:19 | No, these are -- it's not -- We're not handing | | | |
| 50:20 | them over, this is what we do.  And . . . | | | |
| 50:21 | Q. Okay.  So you said contractors | | | |
| 50:22 | would tell you they're not handing them over, | | | |
| 50:23 | they wanted to provide the Combat Arms directly | | | |
| 50:24 | to the troops without instruction or fitting; | | | |
| 50:25 | correct? | | | |

51:03 - 51:04    Battler, Leanne 2020-09-10

| | | | | |
|---|---|---|---|---|
| 51:03 | A. That is -- That was my | **Re: [51:03 to 51:04]** | | **SUSTAINED** |
| 51:04 | experience, yes. | **Pltf Obj** 402/403, conjecture, vague 611, 802 | | |

52:01 - 52:12    Battler, Leanne 2020-09-10

| | | | | |
|---|---|---|---|---|
| 52:01 | Q. Okay.  The contractors you're | **Re: [52:01 to 52:12]** | | **SUSTAINED** |
| 52:02 | referring to, these are supply contractors who | **Pltf Obj** Speculation; 402/403; | | |
| 52:03 | are supplying Combat Arms, these are not the | compound question; | | |
| 52:04 | manufacturers of the earplug; correct? | asked/answered; 701/602; | | |
| 52:05 | A. Correct. | conjecture; 406 | | |
| 52:06 | Q. Okay.  So the contractors that | | | |
| 52:07 | you are referring to, who are supplying the | | | |
| 52:08 | Combat Arms earplugs as part of the Rapid | | | |
| 52:09 | Fielding Initiative without proper instruction | | | |
| 52:10 | and fitting, that is not 3M or Aearo; correct? | | | |
| 52:11 | A. Not to my knowledge.  They were | | | |
| 52:12 | just regular civilian contractors. | | | |

52:19 - 52:21    Battler, Leanne 2020-09-10

| | | | | |
|---|---|---|---|---|
| 52:19 | Q. Okay.  But they were people who | **Re: [52:19 to 52:21]** | | **SUSTAINED** |
| 52:20 | would show up in trucks with Combat Arms | **Pltf Obj** Vague, Leading, | | |
| 52:21 | earplugs and other earplugs; correct? | 402/403 relevance, conjecture | | |

52:24 - 52:25    Battler, Leanne 2020-09-10

| | | | | |
|---|---|---|---|---|
| 52:24 | A. They would have earplugs and all | **Re: [52:24 to 52:25]** | | **SUSTAINED** |
| 52:25 | of the other Rapid Fielding Initiative items. | **Pltf Obj** Nonresponsive answers; conjecture; 402/403; 611 compound questions, vague, leading, asked/answered | | |

53:01 - 54:09    Battler, Leanne 2020-09-10

| | | | | |
|---|---|---|---|---|
| 53:01 | Q. Okay.  So that's a helpful | **Re: [53:01 to 54:09]** | | **SUSTAINED** |
| 53:02 | clarification.  So these contractors who would | **Pltf Obj** Nonresponsive | | |
| 53:03 | -- who would show up and would provide the | answers; conjecture; 402/403; | | |
| 53:04 | Combat Arms earplugs without proper instruction | 611 compound questions, vague, | | |
| 53:05 | or fitting, they didn't just provide hearing | leading, asked/answered; 802; | | |
| 53:06 | protection, they also would come up -- show up | 406; 602/701 | | |
| 53:07 | in the truck with other Rapid Fielding | | | |
| 53:08 | Initiative equipment; right? | | | |
| 53:09 | A. Yes, that's correct. | | | |
| 53:10 | Q. And could you describe what were | | | |
| 53:11 | some of the other types of equipment? | | | |

| | | | | |
|---|---|---|---|---|
| 53:12 | A. Oh, we got our uniforms and boots | | | |
| 53:13 | and socks and T-shirts and coats and our | | | |
| 53:14 | multitool and knee pads, elbow pads, our body | | | |
| 53:15 | armor, all of it. | | | |
| 53:16 | Q. Okay.  So referring back to | | | |
| 53:17 | Exhibit 1, and back to page 70, at the bottom, | | | |
| 53:18 | you said:  During the initial deployment for | | | |
| 53:19 | the Global War on Terror, the CAE and | | | |
| 53:20 | conventional earplugs for soldiers were often | | | |
| 53:21 | not available, not wanted, or not fitted | | | |
| 53:22 | properly, which resulted in the dramatic | | | |
| 53:23 | increase in STS in 2003.  And on that, I want | | | |
| 53:24 | to be very careful, and I want to limit you to | | | |
| 53:25 | your personal experience and the scope of the | | | |
| 54:01 | Touhy authorization. | | | |
| 54:02 | So with respect to your personal | | | |
| 54:03 | experience regarding CAEv2 usage and | | | |
| 54:04 | application with the Army, which is what you're | | | |
| 54:05 | authorized under the August 13, 2020, letter, | | | |
| 54:06 | how did the CAE and conventional earplugs for | | | |
| 54:07 | soldiers not being available or wanted or not | | | |
| 54:08 | being fitted properly result in the dramatic | | | |
| 54:09 | STS increase in 2003? | | | |

**54:13 - 54:24**   Battler, Leanne 2020-09-10

| | | | | |
|---|---|---|---|---|
| 54:13 | A. So, again, I pulled these numbers | **Re: [54:13 to 54:24]** | | **SUSTAINED** |
| 54:14 | historically from the DOEHRS data repository. | **Pltf Obj** Speculation; | | |
| 54:15 | I was obviously not in the Army in 2002.  But | Nonresponsive; 402/403; 802; | | |
| 54:16 | if the earplugs were not available and not | 602/701 | | |
| 54:17 | fitted, and there was a war, and the hearing | | | |
| 54:18 | loss increased, and that was not the case when | | | |
| 54:19 | those hearing protection devices were fitted, | | | |
| 54:20 | then, to me, that's a significant correlation. | | | |
| 54:21 | Q. Thank you.  Okay.  If you look at | | | |
| 54:22 | the next sentence.  Can you read the next | | | |
| 54:23 | sentence of your article to the jury, please, | | | |
| 54:24 | beginning with:  The elimination? | | | |

**55:05 - 55:21**   Battler, Leanne 2020-09-10

| | | | | |
|---|---|---|---|---|
| 55:05 | A. The elimination of the Army | **Re: [55:05 to 55:21]** | | **OVERRULED** |
| 55:06 | audiologist's authorization from Fort Carson in | **Pltf Obj** foundation; | | |
| 55:07 | 2002 resulted in the abandonment of key | speculation; 602/701; 402/403; | | |
| 55:08 | concepts, such as hearing loss prevention | 802 | | |
| 55:09 | education and the emphasis on hearing | | | |
| 55:10 | protection devices and their proper use. | | | |
| 55:11 | Q. Okay.  And, again, I want to be | | | |
| 55:12 | careful to limit this to the scope of your | | | |
| 55:13 | authorization.  So based on your personal | | | |
| 55:14 | knowledge regarding CAEv2 usage and | | | |
| 55:15 | application, can you describe how the | | | |
| 55:16 | elimination of the Army audiologist's | | | |
| 55:17 | authorization from Fort Carson in 2002 resulted | | | |
| 55:18 | in the abandonment of key concepts, such as | | | |
| 55:19 | hearing loss prevention education and the | | | |
| 55:20 | emphasis on hearing protection devices and | | | |
| 55:21 | their proper use? | | | |

| | | | |
|---|---|---|---|
| **55:25 - 56:05**  Battler, Leanne 2020-09-10 | | | |
| 55:25  A. When I was at Fort Carson, the | **Re: [55:25 to 56:05]** | | **OVERRULED** |
| 56:01  civilian audiologist, who was there during | **Pltf Obj** Foundation; 402/403; | | |
| 56:02  2002, when the authorization was eliminated, he | 802; incomplete designation; | | |
| 56:03  -- he was a retired Army audiologist, and did | 602/701 | | |
| 56:04  his best, but was limited -- had very little | | | |
| 56:05  time outside of the clinic, because he was a | | | |
| | | | |
| **56:18 - 56:20**  Battler, Leanne 2020-09-10 | | | |
| 56:18  Q. Okay. This will be marked as | **Re: [56:18 to 56:20]** | | **SUSTAINED** |
| 56:19  Exhibit 3. Can you take a look at this | **Pltf Obj** Foundation; 402/403; | | |
| 56:20  document and tell us what it is? | 802; | | |
| | | | |
| **57:01 - 57:11**  Battler, Leanne 2020-09-10 | | | |
| 57:01  Q. Do you recognize it as Department | | | |
| 57:02  of Defense Instruction 6055.12 for the DoD | | | |
| 57:03  Hearing Conservation Program? | | | |
| 57:04  A. Yes. | | | |
| 57:05  Q. And the instruction contains a | | | |
| 57:06  number of requirements for the Hearing | | | |
| 57:07  Conservation Program at the DoD components; | | | |
| 57:08  right? | | | |
| 57:09  A. Yes. | | | |
| 57:10  Q. And if you look at 6.6.5 of this | | | |
| 57:11  instruction. | | | |
| | | | |
| **57:14 - 59:07**  Battler, Leanne 2020-09-10 | | | |
| 57:14  Q. It says:  Personnel shall be | **Re: [57:14 to 59:07]** | | **OVERRULED** |
| 57:15  allowed to choose personal hearing protection | **Pltf Obj** 402/403; Speculation; | | |
| 57:16  from among those approved devices, available | Conjecture; 602/701; vague; | | |
| 57:17  through supply channels unless medically | document speaks for itself; | | |
| 57:18  contraindicated or inappropriate for particular | | | |
| 57:19  hazardous noise exposure; correct? | | | |
| 57:20  A. Yes. | | | |
| 57:21  Q. So Army service members were able | | | |
| 57:22  to choose what hearing protection device they | | | |
| 57:23  wear while in service, whether it be the Combat | | | |
| 57:24  Arms or some alternative to the Combat Arms; | | | |
| 57:25  correct? | | | |
| 58:01  A. Based on what we had. | | | |
| 58:02  Q. Correct. And sometimes you did | | | |
| 58:03  not have the Combat Arms available; correct? | | | |
| 58:04  A. That's correct. | | | |
| 58:05  Q. Sometimes the only hearing | | | |
| 58:06  protection devices that were available were | | | |
| 58:07  hearing protection devices other than the | | | |
| 58:08  Combat Arms; correct? | | | |
| 58:09  A. Yes. That's correct. | | | |
| 58:10  Q. If you look at 6.6.7, is it | | | |
| 58:11  correct that the regulations required the | | | |
| 58:12  preformed earplugs such as the Combat Arms | | | |
| 58:13  shall be fitted and issued only under the | | | |
| 58:14  supervision of personnel who have been | | | |
| 58:15  specifically trained to fit earplugs? | | | |
| 58:16  A. Yes. | | | |

| | | |
|---|---|---|
| 58:17 | Q. 6.6.9. What does 6.6.9 require? | |
| 58:18 | A. So the idea is that when each | |
| 58:19 | troop comes in for their annual hearing tests, | |
| 58:20 | at that time we will also inspect their | |
| 58:21 | existing hearing protection and fit them with | |
| 58:22 | new hearing protection. | |
| 58:23 | Q. Okay. So medically trained | |
| 58:24 | personnel must examine the fit and condition of | |
| 58:25 | preformed earplugs like the Combat Arms at | |
| 59:01 | least annually; correct? | |
| 59:02 | A. Yes. | |
| 59:03 | Q. 6.6.10: Personnel shall require | |
| 59:04 | -- receive adequate and effective training in | |
| 59:05 | the proper care and use of personal hearing | |
| 59:06 | protectors; correct? | |
| 59:07 | A. Yes. | |

**59:16 - 63:11   Battler, Leanne 2020-09-10**

| | | | |
|---|---|---|---|
| 59:16 | Q. Can you explain what enclosure 6 | **Re: [59:16 to 63:11]** | **OVERRULED** |
| 59:17 | of the DoD Instruction 6055.12 is? | **Plt Obj** 402/403; 602/701/702; | |
| 59:18 | A. So these are the instructions how | conjecture; 611 vague, | |
| 59:19 | to properly fit and insert and check for | leading, speculation | |
| 59:20 | adequate seal your hearing protection. | | |
| 59:21 | Q. Okay. And you've seen these | | |
| 59:22 | instructions before? | | |
| 59:23 | A. Yes. | | |
| 59:24 | Q. Okay. Could you read instruction | | |
| 59:25 | number 3, in the general information? | | |
| 60:01 | A. Number three: Plugs tend to work | | |
| 60:02 | loose as a result of talking and chewing and | | |
| 60:03 | must be reseated. | | |
| 60:04 | Q. Okay. And you understood that to | | |
| 60:05 | be true based on your experience with the | | |
| 60:06 | Combat Arms and other preformed earplugs, that | | |
| 60:07 | plugs tend to work loose as a result of talking | | |
| 60:08 | and chewing and must be reseated? | | |
| 60:09 | A. Yes. | | |
| 60:10 | Q. Okay. And based on your | | |
| 60:11 | experience, was that equally true of the | | |
| 60:12 | various preformed earplugs or did that tend to | | |
| 60:13 | happen more with some preformed earplugs than | | |
| 60:14 | others? | | |
| 60:15 | A. That was true for all earplugs. | | |
| 60:16 | Q. Okay. So for all earplugs, | | |
| 60:17 | whether it be the CAEv2 or something else, | | |
| 60:18 | plugs tend to work loose as a result of talking | | |
| 60:19 | and chewing; correct? | | |
| 60:20 | A. Yes. | | |
| 60:21 | Q. And is that -- Is that something | | |
| 60:22 | that, based on your personal experience, was | | |
| 60:23 | known within the audiological community? | | |
| 60:24 | A. Yes. | | |
| 60:25 | Q. And when -- When an earplug works | | |
| 61:01 | itself loose as a result of talking or chewing, | | |
| 61:02 | could -- is that something that when you were | | |
| 61:03 | wearing earplugs, that you could tell based on | | |

61:04   auditory clues from the ambient noise?
61:05   A. Yes.
61:06   Q. So -- So I used -- I used words
61:07   like auditory clues and ambient noise, but can
61:08   you describe in simple terms for the jury how
61:09   you could tell, when you were wearing Combat
61:10   Arms and other preformed earplugs, if the
61:11   earplugs had loosened.
61:12   A. Basically, with any jaw movement,
61:13   you would hear the ambient -- you would hear
61:14   the outside cutting in and out as -- as the
61:15   earplug would shift.
61:16   Q. Okay.  And it's important for an
61:17   earplug to maintain its seal; correct?
61:18   A. Yes.
61:19   Q. And why is that important?
61:20   A. Because sound -- Sound can travel
61:21   through the tiniest little opening, and, in
61:22   fact, the external ear is designed to funnel
61:23   those sounds and direct them into the ear
61:24   canal.
61:25   Q. Okay.  And then you were
62:01   describing earlier, if an earplug did not
62:02   maintain its seal, that's something that you
62:03   could tell when you were wearing them; correct?
62:04   A. Yes.
62:05   Q. And if you were wearing an
62:06   earplug and it did not maintain its seal, and
62:07   you received an auditory clue, what would you
62:08   do then?
62:09   A. Same as the direction here,
62:10   opposite hand, pull the ear up and back, twist
62:11   and push, wait -- feel for that final flange
62:12   flush with the opening in the ear canal, do a
62:13   tug test.
62:14   Q. So an earplug losing its seal, in
62:15   your experience, that's not something that's
62:16   out of the ordinary; correct?
62:17   A. Correct.
62:18   Q. Okay.  And let me ask you, with
62:19   respect to the Combat Arms Version 2, did you
62:20   ever roll back the flanges for service members
62:21   when you were fitting that earplug?
62:22   A. No.
62:23   Q. Okay.  So in those instances, you
62:24   did not need to roll back the flanges to obtain
62:25   an appropriate fit; correct?
63:01   A. If I was not able to attain an
63:02   appropriate fit without -- Well, I never tried
63:03   rolling back.  If I did not obtain an adequate
63:04   fit with the earplug as -- as it was, then I
63:05   didn't recommend -- I would recommend an
63:06   alternate hearing protection device.
63:07   Q. Okay.  So if you -- If you were
63:08   unable to fit the soldier, then you would
63:09   recommend to the soldier that a different

63:10     hearing device be used; correct?
63:11     A. Correct.

63:12 - 63:25    Battler, Leanne 2020-09-10
63:12     Q. In the instances where you
63:13     successfully fit service members
          with Combat
63:14     Arms earplugs, did you ever see the
          Combat Arms
63:15     earplugs lose their seal in the
          soldier's ear
63:16     after you had fit them?
63:17     A. Inside the clinic or downrange?
63:18     Q. Inside the clinic.
63:19     A. No.
63:20     Q. In the instances where you fit
63:21     service members with Combat Arms
          earplugs, did
63:22     you ever witness those earplugs
          losing their
63:23     seal at any time?
63:24     A. I mean, I would only see them for
63:25     a few minutes after we achieved the
          seal.

64:09 - 65:08    Battler, Leanne 2020-09-10
64:09     Q. Did any service member ever
64:10     complain to you about Combat Arms earplugs?
64:11     A. I heard things like they were
64:12     kind of -- the plastic was hard, they would
64:13     have preferred a softer silicone, and that they
64:14     didn't like how far out they stuck.  But those
64:15     were the -- Those were the two main -- And when
64:16     they would drop into the dirt, then they
64:17     wouldn't be able to find it.
64:18     Q. Okay.  Those things relating to
64:19     the comfort and how far out they stuck and
64:20     dropping into the dirt, based on your
64:21     experience, did they ever impede the
64:22     performance of the Combat Arms earplug in terms
64:23     of keeping out sound?
64:24     A. No.
64:25     Q. Any complaints from ever -- any
65:01     service member ever about that the Combat Arms
65:02     earplug was not effective in terms of keeping
65:03     out sound?
65:04     A. No.
65:05     Q. And approximately how many
65:06     service members did you fit with the Combat
65:07     Arms earplug?
65:08     A. Thousands.

Re: [64:09 to 65:08]
Pltf Obj 802 and HS w/in HS;
402/403; vague; 701/702
improper opinion testimony;
speculation 602/611

**SUSTAINED**

65:12 - 65:22    Battler, Leanne 2020-09-10
65:12     Q. Let's mark as the next exhibit
65:13     Tab 22.  We'll mark this as Exhibit Number 4.

Re: [65:12 to 65:22]
Pltf Obj 402/403;

**OVERRULED**

| | | | |
|---|---|---|---|
| 65:14 | Can you identify this document, | | |
| 65:15 | Lieutenant Colonel Battler? | | |
| 65:16 | A. Yes.  This is the DA PAM 40-501. | | |
| 65:17 | Q. What is the DA PAM 40-501? | | |
| 65:18 | A. This was the precursor to the | | |
| 65:19 | Army Hearing Program.  The Army Hearing -- This | | |
| 65:20 | was the old Army Hearing Conservation Program | | |
| 65:21 | based on the OSHA model for noise-exposed | | |
| 65:22 | civilian personnel. | | |

| | | | |
|---|---|---|---|
| **66:02 - 66:14** | **Battler, Leanne 2020-09-10** | | |
| 66:02 | Q. So this document -- The | **Re: [66:02 to 66:14]** | **DEFER RULING** |
| 66:03 | regulation we were looking at earlier, Exhibit | **Pltf Obj** Objections are | |
| 66:04 | 3, pertained to the Armed Forces.  And this | related to 66:8-14; | |
| 66:05 | document, the DA PAM pertains to the Army | Foundation; mischaracterizes | |
| 66:06 | specifically, right, Lieutenant Colonel? | evidence; conjecture; 402/403; | |
| 66:07 | A. Yes. | 701/702 | |
| 66:08 | Q. And if you look at section 6.3, | | |
| 66:09 | characteristics, for the Combat Arms and other | | |
| 66:10 | preformed earplugs, medically trained personnel | | |
| 66:11 | were required to fit and examine the earplugs | | |
| 66:12 | at least annually to ensure proper fit and | | |
| 66:13 | condition; correct? | | |
| 66:14 | A. Yes. | | |

| | | | |
|---|---|---|---|
| **67:03 - 69:03** | **Battler, Leanne 2020-09-10** | | |
| 67:03 | Q. And I would focus you on your use | **Re: [67:03 to 69:03]** | **SUSTAINED as to [68:25-69:03]** |
| 67:04 | and your personal experience with respect to | **Pltf Obj** Agree to: 67:24-68:3; | |
| 67:05 | Combat Arms earplugs.  Those are triple-flange | Disagree as to remainder on | **OVERRULED in all other** |
| 67:06 | earplugs; correct? | the follwing | **respects** |
| 67:07 | A. So the triple-flange are what we | grounds:Conjecture; 402/403; | |
| 67:08 | had mostly available, through the NSN | 611 leading, asked/answered, | |
| 67:09 | purchasing. | vague; speculation, compound | |
| 67:10 | Q. When you say the triple-flange | questions; 602/701/702 | |
| 67:11 | are what you had mostly available, you're | improper opinion tesitmony; | |
| 67:12 | referring to something other than the Combat | 802; | |
| 67:13 | Arms; correct? | | |
| 67:14 | A. Yes. | | |
| 67:15 | Q. Okay.  So what you had mostly | | |
| 67:16 | available for service members was a | | |
| 67:17 | triple-flange earplug other than the Combat | | |
| 67:18 | Arms? | | |
| 67:19 | A. Yes. | | |
| 67:20 | Q. And that's the first thing that | | |
| 67:21 | you tried to fit the service members with; | | |
| 67:22 | correct? | | |
| 67:23 | A. Yes. | | |
| 67:24 | Q. And approximately when did the | | |
| 67:25 | Combat Arms first become available in your | | |
| 68:01 | clinic? | | |
| 68:02 | A. Probably 2004.  Yes, at Fort | | |
| 68:03 | Hood.  2004. | | |
| 68:04 | Q. So you first tried to fit the | | |
| 68:05 | service members with a triple-flange earplug | | |
| 68:06 | other than the Combat Arms; correct? | | |
| 68:07 | A. Yes. | | |

| | | | |
|---|---|---|---|
| 68:08 | Q. And sometimes the Combat Arms | | |
| 68:09 | were available and sometimes they were not; | | |
| 68:10 | correct? | | |
| 68:11 | A. Yes. | | |
| 68:12 | Q. And if they were available, you | | |
| 68:13 | would try to fit the service member with the | | |
| 68:14 | Combat Arms; correct? | | |
| 68:15 | A. In addition to the linear | | |
| 68:16 | triple-flange, yes. | | |
| 68:17 | Q. And sometimes the Combat Arms | | |
| 68:18 | would fit and sometimes the Combat Arms would | | |
| 68:19 | not fit; correct? | | |
| 68:20 | A. Yes. | | |
| 68:21 | Q. And the Combat Arms were not a | | |
| 68:22 | one-size-fits-all earplug, they fit some people | | |
| 68:23 | and not others; correct? | | |
| 68:24 | A. Yes. | | |
| 68:25 | Q. And it was known in the | | |
| 69:01 | audiological community that the Combat Arms did not | | |
| 69:02 | fit some percentage of service members; | | |
| 69:03 | correct? | | |

**69:07 - 69:08**  Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 69:07 | Q. Based on your personal experience | **Re: [69:07 to 69:08]** | SUSTAINED |
| 69:08 | and communications with them. | **Pltf Obj** 802, speculation, 402/403 | |

**69:10 - 69:18**  Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 69:10 | A. Our -- Our training -- Our | **Re: [69:10 to 69:18]** | SUSTAINED |
| 69:11 | training -- Part of our training was that | **Pltf Obj** Nonresponsive answer; | |
| 69:12 | there's no such thing as one size fits all. | 402/403; speculation; 611 | |
| 69:13 | Q. With respect to -- With respect | leading, vague questions; | |
| 69:14 | to preformed earplugs; correct? | 701/702 | |
| 69:15 | A. With all earplugs. | | |
| 69:16 | Q. And so that would also be true of | | |
| 69:17 | the Combat Arms; correct? | | |
| 69:18 | A. Yes. | | |

**71:10 - 71:21**  Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 71:10 | Q. Okay.  So with respect to the | **Re: [71:10 to 71:21]** | SUSTAINED |
| 71:11 | Combat Arms Version 2, though, in giving | **Pltf Obj** Agree to | |
| 71:12 | instruction to service members, you did not | 71:10-16;DISAGREE to 71:17-21 | |
| 71:13 | provide anything to them in writing; correct? | - speculation; conjecture; | |
| 71:14 | A. Oh.  We had to -- CHPPM made the | 701/702; 402/403; 406 | |
| 71:15 | card, the little wallet card, with the | | |
| 71:16 | instruction. | | |
| 71:17 | Q. Okay.  So what the -- What the | | |
| 71:18 | service members received in writing regarding | | |
| 71:19 | the Combat Arms earplug was the CHPPM wallet | | |
| 71:20 | card; correct? | | |
| 71:21 | A. When we had them available, yes. | | |

**71:24 - 72:06**  Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 71:24 | And did the service members, | | |
| 71:25 | based on your recollection, receive anything | | |
| 72:01 | other than the wallet card created by CHPPM | | |

| | | |
|---|---|---|
| 72:02   when you interacted with them in connection | | |
| 72:03   with the Combat Arms? | | |
| 72:04   A. Well, there was our verbal | | |
| 72:05   instruction, and then when we did the hearing | | |
| 72:06   health education, we had PowerPoint slides. | | |
| | | |
| 72:11 - 72:17   Battler, Leanne 2020-09-10 | | |
| 72:11   Q. Okay. So the -- Based on your | **Re: [72:11 to 72:17]** | SUSTAINED |
| 72:12   experience, the written materials that service | **Pltf Obj** Asked and Answered; | |
| 72:13   members would have received relating to the | Speculation; 611 leading, | |
| 72:14   Combat Arms would have been the CHPPM wallet | compound, asked and answered; | |
| 72:15   card or a PowerPoint that the audiologist would | conjecture; | |
| 72:16   have created; correct? | | |
| 72:17   A. Yes. | | |
| | | |
| 73:05 - 73:16   Battler, Leanne 2020-09-10 | | |
| 73:05   Q. So did you ever ask the -- any | **Re: [73:05 to 73:16]** | OVERRULED |
| 73:06   representatives of the manufacturer of the | **Pltf Obj** 802; 402/403; 611 | |
| 73:07   Combat Arms, either Aearo or 3M, to give | leading, speculation, 701/702 | |
| 73:08   presentations to service members relating to | | |
| 73:09   the Combat Arms? | | |
| 73:10   A. I -- I did not, no. | | |
| 73:11   Q. And based on -- Based on your | | |
| 73:12   personal experience, you would not have | | |
| 73:13   expected the manufacturer of the Combat Arms or | | |
| 73:14   its representatives to come onto bases to give | | |
| 73:15   presentations to service members; correct? | | |
| 73:16   A. No. That's correct. | | |
| | | |
| 74:04 - 74:17   Battler, Leanne 2020-09-10 | | |
| 74:04   Q. Let me simplify it. In your | **Re: [74:04 to 74:17]** | SUSTAINED |
| 74:05   personal experience, the people who gave | **Pltf Obj** Agree to 74:4-12; | |
| 74:06   instructions to service members relating to the | DISAGREE to 74:13-17 - | |
| 74:07   use and fitting of Combat Arms were | vague/confusing, speculation, | |
| 74:08   audiologists and medically trained personnel; | compound, 402/403, 602/701 | |
| 74:09   correct? | | |
| 74:10   A. Yes. | | |
| 74:11   Q. At Fort Carson; correct? | | |
| 74:12   A. Correct. | | |
| 74:13   Q. Okay. And we already talked | | |
| 74:14   about as part of the Rapid Fielding Initiative, | | |
| 74:15   which is separate from Fort Carson and not | | |
| 74:16   under you, service members did not always | | |
| 74:17   receive that fitting and instruction; correct? | | |
| | | |
| 74:21 - 75:08   Battler, Leanne 2020-09-10 | | |
| 74:21   Q. Based on your personal | **Re: [74:21 to 75:08]** | SUSTAINED |
| 74:22   experience. | **Pltf Obj** Mischaracterizes | |
| 74:23   A. Based on my personal experience, | evidence; 611 leading, | |
| 74:24   that is correct. | compound, asked/answered, 802; | |
| 74:25   Q. The regulations that we looked at | 402/403 | |
| 75:01   earlier, they -- they did not talk about the | | |
| 75:02   manufacturers' representatives coming on to | | |
| 75:03   bases to give instruction with respect to the | | |
| 75:04   use and fitting of Combat Arms; correct? | | |
| 75:05   A. That's correct. | | |

| | | | |
|---|---|---|---|
| 75:06 | Q. They talk about audiologists and | | |
| 75:07 | medically trained personnel doing this; fair? | | |
| 75:08 | A. Yes. | | |
| | | | |
| 75:12 - 78:09 | Battler, Leanne 2020-09-10 | | |
| 75:12 | Q. Okay.  Let's mark as the next | Re: [75:12 to 78:09] | SUSTAINED |
| 75:13 | exhibit Tab 11.  And we'll call this Exhibit 5. | Pltf Obj Improper bolstering, | |
| 75:14 | And I want you to focus on the | foundation, 402/403; 802; | |
| 75:15 | portion of the email that's the July 8, 2004, | speculation; leading, vague; | |
| 75:16 | transmission at 9:26 and below, all the way | 602/701 | |
| 75:17 | down to the bottom. | | |
| 75:18 | Can you tell the jury what this | | |
| 75:19 | document is? | | |
| 75:20 | A. This is an email that my | | |
| 75:21 | ex-husband sent to Doug Ohlin.  He forwarded -- | | |
| 75:22 | It was forwarded from a friend of my | | |
| 75:23 | ex-husband, who was a active duty infantry | | |
| 75:24 | officer in Iraq who used the Combat Arms | | |
| 75:25 | earplugs that I fitted him with prior to his | | |
| 76:01 | deployment. | | |
| 76:02 | Q. Okay.  So let's -- Let's break | | |
| 76:03 | that down.  The report, beginning where it | | |
| 76:04 | starts with:  Hey, Diggs, who is that -- who is | | |
| 76:05 | the individual that is coming from? | | |
| 76:06 | A. It was coming from Ron Millis, | | |
| 76:07 | who is a Lieutenant Colonel at 11th Bravo -- | | |
| 76:08 | 11th Alpha infantry officer. | | |
| 76:09 | Q. Okay.  And what's your | | |
| 76:10 | understanding of where Ron Millis was at the | | |
| 76:11 | time he sent this email? | | |
| 76:12 | A. Ron was emailing from Iraq, to my | | |
| 76:13 | husband, Richard, who people called Diggs, who | | |
| 76:14 | was in Kuwait at the time.  And he just said, | | |
| 76:15 | again, you know, where -- yeah, had an | | |
| 76:16 | opportunity -- | | |
| 76:17 | Q. Let's break it down.  So in | | |
| 76:18 | Exhibit Number 5, let's start -- Can you please | | |
| 76:19 | read to the jury the paragraph beginning with: | | |
| 76:20 | Well, the Millis luck. | | |
| 76:21 | A. Well, the Millis luck seems to be | | |
| 76:22 | holding. | | |
| 76:23 | So this is Ron -- Ron speaking, | | |
| 76:24 | with the 11 Alpha infantry officer ranger:  So | | |
| 76:25 | my family luck seems to be holding.  I arrived | | |
| 77:01 | here the day before the -- the storm; and then | | |
| 77:02 | he defines the storm by saying, we've had the | | |
| 77:03 | most killed in action since Vietnam.  We are | | |
| 77:04 | especially lucky -- and he's being sarcastic -- | | |
| 77:05 | especially lucky that here in Camp Taji was the | | |
| 77:06 | Arty rocket mortar training base for Saddam | | |
| 77:07 | Hussein, so all of the out-of-work locals are | | |
| 77:08 | pretty good at indirect fire. | | |
| 77:09 | Q. So did you understand that to | | |
| 77:10 | mean that things were pretty intense where he | | |
| 77:11 | was? | | |
| 77:12 | A. Yes. | | |

| | |
|---|---|
| 77:13 | Q. Could you now read the next |
| 77:14 | paragraph in the email from this service member |
| 77:15 | in Iraq? |
| 77:16 | A. Right.  So then he said:  Hey, |
| 77:17 | did Leanne, your wife, have anything to do with |
| 77:18 | Combat Arms earplugs, the yellow and green |
| 77:19 | ones?  They work great in this environment.  I |
| 77:20 | was able to test them out two different times. |
| 77:21 | They probably made the difference between |
| 77:22 | eardrum/hearing damage and not.  They |
| 77:23 | definitely allow you to mentally recover very |
| 77:24 | quickly so you are able to deal with your |
| 77:25 | situation, versus standing around like a |
| 78:01 | stunned mullet for a while. |
| 78:02 | Q. And what did you take that |
| 78:03 | paragraph to mean? |
| 78:04 | A. I took that to mean that he had |
| 78:05 | been hit by at least one blast, and that the |
| 78:06 | Combat Arms earplug attenuated enough of the |
| 78:07 | percussion wave that it didn't knock the wind |
| 78:08 | out of him to the level that he was -- had |
| 78:09 | experienced prior. |

79:08 - 80:09 | Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 79:08 | Q. Okay.  So you understood Mr. | **Re: [79:08 to 80:09]** | SUSTAINED |
| 79:09 | Millis to be indicating that the Combat Arms | **Pltf Obj** Speculation; | |
| 79:10 | earplugs worked great in combat? | nonresponsive answers; 802; | |
| 79:11 | A. Yes.  Dismounted -- He's an | 611 vague, leading; 402/403; | |
| 79:12 | infantry officer, dismounted operations. | 602/701/702 | |
| 79:13 | Q. Okay.  And he says that they | | |
| 79:14 | probably made the difference between | | |
| 79:15 | eardrum/hearing damage and not. | | |
| 79:16 | What did you understand that to | | |
| 79:17 | mean? | | |
| 79:18 | A. I understood that as him saying | | |
| 79:19 | he was -- he was in a fire-fight and exposed to | | |
| 79:20 | at least one blast, close range, and maintained | | |
| 79:21 | his hearing. | | |
| 79:22 | Q. While wearing the Combat Arms? | | |
| 79:23 | A. Yes. | | |
| 79:24 | Q. He also says in the next | | |
| 79:25 | sentence:  They definitely allow you to | | |
| 80:01 | mentally recover very quickly so you are able | | |
| 80:02 | to deal with your situation versus standing | | |
| 80:03 | around like a stunned mullet for a while.  What | | |
| 80:04 | did you understand that to mean? | | |
| 80:05 | A. My understanding was, again, that | | |
| 80:06 | was -- when you're hit -- a percussion wave, a | | |
| 80:07 | significant impulse noise, whether it's weapons | | |
| 80:08 | fire or blast exposure, affects your whole | | |
| 80:09 | body, not just your ears. | | |

80:14 - 80:18 | Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 80:14 | Q. And reflecting on Mr. Millis' | **Re: [80:14 to 80:18]** | SUSTAINED |
| 80:15 | email, are you -- are you proud of your role | **Pltf Obj** 402/403; 602/701/702 | |
| 80:16 | with respect to fitting the Combat Arms, in | | |

| | | |
|---|---|---|
| 80:17 | terms of it -- the protection that it provided | |
| 80:18 | to service members? | |

**80:22 - 81:08   Battler, Leanne 2020-09-10**

| | | |
|---|---|---|
| 80:22 | A. I mean, Ron was at our wedding. | **Re: [80:22 to 81:08]** <span style="background:yellow">**SUSTAINED**</span> |
| 80:23 | I might have -- And that was the summer I was | **Pltf Obj** Nonresponsive answer; |
| 80:24 | working at Aberdeen, I -- I'm pretty sure I | 402/403; speculation; 611 |
| 80:25 | fitted him.  I'm very proud of that. | leading, vague questions; |
| 81:01 | Q. Okay.  So you're proud of fitting | 701/702; impromper bolstering |
| 81:02 | Mr. Millis with the Combat Arms and the | |
| 81:03 | protection that it provided to him in combat? | |
| 81:04 | A. Yes. | |
| 81:05 | Q. And in doing that, you were | |
| 81:06 | helping the United States Military with respect | |
| 81:07 | to its mission in Iraq? | |
| 81:08 | A. Yes.  Very proud of that. | |

**81:19 - 82:19   Battler, Leanne 2020-09-10**

| | | |
|---|---|---|
| 81:19 | Q. Yes.  Not just with respect to | **Re: [81:19 to 82:19]** <span style="background:yellow">**SUSTAINED**</span> |
| 81:20 | Mr. Millis, but with respect to the Combat Arms | **Pltf Obj** 402/403; vague; |
| 81:21 | generally, and soldiers generally, are you | mischaracterizes evidence; |
| 81:22 | proud of the role that you played with respect | 602/701/702 improper |
| 81:23 | to fitting soldiers with Combat Arms? | opinion/expert testimony; |
| 81:24 | A. And my response is yes, hundred | speculation |
| 81:25 | percent. | |
| 82:01 | Q. And you say that, yes, a hundred | |
| 82:02 | percent.  Can you describe for the jury why | |
| 82:03 | your answer is, yes, you're a hundred percent | |
| 82:04 | proud of your role with respect to the Combat | |
| 82:05 | Arms? | |
| 82:06 | A. This was -- These were the first | |
| 82:07 | nonlinear earplugs, they were cutting-edge | |
| 82:08 | technology; for the first time, soldiers were | |
| 82:09 | wanting -- wanting the hearing protection; they | |
| 82:10 | had great things to say about it; and I was | |
| 82:11 | part of history. | |
| 82:12 | Q. And based on your personal | |
| 82:13 | experience, and your -- and communications that | |
| 82:14 | you had with soldiers, is it your -- as an | |
| 82:15 | audiologist, is it your understanding that the | |
| 82:16 | Combat Arms earplugs, which you helped to fit, | |
| 82:17 | helped the military effort in Iraq and | |
| 82:18 | Afghanistan? | |
| 82:19 | A. Absolutely. | |

**82:25 - 83:03   Battler, Leanne 2020-09-10**

| | | |
|---|---|---|
| 82:25 | A. I believe that the earplug, the | |
| 83:01 | Combat Arms earplug, Version 2, helped improve | |
| 83:02 | situational awareness, survivability, and | |
| 83:03 | lethality. | |

**83:09 - 83:11   Battler, Leanne 2020-09-10**

| | | |
|---|---|---|
| 83:09 | With respect to your personal | **Re: [83:09 to 83:11]** <span style="background:yellow">**SUSTAINED**</span> |
| 83:10 | experience, how did the Combat Arms earplug | **Pltf Obj** Speculation; 402/403; |
| 83:11 | help soldiers with situational awareness? | 611; 602/701/702 improper |
| | | opinion/expert testimony; |

improper bolstering

| | | | | |
|---|---|---|---|---|
| 83:22 - 84:08 | Battler, Leanne 2020-09-10 | | | |
| 83:22 | A. So, yes.  Again, a regular | **Re: [83:22 to 84:08]** | | **SUSTAINED** |
| 83:23 | triple-flange earplug, or foam earplug, which | **Pltf Obj** Speculation; 802; | | |
| 83:24 | would overattenuate to the point that troops | 402/403; 406; 602/701/702 | | |
| 83:25 | felt they were not always able to hear sniper | | | |
| 84:01 | fire or calls from their buddies.  But that | | | |
| 84:02 | was -- The overattenuation effect was | | | |
| 84:03 | alleviated by the filter portion of the Combat | | | |
| 84:04 | Arms earplug in dismounted operations. | | | |
| 84:05 | Q. Based on -- Based on your | | | |
| 84:06 | personal experience and your communications | | | |
| 84:07 | with service members, how did the Combat Arms | | | |
| 84:08 | earplug help with survivability? | | | |
| | | | | |
| 84:11 - 86:11 | Battler, Leanne 2020-09-10 | | | |
| 84:11 | A. Hearing is twenty-four hours, | **Re: [84:11 to 86:11]** | | **SUSTAINED** |
| 84:12 | three-hundred-sixty degrees.  So if you're | **Pltf Obj** Conjecture; | | |
| 84:13 | asleep, and someone is coming up to get you, | speculation; nonresponsive | | |
| 84:14 | you could hear them, even if you had the Combat | answers; 402/403; 602/701/702 | | |
| 84:15 | Arms earplug in. | improper opinion/expert | | |
| 84:16 | Q. And in your view, was that a | opinions; 611 leading, vague, | | |
| 84:17 | positive feature of the Combat Arms? | compound questions; vast | | |
| 84:18 | A. Hear the enemy, stay alive. | generalizations; 802 | | |
| 84:19 | Q. Let's talk about the third thing | | | |
| 84:20 | that you said that the Combat Arms earplug | | | |
| 84:21 | helped with, and that was with respect to | | | |
| 84:22 | lethality.  Did I get that right? | | | |
| 84:23 | A. Yes. | | | |
| 84:24 | Q. And based on your personal | | | |
| 84:25 | experience and your communication with service | | | |
| 85:01 | members, how did the Combat Arms earplug help | | | |
| 85:02 | with respect to lethality? | | | |
| 85:03 | A. It's really the same as | | | |
| 85:04 | survivability. | | | |
| 85:05 | Q. Okay.  How so? | | | |
| 85:06 | A. So you can hear -- you can hear | | | |
| 85:07 | the enemy. | | | |
| 85:08 | Q. And have you had communications | | | |
| 85:09 | with others in the audiological community about | | | |
| 85:10 | how the Combat Arms earplugs helped soldiers | | | |
| 85:11 | with situational awareness, survivability, and | | | |
| 85:12 | lethality? | | | |
| 85:13 | A. Yes. | | | |
| 85:14 | Q. Who else in the audiological | | | |
| 85:15 | community have you talked to about how the | | | |
| 85:16 | Combat Arms Version 2 helped soldiers with | | | |
| 85:17 | situational awareness, survivability, and | | | |
| 85:18 | lethality? | | | |
| 85:19 | A. We all talk about it. | | | |
| 85:20 | Q. Okay.  And based on your | | | |
| 85:21 | communications with others in the -- First of | | | |
| 85:22 | all, when you're saying all, are you referring | | | |
| 85:23 | to Army audiologists or all Armed Forces? | | | |
| 85:24 | A. I've met a lot of -- I've met a | | | |

| | | | |
|---|---|---|---|
| 85:25 | lot of audiologists in all of the services over | | |
| 86:01 | the last seventeen years.  And as I say, I'm | | |
| 86:02 | very proud of the role I played, and I do | | |
| 86:03 | mention anecdotal encounters and reports that | | |
| 86:04 | I've heard from soldiers who I've seen in the | | |
| 86:05 | clinic. | | |
| 86:06 | Q. Okay.  And there were soldiers | | |
| 86:07 | who you've seen in the clinic who reported a | | |
| 86:08 | positive experience with respect to the Combat | | |
| 86:09 | Arms? | | |
| 86:10 | A. Right.  And downrange and in the | | |
| 86:11 | hazardous noise environments. | | |

| | | | |
|---|---|---|---|
| 86:21 - 88:01 | Battler, Leanne 2020-09-10 | | |
| 86:21 | Q. You -- The -- You said you had | **Re: [86:21 to 88:01]** | **SUSTAINED** |
| 86:22 | talked to others within the audiological | **Pltf Obj** 802; 402/403; 404; | |
| 86:23 | community about how the Combat Arms helped with | Speculation; 611; vague; | |
| 86:24 | situational awareness, survivability, and | 602/701/702; leading | |
| 86:25 | lethality for soldiers.  Are there any in the | | |
| 87:01 | audiological community who shared your view | | |
| 87:02 | that the Combat Arms helped with those things, | | |
| 87:03 | based on your conversations? | | |
| 87:04 | A. I presented a lot of data at | | |
| 87:05 | military audiology meetings, and some people | | |
| 87:06 | did ask for copies of my slides at the end, | | |
| 87:07 | yes. | | |
| 87:08 | Q. Okay.  And did you present data | | |
| 87:09 | showing how the Combat Arms had helped | | |
| 87:10 | soldiers? | | |
| 87:11 | A. Yes. | | |
| 87:12 | Q. Okay.  And could you describe | | |
| 87:13 | that data? | | |
| 87:14 | A. So it was related to my | | |
| 87:15 | deployment, which was in support of fielding a | | |
| 87:16 | different hearing protector.  And in my data | | |
| 87:17 | collection, I thought, well, if you're going to | | |
| 87:18 | ask how do you like this new hearing protector, | | |
| 87:19 | then the best way to describe how you like it | | |
| 87:20 | would be comparing it to a series of other | | |
| 87:21 | hearing protectors.  So that's how I collected | | |
| 87:22 | data, and I included the Combat Arms earplug as | | |
| 87:23 | one of the alternate types of hearing | | |
| 87:24 | protection, to compare things like situational | | |
| 87:25 | awareness, comfort, radial clarity, that sort | | |
| 88:01 | of thing. | | |

| | | | |
|---|---|---|---|
| 88:05 - 88:09 | Battler, Leanne 2020-09-10 | | |
| 88:05 | Q. So in 2008, you put together a | | |
| 88:06 | slide presentation comparing the Combat Arms | | |
| 88:07 | earplug to other earplugs in a variety of | | |
| 88:08 | respects; correct? | | |
| 88:09 | A. Yes. | | |

| | | | |
|---|---|---|---|
| 88:21 - 88:25 | Battler, Leanne 2020-09-10 | | |
| 88:21 | Lieutenant Colonel Battler, can | **Re: [88:21 to 88:25]** | **SUSTAINED** |
| 88:22 | you describe how the Combat Arms fared | **Pltf Obj** 611 Vague, Leading, | |

| | | | |
|---|---|---|---|
| 88:23 | compared to other earplugs in the analysis that | 402/403, 701/702; | |
| 88:24 | you did? | | |
| 88:25 | A. Pretty well. | | |

**90:02 - 90:12**   Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 90:02 | Q. Okay.  Exhibit 6, is that a | **Re: [90:02 to 90:12]** | SUSTAINED |
| 90:03 | PowerPoint you prepared? | **Pltf Obj** 802; 402/403 | |
| 90:04 | A. Yes. | | |
| 90:05 | Q. Can you describe the background | | |
| 90:06 | behind this PowerPoint? | | |
| 90:07 | A. Oh.  This was a presentation that | | |
| 90:08 | I made at the joint DoD and VA Audiology | | |
| 90:09 | Conference in 2009, basically summarizing the | | |
| 90:10 | results of my deployment to Iraq as an | | |
| 90:11 | individual augmentee with the 3rd Brigade | | |
| 90:12 | Combat Team, 4th Infantry Division. | | |

**90:18 - 92:04**   Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 90:18 | Q. Okay.  And did your -- As part of | **Re: [90:18 to 92:04]** | SUSTAINED |
| 90:19 | your survey, did you ask for feedback on the | **Pltf Obj** 802; 402/403; | |
| 90:20 | Combat Arms and other hearing protection? | speculation; 602/701/702; | |
| 90:21 | A. Yes. | conjecture; nonresponsive | |
| 90:22 | Q. How did -- How did the Combat | answers | |
| 90:23 | Arms fare relatively to other hearing | | |
| 90:24 | protection in your survey? | | |
| 90:25 | A. Right.  So as part of my mission, | | |
| 91:01 | so historically, the 4th Infantry Division was | | |
| 91:02 | known as the digital division, so they tested | | |
| 91:03 | and fielded all digital equipment before | | |
| 91:04 | anybody else. | | |
| 91:05 | So they were gifted these nine | | |
| 91:06 | hundred seventy-five single channel and five | | |
| 91:07 | hundred seventy-five dual channel, high-level | | |
| 91:08 | electronic hearing protection systems.  They | | |
| 91:09 | didn't receive them until they were actually in | | |
| 91:10 | theater. | | |
| 91:11 | So my mission was to collect | | |
| 91:12 | quality assurance data to see how they worked, | | |
| 91:13 | how soldiers liked them.  So I thought, well, I | | |
| 91:14 | guess the best way to comment on one thing is | | |
| 91:15 | to compare it to another thing.  And so I asked | | |
| 91:16 | -- I fitted all of these combat hearing aids | | |
| 91:17 | and then went back and took survey results, and | | |
| 91:18 | also measured their postdeployment audiogram | | |
| 91:19 | and compared it to their predeployment | | |
| 91:20 | audiogram to see if this group using this | | |
| 91:21 | high-level electronic TCAPS, tactical | | |
| 91:22 | communication and hearing protection system, if | | |
| 91:23 | they fared better than groups using different | | |
| 91:24 | hearing protectors. | | |
| 91:25 | So basically, I asked them how | | |
| 92:01 | they felt they worked in dismounted operations | | |
| 92:02 | versus mounted operations, radio communication, | | |
| 92:03 | situational awareness, comfort, a variety.  So | | |
| 92:04 | I can -- I can review these slides -- | | |

92:08 - 92:24    Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 92:08 | Q. Well, let's do -- Let's do a | **Re: [92:08 to 92:24]** | **SUSTAINED** |
| 92:09 | summary.  First of all, what you're looking at | **Pltf Obj** 402/403; speculation; | |
| 92:10 | is TCAPS.  Can you describe for the jury what | 602/701/702 | |
| 92:11 | TCAPS is? | | |
| 92:12 | A. So TCAPS is the generic name to | | |
| 92:13 | encompass all electronic hearing systems, like | | |
| 92:14 | Kleenex is a brand of facial tissue, so, you | | |
| 92:15 | know, the QuietPro is a brand of TCAPS, same as | | |
| 92:16 | the Altor; anything electronic, anything that | | |
| 92:17 | has an active attenuation or amplification or | | |
| 92:18 | active noise reduction, or some combination of | | |
| 92:19 | those, designed to not only protect your | | |
| 92:20 | hearing but actually enhance your hearing | | |
| 92:21 | ability on the battlefield. | | |
| 92:22 | Q. And what is the price range of | | |
| 92:23 | TCAPS, like QuietPro, relative to the price of | | |
| 92:24 | Combat Arms Version 2 in your experience? | | |

93:07 - 93:25    Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 93:07 | A. At the time, this particular | **Re: [93:07 to 93:25]** | **DEFER RULING** |
| 93:08 | system that I was evaluating, they were about a | **Pltf Obj** Agree to 93:16-19; | |
| 93:09 | thousand dollars apiece. | Disagree to the rest; 402/403; | |
| 93:10 | Q. Okay.  So the QuietPro you were | 701/702 | |
| 93:11 | evaluating was about a thousand dollars apiece; | | |
| 93:12 | correct? | | |
| 93:13 | A. Yes.  The dual channel was | | |
| 93:14 | slightly more expensive than the single-channel | | |
| 93:15 | units. | | |
| 93:16 | Q. Okay.  And the approximate price | | |
| 93:17 | of the Combat Arms Version 2? | | |
| 93:18 | A. At the time, I think it was about | | |
| 93:19 | seven dollars. | | |
| 93:20 | Q. Okay.  And you evaluated the | | |
| 93:21 | QuietPro, which was about a thousand dollars, | | |
| 93:22 | and the Combat Arms Version 2, which was | | |
| 93:23 | approximately seven dollars.  And how did the | | |
| 93:24 | Combat Arms Version 2 perform for soldiers, | | |
| 93:25 | relative to the QuietPro? | | |

94:04 - 94:23    Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 94:04 | A. So I think right off the bat, one | **Re: [94:04 to 94:23]** | **SUSTAINED** |
| 94:05 | of the first questions in the survey was what | **Pltf Obj** 402/403; 802; | |
| 94:06 | kind of hearing protection did you use before, | 602/701/702; speculation; | |
| 94:07 | so what are you comparing the QuietPro to?  And | conjecture; 611 leading and | |
| 94:08 | 25 percent of the 79 respondents had used the | compound | |
| 94:09 | -- compared it to the Combat Arms earplug. | | |
| 94:10 | In terms of dismounted | | |
| 94:11 | operations, 35 percent of that group felt they | | |
| 94:12 | were equal.  Mounted operations, speech clarity | | |
| 94:13 | they felt was equal.  Fatigue, seventy -- about | | |
| 94:14 | 70 percent felt that they were the same.  In | | |
| 94:15 | terms of generator -- around generator noise, | | |
| 94:16 | 43 percent felt they were the same. | | |
| 94:17 | Situational awareness, 37 percent felt it was | | |
| 94:18 | the same.  And that was -- so I mean, not bad. | | |

| Deposition | Objections | Ruling |
|---|---|---|
| 94:19 Q. So your overall take-away, is it<br>94:20 fair to say, that the seven-dollar Combat Arms,<br>94:21 based on your personal experience, surveys of<br>94:22 soldiers, performed approximately the same as<br>94:23 the one thousand dollar QuietPro? | | |
| **95:02 - 95:18 Battler, Leanne 2020-09-10**<br>95:02 A. For a good portion of them. Not<br>95:03 a majority, but a good portion, yes.<br>95:04 Q. Okay. What was your personal<br>95:05 take-away from your study on use of the<br>95:06 QuietPro versus use of the Combat Arms?<br>95:07 A. The QuietPro was kind of like a<br>95:08 smartphone, you had -- you had to have a lot of<br>95:09 practice with it before you could be<br>95:10 proficient. The Combat Arms earplug was much<br>95:11 more simple.<br>95:12 Q. And based on -- Based on your<br>95:13 experience, would you recommend to soldiers the<br>95:14 Combat Arms versus the QuietPro?<br>95:15 A. At the level -- At the level of<br>95:16 development that both products were at in 2008,<br>95:17 yes, I'd recommend the Combat Arms over the<br>95:18 QuietPro. | **Re: [95:02 to 95:18]**<br>**Pltf Obj** 402/403; 602/701/702;<br>speculation; conjecture; 611<br>leading and compound | **SUSTAINED** |
| **96:07 - 96:23 Battler, Leanne 2020-09-10**<br>96:07 Q. Okay. You said that at the level<br>96:08 of deployment that both products were at in<br>96:09 2008, you'd recommend to soldiers the Combat<br>96:10 Arms Version 2 over the QuietPro. Why is that?<br>96:11 A. Because it was more portable, it<br>96:12 was easier to operate, the price point was a<br>96:13 factor as well. Soldiers were afraid -- If a<br>96:14 piece of -- If a high-value piece of equipment<br>96:15 is lost, then oftentimes soldiers are<br>96:16 responsible to replace it. And I know of<br>96:17 several soldiers who said they would rather<br>96:18 lose hearing than risk losing a high --<br>96:19 high-value piece of equipment.<br>96:20 So they'd rather use a<br>96:21 seven-dollar piece, that if they have to buy it<br>96:22 or have it repaired, then seven dollars is more<br>96:23 affordable. | **Re: [96:07 to 96:23]**<br>**Pltf Obj** Vague/confusing;<br>402/403; 802; 602/701/702 | **SUSTAINED** |
| **97:11 - 98:09 Battler, Leanne 2020-09-10**<br>97:11 Q. Okay. You fit -- You fit<br>97:12 thousands of soldiers with Combat Arms;<br>97:13 correct?<br>97:14 A. Yes.<br>97:15 Q. And did any of them come back to<br>97:16 you and complain that the Combat Arms did not<br>97:17 adequately protect their hearing?<br>97:18 A. Not one.<br>97:19 Q. Did any of them come back to you<br>97:20 and complain that they experienced tinnitus<br>97:21 after using the Combat Arms? | **Re: [97:11 to 98:09]**<br>**Pltf Obj** 802; 404; 403 | **OVERRULED as to [97:11-97:18]**<br><br>**SUSTAINED (hearsay) as to [97:19-98:09]** |

| | | |
|---|---|---|
| 97:22 | A. (Witness shakes head.) | |
| 97:23 | Q. Is that a no? | |
| 97:24 | A. No.  I'm just -- I'm thinking. | |
| 97:25 | Some soldiers would exaggerate or | |
| 98:01 | feign hearing loss or tinnitus or both on their | |
| 98:02 | postdeployment hearing test.  But I don't | |
| 98:03 | recall anyone saying it was a direct result of | |
| 98:04 | using X, Y, or Z hearing protection. | |
| 98:05 | Q. Okay.  You said some soldiers | |
| 98:06 | would exaggerate or feign hearing loss or | |
| 98:07 | tinnitus on their postdeployment hearing test, | |
| 98:08 | is that based on your personal experience and | |
| 98:09 | observation of those soldiers? | |

**98:13 - 98:22    Battler, Leanne 2020-09-10**

| | | |
|---|---|---|
| 98:13 | A. That is -- That is my experience, | **Re: [98:13 to 98:22]** |
| 98:14 | yes. | **Pltf Obj** 611 leading, |
| 98:15 | Q. And how were you able to | asked/answered; 402/403; |
| 98:16 | determine that? | 602/701/702 |
| 98:17 | A. We have -- Some of our tests | |
| 98:18 | require no response from the patient.  It's not | |
| 98:19 | a matter of them pressing the button, their | |
| 98:20 | brain will tell us how their hearing is. | |
| 98:21 | Q. Okay.  Can we go back to Tab 11, | |
| 98:22 | which is Exhibit 5? | |

<span style="background:yellow">SUSTAINED</span>

**98:24 - 99:14    Battler, Leanne 2020-09-10**

| | | |
|---|---|---|
| 98:24 | Q. All right.  Do you see the note | **Re: [98:24 to 99:14]** |
| 98:25 | at the top it says:  This note from Doug Ohlin | **Pltf Obj** 802; 701/702; |
| 99:01 | re: Combat Arms in Iraq, we are helping.  And | improper bolstering; 404; |
| 99:02 | that's from Elliott Berger. | 402/403 |
| 99:03 | Do you see that? | |
| 99:04 | A. Yes. | |
| 99:05 | Q. Have you met Elliott Berger? | |
| 99:06 | A. Yes. | |
| 99:07 | Q. And is it -- Is it your view that | |
| 99:08 | he is competent in the field of hearing | |
| 99:09 | protection, based on your interaction with him? | |
| 99:10 | A. Yes. | |
| 99:11 | Q. And do you agree that the Combat | |
| 99:12 | Arms was helping in Iraq, based on your | |
| 99:13 | personal experience? | |
| 99:14 | A. Yes, I do. | |

<span style="background:yellow">OVERRULED</span>

**99:18 - 100:01    Battler, Leanne 2020-09-10**

| | | |
|---|---|---|
| 99:18 | Q. Let's go to Tab 6, and mark it as | **Re: [99:18 to 100:01]** |
| 99:19 | the next exhibit, which is Exhibit Number 8. | **Pltf Obj** Agree to 99:23-100:1; |
| 99:20 | This exhibit is an email from Kathy Gates to | Disagree to entry of Exhibit 8 |
| 99:21 | Theresa Schultz and others, dated December 10, | - foundation; 802; 602; |
| 99:22 | 2007. | 402/403 |
| 99:23 | Who is Kathy Gates? | |
| 99:24 | A. Retired Colonel Dr. Kathy Gates | |
| 99:25 | was our audiology consultant the Surgeon | |
| 100:01 | General. | |

<span style="background:yellow">OVERRULED</span>

**100:06 - 100:09    Battler, Leanne 2020-09-10**

100:06    Q. Okay.  So do you -- Do you recall
100:07    the date of when you deployed to Iraq for CAE
100:08    fitting?
100:09    A. It was in March 2008.

101:06 - 103:02    Battler, Leanne 2020-09-10
101:06    Q. So it says:  Leanne Cleveland,
101:07    audiologist at Fort Carson, serves as the
101:08    hearing expert and will deploy with the
101:09    division to continue to support this
101:10    initiative.  Soldiers were provided
101:11    predeployment hearing service, parentheses
101:12    DOEHRS, audiogram, CAE fitting, health
101:13    education, and QP training/fitting.
101:14    My question is:  Does that
101:15    refresh your recollection that you were
101:16    deployed in or around December 2007 to provide
101:17    CAE fitting and other predeployment hearing
101:18    services?
101:19    A. There were -- The planned process
101:20    was in motion for me to deploy in March, yeah.
101:21    Q. Okay.  Okay.  So you deployed
101:22    with the division to support this initiative in
101:23    2008?
101:24    A. I deployed after the division had
101:25    already left.  I was an individual augmentee,
102:01    added later on.
102:02    Q. Okay.  And did you provide CAE
102:03    fitting as part of that deployment?
102:04    A. Through the SRP site, yes, with
102:05    their predeployment as discussed -- As before,
102:06    everybody was fitted with the linear earplugs,
102:07    triple-flange or quad-flange, and Combat Arms,
102:08    provided we had them.
102:09    Q. Okay.  And SRP stands for?
102:10    A. Soldier Readiness Processing
102:11    Center, also sometimes just called Soldier
102:12    Readiness Center.
102:13    Q. Okay.  And you did not have any
102:14    more difficulty fitting the Combat Arms, than
102:15    you did other earplugs; correct?
102:16    A. Difficulty, like?
102:17    Q. Well, let me ask you this way:
102:18    Comparing Combat Arms with other earplugs, in
102:19    your personal experience, you did not find that
102:20    the Combat Arms earplugs were more likely to
102:21    lose their seal than other earplugs; correct?
102:22    A. Not including electronic TCAPS,
102:23    correct.
102:24    Q. Okay.  So I'm correct that Combat
102:25    Arms earplugs were not more likely to lose
103:01    their seal than other earplugs; yes?
103:02    A. In my experience, yes.

103:07 - 103:20    Battler, Leanne 2020-09-10
103:07    Tab 3.  This is Exhibit Number 9.

**Re: [101:06 to 103:02]**
**Pltf Obj** AGREE to 102:2-12;
DISAGREE with 101:6-20 and
testimony based on Ex. 8 -
802; 611; foundation; DISAGREE
with 102:13 - 701/702;
402/403; 611 leading;
vague/confusing

OVERRULED

**Re: [103:07 to 103:20]**

SUSTAINED

| | | |
|---|---|---|
| 103:08 | Do you recognize this document? | **Pltf Obj** 802; 403; Foundation; |
| 103:09 | A. Yes. | Speculation 602; conjecture; |
| 103:10 | Q. And what is it? | 701/701 |
| 103:11 | A. This is a quote from the Ron | |
| 103:12 | Millis email to my husband, which my husband | |
| 103:13 | forwarded to Doug Ohlin.  And Doug said:  Oh, | |
| 103:14 | this is awesome.  Can we use this -- Do you | |
| 103:15 | think he'd mind if we use this in the card? | |
| 103:16 | Q. So the document, Exhibit 9, this | |
| 103:17 | is the wallet card that was provided to | |
| 103:18 | soldiers, by the Army, in connection with the | |
| 103:19 | Combat Arms Version 2? | |
| 103:20 | A. Yes. | |

**104:04 - 104:21** Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 104:04 | Q. Okay.  So the person who decided | **Re: [104:04 to 104:21]** | **SUSTAINED (the comment is** |
| 104:05 | to use the comment from Ron Millis on the card | **Pltf Obj** 802; 403; 602; | **hearsay)** |
| 104:06 | was Doug Ohlin, who was with the Army; correct? | Speculation; conjecture | |
| 104:07 | A. Yes. | | |
| 104:08 | Q. And the card says at the bottom: | | |
| 104:09 | USACHPPM; right? | | |
| 104:10 | A. Yes. | | |
| 104:11 | Q. And, again, CHPPM is United | | |
| 104:12 | States Army Center for Health Promotion and | | |
| 104:13 | Preventative Medicine.  So that's the | | |
| 104:14 | wallet card came from; correct? | | |
| 104:15 | A. Yes. | | |
| 104:16 | Q. And were you -- When you saw this | | |
| 104:17 | wallet card, were you proud of the wallet card | | |
| 104:18 | and the fact that it contained a quote from Ron | | |
| 104:19 | Millis, who you had fitted with an earplug and | | |
| 104:20 | whose hearing had been protected by the Combat | | |
| 104:21 | Arms? | | |

**104:24 - 106:02** Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 104:24 | Q. Based on your personal | **Re: [104:24 to 106:02]** | **SUSTAINED** |
| 104:25 | experience. | **Pltf Obj** 802; 402/403; | |
| 105:01 | A. Yes, I was proud. | speculation; 602/701/702 | |
| 105:02 | Q. And did -- When the ear -- When | | |
| 105:03 | the wallet card came out, do you -- do you | | |
| 105:04 | recall discussing with anyone:  Hey, this is | | |
| 105:05 | based on a quote of somebody who I know? | | |
| 105:06 | A. Yes. | | |
| 105:07 | Q. Can you describe those | | |
| 105:08 | conversations for the jury, to the best of your | | |
| 105:09 | recollection? | | |
| 105:10 | A. I -- I had a -- Ron sent me a | | |
| 105:11 | photo of him in all his battle rattle in Iraq, | | |
| 105:12 | and I used it in my hearing health briefings. | | |
| 105:13 | I said:  Here is Lieutenant Colonel Ron Millis, | | |
| 105:14 | and there's his comment.  And all the soldiers | | |
| 105:15 | loved it.  Oh, it's so funny.  It's Ron Millis. | | |
| 105:16 | They loved it during the briefings. | | |
| 105:17 | Q. Okay.  When were these briefings | | |
| 105:18 | given? | | |
| 105:19 | A. Usually during a safety | | |

105:20   stand-down day annually.  Soldiers talk about,
105:21   you know, alcohol and heat injury, cold injury,
105:22   sexual harassment, it's just a day of just mass
105:23   education.  And we tried to get our
105:24   thirty-minute presentation in there about
105:25   hearing protection, and the Army Hearing
106:01   Program, hearing readiness, purpose of
106:02   profiles, all of that.

106:05 - 108:11   Battler, Leanne 2020-09-10

106:05   Q.  Okay.  In the first bullet at the          Re: [106:05 to 108:11]          OVERRULED
106:06   bottom it says:  Check proper fit by gently     Pltf Obj 611 leading, compound
106:07   tugging on plugs for tension.                   questions; 402/403; 802; 406;
106:08   Do you agree with that and is                   602/701/702; nonresponsive
106:09   that the part of the procedure that you used in answers
106:10   the clinic to check the proper fit of the
106:11   Combat Arms earplug?
106:12   A.  Yes.  That's -- I would call it
106:13   the tug test.
106:14   Q.  Okay.  So describe the tug test
106:15   and who did it and how it was done.
106:16   A.  So I or my technicians, we would,
106:17   again, give the soldiers the preformed,
106:18   regular, nonlinear -- excuse me, linear
106:19   triple-flanged or quad-flanged earplugs, the
106:20   inexpensive version.  Rather than us physically
106:21   putting them in, I said it's important for the
106:22   soldiers to know how to insert the hearing
106:23   protection themselves, because I would say:
106:24   I'm not going to be out there on the
106:25   battlefield next to you to put your earplugs
107:01   in, you need to learn how to do this yourself.
107:02   So we would demonstrate, and then
107:03   make them do it themselves, reaching up and
107:04   over with the opposite hand, pulling the pinna
107:05   up and back to straighten out the ear canal,
107:06   then pushing and twisting and turning until
107:07   that last flange was flush with the opening of
107:08   the ear canal; then letting go of the ear, and
107:09   doing the tug test.  And then we would do a tug
107:10   test on top of it to make sure that they had
107:11   that suction or resistance.
107:12   Q.  Lieutenant Colonel Battler, you
107:13   testified earlier about your concern with the
107:14   Rapid Fielding Initiative and Combat Arms
107:15   earplugs being given as part of the Rapid
107:16   Fielding Initiative without instruction and
107:17   fitting.  Was part of that concern is that they
107:18   were not able to see the clinic demonstration
107:19   that you just described?
107:20   A.  Yes.  Yes.  Definitely.
107:21   Q.  And why is that?
107:22   A.  Because you don't know what you
107:23   don't know.  How could they know?
107:24   Q.  And when you say how could they
107:25   know, you're talking about soldiers who

| | | |
|---|---|---|
| 108:01 | received their Combat Arms earplugs as part of | |
| 108:02 | the Rapid Fielding Initiative? | |
| 108:03 | A. Right.  Just looking at it, they | |
| 108:04 | just think it's a funny-looking earplug.  They | |
| 108:05 | -- You know, when I actually explained that one | |
| 108:06 | side was linear and the other side was | |
| 108:07 | nonlinear, and the reason for them being color | |
| 108:08 | coded the way they were, one is for dismounted | |
| 108:09 | operations, the other was for mounted, there | |
| 108:10 | was always a light going on:  Oh, why didn't | |
| 108:11 | anybody ever tell me that? | |

108:20 - 108:24  Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 108:20 | Q. And then there's -- It actually | **Re: [108:20 to 108:24]** <span style="background:yellow">OVERRULED</span> |
| 108:21 | has a picture on the wallet card with the | **Pltf Obj** Foundation; |
| 108:22 | flange folded back, do you see that, the lower | incomplete designation |
| 108:23 | right? | |
| 108:24 | A. Yes, I do see that. | |

109:09 - 110:15  Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 109:09 | Q. All right.  Let's mark that fact | **Re: [109:09 to 110:15]** <span style="background:yellow">OVERRULED</span> |
| 109:10 | sheet as Exhibit 10.  It's Tab 2. | **Pltf Obj** foundation; |
| 109:11 | Have you seen this document | nonresponsive answers; |
| 109:12 | before, Lieutenant Colonel Battler? | 701/702; 802; 402/403; |
| 109:13 | A. Yes. | document speaks for itself |
| 109:14 | Q. Can you describe for the jury | |
| 109:15 | what it is? | |
| 109:16 | A. So this is -- explains how much | |
| 109:17 | attenuation the Combat Arms earplug provides in | |
| 109:18 | response to a variety of exposures to impulse | |
| 109:19 | blasts. | |
| 109:20 | Q. Okay.  And it's called Just the | |
| 109:21 | Facts, the Combat Arms Earplug, that's the | |
| 109:22 | title of the document; correct? | |
| 109:23 | A. Yes. | |
| 109:24 | Q. Okay.  Could you -- The paragraph | |
| 109:25 | that says communication and detection | |
| 110:01 | capabilities, could you read that paragraph | |
| 110:02 | beginning with communication, and down to the | |
| 110:03 | second-to-last sentence.  You don't need to | |
| 110:04 | read the last sentence. | |
| 110:05 | A. Communication and detection | |
| 110:06 | capabilities.  While high-frequency impulse | |
| 110:07 | noise is significantly reduced, most speech | |
| 110:08 | energy is passed.  In addition, a detection | |
| 110:09 | model developed at the Army Research Lab | |
| 110:10 | predicts a normal-hearing soldier with an H1 | |
| 110:11 | profile, can detect a truck with a | |
| 110:12 | low-frequency noise signature at the same | |
| 110:13 | distance, 800 meters, with or without the | |
| 110:14 | nonlinear plug.  That detection capability is | |
| 110:15 | cut in half with conventional foam plugs. | |

112:11 - 113:25  Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 112:11 | Q. If you come back from that | **Re: [112:11 to 113:25]** <span style="background:yellow">OVERRULED</span> |
| 112:12 | call-out back to the document, and go to the | **Pltf Obj** Foundation; 701/702; |

| | | | |
|---|---|---|---|
| 112:13 | next page of this, do you see the part that | 802; speculation; 402/403; | |
| 112:14 | says -- the graphic that says: Detection of | 611; conjecture | |
| 112:15 | sound by? | | |
| 112:16 | Can you describe what that | | |
| 112:17 | graphic shows and how it relates to situational | | |
| 112:18 | awareness? | | |
| 112:19 | A. Yes.  So we use this in a lot of | | |
| 112:20 | our hearing health education briefings.  And | | |
| 112:21 | basically it's saying that with an unoccluded | | |
| 112:22 | ear, so nothing in your ear canal at all, if | | |
| 112:23 | you have H1 hearing, then you have the ability | | |
| 112:24 | to hear a rifle bolt closing, so that | | |
| 112:25 | (indicating) sound, at a distance of a thousand | | |
| 113:01 | meters; versus if you are wearing the foam | | |
| 113:02 | earplug, you don't hear that same rifle bolt | | |
| 113:03 | closing until the person making noise is sixty | | |
| 113:04 | meters from your position; in other words, | | |
| 113:05 | you're a dead man. | | |
| 113:06 | Along comes the Combat Arms | | |
| 113:07 | earplug, not quite as good as an unoccluded | | |
| 113:08 | ear, but you can hear that rifle bolt closing | | |
| 113:09 | within five hundred meters and would still give | | |
| 113:10 | you some time to react and survive. | | |
| 113:11 | Q. So was that an advantage of the | | |
| 113:12 | Combat Arms earplug based on your personal | | |
| 113:13 | experience and communications with soldiers? | | |
| 113:14 | A. Yes. | | |
| 113:15 | Q. Okay.  If you go to user tips in | | |
| 113:16 | this document, where it says, in the second | | |
| 113:17 | bullet point:  Like any earplug, it is | | |
| 113:18 | essential that the Combat Arms be properly | | |
| 113:19 | inserted. | | |
| 113:20 | Do you agree with that? | | |
| 113:21 | A. Yes. | | |
| 113:22 | Q. And that's just as true for the | | |
| 113:23 | Combat Arms, as it is for other earplugs; | | |
| 113:24 | right? | | |
| 113:25 | A. Yes. | | |
| | | | |
| 114:04 - 114:10 | Battler, Leanne 2020-09-10 | | **SUSTAINED** |
| 114:04 | Q. Okay.  Let's go to Tab 13.  And | Re: [114:04 to 114:10] | |
| 114:05 | let's go to Bates number 051171. | Pltf Obj Foundation; 802; | |
| 114:06 | If you look down at the bottom, | 402/403; 602/701/702 | |
| 114:07 | that's an email from Richard Cleveland to you | | |
| 114:08 | and Dr. Ohlin, dated July 8 regarding email | | |
| 114:09 | from Iraq via Diggs; right? | | |
| 114:10 | A. Yes. | | |
| | | | |
| 116:24 - 117:04 | Battler, Leanne 2020-09-10 | | **SUSTAINED** |
| 116:24 | Q. Based on -- Based on your | Re: [116:24 to 117:04] | |
| 116:25 | experience, do you believe that the | Pltf Obj 701/702; 403 | |
| 117:01 | overwhelming feedback on the Combat Arms | | |
| 117:02 | Version 2 has been positive? | | |
| 117:03 | A. In my experience, yes, very | | |
| 117:04 | positive. | | |

117:10 - 117:11  Battler, Leanne 2020-09-10

| | | | | | |
|---|---|---|---|---|---|
| 117:10 | MR. NOMELLINI:  We're going back | **Re: [117:10 to 117:11]** | | | **SUSTAINED** |
| 117:11 | to Exhibit 2, which is also Tab 5. | **Pltf Obj** Foundation; 802; 403; 702/701 | | | |

117:14 - 120:05  Battler, Leanne 2020-09-10

| | | | | | |
|---|---|---|---|---|---|
| 117:14 | Q. If you could go to the page DoD | **Re: [117:14 to 120:05]** | | | |
| 117:15 | 164. | **Pltf Obj** Foundation; 802; 602/701/702; speculation; 402/403; 404; 611 | | | **SUSTAINED (hearsay in document)** |
| 117:16 | A. (Witness complies.) | | | | |
| 117:17 | Q. Go to the bottom of that page, | | | | |
| 117:18 | there is an email from Kathy Gates to various | | | | |
| 117:19 | individuals, including the witness, dated | | | | |
| 117:20 | October 6, 2005.  Can you describe what this -- | | | | |
| 117:21 | what this email is, Lieutenant Colonel Battler? | | | | |
| 117:22 | A. Colonel Gates -- I don't remember | | | | |
| 117:23 | this exact -- but there were instances where | | | | |
| 117:24 | she would send a request for information, you | | | | |
| 117:25 | know, en masse, to several of us, asking for | | | | |
| 118:01 | assistance. | | | | |
| 118:02 | Q. Okay.  So Colonel Gates is asking | | | | |
| 118:03 | you and others for feedback on the Combat Arms | | | | |
| 118:04 | Version 2 in 2005; correct? | | | | |
| 118:05 | A. Yes. | | | | |
| 118:06 | Q. Okay.  Then if you look at the | | | | |
| 118:07 | prior page, DoD 163, which is part of Exhibit | | | | |
| 118:08 | 2, you provided Colonel Gates with two success | | | | |
| 118:09 | stories in relation to the Combat Arms; right? | | | | |
| 118:10 | A. Yes. | | | | |
| 118:11 | Q. Okay.  Looking at Exhibit 2, can | | | | |
| 118:12 | you describe the first success story with | | | | |
| 118:13 | respect to the Combat Arms that you shared with | | | | |
| 118:14 | Colonel Gates? | | | | |
| 118:15 | A. Yes.  You want me to read it? | | | | |
| 118:16 | Q. Sure.  Why don't you -- Why don't | | | | |
| 118:17 | you read -- read the first -- the first item. | | | | |
| 118:18 | If you could please read the first success | | | | |
| 118:19 | story that you shared with Colonel Gates | | | | |
| 118:20 | regarding the Combat Arms on October 6, 2005. | | | | |
| 118:21 | A. All right.  Ma'am, two success | | | | |
| 118:22 | stories I'd like to share.  First, several | | | | |
| 118:23 | months ago, I saw an O6, so a full colonel, | | | | |
| 118:24 | brigade commander, for his postdeployment OIF, | | | | |
| 118:25 | Operation Iraqi Freedom, audiometric eval; so | | | | |
| 119:01 | his postdeployment DOEHRS test.  He told me | | | | |
| 119:02 | that he had not heard of the Combat Arms | | | | |
| 119:03 | earplugs until he was in theater.  He did not | | | | |
| 119:04 | know what they looked like, but was determined | | | | |
| 119:05 | to get them for his entire brigade. | | | | |
| 119:06 | He inquired with some local Iraqi | | | | |
| 119:07 | supply company and ended up purchasing what he | | | | |
| 119:08 | thought were Combat Arms earplugs, but in | | | | |
| 119:09 | reality they were only foam plugs.  Finally, he | | | | |
| 119:10 | made some calls back to Fort Hood and was able | | | | |
| 119:11 | to get his staff to order them here -- so I was | | | | |
| 119:12 | at Fort Hood here -- and then shipped them out | | | | |

| | | | |
|---|---|---|---|
| 119:13 | to the brigade.  They were finally received by | | |
| 119:14 | the soldiers in Iraq over four months after | | |
| 119:15 | they initially deployed. | | |
| 119:16 | The colonel told me that he was | | |
| 119:17 | sitting in the back of his HMMWV, so | | |
| 119:18 | high-mobility multi- -- high-purpose | | |
| 119:19 | multiwheeled vehicle, HMMWV with his new Combat | | |
| 119:20 | Arms earplugs in his ears, for the first time, | | |
| 119:21 | when he experienced his first IED blast, so | | |
| 119:22 | improvised explosive device, at close range. | | |
| 119:23 | He said that his soldiers in the | | |
| 119:24 | HMMWV had just been grumbling to him about his | | |
| 119:25 | insistence that they all wore their Combat Arms | | |
| 120:01 | earplugs, but that they were all very glad they | | |
| 120:02 | had their Combat Arms earplugs after the blast, | | |
| 120:03 | and that they wore them every day afterwards. | | |
| 120:04 | By the way, the colonel had no | | |
| 120:05 | hearing loss and no tinnitus upon redeployment. | | |
| | | | |
| **120:08 - 124:10  Battler, Leanne 2020-09-10** | | | |
| 120:08 | Q. Why was that a success story | **Re: [120:08 to 124:10]** | **SUSTAINED** |
| 120:09 | relating to the Combat Arms, in your view? | **Pltf Obj** 701/702; 402/403; | |
| 120:10 | A. Oh, because he had no hearing | 802; conjecture; speculation; | |
| 120:11 | loss and tinnitus.  We had prevented hearing | 611 leading, vague; 602; 404 | |
| 120:12 | loss, that's our mission. | | |
| 120:13 | Q. When you say it had prevented | | |
| 120:14 | hearing loss, you're referring to the Combat | | |
| 120:15 | Arms earplugs that had prevented hearing loss? | | |
| 120:16 | A. Yes. | | |
| 120:17 | Q. And you also had a second success | | |
| 120:18 | story to share with Colonel Gates; correct? | | |
| 120:19 | A. Yes. | | |
| 120:20 | Q. And that related to information | | |
| 120:21 | that you obtained from a postdeployment health | | |
| 120:22 | assessment survey; right? | | |
| 120:23 | A. Yes. | | |
| 120:24 | Q. And you asked several soldiers | | |
| 120:25 | questions regarding the Combat Arms plug at the | | |
| 121:01 | request of Aearo? | | |
| 121:02 | A. Yes. | | |
| 121:03 | Q. Okay.  And can you read the last | | |
| 121:04 | -- the last sentence in paragraph two, | | |
| 121:05 | beginning with:  I wish. | | |
| 121:06 | A. I wish all soldiers believed in | | |
| 121:07 | the merit of the Combat Arms earplug like this | | |
| 121:08 | specialist .50 cal gunner does.  I especially | | |
| 121:09 | liked his comment that he would not change | | |
| 121:10 | anything about the Combat Arms earplug or the | | |
| 121:11 | case, because they worked for two hundred and | | |
| 121:12 | five convoys. | | |
| 121:13 | Q. And why did you like the comment | | |
| 121:14 | that the Combat Arms had worked for two hundred | | |
| 121:15 | and five convoys? | | |
| 121:16 | A. Because he felt confident enough | | |
| 121:17 | to wear it.  He -- it -- His comment indicated | | |
| 121:18 | to me that he knew he needed some protection, | | |

121:19   and also felt confident that he was not going
121:20   to have overattenuation.
121:21   Q. Okay.  And a .50 caliber gunner,
121:22   based on your experience, that's someone who,
121:23   if they do not wear appropriate hearing
121:24   protection, can experience hearing loss;
121:25   correct?
122:01   A. Yes.
122:02   Q. And so question number four, you
122:03   asked him when this .50 caliber gunner wore the
122:04   CAE, and what did he tell you?
122:05   A. The right part of that is cut
122:06   off.
122:07   There we go.  Thank you.  He
122:08   said:  I wore the yellow side in my ear the
122:09   whole time we were on the convoy until we were
122:10   in the gate.  And if there were mortars coming
122:11   down outside, sometimes I would wear the yellow
122:12   end in one ear and the green end in the other
122:13   ear, like when I had the yellow in with
122:14   earpiece and the short wave radio for talking
122:15   from truck to truck and also inside the truck,
122:16   and the green end in the opposite ear.
122:17   Q. Okay.  And then in the other
122:18   question, you asked him to describe the
122:19   circumstances when he encountered loud noises
122:20   using the -- while using the CAEv2, and what
122:21   did he say?
122:22   Item number one.  Describe the
122:23   circumstances.
122:24   A. Oh, so he said:  Mostly in
122:25   convoys.  And then in two or three mortars
123:01   going off near the sleeping quarters.  So he
123:02   must have been wearing them when he was in his
123:03   quarters.
123:04   Q. Question number two, you asked
123:05   the soldier did he believe his hearing had been
123:06   affected by the loud noises that he had heard,
123:07   and what did he say?
123:08   A. He said -- He said no.  He wore
123:09   his earplugs all the time and if he had not
123:10   worn them, he believed that he would have -- he
123:11   would have incurred hearing loss.
123:12   Q. So did you understand that to
123:13   mean that the Combat Arms Version 2 had
123:14   protected the hearing of this .50 caliber
123:15   gunner?
123:16   A. Yes.
123:17   Q. And were you proud of that and is
123:18   that part of the reason why you shared that
123:19   information with your superior?
123:20   A. Yes.
123:21   Q. If you look at question number
123:22   nine, you asked a soldier whose hearing was
123:23   protected by the Combat Arms if there's
123:24   anything that he indicated did not work or how

| | | | |
|---|---|---|---|
| 123:25 | it might be improved, and what was his | | |
| 124:01 | response? | | |
| 124:02 | A. He said he would not change | | |
| 124:03 | anything at all. | | |
| 124:04 | Q. And what did that indicate to you | | |
| 124:05 | about the Combat Arms? | | |
| 124:06 | A. It indicated to me that -- that | | |
| 124:07 | they were a great fit and a great product. | | |
| 124:08 | Q. And is it your view today, based | | |
| 124:09 | on your personal experience, that the Combat | | |
| 124:10 | Arms is a great product? | | |

124:13 - 127:08   Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 124:13 | Q. Based on your personal experience | **Re: [124:13 to 127:08]** | SUSTAINED (hearsay) as to |
| 124:14 | and communication with soldiers? | **Pltf Obj** 701/702; 802; | [124:13-124:16] |
| 124:15 | A. Based on my experience, yes, I | 402/403; 404; conjecture; | |
| 124:16 | think it's a great product. | 701/702; 611 leading; | |
| 124:17 | Q. And why do you think the Combat | speculation; 602; improper | OVERRULED as to [124:17- |
| 124:18 | Arms is a great product, based on your | bolstering | 126:01] |
| 124:19 | experience? | | |
| 124:20 | A. I mean, on the firing ranges, for | | |
| 124:21 | sure, but especially downrange.  You know, I | | |
| 124:22 | wore them and experienced that I knew I felt | | |
| 124:23 | protected, but not overly protected.  I still | | |
| 124:24 | had situational awareness. | | |
| 124:25 | Q. And why is it important that with | | |
| 125:01 | the Combat Arms you felt protected but not | | |
| 125:02 | overall protected? | | |
| 125:03 | A. So if there was weapons fire or | | |
| 125:04 | blasts, noise -- hazardous noise exposure, then | | |
| 125:05 | I knew that I would not have permanent hearing | | |
| 125:06 | loss. | | |
| 125:07 | Q. And based on your personal | | |
| 125:08 | experience, did the Combat Arms, in fact, | | |
| 125:09 | protect your hearing? | | |
| 125:10 | A. I believe so. | | |
| 125:11 | Q. And you do not have permanent | | |
| 125:12 | hearing loss today; correct? | | |
| 125:13 | A. I have excellent hearing. | | |
| 125:14 | Q. And you do not have tinnitus | | |
| 125:15 | today; correct? | | |
| 125:16 | A. Not today. | | |
| 125:17 | Q. And how many times have you used | | |
| 125:18 | the Combat Arms? | | |
| 125:19 | A. Every year for seventeen years. | | |
| 125:20 | Q. Okay.  So you've used the Combat | | |
| 125:21 | Arms from approximately 2003 to the present; | | |
| 125:22 | correct? | | |
| 125:23 | A. Yes. | | |
| 125:24 | Q. And they've protected your | | |
| 125:25 | hearing throughout that time? | | |
| 126:01 | A. Yes. | | |
| 126:02 | Q. Let's go to DoD 190, in the same | | SUSTAINED as to 126:02- |
| 126:03 | document.  DoD 190, at the top, is a email from | | 126:19] |
| 126:04 | Kathy Gates to Leanne Cleveland and others, | | |
| 126:05 | dated March 7, 2006, attaching recent hearing | | |

| | |
|---|---|
| 126:06 | conservation articles. |
| 126:07 | And I want to direct your |
| 126:08 | attention to the next page, which is DoD 191, |
| 126:09 | which is part of the article that was |
| 126:10 | forwarded, and in particular, handing -- going |
| 126:11 | down to halfway down the page where it starts |
| 126:12 | with the words:  Handing them out with written |
| 126:13 | instructions. |
| 126:14 | Okay.  So in this article you |
| 126:15 | were forwarded it says:  Handing them out with |
| 126:16 | written instructions isn't effective, said |
| 126:17 | Douglas Ohlin, an audiologist who heads the |
| 126:18 | Hearing Conservation Program.  Most people have |
| 126:19 | to be shown who wear earplugs. |
| 126:20 | Do you agree that handing out |
| 126:21 | earplugs, including the Combat Arms, with only |
| 126:22 | written instructions is not effective and that |
| 126:23 | people have to be shown how to wear earplugs? |
| 126:24 | A. Yes, I agree. |
| 126:25 | Q. And why is it important, in your |
| | |
| 127:01 | view, then, based on your experience, not to |
| 127:02 | rely on written instructions in providing |
| 127:03 | soldiers with earplugs? |
| 127:04 | A. I mean, look at soldiers. |
| 127:05 | They're not people who sit behind a desk. |
| 127:06 | They're -- We're all attention deficit |
| 127:07 | disorder; we need that hands-on training. |
| 127:08 | We're not book people. |

**OVERRULED as to 126:20-126:24]**

**SUSTAINED as to [126:25-127:08]**

**127:19 - 129:01  Battler, Leanne 2020-09-10**

| | |
|---|---|
| 127:19 | Q. Okay.  And so you believe that |
| 127:20 | it's important to sort of work hands-on with an |
| 127:21 | individual soldier, or military personnel, to |
| 127:22 | show them how to use the plug and to make sure |
| 127:23 | that it fits correctly, as opposed to using a |
| 127:24 | written instruction; correct? |
| 127:25 | A. Exactly. |
| 128:01 | Q. Okay.  Let's go to DoD 195 from |
| 128:02 | that document.  This is an email -- DoD 195, |
| 128:03 | which is part of Exhibit 2, is an email from |
| 128:04 | Kathy Gates to Leanne Cleveland and others |
| 128:05 | dated June 13, 2006, forwarding data from Fort |
| 128:06 | Polk.  Do you see that? |
| 128:07 | A. Yes, sir. |
| 128:08 | Q. And if you go below, there is an |
| 128:09 | email from Kathy Gates to Christian Reid that |
| 128:10 | Kathy Gates is in turn forwarding to you which |
| 128:11 | reports data from the Louisiana National Guard |
| 128:12 | regarding the Combat Arms earplug. |
| 128:13 | Do you see that? |
| 128:14 | A. Yes. |
| 128:15 | Q. And it's reported that 86 percent |
| 128:16 | of soldiers reported that they found the Combat |
| 128:17 | Arms earplug beneficial in Combat Arms |
| 128:18 | operation.  Was that level of satisfaction |

**Re: [127:19 to 129:01]**
**Pltf Obj** Foundation; 802; 402/403; 701/702; speculation; conjecture

**OVERRULED as to 127:19-127:25**

**SUSTAINED as to [128:01-129:01] (hearsay)**

| | | |
|---|---|---|
| 128:19   consistent with your experience? | | |
| 128:20   A. Yes. | | |
| 128:21   Q. And 70 percent of soldiers | | |
| 128:22   reported they felt the Combat Arms earplugs | | |
| 128:23   protects their ears as well as improves | | |
| 128:24   communication ability in noise.  Was that | | |
| 128:25   consistent with your experience? | | |
| 129:01   A. Yes. | | |

**137:17 - 137:24**   Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 137:17   Q. And did you receive feedback from | **Re: [137:17 to 137:24]** | **SUSTAINED** |
| 137:18   some soldiers that other earplugs were more | **Pltf Obj** 802; 402/403; 602/611 | |
| 137:19   comfortable than the CAEv2? | calls for speculation | |
| 137:20   A. Yes. | | |
| 137:21   Q. Okay.  And that issue with | | |
| 137:22   respect to comfort, in your experience, that | | |
| 137:23   did not have anything to do with the CAEv2's | | |
| 137:24   ability to protect users from noise; correct? | | |

**138:03 - 138:07**   Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 138:03   Q. Based on your personal experience | **Re: [138:03 to 138:07]** | **SUSTAINED** |
| 138:04   and what they reported to you. | **Pltf Obj** 802; 402/403; 701/702 | |
| 138:05   A. If it's not comfortable, then | | |
| 138:06   they're not going to wear it.  But that doesn't | | |
| 138:07   mean it didn't fit. | | |

**138:14 - 138:16**   Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 138:14   Q. And that's also based on your | **Re: [138:14 to 138:16]** | **SUSTAINED** |
| 138:15   personal experience and your communications | **Pltf Obj** 611 asked/answered; | |
| 138:16   with soldiers; correct? | 802; 402/403; 701/702 | |

**138:19 - 139:03**   Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 138:19   A. You know, the Army combat helmet | **Re: [138:19 to 139:03]** | **OVERRULED** |
| 138:20   was -- gave me an excruciating headache, but it | **Pltf Obj** 402/403; conjecture; | |
| 138:21   protected me. | 701/702; 611 leading; | |
| 138:22   Q. Okay.  And you say the same is | speculation | |
| 138:23   true with respect to the Combat Arms, it | | |
| 138:24   protected you; correct? | | |
| 138:25   A. If it was properly fitted, and if | | |
| 139:01   it was the right size, in my experience, yes. | | |
| 139:02   Q. And it has to be properly fitted | | |
| 139:03   by medically trained personnel; correct? | | |

**139:06 - 139:15**   Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 139:06   A. It needed to be fitted by the | **Re: [139:06 to 139:15]** | **OVERRULED as to [139:06-** |
| 139:07   soldier who was using it, who received adequate | **Pltf Obj** Conjecture; 701/702; | **139:08]** |
| 139:08   training from medically trained personnel, yes. | 402/403; 611 leading, | |
| 139:09   Q. The soldier needs to receive | asked/anwered | **SUSTAINED as to [139:09-** |
| 139:10   adequate training from medically trained | | **139:15]** |
| 139:11   personnel; correct? | | |
| 139:12   A. Correct. | | |
| 139:13   Q. It's not sufficient to hand out | | |
| 139:14   the earplugs without training, like was done in | | |
| 139:15   the Rapid Fielding Initiative; correct? | | |

**139:18 - 139:22**   Battler, Leanne 2020-09-10

| | | | | |
|---|---|---|---|---|
| 139:18 | Q. Based on your experience and | **Re: [139:18 to 139:22]** | | |
| 139:19 | interaction with soldiers. | **Pltf Obj** 402/403; incomplete | | **SUSTAINED** |
| 139:20 | A. When the Army issued me my M9, | designation; nonresponsive | | |
| 139:21 | they didn't give me a pamphlet on how to | answer; 701/702 | | |
| 139:22 | operate it. | | | |

140:09 - 141:16   Battler, Leanne 2020-09-10

| | | | | |
|---|---|---|---|---|
| 140:09 | Q. Okay. Let's go to Tab 15. I'm | **Re: [140:09 to 141:16]** | | **OVERRULED** |
| 140:10 | going to mark this as Exhibit 13. You then -- | **Pltf Obj** 802; 402/403; | | |
| 140:11 | you provided Aearo and Brian Myers with | speculation; 602/701/702 | | |
| 140:12 | feedback that you obtained from soldiers; | | | |
| 140:13 | correct? | | | |
| 140:14 | A. Yes. | | | |
| 140:15 | Q. And who asked you to obtain | | | |
| 140:16 | feedback from soldiers on the Combat Arms? | | | |
| 140:17 | A. This was a while ago. I remember | | | |
| 140:18 | the deputy -- one of the deputy commanders at | | | |
| 140:19 | Darnell Hospital said: Hey, we're doing this | | | |
| 140:20 | initial postdeployment health reassessment | | | |
| 140:21 | survey, we're making history, this is a big | | | |
| 140:22 | deal, I want you to participate. | | | |
| 140:23 | So I -- I don't remember if I | | | |
| 140:24 | reached out to Doug or someone else or if I | | | |
| 140:25 | reached out to Colonel Tuten, reached out to | | | |
| 141:01 | Doug. I'm not sure exactly how everything | | | |
| 141:02 | transpired, but -- but I wanted to do a good | | | |
| 141:03 | job and get data, and so I -- Right. There was | | | |
| 141:04 | communication where I said help me ask the | | | |
| 141:05 | right questions. | | | |
| 141:06 | Q. Okay. If you look down -- If you | | | |
| 141:07 | look down the chain of Exhibit 13, there is an | | | |
| 141:08 | email from Brian Myers, to you, dated August | | | |
| 141:09 | 17, 2005, where he lays out questions for you | | | |
| 141:10 | to ask; right? | | | |
| 141:11 | A. Yes. | | | |
| 141:12 | Q. And from your perspective as an | | | |
| 141:13 | audiologist, was that a good thing for an | | | |
| 141:14 | earplug manufacturer to do, to solicit feedback | | | |
| 141:15 | from the soldiers and their personal | | | |
| 141:16 | experiences with the earplugs? | | | |

141:19 - 143:11   Battler, Leanne 2020-09-10

| | | | | |
|---|---|---|---|---|
| 141:19 | Q. If you could just limit it to | **Re: [141:19 to 143:11]** | | **OVERRULED as to [141:19-** |
| 141:20 | your personal experience. | **Pltf Obj** 802; conjecture; | | **143:03]** |
| 141:21 | A. Yes. Any -- Anyone who is asking | 701/702; 402/403; 611 | | |
| 141:22 | for how can they improve a product is -- Sure. | vague/confusing, compound and | | |
| 141:23 | All data is good data. | leading questions; 602 | | |
| 141:24 | Q. Okay. And one of the | speculation | | |
| 141:25 | questions -- If you look at question number | | | |
| 142:01 | one, the soldier is asked to describe the | | | |
| 142:02 | circumstances when they encounter loud noises; | | | |
| 142:03 | right? | | | |
| 142:04 | A. Yes. | | | |
| 142:05 | Q. And then the soldier is asked | | | |
| 142:06 | whether their hearing has been affected by the | | | |
| 142:07 | loud noises; right? | | | |

| | | | | |
|---|---|---|---|---|
| 142:08 | A. Yes. | | | |
| 142:09 | Q. And in question number four, the | | | |
| 142:10 | soldier is asked about when they wore the CAE; | | | |
| 142:11 | right? | | | |
| 142:12 | A. Yes. | | | |
| 142:13 | Q. And those are all good questions | | | |
| 142:14 | for getting feedback on the CAE? | | | |
| 142:15 | A. I believe so, yes. | | | |
| 142:16 | Q. Okay.  And you attached, to your | | | |
| 142:17 | email back to Aearo, some of the feedback you | | | |
| 142:18 | had gotten from soldiers; right? | | | |
| 142:19 | A. Yes. | | | |
| 142:20 | Q. Did Aearo or 3M restrict you in | | | |
| 142:21 | any way, in terms of the questions that you | | | |
| 142:22 | could ask to the soldiers?  Were you free to | | | |
| 142:23 | communicate with them as you wished? | | | |
| 142:24 | A. Yes. | | | |
| 142:25 | Q. Okay.  So you never -- They never | | | |
| 143:01 | instructed you:  These types of questions are | | | |
| 143:02 | off limits; right? | | | |
| 143:03 | A. Oh, no.  Never. | | | |
| 143:04 | Q. And if we scroll down to 3M MDL | | **SUSTAINED as to [143:04-** |
| 143:05 | 000285548, that's the -- that's the .50 caliber | | **143:11] (hearsay)** |
| 143:06 | gunner we talked about before; right? | | |
| 143:07 | A. Yes. | | |
| 143:08 | Q. And his hearing was protected by | | |
| 143:09 | the Combat Arms earplug, based on your survey; | | |
| 143:10 | right? | | |
| 143:11 | A. I believe so, yes. | | |

**143:18 - 144:10**  Battler, Leanne 2020-09-10

| | | | | |
|---|---|---|---|---|
| 143:18 | Q. Question number four that you | **Re: [143:18 to 144:10]** | | **SUSTAINED (hearsay)** |
| 143:19 | asked, what was your question and what was | **Pltf Obj** 802; conjecture; | | |
| 143:20 | their response? | 701/702; 402/403; 611 | | |
| 143:21 | A. Okay.  So I asked him:  When did | vague/confusing, compound and | | |
| 143:22 | you wear the Combat Arms earplug?  And he said | leading questions; 602 | | |
| 143:23 | he wore them for approximately one week, but | speculation | | |
| 143:24 | they were too irritating, too deep inside the | | | |
| 143:25 | ear canal.  And he reports that he used the | | | |
| 144:01 | orange triple-flange corded version that his | | | |
| 144:02 | father gave to him rather than the Combat Arms | | | |
| 144:03 | earplug that was issued to him. | | | |
| 144:04 | Q. Okay.  And if you look at the | | | |
| 144:05 | next page, 285551, in response to question | | | |
| 144:06 | number nine, what did the second soldier who | | | |
| 144:07 | you surveyed indicate about the effectiveness | | | |
| 144:08 | of the Combat Arms Earplug Version 2? | | | |
| 144:09 | A. He said that when he wore them, | | | |
| 144:10 | they were effective. | | | |

**145:04 - 146:16**  Battler, Leanne 2020-09-10

| | | | | |
|---|---|---|---|---|
| 145:04 | Q. And has that also been a topic of | **Re: [145:04 to 146:16]** | | **SUSTAINED (hearsay)** |
| 145:05 | discussion between you and other audiologists, | **Pltf Obj** 802; 402/403; 404; | | |
| 145:06 | that there sometimes can be difficulties in | 406; 611; 602/701/702; | | |
| 145:07 | getting soldiers to wear earplugs, particularly | conjecture; speculation | | |
| 145:08 | in a combat environment? | | | |

145:09   A. Yes.
145:10   Q. Okay.  And what's been the
145:11   substance of those discussions you've had with
145:12   audiologists about the difficulty of getting
145:13   soldiers to wear earplugs in the combat -- in a
145:14   combat environment?
145:15   A. Probably the two most common
145:16   themes are for people who already have some
145:17   level of hearing loss, even the -- I mean, the
145:18   Combat Arms earplug -- well, all earplugs, are
145:19   going to provide some attenuation.  So when you
145:20   already have hearing loss, that extra
145:21   attenuation really makes communication
145:22   difficult.  So that population is -- is really
145:23   at a disadvantage, because then they don't wear
145:24   their hearing protection and then they incur
145:25   even more hearing loss.
146:01   And then I think the second one,
146:02   it's less now.  But, again, at that time there
146:03   was a school of thought where it was almost
146:04   like hearing loss was your badge of manhood and
146:05   it was -- it was -- they were proud of hearing
146:06   loss.  Yeah.  You know, guns, mortars, I've
146:07   been around all this noise, and I've got
146:08   hearing loss; I'm a man.  That mindset is a lot
146:09   better now than it used to be.  But I've heard
146:10   of senior noncommissioned officers encouraging
146:11   their younger troops to not use hearing
146:12   protection, to toughen their ears and get used
146:13   to the noise.
146:14   And in some cases, even going out
146:15   into a fire fight hoping to get a perforated
146:16   eardrum so that would give you a Purple Heart.

147:06 - 148:01   Battler, Leanne 2020-09-10

147:06   Q. Yeah.  So the first two -- The        **Re: [147:06 to 148:01]**                     SUSTAINED
147:07   first two respondents of the four you talked     **Pltf Obj** 802; 402/403; 404;
147:08   to, indicating that the -- indicated that the    602/701/702
147:09   Combat Arms were effective in protecting their
147:10   ear; right?
147:11   A. The -- Yes.  Correct.
147:12   Q. Okay.  And then we looked at --
147:13   Let's look at the next respondent, MDL 285552.
147:14   And that respondent indicated, in response to
147:15   question number five, that the -- he used -- he
147:16   or she used the Combat Arms for one week and
147:17   then lost them; correct?
147:18   A. Yes.
147:19   Q. And the Combat Arms can't provide
147:20   hearing protection if it's lost; fair to say?
147:21   A. Correct.
147:22   Q. And the last soldier you talked
147:23   to, 3M MDL 285554, indicated in response to
147:24   question number four, that he rarely used the
147:25   Combat Arms earplug; right?
148:01   A. Yes.  Correct.

148:12 - 150:17   Battler, Leanne 2020-09-10

| | |
|---|---|
| 148:12 | Q. Okay. But based on -- Based on |
| 148:13 | all your -- all your communications with any |
| 148:14 | service member, you've already indicated that |
| 148:15 | no service member indicated to you that the |
| 148:16 | Combat Arms earplug was ineffective in terms of |
| 148:17 | protecting hearing; right? |
| 148:18 | A. Correct. |
| 148:19 | Q. And these are among the service |
| 148:20 | members that you talked to; right? |
| 148:21 | A. Yes. |
| 148:22 | Q. Now, they did have other |
| 148:23 | criticisms of the Combat Arms, like that they |
| 148:24 | didn't come in the right size for them; right? |
| 148:25 | A. Right. |
| 149:01 | Q. And that was addressed in |
| 149:02 | subsequent versions of the Combat Arms earplug, |
| 149:03 | the version 3 and version 4; correct? |
| 149:04 | A. Yes. |
| 149:05 | Q. And that's partly based on the |
| 149:06 | feedback that you received in surveys from |
| 149:07 | soldiers; correct? |
| 149:08 | A. I like to think that my data was |
| 149:09 | contributory, yes. |
| 149:10 | Q. All right. And if you go to |
| 149:11 | question two, do you believe that your hearing |
| 149:12 | has been affected by the loud noises you heard? |
| 149:13 | Why or why not? The service member responded: |
| 149:14 | Yes. I didn't wear the earplugs all the time |
| 149:15 | because they were too big and they hurt and |
| 149:16 | they didn't work very well. |
| 149:17 | Do you see that? |
| 149:18 | A. Yes. |
| 149:19 | Q. Okay. So first of all, he's |
| 149:20 | indicating that they were not the right -- |
| 149:21 | Combat Arms Version 2 was not the right size |
| 149:22 | for him; right? |
| 149:23 | A. Yes. |
| 149:24 | Q. And if the Combat Arms is not the |
| 149:25 | right size for somebody, they shouldn't -- they |
| 150:01 | shouldn't even be using that earplug; right? |
| 150:02 | A. Correct. |
| 150:03 | Q. Okay. And where he says they |
| 150:04 | didn't work very well, do you know whether |
| 150:05 | that's indicating anything about the ability of |
| 150:06 | the earplug to attenuate noise, as opposed to |
| 150:07 | the ability to, you know, hear conversation |
| 150:08 | with the yellow end? Do you know specifically |
| 150:09 | what that's referring to? |
| 150:10 | A. Well, they could not work well if |
| 150:11 | -- if they weren't worn and if they were the |
| 150:12 | wrong size. |
| 150:13 | Q. Okay. And that's true of all |
| 150:14 | earplugs, not just the Combat Arms Version 2, |
| 150:15 | they could not work well if they weren't worn |

**Re: [148:12 to 150:17]**
**Pltf Obj** 802; 402/403;
conjecture; 701/702;
Foundation; speculation

**OVERRULED as to [148:12-148:21]**

**SUSTAINED as to [148:22-150:17] (hearsay)**

| | | | |
|---|---|---|---|
| 150:16 | and if they were the wrong size; correct? | | |
| 150:17 | A. Yes.  That's correct. | | |
| | | | |
| **151:13 - 152:17** | **Battler, Leanne 2020-09-10** | | |
| 151:13 | We talked about the process of | **Re: [151:13 to 152:17]** | **OVERRULED** |
| 151:14 | instruction on the Combat Arms earplug by | **Pltf Obj** 402/403 | |
| 151:15 | medically trained personnel.  Do you recall | | |
| 151:16 | that? | | |
| 151:17 | A. Yes, sir. | | |
| 151:18 | Q. And am I correct that you did not | | |
| 151:19 | rely on Aearo or 3M to come by the | | |
| 151:20 | installations to provide fitting on the Combat | | |
| 151:21 | Arms Earplug Version 2 to soldiers? | | |
| 151:22 | A. Correct. | | |
| 151:23 | Q. And am I correct that you did not | | |
| 151:24 | invite Aearo or 3M to come by the installations | | |
| 151:25 | to provide fitting of the Combat Arms Version 2 | | |
| 152:01 | to soldiers? | | |
| 152:02 | A. Correct. | | |
| 152:03 | Q. Am I also correct that you did | | |
| 152:04 | not rely on Aearo or 3M to provide any oral | | |
| 152:05 | instructions to soldiers relating to the Combat | | |
| 152:06 | Arms version? | | |
| 152:07 | A. Correct. | | |
| 152:08 | Q. And am I also correct that you | | |
| 152:09 | did not rely on Aearo or 3M to provide any | | |
| 152:10 | written instructions to soldiers on the Combat | | |
| 152:11 | Arms version? | | |
| 152:12 | A. Correct. | | |
| 152:13 | Q. And, in fact, based on your | | |
| 152:14 | investigation, you never provided any -- | | |
| 152:15 | anything in writing from Aearo or 3M on the | | |
| 152:16 | Combat Arms Version 2 to soldiers; correct? | | |
| 152:17 | A. The Version 2, correct. | | |
| | | | |
| **153:10 - 153:19** | **Battler, Leanne 2020-09-10** | | |
| 153:10 | Q. Okay.  And when you say earlier | **Re: [153:10 to 153:19]** | **SUSTAINED** |
| 153:11 | in your career there were not enough | **Pltf Obj** 402/403; conjecture; | |
| 153:12 | audiologists to accomplish the mission | 701/702; 611 leading; | |
| 153:13 | successfully of hearing loss prevention, what | vague/confusing; nonresponsive | |
| 153:14 | years are you referring to? | | |
| 153:15 | A. During GWOT, during Operation | | |
| 153:16 | Iraqi Freedom, Operation Enduring Freedom, | | |
| 153:17 | Afghanistan.  It's questionable if -- We're | | |
| 153:18 | doing better; I'm not sure if we're there yet | | |
| 153:19 | but, yeah. | | |
| | | | |
| **154:04 - 155:03** | **Battler, Leanne 2020-09-10** | | |
| 154:04 | Q. What years are you referring to | **Re: [154:04 to 155:03]** | **SUSTAINED** |
| 154:05 | there during GWOT, Operation Iraqi Freedom, and | **Pltf Obj** 402/403; 602/701/702; | |
| 154:06 | Operation Enduring Freedom, approximately? | 611 leading questions, vague, | |
| 154:07 | A. 2004 to 2011, '12. | asked/answered; 802; | |
| 154:08 | Q. And you testified that during | foundation; speculation | |
| 154:09 | those years, 2004 to 2011 or '12, there were | | |
| 154:10 | not enough audiologists to accomplish the | | |
| 154:11 | mission successfully of hearing loss | | |

154:12    prevention. Could you explain that testimony?
154:13    A. I believe there were not enough
154:14    Army uniformed 72 Charlie audiologists aligned
154:15    under preventive medicine, which would allow us
154:16    that 50 percent of our time spent outside of
154:17    the clinic, in the motor pools, on the ranges,
154:18    doing the education and the on-the-spot earplug
154:19    fitting and fit checks.
154:20    Q. And you, as an individual,
154:21    Lieutenant Colonel Battler, worked extremely
154:22    hard, but you can only do so much; would you
154:23    agree with that?
154:24    A. Yes.
154:25    Q. And how does there not being
155:01    enough Army uniformed 72 Charlie audiologists
155:02    aligned under preventative medicine, how does
155:03    that impede hearing protection for soldiers?

155:06 - 155:10    Battler, Leanne 2020-09-10

155:06    A. So, again, being aligned under          **Re: [155:06 to 155:10]**          **OVERRULED**
155:07    Department of Surgery and with productivity   **Pltf Obj** Conjecture;
155:08    being measured in terms of RVU generation, it's   speculation; 601/701/702;
155:09    -- it's very difficult to get outside of the   402/403
155:10    clinic and do the hands-on work.

156:06 - 157:12    Battler, Leanne 2020-09-10

156:06    Q. Okay. And not having enough              **Re: [156:06 to 157:12]**          **SUSTAINED as to [156:06-**
156:07    audiologists from 2004 to 2012, how does that   **Pltf Obj** 611 leading, vague,   **156:21]**
156:08    impact the hearing protection mission, based on   mischaracterizes evidence;
156:09    your personal experience with the CAEv2 and   602/701/702; conjecture;
156:10    other plugs?                                  404/406; speculation; 402/403
156:11    A. Right. So not only were we --
156:12    does that impede our ability to get out there
156:13    in the noise to do the proper instruction, but
156:14    generally, the Department of Surgery budget
156:15    doesn't include funding for hearing protection.
156:16    That falls under the prevention mission, which
156:17    is sometimes -- sometimes under preventive
156:18    medicine, sometimes not. But definitely not --
156:19    Department of Surgery is not concerned with
156:20    providing preformed hearing protection for
156:21    soldiers.
156:22    Q. And proper instruction is key for                                           **OVERRULED as to [156:22-**
                                                                                          **157:12]**
156:23    preformed hearing protectors like the Combat
156:24    Arms Version 2 to work effectively in your
156:25    experience; correct?
157:01    A. In my experience, yes, that's
157:02    correct.
157:03    Q. And final question, before we
157:04    take a break, why, based on your experience, is
157:05    that true for preformed hearing protectors like
157:06    the CAEv2?
157:07    A. Because I worked under both
157:08    clinics: I've worked under Department of
157:09    Surgery and I've worked under preventive

| | | |
|---|---|---|
| 157:10 medicine clinic. And the prevention mission is | | |
| 157:11 -- our productivity is not based on how many | | |
| 157:12 patients we see. | | |

| | | |
|---|---|---|
| 157:25 - 158:06  Battler, Leanne 2020-09-10 | | |
| 157:25  Q. Okay. Lieutenant Colonel | Re: [157:25 to 158:06] | SUSTAINED as to [157:25-158:06] |
| 158:01  Battler, my name is Doug Monsour, I'm one of | | |
| 158:02  the members of the plaintiff steering committee | Def Obj 3M MIL No. 10, refers | |
| 158:03  representing the soldiers that have filed | to soldiers that have filed | |
| 158:04  lawsuits against 3M. | lawsuits | |
| 158:05  Do you understand who I am? | | |
| 158:06  A. Yes. | | |

| | |
|---|---|
| 158:11 - 158:21  Battler, Leanne 2020-09-10 | |
| 158:11  Q. Okay. The -- Is a -- The Combat | |
| 158:12  Arms Version 2 is a triple-flanged earplug; | |
| 158:13  correct? | |
| 158:14  A. Yes. | |
| 158:15  Q. And do you insert it the same way | |
| 158:16  that you insert other triple-flanged earplugs, | |
| 158:17  you reach over, you pull behind the ear, and | |
| 158:18  you stick it in the ear; is that right? | |
| 158:19  A. Yes. | |
| 158:20  Q. Same way; right? | |
| 158:21  A. Yes. | |

| | |
|---|---|
| 158:22 - 158:24  Battler, Leanne 2020-09-10 | |
| 158:22  Q. And have you ever been assigned | |
| 158:23  to any of the basic training bases? | |
| 158:24  A. No. Negative. | |

| | |
|---|---|
| 158:25 - 159:03  Battler, Leanne 2020-09-10 | |
| 158:25  Q. Okay. Are you aware that during | |
| 159:01  basic training, the soldiers are taught how to | |
| 159:02  insert triple-flange earplugs? | |
| 159:03  A. Yes. | |

| | | |
|---|---|---|
| 160:09 - 160:12  Battler, Leanne 2020-09-10 | | |
| 160:09  Q. Okay. And is it a fair statement | Re: [160:09 to 160:18] | OVERRULED |
| 160:10  to say that once you can insert one | Def Obj foundation (602); | |
| 160:11  triple-flange plug, you can insert any | vague (611, 403); 701 | |
| 160:12  triple-flange plug? | | |

| | | |
|---|---|---|
| 160:14 - 160:14  Battler, Leanne 2020-09-10 | | |
| 160:14  Q. It's the same process, isn't it? | Re: [160:09 to 160:18] | OVERRULED |
| | Def Obj foundation (602); | |

vague (611, 403); 701

160:17 - 160:18  Battler, Leanne 2020-09-10
160:17    A. I think it's the same process,
160:18    yes.

Re: [160:09 to 160:18]    OVERRULED
Def Obj foundation (602);
vague (611, 403); 701

160:19 - 160:22  Battler, Leanne 2020-09-10
160:19    Q. Okay.  So if somebody has been
160:20    taught how to insert a triple-flange plug, they
160:21    don't necessarily have to be taught again, do
160:22    they?

161:01 - 161:08  Battler, Leanne 2020-09-10
161:01    A. I think a refresher is always --
161:02    and that's why the regulation says we're
161:03    supposed to check it every year, at least
161:04    annually, to make sure they know how to do it.
161:05    Q. I understand.  But the troops, if
161:06    they're going through basic training, and have
161:07    received that type of training, then they will
161:08    know how to insert a plug; true?

Re: [161:01 to 161:04]    OVERRULED
Pltf Obj 01. 402

Re: [161:05 to 161:18]    OVERRULED
Pltf Obj 11. Foundation

161:12 - 161:18  Battler, Leanne 2020-09-10
161:12    A. I wouldn't say necessarily.
161:13    Depends who taught them, how they taught them.
161:14    I'm --
161:15    Q. Assuming --
161:16    A. I can speak for my -- I can speak
161:17    for my clinics and my technicians, I can't
161:18    speak for others.

Re: [161:05 to 161:18]    OVERRULED
Pltf Obj 11. Foundation

162:01 - 162:05  Battler, Leanne 2020-09-10
162:01    Q. Thousands.  One of the things
162:01    you
162:02    said earlier is you've never rolled
162:02    back the
162:03    opposing flanges to insert a Combat
162:03    Arms; is
162:04    that a true statement?
162:05    A. Correct.

162:06 - 162:18  Battler, Leanne 2020-09-10
162:06    Q. You also said that you have been
162:07    using Combat Arms plugs from 2003 to the
162:08    present, for your own personal use; is that
162:09    correct?
162:10    A. Correct.  Yes.
162:11    Q. Which versions have you used over
162:12    the years?
162:13    A. All of them.
162:14    Q. Okay.  And when did you start
162:15    using the Version 2 and when did you stop using
162:16    the Version 2?
162:17    A. I started using the Version 2
162:18    when I was a student at Aberdeen.

163:25 - 164:06  Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 163:25 | Q. Okay.  As far as the number of | |
| 164:01 | audiologists that the Army has had over the | |
| 164:02 | years, wasn't going to a one-sized Combat Arms | |
| 164:03 | plug a way to address the fact that the -- not | |
| 164:04 | everybody could be hand-fitted by an | |
| 164:05 | audiologist?  Wasn't that one of the reasons | |
| 164:06 | why the Army went to a one-size plug? | |

**Re: [163:25 to 164:13]**
**Pltf Obj** 17. Objection
Nonresponsive

SUSTAINED

164:11 - 164:13  Battler, Leanne 2020-09-10

| | |
|---|---|
| 164:11 | A. I never thought it was a one-size |
| 164:12 | plug.  I always thought it was a size medium |
| 164:13 | plug. |

**Re: [163:25 to 164:13]**
**Pltf Obj** 17. Objection
Nonresponsive

SUSTAINED

164:14 - 164:16  Battler, Leanne 2020-09-10

| | |
|---|---|
| 164:14 | Q. Okay.  Were you aware that the |
| 164:15 | Combat Arms earplug was supposed to be a |
| 164:16 | one-size-fits-most earplug? |

164:19 - 164:21  Battler, Leanne 2020-09-10

| | |
|---|---|
| 164:19 | Q. One size fits most.  I guess |
| 164:20 | medium would fit most, yes. |
| 164:21 | A. I mean, that's fair. |

164:22 - 165:12  Battler, Leanne 2020-09-10

| | |
|---|---|
| 164:22 | Q. Are you aware that the Combat |
| 164:23 | Arms earplug was supposed to be a |
| 164:24 | one-size-fits-most plug? |
| 164:25 | A. No. |
| 165:01 | Q. Okay. |
| 165:02 | A. I understood it was a size medium |
| 165:03 | earplug, and most people are size medium.  So, |
| 165:04 | yes, I could infer one from the other, but it |
| 165:05 | was never presented as a one-size-fits-most. |
| 165:06 | Q. Okay.  If you can pull up the |
| 165:07 | wallet card, whoever has got -- I can't |
| 165:08 | remember which exhibit it was, the wallet that |
| 165:09 | Mr. Nomellini used earlier. |
| 165:10 | MR. MONSOUR:  Do you know which |
| 165:11 | one that is, Terry. |
| 165:12 | Here it is.  Thank you, Corey. |

**Re: [164:22 to 165:12]**
**Def Obj** foundation (602)

OVERRULED

165:13 - 166:03  Battler, Leanne 2020-09-10

| | |
|---|---|
| 165:13 | Q. If you will look under ordering, |
| 165:14 | it mentions the double-ended earplug, which, as |
| 165:15 | you know, that has to be the Combat Arms |
| 165:16 | Version 2, because that's the only double-ended |
| 165:17 | plug that's ever been around; correct? |
| 165:18 | A. Right. |

165:19 Q. Do you notice where it says:
165:20 Which fits most of the adult population.  Do
165:21 you see that?
165:22 A. Yes.
165:23 Q. Do you know what percentage of
165:24 the adult population it fits?
165:25 A. I would say probably
166:01 seventy-five --
166:02 Q. Okay.
166:03 A. -- maybe eighty.

166:10 - 167:17   Battler, Leanne 2020-09-10

166:10 Q. And let me ask you this,
166:11 Lieutenant Colonel:  The -- you
       mentioned that
166:12 when you went to -- I think you said
       when you
166:13 got to Iraq, when you arrived, as
       part of the
166:14 Rapid Fielding Initiative, somebody
       just handed
166:15 you two plugs; is that correct?
166:16 A. That was before I was in Iraq.
166:17 That was at the CRC, at Fort
       Benning.  The
166:18 predeployment.
166:19 Q. What year would that have been?

166:20 A. 2008.
166:21 Q. And you saw that -- those just
166:22 being handed out without any
       instructions, that
166:23 was you and did you say there were
       five of you
166:24 in total?
166:25 A. Right.  So it was like a round
167:01 robin, we all kind of circulated
       through the
167:02 different stations in our team.
167:03 Q. Okay.  But there were just five
167:04 of you that you saw receive them
       this way;
167:05 true?
167:06 A. Yes.
167:07 Q. Okay.  And you already knew how

167:08 to insert them properly; correct?
167:09 A. Yes.
167:10 Q. And then you then showed the
167:11 other people that were in your
       group how to
167:12 insert them properly; correct?
167:13 A. Yes.
167:14 Q. Okay.  And at that point in time,
167:15 in 2008, the Army had been using
       this earplug,

Re: [167:03 to 167:17]

Def Obj misleading (611, 403)

OVERRULED

| | |
|---|---|
| 167:16 | is it approximately four years? |
| 167:17 | A. Yes. |

**167:25 - 168:14   Battler, Leanne 2020-09-10**

| | | | |
|---|---|---|---|
| 167:25 | Q. The only time -- The only time | **Re: [167:25 to 168:08]** | OVERRULED |
| 168:01 | that you've ever seen them handed out without | | |
| 168:02 | instruction, as you described, was the time | **Def Obj** misstates; vague (611, 403) | |
| 168:03 | where you were there with that group of five | | |
| 168:04 | people; correct? | | |
| 168:05 | MR. NOMELLINI:  Object to form | | |
| 168:06 | and foundation. | | |
| 168:07 | A. That's the only time I was | | |
| 168:08 | physically in the RFI site, yes. | | |
| 168:09 | Q. Okay.  And during that time, the | | |
| 168:10 | plugs had been around for four years; correct? | | |
| 168:11 | A. They had been -- Yes. | | |
| 168:12 | Q. And you then instructed your | | |
| 168:13 | group on how to put them in; correct? | | |
| 168:14 | A. Yes. | | |

**168:15 - 168:19   Battler, Leanne 2020-09-10**

| | | | |
|---|---|---|---|
| 168:15 | Q. So you can't tell me of any | **Re: [168:15 to 168:19]** | DEFER RULING |
| 168:16 | situation where you know somebody has been | | |
| 168:17 | given these and not had instructions at some | **Def Obj** incomplete counter (106) | |
| 168:18 | point in time; true? | | |
| 168:19 | A. Negative.  Soldiers would tell me | | |

**169:08 - 169:16   Battler, Leanne 2020-09-10**

| | | | |
|---|---|---|---|
| 169:08 | Q. Understood.  But I'm going -- But | **Re: [169:08 to 169:16]** | OVERRULED |
| 169:09 | based upon your personal knowledge, from what | | |
| 169:10 | you have actually seen, it's only that little | **Def Obj** vague, leading (611, 403) | |
| 169:11 | group of five, and they quickly received | | |
| 169:12 | instruction from you; right? | | |
| 169:13 | MR. NOMELLINI:  Object to the | | |
| 169:14 | form of the question. | | |
| 169:15 | Q. Is that correct? | | |
| 169:16 | A. Correct. | | |

**171:01 - 171:24   Battler, Leanne 2020-09-10**

| | |
|---|---|
| 171:01 | One of the things that you were |
| 171:02 | talking about before is the Fort Carson study |
| 171:03 | that you did.  Do you remember talking about |

| | | |
|---|---|---|
| 171:04 | that, the study that was called Fort Carson: | |
| 171:05 | An Army Hearing Program Success Story. | |
| 171:06 | Do you remember that? | |
| 171:07 | A. Yes. | |
| 171:08 | Q. I have a couple of questions | |
| 171:09 | about that. Was that a -- Was that done | |
| 171:10 | through an IRB? | |
| 171:11 | A. It was not a research study, so | |
| 171:12 | there was no need for IRB. | |
| 171:13 | Q. Okay. Was it multicenter or just | |
| 171:14 | your base -- or your fort? | |
| 171:15 | A. Just Fort Carson. | |
| 171:16 | Q. Okay. And it was never peer | |
| 171:17 | reviewed by any formal journal at any journal | |
| 171:18 | review board; correct? | |
| 171:19 | A. It was peer reviewed. The AMED | |
| 171:20 | Journal is a peer-reviewed journal. | |
| 171:21 | Q. It is a peer-reviewed journal. | |
| 171:22 | Okay. And that article does not speak for the | |
| 171:23 | Army, does it? | |
| 171:24 | A. Correct. | |

**171:25 - 172:17   Battler, Leanne 2020-09-10**

| | | |
|---|---|---|
| 171:25 | Q. A couple of things, do you | **Re: [171:25 to 172:17]** | **SUSTAINED** |
| 172:01 | understand that the Army performed a criminal | |
| 172:02 | investigation with regard to the Combat Arms | **Def Obj** foundation (602); 3M |
| 172:03 | Version 2? | |
| 172:04 | A. No. | MIL No. 6; 403 |
| 172:05 | Q. Okay. So you're unaware that | |
| 172:06 | there was a criminal investigation into the | |
| 172:07 | Combat Arms Version 2 earplug? | |
| 172:08 | A. Correct. | |
| 172:09 | Q. And I take it, since you were | |
| 172:10 | unaware that there was an Army criminal | |
| 172:11 | investigation, that you don't know any of the | |
| 172:12 | evidence that was included in the Army's | |
| 172:13 | criminal investigation of the Combat Arms | |
| 172:14 | Version 2 earplug; true? | |
| 172:15 | A. True. | |
| 172:16 | Q. I cannot hear you. | |
| 172:17 | A. True. | |

172:19 - 172:23  Battler, Leanne 2020-09-10

172:19   I take it that you are -- Are you
172:20   aware that the Combat Arms
         Version 2 earplug
172:21   was discontinued in November of
         2015?
172:22   A. I knew it was discontinued.  I
172:23   wasn't sure the exact date, but, yes.

**Re: [172:19 to 172:23]**

**Def Obj** 3M MIL No. 16; 403

**OVERRULED**

173:03 - 173:16  Battler, Leanne 2020-09-10

173:03   Q. Okay.  With regard to your --
173:04   With regard to your knowledge of
         the Combat
173:05   Arms Earplug Version 2, you've
         never done any
173:06   REAT testing on the Version 2;
         correct?
173:07   A. Correct.
173:08   Q. You've never done any Meyer
173:09   testing on the Version 2; correct?
173:10   A. Correct.
173:11   Q. You've never done any impulse
173:12   testing on the Version 2; correct?
173:13   A. Correct.
173:14   Q. You've never had any access to
173:15   Aearo's REAT data for the version 2;
         correct?
173:16   A. Correct.

173:18 - 173:20  Battler, Leanne 2020-09-10

173:18   We talked about the wallet card earlier.  Do
173:19   you remember that?
173:20   A. Yes.

173:21 - 174:08  Battler, Leanne 2020-09-10

173:21   Q. When did you start using the
173:22   wallet card?
173:23   A. I guess when -- when it was
173:24   available.
173:25   Q. And I asked a poor question.  Let

174:01   me be more specific.  What year was
         it
174:02   available?
174:03   A. That's a great question.  I'm
174:04   trying to think if we had it in Fort
         Hood.
174:05   Well, we must have had it in Fort
         Hood because
174:06   -- Yeah.  So what year was it on the --

174:07   Whatever year the -- I don't know
         exactly what
174:08   year it came available.

174:09 - 175:24   Battler, Leanne 2020-09-10

174:09   Q. Okay.  And how would you use the
174:10   wallet card?  When you fit soldiers, would you
174:11   hand them one?
174:12   A. Not usually.  I'd say -- After we
174:13   did the fitting, then I would say:  Here's some
174:14   cards; if anybody wants to keep a card to kind
174:15   of remember if you forget what we talked about,
174:16   you can use this as a refresher.
174:17   Q. Okay.  So it was -- It was
174:18   optional, additional instruction that were
174:19   available to the soldiers?
174:20   A. When we had them available, yes.
174:21   Q. Okay.  And did you, like, pass
174:22   them out or did you just kind of have them in a
174:23   bowl on a table somewhere and say:  If anybody
174:24   wants one, just pick one up?
174:25   A. Never a bowl.  It was always, if
175:01   they were -- Yeah.  If we had them, I'd have
175:02   them in my hand and say, who wants one of
175:03   these?  Anybody want one of these?
175:04   Q. Okay.  You also said you used a
175:05   PowerPoint, I guess, to explain how to use the
175:06   Combat Arms Version 2s?
175:07   A. Yes.
175:08   Q. And what did that PowerPoint have
175:09   in it?
175:10   A. So, again, I had like the --
175:11   Well, kind of -- the picture of the wallet
175:12   card, and then I had the picture of Ron Millis
175:13   with his quote.  Then we would have a short
175:14   video of a blast, and then another video of a
175:15   truck engine in the motor pool to talk about
175:16   the difference between impulse noise and steady
175:17   state noise; and then we'd talk about which end
175:18   to put in in each scenario.  And then I would
175:19   do it up there on the stage, I'd say pull up
175:20   and back.  And my techs would usually be in the
175:21   audience, you know, running around giving
175:22   everybody size medium, looking in their ears as
175:23   they came in for the briefing.  And then we try
175:24   to do an en masse, you know, fitting like that.

175:25 - 176:07   Battler, Leanne 2020-09-10

175:25   Q. And when you would be giving
176:01   these PowerPoint presentations to the men and
176:02   women of the United States Army, how big of a
176:03   group would you be giving that to?  Would it be
176:04   ten people, a hundred people, more than that?
176:05   A. One time, there was a large group

176:06    of about two hundred.  But most of
the time

176:07    they were much smaller.

176:08 - 176:11  Battler, Leanne 2020-09-10

176:08    Q. Once a soldier was instructed on

176:09    how to insert the Combat Arms, did
you find

176:10    that they were able to consistently
insert

176:11    them?

176:15 - 176:20  Battler, Leanne 2020-09-10

176:15    A. Yeah.  Usually.  I mean, well,

176:16    that was part of it, is -- is we would,
you

176:17    know, instruct them how to do it,
and then we

176:18    would do the follow-on tug test to
make sure

176:19    that they had achieved the proper
seal; and, if

176:20    not, we would reinstruct them.

177:13 - 177:23  Battler, Leanne 2020-09-10

177:13    Q. Now, you had mentioned before,

177:14    with regard to the earplugs, when
you wore

177:15    them, you could tell if they had a
good fit or

177:16    seal; correct?

177:17    A. Yes.

177:18    Q. And I can't remember the phrase

177:19    that you used, but I guess it involved
just the

177:20    noise that you would be hearing; is
that right?

177:21    A. Right.  You'd kind of hear your

177:22    environmental -- just the air, cutting
in and

177:23    out.

177:24 - 178:15  Battler, Leanne 2020-09-10

177:24    Q. Now, is it more difficult to tell

177:25    if you've got a good seal with the yellow end,

178:01    because that is supposed to allow for a lot of

178:02    those sounds to come through anyway?

178:03    A. No.  Because it's different.

178:04    Q. Explain the difference.

178:05    A. You hear all of the environment

178:06    coming -- coming in and out, rather than a

178:07    portion of it.

178:08    Q. So what you're saying is,

**Re: [177:24 to 178:15]**
**Pltf Obj** 11. Foundation

<mark>OVERRULED</mark>

178:09    determining whether or not there is a seal in
178:10    the earplugs is the same for the yellow side as
178:11    the green side?
178:12    A. Yes.
178:13    Q. Even though the yellow side has a
178:14    hole in it?
178:15    A. Yes.

178:16 - 181:14  Battler, Leanne 2020-09-10

178:16    Q. Okay.  If we could, you did --
178:17    You talked earlier with 3M's counsel,
          Mr.
178:18    Nomellini, about the survey that you
          had done
178:19    of some of the soldiers to ask them
          about their
178:20    usage of the Combat Arms Version
          2, do you
178:21    remember that?
178:22    A. In the PDHRA, yes.
178:23    Q. Yes.  And I believe -- I've seen
178:24    an email, I can pull it up, you might
          remember
178:25    this, you were intending to look at
          twenty-five
179:01    people on a Thursday and then
          another
179:02    twenty-five on a Friday.  That was
          the
179:03    intention; correct?
179:04    A. I remember -- I don't recall that
179:05    exactly, but I do remember reading
          that that
179:06    was -- Yes.
179:07    Q. Okay.  And you were able to get
179:08    four of them done; correct?
179:09    A. Wasn't it ten?
179:10    Q. I found four.
179:11    A. Oh.
179:12    Q. And I believe you forwarded four

179:13    to -- I guess we can pull up -- Let me
          go ahead
179:14    and pull up the email that talks
          about that.
179:15    Give me one second.
179:16    Yeah.  This is the one that says
179:17    twenty-five.
179:18    MR. MONSOUR:  Okay.  If you'll
179:19    pull up LC-006.
179:20    Q. And if you will look, Lieutenant
179:21    Colonel, you will see that this is an
          email
179:22    that you sent to a man by the name
          of Brian
179:23    Myers.  Do you see that?

179:24    A. Yes.

179:25    Q. And that took place on August 22,

180:01    2005; correct?

180:02    A. Yes.

180:03    Q. And it says questions regarding

180:04    Combat Arms earplugs; correct?

180:05    A. Yes.

180:06    Q. And Brian Myers works with
          Aearo,

180:07    which is now 3M; correct?

180:08    A. I honestly don't remember who

180:09    Brian Myers is.

180:10    Q. Look down a little lower on the

180:11    email, you will see Brian Myers'
          email address

180:12    down below, and it notes that he
          has an Aearo

180:13    email address.

180:14    Do you see that?

180:15    A. Yes.

180:16    Q. Okay.  Does that clear that up?

180:17    A. Yes.

180:18    Q. Okay.  If you'll look at the

180:19    email that you sent to him, you say:
          Brian --

180:20    MR. MONSOUR:  Go up a little bit.

180:21    Q. Brian, I am attaching responses

180:22    from four soldiers.  I only had the
          opportunity

180:23    to interview these four.  I thought I
          was going

180:24    to see more soldiers, but that's the
          way it

180:25    worked out.

181:01    Did I read that reasonably

181:02    correctly?

181:03    A. Yes.

181:04    Q. And then it says:  And one of

181:05    them, number 3 I think, had to leave
          before we

181:06    finished all the questions.  Even with
          this

181:07    small number, I think they
          generated some

181:08    really good ideas, mainly, that they
          seem to

181:09    want the earplugs integrated with
          either their

181:10    helmet or sunglasses and also that
          they need

181:11    them to be available in a greater
          variety of

181:12    sizes.  I hope this helps.  Captain
          Cleveland.

181:13    Did I read that right?

181:15 - 181:22   Battler, Leanne 2020-09-10

181:15   Q. I think we've made this clear,
181:16   your name is Leanne Battler, but your name used
181:17   to be Leanne Cleveland; correct?
181:18   A. Yes.
181:19   Q. So any time we see anything from
181:20   Leanne Cleveland, regardless of rank, that's
181:21   you?
181:22   A. That's me.

181:14   A. Yes.

182:18 - 182:23   Battler, Leanne 2020-09-10

182:18   MR. MONSOUR:  Okay.  I'll do it.
182:19   Let's pull up Exhibit LC-008, and let's mark
182:20   this as Exhibit 14 -- excuse me, 15.
182:21   (Whereupon, Plaintiff's
182:22   Exhibit 15 was marked for
182:23   identification purposes.)

182:24 - 184:20   Battler, Leanne 2020-09-10

182:24   Q. This is one of your surveys,
182:25   correct, one of the four?
183:01   A. Yes.
183:02   Q. If we look at that, look at
183:03   question number two, it says:  Do you believe
183:04   your hearing has been affected by the loud
183:05   noises you heard?  Why or why not?  He says:
183:06   Yes.  I didn't wear the earplugs all the time
183:07   because they were too big and they hurt and
183:08   they didn't work very well.
183:09   Do you see that?
183:10   A. Yes.
183:11   Q. And then if you look down at
183:12   number four it says:  When did you wear the
183:13   CAE?  And he writes -- he answers:  I rarely
183:14   used them.  When we had to use the headset, I
183:15   could not hear what the driver said with my
183:16   HPDs in.
183:17   Did I read that correct?
183:18   A. Yes.
183:19   Q. Then number seven, it says:  I
183:20   could not understand conversation even with the
183:21   yellow end in my ear.  They were too big for my

Re: [184:15 to 184:20]
Def Obj foundation (602); vague, leading (611, 403)

SUSTAINED

| | | | |
|---|---|---|---|
| 183:22 | ear.  They need to come in different sizes. | | |
| 183:23 | Do you see that? | | |
| 183:24 | A. Yes. | | |
| 183:25 | Q. And then if we look at number | | |
| 184:01 | nine, he notes:  They hurt too much, so I | | |
| 184:02 | didn't use them enough. | | |
| 184:03 | Do you see that? | | |
| 184:04 | A. Yes. | | |
| 184:05 | Q. And then, finally, number eleven | | |
| 184:06 | goes back to that comfort issue that you and I | | |
| 184:07 | were talking about just a few minutes ago, it | | |
| 184:08 | says:  Anything else that you would like to say | | |
| 184:09 | about what did or did not work with the Combat | | |
| 184:10 | Arms earplug or comments on how it might be | | |
| 184:11 | improved?  And the answer was:  They fit too | | |
| 184:12 | big.  It makes you not want to wear them. | | |
| 184:13 | Did I read that correctly? | | |
| 184:14 | A. Yes. | | |
| 184:15 | Q. Now, so that's one person of the | | |
| 184:16 | four that did not like the Combat Arms; | | |
| 184:17 | correct? | | |
| 184:18 | MR. NOMELLINI:  Object to form | | |
| 184:19 | and foundation. | | |
| 184:20 | A. Yes. | | |
| **184:21 - 190:09** | **Battler, Leanne 2020-09-10** | | |
| 184:21 | (Whereupon, Plaintiff's | **Re: [188:06 to 188:11]** | |
| 184:22 | Exhibit 16 was marked for | **Def Obj** vague, leading (611, | SUSTAINED |
| 184:23 | identification purposes.) | 403); foundation (602) | |
| 184:24 | Q. Okay.  Let's go to Exhibit Number | | |
| 184:25 | 16, which is LC-009.  And this person says, | **Re: [190:05 to 190:09]** | SUSTAINED |
| 185:01 | number four:  I used them during the convoy | | |
| 185:02 | live fire exercise on the road trip from | **Def Obj** vague, leading (611, | |
| 185:03 | Kuwait, but then I lost them. | 403); foundation (602) | |
| 185:04 | Correct? | | |
| 185:05 | A. Yes. | | |
| 185:06 | Q. And then number five says:  How | | |
| 185:07 | often and how long did you typically wear it? | | |

| | |
|---|---|
| 185:08 | And the response is:  For one week, then I lost |
| 185:09 | them and used the triple-flange and the foam |
| 185:10 | for the rest of the year. |
| 185:11 | Did I read that correctly? |
| 185:12 | A. Yes. |
| 185:13 | Q. And then if you go down to number |
| 185:14 | seven it says:  They were difficult to store. |
| 185:15 | They were too big for the case.  A lot of the |
| 185:16 | people kept them on their Kevlar, but they got |
| 185:17 | dusty and dirty and didn't want to wear them |
| 185:18 | when they got like that.  I lost mine with my |
| 185:19 | brown scarf when we switched over to another |
| 185:20 | vehicle. |
| 185:21 | Do you see that? |
| 185:22 | A. Yes. |
| 185:23 | Q. He does note that there was a |
| 185:24 | complaint that they were too big for the case. |
| 185:25 | Do you see that? |
| 186:01 | A. Yeah. |
| 186:02 | (Whereupon, Plaintiff's |
| 186:03 | Exhibit 17 was marked for |
| 186:04 | identification purposes.) |
| 186:05 | Q. Let's go to Exhibit Number 17, |
| 186:06 | which is LC-010.  This is the third person. |
| 186:07 | And on number two it says:  Do you believe your |
| 186:08 | hearing has been affected by the loud noises |
| 186:09 | you heard?  Why or why not?  And the answer is: |
| 186:10 | Yes.  My hearing is worse and the ringing is |
| 186:11 | worse.  My tinnitus used to be intermittent, |
| 186:12 | now it's all the time. |
| 186:13 | Did I read that correctly? |
| 186:14 | A. Yes. |
| 186:15 | Q. Then if we look at number four, |
| 186:16 | it says:  When did you wear the CAE?  And the |
| 186:17 | person answers:  Approximately one week, but |
| 186:18 | they were too irritating.  Too deep inside the |

| | |
|---|---|
| 186:19 | ear canal.  And then it's explained that the |
| 186:20 | soldier switched to using an oral |
| 186:21 | triple-flanged earplug; correct? |
| 186:22 | A. Yes. |
| 186:23 | Q. If a plug is too irritating and |
| 186:24 | fits too deep inside the ear canal, that can be |
| 186:25 | a problem for that plug's fit; correct? |
| 187:01 | MR. NOMELLINI:  Object to the |
| 187:02 | form. |
| 187:03 | Q. Is that correct? |
| 187:04 | A. So you've got too irritating, too |
| 187:05 | deep, does that mean they were too big or that |
| 187:06 | he didn't like the consistency of the silicone? |
| 187:07 | Q. I don't know.  I wasn't there to |
| 187:08 | ask him the question, but you were.  Do you |
| 187:09 | remember? |
| 187:10 | A. No. |
| 187:11 | Q. If we look at number seven, it |
| 187:12 | says:  We are in the process of redesigning the |
| 187:13 | CAE.  If length of the actual earplug was an |
| 187:14 | issue, how long can the CAE be and not |
| 187:15 | interfere with other tasks which you must |
| 187:16 | perform, like talking on the radio, et cetera? |
| 187:17 | And it says here:  The hand mic used in radio |
| 187:18 | control depresses the CAE further into the ear |
| 187:19 | canal making it way too irritating.  Make the |
| 187:20 | length flush with the opening of the ear canal. |
| 187:21 | Did I read that right? |
| 187:22 | A. Yes. |
| 187:23 | Q. And then if we go to eleven, it |
| 187:24 | says:  Anything else that you would like to say |
| 187:25 | about what did or did not work with the CAE or |
| 188:01 | comments on how it might be improved?  And the |
| 188:02 | person responds:  Length both too far in the |
| 188:03 | canal and too far out of the canal. |
| 188:04 | Did I read that correctly? |
| 188:05 | A. Yes. |

| | |
|---|---|
| 188:06 | Q. So it looks like this person |
| 188:07 | didn't particularly like the plugs |
| | either. |
| 188:08 | Fair statement? |
| 188:09 | MR. NOMELLINI:  Object to the |
| 188:10 | form and foundation. |
| 188:11 | A. I agree. |
| 188:12 | (Whereupon, Plaintiff's |
| 188:13 | Exhibit 18 was marked for |
| 188:14 | identification purposes.) |
| 188:15 | Q. Okay.  So that's two out of three |
| 188:16 | that didn't like it.  And let's go to |
| | Exhibit |
| 188:17 | Number 18, and that's LC-011. |
| 188:18 | And this one, I believe, is one |
| 188:19 | that Mr. Nomellini went through |
| | you -- with you |
| 188:20 | through.  And he explains that he |
| | wore his |
| 188:21 | earplugs all the time under number |
| | two.  If I |
| 188:22 | hadn't worn hearing protective |
| | devices, I would |
| 188:23 | have had serious problems or else |
| | have been |
| 188:24 | deaf. |
| 188:25 | Correct? |
| 189:01 | A. Yes. |
| 189:02 | Q. Then at the end, number eleven, |
| 189:03 | he says:  No, I wouldn't change |
| | anything at |
| 189:04 | all. |
| 189:05 | True?  Is that right? |
| 189:06 | A. Yes. |
| 189:07 | Q. So we've got one person that says |
| 189:08 | likes them, one person that says |
| | they're too |
| 189:09 | irritating, one person that lost them |
| | after a |
| 189:10 | week, and another person that |
| | thought they were |
| 189:11 | too big; correct? |
| 189:12 | A. Say that again.  One -- |
| 189:13 | Q. Sure.  One thought they were too |
| 189:14 | big and they hurt and that they |
| | didn't work |
| 189:15 | well, that's the first person. |
| | Correct? |
| 189:16 | A. Okay. |
| 189:17 | Q. One used them for a week and |
| | then |
| 189:18 | lost them.  That's the second |
| | person; correct? |

| | | |
|---|---|---|
| 189:19 | A. Uh-huh. | |
| 189:20 | Q. The third person found that they | |
| 189:21 | were too irritating and had to switch to a | |
| 189:22 | different triple-flange plug after a week and | |
| 189:23 | thought they went too far in the canal; | |
| 189:24 | correct? | |
| 189:25 | A. Yes. | |
| 190:01 | Q. And then the fourth person liked | |
| 190:02 | the plug and said:  I wouldn't change anything | |
| 190:03 | at all; correct? | |
| 190:04 | A. Yes. | |
| 190:05 | Q. So out of four people, two of | |
| 190:06 | them didn't like them; fair? | |
| 190:07 | MR. NOMELLINI:  Object to the | |
| 190:08 | form. | |
| 190:09 | A. Fair. | |

**190:10 - 190:20   Battler, Leanne 2020-09-10**

| | | |
|---|---|---|
| 190:10 | (Whereupon, Plaintiff's | |
| 190:11 | Exhibit 19 was marked for | |
| 190:12 | identification purposes.) | |
| 190:13 | Q. Now, if we could pull up | |
| 190:14 | Plaintiff's Exhibit -- let me see.  This should | |
| 190:15 | be 19.  Let's mark it P 1272.2. | |
| 190:16 | Have you seen this document | |
| 190:17 | before? | |
| 190:18 | A. Yes. | |
| 190:19 | Q. Okay.  What is it? | |
| 190:20 | A. I made this. | |

**191:13 - 192:23   Battler, Leanne 2020-09-10**

| | | |
|---|---|---|
| 191:13 | Q. Okay.  Now, one of the things, if | **Re: [192:11 to 192:19]** | <mark>SUSTAINED</mark> |
| 191:14 | we look on here, on the right-hand side of the | | |
| 191:15 | document, underneath number three, in the third | **Def Obj** foundation (602); | |
| 191:16 | column, it says, and you had talked about this | vague (611, 403) | |
| 191:17 | earlier, it says:  All earplugs work loose and | | |
| 191:18 | must be reseated after a period of time. | | |
| 191:19 | Do you see that? | | |
| 191:20 | A. Yes. | | |
| 191:21 | Q. Do you agree with that? | | |
| 191:22 | A. Yes. | | |
| 191:23 | Q. How long, typically, does it take | | |
| 191:24 | for an earplug to work loose as is being | | |

| | |
|---|---|
| 191:25 | described here? |
| 192:01 | A. Well, that depends if they're |
| 192:02 | chewing gum or -- it depends on the |
| | individual. |
| 192:03 | Q. Okay.  How often -- You say plugs |
| 192:04 | must be reseated.  Can there be a |
| | plug that has |
| 192:05 | to be reseated -- that needs to be |
| | reseated so |
| 192:06 | often that it's not very helpful, not |
| | very |
| 192:07 | useful? |
| 192:08 | A. I guess if it was fitting barely, |
| 192:09 | then, yeah.  If it was less than a |
| | perfect fit |
| 192:10 | then it would need to be reseated |
| | more often. |
| 192:11 | Q. Why would having to reseat a |
| | plug |
| 192:12 | more often cause problems for |
| | soldiers? |
| 192:13 | MR. NOMELLINI:  Object to the |
| 192:14 | form of the question. |
| 192:15 | MAJ WALD:  I would just remind |
| 192:16 | you to answer with your -- based on |
| | personal |
| 192:17 | knowledge. |
| 192:18 | A. Well, it's hard to fire a weapon |
| 192:19 | when you're adjusting your hearing |
| | protection. |
| 192:20 | Q. Fair enough.  So you want a plug |
| 192:21 | that stays in longer, rather than |
| | shorter; |
| 192:22 | fair? |
| 192:23 | A. Correct. |
| **193:07 - 193:19** | **Battler, Leanne 2020-09-10** |
| 193:07 | Q. And what is that a picture of? |
| 193:08 | A. So with the old BDU, the battle |
| 193:09 | dress uniform, we used to have a |
| | pocket on the |
| 193:10 | right front breast, and the part of |
| | the uniform |
| 193:11 | was to wear the earplug carrying |
| | case with your |
| 193:12 | unit crest attached to the button on |
| | that |
| 193:13 | uniform.  So that was the Darnell |
| | Army |
| 193:14 | Community Hospital crest, my |
| | earplug case, and |
| 193:15 | those earplugs are the Elvex |
| | Quattro, which I |

| | | |
|---|---|---|
| 193:16 | found were softer of silicone than the orange | |
| 193:17 | triple-flanged, and which were -- which | |
| 193:18 | provided a similar fit to the orange | |
| 193:19 | triple-flange. | |

**193:20 - 193:23   Battler, Leanne 2020-09-10**

| | |
|---|---|
| 193:20 | Q. Okay.  You insert triple-flange |
| 193:21 | plugs basically the same way you do quad-flange |
| 193:22 | plugs? |
| 193:23 | A. Yes. |

**193:24 - 195:13   Battler, Leanne 2020-09-10**

| | | | |
|---|---|---|---|
| 193:24 | Q. Okay.  I note there it says: | Re: [195:07 to 195:13] | OVERRULED |
| 193:25 | Every soldier who in-processes through Fort | | |
| 194:01 | Hood Hearing Conservation Clinic is fitted with | Def Obj foundation (602); | |
| 194:02 | a pair of preformed earplugs and issued a | vague, leading (611, 403) | |
| 194:03 | carrying case. | | |
| 194:04 | Do you see that? | | |
| 194:05 | A. Yes. | | |
| 194:06 | Q. Now, what does in-process mean? | | |
| 194:07 | A. So when you -- When you arrive at | | |
| 194:08 | your new duty station, when you PCS, permanent | | |
| 194:09 | change of station.  So when you're a brand-new | | |
| 194:10 | soldier, you've got your orders that say you | | |
| 194:11 | will report to Fort Hood, you in-process, and | | |
| 194:12 | that's when you go through all of your medical | | |
| 194:13 | checks, and you are assigned your new unit and | | |
| 194:14 | leadership, your housing, you get your kids | | |
| 194:15 | enrolled in school.  But the medical | | |
| 194:16 | in-processing at Fort Hood was done through the | | |
| 194:17 | Soldier Readiness Center. | | |
| 194:18 | Q. Are a lot of soldiers processed | | |
| 194:19 | through Fort Hood? | | |
| 194:20 | A. Yes. | | |
| 194:21 | Q. It's a pretty big Army fort, | | |
| 194:22 | isn't it? | | |
| 194:23 | A. Huge. | | |
| 194:24 | Q. Huge.  So every soldier that | | |



| | | |
|---|---|---|
| 194:25 | shows up at Fort Hood goes through | |
| | a fitting | |
| 195:01 | process with these types of plugs; | |
| | correct? | |
| 195:02 | A. Yes. | |
| 195:03 | Q. And those are put in basically | |
| 195:04 | the same way as a Combat Arms | |
| | Version 2 plug; | |
| 195:05 | correct? | |
| 195:06 | A. Yes. | |
| 195:07 | Q. So if I can put in one of these, | |
| 195:08 | I can put in a Version 2; correct? | |
| 195:09 | MR. NOMELLINI:  Object to form | |
| 195:10 | and foundation. | |
| 195:11 | Q. Is that correct? | |
| 195:12 | A. You should.  It's the same | |
| 195:13 | process, yeah. | |

**195:14 - 195:19  Battler, Leanne 2020-09-10**

| | | Re: [195:14 to 196:01] | SUSTAINED |
|---|---|---|---|
| 195:14 | Q. Right.  Okay.  So it appears that | | |
| 195:15 | the Army, if it's addressed in basic | Def Obj foundation (602); | |
| | training, | | |
| 195:16 | and then it's addressed every time a | vague, leading (611, 403) | |
| | soldier | | |
| 195:17 | moves, it appears that the Army is | | |
| | constantly | | |
| 195:18 | reinforcing hearing protection fit | | |
| | and how to | | |
| 195:19 | put them in; is that a fair statement? | | |

**195:24 - 196:01  Battler, Leanne 2020-09-10**

| | | Re: [195:14 to 196:01] | SUSTAINED |
|---|---|---|---|
| 195:24 | Q. You can answer the question. | Def Obj foundation (602); | |
| 195:25 | A. Speaking for my -- my clinics, | vague, leading (611, 403) | |
| 196:01 | yes. | | |

**196:02 - 196:19  Battler, Leanne 2020-09-10**

| | |
|---|---|
| 196:02 | (Whereupon, Plaintiff's |
| 196:03 | Exhibit 20 was marked for |
| 196:04 | identification purposes.) |
| 196:05 | Q. Okay.  Now, if we could, |
| 196:06 | Lieutenant Colonel, let's pull up a |
| | document |
| 196:07 | LC-003.  And if we will look at the |
| | top of |
| 196:08 | LC-003, and I'll mark that as Exhibit -- |
| | I'm |
| 196:09 | sorry, the document that I |
| | previously had up on |
| 196:10 | the screen, let's mark that one that |
| | had the |
| 196:11 | photos on it as Exhibit Number 19. |
| | And I will |
| 196:12 | mark this exhibit, LC-003, as Exhibit |
| | Number |
| 196:13 | 20. |

| | |
|---|---|
| 196:14 | If we look at this document, |
| 196:15 | Lieutenant Colonel, do you see that it is an |
| 196:16 | email that is -- that the top was sent from a |
| 196:17 | Captain William Porter, to Brian Myers and you, |
| 196:18 | in August of 2005? |
| 196:19 | A. Yes. |

**197:25 - 201:01  Battler, Leanne 2020-09-10**

| | | | |
|---|---|---|---|
| 197:25 | Q. And then it appears that if you | **Re: [199:10 to 199:17]** | **SUSTAINED AS TO COMMENTS RECEIVED** |
| 198:01 | look in the email immediately above that, they | **Def Obj** foundation (602); 611, | |
| 198:02 | are talking about getting some of the | 403; leading | |
| 198:03 | audiologists that have talked to some people to | | |
| 198:04 | get the information. | **Re: [200:20 to 201:01]** | **SUSTAINED AS TO COMMENTS RECEIVED** |
| 198:05 | Do you see that? | **Def Obj** foundation (602); | |
| 198:06 | A. Yes. | leading, vague (611, 403) | |
| 198:07 | Q. And then if we go up a couple of | | |
| 198:08 | emails before that, there's one from a | | |
| 198:09 | Lieutenant Colonel Vickie Tuten. Did I | | |
| 198:10 | pronounce that right? | | |
| 198:11 | A. Yes, you did. | | |
| 198:12 | Q. And it is from Lieutenant Colonel | | |
| 198:13 | Tuten to a Roberta Nang and a William -- | | |
| 198:14 | Captain William Porter, and you are cc'd on it; | | |
| 198:15 | correct? | | |
| 198:16 | A. Yes. | | |
| 198:17 | Q. And if we look at the end of the | | |
| 198:18 | first paragraph, Lieutenant Colonel Tuten | | |
| 198:19 | writes:  I know I've personally had feedback | | |
| 198:20 | about fit/comfort issues. | | |
| 198:21 | Do you see that? | | |
| 198:22 | A. Yes. | | |
| 198:23 | Q. Now, you also had feedback on | | |
| 198:24 | fit/comfort issues; correct? | | |
| 198:25 | A. Yes. | | |
| 199:01 | Q. And then if you look immediately | | |
| 199:02 | above, you see there is an email from Captain | | |
| 199:03 | William Porter, and he lists three criticisms | | |
| 199:04 | of the system. | | |
| 199:05 | Do you see that? | | |
| 199:06 | A. Yes. | | |
| 199:07 | Q. What is the first criticism | | |

199:08    Captain Porter notes?
199:09    A. Fit and size.
199:10    Q. And, again, you saw fit and size
199:11    problems, Lieutenant Colonel Tuten saw fit
199:12    problems, and now Captain Porter sees the same
199:13    problems; correct?
199:14    MR. NOMELLINI:  Object to the
199:15    form of the question.
199:16    A. Right.  The fit problem was that
199:17    there was only one size.
199:18    Q. Okay.  And then it says here, let
199:19    me read you what Captain Porter says:
199:20    Fit/size.  As you are well aware, not every
199:21    external ear canal is the same size, and some
199:22    soldiers could not/did not wear the CAE and
199:23    choose to wear other hearing protection because
199:24    it was more comfortable.
199:25    Do you see that?
200:01    A. Yes.
200:02    Q. Is it a fair statement that if
200:03    you put an earplug in somebody's ear and it's
200:04    too big, that it hurts?
200:05    A. That's fair.
200:06    Q. And if it hurts, that's a problem
200:07    for the user; true?
200:08    A. True.
200:09    Q. If we look down, number three,
200:10    there's an issue with compatibility that
200:11    Captain Porter notes.  He writes:
200:12    Compatibility with the standard Army earplug
200:13    case, the CAE will fit into the standard
200:14    plastic earplug case, but not without some
200:15    struggle.  If you develop a new version of the
200:16    CAE, the case should be integrated with the
200:17    product.
200:18    Did I read that correctly?
200:19    A. Yes.
200:20    Q. So it appears from Captain Porter
200:21    the product was too big for the carrying case;
200:22    fair?

| | | | |
|---|---|---|---|
| 200:23 | MR. NOMELLINI:  Object to form | | |
| 200:24 | and foundation. | | |
| 200:25 | Q. Is that fair? | | |
| 201:01 | A. It was wrong, yes. | | |

201:02 - 201:19  Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 201:02 | Q. And then if we go back to where | | |
| 201:03 | we kind of started, Lieutenant Colonel, we go | | |
| 201:04 | to the email from Brian Myers on 8/16, to -- | | |
| 201:05 | back to the same William Porter, Captain | | |
| 201:06 | Porter, and you have been cc'd on it, and he | | |
| 201:07 | says:  First, I want to thank you for the | | |
| 201:08 | feedback.  The first two items are high on our | | |
| 201:09 | list for improvements, and I believe you will | | |
| 201:10 | be much happier with the version currently | | |
| 201:11 | under development. | | |
| 201:12 | We have conducted an additional | | |
| 201:13 | testing to determine if we are able to decrease | | |
| 201:14 | filter and earplug size but retain the | | |
| 201:15 | performance of the product.  It appears that we | | |
| 201:16 | can do this, which will go a long way toward | | |
| 201:17 | resolving the fit/comfort issue. | | |
| 201:18 | Do you see that? | | |
| 201:19 | A. Yes. | | |

201:20 - 202:05  Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 201:20 | Q. Do you agree that there was a | **Re: [202:03 to 202:10]** | **OVERRULED** |
| 201:21 | fit/comfort issue with these plugs? | **Def Obj** 702; foundation (602); | |
| 201:22 | A. Because they were only one size. | | |
| 201:23 | Q. Right.  But he also mentions that | leading, vague (611, 403) | |
| 201:24 | there was an issue with decreasing the filter | | |
| 201:25 | size. | | |
| 202:01 | Do you see that? | | |
| 202:02 | A. I do. | | |
| 202:03 | Q. Do you understand that the filter | | |
| 202:04 | was too big, and that was having an issue with | | |
| 202:05 | regard to comfort? | | |

202:08 - 202:10   Battler, Leanne 2020-09-10

202:08   A. For people with size small ear

202:09   canals, it would have been too -- the

202:10   earplug would have been too big.

**Re: [202:03 to 202:10]**

**Def Obj** 702; foundation (602); leading, vague (611, 403)

OVERRULED

202:11 - 202:14   Battler, Leanne 2020-09-10

202:11   Q. Well, here's my -- What

202:12   percentage of the Army's population has ear

202:13   canals that are too small?

202:14   A. Not that many.

202:15 - 203:04   Battler, Leanne 2020-09-10

202:15   Q. And, yet, we noted on your

202:16   previous interview of those four

people, two of

202:17   them didn't like the fit; true?

202:18   MR. NOMELLINI:  Object to the

202:19   form of the question.

202:20   Q. You can answer.

202:21   A. Go back again.  So the -- Was it

202:22   that they didn't like the softness of

the --

202:23   I'm not sure how you're determining

the word

202:24   fit, how you're defining the word fit.

202:25   I'm not sure how you're defining

203:01   the word fit.

203:02   Q. Okay.  They thought they were

203:03   uncomfortable, true, two of the

four?

203:04   A. Correct.

203:05 - 203:09   Battler, Leanne 2020-09-10

203:05   Q. And if you're saying it should

203:06   only be for the smallest ear canals, that's not

203:07   very many people, but we still have a

203:08   significant number that are reporting it's not

203:09   very comfortable.

203:15 - 203:19   Battler, Leanne 2020-09-10

203:15   A. Right.  I guess you'd -- you'd

203:16   need to be more precise about what -- how they

203:17   were defining comfort.  Was it because of -- I

203:18   know that the softness of the silicone was an

203:19   issue.

203:20 - 203:23   Battler, Leanne 2020-09-10

203:20   Q. One of them said it was too

203:21   irritating because it went deep

inside the ear

203:22   canal; correct?

203:23   A. Uh-huh.

203:24 - 204:04   Battler, Leanne 2020-09-10

| | |
|---|---|
| | 203:24 Q. And the other one said they hurt |
| | 203:25 too much, so I didn't use them |
| | enough. They |
| | 204:01 fit too big. It makes you not want to |
| | wear |
| | 204:02 them. |
| | 204:03 Correct? |
| | 204:04 A. Correct. |

Re: [203:24 to 204:06]

Def Obj leading, vague (611, 403); improper counter (leaves out response at 204:7-10)

**SUSTAINED**

204:11 - 204:13  Battler, Leanne 2020-09-10
204:11   Q. Okay. But on one of them it does
204:12   appear to be a diameter issue, because it
204:13   hurts; true?

204:16 - 204:17  Battler, Leanne 2020-09-10
204:16   A. Not necessarily. To me, it could
204:17   have been the silicone softness.

207:02 - 207:25  Battler, Leanne 2020-09-10
207:02   Q. So let's talk about a few of
207:03   these things. We had talked about this before
207:04   but can you again state for us, why is it
207:05   important to have a plug that you don't have to
207:06   constantly reinsert?
207:07   A. Because you need two hands to
207:08   operate your radio or fire your weapon.
207:09   Q. If your earplugs are loosening
207:10   and you have to constantly free one of your
207:11   hands to stick them back in -- or actually use
207:12   both hands, because you've got to pull the
207:13   pinna back and stick it in, that can be a
207:14   problem to a soldier who is busy looking for
207:15   bad guys that are trying to kill him; true?
207:16   A. True.
207:17   Q. And that's one of the things that
207:18   you mentioned earlier, is we want our soldiers
207:19   to be lethal. As mean as that sounds, we want
207:20   them lethal; right?
207:21   A. Yes.
207:22   Q. And if they're fidgeting with
207:23   their earplugs, they're not very lethal, are

Re: [207:09 to 207:25]

Def Obj leading (611, 403)

**OVERRULED**

| | | |
|---|---|---|
| 207:24 | they? | |
| 207:25 | A. Correct. | |

**210:05 - 210:14  Battler, Leanne 2020-09-10**

| | | | |
|---|---|---|---|
| 210:05 | Q. And the paragraph that says -- on | **Re: [210:05 to 210:14]** | OVERRULED |
| 210:06 | the left-hand size that says: Designed to meet | **Def Obj** relevance (401, 402); | |
| 210:07 | the unique demands of the Armed Forces. On | 403 | |
| 210:08 | this one, it says: The level-dependent | | |
| 210:09 | technology used in the earplug, and the earplug | | |
| 210:10 | itself, has been tested on human subjects and | | |
| 210:11 | found to be protective at 190 dBP for at least | | |
| 210:12 | one hundred exposures. | | |
| 210:13 | Do you see that? | | |
| 210:14 | A. Yes. | | |

**211:02 - 211:08  Battler, Leanne 2020-09-10**

| | | | |
|---|---|---|---|
| 211:02 | Q. Okay. But doesn't that imply | **Re: [211:02 to 211:08]** | OVERRULED |
| 211:03 | some sort of a quality for an earplug, if it | **Def Obj** 702; foundation (602); | |
| 211:04 | can be protective at a hundred exposures for | relevance (401, 402); 403 | |
| 211:05 | 190 dBP? | | |
| 211:06 | MR. NOMELLINI: Object to form. | | |
| 211:07 | A. Yes. That's -- that's a lot -- | | |
| 211:08 | lot of noise. | | |

**211:19 - 211:25  Battler, Leanne 2020-09-10**

| | | | |
|---|---|---|---|
| 211:19 | Q. Then if we look down one -- under | **Re: [211:19 to 211:25]** | OVERRULED |
| 211:20 | the dual-ended Combat Arms earplugs, there's | **Def Obj** relevance (401, 402); | |
| 211:21 | several bullets there. And it notes: | 403; foundation (602) | |
| 211:22 | Premolded triple-flange design fits most ear | | |
| 211:23 | canals. | | |
| 211:24 | Do you see that? | | |
| 211:25 | A. Yes. | | |

**212:07 - 212:19  Battler, Leanne 2020-09-10**

| | | | |
|---|---|---|---|
| 212:07 | Q. It says: The level-dependent | **Re: [212:07 to 212:19]** | OVERRULED |
| 212:08 | technology used in the earplug and the earplug | **Def Obj** relevance (401, 402); | |
| 212:09 | itself has been tested on human subjects and | 403; foundation (602) | |
| 212:10 | found to be protective at 190 dBP for at least | | |
| 212:11 | a hundred exposures. | | |
| 212:12 | Are you aware that that's a false | | |

212:13    statement?
212:14    A. It appears -- Like I said, that's
212:15    a lot of noise.  It's surprising to me.

212:16    If -- It -- It sounds -- It
212:17    sounds like it could -- I don't know
          who could
212:18    survive a hundred exposures of 190
          decibels of
212:19    peak sound pressure level.

212:20 - 212:20  Battler, Leanne 2020-09-10
212:20    Q. Does it concern you that 3M's

**Re: [212:20 to 212:20]**
**Def Obj** incomplete counter
(106); foundation (602)

| | SUSTAINED |

213:16 - 213:19  Battler, Leanne 2020-09-10
213:16    Q. No.  Has -- Have you ever had a
213:17    situation where a vendor has made false
213:18    statements about the capabilities of their
213:19    earplugs?

213:22 - 214:03  Battler, Leanne 2020-09-10
213:22    Q. You can answer.
213:23    A. I would say yes.
213:24    Q. You have had situations where
213:25    they've made false claims?
214:01    A. Yes.
214:02    Q. And who was that?
214:03    A. That was --

**Re: [213:24 to 215:07]**
**Pltf Obj** 01. 402, 15. 403
(Prejudicial vs Probative),
11. Foundation

| | SUSTAINED |

214:10 - 214:25  Battler, Leanne 2020-09-10
214:10    A. Okay.  The -- My personal
214:11    experience is that the SureFire EP2 earplug was
214:12    -- was -- soldiers believed it was going to
214:13    offer a similar amount of protection as the
214:14    Combat Arms ISL filter, and my experience was
214:15    it did not.
214:16    Q. How was that a false claim?
214:17    A. So that's why I hesitated with
214:18    answering that, because it's not like they
214:19    wrote in the pamphlet EP2 is equivalent to.
214:20    But somehow soldiers were coming into my clinic
214:21    with these SureFire earplugs that Sonic
214:22    Defender added into their flashlight orders,
214:23    and because they were a much softer silicone,
214:24    the soldiers were under the impression that it
214:25    was a fabulous hearing protection.

**Re: [213:24 to 215:07]**
**Pltf Obj** 01. 402, 15. 403
(Prejudicial vs Probative),
11. Foundation

| | DEFER RULING |

224:24 - 226:12  Battler, Leanne 2020-09-10
224:24    MR. MONSOUR:  If you could,
224:25    Corey, if you'll pull up Exhibit Number 19.
225:01    Q. We went through this before.  I
225:02    want to ask you a question about it, Lieutenant
225:03    Colonel.
225:04    If you look at that second

**Re: [224:24 to 229:03]**
**Pltf Obj** 01. 402, 11.
Foundation, 04. 702, 15. 403
(Prejudicial vs Probative)

| | OVERRULED |

225:05   picture on the left-hand column, you see
225:06   there's a soldier, and his ear has the green
225:07   end sticking out.
225:08   Do you see it?
225:09   A. Yes.
225:10   Q. Now, did you take this picture?
225:11   A. I did.  That's my husband's ear
225:12   -- ex-husband's ear.
225:13   Q. That's your ex-husband, okay.
225:14   Okay.  So you know this soldier; correct?
225:15   A. Yes.
225:16   Q. And what size ear canal did he
225:17   have?
225:18   A. Medium.
225:19   Q. Medium, okay.
225:20   And do you see how the plug is
225:21   fit in this situation?
225:22   A. Yes.
225:23   Q. Do you see how the opposing green
225:24   flange appears to be kind of pushed up against
225:25   his tragus?
226:01   A. Yes.
226:02   Q. Do you believe that this picture
226:03   shows a good fit?
226:04   A. Yes.
226:05   Q. Does it appear to you that the
226:06   outside flange in this picture is butting up
226:07   against -- is flush against his tragus?
226:08   A. It's flush, yes.
226:09   Q. If that flange had a -- had
226:10   enough tension on it to where it was pushing
226:11   against the tragus and loosening the plug,
226:12   would that be a problem?

| 226:15 - 226:22 | Battler, Leanne 2020-09-10 | | |
|---|---|---|---|
| 226:15 | A. Say that one more time.  Pushing | **Re: [224:24 to 229:03]** | **OVERRULED** |
| 226:16 | against the -- | **Pltf Obj** 01. 402, 11. | |
| 226:17 | Q. Sure.  If that flange -- As it | Foundation, 04. 702, 15. 403 | |
| 226:18 | was inserted, if that flange got tension on it | (Prejudicial vs Probative) | |
| 226:19 | because of the insertion, and as the flange | | |
| 226:20 | kind of reverted to form, it pushed the earplug | | |
| 226:21 | kind of out of the ear canal, would that be a | | |
| 226:22 | problem for this plug? | | |

| 226:25 - 227:05 | Battler, Leanne 2020-09-10 | | |
|---|---|---|---|
| 226:25 | A. No.  Because the yellow -- The | **Re: [224:24 to 229:03]** | **OVERRULED** |
| 227:01 | yellow part was seated properly. | **Pltf Obj** 01. 402, 11. | |
| 227:02 | Q. But what if that green flange was | Foundation, 04. 702, 15. 403 | |
| 227:03 | forcing the entire earplug to kind of pull out | (Prejudicial vs Probative) | |
| 227:04 | of the ear, would that be a problem with the | | |
| 227:05 | plug? | | |

| 227:12 - 227:17 | Battler, Leanne 2020-09-10 | | |
|---|---|---|---|
| 227:12 | A. I mean -- Yeah.  Does it -- I | **Re: [224:24 to 229:03]** | **OVERRULED** |
| 227:13 | don't know how it would -- how it would exert | **Pltf Obj** 01. 402, 11. | |
| 227:14 | force against the tragus. | Foundation, 04. 702, 15. 403 | |

| | | | |
|---|---|---|---|
| 227:15 Q. If such force against the tragus | (Prejudicial vs Probative) | | |
| 227:16 existed, though, and the plug did loosen, that | | | |
| 227:17 would be a problem with this plug; true? | | | |
| | | | |
| 227:20 - 228:05 Battler, Leanne 2020-09-10 | | | |
| 227:20 A. It grew arms and pushed itself | Re: [224:24 to 229:03] | | |
| 227:21 out? | Pltf Obj 01. 402, 11. | | |
| 227:22 If the yellow part is seated | Foundation, 04. 702, 15. 403 | | |
| 227:23 correctly, so it -- it -- the -- the -- I don't | (Prejudicial vs Probative) | | |
| 227:24 see -- I do not -- I cannot comprehend how the | | | |
| 227:25 green portion would exert any force on the part | | | |
| 228:01 that was inserted in the canal. | | | |
| 228:02 Q. Okay. But I guess here's my | | | |
| 228:03 question: If a plug -- If the design of a plug | | | |
| 228:04 caused it to loosen itself, that's a problem | | | |
| 228:05 with the plug; true? | | | |
| | | | |
| 228:08 - 228:14 Battler, Leanne 2020-09-10 | | | |
| 228:08 A. Right. It's hypothetical. It's | Re: [224:24 to 229:03] | | OVERRULED |
| 228:09 not a realistic question. | Pltf Obj 01. 402, 11. | | |
| 228:10 Q. I'm asking about this plug that | Foundation, 04. 702, 15. 403 | | |
| 228:11 you used. I'm not talking about a hypothetical | (Prejudicial vs Probative) | | |
| 228:12 plug, I'm talking about a CAEv2. If the design | | | |
| 228:13 of the plug caused the plug itself to loosen, | | | |
| 228:14 that's a problem with the plug; right? | | | |
| | | | |
| 228:21 - 230:12 Battler, Leanne 2020-09-10 | | | |
| 228:21 A. Yeah, it's hypothetical. It's | Re: [224:24 to 229:03] | | OVERRULED |
| 228:22 hypothetical. | Pltf Obj 01. 402, 11. | | |
| 228:23 The yellow portion of this | Foundation, 04. 702, 15. 403 | | |
| 228:24 earplug was seated perfectly. This was a | (Prejudicial vs Probative) | | |
| 228:25 perfect size medium earplug. The green -- The | | | |
| 229:01 fact that the third flange is touching his | Re: [229:04 to 229:13] | | OVERRULED |
| 229:02 tragus had no impact on how the yellow part | Pltf Obj 01. 402, 17. | | |
| 229:03 remained seated. | Objection Nonresponsive | | |
| 229:04 Q. When you are taking pictures of | | | |
| 229:05 plugs like this, and examining them, did you | Re: [229:14 to 230:03] | | OVERRULED |
| 229:06 seat the plug and then take the picture and | Pltf Obj 01. 402 | | |
| 229:07 then move on and do something else? Or did you | | | |
| 229:08 seat the plug and come back an hour later and | | | |
| 229:09 check it again? | | | |
| 229:10 A. My husband put the earplug in; I | | | |
| 229:11 did the tug test; and then he used it for | | | |
| 229:12 several missions, four deployments, and came | | | |
| 229:13 back with excellent hearing and no tinnitus. | | | |
| 229:14 Q. Okay. Do you know any soldiers | | | |
| 229:15 that have come back from serving our country | | | |
| 229:16 that used the Combat Arms earplug and do have | | | |
| 229:17 either hearing loss or tinnitus? | | | |
| 229:18 A. No. | | | |
| 229:19 Q. You don't know one soldier that | | | |
| 229:20 used these plugs that has either hearing loss | | | |
| 229:21 or tinnitus? | | | |
| 229:22 A. I don't know -- Of the soldiers | | | |
| 229:23 who came back with hearing loss and/or | | | |
| 229:24 tinnitus, I am not sure how consistently they | | | |

229:25    used the earplugs.  I am -- I am a hundred
230:01    percent certain that my ex-husband used them
230:02    with -- used them all the time.
230:03    Q.  Okay.  And he put them in
230:04    himself; correct?
230:05    A.  Yes.
230:06    Q.  Did he put them in as you trained
230:07    him to do?
230:08    A.  Yes.
230:09    Q.  And he does not have the flanges
230:10    folded back, the opposing flanges folded back;
230:11    true?
230:12    A.  Correct.

230:13 - 230:16  Battler, Leanne 2020-09-10
230:13    Q.  Are you familiar with the          **Re: [230:13 to 230:16]**        SUSTAINED
230:14    Albuquerque studies, also known as
the Blast
230:15    Overpressure Studies?                 **Def Obj** foundation (602)
230:16    A.  No.

230:20 - 230:23  Battler, Leanne 2020-09-10
230:20    MR. MONSOUR:  Okay.  If you can
230:21    pull up LC-026.  We'll call this Exhibit 24.
230:22    Are we on Exhibit 24, Madam Court
230:23    Reporter?

231:02 - 231:19  Battler, Leanne 2020-09-10
231:02    Q.  Okay.  Let's pull this up.
231:03    This is from the GAO.  Is that                                          EXCLUDED PER ORDER
231:04    the General Accounting Office, or Government
231:05    Accountability Office?  Do you see that?
231:06    A.  Yes.  GAO.
231:07    Q.  It says:  Report to congressional
231:08    committees, hearing loss prevention, from
231:09    January 2011.
231:10    Do you see that?
231:11    A.  Yes.
231:12    Q.  Have you ever seen this before?
231:13    A.  Yes.
231:14    Q.  In what context did you see it?
231:15    A.  The GAO committee came to Fort
231:16    Carson to learn about my program.
231:17    Q.  Okay.  If you'll -- if we can go
231:18    to page twenty-five, and look at the footnote
231:19    at the bottom of the page.

231:22 - 233:24  Battler, Leanne 2020-09-10
231:22    Q.  Have you ever seen this footnote    **Re: [233:22 to 234:11]**        SUSTAINED
231:23    before?                                 **Pltf Obj** 04. 702, 11.
231:24    A.  I saw it two days ago for the       Foundation, 12. Hearsay
231:25    first time.
232:01    Q.  Okay.  So it came out in 2011,
232:02    and you just saw it for the first time two days
232:03    ago?
232:04    A.  I never read the footnote before.

232:05   Q. Okay.  And how did you come to
232:06   see this two days ago?
232:07   A. Major Wald told me to read it.
232:08   Q. Okay.  Well, let's go through
232:09   what it says.
232:10   A. Uh-huh.
232:11   Q. Footnote 27, and this is -- This
232:12   is involving the study that you were talking
232:13   about earlier in your deposition; true?
232:14   A. Yes.
232:15   Q. And Mr. Nomellini asked you about
232:16   it, and then I asked you a few questions about
232:17   it; right?
232:18   A. Yes.
232:19   Q. And it says:  Cleveland, Leanne,
232:20   Captain, quote, Fort Carson:  An Army Hearing
232:21   Program Success Story.  Army Department Medical
232:22   Journal, April-June 2009.
232:23   This study describes the effect
232:24   of the addition of a second audiologist at the
232:25   Army base in Fort Carson, Colorado.  While the
233:01   study proves that the addition of a second
233:02   audiologist would increase the number of
233:03   service members receiving testing and training,
233:04   it does not provide sufficient evidence to
233:05   support that an additional audiologist led to
233:06   reduced hearing loss.
233:07   For example, the study interprets
233:08   shifts in the hearing loss and readiness rates
233:09   as being directly attributable to the
233:10   availability of a second audiologist, but the
233:11   study does not consider other factors that
233:12   could have also have had effects, such as
233:13   overseas deployments, changes in equipment, and
233:14   changes in training.
233:15   Did I read that reasonably
233:16   carefully -- or accurately?
233:17   A. Yes.
233:18   Q. Do you believe that the points
233:19   that are made in this footnote are valid
233:20   points?
233:21   A. No.
233:22   Q. Okay.  Do you think that whoever
233:23   -- Do you think that whoever was critical of
233:24   your study is just plain wrong?

234:03 - 235:23   Battler, Leanne 2020-09-10

234:03   A. I mean, there was a definite
234:04   correlation.  Correlation does not imply
234:05   causation, but there's no -- there's no other
234:06   -- The comment does not explain how other
234:07   factors, such as overseas deployments, changes
234:08   in equipment, and changes in training -- it
234:09   doesn't define what those were, and how they
234:10   could have resulted in the changes that I
234:11   documented.

**Re: [233:22 to 234:11]**
**Pltf Obj** 04. 702, 11.
Foundation, 12. Hearsay

**Re: [234:12 to 235:23]**
**Pltf Obj** 04. 702, 11.
Foundation

SUSTAINED DOC EXCLUDED

SUSTAINED

| | | |
|---|---|---|
| 234:12  Q. Okay.  But in all fairness, | | |
| 234:13  whoever authored footnote 27 notes that your | | |
| 234:14  article did not consider factors that could | | |
| 234:15  have -- could also have had effects, such as | | |
| 234:16  overseas deployments.  Yours did not consider | | |
| 234:17  overseas deployments; true? | | |
| 234:18  A. Of course it considered overseas | | |
| 234:19  deployments. | | |
| 234:20  Q. Okay.  Even though this article | | |
| 234:21  says you're not considering overseas | | |
| 234:22  deployments? | | |
| 234:23  A. Who said it didn't consider | | |
| 234:24  overseas deployments? | | |
| 234:25  The Army Hearing Program Success | | |
| 235:01  Story was documented during a time of overseas | | |
| 235:02  deployments. | | |
| 235:03  Q. It says here:  But the study does | | |
| 235:04  not consider other factors that could have also | | |
| 235:05  had effects, such as overseas deployments, | | |
| 235:06  changes in equipment, and changes in training. | | |
| 235:07  Do you see that? | | |
| 235:08  A. Yes, I see that. | | |
| 235:09  Q. Did your article discuss changes | | |
| 235:10  in training? | | |
| 235:11  A. Yes. | | |
| 235:12  Q. Did it discuss changes in | | |
| 235:13  equipment? | | |
| 235:14  A. Yes. | | |
| 235:15  Q. And did it discuss overseas | | |
| 235:16  deployments? | | |
| 235:17  A. Yes. | | |
| 235:18  Q. So even though the Army's United | | |
| 235:19  States Government Accountability Office | | |
| 235:20  evaluated your article and had those | | |
| 235:21  criticisms, you believe that your article | | |
| 235:22  discussed those things accurately and fully? | | |
| 235:23  A. Yes. | | |

235:24 - 236:01  Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 235:24  Q. Okay.  And you didn't see this | | **SUSTAINED** |
| 235:25  footnote until two days ago; right? | | |
| 236:01  A. Right. | | |

237:18 - 238:02  Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 237:18  Q. Okay.  Did you talk with anyone | Re: [237:18 to 237:25] | **SUSTAINED** |
| 237:19  about this deposition other than the Major who | Pltf Obj 01. 402, 15. 403 | |
| 237:20  is here with us today? | (Prejudicial vs Probative) | |
| 237:21  A. I told my ex-husband:  Oh, my | | |
| 237:22  God, the email about the stun mullet that you | Re: [238:01 to 238:02] | **SUSTAINED** |
| 237:23  sent to Doug Ohlin was included in the | Pltf Obj 01. 402 | |
| 237:24  paperwork.  So I did tell him that. | | |
| 237:25  Q. Okay. | | |
| 238:01  A. He thought that was pretty | | |
| 238:02  awesome. | | |

238:13 - 239:12  Battler, Leanne 2020-09-10

238:13    Real quick.  It appears -- We've
238:14    gone through some emails today where you were
238:15    having a back and forth with Brian Myers, with
238:16    Aearo, we saw his email address, you remember
238:17    that?
238:18    A. Uh-huh.
238:19    Q. Correct?
238:20    A. Yes.
238:21    Q. And in those back and forths, you
238:22    were talking about some of the pros and cons of
238:23    the CAEv2; true?
238:24    A. Yes.
238:25    Q. And I'm categorizing it as a back
239:01    and forth.  Do you think that's a fair
239:02    categorization?
239:03    A. As a quality assurance?
239:04    Q. Yes.
239:05    A. Yes.
239:06    Q. Okay.  In those back-and-forth
239:07    emails with Brian Myers, or anyone else from
239:08    Aearo, did any of them ever share any problems
239:09    that they might have had with the CAEv2 with
239:10    you?
239:11    A. No.  It was always what can we do
239:12    to help the soldier.

239:13 - 239:15  Battler, Leanne 2020-09-10
239:13    Q. Okay.  But they never shared any
239:14    of their internally known problems with the
239:15    plug with you; true statement?

**Re: [239:13 to 239:19]**

**Def Obj** improper counter (lines 239:13-19 and 240:10-13 should be read to the jury together with 239:20-24 and 240:4-7. However, if 239:20-24 and 240:4-7 are excluded, then 239:13-19 and 240:10-13 should be excluded on the same grounds).

OVERRULED

239:18 - 239:19  Battler, Leanne 2020-09-10
239:18    Q. Go ahead.  You can answer.
239:19    A. That's true.

**Re: [239:13 to 239:19]**
**Def Obj** improper counter (lines 239:13-19 and 240:10-13 should be read to the jury together with 239:20-24 and 240:4-7. However, if 239:20-24 and 240:4-7 are excluded, then 239:13-19 and 240:10-13 should be excluded on the same grounds).

OVERRULED

239:20 - 239:24  Battler, Leanne 2020-09-10
239:20    Q. Okay.  If there had been some
239:21    problems with the plug that they knew about,
239:22    the back and forth would have been an

**Re: [239:20 to 240:09]**
**Pltf Obj** 11. Foundation, 17. Objection Nonresponsive, 02.

OVERRULED

| Testimony | Objections | Counter | Ruling |
|---|---|---|---|
| 239:23 opportunity for them to disclose that<br>239:24 information to you; true? | 602, 22. MIL G7 lay opinion on efficacy of CAEv2 | | |
| **240:05 - 240:07** Battler, Leanne 2020-09-10<br>240:05 A. I think if there was a problem<br>240:06 with the plug, I would have found it on my own,<br>240:07 regardless of them telling me or not. | **Re: [239:20 to 240:09]**<br>**Pltf Obj** 11. Foundation, 17. Objection Nonresponsive, 02. 602, 22. MIL G7 lay opinion on efficacy of CAEv2 | | **OVERRULED** |
| | | **240:10 - 240:13** Battler, Leanne 2020-09-10<br>240:10 My question is: They never<br>240:11 shared any of the problems that<br>they knew about<br>240:12 the plug with you; true?<br>240:13 A. That is true. | **Re: [240:10 to 240:13]**<br>**Def Obj** improper counter (lines 239:13-19 and 240:10-13 should be read to the jury together with 239:20-24 and 240:4-7. However, if 239:20-24 and 240:4-7 are excluded, then 239:13-19 and 240:10-13 should be excluded on the same grounds). |
| | | | **OVERRULED** |
| **241:15 - 242:08** Battler, Leanne 2020-09-10<br>241:15 Q. Good afternoon, Lieutenant<br>241:16 Colonel Battler. You were shown a GAO study,<br>241:17 Exhibit 24, that included some supposed<br>241:18 criticisms of your report on the success story<br>241:19 article that you wrote; correct?<br>241:20 A. Correct.<br>241:21 Q. And, in fact, that GAO had<br>241:22 various criticisms that certain things weren't<br>241:23 in your report. But, in fact, every one of<br>241:24 those things was in your report; correct?<br>241:25 A. Correct.<br>242:01 Q. And you would agree with me that<br>242:02 even in the case of the government -- the<br>242:03 government reports, and the case of this GAO<br>242:04 report that criticized your report, sometimes<br>242:05 the government just gets it wrong; right?<br>242:06 A. Shockingly.<br>242:07 Q. So you would agree with that?<br>242:08 A. Yes, I agree. | **Re: [241:21 to 241:25]**<br>**Pltf Obj** 03. 611; Leading, 04. 702, 11. Foundation<br><br>**Re: [242:01 to 242:08]**<br>**Pltf Obj** 11. Foundation, 03. 611; Leading | | **SUSTAINED DOC EXCLUDED** |
| **242:15 - 243:05** Battler, Leanne 2020-09-10<br>242:15 Q. You were asked questions by Mr.<br>242:16 Monsour if there was a problem with the Combat<br>242:17 Arms Version 2, would that have been an<br>242:18 opportunity for Aearo to tell you, he was<br>242:19 referring to the back and forth of the emails.<br>242:20 And your testimony was: If there was a problem<br>242:21 with the plug, I would have found it on my own.<br>242:22 What did you mean by that?<br>242:23 A. The soldiers -- The soldiers<br>242:24 would have told me. They would have told me.<br>242:25 Q. You were asked some questions | **Re: [242:15 to 242:24]**<br>**Pltf Obj** 11. Foundation<br><br>**Re: [242:15 to 242:25]**<br>**Pltf Obj** 04. 702 | | **OVERRULED**<br><br>**OVERRULED** |

243:01    about your ex-husband and the picture that you
243:02    took of an earplug in his ear contacting his
243:03    tragus.
243:04    Do you recall that?
243:05    A. Yes.

**243:20 - 244:02**  Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 243:20  Q. I'll just limit it to your | **Re: [243:20 to 244:02]** | **OVERRULED** |
| 243:21  experience.  In your experience, why does it -- | **Pltf Obj** 611 leading, | |
| 243:22  with respect to your husband, whose plug | vague/confusing and compound | |
| 243:23  contacted his tragus; right? | questions; speculation; | |
| 243:24  A. Uh-huh. | 701/702; 403 | |
| 243:25  Q. With respect to your ex-husband, | | |
| 244:01  why didn't the plug -- the outer flange of the | | |
| 244:02  plug contacting his tragus cause a problem? | | |

**244:07 - 244:20**  Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 244:07  A. Because the -- The internal | **Re: [244:07 to 244:20]** | **OVERRULED** |
| 244:08  portion in his ear was -- was leaned. | **Pltf Obj** Speculation; 701/702; | |
| 244:09  Q. And your husband used that plug | 403; 802 | |
| 244:10  and did not sustain any hearing loss or | | |
| 244:11  tinnitus; correct? | | |
| 244:12  A. Correct. | | |
| 244:13  Q. Okay.  You were asked some | | |
| 244:14  questions about the four surveys you did, | | |
| 244:15  Exhibits 15 and 18, do you recall that? | | |
| 244:16  A. Yes. | | |
| 244:17  Q. And Exhibit 15, the first | | |
| 244:18  individual, said there was nothing that he | | |
| 244:19  would change about the plug; right? | | |
| 244:20  A. Yes. | | |

**245:08 - 245:25**  Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 245:08  Q. So one individual's response was | **Re: [245:08 to 245:25]** | **SUSTAINED** |
| 245:09  that they wouldn't change anything; right? | **Pltf Obj** 802; 402/403; | |
| 245:10  A. Right. | 701/702; conjecture; | |
| 245:11  Q. One individual's response was | speculation | |
| 245:12  they were effective when they were worn; | | |
| 245:13  correct? | | |
| 245:14  A. Yes.  Is that the one who lost | | |
| 245:15  them? | | |
| 245:16  Q. And then there were two | | |
| 245:17  individuals who indicated that they were not | | |
| 245:18  comfortable; right? | | |
| 245:19  A. Right. | | |
| 245:20  Q. Now, for individuals who | | |
| 245:21  indicated that they were not comfortable, you | | |
| 245:22  indicated that that would either be because | | |
| 245:23  they didn't like the material or because of the | | |
| 245:24  diameter.  It's not clear; right? | | |
| 245:25  A. Correct. | | |

**246:01 - 246:07**  Battler, Leanne 2020-09-10

| | | |
|---|---|---|
| 246:01  Q. Is that correct? | **Re: [246:01 to 246:07]** | **SUSTAINED** |
| 246:02  A. Yes.  Correct. | **Pltf Obj** 802; 402/403; | |
| 246:03  Q. And so if the diameter was too | 602/701/702; incomplete | |

| | | | |
|---|---|---|---|
| 246:04 | big, for those individuals, of the plug, they | hypothetical; | |
| 246:05 | should not have been wearing the plug in the | improper/incomplete | |
| 246:06 | first instance; correct? | designation; speculation; 611 | |
| 246:07 | A. Correct. | leading; conjecture | |

**246:19 - 247:13**   Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 246:19 | Q. Well, let me ask you this:  If | **Re: [246:19 to 247:13]** | <mark>SUSTAINED</mark> |
| 246:20 | the plugs were so big that they were | **Pltf Obj** 402/403; 602/701/702; | |
| 246:21 | uncomfortable, those soldiers should not have | improper hypothetical; | |
| 246:22 | been fitted with those earplugs; correct? | speculation; conjecture; 406; | |
| 246:23 | A. In my experience, if -- Right. | | |
| 246:24 | If we couldn't get the third flange flush with | | |
| 246:25 | the opening of the ear canal, or if it was too | | |
| 247:01 | uncomfortable to reach that point, then we | | |
| 247:02 | would not fit them with -- we would recommend | | |
| 247:03 | they not use that size medium Combat Arms | | |
| 247:04 | earplug. | | |
| 247:05 | Q. Okay.  And if it was because the | | |
| 247:06 | -- If they were uncomfortable because of the | | |
| 247:07 | material, the individuals had other options to | | |
| 247:08 | choose from, in terms of material; right? | | |
| 247:09 | A. Right. | | |
| 247:10 | Q. And we talked about the SureFire | | |
| 247:11 | plug, it had a more comfortable material, but | | |
| 247:12 | your testimony was it did not provide the same | | |
| 247:13 | protection as the Combat Arms earplug; right? | | |

**247:16 - 247:25**   Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 247:16 | A. The SureFire earplug feels like a | **Re: [247:16 to 247:25]** | |
| 247:17 | gummy bear in your ear.  It's awesome. | **Pltf Obj** Nonresponsive | <mark>SUSTAINED</mark> |
| 247:18 | Q. But you testified earlier you | answers; 611 leading | |
| 247:19 | were concerned about statements made about | questions; 701/702; 402/403; | |
| 247:20 | SureFire because, in fact, SureFire did not | speculatuion; conjecture | |
| 247:21 | provide the same protection for hearing as | | |
| 247:22 | Combat Arms; correct? | | |
| 247:23 | A. My experience was that it did not | | |
| 247:24 | -- that more hearing loss was incurred when | | |
| 247:25 | soldiers wore the SureFire earplug. | | |

**248:04 - 248:21**   Battler, Leanne 2020-09-10

| | | | |
|---|---|---|---|
| 248:04 | Q. And that's based on your personal | **Re: [248:04 to 248:21]** | <mark>SUSTAINED</mark> |
| 248:05 | experience; correct? | **Pltf Obj** 611 leading, vague, | |
| 248:06 | A. Yes, sir. | asked/answered; 701/702; 802; | |
| 248:07 | Q. And so looking -- looking back at | 402/403; conjecture; calls for | |
| 248:08 | Exhibits 15 to 18, when I was asking you | speculation | |
| 248:09 | questions, you called the Combat Arms Version 2 | | |
| 248:10 | a great product; correct? | | |
| 248:11 | A. Yes. | | |
| 248:12 | Q. And did anything about the survey | | |
| 248:13 | responses you received from the soldiers, those | | |
| 248:14 | four survey responses, did anything in those | | |
| 248:15 | change your view that the Combat Arms Version 2 | | |
| 248:16 | was a great product? | | |
| 248:17 | A. It's a great product if it's the | | |
| 248:18 | right size. | | |
| 248:19 | Q. Right.  And the Army audiologists | | |

248:20    knew that it was not the right size for
248:21    everybody; correct?

248:24 - 249:16   Battler, Leanne 2020-09-10
248:24    A. My training -- My training
248:25    included that there's no such thing as one size
249:01    fits all.
249:02    Q. You did not -- You did not need
249:03    Aearo to tell you, Lieutenant Colonel Battler,
249:04    that the Combat Arms Version 2 did not fit
249:05    everybody; correct?
249:06    A. That's correct.
249:07    Q. You knew that based on your own
249:08    experience?
249:09    A. Correct.
249:10    Q. Mr. Monsour asked you some
249:11    questions about needing to constantly reassert
249:12    -- reinsert earplugs.  But your experience was
249:13    that you did not need to reinsert the Combat
249:14    Arms Version 2 more than any other earplugs;
249:15    correct?
249:16    A. My experience, correct.

Re: [248:24 to 249:16]
Pltf Obj Nonresponsive
answers; 611 leading
questions; 701/702; 402/403;
speculatuion; conjecture; 802

SUSTAINED

| 3M Affirmatives | Pltf Objections | Pltf Counters | 3M Objections | Rulings |
|---|---|---|---|---|
| 6:19 - 6:23   Burrows, Sarah 2020-09-24 | | | | |
| 6:19   obvious question.  Tell me your full | | | | |
| 6:20   name. | | | | |
| 6:21   A. Sarah Burrows. | | | | |
| 6:22   Q. Okay.  Do you have a middle | | | | |
| 6:23   name? | | | | |
| 7:01 - 7:01   Burrows, Sarah 2020-09-24 | | | | |
| 7:01   A. Yes.  Sarah Elizabeth Burrows. | | | | |
| 12:13 - 12:19   Burrows, Sarah 2020-09-24 | | | | |
| 12:13   Q. Okay.  All right.  And just sort | | | | |
| 12:14   of jumping ahead to an obvious question, | | | | |
| 12:15   when Mr. Keefer was deposed in I think | | | | |
| 12:16   July, he identified you as his current | | | | |
| 12:17   girlfriend.  Are you still involved with | | | | |
| 12:18   Mr. Keefer romantically? | | | | |
| 12:19   A. Yes. | | | | |
| 14:13 - 14:18   Burrows, Sarah 2020-09-24 | | | | |
| 14:13   Q. Okay.  Do you know -- were | | | | |
| 14:14   you -- and I'll get to more specifics | | | | |
| 14:15   later.  When did you -- I guess for lack | | | | |
| 14:16   of a better word, when would you say you | | | | |
| 14:17   first became his girlfriend? | | | | |
| 14:18   A. August of 2018. | | | | |
| 18:08 - 18:16   Burrows, Sarah 2020-09-24 | | | | |
| 18:08   Q. Okay.  All right.  Let me get a | | | | |
| 18:09   little bit of background about you so I | | | | |
| 18:10   know -- sort of know more of who I'm | | | | |
| 18:11   talking to here.  What is your date of | | | | |
| 18:12   birth? | | | | |
| 18:13   A. 11/12/92. | | | | |
| 18:14   Q. Okay.  And I'm bad at math.  So, | | | | |
| 18:15   that would make you how old? | | | | |
| 18:16   A. Twenty-seven. | | | | |
| 18:19 - 18:23   Burrows, Sarah 2020-09-24 | | | | |
| 18:19   Q. Okay.  Where do you work? | | | | |
| 18:20   A. I work for SWODA Aging Services. | | | | |
| 18:21   Q. What is that, roughly, | | | | |
| 18:22   basically? | | | | |
| 18:23   A. I'm an ADvantage case manager. | | | | |
| 19:01 - 19:04   Burrows, Sarah 2020-09-24 | | | | |
| 19:01   The ADvantage program is for elderly | | | | |
| 19:02   people or disabled that meet nursing | | | | |
| 19:03   facility level of care but have the | | | | |
| 19:04   desire and ability to stay home. | | | | |
| 21:13 - 21:23   Burrows, Sarah 2020-09-24 | | | | |

21:13    Q. Okay.  And what's the highest
21:14    level of education you completed?
21:15    A. Bachelor's degree.
21:16    Q. Okay.  Where did you attend?
21:17    A. Southwestern Oklahoma State
21:18    University.
21:19    Q. Okay.
21:20    A. And I am currently enrolled in
21:21    a -- in school now.
21:22    Q. Okay.  Where are you enrolled
21:23    now?

22:01 - 22:02    Burrows, Sarah 2020-09-24
22:01    A. Northwestern Oklahoma State
22:02    University.

22:22 - 22:23    Burrows, Sarah 2020-09-24
22:22    Q. Okay.  All right.  Tell me when
22:23    -- you mentioned -- I think you said

23:01 - 23:14    Burrows, Sarah 2020-09-24
23:01    August of 2018 is when you first started
23:02    dating Mr. Keefer?  Is that a fair
23:03    statement?
23:04    A. Yeah.
23:05    Q. When -- when did you first come
23:06    to know Mr. Keefer at any point in your
23:07    life, I mean?
23:08    A. It was February of that year.
23:09    Q. Okay.  And -- February 2018?
23:10    A. Yes.
23:11    Q. Okay.  And how did you meet him?
23:12    A. His son and my son were in the
23:13    same class in kindergarten, and they were
23:14    best friends.

23:15 - 23:18    Burrows, Sarah 2020-09-24
23:15    Q. Wow.  Okay.  And I guess
23:16    let's -- just to be so we're clear, his
23:17    son is named what?
23:18    A. Ethan Keefer.

24:10 - 24:23    Burrows, Sarah 2020-09-24
24:10    Q. All right.  So you met him in
24:11    like February 2018 through your son's
24:12    sort of a -- I'd call it a play date, but
24:13    8-year-olds don't call it play dates
24:14    anymore.  Is that the idea basically?
24:15    A. Yeah.
24:16    Q. All right.  And when did you --
24:17    and how often did you see him between
24:18    February of 2018 and, say, August of 2018
24:19    when you started dating or -- or however

**Re: [24:10 to 25:20]**
**Pltf Obj** compound, vague, 402

**OBJECTION WITHDRAWN, 3/12/2021**

| | | |
|---|---|---|
| 24:20 | you want to describe it? | |
| 24:21 | A. Really not much.  Ethan would | |
| 24:22 | stay the night with us occasionally.  And | |
| 24:23 | he would -- I would see him when he would | |

**25:01 - 25:20    Burrows, Sarah 2020-09-24**

| | | | |
|---|---|---|---|
| 25:01 | pick him up or drop him off.  And that | **Re: [24:10 to 25:20]** | **OBJECTION WITHDRAWN [25:01-25:10], 3/12/2021** |
| 25:02 | was about it.  And at school activities. | **Pltf Obj** compound, vague, 402 | |
| 25:03 | Q. Okay.  And how did you come to | | |
| 25:04 | start dating him?  Was it a mutual setup, | | |
| 25:05 | or did you -- these are awkward | | **OBJECTION SUSTAINED [25:11-25:15 (ending at "with kids")]** |
| 25:06 | questions, but, I mean, I gather it | | |
| 25:07 | wasn't like a Match.com because you | | |
| 25:08 | already knew him, so that's what I was | | |
| 25:09 | trying to get to, so. | | |
| 25:10 | A. No.  It -- I mean, it started | | **OBJECTION WITHDRAWN [25:15 (beginning at "And")-25:20** |
| 25:11 | with our kids.  And I was going through | | |
| 25:12 | things.  My ex-husband was abusive in | | |
| 25:13 | many ways.  Lewis had gotten a divorce, | | |
| 25:14 | not like -- he was the only person I knew | | |
| 25:15 | that had gotten a divorce with kids.  And | | |
| 25:16 | we were friends.  Like, we would talk | | |
| 25:17 | when we saw each other.  And, like, he | | |
| 25:18 | would occasionally text me about stuff. | | |
| 25:19 | And so, like, I would say we were | | |
| 25:20 | friends. | | |

**26:01 - 26:23    Burrows, Sarah 2020-09-24**

| | |
|---|---|
| 26:01 | Q. How did you start dating?  How |
| 26:02 | did it go from, you know -- |
| 26:03 | A. Oh, okay. |
| 26:04 | Q. -- like -- |
| 26:05 | A. So -- |
| 26:06 | Q. Yeah. |
| 26:07 | A. Sorry.  I was talking to him |
| 26:08 | about, like, how I decided to get |
| 26:09 | divorced and was trying to figure out how |
| 26:10 | to do it.  And it just went from there. |
| 26:11 | Q. Okay.  All right.  Have you ever |
| 26:12 | lived with him, like either in his house |
| 26:13 | or your house? |
| 26:14 | A. No. |
| 26:15 | Q. Have you taken vacations |
| 26:16 | together? |
| 26:17 | A. No. |
| 26:18 | Q. I know the word -- "fianci" is a |
| 26:19 | weird word in -- at a certain age.  But |
| 26:20 | do you have plans to marry?  Are you |
| 26:21 | engaged?  Is there any discussion of |
| 26:22 | where this is going to go that has been |
| 26:23 | agreed upon, at least? |

**27:01 - 27:07    Burrows, Sarah 2020-09-24**

| | | | | |
|---|---|---|---|---|
| 27:01 | A. I mean, we both agreed like | | | |
| 27:02 | we're together.  We're not going | | | |
| 27:03 | anywhere. | | | |
| 27:04 | Q. Okay.  But there's not like a | | | |
| 27:05 | wedding date planned or anything of that | | | |
| 27:06 | nature? | | | |
| 27:07 | A. No. | | | |

| 27:08 - 27:23 | Burrows, Sarah 2020-09-24 | | | **SUSTAINED** |
|---|---|---|---|---|
| 27:08 | Q. All right.  Okay.  I want to ask | Re: [27:08 to 28:04] | | |
| 27:09 | some questions about what you sort of | Pltf Obj OBJ beginning at 27:8 | | |
| 27:10 | know about Mr. Keefer's past and just | 402, 403 | | |
| 27:11 | sort of find that out, knowing that you | | | |
| 27:12 | weren't around for this.  But, for | | | |
| 27:13 | example, how many times has he been | | | |
| 27:14 | married? | | | |
| 27:15 | A. Twice. | | | |
| 27:16 | Q. Okay.  Do you remember -- have | | | |
| 27:17 | you -- do you know his wives' names? | | | |
| 27:18 | A. Prisha and Emily. | | | |
| 27:19 | Q. Have you ever met Prisha? | | | |
| 27:20 | A. No. | | | |
| 27:21 | Q. Okay.  Do you have any | | | |
| 27:22 | understanding as to why that marriage | | | |
| 27:23 | ended in divorce? | | | |

| 28:01 - 28:04 | Burrows, Sarah 2020-09-24 | | | **SUSTAINED** |
|---|---|---|---|---|
| 28:01 | A. Yes. | Re: [27:08 to 28:04] | | |
| 28:02 | Q. Okay.  What were you told about | Pltf Obj OBJ beginning at 27:8 | | |
| 28:03 | that? | 402, 403 | | |
| 28:04 | A. She cheated on him. | | | |

| 28:11 - 28:23 | Burrows, Sarah 2020-09-24 | | | **SUSTAINED** |
|---|---|---|---|---|
| 28:11 | Q. Okay.  When -- have you met | Re: [28:11 to 29:08] | | |
| 28:12 | Emily Keefer? | Pltf Obj 402, vague | | |
| 28:13 | A. Yes.  I actually knew her first. | | | |
| 28:14 | Q. Okay.  Knew her before you knew | | | |
| 28:15 | Lewis Keefer? | | | |
| 28:16 | A. Yes. | | | |
| 28:17 | Q. Okay.  How did you come to know | | | |
| 28:18 | Emily Keefer? | | | |
| 28:19 | A. Our kids. | | | |
| 28:20 | Q. Okay.  Okay.  So because her son | | | |
| 28:21 | was his son and therefore they were best | | | |
| 28:22 | friends, I guess.  Have you interacted | | | |
| 28:23 | with Emily Keefer since you started | | | |

| 29:01 - 29:08 | Burrows, Sarah 2020-09-24 | | | **SUSTAINED** |
|---|---|---|---|---|
| 29:01 | dating Lewis Keefer? | Re: [28:11 to 29:08] | | |
| 29:02 | A. Once. | Pltf Obj 402, vague | | |
| 29:03 | Q. Okay.  Just in what context? | | | |
| 29:04 | A. She had brought the kids by the | | | |
| 29:05 | house to get a few things, and I didn't | | | |

| | | | | |
|---|---|---|---|---|
| 29:06 | realize she was there.  And I was walking | | | |
| 29:07 | through the house, and she walked out of | | | |
| 29:08 | the bathroom as I was walking by. | | | |

| | | | | |
|---|---|---|---|---|
| 29:12 - 29:21 | Burrows, Sarah 2020-09-24 | | | |
| 29:12 | Q. Okay.  Do you have any | **Re: [29:12 to 29:21]** | | SUSTAINED |
| 29:13 | understanding as to why their marriage | **Pltf Obj** 402, 403, 602, | | |
| 29:14 | ended in divorce? | leading | | |
| 29:15 | A. Yes. | | | |
| 29:16 | Q. Okay.  And what's your | | | |
| 29:17 | understanding about that? | | | |
| 29:18 | A. She cheated. | | | |
| 29:19 | Q. Okay.  Is that something that -- | | | |
| 29:20 | Mr. Keefer told you she cheated? | | | |
| 29:21 | A. Yes. | | | |

| | |
|---|---|
| 30:03 - 30:23 | Burrows, Sarah 2020-09-24 |
| 30:03 | Q. All right.  What -- what do you |
| 30:04 | know about -- and this is a very broad |
| 30:05 | question -- about Mr. Keefer's military |
| 30:06 | service, just in general? |
| 30:07 | A. I really don't know much at all. |
| 30:08 | Q. Okay. |
| 30:09 | A. Like, I know he served.  I know |
| 30:10 | he was stationed in Hawaii and I believe |
| 30:11 | Georgia. |
| 30:12 | Q. Okay. |
| 30:13 | A. That's about it. |
| 30:14 | Q. You know -- |
| 30:15 | A. He was a medic. |
| 30:16 | Q. Okay.  That was my next |
| 30:17 | question.  You know what he did in the |
| 30:18 | military? |
| 30:19 | A. Yes. |
| 30:20 | Q. Medic, you said? |
| 30:21 | A. Yes. |
| 30:22 | Q. Okay.  And do you know if it was |
| 30:23 | Army versus Navy versus Air Force?  I |

| | |
|---|---|
| 31:01 - 31:05 | Burrows, Sarah 2020-09-24 |
| 31:01 | mean -- |
| 31:02 | A. Army. |
| 31:03 | Q. Okay.  And do you know if he was |
| 31:04 | ever deployed overseas? |
| 31:05 | A. Yes. |

| | |
|---|---|
| 31:06 - 31:08 | Burrows, Sarah 2020-09-24 |
| 31:06 | Q. Do you know where he was |
| 31:07 | deployed? |
| 31:08 | A. No. |

| | |
|---|---|
| 31:12 - 31:16 | Burrows, Sarah 2020-09-24 |
| 31:12 | Q. All right.  Do you know anything |

31:13    about noise exposures that he may have
31:14    encountered while serving in the
31:15    military?
31:16    A. No.

32:06 - 32:09    Burrows, Sarah 2020-09-24
32:06    Q. I'll -- I'll ask the question
32:07    again to make sure we're on the same
32:08    page.  Do you know if he was around an
32:09    IED that exploded ever?

32:11 - 32:11    Burrows, Sarah 2020-09-24
32:11    A. No.

32:17 - 32:18    Burrows, Sarah 2020-09-24
32:17    Do you know if he was ever
32:18    around when a mortar exploded?

32:20 - 32:20    Burrows, Sarah 2020-09-24
32:20    A. I don't know.

32:22 - 33:01    Burrows, Sarah 2020-09-24
32:22    Q. It's okay.  Do you know if you
32:23    were -- if he was exposed to helicopter
33:01    noise while in the military?

| | | | |
|---|---|---|---|
| 33:03 - 33:03  Burrows, Sarah 2020-09-24<br>33:03  A. I don't know. | **Re: [33:03 to 33:05]**<br>**Pltf Obj** 402, 403, 602 | | **OVERRULED** |
| 33:04 - 33:05  Burrows, Sarah 2020-09-24<br>33:04  Q. All right.  Do you have any<br>33:05  knowledge of why he left the military? | **Re: [33:03 to 33:05]**<br>**Pltf Obj** 402, 403, 602 | | **SUSTAINED** |
| 33:07 - 33:09  Burrows, Sarah 2020-09-24<br>33:07  A. I do not.<br>33:08  Q. And do you -- did he ever tell<br>33:09  you anything about why he got out? | **Re: [33:07 to 33:09]**<br>**Pltf Obj** 402, 403, 602 | | **SUSTAINED** |
| 33:11 - 33:14  Burrows, Sarah 2020-09-24<br>33:11  A. No.<br>33:12  Q. All right.  Did -- do you know<br>33:13  whether or not he was ever subject to any<br>33:14  discipline while he was in the military? | **Re: [33:11 to 33:14]**<br>**Pltf Obj** 402, 403, 602 | | **SUSTAINED** |
| 33:16 - 33:19  Burrows, Sarah 2020-09-24<br>33:16  A. I do not.<br>33:17  Q. Did he ever discuss any --<br>33:18  whether he ever lost rank while in the<br>33:19  military? | **Re: [33:16 to 33:19]**<br>**Pltf Obj** 402, 403, 602 | | **SUSTAINED** |
| 33:21 - 33:21  Burrows, Sarah 2020-09-24<br>33:21  A. No. | **Re: [33:21 to 33:21]** | | **SUSTAINED** |

**Pltf Obj** 402, 403, 602

**Re: [34:05 to 34:14]**
**Pltf Obj** 602, MIL C4 -
non-military noise exposure

**OBJECTIONS
WITHDRAWN,
3/12/2021**

34:05 - 34:14    Burrows, Sarah 2020-09-24
34:05    Q. Okay.  Do you have any knowledge
34:06    of hearing protection that Mr. Keefer --
34:07    and I'm going to define this in -- in
34:08    time periods, so listen to my question
34:09    carefully so we're -- we're clear about
34:10    this.
34:11    Do you have any knowledge of
34:12    whether Mr. Keefer used hearing
34:13    protection before he entered the
34:14    military?

34:16 - 34:20    Burrows, Sarah 2020-09-24
34:16    A. I do not.
34:17    Q. Okay.  Do you have any knowledge
34:18    or has he ever discussed with you his use
34:19    of hearing protection while he was in the
34:20    military?

34:22 - 34:22    Burrows, Sarah 2020-09-24
34:22    A. No.

34:23 - 34:23    Burrows, Sarah 2020-09-24
34:23    Q. Okay.  Do you know the hearing

35:01 - 35:19    Burrows, Sarah 2020-09-24
35:01    protection device that is the subject of
35:02    this lawsuit?  Do you understand what it
35:03    is?
35:04    A. Yes.
35:05    Q. Okay.  What is it, to your
35:06    knowledge?
35:07    A. The 3M earplug.
35:08    Q. Okay.  Does the name Combat Arms
35:09    mean anything to you?
35:10    A. No.
35:11    Q. Okay.  I'll call them the 3M
35:12    earplugs since that's what you called
35:13    them.  Did Mr. Keefer ever describe the
35:14    3M hearing -- did he ever describe the 3M
35:15    hearing plugs?  I've got to say this
35:16    again.
35:17    Did he ever describe the 3M
35:18    earplugs to you?
35:19    A. No.

35:20 - 35:22    Burrows, Sarah 2020-09-24
35:20    Q. Okay.  Do you know if they were
35:21    double-sided, one-sided, yellow, purple,
35:22    pink, anything?

| | | | | |
|---|---|---|---|---|
| 36:01 - 36:01 | Burrows, Sarah 2020-09-24 | | | |
| 36:01 | A. No. | | | |
| 36:18 - 36:23 | Burrows, Sarah 2020-09-24 | | | |
| 36:18 | Q. All right. Between -- do you | **Re: [36:18 to 37:03]** | | **OBJECTIONS** |
| 36:19 | know when Mr. Keefer got out of the | **Pltf Obj** MIL C4 - non-military | | **WITHDRAWN,** |
| 36:20 | military, like what year? | noise exposure | | **3/12/2021** |
| 36:21 | A. 2015. | | | |
| 36:22 | Q. Okay. Between 2015 and the time | | | |
| 36:23 | you started dating Mr. Keefer in August | | | |
| 37:01 - 37:03 | Burrows, Sarah 2020-09-24 | | | |
| 37:01 | of 2018, do you know whether he wore any | **Re: [36:18 to 37:03]** | | **OBJECTIONS** |
| 37:02 | hearing protection devices, from what he | **Pltf Obj** MIL C4 - non-military | | **WITHDRAWN,** |
| 37:03 | has told you? | noise exposure | | **3/12/2021** |
| 37:05 - 37:22 | Burrows, Sarah 2020-09-24 | | | |
| 37:05 | A. No. I don't know. | | | |
| 37:06 | Q. All right. Let me ask you about | | | |
| 37:07 | his hearing in general. And again, I'm | | | |
| 37:08 | going to use time periods in my | | | |
| 37:09 | questions. Did Mr. Keefer ever discuss | | | |
| 37:10 | for you the condition of his hearing, | | | |
| 37:11 | what -- how well he heard prior to | | | |
| 37:12 | joining the military? | | | |
| 37:13 | A. No. | | | |
| 37:14 | Q. Did he ever discuss with you his | | | |
| 37:15 | hearing issues, if any, during the time | | | |
| 37:16 | he was in the military? | | | |
| 37:17 | A. No. | | | |
| 37:18 | Q. And between the time that he | | | |
| 37:19 | left the military in 2015 and August of | | | |
| 37:20 | 2018, did he ever discuss with you any | | | |
| 37:21 | issues he was having with hearing? | | | |
| 37:22 | A. No. | | | |
| 37:23 - 38:09 | Burrows, Sarah 2020-09-24 | | | |
| 37:23 | Q. Are you familiar with tinnitus? | | | |
| 38:01 | Or sometimes called "tin-nigh-tus." It | | | |
| 38:02 | depends on where you're from and how you | | | |
| 38:03 | read it. Do you know what I'm talking | | | |
| 38:04 | about? | | | |
| 38:05 | A. Do I know what it is? Yes. | | | |
| 38:06 | Q. Okay. And how would you | | | |
| 38:07 | describe it, just to make sure we're on | | | |
| 38:08 | the same page? | | | |
| 38:09 | A. A ringing in the ears. | | | |
| 38:10 - 38:17 | Burrows, Sarah 2020-09-24 | | | |
| 38:10 | Q. Okay. Do you know -- did Mr. | | | |
| 38:11 | Keefer ever tell you whether he suffered | | | |
| 38:12 | from tinnitus before he joined the | | | |
| 38:13 | military? | | | |

38:14    A. He did not say anything.
38:15    Q. Did he ever tell you when he --
38:16    whether he suffered from tinnitus during
38:17    the time he was in the military?

38:19 - 38:19    Burrows, Sarah 2020-09-24
38:19    A. He has not told me.

38:21 - 38:23    Burrows, Sarah 2020-09-24
38:21    Q. And between the time he left the          Re: [38:21 to 39:03]          OBJECTIONS
38:22    military in 2018 -- '15 and the time you      Pltf Obj vague                WITHDRAWN,
38:23    started dating in August of 2018, did he                                   3/12/2021

39:01 - 39:03    Burrows, Sarah 2020-09-24
39:01    -- did you ever -- did he ever tell you       Re: [38:21 to 39:03]          OBJECTIONS
39:02    about suffering from tinnitus during that     Pltf Obj vague                WITHDRAWN,
39:03    period of time?                                                            3/12/2021

39:05 - 39:05    Burrows, Sarah 2020-09-24
39:05    A. No, he has not.

39:06 - 39:11    Burrows, Sarah 2020-09-24
39:06    Q. All right.  Since you've been
39:07    dating Mr. Keefer in August of 2018, has
39:08    he complained about hearing issues to
39:09    you?
39:10    A. He has said that he has
39:11    difficulty hearing.

39:12 - 39:20    Burrows, Sarah 2020-09-24
39:12    Q. Has he -- did he ever tell you
39:13    when he first noticed having difficulty
39:14    hearing in his life?
39:15    A. No.
39:16    Q. Since you've been dating Mr.
39:17    Keefer in August of 2018, has he
39:18    complained about tinnitus or ringing in
39:19    his ears?
39:20    A. No, he hasn't complained.

40:05 - 40:09    Burrows, Sarah 2020-09-24
40:05    Q. With respect to the tinnitus
40:06    issue, ringing of the ears, did he ever
40:07    tell you when he first noticed having
40:08    tinnitus?
40:09    A. No.

40:17 - 40:23    Burrows, Sarah 2020-09-24
40:17    With respect to the hearing
40:18    issues alone, how often has Mr. Keefer
40:19    complained to you about having difficulty
40:20    hearing since you first started dating
40:21    him about two years ago?

| | | | | |
|---|---|---|---|---|
| 40:22 | A. I know it affects him daily.  I | | | |
| 40:23 | don't know how much he really complains | | | |
| | | | | |
| 41:01 - 41:01 | Burrows, Sarah 2020-09-24 | | | |
| 41:01 | about it, but I've noticed it. | | | |
| | | | | |
| 41:22 - 41:23 | Burrows, Sarah 2020-09-24 | | | |
| 41:22 | Q. Okay.  Did you have enough | **Re: [41:22 to 43:07]** | | **OBJECTIONS WITHDRAWN, 3/12/2021** |
| 41:23 | interaction with Mr. Keefer between, say, | **Pltf Obj** Object to (42:10-42:13) 602; 702; 611; leading; | | |
| | | | | |
| 42:01 - 42:14 | Burrows, Sarah 2020-09-24 | | | |
| 42:01 | February and August of 2018 to understand | **Re: [41:22 to 43:07]** | | **OBJECTIONS WITHDRAWN, 3/12/2021** |
| 42:02 | whether he had hearing issues during that | **Pltf Obj** Object to (42:10-42:13) 602; 702; 611; leading; | | |
| 42:03 | time? | | | |
| 42:04 | A. I would say yes. | | | |
| 42:05 | Q. Have you noticed it getting | | | |
| 42:06 | worse? | | | |
| 42:07 | A. I mean, I'm around him more now | | | |
| 42:08 | than I was in February of that year.  So | | | |
| 42:09 | I notice it more now, but I don't know. | | | |
| 42:10 | Q. What about today versus two | | | |
| 42:11 | years ago when you first started dating | | | |
| 42:12 | him?  Have you noticed getting worse | | | |
| 42:13 | in that period of time? | | | |
| 42:14 | A. I would say I notice it more. | | | |
| | | | | |
| 42:15 - 42:23 | Burrows, Sarah 2020-09-24 | | | |
| 42:15 | Q. Okay.  Do you know if he has | **Re: [41:22 to 43:07]** | | **OBJECTIONS WITHDRAWN, 3/12/2021** |
| 42:16 | received any medical treatment for it, | **Pltf Obj** Object to (42:10-42:13) 602; 702; 611; leading; | | |
| 42:17 | meaning gone to an ENT or an audiologist | | | |
| 42:18 | or something, since you've been seeing | | | |
| 42:19 | him? | | | |
| 42:20 | A. I'm not aware. | | | |
| 42:21 | Q. Okay.  Does he have a hearing | | | |
| 42:22 | aid? | | | |
| 42:23 | A. No. | | | |
| | | | | |
| 43:01 - 43:07 | Burrows, Sarah 2020-09-24 | | | |
| 43:01 | Q. Have you discussed with him | **Re: [41:22 to 43:07]** | | **OBJECTIONS WITHDRAWN, 3/12/2021** |
| 43:02 | whether maybe he should go get a hearing | **Pltf Obj** Object to (42:10-42:13) 602; 702; 611; leading; | | |
| 43:03 | aid? | | | |
| 43:04 | A. No. | | | |
| 43:05 | Q. Okay.  Have you ever asked him | | | |
| 43:06 | why he hasn't tried to get a hearing aid? | | | |
| 43:07 | A. No. | | | |
| | | | | |
| 45:01 - 45:13 | Burrows, Sarah 2020-09-24 | | | |
| 45:01 | Q. And I asked you about tinnitus, | **Re: [45:01 to 45:19]** | | **OBJECTIONS WITHDRAWN, 3/12/2021** |
| 45:02 | and you said you're aware he has it, but | **Pltf Obj** Vague, compound; 611-leading (45:17-45:18) | | |
| 45:03 | he doesn't complain about it.  Is that a | | | |
| 45:04 | fair statement? | | | |

```
45:05    A. Yes.
45:06    Q. Okay.  How often did he mention
45:07    -- has he mentioned having tinnitus to
45:08    you over the last couple of years?
45:09    A. Not very.  He doesn't talk much.
45:10    Q. Okay.  Do you know if he has
45:11    ever gone to see a doctor about his
45:12    tinnitus?
45:13    A. I'm not aware.
```

45:14 - 45:16    Burrows, Sarah 2020-09-24
```
45:14    Q. And has he mentioned any impact
45:15    that tinnitus has had on his life?
45:16    A. I don't know.
```
**Re: [45:01 to 45:19]**
**Pltf Obj** Vague, compound;
611-leading (45:17-45:18)

**OBJECTIONS WITHDRAWN, 3/12/2021**

45:17 - 45:19    Burrows, Sarah 2020-09-24
```
45:17    Q. You can't recall any time he
45:18    has?  Is that a fair statement?
45:19    A. Yeah.  I can't recall.
```
**Re: [45:01 to 45:19]**
**Pltf Obj** Vague, compound;
611-leading (45:17-45:18)

**OBJECTIONS WITHDRAWN, 3/12/2021**

51:05 - 51:05    Burrows, Sarah 2020-09-24
```
51:05    Q. Okay.  What about like
         sporting
```

51:06 - 51:20    Burrows, Sarah 2020-09-24
```
51:06    events?  Have you gone to sporting events
51:07    with him?
51:08    A. We have gone to like our high
51:09    school football games.  But when we went
51:10    there, he was working and he was away
51:11    from the crowd.
51:12    Q. Okay.  What was his -- how was
51:13    he working?
51:14    A. He was working as EMS and as a
51:15    police officer.
51:16    Q. Okay.  And so you didn't see him
51:17    wearing hearing protection at that point
51:18    because he wasn't in the stands?  Is that
51:19    what you're saying, basically?
51:20    A. Yes.  There was no need.
```
**Re: [51:06 to 51:20]**
**Pltf Obj** MIL C4 - non-military
noise exposure

**OBJECTIONS WITHDRAWN, 3/12/2021**

52:06 - 52:11    Burrows, Sarah 2020-09-24
```
52:06    Q. What do you and Mr. Keefer do
52:07    for fun?  I mean, what -- what --
52:08    what's -- what do y'all like to do
52:09    together?
52:10    A. We fish, watch TV, hang out with
52:11    our kids.
```

53:03 - 53:10    Burrows, Sarah 2020-09-24
```
53:03    Q. What sort of -- how often, from
53:04    your observation, does Mr. Keefer have
53:05    his three children at home with him?
```

| | | |
|---|---|---|
| 53:06   A. Typically, every other weekend.<br>53:07   Q. Okay.  Have you observed<br>53:08   interactions between Mr. Keefer and his<br>53:09   children?<br>53:10   A. Yes. | | |
| 53:16 - 53:19   Burrows, Sarah 2020-09-24<br>53:16   Q. All right.  Is he able to engage<br>53:17   in the activities with his children he<br>53:18   normally would?<br>53:19   A. Like what? | Re: [53:16 to 53:19]<br>Pltf Obj Vague | OVERRULED |
| 53:21 - 53:23   Burrows, Sarah 2020-09-24<br>53:21   Q. Well, has he ever told you, you<br>53:22   know, "I would like to do this particular<br>53:23   thing with my kids, but I can't because I | Re: [53:21 to 54:09]<br>Pltf Obj Vague | OVERRULED |
| 54:01 - 54:09   Burrows, Sarah 2020-09-24<br>54:01   can't hear"?  Has he ever said that to<br>54:02   you?<br>54:03   A. No.<br>54:04   Q. What sort of things does he do<br>54:05   with his kids?<br>54:06   A. They go fishing.  They play<br>54:07   catch.  They go hiking.<br>54:08   Q. Okay.<br>54:09   A. Pretty much all I can think of. | Re: [53:21 to 54:09]<br>Pltf Obj Vague | OBJECTION<br>WITHDRAWN [54:4-9]<br><br>OVERRULED as to<br>[54:01-3] |
| 54:14 - 54:20   Burrows, Sarah 2020-09-24<br>54:14   Q. Does he -- have you seen him<br>54:15   wear the hearing protection devices<br>54:16   around the children?<br>54:17   A. Only at the monster truck stuff.<br>54:18   Q. Okay.  And how many of those<br>54:19   have y'all been to?<br>54:20   A. Two. | Re: [54:14 to 55:08]<br>Pltf Obj MIL C4 - non-military<br>noise exposure | OBJECTIONS<br>WITHDRAWN,<br>3/12/2021 |
| 54:21 - 54:23   Burrows, Sarah 2020-09-24<br>54:21   Q. What are -- and I know we<br>54:22   discussed some of these already a little<br>54:23   bit, but what are Mr. Keefer's hobbies | Re: [54:14 to 55:08]<br>Pltf Obj MIL C4 - non-military<br>noise exposure | OBJECTIONS<br>WITHDRAWN,<br>3/12/2021 |
| 54:23 - 54:23   Burrows, Sarah 2020-09-24<br>54:23   bit, but what are Mr. Keefer's hobbies | Re: [54:14 to 55:08]<br>Pltf Obj MIL C4 - non-military<br>noise exposure | OBJECTIONS<br>WITHDRAWN,<br>3/12/2021 |
| 55:01 - 55:08   Burrows, Sarah 2020-09-24<br>55:01   that you're aware of?<br>55:02   A. Fishing, golfing.  That's about<br>55:03   it.<br>55:04   Q. Okay.  You ever golf with him?<br>55:05   A. Yes. | Re: [54:14 to 55:08]<br>Pltf Obj MIL C4 - non-military<br>noise exposure | OBJECTIONS<br>WITHDRAWN,<br>3/12/2021 |

55:06   Q. Okay.  Did he wear hearing
55:07   protection on the golf course?
55:08   A. No.  It was just me and him.

55:16 - 56:04   Burrows, Sarah 2020-09-24
55:16   Q. Do you know if he owns a gun?
55:17   A. He does.
55:18   Q. Okay.  Have you ever -- has he
55:19   ever discussed whether he fires the gun
55:20   or has fired the gun?
55:21   A. We have not discussed it.
55:22   Q. Okay.  Have you ever seen him
55:23   fire the gun?
56:01   A. No.
56:02   Q. Do you know what type of gun it
56:03   is?
56:04   A. I believe he has a Sig.

**Re: [55:16 to 56:04]**
**Pltf Obj** MIL C4 - non-military
noise exposure

OBJECTIONS
WITHDRAWN,
3/12/2021

56:08 - 56:13   Burrows, Sarah 2020-09-24
56:08   Q. Okay.  What is Mr. Keefer's
56:09   current job?
56:10   A. He's a police officer.
56:11   Q. Okay.  And is it the City or the
56:12   County he's a police officer for?
56:13   A. City.

56:22 - 57:08   Burrows, Sarah 2020-09-24
56:22   Q. Yes.  I -- that's a -- kind of a
56:23   broad question.  Let me -- police
57:01   officers -- you know, I watch TV, so I
57:02   know what police officers do; right?
57:03   But -- but, you know, some police
57:04   officers are patrol cops.  Some are, you
57:05   know, behind the desk.  Some are
57:06   detectives.  You know what I mean?
57:07   There's different ways you can be a
57:08   police officer.  Do you have a general

**Re: [56:22 to 57:10]**
**Pltf Obj** compound, vague, 602

OBJECTIONS
WITHDRAWN,
3/12/2021

57:08 - 57:10   Burrows, Sarah 2020-09-24
57:08   police officer.  Do you have a general
57:09   understanding of what his specific role
57:10   is now?

**Re: [56:22 to 57:10]**
**Pltf Obj** compound, vague, 602

OBJECTIONS
WITHDRAWN,
3/12/2021

57:12 - 57:20   Burrows, Sarah 2020-09-24
57:12   A. Where we live, it is very rural,
57:13   and they don't have like detectives and
57:14   all that.  He runs traffic.  He does
57:15   whatever he needs to do.  He is very -- I
57:16   mean, there's nothing specific.
57:17   Q. Do you know what kind of firearm
57:18   he -- firearm or firearms he has with him
57:19   as a police officer?
57:20   A. I'm not aware.

58:09 - 58:19   Burrows, Sarah 2020-09-24

58:09   Q. How long has he been working as
58:10   a police officer in Hobart?
58:11   A. Since July of 2019.  August.
58:12   July or August.
58:13   Q. What was he doing for a living
58:14   prior to July or August of 2019, at least
58:15   from the time that you were involved with
58:16   him?
58:17   A. EMS.
58:18   Q. Okay.  EMS for --
58:19   A. Fire.

Re: [58:09 to 59:01]
Pltf Obj compound

OBJECTIONS
WITHDRAWN,
3/12/2021

58:20 - 59:01   Burrows, Sarah 2020-09-24

58:20   Q. Okay.  And was being a police
58:21   officer a goal of his?  Has he ever told
58:22   you?
58:23   A. He had talked about it several
59:01   times.

Re: [58:09 to 59:01]
Pltf Obj compound

OVERRULED

59:08 - 59:11   Burrows, Sarah 2020-09-24

59:08   Q. Okay.  Has he ever complained to
59:09   you about the fact that he's not able to
59:10   do any specific tasks as a police officer
59:11   because of his hearing?

59:13 - 59:13   Burrows, Sarah 2020-09-24

59:13   A. Not that I can think of.

59:14 - 59:22   Burrows, Sarah 2020-09-24

59:14   Q. Has he discussed with you
59:15   whether he ever wants to obtain a
59:16   different job than a police officer?
59:17   A. Yes.
59:18   Q. Okay.  What has he told you
59:19   about that?
59:20   A. He has talked about being an
59:21   officer somewhere else.  He has talked
59:22   about being a wildlife ranger.

60:06 - 60:12   Burrows, Sarah 2020-09-24

60:06   Q. Okay.  Has he made any active
60:07   efforts, to your knowledge, to look for
60:08   employment elsewhere, either as a police
60:09   officer or as a wildlife officer?
60:10   A. No.  It's my understanding that
60:11   he's planning on staying here for at
60:12   least the next ten years.

Re: [60:06 to 60:12]
Pltf Obj Incomplete
Designation

OBJECTIONS
WITHDRAWN,
3/12/2021

60:13 - 60:16   Burrows, Sarah 2020-09-24

60:13   Q. Okay.  Because he has
children

60:14   of a certain age that he wants to stay
60:15   around for?  Is that --
60:16   A. His and mine.

60:17 - 60:21   Burrows, Sarah 2020-09-24
60:17   Q. Okay.  All right.  Has he ever
60:18   applied for and been turned down for a
60:19   promotion with the police department,
60:20   that you're aware of?
60:21   A. No.

61:06 - 61:10   Burrows, Sarah 2020-09-24
61:06   Does he -- has he ever told you
61:07   he thinks he would have a difficult time
61:08   obtaining a job as a police officer in
61:09   another jurisdiction because of his
61:10   hearing issues?

61:12 - 61:16   Burrows, Sarah 2020-09-24
61:12   A. We have not discussed it.
61:13   Q. Okay.  Has he ever told you that
61:14   he thinks he would have a difficult time
61:15   getting a job as a wildlife officer
61:16   because of his hearing issues?

61:18 - 61:18   Burrows, Sarah 2020-09-24
61:18   A. We have not discussed it.

61:19 - 61:20   Burrows, Sarah 2020-09-24
61:19   Q. Other than jobs in law
61:20   enforcement, either in the wildlife area

61:20 - 62:01   Burrows, Sarah 2020-09-24
61:20   enforcement, either in the wildlife area
61:21   or policing, has he ever discussed any
61:22   other type of career choice that he might
61:23   like to pursue in the future?
62:01   A. Not that I can think of.

62:02 - 62:10   Burrows, Sarah 2020-09-24
62:02   Q. All right.  How often are -- are
62:03   you over at Mr. Keefer's house?
62:04   A. Daily.
62:05   Q. Okay.  Who does the household
62:06   chores around his house?
62:07   A. Me.
62:08   Q. Okay.  And why is that?
62:09   A. Because I have issues.  I -- I
62:10   just do it.

62:11 - 62:23   Burrows, Sarah 2020-09-24
62:11   Q. I have to explore that just a

| | | | | | |
|---|---|---|---|---|---|
| 62:12 | little bit.  You have issues.  Tell me | | | | |
| 62:13 | what it is that makes you do the -- the | | | | |
| 62:14 | household chores around his house. | | | | |
| 62:15 | A. Well, he's busy.  I know he's | | | | |
| 62:16 | busy.  I have more free time than he | | | | |
| 62:17 | does.  So if I do it, he doesn't have to | | | | |
| 62:18 | worry about it.  So I just do it. | | | | |
| 62:19 | Q. All right.  So, let's talk about | | | | |
| 62:20 | specific chores, and let's look at like | | | | |
| 62:21 | outside chores first, the yard.  Who mows | | | | |
| 62:22 | his yard? | | | | |
| 62:23 | A. Oh, he does. | | | | |

63:01 - 63:05   Burrows, Sarah 2020-09-24
| 63:01 | Q. Okay.  Have you ever mowed his |
| 63:02 | yard? |
| 63:03 | A. No.  But his neighbor has. |
| 63:04 | Q. Okay.  Is he able to mow his |
| 63:05 | yard without difficulty? |

63:07 - 63:16   Burrows, Sarah 2020-09-24

| 63:07 | A. He mows the yard, but he wears | **Re: [63:07 to 63:16]** | | | <span style="background:yellow">OVERRULED</span> |
| 63:08 | ear protection. | **Pltf Obj** MIL C4 - non-military | | | |
| 63:09 | Q. Okay.  Have you seen him use, | noise exposure, | | | |
| 63:10 | you know, weedeaters and trimmers? | | | | |
| 63:11 | A. Weedeaters. | | | | |
| 63:12 | Q. Okay.  Is he able to do that? | | | | |
| 63:13 | A. With protection. | | | | |
| 63:14 | Q. Okay.  Have you ever done that | | | | |
| 63:15 | for him? | | | | |
| 63:16 | A. No. | | | | |

63:21 - 64:01   Burrows, Sarah 2020-09-24

| 63:21 | Q. Do you know if he has circular | **Re: [63:21 to 64:01]** | | | <span style="background:yellow">OBJECTIONS WITHDRAWN, 3/12/2021</span> |
| 63:22 | saws, table saws, and the like? | **Pltf Obj** MIL C4 - non-military | | | |
| 63:23 | A. He does, but I've never seen him | noise exposure | | | |
| 64:01 | use it. | | | | |

64:07 - 64:07   Burrows, Sarah 2020-09-24
| 64:07 | Q. Well, in other words, is he |

64:07 - 64:08   Burrows, Sarah 2020-09-24
| 64:07 | Q. Well, in other words, is he |
| 64:08 | physically able to care for his yard? |

64:10 - 64:21   Burrows, Sarah 2020-09-24
| 64:10 | A. He uses -- yeah.  He can take |
| 64:11 | care of his yard -- |
| 64:12 | Q. Has he ever -- I'm sorry. |
| 64:13 | Keep -- finish your answer. |
| 64:14 | A. I was going to say, he uses the |
| 64:15 | ear protection and is able to mow and |
| 64:16 | weedeat as needed. |

| | | | |
|---|---|---|---|
| 64:17 | Q. Has he ever taken care of your | | |
| 64:18 | yard? | | |
| 64:19 | A. Yes. | | |
| 64:20 | Q. Okay.  Mowing and the like? | | |
| 64:21 | A. Mowing. | | |

65:06 - 65:23   Burrows, Sarah 2020-09-24

| | | | |
|---|---|---|---|
| 65:06 | Q. Okay.  What about inside | **Re: [65:06 to 66:01]** | **OBJECTIONS WITHDRAWN, 3/12/2021** |
| 65:07 | housework, things like vacuuming, for | **Pltf Obj** MIL C4 - non-military | |
| 65:08 | example?  Have you seen him vacuum | noise exposure, | |
| 65:09 | before? | | |
| 65:10 | A. I have not. | | |
| 65:11 | Q. Have you vacuumed his house for | | |
| 65:12 | him? | | |
| 65:13 | A. I have. | | |
| 65:14 | Q. Okay. | | |
| 65:15 | A. He was not home at the time. | | |
| 65:16 | Q. Okay.  What about laundry?  Who | | |
| 65:17 | does his laundry? | | |
| 65:18 | A. I do. | | |
| 65:19 | Q. Does he ever do his own laundry? | | |
| 65:20 | A. He hasn't in two years. | | |
| 65:21 | Q. Okay.  In your observation, is | | |
| 65:22 | he physically capable of doing his own | | |
| 65:23 | laundry? | | |

66:01 - 66:01   Burrows, Sarah 2020-09-24

| | | | |
|---|---|---|---|
| 66:01 | A. Yes. | **Re: [65:06 to 66:01]** | **OBJECTIONS WITHDRAWN, 3/12/2021** |
| | | **Pltf Obj** MIL C4 - non-military | |
| | | noise exposure, | |

66:03 - 66:21   Burrows, Sarah 2020-09-24

| | | | |
|---|---|---|---|
| 66:03 | Q. All right.  What about, like, | | |
| 66:04 | doing the dishes?  Who does the dishes? | | |
| 66:05 | A. Usually, I do. | | |
| 66:06 | Q. Is he physically capable of | | |
| 66:07 | doing the dishes if you weren't around? | | |
| 66:08 | A. Yes. | | |
| 66:09 | Q. Does he cook? | | |
| 66:10 | A. He does. | | |
| 66:11 | Q. Okay.  Have you ever seen him | | |
| 66:12 | have difficulty cooking because of his | | |
| 66:13 | hearing? | | |
| 66:14 | A. Not that I'm aware of. | | |
| 66:15 | Q. Does he ever hire anybody to do | | |
| 66:16 | any housework for him, like a housekeeper | | |
| 66:17 | or the like? | | |
| 66:18 | A. No. | | |
| 66:19 | Q. Has he ever hired anybody to do | | |
| 66:20 | yard work for him? | | |
| 66:21 | A. No.  Not that I'm aware of. | | |

66:22 - 67:03   Burrows, Sarah 2020-09-24

66:22    Q. Let me ask about -- setting
66:23    aside hearing and tinnitus, what other --
67:01    and I want to divide this between
67:02    physical and emotional.  So, let's start
67:03    with physical.  Are you aware of any

66:22 - 67:03    Burrows, Sarah 2020-09-24
66:22    Q. Let me ask about -- setting
66:23    aside hearing and tinnitus, what other --
67:01    and I want to divide this between
67:02    physical and emotional.  So, let's start
67:03    with physical.  Are you aware of any

67:03 - 67:14    Burrows, Sarah 2020-09-24
67:03    with physical.  Are you aware of any
67:04    other physical problems that are
67:05    disabilities or injuries or the like that
67:06    Mr. Keefer exhibits these days?
67:07    A. I know he has problems with his
67:08    back and shoulder and knees.  He -- like
67:09    sometimes when he gets up, he moves slow.
67:10    His body hurts a lot.
67:11    Q. Okay.  Do you know, from what
67:12    he's told you, whether those are injuries
67:13    or -- or problems that developed because
67:14    of his military service?

67:16 - 67:16    Burrows, Sarah 2020-09-24
67:16    A. I'm unaware of what caused them.

68:15 - 68:20    Burrows, Sarah 2020-09-24
68:15    Q. All right.  Besides the muscle
68:16    aches and pains or whatever they are with
68:17    the knee and the -- the back, any other
68:18    physical ailments you've observed that
68:19    Mr. Keefer has now or physical
68:20    limitations?

68:22 - 68:22    Burrows, Sarah 2020-09-24
68:22    A. I can't think of anything.

68:23 - 68:23    Burrows, Sarah 2020-09-24
68:23    Q. Okay.  What about emotional or

69:01 - 69:12    Burrows, Sarah 2020-09-24
69:01    psychological issues?  Are you aware of
69:02    any of those problems that Mr. Keefer may
69:03    have?
69:04    A. I am.
69:05    Q. Okay.  Tell me what you're aware
69:06    of.
69:07    A. I know that he has PTSD.  He, I
69:08    believe, has depression.  He's stressed

69:09     all the time.
69:10     Q. All right.  Okay.  Let's sort of
69:11     break those down.  What has he told you
69:12     about the PTSD as to when it began?

69:14 - 69:15     Burrows, Sarah 2020-09-24
69:14     A. He hasn't.  He doesn't talk
69:15     about it.

69:16 - 69:19     Burrows, Sarah 2020-09-24
69:16     Q. Okay.  How -- how is it you know
69:17     he has it?
69:18     A. I don't know.  I don't know how
69:19     I know.

69:20 - 69:23     Burrows, Sarah 2020-09-24
69:20     Q. Do you know if the PTSD was
69:21     something that stemmed from his -- his
69:22     time in the military?
69:23     A. From my understanding.

70:01 - 70:17     Burrows, Sarah 2020-09-24
70:01     Q. Okay.  How -- how have -- if at
70:02     all, have you observed the PTSD in
70:03     Mr. Keefer in his -- in your interactions
70:04     with him?
70:05     A. I know like crowds of people
70:06     makes him like really nervous and
70:07     uncomfortable.  And there was -- like
70:08     sometimes when he's sleeping, like he'll
70:09     say things in his sleep, and then he'll
70:10     say that he -- like he doesn't remember
70:11     it, but he thinks that he's having dreams
70:12     about when he was in the military.  He
70:13     doesn't ever relax.  Like, he doesn't
70:14     sleep well at night at all.  And when he
70:15     does, like, he, like, twitches all the
70:16     time and makes -- like it's like he's
70:17     never resting.

70:18 - 70:20     Burrows, Sarah 2020-09-24
70:18     Q. Okay.  Do you know what kind of
70:19     treatment, if any, he's received or
70:20     receiving for his PTSD?

70:22 - 71:01     Burrows, Sarah 2020-09-24
70:22     A. I do not.
70:23     Q. Do you know if he's going to see
71:01     a counselor for that?

71:03 - 71:08     Burrows, Sarah 2020-09-24
71:03     A. Not that I'm aware of.
71:04     Q. You mentioned depression.  Is

| | |
|---|---|
| 71:05 | that something that to your understanding |
| 71:06 | has been actually diagnosed as |
| 71:07 | depression? |
| 71:08 | A. I believe so. |

71:13 - 71:21   Burrows, Sarah 2020-09-24

| | |
|---|---|
| 71:13 | Q. And how have you observed the |
| 71:14 | depression affecting him on a daily |
| 71:15 | basis? |
| 71:16 | A. The fact that, like, he can't |
| 71:17 | sleep at night but he sleeps a ton during |
| 71:18 | the day.  He's kind of withdrawn at |
| 71:19 | times.  And, like, I can see it.  I -- I |
| 71:20 | know that's hard to explain, but I can |
| 71:21 | see it. |

71:22 - 72:01   Burrows, Sarah 2020-09-24

| | |
|---|---|
| 71:22 | Q. Do you know if he's receiving |
| 71:23 | any treatment for his depression? |
| 72:01 | A. I'm not aware. |

72:02 - 72:04   Burrows, Sarah 2020-09-24

| | |
|---|---|
| 72:02 | Q. Do you know if he's on any sort |
| 72:03 | of antidepressant medications? |
| 72:04 | A. Not that I'm aware of. |

73:13 - 73:15   Burrows, Sarah 2020-09-24

| | |
|---|---|
| 73:13 | Q. You mentioned sleep problems. |
| 73:14 | Do you know whether Mr. Keefer has sleep |
| 73:15 | apnea? |

**Re: [73:13 to 73:15]**
**Pltf Obj** 702

**OBJECTIONS WITHDRAWN, 3/12/2021**

73:17 - 73:19   Burrows, Sarah 2020-09-24

| | |
|---|---|
| 73:17 | A. I'm not aware. |
| 73:18 | Q. Okay.  Does he snore? |
| 73:19 | A. Yes. |

74:02 - 74:03   Burrows, Sarah 2020-09-24

| | |
|---|---|
| 74:02 | Q. And does he sleep with a CPAP or |
| 74:03 | BiPAP machine or with a mask at night? |

74:05 - 74:19   Burrows, Sarah 2020-09-24

| | |
|---|---|
| 74:05 | A. He does have a CPAP. |
| 74:06 | Q. Does he use it? |
| 74:07 | A. I don't know.  I haven't seen |
| 74:08 | it. |
| 74:09 | Q. Okay.  You know he has one, but |
| 74:10 | you don't know if he's using it.  Is that |
| 74:11 | correct? |
| 74:12 | A. Yes. |
| 74:13 | Q. Okay.  Do you know how long he's |
| 74:14 | had it?  Has he ever told you that? |
| 74:15 | A. I don't know. |
| 74:16 | Q. And have you ever asked him |

74:17   whether he uses the CPAP machine?
74:18   A. No.  He has talked about using
74:19   it, but I don't ask.

75:06 - 75:17   Burrows, Sarah 2020-09-24
75:06   Q. Has he ever indicated that his
75:07   sleep issues have any -- anything to do
75:08   with his hearing loss or tinnitus?
75:09   A. I'm not aware.
75:10   Q. Has he ever mentioned to you
75:11   whether his depression is related to his
75:12   hearing loss or tinnitus?
75:13   A. We don't talk about it.
75:14   Q. Okay.  Has he ever indicated to
75:15   you whether his PTSD is affected at all
75:16   by his hearing loss or tinnitus?
75:17   A. We don't talk about it.

76:07 - 77:02   Burrows, Sarah 2020-09-24
76:07   Q. Have you -- have you ever               **Re: [76:07 to 77:02]**                          **OBJECTIONS**
76:08   recommended that he go see a doctor for    **Pltf Obj** 402                                **WITHDRAWN,**
76:09   any reason?                                                                                **3/12/2021**
76:10   A. Yeah.
76:11   Q. Okay.  In -- in what context?
76:12   A. Like, he had a cold or
76:13   something, and I thought he should go to
76:14   the doctor.
76:15   Q. Okay.  Have you ever suggested
76:16   he go to the doctor for his hearing
76:17   issues or tinnitus?
76:18   A. I have not.
76:19   Q. Have you ever suggested he go to
76:20   the -- to go seek treatment for his PTSD
76:21   or depression or stress?
76:22   A. I have not.
76:23   Q. Have you ever suggested he go
77:01   see a doctor about his sleep issue?
77:02   A. I have not.

78:16 - 78:20   Burrows, Sarah 2020-09-24
78:16   Q. Does he ever just keep in touch,
78:17   to your knowledge, with any former
78:18   friends in the military?
78:19   A. I know he keeps in touch with
78:20   several.

79:15 - 79:23   Burrows, Sarah 2020-09-24
79:15   Q. Who are his friends now?
79:16   A. Now he has a few.  I'd say Levi
79:17   Lawson, Brandon Ammerman, Cody Fanning,
79:18   Derek Earls.
79:19   Q. Are they all people who live in
79:20   the Hobart area?

79:21   A. Levi does not live here, but he
79:22   lives in a town close by.  They used to
79:23   work together.

80:08 - 80:14   Burrows, Sarah 2020-09-24
80:08   Q. Okay.  Do you know of any of his
80:09   coworkers at the police department that
80:10   he's close to?
80:11   A. Brandon Ammerman is one.
80:12   Richard Jones.  I don't think I mentioned
80:13   him.  Cody Fanning.  Cody Siesser.  I
80:14   think that's all.

84:19 - 84:23   Burrows, Sarah 2020-09-24
84:19   Q. I had asked you some questions
84:20   about his current friends, and you gave
84:21   me a list of a few names.  How does he --
84:22   in what ways does he socialize with his
84:23   friends?

85:02 - 85:03   Burrows, Sarah 2020-09-24
85:02   A. Text messages.  If he sees them,
85:03   he talks to them.

85:04 - 85:23   Burrows, Sarah 2020-09-24
85:04   Q. Okay.  So that was actually one
85:05   of my next questions, is text -- is he --
85:06   I mean, there are people who are texters
85:07   and people who are not texters and there
85:08   are people in the middle; right?  So,
85:09   where is he?  In your observation of him
85:10   texting, is he a frequent texter?
85:11   A. Yes.
85:12   Q. Okay.  Is that his primary
85:13   method of communicating with -- with you,
85:14   for example, when you're not in the same
85:15   location?
85:16   A. Yes.
85:17   Q. Okay.  Is that the way he
85:18   interacts with his children when he's not
85:19   with them?
85:20   A. Yes.  Or FaceTime.
85:21   Q. Or FaceTime?  And with his
85:22   friends, is it the same way?  You've
85:23   observed him texting?

86:02 - 86:02   Burrows, Sarah 2020-09-24
86:02   A. Yes.

88:15 - 89:01   Burrows, Sarah 2020-09-24
88:15   Q. You mentioned earlier avoiding
88:16   crowded places or whatever.  What
88:17   about -- let's talk about, like,

88:18   restaurants, for example.  Do you all go
88:19   out to dinner at restaurants?
88:20   A. Yes.
88:21   Q. Often -- okay.  How often do you
88:22   go out?
88:23   A. I don't know.  Couple of times a
89:01   month.

89:02 - 89:16   Burrows, Sarah 2020-09-24
89:02   Q. Okay.  Is it usually just the
89:03   two of you, or is it bring the kids, or a
89:04   combination?
89:05   A. It -- I mean, if it's just us,
89:06   then we'll go.  But if we have our kids,
89:07   they go, too.
89:08   Q. Are there other couples that
89:09   y'all are friends with?
89:10   A. Yes.  But we don't hang out with
89:11   them.
89:12   Q. Okay.  You're --
89:13   A. Like, we have mutual friends
89:14   that are couples, but we don't -- we
89:15   don't really hang out with anybody.  We
89:16   basically just -- it's us and our kids.

89:17 - 89:21   Burrows, Sarah 2020-09-24
89:17   Q. Okay.  Has he ever -- has Mr.
89:18   Keefer ever expressed to you a desire to
89:19   do more hanging out with friends or
89:20   lamenting the fact that you can't hang
89:21   out with your friends more?

89:23 - 89:23   Burrows, Sarah 2020-09-24
89:23   A. No.

90:08 - 90:10   Burrows, Sarah 2020-09-24
90:08   Q. With friends.  In other words,
90:09   is he -- does he ever express regret that
90:10   he can't be out socializing more?

90:12 - 90:12   Burrows, Sarah 2020-09-24
90:12   A. We haven't discussed it.

90:13 - 90:23   Burrows, Sarah 2020-09-24
90:13   Q. What restaurants do you like to
90:14   go to?
90:15   A. I don't know.  There are
90:16   several.
90:17   Q. Okay.  I mean, what do you --
90:18   give me a list of a couple of the
90:19   restaurants you might go to.
90:20   A. Sakura, Plaza, Roma's, Johnny
90:21   Carino's, Home -- Home Town Pizza,

90:22    Hideaway Pizza.
90:23    Q. And when you go, do you

91:01 - 91:03    Burrows, Sarah 2020-09-24
91:01    typically eat there, or do you bring it
91:02    home?
91:03    A. Both.

91:18 - 91:23    Burrows, Sarah 2020-09-24
91:18    Q. What about sort of adult
91:19    parties?  Is that something y'all do, go
91:20    to adult parties together?
91:21    A. Been to like three.
91:22    Q. And I also recognize 2020 is a
91:23    terrible time to talk about going to

92:01 - 92:10    Burrows, Sarah 2020-09-24
92:01    parties.  It doesn't happen very often,
92:02    so.  Prior to the pandemic, I should say,
92:03    you went to some -- went to parties three
92:04    or four times, you think, maybe two or
92:05    three times?
92:06    A. Yeah.  There was less than like
92:07    ten people at all of them.
92:08    Q. Okay.  Is he a member of any
92:09    social clubs?
92:10    A. Masonic lodge.

92:11 - 92:12    Burrows, Sarah 2020-09-24
92:11    Q. Okay.  What does -- what does he
92:12    do at the Masonic lodge?

92:14 - 92:14    Burrows, Sarah 2020-09-24
92:14    A. Nothing much now.

92:15 - 92:17    Burrows, Sarah 2020-09-24
92:15    Q. Okay.  When you say "nothing
92:16    much now," is that pandemic-related?
92:17    A. No.

92:19 - 92:23    Burrows, Sarah 2020-09-24
92:19    A. He hasn't really done much since
92:20    he changed jobs.
92:21    Q. Okay.  Is that because of the
92:22    time issue or because there's something
92:23    about his current job that makes --

93:01 - 93:15    Burrows, Sarah 2020-09-24
93:01    A. Time issue.
93:02    Q. Okay.  Prior to his current job,
93:03    what was he doing with the Masonic lodge,
93:04    what sort of activities?
93:05    A. No activities.  Like, he would

93:06    go to the meetings if he could go to the
93:07    meetings, but that was it.
93:08    Q. Okay.  How often were those
93:09    meetings held?
93:10    A. I think it's twice a month.
93:11    Q. Okay.  Has he ever been an
93:12    officer in the Masonic lodge?
93:13    A. Yes, but I'm not sure what.  I
93:14    don't understand the Masonic lodge very
93:15    well.

| 3M Affirmatives | Pltf Objections | Pltf Counters | 3M Objections | Rulings |
|---|---|---|---|---|

**11:07 - 11:12**  Crossley, Cynthia 2020-09-21
11:07  Can you please state your full
11:08  name for the Record?
11:09  A. Cynthia Melissa Crossley.
11:10  Q. And where do you live, Ms.
11:11  Crossley?
11:12  A. I live in Southside, Alabama.

**22:19 - 22:25**  Crossley, Cynthia 2020-09-21
22:19  Q. Okay.  When did you first become
22:20  aware of the dual-ended versions of the Combat
22:21  Arms Earplugs?
22:22  A. Many years ago.
22:23  Q. Would you say -- Can you ballpark
22:24  when that was?  Was it prior to 2005, prior to
22:25  2010?

**23:01 - 23:01**  Crossley, Cynthia 2020-09-21
23:01  A. It was prior to 2005.

**24:17 - 24:22**  Crossley, Cynthia 2020-09-21
24:17  Q. Did you ever receive any training
24:18  or instructions on how to use the Combat Arms
24:19  Earplugs?
24:20  A. Yeah.  I would think I received
24:21  specific training regarding those just as a
24:22  matter of knowing how they worked.

**25:03 - 25:08**  Crossley, Cynthia 2020-09-21
25:03  Q. And who would have provided that
25:04  training?
25:05  A. In the general chain of command
25:06  in the military, that would have come down from
25:07  the hearing conservation officer within the --
25:08  at the post I was working at.

**25:10 - 25:13**  Crossley, Cynthia 2020-09-21
25:10  And would that person have been a
25:11  -- an employee of the Department of Defense?
25:12  A. That person would have been an
25:13  active duty hearing conservation officer.

**25:20 - 25:23**  Crossley, Cynthia 2020-09-21
25:20  The dual-ended version of the
25:21  Combat Arms Earplug is the only earplug you
25:22  recall having received special instructions for
25:23  how to use?

**25:25 - 26:09**  Crossley, Cynthia 2020-09-21
25:25  A. I -- I received specific training
26:01  on each type of earplug that we issued.  And
26:02  that was -- I was trained -- I was certified
26:03  every five years within the Hearing
26:04  Conservation Program on what the aspects of
26:05  fitting earplugs were, and that included all
26:06  the -- all the OSHA-approved earplugs for the
26:07  military.  So about every four or five years,
26:08  and on a daily basis, practically, as far as
26:09  fitting.

26:11 - 26:13   Crossley, Cynthia 2020-09-21
26:11   Would you agree that you received
26:12   considerable instruction and training on how to
26:13   use hearing protection devices?

**Re: [26:11 to 26:13]**
**Pltf Obj** 611; leading

SUSTAINED

26:15 - 26:15   Crossley, Cynthia 2020-09-21
26:15   A. Yes.

**Re: [26:15 to 26:15]**
**Pltf Obj** 611; leading

SUSTAINED

26:16 - 26:19   Crossley, Cynthia 2020-09-21
26:16   Q. And you were recertified in the
26:17   use of the hearing protection devices every
26:18   five years; is that correct?
26:19   A. Yes.  Yes.

**Re: [26:16 to 26:19]**
**Pltf Obj** 611; leading

SUSTAINED

27:05 - 27:14   Crossley, Cynthia 2020-09-21
27:05   Q. And during the course of your
27:06   medical practice, you don't recall having
27:07   discussed the Combat Arms much with soldiers?
27:08   A. Not much.  And I don't recall
27:09   issuing Combat Arms Ear -- because we worked in
27:10   concert with the people who were oversighting
27:11   the Hearing Conservation Program at Fort
27:12   Benning.  But we -- you know, we -- We worked
27:13   in concert with them, but we didn't necessarily
27:14   see them every day.

**Re: [27:05 to 27:14]**
**Pltf Obj** 611; leading

SUSTAINED

29:08 - 29:10   Crossley, Cynthia 2020-09-21
29:08   Q. And you said you were a board
29:09   certified occupational health nurse --
29:10   A. Yes.

29:18 - 30:02   Crossley, Cynthia 2020-09-21
29:18   Q. Okay.  And how long have you been
29:19   a certified occupation health nurse?
29:20   A. Oh, goodness.  I would have to go
29:21   get that certification certificate to tell you
29:22   exactly.  But I went to work at -- I graduated
29:23   in '82, I went to work in occupational health
29:24   at Fort Benning in 1991.  Probably five years
29:25   later, at the most, I received that
30:01   certification; and, you know, that's
30:02   ballparking it.

**Re: [29:18 to 30:02]**
**Pltf Obj** Incomplete designation

OVERRULED

34:13 - 34:15   Crossley, Cynthia 2020-09-21
34:13   Q. And approximately what year did
34:14   you start at Fort Benning?
34:15   A. May 13, 1991.

34:24 - 35:03   Crossley, Cynthia 2020-09-21
34:24   Q. How long did you work at Fort
34:25   Benning?
35:01   A. Twenty-eight years.
35:02   Q. Okay.  And you recently retired?
35:03   A. Yes.

35:10 - 36:01   Crossley, Cynthia 2020-09-21
35:10   Q. During the course of your
35:11   twenty-eight years at Fort Benning, you served
35:12   as an occupational health nurse during that
35:13   time?

35:14    A. Yes.
35:15    Q. During those twenty-eight years,
35:16    did you work within the Hearing Conservation
35:17    Program?
35:18    A. Yes.
35:19    Q. And during those twenty-eight
35:20    years, did you review audiological testing for
35:21    soldiers?
35:22    A. Yes.
35:23    Q. And during those twenty-eight
35:24    years, did you conduct audiological testing on
35:25    soldiers?
36:01    A. Yes.

**36:02 - 36:18   Crossley, Cynthia 2020-09-21**
36:02    Q. Did your work in occupational
36:03    health change at all in the twenty-eight years
36:04    you were at Fort Benning?
36:05    A. Oh, yes.  It got better.
36:06    Q. In what ways?
36:07    A. More rewarding.
36:08    Q. Okay.  And why was that?
36:09    A. Because -- Okay.  Let me get on
36:10    my little soapbox here.
36:11    I love soldiers.  I literally
36:12    loved working for soldiers.  But I loved
36:13    working for the civilian employees and the
36:14    volunteers and contractors that, at certain
36:15    times, would come across our path.
36:16    But it was just a very, very
36:17    rewarding experience for me, professionally and
36:18    personally.

**36:19 - 37:14   Crossley, Cynthia 2020-09-21**
36:19    Q. And as an occupational health
36:20    nurse, what did you view your job or
36:21    responsibility, in terms of the soldiers?
36:22    A. Doing the best I could to make
36:23    them aware of their responsibility for staying
36:24    safe, because it all -- it all comes to bear on
36:25    the person, you know, that you're taking care
37:01    of.  You can -- You can lead a horse to water,
37:02    but you can't make them drink.  You can teach
37:03    them all day long, but unless they understand
37:04    what you teach them, you're teaching is in
37:05    vain.  I loved teaching, and I loved teaching
37:06    my soldiers.
37:07    Q. So one of your job
37:08    responsibilities was educating soldiers about
37:09    the risks associated with their jobs?
37:10    A. Yes.
37:11    Q. And one of your responsibilities
37:12    was educating soldiers about the hearing risks
37:13    involved in their jobs?
37:14    A. Yes.

**38:18 - 38:22   Crossley, Cynthia 2020-09-21**
38:18    When you were educating soldiers
38:19    about the risks of hearing loss and other
38:20    audiological injuries, what were the most
38:21    difficult problems you faced in educating

**Re: [38:18 to 38:22]**
**Pltf Obj** 602; foundation;
compound; 403; MIL G5;

**OVERRULED**

38:22    soldiers about those risks?

38:24 - 38:25  Crossley, Cynthia 2020-09-21

38:24    A. Overcoming their resistance to

38:25    following the instructions.

Re: [38:24 to 38:25]

Pltf Obj 602; foundation; 403; MIL G5;

**OVERRULED**

39:01 - 39:03  Crossley, Cynthia 2020-09-21

39:01    Q. And what was your understanding

39:02    of the resistance to following the

39:03    instructions?

Re: [39:01 to 39:03]

Pltf Obj 602; foundation; 403; MIL G5;

**SUSTAINED**

39:05 - 39:21  Crossley, Cynthia 2020-09-21

39:05    A. Some -- Sometimes, you know, they

39:06    would make a little joke.  And say:  Yeah, I

39:07    carry my earplugs with me all the time, you

39:08    know, and then do this (indicating).  They

39:09    would refer to them as manual digital inserts.

39:10    You know, so there was always the back and

39:11    forth and the kidding portion of the

39:12    interaction between me as a provider and them

39:13    as a patient.  And I would laugh and cut-up and

39:14    carry on with them, but I didn't always come

39:15    away with the feeling that they truly

39:16    understood the importance of their adherence to

39:17    my instructions.  They understood what I was

39:18    saying.

39:19    Q. So in your experience, was a

39:20    failure of soldiers to use hearing protection a

39:21    major problem?

Re: [39:05 to 39:21]

Pltf Obj 602; foundation; 403; MIL G5;

**SUSTAINED**

39:23 - 40:25  Crossley, Cynthia 2020-09-21

39:23    A. You know, at times it was.

39:24    Because they -- The nature of their job is you

39:25    do it, you do it fast, and you do it as good as

40:01    you can, as fast as you can, to say as safe as

40:02    you can.  Sometimes you lose your -- You jump

40:03    off a track and lose your earplugs; your safety

40:04    glasses go one way, your earplugs go the other

40:05    way, you know.  And so they do the best they

40:06    can with what they have.  I never doubted that.

40:07    But I will tell you, sometimes I

40:08    felt like I could have personally felt better

40:09    about their understanding if -- if I could just

40:10    get across to them the importance of wearing

40:11    the earplugs.  I had good reports sometimes.

40:12    They'd say:  Listen, I am not going to be a

40:13    seventy-year-old grandfather and not be able to

40:14    hear my grandchildren.

40:15    So, yeah, you know, I had some

40:16    concerns that they would adhere to my

40:17    instructions perfectly; sometimes imperfectly.

40:18    But it was -- Whether they understood it or

40:19    not, bottom line, it was their responsibility

40:20    to follow those instructions to get the best

40:21    results from the hearing protection.

40:22    Q. You believe that the education

40:23    you provided to soldiers was important in

40:24    preventing their hearing-related injuries?

40:25    A. Yes.

Re: [39:23 to 40:25]

Pltf Obj Strike Nonresponsive; 611; leading; vague; 602

**OVERRULED**

43:09 - 43:13  Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 43:09 | Q. To provide soldiers education |
| 43:10 | about their use of hearing protection, was it |
| 43:11 | important to you that they accurately report to |
| 43:12 | you how and when they were using hearing |
| 43:13 | protection devices? |

Re: [43:09 to 43:13]
Pltf Obj Compound; 702; 602;

OVERRULED

43:15 - 43:18  Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 43:15 | A. Well, yeah, it -- You know, when |
| 43:16 | I -- And many times in my notes I would reflect |
| 43:17 | that after being educated, they were able to |
| 43:18 | demonstrate what they were taught. |

43:21 - 43:25  Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 43:21 | For example, while you were |
| 43:22 | providing education about the use of hearing |
| 43:23 | protection devices, was it important to know |
| 43:24 | which hearing protection devices soldiers were |
| 43:25 | actually using? |

44:02 - 44:06  Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 44:02 | A. They always told us which ones |
| 44:03 | they were using, because that was a portion of |
| 44:04 | the audiological testing; they told us what |
| 44:05 | they were using and that was added to the |
| 44:06 | audiological test. |

Re: [44:02 to 44:06]
Pltf Obj Strike Nonresponsive;

OVERRULED

46:10 - 47:09  Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 46:10 | Q. How do you decide what earplugs |
| 46:11 | to issue to a soldier? |
| 46:12 | A. You look in their ears, and you |
| 46:13 | judge the size, you get the size, you stick |
| 46:14 | them in, and if they fit, and they -- we sound |
| 46:15 | muffled to their -- to their -- to the soldier |
| 46:16 | that was just issued the earplugs, then we -- |
| 46:17 | we can safely assume that's a good fit. |
| 46:18 | Is it the best fit?  You know, |
| 46:19 | maybe not.  If it's not the best fit, then we |
| 46:20 | would send them to have earplugs made for them. |
| 46:21 | Because for some soldiers whose |
| 46:22 | ears were too big for the largest earplugs we |
| 46:23 | had, so we'd send them and have them made |
| 46:24 | specifically for them. |
| 46:25 | Q. And were there -- What were the |
| 47:01 | different types of hearing protection devices |
| 47:02 | that you issued? |
| 47:03 | A. Single-flange, double-flange, |
| 47:04 | triple-flange, quad-flange, and that's it. |
| 47:05 | That's what we had. |
| 47:06 | And at some point, you know, you |
| 47:07 | had to have all the different earplugs that are |
| 47:08 | available within the system, you have to have |
| 47:09 | those present to fit the soldier as well. |

Re: [46:10 to 47:09]
Pltf Obj Vague

OVERRULED

47:10 - 48:10  Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 47:10 | Q. Did you ever have Combat Arms |
| 47:11 | Version 2, the dual-ended plugs, available for |
| 47:12 | issuing? |
| 47:13 | A. You know, I know we did for a |
| 47:14 | while, but I don't know how long, and I know we |
| 47:15 | didn't have them all the time.  That's about |

Re: [47:10 to 48:10]
Pltf Obj vague; Foundation;
702 (48:05-48:07)

OVERRULED

| | | | | |
|---|---|---|---|---|
| 47:16 | the -- That's about the best answer I can give | | | |
| 47:17 | you.  Yeah, I do remember them being there; no, | | | |
| 47:18 | I don't remember how long or why they weren't | | | |
| 47:19 | there all the time.  I just don't know. | | | |
| 47:20 | I -- I was not responsible for | | | |
| 47:21 | making the purchasing and -- I was not | | | |
| 47:22 | responsible for ordering or purchasing, so I | | | |
| 47:23 | honestly don't know.  I used what I was given. | | | |
| 47:24 | Q. Do you recall ever having issued | | | |
| 47:25 | the dual-ended Combat Arms to a soldier? | | | |
| 48:01 | A. You know, I don't truly -- I -- I | | | |
| 48:02 | really can't answer that with a great deal of | | | |
| 48:03 | confidence, because I don't remember | | | |
| 48:04 | specifically fitting them. | | | |
| 48:05 | Q. And was fitting earplugs | | | |
| 48:06 | important? | | | |
| 48:07 | A. Yeah, it was. | | | |
| 48:08 | Q. And why was it important? | | | |
| 48:09 | A. The better the fit, the better | | | |
| 48:10 | the hearing protection. | | | |

48:11 - 48:13  Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 48:11 | Q. And does any one type of earplug | Re: [48:11 to 48:13] | | OVERRULED |
| 48:12 | fit every soldier? | Pltf Obj 702; 602; Foundation | | |
| 48:13 | A. No. | | | |

48:15 - 48:15  Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 48:15 | Q. And why was that? | Re: [48:15 to 48:15] | | OVERRULED |
| | | Pltf Obj 702, 602; vague; | | |
| | | Foundation | | |

48:16 - 48:16  Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 48:16 | A. Because -- | Re: [48:16 to 48:16] | | OVERRULED |
| | | Pltf Obj 702, 602; vague; | | |
| | | Foundation | | |

48:18 - 48:20  Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 48:18 | A. -- everybody's ears are | Re: [48:18 to 48:20] | | OVERRULED |
| 48:19 | different.  Everybody has a different sized | Pltf Obj 702, 602; vague; | | |
| 48:20 | ear. | Foundation | | |

49:02 - 49:04  Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 49:02 | Q. Was it important for earplugs to | Re: [49:02 to 49:04] | | OVERRULED |
| 49:03 | be medically fit to ensure that they are | Pltf Obj 702; 602; vague; | | |
| 49:04 | adequately protecting the soldier's hearing? | foundation | | |

49:06 - 49:07  Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 49:06 | A. I don't know what you mean by | | | |
| 49:07 | medically fit. | | | |

49:08 - 49:16  Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 49:08 | Q. So, for example, just giving a | Re: [49:08 to 49:16] | | OVERRULED |
| 49:09 | soldier a package of earplugs and saying: | Pltf Obj 702; 602; vague; | | |
| 49:10 | Stick these in your ears, would be one way to | foundation; compound; 611; | | |
| 49:11 | distribute earplugs.  Another way would be for | leading' | | |
| 49:12 | them to sit down with someone like you, who is | | | |
| 49:13 | trained to select the right earplug for them, | | | |
| 49:14 | make sure it's fit in their ear, et cetera. | | | |
| 49:15 | Does that make sense? | | | |
| 49:16 | A. Yes, it does. | | | |

49:18 - 50:13   Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 49:18 | A. Thank you for the clarity. | **Re: [49:18 to 50:13]** | | **OVERRULED as to [49:18-50:04]** |
| 49:19 | Yes, that is important.  And that | **Pltf Obj** Strike Nonresponsive | | |
| 49:20 | was part of our job:  We looked in their ears, | | | **SUSTAINED as to [50:05-50:13]** |
| 49:21 | we made sure they didn't have a wax build-up | | | |
| 49:22 | that would block their -- good result from | | | |
| 49:23 | their hearing test. | | | |
| 49:24 | We issued earplugs based on the | | | |
| 49:25 | size of their ear canal.  And that -- And we -- | | | |
| 50:01 | We personally inserted them to ensure that they | | | |
| 50:02 | did fit, there was a good resistance to trying | | | |
| 50:03 | to pull it out of the ear canal, and then we'd | | | |
| 50:04 | take them out and have the soldier put them in. | | | |
| 50:05 | But I'm going to tell you, when | | | |
| 50:06 | you've been in the service fifteen years and | | | |
| 50:07 | somebody is trying to teach you to use the same | | | |
| 50:08 | earplug you were issued last year, it's not | | | |
| 50:09 | always real -- it's not -- you know what I'm -- | | | |
| 50:10 | I'm not sure you know what I'm saying.  But I'm | | | |
| 50:11 | -- You know, there's a difference between a | | | |
| 50:12 | ranked private and a sergeant major, in the way | | | |
| 50:13 | they know how to use earplugs. | | | |

50:15 - 50:17   Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 50:15 | A. It takes longer to fit a rank | **Re: [50:15 to 50:17]** | | **SUSTAINED** |
| 50:16 | sergeant than it does a sergeant major, I'll | **Pltf Obj** Strike Nonresponsive | | |
| 50:17 | put it that way. | | | |

50:18 - 50:20   Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 50:18 | Q. While trying to fit a soldier | **Re: [50:18 to 50:20]** | | **OVERRULED** |
| 50:19 | with earplugs you had any issues getting an | **Pltf Obj** Vague | | |
| 50:20 | adequate seal, what would you have done? | | | |

50:22 - 51:02   Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 50:22 | A. If there was an inadequate seal |
| 50:23 | that we could not address, then we would write |
| 50:24 | a consult to the audiologist, and they would |
| 50:25 | literally make them earplugs that specifically |
| 51:01 | fit their ear canals.  We did it quite |
| 51:02 | frequently. |

51:03 - 51:08   Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 51:03 | Q. So when you were doing hearing | **Re: [51:03 to 51:08]** | | **OVERRULED** |
| 51:04 | protection device fitting, you made sure that | **Pltf Obj** 611; Leading; vague; | | |
| 51:05 | the hearing protection device used, the | foundation | | |
| 51:06 | earplug, actually fit in the soldier's ears; | | | |
| 51:07 | correct? | | | |
| 51:08 | A. Correct. | | | |

51:10 - 51:15   Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 51:10 | Q. And if you had any problems using |
| 51:11 | one earplug, for example the quad flange, if |
| 51:12 | you had had issues inserting that plug, would |
| 51:13 | you have tried other, you know, versions of |
| 51:14 | plugs that you had that you could issue? |
| 51:15 | A. Yes. |

53:24 - 53:25   Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 53:24 | Program.  Can you please explain to the jury |
| 53:25 | what the Army Hearing Program is? |

54:02 - 54:06   Crossley, Cynthia 2020-09-21
54:02   A. The Army Hearing Program is a
54:03   part of the Army's Medical Surveillance
54:04   Program.  And the hearing conservation portion
54:05   is that it is a portion of the screening -- the
54:06   annual screening process.

61:03 - 61:06   Crossley, Cynthia 2020-09-21
61:03   Q. Do you recall any training or
61:04   education provided by you specifically related
61:05   to the Combat Arms Earplugs?
61:06   A. I don't.

64:25 - 65:06   Crossley, Cynthia 2020-09-21
64:25   Q. And you mentioned that as part of
65:01   the Hearing Conservation Program, there were
65:02   regular audiological tests conducted; is that
65:03   correct?
65:04   A. Yes.
65:05   Q. And when were the audiological
65:06   tests conducted, how frequently?

65:08 - 65:10   Crossley, Cynthia 2020-09-21
65:08   A. Annually, and more frequently if
65:09   the soldier reported a notable change in their
65:10   hearing.

67:12 - 67:15   Crossley, Cynthia 2020-09-21
67:12   Q. In addition to the regular
67:13   audiological testing, was the fitting of
67:14   hearing protection devices an important
67:15   component of the Hearing Conservation Program?

Re: [67:12 to 67:15]
Pltf Obj vague; foundation;
602; 611; leading

OVERRULED

67:17 - 67:17   Crossley, Cynthia 2020-09-21
67:17   A. Yes.

Re: [67:17 to 67:17]
Pltf Obj vague; foundation;
602;

OVERRULED

67:18 - 67:20   Crossley, Cynthia 2020-09-21
67:18   Q. Were there any other aspects or
67:19   components of the Hearing Conservation Program
67:20   that you worked in?

67:22 - 68:05   Crossley, Cynthia 2020-09-21
67:22   A. I wrote consults to the
67:23   audiologist.
67:24   Q. And what is a consult to an
67:25   audiologist?
68:01   A. When a soldiers fails the hearing
68:02   -- the hearing test portion, and -- twice, then
68:03   after that -- After the soldier fails the
68:04   hearing test twice in our office, then we refer
68:05   that soldier to the audiologist.

68:12 - 68:13   Crossley, Cynthia 2020-09-21
68:12   Q. And what does a failure look like
68:13   on one of the -- your audiological tests?

68:15 - 69:02   Crossley, Cynthia 2020-09-21
68:15   A. A failure would be an H2 or an
68:16   H3.

68:17    Q. Can you explain to the jury what
68:18    an H2 is?
68:19    A. I'm sorry.  An H2 -- an H1 --
68:20    It's a way of grading hearing profiles.  An H1
68:21    is a normal test; an H2 is mild to moderate
68:22    hearing loss, we'd bring them back for another
68:23    test within fifteen -- within thirty days.  If
68:24    that failure was persistent, then we would
68:25    refer them out to the audiologist.  Or if they
69:01    went from -- Or if they were a newly diagnosed
69:02    H3, then we would send them to the audiologist.

69:07 - 69:10    Crossley, Cynthia 2020-09-21
69:07    Q. Prior to discussing this
69:08    deposition today, did you have any recollection
69:09    of Lewis Keefer?
69:10    A. I did not.

71:03 - 71:23    Crossley, Cynthia 2020-09-21
71:03    Q. Okay.  I'm now going to mark as
71:04    Exhibit 3 a medical record from October 2007.
71:05    Do you recognize this medical record?
71:06    A. I recognize, yes, the form
71:07    itself.
71:08    Q. Is this one of the medical
71:09    records you reviewed prior to the deposition
71:10    today?
71:11    A. Yes.
71:12    Q. And this is an October 10, 2007,
71:13    medical record authored by Cynthia M. Crossley;
71:14    is that correct?
71:15    A. Yes.
71:16    Q. And the clinic here says
71:17    Occupational Health FBGA.
71:18    A. Yes.
71:19    Q. What does the FBGA stand for?
71:20    A. Fort Benning -- Let's see where
71:21    is -- Part of this is blocked.  Let me see if I
71:22    can get you-all moved around here.  FBGA is
71:23    Fort Benning, Georgia.

71:24 - 72:01    Crossley, Cynthia 2020-09-21
71:24    Q. The reason for appointment here
71:25    is listed as in-processing post.  Do you see
72:01    that?

72:02 - 72:12    Crossley, Cynthia 2020-09-21
72:02    A. Yes.
72:03    Q. What does in-processing post
72:04    mean?
72:05    A. When a new soldier comes onboard,
72:06    he would in-process through occupational health
72:07    to be sure that everything was up-to-date.
72:08    Q. And is this a medical record that
72:09    you would have authored?
72:10    A. This is a medical record -- let's
72:11    see -- Let's see if I can get the -- I can't
72:12    get it to go where I can see.

72:15 - 72:20    Crossley, Cynthia 2020-09-21
72:15    A. Okay.  There, that's better.

72:16   Reason for appointment is in-processing post.
72:17   RSIes, I reviewed medications and to determine
72:18   if we was okay on that.  SO note, history,
72:19   annual medical surveillance screening.  Appears
72:20   healthy.

72:21 - 72:23   Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 72:21   THE WITNESS:  Can I see the | Re: [72:21 to 72:23] | OVERRULED |
| 72:22   bottom, the next page, please?  Can you pull | Pltf Obj Strike Nonresponsive | |
| 72:23   that one up for me? | | |

72:24 - 72:25   Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 72:24   A. Okay.  He was given a hearing | Re: [72:24 to 72:25] | OVERRULED |
| 72:25   test, a vision test, and ear protector | Pltf Obj Strike Nonresponsive | |

73:01 - 73:04   Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 73:01   measurement.  Yes.  That's something I -- The | Re: [73:01 to 73:04] | OVERRULED |
| 73:02   -- The A/P portion, I wrote; the disposition, I | Pltf Obj Strike Nonresponsive | |
| 73:03   wrote; and the screening, I wrote; and the SO, | | |
| 73:04   I wrote.  So, yes, I recognize this. | | |

73:05 - 73:10   Crossley, Cynthia 2020-09-21
73:05   Q. So on the first page of this
73:06   document, there is the text that says:
73:07   Screening, written by Cynthia Crossley.
73:08   A. Uh-huh.
73:09   Q. Do you see that?
73:10   A. Yes.

73:11 - 73:25   Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 73:11   Q. So you would have written this | Re: [73:11 to 73:25] | OVERRULED |
| 73:12   text, the visit for:  Occupational | Pltf Obj Leading | |
| 73:13   health/fitness exam? | | |
| 73:14   A. Yes. | | |
| 73:15   Q. What is an occupational | | |

73:16   health/fitness exam?
73:17   A. Well, that's kind of a catch-all.
73:18   We used it for a lot of different things, but
73:19   it was just a general term that he was there
73:20   for more than just a -- a hi-and-bye kind of
73:21   in-processing.  It was -- We did something --
73:22   We did a medical intervention of some sort.
73:23   Q. And just below that there's text
73:24   that says SO note written by Crossley, Cynthia.
73:25   A. Uh-huh.

74:01 - 74:03   Crossley, Cynthia 2020-09-21
74:01   Q. What is an SO note?
74:02   A. That's subjective/objective.
74:03   Subjective reports and objective findings.

75:03 - 75:18   Crossley, Cynthia 2020-09-21
75:03   Q. Yeah.  So where it says tests and
75:04   laboratory studies, what is that section of the
75:05   note describing?
75:06   A. That he was fitted, issued, and
75:07   instructed in the use of blue Quattros hearing
75:08   protection devices, and he demonstrated back
75:09   correct use, and he was instructed to repeat it
75:10   in one year.
75:11   Q. And this was text that you would

| | | | |
|---|---|---|---|
| 75:12 | have written? | | |
| 75:13 | A. Yes. | | |
| 75:14 | Q. And what does audiometry fitted | | |
| 75:15 | mean in this context? | | |
| 75:16 | A. It should, actually, for the sake | | |
| 75:17 | of context, it should be Audiometry:  Fitted, | | |
| 75:18 | issued, and instructed. | | |

75:24 - 75:25  Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 75:24 | Q. Okay.  And so where it says | **Re: [75:24 to 75:25]** | **OVERRULED** |
| 75:25 | fitted, issued, and instructed in use of blue | **Pltf Obj** Leading | |
| | | (75:24-76:02); | |

76:01 - 76:07  Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 76:01 | Quattros HPD, you authored that note; correct? | **Re: [76:01 to 76:07]** | **OVERRULED** |
| 76:02 | A. Yes. | **Pltf Obj** Leading | |
| 76:03 | Q. And to the best of your | (76:03-76:07); | |
| 76:04 | recollection, this note reflected what occurred | | |
| 76:05 | during your appointment with Mr. Keefer on | | |
| 76:06 | October 10, 2007? | | |
| 76:07 | A. Yes. | | |

76:09 - 76:11  Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 76:09 | Q. And why would you have fitted, | **Re: [76:09 to 76:11]** | **OVERRULED** |
| 76:10 | issued, and instructed Mr. Keefer in the use of | **Pltf Obj** Foundation | |
| 76:11 | the blue Quattros on October 10, 2007? | | |

76:13 - 76:17  Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 76:13 | A. Well, we always issued earplugs, | **Re: [76:13 to 76:17]** | **OVERRULED** |
| 76:14 | and blue Quattros is what we had. | **Pltf Obj** Vague; 702; | |
| 76:15 | Q. And so in terms of the fitted | | |
| 76:16 | portion of this note, was fitting an important | | |
| 76:17 | part of issuing hearing protection devices? | | |

76:19 - 76:19  Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 76:19 | A. Yeah, it was important. | **Re: [76:19 to 76:19]** | **OVERRULED** |
| | | **Pltf Obj** Vague; 702; | |

77:07 - 77:10  Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 77:07 | Q. Okay.  So if you had not actually | **Re: [77:07 to 77:10]** | **OVERRULED** |
| 77:08 | fit the blue Quattros HPD in Mr. Keefer's ears, | **Pltf Obj** Leading | |
| 77:09 | the note here wouldn't say fitted; correct? | | |
| 77:10 | A. Correct. | | |

77:11 - 77:13  Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 77:11 | Q. And so you would have actually | **Re: [77:11 to 77:13]** | **OVERRULED** |
| 77:12 | put the blue Quattros in Mr. Keefer's ears per | **Pltf Obj** Leading | |
| 77:13 | this note; correct? | | |

77:15 - 77:16  Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 77:15 | A. It may not have been me, it may | | |
| 77:16 | have been the technician. | | |

78:03 - 78:08  Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 78:03 | Q. So if the technician had fitted | **Re: [78:03 to 78:08]** | **OVERRULED** |
| 78:04 | the blue Quattros in Mr. Keefer's ears, would | **Pltf Obj** compound; vague | |
| 78:05 | you have seen that yourself or would the | | |
| 78:06 | technician have given you a note that is | | |
| 78:07 | what they had done -- | | |
| 78:08 | A. Yes. | | |

79:08 - 79:13   Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 79:08   Q. But you wouldn't have written | Re: [79:08 to 79:13] | OVERRULED |
| 79:09   this note:  Fitted, issued, and instructed in | Pltf Obj Leading | |
| 79:10   the use of blue Quattros HPD, unless there had | | |
| 79:11   been some indication to you somehow that that | | |
| 79:12   had actually occurred; correct? | | |
| 79:13   A. Correct. | | |

79:16 - 79:20   Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 79:16   Q. And if somebody had told you that | Re: [79:16 to 79:20] | SUSTAINED |
| 79:17   they fitted, issued, and instructed Mr. Keefer | Pltf Obj Leading | |
| 79:18   in the use of blue Quattros HPD, you would have | | |
| 79:19   understood that to mean they had actually put | | |
| 79:20   the blue Quattros in Mr. Keefer's ears? | | |

80:06 - 80:12   Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 80:06   A. So you're asking me if that -- | Re: [80:06 to 80:12] | SUSTAINED |
| 80:07   what -- What I'm understanding is that you're | Pltf Obj Vague that | |
| 80:08   asking me if that actually occurred? | | |
| 80:09   Q. Correct. | | |
| 80:10   A. I'm telling you that based on | | |
| 80:11   what I had, the information that I had at the | | |
| 80:12   time I wrote this, is that it occurred. | | |

80:13 - 80:16   Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 80:13   Q. And when somebody says they | Re: [80:13 to 80:16] | SUSTAINED |
| 80:14   fitted earplugs in a particular soldier, that | Pltf Obj Leading; 702 | |
| 80:15   means they put the earplugs in the soldier's | | |
| 80:16   ears; correct? | | |

80:20 - 81:07   Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 80:20   Q. Ms. Crossley, just to make sure | Re: [80:20 to 81:07] | OVERRULED |
| 80:21   we're clear, I'm asking you to interpret for us | Pltf Obj Incomplete | |
| 80:22   what fitted means in the context of this note | designation; foundation; 602; | |
| 80:23   that you authored? | 702 | |
| 80:24   A. Fitted would mean that someone | | |
| 80:25   assessed the ears and gave them a pair of | | |
| 81:01   earplugs, with instructions on how to use them | | |
| 81:02   based on what they determined was the correct | | |
| 81:03   size or whatever. | | |
| 81:04   Now, blue Quattros is one of | | |
| 81:05   those earplugs that's a one-size-fits-all. | | |
| 81:06   Q. So do one-size-fits-all earplugs | | |
| 81:07   work in every soldier? | | |

81:10 - 81:15   Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 81:10   A. Not every -- Somebody might have | Re: [81:10 to 81:15] | OVERRULED |
| 81:11   an ear that's too big and might have to go to | Pltf Obj 802;805; | |
| 81:12   have their earplugs made specifically for them. | nonresponsive (81:13-81:15); | |
| 81:13   And they would have told me that they needed | | |
| 81:14   that, and then I would have written the | | |
| 81:15   consult. | | |

81:16 - 81:21   Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 81:16   Q. And if the person who had | Re: [81:16 to 81:21] | OVERRULED |
| 81:17   actually fitted the blue Quattros in Mr. | Pltf Obj 602; 611; leading; | |
| 81:18   Keefer's ears had had any issues getting an | foundation | |
| 81:19   adequate fit, you would have expected them to | | |
| 81:20   obtain that additional consult or attempt | | |
| 81:21   different earplugs; is that correct? | | |

81:24 - 82:05   Crossley, Cynthia 2020-09-21

| 81:24 | A. The technician would have told |
| 81:25 | me:  Ms. Crossley, you're going to have to |
| 82:01 | consult this one for earplugs. |
| 82:02 | Q. And if there had been a consult |
| 82:03 | like that, you would have -- would you have |
| 82:04 | included that in your notes? |
| 82:05 | A. Yes. |

Re: [81:24 to 82:05]
Pltf Obj 602; 611; leading;
foundation

**OVERRULED**

82:07 - 82:08   Crossley, Cynthia 2020-09-21

| 82:07 | Q. And there's no such notes here; |
| 82:08 | is that right? |

Re: [82:07 to 82:08]
Pltf Obj 611; leading; vague

**OVERRULED**

82:10 - 82:15   Crossley, Cynthia 2020-09-21

| 82:10 | A. Right. |
| 82:11 | Q. And the next portion of this note |
| 82:12 | here, where it says:  Soldier demonstrated back |
| 82:13 | correct use, what does that mean? |
| 82:14 | A. It means that he demonstrated his |
| 82:15 | ability to correctly insert the earplug. |

Re: [82:10 to 82:15]
Pltf Obj 602; 702;

**OVERRULED**

82:16 - 82:18   Crossley, Cynthia 2020-09-21

| 82:16 | Q. And so per this note, Mr. Keefer |
| 82:17 | would have put the earplugs in his ears showing |
| 82:18 | that he understood the instructions? |

Re: [82:16 to 82:18]
Pltf Obj 602; 702

**OVERRULED**

82:22 - 83:01   Crossley, Cynthia 2020-09-21

| 82:22 | A. That's what it -- That's what the |
| 82:23 | note says. |
| 82:24 | Q. And when you were drafting notes |
| 82:25 | like this, you tried to make them as accurate |
| 83:01 | as possible; correct? |

Re: [82:22 to 83:01]
Pltf Obj 611; leading;

**OVERRULED**

83:03 - 83:03   Crossley, Cynthia 2020-09-21

| 83:03 | A. Yes. |

83:11 - 83:17   Crossley, Cynthia 2020-09-21

| 83:11 | Q. Is one reason it's important to |
| 83:12 | chart as accurately as you can, because if an |
| 83:13 | issue arises in the future, other audiologists |
| 83:14 | or occupational health nurses may look back at |
| 83:15 | the records to figure out what hearing |
| 83:16 | protection devices may have been used? |
| 83:17 | A. Yes. |

Re: [83:11 to 83:17]
Pltf Obj 602;

**OVERRULED**

84:21 - 84:23   Crossley, Cynthia 2020-09-21

| 84:21 | In the rest of this note here, |
| 84:22 | what does WNL stand for? |
| 84:23 | A. Within normal limits. |

85:03 - 85:09   Crossley, Cynthia 2020-09-21

| 85:03 | Q. And what is a threshold |
| 85:04 | audiogram? |
| 85:05 | A. A threshold audiogram is just a |
| 85:06 | way of charting what you did in a manner that |
| 85:07 | you can get paid for it.  It's -- It's a way of |
| 85:08 | giving the coders what they need to bill for |
| 85:09 | that test. |

Re: [85:03 to 85:09]
Pltf Obj 702

**OVERRULED**

85:10 - 85:20   Crossley, Cynthia 2020-09-21

| 85:10 | Q. Okay.  And what is an ear |

| | | |
|---|---|---|
| 85:11 protector attenuation measurement? | | |
| 85:12 A. That is the process of | | |
| 85:13 determining the size of the earplug. | | |
| 85:14 Q. And did you -- | | |
| 85:15 A. That's -- That's the fitting | | |
| 85:16 portion. | | |
| 85:17 Q. So where it says: Ear protector | | |
| 85:18 attenuation measurements, that is a reference | | |
| 85:19 to fitting of the actual plugs? | | |
| 85:20 A. Yes. | | |

86:24 - 86:25 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 86:24 Q. Okay. I'm now going to mark | Re: [86:24 to 86:25] | **OVERRULED** |
| 86:25 Exhibit 4. Does this medical record look | **Pltf Obj** Object to use of Exhibit # 4; Foundation; hearsay; 602 | |

87:01 - 87:05 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 87:01 familiar to you? | Re: [87:01 to 87:05] | **OVERRULED** |
| 87:02 A. The form looks familiar. Whether | **Pltf Obj** 602 (87:19-87:21); | |
| 87:03 or not -- if you're asking me does it look | | |
| 87:04 familiar because it's Mr. Keefer's? No, it | | |
| 87:05 doesn't. But the form itself looks familiar. | | |

87:06 - 88:02 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 87:06 Q. Is -- In the middle of the page, | Re: [87:06 to 88:02] | **OVERRULED** |
| 87:07 towards the bottom right, there's a signature | **Pltf Obj** Foundation; hearsay; 602 | |
| 87:08 there. Is that your signature? | | |
| 87:09 A. No, it's not. But I can tell you | | |
| 87:10 whose it is. | | |
| 87:11 Q. Whose signature is that? | | |
| 87:12 A. That is Gary Tubbs. | | |
| 87:13 Q. Who is Mr. Tubbs? | | |
| 87:14 A. He was one of the technicians I | | |
| 87:15 worked with. | | |
| 87:16 Q. Okay. So is your understanding | | |
| 87:17 of this form that it is a form that Gary Tubbs | | |
| 87:18 would have completed and signed? | | |
| 87:19 A. He signed it. And, you know, | | |
| 87:20 because his signature is there, I would safely | | |
| 87:21 say that he completed it. | | |
| 87:22 Q. Go back to the form. There's a | | |
| 87:23 date in the upper left-hand corner. | | |
| 87:24 A. Uh-huh. | | |
| 87:25 Q. Is it fair to say that says | | |
| 88:01 October 10, 2007? | | |
| 88:02 A. Yes. | | |

88:03 - 88:08 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 88:03 Q. And was this a standard form that | Re: [88:03 to 88:08] | **OVERRULED** |
| 88:04 technicians filled out as part of the annual | **Pltf Obj** Foundation; hearsay; 602 | |
| 88:05 audiological screens? | | |
| 88:06 A. Yes. That was communicate -- | | |
| 88:07 that was one of the ways the technicians | | |
| 88:08 communicated to the nurses. | | |

88:09 - 88:12 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 88:09 Q. And so it fair to say that Mr. | Re: [88:09 to 88:12] | **OVERRULED** |
| 88:10 Tubbs would have had provided you with a copy | **Pltf Obj** 602 | |
| 88:11 of this form -- | | |
| 88:12 A. Yes. | | |

88:14 - 88:16   Crossley, Cynthia 2020-09-21

88:14    Q. -- prior to during your writing
88:15    of the notes we just reviewed?
88:16    A. Yes.

**Re: [88:14 to 88:16]**
**Pltf Obj** Misstates

OVERRULED

88:17 - 88:24   Crossley, Cynthia 2020-09-21

88:17    Q. And if you go towards the middle
88:18    of the page, it says:  Needs DD2215, yes, no,
88:19    N/A.
88:20    Can you explain to the jury what
88:21    a DD2215 is?
88:22    A. A DD2215 is a baseline audiogram.
88:23    So he didn't need a baseline, that's why the no
88:24    is circled.

**Re: [88:17 to 88:24]**
**Pltf Obj** Foundation; hearsay;
602

OVERRULED

89:03 - 89:25   Crossley, Cynthia 2020-09-21

89:03    Q. And when it says:  Needs DD2216,
89:04    what is that?
89:05    A. That is an annual hearing test.
89:06    Q. And so it appears that Mr. Tubbs
89:07    has marked yes on this form?
89:08    A. Yes.
89:09    Q. And then the next line down, you
89:10    probably understand Mr. Tubbs' writing better
89:11    than I, but it appears there are three
89:12    different options here, or I guess how would
89:13    you interpret that next line by P?
89:14    A. He -- That he circled fit and
89:15    issue.
89:16    Q. And so what does that mean in the
89:17    context of this form, what does fit and
89:18    issue --
89:19    A. Excuse me.  He also circled
89:20    provide vision screen, he circled fit and
89:21    issue.
89:22    Q. And so fit and issue appropriate
89:23    earplugs, that is what we were just discussing
89:24    on the prior form?
89:25    A. Yes.

**Re: [89:03 to 89:25]**
**Pltf Obj** Foundation; hearsay;
602

OVERRULED

90:01 - 90:04   Crossley, Cynthia 2020-09-21

90:01    Q. And that would have involved
90:02    selecting earplugs and fitting them into Mr.
90:03    Keefer's ears?
90:04    A. Yes.

**Re: [90:01 to 90:04]**
**Pltf Obj** Foundation; hearsay;
602; 611; leading

OVERRULED

90:08 - 90:10   Crossley, Cynthia 2020-09-21

90:08    Q. Going down to the next line it
90:09    says fitted with.  And what is selected there?
90:10    A. Blue Quattros.

**Re: [90:08 to 90:10]**
**Pltf Obj** Foundation; hearsay;
602;

OVERRULED

90:11 - 90:15   Crossley, Cynthia 2020-09-21

90:11    Q. And so when you were authoring
90:12    the prior note that we reviewed in Exhibit 3,
90:13    would you have been looking at this form to
90:14    help you author that note?
90:15    A. Yes.

**Re: [90:11 to 90:15]**
**Pltf Obj** Foundation; hearsay;
602;

OVERRULED

90:22 - 90:24   Crossley, Cynthia 2020-09-21

90:22    Q. And then for the DD2216?

**Re: [90:22 to 90:24]**

OVERRULED

| | | | | |
|---|---|---|---|---|
| 90:23<br>90:24 | A. The DD2216, within normal limits,<br>yes. | Pltf Obj Foundation; hearsay;<br>602; | | |
| 90:25 - 90:25 Crossley, Cynthia 2020-09-21<br>90:25 | Q. And where it says:  Soldier | Re: [90:25 to 90:25]<br>Pltf Obj Foundation; hearsay;<br>602; | | OVERRULED |
| 91:01 - 91:02 Crossley, Cynthia 2020-09-21<br>91:01<br>91:02 | verbalizes understanding of all points<br>discussed, what is marked there? | Re: [91:01 to 91:02]<br>Pltf Obj Foundation; hearsay;<br>602; | | OVERRULED |
| 91:04 - 91:04 Crossley, Cynthia 2020-09-21<br>91:04 | A. Yes. | Re: [91:04 to 91:04]<br>Pltf Obj Foundation; hearsay;<br>602; | | OVERRULED |
| 91:05 - 91:08 Crossley, Cynthia 2020-09-21<br>91:05<br>91:06<br>91:07<br>91:08 | Q. When soldiers came in for their<br>annual audiograms, would they complete any sort<br>of intake forms or questionnaires as a part of<br>that process? | Re: [91:05 to 91:08]<br>Pltf Obj 602; compound; 611;<br>leading; foundation;<br>Incomplete disignation | | SUSTAINED |
| 91:10 - 91:11 Crossley, Cynthia 2020-09-21<br>91:10<br>91:11 | A. Yes, they would have.  But I -- I<br>don't recall what type. | Re: [91:10 to 91:11]<br>Pltf Obj 602; compound; 611;<br>leading; foundation | | SUSTAINED |
| 92:11 - 92:13 Crossley, Cynthia 2020-09-21<br>92:11<br>92:12<br>92:13 | Q. Was there a form of some kind<br>that soldiers would fill out prior to getting<br>their audiograms? | Re: [92:11 to 92:13]<br>Pltf Obj 602; foundation | | SUSTAINED |
| 92:16 - 92:16 Crossley, Cynthia 2020-09-21<br>92:16 | A. It -- All right.  Ask me again. | | | |
| 92:17 - 92:25 Crossley, Cynthia 2020-09-21<br>92:17<br>92:18<br>92:19<br>92:20<br>92:21<br>92:22<br>92:23<br>92:24<br>92:25 | Q. Would -- So when Mr. Keefer, you<br>know, arrived for his annual audiogram at Fort<br>Benning --<br>A. Oh, yeah.  Yeah.  He -- They<br>would come in and they would fill out a form,<br>and the forms were all color coded; if it was<br>green, they were active duty, and so forth and<br>so on.  And they would fill out their name,<br>Social Security number, date of birth, whether | Re: [92:17 to 92:25]<br>Pltf Obj 602; foundation; | | OVERRULED |
| 93:01 - 93:08 Crossley, Cynthia 2020-09-21<br>93:01<br>93:02<br>93:03<br>93:04<br>93:05<br>93:06<br>93:07<br>93:08 | or not they wore glasses, and leading questions<br>that would show us where we needed to go next<br>when we actually got down to brass tacks and<br>did the screening portion.<br>Q. Would those forms include<br>questions like which type of hearing protection<br>devices were being used by the soldier?<br>A. Yes. | Re: [93:01 to 93:08]<br>Pltf Obj Foundaton; hearsay;<br>602 | | OVERRULED |
| 93:20 - 93:23 Crossley, Cynthia 2020-09-21<br>93:20<br>93:21 | Q. Did the form that soldiers would<br>fill out include any questions regarding | Re: [93:20 to 93:23]<br>Pltf Obj Foundation; 602; | | OVERRULED |

| | | | |
|---|---|---|---|
| 93:22 | whether the soldier was having issues hearing | | |
| 93:23 | or was hearing ringing or buzzing or crickets? | | |
| | | | |
| **94:01 - 94:08** | **Crossley, Cynthia 2020-09-21** | | |
| 94:01 | A. Not on the initial form. That | **Re: [94:01 to 94:08]** | **OVERRULED** |
| 94:02 | would come on the audiological hearing test | **Pltf Obj** 602; foundation; | |
| 94:03 | form. | | |
| 94:04 | Q. And so when you say it would come | | |
| 94:05 | on the audiological hearing test form, was that | | |
| 94:06 | a question that the person administering the | | |
| 94:07 | audiogram asked the soldier? | | |
| 94:08 | A. Yes. | | |
| | | | |
| **94:13 - 94:17** | **Crossley, Cynthia 2020-09-21** | | |
| 94:13 | Q. I'm going to mark as Exhibit 6. | **Re: [94:13 to 94:17]** | **OVERRULED** |
| 94:14 | Are you familiar with this form? | **Pltf Obj** Foundation; 602 | |
| 94:15 | A. I am familiar with the form. | | |
| 94:16 | Q. And what is the form called? | | |
| 94:17 | A. That is a DD2216. | | |
| | | | |
| **94:23 - 95:02** | **Crossley, Cynthia 2020-09-21** | | |
| 94:23 | Q. And can you explain to the jury | **Re: [94:23 to 95:02]** | **OVERRULED** |
| 94:24 | again what the DD Form 2216 is? | **Pltf Obj** Foundation; 602 | |
| 94:25 | A. That is an annual medical | | |
| 95:01 | surveillance test -- I mean, that is an annual | | |
| 95:02 | hearing test form. | | |
| | | | |
| **95:13 - 95:21** | **Crossley, Cynthia 2020-09-21** | | |
| 95:13 | Q. Ms. Crossley, would you have | **Re: [95:13 to 95:21]** | **OVERRULED** |
| 95:14 | reviewed Mr. Keefer's audiometry results as the | **Pltf Obj** Foundation; 602 | |
| 95:15 | part of generating the medical record notes | | |
| 95:16 | that we reviewed in Exhibit 3? | | |
| 95:17 | A. Yes. | | |
| 95:18 | Q. And was it part of your practice, | | |
| 95:19 | as an occupational health nurse, to review the | | |
| 95:20 | results of audiometry like this? | | |
| 95:21 | A. Yes. | | |
| | | | |
| **96:21 - 96:25** | **Crossley, Cynthia 2020-09-21** | | |
| 96:21 | Q. And in terms of your review of | **Re: [96:21 to 96:25]** | **OVERRULED** |
| 96:22 | the results of this to determine whether any | **Pltf Obj** Foundation; Compound; | |
| 96:23 | soldier needs a follow-up audiogram or needs a | 611; leading; vague; | |
| 96:24 | referral to an audiologist, you would do that | | |
| 96:25 | on a regular basis; correct? | | |
| | | | |
| **97:01 - 97:01** | **Crossley, Cynthia 2020-09-21** | | |
| 97:01 | A. Yes. | **Re: [97:01 to 97:01]** | **OVERRULED** |
| | | **Pltf Obj** Foundation; Compound; | |
| | | 611; leading; vague; | |
| | | | |
| **97:03 - 97:08** | **Crossley, Cynthia 2020-09-21** | | |
| 97:03 | Q. And when you were drafting the | **Re: [97:03 to 97:08]** | **OVERRULED** |
| 97:04 | notes for Mr. Keefer's October 10th medical | **Pltf Obj** 611; leading; | |
| 97:05 | records, you would have been interpreting these | Compound; vague; Foundation | |
| 97:06 | audiometry test results to determine whether a | | |
| 97:07 | follow-up exam was needed or referral to an | | |
| 97:08 | audiologist was required? | | |
| | | | |
| **97:10 - 97:22** | **Crossley, Cynthia 2020-09-21** | | |
| 97:10 | A. Yes. | **Re: [97:10 to 97:22]** | **OVERRULED** |
| 97:11 | Q. So if we look here where it says | **Pltf Obj** 702; 602; foundation; | |

| | | |
|---|---|---|
| 97:12  current audiogram, date:  10 October 2007. | hearsay | |
| 97:13  A. Yes. | | |
| 97:14  Q. That's the same date as the | | |
| 97:15  medical record note that you authored; correct? | | |
| 97:16  A. Yes. | | |
| 97:17  Q. And it's the same as the | | |
| 97:18  handwritten form that we reviewed that was | | |
| 97:19  signed by Mr. Tubbs; is that correct? | | |
| 97:20  A. Yes. | | |
| 97:21  Q. Can you explain what the results | | |
| 97:22  are for the current audiogram listed here? | | |

**97:24 - 97:25  Crossley, Cynthia 2020-09-21**

| | | |
|---|---|---|
| 97:24  Q. In a general sense, explain to | **Re: [97:24 to 97:25]** | **OVERRULED** |
| 97:25  the jury what these -- these numbers mean? | **Pltf Obj** 702; 602; foundation; hearsay | |

**98:07 - 98:11  Crossley, Cynthia 2020-09-21**

| | | |
|---|---|---|
| 98:07  A. As a nurse, the first thing I | **Re: [98:07 to 98:11]** | **OVERRULED** |
| 98:08  would do is I would look at block D, and it | **Pltf Obj** hearsay; Foundation; 602 | |
| 98:09  would tell me if there was a significant | | |
| 98:10  threshold shift.  The computer program tells me | | |
| 98:11  that.  I don't make that judgment. | | |

**98:16 - 98:25  Crossley, Cynthia 2020-09-21**

| | | |
|---|---|---|
| 98:16  A. L -- do you see the little block | **Re: [98:16 to 98:25]** | **OVERRULED** |
| 98:17  within block D?  L is the left ear, R is the | **Pltf Obj** 702; hearsay; Foundation; 602 | |
| 98:18  right ear.  One means no significant threshold | | |
| 98:19  shift.  Just to the right of that little block | | |
| 98:20  it says 1-no, 2-yes.  L1 is no significant | | |
| 98:21  threshold shift.  R1, no significant threshold | | |
| 98:22  shift.  So there was no significant threshold | | |
| 98:23  shift in either ear. | | |
| 98:24  Line one, where it says -- to the | | |
| 98:25  right of current audiogram date, 10 October | | |

**99:01 - 99:02  Crossley, Cynthia 2020-09-21**

| | | |
|---|---|---|
| 99:01  2007, you've got the left ear and the right ear | **Re: [99:01 to 99:02]** | **OVERRULED** |
| 99:02  scores. | **Pltf Obj** 702; hearsay; Foundation; 602 | |

**99:04 - 99:16  Crossley, Cynthia 2020-09-21**

| | | |
|---|---|---|
| 99:04  A. If you've got a score of 25 and | **Re: [99:04 to 99:16]** | **OVERRULED** |
| 99:05  less, the test is normal -- the score is | **Pltf Obj** 702; Foundation; 602 | |
| 99:06  normal.  He's got one block at the 3000 | | |
| 99:07  megahertz -- at the 3000 block -- where it says | | |
| 99:08  3000, and then underneath that is 30.  That's 5 | | |
| 99:09  over the high normal of 25.  But it's -- two | | |
| 99:10  blocks down there's a 10.  The difference, even | | |
| 99:11  though the -- this 30, which is 5 points over | | |
| 99:12  normal, the difference between his baseline | | |
| 99:13  that was done in March of '07 is only ten | | |
| 99:14  points.  That ten points means that it's not | | |
| 99:15  significant enough to flag him for another | | |
| 99:16  test. | | |

**101:02 - 101:04  Crossley, Cynthia 2020-09-21**

| | | |
|---|---|---|
| 101:02  Q. And for this audiogram for Mr. | **Re: [101:02 to 101:04]** | **OVERRULED** |
| 101:03  Keefer, no significant threshold shifts were | **Pltf Obj** 702; 611; leading; Foundation; 602 | |
| 101:04  identified; is that correct? | | |

101:06 - 101:06 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 101:06 | A. That's correct. | Re: [101:06 to 101:06]<br>Pltf Obj 702; 611; leading;<br>Foundation; 602 | OVERRULED |

101:07 - 101:11 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 101:07 | Q. Okay.  And if we go to the box | Re: [101:07 to 101:11]<br>Pltf Obj Foundation; 602; | OVERRULED |
| 101:08 | marked G, type of personal hearing protection | | |
| 101:09 | used, what does this box reflect and can you | | |
| 101:10 | describe what this -- what this box is used to | | |
| 101:11 | record? | | |

101:16 - 101:25 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 101:16 | Q. Ms. Crossley, do you understand | Re: [101:16 to 101:25]<br>Pltf Obj Foundation; 602; | OVERRULED |
| 101:17 | how technicians and individuals completing the | | |
| 101:18 | audiogram testing would have filled out this | | |
| 101:19 | question or answered this question on this | | |
| 101:20 | form? | | |
| 101:21 | A. They would have asked the soldier | | |
| 101:22 | what kind of earplug used.  And the earplug | | |
| 101:23 | answer -- the answer to that is six.  Well, | | |
| 101:24 | blue Quattros earplugs are not listed here, so | | |
| 101:25 | that would have been listed as an other. | | |

102:01 - 102:09 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 102:01 | Q. Okay.  And under the box marked | Re: [102:01 to 102:09]<br>Pltf Obj Foundation; 602; | OVERRULED |
| 102:02 | remarks, it says:  Steady noise EXP. | | |
| 102:03 | Do you know what the EXP stands | | |
| 102:04 | for? | | |
| 102:05 | A. Exposure.  Noise -- That would | | |
| 102:06 | stand for steady noise exposure, time-weighted | | |
| 102:07 | average dBA. | | |
| 102:08 | Q. And then what was inputted in | | |
| 102:09 | this form for Mr. Keefer? | | |

102:11 - 102:17 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 102:11 | A. The computer entered that.  It | Re: [102:11 to 102:17]<br>Pltf Obj Foundation; 602; | OVERRULED |
| 102:12 | says:  Not entered; impulse noise exposure dBP, | | |
| 102:13 | 120 to 140.  Other HPD:  Quad-flange, health | | |
| 102:14 | education provided, HPD pre- and H1. | | |
| 102:15 | HPD PREV fit, I'm not sure what | | |
| 102:16 | the PREV alludes to.  But an H1 follows that, | | |
| 102:17 | and H1 is a normal hearing test. | | |

104:03 - 104:07 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 104:03 | Q. So in terms of the technicians or | Re: [104:03 to 104:07]<br>Pltf Obj 602; 611; leading | SUSTAINED |
| 104:04 | individuals conducting the audiometry testing, | | |
| 104:05 | your testimony is that during the -- that | | |
| 104:06 | process, they would have asked Mr. Keefer what | | |
| 104:07 | type of hearing protection he used; correct? | | |

104:09 - 104:12 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 104:09 | A. At some time. | Re: [104:09 to 104:12]<br>Pltf Obj 602; 611; leading | SUSTAINED |
| 104:10 | Q. They would have recorded that | | |
| 104:11 | information as part of the audiometry testing? | | |
| 104:12 | A. Yes. | | |

104:19 - 104:24 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 104:19 | Q. And what was the role of a | Re: [104:19 to 104:24]<br>Pltf Obj 602; foundation; | OVERRULED |
| 104:20 | technician in the audiometry testing? | | |
| 104:21 | A. Well, she -- She gave the hearing | | |

| | | | |
|---|---|---|---|
| 104:22 | test. | | |
| 104:23 | Q. And what does the hearing test | | |
| 104:24 | consist of? | | |

105:01 - 105:08 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 105:01 | A. The soldier is put in the booth, | Re: [105:01 to 105:08] | OVERRULED |
| 105:02 | he's required to wear earphones that speak to | Pltf Obj 602; foundation; | |
| 105:03 | him and tell him what to do, and it generates | | |
| 105:04 | the tones that they have to identify. | | |
| 105:05 | Q. And then the data, that gets | | |
| 105:06 | recorded, for example, in the section current | | |
| 105:07 | audiogram -- | | |
| 105:08 | A. Yes. | | |

105:23 - 106:02 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 105:23 | Q. And during the course of that | Re: [105:23 to 106:02] | SUSTAINED |
| 105:24 | process, you would have used the paperwork | Pltf Obj 611; leading; 602; | |
| 105:25 | generated by each one of those individuals to | foundation | |
| 106:01 | draft the notes that you wrote; correct? | | |
| 106:02 | A. Correct. | | |

107:10 - 107:25 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 107:10 | Q. I'm going to mark as Exhibit 8. | Re: [107:10 to 107:25] | OVERRULED |
| 107:11 | This is a medical record dated October 27, | Pltf Obj 602; 611; leading; | |
| 107:12 | 2008.  Did you author this medical record? | foundation; | |
| 107:13 | A. Yes. | | |
| 107:14 | Q. And the clinic listed here is | | |
| 107:15 | Occupational Health FBGA? | | |
| 107:16 | A. Yes. | | |
| 107:17 | Q. And the reason provided for this | | |
| 107:18 | visit was occupational health fitness exam? | | |
| 107:19 | A. Yes. | | |
| 107:20 | Q. Do you have any recollection of | | |
| 107:21 | this exam? | | |
| 107:22 | A. No. | | |
| 107:23 | Q. Okay.  If we go back to the | | |
| 107:24 | primary document, it says the reason for | | |
| 107:25 | appointment, annual screening.  Do you see | | |

108:01 - 108:02 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 108:01 | that? | Re: [108:01 to 108:02] | OVERRULED |
| 108:02 | A. Yes. | Pltf Obj 602; 611; leading; | |
| | | foundation | |

108:03 - 108:08 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 108:03 | Q. And if we scroll down the page, | | |
| 108:04 | where it says screening, written by, so would | | |
| 108:05 | you have drafted this portion of the medical | | |
| 108:06 | record? | | |
| 108:07 | A. I would -- The one -- That | | |
| 108:08 | portion you highlighted, yes. | | |

109:03 - 109:05 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 109:03 | Q. And can you read what Mr. Tubbs | Re: [109:03 to 109:05] | OVERRULED |
| 109:04 | has noted as the most common health/safety | Pltf Obj foundation; 602; 802; | |
| 109:05 | hazards for Mr. Keefer? | 805 | |

109:08 - 109:21 Crossley, Cynthia 2020-09-21

| | | | |
|---|---|---|---|
| 109:08 | A. Soldier while working at Fort | Re: [109:08 to 109:21] | OVERRULED |
| 109:09 | Benning, Georgia, include but are not limited | Pltf Obj foundation; 602; 802; | |
| 109:10 | to noise from weaponry, equipment, and tactical | 805 | |

109:11   vehicles; eye hazards due to flying projectiles
109:12   during use of tools, land navigation, wind,
109:13   dust, and sand exposures, weather extremes,
109:14   slip, trip, fall, and foot hazards and heavy
109:15   rolling equipment, petroleum oils, lubricants,
109:16   fuels, respiratory irritants, dust, vehicular
109:17   exhaust, heavy physical stress, infections from
109:18   airborne and bloodborne infections and
109:19   communicable diseases, such as hepatitis, HIV,
109:20   TB, measles, mumps, rubella, chicken pox,
109:21   tetanus, et cetera.

110:06 - 110:08 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 110:06   Is it common for noise to be | **Re: [110:06 to 110:08]** | **OVERRULED** |
| 110:07   listed as the first common health safety hazard | **Pltf Obj** 602; vague; 611; | |
| 110:08   for soldiers? | leading; foundation | |

110:10 - 110:17 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 110:10   A. It is under MOS. | **Re: [110:10 to 110:17]** | **OVERRULED** |
| 110:11   Q. And can you explain that further? | **Pltf Obj** vague; | |
| 110:12   A. Well, medical personnel, are -- | | |
| 110:13   they are exposed to noise, but they are not -- | | |
| 110:14   if you're a 68 Whiskey, if you're a medic, | | |
| 110:15   you're not exposed to the noise at the same | | |
| 110:16   level of noise as often as an 11 Bravo or a | | |
| 110:17   foot soldier is. | | |

111:12 - 111:22 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 111:12   Q. Okay.  And if we go to the second | **Re: [111:12 to 111:22]** | **OVERRULED** |
| 111:13   page of this record, where it says:  A/P, | **Pltf Obj** Foundaton; 602; | |
| 111:14   written by Crossley, Cynthia. | | |
| 111:15   A. Uh-huh. | | |
| 111:16   Q. What does A/P stand for? | | |
| 111:17   A. That stands for assessment and | | |
| 111:18   plan. | | |
| 111:19   Q. Okay.  And what was the | | |
| 111:20   assessment and plan written here? | | |
| 111:21   A. The assessment was the need for | | |
| 111:22   an audiogram and a screening of vision. | | |

112:02 - 112:12 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 112:02   Q. And under follow-up, what did you | **Re: [112:02 to 112:12]** | **OVERRULED** |
| 112:03   write? | **Pltf Obj** Foundaton; 602; | |
| 112:04   A. Follow up in twenty-four hours in | | |
| 112:05   the occupational health at Fort Benning, | | |
| 112:06   Georgia, clinic or sooner if there are | | |
| 112:07   problems, comments for repeat hearing test. | | |
| 112:08   Q. And so what -- What does this | | |
| 112:09   note mean? | | |
| 112:10   A. To me, it means we wanted to see | | |
| 112:11   him again within twenty-four hours for a | | |
| 112:12   follow-up on his hearing test. | | |

112:13 - 112:14 Crossley, Cynthia 2020-09-21

112:13   Q. And so what would you have
112:14   reviewed to arrive at that disposition?

112:16 - 112:25 Crossley, Cynthia 2020-09-21

112:16   A. The hearing test that was done
112:17   that day.
112:18   Q. So you would have reviewed the

| | | |
|---|---|---|
| 112:19  audiogram? | | |
| 112:20  A. Yes. | | |
| 112:21  Q. And then under discussed, it | | |
| 112:22  says:  Diagnosis:  Medication, treatments, | | |
| 112:23  alternatives, potential side effects with | | |
| 112:24  patient who indicated understanding. | | |
| 112:25  A. Yes. | | |

115:08 - 115:13 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 115:08  In connection with this test, the | | |
| 115:09  record indicates that a follow-up test was | | |
| 115:10  requested.  Would you, as part of the education | | |
| 115:11  component of the occupational health screening, | | |
| 115:12  have discussed any aspect of using hearing | | |
| 115:13  protection devices? | | |

115:15 - 115:16 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 115:15  A. Not specifically. | Re: [115:15 to 115:16] | **SUSTAINED** |
| 115:16  Q. Would you have talked in general? | Pltf Obj Vague; | |

115:18 - 116:08 Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 115:18  A. Yeah, just in general.  I would | |
| 115:19  -- I might have mentioned it in general, but I | |
| 115:20  wouldn't have been specific at that time, | |
| 115:21  because I wouldn't have the complete results. | |
| 115:22  I mean, I can't make a specific recommendation | |
| 115:23  based on partial results.  And all you would | |
| 115:24  have at that time would be partial results. | |
| 115:25  You wouldn't have the results of the hearing | |
| 116:01  test that he would have to come back and do | |
| 116:02  again. | |
| 116:03  Q. So until you receive the results | |
| 116:04  of the follow-up exam, you couldn't reach any | |
| 116:05  particular conclusions? | |
| 116:06  A. Yeah.  I would not be able to -- | |
| 116:07  provide any specificity as to recommendations | |
| 116:08  based on just what you've got here. | |

116:12 - 116:25 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 116:12  Q. I'm going to mark as Exhibit 9. | Re: [116:12 to 116:25] | **OVERRULED** |
| 116:13  This, again, is a DD Form 2216. | Pltf Obj Foundation; 602; 802; | |
| 116:14  A. Yes. | 805; vague (116:25-117:03) | |
| 116:15  Q. Do you see that, Ms. Crossley? | | |
| 116:16  A. Yes. | | |
| 116:17  Q. And under the current audiogram | | |
| 116:18  section -- | | |
| 116:19  A. Uh-huh. | | |
| 116:20  Q. -- do you see the date of this | | |
| 116:21  audiogram? | | |
| 116:22  A. I do. | | |
| 116:23  Q. And what do you see as the date? | | |
| 116:24  A. 27 October 208 (sic). | | |
| 116:25  Q. Based on the prior record we just | | |

117:01 - 117:03 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 117:01  reviewed, is it your understanding that this is | Re: [117:01 to 117:03] | **OVERRULED** |
| 117:02  the audiogram that would have been referenced | Pltf Obj Foundation; 602; 802; | |
| 117:03  in the record? | 805; vague (116:25-117:03) | |

117:07 - 117:13 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 117:07  Q. In the medical record we were | Re: [117:07 to 117:13] | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 117:08 | just looking at. | **Pltf Obj** Foundation; 602; 802; 805 | | |
| 117:09 | A. Yes. | | | |
| 117:10 | Q. And on this medical record, if | | | |
| 117:11 | you look at the significant threshold shift | | | |
| 117:12 | section, section D, here -- right here, there | | | |
| 117:13 | is a 2.  What does that stand for? | | | |

117:15 - 117:20 Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 117:15 | A. That means in the left ear, there | **Re: [117:15 to 117:20]** | | **OVERRULED** |
| 117:16 | was a significant shift in the hearing in the | **Pltf Obj** Foundation; 602; 802; | | |
| 117:17 | left ear. | 805 | | |
| 117:18 | Q. And looking at this record, can | | | |
| 117:19 | you tell where the shift occurred? | | | |
| 117:20 | A. Yes.  That it occurred -- | | | |

117:22 - 117:23 Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 117:22 | A. -- at 2 and at the -- at the 2 | **Re: [117:22 to 117:23]** | | **OVERRULED** |
| 117:23 | and the 4 range. | **Pltf Obj** Foundation; 602; 802; | | |
| | | 805 | | |

118:06 - 118:11 Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 118:06 | Q. If I went in for an audiological | | | |
| 118:07 | test today and went in for a repeat of that | | | |
| 118:08 | test tomorrow, is it possible that my results | | | |
| 118:09 | would shift around just by virtue of the | | | |
| 118:10 | testing conditions and other aspects of the | | | |
| 118:11 | test? | | | |

118:13 - 118:24 Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 118:13 | A. Yes.  That's possible. | **Re: [118:13 to 118:24]** | | **OVERRULED** |
| 118:14 | Q. And here in section G, where it | **Pltf Obj** Foundation; 602; 802; | | |
| 118:15 | says:  Type of personal hearing protection | 805; 611; leading | | |
| 118:16 | used. | | | |
| 118:17 | A. Uh-huh. | | | |
| 118:18 | Q. This is, again, listed as an | | | |
| 118:19 | other; correct? | | | |
| 118:20 | A. Yes. | | | |
| 118:21 | Q. And it is the case that, again, | | | |
| 118:22 | as part of the standard annual audiogram, | | | |
| 118:23 | individual soldiers were asked what kind of | | | |
| 118:24 | hearing protection they used; correct? | | | |

119:01 - 119:04 Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 119:01 | A. Yes. | **Re: [119:01 to 119:04]** | | **OVERRULED** |
| 119:02 | Q. And here, the person filling out | **Pltf Obj** Foundation; 602; 802; | | |
| 119:03 | the form noted that Mr. Keefer uses other, six; | 805 | | |
| 119:04 | correct? | | | |

119:06 - 119:06 Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 119:06 | A. Yes. | **Re: [119:06 to 119:06]** | | **OVERRULED** |
| | | **Pltf Obj** Foundation; 602; 802; | | |
| | | 805 | | |

119:09 - 119:12 Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 119:09 | Q. And in the remarks section of | **Re: [119:09 to 119:12]** | | **OVERRULED** |
| 119:10 | this form, again, we see it says:  Other HPD, | **Pltf Obj** Foundation; 602; 802; | | |
| 119:11 | quad-flange? | 805 | | |
| 119:12 | A. Uh-huh. | | | |

119:13 - 119:17 Crossley, Cynthia 2020-09-21

| | | | | |
|---|---|---|---|---|
| 119:13 | Q. Is your understanding that the | **Re: [119:13 to 119:17]** | | **OVERRULED** |

| | | |
|---|---|---|
| 119:14 technician would have asked Mr. Keefer what<br>119:15 kind of hearing protection he used and then<br>119:16 noted it in the form?<br>119:17 A. Yes. | Pltf Obj Foundation; 602; 802;<br>805 | |

| | | |
|---|---|---|
| 120:23 - 121:03 Crossley, Cynthia 2020-09-21<br>120:23 Q. In general, when individuals are<br>120:24 administering the audiograms and they are<br>120:25 providing health education, is it your<br>121:01 understanding that they would be providing<br>121:02 education about the use of hearing protection<br>121:03 devices? | Re: [120:23 to 121:03]<br>Pltf Obj 602 | OVERRULED |

| | | |
|---|---|---|
| 121:05 - 121:05 Crossley, Cynthia 2020-09-21<br>121:05 A. Yes. | Re: [121:05 to 121:05]<br>Pltf Obj 602 | OVERRULED |

| | | |
|---|---|---|
| 121:22 - 122:01 Crossley, Cynthia 2020-09-21<br>121:22 Q. In the medical records, we saw<br>121:23 the referral for a follow-up test. To arrive<br>121:24 at that conclusion, you would have reviewed<br>121:25 this data; correct?<br>122:01 A. Right. | Re: [121:22 to 122:01]<br>Pltf Obj 611; Leading; | OVERRULED |

| | | |
|---|---|---|
| 122:11 - 122:13 Crossley, Cynthia 2020-09-21<br>122:11 Q. And when a soldier returned for a<br>122:12 follow-up exam, would you review those records?<br>122:13 A. Yes. | | |

| | | |
|---|---|---|
| 122:18 - 122:25 Crossley, Cynthia 2020-09-21<br>122:18 Q. I'd like to mark as Exhibit 10.<br>122:19 This is a medical record dated October 28,<br>122:20 2008. Do you see that?<br>122:21 A. Yes.<br>122:22 Q. And this medical record appears<br>122:23 to have been authored by a Lois Cain?<br>122:24 A. Yes.<br>122:25 Q. Who is Lois Cain? | Re: [122:18 to 122:25]<br>Pltf Obj Foundation; 602; 802;<br>805; | OVERRULED |

| | | |
|---|---|---|
| 123:01 - 123:17 Crossley, Cynthia 2020-09-21<br>123:01 A. She's one of the occupational<br>123:02 health nurses.<br>123:03 Q. So she was one of your<br>123:04 colleagues?<br>123:05 A. Yes.<br>123:06 Q. And the reason for the visit here<br>123:07 is listed as: Ears, hearing exam, following<br>123:08 ABN normal screening?<br>123:09 A. Yes.<br>123:10 Q. What is your understanding for<br>123:11 the reason of this visit?<br>123:12 A. It's a follow-up due to the STS<br>123:13 on the -- his previous hearing test.<br>123:14 Q. And ABN in this context, does<br>123:15 that refer to anything specifically?<br>123:16 A. Abnormal following - Ears/Hearing<br>123:17 exam following abnormal hearing screening. | Re: [123:01 to 123:17]<br>Pltf Obj Foundation; 602; 802;<br>805; | OVERRULED |

| | | |
|---|---|---|
| 123:25 - 123:25 Crossley, Cynthia 2020-09-21<br>123:25 Q. And under tests, laboratory | Re: [123:25 to 123:25]<br>Pltf Obj Foundation; 602; 802; | OVERRULED |

805;

124:01 - 124:06 Crossley, Cynthia 2020-09-21

| 124:01 | studies here -- |
| 124:02 | A. Uh-huh. |
| 124:03 | Q. -- under audiometry. |
| 124:04 | A. Right. |
| 124:05 | Q. So can you read what that says? |
| 124:06 | A. Yes. |

Re: [124:01 to 124:06]
Pltf Obj Foundation; 602; 802;
805;

OVERRULED

124:08 - 124:10 Crossley, Cynthia 2020-09-21

| 124:08 | A. Audiometry, DD2216 with H1 on |
| 124:09 | follow-up number one shows no STS.  Counseled |
| 124:10 | on findings and to repeat audio in one year. |

Re: [124:08 to 124:10]
Pltf Obj Foundation; 602; 802;
805;

OVERRULED

124:24 - 125:01 Crossley, Cynthia 2020-09-21

| 124:24 | So this says:  Audiometry DD2216, |
| 124:25 | that's in reference to an annual audiogram; |
| 125:01 | correct? |

Re: [124:24 to 125:01]
Pltf Obj Foundation; 602; 802;
805;

OVERRULED

Re: [125:01 to 125:04]
Pltf Obj Foundation; 602; 802;
805;

OVERRULED

125:01 - 125:04 Crossley, Cynthia 2020-09-21

| 125:01 | correct? |
| 125:02 | A. Yes. |
| 125:03 | Q. And the W/H1, what would that |
| 125:04 | mean? |

Re: [124:24 to 125:01]
Pltf Obj Foundation; 602; 802;
805;

OVERRULED

Re: [125:01 to 125:04]
Pltf Obj Foundation; 602; 802;
805;

OVERRULED

125:06 - 125:24 Crossley, Cynthia 2020-09-21

| 125:06 | A. With H1.  H1 being a normal |
| 125:07 | hearing test. |
| 125:08 | Q. On follow-up number one, would |
| 125:09 | that be in connection with a follow-up |
| 125:10 | audiogram? |
| 125:11 | A. Yes.  The -- As he was instructed |
| 125:12 | in the previous note, to return within |
| 125:13 | twenty-four hours, that refers to number one to |
| 125:14 | that test. |
| 125:15 | Q. And the no STS, what does that -- |
| 125:16 | A. That means there was no |
| 125:17 | significant -- no -- there were no significant |
| 125:18 | -- There was not a significant threshold shift |
| 125:19 | on the follow-up test. |
| 125:20 | Q. And how common was it, in your |
| 125:21 | experience, for a soldier to have a significant |
| 125:22 | threshold shift on one day and then for the |
| 125:23 | next day, for there to be no significant |
| 125:24 | threshold shift? |

Re: [125:06 to 125:24]
Pltf Obj Foundation; 602; 802;
805; vague

OVERRULED

126:01 - 126:14 Crossley, Cynthia 2020-09-21

| 126:01 | A. It -- It was fairly common. |
| 126:02 | Q. And are you familiar with the |
| 126:03 | reasons why that could occur? |
| 126:04 | A. Depending on what they did in the |
| 126:05 | previous -- in the twenty-four hours prior to |
| 126:06 | their abnormal hearing test, if they'd gone to |

Re: [126:01 to 126:14]
Pltf Obj Foundation; 602; 802;
805; vague

OVERRULED

126:07   a rock concert, if they had been to live X at a
126:08   firing range; you know, it runs the gamut.
126:09   But it -- You know, did they have
126:10   the sniffles and -- and had a little stuffiness
126:11   in their ears.  It just runs the gamut.  All --
126:12   A. lot of different reasons could have caused
126:13   them to have an abnormal test one day and a
126:14   perfectly normal test the next day.

128:25 - 128:25 Crossley, Cynthia 2020-09-21
128:25   Q. Yes.  So looking across at -- So

129:01 - 129:13 Crossley, Cynthia 2020-09-21
129:01   can you explain to the jury what the reference      **Re: [129:01 to 129:13]**                    OVERRULED
129:02   audiogram is?                                       **Pltf Obj** 611; leading; 702
129:03   A. A reference audiogram is a
129:04   baseline by which we measure any significant
129:05   changes in the future.  It's a method to follow
129:06   a person over time.  And so --
129:07   Q. Is it --
129:08   A. Go ahead.
129:09   Q. No.  You go ahead.
129:10   A. It -- It's just a way to follow
129:11   someone over a period of time.
129:12   Q. Why is it important to establish
129:13   a baseline for an individual's hearing?

129:15 - 129:25 Crossley, Cynthia 2020-09-21
129:15   A. If you do not establish a                        **Re: [129:15 to 129:25]**                    OVERRULED
129:16   baseline, and there is a loss in the future,        **Pltf Obj** 611; leading; 702
129:17   but your baseline wasn't established until five
129:18   years after the person entered the service, you
129:19   don't know how much loss there could have been
129:20   between day one of their service and the five
129:21   years leading up to the time you established a
129:22   reference.
129:23   There's no way to determine the
129:24   amount of loss during the time that wasn't
129:25   monitored.

130:03 - 130:04 Crossley, Cynthia 2020-09-21
130:03   Is it possible that soldiers                        **Re: [130:03 to 130:04]**                    OVERRULED
130:04   enter the military already having hearing loss?     **Pltf Obj** 602

130:06 - 130:06 Crossley, Cynthia 2020-09-21
130:06   A. Yes.                                              **Re: [130:06 to 130:06]**                    OVERRULED
                                                             **Pltf Obj** 602

130:07 - 130:08 Crossley, Cynthia 2020-09-21
130:07   Q. And how often do you see soldiers                **Re: [130:07 to 130:08]**                    SUSTAINED
130:08   who enter the military with hearing loss?           **Pltf Obj** 611; leading; 402

130:16 - 130:24 Crossley, Cynthia 2020-09-21
130:16   A. That's done at in-processing.                    **Re: [130:16 to 130:24]**                    SUSTAINED
130:17   That's done at almost day one.  When they get       **Pltf Obj** Strike Nonresponsive
130:18   off that bus, they are tested so fast for           (130:16-130:24)
130:19   hearing loss.  And it's not that that would
130:20   necessarily disqualify them from service, but
130:21   you've got to establish what your loss -- what
130:22   your baseline was on the day you entered the
130:23   service, before you ever had any

130:24   service-related noise exposure.

132:03 - 132:06 Crossley, Cynthia 2020-09-21
132:03   Q. And do you know whether the score
132:04   here for 3000, for example, of 20, on March 29,
132:05   2007, is a normal score, a high score, or a low
132:06   score for a reference audiogram?

**Re: [132:03 to 132:06]**
**Pltf Obj** 702; 602; foundation;
vague

OVERRULED

132:09 - 132:16 Crossley, Cynthia 2020-09-21
132:09   A. Anything 25 and lower is normal.
132:10   The lower the score, the better the hearing.
132:11   Q. And at a score of 30, that is
132:12   slightly above the threshold, you said, of 25;
132:13   but in this case, for example, because it's
132:14   only a shift of 10 it wouldn't count; is that
132:15   correct?
132:16   A. That's correct.  It has to be --

**Re: [132:09 to 132:16]**
**Pltf Obj** compound; vague;

OVERRULED

132:19 - 132:20 Crossley, Cynthia 2020-09-21
132:19   A. It has to be a score of 15 or
132:20   more difference.

**Re: [132:19 to 132:20]**
**Pltf Obj** Vague

OVERRULED

132:24 - 133:07 Crossley, Cynthia 2020-09-21
132:24   Q. I'm going to mark as Exhibit 11.
132:25   Ms. Crossley, do you know what this is a photo
133:01   of?
133:02   A. That's the blue quads ear hearing
133:03   protection.
133:04   Q. So in the earlier medical records
133:05   we looked at that reference the blue Quattro or
133:06   the quad-flange earplugs, are these the
133:07   earplugs being referenced?

133:09 - 133:09 Crossley, Cynthia 2020-09-21
133:09   A. Yes.

139:02 - 139:13 Crossley, Cynthia 2020-09-21
139:02   Q. When you issued any other
139:03   earplugs, whether it was the triple-flange or
139:04   single-flange, did you provide any written
139:05   instructions when you issued those other
139:06   earplugs?
139:07   A. No.
139:08   Q. Do you recall whether those
139:09   earplugs had packaging that contained any text
139:10   on them?
139:11   A. The ones that I recalled did not
139:12   have -- they were not packaged, they were just
139:13   individual earplugs.

141:09 - 141:13 Crossley, Cynthia 2020-09-21
141:09   Q. Based on your recollections or
141:10   the records we reviewed, do you have any reason
141:11   to believe that Lewis Keefer wore the
141:12   dual-ended Combat Arms Earplugs in 2007 or
141:13   2008?

**Re: [141:09 to 141:13]**
**Pltf Obj** 602; 802; 805;
mistakes

OVERRULED

141:15 - 141:18 Crossley, Cynthia 2020-09-21
141:15   A. I cannot say from what I saw that
141:16   he did.  From the information you've given me
141:17   to review, I cannot say he wore them based on

**Re: [141:15 to 141:18]**
**Pltf Obj** 602; 802; 805;
mistakes

OVERRULED

141:18     that.

142:07 - 142:10 Crossley, Cynthia 2020-09-21
142:07     Q. Of the records we reviewed, there
142:08     was nothing in those records to indicate that
142:09     Mr. Keefer was using the Combat Arms Earplugs;
142:10     is that correct?

**Re: [142:07 to 142:10]**
**Pltf Obj** Cumulative; 602; 802;
805; mistakes

**SUSTAINED**

142:12 - 142:13 Crossley, Cynthia 2020-09-21
142:12     A. To the best of my recollection,
142:13     no.

**Re: [142:12 to 142:13]**
**Pltf Obj** Cumulative; 602; 802;
805; mistakes

**SUSTAINED**

143:17 - 143:25 Crossley, Cynthia 2020-09-21
143:17     Q. And so in the first medical
143:18     record, there was a note of a shift, and then
143:19     there was a follow-up exam that said his
143:20     hearing was within normal limits; is that
143:21     correct?
143:22     A. Yes.
143:23     Q. And if Mr. Keefer had told you
143:24     that subjectively he was having difficulty
143:25     hearing, would that have been noted in the

**Re: [143:17 to 143:25]**
**Pltf Obj** vague; foundation;
802; 805; 602

**OVERRULED**

144:01 - 144:01 Crossley, Cynthia 2020-09-21
144:01     records?

**Re: [144:01 to 144:01]**
**Pltf Obj** vague; foundation;
802; 805; 602

**OVERRULED**

144:03 - 144:10 Crossley, Cynthia 2020-09-21
144:03     A. Well, it may have been, you know.
144:04     I -- I believe it -- you know, that it would --
144:05     would have been.
144:06     Q. And if Mr. Keefer had been
144:07     suffering from ringing in the ears at the time
144:08     of those appointments, would there have been a
144:09     note in the medical records of the ringing in
144:10     the ears or tinnitus?

**Re: [144:03 to 144:10]**
**Pltf Obj** vague; foundation;
802; 805; 602

**OVERRULED**

144:12 - 144:17 Crossley, Cynthia 2020-09-21
144:12     A. Oh, yeah, there definitely would
144:13     have been on the hearing test.
144:14     Q. Is it a standard part of the
144:15     annual hearing test to ask whether there was
144:16     ringing in the ear?
144:17     A. Yes.  That's standard.

**Re: [144:12 to 144:17]**
**Pltf Obj** 602

**OVERRULED**

144:18 - 144:21 Crossley, Cynthia 2020-09-21
144:18     Q. And if a soldier noted that he
144:19     had been suffering from ringing in the ears, it
144:20     would have been included in the records;
144:21     correct?

**Re: [144:18 to 144:21]**
**Pltf Obj** 611; leading; 602;

**OVERRULED**

144:23 - 144:24 Crossley, Cynthia 2020-09-21
144:23     A. At some point, yes.  In fact, the
144:24     hearing test may have been delayed.

**Re: [144:23 to 144:24]**
**Pltf Obj** 602

**OVERRULED**

144:25 - 145:07 Crossley, Cynthia 2020-09-21
144:25     Q. If there was ringing in the ears?
145:01     A. Yeah.  It could have been.  It
145:02     might not have been.  It's all, you know, based

**Re: [144:25 to 145:07]**
**Pltf Obj** Vague; 602;

**OVERRULED**

145:03   on the report from the service member.  I mean,
145:04   if he came in and he said, listen, I don't
145:05   believe I can pass this hearing test, the ring
145:06   nothing my ear is so bad today, we would have
145:07   deferred him to come back at a later time.

145:08 - 145:16 Crossley, Cynthia 2020-09-21
145:08   Q. The medical records we reviewed
145:09   today, do not contain any notes that Mr. Keefer
145:10   was suffering from ringing in the ears, do
145:11   they?
145:12   A. Not that I saw.
145:13   Q. And the medical records we
145:14   reviewed today do not contain any notes
145:15   suggesting that Mr. Keefer was using the Combat
145:16   Arms Earplugs, do they?

**Re: [145:08 to 145:16]**
**Pltf Obj** 602; 802; 805; foundation

**OVERRULED**

145:18 - 145:18 Crossley, Cynthia 2020-09-21
145:18   A. Not that I saw.

**Re: [145:18 to 145:18]**
**Pltf Obj** 602; 802; 805; foundation

**OVERRULED**

146:07 - 146:11 Crossley, Cynthia 2020-09-21
146:07   Q. And would it be important if you
146:08   were showing a soldier how to use the Combat
146:09   Arms Earplugs to ensure that they, in fact, fit
146:10   in that soldier's ears?
146:11   A. Well, yeah.

**Re: [146:07 to 146:11]**
**Pltf Obj** 611; leading; 602; 702

**SUSTAINED**

146:13 - 146:21 Crossley, Cynthia 2020-09-21
146:13   Q. And if you had been fitting a
146:14   soldier for the Combat Arms Earplugs, when you
146:15   inserted the earplugs into the soldier's ears,
146:16   you would have ensured that you could get an
146:17   adequate seal?
146:18   A. Yes.  And that's based on your
146:19   statement of if, if -- if -- if they had been
146:20   fitted.  But I'm not sure that they were fitted
146:21   in my clinic.

**Re: [146:13 to 146:21]**
**Pltf Obj** 602; compound

**SUSTAINED**

147:05 - 147:07 Crossley, Cynthia 2020-09-21
147:05   Q. As far as you're aware, Mr.
147:06   Keefer was never fitted with the Combat Arms
147:07   Earplugs?

**Re: [147:05 to 147:07]**
**Pltf Obj** 611; leading; 602;

**SUSTAINED**

147:09 - 147:10 Crossley, Cynthia 2020-09-21
147:09   A. As far as the information that I
147:10   have seen today, no.

**Re: [147:09 to 147:10]**
**Pltf Obj** 611; leading; 602;

**SUSTAINED**

155:18 - 155:22 Crossley, Cynthia 2020-09-21
155:18   Q. Okay.  And you have no reason to
155:19   disagree with Mr. Keefer's testimony that he
155:20   did not use a quad-flange earplug, he only used
155:21   the Combat Arms Earplug and occasionally a
155:22   foamy; correct?

155:24 - 156:02 Crossley, Cynthia 2020-09-21
155:24   A. No.  I don't agree with that,
155:25   because I know what we issued.  If he left them
156:01   on the desk, that was his decision.  I have no
156:02   control over what he uses, period.

**Re: [155:24 to 156:02]**
**Pltf Obj** Strike Nonresponsive (155:24-156:2)

**SUSTAINED**



156:18 - 156:21 Crossley, Cynthia 2020-09-21
156:18   Q. No.  What I'm asking is if you
156:19   have any basis to disagree with his testimony,
156:20   that he only used the Combat Arms Earplug and
156:21   occasionally a foamy?

156:23 - 157:01 Crossley, Cynthia 2020-09-21
156:23   A. I'm -- I am -- You're going to
156:24   have to rephrase that in a way that I feel I'm
156:25   not -- I don't feel like I'm having words put
157:01   in my mouth.

**Re: [156:23 to 157:01]**
**Pltf Obj** Strike Nonresponsive
(156:23-157:1)

SUSTAINED

159:09 - 159:11 Crossley, Cynthia 2020-09-21
159:09   Q. So you can't testify under oath
159:10   today that those remarks mean that Mr. Keefer
159:11   said:  I'm using the quad-flange plug; right?

159:13 - 159:24 Crossley, Cynthia 2020-09-21
159:13   A. If -- If the technician tested
159:14   him as -- They're sitting there as the
159:15   technicians are asking those questions, and
159:16   they ask them specifically what kind of
159:17   earplugs they use.
159:18   Now, from what Mr. Keefer said,
159:19   to what the technician put in the computer, I
159:20   don't know.  But I can tell you that that's
159:21   what the computer -- that's what -- the
159:22   computer marked it as an other and the
159:23   technician said it was a blue quad.  That's
159:24   what I can tell you.

**Re: [159:13 to 159:24]**
**Pltf Obj** Strike Nonresponsive
(159:13-159:24)

SUSTAINED

161:03 - 161:06 Crossley, Cynthia 2020-09-21
161:03   So you can't testify under oath
161:04   that because it says quad-flange in the remarks
161:05   that that means that Mr. Keefer was using a
161:06   quad-flange plug in his regular service?

161:08 - 161:09 Crossley, Cynthia 2020-09-21
161:08   A. Only that that's what he told the
161:09   technician at the time.  And, listen, I've lost

**Re: [161:08 to 161:09]**
**Pltf Obj** Strike Nonresponsive
(161:8-161-9)

SUSTAINED

161:21 - 161:25 Crossley, Cynthia 2020-09-21
161:21   Q. Ms. Crossley, it may be easiest
161:22   for us to look at this and try to figure this
161:23   out.  If we can pull back up Exhibit Number 9.
161:24   If we could blow up the remarks
161:25   section that's there in the middle of the page.

162:01 - 162:09 Crossley, Cynthia 2020-09-21
162:01   Do you see, it says:  Other HPD quad-flange,
162:02   positive STS?
162:03   That's the language we're talking
162:04   about; right?
162:05   A. Yes.  Okay.
162:06   Q. The only question I'm really
162:07   asking is, you don't really know what the basis
162:08   for that information is?  You weren't present
162:09   for that conversation, were you?

162:11 - 162:17 Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 162:11 | A. I am -- I see the -- I see the |
| 162:12 | report. I see that it says there's -- that he |
| 162:13 | uses quad-flange, he has a positive STS. I -- |
| 162:14 | I have no reason to -- I'd be second-guessing |
| 162:15 | everybody in the Army, you know, if I couldn't |
| 162:16 | believe what at least this section of what I'm |
| 162:17 | seeing. |

**Re: [162:11 to 162:17]**
**Pltf Obj** Strike Nonresponsive
(162:11-162:17)

SUSTAINED

162:21 - 162:25 Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 162:21 | A. I just don't -- I don't see |
| 162:22 | anything that throws a red flag here for me as |
| 162:23 | an occupational health nurse -- |
| 162:24 | Q. All right. |
| 162:25 | A. -- that would make me think that |

**Re: [162:21 to 162:25]**
**Pltf Obj** Strike Nonresponsive
(162:21-162:25)

SUSTAINED

163:01 - 163:13 Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 163:01 | two people were lying or stretching the fact |
| 163:02 | about what type of earplugs this person was |
| 163:03 | wearing -- reported wearing. |
| 163:04 | Q. Okay. So it's your testimony |
| 163:05 | that this information means this is what Mr. |
| 163:06 | Keefer reported he was wearing? |
| 163:07 | A. Yes. |
| 163:08 | Q. Despite his deposition testimony? |
| 163:09 | A. At the time this test was |
| 163:10 | given -- |
| 163:11 | Q. Okay. |
| 163:12 | A. -- this is what I understand he |
| 163:13 | reported wearing. |

**Re: [163:01 to 163:13]**
**Pltf Obj** Strike Nonresponsive
(163:1-163:3) and (163:7) and
(162:09-163:10) and
(163:12-163:13)

SUSTAINED

167:21 - 168:06 Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 167:21 | Q. Under Army protocols, you're not |
| 167:22 | qualified to conduct this audiogram, are you? |
| 167:23 | A. No. I was -- I was trained to |
| 167:24 | conduct audiograms. |
| 167:25 | Q. So you are a -- Well, maybe this |
| 168:01 | is new testimony. You are a certified hearing |
| 168:02 | technician? |
| 168:03 | A. No. I'm not a certified hearing |
| 168:04 | technician. But I went to the same course that |
| 168:05 | those hearing technicians went to every five |
| 168:06 | years. |

208:12 - 208:15 Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 208:12 | Q. Ms. Crossley, you're aware that |
| 208:13 | there are multiple versions of the Combat Arms |
| 208:14 | Earplugs; correct? |
| 208:15 | A. Actually, no. |

208:22 - 208:25 Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 208:22 | Q. Okay. I would like to mark as |
| 208:23 | Exhibit 22, so this first photograph here, do |
| 208:24 | you know what these are? |
| 208:25 | A. Those are the ones I'm used to |

209:01 - 209:10 Crossley, Cynthia 2020-09-21

| | |
|---|---|
| 209:01 | having seen, the Combat earplugs. |
| 209:02 | Q. And we were -- We were referring |
| 209:03 | to these as the dual-ended Combat Arms Earplugs |
| 209:04 | earlier; correct? |

209:05    A. I believe so.
209:06    Q. If we go to page two of this
209:07    document. Are you familiar with these at all?
209:08    A. I'm not familiar with either the
209:09    black or the yellow, and the red ones look a
209:10    little suspect to me too.

209:11 - 209:18 Crossley, Cynthia 2020-09-21
209:11    Q. Are you familiar with the --
209:12    A. I'll tell you, the red ones used
209:13    to be for people who had really large ear
209:14    canals. The black ones and the yellow ones,
209:15    and the red one here does not -- is not the
209:16    style I'm used to seeing for large ears -- for
209:17    large ear canals. And the other two I'm not
209:18    familiar with at all.

209:19 - 209:25 Crossley, Cynthia 2020-09-21
209:19    Q. And the stem here or the pistol
209:20    grip or the -- the part of the -- the sort of
209:21    beige part of the plugs, do those look familiar
209:22    at all?
209:23    A. I've never seen those, huh-uh.
209:24    Q. So I'll represent to you these
209:25    are another version of the Combat Arms

210:01 - 210:02 Crossley, Cynthia 2020-09-21
210:01    Earplugs.
210:02    A. Okay.

210:05 - 210:11 Crossley, Cynthia 2020-09-21
210:05    Q. Do these look familiar at all?
210:06    A. They do not.
210:07    Q. Again, I'll represent to you that
210:08    these are another version of the Combat Arms
210:09    Earplugs, again, that were not dual-ended. Do
210:10    you see this -- do you see the CAE?
210:11    A. I do. Uh-huh.

210:14 - 210:25 Crossley, Cynthia 2020-09-21
210:14    Q. Again, do these look familiar at
210:15    all?
210:16    A. No. Not familiar with those.
210:17    Q. Again, I'll represent to you
210:18    these are another version of the Combat Arms
210:19    Earplugs.
210:20    MR. GUNDERSON: Can we go back to
210:21    Exhibit 20, please?
210:22    Q. So earlier Mr. Barr was asking
210:23    you about the remark in here that refers to the
210:24    Combat Arms Earplug.
210:25    Do you see that?

211:01 - 211:25 Crossley, Cynthia 2020-09-21
211:01    A. Yes.
211:02    Q. This remark -- Or this note here
211:03    doesn't indicate which version of the Combat
211:04    Arms Earplug was used, does it?
211:05    A. It sure doesn't.
211:06    Q. So from reading this record
211:07    alone, you don't know and can't make any

Re: [211:01 to 211:25]
Pltf Obj 611; leading

SUSTAINED

| | | | |
|---|---|---|---|
| 211:08  inferences about whether this is referring to | | | |
| 211:09  the Combat Arms Version 2, the dual-ended plug, | | | |
| 211:10  or one of the other versions of the Combat | | | |
| 211:11  Arms, can you? | | | |
| 211:12  A. I cannot. | | | |
| 211:13  MR. GUNDERSON:  Will you return | | | |
| 211:14  to Exhibit 21, please? | | | |
| 211:15  Q. A similar question about this | | | |
| 211:16  one.  Again, Mr. Barr pointed you to the | | | |
| 211:17  language in here that references the Combat | | | |
| 211:18  Arms Earplug; do you see that? | | | |
| 211:19  A. Yes, sir. | | | |
| 211:20  Q. Again, from this note, you can't | | | |
| 211:21  tell whether this is a reference to the | | | |
| 211:22  dual-ended Combat Arms Earplug or one of the | | | |
| 211:23  other versions of the Combat Arms Earplug that | | | |
| 211:24  we saw the pictures of, can you? | | | |
| 211:25  A. No, sir, I can't. | | | |
| | | | |
| 216:02 - 216:19 Crossley, Cynthia 2020-09-21 | | | |
| 216:02  Q. And have you received training on | Re: [216:02 to 216:19] | | SUSTAINED |
| 216:03  how to conduct audiograms? | Pltf Obj Cumulative; 611; | | |
| 216:04  A. Oh, yes, sir. | leading | | |
| 216:05  Q. And can you describe that | | | |
| 216:06  training for the jury, please? | | | |
| 216:07  A. It was done in conjunction with | | | |
| 216:08  certification to -- for occupational health -- | | | |
| 216:09  for the occupational health program.  And it | | | |
| 216:10  really was hearing conservation.  And maybe | | | |
| 216:11  they -- they did certify me as a technician. | | | |
| 216:12  I'd have to get -- I'd have to pull that | | | |
| 216:13  paperwork out.  But we -- I can tell you this: | | | |
| 216:14  I -- When I went through that training, I went | | | |
| 216:15  through it three times, it was every five | | | |
| 216:16  years, from what I can remember now, but, yeah, | | | |
| 216:17  I was trained to do hearing tests. | | | |
| 216:18  Q. You were trained to conduct the | | | |
| 216:19  actual tests? | | | |
| | | | |
| 216:21 - 216:24 Crossley, Cynthia 2020-09-21 | | | |
| 216:21  A. Yes, I was.  But I was slow.  I | | | |
| 216:22  was not a technician -- Technically, the | | | |
| 216:23  technicians were a lot faster than me and a lot | | | |
| 216:24  better at it. | | | |
| | | | |
| 217:04 - 217:07 Crossley, Cynthia 2020-09-21 | | | |
| 217:04  Q. Were you trained in how to record | Re: [217:04 to 217:07] | | OVERRULED |
| 217:05  data into the DD2216s or equivalent forms for | Pltf Obj compound | | |
| 217:06  recording the audiological testing? | | | |
| 217:07  A. Yes. | | | |
| | | | |
| 217:14 - 218:04 Crossley, Cynthia 2020-09-21 | | | |
| 217:14  A. Yes.  I was familiar with it.  I | Re: [217:14 to 218:04] | | OVERRULED |
| 217:15  didn't do it, but I was familiar with it. | Pltf Obj 611; leading | | |
| 217:16  Q. And you worked closely with the | (217:16-217:18) and | | |
| 217:17  technicians who actually filled out those | (217:21-217:23) and | | |
| 217:18  forms; correct? | (218:02-218:03) | | |
| 217:19  A. Yes.  And they told me what to | | | |
| 217:20  do. | | | |
| 217:21  Q. You understood the practices of | | | |
| 217:22  your clinic and how the technicians filled out | | | |

217:23   those forms?
217:24   A. I knew -- I know that they did
217:25   it.  Did I understand it to the nth degree, no.
218:01   I understood that they did it.
218:02   Q. You understood the information
218:03   that they provided in those forms; correct?
218:04   A. Yes.

218:06 - 218:11 Crossley, Cynthia 2020-09-21
218:06   Q. And it is your testimony that      Re: [218:06 to 218:11]          OVERRULED
218:07   when completing the DD2216s, it was the   Pltf Obj 611; leading
218:08   practice of your clinic to record the hearing   (218:06-218:11) compound
218:09   protection device the soldier actually used; is
218:10   that right?
218:11   A. That's my understanding.

218:15 - 218:19 Crossley, Cynthia 2020-09-21
218:15   Do you know who retired Colonel
218:16   Merkley is?
218:17   A. According to that documentation,
218:18   he was head of the Army Hearing Conservation
218:19   Program.

219:02 - 219:04 Crossley, Cynthia 2020-09-21
219:02   Q. Has Lieutenant Colonel Merkley   Re: [219:02 to 219:04]          OVERRULED
219:03   ever told you how technicians should fill out a   Pltf Obj hearsay
219:04   2216 form?

219:06 - 219:06 Crossley, Cynthia 2020-09-21
219:06   A. No, sir.                      Re: [219:06 to 219:06]          OVERRULED
                                        Pltf Obj hearsay

219:12 - 219:17 Crossley, Cynthia 2020-09-21
219:12   Q. If Lieutenant Colonel Merkley had   Re: [219:12 to 219:17]          SUSTAINED
219:13   suggested the recording of hearing protection   Pltf Obj 611; leading;
219:14   device uses may not be reliable, that would not   misstates;
219:15   have been consistent with your clinic's
219:16   practice for recording which hearing protection
219:17   devices soldiers actually used?

219:23 - 219:25 Crossley, Cynthia 2020-09-21
219:23   A. Okay.  To my -- To my knowledge,   Re: [219:23 to 219:25]          SUSTAINED
219:24   and -- we recorded what the soldier used, based   Pltf Obj 602; 802; 805; Strike
219:25   on what he told us.  And that's what went in   Nonresponsive (219:23-219:25)

220:01 - 220:07 Crossley, Cynthia 2020-09-21
220:01   the -- that's what I understood went in the   Re: [220:01 to 220:07]          SUSTAINED
220:02   DD2216 data.                     Pltf Obj Strike Nonresponsive
220:03   Q. And regardless of anything else   (220:01-220:02); 611; Leading
220:04   that was being done elsewhere in the Army, that   (220:03-220:05)
220:05   was the practice of your clinic; correct?
220:06   A. That was the practice at our
220:07   clinic.

223:21 - 223:24 Crossley, Cynthia 2020-09-21
223:21   Q. And is it your understanding that   Re: [223:21 to 223:24]          SUSTAINED
223:22   your clinic was responsible for conducting   Pltf Obj 611; Leading
223:23   these exams annually on the fit and condition   (223:21-223:24)
223:24   of preformed and custom earplugs?

224:01 - 224:07 Crossley, Cynthia 2020-09-21

224:01   A. Yes.
224:02   Q. And to the best of your
224:03   knowledge, again, during the exams you
224:04   conducted with Mr. Keefer, you did not fit Mr.
224:05   Keefer with any versions of the Combat Arms
224:06   Earplugs; correct?
224:07   A. Correct.

224:15 - 224:22 Crossley, Cynthia 2020-09-21
224:15   Q. Are you familiar with all of the
224:16   knowledge that the Army or the military had
224:17   regarding the Combat Arms Earplugs?
224:18   A. Not all of it.
224:19   Q. Is it possible that other people
224:20   in the military had knowledge of rolling back
224:21   the flanges on the Combat Arms Earplugs, even
224:22   if you did not?

**Re: [224:15 to 224:22]**
**Pltf Obj** 602 (224:19-224:22)

SUSTAINED

224:24 - 224:24 Crossley, Cynthia 2020-09-21
224:24   A. That would be possible.

**Re: [224:24 to 224:24]**
**Pltf Obj** 602 (224:19-224:22)

SUSTAINED

225:06 - 225:09 Crossley, Cynthia 2020-09-21
225:06   Q. Is it possible that other
225:07   versions of the instructions for how to use the
225:08   Combat Arms Earplugs specifically referenced
225:09   folding back the flanges?

**Re: [225:06 to 225:09]**
**Pltf Obj** 602; misstates

SUSTAINED

225:11 - 225:11 Crossley, Cynthia 2020-09-21
225:11   A. That's possible.

**Re: [225:11 to 225:11]**
**Pltf Obj** 602; misssates

SUSTAINED

225:14 - 225:16 Crossley, Cynthia 2020-09-21
225:14   (Whereupon, Exhibit 23 was
225:15   marked for identification
225:16   purposes.)

**Re: [225:14 to 225:16]**
**Pltf Obj** Foundation

SUSTAINED

226:21 - 226:25 Crossley, Cynthia 2020-09-21
226:21   Q. Ms. Crossley, does this look
226:22   familiar at all to you?
226:23   A. No, it does not.  And I see -- I
226:24   immediately see that third flange pulled -- No,
226:25   that does not look familiar.

227:01 - 227:25 Crossley, Cynthia 2020-09-21
227:01   Q. If you go to the page just
227:02   before, I can see it on my screen, I don't know
227:03   if you can too.
227:04   A. I can now.
227:05   Q. There's that red logo on it
227:06   USACHPPM.  Do you know what that refers to?
227:07   A. All right.  Let me see if I can
227:08   remember.  United States Army Center for Health
227:09   Promotion and Preventive Medicine.
227:10   Q. That sounds good enough to me.
227:11   A. It's something like that.
227:12   Q. Your understanding that the
227:13   USACHPPM is part of the military; correct?
227:14   A. USACHPPM, yes, sir.
227:15   Q. Okay.  And if you scroll down to
227:16   the last page, again, you notice that the photo

**Re: [227:01 to 227:25]**
**Pltf Obj** 611; leading
(227:24-227:25)

OVERRULED

| | | |
|---|---|---|
| 227:17 shows the flanges rolled up; correct? | | |
| 227:18 A. I sure did.  I noticed that | | |
| 227:19 immediately. | | |
| 227:20 Q. And the third from the bottom | | |
| 227:21 bullet point there, can you read that, please? | | |
| 227:22 A. For very large ear canals, fold | | |
| 227:23 opposing plug back. | | |
| 227:24 Q. You don't recall ever seeing | | |
| 227:25 these particular instructions, do you? | | |

228:01 - 228:05 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 228:01 A. I certainly don't. | Re: [228:01 to 228:05] | OVERRULED |
| 228:02 Q. And you don't recall seeing the | Pltf Obj 611; leading | |
| 228:03 other instructions Mr. Barr showed you, do you? | (228:02-228:03) | |
| 228:04 A. I did not recall that in what he | | |
| 228:05 showed me, yeah. | | |

228:06 - 228:08 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 228:06 Q. And Mr. Keefer never disclosed to | Re: [228:06 to 228:08] | SUSTAINED |
| 228:07 you that he was using the Combat Arms Earplugs, | Pltf Obj 611; leading | |
| 228:08 did he? | (228:06-228:08) | |

228:10 - 228:12 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 228:10 A. Not to my -- Not to me | Re: [228:10 to 228:12] | SUSTAINED |
| 228:11 personally.  Not to others, as far as I am | Pltf Obj 611; leading | |
| 228:12 aware. | | |

228:19 - 228:25 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 228:19 Q. Without knowledge that Mr. Keefer | Re: [228:19 to 228:25] | SUSTAINED |
| 228:20 was using the Combat Arms Version 2 Earplugs | Pltf Obj 602; leading | |
| 228:21 you wouldn't have provided any instructions to | (228:19-228:23); Strike as | |
| 228:22 him on how to use the Combat Arms Earplugs, | Nonresponsive everything after | |
| 228:23 would you? | came to us | |
| 228:24 A. Not on the visits that he came to | | |
| 228:25 us, because we did not have those at that time, | | |

229:01 - 229:01 Crossley, Cynthia 2020-09-21

| | | |
|---|---|---|
| 229:01 period.  We had the blue quads. | Re: [229:01 to 229:01] | SUSTAINED |
| | Pltf Obj Strike as | |
| | Nonresposive 229:01 | |

| 3M Affirmatives | Pltf Objections | Pltf Counters | Objections | Rulings |
|---|---|---|---|---|
| 735:22 - 736:15   Fallon, Eric 2020-09-04 | | | | |
| 735:22   Q. Mr. Fallon, good afternoon. | | | | |
| 735:23   A. Good afternoon. | | | | |
| 735:24   Q. And just for the record, Chad | | | | |
| 735:25   Morriss from Kirkland & Ellis, representing | | | | |
| 736:01   3M and Mr. Fallon, and here to do a short | | | | |
| 736:02   direct examination. | | | | |
| 736:03   Yesterday we talked a little | | | | |
| 736:04   bit about your background, so I'd like to go | | | | |
| 736:05   back and fill in some of those gaps if we | | | | |
| 736:06   could. | | | | |
| 736:07   Would you tell the jury a | | | | |
| 736:08   little bit about where you grew up, went to | | | | |
| 736:09   high school, that sort of thing, so they can | | | | |
| 736:10   get to know you a little bit? | | | | |
| 736:11   A. I moved around a good bit while | | | | |
| 736:12   I was growing up.  My dad was an ironworker, | | | | |
| 736:13   so we traveled a good bit.  I would consider | | | | |
| 736:14   the Mississippi gulf coast to be my hometown. | | | | |
| 736:15   It's where most of my family is at. | | | | |
| | | | | |
| 736:16 - 737:07   Fallon, Eric 2020-09-04 | | | | |
| 736:16   My mother's family was from the | | | | |
| 736:17   mountains of North Carolina.  That's where | | | | |
| 736:18   most of those are still at. | | | | |
| 736:19   Q. Where did you graduate from | | | | |
| 736:20   high school? | | | | |
| 736:21   A. I graduated from George County | | | | |
| 736:22   High School in Lucedale, Mississippi. | | | | |
| 736:23   Q. Okay.  And did you work during | | | | |
| 736:24   the time you were in high school before you | | | | |
| 736:25   graduated and sort of got out on your own? | | | | |
| 737:01   A. I did.  I had a variety of | | | | |
| 737:02   jobs.  My dad was an ironworker, which is | | | | |
| 737:03   what most of my family did, so during the | | | | |
| 737:04   summertimes, as soon as school was out, I | | | | |
| 737:05   would go on the road and do ironworking from | | | | |
| 737:06   the time I was probably 14 years old until I | | | | |
| 737:07   graduated. | | | | |
| | | | | |
| 737:08 - 738:03   Fallon, Eric 2020-09-04 | | | | |
| 737:08   And during school I would have | | | | |
| 737:09   odd jobs like working at a grocery store, | | | | |
| 737:10   anything that I could pick up. | | | | |
| 737:11   Q. What did you do after high | | | | |
| 737:12   school? | | | | |
| 737:13   A. After high school, instead of | | | | |
| 737:14   going back out on the road, I decided I | | | | |
| 737:15   wanted to stay locally.  I recall going down | | | | |
| 737:16   to the Mississippi gulf coast and getting a | | | | |
| 737:17   job as a shipfitter apprentice at a shipyard. | | | | |
| 737:18   Q. And how long did you hold that | | | | |
| 737:19   job? | | | | |
| 737:20   A. Not long.  I would say maybe | | | | |
| 737:21   six months or so. | | | | |
| 737:22   Q. And did you leave that position | | | | |
| 737:23   and join the Army? | | | | |
| 737:24   A. I did.  I decided that there | | | | |
| 737:25   had to be something better to life than being | | | | |
| 738:01   a shipfitter, so I went by an Army recruiter | | | | |

738:02    station one day and didn't know anything
738:03    about the Army, and stopped and went in and

738:04 - 739:02    Fallon, Eric 2020-09-04
738:04    joined the Army.
738:05    Q. Have any idea of what you
738:06    wanted to do in the Army when you made that
738:07    decision?
738:08    A. I'm ashamed to admit this.  I
738:09    was so ignorant that I didn't know that
738:10    people in the Army had jobs, so I just wanted
738:11    to join the Army.
738:12    And I wound up joining -- I was
738:13    probably a recruiter's dream.  I wound up
738:14    joining as an artillery cannon crewman as a
738:15    private.
738:16    Q. And so tell me what kind of
738:17    position that is.
738:18    A. So a cannon crewman, I was an
738:19    enlisted private, and I served as a member of
738:20    a howitzer section which fired very large
738:21    projectiles as a form of indirect fire
738:22    support.
738:23    Q. And if somebody could go on
738:24    mute, we're hearing a lot of background on
738:25    this end.
739:01    How long did you serve in that
739:02    position and where did you serve?

739:03 - 740:05    Fallon, Eric 2020-09-04
739:03    A. I was an enlisted soldier the
739:04    whole time I was in the artillery, from April
739:05    of 1995 [sic] to the summer, I believe, of
739:06    1989.  My first assignment was in Fort
739:07    Carson, Colorado.  I think I was there for
739:08    about 18 months, and that followed basic
739:09    training which was in Oklahoma.
739:10    And then after approximately
739:11    18 months in Fort Carson, Colorado, I was
739:12    moved to Bonvolder, West Germany, where I
739:13    also served as a cannon crewman.
739:14    Q. Okay.  So how did you get from
739:15    a private -- I'm assuming that was your
739:16    initial --
739:17    A. Yes.
739:18    Q. How did you get from a private
739:19    to -- entering into becoming an officer?
739:20    What transpired that let that occur?
739:21    A. At that time, the Army had a
739:22    program called Green to Gold -- they may
739:23    still have it; I'm not sure -- where they
739:24    would award enlisted personnel a scholarship
739:25    to go to college to get a degree, to go
740:01    through an officer commissioning program and
740:02    then potentially come back onto active duty
740:03    as a commissioned officer.
740:04    Q. And did you ultimately enter
740:05    that Green to Gold program?

740:06 - 740:06    Fallon, Eric 2020-09-04
740:06    A. I did, yes.

740:07 - 741:07   Fallon, Eric 2020-09-04
   740:07    Q. And as a result of entering the
   740:08    Army's Green to Gold scholarship program, did
   740:09    that lead you to leaving the military and
   740:10    attending college?
   740:11    A. That did.  My recollection, the
   740:12    summer of 1989, I left the military and went
   740:13    to college.
   740:14    Q. Where did you go to school, and
   740:15    what was your initial course of study?
   740:16    A. I left -- I went to a small
   740:17    school in the Mississippi delta called Delta
   740:18    State University.  I initially declared my
   740:19    major as criminal justice.  To be frank, I
   740:20    just wanted to get a college degree in
   740:21    something that I thought would be easy, get
   740:22    my commission and come back on active duty.
   740:23    But after I believe it was my
   740:24    first semester at Delta State, I became
   740:25    interested in audiology, requested that the
   741:01    Army allow me to change my major, and they
   741:02    did.
   741:03    Q. And did you ultimately get a
   741:04    degree from Delta State?
   741:05    A. I did.  I graduated with a
   741:06    bachelor's of science degree from Delta
   741:07    State.

741:08 - 742:10   Fallon, Eric 2020-09-04
   741:08    Q. Okay.  And what was that in?
   741:09    A. It was in general science.
   741:10    General studies, I believe.
   741:11    Q. And then did you ultimately
   741:12    further your education and obtain a degree
   741:13    related to communications or audiology?
   741:14    A. A combination of those, but the
   741:15    focus was in audiology.  At that time you had
   741:16    to have a master's degree to practice
   741:17    audiology, so I applied for and received an
   741:18    educational delay before coming back on to
   741:19    active duty.
   741:20    I went to the University of
   741:21    Mississippi, where I earned my master's of
   741:22    science degree in communication disorders
   741:23    with an emphasis in audiology.  I believe I
   741:24    was awarded that degree in November, December
   741:25    of 1994.
   742:01    Q. And then after you obtained
   742:02    your master's degree, did you return to the
   742:03    military, and were you accepted into the
   742:04    military as an officer?
   742:05    A. I was, yeah.  Between Delta
   742:06    State and Ole Miss, I received my commission.
   742:07    Once I graduated from Ole Miss with my
   742:08    master's degree, I was advanced to the rank
   742:09    of first lieutenant because I had an advanced
   742:10    degree.

742:11 - 743:14   Fallon, Eric 2020-09-04
   742:11    And my recollection is January      **Re: [742:11 to 743:14]**      **OVERRULED**

| | | | | |
|---|---|---|---|---|
| 742:12 | of 1994, I reported for duty at Fort Sam | **Pltf Obj** MIL G5 - Speaking on | | |
| 742:13 | Houston, Texas. | behalf of Govt;403 | | |
| 742:14 | Q. And what did you have to do in | | | |
| 742:15 | order to become either licensed or have the | | | |
| 742:16 | ability to practice as a clinical audiologist | | | |
| 742:17 | in the military? | | | |
| 742:18 | A. The Army's requirement was that | | | |
| 742:19 | you obtain what's called a certificate of | | | |
| 742:20 | clinical competency from an organization | | | |
| 742:21 | called the American Speech, Language and | | | |
| 742:22 | Hearing Association.  And so the Army | | | |
| 742:23 | assigned me to Brooke Army Medical Center at | | | |
| 742:24 | Fort Sam Houston, Texas, to complete that | | | |
| 742:25 | clinical competency. | | | |
| 743:01 | Q. And then once you obtained the | | | |
| 743:02 | clinical competency, did you serve in the | | | |
| 743:03 | Army as an audiologist? | | | |
| 743:04 | A. I did, yes. | | | |
| 743:05 | Q. Okay.  And so if you would, for | | | |
| 743:06 | the first few years while you were an | | | |
| 743:07 | audiologist in the military, can you describe | | | |
| 743:08 | for the jury the kinds of job | | | |
| 743:09 | responsibilities that you had and the places | | | |
| 743:10 | that you served. | | | |
| 743:11 | A. My first assignment after | | | |
| 743:12 | Brooke Army Medical Center, once I completed | | | |
| 743:13 | my clinical competency work, I was assigned | | | |
| 743:14 | to Fort Wainwright, Alaska, for four years | | | |

**743:14 - 744:16**   Fallon, Eric 2020-09-04

| | | | | |
|---|---|---|---|---|
| 743:14 | to Fort Wainwright, Alaska, for four years | **Re: [742:11 to 743:14]** | | **OVERRULED** |
| 743:15 | where I served as the US Army Alaska | **Pltf Obj** MIL G5 - Speaking on | | |
| 743:16 | hearing -- chief of audiology and hearing | behalf of Govt;403 | | |
| 743:17 | conservation program officer. | | | |
| 743:18 | Once that four-year assignment | **Re: [744:16 to 745:09]** | | **OVERRULED** |
| 743:19 | was completed, I was rotated to Fort Gordon, | **Pltf Obj** Strike Nonresponsive; | | |
| 743:20 | Georgia, at Eisenhower Army Medical Center | MIL G5 - Speaking on behalf of | | |
| 743:21 | where I served as the chief of audiology and | Govt; 403 | | |
| 743:22 | hearing conservation. | | | |
| 743:23 | And after that assignment, I | | | |
| 743:24 | went to Fort Bragg, North Carolina, to Womack | | | |
| 743:25 | Army Medical Center where I served as chief | | | |
| 744:01 | of audiology and hearing conservation before | | | |
| 744:02 | I moved out of the medical field, briefly, | | | |
| 744:03 | into an operational assignment as an airborne | | | |
| 744:04 | unit. | | | |
| 744:05 | Q. When you say you moved into an | | | |
| 744:06 | operational assignment, what does that mean? | | | |
| 744:07 | A. That means I left what you | | | |
| 744:08 | would probably refer to as a hospital, a | | | |
| 744:09 | garrison type of assignment, into a field | | | |
| 744:10 | unit which -- which could deploy and -- best | | | |
| 744:11 | way to describe it, it had a wartime mission. | | | |
| 744:12 | Q. And what detachment did you | | | |
| 744:13 | ultimately get assigned to? | | | |
| 744:14 | A. I was -- I was assigned as the | | | |
| 744:15 | commander of the 714th medical detachment. | | | |
| 744:16 | Q. And what sort of role and | | | |

**744:16 - 745:09**   Fallon, Eric 2020-09-04

| | | | | |
|---|---|---|---|---|
| 744:16 | Q. And what sort of role and | **Re: [744:16 to 745:09]** | | **OVERRULED** |

| | | | |
|---|---|---|---|
| 744:17 | responsibilities did you have, and what | **Pltf Obj** Strike Nonresponsive; | |
| 744:18 | responsibility did that medical detachment | MIL G5 - Speaking on behalf of | |
| 744:19 | have? | Govt; 403 | |
| 744:20 | A. It was a preventive medicine | | |
| 744:21 | detachment, and a preventive medicine | | |
| 744:22 | detachment's responsibility is to provide | | |
| 744:23 | preventive medicine measures -- some people | | |
| 744:24 | may think of that as public health -- to try | | |
| 744:25 | to ward off disease among battle injuries for | | |
| 745:01 | soldiers that are in the field, primarily | | |
| 745:02 | engaged in combat. | | |
| 745:03 | Historically, more soldiers | | |
| 745:04 | have been noncombat ready due to disease of | | |
| 745:05 | non-battle injuries than to battle injuries. | | |
| 745:06 | So the Army has placed a significant amount | | |
| 745:07 | of effort in trying to make sure that those | | |
| 745:08 | soldiers are healthy when they're in that | | |
| 745:09 | very austere environment. | | |

**745:13 - 746:07   Fallon, Eric 2020-09-04**

| | | | |
|---|---|---|---|
| 745:13 | Q. When you led that unit, were | | |
| 745:14 | you deployed? | | |
| 745:15 | A. At some point I was deployed, | | |
| 745:16 | yes, to Iraq during the invasion of Iraq, | | |
| 745:17 | yes. | | |
| 745:18 | Q. And how long were you deployed | | |
| 745:19 | in Iraq as commander of the 714th medical | | |
| 745:20 | detachment? | | |
| 745:21 | A. I don't remember specifically. | | |
| 745:22 | It was somewhere, I think, between six and | | |
| 745:23 | eight months before I was redeployed to | | |
| 745:24 | inactivate that unit. | | |
| 745:25 | Q. And what did you do and what | | |
| 746:01 | did the 714th do during that stint in Iraq? | | |
| 746:02 | A. We provided preventive medicine | | |
| 746:03 | services, just kind of roamed the area | | |
| 746:04 | looking to do what we could do to try to make | | |
| 746:05 | sure that the forces stayed healthy, checking | | |
| 746:06 | water, checking food, performing all kind of | | |
| 746:07 | preventive medicine checks. | | |

**746:08 - 747:09   Fallon, Eric 2020-09-04**

| | | | |
|---|---|---|---|
| 746:08 | Q. And as commander of that | **Re: [746:08 to 747:09]** | **OVERRULED** |
| 746:09 | detachment, what was your understanding of | **Pltf Obj** MIL G5 - Speaking on | |
| 746:10 | why that was important? | behalf of Govt; 403 | |
| 746:11 | A. It's my understanding of why | | |
| 746:12 | that was important because we wanted to | | |
| 746:13 | ensure that we had healthy -- a healthy | | |
| 746:14 | fighting force and that they weren't | | |
| 746:15 | suffering from either vector-borne disease | | |
| 746:16 | such as malaria or diarrheal disease from | | |
| 746:17 | eating, you know, bad food or drinking poor | | |
| 746:18 | water. | | |
| 746:19 | Q. Were you in or near active | | |
| 746:20 | combat in that role? | | |
| 746:21 | A. I was in or near it.  I was | | |
| 746:22 | never directly engaged, yes. | | |
| 746:23 | Q. Did you at some point join the | | |
| 746:24 | Army hearing conservation program office? | | |
| 746:25 | A. Yes.  After returning from Iraq | | |
| 747:01 | with the 714th medical detachment and | | |

| | |
|---|---|
| 747:02 | deactivating that unit, I was then moved to |
| 747:03 | Aberdeen Proving Ground in Maryland where I |
| 747:04 | was assigned to the Army hearing conservation |
| 747:05 | program office, the office at USACHPPM. |
| 747:06 | Q. And is that the organization |
| 747:07 | that would have been responsible for |
| 747:08 | developing Army policy for hearing |
| 747:09 | conservation? |

**747:10 - 748:12   Fallon, Eric 2020-09-04**

| | | |
|---|---|---|
| 747:10 | A. That would have been one of its | **Re: [747:10 to 748:12]** |
| 747:11 | responsibilities, yes. | **Pltf Obj** MIL G5 - Speaking on |
| 747:12 | Q. And you were there from 2003 | behalf of Govt; 403 |
| 747:13 | until when? | |
| 747:14 | A. It seemed like it was a long | |
| 747:15 | assignment because of some other deployments, | |
| 747:16 | but it was either from 2003 till late in 2009 | |
| 747:17 | or early 2010.  I don't remember the exact | |
| 747:18 | date. | |
| 747:19 | Q. And when you first joined the | |
| 747:20 | hearing conservation program office, what was | |
| 747:21 | your role? | |
| 747:22 | A. I was a consulting audiologist. | |
| 747:23 | I don't remember the exact title, but I was | |
| 747:24 | the military audiologist assigned to a | |
| 747:25 | primarily civilian office. | |
| 748:01 | Q. And did you ultimately become | |
| 748:02 | the program manager for that office? | |
| 748:03 | A. I did, upon that program | |
| 748:04 | manager's retirement. | |
| 748:05 | Q. Yeah. | |
| 748:06 | Were you also deployed during | |
| 748:07 | your time at the Army hearing conservation | |
| 748:08 | program office? | |
| 748:09 | A. Yes, I was deployed twice, once | |
| 748:10 | back to Iraq, and then I was also deployed as | |
| 748:11 | a preventive medicine staff officer for Joint | |
| 748:12 | Task Force Katrina following that hurricane. | |

**DEFER RULING**

**748:13 - 749:13   Fallon, Eric 2020-09-04**

| | | |
|---|---|---|
| 748:13 | Q. So the deployment to Iraq, was | **Re: [748:13 to 749:13]** |
| 748:14 | that in Baghdad? | **Pltf Obj** MIL G5 - Speaking on |
| 748:15 | A. That was in Baghdad, that's | behalf of Govt; 403 |
| 748:16 | correct. | |
| 748:17 | Q. And what sort of role and | |
| 748:18 | responsibility did you have in that? | |
| 748:19 | A. My responsibility was to set up | |
| 748:20 | and test individuals who had -- who were | |
| 748:21 | complaining of hearing impairment, my | |
| 748:22 | recollection is primarily to IED attacks. | |
| 748:23 | Because if we didn't offer hearing testing in | |
| 748:24 | theater, they had to go all the way back to | |
| 748:25 | Germany to get a hearing test, and it could | |
| 749:01 | take quite some time to get those individuals | |
| 749:02 | back in theater. | |
| 749:03 | Q. And then when you left the Army | |
| 749:04 | hearing conservation program office, what was | |
| 749:05 | your next assignment? | |
| 749:06 | A. Once I moved from the Army | |
| 749:07 | hearing conservation program office, which | |
| 749:08 | actually had been renamed to the Army hearing | |

**DEFER RULING**

| | | |
|---|---|---|
| 749:09 | program office, I went to the Army Research | |
| 749:10 | Lab. | |
| 749:11 | Q. And during the time you were at | |
| 749:12 | the Army Research Lab, what was your general | |
| 749:13 | job responsibility? | |

749:14 - 750:12   Fallon, Eric 2020-09-04

| | | |
|---|---|---|
| 749:14 | A. I was a consulting military | |
| 749:15 | audiologist at the Army Research Lab, which | |
| 749:16 | again was primarily composed of civilian | |
| 749:17 | employees and researchers. | |
| 749:18 | Q. And were you again deployed | |
| 749:19 | during the time that you were at the ARL? | |
| 749:20 | A. I was.  I was tasked with going | |
| 749:21 | to Afghanistan to field a counter-IED device | |
| 749:22 | to route clearance patrol. | |
| 749:23 | Q. And you say to clear an IED | |
| 749:24 | device.  Just so that the jury understands, | |
| 749:25 | what were you doing? | |
| 750:01 | A. The Army had adopted a | |
| 750:02 | technology that, for lack of a better word, | |
| 750:03 | it looked like a mine detector, but it | |
| 750:04 | looked -- it looked for command wire that | |
| 750:05 | would have been laid to detonate IEDs.  And | |
| 750:06 | there were route patrols whose primary | |
| 750:07 | responsibility was to walk along military | |
| 750:08 | routes every day to see if they could locate | |
| 750:09 | IEDs. | |
| 750:10 | Q. And how long were you deployed | |
| 750:11 | in -- on this occasion, this counter-IED | |
| 750:12 | deployment that you had? | |

750:13 - 751:12   Fallon, Eric 2020-09-04

| | | |
|---|---|---|
| 750:13 | A. I don't recall.  Time is a blur | **Re: [750:13 to 751:12]** |
| 750:14 | when you're deployed.  I think it was maybe | **Pltf Obj** MIL G5 - Speaking on |
| 750:15 | four months, somewhere in that time frame. | behalf of Govt; MIL S8 - |
| 750:16 | Q. And what was your last job in | Bolstering |
| 750:17 | the military before you retired? | |
| 750:18 | A. My last job following the Army | |
| 750:19 | Research Lab position was as director of | |
| 750:20 | audiology and speech in research at Walter | |
| 750:21 | Reed. | |
| 750:22 | Q. And did you retire in good | |
| 750:23 | standing from that position? | |
| 750:24 | A. I did, yes. | |
| 750:25 | Q. And as a result of your work in | |
| 751:01 | the Army, did you receive awards or | |
| 751:02 | commendations? | |
| 751:03 | A. I did, yes. | |
| 751:04 | Q. And can you describe briefly | |
| 751:05 | for the jury at least a sampling of those | |
| 751:06 | awards or commendations that you were | |
| 751:07 | acknowledged for? | |
| 751:08 | A. I received the Bronze Star for | |
| 751:09 | my first tour in Iraq. | |
| 751:10 | I received several, I don't | |
| 751:11 | know how many, meritorious service medals, a | |
| 751:12 | number of Army commendation medals. | |

751:13 - 752:13   Fallon, Eric 2020-09-04

| | | |
|---|---|---|
| 751:13 | I received hearing a | **Re: [752:13 to 753:13]** |

SUSTAINED (highlighted, next to 750:13-751:12)

SUSTAINED (highlighted, next to 751:13)

| Line | Testimony | Objection | Ruling |
|---|---|---|---|
| 751:14 | conservation award from the military | **Pltf Obj** MIL G5 - Speaking on behalf of Govt | |
| 751:15 | audiology association, the Elizabeth Banks | | |
| 751:16 | [sic] award I think it was, and then various | | |
| 751:17 | other small awards. | | |
| 751:18 | Q. And then when you left the | | |
| 751:19 | military, did you go to work for 3M? | | |
| 751:20 | A. I did.  When I retired from the | | |
| 751:21 | Army, I went to work for 3M, yes. | | |
| 751:22 | Q. And what was the title that you | | |
| 751:23 | took when you went to work for 3M? | | |
| 751:24 | A. I was -- I believe it was a | | |
| 751:25 | technical service specialist at 3M, | | |
| 752:01 | supporting the military swarm and global | | |
| 752:02 | military business. | | |
| 752:03 | Q. And have you been in that or a | | |
| 752:04 | similar role since your retirement? | | |
| 752:05 | A. I've been in a similar role | | |
| 752:06 | since my retirement, yes. | | |
| 752:07 | Q. Now, I want to return to the | | |
| 752:08 | Army hearing conservation program office. | | |
| 752:09 | Can you tell the jury under | | |
| 752:10 | what military structure that office exists? | | |
| 752:11 | A. That office existed basically, | | |
| 752:12 | if I remember right, under the Surgeon | | |
| 752:13 | General's office and was a preventive | | |

**752:13 - 753:13** Fallon, Eric 2020-09-04

| Line | Testimony | Objection | Ruling |
|---|---|---|---|
| 752:13 | General's office and was a preventive | **Re: [752:13 to 753:13]** | **OVERRULED** |
| 752:14 | medicine unit that helped provide preventive | **Pltf Obj** MIL G5 - Speaking on behalf of Govt | |
| 752:15 | medicine policy, one of those being hearing | | |
| 752:16 | conservation policy, and support to the Army. | | |
| 752:17 | Q. Was it part of what we've heard | | |
| 752:18 | over the last couple of days, USACHPPM? | | |
| 752:19 | A. At that time, that's right, it | | |
| 752:20 | was USACHPPM. | | |
| 752:21 | Q. And what is USACHPPM? | | |
| 752:22 | A. USACHPPM stands for United | | |
| 752:23 | States Army Center for Health Promotion and | | |
| 752:24 | Preventive Medicine. | | |
| 752:25 | Q. And can you describe for the | | |
| 753:01 | jury what the Army hearing conservation | | |
| 753:02 | program office was tasked with performing | | |
| 753:03 | during the time you were there? | | |
| 753:04 | A. My understanding of our mission | | |
| 753:05 | was to help guide US Army policy as it | | |
| 753:06 | related to a hearing conservation program as | | |
| 753:07 | set forth by the Department of Defense.  And | | |
| 753:08 | it really kind of -- anything that fit into | | |
| 753:09 | that, supporting the installation hearing | | |
| 753:10 | conservation program managers.  And part of | | |
| 753:11 | that would have been the Surgeon General's | | |
| 753:12 | responsibility of having adequate policy to | | |
| 753:13 | support a hearing conservation program. | | |

**753:19 - 754:04** Fallon, Eric 2020-09-04

| Line | Testimony | Objection | Ruling |
|---|---|---|---|
| 753:19 | Q. In your personal observations, | **Re: [753:19 to 754:04]** | **OVERRULED** |
| 753:20 | did the hearing conservation program office | **Pltf Obj** MIL G5 - Speaking on behalf of Govt; 403; 602 | |
| 753:21 | implement the military hearing conservation | | |
| 753:22 | requirements? | | |
| 753:23 | A. They did with regards to policy | | |
| 753:24 | and supporting installation hearing | | |

| | | |
|---|---|---|
| 753:25 | conservation program managers. | |
| 754:01 | Q. And did that include policy | |
| 754:02 | related to hearing protection devices? | |
| 754:03 | A. That would have included that, | |
| 754:04 | yes. | |

754:15 - 755:04   Fallon, Eric 2020-09-04

| | | |
|---|---|---|
| 754:15 | Q. So let me rephrase it. | **Re: [754:15 to 755:04]** |
| 754:16 | What did you understand was | **Pltf Obj** MIL G5 - Speaking on |
| 754:17 | the -- governed the individual branches of | behalf of Govt; 403 |
| 754:18 | requirements for hearing conservation were? | |
| 754:19 | A. My understanding was that there | |
| 754:20 | was a Department of Defense instruction that | |
| 754:21 | instructed all of the components of the | |
| 754:22 | Department of Defense, the military branches, | |
| 754:23 | to establish a hearing conservation program. | |
| 754:24 | My understanding is it outlined some minimum | |
| 754:25 | requirements that those components had to | |
| 755:01 | establish. | |
| 755:02 | Q. Dave, if you can pull Tab 7? | |
| 755:03 | If you'll mark this as whatever the next | |
| 755:04 | exhibit is. | |

**OVERRULED**

755:13 - 756:08   Fallon, Eric 2020-09-04

| | | |
|---|---|---|
| 755:13 | Q. Dr. Fallon, do you have in | **Re: [755:13 to 756:08]** |
| 755:14 | front of you what I think has been re-marked | **Pltf Obj** MIL G5 - Speaking on |
| 755:15 | as Exhibit 63?  I know there's been some | behalf of Govt; 403 |
| 755:16 | confusion about that. | |
| 755:17 | A. I have the Department of | |
| 755:18 | Defense Instruction Number 6055.12.  I think | |
| 755:19 | it was 64 when I clicked on it, but that's | |
| 755:20 | what I have open right now. | |
| 755:21 | Q. So that's now been marked as | |
| 755:22 | Exhibit Number 63. | |
| 755:23 | Can you identify this document | |
| 755:24 | for the jury, please? | |
| 755:25 | A. It is the Department of Defense | |
| 756:01 | Instruction 6055.12, dated April 22, 1996. | |
| 756:02 | Q. And is this what you described | |
| 756:03 | as the minimum requirements that the | |
| 756:04 | Department of Defense provided to the various | |
| 756:05 | branches for their hearing conservation | |
| 756:06 | programs? | |
| 756:07 | A. This is what I was referring | |
| 756:08 | to, yes. | |

**OVERRULED**

756:09 - 756:15   Fallon, Eric 2020-09-04

| | | |
|---|---|---|
| 756:09 | Q. And in fact, we looked at a | |
| 756:10 | later version of this earlier today that I | |
| 756:11 | think was dated 2005, correct? | |
| 756:12 | A. I believe so, yes.  It was | |
| 756:13 | updated later, yeah. | |
| 756:14 | Q. And if you'll turn over to 6.1, | |
| 756:15 | which is on page 3 of the document. | |

756:20 - 757:13   Fallon, Eric 2020-09-04

| | | |
|---|---|---|
| 756:20 | A. Okay.  I see that. | **Re: [756:20 to 757:13]** |
| 756:21 | Q. And is there a requirement | **Pltf Obj** MIL G5 - Speaking on |
| 756:22 | about whether each branch should have a | behalf of Govt; 403 |
| 756:23 | hearing conservation program in writing? | |
| 756:24 | A. There is. | |

**OVERRULED**

756:25    Q. And what is the requirement?
757:01    A. It says, "The DOD components
757:02    shall prepare a written plan for the
757:03    implementation of a comprehensive hearing
757:04    conservation program."
757:05    Q. And if we turn over to
757:06    Section 6.6.2 that is on page 7, and just let
757:07    me know when you get there.
757:08    A. Okay.  6.6.2?
757:09    Q. Right.
757:10    Does the DOD instruction
757:11    address whether or not personal hearing
757:12    protectors should be provided?
757:13    A. They do, yes.

758:03 - 758:03    Fallon, Eric 2020-09-04
758:03    A. It was that DOD components

**Re: [758:03 to 758:03]**
**Pltf Obj** 602; MIL G5 -
Speaking on behalf of Govt;
Incomplete Designation

<mark>OVERRULED</mark>

758:04 - 758:07    Fallon, Eric 2020-09-04
758:04    shall issue personal hearing protections --
758:05    protectors free to all personnel who work in
758:06    designated hazardous noise areas or operate
758:07    noise-hazardous equipment.

**Re: [758:04 to 758:07]**
**Pltf Obj** 602; MIL G5 -
Speaking on behalf of Govt;
Incomplete Designation; 403

<mark>OVERRULED</mark>

759:01 - 759:03    Fallon, Eric 2020-09-04
759:01    Q. If you'll turn to 6.6.7 on
759:02    page 8, does it provide instructions specific
759:03    to preformed earplugs?

759:08 - 759:24    Fallon, Eric 2020-09-04
759:08    THE WITNESS:  Yes, that
759:09    paragraph seems to state that, yes.
759:10    QUESTIONS BY MR. MORRISS:
759:11    Q. And can you just read 6.6.7 to
759:12    the jury?
759:13    A. 6.6.7 says, "Preformed earplugs
759:14    shall be fitted and issued only under the
759:15    supervision of personnel who have been
759:16    specifically trained to fit earplugs."
759:17    Q. All right.  And what was your
759:18    understanding about a preformed earplug
759:19    during your time with the hearing
759:20    conservation office?  What did that mean to
759:21    you?
759:22    A. I would define a preformed
759:23    earplug as one that does not have to be
759:24    hand-formed.  That's how I would define it.

**Re: [759:08 to 759:24]**
**Pltf Obj** MIL G5 - Speaking on
behalf of Govt

<mark>OVERRULED</mark>

759:25 - 760:02    Fallon, Eric 2020-09-04
759:25    Q. And would that include the
760:01    Combat Arms dual-ended plug that we talked
760:02    about today?

760:12 - 760:23    Fallon, Eric 2020-09-04
760:12    Q. Is it your understanding that
760:13    the preformed earplugs included the
760:14    dual-ended version of the Combat Arms?
760:15    A. That is my understanding, yes.

**Re: [760:12 to 760:23]**
**Pltf Obj** MIL G5 - Speaking on
behalf of Govt

<mark>OVERRULED</mark>

| | | | | |
|---|---|---|---|---|
| 760:16 | Q. And did the instruction under | | | |
| 760:17 | 6.6.9 describe what kind of personnel was | | | |
| 760:18 | responsible for examining the fit and the | | | |
| 760:19 | condition of these preformed plugs? | | | |
| 760:20 | A. 6.6.9 states:  "Medically | | | |
| 760:21 | trained personnel must examine the fit and | | | |
| 760:22 | condition of preformed and custom earplugs at | | | |
| 760:23 | least annually." | | | |

760:24 - 761:02  Fallon, Eric 2020-09-04
| | | |
|---|---|---|
| 760:24 | Q. And were these requirements | |
| 760:25 | that we've talked about, were they in place | |
| 761:01 | during the entire time that you were part of | |
| 761:02 | the Army hearing conservation program office? | |

761:07 - 761:09  Fallon, Eric 2020-09-04
| | | | |
|---|---|---|---|
| 761:07 | THE WITNESS:  It is my belief | **Re: [761:07 to 761:09]** | **OVERRULED** |
| 761:08 | and understanding that they were in | **Pltf Obj** MIL G5 - Speaking on | |
| 761:09 | effect, yes.  That's correct. | behalf of Govt | |

761:10 - 761:15  Fallon, Eric 2020-09-04
| | | | |
|---|---|---|---|
| 761:10 | QUESTIONS BY MR. MORRISS: | **Re: [761:10 to 761:15]** | **OVERRULED** |
| 761:11 | Q. And were you made aware of | **Pltf Obj** MIL G5 - Speaking on | |
| 761:12 | whether or not the Army, in fact, implemented | behalf of Govt | |
| 761:13 | these instructions? | | |
| 761:14 | A. Yes, I believe that the Army | | |
| 761:15 | implemented these instructions. | | |

761:18 - 761:19  Fallon, Eric 2020-09-04
| | | | |
|---|---|---|---|
| 761:18 | (Fallon Exhibit 64 marked for | **Re: [761:18 to 761:19]** | **OVERRULED** |
| 761:19 | identification.) | **Pltf Obj** MIL G5 - Speaking on | |
| | | behalf of Govt | |

761:23 - 762:15  Fallon, Eric 2020-09-04
| | | | |
|---|---|---|---|
| 761:23 | A. So what I see as 64 is DA PAM | **Re: [761:23 to 762:15]** | **OVERRULED** |
| 761:24 | 40-501. | **Pltf Obj** MIL G5 - Speaking on | |
| 761:25 | Q. What is DA PAM 40-501? | behalf of Govt | |
| 762:01 | A. DA PAM 40-501 is a Department | | |
| 762:02 | of the Army pamphlet titled "Hearing | | |
| 762:03 | Conservation Program." | | |
| 762:04 | And it's my understanding that | | |
| 762:05 | it outlined how the Army was going to meet | | |
| 762:06 | the Department of Defense instruction | | |
| 762:07 | requirements that you mentioned earlier. | | |
| 762:08 | Q. And what is the date of this | | |
| 762:09 | particular pamphlet? | | |
| 762:10 | A. This pamphlet is dated 10 | | |
| 762:11 | December 1998. | | |
| 762:12 | Q. And was this in force during | | |
| 762:13 | your time at the Army hearing conservation | | |
| 762:14 | program office? | | |
| 762:15 | A. That is my understanding, yes. | | |

763:17 - 763:19  Fallon, Eric 2020-09-04
| | | |
|---|---|---|
| 763:17 | So if we turn to page 5, | |
| 763:18 | Chapter 6, it's entitled "Hearing | |
| 763:19 | Protectors," correct? | |

763:20 - 763:20  Fallon, Eric 2020-09-04
| | | |
|---|---|---|
| 763:20 | A. That is correct, yes. | |

764:06 - 764:15   Fallon, Eric 2020-09-04

| | | | | |
|---|---|---|---|---|
| 764:06 | Q. What was your understanding | **Re: [764:06 to 764:15]** | | **OVERRULED** |
| 764:07 | about whether the DOD instruction required | **Pltf Obj** MIL G5 - Speaking on | | |
| 764:08 | that the military make hearing protection | behalf of Govt | | |
| 764:09 | devices available to military personnel? | | | |
| 764:10 | A. My understanding was that the | | | |
| 764:11 | services had to make hearing protection | | | |
| 764:12 | available free of charge to personnel that | | | |
| 764:13 | are exposed to hazardous noise, either by | | | |
| 764:14 | area or equipment.  I'm sort of summarizing | | | |
| 764:15 | that. | | | |

764:25 - 765:07   Fallon, Eric 2020-09-04

| | |
|---|---|
| 764:25 | Q. Well, let me ask you this:  You |
| 765:01 | were in the hearing conservation program |
| 765:02 | office; is that right, Dr. Fallon? |
| 765:03 | A. That is correct, yes. |
| 765:04 | Q. Like in that office -- and in |
| 765:05 | fact, during part of the time there, you were |
| 765:06 | the program manager; is that correct? |
| 765:07 | A. That is correct, yes. |

765:14 - 765:21   Fallon, Eric 2020-09-04

| | | | | |
|---|---|---|---|---|
| 765:14 | THE WITNESS:  That -- that is | **Re: [765:14 to 765:21]** | | **OVERRULED** |
| 765:15 | true, yes.  That's my understanding. | **Pltf Obj** MIL G5 - Speaking on | | |
| 765:16 | QUESTIONS BY MR. MORRISS: | behalf of Govt | | |
| 765:17 | Q. Well, let me rephrase it. | | | |
| 765:18 | Did your job and responsibility | | | |
| 765:19 | require you to make sure that the Army's | | | |
| 765:20 | hearing conservation program was compliant | | | |
| 765:21 | with the DOD instruction? | | | |

765:24 - 765:25   Fallon, Eric 2020-09-04

| | | | | |
|---|---|---|---|---|
| 765:24 | THE WITNESS:  Yes, I believe | **Re: [765:24 to 765:25]** | | **OVERRULED** |
| 765:25 | so, yes. | **Pltf Obj** MIL G5 - Speaking on | | |
| | | behalf of Govt | | |

766:02 - 766:04   Fallon, Eric 2020-09-04

| | | | | |
|---|---|---|---|---|
| 766:02 | Q. So you have knowledge of these | **Re: [766:02 to 766:04]** | | **OVERRULED** |
| 766:03 | requirements based on your personal role in | **Pltf Obj** MIL G5 - Speaking on | | |
| 766:04 | the military, correct? | behalf of Govt; 403 | | |

766:07 - 766:21   Fallon, Eric 2020-09-04

| | | | | |
|---|---|---|---|---|
| 766:07 | THE WITNESS:  I do, yes. | **Re: [766:07 to 766:21]** | | **OVERRULED** |
| 766:08 | QUESTIONS BY MR. MORRISS: | **Pltf Obj** MIL G5 - Speaking on | | |
| 766:09 | Q. So if we turn now to | behalf of Govt; 403 | | |
| 766:10 | Section 6-3, which is on page 6, does it also | | | |
| 766:11 | have a section that deals specifically with | | | |
| 766:12 | preformed earplugs? | | | |
| 766:13 | A. I'm sorry, I'm getting there. | | | |
| 766:14 | 6-3? | | | |
| 766:15 | Q. On page 6. | | | |
| 766:16 | A. Yes, I do see preformed | | | |
| 766:17 | earplugs. | | | |
| 766:18 | Q. Okay.  And what does the Army | | | |
| 766:19 | written policy say about how preformed | | | |
| 766:20 | earplugs like the dual-ended Combat Arms | | | |
| 766:21 | Earplug should be fit and examined? | | | |

766:25 - 767:24   Fallon, Eric 2020-09-04

| | | | | |
|---|---|---|---|---|
| 766:25 | THE WITNESS:  This says, | **Re: [766:25 to 767:24]** | | **OVERRULED** |

| | | | |
|---|---|---|---|
| 767:01 | "Preformed earplugs are triple or | **Pltf Obj** MIL G5 - Speaking on | |
| 767:02 | single-flange earplugs," but I also | behalf of Govt; 403 | |
| 767:03 | consider the Combat Arms Earplug to be | | |
| 767:04 | preformed. | | |
| 767:05 | And it says, "Medically trained | | |
| 767:06 | personnel must fit and examine these | | |
| 767:07 | earplugs at least annually to ensure | | |
| 767:08 | proper fit and condition." | | |
| 767:09 | QUESTIONS BY MR. MORRISS: | | |
| 767:10 | Q. And was it your understanding | | |
| 767:11 | that under the Army policy -- well, let me | | |
| 767:12 | ask it this way. | | |
| 767:13 | What was your understanding | | |
| 767:14 | about what Army policy would require for any | | |
| 767:15 | soldier that was going to be fit with a | | |
| 767:16 | hearing protection device like the Combat | | |
| 767:17 | Arms dual-ended plug? | | |
| 767:18 | A. My understanding is that that | | |
| 767:19 | must be fit by medically trained personnel, | | |
| 767:20 | if I'm understanding the question right. | | |
| 767:21 | Q. Let me make sure. | | |
| 767:22 | So we're looking at 6-3, and | | |
| 767:23 | this is from the Army pamphlet, correct? | | |
| 767:24 | A. This is part of the DA PAM | | |
| | | | |
| 767:25 - 768:08 | Fallon, Eric 2020-09-04 | | |
| 767:25 | 40-501, yes. | **Re: [767:25 to 768:08]** | **DEFER RULING** |
| 768:01 | Q. It has a section on how | **Pltf Obj** MIL G5 - Speaking on | |
| 768:02 | preformed earplugs should be fit and | behalf of Govt; 403 | |
| 768:03 | examined; is that right? | | |
| 768:04 | A. That is correct, yes. | | |
| 768:05 | Q. And so based on this policy, | | |
| 768:06 | what would be sort of the practical impact of | | |
| 768:07 | how a soldier should be fit with a preformed | | |
| 768:08 | plug like the Combat Arms dual-ended plug? | | |
| | | | |
| 768:13 - 768:20 | Fallon, Eric 2020-09-04 | | |
| 768:13 | THE WITNESS:  That it should be | **Re: [768:13 to 768:20]** | **OVERRULED** |
| 768:14 | fit by medically trained personnel. | **Pltf Obj** MIL G5 - Speaking on | |
| 768:15 | QUESTIONS BY MR. MORRISS: | behalf of Govt; 403 | |
| 768:16 | Q. Now, who within the Army had | | |
| 768:17 | the responsibility to actually fit and | | |
| 768:18 | examine hearing protection devices as we've | | |
| 768:19 | been discussing in these Army policy | | |
| 768:20 | provisions? | | |
| | | | |
| 768:24 - 769:20 | Fallon, Eric 2020-09-04 | | |
| 768:24 | THE WITNESS:  Primarily in my | **Re: [768:24 to 769:20]** | **OVERRULED** |
| 768:25 | experience, it would have been what I | **Pltf Obj** MIL G5 - Speaking on | |
| 769:01 | would call a hearing conservation | behalf of Govt; 403 | |
| 769:02 | technician assigned at an installation | | |
| 769:03 | level. | | |
| 769:04 | It could have been an | | |
| 769:05 | audiologist under certain conditions, | | |
| 769:06 | but it -- there are also instances | | |
| 769:07 | where it could have been an | | |
| 769:08 | occupational health nurse if that | | |
| 769:09 | person or technician, if they had been | | |
| 769:10 | through a hearing conservation | | |
| 769:11 | technician course. | | |
| 769:12 | But by and large, it would have | | |

| | | | |
|---|---|---|---|
| 769:13 | been a hearing conservation | | |
| 769:14 | technician, in my experience. | | |
| 769:15 | QUESTIONS BY MR. MORRISS: | | |
| 769:16 | Q. So how were these hearing | | |
| 769:17 | technicians or industrial hygiene nurses, how | | |
| 769:18 | were they trained on the fitting of hearing | | |
| 769:19 | protection devices? | | |
| 769:20 | A. Well, it would have been -- | | |

770:02 - 770:16  Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 770:02 | QUESTIONS BY MR. MORRISS: | Re: [770:02 to 770:16] | **OVERRULED** |
| 770:03 | Q. Well, let me ask you this:  Do | Pltf Obj 602; MIL G5 | |
| 770:04 | you know personally how the folks that were | Speaking on behalf of Govt | |
| 770:05 | fitting these hearing protection devices in | | |
| 770:06 | the Army were trained? | | |
| 770:07 | A. My experience was that they | | |
| 770:08 | were trained, and I did participate in | | |
| 770:09 | training courses; that they would have gone | | |
| 770:10 | through a certification course to become | | |
| 770:11 | hearing conservation technicians.  And they | | |
| 770:12 | could have achieved -- they could have been | | |
| 770:13 | trained at either installation-level or maybe | | |
| 770:14 | even at the Army hearing conservation program | | |
| 770:15 | office at USACHPPM. | | |
| 770:16 | Q. So did the Army hearing | | |

770:17 - 770:17  Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 770:17 | conservation program office that you were | Re: [770:17 to 770:17] | **OVERRULED** |
| | | Pltf Obj 602; MIL G5 - | |
| | | Speaking on behalf of Govt | |
| | | | |
| | | Re: [770:17 to 770:20] | |
| | | Pltf Obj MIL G5 - Speaking on | |
| | | behalf of Govt | |

770:17 - 770:20  Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 770:17 | conservation program office that you were | Re: [770:17 to 770:17] | **OVERRULED** |
| 770:18 | part of participate in the training of these | Pltf Obj 602; MIL G5 - | |
| 770:19 | technicians and others that actually had the | Speaking on behalf of Govt | |
| 770:20 | responsibility to fit and examine earplugs? | | |
| | | Re: [770:17 to 770:20] | |
| | | Pltf Obj MIL G5 - Speaking on | |
| | | behalf of Govt | |

770:23 - 770:24  Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 770:23 | THE WITNESS:  We did conduct | | |
| 770:24 | the certification courses, yes. | | |

771:02 - 771:14  Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 771:02 | Q. And did you personally make | Re: [771:02 to 771:14] | **OVERRULED** |
| 771:03 | these training presentations to technicians | Pltf Obj MIL G5 - Speaking on | |
| 771:04 | and others about hearing protection devices | behalf of Govt | |
| 771:05 | and hearing conservation? | | |
| 771:06 | A. I did personally make these | | |
| 771:07 | presentations, and I witnessed other -- my | | |
| 771:08 | other staff members or co-staff members make | | |
| 771:09 | these presentations as well. | | |
| 771:10 | Q. And what were the tools or | | |
| 771:11 | resources that were used to teach the | | |
| 771:12 | technicians and others on the specifics about | | |
| 771:13 | hearing conservation and hearing protection | | |

771:14    devices?

771:17 - 772:08    Fallon, Eric 2020-09-04

| | |
|---|---|
| 771:17   THE WITNESS:  We would use | **Re: [771:17 to 772:08]** |
| 771:18   PowerPoint presentations.  We would | **Pltf Obj** MIL G5 - Speaking on |
| 771:19   have -- we made binders up that the | behalf of Govt |
| 771:20   students could use as reference | |
| 771:21   materials.  We would have provided | |
| 771:22   pertinent military regulations and | |
| 771:23   guidance.  We would have performed | |
| 771:24   hands-on training either with earplug | |
| 771:25   fitting exercises or hearing testing | |
| 772:01   exercises.  So we would have used a | |
| 772:02   variety of training materials. | |
| 772:03   Specifically to the Combat Arms | |
| 772:04   Earplug, we would have handed out | |
| 772:05   wallet cards for the Combat Arms | |
| 772:06   Earplug. | |
| 772:07   So we would have used a variety | |
| 772:08   of methods. | |

**OVERRULED**

772:17 - 772:22    Fallon, Eric 2020-09-04

| | |
|---|---|
| 772:17   Q. As it relates to -- generally | **Re: [772:17 to 772:22]** |
| 772:18   to how to fit a hearing protection device, | **Pltf Obj** MIL G5 - Speaking on |
| 772:19   give the jury some examples -- not specific | behalf of Govt |
| 772:20   to the Combat Arms, but just generally the | |
| 772:21   kinds of things that these technicians would | |
| 772:22   be taught in these training classes. | |

**OVERRULED**

772:25 - 773:21    Fallon, Eric 2020-09-04

| | |
|---|---|
| 772:25   THE WITNESS:  They would have | **Re: [772:25 to 773:21]** |
| 773:01   been taught how to get the ear ready | **Pltf Obj** MIL G5 - Speaking on |
| 773:02   to receive a hearing protection | behalf of Govt; 602 |
| 773:03   device. | |
| 773:04   Actually, I can even back up | |
| 773:05   from that. | |
| 773:06   As part of these courses, they | |
| 773:07   would have received training on the | |
| 773:08   anatomy and physiology of the ear. | |
| 773:09   That would have included diseases and | |
| 773:10   abnormal pathologies of the ear so | |
| 773:11   that they could identify whether or | |
| 773:12   not someone's ear canal was healthy | |
| 773:13   enough to be fit with a hearing | |
| 773:14   protector and that there were no | |
| 773:15   medical contraindications. | |
| 773:16   They would have been taught how | |
| 773:17   to pull outwards and back on the outer | |
| 773:18   ear to open up the ear canal for | |
| 773:19   fitting, and then based on a variety | |
| 773:20   of hearing protectors, how to get that | |
| 773:21   earplug ready to be fit. | |

**OVERRULED**

773:23 - 774:02    Fallon, Eric 2020-09-04

| | |
|---|---|
| 773:23   Q. How about how to determine | **Re: [773:23 to 774:02]** |
| 773:24   whether or not a particular soldier or | **Pltf Obj** MIL G5 - Speaking on |
| 773:25   personnel actually had a good fit?  Were | behalf of Govt; 602 |
| 774:01   there ways to determine that that these | |
| 774:02   technicians were thought? | |

**OVERRULED**

774:05 - 775:03    Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 774:05 | THE WITNESS:  We would have | **Re: [774:05 to 775:03]** | **OVERRULED** |
| 774:06 | taught them a number of things: | **Pltf Obj** MIL G5 - Speaking on | |
| 774:07 | number one, what we would call a | behalf of Govt; 602; Strike | |
| 774:08 | vacuum test.  If you have an | Nonresponsive | |
| 774:09 | appropriately fit hearing protector to | | |
| 774:10 | tug on it, you should feel a vacuum on | | |
| 774:11 | the other side of it. | | |
| 774:12 | An obvious one is that the | | |
| 774:13 | sound is reduced.  You're listening to | | |
| 774:14 | environmental sounds with an open ear | | |
| 774:15 | canal; you put an earplug in, things | | |
| 774:16 | should sound muffled. | | |
| 774:17 | To say something, and if you | | |
| 774:18 | have a good seal, your voice should | | |
| 774:19 | sound deeper to you, what we call the | | |
| 774:20 | occlusion effect. | | |
| 774:21 | Another technique that I would | | |
| 774:22 | sometime use is if you have an earplug | | |
| 774:23 | that is appropriately fit, you can | | |
| 774:24 | take your hand and cup it over the | | |
| 774:25 | ear, and you really shouldn't hear a | | |
| 775:01 | further significant reduction. | | |
| 775:02 | Those are the types of things | | |
| 775:03 | that we would have utilized. | | |

775:10 - 775:17   Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 775:10 | Q. In addition to these trainings | **Re: [775:10 to 775:17]** | **OVERRULED** |
| 775:11 | that were directed toward the technicians or | **Pltf Obj** MIL G5 - Speaking on | |
| 775:12 | the people in the field fitting the plugs, | behalf of Govt | |
| 775:13 | did the Army hearing conservation program | | |
| 775:14 | office also have training sessions or courses | | |
| 775:15 | that were specific to the audiologists that | | |
| 775:16 | might be working in a particular | | |
| 775:17 | installation? | | |

775:20 - 775:22   Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 775:20 | THE WITNESS:  There would have | **Re: [775:20 to 775:22]** | **OVERRULED** |
| 775:21 | been ways of training those | **Pltf Obj** MIL G5 - Speaking on | |
| 775:22 | audiologists as well. | behalf of Govt | |

776:16 - 776:21   Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 776:16 | Q. So let me ask it again. | **Re: [776:16 to 776:21]** | **OVERRULED** |
| 776:17 | So did the Army hearing | **Pltf Obj** MIL G5 - Speaking on | |
| 776:18 | conservation program office also train | behalf of Govt | |
| 776:19 | audiologists who would have been at different | | |
| 776:20 | installations throughout the United States? | | |
| 776:21 | A. Yes. | | |

776:24 - 777:04   Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 776:24 | Q. And can you describe for the | **Re: [776:24 to 777:04]** | **OVERRULED** |
| 776:25 | jury the way these audiologists would have | **Pltf Obj** MIL G5 - Speaking on | |
| 777:01 | been trained? | behalf of Govt | |
| 777:02 | What were the vehicles that | | |
| 777:03 | allowed the hearing conservation program | | |
| 777:04 | office to train audiologists? | | |

777:11 - 780:05   Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 777:11 | THE WITNESS:  One method would | **Re: [777:11 to 780:05]** | **OVERRULED** |
| 777:12 | be what was referred to at that time | **Pltf Obj** MIL G5 - Speaking on | |
| 777:13 | as military audiology short courses, | behalf of Govt | |
| 777:14 | where all military audiologists were | | |

777:15    brought to a location for training and
777:16    presentations and meetings.
777:17    Another form would have been to
777:18    bring new audiologists to the Army
777:19    hearing conservation program office
777:20    for training.  The Army hearing
777:21    conservation program office may also
777:22    occasionally host just a hearing
777:23    conservation conference and bring
777:24    officers to that as well.
777:25

778:01    QUESTIONS BY MR. MORRISS:
778:02    Q. Now, we've talked a good bit
778:03    about the Combat Arms dual-ended plug, and I
778:04    want to follow up on some of that.
778:05    Were you familiar with the
778:06    Combat Arms dual-ended plug during the time
778:07    that you were working at the Army hearing
778:08    conservation program office?
778:09    A. Yes, I was familiar with the
778:10    dual-ended, the Combat Arms Earplug, during
778:11    that time.
778:12    Q. All right.  And just so we get
778:13    oriented, can you describe the plug to the
778:14    jury and your understanding of how it worked?
778:15    A. The dual-ended Combat Arms
778:16    Earplug had two capabilities.  It served as a
778:17    passive hearing protector, but it also had a
778:18    functional capacity to serve as what we call
778:19    a level-dependent hearing protector.
778:20    So in a nutshell, the passive
778:21    protector just kind of plugged your ear up
778:22    and protected you up to a certain point
778:23    against hazardous noise.
778:24    The level-dependent capability
778:25    was designed to be used in quiet, which
779:01    sounds strange, but in quiet to allow some
779:02    sound to pass through, but if there was a
779:03    certain -- a sudden exposure to impulse
779:04    noise, to offer you protection against
779:05    impulse noise.
779:06    Q. These training courses that you
779:07    led where technicians were the audience, did
779:08    your training sessions have information
779:09    specific to the Combat Arms dual-ended plug?
779:10    A. Yes, those training sessions
779:11    addressed the dual-ended Combat Arms Earplug.
779:12    Q. Do you recall about how often
779:13    these technician courses were taught?
779:14    A. My recollection is they weren't
779:15    on a routine.  They were just taught as
779:16    needed.
779:17    And remember, we -- at the Army
779:18    hearing conservation program office, we were
779:19    just -- we were on a -- some of those
779:20    courses.  They were also taught at the
779:21    installation level.  But my recommendation is
779:22    that we would teach somewhere between six and
779:23    eight of those at the Army hearing
779:24    conservation program office.
779:25    Q. And when you made your

| | | | | |
|---|---|---|---|---|
| 780:01 | presentations, did you include specific | | | |
| 780:02 | instructions relating to how the Combat Arms | | | |
| 780:03 | dual-ended earplug should be fit? | | | |
| 780:04 | A. I did, yes. | | | |
| 780:05 | Q. Now, we had a lot of discussion | | | |

780:06 - 780:10   Fallon, Eric 2020-09-04

| | | | | |
|---|---|---|---|---|
| 780:06 | about the third flange. | Re: [780:06 to 780:10] | | OVERRULED |
| 780:07 | Do you recall learning that | Pltf Obj MIL G5 - Speaking on | | |
| 780:08 | there was a fitting tip relating to the outer | behalf of Govt | | |
| 780:09 | third flange of the dual-ended Combat Arms | | | |
| 780:10 | Earplug? | | | |

780:13 - 781:12   Fallon, Eric 2020-09-04

| | | | | |
|---|---|---|---|---|
| 780:13 | THE WITNESS:  I do, yes. | Re: [780:13 to 781:12] | | OVERRULED |
| 780:14 | QUESTIONS BY MR. MORRISS: | Pltf Obj MIL G5 - Speaking on | | |
| 780:15 | Q. Okay.  And let me what you | behalf of Govt | | |
| 780:16 | remember learning about that. | | | |
| 780:17 | A. I don't remember where I | | | |
| 780:18 | learned it, but what I learned was that if | | | |
| 780:19 | you could not achieve a proper fit of the | | | |
| 780:20 | Combat Arms Earplug, that an additional | | | |
| 780:21 | technique that was available to you would be | | | |
| 780:22 | to roll the opposing third flange back and | | | |
| 780:23 | then attempt to fit the hearing protector. | | | |
| 780:24 | And if you could achieve a good | | | |
| 780:25 | fit, then you had a good fit.  You should | | | |
| 781:01 | instruct the person to roll the third flange | | | |
| 781:02 | back. | | | |
| 781:03 | If you could not achieve a good | | | |
| 781:04 | fit after attempting that, then you would | | | |
| 781:05 | have to seek out another hearing protection | | | |
| 781:06 | device. | | | |
| 781:07 | Q. And did the materials that you | | | |
| 781:08 | used, the PowerPoints or the wallet card or | | | |
| 781:09 | any of the other materials that you had | | | |
| 781:10 | available, did they include information about | | | |
| 781:11 | rolling back the third flange and present | | | |
| 781:12 | photographs? | | | |

781:15 - 781:23   Fallon, Eric 2020-09-04

| | | | | |
|---|---|---|---|---|
| 781:15 | THE WITNESS:  I do recall those | Re: [781:15 to 781:23] | | OVERRULED |
| 781:16 | presentation materials showing photos | Pltf Obj MIL G5 - Speaking on | | |
| 781:17 | of the third flange being rolled back. | behalf of Govt | | |
| 781:18 | I remember them having a | | | |
| 781:19 | statement about rolling the -- that | | | |
| 781:20 | flange back under certain conditions. | | | |
| 781:21 | And it's my recollection that I taught | | | |
| 781:22 | them to try that if they could not | | | |
| 781:23 | achieve a good fit. | | | |

782:02 - 782:04   Fallon, Eric 2020-09-04

| | | | | |
|---|---|---|---|---|
| 782:02 | And I think a version of this | | | |
| 782:03 | has been marked, but I want to go ahead and | | | |
| 782:04 | mark this as the next exhibit. | | | |

782:09 - 782:10   Fallon, Eric 2020-09-04

| | | | | |
|---|---|---|---|---|
| 782:09 | (Fallon Exhibit 65 marked for | | | |
| 782:10 | identification.) | | | |

782:14 - 782:19   Fallon, Eric 2020-09-04

782:14    Q. And this was similar
782:15    presentation you were asked about earlier
782:16    today, correct?
782:17    A. That's correct, yes.
782:18    Q. And can you just tell the jury
782:19    what this is and what it was used for?

783:03 - 783:07    Fallon, Eric 2020-09-04
783:03    Q. If you'll take a look,
783:04    Dr. Fallon, at Exhibit 65, is this a document
783:05    that you're familiar with?
783:06    A. This is a document that I am
783:07    familiar with, yes.

783:08 - 783:18    Fallon, Eric 2020-09-04
783:08    Q. And in fact, it's a document
783:09    that you've produced or your lawyers have
783:10    produced in this litigation, correct?
783:11    A. That is correct, yes.
783:12    Q. Did you use this slide deck,
783:13    Exhibit 65, in making training presentations?
783:14    A. I used this document when I
783:15    would teach hearing conservation technician
783:16    courses, and my colleagues, to my -- best of
783:17    my recollection, would also use this file.
783:18    Q. All right.

783:19 - 784:12    Fallon, Eric 2020-09-04
783:19    A. This document.                              **Re: [783:19 to 784:12]**              **OVERRULED**
783:20    Q. And if you'll turn over to              **Pltf Obj** MIL G5 - Speaking on
783:21    slide number -- it has the number 40 at the    behalf of Govt; 403
783:22    bottom of it.  I think we looked at this
783:23    earlier today.
783:24    A. 40?
783:25    Q. It says "FALLON 40" at the
784:01    bottom.
784:02    A. Okay.  I'm there.
784:03    Q. And what is being demonstrated
784:04    with this slide?
784:05    A. What's being demonstrated on
784:06    this slide, to my recollection, is that there
784:07    are a variety of hearing protection devices.
784:08    This is not all-inclusive, but it does show a
784:09    variety of hearing protection devices.
784:10    Q. And which of these are
784:11    preformed plugs similar to what we've talked
784:12    about earlier today?

784:13 - 784:23    Fallon, Eric 2020-09-04
784:13    A. The single-flange earplugs          **Re: [784:13 to 784:23]**              **OVERRULED**
784:14    would be considered preformed plugs.  The    **Pltf Obj** MIL G5 - Speaking on
784:15    triple-flange, the Combat Arms, the musician    behalf of Govt; 403
784:16    plugs, those are what I would consider
784:17    preformed plugs.
784:18    Q. And then if you turn over to
784:19    slide 43, would you have identified for your
784:20    student technicians in the audience that
784:21    would be going out into the field to fit
784:22    plugs, did you review advantages of preformed
784:23    plugs?

| | | | |
|---|---|---|---|
| 785:01 - 785:03  Fallon, Eric 2020-09-04 | | | |
| 785:01 | THE WITNESS:  Yes, this | Re: [785:01 to 785:03] | **OVERRULED** |
| 785:02 | title -- this slide is "advantages of | **Pltf Obj** MIL G5 - Speaking on | |
| 785:03 | preformed plugs." | behalf of Govt; 403 | |
| | | | |
| 785:05 - 785:07  Fallon, Eric 2020-09-04 | | | |
| 785:05 | Q. And would you have used this to | Re: [785:05 to 785:07] | **OVERRULED** |
| 785:06 | help you in making your presentation about | **Pltf Obj** MIL G5 - Speaking on | |
| 785:07 | preformed plugs? | behalf of Govt; 403 | |
| | | | |
| 785:10 - 785:19  Fallon, Eric 2020-09-04 | | | |
| 785:10 | THE WITNESS:  As with all of my | Re: [785:10 to 785:19] | **OVERRULED** |
| 785:11 | slides, I would have used these bullet | **Pltf Obj** MIL G5 - Speaking on | |
| 785:12 | points as a general guide.  I would | behalf of Govt; 403 | |
| 785:13 | have hit these points and maybe some | | |
| 785:14 | other points as well, so, yes. | | |
| 785:15 | QUESTIONS BY MR. MORRISS: | | |
| 785:16 | Q. And in addition to the | | |
| 785:17 | advantages, did you train the technician on | | |
| 785:18 | the -- the technicians in the audience on the | | |
| 785:19 | disadvantages of preformed plugs? | | |
| | | | |
| 785:22 - 786:24  Fallon, Eric 2020-09-04 | | | |
| 785:22 | THE WITNESS:  I believe I did | Re: [785:22 to 786:24] | **OVERRULED** |
| 785:23 | on the next slide.  And again, it | **Pltf Obj** MIL G5 - Speaking on | |
| 785:24 | would have been a general guide that I | behalf of Govt | |
| 785:25 | would have followed along with other | | |
| 786:01 | content. | | |
| 786:02 | QUESTIONS BY MR. MORRISS: | | |
| 786:03 | Q. What is the first bullet point | | |
| 786:04 | listed under the disadvantages of preformed | | |
| 786:05 | plugs slide? | | |
| 786:06 | A. The first bullet states, | | |
| 786:07 | "Initial fit must be made by a medically | | |
| 786:08 | trained person." | | |
| 786:09 | Q. And why did you view that as a | | |
| 786:10 | potential disadvantage? | | |
| 786:11 | A. I view that as a potential | | |
| 786:12 | disadvantage because it's just more | | |
| 786:13 | resource-intensive.  You have to have someone | | |
| 786:14 | who's medically trained in order to fit that | | |
| 786:15 | hearing protector. | | |
| 786:16 | Q. The third bullet point | | |
| 786:17 | indicates -- well, read for the jury what the | | |
| 786:18 | third bullet point indicates in terms of | | |
| 786:19 | disadvantages of the preformed plug. | | |
| 786:20 | A. The third bullet of | | |
| 786:21 | disadvantages is "will work lose with normal | | |
| 786:22 | jaw movements." | | |
| 786:23 | Q. Was true with all | | |
| 786:24 | preformed plugs? | | |
| | | | |
| 787:02 - 787:03  Fallon, Eric 2020-09-04 | | | |
| 787:02 | THE WITNESS:  I believe that to | Re: [787:02 to 787:03] | **OVERRULED** |
| 787:03 | be true of all preformed plugs, yes. | **Pltf Obj** MIL G5 - Speaking on | |
| | | behalf of Govt | |
| | | | |
| 787:05 - 787:07  Fallon, Eric 2020-09-04 | | | |
| 787:05 | Q. Single flange, the triple | Re: [787:05 to 787:07] | **OVERRULED** |
| 787:06 | flange, the Combat Arms dual-ended plug, all | **Pltf Obj** Lay Scientific | |
| 787:07 | have that potential disadvantage? | Opinion; MIL G5 - Speaking on | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | behalf of Govt |  |  |

787:10 - 787:11  Fallon, Eric 2020-09-04
787:10   THE WITNESS:  I would agree
787:11   with that statement, yes.

**Re: [787:10 to 787:11]**
**Pltf Obj** Lay Scientific
Opinion; MIL G5 - Speaking on
behalf of Govt

**OVERRULED**

787:13 - 787:15  Fallon, Eric 2020-09-04
787:13   Q. Did the DOD instructions
787:14   address this potential disadvantage of
787:15   preformed plugs that you remember?

787:18 - 787:21  Fallon, Eric 2020-09-04
787:18   THE WITNESS:  To my best of my
787:19   memory, there was a section of the
787:20   DODI that addressed this disadvantage,
787:21   yes.

787:23 - 787:24  Fallon, Eric 2020-09-04
787:23   Q. So let's turn back to
787:24   Exhibit 63.

788:02 - 788:02  Fallon, Eric 2020-09-04
788:02   And if you'll turn to page 25.

788:05 - 788:09  Fallon, Eric 2020-09-04
788:05   Q. Okay.  So just to set the
788:06   stage, Exhibit 63 is the DOD instruction that
788:07   we looked at earlier today, correct?
788:08   A. Yes, that's my recollection,
788:09   yes.

788:17 - 788:20  Fallon, Eric 2020-09-04
788:17   Q. Your personal understanding was
788:18   that the DOD had instructions that guided
788:19   military branches on their hearing
788:20   conservation program; is that correct?

788:23 - 788:24  Fallon, Eric 2020-09-04
788:23   THE WITNESS:  That was my
788:24   understanding, yes.

789:02 - 789:18  Fallon, Eric 2020-09-04
789:02   Q. And within the DOD
789:03   instructions, is there something styled E6,
789:04   enclosure 6?
789:05   A. I see that, yes, I do.
789:06   Q. Okay.  And is it earplugs:
789:07   general information?
789:08   A. Yes.
789:09   Q. And if you would read for the
789:10   jury Item 3 out of this Department of Defense
789:11   instruction poster.
789:12   A. Item 3 states, "Plugs tend to
789:13   work loose as a result of talking and chewing
789:14   and must be reseated."
789:15   Q. Okay.  And was that your
789:16   understanding about all preformed plugs, that
789:17   they could work loose from simply talking and
789:18   chewing?

**Re: [789:02 to 789:18]**
**Pltf Obj** MIL G5 - Speaking on
behalf of Govt

**OVERRULED**

789:21 - 789:23  Fallon, Eric 2020-09-04

| 789:21 | THE WITNESS:  That was my |
| 789:22 | understanding of -- a disadvantage of |
| 789:23 | preformed plugs, yes. |

Re: [789:21 to 789:23]
Pltf Obj Lay Scientific
Opinion; MIL G5 - Speaking on
behalf of Govt

**OVERRULED**

789:25 - 790:01  Fallon, Eric 2020-09-04

| 789:25 | Q. And if you'll turn now back to |
| 790:01 | the teaching slide deck, which is Exhibit 65, |

Re: [790:01 to 790:13]
Pltf Obj MIL G5 - Speaking on
behalf of Govt

**OVERRULED**

790:01 - 790:13  Fallon, Eric 2020-09-04

| 790:01 | the teaching slide deck, which is Exhibit 65, |
| 790:02 | and just let me know when you get there. |
| 790:03 | A. 65.  Okay.  I am back there. |
| 790:04 | Q. And if you'll turn to slide 53. |
| 790:05 | A. Slide 53. |
| 790:06 | Q. Says "FALLON 53" on the bottom. |
| 790:07 | A. Okay.  I'm on slide 53. |
| 790:08 | Q. When you were making |
| 790:09 | presentations to these technicians using this |
| 790:10 | particular deck, would this have been a slide |
| 790:11 | that you would have used in teaching the |
| 790:12 | technicians how to fit the Combat Arms |
| 790:13 | Earplug? |

Re: [790:01 to 790:13]
Pltf Obj MIL G5 - Speaking on
behalf of Govt

**OVERRULED**

790:16 - 791:04  Fallon, Eric 2020-09-04

| 790:16 | THE WITNESS:  I recall this |
| 790:17 | being a slide that I used to train |
| 790:18 | hearing technicians about the Combat |
| 790:19 | Arms Earplug version 2, dual-ended, |
| 790:20 | version 2, and would have used it as |
| 790:21 | talking points about fitting, yes. |
| 790:22 | QUESTIONS BY MR. MORRISS: |
| 790:23 | Q. And does this slide include |
| 790:24 | instruction on which end of the plug to use? |
| 790:25 | A. It does.  When to use the |
| 791:01 | yellow end and when to use the green end. |
| 791:02 | Q. Does it also provide specific |
| 791:03 | bullets about fit and determining whether you |
| 791:04 | have a good fit? |

Re: [790:16 to 791:04]
Pltf Obj Lay Scientific
Opinion; MIL G5 - Speaking on
behalf of Govt

**OVERRULED**

791:07 - 791:15  Fallon, Eric 2020-09-04

| 791:07 | THE WITNESS:  It does provide |
| 791:08 | one bullet on how to check for proper |
| 791:09 | fit, and my recollection is that I |
| 791:10 | would have used other fit check |
| 791:11 | techniques as well, yes. |
| 791:12 | QUESTIONS BY MR. MORRISS: |
| 791:13 | Q. So tell the jury how you would |
| 791:14 | have described this to the technicians about |
| 791:15 | how to check for a proper fit. |

Re: [791:07 to 791:15]
Pltf Obj MIL G5 - Speaking on
behalf of Govt

**OVERRULED**

791:18 - 792:22  Fallon, Eric 2020-09-04

| 791:18 | THE WITNESS:  I would have |
| 791:19 | instructed technicians of how to, |
| 791:20 | first of all, as I said earlier, to |
| 791:21 | inspect the ear canal to make sure |
| 791:22 | there was no medical contraindications |
| 791:23 | for fitting. |

Re: [791:18 to 792:22]
Pltf Obj MIL G5 - Speaking on
behalf of Govt

**OVERRULED**

| | | | |
|---|---|---|---|
| 791:24 | My personal technique would be | | |
| 791:25 | to insert the green end in one ear. | | |
| 792:01 | If they could not achieve a good fit | | |
| 792:02 | by simply inserting it into the ear | | |
| 792:03 | with the pinna pulled back, as I | | |
| 792:04 | previously said, to roll back that | | |
| 792:05 | third opposing flange. | | |
| 792:06 | And they would have checked the | | |
| 792:07 | fit by the tug test, by a reduction of | | |
| 792:08 | environmental sounds in the classroom, | | |
| 792:09 | and by talking and -- at least with | | |
| 792:10 | that one ear, did their voice sound a | | |
| 792:11 | lot louder to them and did it sound a | | |
| 792:12 | lot deeper to them. | | |
| 792:13 | My personal technique would | | |
| 792:14 | have been to take the yellow end and | | |
| 792:15 | put it into the other ear canal so | | |
| 792:16 | that they would have a -- kind of a | | |
| 792:17 | mismatched balance. | | |
| 792:18 | QUESTIONS BY MR. MORRISS: | | |
| 792:19 | Q. Did the slide that we're | | |
| 792:20 | looking at now have a specific bullet | | |
| 792:21 | concerning the potential need to roll back | | |
| 792:22 | the third flange? | | |

792:25 - 793:16   Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 792:25 | THE WITNESS:  This slide has a | **Re: [792:25 to 793:16]** | **OVERRULED** |
| 793:01 | bullet -- this slide has a bullet that | **Pltf Obj** MIL G5 - Speaking on | |
| 793:02 | says, "for very large ear canals, pull | behalf of Govt | |
| 793:03 | opposing plug back." | | |
| 793:04 | QUESTIONS BY MR. MORRISS: | | |
| 793:05 | Q. And is there a photograph of | | |
| 793:06 | the Combat Arms dual-ended plug with the | | |
| 793:07 | third flange rolled back? | | |
| 793:08 | A. There is a photograph of that, | | |
| 793:09 | yes. | | |
| 793:10 | Q. And then if you'll turn over to | | |
| 793:11 | the last slide in the deck, which is | | |
| 793:12 | number 64. | | |
| 793:13 | A. Okay.  I'm there. | | |
| 793:14 | Q. And tell the jury what this is | | |
| 793:15 | and how you used this slide as part of your | | |
| 793:16 | training. | | |

793:19 - 794:02   Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 793:19 | THE WITNESS:  This would have | **Re: [793:19 to 794:02]** | **OVERRULED** |
| 793:20 | been the last slide in that training | **Pltf Obj** MIL G5 - Speaking on | |
| 793:21 | deck, and it would have led us into | behalf of Govt | |
| 793:22 | and begun a fitting exercise.  And all | | |
| 793:23 | of the students would have gone | | |
| 793:24 | through a hands-on fitting exercise | | |
| 793:25 | with a partner, utilizing a variety of | | |
| 794:01 | hearing protectors to include the | | |
| 794:02 | dual-ended Combat Arms Earplug. | | |

794:06 - 794:07   Fallon, Eric 2020-09-04

| | |
|---|---|
| 794:06 | Q. You mentioned earlier a wallet |
| 794:07 | card. |

794:11 - 794:12   Fallon, Eric 2020-09-04

| | |
|---|---|
| 794:11 | Q. And is this a two-page or a |

794:12    front-and-back document?

794:13 - 794:15    Fallon, Eric 2020-09-04
794:13    A. It is a two-page document, and
794:14    I remember it as being a front and back of
794:15    the wallet card, yes.

794:16 - 794:24    Fallon, Eric 2020-09-04
794:16    Q. And if we go to the second --
794:17    or bottom slide of this particular
794:18    Exhibit 66, is this similar to the slide that
794:19    you used as part of your presentation to
794:20    technicians?
794:21    A. Yes.  It looks to me almost
794:22    like the exact slide.
794:23    Q. So how was the wallet card used
794:24    differently than the slide presentation?

795:03 - 795:23    Fallon, Eric 2020-09-04                    Re: [795:03 to 795:23]              OVERRULED as to
795:03    THE WITNESS:  So wallet card,                   Pltf Obj MIL G5 - Speaking on     [795:03-795:07]
795:04    to me, was meant to be a training aid          behalf of Govt
795:05    that a soldier who had been issued the                                            SUSTAINED as to
795:06    Combat Arms Earplug could keep with                                               [795:08-795:23]
795:07    them.
795:08    And my understanding of the
795:09    reason the wallet card came about was
795:10    because soldiers could forget from
795:11    their fitting what the yellow end was
795:12    for and what the green end was for.
795:13    The reason -- I think this is
795:14    part of your question -- that I may
795:15    have used this in my training
795:16    presentation because it had, you know,
795:17    diagrams and pictures of the flange
795:18    rolled back.  But as a wallet card it
795:19    would have been a training aid,
795:20    whereas my presentation would have
795:21    been used to instruct and train
795:22    personnel of how to fit the hearing
795:23    protector.

796:06 - 796:07    Fallon, Eric 2020-09-04
796:06    QUESTIONS BY MR. MORRISS:
796:07    Q. Well, let me ask a question.

796:08 - 797:08    Fallon, Eric 2020-09-04                    Re: [796:08 to 797:08]              OVERRULED
796:08    During your time at the Army                    Pltf Obj MIL G5 - Speaking on
796:09    hearing conservation program office, did the    behalf of Govt
796:10    office maintain wallet cards and make them
796:11    available to military personnel?
796:12    A. I don't recall if it was the
796:13    Army hearing conservation program office, but
796:14    I recall that USACHPPM, some form of
796:15    USACHPPM, made training materials available
796:16    to the rest of the Army, and one of those
796:17    training materials would have been the wallet
796:18    card.
796:19    Q. And how was the wallet card
796:20    made available through USACHPPM to military
796:21    personnel?  How was it distributed?
796:22    A. My recollection is that

| | | | |
|---|---|---|---|
| 796:23 | personnel from across the Army could come to | | |
| 796:24 | USACHPPM web page.  They could order training | | |
| 796:25 | documents and guides or support material. | | |
| 797:01 | One of those would have been the Combat Arms | | |
| 797:02 | Earplug.  And USACHPPM, some form of | | |
| 797:03 | USACHPPM, would have shipped those in | | |
| 797:04 | whatever quantity was ordered to whoever | | |
| 797:05 | ordered it. | | |
| 797:06 | Q. Okay.  And did the wallet card | | |
| 797:07 | contain information about which end of the | | |
| 797:08 | plug to use under what circumstances? | | |

797:11 - 797:19   Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 797:11 | THE WITNESS:  It -- the wallet | | |
| 797:12 | card did, to my understanding, contain | | |
| 797:13 | that information, yes. | | |
| 797:14 | QUESTIONS BY MR. MORRISS: | | |
| 797:15 | Q. And we can see here on | | |
| 797:16 | Exhibit 66 that there is an actual | | |
| 797:17 | illustration of the yellow and green end, and | | |
| 797:18 | a brief bullet point on when to use it, | | |
| 797:19 | correct? | | |

797:22 - 798:06   Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 797:22 | THE WITNESS:  That is correct. | **Re: [797:22 to 798:06]** | **OVERRULED** |
| 797:23 | QUESTIONS BY MR. MORRISS: | **Pltf Obj** Lay Scientific | |
| 797:24 | Q. And then does the wallet card | Opinion; MIL G5 - Speaking on | |
| 797:25 | also give at least reminders about some of | behalf of Govt | |
| 798:01 | the ways to check for a proper fit? | | |
| 798:02 | A. It does.  There is a bullet | | |
| 798:03 | point on "check proper fit by gently tugging | | |
| 798:04 | on plugs for tension." | | |
| 798:05 | Q. And does it also reference the | | |
| 798:06 | potential need to roll back the third flange? | | |

798:09 - 798:17   Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 798:09 | THE WITNESS:  It does.  The | **Re: [798:09 to 798:17]** | **OVERRULED** |
| 798:10 | bullet point says, "for very large ear | **Pltf Obj** MIL G5 - Speaking on | |
| 798:11 | canals, fold opposing plug back." | behalf of Govt; 602 | |
| 798:12 | QUESTIONS BY MR. MORRISS: | | |
| 798:13 | Q. Did it include a photograph? | | |
| 798:14 | A. There is a photograph of the | | |
| 798:15 | opposing third flange rolled back, yes. | | |
| 798:16 | Q. And would this have been | | |
| 798:17 | information within the USACHPPM system? | | |

798:23 - 800:05   Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 798:23 | THE WITNESS:  If I understand | **Re: [798:23 to 800:05]** | **SUSTAINED** |
| 798:24 | you correctly, yes, this wallet card | **Pltf Obj** MIL G5 - Speaking on | |
| 798:25 | would have been produced by USACHPPM, | behalf of Govt; 602; Hearsay | |
| 799:01 | and I believe on one side is the | | |
| 799:02 | USACHPPM logo.  That's where I thought | | |
| 799:03 | that it came from. | | |
| 799:04 | QUESTIONS BY MR. MORRISS: | | |
| 799:05 | Q. So let's go to the first page | | |
| 799:06 | of Exhibit 66. | | |
| 799:07 | Is there an emblem on the | | |
| 799:08 | bottom right of this wallet card? | | |
| 799:09 | A. There is an emblem on the | | |
| 799:10 | bottom right of this wallet card, and that is | | |
| 799:11 | what I remember to be the USACHPPM emblem. | | |

799:12   Q. Okay.  At the very top is there
799:13   a section that says "From a Soldier in Iraq"?
799:14   A. There is a section titled "From
799:15   a Soldier in Iraq."
799:16   Q. And can you read the quote?
799:17   A. The quote says, "Combat Arms
799:18   Earplug...work great in this environment...
799:19   they probably made the difference between
799:20   eardrum/hearing damage and not.  They
799:21   definitely allow you to mentally recover very
799:22   quickly so you are able to deal with your
799:23   situation versus standing around like a
799:24   stunned mullet for a while."
799:25   Q. And then is there a direction
800:01   on how to order the wallet card -- or to
800:02   order the earplug?
800:03   A. I do see an ordering section
800:04   for both the double-ended earplugs and then
800:05   the single-ended plugs.

800:06 - 801:01   Fallon, Eric 2020-09-04
800:06   Q. And then it says, "For more
800:07   information," and can you read what USACHPPM
800:08   was distributing about what to do if you
800:09   needed more information?
800:10   A. Under "for more information" it
800:11   says, "See fact sheet 51-004-0204," and then
800:12   it's got a hyperlink for CHPPM.  It's got two
800:13   hyperlinks there.  Both of them seem to point
800:14   toward a CHPPM web page.
800:15   Q. And a USACHPPM web page would
800:16   be a military web page, correct?
800:17   A. That is my understanding, yes.
800:18   They end in .mil.
800:19   Q. Now, remember that number,
800:20   51-004-0204.  Okay?
800:21   The wallet card says, "For more
800:22   information, see fact sheet 51-004-0204."
800:23   Did I read that correctly?
800:24   A. It does say that, yes.
800:25   Q. Now, I want you to go to what
801:01   we'll mark as Exhibit 67.

801:10 - 801:20   Fallon, Eric 2020-09-04
801:10   Q. Okay.  So can you tell the
801:11   jury, what is Exhibit 67?
801:12   A. Exhibit 67 is a Just the Facts,
801:13   and next to the USACHPPM logo, I see the same
801:14   number that you just referenced on that
801:15   wallet card.
801:16   Q. So if you look at your computer
801:17   screen, this is what the jury will see.  It
801:18   has, "For more information, see fact sheet
801:19   51-004-0204," and that is the same number on
801:20   Exhibit 67, correct?

801:21 - 801:21   Fallon, Eric 2020-09-04
801:21   A. That is the same number, yes.

802:10 - 804:07   Fallon, Eric 2020-09-04
802:10   Q. So let me ask it again,                                    Re: [802:10 to 804:07]                                    OVERRULED

| | | | | |
|---|---|---|---|---|
| 802:11 | Dr. Fallon. | **Pltf Obj** MIL G5 - Speaking on behalf of Govt | | |
| 802:12 | During your time when you were | | | |
| 802:13 | at the Army hearing conservation program | | | |
| 802:14 | office, did you become familiar with a | | | |
| 802:15 | publication put out by USACHPPM called Just | | | |
| 802:16 | the Facts? | | | |
| 802:17 | A. I have seen this document | | | |
| 802:18 | before called Just the Facts, yes. | | | |
| 802:19 | Q. And in general, what did you | | | |
| 802:20 | understand the Just the Facts publication -- | | | |
| 802:21 | what did you understand its purpose to be? | | | |
| 802:22 | A. My understanding was that Just | | | |
| 802:23 | the Facts was a mechanism, if you will, a | | | |
| 802:24 | vehicle, that USACHPPM could take a | | | |
| 802:25 | particular product that was relevant to | | | |
| 803:01 | either preventive medicine or readiness and | | | |
| 803:02 | highlight that by sending it out to at least | | | |
| 803:03 | the military medical assets.  I don't know | | | |
| 803:04 | how widely it was distributed, but at least | | | |
| 803:05 | to those, on some topics. | | | |
| 803:06 | This one, as you see, is titled | | | |
| 803:07 | the "Combat Arms Earplug," but it could be | | | |
| 803:08 | smoking cessation.  It could be just about | | | |
| 803:09 | anything that affected the readiness of the | | | |
| 803:10 | force. | | | |
| 803:11 | Q. So Exhibit 67 is titled what? | | | |
| 803:12 | A. It is titled "The Combat Arms | | | |
| 803:13 | Earplug."  "Just the Facts, The Combat Arms | | | |
| 803:14 | Earplug. " | | | |
| 803:15 | Q. And if we flip over to the | | | |
| 803:16 | second page of this Exhibit 67, is there an | | | |
| 803:17 | identification of user tips? | | | |
| 803:18 | A. There is a section titled "User | | | |
| 803:19 | Tips," yes. | | | |
| 803:20 | Q. And does it provide information | | | |
| 803:21 | specifically about the need to have the | | | |
| 803:22 | earplug properly inserted? | | | |
| 803:23 | A. Yes, it does. | | | |
| 803:24 | Q. And can you read that for the | | | |
| 803:25 | jury, that first sentence? | | | |
| 804:01 | A. That's that bullet that says, | | | |
| 804:02 | "Like any earplug, it is essential that the | | | |
| 804:03 | Combat Arms Earplug be properly inserted." | | | |
| 804:04 | Q. Okay.  And is there also a | | | |
| 804:05 | listing of how to determine whether the plug | | | |
| 804:06 | is properly inserted, similar to what you've | | | |
| 804:07 | described earlier today? | | | |
| | | | | |
| 804:10 - 804:20 | Fallon, Eric 2020-09-04 | | | |
| 804:10 | THE WITNESS:  Yes.  It goes on | | | |
| 804:11 | later to say, "Gently tug on the plug. | | | |
| 804:12 | If there is tension, that's a good | | | |
| 804:13 | indication of proper insertion.  Also, | | | |
| 804:14 | the voice of the individual wearing | | | |
| 804:15 | the plug will sound more low-toned and | | | |
| 804:16 | slightly muffled to the wearer." | | | |
| 804:17 | QUESTIONS BY MR. MORRISS: | | | |
| 804:18 | Q. And does it also have a user | | | |
| 804:19 | tip concerning folding back the opposing plug | | | |
| 804:20 | or flange? | | | |

804:23 - 805:01   Fallon, Eric 2020-09-04
804:23   THE WITNESS:  It does.  It
804:24   says, "For exceptionally large ear
804:25   canals, fold the opposing plug back to
805:01   enhance proper insertion."

806:12 - 807:23   Fallon, Eric 2020-09-04
806:12   Q. Okay.  Did you have personal                    Re: [806:12 to 807:23]                    OVERRULED
806:13   experience with audiologists from                  Pltf Obj MIL G5 - Speaking on
806:14   installations throughout the United States?        behalf of Govt
806:15   A. I did, yes.
806:16   Q. Okay.  And can you describe for
806:17   the jury the interaction that you and the
806:18   folks there at the Army hearing conservation
806:19   program office, what kind of interaction you
806:20   would have with an audiologist that may be
806:21   working at a particular installation?
806:22   A. We would have e-mail exchanges,
806:23   phone conversations.  We would have been
806:24   together generally at what was called
806:25   military audiology short courses.  I -- we
807:01   may have seen them at conferences, and at
807:02   times we would host training events at the
807:03   Army hearing program office.  And then I
807:04   guess final thing I would say is that we
807:05   would perform site visits to those
807:06   installations to look at their hearing
807:07   conservation program.
807:08   Q. So you talked about a short
807:09   course.
807:10   What is a short course?
807:11   A. What was called a short course,
807:12   the full title would have been a military
807:13   audiology short course.  And it was a
807:14   once-a-year meeting where all of the Army
807:15   audiologists would get together at a
807:16   location, and you would have a series of
807:17   meetings over, my recollection was, three to
807:18   four days.
807:19   Q. And was Doug Ohlin, during your
807:20   time at the program office, be someone who
807:21   might present or teach at a short course or a
807:22   training session where other audiologists
807:23   were in attendance?

808:01 - 808:07   Fallon, Eric 2020-09-04
808:01   THE WITNESS:  It's my                              Re: [808:01 to 808:07]                    OVERRULED
808:02   recollection that Dr. Ohlin would have             Pltf Obj MIL G5 - Speaking on
808:03   talked at all of those short courses.              behalf of Govt; 602
808:04   QUESTIONS BY MR. MORRISS:
808:05   Q. Let me let you take a look at a
808:06   clip from a deposition that's been taken in
808:07   this case.

808:10 - 808:14   Fallon, Eric 2020-09-04
808:10   (Video played.)
808:11   Q. All right.  Do you know
808:12   Lieutenant Merkley?
808:13   A. I do know Lieutenant Merkley,
808:14   yes.

808:16 - 808:23  Fallon, Eric 2020-09-04

| | | |
|---|---|---|
| 808:16 | A. I'm sorry, Lieutenant Colonel | **Re: [808:16 to 808:23]** |
| 808:17 | Merkley in that photograph -- in that video. | **Pltf Obj** 602; MIL G5 - |
| 808:18 | Q. And is his description about | Speaking on behalf of Govt |
| 808:19 | the training provided by Doug Ohlin | |
| 808:20 | consistent with your recollection of how | |
| 808:21 | audiologists from different installations | |
| 808:22 | were trained at the Army hearing conservation | |
| 808:23 | program office? | |

**OVERRULED**

809:01 - 809:15  Fallon, Eric 2020-09-04

| | | |
|---|---|---|
| 809:01 | THE WITNESS:  My recollection | **Re: [809:01 to 809:15]** |
| 809:02 | certainly coincides with Lieutenant | **Pltf Obj** MIL G5 - Speaking on |
| 809:03 | Colonel Merkley's, yes. | behalf of Govt |
| 809:04 | QUESTIONS BY MR. MORRISS: | |
| 809:05 | Q. You were at the USACHPPM | |
| 809:06 | hearing conservation program office roughly | |
| 809:07 | from 2003 through 2010 or thereabouts? | |
| 809:08 | A. That is my recollection, yes, | |
| 809:09 | except for the deployments I mentioned | |
| 809:10 | earlier. | |
| 809:11 | Q. And during that time, is it | |
| 809:12 | fair to say that you interacted with not only | |
| 809:13 | technicians but other audiologists from | |
| 809:14 | various installations, military | |
| 809:15 | installations? | |

**OVERRULED**

809:18 - 810:01  Fallon, Eric 2020-09-04

| | | |
|---|---|---|
| 809:18 | THE WITNESS:  I would have | **Re: [809:18 to 810:01]** |
| 809:19 | interacted with all of those, yes. | **Pltf Obj** MIL G5 - Speaking on |
| 809:20 | QUESTIONS BY MR. MORRISS: | behalf of Govt |
| 809:21 | Q. Based on your personal | |
| 809:22 | interaction, did the military audiology | |
| 809:23 | community that you dealt with understand that | |
| 809:24 | folding back the third flange was one way to | |
| 809:25 | improve the fit of the dual-ended plug in | |
| 810:01 | some people? | |

**SUSTAINED**

810:04 - 810:11  Fallon, Eric 2020-09-04

| | | |
|---|---|---|
| 810:04 | THE WITNESS:  I have had no | **Re: [810:04 to 810:11]** |
| 810:05 | reason to suspect that there were any | **Pltf Obj** MIL G5 - Speaking on |
| 810:06 | military audiologists who did not have | behalf of Govt; 602 |
| 810:07 | that information. | |
| 810:08 | QUESTIONS BY MR. MORRISS: | |
| 810:09 | Q. Is it fair to say, though -- is | |
| 810:10 | the dual-ended plug, in your view, a | |
| 810:11 | one-size-fits-all plug? | |

**SUSTAINED**

810:14 - 810:24  Fallon, Eric 2020-09-04

| | | |
|---|---|---|
| 810:14 | THE WITNESS:  I did not view | **Re: [810:14 to 810:24]** |
| 810:15 | the dual-ended Combat Arms Earplug as | **Pltf Obj** MIL G5 - Speaking on |
| 810:16 | a once-size-fits-all hearing | behalf of Govt; 602 |
| 810:17 | protector, no. | |
| 810:18 | QUESTIONS BY MR. MORRISS: | |
| 810:19 | Q. And based on your personal | |
| 810:20 | interaction with the audiology community, at | |
| 810:21 | least the people you interacted with, did | |
| 810:22 | they understand that the dual-ended Combat | |
| 810:23 | Arms Earplug was not a one-size-fits-all | |
| 810:24 | plug? | |

**OVERRULED as to [810:14-810:17]**

**SUSTAINED as to [810:18-810:24]**

811:03 - 811:14   Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 811:03 | THE WITNESS:  I had no doubt -- | **Re: [811:03 to 811:14]** | SUSTAINED |
| 811:04 | I had no reason to believe that | **Pltf Obj** MIL G5 - Speaking on | |
| 811:05 | anybody would see it as anything other | behalf of Govt; 602 | |
| 811:06 | than, you know, an earplug that will | | |
| 811:07 | fit a certain segment of the | | |
| 811:08 | population but not the entire | | |
| 811:09 | population. | | |
| 811:10 | And I do remember seeing some | | |
| 811:11 | documentation at times that it was not | | |
| 811:12 | a one size fits all. | | |
| 811:13 | (Fallon Exhibit 68 marked for | | |
| 811:14 | identification.) | | |

811:22 - 812:12   Fallon, Eric 2020-09-04

| | |
|---|---|
| 811:22 | Q. And what is Exhibit 68? |
| 811:23 | A. It is an information paper |
| 811:24 | titled -- with a subject "Hearing Becomes a |
| 811:25 | Causality of War" media article, and it's |
| 812:01 | dated February 24, 2006. |
| 812:02 | Q. And if you turn over to page 2 |
| 812:03 | of this document, does it indicate who the |
| 812:04 | author is? |
| 812:05 | A. It appears to me the author is |
| 812:06 | Lieutenant Colonel Gates, with her phone |
| 812:07 | number.  And then it says "approved by" who I |
| 812:08 | remember to be Colonel Gates' boss, Colonel |
| 812:09 | Underwood. |
| 812:10 | Q. And did you play a role in |
| 812:11 | either preparing or reviewing at some point |
| 812:12 | this information paper? |

812:13 - 812:18   Fallon, Eric 2020-09-04

| | |
|---|---|
| 812:13 | A. It's my recollection that I was |
| 812:14 | asked to edit or to comment on this paper |
| 812:15 | before it was produced, but I didn't author |
| 812:16 | it. |
| 812:17 | Q. And what did you understand the |
| 812:18 | purpose of this paper to be? |

812:21 - 813:17   Fallon, Eric 2020-09-04

| | | | |
|---|---|---|---|
| 812:21 | THE WITNESS:  There was a news | **Re: [812:21 to 813:17]** | SUSTAINED |
| 812:22 | article in a Dallas newspaper, if I | **Pltf Obj** MIL G5 - Speaking on | |
| 812:23 | remember right, that was very critical | behalf of Govt | |
| 812:24 | of the -- either the Army or the | | |
| 812:25 | military's -- and that this was | | |
| 813:01 | written as some facts or some talking | | |
| 813:02 | points available to senior military in | | |
| 813:03 | case they were asked about this or if | | |
| 813:04 | they wanted to know what the Army had | | |
| 813:05 | done with regards to -- to protecting | | |
| 813:06 | hearing.  That's my memory. | | |
| 813:07 | QUESTIONS BY MR. MORRISS: | | |
| 813:08 | Q. And is there a listing of facts | | |
| 813:09 | on page -- beginning on page 1 of Exhibit 68? | | |
| 813:10 | A. There is -- Section 2 is titled | | |
| 813:11 | "Facts." | | |
| 813:12 | Q. And if you look at B1, if you | | |
| 813:13 | could read the last sentence of that to the | | |
| 813:14 | jury, please. | | |
| 813:15 | A. B1 states:  "The CAE is not a, | | |

813:16    quote, one size fits all -- due to
813:17    exceptionally small or large ear canal size."

814:14 - 814:19  Fallon, Eric 2020-09-04
814:14    Dr. Fallon, if you would read
814:15    the last sentence of B1.
814:16    A. B1 states:  "The CAE is not a,
814:17    quote, one size fits all, end quote, and
814:18    there are soldiers who cannot use it due to
814:19    exceptionally small or large ear canal size."

814:24 - 815:05  Fallon, Eric 2020-09-04
814:24    If you look at section E under
814:25    the Facts section, do you see that section,
815:01    Dr. Fallon?
815:02    A. I do see section E, yes.
815:03    Q. And does it address the
815:04    importance of training as it relates to
815:05    earplugs?

815:08 - 815:18  Fallon, Eric 2020-09-04
815:08    THE WITNESS:  It does, yes.
815:09    QUESTIONS BY MR. MORRISS:
815:10    Q. And if you could read to the
815:11    jury the first two sentences of section E.
815:12    A. The first two sentences say,
815:13    "It is critical to understand that hearing
815:14    conservation and hearing injury prevention is
815:15    not simply a matter of providing earplugs to
815:16    soldiers.  Soldiers have to be trained and
815:17    fitted on the appropriate use and insertion
815:18    of earplugs."

**Re: [815:08 to 815:18]**
**Pltf Obj** MIL G5 - Speaking on
behalf of Govt

**SUSTAINED**

| 3M Affirmatives | Pltf Objections | Pltf Counters | Objections | Rulings |
|---|---|---|---|---|
| 12:20 - 15:19   Hobbs, Brian 2020-07-16 | | | | |

12:20   Q. And take us back to the beginning.
12:21   A. Yes, sir.  Maybe two and a half years
12:22   starting in 2000 at Lackland Air Force Base in
12:23   San Antonio, from there to University of Cincinnati
12:24   for about three years, and then from there
12:25   Wright-Patterson Air Force Base at the Air Force
13:01   Research Laboratory from maybe 2006 to 2009, and from

13:02   there to Tinker Airforce Base, 2009 to 2011, and from
13:03   there, 2011 to current position, Navy-Marine Corps
13:04   Public Health Center.
13:05   Q. So 2011 to present?
13:06   A. Yes, sir.
13:07   Q. Okay.  And when did you shift from military
13:08   service to civilian service to the military?
13:09   A. 2011.
13:10   Q. And that was the point when you shifted
13:11   from Air Force service to the Navy?
13:12   A. Yes, sir.
13:13   Q. Okay.  And if we could, sir, I'd just like
13:14   to run through, if you will, your MOS or what your --
13:15   what your functions were with the Air Force during
13:16   your military service, taking us back to 2000.
13:17   A. Okay.  So always an audiologist for MOS.  I
13:18   believe that's -- actually I pre'd at the MOS, but
13:19   audiology, audiologist, clinical audiologist at
13:20   Lackland, a student at University of Cincinnati,
13:21   audiologist at the Air Force Research Lab, and
13:22   audiologist at Tinker Airforce Base.
13:23   Q. In your capacity with the Navy today what's
13:24   your -- you don't have an MOS, but what is your role
13:25   or function today?
14:01   A. It is a supervisory position, and, let's
14:02   see, the title is supervisory audiologist.  You know,
14:03   that covers a lot of things.  I oversee a CAL lab, a
14:04   lot of hearing conservation stuff.  I sit on just, you
14:05   know, several different aspects of that job, but, for
14:06   the most part, super -- supervision.
14:07   Q. Okay.  And in your early years, from 2000,
14:08   before you went to the University of Cincinnati, where
14:09   were you stationed again?
14:10   A. Lackland Air Force Base.
14:11   Q. Okay.  And that was -- that was in a
14:12   clinical audiology capacity?
14:13   A. Yes, sir.  Yes, sir.
14:14   Q. And what degrees did you hold at that point
14:15   in time?
14:16   A. At that point I had a bachelor's in, I
14:17   believe, science, I guess, in communication disorders
14:18   from Bowling Green State University, and a master's
14:19   degree from -- in audiology, a master's in
14:20   communication disorders from LSU Health Science Center

14:21   in New Orleans.

14:22   Q. Okay.  And then you went to the University
14:23   of Cincinnati for three years, and what degree did you
14:24   pursue there?
14:25   A. That was the doctor -- AuD, doctorate of
15:01   audiology.
15:02   Q. Okay.  And is that the highest professional
15:03   level degree you currently hold?
15:04   A. Yes, sir.
15:05   Q. Okay.  So from 2002 to 2005 you were in
15:06   school.  After that you went to Wright-Patterson Air
15:07   Force Base from 2006 to 2009.  I think you told us in
15:08   an audiology capacity, but was that a clinical role or
15:09   was it a research role?
15:10   A. No, that was more of a research role.
15:11   Q. Okay.  And then when you went to Tinker
15:12   Airforce Base from 2009 to 2011, what was your role or
15:13   capacity there?
15:14   A. Hearing Conservation Program for Tinker
15:15   Airforce Base.
15:16   Q. And is that the first time you had
15:17   responsibility for the Hearing Conservation Program at
15:18   any base?
15:19   A. Yes.

137:19 - 138:15   Hobbs, Brian 2020-07-16
137:19   Q. Let me -- let me reask it.  So as we -- as
137:20   I heard your testimony today, you talked a little bit
137:21   about the Air Force, you talked some about the Navy,
137:22   you talked some about the Marines, and I'm just sort
137:23   of trying to figure out what branch of the military
137:24   you were in when you joined and did that change over
137:25   time.
138:01   A. No.  It was Air Force from 2000 to 2011,
138:02   and then I got out of the Air Force to take the
138:03   civilian job with the Navy and Marine Corps.
138:04   Q. So during the period of time from 2000 to
138:05   2011 while you were active duty military, that was all
138:06   Air Force?
138:07   A. Yes, sir.
138:08   Q. And then in 2011 did you retire?
138:09   A. I did not retire.  I separated from the Air
138:10   Force to take the civilian job.
138:11   Q. And that civilian job was with the Navy?
138:12   A. Yes, sir.
138:13   Q. And then you've been in that position up
138:14   until today?
138:15   A. Yes, sir.

138:22 - 139:07   Hobbs, Brian 2020-07-16
138:22   Q. During your time either with the Air Force   **Re: [138:22 to 139:07]**   **OVERRULED**
138:23   or in your civilian role with the Navy, did you have   **Pltf Obj** Leading, Colloquy,
138:24   interaction with the other branches as part of your   Compound, Argumentative, 403,
138:25   audiology work?   Vague
139:01   A. Yes.
139:02   Q. For example, for the Army, I think it would
139:03   be -- they call it USA CHPPM, and they have certain

| | | | |
|---|---|---|---|
| 139:04 | responsibility for hearing and hearing protection. | | |
| 139:05 | Would you have interacted with the USA CHPPM | | |
| 139:06 | organization within the military from time to time? | | |
| 139:07 | A. I would say from time to time. | | |

**143:13 - 143:15   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 143:13 | Q. Now is it fair to say that at the time you | Re: [143:13 to 143:15] | **OVERRULED** |
| 143:14 | joined the military both tinnitus and hearing loss | Pltf Obj 602, 611, 702, Touhy, | |
| 143:15 | were common problems for military personnel? | MIL G1, MIL G2 | |

**143:18 - 143:21   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 143:18 | A. Yes.  Yes, there were problems. | Re: [143:18 to 143:21] | **OVERRULED** |
| 143:19 | Q. And did those problems continue through the | Pltf Obj 602, 611, 702, Touhy, | |
| 143:20 | time you were active military while you were in the | MIL G1, MIL G2 | |
| 143:21 | Air Force? | | |

**143:23 - 144:02   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 143:23 | A. Yes. | Re: [143:23 to 144:02] | **OVERRULED** |
| 143:24 | Q. And then even at the time you left the | Pltf Obj 602, 611, 702, Touhy, | |
| 143:25 | military and in your position today, is it fair to say | MIL G1, MIL G2 | |
| 144:01 | that tinnitus and hearing loss continue to be a | | |
| 144:02 | problem suffered by military personnel? | | |

**144:04 - 144:04   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 144:04 | A. Yes. | Re: [144:04 to 144:04] | **DEFER RULING** |
| | | Pltf Obj 602, 611, 702, Touhy, | |
| | | MIL G1, MIL G2 | |

**145:18 - 147:04   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 145:18 | Q. Now if we could, you were shown the DoD, | Re: [145:18 to 147:04] | **DEFER RULING** |
| 145:19 | Department of Defense regulations.  Well, let me just | Pltf Obj Incomplete | |
| 145:20 | ask this.  Do you recall being shown the Department of | Designation, Touhy, Hearsay, | |
| 145:21 | Defense regulations? | 403, MIL G1, MIL G2 | |
| 145:22 | A. Yes. | | |
| 145:23 | Q. I'm going to show you a different set. | | |
| 145:24 | Will, if you would go to tab 2 and mark that as | | |
| 145:25 | an exhibit, please. | | |
| 146:01 | (Exhibit 13 marked for | | |
| 146:02 | identification: DoD Instruction re | | |
| 146:03 | Hearing Conservation Program) | | |
| 146:04 | Q. We had a little conversation about the | | |
| 146:05 | dates of these DoD Instructions.  If you'll look in | | |
| 146:06 | the right corner of Exhibit 2, first of all, is there | | |
| 146:07 | a date for this particular instruction? | | |
| 146:08 | A. Yes. | | |
| 146:09 | Q. And what is that date? | | |
| 146:10 | A. April 22nd, 1996. | | |
| 146:11 | Q. I don't know if you recall, but when you | | |
| 146:12 | looked at this version of the DoD instruction that the | | |
| 146:13 | plaintiff showed you, it made reference to the 1996 | | |
| 146:14 | date as being the predecessor instruction from the | | |
| 146:15 | DoD, correct? | | |
| 146:16 | A. Yes.  Yeah, from what I recall.  It was -- | | |
| 146:17 | was the version 2004?  Canceled the 1996?  Is that | | |
| 146:18 | right? | | |
| 146:19 | Q. Right, I think that's correct.  We can pull | | |

| | | | | |
|---|---|---|---|---|
| 146:20 | it back up and look at the dates, but my primary | | | |
| 146:21 | question is the that predecessor to the one you looked | | | |
| 146:22 | at earlier was referenced as being 1996, correct? | | | |
| 146:23 | A. Okay.  Yes. | | | |
| 146:24 | Q. Now, if you would, if you'll turn to | | | |
| 146:25 | section 6.1, which is on page 3 of the document -- and | | | |
| 147:01 | we'll pull it up on the screen.  Anytime you'd like to | | | |
| 147:02 | see the full document, feel free to pull it down, or I | | | |
| 147:03 | can give you the tab number and we can dig it out. | | | |
| 147:04 | You just let me know. | | | |

**147:11 - 147:19**   Hobbs, Brian 2020-07-16

| | | | |
|---|---|---|---|
| 147:11 | Q. So I'm showing you what's been marked as | Re: **[147:11 to 147:19]** | SUSTAINED |
| 147:12 | Exhibit 13 -- and, Will, if you'll go back to the | Pltf Obj 602, Foundation, | |
| 147:13 | front page -- is Exhibit 13 the Department of Defense | Leading, Touhy, MIL G1, MIL G2 | |
| 147:14 | Instruction dated April 22, 1996? | | |
| 147:15 | A. Yes. | | |
| 147:16 | Q. And are these the instructions that were | | |
| 147:17 | given to the various branches of the military to set | | |
| 147:18 | out what should be part of a Hearing Conservation | | |
| 147:19 | Program with each individual branch? | | |

**147:22 - 147:25**   Hobbs, Brian 2020-07-16

| | | | |
|---|---|---|---|
| 147:22 | A. Yeah, I mean, as far as I know.  I mean, | Re: **[147:22 to 147:25]** | SUSTAINED |
| 147:23 | there was a DoD in place when I came in.  What you | Pltf Obj 602, Foundation, 403, | |
| 147:24 | know, what happened before then, you know, I don't | Leading, Touhy, MIL G1, MIL G2 | |
| 147:25 | know. | | |

**148:15 - 148:19**   Hobbs, Brian 2020-07-16

| | | | |
|---|---|---|---|
| 148:15 | Q. Well, my question is simply did the | Re: **[148:15 to 148:19]** | OVERRULED |
| 148:16 | Department of Defense issued instructions relative to | Pltf Obj 602, Foundation, 403, | |
| 148:17 | hearing protection programs that were being utilized | Leading, Touhy, MIL G1, MIL G2 | |
| 148:18 | in the military, correct? | | |
| 148:19 | A. Yes. | | |

**149:06 - 149:10**   Hobbs, Brian 2020-07-16

| | | | |
|---|---|---|---|
| 149:06 | Q. If you'll go now to page 3 and look at | Re: **[149:06 to 149:10]** | OVERRULED |
| 149:07 | section 6.1.  Is it fair to say that section 6.1 | Pltf Obj Leading, 403, Touhy, | |
| 149:08 | indicates that a written plan shall be put in place | hearsay, MIL G1, MIL G2 | |
| 149:09 | for a Comprehensive Hearing Conservation Program? | | |
| 149:10 | A. Yes, it says that. | | |

**149:22 - 149:24**   Hobbs, Brian 2020-07-16

| | | | |
|---|---|---|---|
| 149:22 | Q. Right.  But over the course of your time at | Re: **[149:22 to 149:24]** | OVERRULED |
| 149:23 | the Air Force, have you learned that the Air Force has | Pltf Obj Leading, 402, 403, | |
| 149:24 | a Comprehensive Hearing Conservation Program? | Touhy, MIL G1, MIL G2 | |

**150:02 - 150:21**   Hobbs, Brian 2020-07-16

| | | | |
|---|---|---|---|
| 150:02 | A. Yes. | Re: **[150:02 to 150:21]** | OVERRULED |
| 150:03 | Q. And now that you're in the civilian Navy | Pltf Obj Leading, 402, 403, | |
| 150:04 | position, have you learned that the Navy has a | Touhy, MIL G1, MIL G2 | |
| 150:05 | Comprehensive Hearing Conservation Program? | | |
| 150:06 | A. Yes. | | |
| 150:07 | Q. If you'll turn over to section 6.62, which | | |
| 150:08 | is on page 7 of Exhibit 13, one of the requirements of | | |
| 150:09 | these instructions is that a personal hearing | | |

150:10    protector be issued to all personnel who work in
150:11    hazardous noise areas, correct?
150:12    A. Yes.
150:13    Q. And then if we flip over to page 8, and we
150:14    look at section 6.6.7, do the instructions require
150:15    that for preformed earplugs that they be fitted and
150:16    issued only under the supervision of personnel who
150:17    have been specifically trained to fit earplugs?
150:18    A. Yes, it does say that.
150:19    Q. And a preformed earplug would include the
150:20    Combat Arms dual-ended plug that we've been talking
150:21    about today, correct?

150:23 - 152:02    Hobbs, Brian 2020-07-16

150:23    A. Yes.                                              **Re: [150:23 to 152:02]**              OVERRULED
150:24    Q. And then if you look at section 6.6.9, not       **Pltf Obj** Leading, 402, 403,
150:25    only must the preformed plugs like the Combat Arms be
                                                              602, Touhy, vague, MIL G1, MIL
151:01    fit, medically trained personnel must examine the fit    G2
151:02    and condition of preformed and custom earplugs at
151:03    least annually, correct?  That's what the instructions
151:04    say.
151:05    A. Yes.
151:06    Q. And then is it then your experience, I'll
151:07    ask you first about just your experience, that if a
151:08    soldier or a military personnel, for whatever reason a
151:09    particular plug did not work for them, did not seal,
151:10    that they had the right to get a different kind of
151:11    plug?
151:12    A. Yes.
151:13    Q. And in fact one of those options included
151:14    custom-made plugs, correct?
151:15    A. At some point it did, yes.  I don't know
151:16    that specific -- in this specific instruction, but it
151:17    does, you know, one of the instructions goes on to
151:18    mention custom plugs.
151:19    Q. Right.  If you look at 6.6.8, it says that
151:20    personnel may use custom earplugs only if they cannot
151:21    be properly fitted with approved hearing protectors or
151:22    if a custom device is required for special
151:23    circumstances, right?
151:24    A. Yes, it does say that.
151:25    Q. And all of this is consistent with your
152:01    understanding of how the military Hearing Conservation

152:02    Program functioned, correct?

152:05 - 152:15    Hobbs, Brian 2020-07-16

152:05    A. Yes.                                              **Re: [152:05 to 152:15]**              SUSTAINED
152:06    Q. Now you were asked some of these questions,      **Pltf Obj** Leading, 402, 403,
152:07    but I just want to follow up a little bit.  You had no    602, Touhy, vague, foundation,
152:08    personal involvement in the design and the development
                                                              misstates, MIL G3, MIL G1, MIL
152:09    of the Combat Arms earplug, correct?                     G2
152:10    A. No.  I did not work for 3M or whoever
152:11    designed that earplug.  I did not have anything to do

|  |  |
|---|---|
| 152:12 | with the design or development of that. |
| 152:13 | Q. Do you know what role the military played |
| 152:14 | in the design and the development of the Combat Arms |
| 152:15 | dual-ended plug? |

152:18 - 152:21  Hobbs, Brian 2020-07-16

|  |  |
|---|---|
| 152:18 | A. No, I did not. |
| 152:19 | Q. Do you know whether or not the military |
| 152:20 | participated in testing of various components of the |
| 152:21 | plug before this issue to military personnel? |

**Re: [152:18 to 152:21]**
**Pltf Obj** Leading, 402, 403, 602, Touhy, vague, foundation, misstates, MIL G3

**SUSTAINED**

152:23 - 152:25  Hobbs, Brian 2020-07-16

|  |  |
|---|---|
| 152:23 | A. I'm aware that -- I believe that happened, |
| 152:24 | but to what degree or to what extent, I don't know |
| 152:25 | that. |

**Re: [152:23 to 152:25]**
**Pltf Obj** Leading, 402, 403, 602, Touhy, vague, foundation, misstates, MIL G3

**SUSTAINED**

153:11 - 154:04  Hobbs, Brian 2020-07-16

|  |  |
|---|---|
| 153:11 | Q. Right.  During the time that you were at |
| 153:12 | Wright-Patterson, did the -- did you have the |
| 153:13 | capability of testing and evaluating hearing |
| 153:14 | protection devices? |
| 153:15 | A. Testing, yeah, I mean, if you're talking |
| 153:16 | about attenuation, yeah, to some degree, yes.  Yeah, I |
| 153:17 | mean, sometimes -- |
| 153:18 | Q. So you had a lab where you could perform |
| 153:19 | REAT testing that we talked about earlier, right? |
| 153:20 | A. Yeah, that's correct, yes. |
| 153:21 | Q. You had the equipment to do the |
| 153:22 | localization testing that we talked about earlier, |
| 153:23 | right? |
| 153:24 | A. Yes. |
| 153:25 | Q. The impulse noise testing, you didn't have |
| 154:01 | the capability to do it, but you utilized the ISL |
| 154:02 | facilities in France, and you personally went there to |
| 154:03 | coordinate those activities, correct? |
| 154:04 | A. Yes. |

**Re: [153:11 to 154:04]**
**Pltf Obj** Vague, 403

**OVERRULED**

154:05 - 154:0  Hobbs, Brian 2020-07-16

|  |  |
|---|---|
| 154:05 | Q. Do you know whether other military branches |
| 154:06 | or even other facilities within the Air Force had the |
| 154:07 | capability of testing and evaluating hearing |
| 154:08 | protection devices? |
| 154:09 | A. No. |

154:24 - 155:0  Hobbs, Brian 2020-07-16

|  |  |
|---|---|
| 154:24 | Q. And do you know, other than the WHISPr |
| 154:25 | testing that you conducted on the Combat Arms |
| 155:01 | dual-ended plug, do you know what additional |
| 155:02 | testing was done on that plug either before or after |
| 155:03 | you conducted your work? |
| 155:04 | A. Not that I can recall, no. |

155:20 - 157:18  Hobbs, Brian 2020-07-16

|  |  |
|---|---|
| 155:20 | The REAT testing is not something that's done |
| 155:21 | out in the field.  It's something that's done in a |

**Re: [155:20 to 157:18]**
**Pltf Obj** 602, 403, 702,

**SUSTAINED**

| | | | |
|---|---|---|---|
| 155:22 | quiet room where the test subject is listening to | Leading, Touhy | |
| 155:23 | sounds and indicating when they can and cannot hear a | | |
| 155:24 | particular frequency. | | |
| 155:25 | A. Yes, sir. | | |
| 156:01 | Q. And the Air Force Research Lab had the | | |
| 156:02 | equipment and the setup to conduct that kind of REAT | | |
| 156:03 | testing. | | |
| 156:04 | A. Yes, sir. | | |
| 156:05 | Q. Now is it fair to say that the ANSI | | |
| 156:06 | standards have different kinds of tests that you can | | |
| 156:07 | perform in that setting? | | |
| 156:08 | A. Yes, sir. | | |
| 156:09 | Q. And I know this is not your area of | | |
| 156:10 | expertise, but have you heard the phrase "experimenter | | |
| 156:11 | fit" where an experimenter physically puts the plug | | |
| 156:12 | into the test subject's ear? | | |
| 156:13 | A. Yes, sir. | | |
| 156:14 | Q. Did you know that that is the kind of test | | |
| 156:15 | that the EPA requires for NRR labeling? | | |
| 156:16 | A. I did not know that, but I know there's a | | |
| 156:17 | difference, you know, between -- between -- I know | | |
| 156:18 | there's a couple different ways to fit the plug. | | |
| 156:19 | Q. But experimenter fit when doing REAT | | |
| 156:20 | testing is different than the kind of testing that you | | |
| 156:21 | did in the WHISPr test, correct? | | |
| 156:22 | A. Yes, sir. | | |
| 156:23 | Q. So for the WHISPr test, you would not have | | |
| 156:24 | physically put the plug in the subject's ear or your | | |
| 156:25 | technicians would not have physically put the plug in | | |
| 157:01 | the ear, but they would have trained them on how to | | |
| 157:02 | fit the plug and let them do it themselves, correct? | | |
| 157:03 | A. In this particular study, yes, sir. | | |
| 157:04 | Q. And then there's actually a third way to do | | |
| 157:05 | it, and that's where you don't tell the test subject | | |
| 157:06 | anything; you just hand them the plug, and the | | |
| 157:07 | packaging, and you let them fit the plug on their own. | | |
| 157:08 | A. Okay.  Yes, sir. | | |
| 157:09 | Q. And is it fair to say that the test -- all | | |
| 157:10 | else being equal, you, as a research audiologist, you | | |
| 157:11 | would expect to get different results depending on the | | |
| 157:12 | kind of testing that you use, right? | | |
| 157:13 | A. Yes, sir. | | |
| 157:14 | Q. So if you use the experimenter fit, you're | | |
| 157:15 | really getting the very best fit and you would expect | | |
| 157:16 | to get the very best results that the plug could get | | |
| 157:17 | you, right? | | |
| 157:18 | A. Yes, sir. | | |
| **157:21 - 158:01** | Hobbs, Brian 2020-07-16 | | |
| 157:21 | Q. And then if you used the method that you | **Re: [157:21 to 158:01]** | SUSTAINED |
| 157:22 | used, okay, the give them the instructions and train | **Pltf Obj** 602, 403, 702, | |
| 157:23 | them, that would be a little less -- you would expect | Leading, Touhy | |
| 157:24 | less than experimenter fit but better than just | | |
| 157:25 | handing them the plugs and instructions, right? | | |

158:01     A. Yes, sir.

158:12 - 158:24   Hobbs, Brian 2020-07-16
158:12     So Plaintiff's Exhibit 9, this is the WHISPr            **Re: [158:12 to 158:24]**                   **OVERRULED**
158:13     Study that we talked about earlier today, correct?     **Pltf Obj** Hearsay, Leading
158:14     A. Yes, sir.
158:15     Q. And this is a study that was done by the
158:16     Air Force Research Laboratory, 711th Human Performance

158:17     Wing, Warfighter Interface Division, Battlespace
158:18     Acoustics Branch, at Wright-Patterson Air Force Base,
158:19     correct?
158:20     A. Yes, sir.
158:21     Q. Now is it fair to say that a number of
158:22     different kinds of hearing protection devices were
158:23     evaluated?
158:24     A. Yes, sir.

161:02 - 161:19   Hobbs, Brian 2020-07-16
161:02     Q. Right.  So the report was generated to            **Re: [161:02 to 161:19]**                   **OVERRULED**
161:03     accurately reflect the test results that you had    **Pltf Obj** 602, Foundation,
161:04     achieved, right?                                    Hearsay, MIL G1, MIL G2
161:05     A. Yes.
161:06     Q. It was prepared, you think, on behalf of
161:07     the Marine Corps who had funded the project and the
161:08     report was intended to be delivered to them so that
161:09     they would understand what your evaluations had shown,

161:10     right?
161:11     A. Yes.
161:12     Q. And the report was created in the ordinary
161:13     course of your group's work in military research,
161:14     right?
161:15     A. Yes.
161:16     Q. And this particular copy would have been
161:17     maintained in the ordinary course of military
161:18     business, correct?
161:19     A. Yes, as far as I know.

162:24 - 164:16   Hobbs, Brian 2020-07-16
162:24     Q. So there was an introduction and background       **Re: [162:24 to 164:16]**                   **OVERRULED**
162:25     section that was provided and utilized in this report  **Pltf Obj** 402, 403, 602,
163:01     that you generated, correct?                         misstates, hearsay, MIL G3,
163:02     A. Yes.                                              MIL G4, MIL G5, MIL G6
163:03     Q. And if you look at the very first paragraph,
163:04     your report explains that "military ground operations
163:05     provide an environment with significant challenges,
163:06     necessitating a balance between operational
163:07     effectiveness and personnel safety," right?
163:08     A. Yes.
163:09     Q. Right.  So the idea is, you know, our
163:10     soldiers have got to be able to do their job, but at
163:11     the same time we want to try to protect them, right?
163:12     A. That's right.
163:13     Q. And then the next section says, "the goal
163:14     of effectively protecting the hearing of personnel

| | | | | |
|---|---|---|---|---|
| 163:15 | employing small arms in tactical environments has been | | | |
| 163:16 | viewed as very difficult," right? | | | |
| 163:17 | A. Yes, it does say that. | | | |
| 163:18 | Q. And that's the -- under the Background | | | |
| 163:19 | section that leads into your testing and your | | | |
| 163:20 | reporting, correct? | | | |
| 163:21 | A. Yes. | | | |
| 163:22 | Q. Now if you go to the second paragraph, it | | | |
| 163:23 | says: | | | |
| 163:24 | "The legacy solution has been for | | | |
| 163:25 | ground operators to sacrifice their | | | |
| 164:01 | hearing by not wearing hearing | | | |
| 164:02 | protection in an attempt to better | | | |
| 164:03 | monitor the soundscape and the | | | |
| 164:04 | communication systems.  In both | | | |
| 164:05 | training and combat environments this | | | |
| 164:06 | has had a predictable effect on the | | | |
| 164:07 | hearing sensitivity of exposed | | | |
| 164:08 | personnel." | | | |
| 164:09 | Did I read that correctly? | | | |
| 164:10 | A. It does say that, yes. | | | |
| 164:11 | Q. Right.  And what that's saying is, the | | | |
| 164:12 | solution that the soldiers were taking when they had | | | |
| 164:13 | to choose between this being able to hear or protect | | | |
| 164:14 | their hearing in a combat or training session was to | | | |
| 164:15 | not wear the hearing protection device, right? | | | |
| 164:16 | A. That's right. | | | |

**164:21 - 165:11 Hobbs, Brian 2020-07-16**

| | | | | |
|---|---|---|---|---|
| 164:21 | Q. Now if you go down a little bit more, if | Re: [164:21 to 165:11] | | SUSTAINED |
| 164:22 | you'll go to the last full paragraph you note that | Pltf Obj 402, 403, 602, | | |
| 164:23 | "several military laboratories in the United States | misstates, hearsay, MIL G3, | | |
| 164:24 | and Europe, working with industry, have endeavored to | | | |
| | | MIL G4, MIL G5, MIL G6 | | |
| 164:25 | develop tactical headset technologies which protect | | | |
| 165:01 | the hearing of mounted and dismounted personnel from | | | |
| 165:02 | weapons and blast noise while promoting ambient | | | |
| 165:03 | soundscape listening and voice communications." | | | |
| 165:04 | Did I read that correctly? | | | |
| 165:05 | A. Yes. | | | |
| 165:06 | Q. So you're saying that the U.S. military's | | | |
| 165:07 | laboratories working with others have been trying to | | | |
| 165:08 | get some kind of technology that lets a soldier hear | | | |
| 165:09 | some of the ambient sound but still protects them when | | | |
| 165:10 | there's an impulse noise. | | | |
| 165:11 | A. Yes. | | | |

**168:03 - 168:14 Hobbs, Brian 2020-07-16**

| | | | | |
|---|---|---|---|---|
| 168:03 | Q. And then you note that the first of these | Re: [168:03 to 168:14] | | OVERRULED |
| 168:04 | devices were simple passive nonlinear earplugs.  And | Pltf Obj vague | | |
| 168:05 | that would be a device like the Combat Arms dual-ended | | | |
| 168:06 | plug, correct? | | | |

168:07    A. Yes, sir.
168:08    Q. And, in fact, your report notes that some
168:09    of these earplugs were double-ended, correct?
168:10    A. Some of these earplugs were double-ended in
168:11    providing similar ... so it says the Combat Arms
168:12    earplugs provided some attenuation ... they were also
168:13    double ended, providing the nonlinear impulse
168:14    protection ... yeah, it does say that, yes.

170:11 - 170:14  Hobbs, Brian 2020-07-16
170:11    Q. All right.  Let's move over to the Testing,
170:12    and if you'll turn over to 3.0, section 3.0.
170:13    Will, it's on page 5.  You need to go earlier
170:14    in the document.  It's section 3.0 at the very top.

170:18 - 171:16  Hobbs, Brian 2020-07-16
170:18    Q. So we talked about this a little bit
170:19    earlier.  Do you recall that, Dr. Hobbs?
170:20    A. Yes.
170:21    Q. And this section of the report deals with
170:22    the REAT passive attenuation, correct?
170:23    A. Yes.
170:24    Q. And just so we're clear, this is where the
170:25    subject puts the earplug in their ear and then testing
171:01    is done to see when they're able to hear noises, at
171:02    what level they're able to hear noises, correct?
171:03    A. Yes.
171:04    Q. And then it's compared to when they're able
171:05    to hear noises with no protection in their ears,
171:06    right?
171:07    A. Yes.
171:08    Q. And then that -- you come up with a number,
171:09    and those are the numbers that represent the amount of

171:10    protection that the plug is providing under the
171:11    particular setting that you're using.
171:12    A. Yes.
171:13    Q. In your case for this particular testing,
171:14    we're talking about this particular method that's not
171:15    experimenter fit, but the method where the subject
171:16    actually puts the earplug in their own ear, right?

171:18 - 173:09  Hobbs, Brian 2020-07-16
171:18    A. Yeah, from what I recall, that's the method
171:19    we used.
171:20    Q. And you were asked some questions about
171:21    whether the flange was rolled back, and it's your
171:22    recollection, at least as we sit here today, that you
171:23    don't recall giving any instruction nor your
171:24    technicians giving instruction to roll back the flange
171:25    of the dual-ended plug when it was tested, correct?
172:01    A. That's correct.  I did not recall that.
172:02    Q. Now if we look over at the next page, you
172:03    have a chart that gives the results, right?
172:04    A. Yes, sir.
172:05    Q. And if we look at the first -- there was a

**Re: [171:18 to 173:09]**
**Pltf Obj** 602, 402, 403,
leading, vague, argumentative,
misstates facts

**OVERRULED**

172:06    lot of comparison going on about the numbers, but if
172:07    we look at the first in-the-ear devices, there are
172:08    four of those, what kind of devices are those?
172:09    A. Those are, you know, for, I mean, I
172:10    consider them active devices.
172:11    Q. When we say "active," that means it's got
172:12    some kind of electronic and you have to turn it on?
172:13    A. Yes, sir.
172:14    Q. And do you know whether any of those
172:15    devices were around in 2000?
172:16    A. From what I know, if there was any of them,
172:17    they would have been the CEPS, but I don't know that
172:18    that was around at that time.
172:19    Q. This was sort of later developed technology
172:20    when compared to something like the dual-ended Combat

172:21    Arms plug, correct?
172:22    A. Yes, sir.
172:23    Q. And in terms of -- and you may not know
172:24    this -- but in terms of cost, are these electronic
172:25    devices that you turn on and off, are they more
173:01    expensive than these passive devices that were also
173:02    included in the testing?
173:03    A. Yes, sir.
173:04    Q. And is it fair to say that these electronic
173:05    on-and-off devices, you know, they are not the kind of
173:06    thing that are sitting in a bucket at a firing range
173:07    where a soldier comes by and picks them up and there's

173:08    just an unlimited quantity of them to use.
173:09    A. That's correct, sir.

174:01 - 174:12   Hobbs, Brian 2020-07-16

| | | |
|---|---|---|
| 174:01   Q. So the first group is something that goes | **Re: [174:01 to 174:12]** | |
| 174:02   in the ear, electronic, turn it on and off.  The | **Pltf Obj** 402, 403, foundation, | **OVERRULED** |
| 174:03   second group is electronic, but it goes over the ear | vague, Touhy | |
| 174:04   like a muff. | | |
| 174:05   A. Yes, sir. | | |
| 174:06   Q. And then in the last group is this passive | | |
| 174:07   group, which includes the Combat Arms earplug, | | |
| 174:08   correct? | | |
| 174:09   A. Yes, sir. | | |
| 174:10   Q. And that obviously is the least expensive | | |
| 174:11   of the group, true? | | |
| 174:12   A. Yes, sir. | | |

174:21 - 175:04   Hobbs, Brian 2020-07-16

| | | |
|---|---|---|
| 174:21   Q. You have these separated into different | **Re: [174:21 to 175:04]** | |
| 174:22   categories is because they're different kinds of | **Pltf Obj** 402, 403, foundation, | **OVERRULED** |
| 174:23   devices that do different things, right? | vague, Touhy, misstates, 702, | |
| 174:24   A. Yeah, there's -- yeah, I mean, they do | MIL G7 | |
| 174:25   different things, yes, sir. | | |
| 175:01   Q. Yeah, like you wouldn't expect a passive, | | |
| 175:02   inexpensive, nonlinear plug to have the same kind of | | |
| 175:03   performance as an expensive in-the-ear electronic | | |
| 175:04   plug. | | |

175:07 - 175:19  Hobbs, Brian 2020-07-16

| | | |
|---|---|---|
| 175:07 | A. Yeah, I agree in general with what you're | **Re: [175:07 to 175:19]** |
| 175:08 | saying.  I see what you're saying.  I agree with that. | **Pltf Obj** 402, 403, foundation, |
| 175:09 | I mean, the only thing, as an audiologist, I mean, | vague, Touhy, misstates, 702, |
| 175:10 | what's right and wrong, you know, better or worse, you | MIL G7 |
| 175:11 | know, can depend on the environment.  And, you know, | |
| 175:12 | we certainly run into situations where you can | |
| 175:13 | overprotect somebody, you know, and sometimes, you | |
| 175:14 | know -- | |
| 175:15 | So I guess, you know, performance-wise, you | |
| 175:16 | know, I guess it kind of just depends on the | |
| 175:17 | environment, but there's no doubt that the active | |
| 175:18 | stuff you turn on and off, you know, provides some -- | |
| 175:19 | some different capabilities. | |

**OVERRULED**

176:17 - 177:16  Hobbs, Brian 2020-07-16

| | | |
|---|---|---|
| 176:17 | Q. And, in fact, what you're testing, your | **Re: [176:17 to 177:16]** |
| 176:18 | REAT testing indicated, at least as to the Combat Arms | **Pltf Obj** 403, vague, Touhy, |
| 176:19 | green end, it in fact did provide attenuation, 21, | misstates, 702, MIL G7, |
| 176:20 | when you looked at it under one standard deviation, | hearsay |
| 176:21 | and 15 under a two standard deviation, correct? | |
| 176:22 | A. Yes, sir, that's -- yes, sir. | |
| 176:23 | Q. And the yellow end had significantly less | |
| 176:24 | attenuation than that, right? | |
| 176:25 | A. Yes, sir. | |
| 177:01 | Q. And that's what you would expect based on | |
| 177:02 | what you know about the plug that, if you're trying to | |
| 177:03 | allow lower-level sounds in and you're protecting only | |
| 177:04 | against the loud impulse sounds, correct? | |
| 177:05 | A. Yes, sir.  I mean, essentially, yes, that's | |
| 177:06 | the idea.  Again, I mean, again, it would all be | |
| 177:07 | relative, you know, relative to the noise that you're | |
| 177:08 | exposed to. | |
| 177:09 | Q. And then if you'll turn over to the | |
| 177:10 | Discussion page, which is page 19 of the report, | |
| 177:11 | section 3.3, in that first sentence, your team reports | |
| 177:12 | that "continuous noise protection of all devices | |
| 177:13 | tested was reasonable and should provide a safe | |
| 177:14 | exposure level for the average user in many noise | |
| 177:15 | environments up to 105 dBs," correct? | |
| 177:16 | A. Yes, sir. | |

**OVERRULED**

178:13 - 178:25  Hobbs, Brian 2020-07-16

| | | |
|---|---|---|
| 178:13 | Q. And if we look at paragraph 1, the second | **Re: [178:13 to 178:25]** |
| 178:14 | sentence indicates that Table 1 -- and that's the | **Pltf Obj** leading, heasay, MIL |
| 178:15 | table that we looked at earlier, right? | G7, 403, 602, 702 |
| 178:16 | A. Yes, sir. | |
| 178:17 | Q. "Table 1 illustrates that the Combat Arms | |
| 178:18 | Earplug green (intended for continuous noise | |
| 178:19 | protection) provides very good attenuation."  Did I | |
| 178:20 | read that first part of the sentence correctly? | |
| 178:21 | A. Yes, sir. | |
| 178:22 | Q. And that was a conclusion that was reached | |
| 178:23 | by you and your other researchers based on the data, | |

**OVERRULED**

| | | | |
|---|---|---|---|
| 178:24 | correct? | | |
| 178:25 | A. Yes, sir. | | |

**179:06 - 179:14   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 179:06 | Q. You didn't have a manufacturer of any of | **Re: [179:06 to 179:14]** | **OVERRULED** |
| 179:07 | these earplugs telling you what protocols to use, how | **Pltf Obj** Vague, colloquy, | |
| 179:08 | to conduct the testing, right? | compound, 403, MIL G4 | |
| 179:09 | A. No, sir. | | |
| 179:10 | Q. You didn't ask for any internal | | |
| 179:11 | information, any internal documents, any internal | | |
| 179:12 | testing.  In fact, you wanted this to be unbiased | | |
| 179:13 | based on your independent testing of the product, | | |
| 179:14 | correct? | | |

**179:16 - 179:16   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 179:16 | A. Yes, sir. | **Re: [179:16 to 179:16]** | **OVERRULED** |
| | | **Pltf Obj** Vague, colloquy, | |
| | | compound, 403, MIL G4 | |

**179:19 - 181:15   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 179:19 | Q. And, in fact, the words that you and your | **Re: [179:19 to 181:15]** | **OVERRULED except** |
| 179:20 | group chose to use was that the green end provided | **Pltf Obj** 402, 403, leading, | **with respect to the** |
| 179:21 | very good attenuation and is readily distinguished | hearsay, compound, vague, | **phrase** |
| 179:22 | from the Combat Arms Earplug yellow intended for | Touhy, misstates, 702, MIL G1, | **"independent,** |
| 179:23 | impulse noise, correct? | MIL G2, MIL G7 | **unbiased" at** |
| 179:24 | A. Yes, sir.  And I write that there -- and to | | **[181:14-181:15],** |
| 179:25 | go back, again, you know, very good attenuation -- | | **which must be** |
| 180:01 | good attenuation, as I've come, you know, you know, | | **removed** |
| 180:02 | to, you know, kind of expand my thoughts, you know, | | |
| 180:03 | good attenuation is the attenuation that you need. | | |
| 180:04 | And so, you know, the words "very good," you | | |
| 180:05 | know, could be kind of relative, but, I mean, adequate | | |
| 180:06 | attenuation, adequate attenuation for the -- for what | | |
| 180:07 | you would expect from that earplug, you know, I think | | |
| 180:08 | it's maybe a better word, but, you know, again, | | |
| 180:09 | it's -- as I kind of mature through this stuff, very | | |
| 180:10 | good is what you need. | | |
| 180:11 | Q. And then you say -- let me back up again. | | |
| 180:12 | So whether you say that it's very good attenuation and | | |
| 180:13 | whether you say it's adequate, you certainly, you and | | |
| 180:14 | your group, certainly commented that the plug was | | |
| 180:15 | providing attenuation at a level you would expect. | | |
| 180:16 | A. Yes, sir. | | |
| 180:17 | Q. And then you comment on the difference | | |
| 180:18 | between the higher attenuation on the green end and | | |
| 180:19 | the lower attenuation on the yellow end, right? | | |
| 180:20 | A. Yes, sir. | | |
| 180:21 | Q. And what you say is that "this allows for | | |
| 180:22 | the desirable difference in performance | | |
| 180:23 | characteristics provided by this Combat Arms earplug, | | |
| 180:24 | in that the green side provides continuous noise | | |
| 180:25 | protection.  While in a tactical situation the user | | |
| 181:01 | inserts the yellow side and is better able to maintain | | |
| 181:02 | situational awareness but still realize protection | | |
| 181:03 | from impulse noise," right? | | |
| 181:04 | A. Yes, sir. | | |

181:05    Q. So just so I'll understand this, you're
181:06    saying like you had more protection on the green end,
181:07    less protection on the yellow end, and that's sort of
181:08    indicative of how the plug is supposed to work.  The
181:09    green end protects you from continuous noise, the
181:10    yellow end lets you hear ambient sounds better, but
181:11    still protects from impulse noises, correct?
181:12    A. Yes, sir.
181:13    Q. And those were the conclusions that you and
181:14    your group reached after performing this independent,
181:15    unbiased testing, correct?

181:17 - 182:16   Hobbs, Brian 2020-07-16
181:17    A. Yes, sir.  I'm sorry.  Yes, sir.          **Re: [181:17 to 182:16]**              OVERRULED
181:18    Q. So now let's go to, if we could the next       **Pltf Obj** 402, 403, leading,
181:19    section, which is the "Airblast Overpressure        hearsay, compound, vague,
181:20    Measurements for Attenuation," section 4.0.        Touhy, misstates, 702, MIL G1,
181:21    Just so I sort of have an understanding of         MIL G2, MIL G7
181:22    this, when we talk about airblast overpressure, we're
181:23    talking about an explosion, correct?
181:24    A. Yes, sir.
181:25    Q. You weren't trying in the testing to create
182:01    like this massive amount of decibel levels to imitate
182:02    what an explosion or an IED or something of that
182:03    nature would cause.
182:04    A. Yes, sir.
182:05    Q. You would have attempted to generate
182:06    something at 165 decibels and something at 195
182:07    decibels, correct?
182:08    A. Yes, sir.
182:09    Q. And then you would have tested on these
182:10    three manikins pressure without a plug and pressure
182:11    with a plug, right?
182:12    A. Yes, sir.
182:13    Q. And the idea was to see what these various
182:14    devices -- what kind of protection they could give in
182:15    that unusual high-decibel situation, right?
182:16    A. Yes, sir.

182:24 - 183:08   Hobbs, Brian 2020-07-16
182:24    So are there situations where the military         **Re: [182:24 to 183:08]**              OVERRULED
182:25    requires what's called dual protection?            **Pltf Obj** Incomplete
183:01    A. Yes, sir.                                        Designation
183:02    Q. And what is dual protection?
183:03    A. Usually a earplug and then an earmuff over
183:04    that plug.
183:05    Q. And if you have a 195-decibel explosion,
183:06    would you -- would the military requirements say you
183:07    should have dual protection for that type of noise
183:08    level?

183:23 - 184:05   Hobbs, Brian 2020-07-16
183:23    Q. Right.  And that was the point I was trying      **Re: [183:23 to 184:05]**              OVERRULED
183:24    to make and not doing a very good job of it, is that **Pltf Obj** Compound, Colloquy,
183:25    you were just seeing how much attenuation these      Vague, Leading
184:01    devices might be able to provide in the unusual

| | | | |
|---|---|---|---|
| 184:02 | setting of 195 decibels.  You weren't trying to see if | | |
| 184:03 | these plugs would be appropriate if you knew you were | | |
| 184:04 | going to be exposed to that kind of decibel level | | |
| 184:05 | noise, correct? | | |

184:07 - 184:13   Hobbs, Brian 2020-07-16

| | | | |
|---|---|---|---|
| 184:07 | A. Yes.  Yes.  Yes, sir. | **Re: [184:07 to 184:13]** | **OVERRULED** |
| 184:08 | Q. So just -- so we understand what you did, | **Pltf Obj** Compound, Colloquy, | |
| 184:09 | you had these three manikins -- and, if you turn over | Vague, Leading | |
| 184:10 | to the next page, Will -- we can see the photograph | | |
| 184:11 | that we looked at earlier.  These would have been the | | |
| 184:12 | three manikins, correct? | | |
| 184:13 | A. Yes, sir. | | |

184:18 - 186:11   Hobbs, Brian 2020-07-16

| | | | |
|---|---|---|---|
| 184:18 | Q. Yeah.  So there were some questions earlier | **Re: [184:18 to 186:11]** | **OVERRULED** |
| 184:19 | about testing with other devices for both the REAT | **Pltf Obj** 403, 602, 702, | |
| 184:20 | test and this blast test.  When you tested the Combat | leading, hearsay, compound, | |
| 184:21 | Arms plug, it was only the Combat Arms earplug.  You | MIL G1, MIL G2, MIL G7 | |
| 184:22 | did not have it combined with something else. | | |
| 184:23 | A. Not -- so you're saying was there a headset | | |
| 184:24 | over the top of it? | | |
| 184:25 | Q. Right. | | |
| 185:01 | A. No, not for this particular test.  Did we | | |
| 185:02 | run some of that just on the side, or did we -- did we | | |
| 185:03 | try that maybe?  I don't recall that.  But, you know, | | |
| 185:04 | for the purposes of this report, this stuff was run by | | |
| 185:05 | itself. | | |
| 185:06 | Q. I just mean, when I look at these results, | | |
| 185:07 | that's the attenuation provided by the dual-ended plug | | |
| 185:08 | alone. | | |
| 185:09 | A. The dual-ended plug, yes. | | |
| 185:10 | Q. Okay.  And then if we go to the next page, | | |
| 185:11 | Will, this is showing the actual demonstration of the | | |
| 185:12 | blast that's creating the pressure that's being | | |
| 185:13 | tested, correct? | | |
| 185:14 | A. Yes, sir. | | |
| 185:15 | Q. And if we look over at 4.2, the Results | | |
| 185:16 | section, you have 100 blasts with 13 devices | | |
| 185:17 | generating pressures at 165 dB and 195 dB, and then | | |
| 185:18 | you're measuring the protection provided by each | | |
| 185:19 | device, right? | | |
| 185:20 | A. Yes, sir. | | |
| 185:21 | Q. And then on the next page you actually have | | |
| 185:22 | a table that shows the protection that these devices | | |
| 185:23 | are rendering in this overblast test that you | | |
| 185:24 | conducted, correct? | | |
| 185:25 | A. Yes, sir. | | |
| 186:01 | Q. And, again, you have them broken out the | | |
| 186:02 | same way.  This in-the-ear, the earmuffs that are both | | |
| 186:03 | electronic, and then you have these passive devices | | |
| 186:04 | that you don't turn off in a different category, but | | |
| 186:05 | all of them are measured and then compared here, | | |
| 186:06 | correct? | | |
| 186:07 | A. Yes, sir. | | |

| | | | |
|---|---|---|---|
| 186:08 | Q. And like if you look, for example, at the | | |
| 186:09 | 195 dB for the Combat Arms green end, it attenuates at | | |
| 186:10 | 36.3, correct? | | |
| 186:11 | A. Yes, insertion loss, yes. | | |

**186:16 - 187:01   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 186:16 | Q. So let me ask it again.  Starting with, I'm | **Re: [186:16 to 187:01]** | OVERRULED |
| 186:17 | going to say the earmuffs that go over your ear | **Pltf Obj** 402, 403, 702, | |
| 186:18 | because that's what I understand.  If we look at the | leading, hearsay, MIL G7 | |
| 186:19 | earmuffs over-the-ear electronic devices, the green | | |
| 186:20 | end of the Combat Arms plug did better than all of | | |
| 186:21 | those. | | |
| 186:22 | A. Yes, sir. | | |
| 186:23 | Q. Right?  And if we look at the in-the-ear | | |
| 186:24 | devices, those scores are, at least as to two of them, | | |
| 186:25 | pretty close, right? | | |
| 187:01 | A. Yes, sir. | | |

**187:03 - 187:05   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 187:03 | Q. Fair to say that the green end of this plug | **Re: [187:03 to 187:05]** | SUSTAINED |
| 187:04 | in this overblast test compares pretty favorably to | **Pltf Obj** 402, 403, 702, | |
| 187:05 | even the in-the-ear electronic devices, right? | leading, vague, MIL G7 | |

**187:08 - 187:14   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 187:08 | A. Yeah, I mean, it compares to them, I mean, | **Re: [187:08 to 187:14]** | SUSTAINED |
| 187:09 | if you're just looking at the numbers, I mean, it | **Pltf Obj** 402, 403, 702, | |
| 187:10 | would, you know, it would be below the in-the-ear, you | leading, vague, hearsay, MIL | |
| 187:11 | know, active headsets. | G7 | |
| 187:12 | Q. For example, if we look at the first one, | | |
| 187:13 | it's below by less than 2 decibels, right? | | |
| 187:14 | A. Yes, sir. | | |

**187:23 - 188:03   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 187:23 | Q. In any event, we have a passive, not a | **Re: [187:23 to 188:03]** | SUSTAINED |
| 187:24 | electronic device, completely performing better than | **Pltf Obj** 402, 403, 702, | |
| 187:25 | the earmuffs, and at least approaching within some | leading, vague, hearsay, MIL | |
| 188:01 | number of decibels of the in-the-ear electronic | G7 | |
| 188:02 | devices, right? | | |
| 188:03 | A. Yes, sir. | | |

**190:08 - 191:08   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 190:08 | If you're looking at the green end, the green | **Re: [190:08 to 191:08]** | SUSTAINED |
| 190:09 | end of a plug at 195 decibels performed better than | **Pltf Obj** 402, 403, 702, | |
| 190:10 | all of the earmuff electronic devices that you tested; | leading, vague, hearsay, MIL | |
| 190:11 | is that correct? | G7 | |
| 190:12 | A. Yes, sir. | | |
| 190:13 | Q. And the green end of the plug at 195 had an | | |
| 190:14 | attenuation of 36.3; is that correct? | | |
| 190:15 | A. Yes, sir. | | |
| 190:16 | Q. And if we look at, for example, the | | |
| 190:17 | in-the-ear, the first one you tested, it had an | | |
| 190:18 | attenuation of 37.5, correct? | | |
| 190:19 | A. Yes. | | |
| 190:20 | Q. And that, again, is an electronic device | | |
| 190:21 | that you turn on and off, not a passive device like | | |
| 190:22 | the dual-ended one, correct? | | |

190:23    A. That's right.
190:24    Q. And then if we look at the green end at 165
190:25    decibels, the green end, again, beat all the earmuff
191:01    products that you tested, right?
191:02    A. Yes, sir.
191:03    Q. Even though they were all electronic,
191:04    right?
191:05    A. Yes, sir.
191:06    Q. And actually did better than one of the
191:07    in-the-ear electronic devices that you tested,
191:08    correct?

191:10 - 191:18    Hobbs, Brian 2020-07-16
191:10    A. Yes, sir.                                    **Re: [191:10 to 191:18]**                SUSTAINED
191:11    Q. And then the yellow, if we go to the          **Pltf Obj** 402, 403, 702,
191:12    yellow, at 195 it provided protection of 32.4    leading, vague, hearsay, MIL
191:13    decibels, correct?                               G7
191:14    A. Yes, sir.
191:15    Q. And the yellow end of the dual-ended plug
191:16    did better than all of the earmuff electronic devices
191:17    that you tested, correct?
191:18    A. Yes, sir.

191:21 - 192:05    Hobbs, Brian 2020-07-16
191:21    Q. If we go to the 165 column and look at the    **Re: [191:21 to 192:05]**                SUSTAINED
191:22    yellow end of the plug, it, again, attenuated at 23.4  **Pltf Obj** 402, 403, 702,
191:23    decibels, correct?                               leading, vague, hearsay, MIL
191:24    A. Yes, sir.                                      G7
191:25    Q. And beat some but not all of the earmuffs,
192:01    correct?
192:02    A. Yes, sir.
192:03    Q. And the dual-ended plug had these
192:04    performance characteristics even though it's less
192:05    expensive and not electronic, correct?

192:07 - 192:07    Hobbs, Brian 2020-07-16
192:07    A. Yes, sir.                                    **Re: [192:07 to 192:07]**                SUSTAINED
                                                          **Pltf Obj** 402, 403, 702,
                                                          leading, vague, hearsay, MIL
                                                          G7

193:14 - 193:21    Hobbs, Brian 2020-07-16
193:14    Q. Rephrase it.  Is it fair to say that, at     **Re: [193:14 to 193:21]**                OVERRULED
193:15    least up to 195 decibels, your testing shows that it  **Pltf Obj** 402, 403, 702,
193:16    is providing insertion loss which would amount to  leading, vague, hearsay, MIL
193:17    reducing the pressure in the manikin?            G7
193:18    A. Yes, sir.
193:19    Q. So at 195 it is reducing the pressure by
193:20    the numbers that is reflected in this chart.
193:21    A. Yes, sir.

194:03 - 196:19    Hobbs, Brian 2020-07-16
194:03    Q. All right.  So if we'll turn now to section   **Re: [194:03 to 196:19]**                OVERRULED
194:04    6.0.  And I just want to make sure I understand.  What  **Pltf Obj** 402, 403, 702, vague,
194:05    did you do in this particular testing methodology?  hearsay, MIL G7, Strike
194:06    A. So, as I remember, there's speech and noise  Nonresponsive

194:07  testing that -- that clinicians can use.  You know,
194:08  basically, it changes the speech or the
194:09  signal-to-noise ratio over a list of words.
194:10  And so what we're looking at here is the
194:11  first -- the first intelligibility, I believe, in the
194:12  previous section was just the ability to communicate
194:13  over radio, whereas this, this test was, you know, the
194:14  idea was that we would see how well you could
194:15  communicate through the talk-through mics.
194:16  So instead of over a radio, you know, this
194:17  would maybe be somebody standing beside you, you
194:18  know.
194:18  Your ambient noise, you know, for the electronic
194:19  active headsets, you know, were -- would have been on,

194:20  you know, and you can -- you can hear, you know, how
194:21  well can you hear the person talking next to you.  So
194:22  that's kind of -- just what we're trying to do.
194:23  And the way that we did that was used this
194:24  speech and noise test, you know, I believe on CD, and
194:25  we can play it through a speaker and in one of those
195:01  controlled environments.  I believe we used the Myers
195:02  facility for that.  And, you know, the subject would
195:03  sit in front of a loud speaker and, basically, you
195:04  know, accomplish this test.
195:05  And the score, you know, the lower the score on
195:06  the QuickSIN the better, and that's essentially -- the
195:07  idea was to evaluate the talk-through capability of
195:08  that -- of the tactical headset as opposed to the
195:09  radio communication.
195:10  Q. So this was not testing just the dual-ended
195:11  plug.  This was the dual-ended plug combined with
195:12  something else and then do the testing.
195:13  A. Yes.
195:14  Q. And it was not a test really designed to
195:15  specifically look at protection or attenuation that
195:16  was being provided by an individual product.
195:17  A. That's correct.
195:18  Q. Now if you'll turn over to page 65, the
195:19  Discussion section under 6.3, the second paragraph
195:20  about halfway down, there's a sentence that begins,
195:21  "When using the CAEP green end it is not a surprise
195:22  that performance is slightly worse and may be a
195:23  positive indication of passive attenuation."  Do you
195:24  see that?
195:25  A. I do.
196:01  Q. Can you tell the jury what that means?
196:02  A. So the CAEP -- so, again, this is in
196:03  conjunction with the bone conduction tactical headset.
196:04  And so the ear is open when it's in combination with
196:05  the Sidewinder.  And, you know, when you're plugging
196:06  your ear up, when you're putting your ear protector
196:07  in, you know, there's -- there's going to be, you
196:08  know, not only, you know, the noise you're trying to
196:09  avoid is reduced, but the noise to hear speech is also
196:10  reduced.  And so that's what that statement means.

| | | | |
|---|---|---|---|
| 196:11 | Basically, you know, we're using, you know, the | | |
| 196:12 | Sidewinder tactical headset, but, you know, it's a | | |
| 196:13 | passive plug in the ear, and, you know, it's basically | | |
| 196:14 | just attenuating the sound.  And that's -- that's, you | | |
| 196:15 | know, it's a positive indication of the passive | | |
| 196:16 | attenuation, but, again, the performance, you know, on | | |
| 196:17 | this test, you know, as anticipated probably did worse | | |
| 196:18 | than the other tactical headsets for -- on this | | |
| 196:19 | QuickSIN test. | | |

**196:22 - 197:05  Hobbs, Brian 2020-07-16**

| | | Re: [196:22 to 197:05] | **OVERRULED** |
|---|---|---|---|
| 196:22 | Q. And just to sort of follow up on that, so | Pltf Obj 403, 702, MIL G7 | |
| 196:23 | the idea is that the test is designed to see how well | | |
| 196:24 | you can hear something, and when you combine the green | | |
| 196:25 | end of the dual-ended plug with this other device, it | | |
| 197:01 | did slightly worse, which was an indication to you | | |
| 197:02 | that it was working because it was attenuating sound, | | |
| 197:03 | correct? | | |
| 197:04 | A. Attenuated the speech that you're trying to | | |
| 197:05 | hear. | | |

**197:07 - 202:04  Hobbs, Brian 2020-07-16**

| | | Re: [197:07 to 202:04] | **OVERRULED** |
|---|---|---|---|
| 197:07 | Q. And then if you look a little further down, | Pltf Obj 402, 403, 702, vague, | |
| 197:08 | it says, "the fact that there is some performance | hearsay, MIL G7 | |
| 197:09 | differences between the Combat Arms Earplug green and | | |
| 197:10 | yellow ends is an indication of the functionality of | | |
| 197:11 | the earplug."  Tell me what that means. | | |
| 197:12 | A. Well, again, just that, you know, the green | | |
| 197:13 | is continuous noise -- you know, kind of blocks out | | |
| 197:14 | everything.  The yellow ends attenuates and lets the | | |
| 197:15 | ambient noise in, and, you know, reduce the impulse | | |
| 197:16 | noise -- noise exposure. | | |
| 197:17 | And, you know, you know, by the subject, you | | |
| 197:18 | know, the subject is doing better with the yellow end | | |
| 197:19 | inserted versus the green end inserted, you know, | | |
| 197:20 | again, it could be an indication that the yellow is | | |
| 197:21 | letting your ambient environment through and or not | | |
| 197:22 | attenuating it as much as the green end of the | | |
| 197:23 | continuous noise. | | |
| 197:24 | Q. Thank you.  All right.  So now if we move | | |
| 197:25 | to section 7 of the report, Localization Measurements, | | |
| 198:01 | this is something we talked about earlier with | | |
| 198:02 | plaintiff's counsel; is that right? | | |
| 198:03 | A. Yes, sir. | | |
| 198:04 | Q. And just so I understand it -- | | |
| 198:05 | Will, if you'll go to page 67 and just show the | | |
| 198:06 | sphere with the person standing in it. | | |
| 198:07 | So if I understand this, the idea is that a | | |
| 198:08 | person is standing in this sphere and sounds are | | |
| 198:09 | coming at them from all directions, right? | | |
| 198:10 | A. Not all at one time. | | |
| 198:11 | Q. Fair point. | | |
| 198:12 | A. Yeah. | | |
| 198:13 | Q. A single sound would come from one | | |

198:14   direction, and the test subject would then need to
198:15   figure out and identify where that sound came from,
198:16   correct?
198:17   A. Yes, sir.
198:18   Q. I think you said they had a wand in their
198:19   hand and they would literally point in the direction
198:20   they thought the sound came from, right?
198:21   A. Yes, sir.
198:22   Q. And then you would then go to another
198:23   location, sound would come, and the test subject would

198:24   point to where that next sound came from, and you
198:25   would do that over a series of different kinds of
199:01   sounds and from different directions, right?
199:02   A. Yes, sir.
199:03   Q. And then you would measure how many times
199:04   the test subject got it right and how many times the
199:05   test subject got it wrong, right?
199:06   A. It wasn't really right and wrong.  It was
199:07   if they were right, it was more the error, the angular
199:08   error.  So, I mean, if they got it right, there was
199:09   zero degrees of angular error.  If they got it wrong,
199:10   it was to what degree the angular error.
199:11   Q. Gotcha.  So it wasn't just the black and
199:12   white, right or wrong.  It was how much did you get it
199:13   right, or, if you missed it, how far off were you.
199:14   A. Yes, sir.
199:15   Q. Okay.  And then you, as I understand it,
199:16   you would have maintained and kept track of the
199:17   ultimate results of all these devices you were
199:18   testing, right?
199:19   A. Yes, sir.
199:20   Q. And some of these devices, were they
199:21   electronic devices that actually amplified the sound?
199:22   A. They were pretty much at least linear gain,
199:23   you know, like -- so, in other words, you know,
199:24   whatever was going into the mic came out into the ear
199:25   until a certain point when they would compress, and
200:01   then -- but whether or not some of them amplified -- I
200:02   guess it would probably just depend on the setting,
200:03   the volume setting and all that.
200:04   Q. But they had electronic aid for the test
200:05   subject or the listener.
200:06   A. Yes, sir.
200:07   Q. Except for the Combat Arms earplug, which
200:08   was passive and had no electronic enhancement at all,
200:09   correct?
200:10   A. That's correct.
200:11   Q. And then you created various charts that
200:12   showed the performance of these different devices,
200:13   correct?
200:14   A. Yes, sir.
200:15   Q. And so you were shown some of these, but
200:16   I'd like to revisit those, if we could.
200:17   Will, if you'll go to page 68.
200:18   And this chart that we're looking at now is the

| | | | | |
|---|---|---|---|---|
| 200:19 | overall error, correct? | | | |
| 200:20 | A. Yes, sir. | | | |
| 200:21 | Q. In other words, you were looking at | | | |
| 200:22 | different things left to right, did you miss it front | | | |
| 200:23 | to back, what are the angles.  This is a combination | | | |
| 200:24 | of all that, correct? | | | |
| 200:25 | A. I believe so, yes, sir. | | | |
| 201:01 | Q. All right.  And the first thing you look at | | | |
| 201:02 | is the open end or the open ear, and that's just the | | | |
| 201:03 | test subject is tested and they don't have anything in | | | |
| 201:04 | their ear, right? | | | |
| 201:05 | A. Yes, sir. | | | |
| 201:06 | Q. And even with nothing in the ear, if you | | | |
| 201:07 | got a burst -- and what is a burst sound? | | | |
| 201:08 | A. A burst, I think, in the methods section | | | |
| 201:09 | was 250 milliseconds. | | | |
| 201:10 | Q. Okay.  And then the second was continuous, | | | |
| 201:11 | and obviously that's a longer version of the sound. | | | |
| 201:12 | A. Yeah, it would, I believe, stay on until | | | |
| 201:13 | the subject responded -- until the subject actually, | | | |
| 201:14 | you know, the subject take their time to find the -- | | | |
| 201:15 | find the sound. | | | |
| 201:16 | Q. And so even in the open ear there was some | | | |
| 201:17 | error by the test subject. | | | |
| 201:18 | A. Yes, sir. | | | |
| 201:19 | Q. And then if we look at the yellow plug, the | | | |
| 201:20 | yellow end of the Combat Arms plug, that's the one | | | |
| 201:21 | that's got the hole in it, that's got the filter or | | | |
| 201:22 | whatever you want to call it that allows some ambient | | | |
| 201:23 | sound in, right? | | | |
| 201:24 | A. Yes, sir. | | | |
| 201:25 | Q. And plaintiff's counsel had you compare it | | | |
| 202:01 | to the open ear indicating that it is somewhat worse | | | |
| 202:02 | and there's more error if you compare the yellow end | | | |
| 202:03 | to just the plain open end, right? | | | |
| 202:04 | A. Yes, sir. | | | |

**202:15 - 203:03   Hobbs, Brian 2020-07-16**

| | | | | |
|---|---|---|---|---|
| 202:15 | Q. Well, let's do that.  So if we compare the | **Re: [202:15 to 203:03]** | | **OVERRULED** |
| 202:16 | yellow, let's say -- let's start with the CEPS. | **Pltf Obj** 402, 403, 702, vague, | | |
| 202:17 | That's the next one after the open ear.  Is it fair to | hearsay, MIL G7 | | |
| 202:18 | say that in both continuous noise and burst that the | | | |
| 202:19 | yellow end of the plug performed better? | | | |
| 202:20 | A. Yes, sir. | | | |
| 202:21 | Q. To save time, as we walk through the next | | | |
| 202:22 | one, the Nacre device, the yellow end of the plug | | | |
| 202:23 | performed better? | | | |
| 202:24 | A. Yes, sir. | | | |
| 202:25 | Q. And for every single device that you tested | | | |
| 203:01 | at the Air Force Research Lab, the yellow end of a | | | |
| 203:02 | Combat Arms earplug performed better, correct? | | | |
| 203:03 | A. Yes, sir. | | | |

**203:05 - 203:08   Hobbs, Brian 2020-07-16**

| | | | | |
|---|---|---|---|---|
| 203:05 | Q. Not a single plug that you can turn on and | **Re: [203:05 to 203:08]** | | **OVERRULED** |
| 203:06 | turn off and is electronic and is more expensive, not | **Pltf Obj** 402, 403, 702, vague, | | |

| | | | |
|---|---|---|---|
| 203:07 a single one of them did as well as the yellow end of<br>203:08 the plug, right? | MIL G7 | | |
| **203:10 - 203:10** Hobbs, Brian 2020-07-16<br>203:10 A. Yes, sir. | **Re: [203:10 to 203:10]**<br>**Pltf Obj** 402, 403, 702, vague,<br>MIL G7 | | OVERRULED |

**203:11 - 203:1** Hobbs, Brian 2020-07-16

203:11 Q. And then you were asked some questions
203:12 about the green end of the Combat Arms plug, and
203:13 across the board it did better than some and worse
203:14 than some, right?
203:15 A. Well, with regards to the burst, the Combat
203:16 Arms earplug green did have more angular error than
203:17 the -- than all the others.

| | | | |
|---|---|---|---|
| **203:23 - 204:08** Hobbs, Brian 2020-07-16<br>203:23 Q. I'll reask it. I'll reask it. The green<br>203:24 end of the plug is a solid plug that is designed for<br>203:25 continuous --<br>204:01 A. Yes, sir.<br>204:02 Q. The yellow end was the open end that was<br>204:03 designed for impulse noise, right?<br>204:04 A. Yes, sir.<br>204:05 Q. As it relates to continuous noise on this<br>204:06 chart, the green end did better than some and worse<br>204:07 than some, correct?<br>204:08 A. Yes, sir. | **Re: [203:23 to 204:08]**<br>**Pltf Obj** 402, 403, 602, 702,<br>vague, MIL G7 | | OVERRULED |
| **204:25 - 205:11** Hobbs, Brian 2020-07-16<br>204:25 Q. That's okay. We can cover this quickly.<br>205:01 If you go to the next page, Will, page 69, if you look<br>205:02 at the top chart, and you look at the yellow end of<br>205:03 the Combat Arms plug, in this front-back localization<br>205:04 test, the yellow plug performs either as well as or<br>205:05 better than all the other devices? One is close and I<br>205:06 just can't tell ...<br>205:07 A. Yes, sir.<br>205:08 Q. And then if we go to the next chart, which<br>205:09 is below that, which is the left to right error<br>205:10 degree, it's clear there that the yellow plug<br>205:11 outperforms all the other plugs, right? | **Re: [204:25 to 205:11]**<br>**Pltf Obj** 402, 403, 702, vague,<br>hearsay, MIL G7 | | OVERRULED |
| **205:13 - 205:25** Hobbs, Brian 2020-07-16<br>205:13 A. Well, with the continuous -- it looks like<br>205:14 the burst also.<br>205:15 Q. Yeah, with both of them. And with the<br>205:16 green plug, in this one it does better than some and<br>205:17 worse than some, right, on both burst and continuous.<br>205:18 A. Yes, sir.<br>205:19 Q. And then if we go to the next page, it has<br>205:20 the last two charts on page 70. If we look at the<br>205:21 first one, Fig. 55, again, if we look at the yellow<br>205:22 end of the Combat Arms plug, it performs better than<br>205:23 all the other devices, right, on both burst and | **Re: [205:13 to 205:25]**<br>**Pltf Obj** 402, 403, 702, vague,<br>hearsay, MIL G7 | | OVERRULED |

| | | |
|---|---|---|
| 205:24 | continuous? | |
| 205:25 | A. Yes, sir. | |

**206:02 - 206:12   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 206:02 | Q. So if you can draw a yellow circle around | **Re: [206:02 to 206:12]** | **OVERRULED** |
| 206:03 | that, Will, maybe or highlight that CAEP-Y, those two, | **Pltf Obj** 402, 403, 702, vague, | |
| 206:04 | that blue and white bar. | hearsay, MIL G7 | |
| 206:05 | (Marking) | | |
| 206:06 | Q. So if we look -- that's the yellow and the | | |
| 206:07 | green of the Combat Arms plug, right? | | |
| 206:08 | A. Yes, sir. | | |
| 206:09 | Q. And we can see that the yellow on all | | |
| 206:10 | scores performs better than the other devices you | | |
| 206:11 | looked at, correct? | | |
| 206:12 | A. Yes, sir. | | |

**206:14 - 208:16   Hobbs, Brian 2020-07-16**

| | | | |
|---|---|---|---|
| 206:14 | Q. And then if we look over on the next page, | **Re: [206:14 to 208:16]** | **OVERRULED** |
| 206:15 | you actually have a discussion of these tests, | **Pltf Obj** 402, 403, 602, 702, | |
| 206:16 | correct? | vague, argumentative, hearsay, | |
| 206:17 | A. Yes, sir. | MIL G5, MIL G7 | |
| 206:18 | Q. Section 7.3.  And if you look under section | | |
| 206:19 | 7.3.1.1, do you see that section, sir? | | |
| 206:20 | A. Yes, sir. | | |
| 206:21 | Q. And if you look at the second paragraph, it | | |
| 206:22 | begins "passive plug."  Do you see that? | | |
| 206:23 | A. Yes, sir. | | |
| 206:24 | Q. It says: | | |
| 206:25 | "Passive plug performance showed | | |
| 207:01 | considerable differences between the | | |
| 207:02 | impulse and continuous noise options, | | |
| 207:03 | especially in regards to the Combat | | |
| 207:04 | Arms earplug green (continuous noise) | | |
| 207:05 | and the Combat Arms earplug yellow | | |
| 207:06 | (impulse noise).  The Sennheiser | | |
| 207:07 | SLC-110 exhibited less | | |
| 207:08 | differentiation between closed and | | |
| 207:09 | open conditions, which may be related | | |
| 207:10 | to the minimal attenuation | | |
| 207:11 | differences noted between the two | | |
| 207:12 | settings.  In other words, the Combat | | |
| 207:13 | Arms Earplug seems to work as | | |
| 207:14 | advertised, in that there are | | |
| 207:15 | significant differences between the | | |
| 207:16 | continuous and impulse settings, | | |
| 207:17 | whereas the Sennheiser SLC-110 showed | | |
| 207:18 | minimal differences." | | |
| 207:19 | Did I read that correctly? | | |
| 207:20 | A. Yes, sir. | | |
| 207:21 | Q. And the report and your team state that the | | |
| 207:22 | Combat Arms earplug seems to work as advertised | | |
| 207:23 | because there are significant differences between | | |
| 207:24 | continuous and impulse settings.  Tell me what that | | |
| 207:25 | means. | | |
| 208:01 | A. Well, I'm not sure "advertised" is the | | |
| 208:02 | right word there, you know, looking back on it, but, | | |

208:03    yeah, I mean, essentially Combat Arms earplug, I mean,
208:04    that's what the green is meant for the continuous
208:05    noise, the yellow is meant for the impulse noise, you
208:06    know.  It's two -- you're looking for two different,
208:07    you know, uses for that plug, and you're kind of, you
208:08    know, you know, throughout that testing, I mean, you
208:09    know, there were differences between the yellow side
208:10    and the green side.
208:11    Q. And whether it was looking back on it, they
208:12    were the right words to use back when you wrote the
208:13    report before you talked to lawyers and you were
208:14    giving depositions, the words that you used were to
208:15    that effect, right?
208:16    A. That's correct.

208:18 - 208:22    Hobbs, Brian 2020-07-16
208:18    Q. Then the last section I'm going to ask you
208:19    about on this report and then maybe we'll take a short
208:20    break is section 8, and this is the Electroacoustic
208:21    Characterization section.
208:22    A. Correct.

209:06 - 209:09    Hobbs, Brian 2020-07-16
209:06    Q. Let me see if I can help you.  So if you'll
209:07    go to page 96 it talks about the Passive TH, 8.3.1.3.
209:08    A. Yeah.  It looks like it was just the
209:09    earplug itself.

209:23 - 210:25    Hobbs, Brian 2020-07-16
209:23    Under this section, did you and your team
209:24    report that, "As expected, the results of the
209:25    characterization of passive earplugs were limited in
210:01    regards to both frequency and intensity.  In fact,
210:02    when the CAEP, Combat Arms Earplug-Green end was
210:03    inserted, a response could not be recorded due to the
210:04    limitations of the recording setup."
210:05    Did I read that correctly?
210:06    A. Yes, sir.
210:07    Q. What does that mean?
210:08    A. Well, let's see.  So, you know, basically,
210:09    we were playing a different spectrum of sound and then

210:10    recording it through KEMAR, through another manikin
210:11    head, and -- and at whatever levels we were putting
210:12    into there, there just wasn't, you know, the KEMAR has
210:13    that microphone, you know, in the manikin head, and,
210:14    basically, you know, I mean, it's -- as far as I can
210:15    tell, you know, there wasn't a response -- there
210:16    wasn't a response recorded, you know, due to the
210:17    attenuation of the earplug.
210:18    Q. Right.  And the next sentence says, "This
210:19    indirectly supports the amount of attenuation provided
210:20    by this earplug," right?
210:21    A. Yes, sir.
210:22    Q. And the idea that this is trying to convey
210:23    is that the attenuation from the green end of the plug

**Re: [209:23 to 210:25]**
**Pltf Obj** 402, 403, 702, vague, hearsay, leading, MIL G7

**OVERRULED**

210:24   was such that your recording equipment couldn't take a

210:25   measurement, right?

211:02 - 211:25   Hobbs, Brian 2020-07-16

211:02   A. Yeah, it -- it could take a measurement,
211:03   but the sound wasn't loud enough to -- to get
211:04   recorded.
211:05   Q. And that was a positive indication that the
211:06   plug was working, right?
211:07   A. Yes, sir.  Yes, sir.
211:08   Q. So just to sort of summarize all this, and
211:09   just so we're clear, this WHISPr Study that we've been
211:10   talking about, you, in fact, did test the Combat Arms
211:11   earplug dual-end, correct?
211:12   A. Yes, sir.
211:13   Q. You recorded your results, correct?
211:14   A. Yes, sir.
211:15   Q. You and your team were truthful in what you
211:16   had to say about the results, correct?
211:17   A. Yes, sir.
211:18   Q. You considered them unbiased findings,
211:19   correct?
211:20   A. Yes, sir.
211:21   Q. You knew that this was being prepared for
211:22   the Marine Corps and expected others to review it,
211:23   right?
211:24   A. At least the Marine Corps.  Again, I wasn't
211:25   sure who else would look at it or see it or review it.

**Re: [211:02 to 211:25]**
**Pltf Obj** 402, 403, 602, 702,
vague, hearsay, leading, MIL
G7

**OVERRULED**

212:09 - 212:11   Hobbs, Brian 2020-07-16

212:09   Q. The report was -- your results were put
212:10   into a report and became a record of the United States
212:11   military, correct?

**Re: [212:09 to 212:11]**
**Pltf Obj** 403, 602, vague,
leading, MIL G5, MIL G7

**SUSTAINED**

212:13 - 212:22   Hobbs, Brian 2020-07-16

212:13   A. I believe that's the right word to use.
212:14   Again, I'm not, you know, I wrote it there or, you
212:15   know, not wrote it, but wrote it in conjunction with
212:16   the others, but, you know, whatever the right words
212:17   are for the Air Force to document the report and
212:18   format the report.
212:19   Q. And in your report you and your team
212:20   describe the green end of the plug as providing very
212:21   good attenuation.  That's how you worded it back at
212:22   the time you wrote it, right?

**Re: [212:13 to 212:22]**
**Pltf Obj** 403, 602, 702, vague,
leading, MIL G5, MIL G7

**SUSTAINED as to
[212:13-212:18]**

**OVERRULED as to
[212:19-212:22]**

212:24 - 213:08   Hobbs, Brian 2020-07-16

212:24   A. Yes, sir.  Yes, sir.
212:25   Q. And you -- and you described the yellow end
213:01   of the plug and the plug itself as seeming to work as
213:02   advertised, correct?
213:03   A. Yes, sir.
213:04   Q. All words that were chosen by you and your
213:05   team before lawyers and others began interviewing you

**Re: [212:24 to 213:08]**
**Pltf Obj** 403, 602, 702, vague,
leading, argumentative, MIL
G5, MIL G7

**OVERRULED**

| | | | |
|---|---|---|---|
| 213:06 | and talking to you and preparing for depositions, | | |
| 213:07 | right? | | |
| 213:08 | A. Yes, sir. | | |

225:17 - 227:06   Hobbs, Brian 2020-07-16

| | | | |
|---|---|---|---|
| 225:17 | Q. Okay.  Shift gears.  We talked a little bit | Re: [225:17 to 227:06] | OVERRULED |
| 225:18 | about slippage and loosening of plugs.  Do you recall | Pltf Obj 403, 602, 702, | |
| 225:19 | the questions and answers from plaintiff's counsel on | foundation, vague, | |
| 225:20 | that? | argumentative, MIL G5, MIL G7 | |
| 225:21 | A. Yes. | | |
| 225:22 | Q. Okay.  Your REAT testing, you actually | | |
| 225:23 | would have had subjects place the dual-ended Combat | | |
| 225:24 | Arms earplug in their ear, correct? | | |
| 225:25 | A. Yes, after -- yes. | | |
| 226:01 | Q. And then there would have been a series of | | |
| 226:02 | tests at different frequencies over time, correct? | | |
| 226:03 | A. Yes. | | |
| 226:04 | Q. And you know that they raised their hand, | | |
| 226:05 | did they push a button, did they speak.  What | | |
| 226:06 | activities did they engage in during the REAT testing | | |
| 226:07 | that would have been performed on an individual | | |
| 226:08 | subject? | | |
| 226:09 | A. Pushed a button. | | |
| 226:10 | Q. Okay.  And they would have been tested with | | |
| 226:11 | at different frequency levels? | | |
| 226:12 | A. Across different frequencies, yes, at | | |
| 226:13 | different intensity levels. | | |
| 226:14 | Q. And do you know how many tests were done at | | |
| 226:15 | each frequency? | | |
| 226:16 | A. No, but, you know, I would just defer to | | |
| 226:17 | the standard.  Whatever the standard called for, | | |
| 226:18 | that's what we tested to. | | |
| 226:19 | Q. Do you know how long an individual test | | |
| 226:20 | took to complete from beginning to end? | | |
| 226:21 | A. For the REAT test?  I do not know the exact | | |
| 226:22 | time.  I can give you a roundabout number, but I don't | | |
| 226:23 | know the exact time. | | |
| 226:24 | Q. In calculating the NRR number that's | | |
| 226:25 | contained in the WHISPr chart, would you -- would it | | |
| 227:01 | show you variability at the different frequencies? | | |
| 227:02 | A. There's standard deviations at each -- at | | |
| 227:03 | each frequency. | | |
| 227:04 | Q. And if you saw, for example, if you had a | | |
| 227:05 | plug that loosened and lost its seal, would you expect | | |
| 227:06 | to see variability in the test? | | |

227:09 - 227:09   Hobbs, Brian 2020-07-16

| | | | |
|---|---|---|---|
| 227:09 | A. I would expect that, yes. | Re: [227:09 to 227:09] | OVERRULED |
| | | Pltf Obj 403, 602, 702, | |
| | | foundation, vague, | |
| | | argumentative, MIL G5, MIL G7 | |

227:24 - 228:03   Hobbs, Brian 2020-07-16

| | | | |
|---|---|---|---|
| 227:24 | Q. I'll ask it your way.  Is it fair to say | Re: [227:24 to 228:03] | OVERRULED |
| 227:25 | that you got consistent fit and consistent results in | Pltf Obj 403, 602, 702, | |
| 228:01 | the test subjects that you conducted REAT tests on as | foundation, vague, | |

228:02    part of the WHISPr Study?                          argumentative, MIL G5, MIL G7
228:03    A. Yes, sir.

228:13 - 228:19  Hobbs, Brian 2020-07-16
228:13    Q. Right.  And so once the plug was fitted, is     Re: [228:13 to 228:19]                    OVERRULED
228:14    it fair to say that, at least in your report, there's   Pltf Obj 403, 602, 702,
228:15    no indication that any particular subject either had   foundation, vague,
228:16    difficulty fitting the plug or it came out during the   argumentative, MIL G5, MIL G7
228:17    test?  There's no indication of that in the report,
228:18    correct?
228:19    A. That's correct.

229:10 - 229:14  Hobbs, Brian 2020-07-16
229:10    Q. Right.  Well, in fact, not only have you        Re: [229:10 to 229:14]                    OVERRULED
229:11    heard it said, the United States military has trained   Pltf Obj 403, 602, 702, vague,
229:12    the audiology community with earplugs, like these   argumentative, MIL G1, MIL G2,
229:13    preformed plugs, that loosening and slippage is a   MIL G5, MIL G7
229:14    common occurrence, right?

229:17 - 229:21  Hobbs, Brian 2020-07-16
229:17    A. Yeah, I -- yeah, I would say that.              Re: [229:17 to 229:21]                    OVERRULED
229:18    Q. Yes.  Let's go back to Exhibit -- it's tab      Pltf Obj 403, 602, 702, vague,
229:19    2.                                                 argumentative, MIL G1, MIL G2,
229:20    And, Will, what is the exhibit number?  I think    MIL G5, MIL G7
229:21    it's 13.

230:01 - 231:24  Hobbs, Brian 2020-07-16
230:01    You'll recall, Dr. Hobbs, that this was the        Re: [230:01 to 231:24]                    SUSTAINED as to
230:02    1996 DoD Instruction that we talked about earlier,   Pltf Obj 403, 602, Foundation,          [231:22-231:24]
230:03    correct?                                           Leading, Hearsay, Touhy, MIL
230:04    A. Yes.                                             G1, MIL G2, MIL G6                        OVERRULED in all
230:05    Q. And it would have been in place until it                                                  other respects
230:06    was taken out of service in -- and I don't remember if
230:07    it was 2004 or 2006 -- but the DoD Instruction that
230:08    Mr. Buchanan showed you earlier, correct?
230:09    A. Yes.
230:10    Q. And this would have been the Department of
230:11    Defense of the United States Military giving
230:12    instructions to the military branches, true?
230:13    A. Yes.
230:14    Q. Now if you will turn to page 16, you see
230:15    there is a paragraph 8 that says "Effective Date"?  Do
230:16    you see that?
230:17    A. Yes.
230:18    Q. And then these instructions are signed by
230:19    the Undersecretary of Defense for Acquisition and
230:20    Technology, correct?
230:21    A. Yes.
230:22    Q. And then it gives an inclusion of 18
230:23    enclosures that go with these instructions, right?
230:24    A. Yes.
230:25    Q. And if you'll go down to what's enclosure
231:01    6, can you tell the jury what that enclosure
231:02    references?
231:03    A. "Earplugs:  General Information Poster."
231:04    Q. Have you seen from time to time in the

231:05   audiology community military posters used in training?
231:06   A. Yes.
231:07   Q. And if you'll turn over to page 25, is this
231:08   the enclosure that was referenced earlier, E6?
231:09   A. Yes.
231:10   Q. And does it provide general information
231:11   about earplugs?
231:12   A. Yes.
231:13   Q. It's got a list of seven things that are
231:14   common of general information that the DoD is giving
231:15   instruction about; is that true?
231:16   A. Yes.
231:17   Q. And what does the Department of Defense say
231:18   about earplugs under item No. 3?
231:19   A. Item No. 3 says, "Plugs tend to work loose
231:20   as a result of talking and chewing and must be
231:21   reseated."
231:22   Q. And really it was common knowledge that
231:23   earplugs, when in use, tended to work loose over time,
231:24   correct?

| | | | |
|---|---|---|---|
| 232:02 - 232:04 | Hobbs, Brian 2020-07-16 | | |
| 232:02   Q. Well, it was your knowledge that earplugs,<br>232:03   as instructed by the DoD, could loosen or slip even<br>232:04   with things simply as talking and chewing. | Re: [232:02 to 232:04]<br>Pltf Obj 403, 702, Foundation,<br>Leading, Hearsay, Touhy, MIL<br>G1, MIL G2, MIL G5, MIL G6 | | OVERRULED |
| 232:06 - 232:06 | Hobbs, Brian 2020-07-16 | | |
| 232:06   A. Yes, sir, according to the DoD. | Re: [232:06 to 232:06]<br>Pltf Obj 403, Foundation,<br>Leading, Touhy, MIL G1, MIL G2 | | OVERRULED |
| 232:19 - 232:23 | Hobbs, Brian 2020-07-16 | | |
| 232:19   Q. Have you ever trained soldiers or personnel<br>232:20   that are responsible for fitting and examining hearing<br>232:21   protection devices that these plugs loosen pretty<br>232:22   easily in general and that you need to reseat them<br>232:23   from time to time? | Re: [232:19 to 232:23]<br>Pltf Obj 402, 403, Vague,<br>Touhy | | OVERRULED |
| 233:01 - 233:04 | Hobbs, Brian 2020-07-16 | | |
| 233:01   A. Yeah.  Yeah, I talk about, you know, just<br>233:02   the importance of the fit just in general, so, yeah,<br>233:03   the importance of the fit, you know, making sure<br>233:04   they're seated and -- yeah. | Re: [233:01 to 233:04]<br>Pltf Obj 402, 403, Vague,<br>Touhy | | OVERRULED |

| 3M Affirmatives | | Pltf Objections | Pltf Counters | Objections | Rulings |
|---|---|---|---|---|---|
| 6:14 - 6:15 | Keefer, Emily 2020-09-23 | | | | |
| 6:14 | Q. Could you please state your full | | | | |
| 6:15 | name for the record? | | | | |
| | | | | | |
| 6:18 - 6:18 | Keefer, Emily 2020-09-23 | | | | |
| 6:18 | A. Emily Ila Keefer. | | | | |
| | | | | | |
| 9:01 - 9:06 | Keefer, Emily 2020-09-23 | | | | |
| 9:01 | Q. Okay.  So, where were you born, | | | | |
| 9:02 | Ms. Keefer? | | | | |
| 9:03 | A. In Toledo, Ohio. | | | | |
| 9:04 | Q. Okay.  And what is your date of | | | | |
| 9:05 | birth? | | | | |
| 9:06 | A. 2/22 of '82. | | | | |
| | | | | | |
| 10:15 - 11:01 | Keefer, Emily 2020-09-23 | | | | |
| 10:15 | Q. Fair enough.  So, when did you | | | | |
| 10:16 | first meet Lewis Keefer? | | | | |
| 10:17 | A. We actually grew up down the | | | | |
| 10:18 | road from each other as kids, so | | | | |
| 10:19 | elementary school.  Probably five, six | | | | |
| 10:20 | years old maybe.  Maybe even before that. | | | | |
| 10:21 | Q. And when did your relationship, | | | | |
| 10:22 | or romantic relationship with Mr. Keefer | | | | |
| 10:23 | begin? | | | | |
| 11:01 | A. Not until 2007.  About 2007. | | | | |
| | | | | | |
| 13:01 - 13:09 | Keefer, Emily 2020-09-23 | | | | |
| 13:01 | Q. That's fine.  So, when did | | | | |
| 13:02 | you -- was your acquaintance with Mr. | | | | |
| 13:03 | Keefer continuous from school through | | | | |
| 13:04 | when you began your romantic | | | | |
| 13:05 | relationship, or did -- go ahead. | | | | |
| 13:06 | A. No, sir. | | | | |
| 13:07 | Q. So you fell out of touch for a | | | | |
| 13:08 | while? | | | | |
| 13:09 | A. For quite a while, yes. | | | | |
| | | | | | |
| 14:05 - 14:21 | Keefer, Emily 2020-09-23 | | | | |
| 14:05 | Q. Thank you.  So Mr. Keefer was -- | | | | |
| 14:06 | you said you -- said that Mr. Keefer was | | | | |
| 14:07 | living in Georgia when you became | | | | |
| 14:08 | reacquainted? | | | | |
| 14:09 | A. Correct. | | | | |
| 14:10 | Q. And was he in the military at | | | | |
| 14:11 | that time? | | | | |
| 14:12 | A. Yes. | | | | |
| 14:13 | Q. And did you know how long he had | | | | |
| 14:14 | been in the military? | | | | |
| 14:15 | A. I couldn't give you an exact | | | | |
| 14:16 | date when -- maybe six months.  But I | | | | |
| 14:17 | can't -- I can't, you know, give you an | | | | |
| 14:18 | exact date.  I'm not certain. | | | | |
| 14:19 | Q. It hadn't been long? | | | | |
| 14:20 | A. No.  Not -- not terribly long, | | | | |
| 14:21 | no. | | | | |
| | | | | | |
| 14:22 - 15:07 | Keefer, Emily 2020-09-23 | | | | |
| 14:22 | Q. Okay.  And had Mr. Keefer been | Re: [14:22 to 15:07] | | | OBJECTION WITHDRAWN, |
| 14:23 | married before your relationship began? | Pltf Obj 402, 403 | | | 3/13/2021 |
| 15:01 | A. He had, yes. | | | | |

15:02   Q. Had that marriage ended by the
15:03   time you were in contact?
15:04   A. That, I am not certain.
15:05   Q. Had he separated from his first
15:06   wife?
15:07   A. Oh, yes.

16:12 - 16:17   Keefer, Emily 2020-09-23
16:12   Q. So, how long were you in touch
16:13   with Mr. Keefer before you got married?
16:14   A. Between four and six months.  I
16:15   couldn't tell you.  It was long distance
16:16   and, like I said, timelines, everything
16:17   runs together.

17:13 - 17:15   Keefer, Emily 2020-09-23
17:13   Q. Okay.  Do you remember the date
17:14   of your wedding?
17:15   A. March 1st, 2008.

20:08 - 20:10   Keefer, Emily 2020-09-23
20:08   Q. After your marriage to Mr.
20:09   Keefer, is that when you moved to
20:10   Georgia?

20:16 - 21:16   Keefer, Emily 2020-09-23
20:16   Yes.  I -- I moved to Georgia
20:17   after we were married.
20:18   Q. Was that immediate, or was there
20:19   a delay?
20:20   A. There was an approximate lapse
20:21   of time of about a month just to get
20:22   things situated and, you know, taken care
20:23   of.  It wasn't a knee-jerk move.  It --
21:01   everything was laid out and taken care of
21:02   before I moved.
21:03   Q. And where were you living when
21:04   you moved to -- when you moved in with
21:05   Mr. Keefer in Georgia?
21:06   A. On base.  Base housing, Fort
21:07   Benning.
21:08   Q. And was that an apartment?
21:09   A. If you're familiar with base
21:10   housing, it was an older -- okay.  Well,
21:11   it was an older section.  It was like a
21:12   multifamily kind of -- almost like a
21:13   townhouse.  But it was probably six --
21:14   six families in one building, but we all
21:15   had our own space.  Does that make sense?
21:16   I don't even know how to describe it.

24:18 - 24:21   Keefer, Emily 2020-09-23
24:18   Q. Okay.  When you were living on a
24:19   base -- bases with Mr. Keefer, did he
24:20   ever bring home hearing protection
24:21   devices?

25:02 - 25:03   Keefer, Emily 2020-09-23
25:02   A. As part of his uniform, I -- I
25:03   saw them.

25:04 - 25:06   Keefer, Emily 2020-09-23

25:04  Q. Okay.  Can you describe the
25:05  devices?
25:06  A. I could not.  No.

26:22 - 26:22  Keefer, Emily 2020-09-23
26:22  Q. Do you recognize those earplugs?

27:01 - 27:06  Keefer, Emily 2020-09-23
27:01  A. I do not.  I should clarify.
27:02  His ear protection was always in a case
27:03  that was on like a chain that he would
27:04  put on his belt.  So I didn't actually
27:05  see the protection, the actual earplug.
27:06  It was a case that he carried.

27:11 - 27:13  Keefer, Emily 2020-09-23
27:11  What was your understanding of
27:12  Mr. Keefer's role in the military when he
27:13  was serving in the United States?

27:15 - 27:17  Keefer, Emily 2020-09-23
27:15  A. He was a medic.
27:16  Q. And what did you understand his
27:17  sort of daily responsibilities to be?

27:19 - 27:19  Keefer, Emily 2020-09-23
27:19  A. I have no idea.

31:17 - 31:19  Keefer, Emily 2020-09-23
31:17  Q. Did he mention wearing any
31:18  particular hearing -- hearing protection
31:19  devices when he served in Iraq?

31:21 - 32:01  Keefer, Emily 2020-09-23
31:21  A. Again, there wasn't very much
31:22  information shared about what he did or
31:23  what his responsibilities were while he
32:01  was there.

33:02 - 33:16  Keefer, Emily 2020-09-23
33:02  When in particular would you
33:03  note -- sort of date this change?  When
33:04  did you first notice a decline in Mr.
33:05  Keefer's hearing?
33:06  A. There weren't a lot of -- well,
33:07  I mean, there was training -- it was -- I
33:08  mean, it was gradual.  It -- it wasn't
33:09  like a night-and-day difference one day.
33:10  You know, there were a lot of training
33:11  exercises.  There was TDYs.  So it was
33:12  just -- it -- it was a gradual change.  I
33:13  would say -- you know, I couldn't give
33:14  you a specific date or even a specific
33:15  year.  I just know that over the years it
33:16  got worse.

33:23 - 34:02  Keefer, Emily 2020-09-23
33:23  Q. Yeah.  Do you recall if in 2008
34:01  you noticed any decline in Mr. Keefer's
34:02  hearing?

34:04 - 34:09  Keefer, Emily 2020-09-23

| 34:04 | A. In 2008?  That -- that was right |
| 34:05 | at the beginning.  So that would have |
| 34:06 | kind of been more of my -- I guess more |
| 34:07 | of the better baseline for me because |
| 34:08 | that was the beginning for us, the |
| 34:09 | beginning of every day for us. |

34:18 - 34:22   Keefer, Emily 2020-09-23

| 34:18 | During that first year of living |
| 34:19 | together in Georgia, you did not notice |
| 34:20 | any change in Mr. Keefer's hearing from |
| 34:21 | when you had first gotten back in |
| 34:22 | contact.  Is that correct? |

35:01 - 35:11   Keefer, Emily 2020-09-23

| 35:01 | A. There was a slight difference. |
| 35:02 | You know, like I said, it -- it was |
| 35:03 | gradual throughout the time.  It -- it |
| 35:04 | gradually got worse.  But yes, there was |
| 35:05 | a slight difference.  Each year it was -- |
| 35:06 | it was different.  Back in 2007, you |
| 35:07 | know, you're using a Razr flip phone, and |
| 35:08 | there wasn't options for much else.  And |
| 35:09 | yes, I noticed a difference.  Was it a |
| 35:10 | huge difference?  Probably not.  Was |
| 35:11 | there a difference?  Yes. |

35:12 - 35:22   Keefer, Emily 2020-09-23

| 35:12 | Q. And what was the main -- sort of |
| 35:13 | the first thing that tipped you off as to |
| 35:14 | a decline in Mr. Keefer's hearing? |
| 35:15 | A. When you have to say something |
| 35:16 | more than once.  I mean, that was pretty |
| 35:17 | self-explanatory.  I would hope that my |
| 35:18 | husband wasn't ignoring me, but you and I |
| 35:19 | both know that that happens sometimes. |
| 35:20 | Q. Did that ever happen early on in |
| 35:21 | your -- when you became reacquainted with |
| 35:22 | Mr. Keefer? |

36:01 - 36:04   Keefer, Emily 2020-09-23

| 36:01 | A. When I had to repeat myself? |
| 36:02 | Q. Yes. |
| 36:03 | A. Early on?  Not nearly as much as |
| 36:04 | later on. |

36:12 - 37:01   Keefer, Emily 2020-09-23

| 36:12 | Q. It's fair enough.  But you |
| 36:13 | noticed -- you first noticed having to |
| 36:14 | repeat yourself more often in 2008.  Is |
| 36:15 | that your testimony? |
| 36:16 | A. More often?  I -- I wouldn't -- |
| 36:17 | I'm not going to say that's my testimony. |
| 36:18 | I told you that there was gradual -- it |
| 36:19 | gradually got worse.  It gradually got to |
| 36:20 | the point where I was repeating myself |
| 36:21 | more often.  From day one to day 365, |
| 36:22 | yes.  I mean, I repeated myself more. |
| 36:23 | Was I repeating myself as much as the |
| 37:01 | end?  No. |

37:02 - 37:06   Keefer, Emily 2020-09-23

| | |
|---|---|
| 37:02 | Q. And you also mentioned that Mr. |
| 37:03 | Keefer -- well, did -- did you notice Mr. |
| 37:04 | Keefer having trouble understanding |
| 37:05 | conversation in groups of people? |
| 37:06 | A. Yes. |

**37:07 - 38:10   Keefer, Emily 2020-09-23**

| | |
|---|---|
| 37:07 | Q. And when -- when did you first |
| 37:08 | notice that? |
| 37:09 | A. I -- |
| 37:10 | Q. Go ahead.  Sorry. |
| 37:11 | A. Now, I can't speak for him.  I |
| 37:12 | just noticed the -- his body language, |
| 37:13 | his facial expressions.  And yes, it was |
| 37:14 | a dumbfounded look, like he wasn't sure |
| 37:15 | what exactly was going on or what was |
| 37:16 | being said. |
| 37:17 | Q. And when did you first notice |
| 37:18 | that? |
| 37:19 | A. Probably -- probably later in |
| 37:20 | that year.  Early on in the marriage, we |
| 37:21 | spent more time with like groups.  Once |
| 37:22 | we had our family, it wasn't so much |
| 37:23 | groups.  So younger years, early on in |
| 38:01 | our marriage, I noticed that.  But it -- |
| 38:02 | it continued and, you know, even through |
| 38:03 | his service, I did notice if we went to |
| 38:04 | events or whatnot -- when I say "events," |
| 38:05 | I mean like battalion events or unit |
| 38:06 | events where he was with his coworkers -- |
| 38:07 | it would be the same thing.  Standing in |
| 38:08 | a group of, you know, four or six people |
| 38:09 | even close, you could almost see the |
| 38:10 | struggle. |

**38:18 - 38:21   Keefer, Emily 2020-09-23**

| | |
|---|---|
| 38:18 | Q. So, before Mr. Keefer deployed |
| 38:19 | to Iraq, had you already noticed having |
| 38:20 | to repeat yourself more often? |
| 38:21 | A. In the beginning, yes. |

Re: [38:18 to 38:21]
Pltf Obj Incomplete
Designation

OBJECTION WITHDRAWN,
3/13/2021

**38:22 - 39:02   Keefer, Emily 2020-09-23**

| | |
|---|---|
| 38:22 | Q. And had you noticed Mr. Keefer |
| 38:23 | having trouble interacting in social |
| 39:01 | settings? |
| 39:02 | A. Some. |

**39:08 - 39:12   Keefer, Emily 2020-09-23**

| | |
|---|---|
| 39:08 | Before Mr. Keefer, deployed to |
| 39:09 | Iraq in late 2009, had you noticed him |
| 39:10 | having more difficulty interacting in |
| 39:11 | social settings? |
| 39:12 | A. Yes. |

**39:14 - 39:15   Keefer, Emily 2020-09-23**

| | |
|---|---|
| 39:14 | A. But it still wasn't as much as |
| 39:15 | the end. |

**44:11 - 44:11   Keefer, Emily 2020-09-23**

| | |
|---|---|
| 44:11 | Q. Did Mr. Keefer have any ringing |

**44:12 - 44:22   Keefer, Emily 2020-09-23**

| | | | |
|---|---|---|---|
| 44:12 | in the ear, or did he complain of ringing | | |
| 44:13 | in his ears at any point during his | | |
| 44:14 | military service? | | |
| 44:15 | A. Yes, he did. | | |
| 44:16 | Q. And when did that begin? | | |
| 44:17 | A. Noticed more probably right | | |
| 44:18 | after we moved to Hawaii, I want to say. | | |
| 44:19 | Q. Was that the first -- the first | | |
| 44:20 | you heard of ringing in the ears was -- | | |
| 44:21 | from Mr. Keefer was after he moved to | | |
| 44:22 | Hawaii? | | |

45:01 - 45:01   Keefer, Emily 2020-09-23
| 45:01 | A. That he was vocal. | | |

45:05 - 45:07   Keefer, Emily 2020-09-23
| 45:05 | Q. So the first time he was vocal | **Re: [45:05 to 45:07]** | **OBJECTION WITHDRAWN,** |
| 45:06 | about ringing in the ears was after he | **Pltf Obj** 611; leading, 602 | **3/13/2021** |
| 45:07 | moved to Hawaii? | | |

45:09 - 45:09   Keefer, Emily 2020-09-23
| 45:09 | Q. Is that correct? | | |

45:11 - 45:16   Keefer, Emily 2020-09-23
| 45:11 | A. That he was vocal with me. | **Re: [45:11 to 45:16]** | **OBJECTION WITHDRAWN,** |
| 45:12 | Q. I'm sorry.  So there was no | **Pltf Obj** 611; leading; | **3/13/2021** |
| 45:13 | complaint of ringing in the ears that you | cumulative | |
| 45:14 | recall from Mr. Keefer before he moved to | | |
| 45:15 | Hawaii? | | |
| 45:16 | A. Not that I recall. | | |

49:22 - 49:23   Keefer, Emily 2020-09-23
| 49:22 | Q. When did you and Mr. Keefer | | |
| 49:23 | leave Hawaii? | | |

50:02 - 51:01   Keefer, Emily 2020-09-23
| 50:02 | A. Two thousand -- I -- I left in | | |
| 50:03 | February of 2015.  He left after his ETS | | |
| 50:04 | date, I believe in April of 2015. | | |
| 50:05 | Q. And when you left in February, | | |
| 50:06 | where did you go? | | |
| 50:07 | A. Oklahoma. | | |
| 50:08 | Q. And why did you go to Oklahoma? | | |
| 50:09 | A. Because I got a job with the | | |
| 50:10 | Department of Corrections. | | |
| 50:11 | Q. And where in Oklahoma was that? | | |
| 50:12 | A. Hobart. | | |
| 50:13 | Q. And where is Hobart? | | |
| 50:14 | A. Southwest Oklahoma. | | |
| 50:15 | Q. And Mr. Keefer joined you there | | |
| 50:16 | two months later? | | |
| 50:17 | A. Correct. | | |
| 50:18 | Q. Had Mr. Keefer found a job in | | |
| 50:19 | Oklahoma at that time? | | |
| 50:20 | A. When he got there, I don't | | |
| 50:21 | believe he had a job.  It was shortly | | |
| 50:22 | after. | | |
| 50:23 | Q. And why did Mr. Keefer leave the | | |
| 51:01 | military? | | |

51:03 - 51:09   Keefer, Emily 2020-09-23
| 51:03 | A. I couldn't tell you.  He -- it's | **Re: [51:03 to 51:09]** | **OBJECTION WITHDRAWN** |

| | | | | |
|---|---|---|---|---|
| 51:04 | my understanding he decided to ETS. | **Pltf Obj** 402, 403, 602, MIL re bad acts | | **[51:03-51:06], 3/13/2021** |
| 51:05 | Q. And what -- what does ETS mean? | | | |
| 51:06 | A. End of time in service. | | | **SUSTAINED as to [51:07-51:09]** |
| 51:07 | Q. Do you understand that Mr. | | | |
| 51:08 | Keefer ever had any disciplinary | | | |
| 51:09 | proceedings brought against him? | | | |

51:11 - 52:09   Keefer, Emily 2020-09-23

| | | | | |
|---|---|---|---|---|
| 51:11 | A. Towards the end, he -- he lost | **Re: [51:11 to 52:09]** | | **SUSTAINED** |
| 51:12 | rank at one point. | **Pltf Obj** 402, 403, 602, MIL re bad acts | | |
| 51:13 | Q. And do you understand why that | | | |
| 51:14 | occurred? | | | |
| 51:15 | A. I don't understand why that | | | |
| 51:16 | occurred. I had -- I had an | | | |
| 51:17 | understanding that there was discussion | | | |
| 51:18 | of paperwork that I needed to bring while | | | |
| 51:19 | he was on a training exercise to his | | | |
| 51:20 | first sergeant. His first sergeant -- | | | |
| 51:21 | and this did not come from Lewie. It | | | |
| 51:22 | came from his first sergeant. I don't do | | | |
| 51:23 | paperwork. I'm not a gopher. I was not | | | |
| 52:01 | in the military, so I did not take | | | |
| 52:02 | paperwork to the first sergeant that was | | | |
| 52:03 | stateside. That -- that was my | | | |
| 52:04 | understanding where it stemmed from. | | | |
| 52:05 | Beyond that, no idea. | | | |
| 52:06 | Q. So your understanding was that | | | |
| 52:07 | the -- the demotion stemmed from a | | | |
| 52:08 | paperwork problem? | | | |
| 52:09 | A. Correct. | | | |

52:11 - 52:17   Keefer, Emily 2020-09-23

| | | | | |
|---|---|---|---|---|
| 52:11 | A. And probably my response, if you | **Re: [52:11 to 52:17]** | | **SUSTAINED** |
| 52:12 | can tell. | **Pltf Obj** 402, 403, 602, MIL re bad acts; incomple de | | |
| 52:13 | Q. And your -- so -- sorry. I'm | | | |
| 52:14 | just -- just to be clear, your | | | |
| 52:15 | understanding was that your failure to | | | |
| 52:16 | deliver paperwork on behalf of Mr. Keefer | | | |
| 52:17 | was related to his demotion? | | | |

52:19 - 53:09   Keefer, Emily 2020-09-23

| | | | | |
|---|---|---|---|---|
| 52:19 | A. That was my understanding, yes. | **Re: [52:19 to 53:09]** | | **SUSTAINED** |
| 52:20 | Q. And you mentioned a training | **Pltf Obj** 402, 403, 602, MIL re bad acts, cumulative | | |
| 52:21 | exercise in relation to this paperwork. | | | |
| 52:22 | What -- what are you referring to? | | | |
| 52:23 | A. He was in Thailand. I couldn't | | | |
| 53:01 | tell you how long he was there, but they | | | |
| 53:02 | went there for a training exercise. | | | |
| 53:03 | Q. And do you know -- this | | | |
| 53:04 | paperwork, do you know what it was | | | |
| 53:05 | supposed to accomplish? | | | |
| 53:06 | A. I have no idea. | | | |
| 53:07 | Q. But you understood that it was | | | |
| 53:08 | something that needed to be delivered for | | | |
| 53:09 | Mr. Keefer that the Army required? | | | |

53:11 - 54:04   Keefer, Emily 2020-09-23

| | | | | |
|---|---|---|---|---|
| 53:11 | A. I don't know that it had | **Re: [53:11 to 54:04]** | | **SUSTAINED** |
| 53:12 | anything to do with him, honestly. I | **Pltf Obj** 402, 403, 602, MIL re bad acts, cumulative | | |
| 53:13 | just knew I didn't know where paperwork | | | |
| 53:14 | was, I didn't know what paperwork they | | | |
| 53:15 | were talking about, and I wasn't going to | | | |

| | | |
|---|---|---|
| 53:16 | deliver something because I wasn't in the | |
| 53:17 | military.  They weren't going to tell me | |
| 53:18 | what to do. | |
| 53:19 | Q. So this direction to deliver | |
| 53:20 | paperwork came from the sergeant? | |
| 53:21 | A. Correct. | |
| 53:22 | Q. And your -- sorry.  I'm just | |
| 53:23 | trying to be clear on -- on -- on | |
| 54:01 | everything.  You -- you understood that | |
| 54:02 | this was something that the military | |
| 54:03 | needed on Mr. Keefer's behalf in relation | |
| 54:04 | to this training exercise? | |

**54:06 - 54:11**  Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 54:06 | A. I have no idea what it was for. | **Re: [54:06 to 54:11]** |
| 54:07 | It was never clarified. | **Pltf Obj** 402, 403, 602, MIL re |
| 54:08 | Q. But at the -- at the least, it | bad acts, cumulative |
| 54:09 | was something that they needed from Mr. | |
| 54:10 | Keefer, that -- that the Army needed from | |
| 54:11 | Mr. Keefer? | |

<span style="background-color: yellow">SUSTAINED</span>

**54:13 - 54:23**  Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 54:13 | A. Potentially.  Again, I didn't | **Re: [54:13 to 54:23]** |
| 54:14 | know a lot about even what the request -- | **Pltf Obj** 402, 403, 602, MIL re |
| 54:15 | or why the request was made. | bad acts, cumulative, vague |
| 54:16 | Q. And I -- you may have -- I think | |
| 54:17 | you testified to this already.  But just | |
| 54:18 | to be clear on the story, do you | |
| 54:19 | understand that the -- your -- the fail- | |
| 54:20 | -- the Army -- strike that -- that the | |
| 54:21 | failure to submit this paperwork violated | |
| 54:22 | some Army rule and led to -- in part at | |
| 54:23 | least to Mr. Keefer's demotion? | |

<span style="background-color: yellow">SUSTAINED</span>

**55:02 - 55:14**  Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 55:02 | A. That, I couldn't tell you. | **Re: [55:02 to 55:14]** |
| 55:03 | Again, I didn't know what the paperwork | **Pltf Obj** 402, 403, 602, MIL re |
| 55:04 | was, why it was being requested, or what | bad acts, cumulative, |
| 55:05 | they needed it for.  I -- I wasn't sure | misstates |
| 55:06 | why he was requested -- or the sergeant, | |
| 55:07 | rather, requested paperwork while he was | |
| 55:08 | stateside but Lewie was in Thailand.  It | |
| 55:09 | was pretty apparent that Lewie was not | |
| 55:10 | going to be able to get the paperwork, | |
| 55:11 | whatever the paperwork was. | |
| 55:12 | Q. Right.  So, could he -- but you | |
| 55:13 | believe that this paperwork issue was | |
| 55:14 | related to the demotion? | |

<span style="background-color: yellow">SUSTAINED</span>

**55:16 - 56:07**  Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 55:16 | A. It wasn't the paperwork issue. | **Re: [55:16 to 56:07]** |
| 55:17 | It was my attitude issue. | **Pltf Obj** 402, 403, 602, MIL re |
| 55:18 | Q. So your understanding is that | bad acts, cumulative, |
| 55:19 | your attitude and interactions with the | misstates |
| 55:20 | sergeant contributed to Mr. Keefer's | |
| 55:21 | demotion? | |
| 55:22 | A. That is my understanding. | |
| 55:23 | Q. And can you describe your | |
| 56:01 | interactions with the sergeant? | |
| 56:02 | A. Essentially what I said earlier. | |
| 56:03 | "I'm not in the Army, and you're not | |
| 56:04 | going to tell me what to do." | |

<span style="background-color: yellow">SUSTAINED</span>

| | | | |
|---|---|---|---|
| 56:05 | Q. And was this Mr. Keefer's | | |
| 56:06 | understanding of the demotion as well, | | |
| 56:07 | that it was -- | | |
| | | | |
| 56:09 - 56:12 | Keefer, Emily 2020-09-23 | **Re: [56:09 to 56:12]** | |
| 56:09 | A. I have no idea, but that is what | **Pltf Obj** 402, 403, MIL re bad | **SUSTAINED** |
| 56:10 | he told me. | acts, cumulative; 611; leading | |
| 56:11 | Q. That his demotion was related to | | |
| 56:12 | your interactions with the sergeant? | | |
| | | | |
| 56:14 - 56:14 | Keefer, Emily 2020-09-23 | **Re: [56:14 to 56:14]** | |
| 56:14 | A. Correct. | **Pltf Obj** 402, 403, 602, MIL re | **SUSTAINED** |
| | | bad acts, cumulative, vague | |
| | | | |
| 59:08 - 59:19 | Keefer, Emily 2020-09-23 | | |
| 59:08 | Q. Did you -- did you speak with | | |
| 59:09 | anyone about the deposition? | | |
| 59:10 | A. Not really. | | |
| 59:11 | Q. Did you speak with anyone at all | | |
| 59:12 | about the deposition? | | |
| 59:13 | A. I was made aware of some | | |
| 59:14 | questions that might be asked or | | |
| 59:15 | direction taken. | | |
| 59:16 | Q. And who did you speak with? | | |
| 59:17 | A. I spoke with Mr. Bouk. | | |
| 59:18 | Q. Is that Mr. Bouk maybe? | | |
| 59:19 | A. Yes.  I'm sorry. | | |
| | | | |
| 60:09 - 60:12 | Keefer, Emily 2020-09-23 | | |
| 60:09 | Q. And how long did you talk? | | |
| 60:10 | A. Maybe thirty minutes. | | |
| 60:11 | Q. And just a single conversation? | | |
| 60:12 | A. Yes. | | |
| | | | |
| 64:16 - 65:01 | Keefer, Emily 2020-09-23 | | |
| 64:16 | Q. So, earlier we talked about Mr. | **Re: [64:16 to 65:01]** | **OBJECTIONS** |
| 64:17 | Keefer's responsibilities in the | **Pltf Obj** 611; leading | **WITHDRAWN, 3/13/2021** |
| 64:18 | military.  Mr. Keefer didn't tell you | | |
| 64:19 | much about his duties in the military. | | |
| 64:20 | Is that accurate? | | |
| 64:21 | A. Correct. | | |
| 64:22 | Q. So you don't know much -- you | | |
| 64:23 | don't know what noises he was exposed to | | |
| 65:01 | while serving in the United States? | | |
| | | | |
| 65:03 - 65:03 | Keefer, Emily 2020-09-23 | | |
| 65:03 | A. Correct. | | |
| | | | |
| 65:05 - 65:07 | Keefer, Emily 2020-09-23 | | |
| 65:05 | Q. And you don't know what noises | **Re: [65:05 to 65:07]** | **OBJECTIONS** |
| 65:06 | he -- he was exposed to while serving in | **Pltf Obj** 611; leading | **WITHDRAWN, 3/13/2021** |
| 65:07 | Iraq? | | |
| | | | |
| 65:09 - 65:13 | Keefer, Emily 2020-09-23 | | |
| 65:09 | A. I was not made aware. | **Re: [65:09 to 65:13]** | **OBJECTIONS** |
| 65:10 | Q. And you don't know whether Mr. | **Pltf Obj** 611; leading | **WITHDRAWN, 3/13/2021** |
| 65:11 | Keefer wore hearing protection in 2008 | | |
| 65:12 | when you were living in Georgia.  Is that | | |
| 65:13 | correct? | | |
| | | | |
| 65:15 - 65:20 | Keefer, Emily 2020-09-23 | | |

| | | | |
|---|---|---|---|
| 65:15 | A. I don't know. | **Re: [65:15 to 65:20]** | OBJECTIONS |
| 65:16 | Q. And you don't know whether he | **Pltf Obj** 611; leading | WITHDRAWN, 3/13/2021 |
| 65:17 | wore hearing protection in 2009, whether | | |
| 65:18 | in Georgia or in Iraq; correct? | | |
| 65:19 | A. I have no idea.  I'm not a | | |
| 65:20 | babysitter. | | |
| | | | |
| 65:21 - 66:22 | Keefer, Emily 2020-09-23 | | |
| 65:21 | Q. And you don't know whether he | **Re: [65:21 to 66:22]** | OBJECTIONS |
| 65:22 | wore hearing protection in Iraq or in | **Pltf Obj** 611; leading | WITHDRAWN, 3/13/2021 |
| 65:23 | Georgia in 2010? | | |
| 66:01 | A. Again, I -- I'm not a | | |
| 66:02 | babysitter.  I have no idea. | | |
| 66:03 | Q. And you don't know whether he | | |
| 66:04 | wore hearing protection in -- in 2011 in | | |
| 66:05 | Georgia or Hawaii? | | |
| 66:06 | A. Do we have to do this for every | | |
| 66:07 | year? | | |
| 66:08 | Q. There's a -- | | |
| 66:09 | A. Because I have no idea.  I'm not | | |
| 66:10 | a babysitter. | | |
| 66:11 | Q. And you don't know whether he | | |
| 66:12 | wore hearing protection in 2012 in | | |
| 66:13 | Hawaii? | | |
| 66:14 | A. I have no idea. | | |
| 66:15 | Q. And you don't know whether he | | |
| 66:16 | wore hearing protection in 2013 in | | |
| 66:17 | Hawaii? | | |
| 66:18 | A. I have no idea. | | |
| 66:19 | Q. Or in 2014 in Hawaii? | | |
| 66:20 | A. I have no idea. | | |
| 66:21 | Q. Or in 2015 in Hawaii? | | |
| 66:22 | A. No idea. | | |
| | | | |
| 66:23 - 67:06 | Keefer, Emily 2020-09-23 | | |
| 66:23 | Q. You mentioned earlier that you | | |
| 67:01 | -- that Mr. Keefer kept his earplugs in a | | |
| 67:02 | case on his uniform. | | |
| 67:03 | A. Correct. | | |
| 67:04 | Q. Can you describe the case? | | |
| 67:05 | A. It was like an olive-green | | |
| 67:06 | plastic maybe oblong case. | | |
| | | | |
| 68:10 - 68:14 | Keefer, Emily 2020-09-23 | | |
| 68:10 | Keefer -- oh, sorry, Ms. Keefer, before | | |
| 68:11 | the break we were discussing the case | | |
| 68:12 | that Mr. Keefer kept his earplugs in.  Do | | |
| 68:13 | you remember that? | | |
| 68:14 | A. Sure. | | |
| | | | |
| 68:15 - 69:02 | Keefer, Emily 2020-09-23 | | |
| 68:15 | Q. I'm going to show you a picture | | |
| 68:16 | now.  Do you see that? | | |
| 68:17 | (Exhibit 2 was marked for identification | | |
| 68:18 | and is attached.) | | |
| 68:19 | A. Yes. | | |
| 68:20 | Q. You can ignore those earplugs | | |
| 68:21 | for now.  Is this the case that you | | |
| 68:22 | remember seeing? | | |
| 68:23 | A. That is the case. | | |
| 69:01 | Q. That is the case that you | | |
| 69:02 | remember? | | |

| | | | | |
|---|---|---|---|---|
| 69:04 - 69:04 | Keefer, Emily 2020-09-23 | | | |
| 69:04 | A. Yes. | | | |
| | | | | |
| 69:05 - 69:06 | Keefer, Emily 2020-09-23 | | | |
| 69:05 | Q. And do you recall these earplugs | | | |
| 69:06 | that are depicted next to the case? | | | |
| | | | | |
| 69:09 - 69:10 | Keefer, Emily 2020-09-23 | | | |
| 69:09 | A. I never saw what was in the | | | |
| 69:10 | case. | | | |
| | | | | |
| 70:01 - 70:08 | Keefer, Emily 2020-09-23 | | | |
| 70:01 | Q. Earlier we were talking about a | Re: [70:01 to 70:08] | | SUSTAINED |
| 70:02 | disciplinary proceeding involving Mr. | Pltf Obj 402, 403, 602, | | |
| 70:03 | Keefer.  Do you remember that? | cumulative, MIL re bad acts | | |
| 70:04 | A. Yes. | | | |
| 70:05 | Q. And Mr. Keefer told you that the | | | |
| 70:06 | reason for these disciplinary proceedings | | | |
| 70:07 | was your attitude and interactions with | | | |
| 70:08 | his sergeant.  Is that right? | | | |
| | | | | |
| 70:11 - 70:22 | Keefer, Emily 2020-09-23 | | | |
| 70:11 | A. Correct. | Re: [70:11 to 70:22] | | SUSTAINED |
| 70:12 | Q. Was there any other reason that | Pltf Obj 402, 403, 602, | | |
| 70:13 | you were aware of for Mr. -- the | cumulative, MIL re bad acts | | |
| 70:14 | disciplinary proceedings brought against | | | |
| 70:15 | Mr. Keefer? | | | |
| 70:16 | A. No.  Not that I was aware. | | | |
| 70:17 | Q. He never mentioned any | | | |
| 70:18 | allegations of misconduct that were | | | |
| 70:19 | brought against him? | | | |
| 70:20 | A. No. | | | |
| 70:21 | Q. And he never mentioned sexual | | | |
| 70:22 | harassment? | | | |
| | | | | |
| 71:10 - 71:19 | Keefer, Emily 2020-09-23 | | | |
| 71:10 | Q. Were you aware that Mr. Keefer | Re: [71:10 to 71:19] | | SUSTAINED |
| 71:11 | had been charged with sexual harassment | Pltf Obj 402, 403, 602, | | |
| 71:12 | at any point during his military service? | cumulative, MIL re bad acts | | |
| 71:13 | A. I was not. | | | |
| 71:14 | Q. And did -- after your marriage, | | | |
| 71:15 | did Mr. Keefer ever discuss with you | | | |
| 71:16 | charges of any misconduct, including | | | |
| 71:17 | sexual harassment, that had been brought | | | |
| 71:18 | against him during the military, his | | | |
| 71:19 | military service? | | | |
| | | | | |
| 71:21 - 72:15 | Keefer, Emily 2020-09-23 | | | |
| 71:21 | A. He did not. | Re: [71:21 to 72:15] | | OBJECTIONS WITHDRAWN |
| 71:22 | Q. So after -- Mr. Keefer left the | Pltf Obj 402, 403, 602, | | [71:22-72:15], 3/13/2021 |
| 71:23 | military, and you relocated to Oklahoma | cumulative, | | |
| 72:01 | in early 2015.  Is that correct? | | | SUSTAINED as to [71:21] |
| 72:02 | A. Correct. | | | |
| 72:03 | Q. And when did your marriage end? | | | |
| 72:04 | A. We were divorced -- it was | | | |
| 72:05 | finalized in March of 2017. | | | |
| 72:06 | Q. And did you live together from | | | |
| 72:07 | Oklahoma -- or your move to Oklahoma | | | |
| 72:08 | until you were divorced? | | | |
| 72:09 | A. Until October of 2016.  I moved | | | |
| 72:10 | out of the home for approximately two | | | |

72:11   months, two and a half months, moved back
72:12   in in December.  I believe it was the
72:13   following May in 2017 is when he moved
72:14   out of the home.  And then the divorce in
72:15   2018.

73:10 - 73:12   Keefer, Emily 2020-09-23
73:10   Q. Did you notice Mr. Keefer having
73:11   more difficulty socializing with others
73:12   after he left the military?

73:14 - 73:16   Keefer, Emily 2020-09-23
73:14   A. I was seeing the same sort of
73:15   characteristics I guess maybe on a
73:16   greater scale.

73:17 - 74:03   Keefer, Emily 2020-09-23
73:17   Q. So, earlier you mentioned that
73:18   there was a steady decline in Mr.
73:19   Keefer's hearing for -- for several
73:20   years.  Is that correct?
73:21   A. You said a steady decline for
73:22   several years?
73:23   Q. Yes.
74:01   A. Correct.
74:02   Q. Was there a point at which that
74:03   decline ended and it stabilized?

74:05 - 74:09   Keefer, Emily 2020-09-23
74:05   A. I guess I'm -- I don't recall if
74:06   there was -- if it stabilized or if it
74:07   got worse.  After the military, it was
74:08   day to day.  I mean, that's just what we
74:09   did.

75:20 - 76:01   Keefer, Emily 2020-09-23
75:20   Q. When you were living with Mr.
75:21   Keefer when he was in the military and
75:22   after his military service, you said you
75:23   had a lawn (inaudible).  Is that right?
76:01   A. Uh-huh.

76:11 - 78:02   Keefer, Emily 2020-09-23
76:11   Q. So I'll just restate the
76:12   question.  I think my last question may
76:13   have been, did Mr. Keefer mow the lawn at
76:14   those residences?
76:15   A. I did a majority of the lawn
76:16   work.
76:17   Q. So you -- you usually mowed the
76:18   lawn?
76:19   A. Yes, I usually mowed the lawn.
76:20   Q. And that was true in Georgia?
76:21   A. In Georgia, in Hawaii, when we
76:22   moved to Hobart, yes.
76:23   Q. Did Mr. Keefer ever mow the
77:01   lawn?
77:02   A. He did mow the lawn on occasion.
77:03   Q. How often, would you say?
77:04   A. That, I'm not sure of.
77:05   Q. Once a week?
77:06   A. You said once a week?  No.

**Re: [75:20 to 76:01]**
**Pltf Obj** 402, vague, compound,
MIL C4 - non-military noise
exposure

**OBJECTIONS
WITHDRAWN, 3/13/2021**

**Re: [76:11 to 78:02]**
**Pltf Obj** 402, 403, 602, vague,
MIL C4 - non-military noise
exposure

**OBJECTIONS
WITHDRAWN, 3/13/2021**

| | | | |
|---|---|---|---|
| 77:07 | Q. Once a month? | | |
| 77:08 | A. That was very -- it was -- it | | |
| 77:09 | was a rare occasion.  Like I said, I took | | |
| 77:10 | care of the lawn work. | | |
| 77:11 | Q. And when Mr. Keefer mowed the | | |
| 77:12 | lawn, did he wear hearing protection? | | |
| 77:13 | A. I have no idea. | | |
| 77:14 | Q. Did you ever watch Mr. Keefer -- | | |
| 77:15 | see Mr. Keefer while he was mowing the | | |
| 77:16 | lawn? | | |
| 77:17 | A. I don't babysit. | | |
| 77:18 | Q. Did you ever -- when you mowed | | |
| 77:19 | the lawn, did you wear hearing | | |
| 77:20 | protection? | | |
| 77:21 | A. I did not. | | |
| 77:22 | Q. And what kind of mower did you | | |
| 77:23 | have? | | |
| 78:01 | A. I used a push mower.  Very small | | |
| 78:02 | lawns at every location. | | |
| | | | |
| 78:03 - 78:04 | Keefer, Emily 2020-09-23 | | |
| 78:03 | Q. Did you own any hearing | | |
| 78:04 | protection when you lived together with | | |
| | | | |
| 78:05 - 78:16 | Keefer, Emily 2020-09-23 | | |
| 78:05 | Mr. Keefer? | | |
| 78:06 | A. Yes. | | |
| 78:07 | Q. What models of or what types of | | |
| 78:08 | hearing protection did you have? | | |
| 78:09 | A. Like muffs.  Well, the muffs | | |
| 78:10 | were more for the kids and I.  I don't | | |
| 78:11 | know about -- I know my mom had given | | |
| 78:12 | us -- given me, rather, some Styrofoam | | |
| 78:13 | little pluggers that I never used. | | |
| 78:14 | Q. And you said -- you said the | | |
| 78:15 | muffs were more for the kids and you? | | |
| 78:16 | A. Yes. | | |
| | | | |
| 79:09 - 79:18 | Keefer, Emily 2020-09-23 | | |
| 79:09 | Q. Did Mr. Keefer ever wear the ear | Re: [79:09 to 79:18] | OBJECTIONS |
| 79:10 | muffs? | Pltf Obj misstates | WITHDRAWN, 3/13/2021 |
| 79:11 | A. I don't recall. | | |
| 79:12 | Q. You don't have any recollection | | |
| 79:13 | of him ever wearing the ear muffs? | | |
| 79:14 | A. I don't recall. | | |
| 79:15 | Q. So no, you have no recollection | | |
| 79:16 | of him ever wearing the ear muffs? | | |
| 79:17 | A. That's what I just said.  I | | |
| 79:18 | don't recall. | | |
| | | | |
| 79:19 - 80:01 | Keefer, Emily 2020-09-23 | | |
| 79:19 | Q. You also mentioned you had foam | Re: [79:19 to 80:01] | OVERRULED |
| 79:20 | earplugs that you could roll up?  Is that | Pltf Obj 611; leading | |
| 79:21 | right? | | |
| 79:22 | A. Correct. | | |
| 79:23 | Q. And you didn't use those very | | |
| 80:01 | often? | | |
| | | | |
| 80:03 - 80:09 | Keefer, Emily 2020-09-23 | | |
| 80:03 | A. I didn't use them at all. | | |
| 80:04 | Q. Did the children ever use them? | | |
| 80:05 | A. No. | | |

80:06   Q. Did Mr. Keefer ever use them, to
80:07   your knowledge?
80:08   A. Not that I'm aware.  I have no
80:09   idea whether he did or did not.

80:10 - 80:11   Keefer, Emily 2020-09-23
80:10   Q. Did you and Mr. Keefer ever
80:11   attend any loud events together?

**Re: [80:10 to 80:11]**
**Pltf Obj** Vague; MIL C4 -
non-military noise exposure

OBJECTIONS
WITHDRAWN, 3/13/2021

80:13 - 80:15   Keefer, Emily 2020-09-23
80:13   A. I wouldn't say anything
80:14   particularly loud.
80:15   Q. Did you ever attend concerts?

**Re: [80:13 to 80:15]**
**Pltf Obj** Vague; MIL C4 -
non-military noise exposure

OBJECTIONS
WITHDRAWN, 3/13/2021

80:17 - 80:18   Keefer, Emily 2020-09-23
80:17   A. We went to one concert.
80:18   Q. Did Mr. Keefer wear hearing

**Re: [80:17 to 80:18]**
**Pltf Obj** 602, MIL C4 -
non-military noise exposure,
OBJ beginning at 80:18
incomplete designation (add:
80:19-81:03)

80:19 - 81:03   Keefer, Emily 2020-09-23
80:19   protection at the concert?
80:20   A. It was a Jack Johnson concert,
80:21   pretty mellow.  We did not have the
80:22   greatest seats.
80:23   Q. So he did not wear --
81:01   A. It wasn't a loud concert.
81:02   Q. He did not wear hearing
81:03   protection at the Jack Johnson concert?

80:19 - 81:03   Keefer, Emily 2020-09-23
80:19   protection at the concert?
80:20   A. It was a Jack Johnson concert,
80:21   pretty mellow.  We did not have the
80:22   greatest seats.
80:23   Q. So he did not wear --
81:01   A. It wasn't a loud concert.
81:02   Q. He did not wear hearing
81:03   protection at the Jack Johnson concert?

81:05 - 81:06   Keefer, Emily 2020-09-23
81:05   Q. Did Mr. Keefer wear hearing
81:06   protection at the concert?

**Re: [81:05 to 81:06]**
**Pltf Obj** 602, MIL C4 -
non-military noise exposure;
incomplete designation (add:
80:19:81:03)

OBJECTIONS
WITHDRAWN, 3/13/2021

81:08 - 81:08   Keefer, Emily 2020-09-23
81:08   A. I don't believe he did.

**Re: [81:08 to 81:08]**
**Pltf Obj** 602, MIL C4 -
non-military noise exposure

OBJECTIONS
WITHDRAWN, 3/13/2021

81:09 - 81:23   Keefer, Emily 2020-09-23
81:09   Q. Did you ever attend football
81:10   games or other sporting events together?
81:11   A. High school football games.  We
81:12   lived right next to the stadium.
81:13   Q. About how -- how often -- how
81:14   many times did you attend a high school

**Re: [81:09 to 81:23]**
**Pltf Obj** MIL C4 - non-military
noise exposure, OBJ beginning
at 81:9, 602

OBJECTIONS
WITHDRAWN, 3/13/2021

| | | |
|---|---|---|
| 81:15 | football game? | |
| 81:16 | A. Actually attending the game? I | |
| 81:17 | mean, I might recall two or three. Like | |
| 81:18 | I said, we -- we lived right next-door. | |
| 81:19 | We could look out the kitchen window and | |
| 81:20 | watch the game. It wasn't -- we didn't | |
| 81:21 | need to go sit in the stands. | |
| 81:22 | Q. When you sat in the stands, did | |
| 81:23 | Mr. Keefer ever wear hearing protection? | |

82:02 - 82:02   Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 82:02 | A. I don't recall. | **Re: [82:02 to 82:02]**<br>**Pltf Obj** 602, MIL C4 -<br>non-military noise exposure |

OBJECTIONS
WITHDRAWN, 3/13/2021

82:13 - 82:18   Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 82:13 | Q. Did you ever go fishing with Mr. | **Re: [82:13 to 82:18]** |
| 82:14 | Keefer? | **Pltf Obj** 602, MIL C4 - |
| 82:15 | A. I don't think so. That, I'm not | non-military noise exposure |
| 82:16 | sure. If I did, it might have been once. | |
| 82:17 | Q. Did Mr. Keefer ever go fishing | |
| 82:18 | without you? | |

OBJECTIONS
WITHDRAWN, 3/13/2021

82:20 - 83:06   Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 82:20 | A. Yes. On occasion. | **Re: [82:20 to 83:06]** |
| 82:21 | Q. And do you remember the type of | **Pltf Obj** 602, MIL C4 - |
| 82:22 | boat he used when he went fishing? | non-military noise exposure |
| 82:23 | A. I have no idea. | |
| 83:01 | Q. You never saw the boat? | |
| 83:02 | A. I never saw a boat. | |
| 83:03 | Q. And you don't know whether Mr. | |
| 83:04 | Keefer wore hearing protection when he | |
| 83:05 | went on a boat? | |
| 83:06 | A. I have no idea. | |

OBJECTIONS
WITHDRAWN, 3/13/2021

85:21 - 86:06   Keefer, Emily 2020-09-23

| | |
|---|---|
| 85:21 | Q. Did -- after being in the |
| 85:22 | military, did you notice Mr. Keefer |
| 85:23 | having trouble hearing people or having |
| 86:01 | trouble with ringing in his ears at |
| 86:02 | restaurants or other social gatherings? |
| 86:03 | A. Trouble hearing people, yes. As |
| 86:04 | far as -- he never complained in a social |
| 86:05 | setting. I guess possibly after, but not |
| 86:06 | during. |

86:18 - 86:21   Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 86:18 | Q. Did the -- the ringing in his | **Re: [86:18 to 86:21]** |
| 86:19 | ears ever cause him to have to absent | **Pltf Obj** Vague, 602, |
| 86:20 | himself from a conversation or a social | |
| 86:21 | gathering? | |

OBJECTIONS
WITHDRAWN, 3/13/2021

86:23 - 87:05   Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 86:23 | A. He never -- during the | **Re: [86:23 to 87:05]** |
| 87:01 | interactions, he never mentioned it. If | **Pltf Obj** vague, 602 |
| 87:02 | -- if that happened, I wouldn't have | |
| 87:03 | known because he didn't tell me. | |
| 87:04 | Q. Do -- when the ringing occurred, | |
| 87:05 | do you know how long it lasted? | |

OBJECTIONS
WITHDRAWN, 3/13/2021

87:07 - 87:09   Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 87:07 | A. I do not know. | **Re: [87:07 to 87:09]** |

OBJECTIONS

| | | | |
|---|---|---|---|
| 87:08<br>87:09 | Q. Do you know if it was more than<br>a minute? | **Pltf Obj** 602, cumulative,<br>vague | **WITHDRAWN, 3/13/2021** |
| 87:11 - 87:12 | Keefer, Emily 2020-09-23 | | |
| 87:11<br>87:12 | A. I have no idea.  He never said<br>how long. | | |
| 87:13 - 87:21 | Keefer, Emily 2020-09-23 | | |
| 87:13<br>87:14<br>87:15<br>87:16<br>87:17<br>87:18<br>87:19<br>87:20<br>87:21 | Q. So, how often did you go, when<br>you were married to Mr. Keefer, out to<br>restaurants together?<br>A. Not very often.  Never made a<br>lot of money, so we didn't get to enjoy<br>those types of things very often.<br>Q. Did Mr. Keefer have any<br>objection to going to restaurants, or<br>it's just a budgeting issue? | **Re: [87:13 to 87:21]**<br>**Pltf Obj** 602, vague | **OBJECTIONS**<br>**WITHDRAWN, 3/13/2021** |
| 87:23 - 88:09 | Keefer, Emily 2020-09-23 | | |
| 87:23<br>88:01<br>88:02<br>88:03<br>88:04<br>88:05<br>88:06<br>88:07<br>88:08<br>88:09 | A. I wouldn't say that he objected<br>to going to a restaurant.  Again, we<br>didn't do it very often, so.<br>Q. Did Mr. Keefer try to avoid any<br>other social gatherings in the years<br>after he left the military?<br>A. There was not very many social<br>gatherings.<br>Q. Did he express any reluctance to<br>attend whatever gatherings there were? | **Re: [87:23 to 88:09]**<br>**Pltf Obj** 602, vague | **OBJECTIONS**<br>**WITHDRAWN, 3/13/2021** |
| 88:11 - 88:11 | Keefer, Emily 2020-09-23 | | |
| 88:11 | A. Never to me. | **Re: [88:11 to 88:11]**<br>**Pltf Obj** 602, vague | **OBJECTIONS**<br>**WITHDRAWN, 3/13/2021** |
| 88:14 - 88:16 | Keefer, Emily 2020-09-23 | | |
| 88:14<br>88:15<br>88:16 | So, you have children with Mr.<br>Keefer.  Is that correct?<br>A. Correct. | | |
| 89:02 - 89:21 | Keefer, Emily 2020-09-23 | | |
| 89:02<br>89:03<br>89:04<br>89:05<br>89:06<br>89:07<br>89:08<br>89:09<br>89:10<br>89:11<br>89:12<br>89:13<br>89:14<br>89:15<br>89:16<br>89:17<br>89:18<br>89:19<br>89:20<br>89:21 | Q. And is -- is Keefer -- does<br>Keefer still see the children regularly?<br>A. Yes.<br>Q. How often would you say?<br>A. It's every other weekend.<br>Working on two and a half years ago, I<br>moved to Tulsa, which is three hours and<br>twenty minutes from where he's at now.<br>Q. And what sort of things do<br>Keefer and the children do when they see<br>each other?<br>A. They go out fishing.  Other than<br>that, I -- I couldn't tell you.  That's<br>his time, not mine.<br>Q. Do you take them down to Hobart,<br>or does he come up to Tulsa?<br>A. He has come to Tulsa.  And we<br>have arrangements to meet in Oklahoma<br>City, which is approximately halfway<br>between the two of us. | **Re: [89:02 to 89:21]**<br>**Pltf Obj** 402 | **OBJECTIONS**<br>**WITHDRAWN, 3/13/2021** |
| 92:05 - 92:15 | Keefer, Emily 2020-09-23 | | |

| | | |
|---|---|---|
| 92:05 Q. Does Mr. Keefer talk to the | **Re: [92:05 to 92:15]** | <mark>**OBJECTIONS**</mark> |
| 92:06 children on the phone regularly? | **Pltf Obj** 602 | <mark>**WITHDRAWN, 3/13/2021**</mark> |
| 92:07 A. Yes.  FaceTime. | | |
| 92:08 Q. FaceTime?  And do you ever | | |
| 92:09 participate in those conversations? | | |
| 92:10 A. Not really. | | |
| 92:11 Q. Do you -- are you aware of any | | |
| 92:12 difficulty communicating in those | | |
| 92:13 conversations between Mr. Keefer and the | | |
| 92:14 children? | | |
| 92:15 A. I'm not aware. | | |
| | | |
| 92:16 - 92:18   Keefer, Emily 2020-09-23 | | |
| 92:16 Q. So to your knowledge, there -- | **Re: [92:16 to 92:18]** | <mark>**OBJECTIONS**</mark> |
| 92:17 there's no -- he has no problems talking | **Pltf Obj** 602, Cumulative, | <mark>**WITHDRAWN, 3/13/2021**</mark> |
| 92:18 to his children on FaceTime? | misstates | |
| | | |
| 92:21 - 92:22   Keefer, Emily 2020-09-23 | | |
| 92:21 A. I'm not aware if there are any | **Re: [92:21 to 92:22]** | <mark>**OBJECTIONS**</mark> |
| 92:22 issues. | **Pltf Obj** 602, | <mark>**WITHDRAWN, 3/13/2021**</mark> |
| | | |
| 92:23 - 93:17   Keefer, Emily 2020-09-23 | | |
| 92:23 Q. So, you testified that -- I -- I | **Re: [92:23 to 93:17]** | <mark>**OVERRULED**</mark> |
| 93:01 believe, that your marriage to Mr. Keefer | **Pltf Obj** OBJ beginning at | |
| 93:02 ended in 2017?  Is that right? | 92:23, 402, 403, cumulative | |
| 93:03 A. Yes.  Then the divorce was | | |
| 93:04 finalized in 2018. | | |
| 93:05 Q. In 2018?  All right.  So, when | | |
| 93:06 did you -- and there was a separation | | |
| 93:07 before the divorce? | | |
| 93:08 A. There were two. | | |
| 93:09 Q. There were two separations. | | |
| 93:10 Okay.  When was the first separation? | | |
| 93:11 A. October of 2016 until December | | |
| 93:12 of 2016. | | |
| 93:13 Q. All right.  And when was the | | |
| 93:14 second separation? | | |
| 93:15 A. I believe in May of 2017.  And | | |
| 93:16 then that was all the way through the | | |
| 93:17 divorce. | | |
| | | |
| 93:19 - 93:21   Keefer, Emily 2020-09-23 | | |
| 93:19 Q. And what were the causes of your | **Re: [93:19 to 93:21]** | <mark>**SUSTAINED**</mark> |
| 93:20 separation, your first separation in | **Pltf Obj** 402, 403 | |
| 93:21 October of 2016? | | |
| | | |
| 93:23 - 94:05   Keefer, Emily 2020-09-23 | | |
| 93:23 A. We grew apart, I mean.  Sorry. | **Re: [93:23 to 94:05]** | <mark>**SUSTAINED**</mark> |
| 94:01 You may not have picked that up.  We grew | **Pltf Obj** 402, 403 | |
| 94:02 apart.  Things just weren't the same. | | |
| 94:03 Q. What -- like, is there anything | | |
| 94:04 you can point to that caused you to grow | | |
| 94:05 apart? | | |
| | | |
| 94:08 - 94:09   Keefer, Emily 2020-09-23 | | |
| 94:08 Q. Can you point to anything that | **Re: [94:08 to 94:09]** | <mark>**SUSTAINED**</mark> |
| 94:09 caused you to grow apart? | **Pltf Obj** 402, 403, cumulative | |
| | | |
| 94:11 - 95:13   Keefer, Emily 2020-09-23 | | |
| 94:11 A. It got to a point that I didn't | **Re: [94:11 to 95:13]** | <mark>**SUSTAINED**</mark> |
| 94:12 want a fourth child. | **Pltf Obj** 402, 403, misstates, | |
| 94:13 Q. And did Mr. Keefer want a fourth | | |

| | | | | |
|---|---|---|---|---|
| 94:14 | child? | | | |
| 94:15 | A. I'm talking about him. | | | |
| 94:16 | Q. So Mr. Keefer -- | | | |
| 94:17 | A. I don't -- he was just very | | | |
| 94:18 | irresponsible.  I was not going to take | | | |
| 94:19 | care of him along with three other | | | |
| 94:20 | children. | | | |
| 94:21 | Q. Oh, I understand.  Sorry.  So, | | | |
| 94:22 | in -- in what ways did you have to take | | | |
| 94:23 | care of Mr. Keefer? | | | |
| 95:01 | A. He -- he was just irresponsible. | | | |
| 95:02 | I took care of the house.  I took care of | | | |
| 95:03 | the kids.  I took care of the bills. | | | |
| 95:04 | It's great to play daddy when mom's the | | | |
| 95:05 | disciplinarian and takes care of | | | |
| 95:06 | everything else.  And working full-time, | | | |
| 95:07 | when you express that some things need to | | | |
| 95:08 | change and they don't -- it was kind of a | | | |
| 95:09 | repeat cycle, and I was finally done. | | | |
| 95:10 | Q. And did that -- did Mr. Keefer | | | |
| 95:11 | grow more irresponsible over time, or was | | | |
| 95:12 | it a trait of his throughout your | | | |
| 95:13 | relationship? | | | |
| | | | | |
| 95:15 - 95:18 | Keefer, Emily 2020-09-23 | | | |
| 95:15 | A. That -- I guess there -- there | Re: [95:15 to 95:18] | | SUSTAINED |
| 95:16 | was just more -- it was more once he got | Pltf Obj 402, 403, misstates | | |
| 95:17 | out of the military.  It was just -- it | | | |
| 95:18 | was different. | | | |
| | | | | |
| 95:23 - 97:10 | Keefer, Emily 2020-09-23 | | | |
| 95:23 | Q. Did Mr. Keefer do -- you | Re: [95:23 to 97:10] | | OBJECTIONS |
| 96:01 | mentioned earlier that you took care of | Pltf Obj 402, 403, OBJ ending | | WITHDRAWN, 3/13/2021 |
| 96:02 | the lawn throughout the time you lived | at 97:10 MIL C4 - non-military | | |
| 96:03 | together.  Did Mr. Keefer do any other | noise exposure | | |
| 96:04 | household chores early on in your | | | |
| 96:05 | relationship in 2008, say? | | | |
| 96:06 | A. What types of household chores? | | | |
| 96:07 | If I asked -- if I asked, most of the | | | |
| 96:08 | time he would do things, yes. | | | |
| 96:09 | Q. But there weren't -- were there | | | |
| 96:10 | things that he had responsibility for and | | | |
| 96:11 | did without being given a task to be | | | |
| 96:12 | completed? | | | |
| 96:13 | A. I don't babysit, and I don't | | | |
| 96:14 | give chores to a grown man. | | | |
| 96:15 | Q. Well, that -- that's sort of my | | | |
| 96:16 | question.  Were there things that you | | | |
| 96:17 | didn't have to babysit him about, that he | | | |
| 96:18 | just knew were the things that he had to | | | |
| 96:19 | do and he took care of around the house | | | |
| 96:20 | without you having to tell him? | | | |
| 96:21 | A. As far as initiatives, he -- he | | | |
| 96:22 | did do some things.  He did.  He did some | | | |
| 96:23 | things. | | | |
| 97:01 | Q. And what are some examples of | | | |
| 97:02 | those things? | | | |
| 97:03 | A. He was very good with the kids. | | | |
| 97:04 | If I needed extra time, he took care of | | | |
| 97:05 | the kids.  It wasn't walking through the | | | |
| 97:06 | door like some working parents do and | | | |
| 97:07 | they kind of shun their kids.  He | | | |

|        |                                               |                                   |                                              |
|--------|-----------------------------------------------|-----------------------------------|----------------------------------------------|
| 97:08  | definitely was not absent.  You know, he      |                                   |                                              |
| 97:09  | was good about cleaning up after dinner,       |                                   |                                              |
| 97:10  | those types of things.                         |                                   |                                              |

97:11 - 97:21    Keefer, Emily 2020-09-23
| 97:11  | Q. So he had a good relationship              |
| 97:12  | with his children while he was in the         |
| 97:13  | military?                                     |
| 97:14  | A. Yeah.                                       |
| 97:15  | Q. And does he have a good                    |
| 97:16  | relationship with the children today?         |
| 97:17  | A. Yes.                                        |
| 97:18  | Q. You haven't noticed -- have you            |
| 97:19  | noticed any worsening in their                 |
| 97:20  | relationship over the years, or has it        |
| 97:21  | stayed sort of stable and positive?           |

97:23 - 98:05    Keefer, Emily 2020-09-23
| 97:23  | A. For the most part, it's been               |
| 98:01  | stable and positive.  Obviously, we went      |
| 98:02  | through some changes with the oldest          |
| 98:03  | graduating high school and getting a job.     |
| 98:04  | So there's a little bit less time there,      |
| 98:05  | but it's no fault of his.                      |

98:06 - 98:23    Keefer, Emily 2020-09-23

Re: [98:06 to 98:23]
Pltf Obj OBJ beginning at 98:6
402, 403, vague

OBJECTIONS WITHDRAWN, 3/13/2021

| 98:06  | Q. And did the -- did Mr. Keefer's            |
| 98:07  | willingness to do, you know, the dishes       |
| 98:08  | and chores like that, did that change         |
| 98:09  | over time, or was he consistent in            |
| 98:10  | handling a few things like that?              |
| 98:11  | A. Give me a time period.                      |
| 98:12  | Q. Well, just comparing early on in           |
| 98:13  | your marriage when you were in the --          |
| 98:14  | when he was in the military versus the        |
| 98:15  | years leading up to your divorce in           |
| 98:16  | Oklahoma.                                      |
| 98:17  | A. It -- I would say that there was           |
| 98:18  | probably less that he did leading to the      |
| 98:19  | end.                                           |
| 98:20  | Q. So he -- he was doing fewer               |
| 98:21  | chores around the house in the last years     |
| 98:22  | of your marriage than he had been doing       |
| 98:23  | in the beginning.                              |

99:02 - 99:02    Keefer, Emily 2020-09-23

Re: [99:02 to 99:02]
Pltf Obj 402, 403

OBJECTIONS WITHDRAWN, 3/13/2021

| 99:02  | A. As I recall, yes.                           |

99:03 - 100:03    Keefer, Emily 2020-09-23

Re: [99:03 to 100:03]
Pltf Obj 402, 403

OBJECTIONS WITHDRAWN [99:03-99:12], 3/13/2021

SUSTAINED as to [99:13-100:03]

| 99:03  | Q. Can -- can you think of any                |
| 99:04  | particular things that he stopped doing       |
| 99:05  | that he had done before?                       |
| 99:06  | A. Any particular?  Not                        |
| 99:07  | necessarily.  There was no one particular      |
| 99:08  | thing that he stopped doing.                    |
| 99:09  | Q. He just became less inclined to            |
| 99:10  | take care of things without you having to     |
| 99:11  | tell him to do so?                             |
| 99:12  | A. I guess you could say that.                 |
| 99:13  | Q. And so you separated temporarily           |
| 99:14  | in late 2016 and then again in May 2017.       |

| | | |
|---|---|---|
| 99:15 Were there any other reasons for the | | <span style="background:yellow"> </span> |
| 99:16 second separation, or was it kind of the | | |
| 99:17 same issue? | | |
| 99:18 A. It was the same.  You know, I | | |
| 99:19 moved back into the home because she | | |
| 99:20 middle one had a very hard time.  She | | |
| 99:21 missed her dad, and it was very abrupt | | |
| 99:22 when we left.  And I thought I owed it to | | |
| 99:23 my children to try again.  It didn't | | |
| 100:01 work.  So that -- I mean, that -- there | | |
| 100:02 was no in addition to and then it was | | |
| 100:03 finally done.  It -- it just didn't work. | | |
| | | |
| 100:23 - 101:03  Keefer, Emily 2020-09-23 | | |
| 100:23 Q. So, were there -- were there any | Re: [100:23 to 101:03] | SUSTAINED |
| 101:01 other causes of the end of your | Pltf Obj 402, 403, misstates | |
| 101:02 relationship other than Mr. Keefer's | | |
| 101:03 irresponsibility? | | |
| | | |
| 101:05 - 101:06  Keefer, Emily 2020-09-23 | | |
| 101:05 A. Any other causes?  I wouldn't | Re: [101:05 to 101:06] | SUSTAINED |
| 101:06 say there was any other causes. | Pltf Obj 402, 403, misstates | |
| | | |
| 101:07 - 101:10  Keefer, Emily 2020-09-23 | | |
| 101:07 Q. So from your perspective, the | Re: [101:07 to 101:10] | OVERRULED |
| 101:08 sole cause of your growing apart and | Pltf Obj 402, 403, misstates | |
| 101:09 divorce was Mr. Keefer's | | |
| 101:10 irresponsibility? | | |
| | | |
| 101:12 - 102:08  Keefer, Emily 2020-09-23 | | |
| 101:12 A. We both changed.  It wasn't just | Re: [101:12 to 102:08] | OVERRULED as to [101:12-101:20] |
| 101:13 -- a divorce happens for more than one | Pltf Obj 402, 403, misstates | |
| 101:14 reason.  It's not one person in | | SUSTAINED as to [101:21-102:08] |
| 101:15 particular.  There's definitely two | | |
| 101:16 parties when it comes to marriage.  And | | |
| 101:17 it -- it wasn't just because of his | | |
| 101:18 actions.  We were two different people. | | |
| 101:19 We were two different people than when we | | |
| 101:20 got married. | | |
| 101:21 Q. Was there any infidelity in the | | |
| 101:22 marriage? | | |
| 101:23 A. Not that I'm aware. | | |
| 102:01 Q. And who filed for divorce? | | |
| 102:02 A. I did. | | |
| 102:03 Q. Did Mr. Keefer agree to the | | |
| 102:04 divorce? | | |
| 102:05 A. It took him -- excuse me.  Took | | |
| 102:06 him some time to sign the paperwork. | | |
| 102:07 There was no -- no dispute to what was | | |
| 102:08 written up. | | |
| | | |
| 103:05 - 103:22  Keefer, Emily 2020-09-23 | | |
| 103:05 Q. (By Mr. Carter) Ms. Keefer, | Re: [103:05 to 103:22] | SUSTAINED |
| 103:06 earlier we were talking about the causes | Pltf Obj 402, 403, MIL re | |
| 103:07 of your divorce from Mr. Keefer.  Do you | alleged infidelity | |
| 103:08 remember that? | | |
| 103:09 A. Yes. | | |
| 103:10 Q. And I asked whether there was | | |
| 103:11 any infidelity in the marriage.  And what | | |
| 103:12 was your answer? | | |
| 103:13 A. I said, not that I'm aware. | | |
| 103:14 Q. All right.  So, I'm just going | | |

| | | | |
|---|---|---|---|
| 103:15 | to share a document. I'll go to the top | | |
| 103:16 | here. This is from the deposition that | | |
| 103:17 | Lewis Keefer gave in this case. I'll | | |
| 103:18 | scroll down to the bottom here. And it's | | |
| 103:19 | a little small. Can you read this page | | |
| 103:20 | 328 here? Can you read that text? You | | |
| 103:21 | don't have to read it out loud. I'm just | | |
| 103:22 | asking if you can see it. | | |

**104:07 - 104:13   Keefer, Emily 2020-09-23**

| | | | |
|---|---|---|---|
| 104:07 | Q. Okay. So this is a transcript | **Re: [104:07 to 104:13]** | <span style="background:yellow">**SUSTAINED**</span> |
| 104:08 | of the deposition that Lewis Keefer gave | **Pltf Obj** 402, 403, MIL re | |
| 104:09 | a couple of months ago in this case. And | alleged infidelity | |
| 104:10 | as you'll see, at line 7 here, the | | |
| 104:11 | question is, "What is the date you were | | |
| 104:12 | divorced from your second wife?" | | |
| 104:13 | Did I read that correctly? | | |

**104:16 - 104:20   Keefer, Emily 2020-09-23**

| | | | |
|---|---|---|---|
| 104:16 | A. Uh-huh. Yes. | **Re: [104:16 to 104:20]** | <span style="background:yellow">**SUSTAINED**</span> |
| 104:17 | Q. And Mr. Keefer answered, "I | **Pltf Obj** 402, 403, MIL re | |
| 104:18 | believe it was 2017." | alleged infidelity | |
| 104:19 | So -- and here he's referring to | | |
| 104:20 | his divorce from you. Is that correct? | | |

**104:23 - 105:03   Keefer, Emily 2020-09-23**

| | | | |
|---|---|---|---|
| 104:23 | Q. It appears that in this | **Re: [104:23 to 105:03]** | <span style="background:yellow">**SUSTAINED**</span> |
| 105:01 | testimony, Mr. Keefer is referring to his | **Pltf Obj** 402, 403, MIL re | |
| 105:02 | divorce from you in 2017. Is that | alleged infidelity | |
| 105:03 | correct? | | |

**105:05 - 105:20   Keefer, Emily 2020-09-23**

| | | | |
|---|---|---|---|
| 105:05 | A. It appears that way. | **Re: [105:05 to 105:20]** | <span style="background:yellow">**SUSTAINED**</span> |
| 105:06 | Q. And the question that starts on | **Pltf Obj** 402, 403, MIL re | |
| 105:07 | line 12 is, "And is it your position that | alleged infidelity | |
| 105:08 | that divorce resulted exclusively from | | |
| 105:09 | your inability to communicate because of | | |
| 105:10 | hearing loss?" | | |
| 105:11 | And the answer is, "Exclusively, | | |
| 105:12 | no." | | |
| 105:13 | Did I read that correctly? | | |
| 105:14 | A. You did. | | |
| 105:15 | Q. The next question is, "What | | |
| 105:16 | other problems were you having that led | | |
| 105:17 | to the divorce?" | | |
| 105:18 | The answer is, "Towards the end | | |
| 105:19 | she preferred the company of other men." | | |
| 105:20 | Did I read that correctly? | | |

**105:22 - 106:05   Keefer, Emily 2020-09-23**

| | | | |
|---|---|---|---|
| 105:22 | A. You did read it correctly. | **Re: [105:22 to 106:05]** | <span style="background:yellow">**SUSTAINED**</span> |
| 105:23 | Q. Is that an accurate statement by | **Pltf Obj** 402, 403, MIL re | |
| 106:01 | Mr. Keefer, "Towards the end she | alleged infidelity | |
| 106:02 | preferred the company of other men"? | | |
| 106:03 | A. It is not. | | |
| 106:04 | Q. So this statement by Mr. Keefer | | |
| 106:05 | was false? | | |

**106:07 - 106:07   Keefer, Emily 2020-09-23**

| | | | |
|---|---|---|---|
| 106:07 | A. Correct. | **Re: [106:07 to 106:07]** | <span style="background:yellow">**SUSTAINED**</span> |
| | | **Pltf Obj** 402, 403, 602, MIL re | |
| | | bad acts | |

| | | | |
|---|---|---|---|
| 106:08 - 106:15 | Keefer, Emily 2020-09-23 | | |
| 106:08 | Q. One moment while I bring up | Re: [106:08 to 106:15] | SUSTAINED |
| 106:09 | another document. | Pltf Obj 402, 403, 602, MIL re | |
| 106:10 | Can you see this document, Ms. | bad acts, foundation, | |
| 106:11 | Keefer? | | |
| 106:12 | A. I do. | | |
| 106:13 | Q. As you'll see at the top, it | | |
| 106:14 | reads "NCO Evaluation Report."  Do you | | |
| 106:15 | see that? | | |
| | | | |
| 106:16 - 106:16 | Keefer, Emily 2020-09-23 | | |
| 106:16 | (Exhibit 4 was marked for identification | Re: [106:16 to 106:16] | SUSTAINED |
| | | Pltf Obj 402, 403, 602, MIL re | |
| | | bad acts, foundation | |
| | | | |
| 106:18 - 107:07 | Keefer, Emily 2020-09-23 | | |
| 106:18 | A. I do. | Re: [106:18 to 107:07] | SUSTAINED |
| 106:19 | Q. And do you know what an NCO is? | Pltf Obj 402, 403, MIL re bad | |
| 106:20 | A. Repeat that again, please? | acts | |
| 106:21 | Q. Do you know what an NCO is? | | |
| 106:22 | A. I don't remember what the | | |
| 106:23 | acronym stands for, but I -- yes, I know | | |
| 107:01 | what an NCO is. | | |
| 107:02 | Q. It's a position in the military. | | |
| 107:03 | Is that right? | | |
| 107:04 | A. Correct. | | |
| 107:05 | Q. And you see the name listed here | | |
| 107:06 | is Lewis Keefer? | | |
| 107:07 | A. Correct. | | |
| | | | |
| 107:10 - 107:20 | Keefer, Emily 2020-09-23 | | |
| 107:10 | Q. And -- sorry.  Just let me -- if | Re: [107:10 to 107:20] | SUSTAINED |
| 107:11 | you'll see in this box here in the corner | Pltf Obj 402, 403, 602, MIL re | |
| 107:12 | that I'm (inaudible) rater.  You see | bad acts, foundation | |
| 107:13 | that? | | |
| 107:14 | A. I see that. | | |
| 107:15 | Q. And it says on the last line | | |
| 107:16 | here, "Section Sergeant"? | | |
| 107:17 | A. Okay. | | |
| 107:18 | Q. So, here on these fields in Part | | |
| 107:19 | IV, it states, "Army | | |
| 107:20 | values/attributes/skills/actions." | | |
| | | | |
| 108:19 - 109:02 | Keefer, Emily 2020-09-23 | | |
| 108:19 | Q. (By Mr. Carter) So you can see | Re: [108:19 to 109:02] | SUSTAINED |
| 108:20 | here in Part IV, there are bullet -- | Pltf Obj 402, 403, 602, MIL re | |
| 108:21 | bullet comments.  And the first one | bad acts, foundation | |
| 108:22 | reads, "Professional behavior does not | | |
| 108:23 | attribute to general good order and | | |
| 109:01 | discipline." | | |
| 109:02 | Did I read that correctly? | | |
| | | | |
| 109:04 - 109:08 | Keefer, Emily 2020-09-23 | | |
| 109:04 | A. You did. | Re: [109:04 to 109:08] | SUSTAINED |
| 109:05 | Q. And the second says, "Does not | Pltf Obj 402, 403, 602, MIL re | |
| 109:06 | always present the personal courage to do | bad acts, foundation | |
| 109:07 | or say what is morally right." | | |
| 109:08 | Did I read that correctly? | | |
| | | | |
| 109:10 - 109:13 | Keefer, Emily 2020-09-23 | | |
| 109:10 | A. That's what it says. | Re: [109:10 to 109:13] | SUSTAINED |

| | | | |
|---|---|---|---|
| 109:11<br>109:12<br>109:13 | Q. Did Mr. Keefer ever mention to<br>you that his superiors had made this<br>evaluation of his performance? | **Pltf Obj** 402, 403, 602, MIL re<br>bad acts, foundation | |
| 109:15 - 109:15   Keefer, Emily 2020-09-23 | | | |
| 109:15 | A. No. | **Re: [109:15 to 109:15]**<br>**Pltf Obj** 402, 403, 602, MIL re<br>bad acts, foundation | SUSTAINED |
| 111:01 - 111:13   Keefer, Emily 2020-09-23 | | | |
| 111:01<br>111:02<br>111:03<br>111:04<br>111:05<br>111:06<br>111:07<br>111:08<br>111:09<br>111:10<br>111:11<br>111:12<br>111:13 | Q. As you can see here in box (d),<br>there's another bullet that reads,<br>"Failed to exhibit behavior that supports<br>the Army SHARP and EO programs;<br>contributed to hostile environment for<br>the females within the platoon."<br>Did I read that correctly?<br>A. That's what the document states.<br>Q. Did Mr. Keefer ever mention to<br>you that he had been accused of<br>contributing to a hostile environment for<br>females within the platoon?<br>A. Never mentioned it to me. | **Re: [111:01 to 111:13]**<br>**Pltf Obj** 402, 403, 602, MIL re<br>bad acts, foundation | SUSTAINED |
| 112:05 - 112:07   Keefer, Emily 2020-09-23 | | | |
| 112:05<br>112:06<br>112:07 | Do you think it was morally<br>right of Mr. Keefer to accuse you of<br>infidelity in his deposition? | **Re: [112:05 to 112:07]**<br>**Pltf Obj** 402, 403, misstates | SUSTAINED |
| 112:10 - 112:17   Keefer, Emily 2020-09-23 | | | |
| 112:10<br>112:11<br>112:12<br>112:13<br>112:14<br>112:15<br>112:16<br>112:17 | A. If that was his opinion or his<br>assumption of the situation, I can't<br>change that.  So morally right or wrong,<br>I don't know if you can even say that an<br>assumption is morally right or wrong.<br>Q. You testified that that<br>statement was false; correct?<br>A. I did. | **Re: [112:10 to 112:17]**<br>**Pltf Obj** 402, 403, misstates | SUSTAINED |
| 114:21 - 115:10   Keefer, Emily 2020-09-23 | | | |
| 114:21<br>114:22<br>114:23<br>115:01<br>115:02<br>115:03<br>115:04<br>115:05<br>115:06<br>115:07<br>115:08<br>115:09<br>115:10 | Q. All right.  Were you aware of<br>any other injuries other than those<br>related to hearing -- related to hearing<br>and ringing of the ears that Mr. Keefer<br>sustained during his military service?<br>A. Give me the definition of<br>"injuries."<br>Q. Any physical conditions, any<br>pain, any, you know, discomfort, anything<br>that was -- that he developed during his<br>military service.<br>A. I -- he mentioned back pain,<br>shoulder pain. | **Re: [114:21 to 115:10]**<br>**Pltf Obj** 402, 602, 702, MIL C2<br>- unrealted disability claims | OBJECTIONS<br>WITHDRAWN, 3/13/2021 |
| 116:03 - 116:08   Keefer, Emily 2020-09-23 | | | |
| 116:03<br>116:04<br>116:05<br>116:06<br>116:07<br>116:08 | Q. So shoulder pain, back pain.<br>A. That was -- that was after his<br>military service.  That -- that was not<br>during his military service.  If he<br>sustained injuries, it wasn't brought<br>forward until after his service. | **Re: [116:03 to 116:08]**<br>**Pltf Obj** 402, 602, 702, MIL C2<br>- unrealted disability claims | OBJECTIONS<br>WITHDRAWN, 3/13/2021 |

121:21 - 122:12   Keefer, Emily 2020-09-23

121:21   Q. Did Mr. Keefer ever experience
121:22   -- after his military service, did Mr.
121:23   Keefer ever experience anxiety?
122:01   A. Yes.
122:02   Q. And how did you observe that
122:03   anxiety?
122:04   A. I mean, he was always on edge,
122:05   just a nervous state most of the time,
122:06   was very cautious about things, just.
122:07   Q. Did that start following his
122:08   deployment to Iraq?
122:09   A. I would say it got worse after
122:10   that, yeah.
122:11   Q. Was it -- was it present before
122:12   the deployment as well?

122:14 - 122:21   Keefer, Emily 2020-09-23

122:14   A. I mean, there were some things,
122:15   not -- not anything that I would pinpoint
122:16   and say, oh, he's, you know -- this is
122:17   anxiety or whatnot.  It -- it kind of
122:18   fell in line, you know, once I started
122:19   seeing it more often.
122:20   Q. And did it get worse over time
122:21   after the deployment to Iraq?

122:23 - 123:12   Keefer, Emily 2020-09-23

122:23   A. I mean, after the deployment, it
123:01   -- it was there.  It -- I don't know that
123:02   I would say that it got worse.  There was
123:03   a point that I had to ask, or did ask if
123:04   he had set up an appointment to talk to
123:05   someone to at least address it.
123:06   Q. Do you recall when that was that
123:07   you asked him to seek treatment for
123:08   anxiety?
123:09   A. Probably shortly after he got to
123:10   -- well, it was probably second or third
123:11   year maybe into Hawaii, approximately
123:12   '16, '17.

Re: [122:23 to 123:12]
Pltf Obj 602, 702

OBJECTIONS
WITHDRAWN, 3/13/2021

123:15 - 123:16   Keefer, Emily 2020-09-23

123:15   A. No.  I'm sorry.  It wasn't '16
123:16   or '17.  It would have been '13 or '14.

Re: [123:15 to 123:16]
Pltf Obj 702

OBJECTIONS
WITHDRAWN, 3/13/2021

125:13 - 125:22   Keefer, Emily 2020-09-23

125:13   Q. And this anxiety continued,
125:14   didn't get better, didn't really get
125:15   worse, until -- all through the end of
125:16   your marriage?
125:17   A. Correct.
125:18   Q. And did -- did this contribute
125:19   to the end of your marriage, Mr. Keefer's
125:20   anxiety?
125:21   A. I wouldn't say that his anxiety
125:22   contributed to our divorce, no.

125:23 - 126:11   Keefer, Emily 2020-09-23

125:23   Q. We -- we sort of touched on this
126:01   earlier, but not in the context of
126:02   anxiety.  Did -- did Mr. Keefer's worry

Re: [125:23 to 126:11]
Pltf Obj 402, 403, 602, 702

OBJECTIONS
WITHDRAWN, 3/13/2021

126:03  and anxiety limit his desire to
126:04  socialize?
126:05  A. While we were together, I
126:06  wouldn't say that it did. I mean, he's
126:07  -- he has mentioned that recently it, you
126:08  know, just hasn't felt the greatest. But
126:09  when we were together, I wouldn't say
126:10  that his anxiety limited his, you know,
126:11  want or need to be social.

126:17 - 126:19  Keefer, Emily 2020-09-23
126:17  Q. Yeah. When did he mention to
126:18  you that lately he hasn't been feeling
126:19  the greatest?

**Re: [126:17 to 126:19]**
**Pltf Obj** 402

OBJECTIONS
WITHDRAWN, 3/13/2021

126:21 - 127:03  Keefer, Emily 2020-09-23
126:21  A. I mean, just a phone
126:22  conversation maybe a few weeks ago. A
126:23  timeline, I'm -- I'm not certain how long
127:01  ago it was. I've got so much on my plate
127:02  right now, I couldn't tell you what
127:03  happened yesterday.

**Re: [126:21 to 127:03]**
**Pltf Obj** 402

OBJECTIONS
WITHDRAWN, 3/13/2021

128:03 - 128:07  Keefer, Emily 2020-09-23
128:03  Q. So, were you aware that Mr.
128:04  Keefer applied for disability from the
128:05  Veterans Administration after his
128:06  military service?
128:07  A. Yes.

129:13 - 129:16  Keefer, Emily 2020-09-23
129:13  Q. All right. Just one moment.
129:14  All right. I'm going to share a
129:15  document. Okay. Can you see this
129:16  document, Ms. Keefer?

**Re: [129:13 to 129:16]**
**Pltf Obj** 402, 403, MIL C2 -
unrelated disability claims,
foundation

SUSTAINED

129:19 - 130:10  Keefer, Emily 2020-09-23
129:19  A. Yes.
129:20  Q. And you can see at the top it
129:21  says Department of Veteran -- Veterans
129:22  Affairs?
129:23  A. Yes.
130:01  Q. Let me go to the bottom here.
130:02  Sorry. I'll go back to the top. And you
130:03  can read the title here. It says,
130:04  "Notice to Veteran/Service Member of
130:05  Evidence Necessary to Substantiate a
130:06  Claim For Veterans Disability
130:07  Compensation and Related Compensation
130:08  Benefits."
130:09  Do you see that? Or did I read
130:10  that correctly?

**Re: [129:19 to 130:10]**
**Pltf Obj** 402, 403, MIL C2 -
unrelated disability claims,
foundation

SUSTAINED

130:17 - 131:02  Keefer, Emily 2020-09-23
130:17  Q. Did I read the title of this
130:18  document correctly?
130:19  A. Reread it. I'm not certain if
130:20  you did or you didn't.
130:21  Q. Sure. "Notice to
130:22  Veteran/Service Member of Evidence
130:23  Necessary to Substantiate a Claim For
131:01  Veterans Disability Compensation and

**Re: [130:17 to 131:02]**
**Pltf Obj** 402, 403, 602, MIL C2
- unrelated disability claims,
foundation

SUSTAINED

131:02   Related Compensation Benefits."

131:04 - 131:20   Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 131:04   A. That's the title of the | **Re: [131:04 to 131:20]** | **SUSTAINED** |
| 131:05   document. | **Pltf Obj** 402, 403, 602, MIL C2 | |
| 131:06   Q. You see on the last page here | - unrelated disability claims, | |
| 131:07   the name is Lewis Charles Keefer? | foundation | |
| 131:08   A. Correct. | | |
| 131:09   Q. And there's a list entitled "New | | |
| 131:10   Claimed Disabilities."  Do you see that? | | |
| 131:11   A. I do. | | |
| 131:12   Q. So, let's go through the list | | |
| 131:13   here.  Were you aware that Mr. Keefer | | |
| 131:14   claimed to suffer posttraumatic stress | | |
| 131:15   disorder in relation to his military | | |
| 131:16   service? | | |
| 131:17   A. I wasn't aware of what was | | |
| 131:18   claimed on that.  I didn't fill out the | | |
| 131:19   paperwork.  I'm not sure what he did or | | |
| 131:20   did not claim. | | |

132:06 - 132:08   Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 132:06   Q. Okay.  On the second claim, it | **Re: [132:06 to 132:08]** | **SUSTAINED** |
| 132:07   reads, "Knee condition, bilateral."  Is | **Pltf Obj** 402, 403, 602, MIL C2 | |
| 132:08   that right? | - unrelated disability claims, | |
| | foundation | |

132:10 - 132:14   Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 132:10   A. That's what it reads. | **Re: [132:10 to 132:14]** | **SUSTAINED** |
| 132:11   Q. Did -- did Mr. Keefer ever | **Pltf Obj** 402, 403, 602, 702, | |
| 132:12   complain of a knee condition that | foundation, MIL C2 - unrelated | |
| 132:13   resulted from his military service to | disability claims | |
| 132:14   you? | | |

132:16 - 132:20   Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 132:16   A. I believe earlier you asked if | **Re: [132:16 to 132:20]** | **SUSTAINED** |
| 132:17   he complained of knee pain, which he did. | **Pltf Obj** 402, 403, 602, 702, | |
| 132:18   I can't determine whether it's from his | foundatoin, MIL C2 - unrelated | |
| 132:19   military service or not.  I'm not -- not | disability claims | |
| 132:20   a professional. | | |

132:21 - 133:02   Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 132:21   Q. Did he ever claim or suggest | **Re: [132:21 to 133:02]** | **SUSTAINED** |
| 132:22   that his knee condition that he suffered | **Pltf Obj** 402, 403, 702, | |
| 132:23   after -- knee pain that he suffered after | cumulative, foundation, MIL C2 | |
| 133:01   his military service was caused by his | - unrelated disability claims | |
| 133:02   military service? | | |

133:04 - 133:14   Keefer, Emily 2020-09-23

| | | |
|---|---|---|
| 133:04   A. I don't recall. | **Re: [133:04 to 133:14]** | **SUSTAINED** |
| 133:05   Q. On number 3, tuberculosis, you | **Pltf Obj** 402, 403, cumulative, | |
| 133:06   testified that you weren't aware that he | foundation, MIL C2 - unrelated | |
| 133:07   was ever diagnosed with tuberculosis in | disability claims | |
| 133:08   the military.  Is that correct? | | |
| 133:09   A. All I knew was that he ended up | | |
| 133:10   going and getting an x-ray.  I didn't | | |
| 133:11   know the outcome. | | |
| 133:12   Q. So you were not aware of any | | |
| 133:13   diagnosis of tuberculosis during his | | |
| 133:14   military service? | | |

133:16 - 134:05   Keefer, Emily 2020-09-23

| | | | |
|---|---|---|---|
| 133:16 | A. I wasn't aware of the outcome. | **Re: [133:16 to 134:05]** | SUSTAINED |
| 133:17 | Q. With respect to number 4, it | **Pltf Obj** 402, 403, cumulative, | |
| 133:18 | lists sleep disturbances.  You noticed | foundation, 611; leading; MIL | |
| 133:19 | that Mr. Keefer had trouble sleeping.  Is | C2 - unrelated disability | |
| 133:20 | that right? | claims | |
| 133:21 | A. He had trouble sleeping, yes. | | |
| 133:22 | Q. And did you discuss the reasons | | |
| 133:23 | that he had trouble sleeping with Mr. | | |
| 134:01 | Keefer? | | |
| 134:02 | A. Did not. | | |
| 134:03 | Q. He never claimed to you that it | | |
| 134:04 | was related to anxiety or resulting from | | |
| 134:05 | combat that he had trouble sleeping? | | |

| | | | |
|---|---|---|---|
| 134:07 - 134:07 | Keefer, Emily 2020-09-23 | **Re: [134:07 to 134:07]** | SUSTAINED |
| 134:07 | A. No. | **Pltf Obj** 402, 403, cumulative, | |
| | | foundation, MIL C2 - unrelated | |
| | | disability claims | |

| | | | |
|---|---|---|---|
| 134:15 - 134:21 | Keefer, Emily 2020-09-23 | **Re: [134:15 to 134:21]** | SUSTAINED |
| 134:15 | Q. Number 6 reads, "Signs or | **Pltf Obj** 402, 403, 602, | |
| 134:16 | symptoms involving cardiovascular | cumulative, foundation, MIL C2 | |
| 134:17 | system."  Is that right? | - unrelated disability claims | |
| 134:18 | A. It does. | | |
| 134:19 | Q. Were you aware of any | | |
| 134:20 | cardiovascular issues that Mr. Keefer had | | |
| 134:21 | during his military service? | | |

| | | | |
|---|---|---|---|
| 134:23 - 135:02 | Keefer, Emily 2020-09-23 | **Re: [134:23 to 135:02]** | SUSTAINED |
| 134:23 | A. I never went to any kind of | **Pltf Obj** 402, 403, 602, | |
| 135:01 | medical appointments with him. | cumulative, foundation, MIL C2 | |
| 135:02 | Q. And he never mentioned having | - unrelated disability claims | |
| | | **Re: [135:02 to 135:03]** | SUSTAINED |
| | | **Pltf Obj** 402, 403, 602, | |
| | | cumulative, foundation, 611; | |
| | | leading MIL C2 - unrelated | |
| | | disability claims | |

| | | | |
|---|---|---|---|
| 135:02 - 135:03 | Keefer, Emily 2020-09-23 | **Re: [134:23 to 135:02]** | SUSTAINED |
| 135:02 | Q. And he never mentioned having | **Pltf Obj** 402, 403, 602, | |
| 135:03 | any cardiovascular problems? | cumulative, foundation, MIL C2 | |
| | | - unrelated disability claims | |
| | | **Re: [135:02 to 135:03]** | SUSTAINED |
| | | **Pltf Obj** 402, 403, 602, | |
| | | cumulative, foundation, 611; | |
| | | leading MIL C2 - unrelated | |
| | | disability claims | |

| | | | |
|---|---|---|---|
| 135:05 - 135:15 | Keefer, Emily 2020-09-23 | **Re: [135:05 to 135:15]** | SUSTAINED |
| 135:05 | A. I don't recall him ever | **Pltf Obj** 402, 403, 602, | |
| 135:06 | mentioning it. | cumulative, foundation, MIL C2 | |
| 135:07 | Q. Number 10 reads, "Hand | - unrelated disability claims | |
| 135:08 | condition, bilateral."  Do you see that? | | |
| 135:09 | A. I can see that. | | |
| 135:10 | Q. Did Mr. Keefer ever complain of | | |
| 135:11 | hand pain after his military service? | | |
| 135:12 | A. I don't recall. | | |

| | | |
|---|---|---|
| 135:13   Q. Number 12 reads, "Vision."  Did | | |
| 135:14   Mr. Keefer ever complain of vision | | |
| 135:15   problems after his military service? | | |
| | | |
| **135:17 - 136:02   Keefer, Emily 2020-09-23** | **Re: [135:17 to 136:02]** | SUSTAINED |
| 135:17   A. After his military service, no. | **Pltf Obj** 402, 403, 602, 702, | |
| 135:18   Q. And you never noticed any vision | 611; leading, MIL C2 - | |
| 135:19   problems other than that he needed | unrelated disability claims | |
| 135:20   glasses? | | |
| 135:21   A. Not that I recall. | | |
| 135:22   Q. Number 13 reads, "Chronic | | |
| 135:23   headache."  Were you aware that Mr. | | |
| 136:01   Keefer suffered from chronic headaches | | |
| 136:02   after his military service? | | |
| | | |
| **136:04 - 136:06   Keefer, Emily 2020-09-23** | **Re: [136:04 to 136:06]** | SUSTAINED |
| 136:04   A. I was not aware. | **Pltf Obj** 402, 403, 602, | |
| 136:05   Q. Did he ever complain of chronic | foundation, MIL C2 - unrelated | |
| 136:06   headaches? | disability claims | |
| | | |
| **136:08 - 136:10   Keefer, Emily 2020-09-23** | **Re: [136:08 to 136:10]** | SUSTAINED |
| 136:08   A. Not to me. | **Pltf Obj** 402, 403, 602, | |
| 136:09   Q. Did you ever notice him having | foundation, MIL C2 - unrelated | |
| 136:10   chronic headaches? | disability claims | |
| | | |
| **136:12 - 137:06   Keefer, Emily 2020-09-23** | **Re: [136:12 to 137:06]** | SUSTAINED |
| 136:12   Q. Notice anything that he had a | **Pltf Obj** 402, 403, 602, 702, | |
| 136:13   headache? | foundation, MIL C2 - unrelated | |
| 136:14   A. Not that I recall. | disability claims | |
| 136:15   Q. Number 14 says, "Ankle | | |
| 136:16   condition, bilateral."  Do you see that? | | |
| 136:17   A. I do. | | |
| 136:18   Q. Did Mr. Keefer ever complain of | | |
| 136:19   ankle pain after his military service? | | |
| 136:20   A. Not that I recall. | | |
| 136:21   Q. Did you ever notice him having | | |
| 136:22   any difficulty with his ankles? | | |
| 136:23   A. Not that I can remember. | | |
| 137:01   Q. Number 16 says, "Nonspecific | | |
| 137:02   respiratory condition."  Do you see that? | | |
| 137:03   A. I do. | | |
| 137:04   Q. Do you remember Mr. Keefer | | |
| 137:05   having any respiratory difficulties after | | |
| 137:06   his military service? | | |
| | | |
| **137:08 - 137:08   Keefer, Emily 2020-09-23** | **Re: [137:08 to 137:08]** | SUSTAINED |
| 137:08   A. Not that I recall. | **Pltf Obj** 402, 403, 602, | |
| | foundation, MIL C2 - unrelated | |
| | disability claims | |
| | | |
| **137:09 - 137:11   Keefer, Emily 2020-09-23** | **Re: [137:09 to 137:11]** | SUSTAINED |
| 137:09   Q. Did he ever complain of any | **Pltf Obj** 402, 403, 602, | |
| 137:10   respiratory difficulties after his | foundation, MIL C2 - unrelated | |
| 137:11   military service? | disability claims | |
| | | |
| **137:13 - 137:20   Keefer, Emily 2020-09-23** | **Re: [137:13 to 137:20]** | SUSTAINED |
| 137:13   A. Not that I recall. | **Pltf Obj** 402, 403, 602, 702, | |
| 137:14   Q. Number 18 says, "Eye condition, | | |

| | | |
|---|---|---|
| 137:15 | left."  Do you see that? | |
| 137:16 | A. Uh-huh.  Yes. | |
| 137:17 | Q. Do you recall Mr. Keefer having | |
| 137:18 | any problems with his left eye after his | |
| 137:19 | military service? | |
| 137:20 | A. Not that I recall. | |

**138:02 - 138:04   Keefer, Emily 2020-09-23**

| | | |
|---|---|---|
| 138:02 | Q. Sorry.  Did he ever complain of | **Re: [138:02 to 138:04]** |
| 138:03 | any problems with his left eye after his | **Pltf Obj** 402, 403, 602, |
| 138:04 | military service? | foundation, MIL C2 - unrelated |
| | | disability claims |

SUSTAINED

**138:06 - 138:12   Keefer, Emily 2020-09-23**

| | | |
|---|---|---|
| 138:06 | A. Not to me. | **Re: [138:06 to 138:12]** |
| 138:07 | Q. You can see under "Secondary | **Pltf Obj** 402, 403, 602, |
| 138:08 | Disabilities" here, number 1 says, "Sleep | foundation, MIL C2 - unrelated |
| 138:09 | apnea"? | disability claims |
| 138:10 | A. Yes. | |
| 138:11 | Q. And it says, "Secondary to sleep | |
| 138:12 | disturbances."  You see that? | |

SUSTAINED

**138:14 - 138:16   Keefer, Emily 2020-09-23**

| | | |
|---|---|---|
| 138:14 | A. I do. | **Re: [138:14 to 138:16]** |
| 138:15 | Q. Did Mr. Keefer ever complain of | **Pltf Obj** 402, 403, vague, |
| 138:16 | sleep apnea? | foundation, MIL C2 - unrelated |
| | | disability claims |

SUSTAINED

**138:18 - 138:19   Keefer, Emily 2020-09-23**

| | | |
|---|---|---|
| 138:18 | Q. After his military service? | **Re: [138:18 to 138:19]** |
| 138:19 | A. No. | **Pltf Obj** 402, 403, vague, MIL |
| | | C2 - unrelated disability |
| | | claims |

SUSTAINED

**138:21 - 138:21   Keefer, Emily 2020-09-23**

| | | |
|---|---|---|
| 138:21 | A. Not to me. | **Re: [138:21 to 138:21]** |
| | | **Pltf Obj** 402, 403, vague, MIL |
| | | C2 - unrelated disability |
| | | claims |

SUSTAINED

**138:23 - 139:03   Keefer, Emily 2020-09-23**

| | | |
|---|---|---|
| 138:23 | Regarding the -- Mr. Keefer's | **Re: [138:23 to 139:03]** |
| 139:01 | anxiety, did Mr. Keefer ever suffer panic | **Pltf Obj** 402, 403, 702, , MIL |
| 139:02 | attacks that you witnessed? | C2 - unrelated disability |
| 139:03 | A. That I witnessed?  No. | claims |

SUSTAINED

**142:22 - 143:04   Keefer, Emily 2020-09-23**

| | |
|---|---|
| 142:22 | Q. And he was able to get a job |
| 142:23 | after he left the military; correct? |
| 143:01 | A. Yes.  Yes.  He has a job now. |
| 143:02 | Q. And he has been continuously |
| 143:03 | employed as a police officer since he got |
| 143:04 | that job? |

**143:06 - 143:13   Keefer, Emily 2020-09-23**

| | |
|---|---|
| 143:06 | A. I am not sure.  It was after we |
| 143:07 | were divorced.  I don't babysit. |
| 143:08 | Q. All right.  Just one -- just a |
| 143:09 | moment here. |
| 143:10 | He's been employed continuously |
| 143:11 | -- has he been -- has he had a job |
| 143:12 | continuously since he first obtained a |

143:13   job in Oklahoma?

143:15 - 143:19   Keefer, Emily 2020-09-23
143:15   A. He was continuously employed
143:16   while we were married living in Oklahoma.
143:17   After that, again, I -- I don't know.
143:18   He's a grown man. I don't babysit. He
143:19   was my ex-husband after that point.

146:12 - 146:15   Keefer, Emily 2020-09-23
146:12   Q. But just in your -- to your
146:13   knowledge, there's no reason that
146:14   prevents him from working like anyone
146:15   else?

**Re: [146:12 to 146:15]**
**Pltf Obj** 402, 403, 602, 702,
MIL C2 - unrelated disability
claims

SUSTAINED

146:17 - 146:19   Keefer, Emily 2020-09-23
146:17   A. Not to my knowledge.
146:18   Q. Is there anything that prevents
146:19   him from mowing the lawn, for example?

**Re: [146:17 to 146:19]**
**Pltf Obj** 402, 403, 602, 702,
MIL C2 - unrelated disability
claims

SUSTAINED

146:21 - 147:01   Keefer, Emily 2020-09-23
146:21   A. Not that I'm aware of.
146:22   Q. Anything that prevents him from
146:23   doing household chores like cleaning the
147:01   dishes?

**Re: [146:21 to 147:01]**
**Pltf Obj** 402, 403, 602, 702,
MIL C2 - unrelated disability
claims

SUSTAINED

147:03 - 147:09   Keefer, Emily 2020-09-23
147:03   A. Not that I'm aware of.
147:04   Q. Anything that prevents him from
147:05   recreational activities, like going
147:06   fishing, for example?
147:07   A. Not that I'm aware of.
147:08   Q. Anything that prevents him from
147:09   throwing a baseball with his children?

**Re: [147:03 to 147:09]**
**Pltf Obj** 402, MIL C2 -
unrelated disability claims

SUSTAINED

147:11 - 147:13   Keefer, Emily 2020-09-23
147:11   A. Not that I'm aware of.
147:12   Q. Anything that prevents him from
147:13   being an active father in general?

**Re: [147:11 to 147:13]**
**Pltf Obj** 402, 403, 602, MIL C2
- unrelated disability claims

SUSTAINED

147:15 - 147:15   Keefer, Emily 2020-09-23
147:15   A. Not that I'm aware of.

**Re: [147:15 to 147:15]**
**Pltf Obj** 402, 403, 602, MIL C2
- unrelated disability claims

SUSTAINED

147:23 - 148:02   Keefer, Emily 2020-09-23
147:23   Q. Is there anything that prevents
148:01   him from being able to read to his
148:02   children at night, for example?

**Re: [147:23 to 148:02]**
**Pltf Obj** 402, 403, 602, 702,
MIL C2 - unrelated disability
claims

OVERRULED

148:04 - 148:07   Keefer, Emily 2020-09-23
148:04   A. No idea.
148:05   Q. Or anything that prevents him
148:06   from being able to hug his children or
148:07   have physical contact with them?

**Re: [148:04 to 148:07]**
**Pltf Obj** 402, 403, 602, 702,
MIL C2 - unrelated disability
claims

OVERRULED

148:09 - 148:09   Keefer, Emily 2020-09-23
148:09   A. Not that I'm aware of.

**Re: [148:09 to 148:09]**
**Pltf Obj** 402, 403, 602, 702,
MIL C2 - unrelated disability

OVERRULED

claims

| | | | |
|---|---|---|---|
| 162:16 - 162:19   Keefer, Emily 2020-09-23 | | | |
| 162:16   So, earlier you testified that | Re: [162:16 to 162:19] | | SUSTAINED |
| 162:17   Mr. Keefer was demoted because of your | Pltf Obj cumulative, misstates | | |
| 162:18   attitude and interactions with the | | | |
| 162:19   sergeant; correct? | | | |
| 162:21 - 162:22   Keefer, Emily 2020-09-23 | | | |
| 162:21   A. That was my understanding. | Re: [162:21 to 162:22] | | SUSTAINED |
| 162:22   Q. And you're not aware of any | Pltf Obj 402, 403, 602, | | |
| | cumulative, MIL re bad acts | | |
| 162:23 - 163:02   Keefer, Emily 2020-09-23 | | | |
| 162:23   other -- you were not aware of any other | Re: [162:23 to 163:02] | | SUSTAINED |
| 163:01   causes of his demotion.  Is that correct? | Pltf Obj 402, 403, 602, | | |
| 163:02   A. Correct. | cumulative, MIL re bad acts | | |
| 163:04 - 163:10   Keefer, Emily 2020-09-23 | | | |
| 163:04   Q. Okay.  I just want to show you | Re: [163:04 to 163:10] | | SUSTAINED |
| 163:05   Mr. Keefer's testimony on this topic. | Pltf Obj 402, 403, 602, | | |
| 163:06   So, this is similar to what we looked at | cumulative, MIL re bad acts, | | |
| 163:07   earlier.  This is the transcript of Mr. | foundation, vague | | |
| 163:08   Keefer's testimony and deposition in this | | | |
| 163:09   case on July 30th, 2020, which was given | | | |
| 163:10   under oath.  So I'll just give you a | | | |
| 164:20 - 165:08   Keefer, Emily 2020-09-23 | | | |
| 164:20   Q. So, did Mr. Keefer ever tell you | Re: [164:20 to 165:08] | | SUSTAINED |
| 164:21   about any of the events that are | Pltf Obj 402, 403, 602, | | |
| 164:22   described in his testimony? | cumulative, MIL re bad acts, | | |
| 164:23   A. No. | foundation, vague | | |
| 165:01   Q. He never told you about the | | | |
| 165:02   sexual harassment charge? | | | |
| 165:03   A. No.  He didn't.  Obviously, he | | | |
| 165:04   told me about the reduction in rank, and | | | |
| 165:05   I knew that because the pay was changed. | | | |
| 165:06   That -- that's all that I knew.  He | | | |
| 165:07   didn't mention anything else that he | | | |
| 165:08   testified on. | | | |
| 165:22 - 166:03   Keefer, Emily 2020-09-23 | | | |
| 165:22   Q. Well, Mr. Keefer didn't mention | Re: [165:22 to 166:03] | | SUSTAINED |
| 165:23   any of the -- the events that are | Pltf Obj 402, 403, 602, | | |
| 166:01   described here with respect to the sexual | cumulative, misstates, | | |
| 166:02   harassment or anything other than the | foundation, MIL re bad acts | | |
| 166:03   rank reduction; correct? | | | |
| 166:05 - 166:09   Keefer, Emily 2020-09-23 | | | |
| 166:05   A. Correct. | Re: [166:05 to 166:09] | | SUSTAINED |
| 166:06   Q. So, when he told you that your | Pltf Obj 402, 403, 602, | | |
| 166:07   attitude towards the sergeant had caused | cumulative, misstates, | | |
| 166:08   his demotion, he wasn't giving you the | foundation, MIL re bad acts | | |
| 166:09   full story.  Is that right? | | | |
| 166:12 - 166:12   Keefer, Emily 2020-09-23 | | | |
| 166:12   A. He -- he just told me one thing. | Re: [166:12 to 166:12] | | SUSTAINED |
| | Pltf Obj 402, 403, 602, | | |
| | cumulative, foundation, MIL re | | |
| | bad acts | | |
| 167:02 - 167:03   Keefer, Emily 2020-09-23 | | | |

| | | | | |
|---|---|---|---|---|
| 167:02 | Q. Would you have wanted to know if | **Re: [167:02 to 167:03]** | | SUSTAINED |
| 167:03 | he was charged with sexual harassment? | **Pltf Obj** 402, 403, 602, cumulative, misstates, argumentative, foundation, MIL re bad acts | | |
| 167:05 - 167:06 | Keefer, Emily 2020-09-23 | | | |
| 167:05 | A. I think any person would want | **Re: [167:05 to 167:06]** | | SUSTAINED |
| 167:06 | to. | **Pltf Obj** 402, 403, 602, cumulative, misstates, foundation, argumentative, MIL re bad acts | | |
| 168:06 - 168:08 | Keefer, Emily 2020-09-23 | | | |
| 168:06 | Q. Would you have wanted to know, | **Re: [168:06 to 168:08]** | | SUSTAINED |
| 168:07 | in particular as Mr. Keefer's wife, if he | **Pltf Obj** 402, 403, 602, cumulative, misstates, foundation, argumentative, MIL | | |
| 168:08 | had been charged with sexual harassment? | re bad acts | | |
| 168:11 - 168:11 | Keefer, Emily 2020-09-23 | | | |
| 168:11 | A. If he was charged, yes. | **Re: [168:11 to 168:11]** | | SUSTAINED |
| | | **Pltf Obj** 402, 403, 602, cumulative, misstates, argumentative, MIL re bad acts | | |

| 3M Affirmatives | Pltf Objections | Plft Counters | 3M Objections | Rulings |
|---|---|---|---|---|
| **751:18 - 752:16  Kieper, Ronald 2019-12-20** | | | | |
| 751:18  Q. Good afternoon. | | | | |
| 751:19  A. Good afternoon. | | | | |
| 751:20  Q. Will you please introduce yourself to the | | | | |
| 751:21  jury? | | | | |
| 751:22  A. Yes.  My name is Ronald William Kieper. | | | | |
| 751:23  Q. Mr. Kieper, where do you currently reside? | | | | |
| 751:24  A. I live in Plainfield, Indiana. | | | | |
| 751:25  Q. Where is Plainfield, Indiana? | | | | |
| 752:01  A. From Indianapolis, it is about 15 miles to | | | | |
| 752:02  the southwest. | | | | |
| 752:03  Q. And how long have you lived in Plainfield, | | | | |
| 752:04  Indiana? | | | | |
| 752:05  A. 34 years. | | | | |
| 752:06  Q. Mr. Kieper, are you familiar with a | | | | |
| 752:07  product by the name of Combat Arms Earplug Version 2? | | | | |
| 752:08  A. I am. | | | | |
| 752:09  Q. How so? | | | | |
| 752:10  A. The Combat Arms Version 2 was manufactured | | | | |
| 752:11  and sold by Aearo Company and perhaps other named | | | | |
| 752:12  companies, but it was the same -- the same company. | | | | |
| 752:13  And I did the product testing on the device, I did | | | | |
| 752:14  real-ear testing on it, and the results of those tests | | | | |
| 752:15  were noise reduction ratings with which the product | | | | |
| 752:16  was labeled. | | | | |
| **752:22 - 753:20  Kieper, Ronald 2019-12-20** | | | | |
| 752:22  Q. Okay.  If you can look at the slide here, | **Re: [753:13 to 753:20]** | | | **SUSTAINED** |
| 752:23  I'd just like to quickly tick this off, Mr. Kieper. | **Pltf Obj** 402; 403; | | | |
| 752:24  Can you please start with what you -- what | nonresponsive | | | |
| 752:25  school you went to after you graduated from high | | | | |
| 753:01  school? | | | | |
| 753:02  A. I went to Concordia Lutheran Junior | | | | |
| 753:03  College in Ann Arbor -- Ann Arbor, Michigan.  That's | | | | |
| 753:04  as it says, it's a two-year college, and I was | | | | |
| 753:05  studying for the Lutheran ministry. | | | | |
| 753:06  Q. What did you do after Concordia Junior | | | | |
| 753:07  College? | | | | |
| 753:08  A. I came back to Indianapolis and a friend | | | | |
| 753:09  of mine was working at Lutheran Child and Family | | | | |
| 753:10  Services.  Excuse me.  He asked me if I wanted a | | | | |
| 753:11  summer job, and I said, yes, and the summer job lasted | | | | |
| 753:12  12 years. | | | | |
| 753:13  Q. Nice. | | | | |
| 753:14  A. Working with emotionally disturbed | | | | |
| 753:15  children.  I was in the dormitory with the teenage | | | | |
| 753:16  boys and was a child care worker at that institution | | | | |
| 753:17  until I left there to go to the Methodist Children's | | | | |
| 753:18  Home in Lebanon, Indiana for a few months.  In | | | | |
| 753:19  November of 1980 my mother was diagnosed with a brain | | | | |
| 753:20  tumor and she subsequently passed away in May of 1981. | | | | |
| **753:24 - 756:16  Kieper, Ronald 2019-12-20** | | | | |
| 753:24  Q. I think you said that you went to the | | | | |
| 753:25  Methodist Children's Home? | | | | |
| 754:01  A. Yes. | | | | |
| 754:02  Q. What did you do there? | | | | |
| 754:03  A. I was a child care worker as I was at | | | | |
| 754:04  Lutheran Child and Family Services. | | | | |
| 754:05  Q. What did you do after the Meth -- after | | | | |

754:06   working at the Methodist Children's Home?
754:07   A. After my mother passed, I was looking for
754:08   a job and a friend of mine was working at E-A-R
754:09   Division of Cabot Corporation and told me that they
754:10   were hiring, so I applied for and was hired to work in
754:11   the manufacturing part of that company. I worked
754:12   on -- initially I work on the casting line where,
754:13   among other things, we made the foam that's used to
754:14   make the yellow foam earplugs, the E-A-R plugs.
754:15   Q. When were you first hired by the Cabot
754:16   Safety Corporation?
754:17   A. In June of 1981.
754:18   Q. So I thought -- I think you said you were
754:19   working on the casting line where they were
754:20   manufacturing yellow E-A-R foam plugs, is that right?
754:21   A. They -- we manufactured the foam and then
754:22   we put that into 150-foot rolls, if I remember
754:23   correctly, and then after the rolls aged they would go
754:24   across the street and be punched into earplugs.
754:25   Q. It says here also that you have -- you
755:01   went to Purdue University in 1986.
755:02   So were you -- did you go to Purdue
755:03   University while you were working at the E-A-R
755:04   Division at Cabot Corporation?
755:05   A. I did. I was actually -- I was going to
755:06   Indiana University Purdue University of Indianapolis
755:07   and I was -- at that time I was studying for a degree
755:08   in social work, which I did not complete. After I was
755:09   hired at E-A-R Division, Aearo Company, if you will,
755:10   they had tuition reimbursement program, so I returned
755:11   to school and eventually completed my degree in
755:12   computer technology in the early '90s.
755:13   Q. Did you have any other jobs at the E-A-R
755:14   Division for Cabot Safety Corporation other than
755:15   working on the casting line?
755:16   A. For two years I worked in the Noise
755:17   Control Products Division, and that was filling orders
755:18   and punching materials into parts for noise damping.
755:19   The materials that we made the foam earplugs from was
755:20   also useful in damping vibration and noise from noisy
755:21   machinery, so. After two years there in that position
755:22   an opening came up in the technical department and I
755:23   applied for that and was hired by Mr. Elliott Berger
755:24   in 1980 -- September of 1988.
755:25   Q. And what did you do in the technical
756:01   group?
756:02   A. I ran the Hearing Conservation Program for
756:03   the company for several years, I was responsible for
756:04   maintaining the electronic equipment that was used in
756:05   the real-ear testing procedures that we did in the
756:06   E-A-RCAL Laboratory. I maintained the calibration
756:07   records for those -- for that equipment and I did
756:08   research and development testing both on humans and
756:09   with acoustic test fixtures to measure the insertion
756:10   loss of hearing protectors.
756:11   Q. What was your title in the technical
756:12   group?
756:13   A. I was an acoustic technician.
756:14   Q. You mentioned that you did R&D testing on
756:15   human subjects for -- with hearing protection devices.
756:16   Did I get that right?

756:19 - 756:19   Kieper, Ronald 2019-12-20
756:19      A. Yes, that's correct.

756:21 - 757:25   Kieper, Ronald 2019-12-20
756:21      Q. Did you also do REAT testing on human
756:22      subjects?
756:23      A. Yes.  The acronym REAT stands for real-ear
756:24      attenuation at threshold testing.
756:25      Q. Did you receive any training to learn how
757:01      to conduct REAT testing on human subjects for hearing
757:02      protection devices?
757:03      A. The training I got was two weeks with the
757:04      previous technician, Richard Ness, and guidance by
757:05      Mr. Berger, and subsequently to the two-week training
757:06      period, it was myself and Mr. Berger, and I learned
757:07      from him and I learned how to do the procedures that
757:08      needed to be done on the job.
757:09      Q. Did you receive any other training?
757:10      A. Yes.  I took a 20-hour course to become a
757:11      certified occupational hearing conservationist that I
757:12      was -- I used that information to continue the Hearing
757:13      Conservation Program at E-A-R Aearo.
757:14      Q. It says here that from -- you were at the
757:15      E-A-R Division in the technical group from 1988 to
757:16      2006.
757:17      Were you an acoustical technician the
757:18      entire time?
757:19      A. Actually, it was 2016.
757:20      Q. 2016.  Apologies.
757:21      A. Yes.  And I was -- my title as I got older
757:22      it changed to senior acoustic technician, but my job
757:23      duties were basically the same.
757:24      Q. And they were the same from Cabot to Aearo
757:25      to 3M, all of those entities?

758:01 - 758:24   Kieper, Ronald 2019-12-20
758:01      A. Yes.
758:02      Q. Did you retire in 2016 from the E-A-R
758:03      Division of 3M?
758:04      A. It was simply 3M at the time, but, yes,
758:05      excuse me, I retired at the end of June in 2016.
758:06      Q. What did you do next?
758:07      A. Well, I purchased a motorcycle and I took
758:08      a riding course because I never -- I had ridden a
758:09      motorcycle before, before our -- my wife and my son
758:10      are -- or my wife -- our son was born and I had gotten
758:11      rid of the motorcycle when my wife got pregnant with
758:12      our son, so, but I took this riding course and
758:13      subsequently joined the group ABATE, which is an
758:14      acronym for American Bikers Attuned to Education, and
758:15      I was a member of that group for a few months when one
758:16      of the officers fell ill and resigned his post, so I
758:17      took over those responsibilities as what they call a
758:18      LINC person, L-I-N-C, and I don't remember what that
758:19      means, but basically I reported to the group what the
758:20      national -- what national organizations, the
758:21      Motorcycle Riders Foundation and the American
758:22      Motorcycle Association, what bills in Congress they
758:23      were supporting and bills that they were not
758:24      supporting.

Re: [758:06 to 758:24]
Pltf Obj 402; 403; narrative
question calling for a
narrative response

OVERRULED as to
[58:06-758:05]

SUSTAINED in all
other respects

759:03 - 759:08  Kieper, Ronald 2019-12-20

| 759:03 | Q. Do you currently work for ABATE? |
| 759:04 | A. I do motorcycle certification training in |
| 759:05 | Indiana.  People who ride motorcycles, before they can |
| 759:06 | get certified on their driver's license, they have to |
| 759:07 | take a test, and so I was trained to give these people |
| 759:08 | the motorcycle riding test. |

759:09 - 759:14  Kieper, Ronald 2019-12-20

| 759:09 | Q. It also says here that you were a |
| 759:10 | consultant for 3M company in 2016? |
| 759:11 | A. Yes.  3M requires that retirees are away |
| 759:12 | from the company for one month.  So in August of 2017 |
| 759:13 | I was hired as a consultant for 3M and again worked |
| 759:14 | under Elliott Berger. |

**Re: [759:09 to 759:14]**
**Def Obj** relevance (401, 402); misleading; 403

**OVERRULED**

759:15 - 760:25  Kieper, Ronald 2019-12-20

| 759:15 | Q. Other than your work with ABATE currently, |
| 759:16 | do you do any other work? |
| 759:17 | A. I volunteer for an organization called -- |
| 759:18 | the acronym is C.A.R.E.  It's the Center for At Risk |
| 759:19 | Elders.  It's an organization in Marion County, |
| 759:20 | Indiana of a group of lawyers who have banded together |
| 759:21 | to -- and they get guardianship of people who cannot |
| 759:22 | take care of themselves and have no family to support |
| 759:23 | them.  So I volunteer and I am a -- I was assigned a |
| 759:24 | client, so he is my guardian as a representative of |
| 759:25 | C.A.R.E. |
| 760:01 | Q. He is your guardian? |
| 760:02 | A. Well, he is -- he is C.A.R.E.'s guardian |
| 760:03 | and I -- I look in on him at the group home in which |
| 760:04 | he lives. |
| 760:05 | Q. Were you involved in the design of hearing |
| 760:06 | protection products at any time that you were employed |
| 760:07 | by Cabot, Aearo or 3M? |
| 760:08 | A. No, I wasn't. |
| 760:09 | Q. Were you involved in the marketing of |
| 760:10 | hearing protection products at any time that you were |
| 760:11 | employed by Cabot, Aearo or 3M? |
| 760:12 | A. No, I was not. |
| 760:13 | Q. Were you involved in the sale of hearing |
| 760:14 | protection products at any time that you were employed |
| 760:15 | by Cabot, Aearo or 3M? |
| 760:16 | A. I was not. |
| 760:17 | Q. Were you involved in the drafting or |
| 760:18 | editing of user instructions of hearing protection |
| 760:19 | products at any time that you were employed by Cabot, |
| 760:20 | Aearo or 3M? |
| 760:21 | A. No. |
| 760:22 | Q. Was it part of -- was it a part of your |
| 760:23 | job responsibility at any time that you were employed |
| 760:24 | by Cabot, Aearo or 3M to do any consumer research on |
| 760:25 | the use of hearing protection products? |

**Re: [759:15 to 760:04]**
**Pltf Obj** 402; 403; nonresponsive

**SUSTAINED**

761:03 - 761:03  Kieper, Ronald 2019-12-20

| 761:03 | A. No. |

761:05 - 761:08  Kieper, Ronald 2019-12-20

| 761:05 | Q. Was it a part of your job responsibility |
| 761:06 | at any time that you were employed by Cabot, Aearo or |

761:07    3M to talk to the military about the company's hearing
761:08    products?

761:11 - 761:11    Kieper, Ronald 2019-12-20
761:11    A. No.

761:13 - 761:25    Kieper, Ronald 2019-12-20
761:13    Q. You previously testified that there are
761:14    different standards or methods for testing hearing
761:15    protection devices.
761:16    Do you remember that testimony?
761:17    A. Yes.
761:18    Q. And specifically you mentioned being
761:19    familiar with two ANSI standards.
761:20    Do you remember what those two ANSI
761:21    standards were?
761:22    A. Yes.  The first is ANSI S3.19-1974 and the
761:23    second standard is S -- ANSI S12.6-1997.
761:24    Q. When conduct -- when conducting a REAT
761:25    labeling test, which of those ANSI standards is

762:01 - 762:01    Kieper, Ronald 2019-12-20
762:01    applicable?

762:04 - 762:05    Kieper, Ronald 2019-12-20
762:04    A. For labeling tests, the ANSI S3.19-1974
762:05    standard is used.

762:07 - 762:13    Kieper, Ronald 2019-12-20
762:07    Q. Can you just remind us what REAT stands
762:08    for?
762:09    A. REAT stands for real-ear attenuation at
762:10    threshold.
762:11    Q. Do you have an understanding as to why the
762:12    ANSI S3.19 standard is applicable to REAT labeling
762:13    tests?

762:16 - 762:20    Kieper, Ronald 2019-12-20
762:16    A. It is applicable because it describes the
762:17    method by which hearing protectors are tested on
762:18    people to obtain a best fit to -- to estimate the
762:19    amount of protection that a person who fit the hearing
762:20    protectors well could obtain.

762:23 - 762:24    Kieper, Ronald 2019-12-20
762:23    Q. Is it your understanding that ANSI S3.19
762:24    is required under the REAT to do a REAT labeling test?

763:02 - 763:02    Kieper, Ronald 2019-12-20
763:02    A. Yes, that's my understanding.

768:19 - 768:21    Kieper, Ronald 2019-12-20
768:19    Q. I want to direct your attention to
768:20    Section 3.3.3 of the ANSI S3.19 standard.
768:21    A. Yes.

768:22 - 768:23    Kieper, Ronald 2019-12-20
768:22    Q. And that's at Bates MDL 187997 in
768:23    Exhibit 36.

769:08 - 769:21    Kieper, Ronald 2019-12-20

769:08    What are the two fits that ANSI S3.19
769:09    standard details in Section 3.3.3?
769:10    A. It details first a subject fit and
769:11    secondly an Experimenter-Fit.
769:12    Q. Can you describe to the jury what subject
769:13    fit is?
769:14    A. As described in the standard, the
769:15    experimenter gives the listener or test subject the
769:16    instructions on fitting the hearing protector in
769:17    accordance with the instructions from the manufacturer
769:18    and then the subject or the listener inserts the
769:19    hearing protector on him or herself.
769:20    Q. Is there any guidance from the
769:21    experimenter?

770:01 - 770:01    Kieper, Ronald 2019-12-20
770:01    A. No assistance is given.

770:03 - 770:19    Kieper, Ronald 2019-12-20
770:03    Q. Can you describe to the jury what
770:04    Experimenter-Fit is under Section 3.3.3?
770:05    A. Yes.
770:06    Experimenter-Fit says that the
770:07    experimenter, and in cases that we are talking about I
770:08    was the experimenter, the experimenter shall fit and
770:09    personally check the -- each hearing protector
770:10    installation on the subject.  And the -- once the
770:11    hearing protector is fit to the -- fit is assessed by
770:12    turning on a fitting noise for the subject to use to
770:13    assess that they have a good fit of the hearing
770:14    protector.  After that is done, the fitting noise is
770:15    turned off, the experimenter leaves the test chamber
770:16    and the test is begun.
770:17    Q. Under Experimenter-Fit in the ANSI S3.19
770:18    standard, it describes "best fit."
770:19    What does best fit mean to you?

770:22 - 771:03    Kieper, Ronald 2019-12-20
770:22    A. To me a best fit is the fitting the
770:23    hearing protector such that the noise -- the fitting
770:24    noise level is reduced as much as possible in the
770:25    listener's ear, and hence when the attenuation test is
771:01    done, the subject, the test subject, the listener, is
771:02    achieving as much protection as he or she can achieve
771:03    with that particular hearing protector.

771:05 - 771:15    Kieper, Ronald 2019-12-20
771:05    Q. And when you say "as much protection,"
771:06    what do you mean?
771:07    A. I mean each person is unique and in the
771:08    fitting and testing of hearing protectors, different
771:09    people can get different results even when the subject
771:10    and the experimenter agree that the hearing protector
771:11    is fit as well as it could be on this person.  Some
771:12    people get higher levels of protection than other
771:13    people do.
771:14    Q. So what is your goal in getting a best fit
771:15    under Experimenter-Fit?

771:19 - 771:25    Kieper, Ronald 2019-12-20
771:19    A. My goal is to fit the hearing protector

771:20    such that the subject gets as high a level of
771:21    protection as -- as is possible with -- with that
771:22    hearing protector.
771:23    BY MS. ELIZABETH:
771:24    Q. In your experience, what is the main
771:25    difference or differences between subject fit and

772:01 - 772:01   Kieper, Ronald 2019-12-20
772:01    Experimenter-Fit under the ANSI S3.19 standard?

772:04 - 772:09   Kieper, Ronald 2019-12-20
772:04    A. The -- main difference is that the --
772:05    in the subject fit the experimenter does not assist
772:06    the listener or test subject other than giving them
772:07    the fitting instructions that come with the device,
772:08    whereas an Experimenter-Fit, the experimenter actually
772:09    fits the device on the person.

774:22 - 774:24   Kieper, Ronald 2019-12-20
774:22    Q. Okay.  What is your understanding as to
774:23    whether ANSI S12.6 is applicable to REAT testing of --
774:24    to label a hearing protection product with an NRR?

775:02 - 775:22   Kieper, Ronald 2019-12-20
775:02    A. My understanding is the EPA designated
775:03    that S3.19 is the standard to be used when doing a
775:04    labeling test of a hearing protector.
775:05    BY MS. ELIZABETH:
775:06    Q. You previously testified that the Aearo
775:07    lab was accredited by an organization called NVLAP in
775:08    approximately 1992.
775:09    Do you remember that testimony?
775:10    A. Yes.
775:11    Q. And can you remind us what NVLAP stands
775:12    for?
775:13    A. The acronym stands for National Voluntary
775:14    Laboratory Accreditation Program.
775:15    Q. To the best of your knowledge, for what
775:16    time period was the E-A-RCAL Lab accredited by NVLAP?
775:17    A. We were first accredited I believe in 1991
775:18    or '92, and as far as I know, they've -- they've
775:19    maintained that accreditation up to this date.
775:20    Q. In connection with that accreditation, do
775:21    you have an understanding as to whether NVLAP audited
775:22    Aearo's laboratory?

775:25 - 776:18   Kieper, Ronald 2019-12-20
775:25    A. Yes.  Our lab was audited for the initial
776:01    accreditation and every two years after that we had an
776:02    onsite auditor, a person come in as an auditor onsite
776:03    and perform -- look at all of our documents, look at
776:04    our calibration records, look at our procedures
776:05    manual, and numerous other documents that we would
776:06    supply them.  The auditor would also observe myself
776:07    and later any other acoustic technicians that did
776:08    real-ear testing, they would observe us do a test.
776:09    BY MS. ELIZABETH:
776:10    Q. So I think what I have here is that after
776:11    the initial audit by NVLAP, NVLAP in its audit every
776:12    two years of the E-A-RCAL Lab would look at the
776:13    E-A-RCAL Lab's documents, its calibration records, its

| | | | |
|---|---|---|---|
| 776:14 | Policies and Procedures Manual, and numerous other | | |
| 776:15 | documents that you would supply them, and that the | | |
| 776:16 | auditor would also observe yourself and other acoustic | | |
| 776:17 | technicians conduct real-ear testing. | | |
| 776:18 | Do I have that right? | | |

776:21 - 777:01   Kieper, Ronald 2019-12-20

| | | | |
|---|---|---|---|
| 776:21 | A. Yes, you do. | | |
| 776:22 | BY MS. ELIZABETH: | | |
| 776:23 | Q. Okay.  During those observations of the | | |
| 776:24 | real-ear testing, would you have followed your | | |
| 776:25 | standard practices for testing hearing protection | | |
| 777:01 | products? | | |

777:04 - 777:16   Kieper, Ronald 2019-12-20

| | | | |
|---|---|---|---|
| 777:04 | A. Yes. | **Re: [777:14 to 777:16]** | **OVERRULED** |
| 777:05 | BY MS. ELIZABETH: | **Pltf Obj** 611; 602; Lack of | |
| 777:06 | Q. How so?  What would you have done? | Foundation and calls for | |
| 777:07 | A. We would have done the same thing we would | speculation | |
| 777:08 | have done without the auditor there.  If it was a | | |
| 777:09 | research and development test, we would have conducted | | |
| 777:10 | that.  If it was a -- if we were doing a labeling | | |
| 777:11 | test, then we would have conducted -- we would have | | |
| 777:12 | tested one person on the hearing protector that we | | |
| 777:13 | were testing for a label value. | | |
| 777:14 | Q. Is it your understanding that NVLAP had | | |
| 777:15 | the opportunity to determine whether you were testing | | |
| 777:16 | in compliance with their accreditation standards? | | |

777:19 - 777:25   Kieper, Ronald 2019-12-20

| | | | |
|---|---|---|---|
| 777:19 | A. Yes, we were certified, we were accredited | **Re: [777:19 to 777:20]** | **OVERRULED** |
| 777:20 | to test under both S3.19 and S12.6. | **Pltf Obj** 611; 602; Lack of | |
| 777:21 | BY MS. ELIZABETH: | Foundation and calls for | |
| 777:22 | Q. I want to direct your attention to | speculation | |
| 777:23 | Exhibit 19 that's been previously marked. | | |
| 777:24 | A. Yes, I have that. | | |
| 777:25 | Q. Do you recognize this document? | | |

778:01 - 778:09   Kieper, Ronald 2019-12-20

| | | | |
|---|---|---|---|
| 778:01 | A. Yes, I do. | **Re: [778:06 to 778:09]** | **OVERRULED** |
| 778:02 | Q. What is it? | **Pltf Obj** 611; Lack of | |
| 778:03 | A. It is a copy of the E-A-RCAL Lab's | Foundation and calls for | |
| 778:04 | Policies and Procedures Manual, dated February | speculation | |
| 778:05 | of 1999. | | |
| 778:06 | Q. Do you know whether NVLAP would have | | |
| 778:07 | reviewed Aearo Company's Policies and Procedures | | |
| 778:08 | Manual that has been marked as Exhibit 19 as a part of | | |
| 778:09 | their accreditation process? | | |

778:11 - 778:17   Kieper, Ronald 2019-12-20

| | | | |
|---|---|---|---|
| 778:11 | BY THE WITNESS: | **Re: [778:12 to 778:12]** | **OVERRULED** |
| 778:12 | A. Yes, they would have. | **Pltf Obj** 611; Lack of | |
| 778:13 | BY MS. ELIZABETH: | Foundation and calls for | |
| 778:14 | Q. Do you know whether NVLAP would have | speculation | |
| 778:15 | determined that Aearo's policies and procedures as of | | |
| 778:16 | 1999 met the requirements for NVLAP's accreditation as | **Re: [778:14 to 778:17]** | **SUSTAINED** |
| 778:17 | of that time? | **Pltf Obj** Lack of Foundation | |

778:20 - 778:24   Kieper, Ronald 2019-12-20

| | | | |
|---|---|---|---|
| 778:20 | A. Yes, they -- they accredited us, they -- | **Re: [778:20 to 778:24]** | **SUSTAINED** |

| | | |
|---|---|---|

778:21  our accreditation continued, and my understanding was  **Pltf Obj** Lack of Foundation
778:22  that was confirmation that we were following the
778:23  procedures that we -- were outlined in this manual and
778:24  were following the test standard that we were using.

779:14 - 780:01  Kieper, Ronald 2019-12-20
779:14  Q. When did you first begin your REAT
779:15  labeling tests under ANSI S3.19 on the Combat Arms
779:16  Earplug Version 2?
779:17  A. I believe we started the testing in
779:18  December of 1999.
779:19  Q. And would the Exhibit 19 Policies and
779:20  Procedures Manual that is dated February 4th, 1999,
779:21  been in effect at that time?
779:22  A. Yes, it would have been.
779:23  Q. Do you know whether the NVLAP auditors
779:24  that accredited the E-A-RCAL Lab since 1992, do you
779:25  know whether those auditors were employees or
780:01  otherwise associated with Aearo or 3M?

780:04 - 780:04  Kieper, Ronald 2019-12-20
780:04  A. They were not.

792:08 - 792:20  Kieper, Ronald 2019-12-20
792:08  BY MS. ELIZABETH:
792:09  Q. Okay.  I want to direct your attention
792:10  back to Exhibit 19, the Policies and Procedures Manual
792:11  in effect in 1999?
792:12  A. Yes.
792:13  Q. Okay.  Please go to Bates 14581.
792:14  Are you there?
792:15  A. Yes, I am here.
792:16  Q. And there is a section titled
792:17  "Experimental Test Subjects."
792:18  Do you see that?
792:19  A. I see that.
792:20  Q. What generally does this section describe?

793:10 - 793:25  Kieper, Ronald 2019-12-20
793:10  A. It describes the test panel that we had of
793:11  listeners in -- at this -- in this time period.  It
793:12  describes their average age and their approximate
793:13  experience on the test panel, where they come from and
793:14  how they are paid, and it details the qualification of
793:15  a test subject to be on the E-A-RCAL Laboratory
793:16  listener panel.
793:17  Q. So let's talk a little bit about that
793:18  qualification process. I want to direct your
793:19  attention to the section that says: "Initial
793:20  screening."
793:21  A. I see that.
793:22  Q. Okay.  What is the first step that Aearo
793:23  took during this timeframe to qualify someone to be a
793:24  part of the test subject panel as of 1999?
793:25  A. ANSI S3.19 has hearing level requirements

794:01 - 794:25  Kieper, Ronald 2019-12-20
794:01  for a person to be a listener or a test subject.  So
794:02  when the person first came to the lab, I would first
794:03  of all do head and ear measurements.  I would measure
794:04  their head's width and height and size their ear

| | |
|---|---|
| 794:05 | canals with a sizing tool that we -- we had.  And |
| 794:06 | after this prelim -- preliminary activities, I would |
| 794:07 | give them a pure tone audiogram to measure their |
| 794:08 | hearing sensitivity at frequencies from 500 to |
| 794:09 | 8,000 hertz.  And then subsequently if they were going |
| 794:10 | to be an S3.19 test subject, I'd measure their hearing |
| 794:11 | sensitivity at 125 and 250 hertz. |
| 794:12 | Q. Let's unpack that a little bit. |
| 794:13 | You mentioned that you would have the |
| 794:14 | potential test subjects do a pure tone audiogram. |
| 794:15 | Did I get that right? |
| 794:16 | A. That's -- yes, that's correct. |
| 794:17 | Q. Can you tell us what a pure tone audiogram |
| 794:18 | is? |
| 794:19 | A. Yes. |
| 794:20 | People often call it a hearing test.  It |
| 794:21 | uses pure tones, which the way I've always described |
| 794:22 | them are single-pitched tones, and it measures the |
| 794:23 | person's hearing sensitivity at designated |
| 794:24 | frequencies, as I say, from 125 hertz up to |
| 794:25 | 8,000 hertz. |

794:25 - 795:25   Kieper, Ronald 2019-12-20

| | |
|---|---|
| 794:25 | 8,000 hertz. |
| 795:01 | Q. To try to help me crystallize what this |
| 795:02 | is, can you explain to me and the jury how you would |
| 795:03 | conduct a pure tone audiogram on a potential test |
| 795:04 | subject? |
| 795:05 | A. Yes.  The subject and I would enter the |
| 795:06 | test chamber and they would sit in a chair next to the |
| 795:07 | wall where the audiometric head phones are stored. |
| 795:08 | Q. And when you say "audiometric head |
| 795:09 | phones," what do you mean? |
| 795:10 | A. Yes.  They are like a pair of head phones |
| 795:11 | that one might wear listening to music. |
| 795:12 | Q. Okay. |
| 795:13 | A. They are -- they are -- they aren't those |
| 795:14 | kind of head phones.  They are specific for presenting |
| 795:15 | these pure tones. |
| 795:16 | Q. Understood. |
| 795:17 | A. Okay.  I would put the head phones on the |
| 795:18 | subject and instruct them how to listen for and |
| 795:19 | respond to the test tones that would be presented. |
| 795:20 | After that instruction -- those instructions were |
| 795:21 | given, I would exit the chamber and I would begin the |
| 795:22 | audiogram. |
| 795:23 | Then what would happen is in the person's |
| 795:24 | left ear the first tone that we would test would |
| 795:25 | typically be 1,000 hertz, and when the person could |

796:01 - 796:12   Kieper, Ronald 2019-12-20

| | |
|---|---|
| 796:01 | just begin to hear the tone, they would put their |
| 796:02 | thumb or finger into the hand switch, this would cause |
| 796:03 | the tone to decrease in volume, and they would hold |
| 796:04 | their finger or thumb in the hand switch until they |
| 796:05 | could no longer hear the tone.  Then they would lift |
| 796:06 | their thumb up and the tone's volume would increase. |
| 796:07 | So, again, when they heard the tone, they would press |
| 796:08 | again.  So it would be a series of press, I hear it; |
| 796:09 | release, I don't hear it. |
| 796:10 | Q. How many times would the subject press and |

796:11    release the lever for each sound frequency that they
796:12    heard?

796:17 - 796:25  Kieper, Ronald 2019-12-20
796:17    A. It would vary, but I believe the
796:18    requirement is that there must be six reversals.  So
796:19    what that means is a change of direction by either
796:20    inserting or taking out the thumb or finger that is
796:21    blocking the light in the -- in the hand switch.
796:22    BY MS. ELIZABETH:
796:23    Q. And when you say "six reversals," what do
796:24    you mean?
796:25    A. Yes.  So when they initially respond,

797:01 - 797:25  Kieper, Ronald 2019-12-20
797:01    there is one.  And then they don't hear it, they lift
797:02    up, that's two.  When they hear it again, that would
797:03    be the third.  When they don't hear it, that would be
797:04    the fourth reversal, and then again the fifth when
797:05    they press and the sixth when they release.
797:06    Q. Is what you are describing this pure tone
797:07    audiogram, is that recorded on an audiogram card?
797:08    A. Yes, it is.
797:09    Q. Would that be the same audiogram card that
797:10    Plaintiffs' counsel went over with you earlier in your
797:11    testimony?
797:12    A. Yes, it's one of the two cards that we
797:13    used in the lab at that time.
797:14    Q. In Exhibit 19, why don't you go to Bates
797:15    MDL 14601.
797:16    A. Yes, I have that.
797:17    Q. What is depicted on 14601?
797:18    A. 14601 is the card that we would use when
797:19    giving an audiogram.  It -- at the top it shows the
797:20    test subject's name, where the test is done, who
797:21    administered the test, the date, the certification of
797:22    the person administering the test, and the serial
797:23    number and calibration date of the audiometer.
797:24    Below it shows what we call traces which
797:25    are the -- what the pen in the audiometer records in

798:01 - 798:25  Kieper, Ronald 2019-12-20
798:01    response to the subject in the room pressing and
798:02    releasing the hand switch.
798:03    Q. This audiogram card looks a little bit
798:04    different than the ones we previously looked at that
798:05    were associated with the S3.19 REAT tests.
798:06    Can you tell us what the differences are
798:07    between this pure tone audiogram card and the S3.19
798:08    REAT tests audiogram cards?
798:09    A. Yes.  This card documents that the tones,
798:10    the audiometric tones, are presented first in the left
798:11    ear at the frequencies listed below and then in the
798:12    right ear, again, from the frequency -- at the
798:13    frequencies listed below.
798:14    The card that we used for real-ear testing
798:15    only has the frequencies, the test frequencies that
798:16    are used in the real-ear test on the bottom, and it's
798:17    just one instance of -- of the test frequencies.  I
798:18    believe an example of that is on Page 14603.
798:19    Q. I see.

| | | | |
|---|---|---|---|
| 798:20 | So what does 14603 depict? | | |
| 798:21 | A. This depicts a test of a hearing | | |
| 798:22 | protector.  The device is an E-A-R plug.  Again, at | | |
| 798:23 | the top of this card it has the test subject 's name. | | |
| 798:24 | Q. Well, before you go forward, what kind of | | |
| 798:25 | audiogram card is depicted in MDL 14603? | | |

| | | | |
|---|---|---|---|
| 799:01 - 799:23 | Kieper, Ronald 2019-12-20 | | |
| 799:01 | A. This is the kind of card we would use for | | |
| 799:02 | a real-ear test of a hearing protector. | | |
| 799:03 | Q. Okay. | | |
| 799:04 | A. You can see that there are two sets of | | |
| 799:05 | traces on this.  The upper trace is the -- the test | | |
| 799:06 | subject's response to the test tones with nothing in, | | |
| 799:07 | in this case, his ears.  The lower traces are the | | |
| 799:08 | responses of the test subject with the hearing | | |
| 799:09 | protector, in this case the E-A-R plug in his ears. | | |
| 799:10 | Q. So going back to our discussion about | | |
| 799:11 | qualifying test subjects for the E-A-RCAL Lab test | | |
| 799:12 | panel, after a potential test subject takes the pure | | |
| 799:13 | tone audiogram, how do you determine whether a person | | |
| 799:14 | passes that audiogram? | | |
| 799:15 | A. We compare the -- the results of the pure | | |
| 799:16 | tone audiogram to the requirements of S3.19. | | |
| 799:17 | Q. Are the requirements of S3.19 set forth in | | |
| 799:18 | your Policies and Procedures Manual? | | |
| 799:19 | A. I believe they -- I'd have to look at | | |
| 799:20 | that. | | |
| 799:21 | Q. Okay. | | |
| 799:22 | A. I believe that's the case, but let me | | |
| 799:23 | look. | | |

| | | | |
|---|---|---|---|
| 800:02 - 800:02 | Kieper, Ronald 2019-12-20 | | |
| 800:02 | MS. ELIZABETH:  Exhibit 19 still. | | |

| | | | |
|---|---|---|---|
| 800:13 - 800:21 | Kieper, Ronald 2019-12-20 | | |
| 800:13 | A. Thank you. | Re: [800:19 to 800:21] | OVERRULED |
| 800:14 | And, yes, on Page 14582 under Section 6 | Pltf Obj 611 | |
| 800:15 | above, to be an S3.19 participant, hearing threshold | | |
| 800:16 | levels must be less than 10 decibels at 25 -- or 250, | | |
| 800:17 | 500 and 1,000 hertz and less than 20 decibels at all | | |
| 800:18 | other test frequencies from 125 hertz to 8,000 hertz. | | |
| 800:19 | Q. So this Section 6 in your Policy and | | |
| 800:20 | Procedures Manual and to your -- to the best of your | | |
| 800:21 | knowledge is required by the ANSI S3.19 standard? | | |

| | | | |
|---|---|---|---|
| 800:24 - 800:24 | Kieper, Ronald 2019-12-20 | | |
| 800:24 | A. Yes, that's correct. | Re: [800:24 to 800:24] | OVERRULED |
| | | Pltf Obj 611 | |

| | | | |
|---|---|---|---|
| 801:01 - 801:07 | Kieper, Ronald 2019-12-20 | | |
| 801:01 | Q. Would the -- would all of the test | | |
| 801:02 | subjects that Aearo qualified for its test panels as | | |
| 801:03 | of this time for use in tests under the ANSI S3.19 | | |
| 801:04 | standard for REAT label testing, would they have | | |
| 801:05 | hearing levels equal to or better than what is | | |
| 801:06 | described in Section 6 of your Policy and Procedures | | |
| 801:07 | Manual? | | |

| | | | |
|---|---|---|---|
| 801:10 - 801:19 | Kieper, Ronald 2019-12-20 | | |
| 801:10 | A. If they were used for an ANSI 3.19 test, | Re: [801:15 to 801:19] | OVERRULED |

| | | | |
|---|---|---|---|
| 801:11 | they would have hearing levels that are equal to or | **Pltf Obj** 611; Cumulative | |
| 801:12 | better than what those threshold levels that are | | |
| 801:13 | listed here. | | |
| 801:14 | BY MS. ELIZABETH: | | |
| 801:15 | Q. So for all of the test subjects that Aearo | | |
| 801:16 | used for its ANSI S3.19 REAT tests, they would have | | |
| 801:17 | hearing levels that are equal to or better than the | | |
| 801:18 | threshold levels listed in No. 6 on Bates 14582 of | | |
| 801:19 | Exhibit 19, your Policy and Procedures Manual? | | |

**801:22 - 801:22** Kieper, Ronald 2019-12-20

| | | | |
|---|---|---|---|
| 801:22 | A. That's correct. | **Re: [801:22 to 801:22]** | **OVERRULED** |
| | | **Pltf Obj** 611; Cumulative | |

**801:23 - 802:25** Kieper, Ronald 2019-12-20

| | |
|---|---|
| 801:23 | BY MS. ELIZABETH: |
| 801:24 | Q. If a person passes the pure tone |
| 801:25 | audiogram, what did Aearo do next in order to |
| 802:01 | determine whether the person become a permanent |
| 802:02 | panel test subject in this timeframe in 1999? |
| 802:03 | A. On that same page of our procedures manual |
| 802:04 | at the bottom, it -- there is a section labeled |
| 802:05 | Training, and it outlines the procedures that we used |
| 802:06 | to train people to be test subjects.  So as it's on |
| 802:07 | the -- on Page 14583, it lists the -- what we would do |
| 802:08 | next. |
| 802:09 | Q. Okay.  So we have on the screen here too |
| 802:10 | some Bates 14583 of your Policy and Procedures Manual |
| 802:11 | under the Training section that you identified. |
| 802:12 | Can you please briefly tell the jury how |
| 802:13 | you would train a potential test subject to become a |
| 802:14 | permanent panel test subject at the E-A-RCAL Lab? |
| 802:15 | A. Yes. |
| 802:16 | The person would come back to the lab on a |
| 802:17 | different day and we would start with 1A.  The person |
| 802:18 | would do six open ear, meaning nothing in their ears, |
| 802:19 | sound field audiograms.  During that visit they would |
| 802:20 | do six consecutive sound field audiograms. |
| 802:21 | Q. What is the difference between a pure tone |
| 802:22 | audiogram and a sound field audiogram? |
| 802:23 | A. The sound field audiogram uses what are |
| 802:24 | called third octave bands of noise.  Those tones are |
| 802:25 | comprised of three frequencies centered around an |

**803:01 - 803:10** Kieper, Ronald 2019-12-20

| | |
|---|---|
| 803:01 | octave band center frequency.  For example, the |
| 803:02 | 1,000 hertz third octave test tone contains the |
| 803:03 | frequencies 800 hertz, 1,000 hertz and 1250 hertz. |
| 803:04 | The other frequencies, test frequencies also have |
| 803:05 | three frequencies centered around an octave band |
| 803:06 | level. |
| 803:07 | Q. Why would you have the potential test |
| 803:08 | subjects listen to third octave bands in the sound |
| 803:09 | field audiogram as opposed to the pure tones in the |
| 803:10 | pure sound audiogram? |

**803:13 - 803:18** Kieper, Ronald 2019-12-20

| | |
|---|---|
| 803:13 | A. The S -- the ANSI S3.19 standard requires |
| 803:14 | third octave bands of noise to be used as the test |
| 803:15 | tones. |

803:16   BY MS. ELIZABETH:
803:17   Q. So continue on explaining how you train
803:18   the subjects?

803:22 - 803:24   Kieper, Ronald 2019-12-20
803:22   A. The second visit would be a repeat of the
803:23   first with the potential test subject doing six open
803:24   ear sound field audiograms.

804:01 - 804:02   Kieper, Ronald 2019-12-20
804:01   Q. What about the next two visits that the
804:02   test subject has?

804:05 - 804:19   Kieper, Ronald 2019-12-20
804:05   A. Section 1B lists two visits, so of three
804:06   REAT, R-E-A-T, measurements per visit using the E-A-R
804:07   Model 1,000 earmuff.  The way that would happen is on
804:08   the potential subject's third visit to the lab, he or
804:09   she would do three tests, each test composed of an
804:10   open, which the person had done previously, an open
804:11   sound field audiogram, followed by a protected sound
804:12   field audiogram with the Model 1,000 earmuff on the
804:13   person's head.
804:14   BY MS. ELIZABETH:
804:15   Q. Okay.  So on the first two visits there
804:16   would be an open ear sound field audiogram and on the
804:17   second two visits there would be a REAT measurement
804:18   of -- with an earmuff.
804:19   Do I have that right?

804:22 - 805:01   Kieper, Ronald 2019-12-20
804:22   A. Yes, with an earmuff.
804:23   BY MS. ELIZABETH:
804:24   Q. Were there any other visits as a part of
804:25   your training process for potential test subjects for
805:01   the E-A-RCAL Labs test panel?

805:05 - 805:07   Kieper, Ronald 2019-12-20
805:05   A. Yes.  Visits five and six would be three
805:06   REAT measurements per visit using the E-A-R foam
805:07   earplug as the hearing protection device.

805:09 - 805:23   Kieper, Ronald 2019-12-20
805:09   Q. So let me just make sure I have this
805:10   right.
805:11   There would be two visits of an open ear
805:12   sound field audiogram, two visits with REAT
805:13   measurements on an earmuff, and two visits with REAT
805:14   measurements with an E-A-R foam earplug.
805:15   Do I have that right?
805:16   A. Yes, that's correct.
805:17   Q. Would you have trained the potential test
805:18   subjects on a premolded earplug?
805:19   A. Not at this time.
805:20   Q. Is there anything else that you would do
805:21   in order to determine whether a potential test subject
805:22   could be a part of the permanent test panel for the
805:23   E-A-RCAL Lab in the 1999 timeframe?

806:01 - 806:12   Kieper, Ronald 2019-12-20
806:01   A. Yes.  During -- as it says in the

806:02    manual -- in our procedures manual under Section 2, on
806:03    visit -- on the second visit of their open ear sound
806:04    field audiograms, the experimenter would look at the
806:05    range of the person's open ear responses and the value
806:06    that they record would need to be within six decibels.
806:07    BY MS. ELIZABETH:
806:08    Q. Why is that?
806:09    A. To -- to verify that the subject was
806:10    consistent in responding to the test tones.
806:11    Q. Would you do anything else as a part of
806:12    your train -- training process?

806:15 - 806:20    Kieper, Ronald 2019-12-20
806:15    A. The -- if the person completes all six
806:16    visits and still wants to be a -- an E-A-RCAL
806:17    listener, we would pay to have them go to an
806:18    otolaryngologist and that doctor would do a complete
806:19    audiological workup with the -- with a potential test
806:20    subject.

806:24 - 807:04    Kieper, Ronald 2019-12-20
806:24    Q. Anything else?
806:25    A. No.  After successful completion of all of
807:01    these activities, then the subject would be added to
807:02    our listener panel.
807:03    Q. What was the purpose of this training that
807:04    you just described?

807:07 - 807:17    Kieper, Ronald 2019-12-20
807:07    A. It would -- it would be -- the main reason
807:08    we trained them is so that they would be comfortable
807:09    and able to do a hearing protector test presumably
807:10    with other types of hearing protectors in addition to
807:11    the earmuff and foam earplug that were used in the
807:12    initial training.
807:13    BY MS. ELIZABETH:
807:14    Q. In the 1999 to 2000 time -- timeframe, how
807:15    would you go about selecting a particular subject on
807:16    your test panel to participate in an ANSI S3.19 REAT
807:17    test?

807:20 - 808:01    Kieper, Ronald 2019-12-20
807:20    A. I would use -- I would randomly call
807:21    people who were qualified test subjects and ask them
807:22    if they were available to come in and do a test.
807:23    BY MS. ELIZABETH:
807:24    Q. Would you call certain people on the test
807:25    panel to test certain hearing protection products in
808:01    the 1999 to 2000 timeframe?

808:04 - 808:07    Kieper, Ronald 2019-12-20
808:04    A. No.  The -- the -- the people that I would
808:05    call would be random.  I would -- I would just call
808:06    anyone on the test panel list who had been qualified
808:07    to the S3.19 standard.

816:20 - 816:22    Kieper, Ronald 2019-12-20
816:20    Q. Do you know what information regarding the
816:21    Combat Arms Earplug Version 2 was provided to the
816:22    military by Aearo or 3M?

816:25 - 817:05   Kieper, Ronald 2019-12-20
816:25        A. No.
817:01        BY MS. ELIZABETH:
817:02        Q. Do you know what testing the military
817:03        required Aearo to provide with respect to Combat Arms
817:04        Earplug Version 2?
817:05        A. No.

833:10 - 833:14   Kieper, Ronald 2019-12-20
833:10        BY MS. ELIZABETH:
833:11        Q. From your perspective, was there anything
833:12        unusual about the decision to stop the 213015 test
833:13        after eight subjects?
833:14        A. No.

833:15 - 833:15   Kieper, Ronald 2019-12-20
833:15        Q. Why not?

833:17 - 833:23   Kieper, Ronald 2019-12-20
833:17        BY THE WITNESS:
833:18        A. Well, in the first place, it's not my
833:19        decision.  It would be Mr. Berger's decision on
833:20        starting or stopping a test, and so I -- I was out of
833:21        the loop, so to speak.  What I did was test the
833:22        hearing protectors and Mr. Berger dictated my
833:23        activities.

834:08 - 834:10   Kieper, Ronald 2019-12-20
834:08        BY MS. ELIZABETH:                                    **Re: [834:08 to 834:10]**          **OVERRULED**
834:09        Q. In your view, were you permitted to stop          **Pltf Obj** Lack of Foundation
834:10        labeling tests under the ANSI S3.19 standard?

834:13 - 834:15   Kieper, Ronald 2019-12-20
834:13        A. I -- I don't know why -- I don't know of          **Re: [834:13 to 834:15]**          **OVERRULED**
834:14        any reason dictated in the ANSI standard that would   **Pltf Obj** Lack of Foundation
834:15        prevent someone from stopping a test.

834:24 - 835:01   Kieper, Ronald 2019-12-20
834:24        Q. While working for the E-A-RCAL Lab, did           **Re: [834:24 to 835:01]**          **OVERRULED**
834:25        you ever stop a test for the purpose of "tricking the **Pltf Obj** Misstates;
835:01        system" as Plaintiffs' counsel suggested?            argumentative; lacks
                                                                   foundation

835:05 - 835:05   Kieper, Ronald 2019-12-20
835:05        A. No, I did not.                                    **Re: [835:05 to 835:05]**          **OVERRULED**
                                                                   **Pltf Obj** Misstates;
                                                                   argumentative; lacks
                                                                   foundation

835:07 - 835:10   Kieper, Ronald 2019-12-20
835:07        Q. While working for the E-A-RCAL Lab, did           **Re: [835:07 to 835:10]**          **OVERRULED**
835:08        you ever try to boost the NRR for the CAE v2 in order **Pltf Obj** Misstates;
835:09        to help the company sell more plugs?                 argumentative; lacks
835:10        A. No, I did not.                                    foundation

836:02 - 836:22   Kieper, Ronald 2019-12-20
836:02        Q. Would it have been your job responsibility
836:03        to not only do ANSI S3.19 tests, REAT tests, but other
836:04        tests in the E-A-RCAL Lab?
836:05        A. Yes.
836:06        Q. What are those?

836:07   A. Well, I would do research testing of the
836:08   hearing protectors on people, I would also do
836:09   measurements on our ATFs, acoustic test fixtures,
836:10   and -- let's see. Those are the primary testing
836:11   procedures that I would do.
836:12   Q. Would you ever person -- purposefully
836:13   conduct research tests with less than ten subjects?
836:14   A. Yes.
836:15   Q. Why?
836:16   A. It would depend on the device and where we
836:17   were in its development. We would -- when a new
836:18   product was available or when we were developing a new
836:19   product, we would often test three, four, five people
836:20   of various ear canal sizes to -- so that we could
836:21   estimate how the plug is fitting and working on
836:22   these -- on these small groups of people.

837:03 - 837:08   Kieper, Ronald 2019-12-20
837:03   Q. The Court Reporter has just handed you a
837:04   document that's been marked Exhibit 85.
837:05   Do you have that?
837:06   A. Yes, I have that.
837:07   Q. Do you recognize this document?
837:08   A. Yes.

837:09 - 837:14   Kieper, Ronald 2019-12-20
837:09   Q. What is it?
837:10   A. It is the labeling test report for the
837:11   yellow end of the Combat Arms Earplug.
837:12   Q. And is that a test that you would have
837:13   conducted?
837:14   A. Yes, it is.

838:01 - 838:15   Kieper, Ronald 2019-12-20
838:01   Do you see that?
838:02   A. Yes.
838:03   Q. What does that mean?
838:04   A. As I stated earlier, when a person comes
838:05   in to apply to be a test subject, one of the
838:06   measurements that I would make would be to size each
838:07   ear canal, and we would -- I would do that with a,
838:08   what we call a sizing tool. It's a plastic device
838:09   with five different diameter spheres, and those
838:10   different size spheres would be used to characterize a
838:11   person's ear canal size from extra small to extra
838:12   large.
838:13   Q. And I see you have a wide variety of ear
838:14   canal sizes here.
838:15   Was that on purpose?

838:21 - 838:24   Kieper, Ronald 2019-12-20
838:21   A. In our procedures manual there is a -- a
838:22   section of it that says something to the effect of we
838:23   want to have a balance of ear canal sizes in a test as
838:24   much as we can, as much as -- as much as is possible.

839:01 - 839:02   Kieper, Ronald 2019-12-20
839:01   Q. Why would you want to have a balance of
839:02   ear canal sizes?

839:06 - 839:14   Kieper, Ronald 2019-12-20

839:06   A. -- that would -- it would show how the
839:07   particular hearing protector how well it would fit or
839:08   how well it would work, how much protection a person
839:09   would get with a variety of ear canals.
839:10   BY MS. ELIZABETH:
839:11   Q. Based on the data set forth in test
839:12   213016, do you have any reason to believe that there
839:13   was an issue with the product or the testing on the
839:14   213016 test?

**Re: [839:11 to 839:14]**
**Pltf Obj** Lack of Foundation; vague

OVERRULED

839:17 - 839:20   Kieper, Ronald 2019-12-20
839:17   A. No, I don't.
839:18   BY MS. ELIZABETH:
839:19   Q. I want to direct your attention back to
839:20   Exhibit 83 in your stack, which is the 213017 test.

**Re: [839:17 to 839:17]**
**Pltf Obj** Lack of Foundation; vague

OVERRULED

839:25 - 840:02   Kieper, Ronald 2019-12-20
839:25   Q. Do you have any specific recollection of
840:01   conducting the 213017 test?
840:02   A. No.

840:03 - 840:05   Kieper, Ronald 2019-12-20
840:03   Q. But you do understand that you did conduct
840:04   it after -- I heard that in your testimony today, is
840:05   that right?

840:08 - 840:13   Kieper, Ronald 2019-12-20
840:08   A. Yes.
840:09   BY MS. ELIZABETH:
840:10   Q. And what side of the plug were you testing
840:11   in 213017?
840:12   A. I tested the green end of the Combat Arms
840:13   Earplug in this test.

841:05 - 841:07   Kieper, Ronald 2019-12-20
841:05   Q. What would have been your process in
841:06   getting the test subjects for 213017 -- for the 213017
841:07   test in the 2000 timeframe?

841:10 - 841:12   Kieper, Ronald 2019-12-20
841:10   A. I would randomly call people on our test
841:11   subject panel.
841:12   BY MS. ELIZABETH:

843:01 - 843:05   Kieper, Ronald 2019-12-20
843:01   BY MS. ELIZABETH:
843:02   Q. I want to direct your attention to the
843:03   same exhibit but Bates MDL 195524 which is the back
843:04   page of Exhibit 83, test 213017.
843:05   A. Yes.

844:01 - 844:10   Kieper, Ronald 2019-12-20
844:01   Q. And are these your handwritten notes on
844:02   the back page of test 213017?
844:03   A. That looks like my writing, yes.
844:04   Q. Okay.  Looking at your notes, on how many
844:05   subjects did you note that the flanges were folded
844:06   outward to allow deeper insertion?
844:07   A. One subject, Mr. DLP.
844:08   Q. Sitting here today, do you have a
844:09   recollection of folding back the flanges in the 213017

844:10       test for more than one subject?

844:13 - 844:20   Kieper, Ronald 2019-12-20
844:13       A. I don't have that recollection.                    **Re: [844:15 to 844:20]**        OVERRULED
844:14       BY MS. KIEPER:                                          **Pltf Obj** Lack of Foundation;
844:15       Q. Mr. Kieper, whether you rolled back the             611
844:16       flanges for just DLP or all of the subjects in test
844:17       213017 or just some of the test subjects on test
844:18       213017, do you believe that it is necessary to roll
844:19       back the flanges on the Combat Arms Earplug Version 2
844:20       for the product to work?

844:23 - 845:02   Kieper, Ronald 2019-12-20
844:23       A. No, I do not.                                       **Re: [844:23 to 844:23]**        OVERRULED
844:24       BY MS. ELIZABETH:                                       **Pltf Obj** Lack of Foundation;
844:25       Q. Do you believe that it is necessary to              611
845:01       fold back the flanges on the Combat Arms Earplug
845:02       Version 2 to achieve a proper fit?                     **Re: [844:25 to 845:02]**        OVERRULED
                                                                    **Pltf Obj** Lack of Foundation

845:05 - 845:07   Kieper, Ronald 2019-12-20
845:05       A. No, not in every case.                              **Re: [845:05 to 845:05]**        OVERRULED
845:06       BY MS. ELIZABETH:                                       **Pltf Obj** Lack of Foundation
845:07       Q. Why not?
                                                                    **Re: [845:07 to 845:07]**        OVERRULED
                                                                    **Pltf Obj** Lack of Foundation

845:10 - 845:22   Kieper, Ronald 2019-12-20
845:10       A. Because each person's ears are unique,              **Re: [845:10 to 845:22]**        OVERRULED
845:11       individual, and in some cases the -- the shape and     **Pltf Obj** 611; Cumulative
845:12       size of the ears and ear canals do not inhibit a
845:13       well-inserted Combat Arms Earplug, and in some people
845:14       the ear formation can interfere with fit, getting a
845:15       best fit of the earplug.
845:16       BY MS. ELIZABETH:
845:17       Q. So let me make sure I understand.
845:18       So is it your testimony that you do not
845:19       believe that it is necessary -- necessary to fold back
845:20       the flanges on the Combat Arms Earplug Version 2 to
845:21       achieve a proper fit because each person's ears are
845:22       unique?

845:25 - 846:02   Kieper, Ronald 2019-12-20
845:25       A. Yes, I think that's a valid statement.              **Re: [845:25 to 845:25]**        OVERRULED
846:01       BY MS. ELIZABETH:                                       **Pltf Obj** 611; Cumulative
846:02       Q. Can you explain that?
                                                                    **Re: [846:02 to 846:02]**        OVERRULED
                                                                    **Pltf Obj** Cumulative

846:05 - 846:10   Kieper, Ronald 2019-12-20
846:05       A. Because in some people, but not all, the            **Re: [846:05 to 846:10]**        OVERRULED
846:06       shape of the ear canal either can interfere with --   **Pltf Obj** Cumulative
846:07       the plug will bump into the person's ear and that
846:08       would prevent achieving a best fit and in other
846:09       people's ears folding back the flanges is not
846:10       necessary to achieve a best fit.

848:11 - 848:13   Kieper, Ronald 2019-12-20
848:11       Q. Mr. Kieper, do you believe that the Combat          **Re: [848:11 to 848:13]**        OVERRULED
848:12       Arms Earplug Version 2 is too short for proper        **Pltf Obj** 702; Misstates
848:13       insertion?

848:16 - 849:04   Kieper, Ronald 2019-12-20

| | | |
|---|---|---|
| 848:16 | A. No, I don't. | **Re: [848:16 to 848:24]** |
| 848:17 | BY MS. ELIZABETH: | **Pltf Obj** Lack of Foundation; |
| 848:18 | Q. Why not? | 702 |
| 848:19 | A. Because it -- it will fit some people and | |
| 848:20 | it may not fit other people, just like other hearing | |
| 848:21 | protectors.  The -- the type of hearing protector and | |
| 848:22 | the person's experience fitting hearing protectors and | |
| 848:23 | a number of other factors contribute to how well a | |
| 848:24 | hearing protector can be fit. | |
| 848:25 | Q. I want you to refer back to Exhibit 16 | |
| 849:01 | which is the flange memo, and I want you to look at | |
| 849:02 | the section that's entitled "Test Procedure." | |
| 849:03 | Do you see that? | |
| 849:04 | A. Yes. | |

**OVERRULED**

849:15 - 849:18   Kieper, Ronald 2019-12-20

| | | |
|---|---|---|
| 849:15 | Q. Based on your experience in the E-A-RCAL | **Re: [849:15 to 849:18]** |
| 849:16 | Lab and the testing chamber used for REAT testing, do | **Pltf Obj** Lack of Foundation; |
| 849:17 | you have an understanding of how an imperceptible | 702 |
| 849:18 | loosening of a plug can occur in a test chamber? | |

**OVERRULED**

849:22 - 850:09   Kieper, Ronald 2019-12-20

| | | |
|---|---|---|
| 849:22 | A. Yes, from -- from my experience in the | **Re: [849:22 to 849:25]** |
| 849:23 | test chamber the sound levels in that room are well | **Pltf Obj** Lack of Foundation; |
| 849:24 | below people's threshold of hearing.  It is | 702 |
| 849:25 | characterized as a soundproof room.  In outside of the | |
| 850:01 | test chamber there are noises.  For example, in this | |
| 850:02 | room, we might hear people typing or the HVAC system | |
| 850:03 | or any number of other noises that would signal to me | |
| 850:04 | or a person wearing a plug they would have some -- | |
| 850:05 | some noise to -- if the plug loosened they would hear | |
| 850:06 | an increase in the noise level of the noises around | |
| 850:07 | them, and that cannot occur in the E-A-RCAL test | |
| 850:08 | chamber because the noise levels are so low and below | |
| 850:09 | the people's threshold of hearing. | |

**OVERRULED**

850:12 - 850:17   Kieper, Ronald 2019-12-20

| | |
|---|---|
| 850:12 | Q. You described in your previous testimony |
| 850:13 | that before an ANSI S3.19 REAT test can begin, the |
| 850:14 | subject has to sit in this test chamber that you've |
| 850:15 | described as a soundproof room. |
| 850:16 | Do you remember that testimony? |
| 850:17 | A. Yes. |

850:20 - 851:06   Kieper, Ronald 2019-12-20

| | |
|---|---|
| 850:20 | You said something about the room being |
| 850:21 | dark.  Can you explain that? |
| 850:22 | A. The -- the room has night lights just for |
| 850:23 | some illumination.  During the testing the overhead |
| 850:24 | lights are turned off because there is a possibility |
| 850:25 | of elect -- electrical hum noise being created and |
| 851:01 | that could interfere with a person's open ear |
| 851:02 | measurements.  So because not only the lights are |
| 851:03 | turned off and there is no noise created by that, but, |
| 851:04 | again, the low levels of sound in the test chamber, |
| 851:05 | people don't hear things.  You know, they have -- they |
| 851:06 | hear nothing.  It's very quiet. |

851:13 - 851:16   Kieper, Ronald 2019-12-20

| | | |
|---|---|---|
| 851:13 | Do you think it's more likely for someone | **Re: [851:13 to 851:17]** |
| 851:14 | in the test chamber to experience an imperceptible | **Pltf Obj** Lack of Foundation; |
| 851:15 | loosening of an earplug than for someone who is in the | 702; 602 |
| 851:16 | real world wearing an earplug? | |

**OVERRULED**

851:19 - 851:22  Kieper, Ronald 2019-12-20

| | | |
|---|---|---|
| 851:19 | A. Yes, I would -- I would think that would | **Re: [851:19 to 851:20]** |
| 851:20 | be the case. | **Pltf Obj** Lack of Foundation; |
| 851:21 | BY MS. ELIZABETH: | 702; 602 |
| 851:22 | Q. And why is that? | |

**OVERRULED**

**Re: [851:22 to 851:22]**
**Pltf Obj** Lack of Foundation;
702; 602

**OVERRULED**

851:25 - 852:13  Kieper, Ronald 2019-12-20

| | | |
|---|---|---|
| 851:25 | A. Again, because in the real world or | **Re: [851:25 to 852:06]** |
| 852:01 | outside a soundproof test chamber, there is what we | **Pltf Obj** Lack of Foundation; |
| 852:02 | call ambient noise or noises that are just inherent in | 702; 602 |
| 852:03 | the environment, and those noises can be a cue to the | |
| 852:04 | hearing protector wearer if the fit of the hearing | |
| 852:05 | protection device changes.  They would perceive the | |
| 852:06 | noise levels around them to increase. | |
| 852:07 | BY MS. ELIZABETH: | |
| 852:08 | Q. Okay.  Let's go -- one more question, | |
| 852:09 | Mr. Kieper. | |
| 852:10 | Is what you described which said the real | |
| 852:11 | world outside of a soundproof test chamber with | |
| 852:12 | ambient noises different than what you would expect in | |
| 852:13 | a test chamber at the E-A-RCAL Lab? | |

**OVERRULED**

852:17 - 852:19  Kieper, Ronald 2019-12-20

| | |
|---|---|
| 852:17 | A. I would expect the ambient levels outside |
| 852:18 | the test chamber to be higher than inside the test |
| 852:19 | chamber. |

| 3M Affirmatives | Pltf Objections | Pltf Counters | 3M Objections | Rulings |
|---|---|---|---|---|
| 10:08 - 10:13    Leccese, Melissa 2020-10-06 | | | | |
| 10:08    Q. My name is Adam Wolfson. I'm from | | | | |
| 10:09    a law firm called Quinn Emanuel, and I | | | | |
| 10:10    represent the Plaintiffs in this matter. So as | | | | |
| 10:11    we start today, can you please state your full | | | | |
| 10:12    name for the record? | | | | |
| 10:13    A. Sure. Melissa Leccese. | | | | |
| | | | | |
| 13:17 - 14:06    Leccese, Melissa 2020-10-06 | | | | |
| 13:17    Q. Okay. Great. Well, let's get | | | | |
| 13:18    started. So Dr. Leccese, can you give me a | | | | |
| 13:19    brief history of your time in the military? | | | | |
| 13:20    A. Well, I started as an audiologist. | | | | |
| 13:21    And my first duty station was Fort Polk. I was | | | | |
| 13:22    there for four years. And then I went to Korea | | | | |
| 13:23    for a year. From -- from Korea I went to | | | | |
| 13:24    Fort Wainwright, Alaska. And I was there for | | | | |
| 13:25    three and a half years. Then to Fort Campbell, | | | | |
| 14:01    and I was there -- as the hearing program | | | | |
| 14:02    manager, I was there for four years. And then | | | | |
| 14:03    I did long-term health education training for | | | | |
| 14:04    two years and I stayed there. But I wasn't | | | | |
| 14:05    working as an audiologist at that time. And | | | | |
| 14:06    from there I went -- | | | | |
| | | | | |
| 14:08 - 14:24    Leccese, Melissa 2020-10-06 | | | | |
| 14:08    A. -- to Aberdeen Proving Grounds to | | | | |
| 14:09    Public Health Command which turned into | | | | |
| 14:10    Public Health Command while I was there. And | | | | |
| 14:11    then to Fort Knox as the hearing program | | | | |
| 14:12    manager at Fort Knox for my last two years | | | | |
| 14:13    before I retired. | | | | |
| 14:14    Q. So when did you -- thank you for | | | | |
| 14:15    that. So when did you first get stationed at | | | | |
| 14:16    Fort Campbell? | | | | |
| 14:17    A. Well, I got to Fort Campbell in -- | | | | |
| 14:18    I was there 2006 to 2010 in the clinic. | | | | |
| 14:19    Q. And you said at that time what was | | | | |
| 14:20    your official title there? | | | | |
| 14:21    A. So audiologists have two titles. | | | | |
| 14:22    We are chief of the clinic, chief of the | | | | |
| 14:23    audiology clinic, and also the hearing program | | | | |
| 14:24    manager for the installation. | | | | |
| | | | | |
| 15:03 - 15:05    Leccese, Melissa 2020-10-06 | | | | |
| 15:03    Q. And is it correct that you were | | | | |
| 15:04    head of the hearing program at Fort Campbell | | | | |
| 15:05    while you were stationed there? | | | | |
| | | | | |
| 15:08 - 16:12    Leccese, Melissa 2020-10-06 | | | | |
| 15:08    A. Yes. | | | | |
| 15:09    Q. Yes. Okay. And what did that -- | | | | |
| 15:10    what did that entail, being the head of the | | | | |
| 15:11    hearing program at Fort Campbell? | | | | |
| 15:12    A. So my main goal was to prevent | | | | |
| 15:13    hearing loss. That's our main mission as | | | | |
| 15:14    hearing conservation managers, to prevent | | | | |
| 15:15    hearing loss in the soldiers. So we do that by | | | | |
| 15:16    providing health education. We do that during | | | | |
| 15:17    in-processing. And also annually it's a | | | | |

| | |
|---|---|
| 15:18 | requirement. Also they get annual health |
| 15:19 | education. It was also my job to provide |
| 15:20 | annual hearing tests because that is also a |
| 15:21 | requirement for every soldier, to get an annual |
| 15:22 | hearing screening. So that was my job to |
| 15:23 | ensure that that happened. |
| 15:24 | And of course hearing protection is part of |
| 15:25 | hearing conservation, so my clinic would fit |
| 16:01 | hearing protection and train soldiers in the |
| 16:02 | units to go into the units and fit hearing |
| 16:03 | protection. |
| 16:04 | Q. I see. And so you said -- and for |
| 16:05 | an audiologist, how did those duties differ |
| 16:06 | from your roles with respect to the hearing |
| 16:07 | program? |
| 16:08 | A. So as the audiologist my job was |
| 16:09 | to diagnose any hearing loss that was present. |
| 16:10 | And if there was a hearing loss, then I would |
| 16:11 | treat the hearing loss, which typically was to |
| 16:12 | fit hearing aids. |

| | | |
|---|---|---|
| 18:02 - 18:17 | Leccese, Melissa 2020-10-06 | |
| 18:02 | Q. Yes. Okay. Thank you, Doctor. | |
| 18:03 | Now, you said for part of the hearing program, | |
| 18:04 | education included the in-process. Is that | |
| 18:05 | right? | |
| 18:06 | A. So during in-processing every | |
| 18:07 | soldier would come to our clinic and my | |
| 18:08 | technician would provide a briefing in hearing | |
| 18:09 | protection. We would give them hearing | |
| 18:10 | protection and show them how to -- put them | |
| 18:11 | in correctly. | |
| 18:12 | Q. Okay. So this is when new | |
| 18:13 | recruits are coming or newly stationed recruits | |
| 18:14 | are coming to Fort Campbell and they are first | |
| 18:15 | being in-processed, meaning they're actually | |
| 18:16 | being brought into the base? | |
| 18:17 | A. Correct. | |

| | | | |
|---|---|---|---|
| 19:01 - 20:06 | Leccese, Melissa 2020-10-06 | | |
| 19:01 | Q. And at these -- at these | **Re: [19:06 to 20:06]** | <mark>OVERRULED</mark> |
| 19:02 | in-process presentations, at that point was | **Pltf Obj** 402 and 403 | |
| 19:03 | that when you distributed hearing protection | | |
| 19:04 | devices to -- to soldiers? | | |
| 19:05 | A. Yes. | | |
| 19:06 | Q. Now, were there -- were there any | | |
| 19:07 | particular hearing protection devices that were | | |
| 19:08 | standard -- you know, standard issue when | | |
| 19:09 | soldiers were in-processed at Fort Campbell at | | |
| 19:10 | the time that you were there? | | |
| 19:11 | A. Yes. | | |
| 19:12 | Q. And were -- what were they? | | |
| 19:13 | A. They were pre-fitted -- preformed. | | |
| 19:14 | The -- the triple-flange, I believe at that | | |
| 19:15 | time. Yes, because the quad-flange were not | | |
| 19:16 | being used. So there was a triple-flange. It | | |
| 19:17 | would have had to have been the triple-flanged | | |
| 19:18 | hearing protection preformed earplugs. | | |
| 19:19 | Q. Triple-flanged preformed earplugs. | | |
| 19:20 | Is that what you said? | | |
| 19:21 | A. Yes. | | |

| | | | |
|---|---|---|---|
| 19:22 | Q. Now, was this a single-end or was | | |
| 19:23 | it a double-end triple-flanged earplug? | | |
| 19:24 | A. It was three. There were three | | |
| 19:25 | flanges to it. | | |
| 20:01 | Q. Okay. And was this the -- like a | | |
| 20:02 | single-end earplug? | | |
| 20:03 | A. It was a single-end earplug, yes. | | |
| 20:04 | Q. Okay. So that -- that was the | | |
| 20:05 | standard issue as soldiers came in? | | |
| 20:06 | A. Correct. | | |

20:20 - 20:23   Leccese, Melissa 2020-10-06

| | | | |
|---|---|---|---|
| 20:20 | Q. Now, were -- were the double-ended | Re: [20:21 to 21:09] | OVERRULED |
| 20:21 | earplugs, the Combat Arms earplugs, ever | Pltf Obj 402 and 403 | |
| 20:22 | standard issue when soldiers were being | | |
| 20:23 | in-processed at Fort Campbell? | | |

20:25 - 21:05   Leccese, Melissa 2020-10-06

| | | | |
|---|---|---|---|
| 20:25 | A. No. | Re: [20:21 to 21:09] | OVERRULED |
| 21:01 | Q. No, they were not? | Pltf Obj 402 and 403 | |
| 21:02 | A. No. | | |
| 21:03 | Q. Okay. So are you nevertheless | | |
| 21:04 | familiar with them based on your time at | | |
| 21:05 | Fort Campbell? | | |

21:07 - 22:11   Leccese, Melissa 2020-10-06

| | | | |
|---|---|---|---|
| 21:07 | A. Yeah, I'm sure they were out by | Re: [20:21 to 21:09] | OVERRULED |
| 21:08 | then. I'm sure I was familiar with them at | Pltf Obj 402 and 403 | |
| 21:09 | that point. | | |
| 21:10 | Q. And had you -- do you recall at | | |
| 21:11 | Fort Campbell ever instructing soldiers in the | | |
| 21:12 | use of the double-ended triple-flanged | | |
| 21:13 | earplugs? | | |
| 21:14 | A. So if we had them, I'm sure that I | | |
| 21:15 | was fitting them. But I was fitting them in my | | |
| 21:16 | clinic specifically for soldiers that probably | | |
| 21:17 | had H3 profiles or that had hearing loss, | | |
| 21:18 | ones -- because they were more expensive. So | | |
| 21:19 | they didn't hand them out to everyone as | | |
| 21:20 | standard issue. | | |
| 21:21 | Q. I see. | | |
| 21:22 | A. At my clinic we didn't. | | |
| 21:23 | Q. But do you -- I'm sorry? | | |
| 21:24 | A. At my clinic we didn't hand them | | |
| 21:25 | out to everybody. | | |
| 22:01 | Q. I see. Do you -- do you recall | | |
| 22:02 | though handing them out to anyone while at | | |
| 22:03 | Fort Campbell? | | |
| 22:04 | A. Not specifically, I don't recall | | |
| 22:05 | anything but -- | | |
| 22:06 | Q. But do you recall -- I see. Do | | |
| 22:07 | you -- did you ever provide instructions, to | | |
| 22:08 | the best of your recollection, to anyone at | | |
| 22:09 | Fort Campbell about the use -- about how to | | |
| 22:10 | insert the double-ended triple-flanged | | |
| 22:11 | earplugs? | | |

22:13 - 23:01   Leccese, Melissa 2020-10-06

| | | | |
|---|---|---|---|
| 22:13 | A. So with briefings, that was part | | |
| 22:14 | of my briefing to explain how to use the | | |
| 22:15 | Combat Arms earplugs. | | |

22:16    Q. I see.
22:17    A. I did it in the health education
22:18    briefing for sure. And then if I had someone
22:19    that I fitted individually with it, I would
22:20    have explained it to them.
22:21    Q. I see. I see. And when you -- so
22:22    I know this is going back. But do you recall
22:23    how you instructed -- were there any particular
22:24    instructions that you provided with respect to
22:25    how to insert the Combat Arms double-ended
23:01    earplugs?

23:03 - 24:03    Leccese, Melissa 2020-10-06
23:03    A. Yes. Absolutely.
23:04    Q. Okay. And how do you recall that?
23:05    Or what do you recall about that?
23:06    A. So I would make sure it fit them
23:07    first, that it was the right size, that it was
23:08    a correct fit. And then I would require that
23:09    they fit it on themselves. And I would check
23:10    it to make sure that they put it in correctly
23:11    and that it fit them.
23:12    Q. Uh-huh.
23:13    A. And then I would explain the
23:14    different ends, which way to use it. When you
23:15    use it with the green side out, sticking out,
23:16    then that was your -- your tactical mode where
23:17    you could hear -- you could hear speech and
23:18    conversation and softer sounds. But it damped
23:19    the noise, filtered out the noise. But then if
23:20    you flip it around and you wear it with the
23:21    yellow side sticking out, you're obviously not
23:22    camouflage at that point. So you're not going
23:23    to want to be in any kind of tactical situation
23:24    with that yellow end sticking out. And that
23:25    would be like wearing a traditional earplug
24:01    like you're sitting in a vehicle or you're in a
24:02    plane or something like that. It's for
24:03    steady-state noise.

25:13 - 26:03    Leccese, Melissa 2020-10-06
25:13    Q. All right. So then the next step
25:14    for how you instructed soldiers was to instruct
25:15    them about the differences between the two ends
25:16    of the earplugs. Is that fair?
25:17    A. Correct.
25:18    Q. Okay. And explaining to them that
25:19    the yellow side allowed low -- low noise but
25:20    protected from loud impulse noises whereas the
25:21    green side was more of a standard filtering out
25:22    all noise style of plug. Is that fair?
25:23    A. Well, it depends on what you mean.
25:24    Like the green side inserted into the ear?
25:25    Q. Yes.
26:01    A. So the green side inserted into
26:02    the ear would be like a traditional standard
26:03    earplug.

28:14 - 28:20    Leccese, Melissa 2020-10-06
28:14    Q. All right. Now, Dr. Leccese --
28:15    well, I'm sorry.

| | | | |
|---|---|---|---|
| 28:16 | MR. WOLFSON:  For the record what | | |
| 28:17 | has been issued here -- I'm not sure what | | |
| 28:18 | exhibit number this is. | | |
| 28:19 | MS. INT-HOUT:  It will be marked | | |
| 28:20 | as Exhibit 1. | | |

**29:19 - 30:04   Leccese, Melissa 2020-10-06**

| | |
|---|---|
| 29:19 | Q. I'm sorry. This is the what? |
| 29:20 | A. It's a Fort Campbell regulation. |
| 29:21 | Q. Fort Campbell. Okay. So this is |
| 29:22 | specific to your time at Fort Campbell. |
| 29:23 | Correct? |
| 29:24 | A. So the date is 31 January 2008. |
| 29:25 | So this would have been the one that I was very |
| 30:01 | responsible for putting out there. |
| 30:02 | Q. I see. So did you help draft |
| 30:03 | these -- this document? |
| 30:04 | A. Yes. |

**31:14 - 32:15   Leccese, Melissa 2020-10-06**

| | |
|---|---|
| 31:14 | Q. Now, when you say that hearing |
| 31:15 | loss degrades combat readiness and |
| 31:16 | effectiveness, it's fair to say that ingraining |
| 31:17 | a culture of hearing protection was one of the |
| 31:18 | goals -- one of your goals, at least as the |
| 31:19 | head of the hearing program, at Fort Campbell? |
| 31:20 | A. Absolutely. |
| 31:21 | Q. And part of that was explaining to |
| 31:22 | soldiers whether they were new recruits or had |
| 31:23 | been stationed at the base for a while that the |
| 31:24 | use of hearing protection devices is not only |
| 31:25 | recommended but in many cases mandatory? |
| 32:01 | A. Yes. In noise it was always |
| 32:02 | mandatory. |
| 32:03 | Q. Okay. |
| 32:04 | A. In hazardous it was always |
| 32:05 | mandatory. |
| 32:06 | Q. I see. So steady loud noise. Is |
| 32:07 | that what -- is that what you meant? |
| 32:08 | A. Well, it depends on the type of |
| 32:09 | noise. I mean, if it's steady-state noise, |
| 32:10 | there's a standard for the level of noise |
| 32:11 | that -- that identifies that as required for |
| 32:12 | hearing protection. Then you have a different |
| 32:13 | standard for impulse noise and what's required |
| 32:14 | to wear hearing protection for a certain level |
| 32:15 | if it's an impulse noise. |

**33:14 - 33:18   Leccese, Melissa 2020-10-06**

| | | | |
|---|---|---|---|
| 33:14 | When you were the head of the hearing | Re: [33:14 to 34:03] | OVERRULED |
| 33:15 | program at Fort Campbell, was it your | Pltf Obj 402 and 403 | |
| 33:16 | experience that the majority of soldiers did, | | |
| 33:17 | in fact, comply with the hearing program's | | |
| 33:18 | requirements? | | |

**33:20 - 34:03   Leccese, Melissa 2020-10-06**

| | | | |
|---|---|---|---|
| 33:20 | A. So I didn't have a good pulse on | Re: [33:14 to 34:03] | OVERRULED |
| 33:21 | that because I was in the clinic most of the | Pltf Obj 402 and 403 | |
| 33:22 | time. I was the only audiologist that was | | |
| 33:23 | there. And there are a lot of soldiers there. | | |
| 33:24 | So I didn't have the ability to go out into the | | |

33:25 units and do any kind of inspections and see if
34:01 things were happening. So I would have very
34:02 little knowledge regarding -- regarding --
34:03 personal knowledge regarding that.

34:04 - 34:09   Leccese, Melissa 2020-10-06
34:04 Q. I see. Was it your experience,
34:05 however, that those stationed on base more
34:06 often than not complied with the regulations
34:07 that the base put forward?
34:08 A. Yes. More often than not, they
34:09 complied.

**Re: [34:04 to 34:17]**
**Def Obj** Vague (611, 403);
Foundation (602)

**OVERRULED**

34:12 - 34:15   Leccese, Melissa 2020-10-06
34:12 Q. Okay. Would it -- was your
34:13 experience that the vast majority of the time
34:14 those on base complied with the regulations
34:15 that the base required?

**Re: [34:04 to 34:17]**
**Def Obj** Vague (611, 403);
Foundation (602)

**OVERRULED**

34:17 - 34:17   Leccese, Melissa 2020-10-06
34:17 A. Yes.

**Re: [34:04 to 34:17]**
**Def Obj** Vague (611, 403);
Foundation (602)

**OVERRULED**

35:24 - 36:01   Leccese, Melissa 2020-10-06
35:24 MR. WOLFSON:  So let's see. If we
35:25 could go down to Appendix E, that's page 24 of
36:01 the document.

36:02 - 36:04   Leccese, Melissa 2020-10-06
36:02 Q. All right. Now, Dr. Leccese, do
36:03 you -- do you recognize this appendix?
36:04 A. Yes.

36:11 - 36:18   Leccese, Melissa 2020-10-06
36:11 Q. Got it. I see. So in the
36:12 standard items -- well, is it correct that
36:13 Appendix E is -- it's a group of charts of
36:14 potential hearing protection devices that
36:15 soldiers on base could use?
36:16 A. So those -- that is a list of
36:17 items that could be ordered through the Army
36:18 system.

37:11 - 37:25   Leccese, Melissa 2020-10-06
37:11 Q. I see. Okay. But then -- then
37:12 down in the optional section it mentions the --
37:13 the Combat Arms earplugs. Do you see that?
37:14 A. Yes.
37:15 Q. Okay. So for the -- for the
37:16 double-ended, I just wanted to note there, see
37:17 in that second column it says Combat Arms
37:18 earplugs double-ended, 100 each per package, so
37:19 50 pair. And then it says required use of
37:20 instructions sheet. Do you see that?
37:21 A. Uh-huh. Yes.
37:22 Q. Yeah. So anyone ordering the
37:23 Combat Arms earplugs, there was supposed to be
37:24 a user instruction sheet even with the 100
37:25 pack. Correct?

38:02 - 38:19    Leccese, Melissa 2020-10-06

38:02    A. So I don't recall if the earplugs
38:03    came with the instruction sheet. My
38:04    recollection is I got the instruction sheet
38:05    from Public Health Command, that they sent them
38:06    to us.
38:07    Q. Uh-huh.
38:08    A. And that was where I handed them
38:09    out. I handed -- I gave out the instruction
38:10    sheet. It was a card, like a little card.
38:11    Q. Okay.
38:12    A. I remember the instruction card.
38:13    When I gave out or when I fitted Combat Arms
38:14    earplugs, I would also give the card.
38:15    Q. All right. And it was -- so your
38:16    recollection is you received -- do you recall
38:17    how big the card was?
38:18    A. Like a -- like a business card
38:19    size.

39:03 - 39:11    Leccese, Melissa 2020-10-06

39:03    Q. Right. So -- sorry. Let me
39:04    rephrase. So you would -- you would receive a
39:05    package of Combat Arms double-ended earplugs.
39:06    And when handing out a pair of those or
39:07    multiple pairs of those to a soldier, is it
39:08    correct that you would then also give them that
39:09    business card sized instruction sheet that you
39:10    had received separately?
39:11    A. Yes. That's correct.

39:14 - 39:24    Leccese, Melissa 2020-10-06

39:14    Q. And do you know who developed and,
39:15    you know, drafted the content of that business
39:16    sized card that you gave soldiers?
39:17    A. At the time it was Public Health
39:18    Command, which is currently now Public Health
39:19    Center.
39:20    Q. I see. And so but your -- your
39:21    understanding though, the instructions included
39:22    on those -- those business sized cards were the
39:23    proper way to insert and use the Combat Arms
39:24    earplugs. Is that fair?

40:01 - 40:01    Leccese, Melissa 2020-10-06

40:01    A. Yes. That's correct.

43:25 - 44:03    Leccese, Melissa 2020-10-06

43:25    Q. Okay. So again, here, for
44:01    example, do you recognize this document, the
44:02    one that just came up on screen?
44:03    A. Yes, I do.

44:11 - 44:25    Leccese, Melissa 2020-10-06

44:11    Q. Okay. Fair enough. But this is
44:12    something you used to educate soldiers?
44:13    A. Absolutely.
44:14    Q. Okay. So if we could go to the
44:15    next page. And for the record, this is
44:16    Exhibit 2, Leccese Exhibit 2. So here on the
44:17    second page of this document is a visible

44:18    representation of good fit and bad fit for a
44:19    single-ended triple-flanged earplug. Correct?
44:20    A. That's correct.
44:21    Q. Okay. So you were trying to show
44:22    through these pictures when soldiers were, you
44:23    know, being educated by you during these
44:24    presentations how they could tell if an earplug
44:25    had been properly inserted. Right?

45:02 - 45:16    Leccese, Melissa 2020-10-06
45:02    A. That is correct.
45:03    Q. And in picture number one there,
45:04    it says -- it says that's an example of good
45:05    fit. Right?
45:06    A. Yes.
45:07    Q. And it says there that the last
45:08    flange is sealed against the ear canal. Right?
45:09    A. Yes.
45:10    Q. Okay. So is it correct that for
45:11    both the single-ended plugs and the
45:12    double-ended plugs that you instructed soldiers
45:13    how to use, what you tried to get them to do is
45:14    to make sure that that last flange -- the last
45:15    and the third flange was sealed against the ear
45:16    canal. Right?

45:18 - 46:19    Leccese, Melissa 2020-10-06
45:18    A. So the design of the double-ended
45:19    was very different than this one.
45:20    Q. Right.
45:21    A. So in order to help the soldier
45:22    get a good seal with the double-ended, I taught
45:23    them the tug test.
45:24    Q. Okay. And what's the tug test?
45:25    A. The tug test is where you take a
46:01    hold of the end of the earplug and you do a
46:02    little tug to see if it's sealed in the ear.
46:03    If it just pulls out of the ear, it's not in --
46:04    it's not sealed.
46:05    Q. Uh-huh. Okay.
46:06    A. The other thing I taught them was
46:07    the -- I don't know what I called it. But I
46:08    would have them talk, say something out loud,
46:09    and if it sounded like their voice was in a
46:10    barrel, like their voice was inside their head,
46:11    then that is another way to tell that the
46:12    earplug is sealed well. If it just sounds like
46:13    they're talking with nothing in their ear, then
46:14    it's not sealed.
46:15    Q. Understood. So this -- these were
46:16    tests that you taught soldiers to perform on
46:17    themselves at the time that they inserted the
46:18    double-ended plug into their ear. Is that
46:19    fair?

46:23 - 46:23    Leccese, Melissa 2020-10-06
46:23    A. Yes.

46:24 - 47:03    Leccese, Melissa 2020-10-06
46:24    Q. Okay. Now, did you ever receive
46:25    any information, however, about the continuing

47:01   seal for the double-ended plugs and whether and
47:02   how often to test for seal as the user
47:03   continued to wear them?

47:05 - 47:05   Leccese, Melissa 2020-10-06
47:05   A. No.

47:06 - 48:12   Leccese, Melissa 2020-10-06
47:06   Q. All right. Now, another question
47:07   is on instructing soldiers how to get a -- how
47:08   to use the earplugs, I believe you said that
47:09   you gave them -- that you educated them when
47:10   they were in-processed at Fort Campbell. Is
47:11   that right?
47:12   A. Correct. But the technician did
47:13   that.
47:14   Q. Okay. Now -- and then I believe
47:15   you also said there was annual education at the
47:16   base as well. Is that right?
47:17   A. Correct. Yes. That was the
47:18   responsibility of the unit to complete.
47:19   Q. Okay. During that annual
47:20   education, was -- were there instructions again
47:21   on how to insert or -- and seal earplugs?
47:22   A. There should have been.
47:23   Q. So that -- the policy that you set
47:24   forth and had in place at Fort Campbell was
47:25   education when a soldier first came to base on
48:01   how to use earplugs and then annual education
48:02   as well just reminding them how to insert and
48:03   get a seal for earplugs?
48:04   A. Correct. And also a refitting of
48:05   earplugs at that time.
48:06   Q. And -- and what do you -- what do
48:07   you mean by that?
48:08   A. That they just need to have their
48:09   earplugs refitted, like make sure they have
48:10   earplugs and make sure they have the right size
48:11   and make sure it's fitted. And again, the unit
48:12   was responsible.

48:17 - 48:20   Leccese, Melissa 2020-10-06
48:17   Q. When a soldier had very large ear
48:18   canals, were there any special procedures that
48:19   Fort Campbell used for that soldier with
48:20   respect to hearing protection devices?

48:22 - 49:08   Leccese, Melissa 2020-10-06
48:22   A. If there was a soldier that could
48:23   not be fitted properly with one of the
48:24   standard -- or with any earplug that I had in
48:25   stock there, then a -- a custom ear mold would
49:01   be taken, and that would be sent away to a
49:02   company that would make a custom-made hearing
49:03   protection device for that individual at no
49:04   charge to them.
49:05   Q. I see.
49:06   A. A soldier was never supposed to
49:07   pay for any -- any hearing protection that they
49:08   were issued by the Army.

49:09 - 50:01   Leccese, Melissa 2020-10-06

| | |
|---|---|
| 49:09 | Q. I see. So if they had very large |
| 49:10 | ear canals at Fort Campbell, they got custom |
| 49:11 | hearing protection devices? |
| 49:12 | MR. BHIMANI:  Object to the form. |
| 49:13 | A. The same -- and that would have |
| 49:14 | been the same for a very small ear canal. |
| 49:15 | Q. I see. So for the -- so very |
| 49:16 | small and very large ear canals, those soldiers |
| 49:17 | got custom hearing protection devices? |
| 49:18 | A. Correct. |
| 49:19 | Q. Okay. And then for the majority |
| 49:20 | of folks, they got either the standard issue |
| 49:21 | single -- single-end triple-flanged earplugs or |
| 49:22 | in special cases the double-ended Combat Arms |
| 49:23 | earplugs. Fair? |
| 49:24 | MR. BHIMANI:  Object to the form. |
| 49:25 | A. The triple-flange and for the |
| 50:01 | quad-flange as well. |

Re: [49:09 to 49:18]
Def Obj Relevance (401, 402); 403

<mark>OVERRULED</mark>

51:01 - 51:05   Leccese, Melissa 2020-10-06

| | |
|---|---|
| 51:01 | Q. Now, Dr. Leccese, do you recognize |
| 51:02 | this? |
| 51:03 | (Leccese Exhibit Number 3 |
| 51:04 | is marked for identification.) |
| 51:05 | A. Yes. |

51:10 - 51:13   Leccese, Melissa 2020-10-06

| | |
|---|---|
| 51:10 | Q. So this is an example of a |
| 51:11 | PowerPoint or of a presentation that you gave |
| 51:12 | soldiers on base at Fort Campbell? |
| 51:13 | A. Yes. |

52:16 - 53:03   Leccese, Melissa 2020-10-06

| | |
|---|---|
| 52:16 | it. Thank you. So slide thirteen on this, I'd |
| 52:17 | like to look at that real quick. So here it |
| 52:18 | says if noise is steady-state at 85 decibels, |
| 52:19 | more than eight hours of exposure may result in |
| 52:20 | permanent NIHL. Is it correct that NIHL stands |
| 52:21 | for noise-induced hearing loss? |
| 52:22 | A. Correct. |
| 52:23 | Q. So here what you're saying is if |
| 52:24 | you're -- if you're at 85 decibels for eight |
| 52:25 | hours, you could actually get hearing damage. |
| 53:01 | Is that fair? |
| 53:02 | A. Yes. At 85 dBA, which is the |
| 53:03 | steady-state noise, then yes. |

55:12 - 56:02   Leccese, Melissa 2020-10-06

| | |
|---|---|
| 55:12 | Q. So you know, we've been talking |
| 55:13 | about hearing loss in terms of, you know, the |
| 55:14 | actual ability to hear sounds. But there's |
| 55:15 | also -- another form of hearing damage, am I |
| 55:16 | right, is tinnitus? |
| 55:17 | A. Correct. Well -- |
| 55:18 | Q. I'm sorry? |
| 55:19 | A. So people with normal hearing can |
| 55:20 | still have tinnitus. |
| 55:21 | Q. Right. |
| 55:22 | A. So just because someone has |
| 55:23 | tinnitus doesn't mean they have a hearing loss, |

Re: [55:12 to 56:02]
Def Obj 701; 602; 106

<mark>OVERRULED</mark>

55:24    per se.
55:25    Q. Okay. So it's possible and, in
56:01    fact, does happen that people might not have
56:02    experienced or might not be experiencing actual

56:07 - 56:15   Leccese, Melissa 2020-10-06
56:07    Q. And was it your experience that
56:08    soldiers on base at Fort Campbell, or really
56:09    anywhere else in your career, had that
56:10    combination of no hearing loss or little
56:11    hearing loss but tinnitus that was -- well, let
56:12    me rephrase the question.
56:13    Is your experience as an audiologist that
56:14    soldiers, in fact, did not have substantial
56:15    hearing loss but nevertheless had tinnitus?

56:17 - 56:24   Leccese, Melissa 2020-10-06
56:17    A. It was fairly rare for someone not
56:18    to have hearing loss with the tinnitus. Most
56:19    of the time it did go together. But it's
56:20    possible for it to happen separately.
56:21    Q. Okay. And for tinnitus, this is
56:22    for folks, you know, who don't know, it's the
56:23    buzzing in the ear or ringing in the ear that
56:24    just won't go away. Is that right?

57:01 - 57:14   Leccese, Melissa 2020-10-06
57:01    A. So tinnitus can be intermittent.          Re: [57:10 to 57:24]          **OVERRULED**
57:02    Q. Uh-huh.                                     Pltf Obj 602
57:03    A. It can also be constant.
57:04    Q. So meaning sometimes it will -- it
57:05    can vary between episodes where it's happening
57:06    and goes away, and then there's other types
57:07    where it's just a constant ringing in someone's
57:08    head?
57:09    A. Uh-huh. Correct.
57:10    Q. And was it your experience as an
57:11    audiologist that soldiers would -- with
57:12    tinnitus that was not constant would sometimes
57:13    report it and sometimes not depending on
57:14    whether it was going on?

57:16 - 58:05   Leccese, Melissa 2020-10-06
57:16    A. So one of -- well, I mean, in my          Re: [57:10 to 57:24]          **OVERRULED**
57:17    personal experience, I would ask them -- when I  Pltf Obj 602
57:18    did a case history, if I saw a patient in the
57:19    clinic, I would ask them about their tinnitus.
57:20    And they would always report that if it was
57:21    there. And they -- you know, I would ask them
57:22    is it there all the time or is it just there
57:23    now and then. And so I would document all of
57:24    that.
57:25    Q. Okay. And if they -- if they
58:01    reported the exact same symptoms, well, you
58:02    know, it's intermittent, you know, it comes and
58:03    goes or it sometimes happens, if you had
58:04    already noted it in their files, would you note
58:05    it again in later visits?

58:09 - 58:09   Leccese, Melissa 2020-10-06
58:09    A. Yes. Of course.

59:11 - 59:19   Leccese, Melissa 2020-10-06
59:11   Q. This will be Leccese Exhibit 4.
59:12   This is another presentation, Dr. Leccese. Do
59:13   you recognize this?
59:14   (Leccese Exhibit Number 4
59:15   is marked for identification.)
59:16   A. Yes.
59:17   Q. Okay. And what is this?
59:18   A. This is the first slide of another
59:19   health education briefing.

60:10 - 61:03   Leccese, Melissa 2020-10-06
60:10   Q. We're in this deposition in
60:11   connection with a case brought by a former
60:12   soldier who was stationed at Fort Campbell
60:13   named Stephen Hacker. Now, do you recall ever
60:14   meeting or treating Mr. Hacker?
60:15   A. Specifically no, I don't remember
60:16   this particular soldier.
60:17   Q. Yeah. Fair to say that you saw, I
60:18   assume, thousands of soldiers over your time at
60:19   Fort Campbell?
60:20   A. I was there for four years, so
60:21   yes, I saw a lot of soldiers.
60:22   Q. Okay. So is it fair that looking
60:23   at Mr. Hacker's medical records, his records of
60:24   his visits with you is probably the best way to
60:25   either recall or just review what you did with
61:01   him or, you know, with respect as a treating --
61:02   as a treater?
61:03   A. That would be the only way.

61:07 - 61:12   Leccese, Melissa 2020-10-06
61:07   Q. All right. Dr. Leccese, this is a
61:08   medical record. I believe this is Exhibit 5.
61:09   Someone hopefully will correct me if I'm wrong
61:10   on that.
61:11   (Leccese Exhibit Number 5
61:12   is marked for identification.)

62:13 - 62:20   Leccese, Melissa 2020-10-06
62:13   Q. And so to the best of your
62:14   understanding, this is a true and accurate copy
62:15   of a printout of a record that you created
62:16   during a medical visit with -- with Mr. Hacker?
62:17   A. Yes.
62:18   Q. Okay. And there in the date we
62:19   can see that this is from April 3, 2006?
62:20   A. Yes.

63:02 - 63:16   Leccese, Melissa 2020-10-06
63:02   Q. So the reason for the visit given
63:03   is audiological evaluation due to hearing loss
63:04   noted during in-processing hearing screening.
63:05   Patient's original DD2215 in 19 (sic) also
63:06   shows similar hearing loss in the right ear to
63:07   that found on March 9, 2006 screening. Did I
63:08   read that correctly?
63:09   A. Well, I can't see the very end of
63:10   it. So patient's original DD2215 and all I can

| | |
|---|---|
| 63:11 | see is the one. So whatever year that is. |
| 63:12 | Q. In 19 -- oh, I see. |
| 63:13 | MR. WOLFSON:  Let's move over the |
| 63:14 | callout a little bit to the left so Dr. Leccese |
| 63:15 | can see. |
| 63:16 | A. Okay. I see that now. 1998. |

**64:15 - 65:05**  Leccese, Melissa 2020-10-06

| | |
|---|---|
| 64:15 | Q. Okay. So you know, having this |
| 64:16 | sort of subjective description given to you, is |
| 64:17 | there any way that you are able to -- that you |
| 64:18 | are able to test or confirm for the hearing |
| 64:19 | loss? For example, would you have conducted a |
| 64:20 | hearing test that then resulted in an |
| 64:21 | audiogram? |
| 64:22 | A. Yes, I would do that. |
| 64:23 | Q. Okay. And then how do you assess |
| 64:24 | when someone describes ringing or buzzing in |
| 64:25 | their ear? |
| 65:01 | A. At that time I was not assessing |
| 65:02 | for tinnitus. |
| 65:03 | Q. Okay. So the purpose of this |
| 65:04 | visit was for the hearing loss? |
| 65:05 | A. Correct. |

**65:06 - 65:09**  Leccese, Melissa 2020-10-06

| | |
|---|---|
| 65:06 | Q. Okay. But at least in this |
| 65:07 | timeframe, April 2006, Mr. Hacker was clear |
| 65:08 | that he was also experiencing intermittent |
| 65:09 | ringing in his ears. Fair? |

Re: [65:06 to 65:11]
Def Obj Foundation (602)

**OVERRULED**

**65:11 - 65:11**  Leccese, Melissa 2020-10-06

| | |
|---|---|
| 65:11 | A. Yes. |

Re: [65:06 to 65:11]
Def Obj Foundation (602)

**OVERRULED**

**76:15 - 77:02**  Leccese, Melissa 2020-10-06

| | |
|---|---|
| 76:15 | Q. So this is Leccese Exhibit 8. |
| 76:16 | Dr. Leccese, do you recognize this exhibit or |
| 76:17 | at least the format of it? |
| 76:18 | (Leccese Exhibit Number 8 |
| 76:19 | is marked for identification.) |
| 76:20 | A. Yes, I recognize the format. |
| 76:21 | Q. Okay. Again, this is a -- this is |
| 76:22 | a printout of an AHLTA medical report that you |
| 76:23 | created after a visit with Mr. Hacker? |
| 76:24 | A. Correct. |
| 76:25 | Q. And here we can see that the date |
| 77:01 | of this is August 31, 2009? |
| 77:02 | A. Yes. |

**77:19 - 78:18**  Leccese, Melissa 2020-10-06

| | |
|---|---|
| 77:19 | Q. I see. So he had been overseas |
| 77:20 | on -- on deployment, comes home. As part of |
| 77:21 | that process, he gets a hearing test? |
| 77:22 | A. Correct. |
| 77:23 | Q. Okay. Now, it says -- the second |
| 77:24 | sentence said the reason for the visit. It |
| 77:25 | says there is no STS from the baseline. What's |
| 78:01 | that mean? |
| 78:02 | A. So STS is significant threshold |
| 78:03 | shift. So what it means is that the DOEHRS |

| | | | |
|---|---|---|---|
| 78:04 automated system did not calculate any | | | |
| 78:05 change -- any significant change in his hearing | | | |
| 78:06 from whatever baseline the system was using. | | | |
| 78:07 Q. Okay. Now, the -- the significant | | | |
| 78:08 threshold shift is referring only to hearing | | | |
| 78:09 loss. Correct? | | | |
| 78:10 A. No. | | | |
| 78:11 Q. What is that -- what is -- why do | | | |
| 78:12 you say no to that question? | | | |
| 78:13 A. So significant threshold shift is | | | |
| 78:14 just -- it means there's no change in his | | | |
| 78:15 hearing. So if a soldier's hearing was super, | | | |
| 78:16 super, super good and then it changed but it | | | |
| 78:17 was still normal, the system would still say | | | |
| 78:18 there's an STS in this person's hearing. | | | |

**78:21 - 79:02   Leccese, Melissa 2020-10-06**
78:21   clearer. Talking about a threshold shift is
78:22   not in any way referring to tinnitus, is it?
78:23   A. That's correct.
78:24   Q. Okay. It's more about the
78:25   difference in their ability to hear than --
79:01   than anything else. Correct?
79:02   A. Correct.

Re: [78:21 to 79:02]
Def Obj 106

**Plaintiffs will add 78:19-20 to counter designation and Defendants withdraw objection, 3/12/2021**

**79:03 - 79:09   Leccese, Melissa 2020-10-06**
79:03   Q. So when we look at the reported
79:04   history, it says environmental exposure, high
79:05   level of environmental noise. And he was
79:06   fitted with large quad-flanged hearing
79:07   protection devices today with a carrying case.
79:08   Do you see that?
79:09   A. Yes, I see that.

**79:10 - 79:21   Leccese, Melissa 2020-10-06**
79:10   Q. So the -- when it says that he was
79:11   fitted with quad-flanged hearing protection
79:12   devices today, that's not indicating prior
79:13   usage; it's saying after this visit we gave him
79:14   quad-flanged hearing protection devices for
79:15   future use. Right?
79:16   A. Yeah. Before or after I fitted
79:17   him.
79:18   Q. Okay. So this is not making any
79:19   observation about the hearing protection
79:20   devices he had been using while on deployment?
79:21   A. No.

**79:22 - 80:20   Leccese, Melissa 2020-10-06**
79:22   Q. And then the final sentence here
79:23   is -- it says he did demonstrate excellent
79:24   insertion technique today with no instruction.
79:25   Do you see that?
80:01   A. Yes. I love that.
80:02   Q. Was it -- was it common practice
80:03   for you to note the quality of the insertion
80:04   technique for the soldiers that you saw?
80:05   A. Yes.
80:06   Q. So for this one, Mr. Hacker at
80:07   least, he demonstrated to you in a way that you
80:08   noted in his record that he knew how to insert

| | |
|---|---|
| 80:09 | the earplugs correctly. Right? |
| 80:10 | A. Yes. |
| 80:11 | Q. Okay. And in this instance, the |
| 80:12 | quad-flange, it was a single-ended quad-flange |
| 80:13 | earplugs, and he was able to insert it |
| 80:14 | correctly with what you describe as excellent |
| 80:15 | insertion technique. Yeah? |
| 80:16 | A. Yes. |
| 80:17 | Q. Do you -- do you know, you know, |
| 80:18 | from these records whether and how often |
| 80:19 | Mr. Hacker used the double-ended Combat Arms |
| 80:20 | earplugs? |

**80:22 - 81:03   Leccese, Melissa 2020-10-06**

| | |
|---|---|
| 80:22 | A. I would have no ability to know |
| 80:23 | that at all. |
| 80:24 | Q. And am I correct that the only way |
| 80:25 | you'd be able to know that with respect to |
| 81:01 | Mr. Hacker is by reference to your records, if |
| 81:02 | they mention it at all? |
| 81:03 | A. That's true. |

**82:04 - 82:05   Leccese, Melissa 2020-10-06**

| | |
|---|---|
| 82:04 | Q. Good morning, Dr. Leccese. |
| 82:05 | A. Good morning. |

**82:22 - 83:14   Leccese, Melissa 2020-10-06**

| | |
|---|---|
| 82:22 | Q. Okay. And I'm going to cover some |
| 82:23 | of the same topics that Mr. Wolfson did. |
| 82:24 | Before I -- before I do that, I just wanted to |
| 82:25 | follow-up on some of the questions that |
| 83:01 | Mr. Wolfson asked you. Okay? |
| 83:02 | A. Okay. |
| 83:03 | Q. One of the things that I think you |
| 83:04 | said in response to one of Mr. Wolfson's |
| 83:05 | questions was that your clinic would fit |
| 83:06 | hearing protection devices for soldiers. Do |
| 83:07 | you remember that? |
| 83:08 | A. Yes. |
| 83:09 | Q. Is it your understanding that the |
| 83:10 | Department of Defense and Army regulations |
| 83:11 | required that soldiers be fitted by Army |
| 83:12 | personnel with hearing protection devices? |
| 83:13 | A. They were, yes, required to be |
| 83:14 | fitted by Army personnel. |

**83:20 - 85:11   Leccese, Melissa 2020-10-06**

| | | |
|---|---|---|
| 83:20 | Q. Okay. So -- so somebody in your | Re: [84:20 to 85:15] |
| 83:21 | unit that has the qualifications to fit | Pltf Obj 402 |
| 83:22 | soldiers with hearing protection devices, fair | |
| 83:23 | to say? | |
| 83:24 | A. Well, they had to have been | |
| 83:25 | trained to fit. There wasn't a qualification | |
| 84:01 | to do it. They were just -- if it was a | |
| 84:02 | soldier within their own unit, their hearing | |
| 84:03 | conservation representative, they were just | |
| 84:04 | trained by my clinic to do -- to fit earplugs. | |
| 84:05 | Q. Okay. So let me ask a better | |
| 84:06 | question then. So it would be somebody in your | |
| 84:07 | group that would fit soldiers with earplugs, | |
| 84:08 | and those folks would be trained to do those | |

<span style="background-color: yellow">OVERRULED</span>

| | |
|---|---|
| 84:09 | fittings. True? |
| 84:10 | A. Unless it was one of the soldiers |
| 84:11 | that was from their own unit. So the unit |
| 84:12 | itself was responsible for providing the annual |
| 84:13 | health education and the annual hearing |
| 84:14 | protection fitting. Because there were so many |
| 84:15 | soldiers, it was difficult for my clinic to do |
| 84:16 | all of the fittings for everyone. So we had |
| 84:17 | representatives from each unit come to us to |
| 84:18 | get training. And then they went back to their |
| 84:19 | units and did the requirements, the education. |
| 84:20 | Q. I understand. Would it be |
| 84:21 | somebody in your clinic -- within your clinic |
| 84:22 | itself that would do initial fittings? So |
| 84:23 | putting aside the annual fittings that may come |
| 84:24 | after, the initial would be somebody in your |
| 84:25 | group. Is that true? |
| 85:01 | A. Yes. At in-processing. |
| 85:02 | Q. Okay. And that would be, again, a |
| 85:03 | technician or somebody that you had trained or |
| 85:04 | an audiologist within your group that would do |
| 85:05 | that fitting. True? |
| 85:06 | A. Yes. |
| 85:07 | Q. Okay. And again, it was your |
| 85:08 | understanding that that in-processing fitting, |
| 85:09 | that that would be something that was required |
| 85:10 | under the Department of Defense and the Army |
| 85:11 | rules and regulations. True? |

85:13 - 86:11  Leccese, Melissa 2020-10-06

| | | | |
|---|---|---|---|
| 85:13 | A. I don't recall that being an Army, | Re: [84:20 to 85:15] | OVERRULED |
| 85:14 | per se, regulation. But that was the | Pltf Obj 402 | |
| 85:15 | Fort Campbell process that was in place. | | |
| 85:16 | Q. Okay. Something else that I think | | |
| 85:17 | you said is that in your experience the | | |
| 85:18 | Combat Arms Earplugs Version II were typically | | |
| 85:19 | fit on soldiers with H3 profiles. Do you | | |
| 85:20 | remember that? | | |
| 85:21 | A. Yes. | | |
| 85:22 | Q. And what is an H3 profile? | | |
| 85:23 | A. An H3 profile in general is a | | |
| 85:24 | soldier who has significant hearing loss in | | |
| 85:25 | both ears. | | |
| 86:01 | Q. And am I correct that an H1 | | |
| 86:02 | profile is essentially somebody with normal | | |
| 86:03 | hearing and an H2 is somewhere in between? | | |
| 86:04 | A. That's a very, yes, general, | | |
| 86:05 | broad, correct statement. | | |
| 86:06 | Q. Okay. It's only because I don't | | |
| 86:07 | know how to be more specific than that. So if | | |
| 86:08 | Mr. Hacker did not have an H3 profile, would it | | |
| 86:09 | stand to reason that he would not have been | | |
| 86:10 | issued, at least at Fort Campbell, Combat Arms | | |
| 86:11 | Version II earplugs? | | |

86:13 - 86:20  Leccese, Melissa 2020-10-06

| | |
|---|---|
| 86:13 | A. No, I would not have any way of |
| 86:14 | knowing if he was issued them because RFI was |
| 86:15 | issuing them. So RFI is like -- I think that |
| 86:16 | was at Fort Campbell. RFI started issuing |
| 86:17 | them. So where they got their other Army gear, |

86:18    that section began issuing the Combat Arms
86:19    earplugs as a standard issue item. That had
86:20    nothing to do with my office.

86:21 - 86:23   Leccese, Melissa 2020-10-06
86:21    Q. Okay. Do you know about when that
86:22    was?
86:23    A. I don't remember, no.

86:24 - 87:14   Leccese, Melissa 2020-10-06
86:24    Q. Okay. All right. And I think one
86:25    of the things that you said you would talk to
87:01    soldiers about during in-processing would be
87:02    how to use whatever hearing protection device
87:03    they were being provided. Is that true?
87:04    A. Yes.
87:05    Q. With respect to the Combat Arms
87:06    Version II, do you recall ever telling soldiers
87:07    to -- to mismatch the earplugs, that is use the
87:08    yellow end in one side and the green end in the
87:09    other side?
87:10    A. No, I never did that.
87:11    Q. Would you have you
87:12    consider that a proper use of the Combat Arms
87:13    Version II earplug if you were instructing the
87:14    soldiers to mismatch the ends during use?

87:17 - 87:19   Leccese, Melissa 2020-10-06
87:17    A. Yeah, I never instructed them to
87:18    do that. I don't know why we would instruct
87:19    someone to do that.

88:10 - 91:25   Leccese, Melissa 2020-10-06
88:10    Q. Okay. And then with respect to
88:11    the Combat Arms Version II earplugs, did you
88:12    receive any training on how to fit that earplug
88:13    yourself? In other words, to show the soldiers
88:14    how to do it, did you have to go through some
88:15    kind of training for that?
88:16    A. As far as fitting it, no. As far
88:17    as how it worked, we were given information
88:18    about like what the two sides were for and
88:19    things like that. But as far as fitting it, it
88:20    was just like fitting any other earplug.
88:21    Q. Okay. So it's not -- it's not
88:22    like there was some training that the military
88:23    provided to you or others in your group on how
88:24    to do a fitting of a Combat Arms Version II
88:25    earplug?
89:01    A. No.
89:02    Q. Okay. Were you provided any
89:03    materials by the military on how to fit
89:04    soldiers with a Combat Arms Version II earplug?
89:05    A. How to fit them? Not really how
89:06    to fit them. Just how they worked.
89:07    Q. Okay. When you say how they
89:08    worked, you're referring to what the yellow end
89:09    does and what the green end does?
89:10    A. Correct.
89:11    Q. Okay. One of the things you
89:12    mentioned with Mr. Wolfson were instruction

89:13 sheets that were provided by Public Health
89:14 Command. Do you remember that?
89:15 A. Yes.
89:16 Q. Okay. And I am -- I am correct
89:17 that Public Health Command did provide
89:18 instruction sheets relating to the Combat Arms
89:19 Version II earplugs?
89:20 A. Yes, they did.
89:21 Q. And I think you said it's now
89:22 called the Public Health Center. But is that a
89:23 division of the Army?
89:24 A. Yes, that's part of the Army.
89:25 Q. Okay. And to your knowledge,
90:01 that's not a group or an entity or anything
90:02 that's owned or affiliated with 3M or any Aearo
90:03 entity. True?
90:04 A. That's true. They're not
90:05 affiliated with 3M at all.
90:06 Q. Okay. Do you know how the
90:07 instruction sheets were developed by Public
90:08 Health Command?
90:09 A. No.
90:10 Q. It's not a process that you were
90:11 involved in yourself. True?
90:12 A. No.
90:13 Q. All right. And I'm -- and I'm --
90:14 it's fair to say then that you don't have any
90:15 knowledge as to what information 3M may have
90:16 provided to the military or to Public Health
90:17 Command relating to the Combat Arms earplug
90:18 that went into that instruction. Right?
90:19 A. That is true.
90:20 Q. Okay. The reason I ask,
90:21 Mr. Wolfson talked about, you know, if there
90:22 were studies that showed this thing or the
90:23 other thing. To the extent that any studies or
90:24 information was provided to the military
90:25 relating to the Combat Arms earplug, that's not
91:01 something that -- those aren't, you know,
91:02 meetings or a process that you were involved in
91:03 yourself personally. True?
91:04 A. That is true. I was not involved
91:05 in any of that.
91:06 Q. Okay. Did you ever ask anybody
91:07 within the military or have reason to ask
91:08 anybody within the military what information 3M
91:09 or Aearo had provided to the military relating
91:10 to the Combat Arms Version II earplugs?
91:11 A. No, I didn't that I recall.
91:12 Q. Okay. And same question as it
91:13 relates to the rolling back of flanges on the
91:14 Combat Arms Version II earplugs. You don't
91:15 know one way or the other what information was
91:16 provided by 3M or Aearo to the military
91:17 relating to the flanges or the rolling back of
91:18 flanges on the Combat Arms Version II earplug.
91:19 Fair to say?
91:20 A. Yeah. I have no idea what they
91:21 provided.
91:22 Q. Okay. And again, that's not a
91:23 question that you raised in your career at the

91:24    military with anybody in the military. True?
91:25    A. Not that I recall.

92:04 - 92:13    Leccese, Melissa 2020-10-06
92:04    Q. Okay. Do you have any knowledge
92:05    of the in-processing or the fitting procedures
92:06    or regulations that were in place at Fort Bliss
92:07    as they compared to Fort Campbell?
92:08    A. No.
92:09    Q. Okay. So you don't know, again,
92:10    one way or the other whether they -- they did
92:11    fittings the same way as you all did them at
92:12    Fort Campbell or not. True?
92:13    A. That's true. I don't know.

92:19 - 94:07    Leccese, Melissa 2020-10-06
92:19    Q. Can you walk us through the
92:20    education that you received in becoming
92:21    qualified as an audiologist?
92:22    A. Yes. I did an undergraduate four
92:23    years in speech pathology. And audiology
92:24    required a master's degree for entry. At that
92:25    time that was how it was. So I did a two-year
93:01    master's of science in audiology specifically.
93:02    And then I went to my first duty station in
93:03    Fort Polk. And a clinical fellowship year is
93:04    required in order to practice. So you have to
93:05    be supervised. So I had a clinical supervisor
93:06    for that first year, and I completed that
93:07    clinical fellowship year, CFY. And then soon
93:08    after that the profession began to move towards
93:09    a doctorate level entry.
93:10    So at that time I began the process of
93:11    getting my doctorate in audiology, which I
93:12    completed. I think it took two years of
93:13    distance learning with Arizona School of Health
93:14    Sciences. And I have my AUD currently.
93:15    Q. And the AUD is the -- the degree
93:16    that certifies you as an audiologist?
93:17    A. It's the doctor of audiology.
93:18    Q. Okay. And it sounds like --
93:19    correct me if I'm wrong. It sounds like you
93:20    spent your whole career as an audiologist until
93:21    you retired with the Army?
93:22    A. So I did have a
93:23    six-month-or-so-ish period where I worked for
93:24    the general as an academic assistant. But
93:25    otherwise I have been in audiology in the Army
94:01    my whole career.
94:02    Q. Okay. And this may not be a
94:03    question that you can answer. Do you have any
94:04    estimate as to how many soldiers you've seen
94:05    over the course of your career as an
94:06    audiologist in the military?
94:07    A. No clue.

94:08 - 94:14    Leccese, Melissa 2020-10-06
94:08    Q. It would be thousands. Is that
94:09    fair to say?
94:10    A. Well, each appointment was an hour
94:11    long. And I usually just saw somebody once

94:12   unless I fitted them with hearing aids. So I
94:13   mean, that's twenty years of -- I don't know.
94:14   I'm not very good at math, so --

94:15 - 94:18   Leccese, Melissa 2020-10-06
94:15   Q. Okay. It was a lot of soldiers.
94:16   Can we say it was a lot of soldiers? Do you
94:17   agree with that?
94:18   A. A lot.

95:13 - 98:21   Leccese, Melissa 2020-10-06
95:13   Q. Okay. And for the record, this
95:14   document has been previously marked as Hacker
95:15   Exhibit 15. Dr. Leccese, please just take a
95:16   minute and review Exhibit 15 here. It's a
95:17   one-page document.
95:18   My first question will be whether this is a
95:19   true and correct copy of a medical record that
95:20   you would have filled out on April 3, 2006?
95:21   A. Yes, it is.
95:22   Q. And you would have filled out this
95:23   form in connection with your treatment of -- of
95:24   Mr. Hacker in the course of your ordinary duty
95:25   as an audiologist with the Army. Right?
96:01   A. Yes.
96:02   Q. And you would have done this at
96:03   the same time that or shortly after meeting
96:04   with Mr. Hacker in connection with this
96:05   appointment. True?
96:06   A. Yeah. At the same time.
96:07   Q. Okay. And the handwriting that's
96:08   on Exhibit 15, is that your handwriting?
96:09   A. Yes.
96:10   Q. All right. And the signature
96:11   under prepared by, that's your signature. Yes?
96:12   A. Yes.
96:13   Q. Okay. And that -- and that
96:14   indicates that you prepared this document and
96:15   filled it out. Right?
96:16   A. Correct.
96:17   Q. Okay. And those may sound like
96:18   tedious questions. It's just kind of a formal
96:19   thing we have to do for the record. So if you
96:20   look, there's a note here under comments that
96:21   says, and I'll read it for the record, no STS
96:22   from original 1998 baseline. Do you see that?
96:23   A. Yes.
96:24   Q. And does that reflect that your
96:25   comment here is that Mr. Hacker had no
97:01   significant threshold shift from his original
97:02   1998 baseline audiogram?
97:03   A. Yes.
97:04   Q. And can you just explain in lay
97:05   terms what that means and indicates?
97:06   A. So that means his hearing is the
97:07   same as it was in 1998 when that hearing test
97:08   was completed -- the 1998 hearing test was
97:09   completed.
97:10   Q. And the second note you have here
97:11   is -- I'll again read it for the record --
97:12   referred to ENT due to conductive hearing loss,

| | |
|---|---|
| 97:13 | right ear. Do you see that? |
| 97:14 | A. Yes. |
| 97:15 | Q. And I don't think you discussed |
| 97:16 | this with Plaintiff's counsel. But can you |
| 97:17 | just describe what a conductive hearing loss |
| 97:18 | is? |
| 97:19 | A. So a conductive hearing loss is |
| 97:20 | hearing loss that is caused from a middle ear |
| 97:21 | condition. |
| 97:22 | Q. How is it different, if it is |
| 97:23 | different, from a sensorineural hearing loss? |
| 97:24 | A. So conductive hearing loss can |
| 97:25 | potentially be corrected by ENT. So it's often |
| 98:01 | called the temporary hearing loss, which is not |
| 98:02 | always true if it can't be corrected. But a |
| 98:03 | sensorineural hearing loss we would always call |
| 98:04 | a permanent type of hearing loss. |
| 98:05 | Q. To your knowledge, is there any |
| 98:06 | difference between the two in terms of being |
| 98:07 | induced by exposure to noise or would that be |
| 98:08 | something you would defer to an ENT about? |
| 98:09 | A. So that's something an |
| 98:10 | audiologist that I could diagnose myself. |
| 98:11 | Q. And what do you mean by that? |
| 98:12 | A. So if the hearing loss -- if the |
| 98:13 | hearing loss was sensorineural, then it's more |
| 98:14 | likely that it's noise induced. |
| 98:15 | Q. It's more likely in the case of a |
| 98:16 | sensorineural hearing loss than in a conductive |
| 98:17 | hearing loss. Is that -- is that what you |
| 98:18 | mean? |
| 98:19 | A. Yes. That's true. |
| 98:20 | Q. And can you just explain why that |
| 98:21 | is or how you know that to be true? |

| | |
|---|---|
| 98:23 - 98:25 | Leccese, Melissa 2020-10-06 |
| 98:23 | A. So it's anatomy, like the way the |
| 98:24 | ear -- the ear functions, because of the way |
| 98:25 | the ear works. |

| | |
|---|---|
| 100:13 - 101:13 | Leccese, Melissa 2020-10-06 |
| 100:13 | Dr. Leccese, do you -- do you see |
| 100:14 | Hacker Exhibit 14 here? Is that in front of |
| 100:15 | you? |
| 100:16 | A. Yes. I see it. |
| 100:17 | Q. Okay. And do you recognize this |
| 100:18 | as an electronic medical record that you would |
| 100:19 | have created and signed on April 3, 2006? |
| 100:20 | A. Yes. |
| 100:21 | Q. And you would have created this in |
| 100:22 | the course of your duties as an audiologist at |
| 100:23 | Fort Campbell treating Mr. Hacker. Right? |
| 100:24 | A. Correct. |
| 100:25 | Q. And you would have done that -- |
| 101:01 | you would have created this record and the |
| 101:02 | information within it at or near the time of |
| 101:03 | meeting with Mr. Hacker on April 3, 2006? |
| 101:04 | A. At the same time. I always did my |
| 101:05 | notes like almost -- I always did my notes |
| 101:06 | right away. |
| 101:07 | Q. Okay. And under -- under |

101:08   objective in the middle of the document,
101:09   there's a sentence that reads, for the record,
101:10   mild conductive hearing loss, right ear.
101:11   Apparently present for many years but not
101:12   identified until now. Do you see that?
101:13   A. Yes.

101:21 - 102:06   Leccese, Melissa 2020-10-06
101:21   Q. Okay. So where it says apparently
101:22   present for many years, that would have been
101:23   based on your review of his 1998 baseline
101:24   audiogram?
101:25   A. Correct.
102:01   Q. Okay. And normal hearing, left
102:02   ear, that just indicates that the hearing in
102:03   his left ear is normal and the -- what you
102:04   called a mild conductive hearing loss was in
102:05   his right ear. Is that a fair summary?
102:06   A. Correct.

103:04 - 104:13   Leccese, Melissa 2020-10-06
103:04   Q. Okay. So that's what I was --
103:05   that's what I was getting at really is this --
103:06   if this says 40 minutes, would that indicate
103:07   that you would have met with him in this
103:08   April 3, 2006 appointment for about 40 minutes?
103:09   A. Yes. That's...
103:10   Q. Okay. And is that a typical
103:11   length of time to meet with a soldier in a
103:12   context like this or is it longer than normal
103:13   or shorter than normal?
103:14   A. That was quick actually. Usually
103:15   it was about 60 minutes-ish.
103:16   Q. Okay. All right. And then under
103:17   A/P, written by, and then your name, do you see
103:18   that section of this record?
103:19   A. Yes.
103:20   Q. First, what does A/P mean?
103:21   A. Assessment and plan.
103:22   Q. Okay. And the second thing there
103:23   is it says tinnitus subjective. Do you see
103:24   that?
103:25   A. Yes.
104:01   Q. And does the designation
104:02   subjective indicate that this was something
104:03   that was reported to you by Mr. Hacker during
104:04   the appointment?
104:05   A. Yes.
104:06   Q. Okay. So it's not -- it hasn't
104:07   been -- it's not something like hearing loss
104:08   where you can test and have an objective
104:09   measure. It's something that he is reporting
104:10   as the patient. Is that fair?
104:11   A. That's correct. It is possible to
104:12   assess tinnitus. But I did not. I did not
104:13   assess it.

105:21 - 106:22   Leccese, Melissa 2020-10-06
105:21   Q. All right. And again, is
105:22   Hacker Exhibit 21 a true and accurate copy of a
105:23   medical record that you would have created in

| | | |
|---|---|---|
| 105:24 | the course of your duties treating Mr. Hacker? | |
| 105:25 | A. Yes. | |
| 106:01 | Q. And you would have created this | |
| 106:02 | medical record contemporaneously with your | |
| 106:03 | meeting with Mr. Hacker on July 31, 2007. | |
| 106:04 | Right? | |
| 106:05 | A. Yes. | |
| 106:06 | Q. Okay. And you'll notice under | |
| 106:07 | reason for visit, there's a sentence here that | |
| 106:08 | says patient had a diagnostic audiogram | |
| 106:09 | completed on April 3, 2006 and was referred to | |
| 106:10 | ENT for conductive hearing loss, right ear. Do | |
| 106:11 | you see that? | |
| 106:12 | A. Yes. | |
| 106:13 | Q. And so does that indicate that | |
| 106:14 | following your meeting with Mr. Hacker on | |
| 106:15 | April 3, 2006, you did, in fact, refer him to | |
| 106:16 | an ENT at that time? | |
| 106:17 | A. Yes, I did. | |
| 106:18 | Q. All right. And then there's a | |
| 106:19 | sentence that says he saw ENT on 10 May 2006. | |
| 106:20 | And the note indicates that otosclerosis is | |
| 106:21 | likely. Do you see that? | |
| 106:22 | A. Yes. | |

**106:23 - 107:07   Leccese, Melissa 2020-10-06**

| | |
|---|---|
| 106:23 | Q. What does that note indicate to |
| 106:24 | you? |
| 106:25 | A. So I took that directly off of the |
| 107:01 | ENT doctor's note. And I just put it in mine. |
| 107:02 | Q. Okay. It's not -- so otosclerosis |
| 107:03 | is not a -- is that a diagnosis you would have |
| 107:04 | sought to confirm in any way, or would you have |
| 107:05 | just relied on the ENT for that information? |
| 107:06 | A. No, I relied on the ENT for that |
| 107:07 | information. |

**108:01 - 108:06   Leccese, Melissa 2020-10-06**

| | |
|---|---|
| 108:01 | Q. Okay. Under objective there's a |
| 108:02 | sentence there. It's the fourth sentence or |
| 108:03 | so. It says at this time his hearing meets H2 |
| 108:04 | criteria, and pending medical management, this |
| 108:05 | must be issued. Do you see that? |
| 108:06 | A. Yes. |

**108:07 - 108:14   Leccese, Melissa 2020-10-06**

| | | |
|---|---|---|
| 108:07 | Q. What -- did the issuance of an H2 | **Re: [108:07 to 108:14]** |
| 108:08 | profile have any practical consequences for how | **Def Obj** Compound, vague, 403 |
| 108:09 | Mr. Hacker would be treated as it related to | |
| 108:10 | his hearing within the military? Did it put | |
| 108:11 | him into some category where he received some | |
| 108:12 | sort of additional care or different type of | |
| 108:13 | hearing protection or anything like that? | |
| 108:14 | A. No. | |

**OBJECTION WITHDRAWN, 3/12/2021**

**108:15 - 109:17   Leccese, Melissa 2020-10-06**

| | |
|---|---|
| 108:15 | Q. Okay. What was the -- if you |
| 108:16 | know, what is the purpose of classifying |
| 108:17 | somebody as an -- as an H2? Is there some |
| 108:18 | reason that that is done within the military? |
| 108:19 | A. Yes. So the purpose is to protect |

108:20    the soldier from further hearing loss. So a
108:21    profile, it's put on a form, a document. And
108:22    it's kept track of. Now it's kept track of
108:23    much better than it was in the past. But it's
108:24    kept track of in the system. And the purpose
108:25    is to say to the commander, it's a
109:01    communication -- it's a medical form that is
109:02    also a way to communicate with the soldier's
109:03    chain of command to say, you know, it would be
109:04    a good idea not to maybe have this person
109:05    operating the radio because they may have
109:06    trouble understanding speech.
109:07    Q. I understand. It's -- it can be
109:08    used as a communication tool with -- with
109:09    people on the ground to let them know that, you
109:10    know, this is somebody who has impaired hearing
109:11    in one ear if they have an H2 profile?
109:12    A. Correct.
109:13    Q. Okay. Is there anything in this
109:14    record that would indicate to you that
109:15    Mr. Hacker had a sensorineural hearing loss as
109:16    opposed to a conductive hearing loss?
109:17    A. No.

112:11 - 113:06 Leccese, Melissa 2020-10-06
112:11    Q. Okay. My first question will be,
112:12    is Hacker Exhibit 25 a true and accurate copy
112:13    of a medical record that you prepared on
112:14    August 31, 2009 in the course of your duties
112:15    treating Mr. Hacker on that date?
112:16    A. Yes.
112:17    Q. You would have done that again at
112:18    the time that you were meeting and treating
112:19    Mr. Hacker on August 31, 2009. Right?
112:20    A. Yes.
112:21    Q. Okay. And again, under reason for
112:22    visit on Hacker Exhibit 25, there's a statement
112:23    that says there is no STS from the baseline.
112:24    Do you see that?
112:25    A. Yes.
113:01    Q. And again, similar to the records
113:02    we saw earlier, would that indicate to you that
113:03    there was no significant threshold shift in
113:04    Mr. Hacker's hearing from his 1998 baseline
113:05    audiogram?
113:06    A. Yes, that's what it means.

114:13 - 114:17 Leccese, Melissa 2020-10-06
114:13    Q. Yes. Would this -- would this
114:14    record and this reference indicate to you that
114:15    at least as of August 31 of 2009, Mr. Hacker
114:16    was issued and was expected to be using a
114:17    quad-flange hearing protection device?

114:19 - 115:06 Leccese, Melissa 2020-10-06
114:19    A. No, I didn't expect him to use it.
114:20    He used whatever he wants to use. But I wanted
114:21    to make sure that he had something I knew that
114:22    fitted him and that he knew how to -- what a
114:23    proper fit of an earplug felt like.
114:24    Q. Okay. And understanding you don't

114:25    have any independent memory of Mr. Hacker, just
115:01    based on the records that we've reviewed today
115:02    in the deposition, have you seen any reference
115:03    to Mr. Hacker during his time at Fort Campbell
115:04    using or being fitted with a Combat Arms
115:05    Version II?
115:06    A. I would have no knowledge of that.

116:02 - 116:07    Leccese, Melissa 2020-10-06
116:02    Dr. Leccese, do you recognize Exhibit 44 as
116:03    a Department of Defense instruction number
116:04    6055.12?
116:05    (Hacker Exhibit Number 44
116:06    is marked for identification.)
116:07    A. Yes, that's what it says.

116:13 - 116:16    Leccese, Melissa 2020-10-06
116:13    Q. At some point in time, did you get
116:14    this document and review it as part of your job
116:15    duties?
116:16    A. Yeah, I'm sure I did.

117:05 - 117:13    Leccese, Melissa 2020-10-06
117:05    Q. What -- what is the DoD Hearing
117:06    Conservation Program at a very high level?
117:07    A. So it's for the whole Department
117:08    of Defense so that it includes all of the
117:09    services. And it's just a regulation. So each
117:10    service has the ability to make their own
117:11    tweaks. But this document is like general
117:12    guidelines for things that must be included in
117:13    each of the different services' --

117:15 - 117:15    Leccese, Melissa 2020-10-06
117:15    A. -- regulations.

117:18 - 118:03    Leccese, Melissa 2020-10-06
117:18    A. So it has like -- each different
117:19    service has their own set of regulations and
117:20    standards. And this is just the general -- the
117:21    general one.
117:22    Q. Okay. So this would apply to -- I
117:23    think you said it would apply to the Army. But
117:24    then the Army may have more specific
117:25    regulations and then, you know, even within
118:01    Fort Campbell there may be even more specific
118:02    regulations. Is that a fair summary?
118:03    A. Yeah. That's exactly right.

118:10 - 119:03    Leccese, Melissa 2020-10-06
118:10    Q. Okay. Okay. And I mean, is it
118:11    your understanding that in conjunction with
118:12    whatever regulations the Army and Fort Campbell
118:13    would have adopted, the requirements set forth
118:14    here in this DoD instruction, those would have
118:15    been applicable to the Army and to
118:16    Fort Campbell?
118:17    A. Absolutely.
118:18    Q. Okay. And so if you'll go to the
118:19    second page of this, you'll see there's a
118:20    sentence there that says applies to all DoD

118:21   military and civilian appropriated and
118:22   non-appropriated personnel and operations
118:23   worldwide. Do you see that?
118:24   A. Yes.
118:25   Q. And that's -- and that's
119:01   consistent with your understanding also around
119:02   the applicability of this instruction?
119:03   A. Yes.

120:13 - 120:17   Leccese, Melissa 2020-10-06
120:13   Q. Okay. So a soldier on active duty
120:14   as opposed to a civilian employee, for example,
120:15   just by default they would be enrolled in the
120:16   Hearing Conservation Program?
120:17   A. Yes, they would.

120:24 - 122:08   Leccese, Melissa 2020-10-06
120:24   Q. All right. So under 6.6.1 -- and
120:25   I'll read the sentence, use of personal hearing
121:01   protectors to limit noise exposure is
121:02   considered to be an interim protective measure
121:03   while engineering control measures are being
121:04   explored. Do you see that sentence?
121:05   A. Yes.
121:06   Q. And then it says such devices
121:07   shall constitute a permanent measure only if
121:08   engineering controls are not technologically,
121:09   economically, or operationally possible. Do
121:10   you see that?
121:11   A. Yes.
121:12   Q. What is an engineering control
121:13   measure as it relates to noise exposure?
121:14   A. Setting up a barrier around a
121:15   piece of equipment to reduce the noise exposure
121:16   to an employee. That's an example. There's
121:17   more. I -- I'm not industrial hygiene, so I
121:18   can't like off the top of my -- or like
121:19   putting -- putting sound absorbant stuff on the
121:20   walls to absorb the sound so that the noise
121:21   levels are decreased. That's an engineering
121:22   control measure.
121:23   Q. Okay. Fair enough. And so when
121:24   this document says the use of personal hearing
121:25   protectors to limit noise exposure is
122:01   considered to be an interim protective measure,
122:02   is that indicating that, you know, the first
122:03   line of -- for lack of a better way to say it,
122:04   the first line of defense would be an
122:05   engineering control; and then if that's not
122:06   possible for whatever reason, the personal
122:07   hearing protection equipment would be used?
122:08   A. Yes. --

122:11 - 123:06   Leccese, Melissa 2020-10-06
122:11   Q. Okay. Okay. Okay. And then if
122:12   you'll go to page eight, please. The document
122:13   in section 6.6.7 says for the record, preformed
122:14   earplugs shall be fitted and issued only under
122:15   the supervision of personnel who have been
122:16   specifically trained to fit earplugs. Do you
122:17   see that?

122:18   A. Yes.
122:19   Q. And was that the -- did that
122:20   requirement also apply to Fort Campbell?
122:21   A. Yes.
122:22   Q. And as far as you are aware, was
122:23   that also the requirement at each of the other
122:24   duty stations within the Army?
122:25   A. Yes.
123:01   Q. And is it the same with respect to
123:02   section 6.6.9 -- and just for the record that
123:03   one reads, medically trained personnel must
123:04   examine the fit and condition of preformed and
123:05   custom earplugs at least annually?
123:06   A. Yes. That --

123:09 - 124:03   Leccese, Melissa 2020-10-06
123:09   Q. Is that a requirement that applied
123:10   both at Fort Campbell and at all of the other
123:11   duty stations within the Army?
123:12   A. Yes. Absolutely.
123:13   Q. Okay. And the same is true with
123:14   respect to 6.6.10, which for the record reads
123:15   personnel shall receive adequate and effective
123:16   training in the proper care and use of personal
123:17   hearing protectors. That was a requirement in
123:18   effect at Fort Campbell and all of the other
123:19   duty stations within the Army?
123:20   A. Yes.
123:21   Q. And so there's references here to
123:22   preformed earplugs. Is the Combat Arms
123:23   Version II earplug a preformed earplug?
123:24   A. Yes, it is.
123:25   Q. Okay. So sections 6.6, .7, .9,
124:01   and .10, each of those sections would apply to
124:02   the Combat Arms Version II earplugs. True?
124:03   A. That's true.

124:11 - 125:18   Leccese, Melissa 2020-10-06
124:11   With respect to sections 6.6, .7, .9, and .10,
124:12   in addition to being the requirement, these
124:13   were also -- this was also the practice and was
124:14   enforced at Fort Campbell. Right?
124:15   A. And so my staff was limited. And
124:16   I got there in 2006. So it took me a while to
124:17   get things going. So I did have trainings. I
124:18   did a lot of trainings. But like I said, I
124:19   couldn't supervise it. Once I trained them to
124:20   do, this is what you need to go out to your
124:21   unit and do, I don't have any records of
124:22   actually what happened after that.
124:23   Q. Okay. And so if you go down a
124:24   little bit further, in 6.6.12 -- and for the
124:25   record, this one says the DoD component must
125:01   assess the adequacy of hearing protectors when
125:02   used in very high noise environments or for
125:03   extended exposure periods. Do you see that?
125:04   A. Yes.
125:05   Q. Do you know what a DoD component
125:06   is?
125:07   A. Well, I guess I'm thinking like
125:08   industrial hygiene, you know, like a noise

Re: [125:05 to 125:18]
Pltf Obj 602

OBJECTION WITHDRAWN [125:05-125:18]

125:09    engineer responsible for that.
125:10    Q. Well, do you have an understanding
125:11    of what this assessment is referring to or what
125:12    it would entail?
125:13    A. Well, I mean, reading it now
125:14    specifically, I guess it would be research on a
125:15    hearing protector, testing on the hearing
125:16    protectors to ensure that they are adequate and
125:17    at what, like, noise levels they're adequate
125:18    for.

129:01 - 129:22    Leccese, Melissa 2020-10-06
129:01    Q. And this is enclosure six, general
129:02    information poster. Do you see that?
129:03    A. Yes.
129:04    Q. Would this have been -- would this
129:05    poster have been something that was shown to
129:06    soldiers in some form at Fort Campbell while
129:07    you were there?
129:08    A. Not that specific one. But one
129:09    that would have done the same thing probably.
129:10    Q. Okay. And so I want to direct
129:11    your attention to .3 on this poster that says
129:12    plugs tend to work loose as a result of talking
129:13    and chewing and must be reseated. Do you see
129:14    that?
129:15    A. Yes.
129:16    Q. Is that -- as far as you know, is
129:17    that an accurate statement?
129:18    A. Yes, it is.
129:19    Q. Okay. And -- since this is a
129:20    general poster, is that something that is true
129:21    of earplugs in general -- in-the-ear earplugs
129:22    in general?

130:08 - 130:08    Leccese, Melissa 2020-10-06
130:08    A. My answer is yes.

131:01 - 131:07    Leccese, Melissa 2020-10-06
131:01    Q. So during the course of your        Re: [131:01 to 131:15]                          SUSTAINED
131:02    tenure with the Army as somebody involved in    Pltf Obj 602, 702
131:03    the Hearing Conservation Program, did you ever
131:04    come across any documents or findings that
131:05    reflected increased rates of significant
131:06    threshold shifts among soldiers using the
131:07    Combat Arms Version II earplug?

131:09 - 131:15    Leccese, Melissa 2020-10-06
131:09    A. That -- that is not something that    Re: [131:01 to 131:15]                          SUSTAINED
131:10    I was tracking.                         Pltf Obj 602, 702
131:11    Q. Okay. So you have not seen
131:12    documents one way or the other on that. Is
131:13    that -- is that fair to say?
131:14    A. I don't recall specific documents
131:15    of that nature.

133:10 - 133:13    Leccese, Melissa 2020-10-06
133:10    Q. Dr. Leccese, do you have
133:11    Hacker Exhibit 45 in front of you? It's the
133:12    DoD instruction, March 5, 2004.
133:13    A. I do.

133:24 - 134:22   Leccese, Melissa 2020-10-06

133:24   Q. Okay. And so this would have the
133:25   same effectiveness and application that the
134:01   prior instruction would have had. Is that fair
134:02   to say?
134:03   A. Correct.
134:04   Q. Okay. And so again, subject to
134:05   any implementing regulations from -- or in
134:06   addition to any implementing regulations from
134:07   the Army or within Fort Campbell, this would
134:08   have had application to Fort Campbell and the
134:09   personnel there. Right?
134:10   A. Yes.
134:11   Q. Okay. That's all I have on that
134:12   one, so you can put that one aside. And the
134:13   next one is Exhibit 13, please. And we'll mark
134:14   this one as Exhibit 46.
134:15   And Dr. Leccese, I think you mentioned this
134:16   one earlier. But do you recognize Exhibit 46
134:17   to be the Department of the Army pamphlet
134:18   40-501 with Hearing Conservation Program on the
134:19   title?
134:20   (Hacker Exhibit Number 46
134:21   is marked for identification.)
134:22   A. Yes.

135:23 - 136:02   Leccese, Melissa 2020-10-06

135:23   Q. Okay. So in the time that you
135:24   worked at Fort Campbell until 2010 as an
135:25   audiologist, would this pamphlet marked here as
136:01   Exhibit 46 have been the operative pamphlet?
136:02   A. Yes. Yes.

136:07 - 138:21   Leccese, Melissa 2020-10-06

136:07   Q. Okay. So there is a section here,
136:08   section G, which reads for the record, the HCPM
136:09   manages and coordinates all aspects of the HCP
136:10   outlined in this pamphlet per AR 40-5. Do you
136:11   see that?
136:12   A. Yes.
136:13   Q. And is your understanding that
136:14   HCPM refers to the Hearing Conservation Program
136:15   manager?
136:16   A. Yes.
136:17   Q. And HCP refers to the U.S. Army
136:18   Hearing Conservation Program?
136:19   A. Yes.
136:20   Q. And am I correct that for a period
136:21   of time you were the Hearing Conservation
136:22   Program manager at Fort Campbell. Right?
136:23   A. Yes.
136:24   Q. And so in accordance with this
136:25   pamphlet, it's also true that you managed and
137:01   coordinated all aspects of the U.S. Army
137:02   Hearing Conservation Program as it's outlined
137:03   in this Army pamphlet?
137:04   A. I did.
137:05   Q. Okay. And then the -- the
137:06   pamphlet also says in the same section these
137:07   responsibilities include, and then there's a

137:08 subsection two, insuring that medically trained
137:09 personnel fit individuals with preformed
137:10 earplugs and then examine individuals at least
137:11 annually to ensure proper earplug condition and
137:12 fit. Do you see that?
137:13 A. Yes.
137:14 Q. And we've discussed this earlier,
137:15 but your responsibilities, in fact, did include
137:16 ensuring that medically trained personnel fit
137:17 individuals with preformed earplugs and also
137:18 examining individuals at least annually to
137:19 ensure proper earplug condition and fit as it's
137:20 described here. Right?
137:21 A. Yes.
137:22 Q. Okay. And then under -- well, let
137:23 me -- let me take a step back. So did this
137:24 responsibility include if there were soldiers
137:25 using the Combat Arms Version II? I think you
138:01 said before you would fit soldiers with that
138:02 earplug also if that was the earplug they were
138:03 using. Right?
138:04 A. Typically I -- I would fit them in
138:05 my clinic if they had an H3 profile.
138:06 Q. Would the requirement be different
138:07 for a soldier who was using the Combat Arms
138:08 Version II who did not have an H3 profile, so
138:09 somebody with an H1 or an H2?
138:10 A. So I typically didn't fit them
138:11 with the Combat Arms.
138:12 Q. Okay. So if somebody with an H1
138:13 or an H2 profile was using the Combat Arms,
138:14 would they have to have a fitting with somebody
138:15 in your group, you know, even if it's not you,
138:16 somebody who you had trained or a technician?
138:17 A. So this goes back to the RFI
138:18 issue. So whatever RFI was doing, I had no
138:19 knowledge of. That procedure was -- was their
138:20 own. But I had no knowledge of them being
138:21 fitted there. They were being distributed.

138:22 - 139:05   Leccese, Melissa 2020-10-06
138:22 Q. Okay. So is it fair to say that
138:23 if there was an -- if there was H1 profile or
138:24 an H2 profile soldier who was using the
138:25 Combat Arms earplug, to the extent they were
139:01 fitted at all, it would have been done out of
139:02 RFI. But it wouldn't have been done as part of
139:03 your group or somebody that you had trained.
139:04 Is that --
139:05 A. Yes.

139:07 - 140:05   Leccese, Melissa 2020-10-06
139:07 Q. And do you have any knowledge
139:08 yourself -- and I think you've said this
139:09 already. But do you have any knowledge
139:10 yourself as to whether folks in the RFI group
139:11 were qualified or were conducting fitting by
139:12 medically trained individuals?
139:13 A. I have no knowledge of that.
139:14 Q. Were there audiologists who worked
139:15 in that group, to your knowledge?

Re: [139:07 to 139:24]
Pltf Obj 402

SUSTAINED

139:16   A. No. I was the only military
139:17   audiologist there. And there was a civilian
139:18   audiologist there as well. But she did not do
139:19   anything at RFI.
139:20   Q. Same question as it relates to
139:21   certified technicians or ENTs, do you know in
139:22   the RFI group had any -- anybody with those
139:23   credentials within the group?
139:24   A. No, I don't believe they had that.
139:25   Q. Okay. Okay. Is there -- is there
140:01   a reason why soldiers with an H1 or H2 profile
140:02   who were using the Combat Arms Version II
140:03   earplug would not have been fitted for that
140:04   earplug within your group whereas soldiers with
140:05   the H3 profile would have been?

140:07 - 141:03   Leccese, Melissa 2020-10-06
140:07   A. So that wasn't a standard issue
140:08   earplug. So that was something that I did at
140:09   an appointment with someone. If I had an H3, I
140:10   may give them a Combat Arms earplug because
140:11   they really needed the extra help.
140:12   Q. Okay. But if it was an optional
140:13   issue for a soldier, so you know, a soldier
140:14   came to you with a Combat Arms Version II
140:15   earplug and said this is the earplug that I'm
140:16   using, would they get a fitting under that
140:17   circumstance?
140:18   A. So I can't imagine that ever
140:19   happening. But absolutely.
140:20   Q. Okay. So in other words, if -- if
140:21   somebody indicated to you that that is the
140:22   earplugs they were using, putting aside whether
140:23   it had been the standard issue and they had
140:24   raised that, somebody on your staff or you
140:25   would have done a fitting with them. Is that
141:01   fair?
141:02   A. Yes. If they came into the clinic
141:03   with them.

141:21 - 142:01   Leccese, Melissa 2020-10-06
141:21   Q. (Mr. Bhimani) Okay. So
141:22   Dr. Leccese, just to follow-up on something you
141:23   said a minute ago, why was it the case that the
141:24   Combat Arms Version II earplugs were reserved
141:25   for soldiers with H3 hearing profiles? Was
142:01   that a cost issue or something else?

142:03 - 143:23   Leccese, Melissa 2020-10-06
142:03   A. It was a cost issue.                    **Re: [142:07 to 143:23]**          **OVERRULED as to**
142:04   Q. Okay. Any other reasons for that      **Pltf Obj** 402                   **[142:03]**
142:05   difference in treatment?
142:06   A. No. It was really a cost issue.                                          **SUSTAINED in all other**
142:07   Q. Okay. And you referred to the                                           **respects**
142:08   size of your staff a few minutes ago. Did the
142:09   size of your staff change at all during the
142:10   time that you were within the military over the
142:11   course of your tenure? Did it get bigger or
142:12   did it decrease in size?
142:13   A. So within my tenure at
142:14   Fort Campbell, you mean?

142:15    Q. Well, I'll ask more generally
142:16    first and then within Fort Campbell.
142:17    A. So well every place was different.
142:18    So sometimes I was at a small installation, and
142:19    then sometimes I was at a large installation.
142:20    So Fort Campbell was probably the largest
142:21    installation that I was ever at.
142:22    Q. Okay. So -- so I'll be more
142:23    specific then. With respect to Fort Campbell,
142:24    did the size of your staff change over time
142:25    during the course of your tenure at that duty
143:01    station?
143:02    A. It did.
143:03    Q. Can you describe that, how it
143:04    changed?
143:05    A. So when I started I had myself and
143:06    a full-time technician and a part-time
143:07    technician. And then when I -- by the time I
143:08    left there, I had myself, and I had three
143:09    full-time technicians, and a front desk person.
143:10    Q. Okay. Do you have a sense of
143:11    when, you know, you added various people or was
143:12    it just kind of a gradual change over time?
143:13    A. Yeah, it takes a long time. So
143:14    yes, it was very gradual.
143:15    Q. Okay. With respect to fittings,
143:16    do you have any estimate as to how many
143:17    fittings you or the folks who worked under you
143:18    conducted in a given week?
143:19    A. I don't remember. There were
143:20    probably 40 people in the in-processing class.
143:21    I don't remember how often we did that. Like I
143:22    don't know if we had that once a week or if we
143:23    did that every day. I don't remember.

143:24 - 144:03    Leccese, Melissa 2020-10-06
143:24    Q. Okay. Well, was it -- you know,
143:25    just to get a sense, was it more frequent to do
144:01    an in-processing group of around 40 people, was
144:02    it less frequent than a week or a weekly thing?
144:03    A. I don't remember.

144:04 - 145:11    Leccese, Melissa 2020-10-06
144:04    Q. Okay. If you will go to
144:05    page eleven, please. And just if you look at
144:06    8-1 requirements -- and for the record, it just
144:07    reads the HCPM or designee must provide hearing
144:08    conservation health education at least annually
144:09    to all noise-exposed personnel. Do you see
144:10    that?
144:11    A. I see that.
144:12    Q. And as you said before, this is
144:13    something that was done at Fort Campbell as
144:14    well. Right?
144:15    A. Yes.
144:16    Q. And then it says instruction will
144:17    cover, and there's a number of sub-items listed
144:18    there. Do you see those?
144:19    A. Yes.
144:20    Q. And one of the sub-items is the
144:21    purpose, advantages, disadvantages, and

144:22    attenuation of various types of hearing
144:23    protectors. Do you see that?
144:24    A. Yes.
144:25    Q. And that was, in fact, covered in
145:01    the annual education that was done at
145:02    Fort Campbell. Fair?
145:03    A. So the way that I handled that
145:04    situation was I trained representatives from
145:05    the unit. And then they were to provide the
145:06    health education and the fitting of the hearing
145:07    protection. So -- and I did not -- I was not
145:08    able to go out and supervise whether that was
145:09    actually happening. I don't have any
145:10    checklists or record of that. So I do not
145:11    actually know if it happened.

145:16 - 147:17    Leccese, Melissa 2020-10-06

145:16    Q. Okay. And these representatives,    **Re: [146:07 to 146:16]**    <mark>SUSTAINED</mark>
145:17    were they technicians who worked under you or    **Pltf Obj** Asked/answered
145:18    were they other soldiers or officers in the --
145:19    in the actual groups? I mean, who were the
145:20    people that you would train in this regard?
145:21    A. They were soldiers from the units.
145:22    Q. Okay. Okay. So they were
145:23    soldiers -- they were soldiers from the units.
145:24    At some point they would have gotten training
145:25    with you. And then they would have trained
146:01    their fellow soldiers?
146:02    A. Uh-huh. They would have fitted
146:03    their hearing protection.
146:04    Q. Okay.
146:05    A. And sometimes they did the hearing
146:06    tests too. But they were trained by me.
146:07    Q. Okay. All right. And I think
146:08    you've said all of this. I just want to make
146:09    sure that I have it right for the record. The
146:10    in-processing fittings that were conducted of
146:11    soldiers, that would have been either you or a
146:12    technician in your group. And then the annual
146:13    fittings that were conducted, those would have
146:14    been done by unit soldiers that you had
146:15    trained. Fair?
146:16    A. Correct.
146:17    Q. Okay. And with respect to the
146:18    annual education courses -- and we've seen some
146:19    presentations that you've provided -- would
146:20    that have been you or would that have been unit
146:21    officers or maybe some combination of the two?
146:22    A. Yeah, a combination of the two.
146:23    Q. Okay. And in the -- so not the
146:24    fitting but in the education courses that you
146:25    personally did, would the purpose, advantages,
147:01    disadvantages, and attenuation of various types
147:02    of hearing protectors that's listed here in the
147:03    Army pamphlet have been a topic that you
147:04    covered in those education questions?
147:05    A. Probably.
147:06    Q. Okay. And the same -- is it the
147:07    same answer with respect to the next topic
147:08    that's listed here, the selection, fit, care,
147:09    and use of hearing protectors?

147:10    A. Now that I would have
147:11    definitely -- at least some of it, like the fit
147:12    and the care, I'm pretty sure I talked about
147:13    that. And -- and use, I talked a lot about
147:14    that, how important it is to use them. Maybe
147:15    not so much the selection because they weren't
147:16    necessarily selecting them themselves. They
147:17    were being issued to them.

148:14 - 149:18  Leccese, Melissa 2020-10-06
148:14    Q. All right. And then on the next
148:15    page of this Exhibit Number 46, under section
148:16    10.2 there's a reference to the USACHPPM. Do
148:17    you see that?
148:18    A. Yes.
148:19    Q. And do you understand that to be a
148:20    reference to the U.S. Army Public Health
148:21    Center?
148:22    A. Yes.
148:23    Q. Do you have an understanding of
148:24    what the U.S. Army Public Health Center does?
148:25    Is that the -- is that the same thing that we
149:01    were -- let me ask a different question. Is
149:02    the U.S. Army Public Health Center the same
149:03    thing as the Public Health Command that we were
149:04    discussing a little bit before?
149:05    A. Yes. It's the same organization.
149:06    It's just the general left. And they didn't
149:07    replace the general. So you can't call it a
149:08    command unless there's a general. So they had
149:09    to change the name to Public Health Center.
149:10    Q. Okay. And as it related to
149:11    information about various hearing protection
149:12    devices that were being offered by the military
149:13    during your time at Fort Campbell, what was the
149:14    role of the U.S. Army Public Health Center in
149:15    providing you information relating to hearing
149:16    protection devices, if anything?
149:17    A. They provided the instruction
149:18    cards.

151:21 - 152:07  Leccese, Melissa 2020-10-06
151:21    Q. Okay. And then -- and with                    Re: [151:21 to 156:02]          OVERRULED
151:22    respect to the instruction cards, is it your     Pltf Obj 805
151:23    understanding that the instruction cards were
151:24    something that were drafted by the Public
151:25    Health -- the U.S. Army Public Health Center?
152:01    A. Yes.
152:02    Q. Okay. And I may have asked you
152:03    this earlier already. But neither you or your
152:04    staff had any role in -- in drafting those
152:05    materials? It was something that you would
152:06    receive from the Public Health Center?
152:07    A. That's true.

152:15 - 152:21  Leccese, Melissa 2020-10-06
152:15    Q. And do you recognize Exhibit 47 to             Re: [151:21 to 156:02]          OVERRULED
152:16    be a publication from the Army ST 4-02.501       Pltf Obj 805
152:17    relating to the Army Hearing Program?
152:18    A. Yes.
152:19    Q. Have you seen this document

| | | | | |
|---|---|---|---|---|
| 152:20 | before? | | | |
| 152:21 | A. Yes. | | | |
| | | | | |
| **153:18 - 154:16** | **Leccese, Melissa 2020-10-06** | | | |
| 153:18 | Q. Okay. And so -- and I'm sorry. | Re: [151:21 to 156:02] | | OVERRULED |
| 153:19 | On page 1-3, it's paragraph 1-13. And there's | Pltf Obj 805 | | |
| 153:20 | a sentence there that says with the influx of | | | |
| 153:21 | soldiers experiencing hearing loss in Iraq, | Re: [153:18 to 153:25] | | OVERRULED |
| 153:22 | once reluctant soldiers began stating the need | Pltf Obj 402, 403 | | |
| 153:23 | for hearing protection while dismounted. Do | | | |
| 153:24 | you see that? | | | |
| 153:25 | A. I see that. | | | |
| 154:01 | Q. Do you have an understanding of | | | |
| 154:02 | what this is talking about when it refers to | | | |
| 154:03 | hearing protection while dismounted? | | | |
| 154:04 | A. So while -- dismounted means while | | | |
| 154:05 | they're not in a vehicle. | | | |
| 154:06 | Q. Okay. And the sentence goes on. | | | |
| 154:07 | It describes that the Combat Arms earplug was | | | |
| 154:08 | introduced for operational service. And then | | | |
| 154:09 | it says this earplug allows for communication | | | |
| 154:10 | while protecting from hazardous impulse noises | | | |
| 154:11 | such as weapons fire and explosions. Do you | | | |
| 154:12 | see that? | | | |
| 154:13 | A. Yes. | | | |
| 154:14 | Q. And is that consistent with your | | | |
| 154:15 | understanding of the features that the | | | |
| 154:16 | Combat Arms earplug had? | | | |
| | | | | |
| **154:20 - 155:03** | **Leccese, Melissa 2020-10-06** | | | |
| 154:20 | A. Yes. | Re: [151:21 to 156:02] | | OVERRULED |
| 154:21 | Q. Okay. And on the next page, 1-4, | Pltf Obj 805 | | |
| 154:22 | in paragraph 1-19 there is a reference to -- | | | |
| 154:23 | well, I'll just read it. It says for the | | | |
| 154:24 | record, United States forces in Iraq and | | | |
| 154:25 | Afghanistan experienced a substantial number of | | | |
| 155:01 | blast injuries from IEDs, RPGs, and mortar | | | |
| 155:02 | rounds. Do you see that? | | | |
| 155:03 | A. I see that. | | | |
| | | | | |
| **155:21 - 156:02** | **Leccese, Melissa 2020-10-06** | | | |
| 155:21 | Q. Okay. In paragraph 4-48, there's | Re: [155:21 to 156:02] | | SUSTAINED |
| 155:22 | a sentence there that says as reported by | Pltf Obj 805 | | |
| 155:23 | audiologist who served in Iraq, no soldier seen | | | |
| 155:24 | at the CSH that reported wearing the CAE when | Re: [155:21 to 156:02] | | SUSTAINED |
| 155:25 | exposed to an explosion had ruptured eardrums. | Pltf Obj 402 and 805. | | |
| 156:01 | Do you see that? | | | |
| 156:02 | A. I see that. | | | |
| | | **156:03 - 156:04** | **Leccese, Melissa 2020-10-06** | |
| | | 156:03 | Q. Is that consistent with your own | |
| | | 156:04 | experience at Fort Campbell? | |
| | | | | |
| | | **156:06 - 156:06** | **Leccese, Melissa 2020-10-06** | |
| | | 156:06 | A. Yeah, I have no idea. | |
| | | | | |
| **156:15 - 156:21** | **Leccese, Melissa 2020-10-06** | | | |
| 156:15 | Q. Okay. There is also a sentence in | Re: [156:15 to 156:21] | | OVERRULED |
| 156:16 | 4-50 that says this earplug -- and it's | Pltf Obj 403, 403, 802 and | | |
| 156:17 | referring to the double-sided CAE -- is the | 805. | | |
| 156:18 | best passive protection for soldiers who need | | | |

156:19   to hear softer level sounds when exposed to
156:20   unexpected weapons noise. Do you see that?
156:21   A. I see that.

157:02 - 157:10   Leccese, Melissa 2020-10-06
157:02   well, I'll -- I'll re-ask the question. The
157:03   statement in paragraph 4-50 that says this
157:04   earplug, referring to the double-sided CAE, is
157:05   the best passive protection for soldiers who
157:06   need to hear softer level sounds when exposed
157:07   to unexpected weapons noise, did you yourself
157:08   have a different view of the Combat Arms
157:09   earplug during the time that you were at
157:10   Fort Campbell?

157:12 - 157:14   Leccese, Melissa 2020-10-06
157:12   A. Well, it was the only earplug that
157:13   we had of that type available to the Army at
157:14   that time.

157:15 - 158:04   Leccese, Melissa 2020-10-06
157:15   Q. Okay. And then the next
157:16   paragraph, this is 4-51, it reads to insert the
157:17   double sided CAE, follow the directions for
157:18   inserting the triple-flanged earplug, however,
157:19   the insertion tool is not used. One size fits
157:20   most. Do you see that?
157:21   A. I see that.
157:22   Q. And is that consistent with the
157:23   practice that was used to fit soldiers with the
157:24   Combat Arms Version II earplug at Fort Campbell
157:25   during the time that you were there?
158:01   A. Yes.
158:02   Q. It says they're one size fits
158:03   most. Do you see that?
158:04   A. Yes.

158:14 - 158:16   Leccese, Melissa 2020-10-06
158:14   Q. Okay. Do you have an
158:15   understanding as to why it says one size fits
158:16   most as opposed to one size fitting all?

158:18 - 158:19   Leccese, Melissa 2020-10-06
158:18   A. Well, there were ears that it
158:19   didn't fit.

158:20 - 158:23   Leccese, Melissa 2020-10-06
158:20   Q. Okay. And do you -- do you have
158:21   an understanding as to what types of ears would
158:22   require -- would be outside of the most that's
158:23   referred to here in one size fits most?

Re: [158:20 to 159:02]
Def Obj 602

**OVERRULED**

158:25 - 159:02   Leccese, Melissa 2020-10-06
158:25   A. Very small ears and very large
159:01   ears, ear canals. Very small ear canals and
159:02   very large ear canals.

Re: [158:20 to 159:02]
Def Obj 602

**OVERRULED**

159:03 - 160:12   Leccese, Melissa 2020-10-06
159:03   Q. And in determining whether a
159:04   soldier had an ear canal that was too small or
159:05   too large for the Combat Arms Version II

159:06 earplug, how would that determination be made?
159:07 Would that be a visual inspection?
159:08 A. It would be fitted. They would be
159:09 fitted with it. Well, unless it was obvious by
159:10 looking in their ear canal that it wouldn't
159:11 fit, then we wouldn't waist the earplug by
159:12 sticking it in their ear. Because once we
159:13 stick it in their ear, we'd have to sanitize it
159:14 or just throw it away.
159:15 Q. Right.
159:16 A. So yeah, we'd fit it on them and
159:17 do the tug test and do the other test. And if
159:18 it didn't seal right, then we did not give it
159:19 to them.
159:20 Q. Okay. Okay. And we can put that
159:21 document aside and open the next one, which is
159:22 Exhibit 15. And for the record, we'll mark
159:23 this one as Hacker Exhibit Number 48. Just let
159:24 me know when you're there.
159:25 (Hacker Exhibit Number 48
160:01 is marked for identification.)
160:02 A. Oh, I'm there.
160:03 Q. Okay. So my first question is, is
160:04 this a document that you've seen before?
160:05 A. This is the instruction card that
160:06 I handed out with earplugs or something similar
160:07 to this.
160:08 Q. Okay. Yeah. So there's a bullet
160:09 point on the first page here that says for very
160:10 large ear canals, fold opposing plug back. Do
160:11 you see that?
160:12 A. I see that.

160:13 - 161:02 Leccese, Melissa 2020-10-06
160:13 Q. Do you recall if the instruction
160:14 cards that you recall using and seeing while
160:15 you were at Fort Campbell had that bullet point
160:16 on there?
160:17 A. i feel like the cards that I had
160:18 did not have that on there because --
160:19 Q. Okay.
160:20 A. -- we did not really recognize
160:21 that.
160:22 Q. Right. So your best memory is
160:23 that the instruction cards that you would have
160:24 received would not have had the bullet point
160:25 that referred to folding the opposing plug back
161:01 for certain types of ear canals?
161:02 A. That's correct.

161:03 - 161:08 Leccese, Melissa 2020-10-06
161:03 Q. Okay. And understanding that's
161:04 your best memory, is it -- can you 100 percent
161:05 rule out the fact that the instruction cards
161:06 you would have had would have included that
161:07 bullet point, it's just that you don't
161:08 remember?

161:10 - 162:02 Leccese, Melissa 2020-10-06
161:10 A. You know, I can't rule it out
161:11 entirely because I could have read it and said

161:12  I have no idea what that means because I had no
161:13  idea what that means and just stopped saying
161:14  it. Maybe -- I don't remember. I mean, I
161:15  never had time to ask, like, somebody what is
161:16  this about.
161:17  Q. Okay. So that would be -- that
161:18  was going to be my next question. Do you
161:19  recall ever asking anybody, whether it was in
161:20  Fort Campbell or within the military in
161:21  general, any questions about folding flanges or
161:22  part of the plug back on the Combat Arms
161:23  Version II earplug?
161:24  A. So I don't remember. But if I did
161:25  ask the question, I obviously did not get a
162:01  satisfactory answer because I think I would
162:02  have remembered it at that point.

162:03 - 162:19   Leccese, Melissa 2020-10-06
162:03  Q. Okay. Okay. And so other than
162:04  that bullet point, the rest of the instruction
162:05  card, does this look like something similar to
162:06  what you would have used -- the instruction
162:07  card that you would have had and used while you
162:08  were at Fort Campbell?
162:09  A. Yeah. I don't remember that last
162:10  bullet either. That last bullet looks strange
162:11  to me. I've never seen that either. But
162:12  otherwise, everything looks in line.
162:13  Q. Okay. And that last bullet, the
162:14  one you're referring is although still
162:15  protective, weapons fire is louder with yellow
162:16  plugs in.
162:17  A. Right.
162:18  Q. Is that the one?
162:19  A. Yes.

162:20 - 163:19   Leccese, Melissa 2020-10-06
162:20  Q. Okay. And on that -- on the
162:21  second page of Exhibit 48, in the bottom
162:22  right-hand corner there's a logo. Do you see
162:23  that?
162:24  A. Yes, I see that.
162:25  Q. Is that the logo of what was
163:01  previously known as Public Health Command and
163:02  is now the U.S. Army Public Health Center?
163:03  A. Correct.
163:04  Q. Okay. Would that indicate to you
163:05  that this was a document that was provided by
163:06  and produced by the -- what was previously
163:07  known as Public Health Command and now is the
163:08  U.S. Army Public Health Center?
163:09  A. Yes.
163:10  Q. Okay. And it says for more
163:11  information, see fact sheet 51-004-0204 at, and
163:12  then there's two different addresses -- web
163:13  addresses. And they both -- they both appear
163:14  to be .mil addresses. Do you see that?
163:15  A. Yes.
163:16  Q. And that would indicate to you
163:17  that those two web addresses were websites
163:18  maintained by the military?

163:19    A. Yes.

164:06 - 164:15    Leccese, Melissa 2020-10-06
164:06    Q. Okay. And so the instruction
164:07    cards that you utilized, would you get like a
164:08    stack of them and would you hand them out to
164:09    soldiers, or were those for your reference and
164:10    benefit?
164:11    A. No. I would get a stack of them.
164:12    And if I fit a Combat Arms earplug, I would
164:13    provide one of these cards as well. I would
164:14    provide the instruction and fitting and I'd
164:15    also give them the card.

165:05 - 166:14    Leccese, Melissa 2020-10-06
165:05    Q. Okay. So the last thing on this
165:06    document, there's a picture here of a
165:07    Combat Arms earplug with a folded back -- you
165:08    know, part of it's folded back on the right
165:09    side of the document on the bottom. Do you see
165:10    that?
165:11    A. I see that.
165:12    Q. Have you seen a picture of a plug
165:13    with a part of it folded back like that ever
165:14    before?
165:15    A. I do not recall ever seeing that.
165:16    Q. Okay. All right. So the next one
165:17    is tab 16. We will mark this one Hacker
165:18    Exhibit 49. Is this a document -- is
165:19    Hacker Exhibit 49 a document that you've seen
165:20    before?
165:21    (Hacker Exhibit Number 49
165:22    is marked for identification.)
165:23    A. Yes, that looks familiar. But I
165:24    mean, it looks familiar. I've probably seen it
165:25    before.
166:01    Q. Okay. And is it your
166:02    understanding that this is a document that was
166:03    provided and produced by the Public Health
166:04    Command, what is now U.S. Army Public Health
166:05    Center?
166:06    A. Because it says USA CHPPM at the
166:07    top, yes.
166:08    Q. Did you have any understanding as
166:09    to the purpose of this document? Was this to
166:10    provide information to audiologists and folks
166:11    in the Hearing Conservation Program, or was
166:12    something like this provided to soldiers?
166:13    A. I would think it's like a health
166:14    education pamphlet for soldiers.

166:15 - 168:03    Leccese, Melissa 2020-10-06
166:15    Q. Okay. So this would have been
166:16    something that was -- I mean, would this have
166:17    been something that was a handout to soldiers
166:18    or made available to soldiers as -- in your
166:19    office or something else?
166:20    A. I -- I never had -- I never handed
166:21    this out actually. I don't know if I've ever
166:22    seen this before honestly. I mean, the format
166:23    looks familiar to me because this is how the

166:24 USA CHPPM published their just the facts health
166:25 education documents. There are multiple
167:01 documents of this nature on different topics.
167:02 But I don't really remember ever seeing this
167:03 one on the Combat Arms earplugs.
167:04 Q. Okay. So let's put aside the
167:05 Combat Arms earplugs nature of this for a
167:06 moment. But other just the facts handouts that
167:07 were produced by Public Health Command, were
167:08 those made available to soldiers as handouts in
167:09 your office?
167:10 A. Yes. I had a tinnitus form that I
167:11 used to give out.
167:12 Q. Okay. Were there other -- were
167:13 there other Public Health Command just the
167:14 facts handouts on other types of hearing
167:15 protection devices that you remember being
167:16 handed out to soldiers?
167:17 A. No.
167:18 Q. Okay. And so fair to say, just to
167:19 confirm, you don't have a recollection of
167:20 seeing this just the facts handout from
167:21 Public Health Command relating to the
167:22 Combat Arms earplug. Right?
167:23 A. I do not recall seeing that
167:24 before.
167:25 Q. Okay. And so you don't remember
168:01 this ever being handed out to soldiers or being
168:02 used by anyone in your office?
168:03 A. No.

---

168:24 - 169:04   Leccese, Melissa 2020-10-06
168:24 Q. Okay. And then again on the next
168:25 page, under user tips on the third bullet,
169:01 there's a statement that says for exceptionally
169:02 large ear canals, fold the opposing plug back
169:03 to enhance proper insertion. Do you see that?
169:04 A. I see that.

170:11 - 173:07   Leccese, Melissa 2020-10-06
170:11 Q. (Mr. Bhimani) Okay. So
170:12 Dr. Leccese, if you could look at tab 25,
170:13 please. And for the record, this was referred
170:14 to earlier as Leccese Exhibit 1. I'm also
170:15 going to designate it as Hacker Exhibit 50.
170:16 Let me know when you have that in front of you.
170:17 (Hacker Exhibit Number 50
170:18 is marked for identification.)
170:19 A. I have it in front of me.
170:20 Q. Okay. And if you'll go past the
170:21 letter portion of this and open to the third
170:22 page, you'll see that this is the Department of
170:23 the Army CAM regulation 40-5.
170:24 A. Okay.
170:25 Q. Okay. And you recall that we were
171:01 looking at this regulation -- you were looking
171:02 at this regulation earlier with Plaintiff's
171:03 counsel?
171:04 A. Correct.
171:05 Q. And this is a regulation that you
171:06 drafted. Is that fair?

Re: [172:20 to 173:02]
Pltf Obj 402, 403

OVERRULED

171:07   A. I relied heavily upon another
171:08   document that was of similar nature.
171:09   Q. Okay. And this would be -- this
171:10   would have been the regulation that applied at
171:11   Fort Campbell during your time there?
171:12   A. Yes. This is the document that
171:13   was in place starting in -- well, the date is
171:14   January 2008.
171:15   Q. Okay. Thank you. And if you will
171:16   go, please, to page eight, please.
171:17   A. Okay.
171:18   Q. Just let me know when you're
171:19   there. Under subsection 9d, there is a
171:20   reference there to a provision relating to
171:21   fittings and annual integrity checks. Do you
171:22   see that?
171:23   A. Yes.
171:24   Q. Okay. And there's a -- and the
171:25   sentence reads for the record, organic unit
172:01   assets that are CAOHC certified hearing
172:02   technicians are qualified to complete fittings
172:03   and integrity checks. Units without certified
172:04   technicians may request support from the HCPM
172:05   or the Hearing Conservation Clinic. And
172:06   there's a number listed there. Do you see
172:07   that?
172:08   A. Yes.
172:09   Q. And was that a requirement that
172:10   was in force at Fort Campbell during the time
172:11   that this regulation had been enacted?
172:12   A. It was definitely a standard that
172:13   was in place.
172:14   Q. Okay. And we talked earlier about
172:15   how some of the -- about how the annual
172:16   fittings and education would be done by unit
172:17   officers who are trained by you or by folks in
172:18   your group. Do you remember that?
172:19   A. Yes.
172:20   Q. And was one of the reasons for
172:21   that practice, was that a resource or a cost
172:22   issue with the number of people on your team or
172:23   was there something else that was going on
172:24   there, another reason for that?
172:25   A. So that was a common practice to
173:01   use. And yes, it was because of limited
173:02   resources on my staff.
173:03   Q. Okay. All right. And if you'll
173:04   go next to page 15, and it's appendix C. Can
173:05   you just tell me where the data that's
173:06   reflected in appendix C here comes from? Is
173:07   this official military data?

173:14 - 174:03   Leccese, Melissa 2020-10-06
173:14   A. Yes, I'm sure it does come
173:15   from some regulation. I couldn't tell you
173:16   which one off the top of my head.
173:17   Q. Okay. And putting aside the
173:18   specific regulation, my only question is, that
173:19   would have been -- and in the various
173:20   sub-appendices to appendix C, that would have
173:21   been data drawn from some source within the

173:22   military. Is that fair?
173:23   A. Yes.
173:24   Q. Okay. And of course you have no
173:25   reason to think that the data in appendix C was
174:01   inaccurate in any way. Right?
174:02   A. No, I don't have any reason to
174:03   believe that.

174:08 - 174:17   Leccese, Melissa 2020-10-06
174:08   Q. So the same questions with respect
174:09   to appendix D, that is would this have been
174:10   drawn from information that was official
174:11   military information?
174:12   A. The following examples -- well, I
174:13   mean, they're all related to military things.
174:14   All of these are military weaponry. And then
174:15   the number two is all examples -- these are
174:16   examples of being exposed to different types of
174:17   military noise.

175:16 - 176:21   Leccese, Melissa 2020-10-06
175:16   Q. All right. Any reason to think
175:17   that any of the information set forth on
175:18   appendix D of Hacker Exhibit 50 is inaccurate?
175:19   A. No, I have no reason to believe
175:20   that.
175:21   Q. Okay. Okay. Final thing on this
175:22   document, on the following page you looked at
175:23   this page with Plaintiff's counsel earlier. Do
175:24   you remember that?
175:25   A. Yes.
176:01   Q. Okay. There's a chart under
176:02   optional items. And the first row of that
176:03   chart says Combat Arms regular. Do you see
176:04   that?
176:05   A. Yes.
176:06   Q. And under fitting requirements it
176:07   says regular size fits most, approximately 80
176:08   percent. Size fitting and instruction sheet
176:09   required. Do you see that?
176:10   A. Yes.
176:11   Q. That size fitting and instruction
176:12   sheet, is it your understanding that that would
176:13   have been the wallet card or the business card
176:14   sized document that you were referring to
176:15   earlier?
176:16   A. Yes.
176:17   Q. Okay. And you're not aware of any
176:18   size fitting or instruction sheets being
176:19   provided in connection with the Combat Arms
176:20   Version II. Right?
176:21   A. No.

177:02 - 179:19   Leccese, Melissa 2020-10-06
177:02   Dr. Leccese, is Hacker Exhibit 51 a true and
177:03   correct copy of a presentation that you
177:04   prepared relating to hearing protection
177:05   devices?
177:06   (Hacker Exhibit Number 51
177:07   is marked for identification.)
177:08   A. It was one I used.

177:09  Q. Okay. And when you say it was one
177:10  you used, this would have been a presentation
177:11  that you would have used during an education
177:12  session relating to hearing protection?
177:13  A. Yes.
177:14  Q. Okay. And you'll see on the first
177:15  page, for example, there's some notes in --
177:16  they're typed, but they appear to be notes to
177:17  the presentation. Are those your notes to
177:18  yourself in -- in the presentation deck as kind
177:19  of speaking notes?
177:20  A. It doesn't sound like what I would
177:21  write. So it probably came from the -- this
177:22  presentation probably came from Public Health
177:23  Command. They would often prepare like
177:24  documents for us that we could just pull down
177:25  and use, so...
178:01  Q. So does that -- does that sound --
178:02  does that appear to you to be a note from
178:03  Public Health Command and not a note that you
178:04  would have made directly yourself?
178:05  A. Yes, it does appear to be from a
178:06  different source than myself. So probably
178:07  Public Health Command.
178:08  Q. Okay. Well, so if you look at the
178:09  second note on page one of Exhibit 51, it
178:10  says -- for the record it says your primary
178:11  hearing protector should not be the disposable
178:12  foam earplugs. Those are not for long-term
178:13  use. All soldiers should be fit with preformed
178:14  hearing protection. Do you see that?
178:15  A. Yes.
178:16  Q. Is that a statement that's -- is
178:17  that a statement you agree with?
178:18  A. I do agree with that, yes.
178:19  Q. And can you just explain why that
178:20  is the case?
178:21  A. So disposable foam earplugs don't
178:22  require a medical fitting. However, they are
178:23  very commonly improperly inserted. And that's
178:24  the reason. Just because we want to make sure
178:25  that the soldier is inserting the earplug
179:01  correctly.
179:02  Q. Okay. And -- and the slide here
179:03  says that preformed earplugs are recommended.
179:04  Do you see that?
179:05  A. Yes.
179:06  Q. One of the reasons is that a
179:07  medical fit is required, and it says under
179:08  advantages most effective and least safety
179:09  risk. Do you see that?
179:10  A. I see that.
179:11  Q. And well, you agree that a medical
179:12  fit was required for preformed earplugs and it
179:13  was not required for foam earplugs?
179:14  A. That is true.
179:15  Q. Okay. And would you also agree that
179:16  that is one advantage of a preformed earplug
179:17  over a disposable foam earplug is the fitting
179:18  that is conducted in connection with the use of
179:19  the earplug?

179:21 - 180:06   Leccese, Melissa 2020-10-06
179:21   A. Well, it depends on how you look
179:22   at it.
179:23   Q. And how so?
179:24   A. If you look at it in terms of
179:25   safety, it's an advantage. If you look at it
180:01   in terms of efficiency, then it would be a
180:02   disadvantage.
180:03   Q. Okay. But in terms of safety, you
180:04   would agree that that is one advantage of a
180:05   preformed earplugs over a foam earplug?
180:06   A. Yes.

180:07 - 180:12   Leccese, Melissa 2020-10-06
180:07   Q. Okay. And so under advantages it
180:08   says most effective and least safety risk.
180:09   Would you agree that a preformed earplug is
180:10   more effective and entails less safety risk
180:11   than a disposable foam earplug when medically
180:12   fit?

180:14 - 180:17   Leccese, Melissa 2020-10-06
180:14   A. Well, if a foam earplug is
180:15   inserted correctly, then it's going to provide
180:16   adequate protection. It's just a matter of if
180:17   it's inserted into the ear properly.

181:18 - 183:13   Leccese, Melissa 2020-10-06
181:18   Q. Okay. All right. And then just
181:19   one other slide that I want to ask you about.
181:20   It's on page four. And do you see page four is
181:21   a slide that says foam earplugs not recommended
181:22   at the top. Do you see that?
181:23   A. Yes.
181:24   Q. And under disadvantages it says
181:25   results in high incidence of noise injury due
182:01   to poor insertion. Roll down required. Do you
182:02   see that?
182:03   A. I see that.
182:04   Q. And is that a summary of the point
182:05   that you were making just a few minutes ago
182:06   about an incidence of noise injury when a foam
182:07   earplug is not inserted properly?
182:08   A. Yes. Exactly.
182:09   Q. Okay. When it says roll down
182:10   required, do you have an understanding of what
182:11   that means?
182:12   A. Yes.
182:13   Q. And what is that?
182:14   A. So you have to -- the soldier has
182:15   to physically manipulate that earplug in order
182:16   to get it to a size where it will initially go
182:17   into the ear canal. And once it's in there,
182:18   then it expands to its size -- full size.
182:19   Q. Okay. And during your time at
182:20   Fort Campbell, did you personally observe
182:21   incidences of noise injury due to the poor
182:22   insertion of foam earplugs? Is that something
182:23   that you saw?
182:24   A. I had soldiers come into the

Re: [182:19 to 183:01]
Pltf Obj 802,702

SUSTAINED

| | | |
|---|---|---|

182:25 clinic with hearing loss that reported their
183:01 foam earplug fell out of their ear, yes.
183:02 Q. Okay. All right. If you'll go to
183:03 the next tab, we will mark this one as Hacker
183:04 Exhibit 52. And this was previously referred
183:05 to as Leccese Exhibit 3. And my first question
183:06 will be, Dr. Leccese, whether you recognize
183:07 this document as a true and accurate copy of a
183:08 presentation deck you would have used during an
183:09 education presentation related to the Hearing
183:10 Conservation Program?
183:11 (Hacker Exhibit Number 52
183:12 is marked for identification.)
183:13 A. Yes.

184:09 - 185:23   Leccese, Melissa 2020-10-06

**Re: [184:25 to 185:09]**  **OVERRULED**
**Pltf Obj** 402,403

184:09 Q. Yeah. And just so now that you're
184:10 in the right document, you would agree that
184:11 this is the true and correct copy of a
184:12 presentation deck you would have used during an
184:13 education session as part of the Hearing
184:14 Conservation Program?
184:15 A. Yes.
184:16 Q. Okay. And yes, if you'll go to
184:17 page eight, there's a slide here that says --
184:18 for the record, I'll read it, the four P's of
184:19 NIHL, painless, progressive, permanent,
184:20 preventable. Do you see that?
184:21 A. Yes.
184:22 Q. And NIHL, you said before, that's
184:23 noise-induced hearing loss?
184:24 A. Correct.
184:25 Q. Okay. And it says that -- under
185:01 that it says hearing loss remains the most
185:02 common work-related disability. And VA
185:03 continues to identify hearing loss as the most
185:04 common disability associated with military
185:05 service. Do you see that?
185:06 A. I see that.
185:07 Q. And is that an accurate statement
185:08 to the best of your knowledge?
185:09 A. Yes.
185:10 Q. Okay. We can go ahead to page 17,
185:11 slide 17, please.
185:12 A. Okay.
185:13 Q. Are you there? Okay. And
185:14 actually before we get to 17, if you'll look at
185:15 the prior slide which is 16, it notes that any
185:16 exposure to an intensity of 140 decibels or
185:17 greater may result in permanent NIHL. Do you
185:18 see that?
185:19 A. I see that.
185:20 Q. Okay. And is that an accurate
185:21 statement that an exposure to noise in excess
185:22 of 140 decibels or greater may result in
185:23 permanent noise-induced hearing loss?

185:25 - 186:15   Leccese, Melissa 2020-10-06

185:25 A. So the things that's left out in
186:01 this slide is if you're not wearing hearing
186:02 protection. So if you're wearing hearing

186:03    protection, you can be exposed to that noise.
186:04    Q. Right. So this is -- this is an
186:05    exposure to noise that is measured without
186:06    hearing protection. So you know, just the
186:07    naked ear essentially. Fair?
186:08    A. I'm sorry. Repeat the question.
186:09    Q. Yeah. So I think what you're
186:10    saying is the -- the slide here on slide 16,
186:11    when it's talking about exposures to noise in
186:12    excess of 140 decibels or greater may result in
186:13    permanent noise-induced hearing loss, that's
186:14    assuming that no hearing protection device is
186:15    being used. Right?

186:17 - 187:15    Leccese, Melissa 2020-10-06
186:17    A. That's correct.
186:18    Q. Okay. And if you'll look -- am I
186:19    correct that there are some -- there is some
186:20    level of noise that cannot be protected against
186:21    with a hearing protection device? Would you
186:22    agree with that?
186:23    A. Yes. There is a level that is
186:24    required on approval by the Surgeon General
186:25    before that exposure is allowed.
187:01    Q. Do you know what that exposure
187:02    level is in decibels?
187:03    A. I don't remember. I used to know.
187:04    I was looking to see if it was in here. I
187:05    can't remember off the top of my head.
187:06    Q. Okay. Well, if you look on -- if
187:07    you just quickly skip to slide 43, do you see
187:08    there's a reference in here that doubling up
187:09    hearing protection for steady-state noises at
187:10    104 decibels or greater?
187:11    A. Yes. For steady-state noise.
187:12    Q. Okay. Is that -- is that decibel
187:13    level the level above which just one hearing
187:14    protection device is not effective or is that
187:15    something different?

187:17 - 188:02    Leccese, Melissa 2020-10-06
187:17    A. So that is the level where it --
187:18    that the Army or wherever this came from had to
187:19    be -- the Army, this regulation -- this is very
187:20    familiar to me. This is a level where the Army
187:21    requires someone to wear double hearing
187:22    protection because single protection is not
187:23    sufficient.
187:24    Q. Okay. And when you say this is a
187:25    level, you're referring to steady-state noises
188:01    at 104 decibels or greater?
188:02    A. Correct.

188:11 - 189:16    Leccese, Melissa 2020-10-06
188:11    Q. Okay. Okay. So just a couple
188:12    more questions, if you'll go back to what we
188:13    were looking at on slide 17. Do you see slide
188:14    17 has some examples of impulse noises and then
188:15    various decibel levels relating thereto?
188:16    A. Correct.
188:17    Q. And again, am I correct that this

| | |
|---|---|
| 188:18 | wouldn't have been data that you independently |
| 188:19 | came up with; this would have been drawn from |
| 188:20 | other data maintained within the military. Is |
| 188:21 | that accurate? |
| 188:22 | A. That's accurate. And this is |
| 188:23 | impulse noise. |
| 188:24 | Q. Right. And you have no reason to |
| 188:25 | think any of these numbers or data are |
| 189:01 | inaccurate. Fair to say? |
| 189:02 | A. No, I don't have any reason to |
| 189:03 | think they're inaccurate. |
| 189:04 | Q. Okay. And if you'll look at slide |
| 189:05 | 32, do you see slide 32 has the heading noise |
| 189:06 | reduction rating, NRR? |
| 189:07 | A. Yes. |
| 189:08 | Q. Okay. And then there's the second |
| 189:09 | paragraph there that says field testing |
| 189:10 | suggests that the true amount of attenuation is |
| 189:11 | typically half the listed NRR. Do you see |
| 189:12 | that? |
| 189:13 | A. Yes. |
| 189:14 | Q. As far as you know, is that a true |
| 189:15 | statement? |
| 189:16 | A. As far as I know, yes. |

| | |
|---|---|
| 189:23 - 190:24 | Leccese, Melissa 2020-10-06 |
| 189:23 | Q. Okay. Have you reviewed data, |
| 189:24 | military data, or data in scientific literature |
| 189:25 | relating to the true amount of attenuation |
| 190:01 | being about half of what is listed as the NRR? |
| 190:02 | A. Only that. Just that, that it's |
| 190:03 | half is about as specific as I have ever delved |
| 190:04 | into. |
| 190:05 | Q. Okay. All right. So then if |
| 190:06 | you'll go back one last time to page 43. |
| 190:07 | A. I'm there. |
| 190:08 | Q. And so this refers to the use of |
| 190:09 | doubled up hearing protection devices when |
| 190:10 | steady-state noises is greater than 104 |
| 190:11 | decibels. Is there a similar level where if a |
| 190:12 | soldier anticipates being exposed to impulse |
| 190:13 | noise over a certain decibel level, hearing |
| 190:14 | protection should also be doubled up in that |
| 190:15 | context? |
| 190:16 | A. Yes. |
| 190:17 | Q. Do you recall what that is? |
| 190:18 | A. I don't remember. |
| 190:19 | Q. Okay. Would that be published |
| 190:20 | somewhere within the -- within the military? |
| 190:21 | A. Yeah. It would be in the same |
| 190:22 | place as that referenced to the level of noise |
| 190:23 | that has to be approved by the Surgeon General |
| 190:24 | to be allowed to -- |

| | |
|---|---|
| 206:02 - 206:16 | Leccese, Melissa 2020-10-06 |
| 206:02 | Q. Okay. Did you report to anybody |
| 206:03 | else senior to you any issues relating to |
| 206:04 | fitting on the Combat Arms Version II earplug? |
| 206:05 | A. No. |
| 206:06 | Q. Okay. |
| 206:07 | A. If I had -- if I had somebody I |

206:08    felt really uncomfortable with on them, I
206:09    would -- I would not have given them to them
206:10    myself.
206:11    Q. Okay. You're saying if you
206:12    personally felt uncomfortable with the -- the
206:13    fit that you were able to achieve during the
206:14    fitting, you wouldn't have given them the
206:15    earplug. Is that what you said?
206:16    A. That's what I said, yes.