**Defendants' 2nd Priority Exhibits List**

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Gen-0061 | General Government Documents | Jul-14 | Readiness through Hearing Loss Prevention Technical Guide 250, U.S. Army Public Health Command (USAPHC), Army Hearing Program, 07/2014 | FRE 401, FRE 402, FRE 403; MIL G-2 | **OVERRULED** |
| D-Gen-0069 | General Government Documents | 12/27/2006 | Webpage: U.S. Army Center for Health Promotion and Preventive Medicine (USACHPPM), Hearing Conservation Program, Noise Levels of Common Army Equipment, http://chppm-www.apgea.army.mil/hcp/NoiseLevels.aspx | FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-0070 | General Government Documents | 9/12/1979 | Press Release: EPA Establishes New Noise Label Program, U.S. Environmental Protection Agency, dated 09/12/1979: | FRE 802; FRE 803(18) | **WITHDRAWN 3/22/2021** |
| D-Gen-0098 | General Government Documents | 8/14/2019 | DoD Instruction 6055.12, Hearing Conservation Program (HCP), dated 08/14/2019 | FRE 401, 402, 403; MIL G-2 | **OVERRULED** |
| D-Gen-0111 | General Government Documents | 04/00/2015 | Report, Level-Dependent Nonlinear Hearing Protector Model in the Auditory Hazard Assessment Algorithm for Humans. F., Paul and J. Kalb, Army Research Laboratory, ARL-TR-7271 (April 2015). | FRE 802; FRE 803(18) | **WITHDRAWN 3/22/2021** |
| D-Gen-0113 | General Government Documents | 00/00/2013 | Pamphlet: Back on Track, Knowledge (2013) | FRE 802; FRE 803(18) | **WITHDRAWN 3/22/2021** |
| D-Gen-0116 | General Government Documents | 12/31/2011 | Report: U.S. AbilityOne Commission, Annual Report 2011 | FRE 802; FRE 803(18) | **Under advisement** |

Defendants' 2nd Priority Exhibits List

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Gen-0134 | 3M/Aearo/Cabot Documents | | Diagrams: Universal PVC POD Adapter dated 1/15/13, Low Attenuating Ultrafit dated 3/25/04, Nonlinear Ear Plug dated 1/19/98, Earcaps FX Adapter dated 9/10/98, Universal PVC POD Adapter dated 12/17/97, Earcaps FX Adapter dated 7/7/15, NonLinear Ear Plug (undated), Low Attenuating Ultrafit dated 3/25/04, Indianapolis Engineering Change Request form date initiated 10/9/15. | FRE 401, FRE 402; FRE 802 | WITHDRAWN 3/22/2021 |
| D-Gen-0140 | 3M/Aearo/Cabot Documents | 8/17/2005 | Diagram: Thin ultrafit barbed adapter corded | FRE 401, FRE 402; FRE 802 | OVERRULED |
| D-Gen-0170 | 3M/Aearo/Cabot Documents | 8/12/1997 | Diagram: ISL Drawing of Plug Used in testing, dated 8/12/1997 | FRE 901 | WITHDRAWN 3/22/2021 |
| D-Gen-0358 | 3M/Aearo/Cabot Documents | 11/21/2002 | USACHPPM, Noise Levels of Common Army Equipment, https://web.archive.org/web/20080621140309/http://chppm-www.apgea.army.mil/hcp/NoiseLevels.aspx, dated 11/21/2002 | FRE 802; FRE 803(18) | WITHDRAWN 3/22/2021 |
| D-Gen-0364 | General Government Documents | | Detection, Recognition, and Sound Localization Abilities of Human Listener Wearing Various Headgear and Earplugs | FRE 802; FRE 803(18) | WITHDRAWN 3/22/2021 |
| D-Gen-0439 | Party and non-party pleadings and discovery responses | 12/28/2020 | Letter from N. Kim to M. Nomellini re Response to Touhy Request, dated 12/28/2020. | FRE 802 | SUSTAINED |

Defendants' 2nd Priority Exhibits List

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Gen-0441 | Party and non-party pleadings and discovery responses | 12/29/2020 | Letter from N. Kim to M. Nomellini re Response to Touhy Requests (Steady State Exposures - Priority), dated 12/29/2020. | FRE 802 | **SUSTAINED** |
| D-Gen-0442 | Party and non-party pleadings and discovery responses | 12/30/2020 | Letter from N. Kim to M. Nomellini re Response to Touhy Requests (Impulse Exposures Second Priority and MK19), dated 12/30/2020. | FRE 802 | **SUSTAINED** |
| D-Gen-0443 | Party and non-party pleadings and discovery responses | 010/8/2021 | Letter from N. Kim to M. Nomellini re Response to Touhy Requests (HHA Data), dated 01/08/2021. | FRE 802 | **SUSTAINED** |
| D-Gen-0444 | Party and non-party pleadings and discovery responses | 1/14/2021 | Letter from R. Wald to M. Nomellini re Response to Touhy Requests (HHA Data), dated 01/14/2021. | FRE 802 | **SUSTAINED** |
| D-Gen-0445 | Party and non-party pleadings and discovery responses | 1/22/2021 | Letter from R. Wald to M. Nomellini re Response to Touhy Requests (HHA Data), dated 01/22/2021. | FRE 802 | **SUSTAINED** |
| D-Gen-0479 | General Government Documents | | Pamphlet: Hearing Loss Prevention, Department of Defense Hearing Center of Excellence | FRE 802, FRE 803(18) | **OVERRULED** |
| D-Gen-0480 | General Government Documents | | Brochure: It's A Noisy World, Protect Your Hearing, Department of Defense Hearing Center of Excellence | FRE 802, FRE 803(18) | **OVERRULED** |

