UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Estes*, 7:20cv137<br>*Hacker*, 7:20cv131<br>*Keefer*, 7:20cv104 | Case No. 3:19md2885<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### EXHIBITS ORDER NO. 3

This Order addresses a portion of the parties' objections to exhibits. The Court's rulings are set forth in the attached Exhibit 1.

**SO ORDERED**, on this 26th day of March, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**