# EXHIBIT 1

Plaintiffs' Priority Exhibit List No. 4

| EHK Exhibit No. | Document Description | Exhibit Objections | Court Ruling |
|---|---|---|---|
| P-GEN-00053 | Saleem Email re European EN Retest | Relevance (FRE 401/402); | Exhibit does not match document description |
| P-GEN-00062 | Noblitt to Salon attaching Media Clippings including AOSafety Indoor-Outdoor Range Plugs | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00089 | United States Patent Application No. U.S. 2005-0283882 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00097 | Ohlin-Myers Thread re New CAEv2 Case Interferes w Uniform and Changing Cases | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00105 | Thread re Berger "Intense Pressure" to "Match Attenuation Values" | Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #08: Fine on Cabot Safety Corporation | OVERRULED |
| P-GEN-00106 | Email re Berger T6 Div Scientist Proposal | Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00108 | 3M CAEv2 Tri-Fold Brochure (Colored) | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00115 | "The Power to Protect" Brochure | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00117 | Gavin to Stalnaker re Deployment Levels During Drop in CAE Sales | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #16: 3M's Discontinuation/Lack of Recall | OVERRULED |
| P-GEN-00118 | 3M Marketing Thread re CAE Sales Context | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00119 | CAE Sales Review Discussion Guide DRAFT | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00120 | CAE Sales Review Discussion Guide | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00121 | Thread re Use of CAE at the Firing Range | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00123 | Berger to Madison re CAE Info for National Lab with Attachments | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Email Missing Attachments in Produced Version | OVERRULED |
| P-GEN-00124 | Dick Email to Madison and Berger re CAE Info for National Lab | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |

| EHK Exhibit No. | Document Description | Exhibit Objections | Court Ruling |
|---|---|---|---|
| P-GEN-00125 | Klun Email attaching Berger T6 Div Scientist Proposal | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Improper Compilation; 3M MIL #07: 3M's Financial Condition | OVERRULED |
| P-GEN-00127 | 3M List of CAEv1-4 REAT Tests | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #16: 3M's Discontinuation/Lack of Recall | EXHIBIT WITHDRAWN 4/9/2021 |
| P-GEN-00139 | Patent No. 2,717,596 | Hearsay (FRE 802); | OVERRULED |
| P-GEN-00141 | Congressional Record: Proceedings and Debates of the 92nd Congress. Remarks by Mrs. Hicks of Massachusetts (highlighted) | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Unidentified Highlighting or Handwriting | Argument needed for ruling |
| P-GEN-00151 | Army Occupational Health Program Aberdeen Proving Ground, MD21010 | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00317 | Early CAEv2 Wallet Card Draft | Rule of Completeness; Incomplete Document or Unfairness | OVERRULED |
| P-GEN-00361 | Marc Doty Performance Review - 1999 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00445 | The True Performance of HPDs (Lab vs Field) Bar Graph | Rule of Completeness; Incomplete Document or Unfairness | OVERRULED |
| P-GEN-00452 | Annotations from EAR Checklist with Assesment Annotations and NVLAP General Operations Checklist | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Rule of Completeness; Incomplete Document or Unfairness | OVERRULED |
| P-GEN-00497 | Berger (2003) Hearing Protection Devices<br><br>Babeu Depo Designation at 280:23-294:25 | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00516 | Klun Email re Approval of Waiver to Deviate Spec Rane of TJR ARC Boxes (Parent)<br><br>Zielinski Depo Designation at 353:8-395:16 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Email Missing Attachments in Produced Version; May 7, 2003 Issue; 3M MIL #26: Manufacturing Quality Control/Arc Box | OVERRULED |
| P-GEN-00528 | McNamara to Komada re CAEv1 Purchase Information | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |

| EHK Exhibit No. | Document Description | Exhibit Objections | Court Ruling |
|---|---|---|---|
| P-GEN-00543 | Babeu (2004) Localization Wearing Level-Dependent HPD<br><br>Babeu Depo Designation at 295:17-312:2 | Hearsay w/in Hearsay (FRE 805); | **Exhibit does not match document description** |
| P-GEN-00560 | February Monthly EarCal Lab Memo | 3M MIL #18: Aearo's Start/Stop of non-CAEv2 Tests; 3M MIL #22: Method B Testing and Test Panels | **OVERRULED** |
| P-GEN-00591 | Kieper to Zielinski re Replacing Calibration Pins for TJR ARC Box Leakage Concern<br><br>Zielinski Depo Designation at 353:8-395:16 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box | **OVERRULED** |
| P-GEN-00599 | Zielinski to Knauer re Tester Complications with Increased CAE Forecast (Attachment)<br><br>Zielinski Depo Designation at 353:8-395:16 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box | **OVERRULED** |
| P-GEN-00608 | CAEv2 Article - Hearing Loss Equals Combat Casualty | Hearsay (FRE 802); | **OVERRULED** |
| P-GEN-00610 | Myers and Salon re Creating Shell Sheet and Blister Card Insert to Show Proper CAEv2 Insertion | Hearsay w/in Hearsay (FRE 805); | **OVERRULED** |
| P-GEN-00622 | Request for Deviation for Raising Upper Limit of ARC Box | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box | **OVERRULED** |
| P-GEN-00631 | Kieper to Zielinski re Debris Blocking Tube on ARC Box | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box | **OVERRULED** |
| P-GEN-00634 | Kieper Email to Etymotic about Quality Problems with ARC Boxes | Hearsay (FRE 802); Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box | **OVERRULED** |

