# EXHIBIT 1

| TRX - Trial Exhibit Number | TRX - Description | TRX - Plaintiffs' Objections Served (EHK Trial) | TRX - Depo Exhibit | Rulings |
|---|---|---|---|---|
| D-Gen-0099 | Regulation: Army Hearing Program 3D Infantry Division (Mechanized) Hearing Program, dated 01/10/2007 | FRE 401, 402, 403; MIL G-2 | | **OVERRULED** |
| D-Gen-0127 | Email from D. Ohlin to D. Ohlin re Letter for Combat Arms Earplug reviewed by B. Myers making few corrections re our company, dated 4/9/1999 | Hearsay (FRE 802); MIL G3, G7 | | **OVERRULED** |
| D-Gen-0187 | Email from J. Capone to B. Myers re Combat Arms Earplug, dated 5/1/2004 | FRE 802 | | **OVERRULED** |
| D-Gen-0250 | Letter from K. Michael to B. Mishkin re Hearing Protective Device Test Report number Q2558A Revision 0, dated 03/28/2012 | Foundation; FRE 403; Hearsay (FRE 802); Prior Court Order Excluding | | **OVERRULED** |
| D-Gen-0365 | Sail the Sound 29th Annual NHCA Hearing Conservation Conference February 19-21, 2004 | FRE 802; FRE 803(18) | Babeu, Lorraine 05 | **SUSTAINED** |
| D-Gen-0379 | Hearing Loss Prevention Improvements to DOD Hearing Conservation Programs Could Lead to Better Outcomes, dated January 2011 | FRE 802; FRE 803(18) | Battler, Leanne (aka Cleveland) PX 24 | **SUSTAINED** |
| D-Gen-1836 | General Operations Checklist Comments & Deficiencies by R. Peppin, P.E., dated 2/03/1999, AERO Company E-A-RCAL Acoustical Lab | FRE 401/402; NVLAP report is hearsay | | **SUSTAINED as to auditor comments consistent with ECF No. 1702 (MDL docket) and NVLAP Order, *see, e.g.*, ECF No. 141 (*Hacker*). Otherwise OVERRULED** |
| D-Gen-1885 | Email from D. Ohlin to B. Myers, E. Berger re The M2STF: Acoustic Protection, Lead Officer SME (Unclassified), dated 05/17/2005 | FRE 403; FRE 802 Hearsay; MIL G5; MIL G7 | | **OVERRULED** |