# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION  This Document Relates to: *Estes*, 7:20cv137 *Hacker*, 7:20cv131 *Keefer*, 7:20cv104 | Case No. 3:19md2885   Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## EXHIBITS ORDER NO. 7

This Order addresses Plaintiffs' objections to the remaining exhibits identified on Defendants' fourth priority exhibit list submitted to the Court on April 11, 2021. The Court's rulings are set forth in the attached Exhibit 1.

**SO ORDERED**, on this 16th day of April, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**