# EXHIBIT 1

| TRX - Trial Exhibit Number | TRX - Description | TRX - Plaintiffs' Objections Served (EHK | TRX - Depo Exhibit | Rulings |
|---|---|---|---|---|
| D-Gen-0030 | Babeu final background paper | FRE 802; FRE 803(18) | Babeu, Lorraine P1560 | Overruled. FRE 803(8) - government study (approved by ARL) |
| D-Gen-0394 | Presentation: Sound Localization with the Combat Arms earplug by LTC Lorraine A. Babeu, PhD, Mary Binseel, M.S., Timothy J. Mermagen B.S. and Tomasz R. Letowski, PhD | FRE 802, FRE 803(18) | Binseel, Mary 02 | Overruled. FRE 803(8) - unlike other Babeu Powerpoint, no indication that Berger/3M had input into results |
| D-Gen-0499 | Letter from P. Hamery to E. Berger re Result of Tests in Impulse Noise with Combat Arms Earplug (caev2 IPIL results), dated 1/5/2000 | Foundation; FRE 403; FRE 901; Hearsay (FRE 802); MIL G7 | | A letter dated January 15, 2000, from Hamery to Berger regarding these results has already been admitted. D-Gen-0389 |
| D-Gen-0639 | IOM. (2006). Noise and Military Service: Implications for Hearing Loss and Tinnitus (L. E. Humes, L. M. Joellenbeck, & J. S. Durch Eds.). Washington, DC: Committee on Noise-Induced Hearing Loss and Tinnitus Associated with Military Service from World War II to the Present, Institute of Medicine of the National Academies. | FRE 802; FRE 803(18) | | Overruled. FRE 802 - IOM report is authorized by Congress and therefore "made pursuant to authority granted by law." |
| D-Gen-1041 | A. Anderson and T. Jurgens-Kowal , Product Development and Management Body of Knowledge: A Guidebook for Training and Certification, excerpt (2nd ed. 2020) | FRE 802; FRE 803(18) | | Sustained. FRE 802 |
| D-Gen-1139 | Presentation: Hearing Protection Devices | Argumentative; Foundation; Hearsay (FRE 802); MIL G5, G7 | Fallon, Eric 65; Gates, Kathy 26 | Overruled. FRE 803(8) - This appears to be a presentation that Fallon, as a military audiologist, would give to servicemembers regarding hearing protection |
| D-Gen-1241 | J. Casali, W. Ahroon, et al., A field investigation of hearing protection and hearing enhancement in one device: For soldiers whose ears and lives depend upon it. Noise and Health Journal, 11(42), 69-90 (2009) | FRE 802; FRE 803(18) | | Overruled. FRE 803(8) - IRB approval from ARL and conducted at Fort Rucker |
| D-Gen-1488 | K. Gates, Heritage of Army Audiology and the Road Ahead: The Army Hearing Program, American Journal of Public Health, Vol. 98, No. 12 (December 2008), https://www.researchgate.net/publication/23387283 | FRE 802 | | Sustained - no authority that publication in non-government journal by government employees brings the publication within FRE 803(8) |
| D-Gen-1489 | L. Barr, Center develops tool to help service members select optimal hearing protection, https://www.health.mil/News/Articles/2020/05/21/Center-develops-tool-to-help-service-members-select-optimal-hearing-protection?type=Articles, dated 5/21/2020 | FRE 802 | | Sustained - FRE 802 although gov't publication (Military Health System), it is reporting on another government office's activities (Hearing Center of Excellence). |