UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUKE ESTES,

    Plaintiff,

vs.

3M COMPANY, et al.,

    Defendants.

Case No. 7:20cv137-MCR-GRJ

**FINAL JUDGMENT**

This action came before the Court for a jury trial with the Honorable M. Casey Rodgers presiding. The issues have been tried, resulting in a jury verdict in Plaintiff's favor on April 30, 2021.

Accordingly, it is ORDERED AND ADJUDGED that final judgment is entered in favor of the Plaintiff, LUKE ESTES, and against Defendants, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, in the amount of $2,450,500, together with costs taxed against Defendants.

                                          JESSICA J. LYUBLANOVITS,
                                          CLERK OF COURT

 May 2, 2021                            /s/   *Susan Simms*
DATE                                  Deputy Clerk: Susan Simms