**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| *Luke E. Estes*, 7:20-cv-137 *Stephen Hacker*, 7:20-cv-131 *Lewis Keefer*, 7:20-cv-104 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**Plaintiffs' Consent Motion for Enlargement of Time to Submit Bill of Costs**

Plaintiffs respectfully request an enlargement of time, through June 22, 2021, to file their bill of costs in this matter. Absent this Motion, the bill of costs would have been due on May 17, 2021, the first day of the *McCombs* trial. *See* N.D. Fla. Loc. R. 54.2(A) (providing that a bill of costs is due "14 days after the entry of the judgment").

As Defendants stated in their Consent Motion for Enlargement of Time to Submit Bill of Costs in the *McCombs* Case, the parties have been in discussions regarding how to address taxable costs from some or all of the Group A trials. An agreement might obviate the need for the Court to address the taxable costs in this case, as well as the costs from the *McCombs* case, and potentially the *Baker* case. Those discussions are still ongoing. If the parties are unable to reach an agreement, and assuming the Court grants this motion, Plaintiffs will file their bill of costs in

1

this case by June 22, and Defendants will do the same in the *McCombs* cases by the same date.

Pursuant to Local Rule 7.1B, counsel for Plaintiffs have conferred with counsel for Defendants regarding the relief requested in this motion, and Defendants consent to the relief as set forth above.

WHEREFORE, Plaintiffs respectfully request that the Court grant an enlargement of time, through June 22, 2021, to file their bill of costs in this matter.

DATED: June 16, 2021.

*s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

Shelley V. Hutson, Co-Lead Counsel
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
Clark, Love & Hutson, GP
440 Louisiana Street, Suite 1600
Houston, TX 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com

2

Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
77 Water Street, 8th Floor
New York, NY 10005
Tel.: (212) 587-0700
cseeger@seegerweiss.com

***Counsel for Plaintiffs***

## CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 7.1(F)

I hereby certify that this motion complies with the word limit of Local Rule 7.1(F) and contains 252 words.

s/ Bryan F. Aylstock
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

Pursuant to Local Rule 7.1(B) counsel for Plaintiffs certify that they have

conferred with counsel for Defendants who consent to the relief as requested.

*s/ Bryan F. Aylstock*
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

5

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

s/ Bryan F. Aylstock
Bryan F. Aylstock, Lead Counsel
Florida State Bar No. 078263
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel.: (850) 202-1010
baylstock@awkolaw.com

6