UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Luke E. Estes,* 7:20-cv-137 | Case No. 3:19-MD-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### NOTICE OF APPEAL

Notice is hereby given that Defendants in the above-named case appeal to the United States Court of Appeals for the Eleventh Circuit from the order denying Defendants' motion for summary judgment on the government contractor defense and granting Plaintiffs' cross-motion (MDL Dkt. 1280), from the amended final judgment entered in this action on July 14, 2021 (*Estes* Dkt. 203), and from the orders denying Defendants' Rule 50(b) and Rule 59 motions (*Estes* Dkt. 204, 205).

| | |
|---|---|
| Dated:  September 7, 2021 | Respectfully submitted: |
| */s/ Charles F. Beall, Jr.*<br>Larry Hill<br>Florida Bar No. 173908<br>lhill@mhw-law.com<br>Charles F. Beall, Jr.<br>Florida Bar No. 66494<br>cbeall@mhw-law.com | */s/ Robert C. "Mike" Brock*<br>Robert C. "Mike" Brock<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5991<br>mike.brock@kirkland.com |

| | |
|---|---|
| Haley J. VanFleteren<br>Florida Bar No. 1003674<br>hvanfleteren@mhw-law.com<br>MOORE, HILL & WESTMORELAND, P.A.<br>350 West Cedar Street<br>Maritime Place, Suite 100<br>Pensacola FL 32502<br>Telephone: (850) 434-3541 | Mark J. Nomellini<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-3254<br>mnomellini@kirkland.com<br><br>Kimberly Branscome<br>DECHERT LLP<br>633 W. 5th St., Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5762<br>kimberly.branscome@dechert.com<br><br>*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2021, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Charles F. Beall, Jr.*
Charles F. Beall, Jr.