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Gen-0481 | General Government Documents | | Brochure: Department of Defense Hearing Center of Excellence, HCE-855 | FRE 802, FRE 803(18) | **OVERRULED** |
| D-Gen-0526 | General Government Documents | 4/29/1994 | Technical Manual: Army, U. S. (1994). Army Ammunition Data Sheets: Small Caliber Ammunition. TM-43-0001-27, (1994) | FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-0548 | General Government Documents | | Spreadsheet: CDC Docs - NIOSH CAEv2 data.xlsx | Foundation; FRE 802, FRE 803(18) | **OVERRULED** |
| D-Gen-0549 | General Government Documents | | Spreadsheet: CDC Docs - Peltor CombatArms V2 Olive.xlsx | Foundation; FRE 802, FRE 803(18) | **OVERRULED** |
| D-Gen-0550 | General Government Documents | | Spreadsheet: CDC Docs - Peltor CombatArms V2 Yellow.xlsx | Foundation; FRE 802, FRE 803(18) | **OVERRULED** |
| D-Gen-0551 | General Government Documents | | Spreadsheet: CDC Docs - Peltor_Combat_Arms_V2_Closed_NIOSH_IPIL_results.xlsx | Foundation; FRE 802, FRE 803(18) | **OVERRULED** |
| D-Gen-0552 | General Government Documents | | Spreadsheet: CDC Docs - Peltor_Combat_Arms_V2_Closed_WMU_IPIL_results.xlsx | Foundation; FRE 802, FRE 803(18) | **OVERRULED** |
| D-Gen-0553 | General Government Documents | | Spreadsheet: CDC Docs - Peltor_Combat_Arms_V2_Open_NIOSH_IPIL_results.xlsx | Foundation; FRE 802, FRE 803(18) | **OVERRULED** |
| D-Gen-0554 | General Government Documents | | Spreadsheet: CDC Docs - Peltor_Combat_Arms_V2_Open_WMU_IPIL_results.xlsx | Foundation; FRE 802, FRE 803(18) | **OVERRULED** |

Defendants' 2nd Priority Exhibits List

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Gen-0581 | General Government Documents | 00/00/2018 | Hearing Health Surveillance Data Review, Military Hearing Conservation - CY18, DOD Hearing Conservation Working Group, DOD Hearing Center of Excellence, DODI 6055.12 | Foundation; FRE 802; FRE 803(18) | **WITHDRAWN 3/22/2021** |
| D-Gen-0582 | General Government Documents | 00/00/2019 | DoD Hearing Conservation Working Group, Hearing health surveillance data review: Military hearing conservation - CY18. Lackland Air Force Base: DoD Hearing Center of Excellence, 2019 | Foundation; FRE 802; FRE 803(18) | **WITHDRAWN 3/22/2021** |
| D-Gen-0597 | General Government Documents | 03/00/2018 | Report: Auditory hazards due to small arms use in squad combat formations, ARL-TR-8334. U.S. Army Research Laboratory P. Fedele, D. Grasing, et al., dated 03/2018 | FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-0608 | General Government Documents | 10/00/1994 | J. Franks, C. Themann, et al., The NIOSH Compendium of Hearing Protection Devices. DHHS (NIOSH) Publication No. 94-130, October 1994. Cincinnati, OH: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health, dated 10/1994 | FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-0609 | General Government Documents | 10/00/1996 | J. Franks, M. Stephenson, et al., Preventing Occupational Hearing Loss - A Practical Guide, DHHS (NIOSH) Publication No. 96-110, dated 10/1996 | FRE 802; FRE 803(18) | **WITHDRAWN 3/22/2021** |

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Gen-0610 | General Government Documents | 10/00/1996 | J. Franks, M. Stephenson, et al., Preventing Occupational Hearing Loss - A Practical Guide, DHHS (NIOSH) Publication No. 96-110, dated 10/1996 | FRE 802; FRE 803(18) | **WITHDRAWN 3/22/2021** |
| D-Gen-0612 | General Government Documents | 05/00/1971 | Report: U.S. Army, Technical Memorandum 7-71, Small-Rocket Noise: Hazards to Hearing, G. Garinther, D. Hodge, AMCMS Code 5538.12.09400.01 dated 05/1971 | FRE 802; FRE 803(18) | **WITHDRAWN 3/22/2021** |
| D-Gen-0613 | General Government Documents | 07/00/1965 | Report: U.S. Army, Technical Memorandum 11-65, Transducer Technique for Measuring The Effect of Small-Arms' Noise on Hearing, G. Garinther, J. Moreland, AMCMS Code 5011.11.84100, dated 07/1965 | FRE 802; FRE 803(18) | **WITHDRAWN 3/22/2021** |
| D-Gen-0614 | General Government Documents | 00/00/1990 | Report: Impact of Communications on Armor Crew Performance: Investigating the Impact of Noise and Other Variables on Mission Effectiveness. G. Garinther, L. Peters, Army RD&A Bulletin, 70-90(1), 5, dated 1990 | FRE 802; FRE 803(18) | **WITHDRAWN 3/22/2021** |
| D-Gen-0634 | General Government Documents | | HCE Strategy Map; https://hearing.health.mil/About-HCE/Mission | Foundation; FRE 802; FRE 803(18) | **OVERRULED** |
| D-Gen-0635 | General Government Documents | | Hearing Education and Readiness Course or Hear; https://hearing.health.mil/Resources/Training/Hearing-Education-and-Readiness-Course-or-HEAR | Foundation; FRE 802; FRE 803(18) | **OVERRULED** |

Defendants' 2nd Priority Exhibits List

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Gen-0670 | General Government Documents | 00/00/1992 | Mozo, B. T., Murphy, B. A., & Barlow, L. S. (1992). Sound attenuation characteristics of the DH-133A helmet. (USAARL Report No. 92-8). Ft. Rucker, AL: U.S. Army Aeromedical Research Laboratory. | FRE 802; FRE 803(18) | WITHDRAWN 3/22/2021 |
| D-Gen-0671 | General Government Documents | 3/1/2020 | MSHA (1999) Compliance guide to MSHA's occupational noise exposure standard, Uniform Mine Health Regulations. Available at: https://arlweb.msha.gov/REGS/COMPLIAN/GUIDES/noise/guide303.PDF (Accessed: 24 September 2018). | FRE 802; FRE 803(18) | OVERRULED |
| D-Gen-0696 | General Government Documents | 6/21/2008 | Noise Levels of Common Army Equipment, Army Hearing Program, USACHPPM, dated 06/21/2008 | FRE 802; FRE 803(18) | WITHDRAWN 3/22/2021 |
| D-Gen-0774 | General Government Documents | 9/17/1993 | U.S. Department of Defense Military Handbook No. MIL-HDBK-767(MI), Design Guidance for Interior Noise Reduction in Light-Armored Tracked Vehicles, dated 09/17/1993 | FRE 802; FRE 803(18) | OVERRULED |
| D-Gen-0783 | General Government Documents | 8/23/2016 | Infantry Platoon and Squad, Army Techniques Publication No. 3-21.8, U.S. Department of the Army (April 2016). | FRE 802; FRE 803(18); MIL G2, G12 | Under advisement |
| D-Gen-0818 | General Government Documents | 8/24/1993 | Desert Operations, Headquarters, Department of the Army, US Marine Corps, Army 1993 FM-90-3/FMFM 7-27, Filed Manual No. 90-3 Fleet Marine Force Manual No. 7-27, dated 8/24/1993 | FRE 802; FRE 803(18); MIL G2, G12 | OVERRULED |