| EHK Exhibit No. | Document Description | Exhibit Objections | Court Ruling |
|---|---|---|---|
| P-GEN-00635 | Etymotic and Kieper re Quality Problems with ARC Boxes | Hearsay (FRE 802); Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box | OVERRULED |
| P-GEN-00653 | Aearo CAEv1 and CAEv2 Brochure (Colored)<br><br>Babeu Depo Designation at 312:8-326:6 | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #15: Fitting and Instruction Requirements to Plaintiffs | OVERRULED |
| P-GEN-00659 | CAE Blister Pack | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #21: Removal of Flange-fold Fitting Tip | OVERRULED |
| P-GEN-00666 | White Paper re DPOAE Study<br><br>Babeu Depo Designation at 132:2-141:9 | Hearsay (FRE 802); | Argument needed for ruling |
| P-GEN-00669 | TJR Box Label Placement for CAE SKU 370-1002<br><br>Childress Depo Designation at 353:8-395:16 | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00683 | EARCal Lab February Monthly Report<br><br>Babeu Depo Designation at 153:12-161:21 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #18: Aearo's Start/Stop of non-CAEv2 Tests; 3M MIL #23: Product Specific Testing; 3M MIL #26: Manufacturing Quality Control/Arc Box | OVERRULED |
| P-GEN-00701 | CAE 4047-A Filter Attenuation Data | Rule of Completeness; Incomplete Document or Unfairness; Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602) | OVERRULED |
| P-GEN-00706 | Chart-24 filters in Combat Arms Plugs | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box | OVERRULED |
| P-GEN-00749 | CAEv2 Yellow End Clicker Test IFU (Colored) | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |

| EHK Exhibit No. | Document Description | Exhibit Objections | Court Ruling |
|---|---|---|---|
| P-GEN-00753 | Thread re creation of CAEv2 Advertisements | Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Email Missing Attachments in Produced Version; 3M MIL #14: 3M's Alleged Monolopy | SUSTAINED; No attachment. |
| P-GEN-00766 | Salon attaching Operation Cobra Marketing Offense Plan Draft | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00770 | Thread re Final Operation Cobra Plans | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00772 | Santoro and Hetrick re CAEv2 Not in Individual Packaging | Hearsay (FRE 802); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-00783 | Stars and Stripes (2005) Iraq Moving Toward Finalizing Constitution | Hearsay (FRE 802); | Identified article and CAEv2 advertisement is admissible; objection to remainder of paper is SUSTAINED. |
| P-GEN-00835 | Myers and Santoro FY2005 Marketing and Sales Review PPT | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | Argument needed for ruling |
| P-GEN-00943 | Army Fitting Protocol (USACHPPM TG41) - Personal HPDs Fitting, Care, and Use (Colored)<br><br>Babeu Depo Designation at 353:8-395:16 | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | Argument needed for ruling |
| P-GEN-00965 | Warren to McLain re Sidor's $3MM CAE Sale | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Email Missing Attachments in Produced Version; 3M MIL #07: 3M's Financial Condition | OVERRULED |
| P-GEN-00974 | Hamery re Aearo Visit to ISL, CAE Samples, and CAE Royalties | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; | OVERRULED |