Defendants' 2nd Priority Exhibits List

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Gen-0820 | General Government Documents | Apr-96 | Tank Platoon Field Manual 17-15, Headquarters, Department of the Army, dated April 1996 | FRE 802; FRE 803(18); MIL G2, G12 | **OVERRULED** |
| D-Gen-0821 | General Government Documents | 5/1/1997 | Technical Manual Operators Manual for Intercommunication Set, Vehicular AN/VIC-3(V), Headquarters, Department of the Army, dated 1 May 1997 | FRE 802; FRE 803(18); MIL G2, G12 | **OVERRULED** |
| D-Gen-0822 | General Government Documents | 6/21/2000 | Field and Hygiene Sanitation FM 21-10 MCRP 4-11.D, Headquarters Department of the Army and Commandant, Marine Corps dated 6/21/2000 | FRE 802; FRE 803(18); MIL G2, G12 | **OVERRULED** |
| D-Gen-0825 | General Government Documents | 2/18/2002 | Combined Arms Operations in Urban Terrain, FM 3-06.11, Headquarters Department of the Army, dated 2/28/2002 | FRE 802; FRE 803(18); MIL G2, G12 | **OVERRULED** |
| D-Gen-0826 | General Government Documents | 2/22/2007 | Tank Platoon, FM 3-20.15, Headquarters Department of the Army, dated 2/22/2007 | FRE 802; FRE 803(18); MIL G2, G12 | **Under advisement** |
| D-Gen-0830 | General Government Documents | 5/20/2010 | Soldier's Manual and Trainer's Guide for Abrams Tank Maintainer MOS 91A Skill Level 1, 2, 3, and 4, STP 9-91A14-SM-TG, dated May 20, 2010 | FRE 802; FRE 803(18); MIL G2, G12 | **OVERRULED** |
| D-Gen-0832 | General Government Documents | 12/13/2012 | Tank Platoon December 2012, ATP 3-20-15 (FM 3-20.15), Headquarters, Department of the Army, dated 12/13/2012 | FRE 802; FRE 803(18); MIL G2, G12 | **Under advisement** |
| D-Gen-0834 | General Government Documents | 4/30/2014 | Unit Field Sanitation Teams, April 2014, ATP 4-25.12, Headquarters Department of the Army, dated 4/30/2014 | FRE 802; FRE 803(18); MIL G2, G12 | **Under advisement** |

**Defendants' 2nd Priority Exhibits List**

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Gen-0835 | General Government Documents | 5/6/2015 | Field Hygiene and Sanitation, May 2015 , TC 4-02.3, Headquarters Department of the Army, dated 5/6/2015 | FRE 802; FRE 803(18); MIL G2, G12 | Under advisement |
| D-Gen-0838 | General Government Documents | | XM1158 7.62-mm Cartridge, FY19 Army Programs | FRE 802; FRE 803(18); MIL G2, G12 | Under advisement |
| D-Gen-0840 | General Government Documents | | Chapter 89, Cleaning Instructions - M1A1 AIM SA Abrams Tank, ADF Force Extraction Cleaning Manual | FRE 802; FRE 803(18); MIL G2, G12 | Under advisement |
| D-Gen-0852 | General Government Documents | Oct-07 | Bose Product Improved Combat Vehicle Crewman (PICVC) Active Noise Reduction Headset Use and Maintenance Manual, US Army Training Manual 2007 | FRE 802; FRE 803(18); MIL G2, G12 | Under advisement |
| D-Gen-0866 | General Government Documents | 0206/2016 | Guidelines: Department of Veterans Affairs/Department of Defense Clinical Practice Guidelines for the Management of Concussion-Mild Traumatic Brain Injury, version 2.0 (Feb. 2016) | FRE 802; FRE 803(18) | WITHDRAWN 3/22/2021 |
| D-Gen-0874 | General Government Documents | 10/15/2015 | Report: The Army's M-1 Abrams, M-2/M-3 Bradley, and M-1126 Stryker: Background and Issues for Congress, A. Feickert, dated 10/15/2015. | FRE 802; FRE 803(18) | WITHDRAWN 3/22/2021 |
| D-Gen-0880 | General Government Documents | 11/00/1967 | Report: An Estimation of the Personnel Hazards from a Multi-Ton Blast in a Coniferous Forest, E. R. Fletcher, D. R. Richmond et al., November 1967 | FRE 802; FRE 803(18) | WITHDRAWN 3/22/2021 |

**Defendants' 2nd Priority Exhibits List**

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Gen-0884 | General Government Documents | 05/00/2003 | Report: Military Transformation: Army's Evaluation of Stryker and M-113A3 Infantry Carrier Vehicles Provided Sufficient Data for Statutorily Mandated Comparison, U.S. General Accounting Office, Report to Congressional Committees GAO-03-671, dated 05/00/2003. | FRE 802; FRE 803(18) | Under advisement |
| D-Gen-0885 | General Government Documents | 07/00/1983 | Report: An Acoustical Assessment of the Impulse Noise of Grenade Simulators Exploding in Enclosures, Technical Memorandum 9-83, G. Garinther and J. Kalb, dated 07/00/1983 | FRE 802; FRE 803(18) | WITHDRAWN 3/22/2021 |
| D-Gen-0897 | General Government Documents | 09/00/2011 | Report: An Investigation of Combat Vehicle Ventilation Requirements, ARL-SR-231, O. Heuckeroth and S. Middlebrooks, dated 09/2011. | FRE 802; FRE 803(18) | WITHDRAWN 3/22/2021 |
| D-Gen-0943 | General Government Documents | 06/00/1989 | Research Report: M1 Tank Gunnery: A Detailed Analysis of Conditions, Behaviors, and Processes, G. Meade, dated June 1989 | FRE 802; FRE 803(18) | Under advisement |
| D-Gen-0950 | General Government Documents | 09/00/2008 | MRAP Vehicles Handbook No. 08-30, Tactics, Techniques and Procedures, Center for Army Lessons Learned (CALL), September 08 | FRE 802; FRE 803(18); MIL G2, G12 | Under advisement |
| D-Gen-0955 | General Government Documents | 01/00/2010 | Overview of Tactical Communication Headsets, Defence R&D Canada Technical Memorandum, A. Nakashima, January 2010 | FRE 802; FRE 803(18) | WITHDRAWN 3/22/2021 |