| EHK Exhibit No. | Document Description | Exhibit Objections | Court Ruling |
|---|---|---|---|
| P-GEN-01007 | Petrou Mexico Article (2006) She's the Most Popular German Leader Since, Well… Zielinski Depo Designation at 353:8-395:16 | Competency & Lacks foundation/Speculative (FRE 601, 611(a), 602); Hearsay (FRE 802); Hearsay w/in Hearsay (FRE 805); Relevance (FRE 401/402); | OVERRULED for nonhearsay purposes. Court will give appropriate instruction. |
| P-GEN-01080 | TJR Manufacturing and Services Org Chart | Hearsay (FRE 802); Rule of Completeness; Incomplete Document or Unfairness; 3M MIL #26: Manufacturing Quality Control/Arc Box | OVERRULED |
| P-GEN-01176 | Lavalle to Warren re Importance of Passing Military Specs for COMTAC Headset | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402) | Pending |
| P-GEN-01208 | 2008 Aearo Sales and Marketing Org Chart | Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | OVERRULED |
| P-GEN-01279 | Berger to 3M Singapore re Providing CAEv2 Info without Folded Flanges Instruction | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-01298 | Pascal Email re CAE Sales, Royalties, and Test Results and Heavily Redacted Part | Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | OVERRULED |
| P-GEN-01302 | Request for Deviation re Accepting CAEv2 Adapter "As Is" for Outer Filter Rim Flash | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #19: CAEv2's Contractual Compliance | OVERRULED |
| P-GEN-01311 | Email from R. Martinez re ARC boxes for calibration Childress Depo Designation at 353:8-395:16 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #26: Manufacturing Quality Control/Arc Box | OVERRULED |
| P-GEN-01451 | Moses to 3M Military Sales re Improved Marketing and Dist Literature | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-01517 | OH&ESD US Military Market Center Briefing | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | OVERRULED |

| EHK Exhibit No. | Document Description | Exhibit Objections | Court Ruling |
|---|---|---|---|
| P-GEN-01533 | Tremblay to Berger re Revisiting 193dB Claim in CAE Brochure | Email Missing Attachments in Produced Version; Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402) | OVERRULED |
| P-GEN-01613 | ISl Letter to 3M re Extending Patent Royalties | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-01633 | Aearo Mexcio 9001-2008 (Exp 1.4.13) | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL | OVERRULED |
| P-GEN-01636 | Saleem Email re Changing 190dB Claim | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402) | OVERRULED |
| P-GEN-01698 | Thread re ISL Disbursements and Royalties with Attached Q4 FY2010 CAE Royalty Payments | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402) | OVERRULED |
| P-GEN-01721 | Thread re Explaining to van de Werken Importance of CAE Business | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition; 3M MIL #14: 3M's Alleged | OVERRULED |
| P-GEN-01901 | 3M Thread re Digging into CAE Sales Issue | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | SUSTAINED as to other products; other product information must be redacted. Otherwise OVERRULED. |
| P-GEN-02000 | New Dynamics advertisement for CAE v2 | Hearsay (FRE 802); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-02069 | Thread re Apr. 2013 Safety & Health Magazine Hearing Conservation Marketing Opportunity Merkley Deposition at 254:5 - 266:7 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-02180 | U.S. Hearing Protection Marketing Plan w Actual Budget | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | OVERRULED |

| EHK Exhibit No. | Document Description | Exhibit Objections | Court Ruling |
|---|---|---|---|
| P-GEN-02216 | Thread re CAE Sales Review and Suggestions | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #06: Previous Litigation/CID Report; 3M MIL #07: 3M's Financial Condition; 3M MIL #14: 3M's Alleged Monolopy | **OVERRULED** |
| P-GEN-02258 | Email exchange between E. Berger and J. Hamer | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); | **OVERRULED** |
| P-GEN-02259 | Jones Email re Livermore NL questions on CAE | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); | **Pending** |
| P-GEN-02270 | Madison Response to Elmer CAEv2 Complaint Email | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Email Missing Attachments in Produced Version | **OVERRULED** |
| P-GEN-02271 | Elmer Complaint Email re Olive End at Range Failure | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | **OVERRULED** |
| P-GEN-02295 | Fletcher re Marketing Claim Language "Infrequent Gun Shot Noise" Cause for Concern | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | **OVERRULED** |
| P-GEN-02354 | Kladden Edits to EPA Labelling Requirements Summary | Hearsay (FRE 802); Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #21: Removal of Flange-fold Fitting Tip | **Argument needed for ruling** |

Plaintiffs' Priority Exhibit List No. 4

| EHK Exhibit No. | Document Description | Exhibit Objections | Court Ruling |
|---|---|---|---|
| P-GEN-02383 | Jones-Davis (Army) Thread re CAEv2 Photo in Combat Medic Textbook<br><br>Merkley Depo Designation at 254:5-266:7 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-02403 | USMC Ranking of Passive Hearing Devices | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #16: 3M's | Pending |
| P-GEN-02442 | Shaver Email re Draft Test Method CAE | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402) | OVERRULED |
| P-GEN-02602 | Air Force Thread re CAEv2 Verified Not in Use | Prejudicial, confusing, waste of time (FRE 403); ; 3M MIL #06: Previous Litigation/CID Report; 3M | OVERRULED. Court will give an appropriate instruction. |
| P-GEN-02878 | CAEv4.1 Sell Sheet with Comments | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | Pending |
| P-GEN-02883 | Army Earplug Reference | Hearsay (FRE 802); | Pending |
| P-GEN-02892 | Draft White Paper with Berger Comments   Babeu Depo Designation at 132:2-141:9 | Hearsay w/in Hearsay (FRE 805); Prejudicial, confusing, waste of time (FRE 403); Rule of Completeness; Incomplete Document or | Pending |
| P-GEN-03080 | CAEv2 Sales Spreadsheet Excerpt (1999 - 2000) | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Rule of Completeness; Incomplete Document or Unfairness; 3M MIL #07: 3M's Financial Condition | OVERRULED |
| P-GEN-03084 | Excerpt of Sales Spreadsheet - Prior to May 9, 2000 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | OVERRULED |