Defendants' 2nd Priority Exhibits List

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Gen-0956 | General Government Documents | | Audio Testing Software User Guide, Navy DOEHRS HC | FRE 802; FRE 803(18); MIL G2, G12 | Under advisement |
| D-Gen-0995 | General Government Documents | 2017 | Report: WHO, Global costs of unaddressed hearing loss and cost-effectiveness of interventions, dated 2017 | FRE 802; FRE 803(18) | SUSTAINED |
| D-Gen-0998 | General Government Documents | 4/10/2013 | L. Sweeney, et al, Exposure Evaluation for Benzene, Lead and Noise in Vehicle and Equipment Repair Shops, April 2013 | FRE 802; FRE 803(18) | Under advisement |
| D-Gen-0999 | General Government Documents | 05/00/1995 | T. Swingle, US Army Rotary-Wing Emergency Egress Study, dated May 1995 | FRE 802; FRE 803(18); MIL G2, G12 | Under advisement |
| D-Gen-1007 | General Government Documents | 7/1/1982 | Vaughan, et al, M1 Abrams Tank Procedures Guide, July 1982 | FRE 802; FRE 803(18); MIL G2, G12 | Under advisement |
| D-Gen-1014 | General Government Documents | 1/11/2020 | Presentation: Combat Earplug Test, Cognitive Engineering of the Digital Battlefield, undated. w/ attachments. | Foundation; FRE 602; FRE 802; Incomplete Designation | SUSTAINED |
| D-Gen-1106 | General Government Documents | 12/18/2012 | Report: Evaluation of Hearing Protection Devices and a Flight Helmet when undergoing Impulse noise Stimulations, K. Buck, S. DeMezzo et al., dated 12/18/2012. | FRE 802; FRE 803(18) | WITHDRAWN 3/22/2021 |
| D-Gen-1109 | 3M/Aearo/Cabot Documents | 03/00/2007 | J. Lovejoy, Hearing Protection Evaluation for the Combat Arms Earplug at Idaho National Laboratory, U.S. Dept. of Energy, March 2007 | FRE 602; FRE 802 | OVERRULED |
| D-Gen-1116 | General Government Documents | 6/14/2012 | Report: Hearing Protector Evaluation Report, P. Schley, dated 06/14/2012 | FRE 802; FRE 803(18) | SUSTAINED |

**Defendants' 2nd Priority Exhibits List**

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Gen-1477 | Scientific literature | 6/14/2012 | Report: Hearing Protector Evaluation Report, dated 6/14/2012 | FRE 802; FRE 803(18) | OVERRULED |
| D-Gen-1483 | 3M/Aearo/Cabot Documents | 04/00/2003 | NATO/RTO Technical Report TR-017: Reconsideration of the Effects of Impulse Noise, Research and Technology Organization (2003) | FRE 802 Hearsay | SUSTAINED |
| D-Gen-1791 | 3M/Aearo/Cabot Documents | 7/13/2010 | Report: On-Site Assessment Report, NVLAP, 3M EARCAL Acoustical Lab Testing, dated 07/13/2010 | FRE 401/402; NVLAP report is hearsay | Under advisement |
| D-Gen-1792 | 3M/Aearo/Cabot Documents | 7/27/2012 | Report: On-Site Assessment Report, NVLAP, 3M EARCAL Acoustical Lab Testing, dated 07/27/2012 | FRE 401/402; NVLAP report is hearsay | Under advisement |
| D-Gen-1793 | 3M/Aearo/Cabot Documents | 6/29/2016 | Report: On-Site Assessment Report, NVLAP, 3M Indianapolis Acoustical Laboratories Testing, dated 06/29/2016 | FRE 401/402; NVLAP report is hearsay | Under advisement |
| D-Gen-1821 | 3M/Aearo/Cabot Documents | 10/20/2006 | NVLAP ON-SITE ASSESSMENT SUMMARY by E-A-RCAL Acoustical Laboratory, Jeff Schmitt dated 10/2/2006 | FRE 401/402; NVLAP report is hearsay | Under advisement |
| D-Gen-1829 | 3M/Aearo/Cabot Documents | 8/25/2004 | Combat Arms filters Part #018-1000; Material - Dupont Delrin 900P Black (Measurement Samples 1-3), dated 08/25/2004 | FRE 901 Incomplete designation | Under advisement |
| D-Gen-1834 | General Government Documents | 2010 | Brochure: 68 W Advanced Field Craft Combat Medic Skills (2010) | FRE 802 | SUSTAINED |
| D-Gen-1838 | 3M/Aearo/Cabot Documents | 11/1/2006 | Report: NVLAP Lab Signature Sheet re EARCAL Acoustical Laboratory, dated 10/31 thru 11/1/2006 | FRE 401/402; NVLAP report is hearsay | Under advisement |