Plaintiffs' Priority Exhibit List No. 4

| EHK Exhibit No. | Document Description | Exhibit Objections | Court Ruling |
|---|---|---|---|
| P-GEN-03101 | Email re Problem with Existing Product Unless User Instructions are Revised (Incorrect Memo Date) | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); May 7, 2003 Issue | Per the Parties' Stipulation Regarding May 7, 2003 Documents, the correct date for the memorandum is May 12, 2000. The parties are directed to meet and confer on the appropriate version of this document to be admitted. Only one version is admissible. |
| P-GEN-03102 | Email re Problem with Existing Product Unless User Instructions are Revised (Corrected Memo Date) | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); May 7, 2003 Issue | Per the Parties' Stipulation Regarding May 7, 2003 Documents, the correct date for the memorandum is May 12, 2000. The parties are directed to meet and confer on the appropriate version of this document to be admitted. Only one version is admissible. |
| P-GEN-03116 | CAEv2 Sales Bar Graph from 1999 to 2010 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); ; 3M MIL #07: 3M's Financial Condition | OVERRULED |
| P-GEN-03130 | Aearo Operations Org Chart<br><br>Zielinski Depo Designation at 353:8-395:16 | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); | OVERRULED |
| P-GEN-03182 | out of spec | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #26: Manufacturing Quality Control/Arc Box | OVERRULED |

Plaintiffs' Priority Exhibit List No. 4

| EHK Exhibit No. | Document Description | Exhibit Objections | Court Ruling |
|---|---|---|---|
| P-GEN-03188 | Myers failure ARC-testing V4 scrap | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #26: Manufacturing Quality Control/Arc Box | OVERRULED |
| P-GEN-03190 | attach 4- arc boxes sop different for each | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #26: Manufacturing Quality Control/Arc Box | OVERRULED |
| P-GEN-03195 | Myers failure ARC-testing V4 scrap | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #26: Manufacturing Quality Control/Arc Box | SUSTAINED - duplicate. |
| P-GEN-03196 | ARC boxes very easy damaged | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #26: Manufacturing Quality Control/Arc Box | OVERRULED |
| P-GEN-03197 | Myers- within specs but failed still | Email Missing Attachments in Produced Version; Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #26: Manufacturing Quality Control/Arc Box | SUSTAINED - duplicate. |
| P-GEN-03198 | Berger - Myers- -Good news new ARC method | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #26: Manufacturing Quality Control/Arc Box | OVERRULED |
| P-HACKER-12159 | Dr. Arriaga Independent Medical Exam - Exhibit D | | No objection |
| P-HACKER-12169 | Stephen Hacker Military Personnel File - NCO Evaluation Reports | | No objection |
| P-HACKER-12171 | Stephen Hacker Deposition Exhibit 4: Handwritten Notes From Stephen Hacker | | No objection |
| P-HACKER-12192 | Photo - S. Hacker Retirement from Army in Blues with Family | | No objection |
| P-HACKER-12207 | Vanderbilt Medical Center - Otology Group | Rule of Completeness; Incomplete Document or Unfairness; No Objection | Parties to confer |

| EHK Exhibit No. | Document Description | Exhibit Objections | Court Ruling |
|---|---|---|---|
| P-HACKER-12268 | EBH - East Bragg Clinic | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #01: Judge Jones Order re Expert Testimony (Hacker) | Parties to confer |
| P-HACKER-12269 | EBH - East Bragg Clinic | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #01: Judge Jones Order re Expert Testimony (Hacker) | Parties to confer |
| P-HACKER-12273 | EBH - East Bragg Clinic | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #01: Judge Jones Order re Expert Testimony (Hacker) | Parties to confer |
| P-HACKER-12275 | EBH - East Bragg Clinic | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #01: Judge Jones Order re Expert Testimony (Hacker) | Parties to confer |
| P-HACKER-12276 | EBH - East Bragg Clinic | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #01: Judge Jones Order re Expert Testimony (Hacker) | Parties to confer |
| P-HACKER-12277 | EBH - East Bragg Clinic | Prejudicial, confusing, waste of time (FRE 403); Relevance (FRE 401/402); Subject to 3M MIL #01: Judge Jones Order re Expert Testimony (Hacker) | Parties to confer |