**Defendants' 2nd Priority Exhibits List**

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Gen-1850 | 3M/Aearo/Cabot Documents | 10/20/2004 | Report: NVLAP, Signature Sheet for Aearo Co., EARCAL Acoustical Lab Testing, dated 10/20/2004 | FRE 401/402; NVLAP report is hearsay | **Under advisement** |
| D-Gen-1851 | 3M/Aearo/Cabot Documents | | Report: NVLAP General Operations Checklist Testing for Aearo Co., EARCAL Acoustical lab | FRE 401/402; NVLAP report is hearsay | **Under advisement** |
| D-Gen-1853 | 3M/Aearo/Cabot Documents | 6/13/2001 | Report: EARCAL Acoustical Laboratory, NVLAP Signature Sheet, dated 06/13/2001 | FRE 401/402; NVLAP report is hearsay | **Under advisement** |
| D-Gen-1854 | 3M/Aearo/Cabot Documents | 7/23/2003 | Report: NVLAP Signature Sheet re Aearo Company E-A-RCAL Acoustical Lab, dated 07/23/2003 | FRE 401/402; NVLAP report is hearsay | **Under advisement** |
| D-Gen-1910 | 3M/Aearo/Cabot Documents | 6/17/2008 | NVLAP Signature Sheet re E-A-RCal Acoustical Laboratory, signed by Richard Peppin, dated 06/17/2008 & 06/18/2008 | FRE 401/402; NVLAP report is hearsay | **Under advisement** |
| D-Keefer-0105 | Case Specific Documents \ Other Case-Specific Documents | | Sarah Burrows Facebook Post Video | Foundation; FRE 401; FRE 402; FRE 403; Misstates sound level | **SUSTAINED** |
| D-Keefer-0166 | Case Specific Documents \ Other Educational Records | 3/19/2008 | Academic Records: Background Investigation, Unofficial Transcript American Public University System re L. Keefer, dated 03/19/2008 | FRE 402, FRE 403; FRE 803; Hearsay (FRE 802) | **SUSTAINED** |
| D-Keefer-0177 | Case Specific Documents \ Other Employment Records | 6/26/2017 | Hobart Fire Department Volunteer Fire Calls re L. Keefer, dated 06/26/2017 | FRE 402, FRE 802, FRE 805 | **WITHDRAWN 3/22/2021** |

Defendants' 2nd Priority Exhibits List

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Keefer-0191 | Case Specific Documents \ Other Medical Records | 4/2/2003 | Medical Records: Saint Luke's Hospital (Maumee, Ohio) re Lewis Keefer | FRE 402, FRE 403, FRE 802, FRE 805 | SUSTAINED |
| D-Keefer-0192 | Case Specific Documents \ Other Medical Records | 4/2/2003 | Medical Records: Saint Luke's Hospital (Maumee, Ohio) re Lewis Keefer | FRE 402, FRE 602, FRE 802, FRE 805 | SUSTAINED |
| D-Keefer-0207 | Case Specific Documents \ Other Employment Records | 8/31/2017 | Employment Record: City of Hobart Police Department Application re L. Keefer dated 08/31/2017 | FRE 402, FRE 403 | OVERRULED |
| D-Keefer-0223 | Case Specific Documents \ Government Medical Records (VA and DOD) | 12/4/2012 | Medical Record: Tripler AMC, HI, ZZTMC Tropic Lightning re L. Keefer, dated 12/04/2012 | FRE 402, Foundation | WITHDRAWN 3/22/2021 |
| D-Keefer-0224 | Case Specific Documents \ Government Medical Records (VA and DOD) | 8/24/2011 | Medical Record: Tripler AMC, HI, ZZTMC Tropic Lightning re L. Keefer, dated 08/24/2011 | MIL C2, MIL C8, FRE 402 | WITHDRAWN 3/22/2021 |
| D-Keefer-0230 | Case Specific Documents \ Government Medical Records (VA and DOD) | 7/23/2009 | Medical Record: Emergency Medical Treatment, Theater Facility, Theater Clinic re L. Keefer, dated 07/23/2009 | MIL C8, FRE 402 | SUSTAINED as to references to tobacco use, and any reference or information related to sinus pain and headache/sore throat; otherwise OVERRULED. |

**Defendants' 2nd Priority Exhibits List**

| Trial Exhibit No. | Category | Document Date | Description | Objections | Ruling on Objections |
|---|---|---|---|---|---|
| D-Keefer-0335 | Case Specific Documents \ Other Employment Records | 7/24/2004 | Swanton Fire Department Workers Comp | FRE 402, FRE 802, FRE 805, Vague | **OVERRULED** |

Plaintiffs' 2nd Priority Exhibits List

| | EHK Exhibit No. | Date | Document Name | FRE Objection | Ruling on Objections |
|---|---|---|---|---|---|
| 1. | P-GEN-00021 | 3/15/2011 | Email attaching Moldex Filter Technical Drawing and Patent No. 6,068,079 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #06: Previous Litigation/CID Report | Under advisement |
| 2. | P-GEN-00022 | 5/2/2006 | U.S. Patent No. 7,036,157 B1 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #06: Previous Litigation/CID Report | Under advisement |
| 3. | P-GEN-00186 | 3/19/1990 | EarCal Letter to Johnson at Edoor Safety re Revision of NRR Standard for Packaging Labels | Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Hearsay (FRE 802); Rule of Completeness; Incomplete Document or Unfairness | OVERRULED |
| 4. | P-GEN-00188 | 9/14/1990 | EarCal Letter to Moldex re Independent Testing Effort | Hearsay (FRE 802); | OVERRULED |
| 5. | P-GEN-00194 | 3/1/1992 | Dancer et al., "Effectiveness of earplugs in high-intensity impulse noise | Hearsay (FRE 802); | WITHDRAWN 3/22/2021 |
| 6. | P-GEN-00196 | 11/17/1992 | Importance of EARCAL Log 20 and Incremental Impact on its Liability is Small | Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Hearsay (FRE 802); Relevance (FRE 401/402); Rule of Completeness; Incomplete Document or Unfairness | Under advisement |
| 7. | P-GEN-00199 | 4/7/1993 | DoJ Fine to Cabot EARCAL Lab | Hearsay (FRE 802); Hearsay w/in Hearsay (FRE 805); ; 3M MIL #08: Fine on Cabot Safety Corporation | Under advisement |
| 8. | P-GEN-00236 | 2/3/1997 | Aearo EAR January Monthly Report | Relevance (FRE 401/402); ; 3M MIL #23: Product Specific Testing | OVERRULED |
| 9. | P-GEN-00319 | 5/20/1999 | Ohlin-Myers Thread re Selling CAEv2 to John King for Italian Army | Hearsay (FRE 802); Hearsay w/in Hearsay (FRE 805); | WITHDRAWN 3/22/2021 |
| 10. | P-GEN-00349 | 9/1/1999 | Berger (1999) So, How Do You Want Your NRRs - Realistic Or Sunny Side Up? Article | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 11. | P-GEN-00353 | 11/8/1999 | Myers to Ohlin re Specs and Data Request from Bosanko | Hearsay (FRE 802); | WITHDRAWN 3/22/2021 |
| 12. | P-GEN-00359 | 11/19/1999 | Email attaching Bubble Sheets and CAEv2 Project Summary Sheet | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | WITHDRAWN 3/22/2021 |

| | EHK Exhibit No. | Date | Document Name | FRE Objection | Ruling on Objections |
|---|---|---|---|---|---|
| 13. | P-GEN-00465 | 9/20/2001 | Army Hospital James Wax Email to Ohlin re CAEv2 Report | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | WITHDRAWN 3/22/2021 |
| 14. | P-GEN-00504 | 3/28/2003 | US EPA Workshop On Hearing Protector Devices Proceedings | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #22: Method B Testing and Test Panels | OVERRULED |
| 15. | P-GEN-00510 | 5/7/2003 | Komada to Myers re Inputting Data to Attached Blank Spec Sheet | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); May 7, 2003 Issue | WITHDRAWN 3/22/2021 |
| 16. | P-GEN-00513 | 5/7/2003 | Southbridge and Indianapolis Quality Manuals (SOP List at pg.19) | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box | WITHDRAWN 3/22/2021 |
| 17. | P-GEN-00520 | 5/29/2003 | Grogan Email re CAE test equipment | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box | WITHDRAWN 3/22/2021 |
| 18. | P-GEN-00538 | 12/11/2003 | Stock Safety Quality Program | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box | OVERRULED |

| | EHK Exhibit No. | Date | Document Name | FRE Objection | Ruling on Objections |
|---|---|---|---|---|---|
| 19. | P-GEN-00542 | 1/1/2004 | Readiness thru Hearing Conservation - Technical Guide 250 | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #06: Previous Litigation/CID Report | OVERRULED |
| 20. | P-GEN-00564 | 3/11/2004 | Aearo Press Release - Bear Stearns to Acquire Aearo from Vestar | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | OVERRULED |
| 21. | P-GEN-00625 | 10/22/2004 | Warren to Myers re Let's Make as Much as We Can | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | OVERRULED |
| 22. | P-GEN-00681 | 3/1/2005 | Army Magazine - Preventive Maintenance Monthly Issue 628 | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 23. | P-GEN-00722 | 5/10/2005 | Email re April Consumer Sales Results, Trends, and Forecasts | Email Missing Attachments in Produced Version; 3M MIL #07: 3M's Financial Condition | OVERRULED |
| 24. | P-GEN-00777 | 8/10/2005 | Berger, "Preferred Methods for Measuring Hearing Protector Attenuation" | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 25. | P-GEN-00856 | 11/15/2005 | Casali, Berger (1996) Technology Advancements in Hearing Protection Circa 1995 (add to S Drive) | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 26. | P-GEN-00864 | 11/21/2005 | Thread re Sales of Indoor Outdoor Range EAR Plug | Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403); ; 3M MIL #15: Fitting and Instruction Requirements to Plaintiffs | WITHDRAWN 3/22/2021 |
| 27. | P-GEN-00900 | 1/1/2006 | CAEv2 Blister Pack Brochure | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 28. | P-GEN-00910 | 1/11/2006 | Santoro Email re Marine Approval of CAEv2 Uniform Requirement and CAEv2 Business Opportunity in Marines | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |

| | EHK Exhibit No. | Date | Document Name | FRE Objection | Ruling on Objections |
|---|---|---|---|---|---|
| 29. | P-GEN-00914 | 1/17/2006 | Myers to Warren re Discussion with Ohlin re Army Reducing Deployment and Potential CAE Standard Issue | Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 30. | P-GEN-00923 | 2/1/2006 | SEC Announcement - Permira to Acquire Aearo | Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | OVERRULED |
| 31. | P-GEN-00928 | 2/6/2006 | Myers to Santoro re USACHPPM Just the Facts Draft and Other Promotional Materials | Hearsay w/in Hearsay (FRE 805); | OVERRULED |
| 32. | P-GEN-00943 | 3/1/2006 | Army Fitting Protocol (USACHPPM TG41) - Personal HPDs Fitting, Care, and Use (Colored) | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 33. | P-GEN-00954 | 3/6/2006 | Thread re Article - Seeking the Right Amount of Sound in the Fury of Combat | Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #15: Fitting and Instruction Requirements to Plaintiffs; 3M MIL #20: Rise in Hearing Loss in 2000s | WITHDRAWN 3/22/2021 |
| 34. | P-GEN-00967 | 3/29/2006 | Email from Marc Santoro to Brock Sales re Combat Arms Questions | Hearsay (FRE 802); Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Translation or Technical issue; ; 3M MIL #15: Fitting and Instruction Requirements to Plaintiffs | OVERRULED |
| 35. | P-GEN-00988 | 5/3/2006 | Myers Email re Purchase and Follow-up Status of Training Package for Ohlin | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #15: Fitting and Instruction Requirements to Plaintiffs | OVERRULED |
| 36. | P-GEN-01021 | 7/24/2006 | Schulz-Santoro Thread re CAE Training Contract Details and Updates | Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #15: Fitting and Instruction Requirements to Plaintiffs | OVERRULED |

| | EHK Exhibit No. | Date | Document Name | FRE Objection | Ruling on Objections |
|---|---|---|---|---|---|
| 37. | P-GEN-01022 | 7/26/2006 | Brock Sales Company, Inc. Credit Card Invoice 11775 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | OVERRULED |
| 38. | P-GEN-01050 | 11/8/2006 | Email from Brocksalesco to M. Santoro re Stars and Stripes article | Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Hearsay (FRE 802); Hearsay w/in Hearsay (FRE 805) | SUSTAINED |
| 39. | P-GEN-01059 | 12/15/2006 | Gov't IDIQ Contract with Aearo (1st Rog Response) | Hearsay (FRE 802); | OVERRULED |
| 40. | P-GEN-01073 | 1/1/2007 | CAEv2 and CAEv3 Brochure (Colored) | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402) | OVERRULED |
| 41. | P-GEN-01156 | 6/22/2007 | Thread re Interim report to avoid unacceptable NRR | Relevance (FRE 401/402); ; 3M MIL #18: Aearo's Start/Stop of non-CAEv2 Tests | OVERRULED |
| 42. | P-GEN-01168 | 7/24/2007 | Aearo Management PPT re Current Status, Business Plans, etc. | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 43. | P-GEN-01196 | 11/14/2007 | Schedules to Agreement and Plan of Merger among Aearo, 3M, and Titan Acquisition Subsidiary | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 44. | P-GEN-01197 | 11/15/2007 | 3M to Acquire Aearo Technologies Inc., Global Leader in PPE | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 45. | P-GEN-01254 | 6/1/2008 | "Protecting People - at Work, at Home, for Life" Sales Training Deck | Hearsay (FRE 802); | OVERRULED |
| 46. | P-GEN-01264 | 7/11/2008 | Falco Research Notebook No. 5594 | Improper Compilation; Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402) | OVERRULED |
| 47. | P-GEN-01312 | 11/18/2008 | 3M Budget re Key Projects w Outside Technology Partners and Suppliers | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | Under advisement |
| 48. | P-GEN-01352 | 2/12/2009 | Madison PPT re Global Hearing Protection Issues | Hearsay (FRE 802); | OVERRULED |

Plaintiffs' 2nd Priority Exhibits List

| | EHK Exhibit No. | Date | Document Name | FRE Objection | Ruling on Objections |
|---|---|---|---|---|---|
| 49. | P-GEN-01353 | 2/16/2009 | Thread re Losing Market Share to Moldex | Prejudicial, confusing, waste of time (FRE 403); ; 3M MIL #07: 3M's Financial Condition; 3M MIL #14: 3M's Alleged Monoploy | OVERRULED |
| 50. | P-GEN-01382 | 4/8/2009 | Brock Sales Company - Government Distributor Agreement | Relevance (FRE 401/402); | WITHDRAWN 3/22/2021 |
| 51. | P-GEN-01392 | 5/18/2009 | Thread re ISEA Report and Pricing of Earmuffs and CAE | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | OVERRULED |
| 52. | P-GEN-01592 | 7/23/2010 | Email from D. Moses to D. Ohlin re Your July EHS Today Article | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | WITHDRAWN 3/22/2021 |
| 53. | P-GEN-01693 | 2/16/2011 | Thread re CAE Patents and Securing German Military Sales | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #14: 3M's Alleged Monoploy | Under advisement |
| 54. | P-GEN-01711 | 3/18/2011 | Thread re Bringing in Casali | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Email Missing Attachments in Produced Version | OVERRULED |
| 55. | P-GEN-01714 | 3/19/2011 | Thread re Ohlin After Action Report on Joint Defense Veterans Audiology Conference | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Rule of Completeness; Incomplete Document or Unfairness | Under advisement |
| 56. | P-GEN-01716 | 3/23/2011 | Thread re Draft comments on John Casali Visit | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Rule of Completeness; Incomplete Document or Unfairness | OVERRULED |
| 57. | P-GEN-01720 | 3/25/2011 | Thread re Importance of Military Sales to 3M Hearing Protection | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition; 3M MIL #14: 3M's Alleged Monoploy | OVERRULED |
| 58. | P-GEN-01727 | 4/11/2011 | Casali to 3M re Helping to Fix CAE Issues | Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 59. | P-GEN-01728 | 4/11/2011 | Cimino Email re Leaving Decision to Consult Casali with Indy Lab and Moses | Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |

| | EHK Exhibit No. | Date | Document Name | FRE Objection | Ruling on Objections |
|---|---|---|---|---|---|
| 60. | P-GEN-01738 | 4/26/2011 | Cimino Email re Approval of Moses's Plan to Influence Casili CAE findings with Ohlin Article | Prejudicial, confusing, waste of time (FRE 403); | OVERRULED |
| 61. | P-GEN-01791 | 8/8/2011 | Brocksalesco Email to D. Moses | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402) | OVERRULED |
| 62. | P-GEN-01877 | 3/4/2012 | Casali Presentation and 3M Response | Hearsay (FRE 802); Hearsay w/in Hearsay (FRE 805); | OVERRULED as to email.  Regarding the attached presentation, it is not admissible for the truth of what is asserted in the presentation but it is admissible to explain what 3M meant by "took a real hit" and also for potential impeachment of Casali. |
| 63. | P-GEN-01880 | 3/6/2012 | Email attaching "CAE Trends - Opportunities" Memo | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | WITHDRAWN 3/22/2021 |
| 64. | P-GEN-01954 | 6/7/2012 | Thread re No Longer Selling CAEv1 in U.S. and Attached CAEv1-CAEv2 and CAEv2-CAEv4 Brochures | Hearsay (FRE 802) | WITHDRAWN 3/22/2021 |
| 65. | P-GEN-01975 | 7/5/2012 | Thread re CAE vs EP Sonic Defenders (Level-Dependent Protects only against Infrequent Noise) | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 66. | P-GEN-02060 | 1/1/2013 | 3M-ND Military Government and Hearing Protection Brochure (Colored) | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402) | OVERRULED |
| 67. | P-GEN-02135 | 8/30/2013 | Diagram of CAEv4.1 Defect | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #26: Manufacturing Quality Control/Arc Box | WITHDRAWN 3/22/2021 |
| 68. | P-GEN-02167 | 1/1/2014 | CAEv2 Blister Pack Insert | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #15: Fitting and Instruction Requirements to Plaintiffs; 3M MIL #21: Removal of Flange-fold Fitting Tip | WITHDRAWN 3/22/2021 |

| | EHK Exhibit No. | Date | Document Name | FRE Objection | Ruling on Objections |
|---|---|---|---|---|---|
| 69. | P-GEN-02195 | 2/25/2014 | Thread re HPDs for shooter study - CAE not recommended for indoor ranges | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 70. | P-GEN-02260 | 7/10/2014 | CAEv4.1 Sell Sheet Draft with Edits | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402) | OVERRULED |
| 71. | P-GEN-02294 | 12/9/2014 | Thread re CHIM CAEv2 Opportunity and Changing Marketing Claims re Hear Through and Indoor Range Use | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #14: 3M's Alleged Monolopy | OVERRULED |
| 72. | P-GEN-02380 | 10/28/2015 | Myers re We Should Not Ship This Product (CAEv2) | Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #16: 3M's Discontinuation/Lack of Recall | SUSTAINED |
| 73. | P-GEN-02407 | 1/15/2016 | Berger Email to Nick Pierce re CAEv2 Discontinuation | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #16: 3M's Discontinuation/Lack of Recall | SUSTAINED |
| 74. | P-GEN-02467 | 8/31/2016 | Myers re combat arms set up equipment | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #26: Manufacturing Quality Control/Arc Box | OVERRULED |
| 75. | P-GEN-02475 | 10/31/2016 | 3M Thread re 190dB Claim Removal from CAEv4 FAQ in Brochure | Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 76. | P-GEN-02491 | 5/1/2017 | Email Attaching Memo re Upturned Flanges on Ultrafit Plugs | Email Missing Attachments in Produced Version; Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402) | OVERRULED |
| 77. | P-GEN-02495 | 5/1/2017 | Pistol, TC 23.35 | Hearsay (FRE 802); Relevance (FRE 401/402); | Under advisement |

| | EHK Exhibit No. | Date | Document Name | FRE Objection | Ruling on Objections |
|---|---|---|---|---|---|
| 78. | P-GEN-02586 | 7/30/2019 | Air Force Memo re Removal of CAE from Inventory | Prejudicial, confusing, waste of time (FRE 403); ; 3M MIL #06: Previous Litigation/CID Report; 3M MIL #16: 3M's Discontinuation/Lack of Recall | Statement that "these were found to be defective" is not admissible for its truth; rather, it is admissible only for jury's consideration of military's knowledge of problems with the CAEv2.  Otherwise OVERRULED. |
| 79. | P-GEN-02596 | 9/6/2019 | Army Public Health Center - Hearing Readiness and Conservation | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 80. | P-GEN-02615 | 10/18/2019 | CAEv2 Photos and Diagram | Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602) | WITHDRAWN 3/22/2021 |
| 81. | P-GEN-02616 | 10/18/2019 | CAE Product Line (Colored) | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | WITHDRAWN 3/22/2021 |
| 82. | P-GEN-02617 | 10/18/2019 | Myers Binder 1- Notes of Discussions and Other Documents | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | OVERRULED.  Very lengthy exhibit.  The Court overrules without prejudice to 3M's ability to raise specific objections to parts of the exhibit during trial recesses. |
| 83. | P-GEN-02619 | 10/18/2019 | Myers Binder 3 - 3M Data | Prejudicial, confusing, waste of time (FRE 403); ; 3M MIL #07: 3M's Financial Condition | OVERRULED |
| 84. | P-GEN-02620 | 10/18/2019 | Myers Binder 4 - Bills of Materials | Prejudicial, confusing, waste of time (FRE 403); ; 3M MIL #07: 3M's Financial Condition | OVERRULED |
| 85. | P-GEN-02621 | 10/18/2019 | Myers Binder 6 - Certain Packaging and Labeling Documents by Product | Prejudicial, confusing, waste of time (FRE 403); | OVERRULED |
| 86. | P-GEN-02622 | 10/18/2019 | Myers Binder 5 - Materials Retrieved from Iron Mountain | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| 87. | P-GEN-02626 | 11/11/2019 | Brock Co Sales Report by Item 370-1000 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Improper Compilation; 3M MIL #07: 3M's Financial Condition | OVERRULED |

| | EHK Exhibit No. | Date | Document Name | FRE Objection | Ruling on Objections |
|---|---|---|---|---|---|
| 88. | P-GEN-02627 | 11/11/2019 | Invoices by Vendor - AEARO-370-1011 | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition** | **OVERRULED** |
| 89. | P-GEN-02628 | 11/11/2019 | Invoices by Vendor-3M-370-1011 Report G | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition** | **OVERRULED** |
| 90. | P-GEN-02629 | 11/11/2019 | Invoices by Vendor - Aearo-370-1011 Report D | **Relevance (FRE 401/402)** | **OVERRULED** |
| 91. | P-GEN-02636 | 11/14/2019 | 3M & Aearo Purchase Orders for 370-1011 Report I | **Hearsay (FRE 802);** | **OVERRULED** |
| 92. | P-GEN-02850 | | EarCal Ad re Push for Independent Testing and NRR Revision | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Rule of Completeness; Incomplete Document or Unfairness** | **OVERRULED** |
| 93. | P-GEN-02852 | | Aearo Acquisition Slide Deck | **Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition** | **OVERRULED** |
| 94. | P-GEN-02887 | | Myers Aearo Hearing Conversation PPT | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **OVERRULED** |
| 95. | P-GEN-02937 | | Aearo History of Mergers and Acquisitions Chart | **Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **OVERRULED consistent with Order, ECF No. 1716.** |
| 96. | P-GEN-03078 | 1/22/2003 | CAEv2 Spec Sheet Draft (Edits by Myers) | **Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #19: CAEv2's Contractual Compliance** | **WITHDRAWN 3/22/2021** |
| 97. | P-GEN-03085 | 1/1/2005 | CAEv2 Blister Pack Card - Front and Back | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **WITHDRAWN 3/22/2021** |
| 98. | P-GEN-03103 | 8/23/2007 | Thread re Permissibility of Ohlin Working for Aearo Less Than a Year into Retirement | **Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **OVERRULED** |
| 99. | P-GEN-03114 | 3/5/2005 | F. Gavin Email re Combat Arms Bid | **Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402);** | **OVERRULED** |

|  | EHK Exhibit No. | Date | Document Name | FRE Objection | Ruling on Objections |
|---|---|---|---|---|---|
| 100. | P-GEN-03161 | 11/12/2017 | P1575B_Berger Call Log 3M_MDL000696204 | Incomplete Document or Unfairness; Hearsay (FRE 802); Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402) | OVERRULED.  Very lengthy exhibit.  The Court overrules without prejudice to 3M's ability to raise specific objections to parts of the exhibit during trial recesses. |
| 101. | P-GEN-05185 | 2013 | Fedele (2013)  Using AHAAH with Hearing Protection Software, Release MIL-STD-1474E | Hearsay (FRE 802); Expert Literature (FRE 803(18)); | OVERRULED |
| 102. | P-GEN-06137 | 8/20/2007 | Methods of Estimating Effective A- | Hearsay (FRE 802); Expert Literature (FRE | SUSTAINED |